UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY COLGATE, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>JUUL LABS, INC., et al.,<br><br>   Defendants. | Case No. 19-md-02913-WHO<br><br>**CLARIFICATION ON PRETRIAL ORDER NO. 1**<br><br>Re: Dkt. No. 4 |

The Court clarifies that it is only seeking suggestions as to case management techniques and suggestions for the types of case management orders the Court should consider issuing to manage the MDL proceedings on or before **October 23, 2019**. The parties do not need to prepare and file actual proposed case management orders by that date.

**IT IS SO ORDERED.**

Dated: October 8, 2019

William H. Orrick
United States District Judge