# EXHIBIT 3

Page 4513

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION (08)

JUDGE DAVID A. HAIMES

IN RE:   ENGLE PROGENY CASES
TOBACCO LITIGATION

Pertains to: DEBORAH NEFF, as
Personal Representative of the
Estate of DOROTHY MILINKOVICH

Case No.:   07-036745(08)
_____/

TRANSCRIPT OF PROCEEDINGS
JURY TRIAL
Volume 27, Pages 4513 - 4645

DATE TAKEN: March 21, 2019
TIME: (1:15) 1:21 p.m. - 3:27 p.m.
PLACE: Broward County Courthouse
       201 S.E. 6th Street
       Fort Lauderdale, Florida  33301
BEFORE:    DAVID A. HAIMES, Circuit Court Judge

     This cause came on to be heard at the time and
place aforesaid, when and where the following
proceedings were reported by:

Tracey S. LoCastro, RPR, FPR
United Reporting, Inc.
1218 S.E. 3rd Avenue
Fort Lauderdale, Florida 33316
954.525.2221

```
 1   APPEARANCES:

 2   APPEARING ON BEHALF OF THE PLAINTIFF:

 3        SCHLESINGER LAW OFFICES, P.A.
          1212 Southeast 3rd Avenue
 4        Fort Lauderdale, Florida 33316
          954.320.9507
 5        BY:  SCOTT P. SCHLESINGER, ESQUIRE
               scott@schlesingerlaw.com
 6        BY:  STEVEN J. HAMMER, ESQUIRE
               sjh@schlesingerlaw.com
 7        BY:  BRITTANY CHAMBERS, ESQUIRE
               bchambers@schlesingerlaw.com
 8
          BRANNOCK & HUMPHRIES
 9        1111 W. Cass Street
          Suite 200
10        Tampa, Florida 33606
          By:  CELENE HUMPHRIES, ESQ.
11             info@BHAppeals.com

12   APPEARING ON BEHALF OF THE DEFENDANT R.J. REYNOLDS
     TOBACCO COMPANY, INDIVIDUALLY AND AS SUCCESSOR BY
13   MERGER TO LORILLARD TOBACCO COMPANY:

14        KING & SPALDING, LLP
          1180 Peachtree Street, N.E.
15        Atlanta, Georgia  30309
          404.572.4600
16        BY:  W. RAY PERSONS, ESQUIRE
               rpersons@kslaw.com
17        BY:  PHILIP R. GREEN, ESQUIRE
               pgreen@kslaw.com
18        BY:  SPENCER M. DIAMOND, ESQUIRE
               sdiamond@kslaw.com
19
20   APPEARING ON BEHALF OF THE DEFENDANT PHILIP MORRIS USA
     INC.:
21
          BOIES, SCHILLER & FLEXNER, LLP
22        100 S.E. Second Street, Suite 2800
          Miami, Florida  33131
23        305.539.8400
          BY:  ANDREW S. BRENNER, ESQUIRE
24             abrenner@bsfllp.com

25   Appearances continued on the next page.
```

```
 1   APPEARANCES (CONTINUED):
 2
 3   Also present:
 4   DEBORAH NEFF
 5   BENDJA BEDEJUSTE
 6   DANNY LEGRA
 7   KATHRYN KARACIA
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                           I N D E X
                           VOLUME 27


 PROCEEDINGS                                                PAGE

 Plaintiff's Witness(es):

 ROBERT N. PROCTOR, Ph.D.
   DIRECT EXAMINATION                                       4518
   BY MR. SCHLESINGER:
   CROSS EXAMINATION                                        4537
   BY MR. GREEN:
   REDIRECT EXAMINATION                                     4549
   BY MR. SCHLESINGER:
   RECROSS-EXAMINATION                                      4553
   BY MR. GREEN:


 PLAINTIFF RESTS (PHASE II)                                 4571


 JURY INSTRUCTED BY THE COURT (PHASE II)                    4571


 CLOSING ARGUMENT (PHASE II)
      BY MR. SCHLESINGER                                    4576
      BY MR. PERSONS                                        4579
      BY MR. BRENNER                                        4601

 REBUTTAL ARGUMENT (PHASE II)
      BY MR. SCHLESINGER                                    4634
```

Page 4630

1   Mr. Schlesinger has asked for 10 million
2   dollars in punitive damages against
3   Philip Morris and 20 million dollars
4   overall.
5       You decided in Phase I that 4 million
6   dollars was the fair and full compensation
7   for Ms. Neff's loss of her mother.  Now
8   plaintiff is asking that Ms. Neff be
9   awarded 20 million additional dollars.
10  Awarding a large sum of money to Mrs. Neff
11  isn't going to make Philip Morris change
12  its behavior for the simple reason that
13  Philip Morris already has changed its
14  behavior and changed it in a way that
15  there is no turning back.
16      The Philip Morris of today in 2019
17  operates in a very different environment
18  than the environment you heard about in
19  Phase I of the trial.
20      I want you to keep in mind one other
21  thing Judge Haimes will instruct you, that
22  you may decline to assess punitive
23  damages.  You have the discretion not to
24  award punitive damages against one or
25  either defendant.