**LEVIN SEDRAN & BERMAN LLP**
Michael M. Weinkowitz
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Telephone: 215-592-1500
Facsimile: 215-592-4663
Email: *MWeinkowitz@lfsblaw.com*

*Attorneys for Plaintiff Sebastian Oberhauser*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: JUUL LABS., MARKETING, SALES AND PRACTICE AND PRODUCTS LIABILITY LITIGATION** | **CASE NO. 19-MD-02913-WHO** |
| **This Document Relates: ALL ACTIONS** | |

## NOTICE OF ENTRY OF APPEARANCE OF MICHAEL M. WEINKOWITZ

**PLEASE TAKE NOTICE** that the undersigned counsel, Michael M. Weinkowitz, of the law firm of Levin Sedran & Berman LLP, hereby appears on behalf of the Plaintiff Sebastian Oberhauser (Case No. 4:19-cv-05733-DMR). Michael M. Weinkowitz's *pro hac vice* application was granted on September 19, 2019 in Plaintiff Sebastian Oberhauser's case (ECF No. 15 in Case No. 4:19-cv-05733-DMR).

Dated: October 15, 2019

Respectfully submitted,

/s/ Michael M. Weinkowitz
Michael M. Weinkowitz, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4663 (fax)