UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*NesSmith, et al. v. Altria Group, Inc. et al.*<br><br>*Shapiro, et al. v. Altria Group, Inc., et al.* | Case No. 19-md-02913-WHO<br>Case Nos. 19-cv-6344, 19-cv-____<br><br>**ORDER RE MOTION TO SHORTEN TIME AND MOTION TO ENFORCE PRETRIAL ORDER**<br><br>Re: Dkt. Nos. 25, 26 |

Defendants seek an order shortening time (Dkt. No. 26), to be heard on their Motion to Enforce Pretrial Order #1. Dkt. No. 25. Plaintiffs have also sought relief in the Florida state court proceeding at issue (*Feldman*). Defendants shall file a notice by **3:00 p.m. Friday, October 18, 2019**, informing me as to the status of their motion for a protective order and to quash in the *Feldman* case in Florida.

Plaintiffs' counsel in the *NesSmith* and *Shapiro* cases pending before me as part of the MDL, who apparently are also plaintiff's counsel in the *Feldman* case in Florida, shall file a statement by **12:00 p.m. Friday, October 18, 2019**, responding to defendants' request for action or other relief by this Court. The matter will then be considered under submission.

The hearing noticed for Friday, October 18, 2019 is VACATED.

**IT IS SO ORDERED.**

Dated: October 16, 2019

William H. Orrick
United States District Judge