**LEVIN SEDRAN & BERMAN LLP**
Michael M. Weinkowitz, Esquire
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106-3697
Telephone: 215-592-1500
Facsimile: 215-592-4663
E-mail: *MWeinkowitz@lfsblaw.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS., MARKETING, SALES AND PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates: ALL ACTIONS | CASE NO. 19-MD-02913-WHO |

# EXHIBIT "1"

*CURRICULUM VITAE* OF MICHAEL M. WEINKOWITZ AND
<u>LEVIN, SEDRAN & BERMAN, LLP</u>

Dated: October 16, 2019

Respectfully submitted,

/s/ Michael M. Weinkowitz
Michael M. Weinkowitz, Esquire
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (phone)
(215) 592-4663 (fax)

CASE NO. 19-MD-02913-WHO
EXHIBIT "1": *CURRICULUM VITAE* OF MICHAEL M. WEINKOWITZ AND LEVIN, SEDRAN & BERMAN, LLP

**MICHAEL M. WEINKOWITZ**
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
MWeinkowitz@lfsblaw.com
https://lfsblaw.com/

I. **RELEVANT PROFESSIONAL EXPERIENCE OF MICHAEL M. WEINKOWITZ**

- *In re Xarelto Prod. Liab Litig.*, **MDL 2592 (E.D. La.) (Judge Eldon E. Fallon)-** Appointed to serve as state-federal liaison counsel. Served on the Discovery Committee and the federal/state Bellwether trial teams that tried six bellwether cases in the MDL and state court. Currently serving as Plaintiffs' Liaison counsel in the consolidated mass tort litigation in Pennsylvania, *In re Xarelto Prod. Liab. Litig.*, Jan. Term 2015, No. 2349 (First Judicial District of Pennsylvania) (Judge Arnold L. New). Responsibilities in state court included all the duties of a lead counsel, including trial and global settlement negotiations and implementation, and facilitating state-federal coordination. Member of the Settlement Committee that negotiated and implemented a global settlement. This case is presently proceeding through the settlement.

- *In re Tylenol Marketing, Sales Practices and Prod. Liab. Litig.*, **MDL 2436 (E.D. Pa.) (Judge Lawrence F. Stengel)-** Served as Liaison Counsel and Chair of the both the Discovery and Law and Briefing Committees. Member of the Settlement Team that negotiated the global settlement that was reached. This case is settled.

- *In re YAZ Prod. Liab Litig*, **MDL 2100 (S.D. Ill.) (Judge David R. Herndon)**- Member of the Discovery Committee. Court appointed Plaintiffs' Liaison Counsel in the consolidated mass tort action in Pennsylvania, *In re Yaz/Yasmin/Ocella Prod. Liab. Litig*, Sept. Term 2009, No. 1307 (First Judicial District of Pennsylvania) (Judge Arnold L. New). Responsibilities in the state court litigation included all the duties of a lead counsel including trial and global settlement negotiations and implementing and facilitating state-federal coordination. Member of the Settlement Committee that negotiated and implemented global settlements. This case is settled.

- *In re Pradaxa Prod. Liab. Litig*, **MDL 2384 (S.D. Ill.) (Judge David R. Herndon)-** Member of the Court appointed Plaintiffs' Steering Committee responsible for discovery and trial preparation. This case is settled.

- *In re Johnson and Johnson Talcum Powder Products Marketing, Sales Practices and Prod. Liab. Litig.* **(MDL 2738) (D.N.J.) (Judge Freda Wolfson)**– Member of the Law and Briefing Committee.

- *In re Fresenius Granuflo/Naturalyte Dialysate Prod. Liab. Litig.* **(MDL 2428) (D. Mass) (Judge Douglas P. Woodlock)**- Co-Chair of the Discovery Committee. Oversaw extensive written discovery and deposition program. This case is settled.

- *In re Vioxx Prod. Liab. Litig*, **MDL No. 1657 (E.D. La.) (Judge Eldon E. Fallon)**- Member of the Science Committee and the Joint Defense and Plaintiff Review Settlement Subcommittee. This case is settled.

- *In re Phenylpropanolamine (PPA) Prod. Liab. Litig*, **MDL 1407 (W.D. Wash.) (Judge Barbara J. Rothstein)**- Member of the Discovery Committee. This case is settled.

## II.     LEVIN SEDRAN AND BERMAN, LLP

Levin Sedran & Berman, LLP ("LSB") has a national reputation for superior client service and results representing clients in cases across the nation. Through almost 40 years our attorneys have gained national recognition for their experience and skill and are frequently called upon to lead some of the largest class actions, mass torts and antitrust cases in the nation. Our stock-and-trade is the litigation of technically complex cases, usually pending in an MDL or in a consolidated state-court litigation. We have been appointed lead counsel or to other leadership positions in hundreds of cases, including more than forty MDLs. LSB is presently serving or has served in several of the largest and technically complex class actions nationwide. We regularly appear in federal courts throughout the country including previously in Tobacco cases. *Castano v. American Tobacco Co,* CA. No. 94-1044 (E.D. La) (Plaintiff Legal Committee); *Barnes v. American Tobacco Co.,* et al., 96-5903 (E.D. Pa.) (Plaintiff Co-Lead Counsel); *In re Chinese-Manufactured Drywall Product Liab. Litig.,* MDL No. 2047 (E.D. La.) (Lead Counsel); *In re NFL Players' Concussion Injury Litig.*, MDL No. 2323 (E.D. Pa.) (Plaintiffs Steering Committee and Subclass Counsel for Settlement); *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,* on April 20, 2010, MDL No. 2179 (E.D. La.) (Special Counsel to the Plaintiffs' Fee and Cost Committee); *In re Air Cargo Shipping Servs. Antitrust Litig.*, MDL No. 1775 (E.D. N.Y.) (Co-Lead Counsel); *In re Wells Fargo Insurance Marketing Sales Practices Litig.,* MDL No. 2797 (C.D. Ca.) (Plaintiffs' Executive Committee); *In re Apple Inc. Device Performance Litig.,* MDL No. 2827 (N.D. Ca.) (Plaintiffs' Executive Committee) and *In re Intel Corp. CPU Marketing Sales Practices and Prod. Liab. Litig.* MDL No. 2828 (C.D. Or.) (Plaintiffs' Executive Committee to represent the interests of governmental entities). Our firm's philosophy from leading and prosecuting complex class actions for over three decades is to efficiently, vigorously and zealously prosecute the action on behalf of our clients and the class.

LSB has pioneered the use of class actions and mass actions in the United States and its work has resulted in numerous record-breaking recoveries over the past four decades. *See e.g., In re Asbestos School Litig.*, No. 83-0263 (E.D. Pa.) (LSB as member of Executive Committee and Lead Trial Counsel obtained a certification of a nationwide class and settlement on behalf of school districts); *In re Three Mile Island Litig.*, Civil Action No. 79-0432 (M.D. Pa.) (LSB as a member of Executive Committee obtained a settlement including the establishment of a medical monitoring fund); *In re Diet Drug Prod. Liab. Litig.*, MDL No. 1203 (E.D. Pa.) (LSB as Co-Lead Counsel obtained a $6.75 billion-dollar settlement on behalf of consumers who ingested Fen Phen); *In re The Exxon Valdez*, No. 89-00095 (D. Alaska) (LSB as a member of the Trial and Discovery Committee represented fishermen, native corporations, native villages, native claims and business claims in this mass tort.); *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL No. 2047 (E.D. La.) (LSB as Lead Counsel obtained inter-related settlements involving various suppliers, builders, installers, insurers and manufacturers of Chinese drywall valued in excess of $1 billion dollars); *In re Vioxx Prod. Liab. Litig.*, MDL No. 1657 (E.D. La.) (As a member of the PSC and Plaintiffs' Negotiating Committee, LSB was instrumental in achieving a $4.85 billion-dollar settlement on behalf of consumers who ingested Vioxx); *In re Air Cargo Shipping Servs. Antitrust Litig.*, MDL No. 1775 (E.D. N.Y.) (As Co-Lead Counsel in the decade long air cargo antitrust litigation LSB obtained 28 inter-related settlements against air cargo service providers totaling $1.2 billion dollars); *Galanti, et al. v. The Goodyear Tire and Rubber Co.* ("Entran II"), Civil Action No.: 03-209 (D.N.J.) (As a member of the Executive Committee LSB was instrumental in negotiating and achieving the creation of a common fund in the amount of $344,000,000); and *In re NFL Players Concussion Injury Litig*, MDL No. 2323 (E.D. Pa.) (LSB as Subclass Counsel working along with Lead Counsel obtained an uncapped settlement valued in excess of $1 billion dollars on behalf of Retired NFL football players).