Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: JUUL LABS INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITIY LITIGATION,  Plaintiff(s),

v.

Defendant(s).

Case No: 19-md-02913-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeanmarie Whalen, an active member in good standing of the bar of Supreme Court of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Griffin Bowie in the above-entitled action. My local co-counsel in this case is N/A as per Pretrial Order, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 2401 PGA Boulevard, Suite 140<br>Palm Beach, Gardens, FL  33410 | N/A per the Pretrial Order |
| My Telephone # of Record:<br>(561) 625-6260 | Local Co-Counsel's Telephone # of Record: |
| My Email Address of Record:<br>jw@dcwlaw.com | Local Co-Counsel's Email Address of Record: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 993115.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/16/19

Jeanmarie Whalen
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeanmarie Whalen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE