# EXHIBIT A

# Sarah R. London

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor | San Francisco, CA  94111
Tel.: (415) 956-1000 | Fax: (415) 956-1008
slondon@lchb.com | www.lchb.com

**EDUCATION**

| | |
|---|---|
| **University of California, Berkeley School of Law** | **Northwestern University** |
| Juris Doctor, 2009 Order of the Coif | Bachelor of Arts, *cum laude*, 2002 |

A partner in Lieff Cabraser's San Francisco office, **Sarah R. London** is a determined, skilled, and experienced advocate whose areas of practice are personal injury, mass torts, and class actions. In September of 2019, Sarah was appointed by Judge Judith E. Levy to serve as Subclass Settlement Counsel in *In re Flint Water Cases*, the federal class action lawsuit seeking justice for the over 100,000 residents of Flint, Michigan who were exposed to seriously elevated levels of lead as a result of insufficient water treatment.

Sarah serves in lead roles, including work as court-appointed Liaison Counsel in the state case and Interim Class Counsel in the parallel federal class action arising out of a March 2018 storage freezer failure at San Francisco's Pacific Fertility Center that compromised thousands of frozen eggs and embryos belonging to several hundred IVF clients. Sarah also serves on the proposed Plaintiffs Executive Committee in the *Gilead TDF* litigation, a JCCP action involving thousands of individuals alleging product liability claims against a San Francisco-based pharmaceutical company that allegedly needlessly exposed HIV patients to bone and kidney damage when a safer alternative design was available for more than a decade.

Distinguished as an active member of fourteen trial teams, Sarah is experienced in all aspects of trial work and complex case management. For example, in 2015, Sarah served as Lead Trial Counsel in a lawsuit in the Florida *Engle* smokers litigation pending in Federal Court, obtaining a $3 million judgment. The previous year, she second chaired a trial in the same litigation that secured a $41.1 million jury verdict. The trial successes of Sarah and other Lieff Cabraser trial lawyers contributed substantially to convincing the tobacco industry defendants to agree, for the first time ever, to a mass settlement of individual smoker lawsuits.

Sarah's trial successes also include class action litigation. In the *Norvir* antitrust case, a group of pharmacies alleged that Abbott Laboratories monopolized the market for HIV medicines used in conjunction with Abbott's prescription drug Norvir. Sarah worked extensively on the case's trial preparation, researching and drafting motions in limine, voir dire questions, jury instructions, and trial stipulations. In 2011, the case settled during trial for $52 million.

Sarah was also deeply involved in preparing a bellwether case in the *Yaz* birth control injury litigation. She deposed fact witnesses and physicians and successfully opposed *Daubert* motions. To date, Bayer has announced settlements of 7,660 claims – totaling $1.6 billion. Sarah's expertise in pre-trial motions also includes successfully overcoming statutes of limitations defenses in the *Toyota Sudden Acceleration* litigation. In December 2013, Toyota announced its intention to begin to settle the cases. In 2014, Lieff Cabraser played a key role in turning Toyota's intention into a reality through assisting in the creation of an innovative resolution process that has settled scores of cases in streamlined, individual conferences.

**BAR ADMISSIONS**

- California, 2009
- U.S. Court of Appeals 9th Circuit, 2009
- U.S. Court of Appeals 11th Circuit, 2012
- U.S. District Court Central District of California, 2009
- U.S. District Court Northern District of California, 2009

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

- Co-Chair, JUUL Litigation Group, American Association for Justice, 2019
- Resource Board Co-Chair, National Association of Women Judges, 2019
- American Association for Justice (Executive Committee, Section on Toxic, Environmental & Pharmaceutical Torts, 2016)
- Bar Association of San Francisco
- Consumer Attorneys of California (Board of Governors, 2018 - present)
- San Francisco Trial Lawyers Association

**HONORS AND AWARDS**

- Selected for inclusion by peers in The Best Lawyers in America in the fields of "Mass Tort Litigation/Class Actions - Plaintiffs," 2017 - 2020
- "Rising Star for Northern California," Super Lawyers, 2012 - 2019
- "40 and Under Hot List," Benchmark Litigation, 2018
- "Top 40 Under 40," California Daily Journal, 2018
- Leadership Academy, Consumer Attorneys of California, 2017
- Coro Fellow in Public Affairs, 2002-2003

**PRESENTATIONS AND SEMINARS**

- "Harmful Effects of JUUL: An Overview of Nicotine Addiction Science and Cardiovascular/Pulmonary Effects,'" HarrisMartin's JUUL, E-Cigarettes & Vaping Conference: Emerging Litigation and Liability Theories Agenda, September 2019
- Speaker, "Everything You Want to Know About Mass Torts (But Are too Afraid to Ask)," American Association for Justice Annual Mass Torts Seminar, June 2019
- Speaker, "Notable Recent & Pending Cases in the 9th Circuit and SCOTUS," Bridgeport Class Action Litigation and Management Conference, May 2019
- Speaker, "Preparing Fact Witnesses for Trial," Bridgeport Consumer Class Action Litigation Conference, November 2018
- Speaker, "Preparing for Trial," CAOC Convention, November 2018
- Speaker, "Trial Focused Discovery: You Don't Always Get What You Want, But You Get What You Need," ABA Section of Litigation Annual Conference, May 2017
- Speaker, "Trial Focused Discovery, or Best Practices in Preparing Your Client for Deposition," Consumer Attorneys of California Trial Arts Seminar, December 2016
- Speaker, "Trial Skills, Trial-Focused Discovery: What You Need and How to Use It," ABA Women in Products Liability, November 2016
- Speaker, "Why Aren't More Female Lawyers Making it to Trial?" San Francisco Lawyers Association Women's Caucus, January 2016