# EXHIBIT B

In re Juul
MDL No. 2913
Plaintiffs' Leadership Applications

**Applications for Co-Lead**

| | | |
|---|---|---|
| Adam Gutride | Sarah London | Michael London |
| Gutride Safier | Lieff Cabraser | Douglas & London |
| San Francisco, CA | San Francisco, CA | New York, NY |
| | (liaison) | |

**Applications for Membership on Executive Committee of the Steering Committee**

| | | |
|---|---|---|
| Matt Schultz | Emily Jeffcott | Stacey Slaughter |
| Levin Papantonio | Morgan & Morgan | Robins Kaplan |
| Pensacola, FL | Pensacola, FL | Minneapolis, MN |
| | | |
| Ellen Relkin | Brad Honnold | Tom Cartmell |
| Weitz & Luxenberg | Goza & Honnold | Wagstaff & Cartmell |
| New York, NY | Overland Park, KS | Kansas City, MO |
| | | |
| Joseph VanZandt | Dean Kawamoto | Christopher Gold |
| Beasley Allen | Keller Rohrback | Robbins Geller |
| Montgomery, AL | Seattle, WA | Boca Raton, FL |

**Applications for Membership on the Steering Committee**

| | | | | |
|---|---|---|---|---|
| Neil Overholtz | Mikal Watts | Rachel Abrams | Leslie LaMacchia | Michael Weinkowitz |
| Aylstock Witkin | Watts Guerra | Levin Simes Abrams | Pulaski Kherkher | Levin Sedran |
| Pensacola, FL | San Antonio, TX | San Francisco, CA | Houston, TX | Philadelphia, PA |
| | | | | |
| Kristine Kraft | Khaldoun Baghdadi | Tracy Finken | Erin Dickinson | Linda Nussbaum |
| Schlichter Bogard | Walkup Melodia | Anapol Weiss | Crueger Dickinson | Nussbaum Law |
| St Louis, MO | San Francisco, CA | Philadelphia, PA | Milwaukee, WI | New York, NY |

The proposed co-leads also support (1) Sabita Soneji, Tycko & Zavareii, Oakland CA, in an Executive Committee or Steering Committee role and (2) Michelle Drake, Berger Montague, Minneapolis MN, in a Steering Committee role, and understand that they support the proposed co-leads.