# EXHIBIT C

# Sarah R. London

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor | San Francisco, CA  94111
Tel.: (415) 956-1000 | Fax: (415) 956-1008
slondon@lchb.com | www.lchb.com

## LIST OF NAMES AND CONTACT INFORMATION OF JUDGES

**Judge Jacqueline Scott Corley**
U.S. Magistrate Judge, N.D. California
*In re Pacific Fertility Center Litigation*, Case No. 3:18-cv-01586-JSC
San Francisco Courthouse, Courtroom F
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 522-2015

**Judge Teri L. Jackson**
Judge, Superior Court of California, County of San Francisco
*Pacific Fertility Cases*, Case No. CJC-19-005021, JCCP No. 5021
Superior Court of California, Department 206
400 McAllister Street
San Francisco, CA 94102
(415) 551-3840

**Judge William G. Young**
U.S. District Judge, D. Massachusetts
*In re Engle Cases*
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
(617) 748-9156

**Judge Anthony Porcelli**
U.S. Magistrate Judge, M.D. Florida
*In re Engle Cases* (settlement proceedings)
Federal Building, Courtroom 10A
2110 First Street
Fort Myers, Florida 33901
(813) 301-5540

**Judge Timothy J. Corrigan**
U.S. District Judge, M.D. Florida
*In re Engle Cases*
Bryan Simpson United States Courthouse, Courtroom 10D
300 North Hogan Street
Jacksonville, FL 32202
(904) 549-1300

**Judge Ralph R. Erickson**
U.S. Court of Appeals Judge, 8th Circuit
*Kerrivan v. R.J. Reynolds Tobacco Co., et al.*, Case No. 3:09-cv-13703 (M.D. Florida)
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO. 63102
(701) 297-7080

**Judge Robert C. Jones**
Senior U.S. District Judge, D. Nevada
*Burkhart v. R.J. Reynolds Tobacco Co., et al*, Case No. 3:09-cv-10727 (M.D. Florida)
Lloyd D George Courthouse
333 Las Vegas Blvd South
Las Vegas, NV 89101
(702) 464-5400

**Judge M. Casey Rodgers**
U.S. District Judge, N.D. Florida
*Reider v. R.J. Reynolds Tobacco Co., et al.*, Case No. 3:09-cv-10465 (M.D. Florida)
Winston E. Arnow Federal Building
100 N. Palafox St.
Pensacola, FL 32502
(850) 435-8448

**Judge Edmund A. Sargus, Jr.**
U.S. District Judge, S.D. Ohio
*Harris v. R.J. Reynolds Tobacco Co., et al.*, Case No. 3:09-cv-13482 (M.D. Florida)
Joseph P. Kinneary U.S. Courthouse, Room 301
85 Marconi Boulevard
Columbus, OH 43215
(614) 719-3240

**Judge K. Michael Moore**
U.S. District Judge, S.D. Florida
*Searcy v. R.J. Reynolds Tobacco Co., et al.*, Case No. 3:09-cv-13723 (M.D. Florida)
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue - Room 13-1
Miami, FL 33128
(305) 523-5160

**Judge Roger T. Benitez**
U.S. District Judge, S.D. California
*Gray v. R.J. Reynolds Tobacco Co., et al.*, Case No. 3:09-cv-13603 (M.D. Florida)
Edward J. Schwartz United States Courthouse
221 West Broadway, Courtroom 5A
San Diego, CA 92101
(619) 446-3589