# Exhibit B

1.	*Federal Home Loan Bank of Boston v. Ally Financial, Inc., et al.*, No. 11–10952 GAO (D. Mass.)

   The Honorable George A. O'Toole
   John Joseph Moakley U.S. Courthouse
   1 Courthouse Way, Suite 2300
   Courtroom 9, 3rd Floor
   Boston, MA 02210
   Phone No:  1-617-748-9182

2.	*Federal Home Loan Bank of Chicago v. Banc of America Securities LLC*, No. LC091499 (Super. Court of Los Angeles Cty.);

   The Honorable Lee Smalley Edmon (currently Presiding Justice of the California Court of Appeal, Second District)
   Ronald Reagan State Building
   300 S. Spring Street
   2nd Floor, North Tower
   Los Angeles, CA 90013
   Phone No:  1-213-830-7000

3.	*Federal Home Loan Bank of Chicago v. Banc of America Funding Corp.*, No. 10 CH 45033 (Circuit Ct. Cook Cty., Ill.);

   Judge Anna M. Loftus, Calendar 15
   Chancery Division-General Chancery Section
   50 West Washington Street
   Courtroom 2410
   Richard J. Daley Center
   Chicago, Illinois 60602
   Phone No:  1-312-603-6025

4.	Federal Home Loan Bank of Indianapolis v. Banc of America Mortgage Securities, Inc., No. 49D05 10 10 PL 045071 (Super. Court Marion Cty., Ind.);

   The Honorable Thomas Busch (ret.)

5.	*Federal Home Loan Bank of Chicago v. Banc of America Securities LLC*, No. 10-2-36526-5 SEA (King Cty. Super. Ct.).

   The Honorable Catherine Shaffer
   King County Superior Court
   516 Third Avenue, Room W-829
   Seattle, WA  98104
   Phone No: 1-206-477-1391

6.    *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, And Products Liability Litigation*, MDL No. 2672 (N.D. Cal.)

   The Honorable Charles R. Breyer
   San Francisco Courthouse
   Courtroom 6 - 17th Floor
   450 Golden Gate Avenue
   San Francisco, CA 94102
   Phone No: 1-415-522-2062

7.    *In Re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)

   The Honorable Dan Aaron Polster
   Carl B. Stokes United States Court House
   801 West Superior Avenue, Courtroom 18B
   Cleveland, Ohio 44113-1837
   Phone No: 1-216-357-7190