Scott A. Powell  (admitted *pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
Scott@hwnn.com
Phone: (205) 328-5330
Fax: (205) 324-2165

*Attorney for Plaintiff Griffith Miles*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  JUUL LABS INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------------------<br><br>This Document Relates to:<br><br>**Miles vs. JUUL Labs, Inc.,**<br>**3:19-cv-6546-WHO** | Case No. 3:19-md-02913-WHO<br><br>**Proof of Service ~**<br>**Summons and Complaint** |

Dated:  October 25,  2019

Respectfully Submitted,
HARE, WYNN, NEWELL & NEWTON, LLP

By:_____/s/ Scott A. Powell_____

SCOTT A. POWELL (admitted *pro hac vice*)
scott@hwnn.com
**HARE WYNN NEWELL AND NEWTON, LLP**
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
Telephone: (205) 328-5330
Facsimile: (205) 324-2165

1

Christopher S. Randolph, Jr.  SBN:  ASB-4006-T67R
Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue North 800
Birmingham, AL 35203
(205) 328-5330

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Griffith A. Miles** | Plaintiff(s) | **CASE NUMBER:** 3:19cv6546-WHO |
| **v.** | | **PROOF OF SERVICE** |
| **JUUL Labs Inc.** | Defendant(s) | **SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served  copies of the *(specify documents)*:

   a. ☐ summons     ☐ first amended complaint     ☐ third party complaint
   ☐ complaint     ☐ second amended complaint     ☐ counter claim
   ☐ alias summons     ☐ third amended complaint     ☐ cross claim
   ☑ other **See attached Document List**

2. **Person served:**

   a. ☑ Defendant *(name:)* **JUUL LABS, INC., C/O REGISTERED AGENT**
                **Age: 27 Race: HISPANIC Sex: Male Height: 5'9" Weight: 180 Hair: BROWN**
   b. ☑ Other *(specify name and title or relationship to the party/business named):*
        **C T CORPORATION SYSTEM BY SERVING ALBERT DAMONTE - INTAKE SPECIALIST AUTHORIZED TO ACCEPT**
   c. ☑ Address where the papers were served:  **818 WEST SEVENTH ST., SUITE 930, 930**
                 **Los Angeles, CA 90017**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked):*

   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☑ By **Personal Service.** By personally delivering copies.  If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☑ **Papers were served on** *(date):* **10/17/2019 at** *(time):* **1:56 PM**

   b. ☐ By **Substituted Service.** By leaving copies:

       1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ **Papers were served on** *(date):* at *(time):*

       4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☐ **papers were mailed on**

       6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Direct Legal Support, Inc.**
1541 Wilshire Blvd., Suite 550
Los Angeles, CA 90017
Phone: (213) 483-4900   Fax: (866) 241-0051

Continued from Proof of Service

**CLIENT:**   Hare, Wynn, Newell & Newton, LLP
**CLIENT FILE #:**   19001851 Miles v JUUL                **DATE:**   October 22, 2019
**SUBJECT:**   JUUL LABS, INC., C/O REGISTERED AGENT

CIVIL CASE COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE
- CASE ASSIGNMENT; ORDER - WHO STANDING ORDER; ORDER - WHO STANDING
CIVIL PRETRIAL ORDER; ORDER - WHO ADMINISTRATIVE ORDER MOTIONS TO
SEAL; ORDER - CAND STANDING ORDER; MOTION FOR LEAVE TO APPEAR PRO
HAC VICE, SCOTT POWELL; ORDER - WHO GRANTING PRO HAC VICE; NOTICE -
DIRECT MEMBER CASE OPEN; ORDER  - MDL - 2913 PRETRIAL ORDER NO. 1;
ORDER - MDL TRANSFER ORDER; PROPOSED SUMMONS; PLAINTIFF
CERTIFICATION & NOTICE



d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.  (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the **United States, and its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      **Title of person served:**

      **Date and time of service:** *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   **JOSE JUAN SORIANO**
   **Direct Legal Support, Inc.**
   **1541 Wilshire Blvd., Suite 550**
   **Los Angeles, CA 90017**
   **(213) 483-4900**
   **LA County Reg:  2015260036**

   a. Fee for service: **$ 69.50**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :2014182718
      County: **LOS ANGELES**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 22, 2019**   _____**JOSE JUAN SORIANO**_____
                        *Type or Print Server's Name*                        *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**