UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Case No.  19-md-02913-WHO<br><br>**CASE MANAGEMENT ORDER NO. 1 - INITIAL CENSUS** |

I am interested in generating an initial census in this litigation to assist me in determining who should be on the Plaintiffs' Executive Committee, Plaintiffs' Steering Committee, and other appointments, as well as how to manage the case from the outset.  Because I would like a useful census as soon as possible, I direct the plaintiffs and defense to confer in advance of the Initial Status Conference on November 8, 2019, and to be prepared to discuss their proposal for the content and timing of the initial census in this litigation.  I appoint Sarah London, Ellen Relkin, and Joseph Van Zandt to represent the plaintiffs (only with respect to the initial census).

I have requested the assistance of Jaime Dodge, Director of the Institute for Complex Litigation and Mass Claims at Emory Law School, in facilitating this process.  The parties may authorize conversations with other counsel or stakeholders that Professor Dodge may find helpful, discuss litigation ideas or strategies, and/or share any written records or documents with her.  No communications or sharing of materials with Professor Dodge in this context will be deemed a waiver of any privilege, the protection afforded by the work product doctrine, the protection afforded to material prepared for litigation, or violation of HIPAA or other law limiting sharing of information.  This protection is retroactive, and covers all prior conversations and communications between Professor Dodge and either side related to this litigation.

**IT IS SO ORDERED.**

Dated: October 25, 2019



William H. Orrick
United States District Judge