AO 136 (REV 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF KANSAS

## CERTIFICATE OF GOOD STANDING

I, __Timothy M. O'Brien__, Clerk of this Court, certify that __Jonathan P. Kieffer__, Bar # __18707__, was duly admitted to practice in this court on __March 2, 1998__, and is in good standing as a member of the Bar of this Court.

Dated at __Kansas City, Kansas__ on __10/25/2019__.
(Location)                                     (Date)

__Timothy M. O'Brien__                __Ingrid Campbell__
CLERK                                   DEPUTY CLERK

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
                            )  ss.
WESTERN DISTRICT OF MISSOURI )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Jonathan P. Kieffer was duly admitted to practice in said Court on October 17, 1997.

Jonathan P. Kieffer is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri        *Paige Wymore-Wynn*
on October 29, 2019                       Paige Wymore-Wynn, Clerk

                                    By    *Jeri Russel*
                                          Jeri Russel, Deputy Clerk