Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Katharine L.  Malone (State Bar No. 290884)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        kmalone@saverilawfirm.com
        cyoung@saverilawfirm.com
        areddy@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 3:20-cv-02345-WHO<br><br>DIRECT PURCHASER PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF RIAZ VALANI PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Case No. 3:20-cv-02345-WHO

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs hereby give notice that Counts Two and Three of the Amended Consolidated Complaint (ECF No. 276) in the above captioned action are voluntarily dismissed with prejudice against defendant Riaz Valani. Mr. Valani has not filed either an answer or a motion for summary judgment.

Dated: September 27, 2021

By:    _/s/ Joseph R. Saveri_
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Katharine L. Malone (State Bar No. 290884)
Christopher K.L. Young (State Bar No. 318371)
Anupama K. Reddy (State Bar No. 324873)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:  jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           kmalone@saverilawfirm.com
           cyoung@saverilawfirm.com
           areddy@saverilawfirm.com

_Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class_