CHRISTINA M. BLACK (California Bar No. 300081)
cblack@bm.net
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES LITIGATION | Case No. 19-MD-02913-WHO <br><br> **NOTICE OF APPEARANCE OF <br> CHRISTINA M. BLACK** |

1 | PLEASE TAKE NOTICE THAT:

2 |     Christina M. Black of Berger Montague PC, 1818 Market Street, Suite 3600, Philadelphia, Pennsylvania, telephone (215) 874-3000, facsimile (215) 875-4604 and email cblack@bm.net, hereby enters an appearance, in the above-captioned action, as additional counsel of record for the Bradley Colgate et al. Plaintiffs in the above-captioned case. Please add Ms. Black's email address to the e-filing notice list: cblack@bm.net.

Dated: December 4, 2019               Respectfully submitted,

**BERGER MONTAGUE PC**

                            */s/ Christina M. Black*
                            Christina M. Black (California Bar No. 300081)
                            cblack@bm.net
                            1818 Market Street, Suite 3600
                            Philadelphia, PA 19103
                            Tel: (215) 875-3000
                            Fax: (215) 875-4604

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2019, I caused a copy of the foregoing to be submitted to the Court's CM/ECF system, which will generate a copy of the foregoing to each counsel for record.

                                      */s/ Christina M. Black*

                                    Christina M. Black (California Bar No. 300081)