1 | GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
2 | BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
3 | JEREMY K. BEECHER (State Bar No. 301272)
jeremy.beecher@mto.com
4 | MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
5 | Fiftieth Floor
Los Angeles, California 90071-3426
6 | Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JUUL LABS, INC.** |
| This Document Relates to: <br><br> ALL CASES | Hon. William H. Orrick |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Gregory P. Stone, Bethany W. Kristovich and Jeremy K. Beecher of Munger, Tolles & Olson LLP hereby appear as additional counsel of record for Defendant JUUL Labs, Inc. in the above-captioned matter. Counsel respectfully request to be served with all pleadings and notices in this case and all related actions at the following addresses:

>Gregory P. Stone (State Bar No. 78329)
>Bethany W. Kristovich (State Bar No. 241891)
>Jeremy K. Beecher (State Bar No. 301272)
>MUNGER, TOLLES & OLSON LLP
>350 South Grand Avenue
>Fiftieth Floor
>Los Angeles, CA 90071
>Telephone: (213) 683-9100
>Facsimile: (213) 687-3702
>Gregory.Stone@mto.com
>Bethany.Kristovich@mto.com
>Jeremy.Beecher@mto.com

DATED: February 21, 2020     MUNGER, TOLLES & OLSON LLP


By: _____/s/ Gregory P. Stone_____
     GREGORY P. STONE
Attorneys for Defendant JUUL Labs, Inc.

PROOF OF SERVICE

**In re: JUUL LABS, Inc., Marketing, Sales Practices, and Products Liability Litigation**
**3:19-md-02913-WHO**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On February 21, 2020, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JUUL Labs, INC.** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 21, 2020, at Los Angeles, California.

/s/ Ramona O. Salgado
Ramona O. Salgado

Case No. 3:19-md-02913-WHO
NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JUUL LABS, INC.