UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>CLASS ACTIONS | Case No. 19-md-02913-WHO<br><br>**RULE 4 WAIVER OF THE SERVICE OF SUMMONS** |

Ms. Sarah London:

I have received your request to waive service of a summons in this action along with copies of the relevant complaints, this waiver form, and authorization to return one signed copy of the form to you via e-mail.

On behalf of Riaz Valani, we agree to save the expense of serving a summons and complaint in this case.

We reserve all defenses or objections to the lawsuit, the court's jurisdiction, personal jurisdiction, and the venue of the action, but we waive any objections to the absence of a summons or of service.

We also understand that we must file and serve an answer or a motion under Rule 12 in accordance with a schedule to be set by the Court in this Action. If we fail to do so, a default judgment may be entered.

Date:   March 25, 2020            _/s/ Michael Guzman_____
                                  (Signature of the attorney or unrepresented party)

                                  Michael Guzman_____
                                  (Printed name)

                                  mguzman@kellogghansen.com__
                                  (E-mail address)

                                  202-326-7910_____
                                  (Telephone number)

4847-8071-7751.1