# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUUL LABS, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:20-cv-02261 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge William H. Orrick to determine whether it is related to 3:19-md-02913 WHO, *In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation.*

IT IS SO ORDERED.

Date: April 6, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge