Michael L. O'Donnell (*pro hac vice* pending)
odonnell@wtotrial.com
James E. Hooper (*pro hac vice* pending)
hooper@wtotrial.com
Marissa S. Ronk (*pro hac vice* pending)
ronk@wtotrial.com
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879

*Attorneys for Defendant McLane Company, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*ALL CASES* | Case No: 19-md-02913-WHO<br><br>**NOTICE OF APPEARANCE OF JAMES E. HOOPER AS COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that James E. Hooper hereby enters an appearance as counsel on behalf of Defendant McLane Company, Inc. in the above-captioned matter. Mr. Hooper filed his application for admission *pro hac vice* on April 3, 2020 (ECF No. 413). Counsel respectfully requests to be served at the below address with all pleadings and notices in this case and all related actions, and to be added to the Court's e-filing notice list.

> James E. Hooper
> Wheeler Trigg O'Donnell LLP
> 370 Seventeenth Street, Suite 4500
> Denver, CO 80202
> Telephone: 303.244.1800
> Email: hooper@wtotrial.com

Dated: April 8, 2020.　　　　　　　　　WHEELER TRIGG O'DONNELL LLP

By: */s/ James E. Hooper*
　　Michael L. O'Donnell
　　James E. Hooper
　　Marissa S. Ronk

Attorneys for Defendant McLane Company, Inc.

# CERTIFICATE OF SERVICE

**In re: JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation**
3:19-md-02913-WHO

STATE OF COLORADO, CITY AND COUNTY OF DENVER

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the City and County of Denver, State of Colorado. My business address is 370 Seventeenth Street, Suite 4500, Denver, CO 80202.

On April 8, 2020, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.** on the interested parties in this action as follows:

**By CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2020, at Denver, Colorado..

*/s/ James E. Hooper*