UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>JUUL LABS, INC., et al.,<br><br>Defendants. | Case No. 20-cv-02261-NC   (WHO)<br><br>**ORDER RELATING CASES** |

This case is related to 3:19-md-02913 WHO, *In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, and is HEREBY coordinated as a member case of the MDL.

**IT IS SO ORDERED.**

Dated: April 8, 2020



William H. Orrick
United States District Judge