ESBROOK LAW LLC

CHRISTOPHER J. ESBROOK (*admitted pro hac vice*)
christopher.esbrook@esbrooklaw.com
DAVID F. PUSTILNIK (*pending admission pro hac vice*)
david.pustilnik@esbrooklaw.com
MICHAEL S. KOZLOWSKI (*admitted pro hac vice*)
michael.kozlowski@esbrooklaw.com
77 W. Wacker Drive
Suite 4500
Chicago, IL 60601
Telephone: 312-319-7680

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case Number: 19-MD-02913-WHO<br><br>**NOTICE OF APPEARANCE OF MICHAEL S. KOZLOWSKI ON BEHALF OF DEFENDANTS CIRCLE K STORES INC., EBY-BROWN COMPANY, LLC, 7-ELEVEN INC., AND SHEETZ, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Michael S. Kozlowski (*admitted pro hac vice*) hereby appears on behalf of Defendants Circle K Stores Inc., Eby-Brown Company, LLC, 7-Eleven Inc., and Sheetz, Inc. in the above-captioned matter. Counsel respectfully request to be served with all pleadings and notices in this case at the following addresses:

> Michael S. Kozlowski
> ESBROOK LAW LLC
> 77 W. Wacker Drive
> Suite 4500
> Chicago, IL 60601
> Telephone: 312-319-7680
> michael.kozlowski@esbrooklaw.com

Dated: April 10, 2020

ESBROOK LAW LLC

By: /s/ *Michael S. Kozlowski*
Michael S. Kozlowski (*admitted pro hac vice*)

Attorney for Defendants CIRCLE K STORES INC., EBY-BROWN COMPANY, LLC, 7-ELEVEN INC., and SHEETZ, INC.

NOTICE OF APPEARANCE OF MICHAEL S. KOZLOWSKI FOR DEFENDANTS CIRCLE K STORES INC., EBY-BROWN COMPANY, LLC, 7-ELEVEN INC., AND SHEETZ, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 10, 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2020, Chicago, Illinois.

/s/ *Michael S. Kozlowski*
Michael S. Kozlowski