# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| JOSHUA E. FOWLER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-md-02913-WHO |
| JUUL LABS INC., et al | ) | |
| *Defendant* | ) | |

## SPECIAL APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record
I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Speedway, LLC. This is a notice of a special appearance only not a general appearance. Speedway preserves, and does not intend to waive, any defenses including lack of jurisdiction.

Date: April 10, 2020

*Attorney's signature*

Matthew S. Covington, SBN 154429
*Printed name and bar number*

Buchalter, A Professional Corporation
55 Second Street, Suite 1700w
San Francisco, California 94105
*Address*

mcovington@buchalter.com
*E-mail address*

(415) 227-0900
*Telephone number*

(415) 227-0770
*FAX number*