[Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. ANTITRUST LITIGATION | Case No. 3:20-cv-02345-WHO |
| | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS** |
| This Document Relates To: | |
| ALL ACTIONS | Judge: Hon. William H. Orrick |

The parties to the above-entitled action, having met and conferred in an attempt to streamline the presentation of evidence in this action, and upon determining that good cause exists therefor, hereby stipulate as follows:

1.    Documents produced to a party to this action by another party shall be deemed authentic for the purposes of this lawsuit only, absent good cause.  Good cause shall mean issues relating to the completeness of the document (*e.g.*, missing or incomplete pages), any specified conditions in the actual document or the manner in which it was produced that brings into question whether the document was actually generated by the relevant party.

2.    In the Federal Trade Commission's action against Altria Group, Inc. and JUUL Labs, Inc., Dkt. No. 9393 (the "FTC Action"), all documents identified in: (a) Joint Stipulations on Admissibility of Exhibits, dated June 2, 2021 [JX2]; (b) Joint Stipulation on Admissibility of Additional Trial Exhibits, dated June 2, 2021 [JX3]; and (c) any document introduced as an exhibit in the matter bearing a PX, DX,

or RX Exhibit No. that is not otherwise listed on JX2 or JX3, shall be deemed authentic for the purposes of this lawsuit only. This provision shall not apply to expert reports identified as trial exhibits.

3.     In the FTC Action, Exhibits PX2408, PX2411, PX4167, PX4168, PX4172, PX4268, PX4270, PX4271, PX4373, PX4374, PX4375, and PX4376 shall be deemed authentic and reflect telephone calls and text messages made to and from the individuals indicated on the face of each exhibit, reflect the dates and times of each telephone call and the dates, times, and content of each text message indicated on the face of each exhibit, and reflect the duration of each telephone call indicated on the face of each exhibit, for purposes of this lawsuit only.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March _____, 2025                      _____
                                              HONORABLE WILLIAM H. ORRICK
                                              UNITED STATES DISTRICT JUDGE

Dated: March 3, 2025

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By:  */s/ Robin F. Zwerling*
Robin F. Zwerling

Robin F. Zwerling (*pro hac vice*)
Susan Salvetti (*pro hac vice*)
Justin M. Tarshis (*pro hac vice*)
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Email: rzwerling@zsz.com
ssalvetti@zsz.com
jtarshis@zsz.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

**JOSEPH SAVERI LAW FIRM, LLP**

By:  */s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Itak K. Moradi (SBN 310537)
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
imoradi@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

**KAPLAN FOX & KILSHEIMER LLP**

By:  */s/ Elana Katcher*
Elana Katcher

Robert N. Kaplan (*pro hac vice*)
Elana Katcher (*pro hac vice*)
800 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
ekatcher@kaplanfox.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**CERA LLP**

By:      */s/ C. Andrew Dirksen*
              C. Andrew Dirksen

C. Andrew Dirksen (SBN 197378)
529 Main St., Suite P200
Boston, MA 02129
Telephone: (857) 453-6555
Email: cdirksen@cerallp.com

Solomon B. Cera (SBN 099467)
Pamela A. Markert (SBN 203780)
**CERA LLP**
201 California Street, Suite 1240
San Francisco, CA 94111
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@cerallp.com
           pmarkert@cerallp.com

*Steering Committee Counsel for Indirect Purchaser Plaintiffs and Indirect Reseller Plaintiffs*

**WILKINSON STEKLOFF LLP**

By:      */s/ Beth A. Wilkinson*
              Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
Jenna Pavelec (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email: bwilkinson@wilkinsonstekloff.com
           jrosenthal@wilkinsonstekoff.com
           mskanchy@wilkinsonstekloff.com
           abohanon@wilkinsonstekloff.com
           jpavelec@wilkinsonstekloff.com

Moira Penza (*pro hac vice*)
Jeremy Barber (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
Email: mpenza@wilkinsonstekloff.com
        jbarber@wilkinsonstekloff.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Email: Lauren.Wulfe@arnoldporter.com

*Counsel for Defendants Altria Group, Inc. and Altria Enterprises LLC*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: _____*/s/ Nowell D. Bamberger*_____
              Nowell D. Bamberger

David I. Gelfand (*pro hac vice*)
Jeremy J. Calsyn (State Bar No. 205062)
Nowell D. Bamberger (*pro hac vice*)
2112 Pennsylvania Avenue
NW Washington, DC 20037
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Email: dgelfand@cgsh.com
        jcalsyn@cgsh.com
        nbamberger@cgsh.com

*Counsel for Defendant Juul Labs, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

By:     _/s/ Michael J. Guzman_
           Michael J. Guzman

Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
1615 M Street, NW Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Email: mhansen@kellogghansen.com
         mguzman@kellogghansen.com
         dschwarz@kellogghansen.com

*Counsel for Individual Defendants Nicholas Pritzker and Riaz Valani*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: March 3, 2025                                    By:    */s/ Robin F. Zwerling*

Case No. 20-cv-02345-WHO

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS