UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BLOMQUIST,<br><br>          Plaintiff,<br><br>   v.<br><br>ALTRIA GROUP, INC, et al.,<br><br>          Defendants. | Case No. 20-cv-02512-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Orrick for consideration of whether the case is related to 19-md-02913-WHO, *In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*.

**IT IS SO ORDERED.**

Dated: April 16, 2020

VINCE CHHABRIA
United States District Judge