1  ESBROOK LAW LLC
2  CHRISTOPHER J. ESBROOK (*admitted pro hac vice*)
   christopher.esbrook@esbrooklaw.com
3  DAVID F. PUSTILNIK (*admitted pro hac vice*)
   david.pustilnik@esbrooklaw.com
4  MICHAEL S. KOZLOWSKI (*admitted pro hac vice*)
   michael.kozlowski@esbrooklaw.com
5  77 W. Wacker Drive
   Suite 4500
6  Chicago, IL 60601
   Telephone:    312-319-7680

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case Number: 19-MD-02913-WHO |
| This Document Relates to:<br>ALL CASES | **NOTICE OF APPEARANCE OF MICHAEL S. KOZLOWSKI ON BEHALF OF DEFENDANT WAWA, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Michael S. Kozlowski (*admitted pro hac vice*) hereby appears on behalf of Defendant Wawa, Inc. in the above-captioned matter. Counsel respectfully request to be served with all pleadings and notices in this case at the following addresses:

> Michael S. Kozlowksi
> ESBROOK LAW LLC
> 77 W. Wacker Drive
> Suite 4500
> Chicago, IL 60601
> Telephone: 312-319-7680
> michael.kozlowski@esbrooklaw.com

Dated: April 17, 2020                ESBROOK LAW LLC

By: /s/ *Michael S. Kozlowski*
Michael S. Kozlowski (*admitted pro hac vice*)

Attorney for Defendant WAWA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 17, 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2020, Chicago, Illinois.

/s/ *Michael S. Kozlowski*
Michael S. Kozlowski