[*Submitting Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**JOINT SUBMISSION IDENTIFYING SELECTED GOVERNMENT ENTITY COMPLAINTS FOR PURPOSES OF MOTIONS PRACTICE** |

As set forth in the Parties' April 11, 2020 Case Management Conference Statement, ECF 442, at 14-15, the Parties identify the following government entity complaints that have been selected for purposes of motion to dismiss briefing.

1. *Tucson Unified School District v. Juul Labs, Inc., et al*; ND Cal 3:19-cv-07335-WHO (D. Az., Tucson Div.);

2. *County of Santa Cruz v. Juul Labs, Inc., et al*; ND Cal 3:20-cv-02261-WHO (N.D. Cal., San Jose Div.);

3. *Livermore Valley Joint Unified School District v. Juul Labs, Inc., et al*; ND Cal 3:19-cv-08176-WHO (N.D. Cal., S.F. Div.);

4. *Escambia County School District v. Juul Labs, Inc., et al*; ND Cal 3:19-cv-00459-WHO (N.D. Fl.);

5. *The School Board of Broward County v. Juul Labs, Inc., et al*; ND Cal 3:19-cv-08289-WHO (N.D. Cal., S.F. Div.);

6. *Three Village Central School District v. Juul Labs, Inc., et al*; ND Cal 3:19-cv-07028-WHO (E.D. NY); and

7. *Central Bucks School District, Bucks County v. Juul Labs, Inc., et al*; ND Cal 3:19-cv-08023-WHO (E.D. PA).

1    Dated:  April 20, 2020                    Respectfully submitted,

2

3    By: /s/ Gregory P. Stone                  By: /s/ Sarah R. London

4    Gregory P Stone, SBN 78329
     Bethany W. Kristovich, SBN 241891         Sarah R. London
5    **MUNGER, TOLLES & OLSON LLP**            **LIEFF CABRASER HEIMANN &**
     350 South Grand Avenue                    **BERNSTEIN**
6    Fiftieth Floor                            275 Battery Street, Fl. 29
     Los Angeles, California 90071-3426        San Francisco, CA 94111
7    Telephone:    (213) 683-9100              Telephone:  (415) 956-1000
     Facsimile:    (213) 687-3702
8    gregory.stone@mto.com
     bethany.kristovich@mto.com                By: /s/ Dena C. Sharp
9
     -and                                      Dena C. Sharp
10                                             **GIRARD SHARP LLP**
     Renee D. Smith (*pro hac vice*)           601 California St., Suite 1400
11   Mike Brock (*pro hac vice*)               San Francisco, CA 94108
     **KIRKLAND & ELLIS LLP**                  Telephone: (415) 981-4800
12   300 N. LaSalle
     Chicago, IL 60654
13   Telephone: (312) 862-2310                 By: /s/ Dean Kawamoto
14
     -and-                                     Dean Kawamoto
15                                             **KELLER ROHRBACK L.L.P.**
     David M. Bernick (*pro hac vice*)         1201 Third Ave., Ste. 3200
16   **PAUL, WEISS, RIFKIND, WHARTON &**       Seattle, WA 98101
     **GARRISON LLP**                          Telephone:  (206) 623-1900
17   1285 Avenue of the Americas
     New York, NY 10019-6064
18                                             By: /s/ Ellen Relkin
     *Attorneys for Defendant JUUL Labs, Inc.*
19                                             Ellen Relkin
                                               **WEITZ & LUXENBERG**
20                                             700 Broadway
                                               New York, NY 10003
21                                             Telephone: (212) 558-5500
22
                                               *Co-Lead Counsel for Plaintiffs*
23

24

25

26

27

28

3

1

2  By: /s/ John S. Massaro

3  **ARNOLD & PORTER KAYE SCHOLER LLP**

4

5  John C. Massaro (admitted pro hac vice)
   Jason A. Ross (admitted pro hac vice)
6  601 Massachusetts Ave., N.W.
   Washington D.C.  20001
7  Telephone:   (202) 942-5000
   Facsimile:  (202) 942-5999
8  john.massaro@arnoldporter.com
   Jason.ross@arnoldporter.com

9  *Attorneys for Defendants Altria Group, Inc.*
   *and Philip Morris USA Inc.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28