UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ALTERNATIVE SERVICE** |
|---|---|

Having considered Plaintiffs' Motion for Alternative Service, and finding that good cause exists, this Court hereby **GRANTS** Plaintiffs motion and ORDERS that, for the purposes of this MDL proceeding and until September 1, 2020, the personal service requirements set forth in Rule 45 of the Federal Rules of Civil Procedure can be satisfied by delivering subpoenas via certified mail.

**IT IS SO ORDERED.**

Dated: May 1, 2020

_____
Honorable Judge William H. Orrick