Michael M. Weinkowitz, Esquire
510 Walnut Street, Suite 500
Philadelphia 19106 PA
(215) 592-1500

# United States District Court
## In the for the Northern District of California

In Re JUUL Labs, Inc. Marketing, Sales Practices and
Products Liability Litigation

v.

Case No.:3:19-md-02913-WHO

## AFFIDAVIT OF SERVICE

STATE OF NC
COUNTY OF   ss

I, __Jerry Merritt__, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On __4/14/2020__ at __8:58__ AM/(PM), I served Dr. Thomas A. Perfetti/Perfetti & Perfetti, LLC with the following list of documents:

**Subpoena with Protective Order**

Said service was executed at: __2116 New Castle Drive__  __Winston-Salem__  __N.C.__  __27103__
                                Address                City              State     Zip

In the following manner

[✓] Personally served.

[ ] Adult family member with whom said Respondent resides.
    Name: _____ Relationship: _____

[ ] Adult in charge of Respondent's residence who refused to give name and/or relationship.

[ ] Manager/Clerk of place of lodging in which Respondent resides.

[ ] Agent or person in charge of Respondent's office or usual place of business.

[ ] Name: _____ Title: _____ for the agent or person in charge of business

[ ] Other: _____

Description of person process was left with:
    Sex: __Male__  Skin: __White__  Hair: __White__  Age: __65__  Height: __6'4"__  Weight: __270__

Non-Service: After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

[ ] Unknown at Address     [ ] Moved, Left no Forwarding     [ ] Vacant     [ ] No Answer - Several Attempts
[ ] Address Does Not Exist  [ ] Other _____

Service Attempts: (1) _____ _____  (2) _____ _____  (3) _____ _____  (4) _____ _____
                    Date   Time           Date   Time           Date   Time           Date   Time

_____
(Signature)

Dennis Richman Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA
2159779393

SAAFF/P178417