Mark P. Robinson, Jr. (SBN 54426)
Kevin Calcagnie (SBN 108994)
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA  92660
Tel:  (949) 720-1288 / Fax:  (949) 720-1292

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Master File No. 3:19-MD-02913-WHO<br>MDL No. 2913<br><br>William H. Orrick<br>U.S. District Judge |
| THIS DOCUMENT RELATES TO:<br>Corkery, et al. v. JUUL Labs, Inc., et al.<br>Case No. 3:19-cv-05813-WHO | |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs CONOR CORKERY, TOM HADDAD, THOMAS JOSEPH, and WILLIAM KIRK, by and through their counsel, Mark P. Robinson, Jr. hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, in its entirety.

Date:  June 22, 2020

*/s/ Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
KEVIN CALCAGNIE
ROBINSON CALCAGNIE, INC.
19 Corporate Plaza Drive.
Newport Beach, CA 92660
Tele: (949) 720-1288; Fax:  (949) 720-1292
Email: mrobinson@robinsonfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

*/s/ Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
*Attorneys for Plaintiffs*