[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DECLARATIONS PURSUANT TO L.R. 79-5(e)(1)** |

The parties jointly stipulate and agree, subject to the Court's approval, to a modest extension of the deadline for filing Declarations Pursuant to Local Rule 79-5(e)(1) in support of sealing portions of Plaintiffs' Opposition to Defendant Juul Labs, Inc.'s Motion to Stay Based on the FDA's Primary Jurisdiction; and Exhibits C, D, E and F to the Declaration of Sarah London in support of that opposition filed June 29, 2020.

WHEREAS, on June 29, 2020, Plaintiffs filed a Response in Opposition to Defendant Juul Labs, Inc.'s Motion to Stay Based on the FDA's Primary Jurisdiction (Dkt. 755);

WHEREAS, the Response in Opposition to Defendant Juul Labs, Inc.'s Motion to Stay Based on the FDA's Primary Jurisdiction includes several paragraphs referencing materials that are marked Confidential or Highly Confidential (*id.*);

WHEREAS, on June 29, 2020, Plaintiffs also filed Exhibits C, D, E and F to the Declaration of Sarah London under seal, and that contains four exhibits totaling 188 pages that are marked Confidential or Highly Confidential (Dkt. 755-1);

WHEREAS, Defendants received the sealed materials over the Fourth of July holiday weekend and are in the process of reviewing the cited Confidential or Highly Confidential material and ensuring compliance with the relevant sealing procedure;

WHEREAS, the current deadline for filing Declarations Pursuant to Local Rule 79-5(e)(1) is July 6, 2020;

WHEREAS, the parties met and conferred and have agreed, subject to the Court's approval, that the deadline for filing Declarations Pursuant to Local Rule 79-5(e)(1) in support of sealing portions of Plaintiffs' Opposition to Defendant Juul Labs, Inc.'s Motion to Stay Based on the FDA's Primary Jurisdiction ; and Exhibits C. D., E. and F to the Declaration of Sarah London in support of that opposition should be extended to July 20, 2020 to provide additional time for Defendants to ensure compliance with the relevant sealing procedures;

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order establishing July 20, 2020 as the deadline for filing Declarations Pursuant to Local Rule 79-5(e)(1) in support of sealing portions of Plaintiffs' Opposition to Defendant Juul Labs, Inc.'s Motion to Stay Based on the FDA's

Primary Jurisdiction; and Exhibits C, D, E and F to the Declaration of Sarah London in support of that opposition.

Dated: July 6, 2020

Respectfully submitted,

By: /s/ *Renee D. Smith*

Renee D. Smith (*pro hac vice*)
Mike Brock (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

-and-

Gregory P. Stone (SBN 78329)
gregory.stone@mto.com
Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Ave, 50th Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100

*Attorneys for Defendant JUUL Labs, Inc.*

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ *Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

By: /s/ *Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

By: /s/ *John S. Massaro*

**ARNOLD & PORTER KAYE SCHOLER LLP**

John C. Massaro (*pro hac vice*)
Jason A. Ross (a*pro hac vice*)
601 Massachusetts Ave., N.W.
Washington D.C.  20001
Telephone:   (202) 942-5000
Facsimile:  (202) 942-5999
john.massaro@arnoldporter.com
Jason.ross@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED:**

The deadline for filing Declarations Pursuant to Local Rule 79-5 in connection with the Plaintiffs' Opposition to Defendant Juul Labs, Inc.'s Motion to Stay Based on the FDA's Primary Jurisdiction; and Exhibits C, D, E and F to the Declaration of Sarah London in support of that opposition shall be extended to **July 20, 2020**.

Date: July 7, 2020

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge