1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

In Re: Juul Labs, Inc., Marketing, Sales
Practices, and Products Liability Litigation

Case No.  19-md-02913-WHO

8
9

**ORDER REGARDING BELLWETHER
SELECTION AND CASE/TRIAL
SCHEDULE**

10

Re: Dkt. Nos. 926 and 927

11
12          I thank the parties for their revised proposed bellwether selection procedures and case

13   schedules.  With some modifications, I will adopt the plaintiffs' suggestions because they are

14   more likely to achieve a representative bellwether trial pool and meet in a realistic manner the

15   aggressive trial schedule that I seek.

16          **Bellwether Selection**:

17   •   Cut-off for Bellwether Selection Pool: Any action filed in or transferred to this Court by

18   October 15, 2020 will be included in the bellwether selection pool.

19   •   Selection of Bellwether Discovery Pool: On or before December 15, 2020, a total of 24

20   personal injury cases will be selected for the initial bellwether discovery pool. Plaintiff will select

21   6 cases, Defendants will collectively select 6 cases, and the Court will select 12 cases through a

22   random selection process after excluding the 12 cases selected by the parties.

23   •   Core Discovery: Core discovery of the bellwether discovery pool may begin immediately

24   upon selection and will conclude on or before April 15, 2021. Core discovery for each

25   discovery pool case will consist of no more than three case-specific fact witnesses: (1) the

26   plaintiff, (2) a fact witness with knowledge as to plaintiff's JUUL use and/or JUUL-related

27   injury that the parties will meet and confer to determine the appropriate witness, and (3) a

28   treating medical provider who was principally responsible for the diagnosis and treatment

United States District Court
Northern District of California

1    of plaintiff's injury if the plaintiff received medical treatment for the injury alleged.

2    • Case Strikes: After core discovery of the bellwether discovery pool, the Defendants

3    (collectively) and Plaintiffs may each strike one case from nominee pool. Each party must

4    exercise its strike by April 22, 2021.

5    • Selection of Bellwether Trials: On April 30, 2021, each party shall simultaneously submit

6    under seal to the Court a letter not to exceed 12 pages identifying four cases from the

7    remaining nominee pool that they contend are representative bellwether trial cases, the

8    basis for their selections, and if appropriate, why the other cases are not representative or

9    suitable bellwether trial candidates. The Court will then select a total of four cases to be set

10   for bellwether trials, prioritizing for trial the order of the cases.[1]

11   • Supplemental Fact Discovery: Additional fact discovery of the four bellwether trials may

12   begin immediately after the Court's selection. The supplemental fact discovery for the first

13   two bellwether trials must be completed by July 1, 2021. The deadline for supplemental

14   fact discovery of the remaining two bellwether trial cases will be determined following a

15   meet and confer of the parties, in consultation with the Court.

16   • Expert Discovery of Bellwether Trial Cases: Expert discovery for the first two

17   bellwether trial cases must be completed by September 22, 2021. Specific deadlines related

18   to expert discovery are set forth in Plaintiffs' proposed trial schedule (attached). Deadlines

19   for expert discovery of the two bellwether trial cases will be determined following a meet

20   and confer among the parties, in consultation with the Court.

21

22

23

24

25   / / /

26

27   _____

28   [1] The Court will try each of the bellwether trials in San Francisco and will not select any case for which *Lexecon* is an issue.  We will discuss how to resolve any *Lexecon* disputes at the next Case Management Conference on September 21, 2020.

United States District Court
Northern District of California

**Case Schedule**:

| | |
|---|---|
| **Personal Injury (PI) Only:**<br><br>Close of PI bellwether nominee pool (complaints must be on file) | October 15, 2020 |
| **Government Entity (GE) Only:**<br><br>Deadline for submitting agreed upon or competing proposals for methodology for selecting GE bellwether trial cases | October 15, 2020 |
| **Government Entity (GE) Only:**<br><br>Close of GE bellwether trial pool (complaints must be on file and PFS must be completed for all potential GE bellwether trial candidates) | November 16, 2020 |
| Deadline for PI outstanding PFS<br><br>Deadline for Plaintiffs and Defense to select their PI nominees and provide to the Court (Court will then randomly select eight cases).<br><br>Deadline to submit agreed or competing GE bellwether nominees | December 15, 2020 |
| **Personal Injury Only:**<br><br>Deadline to meet and confer on deferred pleading challenges | January 7, 2021 |
| **Class Cases Only:**<br><br>• Plaintiffs Serve Class Certification Expert Reports<br>• Motion for Class Certification (as to California subclass, federal nationwide class, any other state(s) agreed or ordered to be included in first class bellwether trial(s)) | March 17, 2021 |
| **Personal Injury Only:**<br><br>Deadline for bellwether plaintiffs to amend complaints | January 21, 2021 |
| **Personal Injury Only:**<br><br>Deadline for Defendants to file deferred pleading challenges | February 5, 2021 |
| **Personal Injury Only:**<br><br>Deadline to oppose deferred pleading challenges | March 1, 2021 |
| **Personal Injury Only:**<br><br>Deadline to reply to deferred pleading challenges | March 15, 2021 |
| **Personal Injury Only:**<br><br>Hearing on deferred pleading challenges | April 2, 2021 |

United States District Court
Northern District of California

| | |
|---|---|
| **Personal Injury Only:**<br><br>Deadline for the parties to submit their proposed bellwether trial selections to the Court | April 30, 2021 |
| **Class Cases Only:**<br><br>• Opposition to Motion for Class Certification;<br>• Defendants Serve Class Certification Response Reports<br>• Defendants File *Daubert* Motions for Class Plaintiffs' Class Certification Experts | June 16, 2021 |
| **Class Cases Only:**<br><br>• Reply in Support of Motion for Class Certification;<br>• Plaintiffs Serve Class Certification Rebuttal Reports<br>• Class Plaintiffs File *Daubert* Motions for Defendants' Class Certification Experts;<br>• Class Plaintiffs File Oppositions to Defendants' *Daubert* Motions | July 14, 2021 |
| **Class Cases Only:**<br><br>Defendants file Oppositions to Class Plaintiffs' *Daubert* Motions | July 28, 2021 |
| **Substantial Completion of Fact Discovery** | **June 18, 2021** |
| **Class Cases Only:**<br><br>Hearing on Motion for Class Certification | August 13, 2021 |
| Exchange of Generic Expert Reports | July 2, 2021 |
| **Personal Injury Only:**<br><br>Deadline for supplemental case specific discovery in the First Two Trial Cases | July 1, 2021 |
| Exchange of Case-Specific Expert Reports in GE Bellwether Cases | July 1, 2021 |
| Exchange of Rebuttal Generic Expert Reports | July 30, 2021 |
| Exchange of Case-Specific Expert Reports in First Two PI Trial Cases | July 15, 2021 |
| Exchange of Case-Specific Rebuttal Reports in GE and First Two PI BWs | August 16, 2021 |
| **Close of Expert Discovery**<br><br>**(Generic and Case Specific Bellwether GE and First Two PI Trial Cases)** | **September 22, 2021** |
| MSJ and *Daubert* Motions | September 30, 2021 |
| MSJ and *Daubert* Oppositions | October 29, 2021 |

| MSJ and *Daubert* Replies | November 12, 2021 |
|---|---|
| Oral Argument:<br>MSJ and *Daubert* Motions | December 10, 2021 |
| Exchange of Civil Local Rule 16-10(b)(7), (8), (9), and (10) Materials | December15, 2021 |
| Pretrial Conference Statement, Jury Instructions, Exhibit List and Objections, Deposition Designations and Objections, and Motions in *Limine* | January 17, 2022 |
| Pretrial Conference (Class, GE and First Two PI Trial Cases) | January 31, 2022 |
| **First Bellwether[2]** | **February 22, 2022** |
| Second Bellwether | March 28, 2022 |
| Third Bellwether | May 9, 2022 |
| Fourth Bellwether | June 20, 2022 |
| Fifth Bellwether | August 1, 2022 |

**IT IS SO ORDERED.**

Dated: September 9, 2020



_____
William H. Orrick
United States District Judge

---
[2] I will determine the order of the bellwether trials after May 1, 2021.

United States District Court
Northern District of California