James P. Frantz, Esq. (SBN 87492)
William B. Shinoff, Esq. (SBN 280020)
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA  92101
E: jpf@frantzlawgroup.com
E: wshinoff@frantzlawgroup.com
Tel: (619) 233-5945
Fax: (619) 525-7672

Attorneys for Plaintiffs Butler Area School District; South Butler County School District; Moniteau School District; Karns City Area School District; Mifflin County School District

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS IN., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL CASES | MDL Case #3:19-md-2913-WHO<br><br>**NOTICE OF APPEARANCE OF JAMES P. FRANTZ ON BEHALF OF PLAINTIFFS BUTLER AREA SCHOOL DISTRICT; SOUTH BUTLER COUNTY SCHOOL DISTRICT; MONITEAU SCHOOL DISTRICT; MIFFLIN COUNTY SCHOOL DISTRICT; AND KARNS CITY AREA SCHOOL DISTRICT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs BUTLER AREA SCHOOL DISTRICT; SOUTH BUTLER COUNTY SCHOOL DISTRICT; MONITEAU SCHOOL DISTRICT; MIFFLIN COUNTY SCHOOL DISTRICT; and KARNS CITY AREA SCHOOL DISTRICT ("Plaintiffs") hereby provides this notice of appearance of their counsel in the above-captioned matter.

1 Plaintiffs will be represented by James P. Frantz, Esq. of FRANTZ LAW
2 GROUP, APLC, 402 West Broadway, Suite 860, San Diego, CA 92101;
3 telephone: (619) 233-5945; facsimile: (619) 525-7672; e-mail:
4 jpf@frantzlawgroup.com. The filing of this notice constitutes the first appearance
5 in this case of attorney James P. Frantz.
6 All pleadings and papers should be served electronically in this action via
7 ECF to jpf@frantzlawgroup.com.

Dated: September 14, 2020   **FRANTZ LAW GROUP, APLC**

/s/ James P. Frantz
James P. Frantz, Esq.
William B. Shinoff, Esq.
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on September 14, 2020. I further certify that all participants in the case are registered CM/ECF Users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2020

**FRANTZ LAW GROUP, APLC**

<u>/s/ James P. Frantz</u>
James P. Frantz, Esq.
William B. Shinoff, Esq.
Attorneys for Plaintiff