1   Fabrice N. Vincent (State Bar No. 160780)
    fvincent@lchb.com
2   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
3   San Francisco, CA  94111-3339
    Telephone:  415.956.1000
4   Facsimile:  415.956.1008

5   *Attorney for Plaintiff*

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9   IN RE: JUUL LABS INC., MARKETING,        Master Case No. 3:19-md-02913-WHO
    SALES PRACTICES, AND PRODUCTS            MDL No. 2913
10  LIABILITY LITIGATION                     Honorable William H. Orrick
    ----------------------------------------------------------
11  This Document Relates to:                **NOTICE OF VOLUNTARY
    Leroy Cobb vs. JUUL Labs, Inc., et al.   DISMISSAL WITHOUT PREJUDICE**
12  3:20-cv-03746-WHO

13

14

15          Plaintiff Leroy Cobb here gives notice of the voluntary dismissal of his action as to all

16  defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendant having

17  served an answer or a motion for summary judgment.

18  Dated: October 5, 2020              Respectfully submitted,

19                                      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

20

21                                      By: /s/ Fabrice N. Vincent
                                            Fabrice N. Vincent

22
                                            Fabrice N. Vincent (State Bar No. 160780)
23                                          fvincent@lchb.com
                                            LIEFF CABRASER HEIMANN &
24                                          BERNSTEIN, LLP
                                            275 Battery Street, 29th Floor
25                                          San Francisco, CA  94111-3339
                                            Telephone:  415.956.1000
26                                          Facsimile:  415.956.1008

27                                          *Attorney for Plaintiff*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

*/s/ Fabrice N. Vincent*
Fabrice N. Vincent

*Attorney for Plaintiff*