Leslie LaMacchia (TX Bar No. 24048602)
*(Admitted Pro hac vice)*
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
llamacchia@pulaskilawfirm.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>Honorable William H. Orrick |
| **This Document Relates to:**<br>Timugen Keffer, Individually and as Personal Representative for the Estate of his minor child, M.K., Deceased v. Juul Labs, Inc. et al; Case No. 3:20-cv- 04356 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Timugen Keffer, Individually and as Personal Representative for the Estate of his minor child, M.K., Deceased, by and through their counsel, Leslie LaMacchia, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, in its entirety.

Date:  October 14, 2020

PULASKI LAW FIRM, PLLC

*/s/ Leslie LaMacchia*
Leslie LaMacchia (TX Bar No. 24048602)
*(Admitted Pro hac vice)*
2925 Richmond Avenue, Suite 1725
Houston, Texas 77098
Tel: 713-664-4555
Facsimile: 713-664-7543
llamacchia@pulaskilawfirm.com

Attorney for Plaintiff