# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 1 | 3:20-cv-03784 | *Kalie Frazier v. Juul Labs, Inc. et al.* | Frazier, Kalie | Oliver Law Group P.C. | 6/9/2020 | No | PFS | 9/14/2020 |
| 2 | 3:20-cv-04505 | *Rudolf Gonzalez v. Juul Labs, Inc. et al.* | Gonzalez, Rudolf | Weitz & Luxenburg, P.C. | 6/11/2020 | No | PFS | 9/14/2020 |
| 3 | 3:20-cv-03858 | *Michelle Williams v. Juul Labs, Inc. et al.* | Williams, Michelle | Pulaski Law Firm | 6/12/2020 | No | PFS | 9/14/2020 |