**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**AFFIDAVIT OF CHRISTINA SHARKEY**

1. I, Christina Sharkey, am over eighteen years of age and am competent to testify to the facts stated herein. The facts set forth in this affidavit are from my personal knowledge.

2. As of September 14, 2020, more than 90 days had elapsed since a complaint had been docketed on the MDL 2913 Docket for each of the plaintiffs identified in Exhibit A to JLI's Motion to Dismiss (hereinafter, Exhibit A). Nonetheless, none of the plaintiffs identified in Exhibit A had submitted a Plaintiff Fact Sheet pursuant to Case Management Order No. 8.

3. Accordingly, JLI served counsel of record for the plaintiffs identified in Exhibit A with a Notice of Overdue Discovery via the "MDL Centrality" platform operated by BrownGreer on September 14, 2020.

4. JLI's Notice of Overdue Discovery identified each plaintiff's overdue discovery and notified plaintiffs' counsels of record that their cases may be subject to dismissal for failure to comply with the Court's discovery orders.

5. JLI did not receive a response to its Notice of Overdue Discovery from any of the plaintiffs identified in Exhibit A, and none of the plaintiffs identified in Exhibit A to JLI's Motion to Dismiss served a Plaintiff Fact Sheet following the Notice of Overdue Discovery.

6. As of this filing, none of the plaintiffs identified in Exhibit A have served a Plaintiff Fact Sheet.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2020 at Chicago, IL.

/s/ *Christina Sharkey*
Christina Sharkey