UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to All Cases Identified in Exhibit A* | Case No.  19-md-02913-WHO<br><br>**ORDER GRANTING MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH CMO NO. 8**<br><br>Re: Dkt. Nos. 852, 862, 905 |

Before me are the motions by Defendant Juul Labs, Inc. to dismiss the complaints filed by plaintiffs and in the underlying cases identified in Exhibit A for failure to submit Plaintiff Fact Sheets as required by CMO No. 8. The motions to dismiss (Dkt. No. 852, 862, 905) are GRANTED and the cases identified in Exhibit A are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: October 21, 2020



William H. Orrick
United States District Judge

# Exhibit A

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1 | C.T.B. | *C.B., individually and as legal guardian of her minor child, C.T.B., as well as on behalf of those similarly situated v. Juul Labs, Inc. et al.* | 3:19-cv-06903 | Fleming, Nolen & Jez, LLP; Moore & Ogletree, PLLC | 8/3/2020 | 852 |
| 2 | C.G. | *J.G. as guardian of his minor child C.G., and on behalf of those similarly situated, and J.G. individually, and on behalf of those similarly situated v. Juul Labs, Inc. et al.* | 3:19-cv-06930 | Javerbaum Wurgraft Hicks Kahn Wikstrom & Sinins, P.C.; Klafter Olsen & Lesser LLC | 8/3/2020 | 852 |
| 3 | Mashi, Marion | *Marion Mashi v. Juul Labs, Inc. et al.* | 3:19-cv-07327 | Napoli Shkolnik PLLC | 8/3/2020 | 852 |
| 4 | O'Donnell, Jessica | *Jessica O'Donnell v. Juul Labs, Inc. et al.* | 3:19-cv-08274 | Dominick Cunningham & Whalen | 8/3/2020 | 852 |
| 5 | Greenblatt, Noah | *Noah Greenblatt v. Juul Labs, Inc. et al.* | 3:19-cv-08281 | Dominick Cunningham & Whalen | 8/3/2020 | 852 |
| 6 | Masi, Nichole | *Nichole Masi v. Juul Labs, Inc. et al.* | 3:19-cv-08283 | Dominick Cunningham & Whalen | 8/3/2020 | 852 |
| 7 | McMahan, Cory | *Cory McMahan v. Juul Labs, Inc. et al.* | 3:19-cv-08284 | Dominick Cunningham & Whalen | 8/3/2020 | 852 |
| 8 | Owen, John | *John Owen v. Juul Labs, Inc. et al.* | 3:19-cv-08286 | Dominick Cunningham & Whalen | 8/3/2020 | 852 |
| 9 | Reed, Peter | *Peter Reed v. Juul Labs, Inc. et al.* | 3:19-cv-08292 | Dominick Cunningham & Whalen | 8/3/2020 | 852 |

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 10 | Pruchnick, Jared | *Jared Pruchnick v. Juul Labs, Inc. et al.* | 3:20-cv-00635 | Hare, Wynn, Newell & Newton, LLP | 8/3/2020 | 852 |
| 11 | Payne, Daultin | *Daultin Payne v. Juul Labs, Inc. et al.* | 3:20-cv-00739 | Hare, Wynn, Newell & Newton, LLP | 8/3/2020 | 852 |
| 12 | Rueb, Kamya | *Kamya Rueb v. Juul Labs, Inc. et al.* | 3:20-cv-01352 | Simmons Hanly Conroy, LLC | 8/3/2020 | 852 |
| 13 | Gilstrap, Hunter | *Hunter Gilstrap v. Juul Labs, Inc. et al.* | 3:20-cv-01353 | Simmons Hanly Conroy, LLC | 8/3/2020 | 852 |
| 14 | Fitzgerald, Nadia | *Nadia Fitzgerald v. Juul Labs, Inc. et al.* | 3:20-cv-01354 | Simmons Hanly Conroy, LLC | 8/3/2020 | 852 |
| 15 | Hathaway, Sydney | *Sydney Hathaway v. Juul Labs, Inc. et al.* | 3:20-cv-01862 | Hare, Wynn, Newell & Newton, LLP | 8/3/2020 | 852 |
| 16 | Toulouse, Nicholas | *Nicholas Toulouse v. Juul Labs, Inc. et al.* | 3:20-cv-01895 | Hare, Wynn, Newell & Newton, LLP | 8/3/2020 | 852 |
| 17 | May, Chad Landon | *Chad Landon May v. Juul Labs, Inc. et al.* | 3:19-cv-07679 | Frank Ozment Attorney at Law, LLC; Law Office of Michele E. Pate; Law Offices of Andrew C. Allen, LLC | 8/13/2020 | 862 |
| 18 | Eggers, Corvonne | *Corvonne Eggers v. Juul Labs, Inc. et al.* | 3:20-cv-02252 | Beasley Allen Crow Methvin Portis & Miles, LLC | 8/13/2020 | 862 |

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 19 | Benz, Bryan | *Bryan Benz v. Juul Labs, Inc., et al.* | 3:20-cv-02364 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 20 | Seaton, Leila | *Leila Seaton v. Juul Labs, Inc., et al.* | 3:20-cv-02372 | Beasley Allen Crow Methvin Portis & Miles, LLC | 8/13/2020 | 862 |
| 21 | Bobo, Madison C. | *Madison C. Bobo v. Juul Labs, Inc. et al.* | 3:20-cv-02383 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 22 | Brockway, Daniel | *Daniel Brockway v. Juul Labs, Inc. et al.* | 3:20-cv-02384 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 23 | Chavis, James G., Jr. | *James G. Chavis, Jr. v. Juul Labs, Inc. et al* | 3:20-cv-02387 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 24 | Palacio, Sebastian | *Sebstian Palacio v. Juul Labs, Inc. et al* | 3:20-cv-02389 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 25 | Sears, Aidan | *Aidan Sears v. Juul Labs, Inc. et al* | 3:20-cv-02391 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 26 | Van Coppenolle, Kyle | *Kyle Van Coppenolle v. Juul Labs, Inc. et al.* | 3:20-cv-02392 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 27 | Sicurella, Matthew | *Matthew Sicurella v. Juul Labs, Inc. et al* | 3:20-cv-02393 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 28 | Mahmoud, Marwan | *Marwan Mahmoud v. Juul Labs, Inc. et al.* | 3:20-cv-02493 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 29 | Pandelios, John | *John Pandelios v. Juul Labs, Inc. et al.* | 3:20-cv-02495 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 30 | Gregory, Lee-Ann | *Lee-Ann Gregory v. Juul Labs, Inc. et al.* | 3:20-cv-02501 | Berger Montague P.C. | 8/13/2020 | 862 |
| 31 | Warren, John | *John Warren v. Juul Labs, Inc. et al.* | 3:20-cv-02504 | Beasley Allen Crow Methvin Portis & Miles, LLC | 8/13/2020 | 862 |
| 32 | Allen, Nicholas | *Nicholas Allen v. Juul Labs, Inc. et al.* | 3:20-cv-02515 | Berger Montague P.C. | 8/13/2020 | 862 |
| 33 | Renfro, Kylie | *Kylie Renfro v. Juul Labs, Inc. et al.* | 3:20-cv-02534 | Berger Montague P.C. | 8/13/2020 | 862 |
| 34 | Troulias, Jonathan | *Jonathan Troulias v. Juul Labs, Inc. et al.* | 3:20-cv-02540 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 35 | Whitehead, Josh | *Josh Whitehead v. Juul Labs, Inc. et al.* | 3:20-cv-02541 | Hare, Wynn, Newell & Newton, LLP | 8/13/2020 | 862 |
| 36 | Evans, Kaylee | *Kaylee Evans v. Juul Labs, Inc. et al.* | 3:20-cv-02476 | Hare, Wynn, Newell & Newton, LLP | 8/20/2020 | 905 |

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 37 | Hasty, Daisy | *Daisy Hasty v. Juul Labs, Inc. et al.* | 3:20-cv-02482 | Hare, Wynn, Newell & Newton, LLP | 8/20/2020 | 905 |
| 38 | Patel, Nisargkumar | *Nisargkumar Patel v. Juul Labs, Inc. et al.* | 3:20-cv-02489 | Hare, Wynn, Newell & Newton, LLP | 8/20/2020 | 905 |
| 39 | Pettway, Kyle | *Kyle Pettway v. Juul Labs, Inc. et al.* | 3:20-cv-02498 | Hare, Wynn, Newell & Newton, LLP | 8/20/2020 | 905 |
| 40 | Wells, Kyle | *Kyle Wells v. Juul Labs, Inc. et al.* | 3:20-cv-02508 | Berger Montague P.C. | 8/20/2020 | 905 |
| 41 | Diemert, Michael | *Michael Diermert v. Juul Labs, Inc. et al.* | 3:20-cv-02529 | Berger Montague P.C. | 8/20/2020 | 905 |
| 42 | Wren, Hunter | *Hunter Wren v. Juul Labs, Inc., et al.* | 3:20-cv-02536 | Berger Montague P.C. | 8/20/2020 | 905 |
| 43 | Robertson, Emily | *Emily Robertson v. Juul Labs, Inc. et al.* | 3:20-cv-02539 | Hare, Wynn, Newell & Newton, LLP | 8/20/2020 | 905 |
| 44 | Wright, Gaelan | *Gaelan Wright v. Juul Labs, Inc. et al.* | 3:20-cv-02542 | Hare, Wynn, Newell & Newton, LLP | 8/20/2020 | 905 |
| 45 | T.A.C. | *Elizabeth Carroll, individually and as the mother and next of friend of T.A.C. v. Juul Labs, Inc.* | 3:20-cv-02562 | Migliaccio & Rathod LLP | 8/20/2020 | 905 |