Michael M. Weinkowitz, Esquire
510 Walnut Street, Suite 500
Philadelphia 19106 PA
(215) 592-1500

## United States District Court
## In the Northern District of California

In Re: JUUL Labs, Inc., Marketing, Sales Practices and
Products Liability Litigation

v.

Case No.:MDL No. 2913

### AFFIDAVIT OF SERVICE

STATE OF FL
COUNTY OF HILLSBOROUGH   ss

I, _James Woods_, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On _10_/_20_/_2020_ at _8_:_35_ (AM)/ PM, I served **Mercury Public Affairs** with the following list of documents:
**Subpoena; Order Extending Alternate Service; Protective Order**

Said service was executed at: _509 Auisana De Avila_   _Tampa_   _FL_   _33613_
                                          **Address**        Ste. 100    **City**     **State**   **Zip**

In the following manner

☐ Personally served.

☐ Adult family member with whom said Respondent resides.
  Name: _____ Relationship: _____

☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.

☐ Manager/Clerk of place of lodging in which Respondent resides.

☑ Agent or person in charge of Respondent's office or usual place of business.

☐ Name: _Gregory Gleason_ Title: _Authorized to_ for the agent or person in charge of business
                                                          Accept

☐ Other: _____

Description of person process was left with:
  Sex: _M_   Skin: _White_ Hair: _Brown_   Age: _25_   Height: _6'2"_ Weight: _170_

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Vacant   ☐ No Answer - Several Attempts

☐ Address Does Not Exist  ☐ Other _____

Service Attempts: (1) _____ (2) _____ (3) _____ (4) _____
                       Date      Time          Date      Time          Date      Time          Date      Time

_____
(Signature)

Dennis Richman Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA
2159779393

SAAFF/P182867

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

SERVED

DATE: 10/26

TIME: 8.35A

WHO: JW, # 10-SSS418

In Re: JUUL Labs, Inc., Marketing, Sales Practices
and Products Liability Litigation

*Plaintiff*

v.                                    Civil Action No.  MDL No. 2913

*Defendant*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                MERCURY PUBLIC AFFAIRS
509 Guisano de Avila, Ste. 100, Tampa, FL 33613

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Document Request Attached as Appendix A

| Place: Morgan & Morgan<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 | Date and Time:<br>November 6, 2020 at 9:00 am or at a<br>time/location agreed upon by the parties |
| --- | --- |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
| --- | --- |
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    10/16/2020

*CLERK OF COURT*
                                        OR

_____            /s/ Michael M. Weinkowitz
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs
On behalf of Plaintiffs' Steering Committee _____ , who issues or requests this subpoena, are:

Michael M. Weinkowitz (Levin Sedran & Berman) 215-592-1500  MWeinkowitz@lfsblaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).