# Appendix B – Advertisements

**Advertisement 1**



**Advertisement 2**



**Advertisement 3**



**Advertisement 4**



**Advertisement 5**



**Advertisement 6**



**Advertisement 7**



**Advertisement 8**



**Advertisement 9 (reduced smell)**



**Advertisement 10 (reduced smell)**



**Advertisement 11 (Graphic with technology claim)**



**Advertisement 12 (Graphic with technology claim)**



**Advertisement 13 (Billboard with smoke)**



**Advertisement 14 (Billboard with vapor)**



**Advertisement 15 (Colors)**



**Advertisement 16 (Colors)**



**Advertisement 17**



**Advertisement 18**



**Advertisement 19**



**Advertisement 20**



**Advertisement 21 (Food)**



**Advertisement 22 (Food)**



**Advertisement 23 (Food and relaxation)**



**Advertisement 24 (Food and relaxation)**



**Advertisement 25 (Food and relaxation)**



**Advertisement 26 (Food and relaxation)**



**Advertisement 27 (Reduced Smell)**



**Advertisement 28 (Reduced Smell)**



**Advertisement 29 (Style & Romance)**



**Advertisement 30 (Style & Romance)**



**Advertisement 31 (Food & Relaxation)**



**Advertisement 32 (Food & Relaxation)**



**Advertisement 33 (Relaxation after work)**



**Advertisement 34 (Relaxation after work)**



**Advertisement 35 (Style & Romance)**



**Advertisement 36 (Style & Romance)**



**Advertisement 37 (Rebellion)**



**Advertisement 38 (Rebellion)**



**Advertisement 39 (Relaxation)**



**Advertisement 40 (Relaxation)**



**Advertisement 41**



**Advertisement 42**



**Advertisement 43 (Harm reduction through technology)**



**Advertisement 44 (Harm reduction through technology)**



**Advertisement 45 (Style & Beauty)**



**Advertisement 46 (Style & Beauty)**



**Advertisement 47 (Style & Beauty)**



**Advertisement 48 (Style & Beauty)**



**Advertisement 49 (Belonging)**



**Advertisement 50 (Belonging)**



**Advertisement 51**



**Advertisement 52**



**Advertisement 53**



**Advertisement 54**



**Advertisement 55**



**Advertisement 54**



**Advertisement 55**



**Advertisement 56**



**Advertisement 57**



**Advertisement 58**



**Advertisement 59**



**Advertisement 60**



**Advertisement 61**



**Advertisement 62**



**Advertisement 63**



**Advertisement 64**



**Advertisement 65**



**Advertisement 66**



**Advertisement 67**



**Advertisement 68**



**Advertisement 69**



**Advertisement 70**



**Advertisement 71**



**Advertisement 72**



**Advertisement 73**



**Advertisement 74**



**Advertisement 75**



**Advertisement 76**



**Advertisement 77**



**Advertisement 78**



**Advertisement 79**



**Advertisement 80**



**Advertisement 81**

