UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>CLASS ACTIONS | Case No. 19-md-02913-WHO<br><br>**CLRA VENUE DECLARATION OF PLAINTIFF BRADLEY COLGATE** |

I, Bradley Colgate, hereby declare under penalty of perjury:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am the original named plaintiff in *Colgate v. JUUL Labs, Inc.*, No. 3:18-cv-02499, which was initially filed on April 26, 2018 in the United States District Court for the Northern District of California. I have remained a named plaintiff in this litigation since then, including in an amended complaint in the *Colgate* action and in the consolidated class action complaint.

3. I submit this Declaration pursuant to California Code of Civil Procedure section 2215.5 and California Civil Code section 1780(d), in connection with plaintiffs' consolidated class action complaint, which includes claims brought under the Consumers Legal Remedies Act, Cal. Civ. Code § 1750 *et seq*.

4. I reside in San Diego, California. In fall of 2017, I purchased a JUUL ENDS and JUULpods in La Jolla, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of November 2020, at La Jolla, California.

*By*: _____
Bradley Colgate