**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JLI'S NOTICE OF MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8**

**PLEASE TAKE NOTICE** that on December 18, 2020, or as soon thereafter as this matter may be heard, in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Defendant Juul Labs, Inc. ("JLI") will and hereby does move for the Court to dismiss without prejudice plaintiffs identified in Exhibit A to JLI's Motion for failure to submit discovery required by Case Management Order No. 8.  The Motion is based on this Notice of Motion and the following Motion to Dismiss.

Dated: November 13, 2020

*/s/ Renee D. Smith/*
Renee D. Smith
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Renee.Smith@kirkland.com

Peter A. Farrell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Peter.farrell@kirkland.com

Gregory P. Stone (SBN 78329)
gregory.stone@mto.com
Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
John M. Gildersleeve (SBN 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Juul Labs, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

*/s/ Renee D. Smith*
Renee D. Smith

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JLI'S MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8**

Case Management Order ("CMO") No. 8 requires that every plaintiff asserting a personal injury or wrongful death claim in a case entered on the MDL 2913 docket submit a substantially complete Plaintiff Fact Sheet ("PFS") within 60 days after the complaint has been entered. (CMO No. 8 § 5 (Docket No. 406).) Numerous plaintiffs did not comply.

Pursuant to Sections 5 and 12 of CMO No. 8, on October 13, 2020, JLI served counsel of record for plaintiffs identified in Exhibit A with a Notice of Overdue Discovery (the "Notice"), identifying their overdue discovery, and notifying them that their cases may be subject to dismissal for failure to comply with the Court's discovery orders. (*Id*. ¶ 12; Affidavit of Christina Sharkey ("Aff.") ¶¶ 4-5.)

Plaintiffs identified in the Notice were required to submit a completed PFS on or before November 12, or risk having their claims dismissed. (CMO No. 8 ¶ 12.) None of the plaintiffs identified in Exhibit A responded to the Notice, and none of the plaintiffs identified in Exhibit A have subsequently produced a Plaintiff Fact Sheet. (Aff. ¶¶ 6-7.)

Pursuant to CMO No. 8, JLI hereby moves to dismiss, without prejudice, the claims of the plaintiffs identified in Exhibit A who have not submitted a completed PFS. Pursuant to CMO No. 8, Plaintiffs subject to the foregoing Motion must file a response no later than **November 27, 2020**, either (a) certifying that the plaintiff has submitted a completed PFS or (b) opposing the Motion for other reasons.

| | |
|---|---|
| Dated:  November 13, 2020 | */s/ Renee D. Smith* <br> Renee D. Smith <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654-3406 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Renee.Smith@kirkland.com <br><br> Peter A. Farrell, P.C. <br> KIRKLAND & ELLI LLP <br> 1301 Pennsylvania Ave., N.W. <br> Washington, DC 20004 <br> Telephone: (202) 389-5000 <br> Facsimile: (202) 389-5200 <br> Peter.farrell@kirkland.com <br><br> Gregory P. Stone (SBN 78329) <br> gregory.stone@mto.com <br> Bethany W. Kristovich (SBN 241891) <br> bethany.kristovich@mto.com <br> John M. Gildersleeve (SBN 284618) <br> john.gildersleeve@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, CA 90071-3426 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br><br> *Attorneys for Defendant Juul Labs, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

>            */s/ Renee D. Smith*
>            Renee D. Smith