# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|
| 1 | *Jaime Burless v. Juul Labs Inc., et al.* | 3:20-cv-04483 | Burless, Jaime | Schlesinger Law Offices, P.A. | 7/8/2020 | PFS | 10/13/2020 |
| 2 | *Gina Darcangelo v. Juul Labs, Inc., et al.* | 3:20-cv-04533 | Darcangelo, Gina | Schlesinger Law Offices, P.A. | 7/9/2020 | PFS | 10/13/2020 |
| 3 | *Douglas Hoverkamp v. Juul Labs, Inc., et al.* | 3:20-cv-04534 | Hoverkamp, Douglas | Schlesinger Law Offices, P.A. | 7/8/2020 | PFS | 10/13/2020 |
| 4 | *Deepa Konakanchi v. Juul Labs, Inc., et al.* | 3:20-cv-04560 | Konakanchi, Deepa | Schlesinger Law Offices, P.A. | 7/10/2020 | PFS | 10/13/2020 |
| 5 | *Joseph Mikalajunas v. Juul Labs, Inc. et al.* | 3:20-cv-04464 | Mikalajunas, Joseph | Schlesinger Law Offices, P.A. | 7/6/2020 | PFS | 10/13/2020 |
| 6 | *Jose Moreno v. Juul Labs, Inc. et al.* | 3:20-cv-04465 | Moreno, Jose | Schlesinger Law Offices, P.A. | 7/6/2020 | PFS | 10/13/2020 |
| 7 | *Jaqueline Ovanesyan v. Juul Labs, Inc. et al.* | 3:20-cv-04484 | Ovanesyan, Jaqueline | Schlesinger Law Offices, P.A. | 7/7/2020 | PFS | 10/13/2020 |
| 8 | *Jonathan Ragland v. Juul Labs, Inc.* | 3:20-cv-04467 | Ragland, Jonathan | Schlesinger Law Offices, P.A. | 7/7/2020 | PFS | 10/13/2020 |
| 9 | *Keshaun Rivera v. Juul Labs, Inc. et al.* | 3:20-cv-04470 | Rivera, Keshaun | Schlesinger Law Offices, P.A. | 7/7/2020 | PFS | 10/13/2020 |
| 10 | *Joseph Schiavone v. Juul Labs, Inc. et al.* | 3:20-cv-04471 | Schiavone, Joseph | Schlesinger Law Offices, P.A. | 7/7/2020 | PFS | 10/13/2020 |
| 11 | *Harry Stanley v. Juul Labs, Inc. et al.* | 3:20-cv-04535 | Stanley, Harry | Schlesinger Law Offices, P.A. | 7/8/2020 | PFS | 10/13/2020 |

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|
| 12 | *Kurt Szanto v. Juul Labs, Inc. et al.* | 3:20-cv-04455 | Szanto, Kurt | Schlesinger Law Offices, P.A. | 7/6/2020 | PFS | 10/13/2020 |
| 13 | *Eduardo Torres v. Juul Labs, Inc., et al.* | 3:20-cv-04536 | Torres, Eduardo | Schlesinger Law Offices, P.A. | 7/9/2020 | PFS | 10/13/2020 |
| 14 | *Jacob Traynor v. Juul Labs, Inc., et al.* | 3:20-cv-04486 | Traynor, Jacob | Schlesinger Law Offices, P.A. | 7/7/2020 | PFS | 10/13/2020 |
| 15 | *Erika Turcois v. Juul Labs, Inc., et al.* | 3:20-cv-04539 | Turcois, Erika | Schlesinger Law Offices, P.A. | 7/10/2020 | PFS | 10/13/2020 |
| 16 | *Leighton Wigley v. Juul Labs, Inc. et al.* | 3:20-cv-04458 | Wigley, Leighton | Schlesinger Law Offices, P.A. | 7/7/2020 | PFS | 10/13/2020 |
| 17 | *Dina Witte v. Juul Labs, Inc., et al.* | 3:20-cv-04561 | Witte, Dina | Schlesinger Law Offices, P.A. | 7/9/2020 | PFS | 10/13/2020 |
| 18 | *Connor Zaleski v. Juul Labs, Inc., et al.* | 3:20-cv-04574 | Zaleski, Connor | Schlesinger Law Offices, P.A. | 7/10/2020 | PFS | 10/13/2020 |