1

2

3

4

5

6

7    [*Submitting Counsel on Signature Page*]

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: JUUL LABS, INC., MARKETING,          Case No. 19-md-02913-WHO
     SALES PRACTICES, AND PRODUCTS
12   LIABILITY LITIGATION                        **JOINT STIPULATION AND
                                                 [PROPOSED] ORDER TO EXTEND
13   _____         DEADLINE FOR SUBMITTING
                                                 DECLARATIONS PURSUANT TO L.R.
14   This Document Relates to:                   79-5(e)(1)**

15   ALL ACTIONS

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties jointly stipulate and agree, subject to the Court's approval, to a modest extension of the deadline for filing Declarations Pursuant to Local Rule 79-5(e)(1) in support of sealing portions of the Second Amended Consolidated Class Action Complaint, which was filed on November 13, 2020, and the Second Amended Government Entity Complaints, which were filed on November 12, 2020.

WHEREAS, the Second Amended Consolidated Class Action Complaint is 710 pages and 3,570 paragraphs in length, and includes at least 150 paragraphs referencing materials that are marked Confidential or Highly Confidential (Dkt. 1135);

WHEREAS, Plaintiffs filed seven second amended bellwether government entity complaints (*Central Bucks School District, Bucks County, Pennsylvania v. JUUL Labs, Inc. et al.*, Case No. 3:19-cv-08023-WHO, Dkt. 20; *The School Board of Escambia County, Florida, et al. v. JUUL Labs, Inc., et al.*, Case No. 3:20-cv-00459-WHO, Dkt. 36; *The Livermore Valley Joint Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08176-WHO, Dkt. 21; *County of Santa Cruz, Individually And on Behalf of The People of The State of California v. JUUL Labs, Inc., et al.*, Case No. 3:20-cv-02261-WHO, Dkt. 29; *The School Board of Broward County, Florida v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08289-WHO, Dkt. 20; *Three Village Central School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-07028-WHO, Dkt. 25; *Tucson Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-07335-WHO, Dkt. 25) ("Second Amended Government Entity Complaints") on November 12, 2020, each of which exceeds 300 pages and references materials marked Confidential or Highly Confidential;

WHEREAS, the process of reviewing the cited Confidential or Highly Confidential material and ensuring compliance with the relevant sealing procedures for this material is extraordinarily time-consuming, and counsel requires additional time to coordinate with Defendants to narrowly tailor the material Defendants seeks to seal and to ensure it complies with any applicable confidentiality obligations to third parties;

WHEREAS the parties have not previously requested an extension of these deadlines;

1       WHEREAS, allowing additional time to submit Rule 79-5 declarations will allow those

2   declarations to be tailored to the complaints, which will be more efficient and reduce redundancy

3   and burden on the Court;

4       WHEREAS, the parties met and conferred and have agreed, subject to the Court's approval,

5   that the deadline for filing Declarations Pursuant to Local Rule 79-5(e)(1) in support of sealing

6   portions of the Second Amended Consolidated Class Action Complaint and the Second Amended

7   Government Entity Complaints should be extended to December 16, 2020 to provide additional

8   time for Defendants to review the complaints, to ensure compliance with the relevant sealing

9   procedures and standards, and to focus the declarations on the operative complaints;

10

11       **NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate,

12   agree and respectfully request that the Court enter an Order establishing December 16, 2020 as the

13   deadline for filing Declarations Pursuant to Local Rule 79-5(e)(1) in support of sealing portions of

14   the Second Amended Consolidated Class Action Complaint and the Second Amended Government

15   Entity Complaints.

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR FILING DECLARATION PURSUANT
TO L.R. 79-5(E)(1)

Dated:  November 16, 2020

Respectfully submitted,

By: /s/ Renee D. Smith

By: /s/ Sarah R. London

Renee D. Smith (*pro hac vice*)
James F. Hurst (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

Sarah R. London
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: /s/ Peter A. Farrell

By: /s/ Dena C. Sharp

Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ Gregory P. Stone

By: /s/ Dean Kawamoto

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

*Attorneys for Defendant Juul Labs, Inc.*

By: /s/ Ellen Relkin

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

4

1

2   By: */s/ John C. Massaro* _____          By: */s/ James Kramer* _____

3   **ARNOLD & PORTER KAYE SCHOLER**          **ORRICK HERRINGTON &**
    **LLP**                                    **SUTCLIFFE LLP**
4
    John C. Massaro (admitted pro hac vice)    James Kramer
5   Jason A. Ross (admitted pro hac vice)      James Thompson
    601 Massachusetts Ave., N.W.               Walt Brown
6   Washington D.C.  20001                     The Orrick Building
    Telephone:   (202) 942-5000                405 Howard Street
7   Facsimile:  (202) 942-5999                 San Francisco, CA  94105-2669
    john.massaro@arnoldporter.com              Telephone: (415) 773-5700
8   Jason.ross@arnoldporter.com                jthompson@orrick.com
                                               jkramer@orrick.com
9   *Attorneys for Defendants Altria Group, Inc.*   wbrown@orrick.com
    *and Philip Morris USA Inc.*
10                                             *Attorneys for Defendant James Monsees*

11

12  By: */s/ Eugene Illovsky* _____          By: */s/ Michael J. Guzman* _____

13  **BOERSCH & ILLOVSKY LLP**                 **KELLOGG, HANSEN, TODD, FIGEL &**
                                               **FREDERICK, P.L.L.C.**
14  Eugene Illovsky
    Martha Boersch                             Mark C. Hansen
15  Matthew Dirkes                             Michael J. Guzman
    1611 Telegraph Ave., Suite 806             David L. Schwartz
16  Oakland, CA 94612                          Sumner Square, 1615 M St., N.W., Suite 400
    Telephone: (415) 500-6643                  Washington, DC 20036
17  eugene@boersch-illovsky.com                Telephone: (202) 326-7910
    martha@boersch-illovsky.com                mguzman@kellogghansen.com
18  matt@boersch-illovsky.com

19  *Attorneys for Defendant Adam Bowen*       *Attorneys for Defendants Nicholas Pritzker,*
                                               *Riaz Valani, and Hoyoung Huh*
20

21

22

23

24

25

26

27

28

JOINT STIP AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR FILING DECLARATION PURSUANT
TO L.R. 79-5(E)(1)

1

By: */s/ Mitchell B. Malachowski*

2

**TYSON & MENDES, LLP**

3

James E. Sell
Mitchell B. Malachowski

4

Stephen Budica
April M. Cristal

5

523 4th Street, Suite 100
San Rafael, CA 94901

6

Telephone:  (628) 253-5070
jsell@tysonmendes.com

7

mmalachowski@tysonmendes.com
sbudica@tysonmendes.com

8

acristal@tysonmendes.com

9

*Attorneys for Defendants Mother Murphy's Labs, Inc., and Alternative Ingredients, I*

10

11

By: */s/ Michael L. O'Donnell*

12

**WHEELER TRIGG O'DONNELL LLP**

13

Michael L. O'Donnell
James E. Hooper

14

Marissa Ronk
370 17th Street, Ste. 4500

15

Denver, CO 80202
Telephone: (303) 244-1850

16

Odonnell@wtotrial.com
hooper@wtotrial.com

17

Ronk@wtotrial.com

18

*Attorneys for Defendant McLane Company, Inc.*

19

20

By: */s/ David R. Singh*

21

22

**WEIL, GOTSHAL & MANGES LLP**

23

David R. Singh
Bambo Obaro

24

201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065

25

Telephone: (650) 802-3083
david.singh@weil.com

26

bambo.obaro@weil.com

27

*Attorneys for Defendant Core-Mark Holding Company, Inc.*

28

By: */s/ Robert Scher*

**FOLEY & LARDNER LLP**

Robert Scher
Peter N. Wang
Graham D. Welch
Dyana K. Mardon
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
rscher@foley.com
pwang@foley.com
gwelch@foley.com
dmardon@foley.com

*Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

By: */s/ Christopher J. Esbrook*

**ESBROOK LAW LLC**

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

*Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, and 7-Eleven, Inc., Speedway, and Walgreen Co.*

6

1    By: */s/ Donald F. Zimmer, Jr.*

2    **KING & SPALDING  LLP**

3    Donald F. Zimmer, Jr.
    Quyen L. Ta
4    Jennifer T. Stewart
    101 Second Street, Suite 1000
5    San Francisco, CA 94105
    Telephone:    (415) 318-1200
6    fzimmer@kslaw.com
    qta@kslaw.com
7    jstewart@kslaw.com

8    *Attorneys for Defendant Walmart Inc.*

9    By: */s/ Charles C. Correll Jr.*_____

10    **KING & SPALDING LLP**

11    Andrew T. Bayman (Admitted *pro hac vice*)
    1180 Peachtree Street, Suite 1600
12    Atlanta, GA 30309
    Telephone: (404) 572-4600
13    abayman@kslaw.com

    and

14    Charles C. Correll, Jr.
15    Matthew J. Blaschke
    Alessandra M. Givens
16    101 Second Street, Suite 2300
    San Francisco, CA 94105
17    Telephone: (415) 318-1200
    ccorrell@kslaw.com
18    mblaschke@kslaw.com
    agivens@kslaw.com

19    *Attorneys for Defendant Chevron Corporation*

20

21

22

23

24

25

26

27

28

7

1  **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED:**

2       The deadline for filing Declarations Pursuant to Local Rule 79-5 in connection with the

3  Second Amended Consolidated Class Action Complaint and the Second Amended Government

4  Entity Complaints shall be extended to **December 16, 2020**.

5

6

7  Date: November 17, 2020

8

9  _____
   HONORABLE WILLIAM H. ORRICK

10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8