UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION** | Case No. 19-md-02913-WHO   (JSC)<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE**<br><br>Re: Dkt. No. 1143 |

On November 17, 2020, the Court held a formal discovery conference regarding the parties' Joint Discovery Status Report. Dkt. No. 1143. This Order confirms the rulings made on the record.

By December 4, 2020, JLI shall propose a schedule of deposition dates for each of plaintiffs' first five Rule 30(b)(6) notices (design, marketing, sales, testing, and youth prevention). That schedule shall allow for the completion of depositions, absent witness unavailability, of the topics in at least one notice (design or marketing) by the end of 2020. That schedule shall also allow for the completion of depositions on all five notices sufficiently in advance of plaintiffs' class expert disclosure deadlines in March 2021. Mutually agreeable dates for the depositions to be completed prior to the end of this year shall be set aside in advance of the December 4th date.

By December 4, 2020, the parties shall also complete their meet and confer process regarding the scope of these five notices. By December 4, 2020, the parties shall have at least set aside dates for the depositions of the seven domestic fact witnesses, some of whom are represented by existing defense counsel and some of whom are represented by separate counsel.

Finally, the Court orders that there shall be no meet and confers and no emails exchanged between the parties starting on November 26, 2020 through November 29, 2020.

/ / /

/ / /

The next Joint Discovery Status Conference will be held at 8:00 a.m. on December 11, 2020, and the parties shall submit the Joint Statement by 12:00 p.m. on December 9, 2020.

**IT IS SO ORDERED.**

Dated: November 17, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge