[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED AGENDA** |

Pursuant to Civil Local Rule 16-10(d) and the Court's October 16, 2020 Minute Order (ECF No. 1067), counsel for Defendants Juul Labs, Inc. ("JLI"), Altria,[1] Director Defendants,[2] E-Liquid Defendants,[3] Retailer Defendants,[4] and Distributor Defendants[5] (collectively "Defendants"), and Plaintiffs' Co-Lead Counsel ("Plaintiffs") (collectively referred to herein as the "Parties")

---

[1] "Altria" refers to Altria Group, Inc., and the Altria-affiliated entities named in Plaintiffs' Consolidated Class Action Complaint and Consolidated Master Complaint (collectively, "Complaints"), *see* ECF Nos. 387, 388.

[2] "Director Defendants" refers to Messrs. James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani.

[3] "E-Liquid Defendants" refers to Mother Murphy's Labs, Inc., Alternative Ingredients, Inc., Tobacco Technology, Inc., and Eliquitech, Inc.

[4] "Retailer Defendants" refers to Chevron Corporation, Circle K Stores, Inc., Speedway LLC, 7-Eleven, Inc., Walmart, and Walgreen Co.

[5] "Distributor Defendants" refers to McLane Company, Inc., Eby-Brown Company, LLC, and Core-Mark Holding Company, Inc.

respectfully provide this Joint Case Management Statement in advance of the Further Case Management Conference scheduled for November 20, 2020.

## I. PARTICIPANT INFORMATION

The conference will proceed via Zoom, and the Parties will not appear in person. Anyone who wishes to attend the conference must log in using the information available at: https://www.cand.uscourts.gov/judges/orrick-william-h-who/.

## II. ISSUES TO BE DISCUSSED BELOW AND PROPOSED AGENDA

1. Status of Case Filings and Dismissals
2. Case Management Matters
3. Rule 26(f) Report
4. Discovery Status
5. ADR Status

## III. STATUS OF CASE FILINGS AND DISMISSALS

As of November 18, 2020, 1200 cases are pending in this MDL, naming 83 defendants. A list of these defendants is attached as **Exhibit A**. To date, 1025 personal injury cases and 141 government entity cases (including 103 school districts, 18 counties, 1 city, and 19 tribes) have been filed in this MDL. 89 MDL plaintiffs have voluntarily dismissed their cases (85 personal injury plaintiffs and 4 class plaintiffs); 94 cases have been dismissed without prejudice pursuant to CMO No. 8; and 55 other cases are subject to pending motions to dismiss that have not yet been ruled upon.

There are 270 complaints pending in JCCP 5052, which is assigned to Judge Ann I. Jones of the Los Angeles Superior Court as the Coordination Trial Judge. There are 66 government entity cases, including 64 school districts and 204 personal injury cases brought on behalf of over 2400 individual personal injury plaintiffs. There are 16 defendants named in those JCCP cases.

The Parties are also aware of 14 cases filed by State Attorneys General specifically: California, Illinois, Hawaii, New York, North Carolina, Mississippi, Minnesota, Washington D.C., Arizona, Pennsylvania, New Mexico, Massachusetts, Colorado, and Washington. Plaintiffs'

1  Liaison Counsel continue their outreach to various State Attorneys General to discuss cooperation
2  with this MDL.
3     An update on matters of significance in (including hearings, schedules, deadlines, and trial
4  dates) in Related Actions as defined by the Joint Coordination Order (CMO 9, ECF No. 572 at 1,
5  3), is attached hereto as **Exhibit B**.

## IV. CASE MANAGEMENT MATTERS

### A. Amended Complaints

On November 12, 2020, Plaintiffs filed a Second Amended Consolidated Class Action Complaint (ECF No. 1035), and Amended Complaints for the following Government Entities: Tucson Unified School District 19-cv-07335 (ECF No. 25); The Livermore Valley Joint Unified School District 19-cv-08176 (ECF No. 21); The School Board of Broward County, Florida 19-cv-08289 (ECF No. 20); The School Board of Escambia County, Florida 20-cv-00459 (ECF No. 36); Three Village Central School District 19-cv-07208 (ECF No. 25); and County of Santa Cruz, Individually And on Behalf of The People of The State of California 20-cv-02261 (ECF No. 29). The Parties have agreed on a proposed briefing schedule for any Rule 12(b)(6) motions in response to these Complaints as follows:

Opening Motions: January 4, 2021

Opposition Briefs: February 3, 2021

Reply Briefs: February 24, 2021

### B. Personal Injury Bellwether Selection Issues

On November 9, 2020, the Court entered its Order Regarding (1) Lexecon and Bellwether Selection for Personal Injury Cases and (2) Class Representative Personal Injury Claims. (ECF No. 1125.) The Court granted Plaintiffs' request for "leave to amend to change their 'designated forum' under CMO No. 3 to designate the Northern District of California," and gave Plaintiffs "fourteen days from the date of [that] Order to re-designate this forum as their designated forum." (ECF No. 1125 at 2-3.) The Court indicated that "[a]ny such re-designated cases will be included in and available for selection as part of the bellwether pool." (*Id.* at 3.) The Parties agree, subject to the Court's approval, to extend the deadline for the Parties' bellwether selections (which were

scheduled for December 15, 2020) by two weeks to December 29, 2020 to provide additional time once the universe of potential bellwether discovery pool candidates has been defined. Under this agreement, the Court's bellwether selection date would remain as scheduled (December 15, 2020). In addition, the Parties also agree to modest changes in other dates in the scheduling order:

- January 7, 2021: Meet and Confer Deadline as to Deferred Pleading Challenges to the Court's bellwether selections

- January 14, 2021: Meet and Confer Deadline as to Deferred Pleading Challenges to the Parties' bellwether selections

- January 25, 2021: Deadline for Bellwether Plaintiffs to Amend Complaints, if not previously amended

- February 5, 2021: Deadline for Defendants to File Deferred Pleading Challenges

The other dates in the personal injury schedule will not be affected by these modest extensions.

### *Certain Defendants'[6] Position:*

While the Court adopted Plaintiffs' proposal to allow the amendment of complaints filed in accordance with the Direct Filing Order, Defendants believe this is procedurally improper. Absent an MDL, Plaintiffs could not "amend" their complaints to transfer their cases from one federal district court to another. Instead, Plaintiffs would need to dismiss their complaints in the original jurisdiction and then refile new complaints in the second jurisdiction.[7] Plaintiffs' "amendments" should be treated as a dismissal of the original action in the jurisdiction identified as the "Designated Forum" and the filing of a new action in the Northern District of California, including for purposes of applying Federal Rule of Civil Procedure Rule 41(a)(1)(B).

---

[6] The Altria Defendants do not join this section of the CMC Statement and have no issues to report regarding bellwether selection at this time.

[7] As previously indicated in their respective Memoranda Regarding Bellwether Selection, *Lexecon*, and Jurisdiction (ECF No. 1078, ECF No. 1076), the Retailer Defendants (except for Chevron Corporation), Distributor Defendants, E-Liquid Defendants, and Altria maintain that there is no personal jurisdiction over them in any case filed by a non-California resident in this Court, and will further detail their objections to personal jurisdiction in accordance with the applicable deadline imposed by this Court for deferred pleading challenges. Chevron Corporation maintains that it is not a proper defendant in any current case in which it is named as none involve a gas station Chevron owns or operates, but instead involve independent franchisees who likely will have their own personal jurisdiction and *Lexecon* objections.

*Plaintiffs' Position:*

Plaintiffs object to Certain Defendants' request for reconsideration of the Court's Order regarding *Lexecon* (ECF No. 1125). There is nothing "procedurally improper" about Plaintiffs amending Short Form Complaints that were filed in the Northern District of California to allege that venue is proper in this district. If there were, Certain Defendants would have raised that point in their supplemental briefing to Plaintiffs' request to amend and provided case law or other authority in support.

### C.  Government Entity Bellwether Selection Protocol

The Parties have been meeting and conferring regarding the selection of government entity bellwethers. While the parties are making progress, there are still additional details that need to be worked out and would benefit from further discussion. The Parties have reached agreement on the following parameters:

1. The pool of bellwether government entity nominees will consist of 12 government entity plaintiffs, drawn from those government entity plaintiffs with complaints on file by December 21, 2020.

2. Defendants and Plaintiffs will each select 6 government entities, with a mix of counties and school districts, to be included in the pool. These selections will be made and submitted to the Court by January 21, 2020.

3. The Plaintiffs will use their best efforts to have completed fact sheets submitted by December 21, 2020, but a completed fact sheet will not be required for inclusion in the bellwether pool.

The Parties also agree that sequencing and ordering of the bellwethers needs to occur such that not all twelve of the bellwethers are undergoing discovery and expert work up at the same time. The Parties agree that as a general matter, a separation of nine months is appropriate between different groups drawn from the twelve bellwether cases. The Parties are continuing to meet and confer on the process for grouping and sequencing the government entities in the bellwether pool for purposes of trial, and propose reporting to the Court on whether they are able to reach agreement

at the next CMC. The Parties have attached as **Exhibit D t**o this CMC an agreed-upon scheduling stipulation reflecting the above dates.

### D. Second Amended Class Action Complaint

On November 12, 2020, Plaintiffs filed the Second Amended Class Action Complaint. ("SAC," ECF No. 1035.) The SAC dropped 29 Class Representatives from the First Amended Class Action Complaint, and added new 21 Class Representatives. (ECF No. 1035-1.) Although the SAC alleges a potential California-law "nationwide" class, Plaintiffs have confirmed that "they do not intend to seek nationwide certification of the claims under California law." (ECF No. 442 at 9.)

## V. 26(F) REPORT

Plaintiffs and Defendants continue Rule 26 discussions. The parties had several meet-and-confer sessions and offer the following report:

### A. Initial Disclosures

Plaintiffs and Defendants are continuing to meet and confer regarding supplementing certain Defendants' Initial Disclosures with the production of insurance policy documents, to the extent applicable, and the Parties continue to discuss the timing and Plaintiffs' Initial Disclosure Requirements.

### B. Changes to Default Discovery Limits

The Parties continue to confer regarding changing the default discovery limits to accommodate the scale and complexity of the litigation.

## VI. DISCOVERY STATUS

### A. MDL Discovery

On November 17, 2020, the Parties participated in a discovery conference with Judge Corley. A copy of the November 16, 2020 Joint Discovery Status Report provided in advance of that conference is attached as **Exhibit C.** By December 4, 2020, JLI will provide Plaintiffs with a proposed schedule for completing the noticed 30(b)(6) depositions regarding design, marketing, sales, testing, and youth prevention sufficiently in advance of Plaintiffs' motion for class certification. In the meantime, JLI will block out and provide to Plaintiffs several dates in December

6

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

for completing topics related to design and will provide proposed dates for depositions of seven current and former JLI employees.

### B. Coordination with JCCP on Discovery

The MDL Plaintiffs are holding weekly calls with JCCP counsel regarding discovery coordination. Defendants appreciate and encourage coordination between the MDL and the JCCP, as detailed by the Joint Coordination Order (CMO No. 9, ECF No. 572) and the Deposition Protocol (CMO No. 10, ECF No. 573).

## VII. ADR STATUS

Pursuant to Civil Local Rule 16-10(d), the Parties report that they continue to confer with Settlement Master Thomas J. Perrelli and cooperate with his recommendations.

| | |
|---|---|
| Dated: November 18, 2020 | Respectfully submitted, |

By: /s/ *Renee D. Smith*

Renee D. Smith (*pro hac vice*)
James F. Hurst (*pro hac vice)*
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

By: */s/ Peter A. Farrell*

Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

By: */s/ Gregory P. Stone*

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100

*Attorneys for Defendant Juul Labs, Inc.*

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: */s/ Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| By: */s/ John C. Massaro*<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>John C. Massaro (admitted pro hac vice)<br>Jason A. Ross (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999<br>john.massaro@arnoldporter.com<br>Jason.ross@arnoldporter.com<br><br>*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | By: */s/ James Kramer*<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br><br>James Kramer<br>James Thompson<br>Walt Brown<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: (415) 773-5700<br>jthompson@orrick.com<br>jkramer@orrick.com<br>wbrown@orrick.com<br><br>*Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky*<br><br>**BOERSCH & ILLOVSKY LLP**<br><br>Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@boersch-illovsky.com<br>martha@boersch-illovsky.com<br>matt@boersch-illovsky.com<br><br>*Attorneys for Defendant Adam Bowen* | By: */s/ Michael J. Guzman*<br><br>**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**<br><br>Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com<br><br>*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

| | | |
|---|---|---|
| 1 | By: */s/ Mitchell B. Malachowski* | By: */s/ Robert Scher* |
| 2 | **TYSON & MENDES, LLP** | **FOLEY & LARDNER LLP** |
| 3 | James E. Sell | Robert Scher |
| | Mitchell B. Malachowski | Peter N. Wang |
| 4 | Stephen Budica | Graham D. Welch |
| | April M. Cristal | Dyana K. Mardon |
| 5 | 523 4th Street, Suite 100 | 90 Park Avenue |
| | San Rafael, CA 94901 | New York, NY 10016-1314 |
| 6 | Telephone: (628) 253-5070 | Telephone: (212) 682-7474 |
| | jsell@tysonmendes.com | Facsimile: (212) 687-2329 |
| 7 | mmalachowski@tysonmendes.com | rscher@foley.com |
| | sbudica@tysonmendes.com | pwang@foley.com |
| 8 | acristal@tysonmendes.com | gwelch@foley.com |
| | | dmardon@foley.com |

Line 9–10: *Attorneys for Defendants Mother Murphy's Labs, Inc., and Alternative Ingredients, I*

*Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

Line 11: By: */s/ Michael L. O'Donnell*

By: */s/ Christopher J. Esbrook*

Line 12: **WHEELER TRIGG O'DONNELL LLP**

**ESBROOK LAW LLC**

Line 13–17:
Michael L. O'Donnell
James E. Hooper
Marissa Ronk
370 17th Street, Ste. 4500
Denver, CO 80202
Telephone: (303) 244-1850
Odonnell@wtotrial.com
hooper@wtotrial.com
Ronk@wtotrial.com

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

Line 18–19: *Attorneys for Defendant McLane Company, Inc.*

*Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, and 7-Eleven, Inc., Speedway, and Walgreen Co.*

Line 21: By: */s/ David R. Singh*

Line 22: **WEIL, GOTSHAL & MANGES LLP**

Line 23–25:
David R. Singh
Bambo Obaro
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3083
david.singh@weil.com
bambo.obaro@weil.com

Line 26–27: *Attorneys for Defendant Core-Mark Holding Company, Inc.*

|  |  |
|---|---|
| 1 | By: */s/ Donald F. Zimmer, Jr.* |
| 2 | **KING & SPALDING  LLP** |
| 3 | Donald F. Zimmer, Jr. |
|  | Quyen L. Ta |
| 4 | Jennifer T. Stewart |
|  | 101 Second Street, Suite 1000 |
| 5 | San Francisco, CA 94105 |
|  | Telephone:    (415) 318-1200 |
| 6 | fzimmer@kslaw.com |
|  | qta@kslaw.com |
| 7 | jstewart@kslaw.com |
| 8 | *Attorneys for Defendant Walmart Inc.* |
| 9 | By: */s/ Charles C. Correll Jr.*_____ |
| 10 | **KING & SPALDING LLP** |
| 11 | Andrew T. Bayman (Admitted *pro hac vice*) |
|  | 1180 Peachtree Street, Suite 1600 |
| 12 | Atlanta, GA 30309 |
|  | Telephone: (404) 572-4600 |
| 13 | abayman@kslaw.com |
| 14 | and |
| 15 | Charles C. Correll, Jr. |
|  | Matthew J. Blaschke |
| 16 | Alessandra M. Givens |
|  | 101 Second Street, Suite 2300 |
| 17 | San Francisco, CA 94105 |
|  | Telephone: (415) 318-1200 |
| 18 | ccorrell@kslaw.com |
|  | mblaschke@kslaw.com |
| 19 | agivens@kslaw.com |
| 20 | *Attorneys for Defendant Chevron Corporation* |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 | 2061378.4 |
| 26 |  |
| 27 |  |
| 28 |  |