UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | Case No. 19-md-02913-WHO<br><br>AFFIDAVIT WAIVING PERSONAL AND ALTERNATIVE SERVICE OF NOTICE OF SUBPOENA TO TESTIFY AND ACCEPTING ALTERNATIVE EMAIL SERVICE |
|---|---|

I, Thomas A. Perfetti, hereby waive Personal Service pursuant to Fed. Civ. P. 45 and alternative service by Certified Mail as set forth in the *Order Extending Alternative Service* (Dkt. No. 994) and accept service of the attached *Subpoena to Testify* by e-mail made on November 19, 2020 in the above-referenced case.

Signature: *Thomas A. Perfetti*

Date: 11/19/2020