[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>GOVERNMENT ENTITY CASES | No. 19-cv-2913-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES REGARDING GOVERNMENT ENTITY BELLWETHER SELECTION** |

The parties jointly stipulate and agree, subject to the Court's approval, to a modest extension of certain of Plaintiffs' deadlines regarding bellwether selection for the government entity cases.

WHEREAS, on September 9, 2020, the Court entered the Order Regarding Bellwether Selection and Case/Trial Schedule (ECF 938);

WHEREAS, on October 21, 2020, the Parties submitted a Proposed Government Entity and School District Fact Sheet Implementation Order (ECF 1072) proposing deadlines for the submission of Plaintiff Fact Sheets (PFS) by government entity plaintiffs;

WHEREAS, the close of the government entity bellwether trial pool (complaints must be on file and PFS must be completed for all potential government entity bellwether trial candidates) was initially set for November 16, 2020;

WHEREAS, the parties have been meeting and conferring regarding the procedures for selecting bellwether nominees, and have reached agreement on certain parameters and are continuing the meet and confer process, with the goal of either reaching an agreed upon procedure or narrowing the areas of dispute for resolution by the Court;

WHEREAS, the deadline to submit agreed or competing government entity bellwether nominees is December 15, 2020;

WHEREAS, the parties have conferred regarding a modest extension for these deadlines; and

WHEREAS, Defendants do not oppose Plaintiffs' request to extend the deadlines from November 16, 2020 to December 21, 2020 and from December 15, 2020 to January 20, 2021, respectively,

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree and respectfully request that the Court enter an Order adopting the following revised bellwether selection for Government Entities only:

No. 19-md-2913-WHO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE GOVERNMENT ENTITY BELLWETHER SELECTION

45997906.1

The deadline for the close of the government entity bellwether trial pool is December 21, 2020, that is, only complaints on file in this judicial district and entered on the MDL 2913 docket or transferred by the JPML to MDL 2913 on or before December 21, 2020 shall be eligible for inclusion in the pool.  The government entity bellwether trial pool will be comprised of a total of 12 county and school district cases from the eligible complaints.  Half of this pool shall be selected by Defendants and half of the pool shall be selected by Plaintiffs.  The discovery, trial preparation, and trial deadlines and dates for the cases in this pool shall be sequenced in a manner to be agreed to by the Parties and approved by the Court, or as ordered by the Court, with the pool divided into at least two subgroups for which the dates and deadlines for discovery, trial preparation, and trial shall be separated by at least nine months.  The dates for the first group will be consistent with the current case schedule.

While the government entity plaintiff in each such bellwether case shall use its best efforts to have its PFS served and filed on or before December 21, 2020, the absence of a completed fact sheet will not preclude an otherwise eligible government entity plaintiff from being put forward by a party for inclusion in the bellwether pool.

The deadline to submit agreed or competing government entity bellwether nominees is January 20, 2021.

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED:**

The deadline for the government entity cases only for the close of the government entity bellwether trial pool is December 21, 2020, as set forth above, and the deadline to submit agreed or competing government entity bellwether nominees is January 20, 2021.

Dated: November 20, 2020



HONORABLE WILLIAM H. ORRICK
United States District Judge

No. 19-md-2913-WHO                                          STIPULATION AND [PROPOSED]
                                                            ORDER TO EXTEND DEADLINES RE
                                                            GOVERNMENT ENTITY
                                                            BELLWETHER SELECTION

45997906.1

RESPECTFULLY SUBMITTED this 20th day of November, 2020.

By: */s/ Gregory P. Stone*
Renee D. Smith
Mike Brock
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

Gregory P. Stone
Bethany W. Kristovich
MUNGER, TOLLES & OLSON LLP
350 South Gran Ave., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100

*Attorneys for Defendant JUUL Labs, Inc.*

By: */s/ John C. Massaro*
John C. Massaro
Jason A. Ross
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 942-5000

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

By: */s/ James Thompson*
James Thompson
James N. Kramer
Walt Brown
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco CA  94105
Telephone: 415.773.5923

*Attorneys for Defendant James Monsees*

By: */s/ Dean Kawamoto*
Dean Kawamoto
KELLER ROHRBACK L.L.P.
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: */s/ Sarah R. London*
Sarah R. London
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

By: */s/ Dena C. Sharp*
Dena C. Sharp
GIRARD SHARP LLP
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Co-Lead Counsel for Plaintiffs*

No. 19-md-2913-WHO                STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES RE GOVERNMENT ENTITY BELLWETHER SELECTION

45997906.1

By: */s/ Eugene Illovsky*
Eugene Illovsky
Martha Boersch
Matthew Dirkes
BOERSCH & ILLOVSKY LLP
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643

*Attorneys for Defendant Adam Bowen*

By: */s/ Michael J. Guzman*
Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910

Karl Belgum
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8409

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

## ATTORNEY ATTESTATION

I, Dean N. Kawamoto, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

*/s/ Dean N. Kawamoto*
Dean N. Kawamoto

No. 19-md-2913-WHO

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES RE GOVERNMENT ENTITY BELLWETHER SELECTION

45997906.1

## CERTIFICATE OF SERVICE

I, Dean N. Kawamoto, hereby certify that on November 20, 2020, I electronically filed **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE GOVERNMENT ENTITY BELLWETHER SELECTION** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Dean N. Kawamoto*
Dean N. Kawamoto