[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 19-md-02913-WHO <br><br> **JOINT NOTICE REGARDING 12 RANDOMLY SELECTED PERSONAL INJURY CASES FOR INCLUSION IN THE BELLWETHER DISCOVERY POOL** |

Pursuant the Court's (i) September 9, 2020 Order Regarding Bellwether Selection and Case/Trial Schedule (ECF No. 938), (ii) November 9, 2020 Order Regarding (1) *Lexecon* and Bellwether Selection for Personal Injury Cases and (2) Class Representative Personal Injury Claims (ECF No. 1125); and (iii) November 20, 2020 Civil Minutes (ECF No. 1156), Co-Lead Counsel for Plaintiffs and Co-Lead Liaison Counsel for Defendants respectfully notify the Court of the 12 cases that were selected through a random-selection process performed by Brown Greer:[1]

1. D.H. by and with her Natural Guardian, Cheryl Humphries, No. 3:20-cv-07250
2. Nicole Dramis, individually and as the mother and next friend of J.D., No. 3:18-cv-02499
3. Zachary Mangham, No. 3:20-cv-03781
4. Kerrigan Bagley, No. 3:20-cv-03770
5. Lauren Gregg, No. 3:20-cv-07151
6. Timugen Keffer, Individually and as Representative for Estate of M.K, No. 3:20-cv-07164
7. Clark Fish, No. 3:20-cv-05653
8. J.L.K, by his Mother and Natural Guardian K.K., No. 3:20-cv-04131
9. Daviyona Wilson, No. 3:20-cv-05983
10. Jacob Fairess, No. 3:20-cv-06765
11. L.D., a minor by and through Guardian Ad Litem Larry Dixon, No. 3:20-cv-04695
12. Darlene Papageorgiou, individually and as the Guardian of N.W., No. 3:20-cv-06912

---

[1] All Parties reserve all rights with respect to these 12 cases, including but not limited to personal jurisdiction, subject matter jurisdiction, venue, and *Lexecon.*

| | |
|---|---|
| Dated:  December 15, 2020 | Respectfully submitted, |
| By: /s/ *Renee D. Smith* | By: /s/ *Sarah R. London* |
| Renee D. Smith (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2310 | Sarah R. London<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone:  (415) 956-1000 |
| By: */s/ Peter A. Farrell* | By: */s/ Dena C. Sharp* |
| Peter A. Farrell (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959<br><br>*Attorneys for Defendant Juul Labs, Inc. and Co-Lead Liaison Counsel for Defendants* | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| | By: */s/ Dean Kawamoto* |
| | Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone:  (206) 623-1900 |
| | By: */s/ Ellen Relkin* |
| | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br><br>*Co-Lead Counsel for Plaintiffs* |