JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
JAMES THOMPSON (SBN 240979)
jthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendant
James Monsees

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:19-md-02913-WHO<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF WALTER F. BROWN**<br><br>Judge:  Honorable William H. Orrick |

**NOTICE OF CHANGE OF COUNSEL**

PLEASE TAKE NOTICE THAT Walter F. Brown hereby withdraws as counsel for Defendant James Monsees ("Mr. Monsees") in the above-captioned litigation, and respectfully requests that his name be removed from all applicable service lists. The law firm of Orrick, Herrington & Sutcliffe LLP and other attorneys at that firm will continue to represent Mr. Monsees in this matter.

Dated: January 29, 2021

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ James N. Kramer
JAMES N. KRAMER

Attorneys for Defendant
James Monsees