[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 19-md-02913-WHO<br><br>**JOINT STIPULATION AND ORDER REGARDING PRIOR DEPOSITION OF JUUL LABS, INC. EMPLOYEE, JOSEPH LUNN, TAKEN ON JULY 13-15, 2019 IN THE NORTH CAROLINA ATTORNEY GENERAL CASE** |

**WHEREAS**, during the course of this MDL action, Juul Labs, Inc. ("JLI") produced to the Plaintiffs' Steering Committee ("PSC") and all Defendants in this MDL, the videos, transcripts and exhibits of the deposition of JLI's employee Joseph Lunn taken on July 13, 2020-July 15, 2020 ("Lunn Deposition") in *IN RE MATTER OF: STATE OF NORTH CAROLINA, ex rel. JOSHUA H. STEIN, Attorney General v. JUUL LABS, INC.*, File No. 19 CVS 2885, In the General Court of Justice, Superior Court Division, State of North Carolina, Durham County ("N.C. AG case").

**WHEREAS,** on November 4, 2020, the PSC served JLI with *Plaintiffs' Second Amended Oral and Videotaped Deposition of Defendant JUUL Labs, Inc. Regarding Marketing and Advertisement* pursuant to Fed. R. Civ. P. 30(b)(6) ("PSC's Initial Marketing 30(b)(6) Deposition").  JLI notified the PSC that it was producing its employee Joseph Lunn as the company representative to testify regarding the Topics set forth in PSC's Initial Marketing 30(b)(6) Deposition Notice."  Mr. Lunn's deposition was scheduled to begin on January 21, 2021.

**WHEREAS,** certain of the issues explored in the Lunn Deposition in the N.C. AG case are, or may be, relevant to this litigation and are responsive to Topics in the "PSC's Initial Marketing 30(b)(6) Deposition Notice";

**WHEREAS,** the parties wish to promote the efficient conduct of this litigation and to avoid unnecessarily taking duplicative deposition testimony in this action;

**IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties, that:

1. The Lunn Deposition in the N.C. AG case will be deemed taken in this action pursuant to Rule 30(b)(6) as it relates to Topics set forth in the PSC's Initial Marketing 30(b)(6) Deposition Notice, and Rule 32(a)(1)(A) and Rule 32(a)(8) are deemed satisfied.

2. The parties waive any objection to the admission of the Lunn Deposition in the N.C. AG case as evidence in this matter, including at trial, on the grounds that (a) they were not taken in this action; (b)

the deposition testimony occurred outside of court; or (c) that any of the parties were not present at the Lunn Depositions in the N.C. AG case.

3. Nothing in this Order shall be construed to limit any party's right to raise any evidentiary objection that the party would have had under the Federal Rules of Evidence had the witness testified live at the trial or hearing.

4. Nothing in this Order shall be construed to preclude the PSC from taking further depositions in this action of any individual or entity, including Joseph Lunn or JLI, regarding other Topics including marketing Topics pursuant to Rule 30(b)(6), should the PSC deem it necessary.

5. Nothing in this Order shall prevent any party from seeking to modify this Order, including seeking a further stipulation and/or order regarding the use of prior deposition testimony from the N.C. AG Litigation; and,

6. Nothing in this Order shall prevent any party from objecting to any attempt to take further discovery that it believes to be otherwise improper under the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 1st day of February, 2021.

| | |
|---|---|
| By: /s/ *Renee D. Smith* | By: /s/ *Sarah R. London* |
| Renee D. Smith (*pro hac vice*) | Sarah R. London |
| James F. Hurst (*pro hac vice*) | **LIEFF CABRASER HEIMANN & BERNSTEIN** |
| **KIRKLAND & ELLIS LLP** | 275 Battery Street, Fl. 29 |
| 300 N. LaSalle | San Francisco, CA 94111 |
| Chicago, IL 60654 | Telephone: (415) 956-1000 |
| Telephone: (312) 862-2310 | |
| | By: /s/ *Dena C. Sharp* |
| By: /s/ *Peter A. Farrell* | |
| | Dena C. Sharp |
| Peter A. Farrell (*pro hac vice*) | **GIRARD SHARP LLP** |
| **KIRKLAND & ELLIS LLP** | 601 California St., Suite 1400 |
| 1301 Pennsylvania Ave, N.W. | San Francisco, CA 94108 |
| Washington, D.C. 20004 | Telephone: (415) 981-4800 |
| Telephone: (202) 389-5959 | |
| | By: /s/ *Dean Kawamoto* |
| By: /s/ *Gregory P. Stone* | |
| | Dean Kawamoto |
| Gregory P Stone, SBN 78329 | **KELLER ROHRBACK L.L.P.** |
| Bethany W. Kristovich, SBN 241891 | 1201 Third Ave., Ste. 3200 |
| **MUNGER, TOLLES & OLSON LLP** 350 South Grand Avenue Fiftieth Floor Los Angeles, California 90071-3426 Telephone: (213) 683-9100 | Seattle, WA 98101 |
| | Telephone: (206) 623-1900 |
| | By: /s/ *Ellen Relkin* |
| *Attorneys for Defendant Juul Labs, Inc.* | |
| | Ellen Relkin |

| | |
|---|---|
| | **WEITZ & LUXENBERG** |
| | 700 Broadway |
| | New York, NY 10003 |
| | Telephone: (212) 558-5500 |
| | |
| | *Co-Lead Counsel for Plaintiffs* |
| | |
| By: */s/ John C. Massaro* | By: */s/ James Kramer* |
| | |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| | |
| John C. Massaro (admitted pro hac vice) | James Kramer |
| Jason A. Ross (admitted pro hac vice) | James Thompson |
| 601 Massachusetts Ave., N.W. | The Orrick Building |
| Washington D.C.  20001 | 405 Howard Street |
| Telephone: (202) 942-5000 | San Francisco, CA  94105-2669 |
| Facsimile:  (202) 942-5999 | Telephone: (415) 773-5700 |
| john.massaro@arnoldporter.com | jthompson@orrick.com |
| Jason.ross@arnoldporter.com | jkramer@orrick.com |
| | |
| *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | *Attorneys for Defendant James Monsees* |

-4-     Case No. 19-md-02913-WHO

JOINT STIPULATION AND ORDER REGARDING PRIOR DEPOSITION OF JUUL LABS, INC. EMPLOYEE JOSEPH LUNN, TAKEN ON JULY 13-15, 2019 IN THE NORTH CAROLINA ATTORNEY GENERAL CASE

| | |
|---|---|
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| **BOERSCH & ILLOVSKY LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
| Eugene Illovsky | Mark C. Hansen |
| Martha Boersch | Michael J. Guzman |
| Matthew Dirkes | David L. Schwartz |
| 1611 Telegraph Ave., Suite 806 | Sumner Square, 1615 M St., N.W., Suite 400 |
| Oakland, CA 94612 | Washington, DC 20036 |
| Telephone: (415) 500-6643 | Telephone: (202) 326-7910 |
| eugene@boersch-illovsky.com | mguzman@kellogghansen.com |
| martha@boersch-illovsky.com | |
| matt@boersch-illovsky.com | *Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |
| *Attorneys for Defendant Adam Bowen* | |

1 | By: */s/ Mitchell B. Malachowski*                    By: */s/ Robert Scher*

3 | **TYSON & MENDES, LLP**                              **FOLEY & LARDNER LLP**

5 | James E. Sell                                         Robert Scher

6 | Mitchell B. Malachowski                               Peter N. Wang

7 | Stephen Budica                                        Graham D. Welch

8 | April M. Cristal                                      Dyana K. Mardon

9 | 523 4th Street, Suite 100                             90 Park Avenue

10 | San Rafael, CA 94901                                 New York, NY 10016-1314

11 | Telephone: (628) 253-5070                            Telephone: (212) 682-7474

12 | jsell@tysonmendes.com                                Facsimile: (212) 687-2329

13 | mmalachowski@tysonmendes.com                         rscher@foley.com

14 | sbudica@tysonmendes.com                              pwang@foley.com

15 | acristal@tysonmendes.com                             gwelch@foley.com

16 |                                                      dmardon@foley.com

18 | *Attorneys for Defendants Mother Murphy's Labs, Inc., and Alternative Ingredients, I*

19 |                                                      *Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

-6-                                                      Case No. 19-md-02913-WHO

JOINT STIPULATION AND ORDER REGARDING PRIOR DEPOSITION OF JUUL LABS, INC. EMPLOYEE JOSEPH LUNN, TAKEN ON JULY 13-15, 2019 IN THE NORTH CAROLINA ATTORNEY GENERAL CASE

| | |
|---|---|
| By: */s/ Michael L. O'Donnell* | By: */s/ Christopher J. Esbrook* |
| **WHEELER TRIGG O'DONNELL LLP** | **ESBROOK LAW LLC** |
| Michael L. O'Donnell | Christopher J. Esbrook |
| James E. Hooper | David F. Pustilnik |
| Marissa Ronk | Michael S. Kozlowski |
| 370 17th Street, Ste. 4500 | 77 W. Wacker, Suite 4500 |
| Denver, CO 80202 | Chicago, IL 60601 |
| Telephone: (303) 244-1850 | Telephone: (312) 319-7681 |
| Odonnell@wtotrial.com | christopher.esbrook@esbrooklaw.com |
| hooper@wtotrial.com | david.pustilnik@esbrooklaw.com |
| Ronk@wtotrial.com | michael.kozlowski@esbrooklaw.com |
| *Attorneys for Defendant McLane Company, Inc.* | *Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, and 7-Eleven, Inc., Speedway, and Walgreen Co.* |

| | |
|---|---|
| By: */s/ David R. Singh* | By: */s/ Donald F. Zimmer, Jr.* |
| **WEIL, GOTSHAL & MANGES LLP** | **KING & SPALDING  LLP** |
| David R. Singh | Donald F. Zimmer, Jr. |
| Bambo Obaro | Quyen L. Ta |
| 201 Redwood Shores Parkway, 6th Floor | Jennifer T. Stewart |
| Redwood Shores, CA 94065 | 50 California Street, Suite 3000 |
| Telephone: (650) 802-3083 | San Francisco, CA 94111 |
| david.singh@weil.com | Telephone:     (415) 318-1200 |
| bambo.obaro@weil.com | fzimmer@kslaw.com |
| | qta@kslaw.com |
| *Attorneys for Defendant Core-Mark Holding Company, Inc.* | jstewart@kslaw.com |
| | *Attorneys for Defendant Walmart Inc.* |

-8- Case No. 19-md-02913-WHO

JOINT STIPULATION AND ORDER REGARDING PRIOR DEPOSITION OF JUUL LABS, INC. EMPLOYEE JOSEPH LUNN, TAKEN ON JULY 13-15, 2019 IN THE NORTH CAROLINA ATTORNEY GENERAL CASE

By: */s/ Charles C. Correll, Jr.*

KING & SPALDING LLP

Andrew T. Bayman (Admitted pro hac vice)

1180 Peachtree Street, Suite 1600

Atlanta, GA 30309

Telephone: (404) 572-4600

abayman@kslaw.com

and

Charles C. Correll, Jr.

Matthew J. Blaschke

Alessandra M. Givens

101 Second Street, Suite 2300

San Francisco, CA 94105

Telephone: (415) 318-1200

ccorrell@kslaw.com

mblaschke@kslaw.com

agivens@kslaw.com

*Attorneys for Defendant Chevron Corporation*

-9-  Case No. 19-md-02913-WHO

JOINT STIPULATION AND ORDER REGARDING PRIOR DEPOSITION OF JUUL LABS, INC. EMPLOYEE JOSEPH LUNN, TAKEN ON JULY 13-15, 2019 IN THE NORTH CAROLINA ATTORNEY GENERAL CASE

**O R D E R**

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:**

Dated: February 1, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge