UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | Case No. 19-md-02913-WHO<br><br>**ORDER IDENTIFYING WAVE I OF GOVERNMENT ENTITY BELLWETHERS** |

Having considered the parties' submissions regarding the selection of Wave I of the Government Entity bellwethers, I select the following six cases to proceed in Wave I:

- *San Francisco Unified School District v. JUUL Labs, Inc. et al*, No. 3:19-cv-08177;
- *King County v. JUUL Labs, Inc., et al.*, No. 3:20-cv-07324;
- *Tucson Unified School District v. JUUL Labs, Inc. et al.*, No. 3:19-cv-07335;
- *The School Board of Palm Beach County, Florida v. JUUL Labs, Inc. et al.*, No. 3:19-cv-08081;
- *Unified School District 265 Goddard v. JUUL Labs, Inc.*, No. 3:19-cv-07852; and
- *City of Rochester, New Hampshire v. JUUL Labs, Inc., et al.*, No. 3:19-cv-07298.

**IT IS SO ORDERED.**

Dated: February 1, 2021



William H. Orrick
United States District Judge