**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO ) ) The Honorable William H. Orrick ) |
| | ) **[PROPOSED] ORDER GRANTING JLI'S MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8 AND CASE MANAGEMENT ORDER NO. 12** |
| *This Document Relates to All Plaintiffs Identified in Exhibit A* | ) ) This Document Relates To:  All Actions ) ) The Hon. William H. Orrick ) |

Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss the Complaints filed by All Plaintiffs Identified in Exhibit A (the "Motion to Dismiss") in the above referenced, consolidated actions. Having considered the motion and arguments of the parties, and with good cause appearing therefore, the Court hereby GRANTS the Motion to Dismiss and DISMISSES the Complaints filed by all plaintiffs identified in Exhibit A without prejudice.

**This Order resolves motions at Docket Nos. 1086, 1121, and 1136 in main MDL Docket**.

IT IS SO ORDERED.

Dated: February 3, 2021



The Honorable William H. Orrick
United States District Judge

# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 1 | 3:19-cv-08331 | *Adan Barron v. Juul Labs, Inc. et al.* | Barron, Adan | Douglas & London, P.C. | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 2 | 3:19-cv-08375 | *Arabella Smith v. Juul Labs, Inc. et al.* | Smith, Arabella | Douglas & London, P.C.; Frazer PLC | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 3 | 3:19-cv-08276 | *Blake Erdmann v. Juul Labs, Inc. et al.* | Erdmann, Blake | Dominick Cunningham & Whalen | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 4 | 3:19-cv-08230 | *Bradley Barker v. Juul Labs, Inc. et al.* | Barker, Bradley | Fears Nachawati, PLLC | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 5 | 3:20-cv-01400 | *Chase Dever v. Juul Labs, Inc. et al.* | Dever, Chase | Douglas & London, P.C. | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 6 | 3:19-cv-06501 | *Cheyenne Glasscock v. Juul Labs, Inc. et al.* | Glasscock, Cheyenne | Levin Simes Abrams LLP | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 7 | 3:19-cv-08280 | *Ethan Gorelkin v. Juul Labs, Inc. et al.* | Gorelkin, Ethan | Dominick Cunningham & Whalen | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 8 | 3:19-cv-08282 | *Hunter Helton v Juul Labs, Inc. et al.* | Helton, Hunter | Dominick Cunningham & Whalen | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 9 | 3:19-cv-07999 | *Joshua Isakoff v. Juul Labs, Inc. et al.* | Isakoff, Joshua | Douglas & London, P.C.; Watts Guerra LLP | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 10 | 3:20-cv-04398 | *Keyshawn Harris v. JUUL Labs, Inc., et al.* | Harris, Keyshawn | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A. | 7/1/2020 | No | PFS Addendum | 11/25/2020 |
| 11 | 3:20-cv-00710 | *Noah Whitaker v. Juul Labs, Inc. et al.* | Whitaker, Noah | Douglas & London, P.C. | 3/27/2020 | No | PFS Addendum | 11/25/2020 |

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 12 | 3:19-cv-08336 | *Reno Ciociano v. Juul Labs, Inc. et al.* | Ciociano, Reno | Douglas & London, P.C. | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 13 | 3:19-cv-06496 | *Robert Fielder v. Juul Labs Inc. et al.* | Fielder, Robert | Levin Simes Abrams LLP | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 14 | 3:20-cv-00645 | *Savannah Palmer v. Juul Labs, Inc. et al.* | Palmer, Savannah | Douglas & London, P.C. | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 15 | 3:19-cv-08275 | *Sophia DeRosa v. Juul Labs, Inc. et al.* | DeRosa, Sophia | Dominick Cunningham & Whalen | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 16 | 3:20-cv-02873 | *Tyler Beauclaire v. Juul Labs, Inc., et al.* | Beauclaire, Tyler | Pulaski Law Firm | 4/27/2020 | No | PFS Addendum | 11/25/2020 |
| 17 | 3:19-cv-06921 | *William McCullough, by and through his Parent and Natural Guardian, Thomas McCullough v. Juul Labs, Inc. et al.* | McCullough, William | Hovde Dassow & Deets, LLC; Scovern Law; The Lanier Law Firm, PC; TorHoerman Law, LLC | 3/27/2020 | No | PFS Addendum | 11/25/2020 |
| 18 | 3:20-cv-05733 | *Austin Morrison v. Juul Labs, Inc. et al.* | Morrison, Austin | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 19 | 3:20-cv-05702 | *Brittany Anton v. Juul Labs, Inc. et al.* | Anton, Brittany | Schlesinger Law Offices, P.A. | 8/18/2020 | No | PFS | 11/25/2020 |
| 20 | 3:20-cv-05737 | *Cameron Beckett v. Juul Labs, Inc. et al.* | Beckett, Cameron | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A. | 8/18/2020 | No | PFS | 11/25/2020 |

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 21 | 3:20-cv-05730 | *Christopher Perkins v. Juul Labs, Inc. et al.* | Perkins, Christopher | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 22 | 3:20-cv-05680 | *Connor Johnson v. Juul Labs, Inc. et al.* | Johnson, Connor | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 23 | 3:20-cv-05657 | *Erick Gomez v. Juul Labs, Inc. et al.* | Gomez, Erick | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 24 | 3:20-cv-05707 | *Jacob Williams v. Juul Labs, Inc. et al.* | Williams, Jacob | Schlesinger Law Offices, P.A. | 8/18/2020 | No | PFS | 11/25/2020 |
| 25 | 3:20-cv-05746 | *James Schnars v. Juul Labs, Inc. et al.* | Schnars, James | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 26 | 3:20-cv-05729 | *Jeremy Borrego v. Juul Labs, Inc. et al.* | Borrego, Jeremy | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 27 | 3:20-cv-05731 | *Jeremy Starling v. Juul Labs, Inc. et al.* | Starling, Jeremy | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 28 | 3:20-cv-05740 | *Jesse Anderson v. Juul Labs, Inc. et al.* | Anderson, Jesse | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 29 | 3:20-cv-05736 | *John Morales v. Juul Labs, Inc. et al.* | Morales, John | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 30 | 3:20-cv-05738 | *Joshua Goldglanz v. Juul Labs, Inc. et al.* | Goldglanz, Joshua | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 31 | 3:20-cv-05739 | *Joshua Watson v. Juul Labs, Inc. et al.* | Watson, Joshua | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 32 | 3:20-cv-05741 | *Kaeley Nimey v. Juul Labs, Inc. et al.* | Nimey, Kaeley | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 33 | 3:20-cv-05750 | *Katherine Kurbatov v. Juul Labs, Inc. et al.* | Kurbatov, Katherine | Schlesinger Law Offices, P.A. | 8/18/2020 | No | PFS | 11/25/2020 |
| 34 | 3:20-cv-05728 | *Kayla Bernal v. Juul Labs, Inc. et al.* | Bernal, Kayla | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 35 | 3:20-cv-05752 | *Lauren Maietta v. Juul Labs, Inc. et al.* | Maietta, Lauren | Schlesinger Law Offices, P.A. | 8/19/2020 | No | PFS | 11/25/2020 |
| 36 | 3:20-cv-05743 | *Mackenzie Turner v. Juul Labs, Inc. et al.* | Turner, Mackenzie | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 37 | 3:20-cv-05748 | *Mary White v. Juul Labs, Inc. et al.* | White, Mary | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 38 | 3:20-cv-05751 | *Sergio Melendez v. Juul Labs, Inc. et al.* | Melendez, Sergio | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |
| 39 | 3:20-cv-05687 | *Thomas Defranco v. Juul Labs, Inc. et al.* | Defranco, Thomas | Schlesinger Law Offices, P.A. | 8/18/2020 | No | PFS | 11/25/2020 |
| 40 | 3:20-cv-05749 | *Vinny Pinzone v. Juul Labs, Inc. et al.* | Pinzone, Vinny | Schlesinger Law Offices, P.A. | 8/17/2020 | No | PFS | 11/25/2020 |