1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION <br><br> *This Document Relates to All Plaintiffs Identified in Exhibit A* | ) Case No. 3:19-MD-2913-WHO <br> ) <br> ) The Honorable William H. Orrick <br> ) <br> ) **[PROPOSED] ORDER GRANTING JLI'S MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8** <br> ) <br> ) This Document Relates To:  All Actions <br> ) <br> ) The Hon. William H. Orrick <br> ) <br> ) |

1  Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss the Complaints filed by All Plaintiffs Identified in Exhibit A (the "Motion to Dismiss") in the above referenced, consolidated actions. Having considered the motion and arguments of the parties, and with good cause appearing therefore, the Court hereby GRANTS the Motion to Dismiss and DISMISSES the Complaints filed by all plaintiffs identified in Exhibit A without prejudice.

**This Order resolves motions at Docket Nos. 1161, 1167, 1169, 1178 in main MDL Docket.**

IT IS SO ORDERED.

Dated: February 3, 2021

_____
The Honorable William H. Orrick
United States District Judge

# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 1 | 3:20-cv-06702 | *Betsy Rothenberger v. Juul Labs, Inc. et al.* | Rothenberger, Betsy | The Simon Law Firm, P.C. | 9/25/2020 | No | PFS | 12/28/2020 |
| 2 | 3:20-cv-06597 | *Brittany Kramer v. Juul Labs, Inc. et al.* | Kramer, Brittany | The Simon Law Firm, P.C. | 9/23/2020 | No | PFS | 12/28/2020 |
| 3 | 3:20-cv-06688 | *Josh Lee v. Juul Labs, Inc. et al.* | Lee, Josh | The Simon Law Firm, P.C. | 9/24/2020 | No | PFS | 12/28/2020 |
| 4 | 3:20-cv-06593 | *Lindsay Saylor, individually, and as the legal Guardian of her minor child, L.S. v. Juul Labs, Inc. et al.* | L.S. | Beasley Allen Crow Methvin Portis & Miles, LLC | 9/22/2020 | No | PFS | 12/28/2020 |
| 5 | 3:20-cv-06699 | *Reynaldo Mora v. Juul Labs, Inc. et al.* | Mora, Reynaldo | The Simon Law Firm, P.C. | 9/25/2020 | No | PFS | 12/28/2020 |
| 6 | 3:20-cv-06553 | *Sarah Thomas v. Juul Labs, Inc. et al.* | Thomas, Sarah | The Simon Law Firm, P.C. | 9/21/2020 | No | PFS | 12/28/2020 |
| 7 | 3:20-cv-06575 | *Scotty Vigil v. Juul Labs, Inc. et al.* | Vigil, Scotty | The Simon Law Firm, P.C. | 9/21/2020 | No | PFS | 12/28/2020 |
| 8 | 3:20-cv-06770 | *Siba Alnass, Levija Altman, Jonah Goldberg, Samuel Trautman, Stephen Tubek, and Tyler Wood v. Juul Labs, Inc. et al.* | Alnass, Siba | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/21/2020 | No | PFS | 12/28/2020 |
| 9 | 3:20-cv-06770 | *Siba Alnass, Levija Altman, Jonah Goldberg, Samuel Trautman, Stephen Tubek, and Tyler Wood v. Juul Labs, Inc. et al.* | Altman, Levija | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/21/2020 | No | PFS | 12/28/2020 |

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 10 | 3:20-cv-06770 | *Siba Alnass, Levija Altman, Jonah Goldberg, Samuel Trautman, Stephen Tubek, and Tyler Wood v. Juul Labs, Inc. et al.* | Goldberg, Jonah | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/21/2020 | No | PFS | 12/28/2020 |
| 11 | 3:20-cv-06770 | *Siba Alnass, Levija Altman, Jonah Goldberg, Samuel Trautman, Stephen Tubek, and Tyler Wood v. Juul Labs, Inc. et al.* | Tubek, Stephen | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/21/2020 | No | PFS | 12/28/2020 |
| 12 | 3:20-cv-06770 | *Siba Alnass, Levija Altman, Jonah Goldberg, Samuel Trautman, Stephen Tubek, and Tyler Wood v. Juul Labs, Inc. et al.* | Wood, Tyler | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP | 9/21/2020 | No | PFS | 12/28/2020 |
| 13 | 3:20-cv-06653 | *Thomas Anders v. Juul Labs, Inc. et al.* | Anders, Thomas | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A.; Wagner Reese, LLP | 9/21/2020 | No | PFS | 12/28/2020 |