1  LOUISE H. RENNE (SBN 36508)
   lrenne@publiclawgroup.com
2  RYAN McGINLEY-STEMPEL (SBN 296182)
   rmcginleystempel@publiclawgroup.com
3  RENNE PUBLIC LAW GROUP
   350 Sansome Street, Suite 300
4  San Francisco, California 94104
   Telephone: (415) 848-7200
5  Facsimile:  (415) 848-7230

6  Attorneys for Plaintiff
   SAN FRANCISCO UNIFIED SCHOOL DISTRICT
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
   | --- | --- |
   |  | **NOTICE OF WITHDRAWAL OF COUNSEL** |
   | THIS DOCUMENT RELATES TO: *San Francisco Unified School District v. JUUL Labs, Inc., et al.* |  |

15 TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

16     PLEASE TAKE NOTICE that Teresa Lynn Stricker, formerly of Renne Public Law Group

17 ("RPLG"), no longer represents Plaintiff San Francisco Unified School District in this matter.

18 Ms. Stricker is no longer associated with RPLG, who continues to represent San Francisco Unified

19 School District in this matter.

20     RPLG respectfully requests that the Court remove Ms. Stricker from future CM/ECF notifications

21 in this matter.

22 Dated:  February 4, 2021          RENNE PUBLIC LAW GROUP

24                                   By:/s/Louise H. Renne
                                          LOUISE H. RENNE

25                                   Attorneys for Plaintiff
26                                   SAN FRANCISCO UNIFIED SCHOOL
                                     DISTRICT

NOTICE OF WITHDRAWAL OF COUNSEL - Case No. 3:19-md-02913-WHO