UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | Case No. 19-md-02913-WHO<br><br>**ORDER REGARDING MOTIONS TO DISMISS WITHOUT PREJUDICE DKT. NOS. 1086, 1102, 1121, 1136, 1161, 1171, 1178** |

Defendant Juul Labs, Inc.'s (JLI) motions to dismiss cases without prejudice for failure to comply with the Plaintiff Fact Sheet requirements, Dkt. Nos. 1086, 1102, 1121, and 1136, were set for hearing during the December 18, 2020 Case Management Conference. These motions are GRANTED for cases identified in those motions where Plaintiff Fact Sheets remain outstanding.

For clarity, the motions to dismiss cases without prejudice set for hearing during the January 15, 2021 Case Management Conference, Dkt. Nos. 1161, 1171, 1178, were and are GRANTED.

JLI shall, within ten days of the date of this Order, submit one consolidated proposed order to dismiss the cases covered by the motions at Dkt. Nos. 1086, 1102, 1121, 1136, 1161, 1171, and1178, identifying each case where the Plaintiff Fact Sheet remains outstanding as of today's date.

**IT IS SO ORDERED.**

Dated: February 4, 2021

William H. Orrick
United States District Judge