ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
    – and –
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
KATHLEEN B. DOUGLAS
REGINALD E. JANVIER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
kdouglas@rgrdlaw.com
rjanvier@rgrdlaw.com

Attorneys for Plaintiffs City of Rochester, New Hampshire, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re JUUL LABS INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This Document Relates To: | ) ) |
|     ALL ACTIONS. | ) ) ) |

Case No. 3:19-md-02913-WHO

NOTICE OF APPEARANCE OF COUNSEL

4851-5863-8045.v1

Please note the appearance of the undersigned Aelish M. Baig of Robbins Geller Rudman & Dowd LLP, Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104, phone number 415/288-4545, e-mail: aelishb@rgrdlaw.com, as counsel for the following plaintiffs in this action:

1.      City of Rochester, New Hampshire

2.      Montgomery County, Maryland

3.      Frederick County, Maryland

4.      The School Board of Broward County, Florida

5.      The School Board of Miami-Dade County, Florida

6.      Howard County, Maryland

7.      Garrett County, Maryland

8.      Anne Arundel County, Maryland

9.      Baltimore County, Maryland

10.      Montgomery County Public Schools

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action.

DATED: February 18, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG

s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
KATHLEEN B. DOUGLAS
REGINALD E. JANVIER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
kdouglas@rgrdlaw.com
rjanvier@rgrdlaw.com

Attorneys for Plaintiffs City of Rochester, New
Hampshire, et al.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 18, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  aelishb@rgrdlaw.com

**Mailing Information for a Case 3:19-md-02913-WHO In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachel Beth Abrams**
  rabrams@levinsimes.com,jjohnson@levinsimes.com,tvaughs@levinsimes.com,jcwilletts@levinsimes.com,rgutierrez@levinsimes.com,bsund@levinsimes.com

- **Michael A Akselrud**
  michael.akselrud@lanierlawfirm.com,Zarah.Levin-Fragasso@LanierLawFirm.com

- **Andrew C Allen**
  aallen@fulmerschudmak.com

- **Sharon S. Almonrode**
  ssa@millerlawpc.com,wk@ecf.courtdrive.com,aad@ecf.courtdrive.com,wk@millerlawpc.com,ssa@ecf.courtdrive.com,dal@ecf.courtdrive.com,eeh@millerlawpc.con

- **Jason Henry Alperstein**
  alperstein@kolawyers.com

- **Charles Edward Amos , II**
  edward.amos@segal-law.com,katie.barker@segal-law.com,3869933420@filings.docketbird.com

- **James M. Andris , Jr**
  jandris@anapolweiss.com

- **Virginia E Anello**
  vanello@douglasandlondon.com

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Henry Jacob Avery**
  havery@zsz.com

- **E. DREW BRITCHER**
  drew@medmalnj.com

- **Cari L. Baermann**
  cbaermann@hobbsstraus.com

- **Khaldoun A. Baghdadi**
  kbaghdadi@walkuplawoffice.com,lconnors@walkuplawoffice.com,1322673420@filings.docketbird.com,jsingh@WalkupLawOffice.com

- **F. Hall Bailey**
  hbailey@lalorbaileyaby.com

- **Krista K. Baisch**
  kkb@cruegerdickinson.com

- **Robert S. Baizer**
  bob@baizlaw.com

- **Harold F Baker**
  HBaker@wtotrial.com,christman@wtotrial.com

- **Benjamin G. Barokh**
  benjamin.barokh@mto.com

- **Eric Barton**
  ebarton@wcllp.com

- **Andrew Thomas Bayman**
  abayman@kslaw.com

- **Barrett L. Beasley**
  BBeasley@Salim-Beasley.com,ebailey@salim-beasley.com,lcausey@salim-beasley.com,croberts@salim-beasley.com,robertsalim@cp-tel.net,mbuchman@motleyrice.com

- **Jere Locke Beasley**
  jere.beasley@beasleyallen.com

- **Jeremy K Beecher**
  jeremy.beecher@mto.com,Dkt-filings@mto.com,marilyn.ogaldez@mto.com

- **Eric R.G. Belin**
  ebelin@provostylaw.com

- **Marissa A. Bellair**
  mbellair@ltke.com

- **James F. Bennett**
  jbennett@dowdbennett.com

- **Christopher John Bergin**
  cbergin@fulmersill.com

- **Andrew David Bergman**
  andrew.bergman@arnoldporter.com

- **Laurence S Berman**
  lberman@lfsblaw.com,mlord@lfsblaw.com,pdandrea@lfsblaw.com,kshub@lfsblaw.com

- **David M. Bernick**
  dbernick@paulweiss.com,rschuman@paulweiss.com,tholoshitz@paulweiss.com,swoods@paulweiss.com,mao_fednational@paulweiss.com

- **Harrison Macy Biggs**
  hbiggs@yourlawyer.com,nmorello@yourlawyer.com,jcallanan@yourlawyer.com

- **Clark Andrew Binkley**
  cbinkley@richmanlawgroup.com

- **Andy D. Birchfield , Jr**
  andy.birchfield@beasleyallen.com,Melisa.Bruner@BeasleyAllen.com

- **Anthony D. Birchfield , Jr**
  andy.birchfield@beasleyallen.com

- **Andy D. Birchfield, Jr.**
  Andy.Birchfield@BeasleyAllen.com

- **Christina Monique Black**
  cblack@bm.net,tpetosa@bm.net,rpaul@bm.net

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **Matthew J. Blaschke**
  mblaschke@kslaw.com,marvelle.moore@kslaw.com,lisa.williams@kslaw.com,hhauck@kslaw.com

- **Martha A Boersch**
  martha@boersch-illovsky.com,ECF@boersch-illovsky.com,roxanne@boersch-illovsky.com

- **Paige Nicole Boldt**
  pboldt@wattsguerra.com,acura@wattsguerra.com,rcarmony@wattsguerra.com

- **Barbara D Bonar**
  bdbonar@lawatbdb.com

- **Amy Foster Bower**
  abower@hsblawfirm.com,jharvey@hsblawfirm.com,mmoody@hsblawfirm.com

- **Kenneth John Brennan**
  kbrennan@torhoermanlaw.com

- **Thomas E. Breth**
  tbreth@dmkcg.com,MLascuola@dmkcg.com

- **Mike Brock**
  mike.brock@kirkland.com,christina.sharkey@kirkland.com,zharna.shah@kirkland.com,lkemphues@kirkland.com

- **Kristin M. Bronson**
  kristin.bronson@denvergov.org

- **William Haynes Brooks**
  wbrooks@lfwlaw.com

- **Rachel Corinne Buddrus**
  rbuddrus@fnlawfirm.com

- **Stephen E. Budica**
  sbudica@tysonmendes.com

- **Christopher E Byer**
  byer@wtotrial.com,creasey@wtotrial.com

- **Zachary William Byer**
  zachary.byer@kirkland.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Kevin Calia**
  kevin@boersch-illovsky.com,ECF@boersch-illovsky.com,roxanne@boersch-illovsky.com

- **Kelsey Lynn Campbell**
  kcampbell@briscoelaw.net

- **Alison Cannata Hendele**
  hendele@cannatalaw.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,bianca-nealious-3081@ecf.pacerpro.com,debra-wilcher-6644@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com,bnealious@kellerrohrback.com,gretchen-freeman-cappio-5238@ecf.pacerpro.com

- **Thomas P. Cartmell**
  tcartmell@wcllp.com

- **Thomas Phillip Cartmell**
  tcartmell@wcllp.com,bdacus@wcllp.com,abrane@wcllp.com,apriest@wcllp.com,bwicklund@wcllp.com,jkieffer@wcllp.com,mgoldwasser@wcllp.com,pbradshaw@

- **Robert J Cassity**
  bcassity@hollandhart.com

- **Solomon B. Cera**
  scera@cerallp.com,pmarkert@cerallp.com,keg@cerallp.com,jrl@cerallp.com

- **Courtney Anne Chadwell**
  cchadwell@bmmfirm.com

- **Roland Chang**
  rdchang@orrick.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com,fsalazar@sanfordheisler.com

- **Mario M. Choi**
  mchoi@kaplanfox.com

- **Claudine A. Cloutier**
  ccloutier@kecheslaw.com

- **Jonathan Betten Cohen**
  jonathan@gregcolemanlaw.com,cathy@gregcolemanlaw.com,renee@gregcolemanlaw.com

- **Lori G. Cohen**
  cohenl@gtlaw.com

- **Gregory F. Coleman**
  greg@gregcolemanlaw.com,GCLPC@ecf.courtdrive.com,renee@gregcolemanlaw.com,dawn@gregcolemanlaw.com

- **Emily Elliot Condon**
  econdon@hsblawfirm.com,jharvey@hsblawfirm.com,mmoody@hsblawfirm.com

- **Sophia Boaz Cooper**
  scooper@wilkinsonstekloff.com

- **Stephen A Corr**
  scorr@begleycarlin.com,mmandolesi@begleycarlin.com

- **Charles Christian Correll , Jr**
  ccorrell@kslaw.com,jsouza@kslaw.com,jjackson@kslaw.com,hhauck@kslaw.com,ewang@kslaw.com,pbors@kslaw.com,rpada@kslaw.com,tjohnson@kslaw.com,am

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Eric W Cracken**
  ecracken@thlawyer.com

- **Felicia Craick**
  fcraick@kellerrohrback.com

- **Felicia Johnston Craick**
  fcraick@kellerrohrback.com

- **Sara Beth Craig**
  scraig@levinsimes.com,jcwilletts@levinsimes.com,bsund@levinsimes.com

- **April Mara Cristal**
  cristal@schumannrosenberg.com

- **Charles J. Crueger**
  cjc@cruegerdickinson.com

- **Charles J. Crueger**
  cjc@cruegerdickinson.com

- **Martin D. Crump**
  martincrump@daviscrump.com,robert.cain@daviscrump.com,sara.billiot@daviscrump.com,lynn.trexler@daviscrump.com

- **Felix M. Czernin**
  max.czernin@squirepb.com

- **James Nixon Daniel , III**
  jnd@beggslane.com,ch@beggslane.com

- **Timothy Stephen Danninger**
  tdanninger@gunster.com,lfrancis@gunster.com

- **Robert Thomas Dassow**
  rdassow@hovdelaw.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,creynolds@rgrdlaw.com,sdavidson@ecf.courtdrive.com,khanson@rgr...

- **Adam Steffen Davis**
  adavis@wcllp.com

- **A.J. De Bartolomeo**
  ajdebartolomeo@tadlerlaw.com,ajd@tadlerlaw.com,jjoseph@tadlerlaw.com,atadler@tadlerlaw.com,jmilitano@tadlerlaw.com,bmorrison@tadlerlaw.com

- **Peter De La Cerda**
  peter@edwardsdelacerda.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Roger C. Denton**
  rdenton@uselaws.com

- **Samuel R. Diamant**
  sdiamant@kslaw.com,sbutler@kslaw.com

- **Erin Kathleen Dickenson**
  ekd@cruegerdickinson.com

- **Erin K. Dickinson**
  ekd@cruegerdickinson.com,ths@cruegerdickinson.com,maj@cruegerdickinson.com

- **Erin Kathleen Dickinson**
  ekd@cruegerdickinson.com

- **Timothy D. Dillard**
  cdillard@foley.com

- **Jay P. Dinan**
  jdinan@yourlawyer.com

- **Matthew Carter Dirkes**
  matt@boersch-illovsky.com,ECF@boersch-illovsky.com,roxanne@boersch-illovsky.com

- **Tyler Doh**
  tdoh@goodwinlaw.com

- **Sarah J Donnell**
  sdonnell@kirkland.com

- **J. Luke Dow**
  ldow@wenholzdow.com

- **Dan Drachler**
  ddrachler@zsz.com

- **E. Michelle Drake**
  emdrake@bm.net,mplsparalegals@bm.net,emagnus@bm.net,jhibray@bm.net

- **David Thomas Duff**
  dduff@dfl-lawfirm.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Christopher Charles Dyer**
  cdyer@lucasmagazine.com

- **Susan Earnest**
  susane@lpm-triallaw.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Adam A. Edwards**
  adam@gregcolemanlaw.com

- **Brian Howard Eldridge**
  beldridge@hmelegal.com,jprior@hmelegal.com,ahuller@hmelegal.com

- **William Lee Elebash**
  wle@beggslane.com,jlc@beggslane.com

- **John P. Elliott**
  jpe@elliottgreenleaf.com

- **Ronald T. Elliott**
  relliott@dmkcg.com,cberanty@dmkcg.com

- **Tiffany Rose Ellis**
  tellis@weitzlux.com,slittman@weitzlux.com,nhryczyk@weitzlux.com

- **Jason B. Elster**
  elsterj@gtlaw.com

- **Sarah N. Emery**
  semary@justicestartshere.com

- **Sarah Nicole Emery**
  semery@justicestartshere.com

- **Christopher J Esbrook**
  christopher.esbrook@esbrooklaw.com

- **Sydney Everett**
  Sydney.Everett@BeasleyAllen.com

- **J. F.**
  enafisi@classlawdc.com

- **Peter A. Farrell**
  pfarrell@kirkland.com

- **Misty Ann Farris**
  mfarris@fnlawfirm.com,vmcneme@fnlawfirm.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **Kristen L Ferries**
  ferries@wtotrial.com,creasey@wtotrial.com

- **Tracy A. Finken**
  tfinken@anapolweiss.com

- **Tracy Ann Finken**
  tfinken@anapolweiss.com,jconcepcion@anapolweiss.com,pplayolin@anapolweiss.com,cmcdonough@anapolweiss.com,jandris@anapolweiss.com,ngordon@anapolw

- **Craig Lloyd Fishman**
  clf@ssf-lawfirm.com

- **John Paul Fiske**
  jfiske@baronbudd.com,kepeters@baronbudd.com,jhutchison@baronbudd.com,chines@baronbudd.com

- **Kelly A. Fitzpatrick**
  kfitzpatrick@thefloodlawfirm.com

- **Wendy R. Fleishman**
  wfleishman@lchb.com

- **John Joseph Foley**
  jfoley@simmonsfirm.com,pharmfilings@simmonsfirm.com,lwooten@simmonsfirm.com

- **Fond du Lac Band of Lake Superior Chippewa**
  SethBichler@fdlrez.com

- **Nicholas Rocco Fornolo**
  nfarnolo@napolilaw.com

- **James Patrick Frantz**
  jpf@frantzlawgroup.com,hlo@frantzlawgroup.com,wshinoff@frantzlawgroup.com,rosa@frantzlawgroup.com

- **T. Roe Frazer , II**
  roe@frazer.law,hailey@ecf.courtdrive.com,angela@ecf.courtdrive.com

- **Thomas Roe Frazer , II**
  roe@frazer.law

- **Thomas Roe Frazer , III**
  trey@frazer.law,angela@ecf.courtdrive.com

- **Rebecca Laine Fredona**
  rfredona@molllawgroup.com

- **Anthony R. Friedman**
  afriedman@simonlawpc.com,yscott@simonlawpc.com

- **Andrew Ross Frisch**
  afrisch@forthepeople.com

- **Arati Chauhan Furness**
  afurness@fnlawfirm.com,vmcneme@fnlawfirm.com,bolivarez@fnlawfirm.com,dmcdowell@fnlawfirm.com

- **Steven D. Gacovino**
  s.gacovino@gacovinolake.com

- **Alison Gaffney**
  agaffney@kellerrohrback.com

- **Alison Smith Gaffney**
  agaffney@kellerrohrback.com,cathy-hopkins-4757@ecf.pacerpro.com,cbrewer@kellerrohrback.com,alison-gaffney-0923@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com

- **Michael A. Galpern**
  mgalpern@lockslaw.com

- **Edgar Dean Gankendorff**
  egankendorff@provostylaw.com,cszapary@provostylaw.com,gwalker@provostylaw.com

- **EricaRae García**
  egarcia@weitzlux.com

- **Jonathan W. Garlough**
  jgarlough@foley.com

- **Nathaniel Peardon Garrett**
  ngarrett@jonesday.com,ecf-9d8e07160ff2@ecf.pacerpro.com,mlandsborough@jonesday.com

- **Robert Thomas Garwood**
  rgarwood@forthepeople.com

- **Jonathan R. Gdanski**
  JGdanski@schlesingerlaw.com

- **Jonathan R. Gdanski**
  JGdanski@schlesingerlaw.com,megan@schlesingerlaw.com,sarah@schlesingerlaw.com

- **Jonathan Robert Gdanski**
  jonathan@schlesingerlaw.com

- **Donald T. Gervase , Jr**
  dgervase@provisionlaw.com

- **Gorman E. Getty , III**
  ggetty@ggettylaw.com

- **Jeff S. Gibson**
  jgibson@cohenandmalad.com,jgibson@wagnerreese.com

- **Alexandra Milan Gill**
  sgill@lccplaw.com,lcristini@lccplaw.com

- **Alessandra M Givens**
  AGivens@kslaw.com,hhauck@kslaw.com

- **Renee A. Goble**
  Renee.Carmody@denvergov.org

- **Christopher Chagas Gold**
  cgold@rgrdlaw.com,htyler@aacounty.org,CGold@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Danielle Megan Gold**
  dgold@weitzlux.com

- **Stuart L. Goldenberg**
  slgoldenberg@goldenberglaw.com

- **Melissa E Goldmeier**
  mgoldmeier@howardcountymd.gov

- **Octavio Gomez**
  tgomez@forthepeople.com

- **Brenton Jeremy Goodman**
  bgoodman@levinlaw.com

- **Edmund Goodman**
  EGoodman@Hobbsstraus.com

- **Edward James Gorman**
  edward.gorman@denvergov.org

- **Mark A Gottlieb**
  mark@phaionline.org,8546719420@filings.docketbird.com

- **Kirk J. Goza**
  kgoza@gohonlaw.com

- **Kirk John Goza**
  KGOZA@GOHONLAW.COM,ljoyce@gohonlaw.com,RMILLER@GOHONLAW.COM,mhise@gohonlaw.com,ksneufeld@gohonlaw.com,omadderom@gohonlaw.cc

- **Joshua H. Grabar**
  jgrabar@grabarlaw.com

- **M. Elizabeth Graham**
  egraham@gelaw.com

- **Mary Elizabeth Graham**
  egraham@gelaw.com,smertz@gelaw.com,jaguirre@gelaw.com,palderson@gelaw.com,rcampbell@gelaw.com,iwatson@gelaw.com,8936483420@filings.docketbird.cc

- **Carter David Grant**
  cgrant@hmelegal.com

- **Lucian Greco , Jr**
  lgreco@bremerwhyte.com

- **Megan B Greene**
  megan.greene@montgomerycountymd.gov

- **Joseph P Griffith , Jr**
  joegriffithjr@hotmail.com

- **John Horton Guerry**
  john@theoslaw.com

- **Daniel N Guisbond**
  guisbond@wtotrial.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Adam Gutride**
  adam@gutridesafier.com,9205703420@filings.docketbird.com

- **Michael John Guzman**
  mguzman@kellogghansen.com,pcurtin@kellogghansen.com,ecf-2525e696171b@ecf.pacerpro.com

- **Michael HIcks**
  cmendenhall@frplegal.com

- **Jeffrey L. Haberman**
  JHaberman@schlesingerlaw.com

- **Jeffrey L. Haberman**
  JHaberman@schlesingerlaw.com

- **Jeffrey Louis Haberman**
  JHaberman@schlesingerlaw.com,megan@schlesingerlaw.com,cara@schlesingerlaw.com,AIFHYLTON@schlesingerlaw.com,akera@schlesingerlaw.com

- **Michael N. Hanna**
  mhanna@forthepeople.com

- **Marc Pemble Hansen**
  marc.hansen@montgomerycountymd.gov

- **Mark C. Hansen**
  MHansen@kellogghansen.com,ecfnotices@kellogghansen.com,tjanosky@kellogghansen.com

- **Emery Harlan**
  emery.harlan@mwhlawgroup.com,tammy.williams@mwhlawgroup.com

- **Steven Alan Hart**
  shart@hmelegal.com

- **Lexi J. Hazam**
  lhazam@lchb.com

- **Bryce Thomas Hensley**
  bhensley@rblaw.net

- **Thomas K. Herren**
  tom.herren@herrenadams.com

- **Ellen E Herzog**
  herzog@wtotrial.com,lescano@wtotrial.com

- **Mahzad Kazempour Hite**
  mhite@levinsimes.com,tvaughns@levinsimes.com,ktrillo@levinsimes.com

- **Tor Hoerman**
  tor@thlawyer.com,jld@thlawyer.com

- **Tor A. Hoerman**
  tor@thlawyer.com

- **Michael Alan Holcomb**
  aholcomb@turnbullfirm.com

- **Home Oil Company, Inc.**
  jtuley@hglawpc.com

- **Brad Honnold**
  bhonnold@gohonlaw.com

- **Bradley D. Honnold**
  bhonnold@gohonlaw.com,ljoyce@gohonlaw.com,mhise@gohonlaw.com,ksneufeld@gohonlaw.com,omadderom@gohonlaw.com,rmiller@gohonlaw.com

- **David Ian Horowitz**
  david.horowitz@kirkland.com

- **Danielle Marie Houck**
  daniellehouck@sfusd.edu,atkinsd@sfusd.edu

- **Patrick Howard**
  phoward@smbb.com,bhartman@smbb.com,alafontaine@smbb.com

- **Charles Davenport Hudson**
  charlie@pennandseaborn.com

- **Tyler W. Hudson**
  thudson@wcllp.com

- **Tyler W. Hudson**
  thudson@wcllp.com

- **Tyler William Hudson**
  thudson@wcllp.com

- **Thomas J. Hurney , Jr**
  thurney@jacksonkelly.com

- **James F. Hurst**
  james.hurst@kirkland.com

- **Sam Ikard**
  sam.ikard@kirkland.com

- **Eugene G. Illovsky**
  eugene@boersch-illovsky.com,ECF@boersch-illovsky.com,roxanne@boersch-illovsky.com

- **Steven T Jaffe**
  sjaffe@lawhjc.com,lholding@lawhjc.com

- **David Jarosławicz**
  dj@lawjaros.com,dtolchin@lawjaros.com,dtolchin@ecf.courtdrive.com

- **Emily Jeffcott**
  ejeffcott@forthepeople.com

- **Emily Catherine Jeffcott**
  ejeffcott@forthepeople.com

- **Emily Catherine Jeffcott**
  ejeffcott@forthepeople.com,plarue@forthepeople.com,NNkeiti@ForThePeople.com

- **Sean Patrick Jessee**
  jessees@gtlaw.com,fairchildsy@gtlaw.com

- **Ana Davis Johnson**
  ajohnson@gunster.com,lfrancis@gunster.com

- **Bradley R. Johnson**
  bjohnson@gunster.com,yarnold@gunster.com

- **Ronald E. Johnson , Jr**
  rjohnson@justicestartshere.com,amcmullen@justicestartshere.com,tcoaston@justicestartshere.com

- **Shawn Kincade Judge**
  sjudge@isaacwiles.com

- **Benjamin A. Kaplan**
  bak@cruegerdickinson.com

- **Benjamin A. Kaplan**
  bak@cruegerdickinson.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Shannon Matthew Kasley**
  skasley@kslaw.com

- **Randi Kassan**
  rkassan@thesandersfirm.com

- **Randi A. Kassan**
  rkassan@thesandersfirm.com

- **Katherine R Katz**
  katherine.katz@kirkland.com

- **Michael Scott Katz**
  mkatz@lopezmchugh.com

- **Seth Alan Katz**
  skatz@burgsimpson.com

- **Dean N Kawamoto**
  dkawamoto@kellerrohrback.com

- **Dean Noburu Kawamoto**
  dkawamoto@kellerrohrback.com,cbrewer@kellerrohrback.com,dean-kawamoto-6396@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com

- **Todd Michael Kennedy**
  todd@gutridesafier.com,7399391420@filings.docketbird.com,4708336420@filings.docketbird.com

- **Frank H. Kerney , III**
  fkerney@forthepeople.com,lrobbins@forthepeople.com,snazario@forthepeople.com

- **Benjamin L. Kessinger , III**
  Lee@KessingerLaw.com

- **Mason Moore Kessinger**
  mason@kessingerlaw.com

- **Jonathan P. Kieffer**
  jpkieffer@wcllp.com,bdacus@wcllp.com,apriest@wcllp.com

- **David Craig Kiernan**
  dkiernan@jonesday.com,pwalter@jonesday.com

- **Rakesh Kilaru**
  rkilaru@wilkinsonstekloff.com

- **Kelly Ruth Kimbrough**
  kelly.kimbrough@bowmanandbrooke.com,diane.janner@bowmanandbrooke.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com,cvogel@kaplanfox.com

- **Thomas W. King , III**
  tking@dmkcg.com,kbryan@dmkcg.com

- **David Edward Kouba**
  david.kouba@arnoldporter.com

- **Michael Stephan Kozlowski , Jr**
  michael.kozlowski@esbrooklaw.com,david.pustilnik@esbrooklaw.com

- **Kristine K. Kraft**
  kkraft@uselaws.com,ecarroll@uselaws.com,ebarakso@uselaws.com

- **Kristine K. Kraft**
  kkraft@uselaws.com

- **James Neil Kramer**
  jkramer@orrick.com,lpatts@orrick.com,casestream@ecf.courtdrive.com,mwatkins@orrick.com,vmorse@orrick.com

- **Michelle L. Kranz**
  michelle@toledolaw.com

- **Bryce K. Kunimoto**
  bkunimoto@hollandhart.com

- **Leslie LaMacchia**
  llamacchia@pulaskilawfirm.com

- **Leslie LaMacchia**
  llamacchia@pulaskilawfirm.com,kirsten@pulaskilawfirm.com

- **Leslie B. LaMacchia**
  llamacchia@pulaskilawfirm.com

- **Owen P Lalor**
  olalor@lamattys.com

- **Richard N. Laminack**
  rickl@lpm-triallaw.com

- **James W. Lampkin , II**
  james.lampkin@beasleyallen.com

- **James Wayne Lampkin , II**
  james.lampkin@beasleyallen.com

- **James W. Lampkin II**
  James.Lampkin@BeasleyAllen.com

- **Ashley Nicole Landrum**
  alandrum@florida-law.com,GJVerniseservice@florida-law.com

- **Aneca E. Lasley**
  aneca.lasley@squirepb.com

- **Noah C. Lauricella**
  nlauricella@goldenberglaw.com,aknickerbocker@goldenberglaw.com

- **George S. LeMieux**
  glemieux@gunster.com

- **Christopher L. Lebsock**
  clebsock@hausfeld.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Whitney A. Leonard**
  whitney@sonosky.net

- **Seth R. Lesser**
  slesser@lockslawny.com

- **Seth Richard Lesser**
  seth@klafterolsen.com,Nancy.Velasquez@klafterolsen.com,Myra.Monteagudo@klafterolsen.com

- **Daniel C. Levin**
  dlevin@lfsblaw.com,jlascio@lfsblaw.com

- **Michael I. Levin**
  mlevin@levinlegalgroup.com

- **Tori Smith Levine**
  tori.levine@bowmanandbrooke.com,maryann.parker@bowmanandbrooke.com,susan.mitchell@bowmanandbrooke.com,audra.dean@bowmanandbrooke.com

- **Roberta D. Liebenberg**
  rliebenberg@finekaplan.com,shufnagel@finekaplan.com,akatzman@finekaplan.com,nblakeslee@finekaplan.com

- **Jenapher Lin**
  jlin@hollandhart.com

- **Thadd J Llaurado**
  tllaurado@murphyprachthauser.com

- **Derek W. Loeser**
  dloeser@kellerrohrback.com

- **Derek William Loeser**
  dloeser@kellerrohrback.com,derek-loeser-0264@ecf.pacerpro.com

- **Lauren Michelle Loew**
  lloew@foley.com

- **Michael A. London**
  mlondon@douglasandlondon.com

- **Michael Andrew London**
  mlondon@douglasandlondon.com,plevner@douglasandlondon.com,jmittasch@douglasandlondon.com,lferrante@douglasandlondon.com,adileo@douglasandlondon.c

- **Sarah Robin London**
  slondon@lchb.com,ilunt@lchb.com,mfcudos@lchb.com,cnelson@lchb.com,hmottershead@lchb.com,akaufman@lchb.com,isimon@lchb.com,rstoler@lchb.com,kmad

- **Fred S Longer**
  Flonger@lfsblaw.com

- **Frederick S. Longer**
  flonger@lfsblaw.com

- **Clinton Richard Losego**
  closego@gunster.com,eroa@gunster.com

- **Patrick Allen Luff**
  pluff@fnlawfirm.com,filing@fnlawfirm.com

- **Roopal P. Luhana**
  Luhana@chaffinluhana.com

- **Pietro J Lynn**
  plynn@lynnlawvt.com,mdailey@lynnlawvt.com,ebanach@lynnlawvt.com

- **Kartik S. Madiraju**
  kmadiraju@lchb.com

- **Kartik Sameer Madiraju**
  kmadiraju@lchb.com

- **James Lawrence Magazine**
  jim@lucasmagazine.com

- **Steven R. Maher**
  smaher@maherlawfirm.com

- **Steven Robert Maher**
  smaher@maherlawfirm.com

- **Mitchell B. Malachowski**
  mmalachowski@tysonmendes.com,msandoval@tysonmendes.com,cgover@TysonMendes.com,rmata@tysonmendes.com,imontoya@tysonmendes.com,DGarcia@Tys

- **Christopher J. Maley**
  Chris@maleyandmaley.com

- **Michael W. Marcil**
  mmarcil@gunster.com

- **Dyana Khayup Mardon**
  dmardon@foley.com,wdelvalle@foley.com,ljlee@foley.com

- **Mitchell A. Margo**
  mmargo@lawfirmemail.com

- **Pamela Ann Markert**
  pmarkert@cerallp.com

- **Daniel P Markoff**
  dmarkoff@atkinsandmarkoff.com

- **John Paul Markovs**
  john.markovs@montgomerycountymd.gov

- **Patrick Clayton Marshall**
  pmarshall@mtattorneys.com,sreynolds@mtattorneys.com

- **Buffy Kay Martines**
  buffym@LPM-triallaw.com,cindya@lpm-triallaw.com

- **Danielle Ward Mason**
  dmason@thesandersfirm.com,rkassan@thesandersfirm.com

- **John C. Massaro**
  John.Massaro@arnoldporter.com

- **Matthew R. McCarley**
  mccarley@fnlawfirm.com

- **Matthew Ryan McCarley**
  mccarley@fnlawfirm.com,jcruz@fnlawfirm.com,rbuddrus@fnlawfirm.com,tcovert@fnlawfirm.com,filing@fnlawfirm.com,nonwiler@fnlawfirm.com

- **Marie Ann McCrary**
  marie@gutridesafier.com,8231169420@filings.docketbird.com

- **Matthew Thomas McCrary**
  matt@gutridesafier.com,9947623420@filings.docketbird.com

- **Brendan A McDonough**
  bmcdonough@weitzlux.com,dgold@weitzlux.com,erelkin@weitzlux.com

- **Darren Patrick McDowell**
  dmcdowell@fnlawfirm.com

- **Andrew R McGaan**
  amcgaan@kirkland.com

- **Ryan McGee**
  rmcgee@forthepeople.com,acarbone@forthepeople.com,jcabezas@forthepeople.com

- **Ryan Paul McGinley-Stempel**
  rmcginleystempel@publiclawgroup.com,btolmer@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Timothy John McGinn , Jr**
  tmcginn@gunster.com

- **Bruce J McKee**
  Bruce@hwnn.com

- **Bruce Jones McKee**
  bruce@hwnn.com

- **Donald Patrick McKenna , Jr**
  don@hwnn.com,cassie@hwnn.com,peggy@hwnn.com

- **H. Vincent McKnight , Jr**
  vmcknight@sanfordheisler.com

- **Patrick McMurtray**
  patrick@frazer.law

- **Patrick D. McMurtray**
  patrick@frazer.law,mcmurtraypd@yahoo.com

- **Edward F. McTiernan**
  Edward.McTiernan@apks.com

- **Ned McWilliams**
  nmcwilliams@levinlaw.com

- **Neil Edward McWilliams , Jr**
  nmcwilliams@levinlaw.com

- **Neil E. McWilliams, Jr.**
  nmcwilliams@levinlaw.com

- **Richard D. Meadow**
  richard.meadow@lanierlawfirm.com

- **Lisa M. Meissner**
  lmeissner@hobbsstraus.com

- **Calle Marie Mendenhall**
  cmendenhall@frplegal.com,cisbell@frplegal.com

- **Danielle M. Meriwether**
  dmeriwether@bremerwhyte.com

- **Merle Cooper Meyers**
  mmeyers@mlg-pc.com

- **Nicholas A. Migliaccio**
  nmigliaccio@classlawdc.com,info@classlawdc.com

- **E. Powell Miller**
  epm@millerlawpc.com,aad@ecf.courtdrive.com,aad@millerlawpc.com

- **Laurie K. Miller**
  lmiller@jacksonkelly.com

- **Lloyd B. Miller**
  lloyd@sonosky.net

- **Mark J. Miller**
  mark@millerohiolaw.com

- **Melinda Miller**
  melindam@co.skagit.wa.us

- **Robert S. Miller**
  rmiller@wapnernewman.com,rphipps@wapnernewman.com

- **Rodney Eugene Miller**
  rem@mtattorneys.com,sreynolds@mtattorneys.com

- **Matthew Scott Mokwa**
  mmokwa@maherlawfirm.com

- **Kenneth Brian Moll**
  kmoll@molllawgroup.com,info@molllawgroup.com

- **Timothy Dylan Moore**
  tmoore@tdmoorelaw.net

- **Robert Keith Morgan**
  kmorgan@lalorbaileyaby.com

- **Scott H. Morgan**
  smorgan@uselaws.com

- **Scott Harston Morgan**
  smorgan@uselaws.com

- **T. Michael Morgan**
  mmorgan@forthepeople.com

- **Timothy Michael Morgan**
  mmorgan@forthepeople.com

- **Christian Morris**
  christian@nettlesmorris.com

- **Melanie H. Muhlstock**
  mmuhlstock@yourlawyer.com

- **Matthew Joseph Mulbarger**
  matthew.mulbarger@denvergov.org

- **Anne Marie Murphy**
  amurphy@cpmlegal.com,jortiz@cpmlegal.com,wcostelli@cpmlegal.com,shernandez@cpmlegal.com,sgutin@cpmlegal.com,clau@cpmlegal.com

- **Esfand Yar Nafisi**
  enafisi@classlawdc.com,5138180420@filings.docketbird.com

- **Gregory Colin Narver**
  gregory.narver@seattle.gov

- **Angela Jennifer Nehmens**
  anehmens@levinsimes.com,tvaughns@levinsimes.com,jcwilletts@levinsimes.com,bsund@levinsimes.com,dfleissig@levinsimes.com

- **David Adam Neiman**
  dneiman@rblaw.net,twolff@rblaw.net

- **Robert J. Nelson**
  rnelson@lchb.com

- **Robert Jay Nelson**
  rnelson@lchb.com

- **Brian David Nettles**
  brian@nettlesmorris.com

- **Melinda Davis Nokes**
  mnokes@weitzlux.com,lschultz@weitzlux.com,tellis@weitzlux.com,rcerci@weitzlux.com,jfarrell@weitzlux.com,dsavours@weitzlux.com

- **Rand Patrick Nolen**
  rand_nolen@fleming-law.com,pam_myers@fleming-law.com

- **Jennifer Nolte**
  jnolte@allennolte.com,bwiginton@allennolte.com

- **Michael G. Norris**
  mgn@nkfirm.com

- **Jonathan Patrick Novak**
  jnovak@fnlawfirm.com,cbuamah@fnlawfirm.com,cnakagai@fnlawfirm.com,jwesley@fnlawfirm.com

- **Nicolas Novy**
  nicolas.novy@dechert.com

- **Michael J. O'Connell**
  mike.oconnell@louisvilleky.gov

- **Daphne O'Connor**
  Daphne.OConnor@arnoldporter.com

- **Grace O'Connor**
  grace.oconnor@co.thurston.wa.us

- **Michael Lawrence O'Donnell**
  Odonnell@wtotrial.com,pointer@wtotrial.com,sun@wtotrial.com

- **Leslie W. O'Leary**
  loleary@justicelawyer.com,bsteinle@justicelawyers.com

- **Alicia O'Neill**
  aoneill@wattsguerra

- **Alicia Danielle O'Neill**
  aoneill@wattsguerra.com,acura@wattsguerra.com,rcarmony@wattsguerra.com

- **Bambo Obaro**
  bambo.obaro@weil.com,sv.ecf@weil.com,tricia-dresel-2470@ecf.pacerpro.com,bambo-obaro-6885@ecf.pacerpro.com,tricia.dresel@weil.com

- **Jason Edward Ochs**
  jason@ochslawfirm.com

- **Alyson Oliver**
  aoliver@oliverlg.com,notifications@oliverlg.com

- **Cindy Reeds Ormsby**
  cormsby@chgolaw.com

- **Christopher Gerald Otten**
  cotten@glagowilliams.com,emcmahon@glagowilliams.com

- **Neil D. Overholtz**
  noverholtz@awkolaw.com,rvolpara@awkolaw.com,nbess@awkolaw.com,nguntner@awkolaw.com,mschamberger@awkolaw.com,prichardson@awkolaw.com

- **James Franklin Ozment**
  frank@fulmerschudmak.com

- **John William Partin**
  jwp552003@yahoo.com

- **Michelle Elaine Pate**
  mpatelaw@gmail.com

- **Anthony J Patek**
  anthony@gutridesafier.com

- **Russell D. Paul**
  rpaul@bm.net,emagnus@bm.net

- **Christopher G. Paulos**
  cpaulos@levinlaw.com,chartzog@levinlaw.com,sstanley@levinlaw.com

- **Gale D. Pearson**
  gpearson@fnlawfirm.com

- **Gale Diane Pearson**
  gpearson@fnlawfirm.com,vmcneme@fnlawfirm.com,lwallace@fnlawfirm.com

- **Brant Douglas Penney**
  b.penney@rwblawfirm.com

- **Moira Kim Penza**
  mpenza@wilkinsonstekloff.com

- **Michelle Perkovic**
  mp@wexlerwallace.com,ecf@wexlerwallace.com

- **Thomas J Perrelli**
  TPerrelli@jenner.com,BHauck@jenner.com,docketing@jenner.com

- **Thomas J. Perrelli**
  tperrelli@jenner.com

- **W. Matthew Pettit**
  matt@frazer.law

- **William M. Pettit**
  mpettit@frazer.law

- **Ashley M Pileika**
  apileika@classlawdc.com

- **Ashley M. Pileika**
  apileika@classlawdc.com

- **Thomas W. Pirtle**
  tomp@lpm-triallaw.com

- **Jacob W. Plattenberger**
  jake@thlawyer.com,tvalleroy@thlawyer.com,jld@thlawyer.com

- **Riley F. Plumer**
  rplumer@hobbsstraus.com

- **Ralia E Polechronis**
  rpolechronis@wilkinsonstekloff.com

- **Adam E. Polk**
  apolk@girardsharp.com,ssandeen@girardsharp.com,avongoetz@girardsharp.com

- **Scott A Powell**
  scott@hwnn.com

- **Scott A. Powell**
  Scott@hwnn.com

- **Scott Ashley Powell**
  scott@hwnn.com,andi@hwnn.com,laura@hwnn.com

- **V Chai Oliver Prentice**
  vprentice@tzlegal.com

- **Brett J. Preston**
  brett@wvlawyer.com

- **Brett Justice Preston**
  brett@wvlawyer.com

- **John Backes Prior**
  jprior@hmelegal.com

- **Henry St. Paul Provosty**
  hprovosty@provostylaw.com

- **Adam Kern Pulaski**
  adam@pulaskilawfirm.com

- **Lauren V. Purdy**
  lpurdy@gunster.com,yallotey@gunster.com,awinsor@gunster.com

- **David F Pustilnik**
  david.pustilnik@esbrooklaw.com,dianag@amataoffices.com

- **Kyle Paul Quackenbush**
  kquackenbush@saverilawfirm.com,dlockett@saverilawfirm.com,srobertson@saverilawfirm.com,rponce@saverilawfirm.com,jday@saverilawfirm.com,hhaile@saveril

- **S. R.**
  dsanginiti@stark-stark.com

- **Andrew Arthur Rainer**
  arainer@phaionline.org

- **Christopher S Randolph , Jr**
  chris@hwnn.com

- **Christopher Scott Randolph , Jr**
  chris@hwnn.com,laura@hwnn.com

- **Aron U. Raskas**
  araskas@gunster.com

- **Jason Samual Rathod**
  jrathod@classlawdc.com

- **Joseph S. Rathod**
  jrathod@classlawdc.com

- **Rahul Ravipudi**
  ravipudi@psblaw.com,lomeli@psblaw.com,gezerseh@psblaw.com,lucio@psblaw.com

- **Red Cliff Band of Lake Superior Chippewa Indians**
  wade.williams@redcliff-nsn.gov

- **Anupama K. Reddy**
  areddy@saverilawfirm.com,lszabados@saverilawfirm.com

- **Ellen Relkin**
  erelkin@weitzlux.com,egarcia@weitzlux.com,rlevin@weitzlux.com,dgold@weitzlux.com,dsavours@weitzlux.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com,kbeaton@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Joel Robert Rhine**
  jrr@rhinelawfirm.com

- **Christopher L. Rhoads**
  chris@rhoadsandrhoads.com

- **Kim E. Richman**
  krichman@richmanlawgroup.com,information@richmanlawgroup.com

- **Aaron Rihn**
  arihn@peircelaw.com

- **Fred Paul Rinaldi**
  FPR@LawInPA.com

- **Raymond C. Rinaldi , II**
  rcrii@lawinpa.com

- **Kristopher Ritter**
  ritterk@kirkland.com

- **Jose de Jesus Rivera**
  jrivera@mpfmlaw.com

- **William R. Robb**
  wrrobb@aleshirerobb.com

- **D. Lee Roberts , Jr**
  lroberts@wwhgd.com

- **Amy Robinson**
  arobinson@gslawny.com

- **Paul W. Rodney**
  Paul.Rodney@arnoldporter.com

- **Antonio M. Romanucci**
  aromanucci@rblaw.net

- **Antonio M. Romanucci**
  aromanucci@rblaw.net

- **Marissa S Ronk**
  ronk@wtotrial.com,piechota@wtotrial.com

- **James M. Rosenthal**
  jrosenthal@wilkinsonstekloff.com,JUULPara@wilkinsonstekloff.com

- **Jason Alan Ross**
  jason.ross@arnoldporter.com,ecf-7606935de4d7@ecf.pacerpro.com,annette.mitchell@arnoldporter.com,deborah.Carpenter@arnoldporter.com

- **Louis P Ruzzi**
  lruzzi@howardcountymd.gov

- **ANDREW STONE**
  astone@stone-law-firm.com

- **Seth A. Safier**
  seth@gutridesafier.com

- **Ben Salango**
  bsalango@wvlawyer.com

- **C. Benjamin Salango**
  bsalango@wvlawyer.com

- **Paul Joseph Sampson**
  pjsampson@gmail.com

- **Peter A. Sandberg**
  peters@impc-law.com

- **David W. Sanford**
  dsanford@sanfordheisler.com

- **Domenic B Sanginiti , Jr**
  dsanginiti@stark-stark.com

- **Erica B. Sattler**
  ericabsattler@gmail.com

- **S. Ann Saucer**
  asaucer@fnlawfirm.com,vmcneme@fnlawfirm.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com,hhaile@saverilawfirm.com,JDay@saverilawfirm.com,dlockett@saverilawfirm.com,srobertson@saverilawfirm.com,rponce@saverilawfirm

- **Robert Allen Scher**
  rscher@foley.com

- **John A. Schifino**
  jschifino@gunster.com,csanders@gunster.com

- **Scott Schlesinger**
  scott@schlesingerlaw.com

- **Scott P. Schlesinger**
  scott@schlesingerlaw.com,ira@schlesingerlaw.com

- **Andrew Dickens Schlichter**
  aschlichter@uselaws.com

- **Jerome J. Schlichter**
  jschlichter@uselaws.com,rfreisinger@uselaws.com,sbddocket@uselaws.com,ssoyars@uselaws.com

- **Richard W. Schulte**
  rschulte@legaldayton.com,rschulte@yourlegalhelp.com

- **Richard William Schulte**
  rschulte@yourlegalhelp.com,2538701420@filings.docketbird.com,dschwartz@yourlegalhelp.com,kvanschaik@yourlegalhelp.com

- **Matthew D. Schultz**
  mschultz@levinlaw.com,tgilbert@ecf.courtdrive.com,mschultz@ecf.courtdrive.com,tgilbert@levinlaw.com

- **Brett Michael Schuman**
  bschuman@goodwinlaw.com,elow@goodwinlaw.com,bradke@goodwinlaw.com,jlateiner@goodwinlaw.com,MaryWong@goodwinprocter.com

- **David Lawrence Schwarz**
  dschwarz@kellogghansen.com,ecf-291ad6066b9b@ecf.pacerpro.com,aoak@kellogghansen.com

- **Austin Van Schwing**
  aschwing@gibsondunn.com

- **Scott S. Segal**
  scott.segal@segal-law.com

- **James Egan Sell**
  jsell@tysonmendes.com,jkelly@tysonmendes.com

- **Sona R. Shah**
  sshah@zsz.com

- **Christina C. Sharp**
  dsharp@girardsharp.com,tomw@girardsharp.com,scottg@girardsharp.com,ngliozzo@girardsharp.com,avongoetz@girardsharp.com,oliviah@girardsharp.com

- **Anne B. Shaver**
  ashaver@lchb.com

- **William B. Shinoff**
  wshinoff@frantzlawgroup.com

- **Blake A. Shuart**
  blake.shuart@huttonlaw.com,demetri.enders@huttonlaw.com

- **Jordan P. Shuber**
  jshuber@dmkcg.com

- **Jordan P. Shuber**
  jshuber@dmkcg.com,tmurray@dmkcg.com,mshakley@dmkcg.com,apakutz@dmkcg.com

- **Courtney Crook Shytle**
  cshytle@mcguirewoods.com

- **James D Sill**
  jsill@fulmersill.com

- **Mark E. Silvey**
  mark@gregcolemanlaw.com

- **Donald J. Simon**
  dsimon@sonosky.com

- **John Matthew Simon**
  jmsimon@simonlawpc.com,modle@simonlawpc.com,yscott@simonlawpc.com

- **David Ramraj Singh**
  david.singh@weil.com,david-singh-5369@ecf.pacerpro.com,sv.ecf@weil.com,tricia-dresel-2470@ecf.pacerpro.com,tricia.dresel@weil.com

- **Michelle Six**
  michelle.six@kirkland.com

- **Brian Slome**
  brian.slome@lewisbrisbois.com,Erika.Munoz@lewisbrisbois.com

- **Kevin S Smith**
  ksmith@lawhjc.com,cwagner@lawhjc.com

- **Renee Deborah Smith**
  renee.smith@kirkland.com,JLIAlerts@kirkland.com,7676617420@filings.docketbird.com

- **Tempe Dorinda Smith**
  tempe@hwnn.com

- **Dan R. Snuffer , Jr**
  dsnuffer@wvlawyer.com

- **Dan Ray Snuffer**
  dsnuffer@wvlawyer.com

- **Rachel Soffin**
  rachel@gregcolemanlaw.com

- **Rachel Lynn Soffin**
  rachel@gregcolemanlaw.com,dawn@gregcolemanlaw.com

- **Ahmed M Soliman**
  soliman@solimanlegal.com

- **Jason Louis Solotaroff**
  jsolotaroff@gslawny.com,csanches@gslawny.com

- **Sabita J. Soneji**
  ssoneji@tzlegal.com,choover@tzlegal.com,nporzenheim@tzlegal.com,amcreynolds@tzlegal.com

- **Gregory S. Spizer**
  gspizer@anapolweiss.com

- **Gregory Steven Spizer**
  gspizer@vscplaw.com,erobles@vscplaw.com

- **Keith R Stachowiak**
  kstachowiak@murphyprachthauser.com

- **Ben Z. Steinberger**
  bsteinberger@tysonmendes.com

- **Jennifer Taylor Stewart**
  jstewart@kslaw.com,hhauck@kslaw.com

- **Reilly Todd Stoler**
  rstoler@lchb.com

- **Gregory P. Stone**
  gregory.stone@mto.com,jeremy.beecher@mto.com,diane.bates@mto.com,james.berry@mto.com,Ramona.Salgado@mto.com,jenny.mendoza@mto.com,Lauren.barne filings@mto.com,bethany.kristovich@mto.com,nicole.washington@mto.com

- **Jerry C. Straus**
  jstraus@hobbsstraus.com

- **Samuel J Strauss**
  sam@turkestrauss.com

- **James A. Streett**
  james@streettlaw.com

- **Teresa Lynn Stricker**
  teresa_stricker@ci.richmond.ca.us

- **Geoffrey D. Strommer**
  gstrommer@hobbsstraus.com,hclapp@hobbsstraus.com,emanning@hobbsstraus.com,rplumer@hobbsstraus.com,emanning@ecf.courtdrive.com

- **Gregory J Swain**
  gregory.swain@aacounty.org

- **Bonny E. Sweeney**
  bsweeney@hausfeld.com,adorsey@hausfeld.com,celder@hausfeld.com

- **Michael T. Sweeney**
  msweeney@levinlegalgroup.com

- **Sean Burton Swords**
  sswords@wenholzdow.com

- **Asghar Syed**
  asyed@gunster.com

- **Quyen Le Ta**
  qta@kslaw.com,tle@kslaw.com,quyen-ta-1056@ecf.pacerpro.com

- **Ariana J. Tadler**
  atadler@tadlerlaw.com,jjoseph@tadlerlaw.com,1892552420@filings.docketbird.com

- **Jesse L. Taylor**
  jesse.taylor@squirepb.com

- **Jerry Nicholas Theos**
  jerry@theoslaw.com

- **James Elliott Thompson**
  jthompson@orrick.com

- **John H Tiller**
  jtiller@hsblawfirm.com

- **Christopher Michael Timmel**
  christopher.timmel@klafterolsen.com,myra.monteagudo@klafterolsen.com

- **Rebecca Timmons**
  btimmons@levinlaw.com

- **Gregory M Travalio**
  gtravalio@isaacwiles.com

- **Tia T. Trout-Perez**
  ttrout-perez@kirkland.com

- **Mark H Troutman**
  mtroutman@isaacwiles.com

- **Sozi Pedro Tulante**
  sozi.tulante@dechert.com

- **Jay Stewart Tuley**
  jtuley@hglawpc.com

- **Jon J. Tunheim**
  tunheij@co.thurston.wa.us

- **D. Brett Turnbull**
  bturnbull@turnbullfirm.com

- **Scott Ulm**
  sulm@bremerwhyte.com

- **Joseph D. VanZandt**
  joseph.vanzandt@beasleyallen.com

- **Joseph G. VanZandt**
  Joseph.VanZandt@BeasleyAllen.com

- **Joseph G. VanZandt**
  Joseph.VanZandt@BeasleyAllen.com

- **Joseph Glenn VanZandt**
  joseph.vanzandt@beasleyallen.com,Syndey.Everett@BeasleyAllen.com,Katie.Ronan@BeasleyAllen.com,LaSonya.Lucas@BeasleyAllen.com,james.lampkin@beasley

- **G. Jeffrey Vernis**
  gjvernis@national-law.com,GJVerniseservice@florida-law.com

- **Gabe Thomas Vick , Jr**
  tvick@vickcarneylaw.com

- **Fabrice N. Vincent**
  fvincent@lchb.com

- **Fabrice Nijhof Vincent**
  fvincent@lchb.com

- **Brian M. Vines**
  bvines@hwnn.com

- **Edward A. Wallace**
  eaw@wexlerwallace.com,us@wexlerwallace.com,de@wexlerwallace.com,ecf@wexlerwallace.com

- **Michael A. Walsh**
  mwalsh@walshlawok.com

- **Peter Neil Wang**
  pwang@foley.com

- **Mikal C. Watts**
  mcwatts@wattsguerra.com,acura@wattsguerra.com,rcarmony@wattsguerra.com,cwilson@wattsguerra.com,kknox@wattsguerra.com

- **Joseph H. Webster**
  jwebster@hobbsstraus.com

- **Michael M. Weinkowitz**
  mweinkowitz@lfsblaw.com,pdandrea@lfsblaw.com,kshub@lfsblaw.com

- **Ira Weiss**
  iweiss@wbklegal.com

- **Graham D Welch**
  gwelch@foley.com

- **David C. Wenholz**
  dwenholz@wenholzdow.com

- **Richard Alan Weyrich**
  richardw@co.skagit.wa.us

- **Jeanmarie Whalen**
  jw@dcwlaw.com,mtc@dcwlaw.com,leg@dcwlaw.com,EService@dcwlaw.com

- **Lisa A. White**
  lisa@gregcolemanlaw.com

- **Nicole Elizabeth Wiitala**
  nwiitala@sanfordheisler.com

- **Jason Michael Wilcox**
  jason.wilcox@kirkland.com

- **Matthew R Wildermuth**
  matt.wildermuth@wildermuthlawoffices.com

- **Robert F. Wilkins**
  rocky@forthepeople.com

- **Beth A. Wilkinson**
  bwilkinson@wilkinsonstekloff.com,rbalaban@wilkinsonstekloff.com

- **Steven Noel Williams**
  swilliams@saverilawfirm.com,dlockett@saverilawfirm.com,srobertson@saverilawfirm.com,rponce@saverilawfirm.com,jday@saverilawfirm.com,hhaile@saverilawfi

- **Michael J. Witherel**
  mjw@witherelaw.com

- **Nelson Gregory Wolff**
  nwolff@uselaws.com

- **Lauren Sachi Wulfe**
  Lauren.Wulfe@arnoldporter.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,jcabezas@forthepeople.com

- **Judith Pace Youngman**
  youngman@wtotrial.com

- **Donald Frederick Zimmer , Jr**
  fzimmer@kslaw.com,BPriestley@KSLAW.com,HDocketing@KSLAW.com,dhill@kslaw.com

- **Thomas A. Zimmerman , Jr**
  tom@attorneyzim.com,firm@attorneyzim.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jere        L. Beasley**
Beasley Allen Crow Methvin Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

**Christina      M. Black**
Hanson, Bridgett, Marcus, Vlahos & Rudy
980 Ninth Street, Suite 1500
Sacramento, CA 95814

**Kenneth      J. Brennan**
227 W. Monroe St., Ste. 2650
Chicago, IL 60606

**Egor Cimih**
,

**Leroy Cobb**
,

**Justice Dumlao**
,

**Jordan        Ellel**
Tempe Tri-District Legal Counsel
500 W. Guadalupe Road
Tempe, AZ 85283

**Faith Evans**
,

**John        Foley**
Simmons Hanley Conroy LLC
One Court Street
Alton, IL 62002

**Zachary      M. Green**
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinis, P.C.
1000 Haddonfield-Berlin Road
Suite 203
Voorhees, NJ 08043

**David        J Hodge**
Attorney at Law
38 Miller Ave #157
Mill Valley, CA 94941

**James        E. Hooper**
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202

**Bethany      Woodard Kristovich**
Munger Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560

**Limbachkrupa LLC**
c/o Maulik Nayee
1451 North Dean Road
Orlando, FL 32825

**Hunter Lingnofski**
508 5th Avenue
Antigo, WI 54409

**Feras Mahmoud**
,

**Noah Maitland**
,

**Ralph McKinley**
,

**Michael      G. Nerheim**
Fox Lunardi & Zeit LLC
9 South County Street
Waukegan, IL 60085

**Kenneth Quagliata**
,

**Scott        P. Schlesinger**
Sheldon J. Schlesinger PA
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316

**Larry        Shane Seaborn**
Penn & Seaborn LLC
PO Box 688

Clayton, AL 36016

**Morgan          M. Stacey**
Klafter Olsen & Lesser LLP
Two International Drive
Suite 350
Rye Brook, NY 10573

**Joseph          G. Tekulve**
785 Ohio Pike
Cincinnati, OH 45245

**JOSEPH          G. VANANDT**
BEALESY ALLEN CROW METHVIN PORTIS & MILES PC
234 COMMERCE ST
MONTGOMERY, AL 36103

**Matthew          D. Weintraub**
Deputy District Attorney
455 W. Hamilton Street
Allentown, PA 18101