**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION <br><br> *This Document Relates to All Plaintiffs Identified in Exhibit A* | ) Case No. 3:19-MD-2913-WHO <br> ) <br> ) The Honorable William H. Orrick <br> ) <br> ) **ORDER GRANTING JLI'S MOTION TO** <br> ) **DISMISS WITHOUT PREJUDICE FOR** <br> ) **FAILURE TO SUBMIT DISCOVERY** <br> ) **REQUIRED BY CASE MANAGEMENT** <br> ) **ORDER NO. 8** <br> ) <br> ) **Dkt. Nos. 1086, 1102, 1121, 1136, 1161, 1171 and 1178** <br> ) <br> ) This Document Relates To: All Actions <br> ) The Hon. William H. Orrick |

[~~PROPOSED~~] ORDER                                                                                        CASE NO. 3:19-md-2913-WHO

1   Before the Court are the Motions by Defendant Juul Labs, Inc. to Dismiss the Complaints filed by All Plaintiffs Identified in Exhibit A (the "Motion to Dismiss") (ECF Nos. 1086, 1102, 1121, 1136, 1161, 1171 and 1178) in the above referenced, consolidated actions. Having considered the motion and arguments of the parties, Dkt. No. 1373, and with good cause appearing therefore, the Court hereby GRANTS the Motion to Dismiss and DISMISSES the Complaints filed by all plaintiffs identified in Exhibit A without prejudice.

IT IS SO ORDERED.

Dated: February 22, 2021

_____
The Honorable William H. Orrick
United States District Judge

# EXHIBIT A

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1 | Shelton, Nikki Christine | *Nikki Christine Shelton v. Juul Labs, Inc. et al* | 3:20-cv-04137 | Frazer PLC | 10/29/2020 | 1102 |
| 2 | Strock, Anastasia | *Anastasia Strock v. Juul Labs, Inc. et al.* | 3:20-cv-04258 | Simmons Hanly Conroy, LLC | 10/29/2020 | 1102 |
| 3 | Moncsko, Zachary | *Zachary Moncsko v. Juul Labs, Inc. et al.* | 3:20-cv-04260 | Hare, Wynn, Newell & Newton, LLP | 10/29/2020 | 1102 |
| 4 | Cramer, Coby | *Coby Cramer v. Juul Labs, Inc. et al.* | 3:20-cv-04295 | Pulaski Kherkher, PLLC | 10/29/2020 | 1102 |
| 5 | DeShong, Jason | *Jason DeShong v. Juul Labs, Inc. et al.* | 3:20-cv-03991 | Beasley Allen Crow Methvin Portis & Miles, LLC | 12/04/2020 | 1171 |
| 6 | Phifer, Ian | *Ian Phifer v. Juul Labs, Inc. et al.* | 3:20-cv-04858 | Beasley Allen Crow Methvin Portis & Miles, LLC | 12/04/2020 | 1171 |
| 7 | Dudley, Joshua | *Joshua Dudley v. Juul Labs, Inc. et al.* | 3:20-cv-05266 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. | 12/04/2020 | 1171 |

[PROPOSED] ORDER                                      CASE NO. 3:19-md-02913

| | | | | | | |
|---|---|---|---|---|---|---|
| **8** | **Vecchioni, Connor** | *Connor Vecchioni v. Juul Labs, Inc. et al* | **3:20-cv-05143** | **Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.** | **12/04/2020** | **1171** |
| **9** | **Grimes, Charles** | *Charles Grimes v. Juul Labs, Inc. et al.* | **3:20-cv-05268** | **Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A.** | **12/10/2020** | **1178** |

4

[~~PROPOSED~~] ORDER                                                                                          CASE NO. 3:19-md-02913