# Exhibit 1

_

**From:** Willard, Howard A. (ALG)
**Sent:** Thursday, April 26, 2018 1:22 PM
**To:** Nicholas J. Pritzker
**Cc:** Gifford, William F. Jr (ALG)
**Subject:** RE: Standstill

**Highly Confidential #Secure**

I expressed our joint view to my attorney (Anthony Reale) and he tells me that he has a resolution with your counsel.

With regard to our follow up meeting, Billy and I propose a meeting in Chicago on Saturday May 6 at 9am in the Arnold & Porter Offices. We will arrive at our hotel around 7pm the night before and we could get dinner together or just meet the next morning. Our current plan is to bring Murray Garnick (General Counsel and Regulatory Affairs), Anthony Reale (Internal Deal Counsel) and Andy Nussbaum (A&P External Counsel) to share on the legal issues. We will have the antitrust experts available by phone. Jay Moore (SVP Strategy and Business Development) will support Billy and I on the valuation discussions. We do not plan to include Investment Bankers. We assume we can be done by Saturday late afternoon.

We are flexible if you want to suggest an alternative plan, but I think we should agree on a tentative plan now. If we need to adjust over the next 9 days we can do that.

-----Original Message-----
From: Nicholas J. Pritzker [mailto:[redacted]]
Sent: Thursday, April 26, 2018 1:17 AM
To: Willard, Howard A. (ALG)
Cc: Riaz Valani
Subject: Standstill

Howard: our lawyers are apparently at a standstill over the standstill (in the NDA). I understand that you want the continuing right to talk to Riaz and me. That's just fine, and we are both happy to talk to y'all any time, but it needs to be limited to in our capacity as directors: we need to avoid any appearance of conflict. I can't imagine this makes a difference. If not, can you intercede so we can get this going, and if so perhaps you could give us a call and explain.
Otherwise, we have started working on the issues we discussed and hope to be able to stick to our timetable.
Thanks, and best wishes.
Nick

Sent from my iPad



CONFIDENTIAL