UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY LITIGATION
    McParland v. Deli Works, et al.,                               )
        D. New Jersey, C.A. No. 2:21-01459              )        MDL No. 2913

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

      A conditional transfer order was filed in this action (*McParland*) on February 2, 2021. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *McParland* was lifted on February 10, 2021, and the action was transferred to the Northern District of California. On February 25, 2021, plaintiff in *McParland* filed a motion to reinstate the CTO. In his motion, plaintiff, through counsel, state that counsel is an experienced litigator but his practice is largely confined to New Jersey State Court matters. Plaintiff submits that the late filing was a reasonable mistake under the circumstances. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer. The plaintiff has provided a copy of his notice of opposition.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-56" filed on February 2, 2021, is REINSTATED.

      IT IS FURTHER ORDERED that plaintiffs' Notice of Opposition is accepted for filing as of the date of this order.

                                                        FOR THE PANEL:

                                                        John W. Nichols
                                                        Clerk of the Panel