[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AMENDED CASE/TRIAL SCHEDULE** |

1  Pursuant to the Court's Civil Minutes following the February 19, 2021 Case Management Conference (ECF No. 1441), the parties jointly stipulate and agree, subject to the Court's approval, to a modification of the case/trial schedule in this case in the form of the proposed order attached hereto as **Exhibit A**.

WHEREAS, on September 9, 2020, the Court entered an Order Regarding Bellwether Selection and Case/Trial Schedule. (ECF No. 938.)   Since that time, the parties have engaged in good faith and reasonable efforts to meet the deadlines and prepare the case consistent with the dates set forth in that order.[1]

WHEREAS, as the case has progressed, despite good faith and reasonable efforts to comply with the schedule, the parties believe good cause exists to modify the current case schedule.

WHEREAS, on February 19, 2021, the Court granted "plaintiffs' request to continue the class certification suggestion schedule by six weeks and Altria's suggestion that the related class summary judgment and expert discovery deadlines should correspondingly be continued six weeks." (ECF No. 1441 at 1-2)  The Court further directed the parties to "meet and confer regarding modification of the schedule beyond that, based on concrete and actual due process concerns." (*Id.* at 2.)

WHEREAS, the parties have engaged in several good faith meet and confers, and agree that good cause exists to modify in certain respects, including an overall modification of the case schedule by approximately six weeks, as well as the addition or supplementation of certain case sequencing or interim dates as introduced at the February 19, 2021 CMC.

WHEREAS, the parties believe the proposed modified case schedule attached hereto as **Exhibit A** addresses certain concrete and due process concerns that have manifested over the course of the past six months.

WHEREAS, in developing this schedule, the parties were cognizant of the Court's reluctance to continuing case management deadlines (ECF No. 14441 at 2) and its desire to maintain the current first bellwether trial date of February 22, 2022 (ECF No. 938 at 5).

---

[1] Some of the interim deadlines in the September 9, 2020 Order have, by agreement of the parties and pursuant to orders of the Court, been modified or further detailed.

1  Accordingly, the proposed amended schedule maintains the first trial date of February 22, 2022
2  through aggressive and compressed time frames for both the parties' work, as well as the Court's
3  consideration and adjudication of dispositive and other motions.

4      WHEREAS, the parties are respectful of the Court's and its staff's time and resources.
5  Thus, while the parties have not proposed a modification of the trial date itself, they defer to the
6  Court on whether a modest extension of the trial date may be warranted.

7      **NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate,
8  agree and respectfully request that the Court enter an Order in the form as attached hereto as **Exhibit**
9  **A**, as may be modified and approved by the Court.

| | |
|---|---|
| Dated:  February 26, 2020 | Respectfully submitted, |
| By: /s/ *Renee D. Smith* | By: /s/ *Sarah R. London* |
| Renee D. Smith (*pro hac vice*)<br>James F. Hurst (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2310 | Sarah R. London<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone:  (415) 956-1000 |
| By: */s/ Peter A. Farrell* | By: */s/ Dena C. Sharp* |
| Peter A. Farrell (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959 | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| By: */s/ Gregory P. Stone* | By: */s/ Dean Kawamoto* |
| Gregory P Stone, SBN 78329<br>Bethany W. Kristovich, SBN 241891<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone:     (213) 683-9100 | Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone:  (206) 623-1900 |
| *Attorneys for Defendant Juul Labs, Inc.* | By: */s/ Ellen Relkin*<br><br>Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br><br>*Co-Lead Counsel for Plaintiffs* |

| | |
|---|---|
| By: */s/ John C. Massaro* | By: */s/ James Kramer* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| John C. Massaro (admitted pro hac vice)<br>Jason A. Ross (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999<br>john.massaro@arnoldporter.com<br>Jason.ross@arnoldporter.com | James Kramer<br>James Thompson<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: (415) 773-5700<br>jthompson@orrick.com<br>jkramer@orrick.com |
| *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | *Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| **BOERSCH & ILLOVSKY LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@boersch-illovsky.com<br>martha@boersch-illovsky.com<br>matt@boersch-illovsky.com | Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com |
| *Attorneys for Defendant Adam Bowen* | *Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

| | | |
|---|---|---|
| 1 | By: */s/ Mitchell B. Malachowski* | By: */s/ Robert Scher* |
| 2 | **TYSON & MENDES, LLP** | **FOLEY & LARDNER LLP** |

James E. Sell
Mitchell B. Malachowski
Stephen Budica
April M. Cristal
523 4th Street, Suite 100
San Rafael, CA 94901
Telephone: (628) 253-5070
jsell@tysonmendes.com
mmalachowski@tysonmendes.com
sbudica@tysonmendes.com
acristal@tysonmendes.com

*Attorneys for Defendants Mother Murphy's Labs, Inc., and Alternative Ingredients, I*

By: */s/ Michael L. O'Donnell*

**WHEELER TRIGG O'DONNELL LLP**

Michael L. O'Donnell
James E. Hooper
Marissa Ronk
370 17th Street, Ste. 4500
Denver, CO 80202
Telephone: (303) 244-1850
Odonnell@wtotrial.com
hooper@wtotrial.com
Ronk@wtotrial.com

*Attorneys for Defendant McLane Company, Inc.*

By: */s/ David R. Singh*

**WEIL, GOTSHAL & MANGES LLP**

David R. Singh
Bambo Obaro
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3083
david.singh@weil.com
bambo.obaro@weil.com

*Attorneys for Defendant Core-Mark Holding Company, Inc.*

Robert Scher
Peter N. Wang
Graham D. Welch
Dyana K. Mardon
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
rscher@foley.com
pwang@foley.com
gwelch@foley.com
dmardon@foley.com

*Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

By: */s/ Christopher J. Esbrook*

**ESBROOK LAW P.C.**

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

*Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, and 7-Eleven, Inc., Speedway, and Walgreen Co.*

1  By: */s/ Donald F. Zimmer, Jr.*

2  **KING & SPALDING  LLP**

3  Donald F. Zimmer, Jr.
   Quyen L. Ta
4  Jennifer T. Stewart
   50 California St., Suite 3300
5  San Francisco, CA 94111
   Telephone:     (415) 318-1200
6  fzimmer@kslaw.com
   qta@kslaw.com
7  jstewart@kslaw.com

8  *Attorneys for Defendant Walmart Inc.*

9  By: */s/ Charles C. Correll Jr.*_____

10 **KING & SPALDING LLP**

11 Andrew T. Bayman (Admitted *pro hac vice*)
   1180 Peachtree Street, Suite 1600
12 Atlanta, GA 30309
   Telephone: (404) 572-4600
13 abayman@kslaw.com

   and
14
   Charles C. Correll, Jr.
15 Matthew J. Blaschke
   Alessandra M. Givens
16 50 California St., Suite 3300
   San Francisco, CA 94111
17 Telephone: (415) 318-1200
   ccorrell@kslaw.com
18 mblaschke@kslaw.com
   agivens@kslaw.com
19
   *Attorneys for Defendant Chevron Corporation*

20

21

22

23

24

25

26

27

28

# EXHIBIT A: [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED:**

The Case/Trial Schedule is hereby amended as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| PI: Defs. Deferred Pleading Challenges | Feb. 26, 2021 | Mar. 2, 2021 |
| EL: Plaintiffs file Motion for Class Certification (as to Cal. subclass and federal nationwide class) <br><br> Plaintiffs serve class certification expert reports | March 17, 2021 | April 28, 2021 |
| PI: Oppositions to Defs. Deferred Pleading Challenges | | April 13, 2021 |
| PI: Defs. Reply Deferred Pleading Challenges | | May 4, 2021 |
| PI: Hearing on Deferred Pleading Challenges | April 9, 2021 | To be set by the Court |
| PI: Core Discovery of BWs ends | Apr. 15, 2021 | June 1, 2021 |
| PI: Each side exercises one strike from BW | Apr. 22, 2021 | June 3, 2021 |
| PI: Letter Briefs re BW nominees | Apr. 30, 2021 | June 10, 2021 |
| ALL: Deadline to complete fact discovery | June 18, 2021 | July 30, 2021 |
| EL Defendants file opposition to motion for class certification <br><br> Defendants serve class certification response expert reports <br><br> Defendants file *Daubert* motions as to Plaintiffs' class cert experts | June 16, 2021 | July 28, 2021 |
| PI: End of Supp. Discovery of 2 BW trial picks | July 1, 2021 | August 10, 2021 |
| GE: Case specific expert reports for BW cases exchanged | July 1, 2021 | Aug. 16, 2021 |
| ALL: Exchange of Generic Expert Reports | July 2, 2021 | Aug. 16, 2021 |
| EL: Plaintiffs file Reply in support of motion for class cert <br><br> Plaintiffs serve class cert rebuttal expert reports <br><br> Plaintiffs file *Daubert* motions for Defendants' class certification experts <br><br> Plaintiffs file oppositions to Defendants' *Daubert* motions | July 14, 2021 | August 25, 2021 |
| PI: Case specific expert reports for First Two BW Trial cases exchanged | July 15, 2021 | Aug. 16, 2021 |
| EL: Defendants file opposition to Plaintiffs' *Daubert* motions <br><br> Defendants file replies in support of Defendants' *Daubert* motions | July 28, 2021 | September 8, 2021 |

| Event | Current Date | Proposed New Date |
|---|---|---|
| ALL: Exchange of Rebuttal Generic Expert Reports | July 30, 2021 | Sept. 15, 2021 |
| EL: Plaintiffs file replies in support of Plaintiffs' *Daubert* motions | -- | September 15, 2021 |
| Hearing on Class Certification motion and class certification *Daubert* motions | August 13, 2021 | September 24, 2021 (or as soon thereafter as convenient for the court) |
| Exchange of class action case-specific expert reports | -- | 40 days after ruling on class certification |
| Exchange of class action case-specific expert rebuttal reports[2] | -- | 30 days after opening reports |
| Plaintiff complete class notice to any certified class | -- | 90 days after ruling on class certification |
| Close of class action case-specific expert discovery | -- | 30 days after rebuttal reports |
| Opt out deadline for any certified class | -- | 21 days after class notice completed |
| PI: Exchange of Case-Specific Rebuttal reports in First Two PI BWs | Aug 16, 2021 | Sept. 15, 2021 |
| GE: Exchange of Case-Specific Rebuttal reports in GE BWs | Aug. 16, 2021 | Sept. 15, 2021 |
| Close of Generic and Case Specific GE and PI expert Discovery | Sept. 22, 2021 | Oct. 15, 2021 |
| PI and GE: MSJ and *Daubert* Motions | Sept. 30, 2021 | Oct. 26, 2021 |
| PI and GE: MSJ and *Daubert* Oppositions | Oct. 29, 2021 | Nov. 23, 2021 |
| PI and GE: MSJ and *Daubert* Replies | Nov. 12, 2021 | Dec. 6, 2021 |
| PI and GE: Oral Argument re MSJ + *Daubert* | Dec. 10, 2021 | To be set by the Court |
| EL: Class case MSJ Motions  *Daubert* motions for class action case-specific experts | September 30, 2021 | 30 days after close of class case specific expert discovery |
| EL: Class case MSJ Oppositions  *Daubert* Oppositions for class action case-specific experts | October 29, 2021 | 30 days after opening briefs filed |
| EL: Class case MSJ Replies  *Daubert* replies for class action case-specific experts | November 12, 2021 | 21 days after oppositions filed |
| EL: Hearing on class case MSJ and *Daubert* motions | December 10, 2021 | 21 days after replies filed or at a time to be |

---

[2] Plaintiffs reserve the right to submit class action case-specific reply expert reports if appropriate. The parties agree to negotiate in good faith regarding replies and any attendant adjustments to the schedule (such as adjusting other time periods) that might become necessary.

| Event | Current Date | Proposed New Date |
|---|---|---|
|  |  | determined by the Court |
| Exchange of Civil Local Rule 16-10(b)(7), (8), (9) and (1) Materials | Dec. 15, 2021 | Dec. 21, 2021 |
| Pretrial Conf. Stmt, Jury Instructions, Exhibit List and Objs., Dep. Designations & Objs., and Mots. *in limine* | Jan. 17, 2021 | Jan. 21, 2021 |
| Pre-trial Conference | Jan. 31, 2021 | Jan. 31, 2021 |
| First Bellwether Trial | Feb. 22, 2022 | Feb. 22, 2022 |

Date: March 1, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge