# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>Honorable William H. Orrick |
| **This Document Relates to:**<br><br>ALL CASES | |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorneys Seth R. Lesser and Christopher M. Timmel's firm name has changed from Klafter Olsen & Lesser LLP to KLAFTER LESSER LLP, effective March 1, 2021.  This name change affects counsels' email addresses as well as changing them from @klafterolsen.com to @klafterlesser.com, as seen below. Counsel's mailing addresses and telephone numbers remain unchanged.

Respectfully submitted this 3rd day of March, 2021.

> Respectfully Submitted,
>
> By: */s/ Seth R. Lesser*
> Seth R. Lesser
> Christopher M. Timmel
> **KLAFTER LESSER LLP**

Two International Drive, Suite 350
Rye Brook, NY 10573
Tel No. (914)-934-9200
Seth@klafterlesser.com
Christopher.timmel@klafterlesser.com

**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.**

By: /s/ Michael A. Galpern
Michael A. Galpern
Zachary M. Green

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

/s/ Seth R. Lesser
Seth R. Lesser