[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED AGENDA** |
| This Document Relates to:<br><br>ALL ACTIONS | |

Pursuant to Civil Local Rule 16-10(d) and the Court's February 19, 2021 Minute Order (ECF No. 1441), counsel for Defendants Juul Labs, Inc. ("JLI"), Altria,[1] Director Defendants,[2] E-Liquid Defendants,[3] Retailer Defendants,[4] and Distributor Defendants[5] (collectively "Defendants"), and Plaintiffs' Co-Lead Counsel ("Plaintiffs") (collectively referred to herein as

---

[1] "Altria" refers to Altria Group, Inc., and the Altria-affiliated entities named in Plaintiffs' Consolidated Class Action Complaint and Consolidated Master Complaint (collectively, "Complaints"), *see* ECF Nos. 387, 388.

[2] "Director Defendants" refers to Messrs. James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani.

[3] "E-Liquid Defendants" refers to Mother Murphy's Labs, Inc., Alternative Ingredients, Inc., Tobacco Technology, Inc., and Eliquitech, Inc.

[4] "Retailer Defendants" refers to Chevron Corporation, Circle K Stores, Inc., Speedway LLC, 7-Eleven, Inc., Walmart, and Walgreen Co.

[5] "Distributor Defendants" refers to McLane Company, Inc., Eby-Brown Company, LLC, and Core-Mark Holding Company, Inc.

the "Parties") respectfully provide this Joint Case Management Statement in advance of the Further Case Management Conference scheduled for March 26, 2021.

## I. PARTICIPANT INFORMATION

The conference will proceed via Zoom, and the Parties will not appear in person. Anyone who wishes to attend the conference must log in using the information available at: https://www.cand.uscourts.gov/judges/orrick-william-h-who/.

## II. ISSUES TO BE DISCUSSED BELOW AND PROPOSED AGENDA

1. Status of Case Filings and Dismissals
2. Case Management Matters
3. Discovery Status
4. ADR Status

## III. STATUS OF CASE FILINGS AND DISMISSALS

As of March 24, 2021, approximately 1,890[6] cases are pending in this MDL, naming 107 defendants. A list of these defendants is attached as **Exhibit A**. To date, 1,716 personal injury cases and 170 government entity cases (including 130 school districts, 18 counties, 2 cities, and 19 tribes) have been filed in this MDL. 363 MDL plaintiffs have voluntarily dismissed their cases (including 350 personal injury plaintiffs and 5 class plaintiffs and 3 school districts); 131 cases have been dismissed without prejudice pursuant to CMO No. 8; and 33 other cases are subject to pending motions to dismiss without prejudice hat have not yet been ruled upon. Furthermore, 96 case dismissals without prejudice have been converted to dismissals with prejudice pursuant to CMO No. 8.

There are 417 complaints pending in JCCP 5052, which is assigned to Judge Ann I. Jones of the Los Angeles Superior Court as the Coordination Trial Judge. There are 77 government entity cases, including 73 school districts and 338 personal injury cases brought on behalf of over 2,464 individual personal injury plaintiffs. There are 23 defendants named in those JCCP cases.

---

[6] The numbers in this Statement reflect the Parties' good faith estimates based on reasonably available information. The Parties will continue to work together to align their data and resolve any inconsistencies.

The Parties are also aware of 15 cases filed by State Attorneys General specifically: California, Illinois, Hawai'i, New York, North Carolina, Mississippi, Minnesota, Washington D.C., Arizona, Pennsylvania, New Mexico, Massachusetts, Colorado, Alaska and Washington. Plaintiffs' Liaison Counsel continue their outreach to various State Attorneys General to discuss cooperation with this MDL.

An update on matters of significance (including hearings, schedules, deadlines, depositions, substantive orders, and trial dates) in Related Actions as defined by the Joint Coordination Order (CMO 9, ECF No. 572 at 1, 3), is attached hereto as **Exhibit B**.

### IV. CASE MANAGEMENT MATTERS

#### A. Proposed Amended CMO 10-A

The parties have reached agreement on a proposed amendment to CMO 10-A to address the timing of production deposition transcripts from related cases. The proposed order is attached as **Exhibit C**.

#### B. Personal Injury Actions

Subject to the Court's approval, the parties agree to a modest extension to the deadline for Plaintiffs to respond to the deferred pleading challenges, from April 13 to May 4, to ensure sufficient time to address the myriad state law issues raised across multiple briefs exceeding 150 pages, as well as a similar and reasonable extension of time for Defendants to submit their reply.

#### C. Appointment of a Deposition Special Master

The parties have agreed in principle to seek appointment of a special master to resolve disputes that arise during depositions and have been meeting and conferring over potential candidates and the scope of the appointment. The parties will provide joint or competing proposed Orders by March 31. If the parties have not reached an agreement on the special master candidate proposal by that time, the parties will also propose a selection procedure for the Court's consideration. The parties welcome any suggestions the Court may have regarding prospective candidates.

**D.     Class Actions**

As addressed in the parties' pending motion to dismiss briefing and in light of Defendants' position concerning this Court's subject matter jurisdiction over certain class claims (ECF Nos. 1397, 1481, 1557), Plaintiffs have prepared individual, underlying complaints on behalf of fifty-seven named plaintiffs in the Second Amended Consolidated Class Action Complaint. Given the $402.00 fee for opening civic cases (via direct filing in the MDL), Plaintiffs would incur more than $22,000 in costs to effectuate the filing of the underlying complaints. Plaintiffs respectfully request that the Court waive the filing fees for the underlying complaints, and are prepared to submit a proposed order if appropriate. Alternatively, for class representatives who have also filed individual personal injury cases, Plaintiffs believe it would significantly reduce costs for the underlying complaints to be filed in the class representatives' individual personal injury dockets (rather than the primary MDL docket).

Defendants note that personal injury plaintiffs have paid the filing fees and are unsure why the class representatives should be different in this respect. However, Defendants believe this is an issue between Plaintiffs and the Court. Defendants do not take a position with respect to Plaintiffs' request and defer to the Court on this issue.

**V.     DISCOVERY STATUS**

On March 23, 2021, the Parties participated in a discovery conference with Judge Corley. A copy of the March 22, 2021 Joint Discovery Status Report provided in advance of that conference is attached as **Exhibit D**. The parties will be prepared to update the Court regarding developments since that conference.

The MDL Plaintiffs are holding weekly calls with JCCP counsel regarding discovery coordination. Defendants appreciate and encourage coordination between the MDL and the JCCP, as detailed by the Joint Coordination Order (CMO No. 9, ECF No. 572) and the Deposition Protocol (CMO No. 10, ECF No. 573).

**VI.    ADR STATUS**

Pursuant to Civil Local Rule 16-10(d), the Parties report that they continue to confer with Settlement Master Thomas J. Perrelli and cooperate with his recommendations.

Dated:  March 24, 2021                                          Respectfully submitted,


By: /s/ Renee D. Smith                                          By: /s/ Sarah R. London

Renee D. Smith (*pro hac vice*)                                 Sarah R. London
James F. Hurst (*pro hac vice*)                                 **LIEFF CABRASER HEIMANN &**
**KIRKLAND & ELLIS LLP**                                        **BERNSTEIN**
300 N. LaSalle                                                  275 Battery Street, Fl. 29
Chicago, IL 60654                                               San Francisco, CA 94111
Telephone: (312) 862-2310                                       Telephone:  (415) 956-1000


By: /s/ Peter A. Farrell                                        By: /s/ Dena C. Sharp

Peter A. Farrell (*pro hac vice*)                               Dena C. Sharp
**KIRKLAND & ELLIS LLP**                                        **GIRARD SHARP LLP**
1301 Pennsylvania Ave, N.W.                                     601 California St., Suite 1400
Washington, D.C. 20004                                          San Francisco, CA 94108
Telephone: (202) 389-5959                                       Telephone: (415) 981-4800


By: /s/ Gregory P. Stone                                        By: /s/ Dean Kawamoto

Gregory P Stone, SBN 78329                                      Dean Kawamoto
Bethany W. Kristovich, SBN 241891                               **KELLER ROHRBACK L.L.P.**
**MUNGER, TOLLES & OLSON LLP**                                  1201 Third Ave., Ste. 3200
350 South Grand Avenue                                          Seattle, WA 98101
Fiftieth Floor                                                  Telephone:  (206) 623-1900
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100

                                                                By: /s/ Ellen Relkin
*Attorneys for Defendant Juul Labs, Inc.*
                                                                Ellen Relkin
                                                                **WEITZ & LUXENBERG**
                                                                700 Broadway
                                                                New York, NY 10003
                                                                Telephone: (212) 558-5500

                                                                *Co-Lead Counsel for Plaintiffs*

5

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

| | |
|---|---|
| By: */s/ John C. Massaro* | By: */s/ James Kramer* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| John C. Massaro (admitted pro hac vice)<br>Jason A. Ross (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999<br>john.massaro@arnoldporter.com<br>Jason.ross@arnoldporter.com | James Kramer<br>Roland Chang<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: (415) 773-5700<br>jkramer@orrick.com<br>rdchang@orrick.com |
| *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | *Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| **BOERSCH & ILLOVSKY LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@boersch-illovsky.com<br>martha@boersch-illovsky.com<br>matt@boersch-illovsky.com | Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com |
| *Attorneys for Defendant Adam Bowen* | *Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

By: */s/ Mitchell B. Malachowski*

**TYSON & MENDES, LLP**

James E. Sell
Mitchell B. Malachowski
Stephen Budica
April M. Cristal
523 4th Street, Suite 100
San Rafael, CA 94901
Telephone: (628) 253-5070
jsell@tysonmendes.com
mmalachowski@tysonmendes.com
sbudica@tysonmendes.com
acristal@tysonmendes.com

*Attorneys for Defendants Mother Murphy's Labs, Inc., and Alternative Ingredients, I*

By: */s/ Michael L. O'Donnell*

**WHEELER TRIGG O'DONNELL LLP**

Michael L. O'Donnell
James E. Hooper
Marissa Ronk
370 17th Street, Ste. 4500
Denver, CO 80202
Telephone: (303) 244-1850
Odonnell@wtotrial.com
hooper@wtotrial.com
Ronk@wtotrial.com

*Attorneys for Defendant McLane Company, Inc.*

By: */s/ David R. Singh*

**WEIL, GOTSHAL & MANGES LLP**

David R. Singh
Bambo Obaro
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3083
david.singh@weil.com
bambo.obaro@weil.com

*Attorneys for Defendant Core-Mark Holding Company, Inc.*

By: */s/ Robert Scher*

**FOLEY & LARDNER LLP**

Robert Scher
Peter N. Wang
Graham D. Welch
Dyana K. Mardon
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
rscher@foley.com
pwang@foley.com
gwelch@foley.com
dmardon@foley.com

*Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

By: */s/ Christopher J. Esbrook*

**ESBROOK LAW P.C.**

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

*Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, and 7-Eleven, Inc., Speedway, and Walgreen Co.*

1  By: */s/ Donald F. Zimmer, Jr.*

2  **KING & SPALDING LLP**

3  Donald F. Zimmer, Jr.
   Quyen L. Ta
4  Jennifer T. Stewart
   101 Second Street, Suite 1000
5  San Francisco, CA 94105
   Telephone:    (415) 318-1200
6  fzimmer@kslaw.com
   qta@kslaw.com
7  jstewart@kslaw.com

8  *Attorneys for Defendant Walmart Inc.*

9  By: */s/ Charles C. Correll Jr.*

10 **KING & SPALDING LLP**

11 Andrew T. Bayman (Admitted *pro hac vice*)
   1180 Peachtree Street, Suite 1600
12 Atlanta, GA 30309
   Telephone: (404) 572-4600
13 abayman@kslaw.com

   and
14
   Charles C. Correll, Jr.
15 Matthew J. Blaschke
   Alessandra M. Givens
16 101 Second Street, Suite 2300
   San Francisco, CA 94105
17 Telephone: (415) 318-1200
   ccorrell@kslaw.com
18 mblaschke@kslaw.com
   agivens@kslaw.com
19
   *Attorneys for Defendant Chevron Corporation*
20

21

22

23

24

25

26 2142274.2
27

28

8                                                 JOINT CASE MANAGEMENT
                                                  CONFERENCE STATEMENT