**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>**ALL ACTIONS** | Case No. 3:19-md-02913-WHO<br><br>**[PROPOSED] AMENDED CASE MANAGEMENT ORDER NO. 10-A** |

This Order hereby amends paragraph 8 of Case Management Order No. 10-A as follows (amended language in **bold**):

> Depositions of current or former employees of parties, **the parties'** expert witnesses, and/or third parties **retained by the parties** have been taken, and will continue to be taken, in Related Actions (as defined in CMO-9)**. In addition, depositions of current or former employees of parties and/or third parties retained by the parties have been taken, and will continue to be taken, in** *In the Matter of Altria Group, Inc. and JUUL Labs, Inc..*, **U.S. Federal Trade Commission (F.T.C), Docket No. 9393 (the "FTC Matter").** Within five (5) business days after any party receives the final transcript of any such deposition, that party, shall produce the final deposition transcripts in .pdf and .txt format, the deposition video, all of the exhibits in the respective document repositories or through other means as may be agreed upon among the parties.[1] This requirement is not intended to and shall not be

---

[1] If a party is required by court order or agreement in a Related Action **or in the FTC Matter** to provide a notice period to a party or third party in that action before that party's or third party's confidential material can be disclosed, the five-business day timeframe referenced herein does not begin to run until the notice period in the Related Action **or in the FTC Matter** has expired and the party has met all required notice obligations. If the production of a deposition transcript is delayed by court order or agreement as contemplated by this footnote, the producing party shall notify the other party of the delay and shall identify the witness by name and title within five-business days of the completion of the deposition.

construed as creating any obligation on any party to produce transcripts in violation of confidentiality requirements or limitations on disclosure as may be required by government or agency regulations, laws, or requirements.

All other provision in CMO-10 A remain in full force and effect.

**IT IS SO ORDERED.**

Date: _____, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

**The parties agree that to the extent material used in connection with a deposition is designated by them as confidential or highly confidential in any Related Action or the FTC matter, such material may be reproduced in this matter with confidentiality designations equal to or greater than the material's designation in the originating matter.**