UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-md-02913-WHO   (JSC)

**ORDER FOLLOWING APRIL 14, 2021 DISCOVERY CONFERENCE**

1. Plaintiffs may take the deposition of Altria C.E.O. William ("Billy") F. Gifford. That deposition will be limited to seven hours and should be scheduled towards the end of the discovery period and after the Rule 30|(b)(6) depositions are substantially complete. Altria and plaintiffs shall agree on the date for that deposition now, with the understanding that as other discovery progresses the selected date or the number of hours actually needed by plaintiffs to cover the disclosed topics may be adjusted by agreement of the parties. If plaintiffs want to ask Gifford about topics that are not generally disclosed in the April 12, 2021 letter, they should disclose those additional topics to Altria's counsel at least fourteen days in advance of the deposition.

2. The parties shall meet and confer to determine what, if anything, in their April 12, 2021 submission regarding the Gifford deposition merits continued sealing under the good cause standard. Counsel are reminded that under Civil Local Rule 79-5, any requests for sealing should be narrowly tailored and accompanied by a declaration demonstrating the good cause or compelling justification for sealing. A revised administrative motion to seal, or notification that nothing in the April 12 submission merits continued sealing, shall be filed by April 26, 2021.

3. If JLI and plaintiffs cannot work out the issue of production of JLI's

1  communications to the bellwether plaintiffs, that issue shall be raised for final resolution at the
2  next discovery hearing.

3      4.    Plaintiffs shall provide deposition dates for Timothy Critzer tomorrow, April 15,
4  2021.

5      5.    Plaintiffs and their counsel need to move up the preparation of the bellwether
6  plaintiffs for their depositions, so that at least fourteen days in advance the lawyer representing the
7  bellwether plaintiff can confirm to defendants that the plaintiff has produced all known documents
8  and confirmed the content of their Plaintiff Fact Sheet.  Non-compliance, if prejudicial to
9  defendants, may result in a continuation of the plaintiff's deposition.

10     6.    JLI will confirm the completion or the expected completion date for their rolling
11 document production by April 19, 2021.

12     7.    Non-bellwether class representatives shall provide responses to Interrogatory No. 9
13 by April 28, 2021.

14     8.    The next discovery hearing shall be held by video at 8:30 a.m. on April 28, 2021.
15 A joint written discovery status update shall be filed by noon on April 26, 2021; if it is not filed by
16 that date/time, the April 28, 2021 conference will be continued.

17 **IT IS SO ORDERED.**

18 Dated: April 14, 2021

19
20 JACQUELINE SCOTT CORLEY
    United States Magistrate Judge