UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> CLASS ACTIONS | Case No. 19-md-02913-WHO <br><br> **DECLARATION OF DENA C. SHARP IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Dena C. Sharp, declare as follows:

1. I am a partner at Girard Sharp LLP, am admitted to practice in the Northern District of California and serve as co-lead counsel in this matter. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in accordance with Civil Local Rule 79-5(d)(1)(A) in support of Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Motion for Class Certification and Exhibits 5, 7-10, and 13-20 to the Declaration of Dena C. Sharp in support of Plaintiffs' Motion for Class Certification.

3. Paragraph 54 of the Stipulated Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential or highly confidential ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Protected Material includes portions of pleadings that contain, summarize, or reflect the Protected Material. ECF 308 at ¶ 54.

4. Defendants have designated materials contained and referred to in Plaintiffs' Motion for Class Certification and Exhibits 5, 7-10, and 13-20 as confidential and highly confidential under the Stipulated Protective Order. ECF 308.

5. Pursuant to the Court's May 23, 2021 Order (ECF 1754), Plaintiffs' Motion for Class Certification and related material may be provisionally filed under seal. Plaintiffs accordingly file Plaintiffs' Motion for Class Certification and Exhibits 5, 7-10, and 13-20 provisionally under seal

6. Attached to Plaintiffs' Motion to Seal are true and correct copies of the unredacted versions of Plaintiffs' Motion for Class Certification.

7. Plaintiffs take no position at this time on whether the designated portions of the motion satisfy the requirements for sealing, and specifically reserve the right to challenge any confidentiality designation under the Protective Order as well as the sealability of these documents under Civil Local Rule 79-5.

- 1 -

DECLARATION OF DENA. SHARP IN SUPPORT OF
PLAINTIFFS'ADMIN. MOTION TO FILE UNDER SEAL
MOTION FOR CLASS CERTIFICATION
CASE NO. 19-MD-02913-WHO

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April 2021 in San Francisco, CA.

*/s/ Dena C. Sharp*
Dena C. Sharp

- 2 -

DECLARATION OF DENA. SHARP IN SUPPORT OF PLAINTIFFS' ADMIN. MOTION TO FILE UNDER SEAL MOTION FOR CLASS CERTIFICATION
CASE NO. 19-MD-02913-WHO

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also caused a copy of the under-seal documents to be served via electronic mail on defense counsel.

By: /s/ *Dena C. Sharp*
Dena C. Sharp

- 3 -

DECLARATION OF DENA. SHARP IN SUPPORT OF
PLAINTIFFS' ADMIN. MOTION TO FILE UNDER SEAL
MOTION FOR CLASS CERTIFICATION
CASE NO. 19-MD-02913-WHO