**PROVISIONALLY FILED
UNDER SEAL**

EXHIBIT 13



Mktg Overview for Kevin

DECEMBER, 2017

JUUL Labs  CONFIDENTIAL

# Agenda

1. Brand Status
   1. History
   2. Consumers
   3. Current brand

2. Initiatives
   1. 2018 Brand Goals
   2. Key Initiatives
   3. Gating/Sensitivities



# BRAND STATUS

PAXlabs CONFIDENTIAL

# 2015-2016 - Reactive Brand Swing Post-Launch

Key brand message:
**#VAPORIZED**

Tagline:
**Smoking Evolved**



Post-lawsuit & brand backlash











CONFIDENTIAL

4

# 2017 Brand Process

**What is the approach?**

Build an insights-based brand foundation

Establish proactively compliant regulatory position ('75% goals')

Test brand resonance with smokers and validation by JUUL users (NPS)

**Q4 2016**
- Build insights foundation
  - Consumer segmentation
  - Flavor studies
  - Early brand territories
  - Pricing analysis



**Q1 2017**
- Agency partnership
  - Competitive/cons. analysis
- Early concept testing
- Purchase journey
  - JUULer acquisition
  - Word of mouth

**Q2 2017**
- Brand definition
  - Final concept testing
  - Production/brand book
  - Campaign directions



**Q3 - Q4 2017**
- Rebrand execution
- Communications strategy
  - Cons. journey & shopper mktg
  - Consumer need finding



pax labs, inc.    confidential

# Segmentation - We Want Smokers

| ~29.7M Smokers | | | ~5.4M Dual Users | | ~4M Vapers | |
|---|---|---|---|---|---|---|
| | **JUUL BRAND TARGET** | **JUUL BRAND TARGET** | | | | **INFLUENCER** |
| **traditionalist smokers** | **vape curious smokers** | **trend interested smokers** | **progressive dual users** | **occasional dual users** | **convenience & cost vapers** | **tech fwd vapers** |
| Age ~46 | **Age ~45** | **Age ~41** | Age ~39 | Age ~44 | Age ~38 | **Age ~36** |
| - Low interest in vape products<br>- 'Relapsers' exist here<br>- Cost-conscious<br>- Low brand affinities | - Open-minded/interested in vapor, may have tried in past<br>- Conflicting vapor views<br>- Likely to try in future | - Seeking modern Nic products<br>- Vapor interest | - Early adopters<br>- Still smoke<br>- Low brand affinities | - Cost-conscious<br>- Still smoke<br>- Low brand | - Vape for low cost, max flavor variety | - Early adopters<br>- Hobbyists, into tech |
| Initial Interest<br>3% | **Initial Interest<br>30%** | **Initial Interest<br>52%** | Interest<br>76% | Interest<br>50% | Interest<br>29% | **Interest<br>65%** |

*n= 2.5K general panel of smokers, vapers & 1K JUUL users from Oct 2016 segmentation study*
*Ages and market size based on Sept '17 study, n=800 (age 21+)*

Highly Confidential

6

# Competitive Context

**What Other Brands Get Wrong**
Over-promise and under-deliver
Hokey borrowed interest
Niche counter-culture ('I'm not a 'vaper')
Tried too hard to be cool
Smoker shaming

**The Brand Consumers Want**
Benefits-based messaging
Aspirational but accessible to mainstream
Fits their lifestyles (doesn't define them)
Identifies them with a premium experience
Smoker empathy







# Brand Identity



**What JUUL does for me**

**How JUUL makes me look**

**Sensitivities**

**Tone**

**How I would describe JUUL**

**How JUUL makes me feel**

Nicotine satisfaction

Freedom from cigs

Well-being

Explore flavors

Flexibility

Social freedom

Portable, sleek design

Satisfying

Premium vapor choice

Over-promising

Negative category reputation

Smoker shaming

Inauthentic

Untrustworthy

Inconsistent

Relatable

Insightful

Authentic

Passionate

Confident

Clean, no ash, no mess, no odor

Pleasure

Social acceptance

Pride/achievement of well-being

**Value Prop**
JUUL is the smart, simple genuinely satisfying alternative to cigarettes for adult smokers.

Cutting-edge

Smarter than a smoker

Cleaner than a smoker

Put-together

Individual & social freedom

Smarter/ahead of the curve

**Target Consumers**
>19.6M Smokers Age 30 - M/F
- Over-index as former Camel, Parliament & NAS smokers
- Open & interested in switching to vapor
- Care about lifestyle fit, social impact
- Seeking a change in life, upward momentum

CONFIDENTIAL    8

# Consumer-Centric Brand - combination of lifestyle & product

Builds a relatable lifestyle connection

Exhibits a competitive value proposition



*Brand Book Elements*



JUUL is for adult smokers seeking a satisfying alternative to cigarettes.

The JUUL vaporizer has regulated temperature control and uses nicotine salts as found in the tobacco leaf rather than free-base nicotine, unlike standard e-cigarettes. These qualities are unique to JUUL. By accommodating cigarette-like nicotine levels, JUUL provides satisfaction to meet the standards of smokers looking to switch from smoking cigarettes.

Highlights clear product benefits at category level

**SMART**
Advanced temperature regulation designed for consistent delivery.

**SIMPLE**
No buttons, easy to use out of the box.

**SATISFYING**
JUULsalts™ flavor formula for genuine satisfaction.



# 2017 - Rapid Rebrand For Corp & Consumer Positioning

Key brand message:
**Simply Satisfying**

Tagline:
**The Alternative For Adult Smokers**









# Site

# Email

# Social











CONFIDENTIAL

11

# JUUL Brand Identity Insights



**Top Messaging Elements**

**Reactions Heat Map**
Participants were presented with the Messaging of each ad and asked to highlight words they liked and disliked. Metrics in this section represent 'net likes'.

"Satisfaction" #1

"Taste/Flavor" #2

"Nicotine" #3

## Over time, Freedom evolves to become rituals where vaping is about pleasure, these can tie customers into Juul use



**Commute to work**
Vaping on the way to work is a moment where flavor and pleasure can help set the user up for the day, in a positive state of mind

**Relaxing outside**
In Summer, often by the pool, a moment of pure pleasure and relaxation with vaping complementing the moment thanks to 'clean' operation

**In bed**
A unique occasion for vaping, as cigarettes are rarely used here (due to fire risk), a moment to relax and focus on enjoyment of flavor

### Message Hierarchy

**1. Time to move on**
Clearly signpost that this is not smoking, it's a change, a movement to something else

**2. So you can be free**
At the center is the emotional benefit, the feeling of freedom, cleanness and fluidity that Juul offers

**3. And live life uninhibited**
The functional benefit is the capability to get back to living a normal daily life, without having to constantly consider what you can and can't do as a smoker



antedote™

## We have to be cautious around our focus on Juul as a device, as customers who get stuck on the 'tech' tend to churn

*I picture a planet of robots smoking their metal sticks, they have observed humans smoking and they want to be just like them. Its very sterile and quiet.*
(Deborah, Non-Qual, Chicago)



ELEKTRO
The Smoking Robot



**Too much of a focus on the device can lead to a lack of emotional benefits**

Those who saw the Juul primarily as a piece of technology tended to not want to continue using the technology.

These users do not progress to the stage where they can see the benefit to them, instead seeing the Juul as a cold, technical achievement.

This highlights the importance of helping customers to see the lifestyle benefits, even in unboxing and on-boarding, ensuring they move on from a purely device led viewpoint.



# Satisfaction.

(For smokers, by design.)

# Design.

(Elegant and discreet.)

# Simplicity.

(Easy to transition from cigs.)

# Freedom.

(From ash, from odor, from cigarettes.)

# JUUL Brand Messaging

|  | Short | Long |
|---|---|---|
| **2017 Position statements:** Owning satisfaction | Simply Satisfying. | The smart, simple, genuinely satisfying alternative to cigarettes. |
|  |  | The satisfying alternative for adult smokers. |
| **2017 Benefits:** Owning category level benefits | Simple | Advanced temperature regulation designed for consistent delivery. |
|  | Smart | No buttons, easy to use out of the box. |
|  | Satisfying | JUULsalts™ flavor formula for genuine satisfaction. |
| **2018 Benefits** (Pending alignment) | **Simple** | **Easy to use. Simply insert pod to get started.** |
|  | **Clean** | **No mess, no fuss. Freedom from ash and odor.** |
|  | **Satisfying** | **Designed to satisfy, from portability to technology to flavor.** |

# Competitive Brand Positioning

| | Primary | Secondary |
|---|---|---|



| | Primary | Secondary |
|---|---|---|
| **VUSE** | Flavor refined | A refined take on vapor flavors with more liquid, a ceramic wick and a conveniently clear twist & go cartridge. |
| **blu** | Here's to you and BLU/ Be who you truly are | • Storage for you to pack your essentials<br>• Slim and sleek pack design for easy mobile carry<br>• Recharge no matter where your day takes you |
| **MarkTen** | Full on vapor | • Full on draw. Full on taste.<br>• Experience our patented FourDraw™ Technology and a variety of flavor blends. |
| **IQOS** | This changes everything | • Introducing a new way to enjoy tobacco<br>• The pleasure of heated tobacco |
| **JUUL** | The simple, clean, satisfying alternative to cigarettes. | • Easy to use. Simply insert pod to get started.<br>• Freedom from ash and odor.<br>• Designed to satisfy, from portability to technology to flavor. |



# Claims We Are Testing & Would Like to Make

**And are testing to learn if they resonate with consumers <u>before</u> we invest in clinical or other research to validate them**

1. We tested >70 claims in focus groups
2. We edited them based on consumer feedback & narrowed to best 30
3. We surveyed 1200 smokers & ecig users



| Claim | All | Ability to Make Claim Today |
|---|---|---|
| 95% less risk than cigarettes of cigarette-induced cancer | 116 | No - need MRTP |
| Satisfies like a real cigarette, 9 out of 10 smokers agree | 71 | Yes - w/quant validation |
| Cleaner technology, designed to reduce harmful chemicals for you and others | 64 | No - need MRTP |
| Helps to ensure a healthier heart | 62 | No - need MRTP |
| 9 out of 10 smokers found quitting cigarettes easier with JUUL | 59 | No - need MRTP |
| As satisfying as a real cigarette, with Nicotiana extracts | 51 | Yes |
| No Carcinogens | 38 | No - need MRTP |
| Breather easier, breathe clearer | 21 | No - need MRTP |
| Genuine satisfaction, guaranteed, with distilled tobacco leaf extracts | 15 | Yes - w/commercial g'tee |
| Designed with the highest standards of safety | 9 | Yes |
| Less risk of popcorn lung | 8 | No - need MRTP |
| No second hand smoke | 6 | No - need MRTP |
| Safer by design, for you and your loved ones | -5 | No - need MRTP |
| JUUL flavors have 5 key ingredients, cigarettes have over 50 | -6 | No - need MRTP |
| Smile more, breathe deeper, live cleaner | -9 | No - need MRTP |
| Cleaner for you, cleaner for them | -10 | Yes - if lifestyle context |
| Full flavor satisfaction, from our heat control technology | -10 | Yes |
| Stop smoking cigarettes. Switch to JUUL | -11 | Yes |
| Be clean, with no ash or odor | -16 | Yes |
| JUUL has just 5 ingredients | -25 | Maybe - depends on context |
| Designed for true satisfaction | -26 | Yes |
| Cleaner for the environment. | -28 | Maybe - depends on context |
| For true satisfaction, more smokers choose JUUL | -32 | Yes - w/quant validation |
| Stay smelling fresh | -36 | Yes |
| Smooth satisfaction, from our heat control technology | -37 | Yes |
| More smokers switch to JUUL versus other leading e-cigarette brands | -38 | Yes - w/quant validation |
| Experience cleaner breath with JUUL (cosmetic benefit only) (fresher) | -46 | Yes - w/quant validation |
| Keep smiles whiter with JUUL (cosmetic benefit only) | -53 | Yes - w/quant validation |
| Create clouds, not smoke | -57 | Yes |
| Designed in California. Made in China | -76 | Yes |

*n=1200 cigarette smokers, dual users & ecig users (zero/yellow = average response)*



# Messaging Positioning

## 6 key claims insights

**#1** Health claims are often the most attention grabbing because of trigger words not a deep understanding of medical benefits/drawbacks of vaping

**#2** Cosmetics and social claims can both remove shame, by consideration and removing smoking's 'dirt'

**#3** Satisfaction claims need to link a simple message with credible technology, which feels has a familiar mechanism

**#4** Origins, manufacturing and market share all feel disconnected from the customer experience

**#5** The wording of a claim, specifically where critical words are placed in terms of the start, middle and end can dramatically affect its impact

**#6** We need to be mindful of how much we use category level claims vs ownable JUUL claims

## Top 10 from claims testing (from 50)*

95% less risk than cigarettes of cigarette-induced cancer

Satisfies like a cigarette. 9/10 smokers agree.

Cleaner technology, designed to reduce harmful chemicals for you and others.

Helps to ensure a healthier heart

9/10 smokers found quitting cigarettes easier with JUUL

As satisfying as a real cigarette with Nicotiana extracts

No carcinogens

Breathe easier, breathe clearer

*Chicago, SF, NY focus groups & 1200 smokers in qant study - Nov-Dec 2017*



# Quick Legal Guide to Claims

| | Standard Vapor Products (PMTA) | Reduced Risk Products (MRTP - Modified Risk designation) |
|---|:---:|:---:|
| **Any claim that <u>states or implies…</u>** | **JUUL Today** | **JUUL in 2+ Years** |
| The product is intended to help equally displace cigarette use.<br>Examples: Intend for switching or transitioning from cigarettes. Stop smoking/start using JUUL. | Yes | Yes |
| A cosmetic or lifestyle impact<br>Examples: No odor. No mess. Whiter teeth (if proven). More respectful. Enjoyable flavor profiles. | Yes* | Yes* |
| The product is intended for smoking cessation or smoking reduction<br>Examples: Helps you stop smoking. Mitigates cigarette cravings. | No | No (NRTP designation) |
| A physiological or health impact<br>Examples: Breathe easier. Less risk of cancer. | No | Yes* |
| Superiority or safety over other nicotine products, including cigarettes.<br>Examples: Better than smoking cigarettes. An improvement over box mods. Designed to be safer. | No | Yes* |

*Can make the statement if it can be substantiated - some claims require clinical validation (i.e. health), some require quant/consumer testimonial (i.e. cosmetic benefits)



CONFIDENTIAL 18

# Example

## Cigarette smoke vs. JUUL vapor

- Consumer-facing - risk high without MRTP if used as 'advertising'
  - With JUUL Labs bc name is the same as our product brand, some perceived risk (vs. if we were American Electric)
  - High risk - S and S looking into it
- Prospective employees - low risk, advertising JUUL as a company to work for (at the very least should mark 'for internal purposes only, do not distribute - prefer to use not as a handout but as view only)
- Prospective vendors - low risk, same as prospective employee
- Press - moderate risk, defensible to show but less advisable to hand out (that would be high risk), would have to make it very clear that it's not an advertisement
- Regulators/politicians - similar to 'press' audience, defensible but moderate risk and needs to be reviewed



| | What is cigarette smoke? | What is JUUL vapor? |
|---|---|---|
| | An aerosol that results when a material is heated to the point of combustion:<br>**~1,000 degrees Celsius** | An aerosol that results when a material is heated to the point of evaporation but avoids combustion:<br>**~250 degrees Celsius** |
| | Results in **thermal degradation**, meaning a chemical change to the cigarette compounds | Results in **condensation**, meaning the ingredients don't change but a steam is emitted |
| | Contains **~10,000 compounds**<br>~40% of which have not yet been identified by scientists | Contains **100-200** compounds<br>All of which are identifiable as the original e-liquid ingredients |
| | How many have been identified as causing cancer? | How many have been identified as causing cancer? |
| | Each cigarette contains on average over **100 additives** | Each flavor contains on average **10 additives** |
| | Contains tobacco, an ingredient found in **cigarettes**. | Contains nicotine, an ingredient extracted from the tobacco leaf that is found in **JUUL** e-liquid. |

**Smoke aerosols**

 

**Non-smoke aerosols**

 

inhance.com

GE example: https://www.youtube.com/watch?v=Ikbskn9gdeA

PMI example: http://www.psyop.com/work/intelligent-network



CONFIDENTIAL   19

# INITIATIVES

PAXlabs CONFIDENTIAL

# Q1 Brand Alignment










We are the category leader.
We have the most satisfying, best designed, simplest product.
We provide unparalleled freedom from cigarettes.
We speak directly to 500K consumers each week.
We need to align on brand direction.

1. Who is our target consumer in 2018?
2. What is our core competitive messaging strategy?
3. What is our position on direct smoker marketing?
4. What is our position on ATL marketing?
5. How will we weigh risk regarding positioning & brand growth?

# 2018 Brand Goals

- **Build repertoire of insights to optimize consumer journey**
- **Competitively position the global brand**
- **Directly trial & build adult smoker database**
- **Drive in-market awareness to feed 2018 funnel**
- **Optimize product portfolio for consumer acquisition & retention**

**Ongoing**

- Consumer journey reporting & support (UX, retention programs, coaching, etc.)

- Direct smoker initiatives (direct mail, referral, trial events)

- Premium brand positioning initiatives (testimonial programs, influencer, sponsorships, tech/science events)

- Consumer PR strategy to own category leadership - youth prevention, switching smokers, innovation/tech, biz growth

- Qtly product launches - optimize flavor portfolio, introduce strengths, seasonal devices, well-positioned co-brands

**Q1**  **Q2**  **Q3**  **Q4**

- Brand position based on agreed target consumer (McKinsey)
- Marketing code

- Activate in-market regional awareness campaigns
- Launch UK

- Launch Israel

- Activate in-market awareness campaign expansions

- Kick-off strategic (global) agency partnership:
  - Competitive strategic positioning
  - In-market rebrand
  - Awareness campaign planning
  - Build consumer PR foundation



# 2018 Budget & Plan

| | Budget | Strategies | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|
| **C-Store** | $37.5M (Sales) | $15.8M Promos $11M Merch & Fees $0-$10M Regional Campaigns | March/Apr Promo | | Sept/Oct Promo Awareness Campaigns | Awareness Campaigns |
| **Specialty (+NYC)** | $33M (Sales) | $17.7 Campaign incl. Demos $15.7 Promos | March/Apr Promo | | Sept/Oct Promo | |
| **Direct/Ecomm Aquisition Mktg** | $20M | Street Teams, Influencer, Trial Events, Sponsorships DM, Podcast, Affiliates, Retargeting, SEM, etc. | | April Regional | July Regional | Oct Regional |
| **Brand** | $10.5M | $5M Retail $1.8M Brand $1.5M Test Campaign | Brand Alignment | Branding Kick-Off | Regional Awareness Tests | Awareness Expansions |
| **Insights** | $2M | Competitive, Journey, Product, Int'l, Brand, SRA/Regulatory | Journey/Retention Expansion | Ongoing | Ongoing | Ongoing |
| **Product** | n/a (PD) | 6 Flavors 5 Devices 1 Charging Case | Flavor Testing Seasonal Device | 1-2 Flavors Seasonal Device | 1-2 Flavors 2nd Core Device | 1-2 Flavors Seasonal Device |



CONFIDENTIAL

23

# Consumer Insights

## 2017 - Build Well of Insights

1. Need Finding > Inform Future Product and User Journey
2. Brand Health Tracker > Profile JUUL Users "in the wild" [ongoing]
3. Branding & Claims Studies > Inform Branding / Messaging

## 2018 - Depth, Cadence & Org Teaching Tools

1. Centralize reporting data for consumer journey
2. Identify, size and action churn points along journey
3. Build JUUL User Panel to advice brand direction
   1. Track competitive patterns
   2. Leverage shopper insights
   3. Test messaging & product concepts
4. Develop Teaching Tools
   1. Meta-analysis to aide company-wide decision making





CONFIDENTIAL   24

# Direct Marketing

1. Increase smoker awareness regionally
2. Trial over 150K smokers at targeted, well-positioned events
3. Switch smokers within key influencer verticals: service industry, LGBTQ, salons
4. Own thought leadership at tech/innovation and business/finance events
5. Build press relationships as we build visible credibility









CONFIDENTIAL

# Regional Awareness Campaigns

1. Refine brand for campaigns in top 10 regions to reach 30% awareness - beginning Q3
   1. Targeted awareness - 21+ radio, smoker street teams, smoker direct mail
   2. TBD - other out of home?

2. Vegas market takeover - Sept in-market
   1. Leverage the collective timing and location of an industry trade show, channel TPRs and easy activation of verticals to test a broader JUUL marketing presence in market
   2. Drive targeted brand awareness and conversion of smokers in responsible adult only / age gated environments.
   3. Show category dominance during NACS industry trade show

- **Gating: Consumer brand identity alignment**
- **Gating: Approval of marketing OKR to drive awareness**
- **Gating: Exec approval of ATL marketing**

**New York**-Newark, NY-NJ-CT-PA CSA NY
**Los Angeles**-Long Beach, CA CSA CA
**Chicago**-Naperville, IL-IN-WI CSA IL
**Washington**-Baltimore-Arlington, DC-MD-VA-WV-PA CSA DC
San Jose-**San Francisco**-Oakland, CA CSA CA
**Boston**-Worcester-Providence, MA-RI-NH-CT CSA MA
**Dallas**-Fort Worth, TX-OK CSA TX
**Philadelphia**-Reading-Camden, PA-NJ-DE-MD CSA PA
**Houston**-The Woodlands, TX CSA TX
**Miami**-Fort Lauderdale-Port St. Lucie, FL CSA FL
**Las Vegas**
**Atlanta**–Athens-Clarke County–Sandy Springs, GA CSA GA
**Detroit**-Warren-Ann Arbor, MI CSA MI
**Seattle**-Tacoma, WA CSA WA
**Phoenix**-Mesa-Scottsdale, AZ MSA AZ





CONFIDENTIAL

# Our Competitors Market

Brands continue to grow awareness in major markets and adopt empathetic lifestyle brand personas. For upcoming brands like IQOS, focus on on-boarding to reduce churn at trial will be key - as will leveraging owned databases for awareness & trial offers.


Logic - Taxi Tops


Blu - Brand & UX Refresh


IQOS - Onboarding @ Retail

|  | Target Markets | Advertising* | Key Messaging (Type: Copy) |
|---|---|---|---|
| Vuse | Texas (Dallas, Ft. Worth, San Antonio) | Texas: Regional Radio, Digital Programmatic buys, direct mail | Brand: Digital Vapor Cigarettes / Vapor Reimagined |
| Blu | New York, Atlanta, Charlotte, Columbus, Detroit, Nashville | *Vary by location reg/availability* NYC: OOH billboards & wallscapes, elevator screens, gas TV, bar digital menus, taxis, digital banners, direct mail | Campaign: Just YOU & Blu Brand: Something Better |
| Logic | New York | NYC: Taxis, wraps, double-decker buses, direct mail | Campaign: New York's #1 E-cig Brand: The Most Trusted Brand / Premium Electronic Cigarettes |
| MarkTen | National | Primarily national print and digital banners & video; heavy rotation on all major pub houses heaviest is with Conde Nast, direct mail | Campaign: Play whatever you feel / So you can ease into your space, etc. Brand: e-vapor |
| IQOS | New York will be 2018 U.S. target launch geo | Currently advertise with OOH, owned retail locations, influencer programs, sampling programs - on-boarding focus | Campaign: This changes everything. Brand: Heat not burn technology. |

*some data obtained from 3rd party tracking, not all media spends may be accounted for



CONFIDENTIAL

# Consumer Testimonials

1. Expand consumer testimonial videos online to encourage social sharing of switching stories - lend corporate credibility
   1. 30 curated videos shot in LA/NYC - Q2 launch
   2. Social campaign for consumer stories & stats - mid Q2
   3. Build PR relationships with select testimony





**Share your switching story.**

**Tell us your story for a chance to be featured on JUUL.com**

Name

Age (30+)

Date of last cigarette

1 fun fact:

　Favorite flavor

　Favorite pairing

　Favorite JUUL spot (no sneaky places, please!)

　　Tips for smokers switching





28

# Influencers



Leonardo
DiCaprio
Age: 43
Loves Mango & Tobacco



Mark Hamill
Age: 66
Loves Mango & Fruit



Jeffrey Wright
Age: 52
Loves Mango & Tobacco



Nilay Patel
Editor-in-chief, The
Verge Age: 37
Loves Mint



Lydia Polaren
Editor-in-chief, HuffPost
Age: 42
Loves Tobacco



Moe Eldawi
Photographer
Age: 32
Loves Mint



Gary Mantoosh
Celeb Publicist
Age: 38
Loves Mango



Susan Patricola
Celeb Publicist
Age: 66
Loves Cool Cucumber



James McInnes
Artist Management
Age: 29
Loves Mint & Mango

## TIER 1 - A LIST + CELEBRITIES

GOAL: Increase brand awareness and visibility in media and press for JUUL in an extremely challenging, restrictive environment.

Current Reach: **20+** Celebrities, which will have a collective reach of:
163mm Social Media
531mm Earned Media

## TIER 2 - CONTENT CREATORS

GOAL: Deliver authentic content that outperforms studio-shot creative and drives awareness

**165** Media/Reporters and Social Personas which have a collective reach of:
1.5mm Social Media
178mm Earned Media
$63k Content Creation Value

## TIER 3 - INFLUENCERS (ONLINE AND OFFLINE)

GOAL: Boost referrals offline and help educate everyday adult smokers on the benefits of switching

**+28k** Word-Of-Mouth advocates, which have a collective reach of:
9.6mm on Social Media
286,500 New Users Referred

CONFIDENTIAL

# Product Draft Roadmap (US) - Flavors, Devices, Accessories

1. Quarterly flavor launches to:
   1. Test/learn prior to c-store expansions (review @ 3 months)
   2. Give auto-ship & specialty 1 month early access
   3. Meet cons. demand for variety (address flavor fatigue)
   4. Optimize best 10-flavor portfolio by end of year (including best category mix - more Fruit/Dessert)

2. Devices launches to:
   1. Provide seasonal 'surprise & delight' lift
   2. Introduce 2nd core color (match competitor offerings)

3. Charging case goal H2

FDA & quality refresh



| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| **Flavors*** | Tox & Consumer Testing Private Blend Contracts Prepare 4 flavors each Qtr | Lemon Tea (Portfolio) / Guava Lychee (Portfolio) | Apple Cinnamon (Partner) / Kiwi (Partner) | Grandmaster (Partner) / Berry Tart (Partner) |
| **Devices** | Navy Blue (SEASONAL) | Blush Gold (SEASONAL) | White Gold (CORE) | Ruby Red (SEASONAL) |
| **Accessories** | | | | Charging Case |



*final flavor selections 1 month prior to launch based on tox & consumer testing - 4 flavors will be prepared anticipating dropouts

CONFIDENTIAL 30

# Trade Marketing

1. 2017:  Understand channels & refresh in-store merchandising and collateral
2. 2018:  Optimize in-store branding; aligning promotion windows, building out shopper/path to purchase insights, infrastructure tools & establishing position as "category captain"
   1. Full year B2B plan
   2. BDF Convenience Plan
   3. TPR Promotions (two 8wk windows)
   4. Loyalty/Alternative Tactic Tests
   5. Specialty Door Activations
   6. Co-Op Trade Marketing Campaigns

- **Gating: Investment in Staffing/Agency Support**
- **Gating: Tool Development for Scale**
- **Gating: Regional structure TBD**

### 2018 Trade Advertising: Ad Placement Calendar (CSP & CSD)

| JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|
| CSP Print Ad | CSD Print Ad | CSP Print Ad | CSP Print Ad | CSP Print Ad | CSD Print Ad |
| CSPDailyNews.com | | CSPDailyNews.com | CSD Merchandising: Product Release | CSPDailyNews.com | CSPDailyNews.com |
| | | CSD Digital: HNP Feature | | CSD Digital: Web Banner | |

| JUL | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|
| CSP Print Ad | CSP Print Ad | CSP Products Magazine Ad | CSP Products Magazine Ad | CSD Merchandising: Product Release | CSD Digital: Custom Newsletter |
| CSD Digital: HNP Feature | CSPDailyNews.com | CSPDailyNews.com | CSPDailyNews.com | | |
| | CSD Merchandising: Product Release | CSD Print Ad | CSD Print Ad | | |
| | | CSD Digital: Web Banner | CSD Digital: HNP Feature | | |



CONFIDENTIAL

# Owned Retail

1. Launched shop-in-shop service center on Nov 15th  (looking to expand to 5 new locations in 2018)
    1. Averaging 45% new customer traffic - organic attraction, primarily walk-by
    2. 85% of new customers who sampled also purchased
    3. 72% lift in average daily device sales (vs. 9% & 20% at respective control stores)
2. Format Expansions
    1. 3 x East coast shop-in-shops in H1
    2. 1 x London location
    3. US Vending machine test

- **Gating: Investment in Staffing/retail expertise**
- **Gating: Invest in external tactics to drive traffic**
- **Gating:  Investment in location & operations strategy**





CONFIDENTIAL

# Appendix

PAXlabs CONFIDENTIAL

# Dept highlights - last 9 months

1. **Brand:** Branded and launched corporate website

2. **Brand:** Launched consumer rebrand at retail

3. **Product:** Launched 3 new flavors and 1st colored device

4. **Retail:** Launched 1st shop-in-shop in NYC

5. **Acquisition:** Identified 4 scalable targeted mktg programs w/in-market tests (CAC $65-$100 - CLV $200+)

6. **Acquisition:** Completed first in-channel smoker brand targeting program - 8K to-date

7. **Insights:** Completed foundational consumer research for NPI, consumer journey & communications

8. **Insights:** Launched brand tracker & quality tracker

9. **Resourcing:** Grew team from 2



# Core Dependencies

| Strategy | Gate | Stakeholders | Key Dates |
|---|---|---|---|
| Consumer Target & Competitive Brand Position | **Q1 McKinsey Brand Alignment Q2 Strategic Agency Partner** | Sales Legal/SRA Mktg | Align by Feb Q1 Agency Q2 Brand Guide Updates |
| Marketing Code | **Q1 McKinsey Brand Alignment** | Legal/SRA Mktg | Align by Feb Q1 Research & Plan Q2 Launch 1st Initiatives |
| (Global) Brand Awareness | **Q2 Strategic Agency Partner Q3 Regional Test** (P&L lift vs. target market growth) | Sales Legal Mktg | Align by Feb Q1 Agency & Plan Q2 Launch Regional |
| Product & Packaging Roadmap | **Demand Plan Alignment** | PD Mktg Sales Legal /SRA | Approve by Jan H1 launches |



CONFIDENTIAL  35

CORE  ELEMENTS |
LOGO

The JUUL logo is our primary  branded element and should never be altered in any  way. We use our logo in both white and
black depending upon the background and
purpose. We should never use our logo over  busy imagery that "fights" for attention.
Keep the mark clean with clear space surrounding it.

## Clai m.

We further identify JUUL as an alternative  for smokers with a secondary "Smoker's
Choice" lock up. The JUUL hexagon is  always positioned with the phrase next to it  and this positioning should not be altered.  One appropriate placement for the claim is  directly underneath a short headline.





Clear space

Log o





Negative

JUUL/hex logo + lock-up with The Smoking Alternative

JUUL Brand Guidelines v1.0 ©
JUUL

## CORE ELEMENTS | COLORS + FONTS

# Brand colors

At right is the approved JUUL palette for  Web and print mediums. Please use ONLY  these colors as the bands indicate—

background color, accent and CTA. The  bands also represent an approximate  amount of color usage in a medium, with  exceptions noted in the following pages.

# Font family

Our font family is Twentieth Century. No other font should be used for advertising  and marketing.



Colors | Web

BACKGROUND/WHITES   PACE   ACCENT   TYPE   CTA

Colors | Print

BACKGROUND/WHITES   PACE   TYPE   ACCENT   TYPE   CTA

| Pantone 660C | Pantone 325C | Pantone 432C | Pantone 545C | Pantone 539C | Pantone 419C | Pantone 158C | Pantone 420C |
|---|---|---|---|---|---|---|---|
| R64, G124, B202 | R101, G203, B201 | R51, G62, B72 | R199, G218, B231 | R1, G38, B57 | R34, G34, B34 | R239, G118, B34 | R209, G209, B209 |
| C75, M47, Y0, K 0 | C55, M0, Y25, K 0 | C78, M64, Y52, K43 | C20, M7, Y4, K0 | C97, M75, Y50, K57 | C71, M65, Y65, K72 | C2, M66, Y99, K0 | C0, M0, Y1, K18 |
| HEX# 407cca | HEX# 65cbc9 | HEX# 333e48 | HEX# c7dae7 | HEX# 012639 | HEX# 222222 | HEX# ef7622 | HEX# D1D1CE |

Font | Twentieth Century

ABCDEFGHIJKLMN
OPQRSTUVWXYZ
1234567890

abcdefghijklmnopqrst
uvwxyz

ABCDEFGHIJKLMNOPQRST
U VWXYZ1234567890 - Light

ABCDEFGHIJKLMNOPQRSTU
VWXYZ1234567890 - Medium

**ABCDEFGHIJKLMNOPQRSTU
VWXYZ1234567890 - Semibold**

ABCDEFGHIJKLMNOPQRSTU
VWXYZ1234567890 - Bold

## SECONDARY ELEMENTS | PHOTOGRAPHY + GRAPHICAL ELEMENTS

### Photography

 

 



Our style of photography should feature a 35+ demographic. We use imagery that is light and optimistic—we aren't depicting ourselves as a "nighttime" brand. Moments
should reflect an overall attitude of satisfaction, in both  social and (occasionally) solitary moments.

### Gradient



C 13
M 5
Y 3
K 0

C 0
M 0
Y 0
K 0

The above gradient is approved for use as a background  tone in advertising and marketing.

### Arc

The  arc  is  an  element  that  is  used  to  house information   and  can  be  used  flush  left  or  as  an inverse  shape  that  is   positioned  flush  right. Examples  follow.

# Influencers

## Influencer Verticals

Worst < 12345 > Best

| | Tier | Vertical*** | Size of Smoker Market | Rank of size | Avg (Median) Annual Income | Rank of Income | Impact Beyond Vertical | Ease of Access | Brand Fit | Overall Score |
|---|---|---|---|---|---|---|---|---|---|---|
| ★ | 1 | Hair Stylists / Barbers | 80,844 | 5 | $24,260 | 1 | 4 | 4 | 5 | 19 |
| ☆ | 1 | Photographers & Graphic Designers | 86,786 | 5 | $34,070 | 2 | 4 | 3 | 5 | 19 |
| | 1 | Publicist / Talent Agents (includes sports) | 7,365 | 2 | $58,020 | 3 | 5 | 4 | 5 | 19 |
| | 1 | Directors/Producers (includes TV, movie) | 16,164 | 3 | $70,950 | 4 | 5 | 1 | 5 | 18 |
| ★ | 1 | LGBTQ | 545,013 | 5 | Depends | 3 | 3 | 3 | 4 | 18 |
| | 1 | Chefs and head cooks  (F&B - 614k) | 17,580 | 3 | $43,180 | 2 | 5 | 2 | 5 | 17 |
| | 1 | Fashion Designers (includes motion picture) | 2,856 | 2 | $65,170 | 4 | 4 | 2 | 5 | 17 |
| ☆ | 1 | Nightclub / Bar Owners | 7,200 | 2 | $60,000 | 3 | 5 | 2 | 5 | 17 |
| | 1 | Spanish Speaking Community | 4,920,000 | 5 | Depends | 3 | 3 | 3 | 3 | 17 |
| | 2 | Food & Beverage Workers | 614,712 | 5 | $19,630 | 1 | 4 | 2 | 4 | 16 |
| | 2 | DJs | 10,800 | 3 | $52,000 | 3 | 4 | 3 | 3 | 16 |
| | 2 | Real Estate Sales Agents | 18,220 | 3 | $44,090 | 3 | 3 | 2 | 5 | 16 |
| | 2 | Bartenders (serving-related) | 73,344 | 5 | $20,800 | 1 | 3 | 2 | 4 | 15 |
| | 2 | Singers / Musicians | 5,103 | 2 | $52,000 | 3 | 5 | 2 | 3 | 15 |
| | 2 | Mechanical Engineering (Construction) | 34656 | 3 | $84,190 | 5 | 3 | 2 | 2 | 15 |
| | 2 | Civil Engineering (Construction) | 36420 | 3 | $83,540 | 5 | 3 | 2 | 2 | 15 |
| | 2 | Music Directors / Composers | 3,034 | 2 | $50,110 | 3 | 3 | 1 | 5 | 14 |
| | 2 | Actors (includes TV, movie, theater) | 5,834 | 2 | $39,520 | 2 | 5 | 1 | 4 | 14 |
| | 2 | Models (excluding self-employed) | 576 | 1 | $21,870 | 1 | 4 | 4 | 3 | 13 |
| | 3 | Mining and Geological Engineers | 876 | 1 | $93,720 | 5 | 3 | 2 | 2 | 13 |
| | 3 | Lodging Managers | 5736 | 2 | $51,840 | 3 | 2 | 1 | 4 | 12 |
| | 3 | Hotel Owners / Senior-Level Executives | 216 | 1 | $55,000 | 3 | 3 | 1 | 4 | 12 |
| | 3 | Tattoo Artists | 7200 | 2 | $30,758 | 2 | 3 | 2 | 2 | 11 |
| | 3 | Taxi Drivers / Chauffeurs | 233900 | 5 | $23,300 | 1 | 2 | 1 | 2 | 11 |
| | 3 | Trucking/Transportation (includes UPS) | 420000 | 5 | $41,340 | 2 | 1 | 2 | 1 | 11 |
| | 3 | Waste Management Executives | 5356 | 2 | $111,930 | 5 | 1 | 2 | 1 | 11 |



CONFIDENTIAL   40

# Marketing Dept - Q4 2017



Chelsea K
**ED Product Mktg**

Bob R
**CSO**

## Acquisition (w/Ecom)

## Brand

## Insights

## Trade (now Sales)

Kate M
**Head of Experiential**

Nora W
**Social Media Mgr**

Steve H
**Director of Insights**

Amanda M
**Dir. Trade Marketing**

Jessica E
**Influencer Mktg Mgr**

Mia P
**Community Mgr**

Paola P
**Assistant Brand Mgr**

Morgan P
**Creative PM**

Nihir
**Design Insights Analyst**

Michael
**Retail Associate**

Avery
**Events Mgr**

Will L
**Graphic Designer**

Tania G
**Marketing Ops**

Bryan Y
**TBD - Mktg Analyst**

Elbert M
**Jr Graphic Designer**

Kim R
**Jr Marketing Ops**

Rewina B
**Jr Graphic Designer**

# Marketing Dept - 2018



TBH
**CMO**

## Acquisition/ Retention - Ecomm?

TBH
**VP Direct Mktg**

TBH
**Sr Mgr CRM**

TBH
**Consumer Journey PM**

Bryan Y
**TBD - Analyst**

## Brand

Chelsea K
**ED Product Mktg**

Kate M
**Head of Experiential**

Nora W
**Social Media Mgr**

TBH
**Int'l Marketing Mgr**

TBH
**Creative Dir**

Jessica E
**Influencer Mktg Mgr**

Mia P
**Community Mgr**

TBH
**Marketing Writer**

Morgan P
**Creative PM**

TBH
**Events Mgr**

TBH
**Content Mgr**

TBH
**Packaging Designer**

TBH - dotted Sales TBD
**Field Events Mgr**

Paola P
**Assistant Brand Mgr**

TBH
**Retail Designer**

TBH
**Print & Digital Designer**

Will L
**Graphic Designer**

Elbert M
**Graphic Designer**

Rewina B
**Graphic Designer**

## Retail

TBH
**VP/Dir of Retail**

TBH
**Retail PM**

Michael
**Retail Associate**

## Insights

TBH
**VP Insights**

Steve H
**Director of Insights**

Nihir
**Design Insights Analyst**

TBH
**Insights PM**

TBH
**Insights Associate**

2017 Open Roles

2018 Planned

CONFIDENTIAL   42

# Strategic Alignment Needed

| | Consumer Brand | Brand Growth | Corporate Leadership | Corporate Credibility |
|---|---|---|---|---|
| **Mission**<br>**Vision** | **Drive innovation to eliminate cigarettes**<br>**To improve the lives of the world's 1 billion adult smokers.** | | | |
| **Pillar** | Place adult smokers at the center of everything | | Lead the industry with leading conduct | |
| | **Consumer Brand** | **Brand Growth** | **Corporate Leadership** | **Corporate Credibility** |
| **2018 Strategic Objectives** | Own satisfaction, simplicity & freedom in category | Gain adult smoker awareness | Be the innovator of well-being in category | Establish trust with youth prevention efforts |
| **2018 OKRs** | Maintain NPS >30 (40) Reduce churn <30% (30-50%) | *Need Alignment - Grow awareness to 30% (7-10%) Trial 150K influential smokers* | *Need Alignment - 1 major press story/quarter* | *Need Align - credibility rating w/audiences* |
| **2018 Strategic Actions** | • Position consumer brand ID<br>• Build best flavor portfolio<br>• Effective retention & on-boarding programs<br>• Competitive shop experience online, channel & owned retail<br>• Leverage testimonials to engage<br>• Expand journey & need insights | • Brand campaigns in top 10 regions<br>• Direct trial to 150K adult smokers<br>• Influencer/vertical smoker penetration (WOM) | • Thought leaders at tech/innovation events (i.e.TED, TechCrunch)<br>• Biz/trade press to leverage 1st/3rd party research & product roadmap<br>• Leverage testimonials to lend credibility | • Publish ongoing youth prevention efforts & position<br>• (TBD Parent/teacher tools)<br>• (TBD regional PSA)<br>• (TBD partnership) |
| **Key Sensitivities/Gating** | • Brand alignment - consumer vs. corporate<br>• HC - creative, retail, retention | • ATL campaign alignment<br>• HC - acquisition | • Prioritization vs. other Objectives<br>• HC - consumer PR | • Distinct goals & strategies by audience (FDA, parents, press) |



CONFIDENTIAL   43