UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation** | Case No. 19-md-02913-WHO<br><br>**ORDER RE PENDING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 1226, 1338, 1419, 1468 |

Considering defendants' revised submissions in support of administrative motions to seal information submitted with their motions to dismiss the Amended Consolidated Class and Government Entity Complaints (Dkt. Nos. 1221, 1226, 1338, 1468) and the administrative motion to seal Bellwether Plaintiffs' Amended Complaints (Dkt. No. 1419), I rule as follows.

The motion to seal Bellwether Plaintiffs' Amended Complaints, Dkt. No. 1419, is GRANTED in limited part. Only the reference to the financial benefits the individual defendants allegedly received from the Altria investment may be redacted consistent with my prior Orders. Dkt. Nos. 1277, 1461. Within 20 days of the date of this Order, plaintiffs shall e-file in the underlying cases identified in Dkt. No. 1419-1 Bellwether Plaintiffs' Amended Complaints redacting only the information allowed by this Order.

The motions to seal portions of the information submitted in connection with defendants' motions to dismiss, Dkt. Nos. 1226 and 1338 are GRANTED, as narrowed and limited to the highlighted information identified in Dkt. Nos. 1338 and 1815-1.

The motion to seal exhibits submitted with Altria's reply brief, Dkt. No. 1468, is GRANTED in part and DENIED in part. Exhibit 3, 5, and 10 may remain under seal. The motion is denied as to Exhibit 4, an email discloses only a temporal supply issue. There is no evidence,

much less evidence submitted on personal knowledge, that disclosure of this information could cause any party competitive harm.

The parties are advised, again, that they should seek to seal only the portions of information within exhibits that meet the good cause or compelling justifications standard. Motions to seal in whole exhibits that contain generalized or publicly known information about corporate activities – or information that has been disclosed in connection with this or the FTC proceedings – along with information that might justify sealing will be rejected.

**IT IS SO ORDERED.**

Dated: May 14, 2021



William H. Orrick
United States District Judge