UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:19-MD-02913-WHO<br><br>**Honorable William H. Orrick**<br><br>NOTICE OF CHANGE OF FIRM OF ATTORNEY |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective June 25, 2021, I, David Bernick, as an attorney of record for Juul Labs, Inc. in the above-entitled action, will be changing firms. I was admitted to the Northern District of California on December 18, 2019 as an attorney from the firm Paul Weiss Rifkind Wharton & Garrison LLP, but as of June 25, 2021, I will be an attorney at Kirkland & Ellis LLP. This firm change affects my address, phone number, and email addresses, as shown below.

**My Address of Record:** 1301 Pennsylvania Avenue, N.W.

Washington, D.C. 20004

**My Telephone Number of Record:** (202) 389-3201

**My Email Address of Record:** david.bernick@kirkland.com

All notices, pleadings, and correspondence should be directed to the above address and email address.

Dated: June 25, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ David Bernick*

David Bernick (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-3201
Facsimile: (202) 389-5200