UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**ORDER ON PENDING ADMINISTRATIVE MOTIONS TO SEAL** |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | Dkt Nos: 1772, 1981 |

The Court GRANTS defendants' request to seal limited materials filed in support of plaintiffs' motion for class certification identified below. Dkt. No. 1772. Versions of these documents, redacted consistent with this Order, have been publicly filed on the docket. Defendants confirmed that no party seeks to seal any portion of plaintiffs' motion for class certification or the declaration of Dena Sharp in support, therefore the Clerk SHALL UNSEAL Docket Nos. 1772-2 and 1772-3.

The following limited information may remain under seal for compelling justifications shown at this juncture of the case:

| Document | Description | Designating Party | Sealed |
|---|---|---|---|
| Exhibit 9 to Plaintiffs' Motion for Class | • ALGAT0005400548 (limited excerpt)<br>• ALGAT0005400549 | Altria Defendants | |

| Document | Description | Designating Party | Sealed |
|---|---|---|---|
| Certification (ALGAT0005400533) | <ul><li>ALGAT0005400550 (limited excerpt)</li><li>ALGAT0005400551</li></ul> | | |
| Exhibit 15 to Plaintiffs' Motion for Class Certification (Excerpted from JLI01388029) | JLI requests that the Court keep this entire 3-page document under seal | JLI | |
| Exhibit 16 to Plaintiffs' Motion for Class Certification (Singer Report) | Limited portions of <ul><li>Paragraph 6</li><li>Tables 3, 4</li><li>Paragraph 41</li><li>Paragraph 50</li><li>Tables 5, 6</li></ul> | JLI | |
| Exhibit 17 to Plaintiffs' Motion for Class Certification (Pratkanis Report) | <ul><li>Page 20 (limited excerpt)</li></ul> | JLI | |
| Exhibit 18 to Plaintiffs' Motion for Class Certification (Chandler Report) | <ul><li>Page 41</li><li>Page 46 (limited excerpts)</li><li>Page 47 (limited excerpts)</li><li>Pages 48-52</li><li>Page 53 (limited excerpts)</li><li>Page 67 (limited excerpts)</li><li>Page 79 (limited excerpts)</li></ul> | JLI | |

The Court also GRANTS the parties' administrative motion (Dkt. No. 1981) to file under seal the parties' bellwether trial submissions for good cause shown.

**IT IS SO ORDERED:**

Date: July 6, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge