1

2

3

4

5

6

7    [*Submitting Counsel on Signature Page*]

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: JUUL LABS, INC., MARKETING,          Case No. 19-md-02913-WHO
     SALES PRACTICES, AND PRODUCTS
12   LIABILITY LITIGATION                        [~~PROPOSED~~] ORDER REGARDING
                                                 AMENDED CASE/TRIAL SCHEDULE
13   _____

14   This Document Relates to:

15   ALL ACTIONS

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the July 12, 2021 Notice of a Joint Stipulation Regarding An Amended Case Schedule (ECF No. 2092), and the July 16, 2021 Civil Minutes following the Case Management Conference.  (ECF No. 2111), **AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

The Case/Trial Schedule is hereby amended as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| ALL: Deadline to complete fact discovery | July 30, 2021 | August 30, 2021 |
| EL Defendants file opposition to motion for class certification<br><br>Defendants serve class certification response expert reports<br><br>Defendants file *Daubert* motions as to Plaintiffs' class cert experts | July 28, 2021 | August 27, 2021 |
| PI: End of Supp. Discovery of first 2 BW trial picks | August 10, 2021 | September 10, 2021 |
| ALL: Exchange of Generic Expert Reports | Aug. 16, 2021 | September 17, 2021 |
| PI: Case specific expert reports for first 2 BW trial cases exchanged | Aug. 16, 2021 | September 22, 2021 |
| EL: Plaintiffs file Reply in support of motion for class cert<br><br>Plaintiffs serve class cert rebuttal expert reports<br><br>Plaintiffs file *Daubert* motions for Defendants' class certification experts<br><br>Plaintiffs file oppositions to Defendants' *Daubert* motions | August 25, 2021 | October 8, 2021 |
| GE:  TUSD, Goddard, Palm Beach:  Deadline to complete fact discovery | n/a | October 15, 2021 |
| EL: Defendants file opposition to Plaintiffs' *Daubert* motions<br><br>Defendants file replies in support of Defendants' *Daubert* motions | September 8, 2021 | October 22, 2021 |
| PI:  Exchange of Case-Specific Rebuttal reports in first 2 PI BWs | Sept. 15, 2021 | October 22, 2021 |
| PI:  End of Supp. Discovery of second 2 BW trial picks | | October 25, 2021 |
| EL: Plaintiffs file replies in support of Plaintiffs' *Daubert* motions | September 15, 2021 | October 29, 2021 |
| ALL: Exchange of Rebuttal Generic Expert Reports | Sept. 15, 2021 | November 1, 2021 |
| EL: Hearing on Class Certification motion and class certification *Daubert* motions | September 24, 2021 (or as soon thereafter as convenient for the court) | November 5, 2021 (or as soon thereafter as convenient for the court) |

| Event | Current Date | Proposed New Date |
|---|---|---|
| PI: Case specific expert reports for second 2 BW trial cases exchanged | | November 6, 2021 |
| GE: Case specific expert reports for BW cases exchanged | August 16, 2021 | November 16, 2021 |
| Exchange of class action case-specific expert reports | 40 days after ruling on class certification | TBD |
| Exchange of class action case-specific expert rebuttal reports | 30 days after opening reports | TBD |
| Plaintiff complete class notice to any certified class | 90 days after ruling on class certification | 90 days after ruling on class certification |
| Close of class action case-specific expert discovery | 30 days after rebuttal reports | TBD |
| Opt out deadline for any certified class | 21 days after class notice completed | 21 days after class notice completed |
| Close of Generic and Case Specific PI expert Discovery | Oct. 15, 2021 | November. 24, 2021 |
| PI:  Exchange of Case-Specific Rebuttal reports in second 2 PI BWs | | December 6, 2021 |
| PI:  MSJ and *Daubert* Motions[1] | Oct. 26, 2021 | December 15, 2021 |
| GE: Exchange of Case-Specific Rebuttal reports in GE BWs | Sept. 15, 2021 | December 31, 2021 |
| PI MSJ and *Daubert* Oppositions | Nov. 23, 2021 | January 21, 2022 |
| GE: Close of Case Specific Expert Discovery | Oct. 15, 2021 | January 28, 2022 |
| PI: MSJ and *Daubert* Replies | Dec. 6, 2021 | February 4, 2022 |
| PI: Oral Argument re MSJ + *Daubert* | To be set by the Court | |
| EL: Class case MSJ Motions *Daubert* motions for class action case-specific experts | 30 days after close of class case specific expert discovery | TBD |
| EL: Class case MSJ Oppositions *Daubert* Oppositions for class action case-specific experts | 30 days after opening briefs filed | TBD |
| EL: Class case MSJ Replies *Daubert* replies for class action case-specific experts | 21 days after oppositions filed | TBD |
| EL: Hearing on class case MSJ and *Daubert* motions | 21 days after replies filed or at a time to be determined by the Court | TBD |

---

[1] The parties anticipate that the Court's rulings on these motions may apply to and/or inform issues bearing on all case types, and so to the extent practicable, briefing will encompass the common issues that cut across the various case types.

| Event | Current Date | Proposed New Date |
|---|---|---|
| PI: Exchange of Civil Local Rule 16-10(b)(7), (8), (9) and (1) Materials | Dec. 21, 2021 | February 4, 2022 |
| PI: Pretrial Conf. Stmt, Jury Instructions, Exhibit List and Objs., Dep. Designations & Objs., and Mots. *in limine* | Jan. 21, 2021 | Opening: Feb. 14, 2022<br>Opp. Feb. 28, 2022<br>Reply: Mar. 10, 2022 |
| GE: MSJ and *Daubert* Motions | Oct. 26, 2021 | February 11, 2022 |
| GE: MSJ and *Daubert* Opposition | Nov. 23, 2021 | March 14, 2022 |
| PI: Pre-trial Conference for Trial 1 | Jan. 31, 2021 | March 28, 2022 |
| GE: MSJ Replies | Dec. 6, 2021 | March 28, 2022 |
| GE: Oral Argument re MSJ + *Daubert* | To be set by the Court | |
| PI: Juror Questionnaires for Trial 1 Available for Review | | April 13, 20222 |
| PI: Jury Selection for Trial 1 | | April 15, 2022 |
| GE/EL: Exchange of Civil Local Rule 16-10(b)(7), (8), (9) and (1) Materials | December 21, 2021 | April 15, 2022 |
| PI: First Bellwether Trial Begins | Feb. 22, 2022 | April 18 , 2022 |
| GE/EL: Pretrial Conf. Stmt, Jury Instructions, Exhibit List and Objs., Dep. Designations & Objs., and Mots. in limine | January 21, 2021 | May 2, 2022 |
| GE/EL: Pre-trial Conference | January 31, 2021 | May 13, 2002 |
| Trial 2: Pre-Trial Conference | March 28, 2022 | June 6, 2022 |
| Trial 2: Jury Selection | | June 24, 2022 |
| Trial 2: Trial Begins | | June 27, 2022 |
| Trial 3:  Jury Selection | May 9, 2022 | September 9, 2022 |
| Trial 3: Trial Begins | | September 12, 2022 |
| Trial 4: Jury Selection | June 20, 2022 | November 4, 2022 |
| Trial 4: Trial Begins | August 1, 2022 | November 7, 2022] |

Date: July 23, 2021

HONORABLE WILLIAM H. ORRICK
United States District Judge