*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-MD-02913-WHO |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF<br>KATHERINE WARNER** |

**NOTICE OF CHANGE IN COUNSEL**

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), Katherine Warner withdraws as attorney of record for Defendant Juul Labs, Inc., in the above-captioned litigation, and respectfully requests that her name be removed from all applicable service lists, including Notices of Electronic Filing. All other attorneys of record at the law firm of Kirkland & Ellis LLP will continue to represent Defendant in this matter.

DATED this 30th day of July, 2021.

Respectfully submitted,

By: /s/ *Katherine Warner*
Katherine Warner
Kirkland & Ellis LLP
300 N LaSalle
Chicago IL, 60654
Telephone: (312) 862-7454
Facsimile: (312) 862-2200
kate.warner@kirkland.com

*Attorney for Defendant Juul Labs, Inc.*

**CERTIFICATE OF SERVICE**

I, Katherine Warner, hereby certify that on July 30, 2021, I electronically filed **NOTICE OF WITHDRAWAL OF KATHERINE WARNER** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/  *Katherine Warner*
Katherine Warner