[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>PERSONAL INJURY BELLWETHER COMPLAINTS | Case No. 3:19-md-02913-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' DEADLINE FOR FILING AMENDED PERSONAL INJURY BELLWETHER COMPLAINTS** |

1    The undersigned parties jointly stipulate and agree, subject to the Court's approval, to a
2  modest extension of the deadline for Plaintiffs to file the four amended complaints at issue in the
3  Court's July 22, 2021 Order on Motions to Dismiss Personal Injury Bellwether Complaints. Dkt.
4  No. 2144.
5    WHEREAS, on June 22, 2021, the Court issued an Order granting Plaintiffs Fairess,
6  Westfaul, G.F., and B.B. leave to amend their complaints within 20 days of the date of the Order.
7  *Id*.
8    WHEREAS, the parties have not previously sought an extension of this deadline;
9    WHEREAS, the parties met and conferred and, subject to the Court's approval, agreed to
10 a modest 7-day extension of Plaintiffs Fairess, Westfaul, G.F., and B.B. deadline to file their
11 Amended Complaints.
12    **NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate,
13 agree and respectfully request that the Court enter an Order extending Plaintiffs Fairess, Westfaul,
14 G.F., and B.B.'s deadline to file their amended complaints August 18, 2021.
15
16 Dated: August 10, 2021                                        Respectfully submitted,

| | |
|---|---|
| By: */s/ Rene D. Smith* | By: */s/ Sarah R. London* |
| Renee D. Smith<br>James F. Hurst<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2310 | Sarah R. London<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| By: */s/ Peter A. Farrell* | By: */s/ Dena C. Sharp* |
| Peter A. Farrell<br>David M. Bernick<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959 | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| | By: */s/ Dean Kawamoto* |
| By: */s/ Gregory P. Stone* | Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900 |
| Gregory P. Stone<br>Bethany W. Kristovich<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone:    (213) 683-9100 | By: */s/ Ellen Relkin* |
| *Attorneys for Defendant Juul Labs, Inc.* | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500 |
| | *Co-Lead Counsel for Plaintiffs* |

| | |
|---|---|
| By: */s/ John C. Massaro* | By: */s/ James N. Kramer* |
| John C. Massaro<br>Jason A. Ross<br>David E. Kouba<br>Paul W. Rodney<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:   (202) 942-5000<br><br>*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | James N. Kramer<br>Roland Chang<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: (415) 773-5700<br><br>*Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>**BOERSCH & ILLOVSKY LLP**<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br><br>*Attorneys for Defendant Adam Bowen* | Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br><br>*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:** The previous deadline of August 11, 2021 for Plaintiffs Fairess, Westfaul, G.F., and B.B. to file their amended complaints is hereby extended to August 18, 2021.

Dated: August 11, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge