[*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>PERSONAL INJURY BELLWETHER COMPLAINTS | Case No. 3:19-md-02913-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO: (1) EXTEND DEADLINE FOR FILING AMENDED PERSONAL INJURY BELLWETHER COMPLAINTS FOR PLAINTIFFS FAIRESS, WESTFAUL, G.F., AND B.B. AND (2) VACATING DEFENDANTS' DEADLINE TO ANSWER REMAINING PERSONAL INJURY BELLWETHER COMPLAINTS** |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to a modest extension of the deadline for Plaintiffs Fairess, Westfaul, G.F., and B.B. to file their amended complaints and that Defendants need not answer the remaining personal injury bellwether complaints at this time.

WHEREAS, on July 22, 2021, the Court issued an Order granting Plaintiffs Fairess, Westfaul, G.F., and B.B. leave to amend their complaints within 20 days of the date of the Order. Dkt. No. 2144.

WHEREAS, on August 4, 2021, pursuant to the parties' joint stipulation, the Court ordered that: (i) Defendants' deadline for answering the complaints filed by Plaintiffs Pesce and Fish shall be August 19, 2021, and (ii) Defendants' deadline to answer or otherwise respond to the complaints filed by Plaintiffs Westfaul and B.B. shall be 21 days after the filing date of their amended complaints.  Dkt. No. 2217 at 6.  The Court further ordered that Defendants' deadline for answering the complaints filed by the remaining personal injury bellwether Plaintiffs shall be October 8, 2021. *Id.*

WHEREAS, on August 11, 2021, pursuant to the parties' joint stipulation, the Court extended the deadline for Plaintiffs Fairess, Westfaul, G.F., and B.B. to file their amended complaints to August 18, 2021.  Dkt. No. 2236.

WHEREAS, the parties met and conferred and, subject to the Court's approval, agree and stipulate as follows:

- The deadline for Plaintiffs Fairess, Westfaul, G.F., and B.B. to amend their complaints shall be August 25, 2021; and

- Defendants need not answer the remaining personal injury bellwether complaints at this time and the October 8, 2021 deadline is vacated.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order establishing:

- The deadline for Plaintiffs Fairess, Westfaul, G.F., and B.B. to amend their complaints shall be August 25, 2021; and

1

JOINT STIPULATION AND [Proposed] ORDER TO EXTEND DEADLINE FOR AMENDING PI COMPLAINTS AND VACATING DEADLINE TO ANSWER REMAINING PI BELLWETHER COMPLAINTS
CASE NO.: 19-MD-02913-WHO

1   • Defendants need not answer the remaining personal injury bellwether complaints at this
2     time and the October 8, 2021 deadline is vacated.

Dated: August 17, 2021                                  Respectfully submitted,

By: */s/ Renee D. Smith*                                By: */s/ Sarah R. London*

Renee D. Smith                                          Sarah R. London
James F. Hurst                                          **LIEFF CABRASER HEIMANN &**
**KIRKLAND & ELLIS LLP**                                **BERNSTEIN**
300 N. LaSalle                                          275 Battery Street, Fl. 29
Chicago, IL 60654                                       San Francisco, CA 94111
Telephone: (312) 862-2310                               Telephone: (415) 956-1000


By: */s/ Peter A. Farrell*                              By: */s/ Dena C. Sharp*

Peter A. Farrell                                        Dena C. Sharp
David M. Bernick                                        **GIRARD SHARP LLP**
**KIRKLAND & ELLIS LLP**                                601 California St., Suite 1400
1301 Pennsylvania Ave, N.W.                             San Francisco, CA 94108
Washington, D.C. 20004                                  Telephone: (415) 981-4800
Telephone: (202) 389-5959


                                                        By: */s/ Dean Kawamoto*

By: */s/ Gregory P. Stone*
                                                        Dean Kawamoto
Gregory P. Stone                                        **KELLER ROHRBACK L.L.P.**
Bethany W. Kristovich                                   1201 Third Ave., Ste. 3200
**MUNGER, TOLLES & OLSON LLP**                          Seattle, WA 98101
350 South Grand Avenue                                  Telephone: (206) 623-1900
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100                            By: */s/ Ellen Relkin*

*Attorneys for Defendant Juul Labs, Inc.*               Ellen Relkin
                                                        **WEITZ & LUXENBERG**
                                                        700 Broadway
                                                        New York, NY 10003
                                                        Telephone: (212) 558-5500

                                                        *Co-Lead Counsel for Plaintiffs*

2

JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO
EXTEND DEADLINE FOR AMENDING PI
COMPLAINTS AND VACATING
DEADLINE TO ANSWER REMAINING PI
BELLWETHER COMPLAINTS
CASE NO.: 19-MD-02913-WHO


| | |
|---|---|
| By: */s/ John C. Massaro* | By: */s/ James N. Kramer* |
| John C. Massaro<br>Jason A. Ross<br>David E. Kouba<br>Paul W. Rodney<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:  (202) 942-5000<br><br>*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | James N. Kramer<br>Roland Chang<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: (415) 773-5700<br><br>*Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>**BOERSCH & ILLOVSKY LLP**<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br><br>*Attorneys for Defendant Adam Bowen* | Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br><br>*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR AMENDING PI COMPLAINTS AND VACATING DEADLINE TO ANSWER REMAINING PI BELLWETHER COMPLAINTS
CASE NO.: 19-MD-02913-WHO

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

- The deadline for Plaintiffs Fairess, Westfaul, G.F., and B.B. to amend their complaints shall be August 25, 2021; and
- Defendants need not answer the remaining personal injury bellwether complaints at this time and the October 8, 2021 deadline is vacated.

Dated: August 19, 2021

HONORABLE WILLIAM H. ORRICK
United States District Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR AMENDING PI COMPLAINTS AND VACATING DEADLINE TO ANSWER REMAINING PI BELLWETHER COMPLAINTS
CASE NO.: 19-MD-02913-WHO