1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10  IN RE JUUL LABS, INC., MARKETING,        Case No. 19-md-02913-WHO
    SALES PRACTICES, AND PRODUCTS
11  LIABILITY LITIGATION
                                             **THIRD AMENDMENT TO CASE
12                                           MANAGEMENT ORDER NO. 5:
                                             COMMON BENEFIT ORDER—
13  This Document Relates to:                TIMEKEEPING AND EXPENSES
                                             PROTOCOL**
14  ALL ACTIONS

15

16        This Order further amends Case Management Order No. 5 (Dkt. No. 352).  In

17  combination with Amended CMO-5 and Second Amended CMO-5[1] (collectively, "the governing

18  orders"), this order shall govern common benefit timekeeping and expenses protocol for all the

19  cases in this MDL.

20        This Order makes two modifications to the governing orders.  First, to allow for greater

21  clarity and precision in the recording Common Benefit tasks, the Court adopts the additional task

22  codes set forth in the revised timekeeping forms attached as **Exhibit 1**.  In general, these

23  additional task codes should be applied prospectively. However, the Court expects that submitting

24  counsel will collaborate with Lead Counsel in applying certain codes (*e.g.* 4.b, 11.a., 12.c.)—

25  designed to bolster Lead Counsel's diversity reporting—retroactively.

26        Second, the Court amends CMO-5 to include the following instructions:

27

28
    _____

    [1] Dkt. Nos. 381 and 1202, respectively.
                                          - 1 -         THIRD AMENDED CMO NO. 5:
                                                        PARTIAL COMMON BENEFIT ORDER,
                                                        CASE NO. 19-MD-02913-WHO

1       To allow the Court to evaluate the diversity of the PSC and its major contributors, all

2   Common Benefit attorney timekeepers shall provide Lead Counsel with self-identification

3   metrics responsive to each category in the survey, attached as **Exhibit 2**.  While responses to the

4   survey are required from each timekeeper, each category shall include an option for declining to

5   provide the information.

6       Lead Counsel shall compile this information and provide the Court with a quarterly

7   diversity report (alongside the time and expense report) that combines this diversity data with the

8   recorded Common Benefit tasks performed by each timekeeper.  That quarterly report will

9   summarize—in a top-line and accessible manner—the roles and relative contributions of each

10  self-identified group.  Each report will also include Lead Counsel's summary of the results (both

11  quantitative and qualitative) of its' diversity efforts to date and Lead Counsel's actionable goals

12  for maximizing inclusion on a go forward basis.

13

14  **IT IS SO ORDERED.**

15

16

17  **DATED**: August 27, 2021

18                                                  Hon. William H. Orrick
                                                    United States District Court Judge
19

20

21

22

23

24

25

26

27

28

Exhibit 1

**Firm Name:** _____

**Date:** _____

**Categories:** 1. Investigation/Factual Research   2. Attorney Meetings/Strategy   3. Leadership Case Management Duties (Co-Leads/PSC Only)   3.a. Case Management (Reports/Filings)   3.b. Case Management (Administration)   4.a. Court Appearances (Preparation for Argument/Presentation)   4.b. Court Appearances (Argument/Presentation)   4.c. Court Appearances (Attendance at Direction of Court/Leadership)   5. Pleadings (Complaint/Answer)   6.a. Discovery (Written Discovery – Propounding)   6.b. Discovery (Dispute – Analysis/Strategy)   6.c. Discovery (Dispute – Negotiation)   6.d. Discovery (Dispute – Lead Negotiation)   6.e. Discovery (Third-Party)   6.f. Discovery (Third-Party – Lead (Negotiation/Compliance))   7. Discovery (Plaintiff Discovery - Responsive)   8. Document Review   9. Legal Research/Memoranda   10. Scientific Research   11.a. Motions/Briefs (Lead Author)   11.b. Motions/Briefs   12.a. Fact Depositions (Notice/Scheduling)   12.b. Fact Depositions (Preparation)   12.c. Fact Depositions (Questioning)   12.d. Fact Depositions (Defending)   12.e. Fact Depositions (Attending at the Direction of Leadership)   13. Class Certification/Notice   14.a. Experts/Consultants (Administrative)   14.b. Experts/Consultants (Lead Deposition Preparation)   14.c. Experts/Consultants (Deposition Preparation)   14.d. Experts/Consultants (Defending Deposition)   14.e. Experts/Consultants (Taking Deposition)   14.f. Experts/Consultants (Attending Deposition at the Direction of Leadership)   14.g. Experts/Consultants (Preparation of Reports)   15.a. Settlement/Mediation   15.b. Settlement Administration   16. Bellwether Selection   17. Trial Preparation (Prior to Pretrial Conference)   18. Trial   18.a. Bellwether Trial (Lead Counsel)   18.b. Bellwether Trial (Oral Argument)   18.c. Bellwether Trial (Attend at the Direction of Lead Counsel)   18.d. Bellwether Trial (Presentation of Evidence/Cross-Examination)   18.e. Bellwether Trial (Jury Selection)   18.f. Bellwether Trial (Administrative)   18.g. Bellwether Trial (Lead Negotiations)   18.h. Bellwether Trial (Witness Preparation)   19. Appeal   20. Client Communications   21. Miscellaneous   22.a. Internal Presentation - Strategy/Evidence/Analysis (Lead – Presentation)   22.b. Internal Presentation - Strategy/Evidence/Analysis (Preparation)

| First Name Last Name | Date of Service: mm/dd/yyyy | Category Code: | JCCP or MDL | Co-Lead Counsel Who Assigned/Approved Work (First Name Last Name) | Time spent (by 0.1 increments) | Detailed Description of Work performed: | Bill Rates | Professional level: Partner (PT), Associate (A), or Paralegal (PR) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| First Name Last Name | Date of Service: mm/dd/yyyy | Category Code: | JCCP or MDL | Co-Lead Counsel Who Assigned/Approved Work (First Name Last Name) | Time spent (by 0.1 increments) | Detailed Description of Work performed: | Bill Rates | Professional level: Partner (PT), Associate (A), or Paralegal (PR) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Exhibit 2

# Diversity Survey

| RACE/ETHNICITY (Please check (✓) one only) | | |
|---|---|---|
| ❏ | **American Indian or Alaska Native**(Not Hispanic or Latino) | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ❏ | **Asian** (Not Hispanic or Latino) | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ❏ | **Black or African American** (Not Hispanic or Latino) | A person having origins in any of the black racial groups of Africa. |
| ❏ | **Hispanic or Latino** | A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race. |
| ❏ | **Native Hawaiian or Other Pacific Islander** (Not Hispanic or Latino) | A person having origins in any of the original peoples of Hawaii, Guan, Samoa, or other Pacific Islands. |
| ❏ | **White** (Not Hispanic or Latino) | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |
| ❏ | **Two or More Races** (Not Hispanic or Latino) | All persons who identify with more than one of the above categories. |
| ❏ | I do not wish to self-identify | |

| GENDER/SEX | |
|---|---|
| ❏ | Male |
| ❏ | Female |
| ❏ | Non-Binary |
| ❏ | I do not wish to self-identify |

| LGBTQIA | |
|---|---|
| ❏ | Yes |
| ❏ | No |
| ❏ | I do not wish to self-identify |

| DISABILITY STATUS (A person is disabled if he or she has a physical or mental impairment that substantially limits one or more major life activities) | |
|---|---|
| ❏ | Yes |
| ❏ | No |
| ❏ | I do not wish to self-identify |

| YEARS IN PRACTICE | |
|---|---|
| ❏ | 1-3 |
| ❏ | 4-6 |
| ❏ | 7-9 |
| ❏ | 10-15 |
| ❏ | 16-20 |
| ❏ | 20+ |
| ❏ | I do not wish to disclose. |