UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-md-02913-WHO (JSC)

**ORDER FOLLOWING AUGUST 30, 2021 DISCOVERY CONFERENCE**

As directed at the August 18, 2021 Discovery Conference and reiterated today, on or before September 7, 2021, the parties shall submit a stipulation as set forth below:

First, the stipulation shall identify all of the fact discovery the parties **agree** may occur *after* the fact discovery cut off along with the deadline, if any, for any disputes regarding that future discovery to be brought to the Court's attention via a discovery dispute joint letter. For example, if the parties have agreed that certain depositions can occur in September, then those depositions shall be specifically identified, along with the date of deposition, and a deadline for bringing any disputes to the Court's attention arising out of the deposition.

Second, to the extent there are outstanding discovery disputes that the parties need more time to confer about and thus cannot meet the deadline set forth in Civil Local Rule 37-3 ("no motions to compel discovery may be filed more than 7 days after the discovery cut-off"), those disputes shall be specifically identified in the stipulation along with a date for bringing the dispute to the Court's attention via a discovery dispute joint letter. For example, if the parties continue to have a dispute regarding Plaintiffs' late-noticed 30(b)(6) depositions, then that dispute shall be identified along with a specific deadline for raising the dispute with the Court.

Third, to the extent the parties cannot agree on an applicable deadline for a particular dispute, then the parties' stipulation shall include their competing proposals.

**IT IS SO ORDERED.**

Dated: August 30, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2