*[Submitting counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | Case No. 19-md-2913-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE FOR SUBMITTING PROPOSED REDACTIONS FOR CLASS CERTIFICATION OPPOSITION PAPERS**<br><br>Hon. William H. Orrick |

1  WHEREAS, on August 27, 2021, the Court granted (with modification) the parties' stipulation that, among other things, requested that materials related to Defendants' class certification oppositions be conditionally filed under seal. ECF 2306. The Court directed the parties to file proposed redactions within 20 days of filing Defendants' class certification oppositions;

WHEREAS the parties have been diligently reviewing the materials submitted in connection with Defendants' class certification oppositions and identifying materials they would request remain under seal;

WHEREAS JLI, Altria, and the Other Director Defendants each filed a brief and exhibits in opposition to class certification. Each opposition included as exhibits, among other things, deposition transcripts from plaintiffs in the litigation;

WHEREAS, given the volume of material submitted in opposition to class certification, Plaintiffs respectfully request, and Defendants do not oppose, a modest extension to the September 16 deadline for submitting a joint chart that identifies the materials that the parties wish to remain under seal.

**NOW THEREFORE,** the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order the parties shall file the joint chart identifying the materials that they request remain under seal no later than September 20, 2021. All other provisions of the Court's August 27 order remain in effect.

Dated: September 16, 2021                                   Respectfully submitted,

By: /s/   Renee D. Smith                                    By: /s/   Sarah R. London
Renee D. Smith                                              Sarah R. London
James F. Hurst                                              **LIEFF CABRASER HEIMANN &**
**KIRKLAND & ELLIS LLP**                                    **BERNSTEIN**
300 N. LaSalle                                              275 Battery Street, Fl. 29
Chicago, IL 60654                                           San Francisco, CA 94111
Telephone: (312) 862-2310                                   Telephone: (415) 956-1000

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR SUBMITTING
PROPOSED REDACTIONS FOR CLASS CERTIFICATION OPPOSITION PAPERS
Case No. 19-md-2913-WHO

| | |
|---|---|
| By: /s/ *Peter A. Farrell*<br>Peter A. Farrell<br>David M. Bernick<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959 | By: /s/ *Dena C. Sharp*<br>Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| By: /s/ *Gregory P. Stone*<br>Gregory P. Stone<br>Bethany W. Kristovich<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100 | By: /s/ *Dean Kawamoto*<br>Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900 |

*Attorneys for Defendant Juul Labs, Inc.*

| | |
|---|---|
| By: /s/ *John C. Massaro*<br>John C. Massaro<br>Jason A. Ross<br>David E. Kouba<br>Paul W. Rodney<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave., N.W.<br>Washington D.C. 20001<br>Telephone: (202) 942-5000 | By: /s/ *Ellen Relkin*<br>Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br><br>*Co-Lead Counsel for Plaintiffs* |

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

| | |
|---|---|
| By: /s/ *Eugene Illovsky*<br>Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>**BOERSCH & ILLOVSKY LLP**<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br><br>*Attorneys for Defendant Adam Bowen* | By: /s/ *James N. Kramer*<br>James N. Kramer<br>Roland Chang<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br><br>*Attorneys for Defendant James Monsees* |

By: /s/   Michael J. Guzman
Mark C. Hansen
Michael J. Guzman
David L. Schwartz
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

### FILER'S ATTESTATION

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

/s/   Dena C. Sharp

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:** the parties shall file the joint chart identifying the materials that they request remain under seal no later than September 20, 2021.  All other provisions of the Court's August 27 order remain in effect.

Dated: September 16, 2021

HONORABLE WILLIAM H. ORRICK
United States District Judge