```
1    JAMES N. KRAMER (SBN 154709)
     jkramer@orrick.com
2    ROLAND CHANG (SBN 271511)
     rdchang@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
4    405 Howard Street
     San Francisco, CA  94105-2669
5    Telephone:    +1 415 773 5700
     Facsimile:    +1 415 773 5759
6
     LAUREN B. SEATON (SBN 294453)
7    lseaton@orrick.com
     ORRICK, HERRINGTON & SUTCLIFFE LLP
8    2050 Main Street, Suite 1100
     Irvine, CA  92614-8255
9    Telephone:    +1 949 567 6700
     Facsimile:    +1 949 567 6710
10
     SUNNY HWANG (SBN 296278)
11   shwang@orrick.com
     ORRICK, HERRINGTON & SUTCLIFFE LLP
12   777 South Figueroa Street, Suite 3200
     Los Angeles, CA  90017-5855
13   Telephone:    +1 213 629 2020
     Facsimile:    +1 213 612 2499
14
     Attorneys for Defendant James Monsees
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:19-md-02913-WHO<br><br>**NOTICE OF APPEARANCE OF LAUREN B. SEATON FOR DEFENDANT JAMES MONSEES**<br><br>Judge:  Honorable William H. Orrick |
|---|---|

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that **LAUREN B. SEATON** of the law firm of Orrick, Herrington & Sutcliffe LLP hereby enters an appearance as counsel for Defendant James Monsees, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Lauren B. Seaton
lseaton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
Telephone:  949-567-6700
Facsimile:  949-567-6710

Dated: September 30, 2021        Respectfully submitted,
                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    */s/ Lauren B. Seaton*
                    LAUREN B. SEATON

                    Attorneys for Defendant
                    James Monsees