UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO   (JSC)<br><br>**ORDER RE: EXPEDITED ALTRIA CROSTHWAITE PRIVILEGE REVIEW**<br><br>Re: Dkt. No. 2419 |

At the parties' request, the Court has reviewed the *in camera* submission for determination of application of the attorney-client privilege. The Court rules as follows.

1. **ALGFTC0000948495**: Privileged.

2. **ALGFTC0000130989, ALGFTC0000733233, ALGFTC0000747379**: Privileged. A lawyer's advice as to how to word a letter to serve his client's interests is privileged legal advice.

3. **ALGFTC0005495999**: The redaction on slide 6 (if still at issue) is not privileged. Altria has not met its burden of showing that slide 10 is protected by the attorney-client privilege.

4. **ALGFTC0001058016**: Privileged.

5. **ALGFTC0007347643:** Privileged.

6. **ALGFTC0007329149, ALGFTC0007329205, ALGFTC0007333500, ALGFTC0007333530**: Privileged.

This Order disposes of Docket No. 2419.

**IT IS SO ORDERED.**

Dated: October 5, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge