[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS (DKT. NO. 2413)** |
| This Document Relates to:<br><br>*Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO, ECF No. 2299-B3;<br><br>*Jacob Fairess v. Juul Labs, Inc., et al.*, Case No. 20-cv-06765-WHO, ECF No. 2299-B1;<br><br>*G.F., A Minor, P.P.A. Catherine Faulds v. Juul Labs, Inc., et al.*, Case No. 20-cv-07255-WHO, ECF No. 2299-B4;<br><br>*Jayme Westfaul v. Juul Labs, Inc., et al.*, Case No. 20-cv-06865-WHO, ECF No. 2299-B2 | |

1       The undersigned parties jointly stipulate and agree, subject to the Court's approval, to a

2 modest extension of the briefing schedule of Defendants Hoyoung Huh, Nicholas Pritzker, and

3 Riaz Valani's motion to dismiss the personal injury bellwether cases.

4       WHEREAS, on September 29, 2021, Defendants Huh, Pritzker, and Valani filed a motion

5 to dismiss (Dkt. No. 2413) them from the above captioned cases;

6       WHEREAS, the current deadline for Plaintiffs' responses is October 13, 2021;

7       WHEREAS, the current deadline for Defendants Huh, Pritzker, and Valani's reply is

8 October 20, 2021;

9       WHEREAS, the parties are engaged in expert discovery over this same period of time;

10       WHEREAS, the parties recognize that providing additional time for briefing these issues

11 will benefit all involved and facilitate disposition;

12       **NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate,

13 agree and respectfully request that the Court enter an Order extending both deadlines for briefing

14 Defendants Huh, Pritzker, and Valani's motion to dismiss by two weeks, such that Plaintiffs'

15 oppositions shall be due October 27, 2021 and Defendants Huh, Pritzker, and Valani's reply shall

16 be due November 17, 2021.

17 Dated: October 6, 2021                         Respectfully submitted,

By: */s/ Michael J. Guzman*              By: */s/ Sarah R. London*

Mark C. Hansen
Michael J. Guzman
David L. Schwartz
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs*

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND DEADLINES RELATED TO
DEFENDANTS' MTD (DKT. NO. 2413)
Case No.: 19-md-02913-WHO

1   **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY**

2   **ORDERED:** Plaintiffs' oppositions to Defendants Hoyoung Huh, Nicholas Pritzker, and Riaz

3   Valani's motion to dismiss the personal injury bellwether cases (Dkt. No. 2413) shall be due

4   October 27, 2021 and Defendants' reply shall be due November 17, 2021.

5   **The hearing on the motion is set for 1 p.m. on December 10, 2021.**

9   Dated: October 7, 2021

HONORABLE WILLIAM H. ORRICK
United States District Judge

2

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINES RELATED TO
DEFENDANTS' MTD (DKT. NO. 2413)
Case No.: 19-md-02913-WHO