UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO (JSC)<br><br>**ORDER FOLLOWING OCTOBER 18, 2021 DISCOVERY CONFERENCE** |

As stated at the October 18, 2021 discovery conference, if any personal injury plaintiff wants to amend an existing Plaintiff Fact Sheets to add a new assertion of physical injury after the plaintiff has been deposed, the parties shall meet and confer in advance and if they cannot agree, the plaintiff must seek leave of court to amend for good cause shown.

The next Discovery Conference will be held November 10, 2021 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge