# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING TRIBAL CASE/TRIAL SCHEDULE |
| This Document Relates to: <br><br> TRIBAL CASES. | |

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS ORDERED:**

- the Parties' proposed tribal case/trial schedule(s) to the Court will be due by November 30, 2021.

Dated: November 14, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING TRIBAL CASE/TRIAL SCHEDULE

RESPECTFULLY SUBMITTED this 12th day of November, 2021.

| | |
|---|---|
| By: /s/ *Renee D. Smith* <br> Renee D. Smith (pro hac vice) <br> James M. Hurst (pro hac vice) <br> KIRKLAND & ELLIS LLP <br> 300 N. LaSalle <br> Chicago, IL 60654 <br> Telephone: (312) 862-2310 | By: /s/ *Dean Kawamoto* <br> Dean Kawamoto <br> KELLER ROHRBACK L.L.P <br> 1201 Third Ave, Ste. 3200 <br> Seattle, WA 98101 <br> Telephone: (206) 623-1900 |
| /s/ *Peter A. Farrell* <br> Peter A. Farrell (pro hac vice) <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Ave, N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 389-5959 | By: /s/ *Sarah R. London* <br> Sarah R. London <br> LIEFF CABRASER HEIMANN & BERNSTEIN <br> 275 Battery Street, Fl. 29 <br> San Francisco, CA 94111 <br> Telephone: (415) 956-1000 |
| By: /s/*Gregory P. Stone* <br> Gregory P. Stone, SBN 78329 <br> Bethany W. Kristovich, SBN 241891 <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Gand Avenue <br> Fiftieth Floor <br> Los Angeles, California 90071-3426 <br> Telephone: (213) 683-9100 | By: /s/*Dena. C. Sharp* <br> Dena C. Sharp <br> GIRARD SHARP LLP <br> 601 California St. Suite 1400 <br> San Francisco, CA 94108 <br> Telephone: (415) 981-4800 |
| ***Attorneys for Defendant Juul Labs, Inc.*** | By: /s/ *Ellen Relkin* <br> Ellen Relkin <br> WEITZ & LUXENBERG <br> 700 Broadway <br> New York, NY 10003 <br> Telephone: (212) 558-5500 <br><br> ***Co-Lead Counsel for Plaintiffs*** |

| | |
|---|---|
| By: *John C. Massaro* | By: /s/ *James Kramer* |
| ARNOLD & PORTER KAYE SCHOLER LLP | ORRICK HERRINGTON & SUTCLIFFE LLP |
| John C. Massaro (admitted pro hac vice) | James Kramer |
| Jason A. Rosss (admitted pro hac vice) | Roland Chang |
| 601 Massachusetts Ave., N.W. | The Orrick Building |
| Washington D.C. 20001 | 405 Howard Street |
| Telephone: (202) 942-5000 | San Francisco, CA 94105-2669 |
| Facsimile: (202) 942-5999 | Telephone: (415) 773-5700 |
| john.massaro@arnoldporter.com | jkramer@orrick.com |
| Jason.ross@arnoldporter.com | rdchang@orrick.com |
| | |
| ***Attorneys for Defendants Altria Group, Inc. and Phillip Morris USA Inc***. | ***Attorneys for Defendant James Monsees*** |

| | |
|---|---|
| /s/ *Eugene Illovsky* | By: /s/ *Michael J. Guzman* |
| BOERSCH & ILLOVSKY LLP | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| Eugene Illovsky | Mark C. Hansen |
| Martha Boersch | Michael J. Guzman |
| Matthew Dirkes | David L. Schwartz |
| 1611 Telegraph Ave., Suite 806 | Sumner Square, 1615 M St., N.W., Suite 400 |
| Oakland, CA 94612 | Washington, DC 20036 |
| Telephone: (415) 500-6643 | Telephone: (202) 326-7910 |
| eugene@boersch-illovsky.com | mguzman@kellogghansen.com |
| martha@boersch-illovsky.com | |
| matt@boersch-illovsky.com | ***Attorneys for Defendants Nicholas Pritzker, and Hoyoung Huh*** |
| ***Attorneys for Defendant Adam Bowen*** | |

**CERTIFICATE OF SERVICE**

I, Renee D. Smith, hereby certify that on November 12, 2021, I electronically filed **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING TRIBAL CASE/TRIAL SCHEDULE** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Renee D. Smith*
Renee D. Smith