[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED AGENDA** |
| This Document Relates to: ALL ACTIONS | |

Pursuant to Civil Local Rule 16-10(d) and the Court's November 5, 2021 Minute Order (ECF No. 2282), counsel for Defendants Juul Labs, Inc. ("JLI"), Altria,[1] Director Defendants,[2] E-Liquid Defendants,[3] Retailer Defendants,[4] and Distributor Defendants[5] (collectively "Defendants"), and Plaintiffs' Co-Lead Counsel ("Plaintiffs") (collectively referred to herein as

---

[1] "Altria" refers to Altria Group, Inc., and the Altria-affiliated entities named in Plaintiffs' Consolidated Class Action Complaint and Consolidated Master Complaint (collectively, "Complaints"), *see* ECF Nos. 387, 388.

[2] "Director Defendants" refers to Messrs. James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani.

[3] "E-Liquid Defendants" refers to Mother Murphy's Labs, Inc., Alternative Ingredients, Inc., Tobacco Technology, Inc., and Eliquitech, Inc.

[4] "Retailer Defendants" refers to Chevron Corporation, Circle K Stores, Inc., Speedway LLC, 7-Eleven, Inc., Walmart, and Walgreen Co.

[5] "Distributor Defendants" refers to McLane Company, Inc., Eby-Brown Company, LLC, and Core-Mark Holding Company, Inc.

the "Parties") respectfully provide this Joint Case Management Statement in advance of the Further Case Management Conference scheduled for December 6, 2021.

**I.   PARTICIPANT INFORMATION**

The December 6, 2021 CMC will proceed by Zoom with certain attendees appearing in person.  Anyone who wishes to attend the conference virtually must log in using the information available at:  https://www.cand.uscourts.gov/judges/orrick-william-h-who/.

**II.   ISSUES TO BE DISCUSSED BELOW AND PROPOSED AGENDA**

1. Status of Case Filings and Dismissals
2. Case Management Matters
3. Discovery Status
4. ADR Status

**III.   STATUS OF CASE FILINGS AND DISMISSALS**

As of November 30, 2021, approximately 2,947[6] cases are pending in this MDL, naming 109 defendants. A list of these defendants is attached as **Exhibit A**.  To date, 2,429 personal injury cases and 462 government entity cases (including 414 school districts, 20 counties, 2 cities, and 26 tribes) have been filed in this MDL.  626 MDL plaintiffs have voluntarily dismissed their cases (600 personal injury plaintiffs and 24 class plaintiffs and 2 school districts); 270 cases have been dismissed without prejudice pursuant to CMO No. 8; and 24 other cases are subject to pending motions to dismiss without prejudice that have not yet been ruled upon.  Furthermore, 180 case dismissals without prejudice have been converted to dismissals with prejudice pursuant to CMO No. 8.

There are 577 complaints pending in JCCP 5052, which is assigned to Judge David S. Cunningham of the Los Angeles Superior Court as the Coordination Trial Judge.  There are 83 government entity cases, including 78 school districts, and 492 personal injury cases brought on behalf of over 3,200 individual personal injury plaintiffs.  There are 26 defendants named in those JCCP cases.

---

[6] The numbers in this Statement reflect the Parties' good faith estimates based on reasonably available information.  The Parties will continue to work together to align their data and resolve any inconsistencies.

The Parties are also aware of 14 pending cases filed by State Attorneys General specifically: California, Illinois, Hawai'i, New York, Louisiana, Mississippi, Minnesota, Washington D.C., Pennsylvania, New Mexico, Massachusetts, Colorado, Alaska and Washington. Plaintiffs' Liaison Counsel continue their outreach to various State Attorneys General to discuss cooperation with this MDL.

An update on matters of significance (including hearings, schedules, deadlines, depositions, substantive orders, and trial dates) in Related Actions as defined by the Joint Coordination Order (CMO 9, ECF No. 572 at 1, 3), is attached hereto as **Exhibit B**.

## IV.   CASE MANAGEMENT MATTERS

### A.   Additional Trial Dates

During last month's status conference, the Court offered the following dates for trials in 2023: January 9, 2023; February 20, 2023; April 17, 2023; and June 12, 2023. Plaintiffs accept these dates and will meet and confer with Defendants regarding which cases should proceed on which dates.

### B.   Trial Length and Mechanics

Plaintiffs have raised with Defendants the issues of the estimated length of time for trial and witness trial availability and related procedures. Defendants are prepared to meet and confer regarding these issues. Plaintiffs anticipate raising this issue with the Court, to clarify which witnesses Defendants will make available and, if necessary, request a briefing schedule to resolve any disputes as to which witnesses can be compelled.

### C.   Interim Trial Deadlines

The parties continue to meet and confer regarding interim deadlines for the first personal injury bellwether trial. The parties have been discussing a proposal regarding the scope and timing of *Daubert* motions due to be filed on December 15, 2021, and anticipate raising it with the Court.

**D.     Defense Expert Report Supplementation**

Defendants would like to discuss with the Court supplementation of a Defense expert report to address information and testimony from depositions of Plaintiffs' experts that occurred after Defendants' submission of their expert reports last month.

**E.     *Pesce* Summary Judgment and *Daubert* Deadlines**

The parties anticipate submitting a joint stipulation moving the deadlines for filing *Daubert* and summary judgment motions in the *Pesce* bellwether case.

**F.     Plaintiff Fact Sheets and Bellwether Selection**

The parties have been discussing potential revisions to the Plaintiff Fact Sheet process in the personal injury cases in order to provide more complete and accurate information for any future bellwether selection process. The parties will submit joint or competing proposals for bellwether selection procedures by January 7, 2022.

**G.     Government Entity Cases**

In light of the Court's order setting the first government entity bellwether, San Francisco Unified School District, for trial on November 7, 2022, the parties have discussed an adjustment to the remaining pre-trial bellwether deadlines. The parties have exchanged proposals and are continuing to meet and confer regarding a revised schedule, and propose presenting to the Court either an agreed upon schedule or competing schedules by December 10, 2021. In the interim, the parties have agreed, and propose to the Court, extending the deadline for serving case-specific expert reports until January 7, 2022 and the deadline for serving case-specific rebuttal reports until February 18, 2022.

**H.     Tribal Cases Schedule**

JLI and Plaintiffs in the tribal cases continue to meet and confer regarding the case schedule, and anticipate submitting competing letter briefs to the Court on December 10, 2021.

**V.     DISCOVERY STATUS**

The MDL Plaintiffs are holding weekly calls with JCCP counsel regarding discovery, as detailed by the Joint Coordination Order (CMO No. 9, ECF No. 572) and the Deposition Protocol (CMO No. 10, ECF No. 573).

## VI. ADR STATUS

Pursuant to Civil Local Rule 16-10(d), the Parties report that they continue to confer with Settlement Master Thomas J. Perrelli and cooperate with his recommendations.

Dated: December 2, 2021                                    Respectfully submitted,

By: /s/ *Renee D. Smith*                                    By: /s/ *Sarah R. London*

Renee D. Smith (*pro hac vice*)                             Sarah R. London
**KIRKLAND & ELLIS LLP**                                    **LIEFF CABRASER HEIMANN &**
300 N. LaSalle                                              **BERNSTEIN**
Chicago, IL 60654                                           275 Battery Street, Fl. 29
Telephone: (312) 862-2310                                   San Francisco, CA 94111
                                                            Telephone: (415) 956-1000

By: /s/ *Peter A. Farrell*
                                                            By: /s/ *Dena C. Sharp*
David M. Bernick (*pro hac vice*)
Peter A. Farrell (*pro hac vice*)                           Dena C. Sharp
**KIRKLAND & ELLIS LLP**                                    **GIRARD SHARP LLP**
1301 Pennsylvania Ave, N.W.                                 601 California St., Suite 1400
Washington, D.C. 20004                                      San Francisco, CA 94108
Telephone: (202) 389-5959                                   Telephone: (415) 981-4800

By: /s/ *Gregory P. Stone*                                  By: /s/ *Dean Kawamoto*

Gregory P Stone, SBN 78329                                  Dean Kawamoto
Bethany W. Kristovich, SBN 241891                           **KELLER ROHRBACK L.L.P.**
**MUNGER, TOLLES & OLSON LLP**                              1201 Third Ave., Ste. 3200
350 South Grand Avenue                                      Seattle, WA 98101
Fiftieth Floor                                              Telephone: (206) 623-1900
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
                                                            By: /s/ *Ellen Relkin*
*Attorneys for Defendant Juul Labs, Inc.*
                                                            Ellen Relkin
                                                            **WEITZ & LUXENBERG**
                                                            700 Broadway
                                                            New York, NY 10003
                                                            Telephone: (212) 558-5500

                                                            *Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| By: */s/ John C. Massaro* | By: */s/ James Kramer* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| John C. Massaro (admitted pro hac vice)<br>Jason A. Ross (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>john.massaro@arnoldporter.com<br>Jason.ross@arnoldporter.com | James Kramer<br>Roland Chang<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>jkramer@orrick.com<br>rdchang@orrick.com |
| *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | *Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| **BOERSCH & ILLOVSKY LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@boersch-illovsky.com<br>martha@boersch-illovsky.com<br>matt@boersch-illovsky.com | Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com |
| *Attorneys for Defendant Adam Bowen* | *Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

By: */s/ Mitchell B. Malachowski*

**TYSON & MENDES, LLP**

James E. Sell
Mitchell B. Malachowski
Stephen Budica
April M. Cristal
523 4th Street, Suite 100
San Rafael, CA 94901
Telephone: (628) 253-5070
jsell@tysonmendes.com
mmalachowski@tysonmendes.com
sbudica@tysonmendes.com
acristal@tysonmendes.com

*Attorneys for Defendants Mother Murphy's Labs, Inc., and Alternative Ingredients, I*

By: */s/ Michael L. O'Donnell*

**WHEELER TRIGG O'DONNELL LLP**

Michael L. O'Donnell
James E. Hooper
Marissa Ronk
370 17th Street, Ste. 4500
Denver, CO 80202
Telephone: (303) 244-1850
Odonnell@wtotrial.com
hooper@wtotrial.com
Ronk@wtotrial.com

*Attorneys for Defendant McLane Company, Inc.*

By: */s/ Robert Scher*

**FOLEY & LARDNER LLP**

Robert Scher
Peter N. Wang
Graham D. Welch
Dyana K. Mardon
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
rscher@foley.com
pwang@foley.com
gwelch@foley.com
dmardon@foley.com

*Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

By: */s/ Christopher J. Esbrook*

**ESBROOK LAW P.C.**

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

*Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, and 7-Eleven, Inc., Speedway, and Walgreen Co.*

1  By: */s/ David R. Singh*

2  **WEIL, GOTSHAL & MANGES LLP**

3  David R. Singh
   Bambo Obaro
4  201 Redwood Shores Parkway, 6th Floor
   Redwood Shores, CA 94065
5  Telephone: (650) 802-3083
   david.singh@weil.com
6  bambo.obaro@weil.com

7  *Attorneys for Defendant Core-Mark Holding Company, Inc.*

8

9  By: */s/ Donald F. Zimmer, Jr.*

10 **KING & SPALDING  LLP**

11 Donald F. Zimmer, Jr.
   Quyen L. Ta
12 Jennifer T. Stewart
   50 California Street, Suite 3300
13 San Francisco, CA 94111
   Telephone:      (415) 318-1200
14 fzimmer@kslaw.com
   qta@kslaw.com
15 jstewart@kslaw.com

16 *Attorneys for Defendant Walmart Inc.*

17 By: */s/ Charles C. Correll Jr.*

18 **KING & SPALDING LLP**

19 Andrew T. Bayman (Admitted *pro hac vice*)
   1180 Peachtree Street, Suite 1600
20 Atlanta, GA 30309
   Telephone: (404) 572-4600
21 abayman@kslaw.com

   and
22
   Charles C. Correll, Jr.
23 Matthew J. Blaschke
   Alessandra M. Givens
24 50 California Street, Suite 3300
   San Francisco, CA 94111
25
   Telephone: (415) 318-1200
26 ccorrell@kslaw.com
   mblaschke@kslaw.com
27 agivens@kslaw.com

28 *Attorneys for Defendant Chevron Corporation*