1
2
3
4
5
6
7
8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO )<br>) The Honorable William H. Orrick )<br>) **AMENDED ORDER GRANTING JLI'S**<br>) **MOTION TO CONVERT ORDER OF**<br>) **DISMISSAL WITHOUT PREJUDICE TO**<br>) **ORDER OF DISMISSAL WITH PREJUDICE** |
| *This Document Relates to Case No. 20-8290, Plaintiff Anthony Smith* | ) This Document Relates To: All Actions )<br>) The Hon. William H. Orrick )<br>) ) |

1 **THIS CAUSE** is before the Court on the matter of Anthony Smith, Individual Case No. 20-cv-8290-WHO. Counsel for Defendant Juul Labs, Inc. recently notified the Court that Defendant inadvertently included Mr. Smith's case as a candidate for dismissal with prejudice in its previously filed proposed order.[*See* Dkt. 2556]. For that reason, the Court vacates the portion of its Order dismissing Mr. Smith's case with prejudice [Dkt. 2584] and directs the Clerk to reinstate Case No. 20-cv-8290-WHO.

IT IS SO ORDERED.

Dated: December 6, 2021

_____
The Honorable William H. Orrick
United States District Judge