# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 6, 2021 | **Time:** 2 hours, 4 minutes 10:02 a.m. to 12:06 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., Marketing, Sales Practices | |

**Attorneys for Plaintiffs:**

Appearing in Person:  Dena Sharp, Sarah London, Nina Gliozzo, and Sabita Soneji

Appearing via Video:  Ellen Relkin, Scott Grzenczyk, Dean Kawamoto, Reilly Stoler, Andrew Kaufman, and Leora Friedman

**Attorneys for Defendants:**

Appearing in Person:  David Bernick, Michael J. Guzman, Daniel B. Levin, Ryan Folio, Gregory Stone, Eugene Illovsky, Roland Chang, and James N. Kramer

Appearing via Video:  Peter A. Farrell, John Massaro, and Michael O'Donnell

**Deputy Clerk:** Jean Davis  **Court Reporter:** Ana Dub

## PROCEEDINGS

*(Additional counsel in attendance via videoconference and in person; only those who were approved in advance to address the Court are identified.)*

Hearing conducted with counsel participating both in person and via videoconference as to motion for class certification and *Daubert* motions. The Court has issued tentative opinions in advance of the hearing which have been reviewed by counsel.

Argument of counsel heard. Motions taken under submission; written order to follow.