[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO  **JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
| This Document Relates to:  *ROBERTO PESCE v. JUUL LABS, INC., et al,* | |

1   The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the briefing schedule in bellwether personal injury plaintiff Roberto Pesce's case set forth in the proposed order attached hereto as **Exhibit A**. In support thereof, the parties state as follows:

WHEREAS, the parties previously agreed, as stated in the Case Management Statement filed on December 2, 2021, to extend the briefing deadlines related to summary judgment and *Daubert* in the Pesce case (ECF No. 2593),

WHEREAS, the parties have agreed to a briefing schedule for the Pesce case of February 9, 2022 for opening summary judgment and *Daubert* motions; March 18, 2022 for oppositions; and April 1, 2022 for replies;

WHEREAS, while the parties recognize that the Court's December 6, 2021 Minute Order referenced *Daubert* motions and a hearing date for both the B.B. and Pesce bellwether trials (ECF No. 2611), the parties seek clarification on whether the Court is amenable to the above agreed-upon extension of dates.

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order in the form as attached hereto as **Exhibit A**, as may be modified and approved by the Court.

| | |
|---|---|
| Dated: December 9, 2021 | Respectfully submitted, |
| By: /s/ *Renee D. Smith* | By: /s/ *Sarah R. London* |
| Renee D. Smith (*pro hac vice*)<br>James F. Hurst (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2310 | Sarah R. London<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| By: */s/ Peter A. Farrell* | By: */s/ Dena C. Sharp* |
| David M. Bernick (*pro hac vice*)<br>Peter A. Farrell (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959 | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| | By: */s/ Dean Kawamoto* |
| By: */s/ Gregory P. Stone* | Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900 |
| Gregory P Stone, SBN 78329<br>Bethany W. Kristovich, SBN 241891<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone:     (213) 683-9100 | By: */s/ Ellen Relkin* |
| *Attorneys for Defendant Juul Labs, Inc.* | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br><br>*Co-Lead Counsel for Plaintiffs* |

**Priv**

3

JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]
ORDER REGARDING BRIEFING SCHEDULE

| | |
|---|---|
| By: */s/ John C. Massaro* | By: */s/ James Kramer* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| John C. Massaro (admitted pro hac vice)<br>Jason A. Ross (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>john.massaro@arnoldporter.com<br>Jason.ross@arnoldporter.com | James Kramer<br>Roland Chang<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>jkramer@orrick.com<br>rdchang@orrick.com |
| *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | *Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| **BOERSCH & ILLOVSKY LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@boersch-illovsky.com<br>martha@boersch-illovsky.com<br>matt@boersch-illovsky.com | Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com |
| *Attorneys for Defendant Adam Bowen* | *Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

**EXHIBIT A: ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Schedule is hereby amended as follows: Opening briefs for *Daubert* motions and motions for summary judgment in Roberto Pesce's case shall be due February 9, 2022; opposition briefs shall be due March 18, 2022; and reply briefs shall be due April 1, 2022.

Date: December 10, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge