[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>GOVERNMENT ENTITY CASES | No. 19-cv-2913-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR FILING GOVERNMENT ENTITY CASE SCHEDULE AND CASE SPECIFIC REPORTS** |

No. 19-md-2913-WHO

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR FILING GOVERNMENT ENTITY CASE SCHEDULE AND CASE SPECIFIC REPORTS

As indicated in the December 2, 2021 Joint Case Management Conference Statement Proposed Agenda, the parties are meeting and conferring regarding Plaintiffs' request to extend the deadline for case-specific expert reports, as well as the schedule for the remaining pre-trial bellwether deadlines, in the government entity cases. As the parties are continuing to engage in productive meet and confers, the parties jointly stipulate and agree, subject to the Court's approval, to a one week extension of the deadlines to submit either an agreed upon schedule or competing schedules—thus extending the deadline from December 10, 2021 to December 17, 2021. In the interim, the parties have agreed, and propose to the Court, extending the deadline for serving case-specific expert reports until January 14, 2022 and the deadline for serving case-specific rebuttal reports until February 25, 2022.

WHEREAS, on December 2, 2021, the parties jointly stipulated and agreed to a deadline of December 10, 2021 to submit either an agreed upon schedule or competing schedules;

WHEREAS, on December 2, 2021, the parties jointly stipulated and agreed to extending the deadline for serving case-specific expert reports until January 7, 2022 and the deadline for serving case-specific rebuttal reports until February 18, 2022, while the parties continued to discuss an appropriate schedule for the remaining pre-trial bellwether deadlines in the government entity cases;

WHEREAS, the parties are continuing to engage in productive meet and confers and an additional week would better position the parties to finish meeting and conferring and attempt to reach agreement on the schedule;

WHEREAS, the parties now agree to extend the deadline for serving case-specific expert reports until January 14, 2022 and the deadline for serving case-specific rebuttal reports until February 25, 2022, while the parties continue to discuss an appropriate schedule;

No. 19-md-2913-WHO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING GOVERNMENT ENTITY CASE SCHEDULE AND CASE SPECIFIC REPORTS

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order establishing a deadline of December 17, 2021 for the parties to submit either an agreed upon schedule or competing schedules, a deadline of January 14, 2022 to submit government entity case-specific expert reports, and a deadline of February 25, 2022 to submit government entity case-specific expert rebuttal reports.

| Event | Current Date | Proposed New Date |
|---|---|---|
| GE: Deadline to submit either an agreed upon schedule or competing schedules | December 10, 2021 | December 17, 2021 |
| GE: Case specific expert reports for BW cases exchanged | January 7, 2022 | January 14, 2022 |
| GE: Case specific rebuttal reports for BW cases exchanged | February 18, 2022 | February 25, 2022 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: December 13, 2021



HONORABLE WILLIAM H. ORRICK
United States District Judge

No. 19-md-2913-WHO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING GOVERNMENT ENTITY CASE SCHEDULE AND CASE SPECIFIC REPORTS

RESPECTFULLY SUBMITTED this 13th day of December, 2021.

| | |
|---|---|
| By: */s/ Gregory P. Stone* | By: */s/ Sarah R. London* |
| Gregory P. Stone, SBN 78329<br>gregory.stone@mto.com<br>Bethany W. Kristovich, SBN 241891<br>bethany.kristovich@mto.com<br>Jeremy K. Beecher, SBN 301272<br>jeremy.beecher@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 | Sarah R. London, SBN 267083<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| | By: */s/ Dena C. Sharp*<br>Dena C. Sharp, SBN 245869<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| -and-<br>Renee D. Smith (*pro hac vice*)<br>Mike Brock (*pro hac vice)*<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2310 | By: */s/ Dean Kawamoto*<br>Dean Kawamoto, SBN 232032<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900 |
| -and-<br>David M. Bernick (*pro hac vice*)<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | By: */s/ Ellen Relkin*<br>Ellen Relkin (*pro hac vice*)<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500 |
| ***Attorneys for Defendant JUUL Labs, Inc.*** | ***Co-Lead Counsel for Plaintiffs*** |

No. 19-md-2913-WHO

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR FILING GOVERNMENT ENTITY CASE SCHEDULE AND CASE SPECIFIC REPORTS

1  By: */s/ John S. Massaro*          By: */s/ Michael J. Guzman*

2  John C. Massaro (*pro hac vice*)  Michael J. Guzman (*pro hac vice*)
   Jason A. Ross (*pro hac vice*)    **KELLOGG, HANSEN, TODD, FIGEL &**
3  **ARNOLD & PORTER KAYE**          **FREDERICK PLLC**
   **SCHOLER LLP**                   Sumner Square
4  601 Massachusetts Ave., N.W.      1615 M Street, N.W., Suite 400
5  Washington D.C. 20001             Washington, D.C. 20036
   Telephone: (202) 942-5000         Telephone: (202) 326-7910
6  Facsimile: (202) 942-5999         mguzman@kellogghansen.com
7  john.massaro@arnoldporter.com
   Jason.ross@arnoldporter.com       ***Attorneys for Defendants Nicholas Pritzker, Riaz***
8                                    ***Valani & Hoyoung Huh***
   ***Attorneys for Defendants Altria Group,***
9  ***Inc. and Philip Morris USA Inc.***

No. 19-md-2913-WHO

STIPULATION AND [~~PROPOSED~~] ORDER TO
EXTEND DEADLINES FOR FILING
GOVERNMENT ENTITY CASE SCHEDULE
AND CASE SPECIFIC REPORTS

# CERTIFICATE OF SERVICE

I, Dean N. Kawamoto, hereby certify that on December 13, 2021, I electronically filed **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING GOVERNMENT ENTITY CASE SCHEDULE AND CASE SPECIFIC REPORTS** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Dean N. Kawamoto*
Dean N. Kawamoto

No. 19-md-2913-WHO

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR FILING GOVERNMENT ENTITY CASE SCHEDULE AND CASE SPECIFIC REPORTS