```
1   DAVID M. BERNICK (pro hac vice)
    david.bernick@kirkland.com
2   PETER A. FARRELL (pro hac vice)
    peter.farrell@kirkland.com
3   KIRKLAND & ELLIS LLP
    1301 N. Pennsylvania Ave., N.W.
4   Washington, D.C. 20004
    Telephone: (202) 389-5000
5   Facsimile: (202) 389-5200

6   RENEE D. SMITH (pro hac vice)
    renee.smith@kirkland.com
7   KIRKLAND & ELLIS LLP
    300 North LaSalle
8   Chicago, IL 60654
    Telephone: (312) 862-2000
9   Facsimile: (312) 862-2200

10  GREGORY P. STONE (SBN 78329)
    gregory.stone@mto.com
11  DANIEL B. LEVIN (SBN 226044)
    daniel.levin@mto.com
12  BETHANY W. KRISTOVICH (SBN 241891)
    bethany.kristovich@mto.com
13  MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, 50th Floor
14  Los Angeles, CA 90071-3426
    Telephone: (213) 683-9100
15  Facsimile: (213) 687-3702
```

*Attorneys for Defendant Juul Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JUUL LABS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIAL SHOULD BE SEALED**<br><br>Hon. William H. Orrick |

Before the Court is Defendant JUUL Labs, Inc.'s ("JLI") Administrative Motion to Consider Whether Other Parties' Materials Should Be Sealed in connection with the Declaration

of Renee D. Smith in Support of Defendant JLI's Omnibus *Daubert* Motions. After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action, and the arguments of counsel, the Court GRANTS Defendant JLI's Administrative Motion to Consider Whether Other Parties' Materials Should Be Sealed.

Defendant JLI may provisionally file under seal certain exhibits attached to the Declaration of Renee D. Smith in Support of JLI's Omnibus Daubert Motions, pending the Court's ruling on JLI's Motion to Consider Whether Other Parties' Material Should Be Sealed.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Judge William H. Orrick