[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 19-md-02913-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR BELLWETHER SELECTION PROCEDURES** |

1  The undersigned parties jointly stipulate and agree, subject to the Court's approval, to the
2  the briefing schedule related to personal injury bellwether selection procedures set forth in the
3  proposed order attached hereto as **Exhibit A**. In support thereof, the parties state as follows:
4  WHEREAS, the parties previously agreed in the Joint Case Management Statement filed
5  on December 2, 2021 (ECF No. 2593), to submit joint or competing proposals for bellwether
6  selection procedures by January 7, 2022;
7  WHEREAS, on January 7, 2022, the parties moved for an extension to January 12, 2022
8  to submit joint or competing proposals, which the Court granted on January 11, 2022 (ECF No.
9  2760);
10 WHEREAS, the parties continue to meet and confer, and seek a brief extension of time to
11 January 14, 2022 to submit joint or competing proposals;
12 NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate,
13 agree and respectfully request that the Court enter an Order in the form as attached hereto as
14 **Exhibit A**, as may be modified and approved by the Court.

**Priv**

2

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR
BELLWETHER SELECTION PROCEDURES
CASE NO. 19-MD-02913-WHO

| | |
|---|---|
| Dated: January 12, 2022 | Respectfully submitted, |
| By: /s/ *Renee D. Smith* | By: /s/ *Sarah R. London* |
| Renee D. Smith (*pro hac vice*)<br>James F. Hurst (*pro hac vice)*<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2310 | Sarah R. London<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| By: */s/ Peter A. Farrell* | By: */s/ Dena C. Sharp* |
| David M. Bernick (*pro hac vice*)<br>Peter A. Farrell (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959 | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| | By: */s/ Dean Kawamoto* |
| By: */s/ Gregory P. Stone* | Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900 |
| Gregory P Stone, SBN 78329<br>Bethany W. Kristovich, SBN 241891<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100 | |
| | By: */s/ Ellen Relkin* |
| *Attorneys for Defendant Juul Labs, Inc.* | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500 |
| | *Co-Lead Counsel for Plaintiffs* |

**Priv**

3

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE FOR
BELLWETHER SELECTION PROCEDURES
CASE NO. 19-MD-02913-WHO

| | |
|---|---|
| By: */s/ John C. Massaro* | By: */s/ James Kramer* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| John C. Massaro (admitted pro hac vice)<br>Jason A. Ross (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:   (202) 942-5000<br>Facsimile:  (202) 942-5999<br>john.massaro@arnoldporter.com<br>Jason.ross@arnoldporter.com | James Kramer<br>Roland Chang<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: (415) 773-5700<br>jkramer@orrick.com<br>rdchang@orrick.com |
| *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | *Attorneys for Defendant James Monsees* |
| By: */s/ Eugene Illovsky* | By: */s/ Michael J. Guzman* |
| **BOERSCH & ILLOVSKY LLP** | **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.** |
| Eugene Illovsky<br>Martha Boersch<br>Matthew Dirkes<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br>eugene@boersch-illovsky.com<br>martha@boersch-illovsky.com<br>matt@boersch-illovsky.com | Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com |
| *Attorneys for Defendant Adam Bowen* | *Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* |

4

JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING BRIEFING SCHEDULE FOR BELLWETHER SELECTION PROCEDURES
CASE NO. 19-MD-02913-WHO

**EXHIBIT A: ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The parties' deadline to submit joint or competing proposals on personal injury bellwether selection procedures is hereby extended to January 14, 2022.

Date: January 13, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge