# Exhibit B

***In re Juul Labs, Inc., Marketing, Sales Practices, & Prods. Liab. Litig.*, MDL No. 2913**
**Update On Matters Of Significance In Related Actions (CMO No. 9 at 3)[1]**

1. **State Attorney General Cases**

**Case Name:** *State of Alaska v. Juul Labs, Inc. f/k/a PAX Labs, Inc., Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, Nu Mark LLC, and Nu Mark Innovations, Ltd.*
**Case Number:** 3AN-20-09477CI
**Jurisdiction:** Superior Court of Alaska, Third Judicial District at Anchorage
**Judge/Magistrate:** Hon. Yvonne Lamoureux
**Plaintiffs:** State of Alaska
**Defendants:**[2] Juul Labs, Inc., Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, Nu Mark LLC, and Nu Mark Innovations, Ltd.
**Pending Motions**: Defendants' Motions to Dismiss
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A

**Case Name:** *State of Arizona, ex rel. Mark Brnovich, Attorney General v. Juul Labs, Inc.*
**Case Number:** CV2020-000317
**Jurisdiction:** Superior Court of Arizona, Maricopa County
**Judge/Magistrate:** Hon. Daniel Martin
**Plaintiffs:** State of Arizona, ex rel. Mark Brnovich
**Defendants:** Juul Labs, Inc.
**Status:** Resolved through the entry of a consent judgment on November 30, 2021.

**Case Name:** *The People of the State of California v. Juul Labs, Inc., PAX Labs, Inc. and Does 1-100, Inclusive*
**Case Number:** RG19043543
**Jurisdiction:** Superior Court of CA, County of Alameda
**Judge/Magistrate:** Hon. Stephen Kaus
**Plaintiffs:** The People of the State of California (Xavier Becerra)
**Defendants:** Juul Labs, Inc., Pax Labs, Inc., and Does 1-100, inclusive
**Pending Motions**: N/A
**Hearing Date(s):** 2/22/2022: Case Management Conference; 2/16/2023: Mandatory Settlement Conference
**Case Schedule:**

- 4/15/2022: Fact Discovery Cutoff
- 6/10/2022: Expert Disclosure Cutoff
- 7/1/2022: Supplemental Expert Disclosure Cutoff

---

[1] Pursuant to CMO No. 9, this outline reflects Juul Labs, Inc.'s reasonable efforts to identify matters of significance in pending litigation in "Related Actions," as defined in CMO No. 9. This outline does not include matters that have been tagged and transferred to the MDL (through a Conditional Transfer Order or Final Transfer Order).

[2] For all cases listed herein, the "Defendants" listed are the entities identified as Defendants in the corresponding complaint or complaints.

- 9/16/2022: Motions for Summary Judgment/Adjudication
- 11/22/2022: Case Management Conference
- 12/16/2022: Final date for hearings on Motion for Summary Judgment/Adjudication
- 2/16/2023: Mandatory Settlement Conference

**Trial Date:** 3/10/2023

**Case Name:** *State of Colorado, ex rel. Philip J. Weiser, Attorney General v. Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, and Riaz Valani, individually*
**Case Number:** 2020CV32283
**Jurisdiction:** District Court, County of Denver
**Judge/Magistrate**: Hon. John Elliff
**Plaintiffs:** State of Colorado, ex rel. Philip J. Weiser, Attorney General
**Defendants:** Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, and Riaz Valani
**Pending Motions**: N/A (JLI's Motion to Dismiss granted in part, dismissing public nuisance action with prejudice, on December 14, 2020)
**Hearing Date(s):** N/A
**Case Schedule:**
- 10/24/2022: Deadline for Plaintiff's Expert Disclosures
- 11/21/2022: Deadline for Defendant's Expert Disclosures
- 11/28/2022: Deadline for Summary Judgment
- 12/9/2022: Mediation
- 12/26/2022: Deadline for *Shreck* Motions
- 1/6/2023: Deadline for CRE 702 Motions Challenging Expert Testimony
- 1/9/2023: Discovery Cutoff
- 1/23/2023: Deadline for pretrial motions (except under C.R.C.P. 56 and C.R.E. 702), and for *in limine* Motions to be Ruled on Before Trial
- 1/30/2023: Trial Management Order
- 2/13/2023: Deadline for Trial Briefs
- 2/27/2023: Pretrial Conference

**Trial Date:** 2/27/2023

**Case Name:** *District of Columbia v. Juul Labs, Inc.*
**Case Number:** 2019CA007795B
**Jurisdiction:** Superior Court for the District of Columbia
**Judge/Magistrate:** Hon. Todd Edelman (transferred from Hon. Kelly Higashi)
**Plaintiffs:** District of Columbia (Karl A. Racine)
**Defendants:** Juul Labs, Inc.
**Pending Motions**: N/A
**Hearing Date(s):** 1/12/2023: Pretrial Conference
**Case Schedule:**
- 3/1/2022: Close of Fact Discovery
- 5/3/2022: Deadline for Proponent's Rule 26(a)(2)(B) Report
- 7/1/2022: Deadline for Opponent's Rule 26(a)(2)(B) Report
- 8/30/2022: Close of Expert Discovery

- 10/28/2022:     Motions Deadline (not applicable to discovery-related motions or motions respecting the conduct of the trial)
- 12/15/2022:     ADR Mediation Case Evaluation
- 1/12/2023:     Pretrial Conference

**Trial Date:** N/A

**Case Name:** *State of Hawai'i v. Juul Labs, Inc., previously d/b/a PAX Labs, Inc. and Ploom Inc., Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Group Distribution Company, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Altria Doe Defendants 1-20, and Does 1-60*
**Case Number:** 1CCV-20-0000933
**Jurisdiction:** Circuit Court of the 1st Circuit, State of Hawai'i
**Judge/Magistrate:** Hon. Dean E. Ochiai
**Plaintiffs:** State of Hawai'i
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Group Distribution Company, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Altria Doe Defendants 1-20, and Does 1-60
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:**
- 1/26/2022:     Deadline for Plaintiff to File Pretrial Statement Pursuant to Rule 12 of the Rules of Circuit Court

**Trial Date:** N/A

**Case Name:** *The People of the State of Illinois v. Juul Labs, Inc.*
**Case Number:** 19CH14302
**Jurisdiction:** Circuit Court of Cook County
**Judge/Magistrate:** Hon. Cecilia A. Horan
**Plaintiffs:** The People of the State of Illinois (Kwame Raoul)
**Defendants:** Juul Labs, Inc.
**Pending Motions**: N/A
**Hearing Date(s):** January 27, 2022 (Status Hearing)
**Case Schedule:** N/A
**Trial Date:** N/A

**Case Name:** *The State of Louisiana v. Juul Labs, Inc.*
**Case Number:** C-71304826
**Jurisdiction:** 19th Judicial District Court, Parish of East Baton Rouge
**Judge/Magistrate:** Richard Moore
**Plaintiffs:** The State of Louisiana by and through its Attorney General Jeff Landry
**Defendants:** Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A

**Case Name:** *Commonwealth of Massachusetts v. Juul Labs, Inc.*
**Case Number:** 2084CV00402
**Jurisdiction:** Superior Court for the Commonwealth of Massachusetts, County of Suffolk
**Judge/Magistrate:** Hon. Janet L. Sanders
**Plaintiffs:** Commonwealth of Massachusetts (Maura Healy)
**Defendants:** Juul Labs, Inc.
**Pending Motions**: N/A
**Hearing Date(s):** 2/28/2023: Pretrial Conference
**Case Schedule:**

- 3/18/2022: Fact Discovery Cutoff
- 5/13/2022 AG Expert Witness Disclosures
- 7/22/2022 JLI Expert Witness Disclosures
- 8/26/2022: Expert Discovery Cutoff (Pltf. Rebuttal Experts)
- 10/21/2022: Expert Depositions Deadline
- 11/18/2022: Motions for Summary Judgment Deadline
- 2/28/2023: Pretrial Conference

**Trial Date:** 3/20/2023

**Case Name:** *State of Minnesota, by its Attorney General, Keith Ellison v. Juul Labs, Inc., a Delaware Corporation f/k/a Pax Labs, Inc. f/k/a Ploom Products, Inc.; Altria Group, Inc. f/k/a Philip Morris Companies, Inc.; Philip Morris USA Inc. f/k/a Philip Morris Inc.; Altria Client Services LLC; Altria Group Distribution Company; Altria Enterprises LLC*
**Case Number:** 27-CV-19-19888
**Jurisdiction:** 4th Judicial District Court of Hennepin County
**Judge/Magistrate:** Hon. Laurie J. Miller
**Plaintiffs:** State of Minnesota, by its Attorney General, Keith Ellison
**Defendants:** Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA Inc.; Altria Client Services LLC; Altria Group Distribution Company; Altria Enterprises LLC
**Pending Motions**: N/A
**Hearing Date(s):** 6/30/2022: Motions Hearing
**Case Schedule:**

- 1/31/2022: Fact Discovery Cutoff
- 2/14/2022: Plaintiff Expert IROG Answers, Disclosures, and Reports
- 4/4/2022: Defendant IME's, Expert IROG Answers, Disclosures, and Reports (Expert Cutoff)
- 4/11/2022: Begin Expert Witness Depositions
- 5/16/2022: Expert Witness Depositions to be Completed
- 6/30/2022: Dispositive and Non-Dispositive Motions
- 8/30/2022: ADR Completion

**Trial Date:** 10/31/2022

**Case Name:** *State of Mississippi, ex rel. Lynn Fitch v. Juul Labs, Inc.*
**Case Number:** 25CH1:19-cv-01553

**Jurisdiction:** Chancery Court of Hinds County, Mississippi
**Judge/Magistrate:** Hon. Crystal Wise Martin
**Plaintiffs:** State of Mississippi, ex rel. Lynn Finch, Attorney General for the State of Miss.
**Defendants:** Juul Labs, Inc.
**Pending Motions**: Juul Labs, Inc.'s Motion to Dismiss
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A

**Case Name:** *State of New Mexico, ex rel. Hector H. Balderas, Attorney General v. Juul Labs, Inc.*
**Case Number:** D-101-CV-202001033
**Jurisdiction:** 1st Judicial District, County of Santa Fe
**Judge/Magistrate:** Hon. Kathleen McGarry Ellenwood
**Plaintiffs:** State of New Mexico, ex rel. Hector H. Balderas
**Defendants:** Juul Labs, Inc.
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A

**Case Name:** *The People of the State of New York, by Letitia James, Attorney General of the State of New York v. Juul Labs, Inc.*[3]
**Case Number:** 452168/2019
**Jurisdiction:** Supreme Court of New York, County of New York
**Judge/Magistrate:** Hon. Margaret A. Pui Yee Chan
**Plaintiffs:** The People of the State of New York, by Letitia James
**Defendants:** Juul Labs, Inc.
**Pending Motions**: Defendants' Motions to Dismiss
**Hearing Date(s):** N/A
**Case Schedule:**

- 3/18/2022: Fact Discovery Cutoff
- 4/29/2022: Plaintiff's Expert Disclosures
- 6/3/2022: Defendants' Expert Disclosures
- 7/29/2022: Expert Discovery Cutoff
- 8/5/2022: Last Day to Serve Requests for Admission
- 9/2/2022: All Discovery Cutoff
- 9/23/2022: Note of Issue
- 10/7/2022: Dispositive Motions Cutoff

**Trial Date:** 2023

**Case Name:** *State of North Carolina, ex rel. Joshua H. Stein, Attorney General v. Juul Labs, Inc.*

3 The NY AG has filed an Amended Complaint, adding James Monsees, Adam Bowen, Nicholas Pritzker, Riaz Valani, and Hoyoung Huh as defendants.

**Case Number:** 19CVS2885
**Jurisdiction:** Superior Court Division of North Carolina, Durham County
**Judge/Magistrate:** Hon. Orlando F. Hudson, Jr.
**Plaintiffs:** State of North Carolina, ex rel. Joshua H. Stein
**Defendants:** Juul Labs, Inc.
**Status:** Resolved through the entry of a consent judgment on June 28, 2021.

**Case Name:** *State of North Carolina, ex rel. Joshua H. Stein, Attorney General v. Bowen et al.*
**Case Number:** 21-CVS-3727
**Jurisdiction:** Superior Court Division of North Carolina, Charlotte Division (NCBC)
**Judge/Magistrate:** Judge Adam M. Conrad
**Plaintiffs:** State of North Carolina, ex rel. Joshua H. Stein
**Defendants:** Adam Bowen, Hoyoung Huh, James Monsees, Nicholas Pritzker, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A


**Case Name:** *Commonwealth of Pennsylvania by Josh Shapiro, in his official capacity as Attorney General of the Commonwealth of Pennsylvania v. Juul Labs, Inc.*
**Case Number:** 200200962
**Jurisdiction:** Court of Common Pleas of Philadelphia County
**Judge/Magistrate:** Hon. Karen Shreeves-Johns
**Plaintiffs:** Commonwealth of Pennsylvania by Josh Shapiro, in his official capacity as Attorney General of the Commonwealth of Pennsylvania
**Defendants:** Juul Labs, Inc.
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:**
- 4/4/2022:  Fact Discovery Cutoff
- 5/2/2022:  State Expert Cutoff
- 6/6/2022:  JLI Expert Cutoff
- 6/6/2022:  Deadline for Pretrial Motions
- 7/4/2022:  Projected Settlement Conference Date
- 9/5/2022:  Pretrial Conference Date

**Trial Date** (projected): After 10/3/2022

**Case Name:** *State of Washington v. Juul Labs, Inc.; Pax. Labs, Inc.*
**Case Number:** 20-2-13366-3
**Jurisdiction:** Superior Court of Washington, King County
**Judge/Magistrate:** Hon. Douglas North
**Plaintiffs:** State of Washington (Robert Ferguson)
**Defendants:** Juul Labs, Inc.; Pax Labs, Inc.
**Pending Motions**: N/A
**Hearing Date(s):** N/A

**Case Schedule:**

- 2/25/2022: Deadline for Discovery Cutoff
- 3/4/2022: Deadline for Expert Disclosures
- 4/15/2022: Deadline for Rebuttal Expert Disclosures
- 4/29/2022: Deadline for Jury Demand; Deadline for a Change in Trial Date
- 5/13/2022: Expert Discovery Deadline
- 6/3/2022: Deadline to File Dispositive Motions
- 6/17/2022: Deadline to File Responsive Briefs to Dispositive Motions
- 6/24/2022: Deadline to File Reply Briefs to Dispositive Motions
- 7/1/2022: Deadline for Hearing Dispositive Pretrial Motions
- 7/15/2022: Deadline for Engaging in Alternative Dispute Resolution
- 8/5/2022: Deadline for ER 904 notice, Motions in Limine, exchange of witness and exhibits lists, and joint confirmation of trial readiness
- 8/19/2022: Deadline to file Joint Statement of Evidence, Trial Briefs, Proposed Findings of Fact and Conclusions of Law, and Jury Instructions

**Trial Date:** 9/9/2022

2. **In re Juul Labs, Inc. Antitrust Litigation**

**Case Name:** *In re Juul Labs, Inc. Antitrust Litigation* (Formerly *Douglas J. Reece, on his own behalf and all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc.*)
**Case Number:** 3:20-cv-02345
**Jurisdiction:** N.D. California
**Judge/Magistrate:** Hon. William H. Orrick
**Plaintiffs:** Douglas J. Reece, on his own behalf and all others similarly situated
**Defendants:** Altria Group, Inc. and Juul Labs, Inc.
**Consolidated Complaints:** Direct Purchaser Pltf. Consolidated Class Action Complaint; Indirect Purchaser Pltfs. Consolidated Class Action Complaint; Indirect Reseller Pltfs. Consolidated Class Action Complaint
**Pending Motions**: (JLI Motion to Compel Arbitration granted for three named Direct Purchaser Plaintiffs, Motions to Dismiss stayed in part pending Plaintiffs' Amended Consolidated Class Action Complaint and denied in part.)
**Hearing Date(s):** N/A
**Case Schedule:**

- 2/14/2022: Deadline for Direct Purchaser Plaintiffs to file Second Amended Consolidated Class Action Complaint

**Trial Date:** N/A

**Related Cases:**

- *B&C Retail, Inc., individually and on behalf of all others similarly situated v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03868)*
- *Irwindale Fuel Station, Inc., a California Corporation, v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04736)*

- *Daraka Larimore, Adam Matschullat and Keith May, individually and on behalf of all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02999)*
- *Sofijon, Inc., Rose and Fifth, Inc., and Napht, Inc. v. Juul Labs, Inc.; Altria Enterprises LLC; and Altria Group, Inc. (N.D. CA, No. 3:20-cv-03861)*
- *Noor Baig, Inc., individually and on behalf of all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03867)*
- *Mallory Flannery v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02891)*
- *Brent Jackson, individually and on behalf of all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04238)*
- *Kerry Walsh and Allison Harrod, individually and on behalf of all other persons similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03183)*
- *Somerset Party Store Inc., individually and on behalf of all others similarly situated v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04073)*
- *Jessica McGee, individually and on behalf of all others similarly situated v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04413)*
- *Aaron Licari, on his own behalf and all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02778)*
- *Anthony Martinez, individual and representative plaintiff v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02597)*
- *Benjamin Deadwyler, individual and representative v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02729)*
- *Denise Redfield and Albert Riccelli, individually and on behalf of all other persons similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03288)*
- *John F. Stiles v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02779)*
- *Sheridan Carlson v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03430)*
- *Matthew Blomquist, individually and on behalf of himself and all other persons similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02512)*

3. **Securities Litigation**

**Case Name:** *Gabby Klein, individually and on behalf of all others similarly situated, v. Altria Group, Inc., Howard A. Willard III, William F. Gifford, Jr., Juul Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite*
**Case Number:** 3:20-cv-00075
**Jurisdiction:** E.D. Virginia
**Judge/Magistrate:** Hon. David J. Novak
**Plaintiffs:** Gabby Klein, individually and on behalf of all others similarly situated, Construction Laborers Pension Trust of Greater St. Louis, Donald Sherbondy, Sarah Sherbondy (Plaintiffs); Patrick F. Cipolla, Richard E. Pernisi, Jonathan Selsley, Local 705 International Brotherhood of Teamsters Pension Fund (Movants)
**Defendants:** Juul Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, K.C. Crosthwaite, Altria Group, Inc., Howard A. Willard III, and William F. Gifford, Jr.

**Pending Motions**: N/A
**Hearing Date(s):** 3/31/2022 Final Fairness Hearing
**Case Schedule:**

- 2/24/2022: Lead Counsel to file and serve opening papers in support of the Settlement, the Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses
- 3/10/2022: Class members to enter appearance; Deadline for requests for exclusion from settlement class
- 3/16/2022: Deadline for Claims Forms to be postmarked or submitted online
- 3/24/2022: Lead Counsel to serve on Defendants' Counsel and file with the Court proof, by affidavit or declaration, of mailing and publication
- 3/24/2022: Deadline to file reply papers, if any, to Lead Counsel's papers in support of the Settlement

**Trial Date:** N/A

4. **Derivative Lawsuits**

**Case Name:** *In Re Altria Group, Inc. Derivative Litigation*
**Case Number:** 3:20-cv-772-DJN
**Jurisdiction:** E.D. Virginia
**Judge/Magistrate:** Hon. David J. Novak
**Plaintiffs:** Margaret A. Randolph, Trustee, Thomas Sandys, on Behalf of Himself and Derivatively on behalf of the Altria Group, Inc.; Maria Cecilia Lorca, Eric Gilbert, derivatively on behalf of Altria Group, Inc., David Hamilton, derivatively on behalf of Altria Group, Inc.
**Defendants:** William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite Jr., John T. Casteen III, Dinyar S. Devitre, Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Adam Bowen, James Monsees, Kevin Burns, Riaz Valani, Nicholas Pritzker and Juul Labs, Inc. (Defendants); The Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On April 14, 2021, the Court granted the Parties' joint motion to consolidate all five federal shareholder derivative actions. The action is stayed pending resolution of summary judgment motions in the Securities Litigation.

**Case Name:** *In re Altria Group, Inc. Derivative Litigation*
**Case Number:** CL20-7051 (*Cohen*)
**Jurisdiction:** Circuit Court for Henrico County
**Plaintiffs:** Edward Braunstein, Lawrence B. Cohen and Minda W. Cohen, and Eugene Lopez, Derivatively On Behalf Of Altria Group, Inc.
**Defendants:** William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite Jr., John T. Casteen III, Dinyar S. Devitre, Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III,

Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, and Virginia E. Shanks; The Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On August 2, 2021, Plaintiffs filed their Consolidated Class Action Complaint, removing Juul Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, Riaz Valania, and Nicholas Pritzker as Defendants to the action. The action is stayed pending resolution of summary judgment motions in the Securities Litigation.

**Case Name:** *Jerry E. Dalton, derivatively on Behalf of Altria Group, Inc. v. W. Hildebrandt Surgner, Jr., Jody L. Begley, Ivan S. Feldman, William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite, Jr., John T. Casteen III, Dinyar, S. Devitre, The Estate of Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Muñoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, JUUL Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, Nicholas Pritzker, and Riaz Valani*
**Case Number:** CL21-5548
**Jurisdiction:** Circuit Court for Henrico County
**Plaintiffs:** Jerry E. Dalton
**Defendants:** W. Hildebrandt Surgner, Jr., Jody L. Begley, Ivan S. Feldman, William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite, Jr., John T. Casteen III, Dinyar, S. Devitre, The Estate of Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Muñoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, JUUL Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, Nicholas Pritzker, and Riaz Valani; Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On September 21, 2021, this case was consolidated with and into the consolidated state court derivative action. The operative complaint is the Consolidated Class Action Complaint filed on August 2, 2021, which removed Juul Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, Riaz Valani, and Nicholas Pritzker as Defendants. The action is stayed pending resolution of summary judgment motions in the Securities Litigation.

**Case Name:** *Portia McCollum, derivatively on Behalf of Altria Group, Inc. v. William F. Gifford, Jr., Howard A. Willard III, John T. Casteen III, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite Jr., Adam Bowen, Kevin Burns, James Monsees, Riaz Valani, Nicholas Pritzker, and JUUL Labs, Inc.*

**Case Number:** CL21-5732
**Jurisdiction:** Circuit Court for Henrico County
**Plaintiffs:** Portia McCollum
**Defendants:** William F. Gifford, Jr., Howard A. Willard III, John T. Casteen III, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite Jr., Adam Bowen, Kevin Burns, James Monsees, Riaz Valani, Nicholas Pritzker, and JUUL Labs, Inc.; Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On December 20, 2021, the court concluded that the McCollum action should be consolidated with the consolidated state court derivative action. The operative complaint will be the Consolidated Class Action Complaint filed on August 2, 2021, which removed Juul Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, Riaz Valani, and Nicholas Pritzker as Defendants. The action is stayed pending resolution of summary judgment motions in the Securities Litigation.

**Case Name:** *Richard Merritts, derivatively on Behalf of Altria Group, Inc. v. John T. Casteen III, Howard Willard, William F. Gifford, Thomas F. Farrell II, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Kevin Burns, and JUUL Labs, Inc.*
**Case Number:** CL21-1093
**Jurisdiction:** Circuit Court for Albermarle County
**Plaintiffs:** Richard Merritts
**Defendants:** John T. Casteen III, Howard Willard, William F. Gifford, Thomas F. Farrell II, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Kevin Burns, and JUUL Labs, Inc.; Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On November 3, 2021, the court entered an order placing the Merritts action on the same schedule as the consolidated state court derivative action, staying the case pending resolution of summary judgment motions in the Securities Litigation.

5. **Federal Trade Commission Complaint**

**Case Name:** *In the Matter of Altria Group, Inc. and Juul Labs, Inc.*
**Case Number:** No. 9393
**Jurisdiction:** Federal Trade Commission
**Administrative Law Judge:** D. Michael Chappell
**Plaintiffs:** N/A
**Defendants:** Altria Group, Inc.; Juul Labs, Inc.
**Pending Motions**: Request for extension of time for filing initial decision pursuant to Commission rule 3.51
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** 6/2/2021: Evidentiary Hearing Began; Record closed on 6/28/2021; Initial Decision due 1/21/2022 (if request for extension of time is granted, Initial Decision will be due 2/17/2022)

6. **JCCP**

**Case Name:** *Juul Labs Product Cases*
**Case Number:** JCCP 5052
**Jurisdiction:** Superior Court of the State of California, County of Los Angeles
**Judge/Magistrate:** Hon. David S. Cunningham
**Plaintiffs:** The People of the State of California, *et al.*
**Defendants:** Juul Labs, Inc., *et al.*
**Pending Motions**: N/A
**Hearing Date(s):** 1/25/2022: Status Conference, Demurrer Hearing and Order to Show Cause Hearing
**Case Schedule:** N/A
**Trial Date:** N/A

7. **Other State Court Actions**

**Case Name:** *City of Chicago, a municipal corporation v. Juul Labs, Inc., Leah Mol, Inc. d/b/a Rog Mobil, 2550 Pulaski Business, Inc. d/b/a Mobil, 4901 Central Inc. d/b/a Shell, T and M Gas, Inc. d/b/a Shell, and Irving Shell Gas and Food, Inc.*
**Case Number:** 2020-CH-4183
**Jurisdiction:** Circuit Court of Cook County, IL
**Judge/Magistrate:** Hon. Allen Walker
**Plaintiffs:** City of Chicago, a municipal corporation
**Defendants:** Juul Labs, Inc., Leah Mol, Inc. d/b/a Rog Mobil, 2550 Pulaski Business, Inc. d/b/a Mobil, 4901 Central Inc. d/b/a Shell, T and M Gas, Inc. d/b/a Shell, and Irving Shell Gas and Food, Inc.
**Pending Motions:** N/A
**Hearing Date(s):** 2/18/2022: Status Hearing
**Case Schedule:**
- 2/18/2022: Close of Written Discovery excluding RFAs

**Trial Date:** N/A

**Case Name:** *Cherokee Nation v. Juul Labs, Inc. et al.*
**Case Number:** CJ-20-114
**Jurisdiction:** District Court of Sequoyah County, State of Oklahoma
**Judge:** Hon. Jeff Payton
**Plaintiff:** The Cherokee Nation
**Defendants:** Juul Labs, Inc., McLane Company, Inc., Core-Mark Holding Company, Inc., Circle K Stores Inc., Walmart, Walgreen Boots Alliance, Inc., GPM Investments, Inc., Casey's General Stores, Inc., Murphy USA, Inc., QuikTrip Corporation, Kum & Go, Inc., Pete's of Erie, Inc., and Pilot Travel Centers LLC d/b/a Pilot Flying J[4]
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** Case stayed and scheduling order vacated
**Trial Date:** N/A

**Case Name:** *Nathan Berg v. Juul Labs, Inc. et al.*
**Case Number:** 2021 CA 002588 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.
**Judge/Magistrate:** Hon. William M. Jackson
**Plaintiff:** Nathan Berg
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 5/13/2022: Status Hearing
**Case Schedule:** Case stayed until May 2, 2022
**Trial Date:** N/A

**Case Name:** *Rachel Davis v. Juul Labs, Inc. et al.*
**Case Number:** 2021 CA 002195 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.
**Judge/Magistrate:** Hon. Todd E. Edelman
**Plaintiffs:** Rachel Davis
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 5/13/2022: Status Hearing
**Case Schedule:** Case stayed until May 2, 2022
**Trial Date:** N/A

**Case Name:** *Nathan Clark v. JUUL Labs et al.*
**Case Number:** 2021 CA 002168 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.

---

4 Plaintiff has voluntarily dismissed Defendants Mother Murphy's Labs, Inc., Alternative Ingredients, Inc., Tobacco Technology, Inc., eLiquitech, Inc., and Eby-Brown Company, LLC.

**Judge/Magistrate:** Hon. Shana Frost Matini
**Plaintiffs:** Nathan Clark
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 5/20/2022: Status Hearing
**Case Schedule:** Case stayed until May 2, 2022
**Trial Date:** N/A

**Case Name:** *Charles Leisy v. Juul Labs, Inc. et al.*
**Case Number:** 2021 CA 002164 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.
**Judge/Magistrate:** Hon. Todd E. Edelman
**Plaintiffs:** Charles Leisy
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 5/6/2022: Status Hearing
**Case Schedule:** Case stayed until May 2, 2022
**Trial Date:** N/A