**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Bain v. JUUL Labs, Inc., et al.*

Case No. 3:19-md-02913-WHO

**DECLARATION OF KRISTINE KRAFT**

I, Kristine Kraft, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the states of Missouri, Kansas and Illinois. I am a partner with the law firm of Schlichter, Bogard & Denton, LLP and am one of the attorneys representing Plaintiffs in the above-entitled action. I was admitted to practice law before the United States District Court for the Northern District of California via *Pro Hac Vice*. (*See* Doc. 148, Order Granting Pro Hac Vice, dated 10/21/2019). I submit this Declaration in support of Plaintiff B.B.'s Oppositions to Defendants' Motions for Summary Judgment.

2. In connection with my role as a member of the Plaintiffs' Steering Committee, I have undertaken a review and analysis of Altria's STARS database, which tracks weekly shipments of JUUL products from wholesalers to convenience stores, gas stations, and other retail stores across the county. The documents reviewed are cited in this Declaration.

3. After Altria became part owner of JUUL, Altria Group Distribution Company ("AGDC") entered into an agreement with JUUL Labs, Inc. dated 2/12/2019 titled, "Statement of

Work #6 – Sales Support Service," pursuant to the parties' Services Agreement dated 12/20/2018."[1] In connection with the "Blitz" sales campaign,[2] Altria sent their "[b]est in class distribution and sales force"[3] out to retail stores across the U.S. that already sold JUUL. According to the "Statement of Work #6 – Sales Support Service," examples of the services provided by AGDC during the March Sales Cycle (77,806 Doors) included: (a) "AGDC will be responsible for addressing Out of Stocks, executing light merchandising in 35K ITP Doors;" (b) "AGDC's account teams and Field Sales Force will call on the Balance Doors (HQ and store level) and sell in the planned pre-book quantities. Additional activities will include light merchandising and inventory management. (43K Doors)."[4] This same "Statement of Work #6" stated that during the April/May Sales Cycle (Maximum of 43K Doors), "AGDC will be responsible for addressing Out of Stocks, executing light merchandising **only** in the Balance (less than 43K doors) that accepted the pre-book which was sold in during the March Sales Cycle." [5]

4. Plaintiffs' expert witness, Professor David Cutler, detailed his review of the STARS database and concluded that "Altria's Blitz visits had positive and statistically significant effects on JUUL sales." [6]

5. The Altria STARS database shows that over the course of 2019, Altria sent sale representatives into stores across the country, including 11,137 visits to stores in Tennessee and 65 visits to stores in McMinnville, TN in particular.[7]

6. Altria's "sales blitz" reached 18 stores in McMinnville in March and April of 2019.[8] The stores visited by Altria and the date of when at least one sales call was made to these stores during the campaign is listed below:

[1] SOW 6 (JLI01339878-881)
[2] 5185277712_HIGHLY_CONFIDENTIAL.pptx, at slide 5. SOW 4 and 6. See Cutler Expert Report …
[3] ALGAT0002834151, at slide 6.
[4] SOW 6 (JLI01339878 at 880).
[5] *Id.*
[6] Cutler September Expert Report, ¶¶ 197-198.
[7] 9574942350
[8] 9563856929. 9563856960.xlsx. 9563858310.xlsx.

Stores Visited by the Altria Sales Force in the March-May 2019 "Blitz" Sales Campaign[9]

| Date of Altria "Blitz" Visit | Store Visited | Store Address |
|---|---|---|
| **March 10, 2019** | **Short Stop Market** | **1322 SMITHVILLE HWY** |
| **March 10, 2019** | **Pump N Pay West** | **1617 SMITHVILLE HWY** |
| **March 24, 2019** | **Country Club Market** | **25 TODD RD** |
| **March 24, 2019** | **DTO #717** | **835 SMITHVILLE HWY** |
| **March 31, 2019** | **EZ Market** | **1002 OLD SMITHVILLE RD** |
| **March 31, 2019** | **Quick Shop** | **1002 S CHANCERY ST** |
| **March 31, 2019** | **Super Gas** | **1128 SPARTA STMCMINNVILLE** |
| **March 31, 2019** | **M & M Sparta Smoke** | **1200 SPARTA ST** |
| **March 31, 2019** | **Village BP** | **640 N CHANCERY ST** |
| **April 7, 2019** | **MAPCO NASH #1014** | **234 BEERSHEBA HWY** |
| **April 7, 2019** | **One Stop Market** | **4138 OLD NASHVILLE HWY** |
| **April 7, 2019** | **Stop and Go** | **715 SMITHVILLE HWY** |
| **April 14, 2019** | **Jewels Market** | **10429 SMITHVILLE HWY** |
| **April 14, 2019** | **Hina Food Market** | **2615 NASHVILLE HWY** |
| **April 14, 2019** | **On the Way Delores** | **4985 SMITHVILLE HWY** |
| **April 14, 2019** | **Breeze In Market** | **906 N CHANCERY ST** |
| **April 21, 2019** | **South Chancery On the Way** | **716 S CHANCERY ST** |
| **April 21, 2019** | **Beersheba Market** | **727 BEERSHEBA HWY** |

7. At the direction of the collective request of the Plaintiffs' Steering Committee, the STARS data was analyzed to summarize information on annual JUUL shipments to retailers in McMinnville, TN between 2017 and 2020. This summary for the stores that distributed JUUL products that are located within a 7-mile radius of downtown McMinnville is contained on Attachment A to this Declaration. [10]

8. The MAPCO Nash #1014 Convenience Store located at 234 Beersheba Hwy, McMinnville, TN is approximately one mile from where Plaintiff B.B. lived at 221 South High

[9] *Id.*

[10] "STARS Measures and Retailer Data (JUUL 2017) – CONFIDENTIAL," "STARS Measures and Retailer Data (JUUL 2018) – CONFIDENTIAL," "STARS Measures and Retailer Data (JUUL 2019) – CONFIDENTIAL," "STARS Measures and Retailer Data (JUUL 1-1-2020 to 3-31-2020) – CONFIDENTIAL."

St., McMinnville, TN. According to the Altria records summarized in Attachment A, MAPCO Nash #1014 was the only retailer that sold JUUL in 2017. In 2018, MAPCO Nash #1014 received the most shipments of JUUL pods compared to all the other stores within a 7-mile radius of downtown McMinnville. According to these records, the total number of pods shipped to MAPCO Nash #1014 in 2018 was 23,856. (See Attachment A). As to Mango flavored pods, the MAPCO Nash #1014 Convenience Store was the only store within a 7-mile radius of downtown McMinnville that received shipments of Mango pods in 2017. (See Attachment A). In 2018, the MAPCO Nash #1014 Convenience Store received the highest number of Mango pods totaling 9,024 pods. Similarly, as to Mint flavored pods, the MAPCO Nash #1014 Convenience Store was the only store receiving shipments in 2017 and received the highest number of Mint pods in 2018, totaling 7,808 pods. (See Attachment A).

9. The chart below was prepared at the direction of the collective request of the Plaintiffs' Steering Committee, which is based on importing, compiling, and analyzing the STARS data.[11] The chart below shows the number of pod shipments, including the shipments of the Mint flavor, after the Spring of 2017.



Source: STARS Data.

[11] "STARS Measures and Retailer Data (JUUL 2017) – CONFIDENTIAL," "STARS Measures and Retailer Data (JUUL 2018) – CONFIDENTIAL," "STARS Measures and Retailer Data (JUUL 2019) – CONFIDENTIAL," "STARS Measures and Retailer Data (JUUL 1-1-2020 to 3-31-2020) – CONFIDENTIAL."

10. In 2019, according to the document produced by Altria, (9573105777), there were 1,621 stores located in Tennessee that ordered JUUL products (consisting of 11,963 total separate orders among those stores). That same document, (9573105777), shows 13 stores located in McMinnville, TN that ordered JUUL products (consisting of 101 separate orders among those stores).

11. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed 21st day of January 2022, in San Francisco, California.

/s/ *Kristine K. Kraft*
Kristine K. Kraft
***Attorney for Plaintiffs***

| Attachment A – Stores within a 7 Mile Radius of Downtown McMinnville (page 1 of 3) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Pods | | | | Mango | | | | Mint | | | |
| Store name | Address | 2017 | 2018 | 2019 | 2020 (Jan-Mar) | 2017 | 2018 | 2019 | 2020 (Jan-Mar) | 2017 | 2018 | 2019 | 2020 (Jan-Mar) |
| TOTAL UNITS SHIPPED | | 1,152 | 45,212 | 49,311 | 7,478 | 448 | 16,556 | 128 | 0 | 256 | 14,944 | 33,764 | -1 |
| TOTAL STORES WITH SHIPMENTS | | 1 | 20 | 30 | 19 | 1 | 16 | 2 | 0 | 1 | 17 | 29 | 0 |
| ***BY STORE:*** | | | | | | | | | | | | | |
| BREEZE IN MARKET | 906 N CHANCERY ST | 0 | 1,888 | 12,208 | 1,376 | 0 | 288 | 0 | 0 | 0 | 768 | 7,984 | 0 |
| Beersheba Market | 727 BEERSHEBA HWY | 0 | 456 | 1,560 | 160 | 0 | 128 | 0 | 0 | 0 | 128 | 956 | 0 |
| CRISP SPRINGS MARKET | 35 CRISP SPRINGS RD | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 0 |
| Cheap Smoke Outlet | 767 N CHANCERY ST | 0 | 0 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 |
| Country Club Market | 25 TODD RD | 0 | 2,408 | 1,576 | 128 | 0 | 960 | 0 | 0 | 0 | 800 | 996 | 0 |
| DTO #717 | 835 SMITHVILLE HWY | 0 | 5,932 | 4,696 | 832 | 0 | 2,144 | 0 | 0 | 0 | 1,984 | 3,004 | 0 |
| EZ MARKET | 1002 OLD SMITHVILLE RD | 0 | 452 | 480 | 0 | 0 | 108 | 0 | 0 | 0 | 128 | 264 | 0 |
| HINA FOOD MART | 2615 NASHVILLE HWY | 0 | 112 | 264 | 144 | 0 | 64 | 0 | 0 | 0 | 0 | 164 | 0 |
| Hometown Market | 306 BEERSHEBA HWY | 0 | 0 | 560 | 160 | 0 | 0 | 0 | 0 | 0 | 0 | 264 | 0 |
| Jewels Market | 10429 SMITHVILLE HWY | 0 | 80 | 312 | 96 | 0 | 0 | 0 | 0 | 0 | 0 | 244 | 0 |
| KORNER MARKET | 256 MULLICAN ST | 0 | 0 | 120 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 0 |
| M & M SPARTA SMOKE | 1200 SPARTA ST | 0 | 48 | 1,982 | 224 | 0 | 0 | 0 | 0 | 0 | 0 | 1,398 | 0 |
| MAPCO NASH #1014 | 234 BEERSHEBA HWY | 1,152 | 23,856 | 5,976 | 470 | 448 | 9,024 | 0 | 0 | 256 | 7,808 | 5,236 | -1 |
| McMinnville Liquor Store | 719 N CHANCERY ST | 0 | 0 | 128 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 0 |
| ON THE WAY DELORES | 4985 SMITHVILLE HWY | 0 | 300 | 928 | 576 | 0 | 64 | 32 | 0 | 0 | 128 | 640 | 0 |
| ONE STOP MARKET | 4138 OLD NASHVILLE HWY | 0 | 160 | 963 | 0 | 0 | 32 | 0 | 0 | 0 | 128 | 772 | 0 |
| OWENS MARKET | 4765 W GREEN HILL RD | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 |
| PUMP N PAY WEST | 1617 SMITHVILLE HWY | 0 | 296 | 1,488 | 352 | 0 | 64 | 0 | 0 | 0 | 96 | 1,128 | 0 |
| PUMP N' PAY EAST | 2465 SPARTA ST | 0 | 0 | 1,120 | 368 | 0 | 0 | 0 | 0 | 0 | 0 | 616 | 0 |
| QUICK SHOP | 1002 S CHANCERY ST | 0 | 6,408 | 3,032 | 832 | 0 | 2,816 | 0 | 0 | 0 | 2,080 | 1,964 | 0 |
| SHORT STOP MARKET | 1322 SMITHVILLE HWY | 0 | 320 | 688 | 256 | 0 | 96 | 0 | 0 | 0 | 96 | 472 | 0 |
| SOUTH CHANCERY ON THE WAY | 716 S CHANCERY ST | 0 | 320 | 640 | 160 | 0 | 96 | 96 | 0 | 0 | 96 | 480 | 0 |
| STOP AND GO LLC | 715 SMITHVILLE HWY | 0 | 128 | 4,624 | 624 | 0 | 0 | 0 | 0 | 0 | 32 | 3,272 | 0 |
| SUPER GAS | 1128 SPARTA ST | 0 | 1,384 | 2,496 | 240 | 0 | 512 | 0 | 0 | 0 | 448 | 1,952 | 0 |
| Shri Verai LLC | 2650 NASHVILLE HWY | 0 | 0 | 80 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 0 |
| THE TOBACCO SHOPPE | 231 NORTHGATE DR | 0 | 0 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56 | 0 |
| VILLAGE BP | 640 N CHANCERY ST | 0 | 280 | 1,088 | 416 | 0 | 96 | 0 | 0 | 0 | 64 | 544 | 0 |
| WALGREENS | 1210 SMITHVILLE HWY | 0 | 224 | 840 | 0 | 0 | 64 | 0 | 0 | 0 | 96 | 436 | 0 |
| WalMart SC #668 | 915 N CHANCERY ST | 0 | 0 | 944 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 616 | 0 |
| Walgreens | 318 N CHANCERY ST | 0 | 160 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 0 | 0 |

| Attachment A – Stores within a 7 Mile Radius of Downtown McMinnville (page 2 of 3) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Other flavors | | | | Assortments | | | | Tobacco | | | |
| Store name | Address | 2017 | 2018 | 2019 | 2020 (Jan-Mar) | 2017 | 2018 | 2019 | 2020 (Jan-Mar) | 2017 | 2018 | 2019 | 2020 (Jan-Mar) |
| TOTAL UNITS SHIPPED | | 256 | 4,876 | 187 | 0 | 192 | 3,516 | 48 | -40 | 0 | 3,752 | 8,784 | 2,431 |
| TOTAL STORES WITH SHIPMENTS | | 1 | 15 | 3 | 0 | 1 | 15 | 2 | 0 | 0 | 16 | 28 | 16 |
| ***BY STORE:*** | | | | | | | | | | | | | |
| BREEZE IN MARKET | 906 N CHANCERY ST | 0 | 288 | 0 | 0 | 0 | 128 | 0 | 0 | 0 | 256 | 1,520 | 192 |
| Beersheba Market | 727 BEERSHEBA HWY | 0 | 72 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 128 | 364 | 32 |
| CRISP SPRINGS MARKET | 35 CRISP SPRINGS RD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cheap Smoke Outlet | 767 N CHANCERY ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 84 | 0 |
| Country Club Market | 25 TODD RD | 0 | 264 | 0 | 0 | 0 | 96 | 0 | 0 | 0 | 192 | 260 | 32 |
| DTO #717 | 835 SMITHVILLE HWY | 0 | 624 | 0 | 0 | 0 | 124 | 0 | 0 | 0 | 608 | 1,420 | 368 |
| EZ MARKET | 1002 OLD SMITHVILLE RD | 0 | 120 | 0 | 0 | 0 | 32 | 32 | 0 | 0 | 32 | 56 | 0 |
| HINA FOOD MART | 2615 NASHVILLE HWY | 0 | 32 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 84 | 0 |
| Hometown Market | 306 BEERSHEBA HWY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 232 | 0 |
| Jewels Market | 10429 SMITHVILLE HWY | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 32 | 4 | 32 |
| KORNER MARKET | 256 MULLICAN ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 0 |
| M & M SPARTA SMOKE | 1200 SPARTA ST | 0 | 0 | 56 | 0 | 0 | 48 | 16 | 0 | 0 | 0 | 400 | 32 |
| MAPCO NASH #1014 | 234 BEERSHEBA HWY | 256 | 2,008 | 0 | 0 | 192 | 2,576 | 0 | -40 | 0 | 1,800 | 212 | 207 |
| McMinnville Liquor Store | 719 N CHANCERY ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 0 |
| ON THE WAY DELORES | 4985 SMITHVILLE HWY | 0 | 60 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 32 | 224 | 160 |
| ONE STOP MARKET | 4138 OLD NASHVILLE HWY | 0 | 0 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 92 | 0 |
| OWENS MARKET | 4765 W GREEN HILL RD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 |
| PUMP N PAY WEST | 1617 SMITHVILLE HWY | 0 | 40 | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 32 | 232 | 128 |
| PUMP N' PAY EAST | 2465 SPARTA ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 360 | 256 |
| QUICK SHOP | 1002 S CHANCERY ST | 0 | 888 | 0 | 0 | 0 | 176 | 0 | 0 | 0 | 352 | 780 | 320 |
| SHORT STOP MARKET | 1322 SMITHVILLE HWY | 0 | 96 | 0 | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 120 | 96 |
| SOUTH CHANCERY ON THE WAY | 716 S CHANCERY ST | 0 | 80 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 32 | 32 | 32 |
| STOP AND GO LLC | 715 SMITHVILLE HWY | 0 | 0 | 96 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 744 | 192 |
| SUPER GAS | 1128 SPARTA ST | 0 | 232 | 0 | 0 | 0 | 128 | 0 | 0 | 0 | 64 | 400 | 96 |
| Shri Verai LLC | 2650 NASHVILLE HWY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| THE TOBACCO SHOPPE | 231 NORTHGATE DR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88 | 0 |
| VILLAGE BP | 640 N CHANCERY ST | 0 | 40 | 0 | 0 | 0 | 48 | 0 | 0 | 0 | 32 | 416 | 256 |
| WALGREENS | 1210 SMITHVILLE HWY | 0 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 324 | 0 |
| WalMart SC #668 | 915 N CHANCERY ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 184 | 0 |
| Walgreens | 318 N CHANCERY ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 32 | 0 |

**Attachment A – Stores within a 7 Mile Radius of Downtown McMinnville (page 3 of 3)**

| | | Menthol | | | | Devices | | | |
|---|---|---|---|---|---|---|---|---|---|
| Store name | Address | 2017 | 2018 | 2019 | 2020 (Jan-Mar) | 2017 | 2018 | 2019 | 2020 (Jan-Mar) |
| TOTAL UNITS SHIPPED | | 0 | 1,568 | 6,400 | 5,088 | 68 | 1,475 | 1,430 | -3 |
| TOTAL STORES WITH SHIPMENTS | | 0 | 9 | 26 | 19 | 1 | 17 | 26 | 0 |
| ***BY STORE:*** | | | | | | | | | |
| BREEZE IN MARKET | 906 N CHANCERY ST | 0 | 160 | 2,704 | 1,184 | 0 | 32 | 136 | 0 |
| Beersheba Market | 727 BEERSHEBA HWY | 0 | 0 | 240 | 128 | 0 | 0 | 44 | 0 |
| CRISP SPRINGS MARKET | 35 CRISP SPRINGS RD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cheap Smoke Outlet | 767 N CHANCERY ST | 0 | 0 | 16 | 0 | 0 | 0 | 4 | 0 |
| Country Club Market | 25 TODD RD | 0 | 96 | 320 | 96 | 0 | 24 | 20 | 0 |
| DTO #717 | 835 SMITHVILLE HWY | 0 | 448 | 272 | 464 | 0 | 139 | 76 | 0 |
| EZ MARKET | 1002 OLD SMITHVILLE RD | 0 | 32 | 128 | 0 | 0 | 24 | 40 | 0 |
| HINA FOOD MART | 2615 NASHVILLE HWY | 0 | 0 | 16 | 144 | 0 | 4 | 4 | 0 |
| Hometown Market | 306 BEERSHEBA HWY | 0 | 0 | 64 | 160 | 0 | 0 | 24 | 0 |
| Jewels Market | 10429 SMITHVILLE HWY | 0 | 32 | 64 | 64 | 0 | 8 | 12 | 0 |
| KORNER MARKET | 256 MULLICAN ST | 0 | 0 | 16 | 0 | 0 | 0 | 4 | 0 |
| M & M SPARTA SMOKE | 1200 SPARTA ST | 0 | 0 | 112 | 192 | 0 | 12 | 141 | 0 |
| MAPCO NASH #1014 | 234 BEERSHEBA HWY | 0 | 640 | 528 | 304 | 68 | 1,020 | 124 | -3 |
| McMinnville Liquor Store | 719 N CHANCERY ST | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 0 |
| ON THE WAY DELORES | 4985 SMITHVILLE HWY | 0 | 0 | 32 | 416 | 0 | 4 | 0 | 0 |
| ONE STOP MARKET | 4138 OLD NASHVILLE HWY | 0 | 0 | 64 | 0 | 0 | 0 | 72 | 0 |
| OWENS MARKET | 4765 W GREEN HILL RD | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| PUMP N PAY WEST | 1617 SMITHVILLE HWY | 0 | 0 | 128 | 224 | 0 | 20 | 72 | 0 |
| PUMP N' PAY EAST | 2465 SPARTA ST | 0 | 0 | 144 | 112 | 0 | 0 | 16 | 0 |
| QUICK SHOP | 1002 S CHANCERY ST | 0 | 96 | 288 | 512 | 0 | 100 | 276 | 0 |
| SHORT STOP MARKET | 1322 SMITHVILLE HWY | 0 | 0 | 96 | 160 | 0 | 8 | 32 | 0 |
| SOUTH CHANCERY ON THE WAY | 716 S CHANCERY ST | 0 | 0 | 32 | 128 | 0 | 8 | 24 | 0 |
| STOP AND GO LLC | 715 SMITHVILLE HWY | 0 | 32 | 512 | 432 | 0 | 0 | 120 | 0 |
| SUPER GAS | 1128 SPARTA ST | 0 | 0 | 144 | 144 | 0 | 44 | 48 | 0 |
| Shri Verai LLC | 2650 NASHVILLE HWY | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 0 |
| THE TOBACCO SHOPPE | 231 NORTHGATE DR | 0 | 0 | 96 | 0 | 0 | 0 | 16 | 0 |
| VILLAGE BP | 640 N CHANCERY ST | 0 | 0 | 128 | 160 | 0 | 16 | 32 | 0 |
| WALGREENS | 1210 SMITHVILLE HWY | 0 | 0 | 80 | 0 | 0 | 8 | 44 | 0 |
| WalMart SC #668 | 915 N CHANCERY ST | 0 | 0 | 144 | 0 | 0 | 0 | 40 | 0 |
| Walgreens | 318 N CHANCERY ST | 0 | 32 | 0 | 0 | 0 | 4 | 8 | 0 |