# EXHIBIT 7

# FILED UNDER SEAL

**From:** Crosthwaite, Kevin C. Jr "KC" (ALG)
**Sent:** Wednesday, January 16, 2019 6:46 PM
**To:** Willard, Howard A. (ALG)
**Subject:** FW: {Unverified} Introduction to Marijuana Policy Project and dinner

FYI - I agreed to have dinner with Nick and Riaz on the 31st after the JUUL BOD meeting.

-----Original Message-----
From: Nicholas J. Pritzker <njpritzker@taocap.com>
Sent: Wednesday, January 16, 2019 6:17 PM
To: Crosthwaite, Kevin C. Jr "KC" (ALG) <Kevin.C.Crosthwaite@altria.com>; Joby Pritzker <joby@taocap.com>
Cc: Riaz Valani <rvalani@gacapital.com>
Subject: {Unverified} Introduction to Marijuana Policy Project and dinner

KC: introducing you to Joby who i hope can introduce you to the ED of MPP with whom you might want to chat about policy and regulatory issues.
Also, are you available to have dinner with Riaz and me after the board meeting on the 31st? Maybe we can find some other time when you're here.
Best, nick

Sent from my iPad



CONFIDENTIAL