# EXHIBIT 20

# FILED UNDER SEAL

**From:** Willard, Howard A. (ALG)
**Sent:** Tuesday, July 09, 2019 8:03 AM
**To:** Kevin Burns (kburns@juul.com); Riaz Valani (rvalani@gacapital.com); Nicholas J. Pritzker (njpritzker@taocap.com)
**Cc:** Crosthwaite, Kevin C. Jr "KC" (ALG)
**Subject:** Feedback on Youth Vaping Prevention Plan

**Confidential**

For what it's worth here my reaction to the YVP plan.

The plan represents a modest improvement rather than an impressive "new day". I would execute the improvements, but I would do no communication or public announcement. If the plan works well you can communicate the results after the fact.

My experience is that you should be very careful when trying to execute a major change at retail that will create big winners and big losers. It can backfire badly. I do not think RACs is ready for a major announcement and a public commitment to using it. Keep working on it, but do not make a big announcement at this time.

The internal changes sound reasonable and appropriate. I would not add habit management to your mission. No one will know what it is and the consumer does want it.

Hope this is helpful.



CONFIDENTIAL

ALGAT0003279064