# EXHIBIT 21

# FILED UNDER SEAL

**From:** Howard_Willard_ALG@altria.com
**Sent:** Sunday, May 26, 2019 1:30 PM
**To:** Nicholas J. Pritzker
**Subject:** Re: {Unverified} DC?

Yes and yes

We can arrange the plan next week

Sent from my iPhone

On May 26, 2019, at 9:25 AM, Nicholas J. Pritzker <njpritzker@taocap.com> wrote:

> Howard: are you planning on coming to the youth/PMTA meeting in DC June 14? If so, do you think we can find time for you, Riaz and I to get together separately?
> Hope all is well.
> Nick
>
> Sent from my iPad
>
> **Disclaimer**
>
> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.
>
> This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.