# EXHIBIT 42

# FILED UNDER SEAL

Atkins Exhibit
2
6/8/21 Carrie Campbell, #13921
exhibitsticker.com

JUUL PAX K1

**PAX Labs company overview**
february 2015
CONFIDENTIAL

# JUUL




- IP that differentiates
- Product that rings premium
- Margins that matter
- Broad based distribution

**At launch JUUL will:**

be distributed by the four largest US tobacco distributors

employ a distribution infrastructure to expand anywhere in the US with the ability to reach nearly 200,000 accounts

attain a pre-sold outlet base of over 5,000 accounts within the most influential retail chain banners