# EXHIBIT 43

# FILED UNDER SEAL

**From:** Alex Cantwell on behalf of Alex Cantwell <alex@pax.com>
**To:** Chelsea Kania
**CC:** Adam Bowen; Gal Cohen
**Sent:** 7/11/2016 4:59:54 PM
**Subject:** Re: JUUL 3rd party filler follow up

EXHIBIT 11138 Adam Bowen 7/7/2021 Michael E. Miller, FAPR, RDR, CRR

This is great, I had not seen this. I definitely see where you were coming from re: 2 pod packs when it came up a couple months back. Re: nicotine strengths, were the flavors constant across strengths or were there different flavor-strength combos?

This survey also raises a great point, which is we should be able to get answers to certain brand & product segment questions without too much of a hassle by running another survey like this one to our vape accounts. Given the shortage probably makes sense to be sensitive to timing around asking them to fill out a survey like this, but we can probably come up with something clever.

I also personally love guava lychee, so good to see my taste buds are just like everyone elses.

On Mon, Jul 11, 2016 at 4:38 PM, Chelsea Kania <chelseakania@pax.com> wrote:

Alex, don't think you've seen this - back in Dec we had 8 vape shops (w/the FDA skus) answer some questions about JUUL bottled juice and pods. Not all answers are helpful but some have a semblance of consensus and the comments are interesting - a few touch on e-juice competitors and branding...

Survey https://www.surveymonkey.com/summary/YHtaqCr7OJc8_2BjAqlk3NNRLUnZc4nCK_2BN26CDeffN4s_3D

Login: whitneyj@pax.com
Password: Paxlabs

On Mon, Jul 11, 2016 at 4:22 PM, Alex Cantwell <alex@pax.com> wrote:
Thanks guys, all fair & good points. Adam - first I'm hearing about poor brand reputation, I also wonder where that comes from. Is that something he mentioned to you?

On Mon, Jul 11, 2016 at 4:18 PM, Adam Bowen <adam@pax.com> wrote:
That all sounds right.

I think we would want to do this broadly (Keurig), or as a short term growth tactic that we phase out (blu + Johnson Creek), or not at all (current).

The current approach seems to be working, and surprisingly well in vape shops. Although Tyler said something about poor brand reputation? Don't know where that's coming from—I see generally high praise from vapers and vape shops. But if that's a real concern, we should consider other ways to address it.

Also, we should keep in mind: big tobacco is used to paying high multiples for brands and market share, but not for technologies/platforms. I think they would much rather buy a Nespresso than a Keurig.

On Jul 11, 2016, at 12:16 PM, Alex Cantwell <alex@pax.com> wrote:

All,

Sending a summary of our discussion this morning along with my thoughts of where it appears we have some *blind*

*spots in italics* - correct me if I'm wrong.

Overall, the takeaway I have is:

**It is an interesting idea and one that could play into JUUL's growth story, but is likely a 'further out' project**

- Brand benefit is likely biggest 'real' potential benefit
  - The 3 potential benefits are growing through association with another brand, access to quality / technology standards that would require investment, and FDA savings
- There is currently no meaningful brand that owns enough of the market to likely spur meaningful growth
  - Unclear if own brand would be diluted by another
  - *Can work to better understand where our brand / product fits into the ecosystem*
- Moving away from nicotine salts is likely too big of a risk due to consumer confusion & product dilution, therefore would need to partner to formulate a specialty nicotine salts juice
  - If true, no time for this for Aug 8
    - Potential to explore for european expansion
  - *Can work to better understand JUUL appreciation from hardware design vs chemistry, as well as evolving consumer needs over time*

**More detailed notes:**

**Potential benefits** from bringing in outside producers:

- **Brand** - partner with key brands that have loyalty & recognition in segments beyond our own
- **Quality / technology** - partner with a juice manufacturer that uses special technology (nicotine or flavor) that would require investment on our end
- **FDA savings** - invest in 1 empty pod SKU and rely on juice producers for juice approval

**Risks & issues** with bringing in outside producers:

- Market currently too fragmented to likely materially gain a branding benefit
  - However, need to understand customer segments - would a collection of specialty flavors potentially unlock a sizable area of growth? When would this become appropriate in JUUL's growth?
  - Believe JUUL is building own meaningful brand as a system and other brands may dilute - need to better understand how our brand is perceived
- Formulations unlikely to deliver satisfaction of closed-system (primarily driven by lack of nicotine salts)
  - First time user experience likely diminished with lower nic content, different nicotine chemistry - need to better understand the likelihood of this
  - Confusion in product SKUs due to differing impact of chemistry (i.e. JUUL liquid has nic salts, others don't)
  - Unclear if low nicotine content can command same price in closed system (need to test, verification through lower nic SKUs)
  - Alternative to partner nicotine salts technology with juice producer before 8/8, however not enough time
    - Could be option for European expansion

--

Alex Cantwell | Business Development
PAX Labs Inc | 660 Alabama St. Floor 2, San Francisco, CA 94110
m 312.213.8985

--
Alex Cantwell | Business Development
PAX Labs Inc | 660 Alabama St. Floor 2, San Francisco, CA 94110
m 312.213.8985

--
Chelsea Kania | director, product marketing
PAX Labs, Inc. 660 Alabama Street, Second Floor, San Francisco, CA 94110 m 262.271.5139

--
Alex Cantwell | Business Development
PAX Labs Inc | 660 Alabama St. Floor 2, San Francisco, CA 94110
m 312.213.8985