# EXHIBIT 46

# FILED UNDER SEAL

EXPERT REPORT OF DR. JOHN CHANDLER

September 20, 2021

In Re: JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation

Case No. 19-md-02913-WHO (N.D. Cal.)

## Early 2018 Marketing Assessment

In early 2018 McKinsey Consulting set the context for JUUL's marketing overview by observing that "JUUL has achieved market leadership without significant marketing investment." McKinsey further predicted that "[a]s JUUL scales and virality lessens, marketing has the potential to become a powerful lever for acquiring consumers, growing lifetime value, retaining loyalty, and ultimately re-accelerating growth:"[104]




By all appearances, JUUL took McKinsey's advice to heart, using marketing as the powerful lever foretold by McKinsey to reach a breathtaking share of the US Market. The scale of this distribution and the emphasis on scaling the market and "virality" indicates that well into 2018, JUUL was not concerned with the bleed of its marketing strategies into youth markets:[105]

[104] JLI00316108 p. 4
[105] JLI00386111

2018 H1 Marketing




JUUL's marketing plan for 2018 H1 illustrates the contemplated scale, ramping from the steady state of $0.5M in 2017 Q4 up to a planned range of $15M to $25M in 2018 H1. This marketing plan included significant investments in digital marketing and tests of offline media. I have verified $88 million in 2018 marketing spending, an amount that is consistent with the ambitious and pervasive marketing projections seen in the planning documents.[106]

## 2018 Targeting Bleed

JUUL's accelerated growth phase was marked by unprecedented spending across many large marketing channels. These advertisements were targeted, though, again, targeted advertising is not exact. Regardless of the types of targets chosen, there is bleed into other groups.[107] JUUL was aware of this spillover and used customer segments that required its existence, illustrated in a series of slides from McKinsey presentations prepared for the board of directors. The slides are dated February 2018, before the even more aggressive ramp up of JUUL's marketing.

The title of slide 5, "JUUL has significant runway for growth in the U.S. to capture more design targets and additional source of volume," sets the tone for the presentation. The goal is to find "design targets" (i.e., groups of consumers) where JUUL can grow quickly and scale revenue. These design targets are necessary, because the only smoking demographic against

---

[106] JLI09756587

[107] Neumann, N., Tucker, C. E., & Whitfield, T. (2019). Frontiers: How effective is third-party consumer profiling? Evidence from field studies. Marketing Science, 38(6), 918-926.

which JUUL indexes high are 18-21 year olds. We see McKinsey's evidence in the following slide:[108]




Slide 23 of the presentation compares JUUL's users at one large vape chain to CDC data on US smokers. The age demographic 18-21 is listed as a "current strength," since 64% of JUUL's users at this chain fall in this three-year range. Most smokers are 25-44 or 45-64 (both 34%), but JUUL under-indexes against these groups. The title summarizes the insights from the slide: "JUUL's penetration is highest among 18-21 year-olds."

McKinsey creates a persona for the primary design target, who is illustrated in the following slide:[109]

---

[108] JLI00316454, p. 23

[109] JLI00316454, p. 24