# EXHIBIT 47

# FILED UNDER SEAL

Highly Confidential - Outside Counsel Only

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: )
)
JUUL LABS, INC. MARKETING, ) CASE NO.
SALES PRACTICES AND PRODUCTS ) 19-md-2913-WHO
LIABILITY LITIGATION )
)
______________________________ )

— — —
Monday, August 9, 2021
— — —
HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY
— — —

Remote Video-Recorded Oral Deposition of GAL COHEN, Ph.D. held at the location of the witness, commencing at 9:05 a.m. PDT on the above date, before Michael E. Miller, Fellow of the Academy of Professional Reporters, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter and California CSR No. 13649.

— — —
GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Outside Counsel Only

and foundation. Move to strike the prefatory statement.

A. I believe that the company has looked for investment from a range of sources, including big tobacco, throughout its history.

BY MR. HOERMAN:

Q. Okay. So the sale to Altria in 2018 wasn't something that just came up in 2018. It's something that the company had been interested in for the entire time the company was in existence, correct?

MR. BERNICK: Objection, lack of foundation and form.

A. Yeah, I'm not sure what the specific decision-making was that led to the Ploom -- or to the Altria investment. That was really managed by other people.

BY MR. HOERMAN:

Q. And my question was a little different. My question was: The issue of investment and/or partnering with big tobacco was something that you were aware of was going on all the way back to at least 2008, correct?

MR. BERNICK: Objection, --
A. It was aware that it was a possibility that was considered, along with other investment sources at various times.
MR. HOERMAN: Okay. If you can pull up -- I want to talk a little bit about that -- those efforts with big tobacco. If you can pull up JLI20769505.
(Whereupon, Deposition Exhibit Cohen-26002, E-mail(s) re: Ploom, JLI20769505 - JLI20769506, was marked for identification.)
BY MR. HOERMAN:
Q. Do you have that document?
A. Yes.
Q. It's only two pages, so you can try to -- you can read it right there if you want to. But it's a pretty simple concept.
Do you see that this is an e-mail exchange in 2009 between you and Adam Bowen?
A. Yes. Just a point of logistics here, is this something that I should be able to be scrolling through right now?