# EXHIBIT 49

# FILED UNDER SEAL

**BEFORE THE UNITED STATES FEDERAL TRADE COMMISSION**

| | |
|---|---|
| In the Matter of the Proposed Acquisition by Altria Group, Inc. of Certain Voting Securities of JUUL Labs, Inc. | **Highly Confidential**<br>**Exempt From FOIA**<br><br>FTC File No. 191-0075 |

EXHIBIT
45016
Kevin C. Crosthwaite, Jr.
10/7/2021
Michael E. Miller, FAPR, RDR, CRR

**CONFIDENTIAL TREATMENT REQUESTED**

RESPONSE OF JUUL LABS, INC.
TO THE CIVIL INVESTIGATIVE DEMAND ISSUED ON OCTOBER 1, 2019

Dated December 6, 2019



| | |
|---|---|
| Jerry Masoudi<br>Chief Legal Officer<br><br>JUUL Labs, Inc.<br>1000 F Street N.W.<br>Washington, D.C. 20004 | Michael L. Sibarium<br>Robert C. K. Boyd<br>Evan Storm<br>David C. Grossman<br>Pillsbury Winthrop Shaw Pittman LLP<br>1200 Seventeenth Street, NW<br>Washington, DC 20036<br><br>David I. Gelfand<br>Jeremy J. Calsyn<br>Matthew Bachrack<br>Jessica Hollis<br>Huanbing Xu<br>Cleary Gottlieb Steen & Hamilton LLP<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br><br>*Antitrust Counsel for JUUL Labs, Inc.* |

*B. The Board Considers Removing Mr. Burns*

This confluence of events highlighted the need for resolution of the Board's leadership concerns, as well as a clear message that the Company was going to take decisive action necessary to reset the vapor category in the United States. The Board felt that it had two available options. First, the Board could continue its search for a Chairman; however, amidst the increasingly complicated situation facing the Company, candidates for Chairman were reluctant to engage. Furthermore, many of the issues facing the Company—most notably the May 2020 PMTA deadline—required immediate action, and the Board was concerned about the extended period of time likely required to identify strong candidates, recruit them, and have them learn enough about the business and environment to make clear decisions. Second, the Board considered internal promotions from within the senior leadership team; however, none of the leadership team had experience running a business of the relevant scale and complexity. Further, the Board was concerned that an internal promotion would not set the proper tone for a category reset.

On September 11, 2019, JLI Directors Nicholas Pritzker and Riaz Valani participated in a telephone call with Howard Willard, the Chairman and Chief Executive Officer of Altria, in its capacity as a 35% shareholder of JLI. The three discussed the challenges facing JLI, including the recent CDC press releases regarding vaping-related illnesses and the Administration's potential policies regarding certain e-cigarette vapor flavors. During that call, Mr. Willard expressed concern with JLI's direction. Furthermore, Mr. Willard noted that decisions on CEO direction were solely the Board's, but did express his opinion that JLI would benefit from a new direction—a view that Mr. Willard had also expressed in April, 2019 to Director Pritzker and June, 2019 to Directors Frankel, Pritzker, and Valani. In June 2019, in response to questions

connection with Altria's potential investment in JLI. Mr. Crosthwaite subsequently led Altria's due diligence in connection with its investment with JLI. He also served as Altria's first observer on the JLI Board starting January 17, 2019, following Altria's investment in the Company.

JLI directors had both social and professional interactions with Mr. Crosthwaite while he served as a Board observer. In April, 2019, Director Pritzker and his family hosted Mr. Crosthwaite and his wife for a weekend in San Francisco. While the visit was primarily social, the possibility of Mr. Crosthwaite joining JLI someday in some capacity was mentioned. In the same visit, Mr. Crosthwaite expressed concerns about JLI's then-current leadership's ability to guide JLI. As the summer approached, no decision had been made by the Board to replace Mr. Burns. The Board was still considering whether it may be able to attract a new Board Chairman or Executive Chairman with skill sets that could complement those of Mr. Burns if he remained in his position. In the meantime, various Board members had contacts with Mr. Crosthwaite, whose perspective on JLI's business was valued. On August 23, Director Valani met with Mr. Crosthwaite, and the two discussed business and non-business topics.

As detailed in JLI's Response to Specification No. 2, facing the increasingly challenging environment for the Company and a newly accelerated May 2020 PMTA deadline, the Board determined it would be difficult to conduct a search outside of the industry for a new CEO. Even if such a search were successful, it would take months to find such a candidate, and several more months for a CEO from outside the industry to get up to speed on the PMTA process and on JLI's progress toward meeting it. Addressing the changing environment and preparing for PMTA required rapid action. Given this timetable, the Board determined that it would not have time to conduct such a fulsome search. Additionally, Mr. Crosthwaite had unique experience in alternative tobacco products, engagement with key stakeholders, PMTA strategy, and managing