# EXHIBIT 52

# FILED UNDER SEAL

**From:** Daviduke, Brian A. (AGDC) on behalf of Daviduke, Brian A. (AGDC) <Brian.A.Daviduke@altria.com>
**To:** Alex Cantwell (alex@juul.com)
**Sent:** 3/1/2019 1:54:48 PM
**Subject:** FW: McLane 3/7/19 JUUL Orders
**Attachments:** JUUL POs Due 03-07-2019.xlsx

Another example of the effectiveness you are getting for the investment, in the event you need these with any internal conversations.

---

**From:** Jacobs, Michael S. (AGDC)
**Sent:** Wednesday, February 27, 2019 10:01 AM
**To:** Streitz, John P. "Patrick" (AGDC); McGuire, Alexandra M. (AGDC); Daviduke, Brian A. (AGDC)
**Cc:** Hendrickson, Jessica A. (AGDC)
**Subject:** McLane 3/7/19 JUUL Orders

**Confidential**

AGDC Future Products Team- Attached is the latest PO that McLane made for JUUL products with a requested delivery date of 3/7. Great news, I influenced McLane to order an incremental 25% (equates to +6 days on-hands) to account for the OOS rates, FSF visibility enhancements and increased retail orders we discussed last week.

As you get more data on sales, OOS and AGDC retail activities, please provide guidance to WAMs on order quantities or SKU growth rates so that we can assist wholesale in maintaining adequate inventory.

Thanks,

**Mike Jacobs**
Senior Account Manager
Altria Group Distribution Company
Servicing: Philip Morris USA; U.S. Smokeless Tobacco Company; John Middleton; Nat Sherman; and NuMark
Michael.s.jacobs@altria.com
Cell: 206-769-3040
Office: 254-774-1884

EXHIBIT
2718
exhibitsticker.com

DOCUMENT PRODUCED NATIVELY

| Division | PO Number | 2019-03-07 SCHEDULED |
|---|---|---|
| HP | HP01850334-01 | $305,501.76 |
| MD | MD01840781-01 | $579,720.00 |
| ME | ME02262463-01 | $1,988,808.00 |
| MG | MG00368927-01 | $419,548.80 |
| MI | MI01943381-01 | $1,167,898.56 |
| MK | MK01741232-01 | $425,580.96 |
| MN | MN01835189-01 | $562,024.80 |
| MO | MO01240684-01 | $986,914.56 |
| MP | MP01653102-01 | $154,511.04 |
| MS | MS01714091-01 | $516,225.60 |
| MW | MW01870588-01 | $1,029,551.04 |
| MY | MY01790617-01 | $934,574.88 |
| MZ | MZ01991532-01 | $951,924.00 |
| NC | NC01946806-01 | $590,367.36 |
| NE | NE02069546-01 | $765,245.76 |
| NW | NW01855773-01 | $826,782.72 |
| PA | PA01457477-01 | $1,486,156.80 |
| SE | SE02131120-01 | $590,782.08 |
| SO | SO02180872-01 | $1,126,185.60 |
| SW | SW01088452-01 | $1,376,526.72 |
| SZ | SZ01906285-01 | $889,503.36 |
| **DIVNM** | | **$17,674,334.40** |