# EXHIBIT 72

# FILED UNDER SEAL

FEDERAL TRADE COMMISSION

In re: )
ALTRIA GROUP ) File No.
and ) 191-0075
JUUL LABS. )

Friday, November 22, 2019

Room 8104
Federal Trade Commission
420-7th Street, S.W.
Washington, D.C. 20020

The above-entitled matter came on for investigational hearing, pursuant to notice, at 9:00 a.m., for the testimony of:

MURRAY GARNICK

Reported by: Deborah Wehr, RPR

products. So given all of that, I was of the view that we should get out of that space. And I was of that view as of June 2018. I was, I think, pretty much alone as of June 2018, but I was of that view as of June 2018.

And I think I reached that view because I came to regulatory science from the outside. These people worked extremely hard day in, day out on trying to fix these products, selling these products, and I came in with a fresh perspective, and that's what I saw.

Q. So you said in June you were alone in this thinking. Did that ever change?

A. It changed slowly over time. So in September, that's when the youth epidemic really became public, and Commissioner Gottlieb wrote the major e-vapor manufacturers a letter about what are we going to do about the youth issue. We were very concerned about the youth issue, and it was identified that what was contributing to the youth issue were pods and nontraditional flavors. By that I mean flavors other than tobacco and menthol.

And so for Howard and Billy, the youth issue plus all the other problems that I outlined was enough for them to change their minds and to decide ultimately in October, I think, that we should pull the pod