# EXHIBIT 80

# FILED UNDER SEAL

# Confidential
# Presentation Materials

PAXLABS

## August 2015

STIFEL

# Table of Contents


I. Executive Summary

II. Introduction to Stifel

III. Consumer & Retail Industry Focus

IV. JUUL Discussion

Appendix.


*Basis of Presentation*

*References herein to "Stifel" collectively refer to Stifel, Nicolaus & Company, Incorporated and other affiliated broker-dealer subsidiaries of Stifel Financial Corp. References herein to "Stifel Financial" refer to Stifel Financial Corp. (NYSE: SF), the parent holding company of Stifel and such other affiliated broker-dealer subsidiaries. Unless otherwise indicated, information presented herein with respect to the experience of Stifel also includes transactions effected and matters conducted by the Capital Markets Division of Legg Mason Wood Walker, Inc. (acquired on December 1, 2005), Ryan Beck & Co., Inc. (acquired on February 28, 2007), Thomas Weisel Partners LLC (acquired on July 1, 2010), Miller Buckfire & Co LLC (acquired on December 20, 2012), Keefe, Bruyette & Woods, Inc. (acquired on February 15, 2013), Knight Capital Group's Institutional Fixed Income Brokerage unit (acquired on July 1, 2013), Oriel Securities (acquired on July 31, 2014), and their respective affiliates.*

*Independence of Research*

*Stifel prohibits its employees from directly or indirectly offering a favorable research rating or specific price target, or offering to change a rating or price target, as consideration or inducement for the receipt of business or for compensation.*

# I. Executive Summary

CONFIDENTIAL

# Executive Summary

STIFEL

*Executive Summary*

## JUUL Executive Summary

- PAX is well positioned to establish strong international partnerships with leading tobacco companies ("LT") to accelerate JUUL
  - LT realize e-vape will be a major category
  - Despite their resources, LT proven ill-suited to develop and launch compelling products
    - Spent billions trying to launch or acquire e-vape products
    - Even with massive marketing, haven't driven:
      - Loyalty
      - Profitability
  - JUUL is a highly differentiated product that delivers on the e-vape promise
    - Outstanding performance
      - Nicotine absorption
      - Vapor production
    - Attractive, functional design - ease of use
    - Closed vaping system ideal for convenience channels and presents low regulatory risk
    - Range of flavors to meet consumer varying tastes
    - Premium price point consistent with strong margins
    - Ability to drive substantial market share and profitability
    - Non-replicable technology and IP
- Stifel believes JUUL could be a multi-billion opportunity to LT over time.
  - Over the next five years could provide ~$100mm in additional FCF to PAX
  - Ongoing royalty stream, in the context of an IPO, could be worth $500+ million to PAX shareholders
- Stifel believes the catalyst of a process, will compel LT to compete for the ability to gain exclusive access to JUUL
  - LT generally requires the catalyst of a process to:
    - Force decisions, including those that may face internal roadblocks
    - Drive the best terms on a timely basis
- While an exclusive agreement with LT can take many forms, Stifel believes the best agreement for PAX will:
  - Maximize a Partner's Core Competencies: Fully engage the distribution and marketing strength of a partner in a given region
  - Maximize JUUL Growth Trajectory: Ensure a level of commitment to volume/time based milestones
  - Minimize PAX Investment and Resources: Minimize use of PAX resources required to invest in, manage, and operate the growth of JUUL in a given region
  - Drive Strong Value to PAX Shareholders: Create an economic arrangement that combines upfront value for commitment with ongoing royalties including minimums

| Stifel believes it can effectively manage a process for PAX that: | |
|---|---|
| | **Identifies the best Partner(s) for JUUL**<br>**Best positions JUUL to each Partner**<br>**Creates a catalyst for LT decision making**<br>**Drives strong economic value and terms through competition** |