# EXHIBIT 81

# FILED UNDER SEAL

# PAXLABS

board meeting
**december 7, 2015**

# strategic alternatives

| | realign and rebase | focus on cannabis | JUUL focus on tobacco |
|---|---|---|---|
| description | reorganize PLI around PAX and JUUL business units<br>rebase spending in each BU<br>grow PAX; 'go slow' JUUL | invest in PAX and K3<br>monetize JUUL at earliest sensible opportunity | invest in JUUL<br>maximize PAX cash potential |
| product focus | PAX and JUUL GM improvements<br>K3 and PAX product line diffusion<br>PAX accessaries | K3 + pods<br>PAX pods<br>explore vertical integration | JUULpod flavor expansion<br>JUUCE<br>international JUUL<br>J2 + amazing packaging |
| key 2016 priorities | restructure PLI with clear BU accountability<br>focus on PAX growth initiatives<br>hibernate JUUL until margins improve | PAX growth initiatives: drive new channels and velocity<br>Monetize JUUL: license ex-US and / or sell business | Grow JUUL doors and velocity<br>restructure PAX to maximize cash generation |
| path to liquidity | PAX: IPO 2017+<br>JUUL: 12-24 months sale | PAX: IPO 2017+<br>JUUL: Q3/4 sale or licensing | PAX: cash generation<br>JUUL: 2017+ sale or IPO |
| | *selected for further analysis* | *selected for further analysis* | |

realign and rebase

# considerations for franchise-based organizational structure

**Franchise-based PLI org structure**

CEO

Cross-BU functions

Cannabis franchise

Nicotine franchise

Cannabis-only functions

Dual-report functions

Nicotine-only functions

*details on following slides*

**Advantages**

- Enables **business ownership and decision-making**, inc. product roadmap and investment allocation
- Creates **P&L clarity and financial accountability**
- **Aligns sales and marketing** to distinct channels
- Enables JUUL and PAX to **focus on different growth and investment trajectories**
- Sets up each franchise for **separate monetization events**

**Weaknesses**

- **Additional reorg** after period of significant change
- Potential loss of **cross-sale coordination**
- Creates organizational complexity; requires **dual-hat reporting** for some FTEs or HC duplication



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

realign and rebase

# PAX and JUUL as standalone business units within PLI

*details on following slides*




| | | | | | | |
|---|---|---|---|---|---|---|
| HC (current) | 13 | 7 | 25 | 20* | 29 | 8 |
| Total cost | $1.9m | $1.2m | $3.7m | $4.4m | $3.7m | $1.4m |

* Includes current PD, CTO and CPO HC

** Does not include headcount for BU head and support

realign and rebase

# each franchise head would have clear distinct strategic 2016 goals

*Head of Cannabis 2016 objectives*

**Key priorities**

- Drive growth - new channels, geographies and improved sell-through
- Improve margin contribution - realign sales incentives and HC; reduce COGS
- Develop direct distribution capability with key dispensaries and other PoS
- Optimize pricing structure and diversify product portfolio with K3 and PAX Core

*Head of Nicotine 2016 objectives*

**Key priorities**

- Manage JUUL toward 12-24 month liquidity event
  - Rightsize sales / marketing spend
  - Oversee margin improvement process
  - Drive velocity in existing footprint
- Execute A/B tests to identify high ROI interventions in existing footprint
- Selectively grow high ROI doors
- Strengthen IP portfolio and protection



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

realign and rebase

# given EBIDTA constraints, 2016 investment allocations involve tradeoffs

**JUUL 2016 Sales & Marketing Spend vs revenues by channel, inc. HC and exc. warranty**

| | C-store | Vape | Ecomm |
|---|---|---|---|
| Spend** | $5m | $1.2m | $0.7m |
| *new initiatives* | *$1m* | *N/A* | *N/A - in PAX* |
| Revenues | $8m | $2.1m | $3.0m |

**PAX 2016 Sales & Marketing Spend vs revenues by channel, inc. HC and exc. warranty**

| | Headshop | Ecomm | International | Alternative | Dispensaries |
|---|---|---|---|---|---|
| Spend | $3.7m | $3.2m | $2.7m | $2m | $2m |
| *new initiatives* | *$0.5m** | *$0.5m* | *$1.1m* | *$0.6m* | *<$40k** |
| Revenues | $25.7m | $13.6m | $4.4m | $4.4m | $4.2m |

Additional $2m in multi-channel brand marketing not captured here

**Current allocation across channels and initiatives reflects management assessment of optimal investment balance between short and long term ROI**

* Does not include PAX Fixture program, direct selling cost, or PAX Core tooling
** Assumes sales, marketing and CS HC cost split 3:1 across C-store and Vape channels C-store new initiatives spend does not include new Hex collateral

focus on cannabis

# Mgmt: Baseline plan lays groundwork for an attractive liquidity oppty Q3/4+

**Priorities**

| | |
|---|---|
| **Demonstrates JUUL tech / IP superiority** | • **Market-leading repeat purchase rates demonstrate JUUL solves consumer concerns with existing products**<br>  • Big Tobacco has spent billions to enter vape space since 2013 and failed to launch or integrate a successful, profitable vape product<br>• Enforcement against NJOY demonstrates IP is defensible, and IP further strengthened by new filings that cover new workarounds |
| **Proves JUUL demand and sell-through** | • **High sell-through velocity across diverse existing retail footprint proves widespread consumer appeal**<br>  • Supported by strong channel relations and endorsements<br>  • 'plug and play' for an acquirer or licensee |
| **Establishes business sustainability** | • **JUUL gross margin improvements make business scalable and attractive to potential acquirer**<br>• High retail $ share sustains retail demand for JUUL |
| **Retains optionality** | • **Sets JUUL up for licensing / royalty agreement, but also alternative liquidity options**: JV with big tobacco, outside financing at premium based on JUUL scalability; big tobacco investment in PLI; buyout of JUUL<br>• Lower risk than 'grow to sell' strategy |

→ **Management believes baseline plan of measured investment in JUUL maximizes value of potential liquidity event Q3+, whether JUUL sale, licensing or alternative liquidity event**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

focus on cannabis

# JUUL sale considerations

high-level first pass; may not reflect investment banker-led bidding process in event of a sale

**Recent transactions**

| | Description | Est. LTM multiple |
|---|---|---|
| **Tobacco** | • $600m BAT // TDR | • 3.4x |
| | • $350m JTI // Logic | • 5.8x |
| | • $5bn JT // Natural Spirits | • 34x |
| | • $130m Altria // GS | • 3.3x |
| | • £30m Victory // VIP | • 1.5x |
| | • $135m Lorillard // blu | • 4.5x |
| **Non-SAAS consumer tech** | • $3.2bn Google // Nest | • 28x (~10x fwd) |
| | • $555m Google // Dropcam | • 18x (~9x fwd) |
| | • $2.4bn Canon // Axis | • 4.1x |
| | • Lululemon IPO | • 12.6x |
| | • Under Armor IPO | • 7.2x |
| | • GoPro IPO | • 4x |

**Tobacco multiples: ~3-6x**
**Non-SAAS consumer tech: ~4-10x**

**Other considerations**

- **Big tobacco unfamiliarity buying tech IP** - may be difficult to achieve a technology-based acquisition multiple
- **Declining ecig category** - JUUL growth may drive additional interest
- **Significant big tobacco consolidation underway** - potentially limits further M&A appetite
- PLI may generate **significant non-financial benefits from JUUL sale** - singular focus on cannabis



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

focus on cannabis

# JUUL 2016 liquidity options

other options: outside financing on JUUL Q3 run-rate; tobacco JV or investment in PLI

| | Rationale | Priorities | Notes |
|---|---|---|---|
| **Q3/4 2016 int'l licensing agreement** | • **Grow US with careful investment**<br>• **Position for potential Q3/4 liquidity event, most likely int'l license**<br>  • Distribution deal or JV would require more time and PLI investment | • Drive door velocity, share in existing doors<br>• Open high ROI doors<br>• Increase repeat %<br>• Improve GM<br>• Reinforce IP | • Market share-based licensing deal unlikely to be attractive given current scale<br>• Would need to achieve tech / IP valuation, based on sell through and repeat %<br>• Also well-positioned for alt financing, e.g. Series D or JV |
| **Grow and sell JUUL Q3/4 2016** | • **Invest to grow and sell JUUL** - focus on topline to maximize Q3 exit<br>• Generate cash to **invest in cannabis 2017** | • Drive topline revenue with more aggressive rollout and mkting<br>• Improve GM<br>• Reinforce IP | • Financial constraints render high investment challenging<br>• Risk of tax leakage on JUUL<br>• Execution risk: investing to grow topline with poor GM<br>• Increased risk of PMI settlement unsold inventory |

*baseline - also sets up well for alternative financing options, e.g., tobacco JV or outside financing*

* Assumes JUUL captures X% market share and licensing deal amounts to 6-10% revenue of $3.7bn international vapor market