# EXHIBIT 82

# FILED UNDER SEAL

# PAXLABS

## COMPANY OVERVIEW

PAXlabs CONFIDENTIAL


Cornering consumables.
Global Coffee - $100B+
$120B
$90B
$60B
$30B
Keurig
All Other
2015 Sales
$4.52B
4.4% of coffee sales
1/3 of single serve coffee market
Sold for $13.9B
blue dream
absolute extracts
9


Viral marketing wins.
JUUL
$60M
$40M
$20M
C-store Marketing Spend
$120M
$80M
$40M
JUUL Sales
70% quarterly growth rate with no marketing spend & only 3% of stores selling
YE 2016 annual run rate: $54M
Total Distribution Spend
Per C-Store Spend
Base Sales
$15.1M
$854
$4.2M
$345
$2.9M
$200
2015
8,249 Doors
2016
10,233 Doors
2017
10,233 Doors
PAXlabs CONFIDENTIAL
13