# EXHIBIT 83

# FILED UNDER SEAL

**From:** James Monsees on behalf of James Monsees <james@pax.com>
**To:** Riaz Valani
**Sent:** 12/2/2016 9:22:03 AM
**Subject:** Re: BAT

I don't have one yet. Haven't tried it yet. It looks... not like the future. But at least they're focusing more on vapor than heat-not-burn.

Was at a dinner earlier this week with PMI people. They all agree iQOS isn't the future of the industry but it's where the money is going right now in their org. We also got harassed by the restaurant staff for the excessive ERA consumption (all them!).

Was in frequent conversations with Kingsley Wheaton (head of new products at BAT, guy from this article) last year. He seemed hungry for a proposal from us at the time if you recall. They're trying to win with vapor, preparing to introduce nic-salt chemistry and poised to be the largest tobacco company in the world after the RJR deal is complete. Something worth thinking about.

In the mean time, JUUL is now proven to be the greatest cessation tool ever. 80% of our consumers have given up cigarettes completely, compared with 20% rates for OTC nicotine replacement products and 23% for other e-cigs. Consumer retention is 55% for JUUL despite supply and reliability issues, compared to 11.3% for standard e-cigs. Our pod:device sales rates are still far and away the best in industry.

The Vype Pebble is a designed-by-committee product looking to bring a closed-system to a primarily open-system market, a familiar-enough form factor to box mods, and a platform to experiment with new nicotine formulations. The success of JUUL has already spurred copycats from China. That always comes first. Soon enough the data above will catch the eyes of big tobacco and they'll either swing a new product more directly towards us, get aggressive about acquisitions or do both in parallel.

Those are my thoughts. Yours?

On Fri, Dec 2, 2016 at 1:08 AM Riaz Valani <RValani@gacapital.com> wrote:
What do you think?
Do you have one?

On Dec 2, 2016, at 09:01, James Monsees <james@pax.com> wrote:

https://www.bloomberg.com/news/articles/2016-12-02/bat-bets-on-vaping-as-tobacco-makers-do-battle-with-new-devices?cmpid=flipboard

--
You received this message because you are subscribed to the Google Groups "board" group.
To unsubscribe from this group and stop receiving emails from it, send an email to board+unsubscribe@pax.com.
--
James Monsees | chief product officer
PAX Labs