# EXHIBIT 84

# FILED UNDER SEAL

**From:** Justin Fisk
**To:** Larry Bradley
**CC:** Matt Keane; Sylvester Steele
**Sent:** 2/12/2019 11:29:26 AM
**Subject:** Re: Altria Call

There was nothing on the call regarding exchanges. I just went into the documentation and verified that there is no mention of exchanges on any of the ITP docs.

I still want to verify that none of the exchanges has a relationship with AGDC/Altria. I have a call starting in just a few minutes, will then hit up CGX and MCX to ensure I'm not missing anything on their side, and with a couple folks on our side.

V/R Justin

Justin Fisk
Business Associate | Defense Markets | 757.739.4445
560 20th Street, San Francisco, CA 94107 www.juul.com | https://heroes.juul.com/
photo juul labs sig2 zpsb4v2zjwf.jpg
This message and any files transmitted with it may contain information which is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy thereof.

On Tue, Feb 12, 2019 at 1:31 PM Larry Bradley <larry.bradley@juul.com> wrote:
Thanks Matt.

Justin. I was only on for a few minutes. Did you hear anything that pertained to exchanges? Do we need to get on a call with anyone to understand more details on Altria's activities in the exchanges?
Thanks
LB

Sent from my iPhone

On Feb 12, 2019, at 1:16 PM, <matt.keane@juul.com> <matt.keane@juul.com> wrote:

Team,

Notes for those that were not able to make the call – happy to elaborate or discuss further if these are unclear.

**Altria Group Distribution Company (AGDC)** will lead market blitz concept

- Field Force & suite of services available – up to our discretion to choose services from AGDC
  - Will call on current AGDC customers on behalf of JUUL
  - Current reps, already in the field
  - They are still current competitors in the field – don't discuss anything beyond blitz execution/refresh with AGDC reps
- AGDC has 145k retail doors
  - Our goal is not to open a ton of new doors, but focus on getting it right in the doors we have

**Scope of Work #1** – starts 02/20

- Innovative Tobacco Products (ITP) Accounts (top of the line retailers) – 40k doors, where we will take MarkTen space
- ITP Reset – 12k doors
- Backbar refresh blitz – 28k doors
  - Retailers that adjusted their distro to our entire SKU portfolio have shown a 6.7% growth – those that did not embrace SKUs show downward trend
  - Backbar refresh allows for full SKU integration right away
  - Mint growth is huge – may need double space for certain SKUs to avoid out of stock situations

**Scope of Work #2** – starts on 02/25

- Non-ITP Accounts / Regional Chains – 37k doors
  - N1 Accounts – combustible contract (no space for vapor) – JUUL must start over with retailer
  - N2/N3 Accounts – separate vapor contract, AGDC will suggest JUUL take spot, but we will have to fight for it
  - 7/11 ITP – need to continue to treat them as an independent
  - Non-Contracted Account – no space guaranteed
  - MISC
- AGDC 2 Visit Concept:
  - Will set shelve space to be read for product arrival – "coming soon" space
  - AGDC reps can't talk about JUUL pricing, promotions, or strategy – but can take orders

**What we need to do on our end:**

- AGDC has lead for ITP and non-ITP accounts, so what do JUUL Reps do during blitz time?
  - Work promo
  - Work specialty & vape channels
  - Close distribution gaps
  - Continue to place display units
  - Southern Tobacco not expected until later in March – don't give up on it, work through delays
  - Get Onyx devices out
  - Continue to open new doors
  - Reach out to wholesalers to explain program / AGDC will also be reaching out separately
- Lists of ITP/Non-ITP accounts will be sent to regions
- Planograms available for use
- Note – not moving away from Classic Tobacco, even though sales are low
- Crossmark is still a resource for us – embrace and utilize them

Matt Keane | Director | (808) 341-2900

https://drive.

560 20th Street, San Francisco, CA 94107 | www.juul.com | https://heroes.juul.com

**From:** Roger Stull <rogers@juul.com>
**Sent:** Tuesday, February 12, 2019 12:28 PM
**To:** Matt Keane <matt.keane@juul.com>
**Cc:** Larry Bradley <larry.bradley@juul.com>; Sylvester Steele <sly@juul.com>; Robert Alexander <robert.alexander@juul.com>
**Subject:** Re: Altria Call

Matte yes we are listening Roger, Robert and Shawn together at NCAI.

Sincerely,

Roger

ROGER D. STULL, CAAMA, CHA

Senior Director, Enterprise Markets - Public Sector - Health Markets

Juul Labs | 560 20th Street, San Francisco, CA 94107 | mobile (703) 342-6068

photo juul labs_sig2_zpsb4y2zjwf.jpg

On Tue, Feb 12, 2019 at 12:03 PM <matt.keane@juul.com> wrote:

Gents – was everyone able to dial into this call?

Matt Keane | Director | (808) 341-2900

https://drive.

560 20th Street, San Francisco, CA 94107 | www.juul.com | https://heroes.juul.com