# EXHIBIT 85

# FILED UNDER SEAL

# STATEMENT OF WORK #6

## SALES SUPPORT SERVICES

This Statement of Work #6 (this "SOW"), effective as of February 12, 2019 (the "SOW Effective Date"), by and between Altria Group Distribution Company, a Virginia corporation ("AGDC"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient. This SOW is subject to the terms and conditions of the Agreement. Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement

1. **Term and Termination.**

    a. Term. The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through May 25, 2019 as set forth in Schedule 1. Details of this SOW can be found in Appendix A.

    b. Termination. The Term will expire automatically upon the termination or expiration of the Agreement. Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.** Pursuant to this SOW, AGDC will provide to Recipient the Services described in the following Sections of the Agreement:

    Section IV.A-C of Exhibit A (Fixture Services); and
    Sections II.A-E of Exhibit B (Sales Services)

3. **Compensation.** Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Each party will be fully responsible for the performance of its obligations under this SOW.

4. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

5. **Payment.** Recipient will pay AGDC's invoices in accordance with the Agreement.

6. **Provider Manager.** The Provider Manager for this SOW will be:

    Theodore J. Edlich IV
    Altria Client Services LLC
    6601 West Broad Street
    Richmond, VA 23230
    TJ.Edlich@altria.com

7. **Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the AGDC and Recipient have executed this Statement of Work #6 as of the SOW Effective Date.

| **Altria Group Distribution Company** | **JUUL Labs, Inc.** |
|---|---|
| By: DocuSigned by: Frederick Myers 85FF7D13371D48D... | By: DocuSigned by: Tim Danaher 0D28A9DF7069402... |
| Name: Frederick Myers | Name: Tim Danaher |
| Title: President & CEO AGDC | Title: CFO |

## Appendix A

**Sales Services Operating Principles**

- JUUL reserves the right to increase or reduce the door count specific to the April/May cycles, per JUUL's desire to limit the cost of this SOW.
- There will be 2 subsets of doors that make up the 77,806 doors that are covered within this scope of work. Those subsets are below and will be covered during the March Sales cycle:
    - ITP Doors (Chain Stores participating in the Nu Mark ITP Agreement)
    - Balance Doors (7-Eleven & Non-ITP Doors with current distribution that are in TSM Workloads)
- JUUL will provide guidance on the planned quantities and wholesale delivery dates for the pre-book associated to this SOW which covers quantities for the Balance of the Doors.
- March Sales Cycle (77,806 Doors)
    - AGDC will be responsible for addressing Out Of Stocks, executing light merchandising in 35K ITP Doors
    - AGDC's account teams and Field Sales Force will call on the Balance Doors (HQ and store level) and sell in the planned pre-book quantities. Additional activities will include light merchandising and Inventory management. (43K Doors)
        - Exception: JUUL will be responsible for selling in the Pre-book to any Regional chain which JUUL has sales rep coverage. This will reduce the 43K door count.
- April/May Sales Cycle (Maximum of 43K Doors)
    - AGDC will be responsible for addressing Out Of Stocks, executing light merchandising **only** in the Balance (less than 43K doors) that accepted the pre-book which was sold in during the March Sales Cycle.
- Activity Metrics: AGDC will be providing the follow metrics on a weekly basis
    - Planned Door Coverage % (Commit to hitting 90% of Doors outlined above; only charge for doors covered)
    - Pre-book Selling Results;
    - Inventory Insights
        - Inventory data will be tracked from both photo delivery and manual representative tracking

**Schedule 1**

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Sales Services | Improve out of stock and distribution gaps in stores ITP and Balance Doors | |
| • Territory Sales Managers<br>• Key Retail Account Services<br>• Wholesale Account Services<br>• Field Sales Force Management<br>• Fixture Services | $55 per store visit. Total number of store visits shall not exceed 97,087 for this SOW.<br><br>This is inclusive of all labor and associated Field Sales Force Services required to pre-book, inventory management, merchandising, account management and tracking initiative insights. | $5,339,785 total maximum charges before markup |
| • Markup | 3% | $160,193.55 total maximum charges based on sales services |
| **Maximum Total** | | $5,499,978.55 |