# EXHIBIT 91

# FILED UNDER SEAL

**Merits Report on JUUL's Marketing Communications**

Prepared by:



Anthony R. Pratkanis
Emeritus Professor of Psychology
University of California
Santa Cruz, CA 95064

September 19, 2021




**Figure 2** Number of JUUL-related tweets on twitter 2015–2017.

***Figure 4:*** *The number of JUUL-related tweets on Twitter from Huang, et al. 2019*

Figure 5 is a graph of JUUL sales (in dollars) data (taken from JLI04868879) and shows a similar pattern:




***Figure 5:*** *Graph of JUUL sales (in dollars)*

people, and that approximately 70 percent of JUUL purchases were made by those 18 to 21 years old (JLI10344468).

Independent scientific research also confirms the internal JLI and Altria findings of the prevalent use of JUUL by youth and that this use coincides with the rise of JUUL as the most purchased e-cigarette by youth. Vallone et al. (2019) found that in 2018 the youngest people (ages 15-17 years old) in their survey were over 16 times more likely to report being a current user of JUUL, compared with those in the oldest age group (age 25 to 34). For the period of 2018 to 2019, Vallone et al. (2020) also found that youth (ages 15 to 24) were substantially more likely to use JUUL compared to those older in age (25 to 34). Cwalina et al. (2020) found that JUUL was the most popular vaping device among Los Angeles, CA high school students. Krishnan-Sarina et al. (2019) obtained similar results in Connecticut high schools, finding that JUUL was the most popular nicotine delivery device among those who had ever used an e-cigarette. Kaplan et al. (2021) used a national survey conducted in early 2018 and found that among JUUL users 29.1% were aged 15–17 years, 57.2% were aged 18–24 years, and 13.7% were aged 25–34 years. Tan et al. (2020) used a national survey conducted in 2020 and found that JUUL continued to be the most popular brand of e-cigarette among youth (age 15-17) and young adults (18-24).

The converging evidence from the Surgeon General, JLI's marketing analysis, Altria's investigations, and independent scientific researchers that (a) JUUL is the most popular e-cigarette among youth and (b) that JUUL's rise in sales, fueled by youth purchases, coincides with the rise in the youth nicotine epidemic is strong evidence that JUUL is the cause of this epidemic. However, we can gain additional scientific certainty that JUUL is the cause of this youth nicotine epidemic by looking in detail at how JUUL diffused through the marketplace and established both retail- and kid-shelf space to become the nicotine brand for young people – a task we take up after first looking at how marketing creates customers and how scientists infer cause from a pattern of data.

**How Marketing Creates Customers**

To understand how JUUL caused a youth nicotine epidemic with its marketing and JUUL product, we need to understand how marketing communications convert a non-user into a user and, in JUUL's case, into an evangelical for the brand (see Pritzker, Exhibit 14018; MDL_AA0000284). In other words, how does a message – in this case, JUUL's USP of lifestyle tech product without health and safety risks – diffuse through the marketplace and then result in sales for JLI as the message makes contact with each potential user – in this case a young person.

As noted previously, JLI used a diffusion of innovation model to encourage the adoption of JUUL as a new product (Rogers, 1983; Rogers & Kincaid, 1981; and as illustrated in Figures 1-3). In this model, consumers are in a network of communications – via social media and their everyday life of friends, classmates, and acquaintances. The JUUL message – the USP of lifestyle tech and the Vaporized, Save Room for JUUL, and social media messages that it is cool to JUUL – is spread from person to person, especially through centralized nodes (persons who have contact with many others) known as social media influencers and, in schools, as the popular, cool kids.

along with smooth nicotine hit and discreet design that make JUUL easy to consume) and to social media advertising and to advertising in general for the success of JUUL in the youth marketplace.

Finally, Hill advocates the use of analogy for understanding cause – is the pattern of data analogous or similar to other causal events? JLI's marketing of JUUL is similar in a number of ways to how tobacco companies marketed their products, especially to youth. Tobacco marketing has been seen to have a causal effect on adoption of nicotine products, especially to youth (United States v. Philip Morris, 2006). JLI's marketing of JUUL was similar to the marketing of tobacco products in terms of (a) themes such as a fun lifestyle, sex appeal, romance, belonging, independence, being cool, and similar appeals (see Jackler et al., 2019 and next section), (b) omissions (downplaying) of health and safety risks including the addictiveness of nicotine, (c) the use of social influence tactics often employed by tobacco companies such as including imagery sells, social models, status/prestige sell, social consensus, self-generated persuasion, commitment, peer friendship, words and labels, comparisons points, and repetition with variation, and (d) the manner in which JUUL was promoted to youth including celebrity promoters, product placements, at music concerts and events, hosting social events and parties, associating the brand with fashion, outdoor and billboard advertising that might be seen by youth, advertising in media that would expose youth to marketing communications promoting nicotine use, product sampling to youth, among others (see Proctor, 2011 for a discussion of the use of these devices by tobacco companies).

While the answers to the questions posed by Eckhardt and Ermann (1977) and by Hill (1965) strengthen considerably the conclusion that JLI, through its marketing of an addictive, easy to consume product of JUUL, caused the youth nicotine epidemic, we now turn to a more detailed analysis of how that epidemic happened. This analysis will look at: (a) how JUUL's marketing communications diffused through social media and other media as well as into everyday life; (b) how JLI's marketing placed JUUL on retail shelf space; and (c) how JUUL came to own the cool kid's mind and how those cool kids became the shelf space and evangelicals for the marketing for JUUL.

**JUUL's Marketing Communications Diffuse through Social Media and into the Everyday Lives of Youth**

As I noted in the first part of this report, JLI's marketing communications spread through social media (as seen in Figure 4, taken from Huang et al., 2019) and this spread coincides with the increase in the sales of JUUL (as shown in Figures 5 and 6 above) and thus the youth nicotine epidemic (as shown in Figure 7). As indicated by both JLI's internal analysis and by independent researchers, young people are a major reason for JUUL's successful diffusion across social media – both in terms of the number of users of JUUL-related social media and in terms of the themes appearing on this media, which tend to be highly-oriented towards youth.

Young people are a major recipient of and participant (engagement) with JUUL social media. In June of 2017, Nora Walker, JUUL's social media manager, analyzed JUUL's Twitter following and found that 23% of JUUL's Twitter followers were between 13- and 17-years-old and another 46% were 18 to 24 years old. In other words, 69% were 13- to 24-years-old and only 31% were age 25 or older

confirmed Kavuluru's results, finding that posts addressed issues of buying and selling of JUUL products. Y. Kim et al. (2021) found that: "One of the most viral Juul-related posts was on June 17, 2018 about having 'accidentally juuled' in front of parents and pretending it never happened; this post contributed to 87% of Juul-related tweets that single day." Malik et al. (2021) used machine learning to analyze tweets about JUUL and found that the majority were overwhelmingly positive and with many of them featuring discussions of flavors. Jackler et al. (2019) analyzed a collection of JUUL marketing communications and found that many contained themes such as pleasure/relaxation, socialization/romance, flavors, cost savings and discounts, holidays/seasons, style/identity, and satisfaction – many of which would appeal to youth.

The findings of independent scientific researchers that much of the social media content about JUUL is dominated by young people and youth-oriented posts has also been obtained by the research group DDC, hired as a consultant to JLI. DDC found that the social media conversation about JUUL (from December 2017 to March 2018) is "currently dominated by teens and young adults" (JLI00155805). In a manual review of JUUL mentions in social media, DDC also found that "sentiment is largely supportive of JUUL, however this support comes primarily from teens" (JLI00155806). To illustrate their findings, DDC provided examples of top posts about JUUL during this period, which discussed JUUL in sexual terms and as used in school settings (JLI00155810-12). The DCC results were also obtained by Insight Rooms, a research group hired by JLI, which used both natural language processing (NLP) and human review to audit discussions of JUUL across social media including Facebook, Instagram, Twitter, and YouTube, among others. Insight Rooms finds that JUUL is riding a wave of popularity, mostly fueled by "trendy teen/young adults/Millennials who's [sic] use starts with Juul rather than cigarettes" (MDL_RV0003990; MDL_RV0004002).

From both JLI internal analyzes and from independent scientific researchers, there is a clear pattern: (a) JUUL's sales growth parallels the rise in the youth nicotine epidemic; (b) JUUL's social media presence also parallels the rise in JUUL sales and the youth nicotine epidemic; and (c) youth are heavily engaged in JUUL social media content in terms of participation (as followers of JUUL and thus the recipient of JUUL messaging and as evangelicals for the brand that spread and amplify the JUUL message in their own terms) and in terms of the youth-oriented content related to JUUL's social media presence.

The question is: How did so much youth content about JUUL come to appear on social media? JLI's internal marketing documents reveal a highly disciplined marketing approach to social media, which monitored social media in order to seed, amplify, and control social media communications about JUUL and its USP of lifestyle tech and the "cool to JUUL" message.

In mid-2015, JLI not only launched its Vaporized campaign, but also began a social media campaign involving not only its own social media (for example, an official Instagram account) but also seeding content (similar to that of the Vaporized campaign) to those who might influence others. The goal of such a campaign is to create engaging content and then have it spread across social media platforms often with the help of influencers (social media personalities with key and/or large followings)

The JUUL product + the JUUL marketing communications and pricing resulted in "insane demand" for JUUL. In just the first six months, JUUL was outperforming competitors in sales and became the fastest growing vapor brand in 2015 (JLI00232771-2; Richardson Ex. 5073; given the y-axis of Dr. Hanssens's graph is in USD millions, the graph obscures these early sales but does capture the magnitude of JUUL's eventual sales of over $800 million per quarter). As JUUL's presence on retail shelf space began to grow in mid-2017, sales took off. On November 14, 2017 JUUL was declared the #1 vapor product with ~33% market share – an event that was described by major JLI investor Nicholas Pritzker as: "And i [sic] thought Spacex was our biggest rocket investment ……" (JLI10769401-2). As JUUL was placed on more retail shelves, JUUL sales continued to grow into 2018 and 2019 – growth that fueled and caused a nationwide youth nicotine epidemic.

**JUUL Creates Evangelicals for the Brand and Gains Cool Kid Shelf Space**

The nature and content of youth user-generated JUUL content and reposting of JUUL communications informs about at least two results of JLI's marketing campaign. First, JLI succeeded in turning youth users into evangelicals for the JUUL brand, as they shared their use of JUUL with others and tagged their friends with JUUL messages (Allem et al. 2018). Second, the JUUL brand had become a normal part of the everyday life for many middle- and high-schoolers (both for users and non-users who needed to adjust to JUUL use in their schools) and as result, for parents and teachers as well. JUUL user-generated content (shared by JLI via hashtags) is replete with images and messages of youth using JUUL in their everyday life: jokes about the school bathroom becoming a JUUL room, tales and photos of JUULing in class, the dorm room, the cafeteria, and locker rooms, stories about JUULing in front of parents, images linking JUUL to the icons of youth popular culture, discussions on how not to get caught and on how to buy JUUL if one is underage, bragging about JUUL stunts such as using multiple-JUULs at the same time, blowing vape rings, and using JUULs in a sexually provocative manner, challenges to use or recharge a JUUL in front of authority figures without being caught, images and stories about hiding JUUL usage in shirt sleeves, as part of computer gear, and in other places, sharing opinions about flavors and desires for new flavors, posting pictures of JUUL tattoos, celebrating JUUL use on beaches, spring break, at parties, music events, and with friends, and dressing up in JUUL costumes for Halloween. JUULing became a normal and acceptable activity in schools and colleges and a way to gain an identity as one of the cool kids (thus meeting one of JLI's early goals JLI01437558).

From a marketing perspective, these two consequences of the JLI marketing campaign added up to one additional channel of distribution for JUUL: the cool kid shelf space. In other words, JUUL's youthful users became evangelical promoters of JUUL – conduits for JLI's messaging, especially "it is cool to JUUL," at school, parties, social events, and other get-togethers. As such, a young person could be exposed to JLI marketing content and never be directly exposed to JUUL advertising. Thus the cool kid shelf space was an important route for the adoption of JUUL through a Product Trial – a novice user could take a hit on a friend's JUUL and then be instructed on how to use JUUL. JLI marketing communications created a social situation – the perception that JUULing was normal and cool – that then results in Product Trial and new sales for JUUL. As the number of youth users of JUUL grew over time, the opportunity for new users to have an opportunity for a Product Trial also grew, resulting in, at

7. Beginning in at least 2015, when it became apparent that youth were the primary market for JUUL, JLI continued to market the product in the same manner (images and media vehicles), actively attempted to counter what JLI called "youth prevention crusaders," and took limited actions to deter youth use. Not until late 2018 when JLI was under intense criticism and scrutiny from public health authorities, regulators, the media, and others did JLI even begin to limit its use of certain media (social media), actions which it could have and should have taken much sooner.

8. JLI revitalized the sale of e-cigarettes to youth, a category in which both sales and youth use had been declining, by normalizing the use of JUUL (and thus other nicotine products) through the dissemination of a message, "it's cool to JUUL," and by using social media (and other marketing channels) to infuse JUUL into the everyday life of youth and young adults.

9. JLI failed to inform and warn consumers of the highly addictive nature of JUUL; further JLI used confusing nicotine content labels that could be interpreted that JUUL has less nicotine than other products. By omitting key health, safety, and risk information from its marketing communications, JLI violated the rules consumers use to infer meaning, and thus misled consumers into believing there were not certain risks in consuming JUUL products and that it was safe and healthy to do so.

10. JLI caused a youth nicotine epidemic.

11. JLI's successful marketing of JUUL – with its highly addictive smooth nicotine, flavors, cool image, and repackaging a nicotine device disguised as something else – has provided a template for marketing nicotine devices that is now being used by competitors, thus further fueling the youth nicotine epidemic that JLI caused.

12. In 2018, in the midst of a severe and rapidly growing youth nicotine epidemic, JLI consummated a deal with Altria, the owner of the largest tobacco company in the United States, Philip Morris, USA, and together JLI and Altria significantly increased distribution of JUUL (via markedly increased shelf space and in other ways), thereby making JUUL even more widely available and further fueling the youth nicotine epidemic.

13. JLI disseminated marketing communications that have the capacity to mislead smokers that JUUL was a device for quitting nicotine use when instead it was another more addictive form of nicotine.

Finally, throughout this report I have repeatedly referred to JLI. In so doing, it is not my intent to refer only to Juul Labs, Inc. in a narrow, technical, or legal sense. Rather, I intend for that term to apply as broadly as possible to include any defendant entities and individuals responsible for directing, planning, executing, and/or approving the various marketing strategies and tactics discussed in this report. For example, I am aware that the company that designed and marketed JUUL products was known, at various points in time, as Ploom, Inc., PAX Labs, Inc., and Juul Labs, Inc. My use of the term JLI