# EXHIBIT 102

# FILED UNDER SEAL

Valani Exhibit
40112
10/1/21 Carrie Campbell, #13921
exhibitsticker.com

**From:** RValani@gacapital.com
**Sent:** Monday, June 11, 2018 11:50 PM
**To:** Dinyar Devitre
**Subject:** Re: Mint percentage?

A majority. We can discuss live when we next meet.

Best,
Riaz

> On Jun 7, 2018, at 11:31, Dinyar Devitre <Dinyar@Devitre.net> wrote:
>
>
> What proportion of total sales is in non tobacco flavor for J?
>
> Dinny
> Sent from my iPhone