# EXHIBIT 105

# FILED UNDER SEAL

H. Willard 01/13/2021
EXHIBIT
43
Sudny Gallardo

**From:** Willard, Howard A. (ALG)
**Sent:** Thursday, October 25, 2018 8:25 AM
**To:** Nicholas J. Pritzker
**Cc:** Riaz Valani (rvalani@gacapital.com); Kevin Burns (kburns@juul.com); Gifford, William F. Jr (ALG)
**Subject:** FDA Letter
**Attachments:** Altria Response to FDA - E-vapor October 25, 2018.pdf

Attached is our letter to the FDA which we sent and made public today.



CONFIDENTIAL

ALGAT0004032609