[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Robin Bain, individually, and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*<br><br>Case No. 3:20-cv-07174 | Case No. 19-md-02913-WHO<br><br>**NOTICE OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING *B.B.* TRIAL DATE** |

1   The Parties jointly and respectfully submit the following stipulation regarding the trial
2   date for the case entitled, *Robin Bain, individually, and as the legal Guardian of her minor child,*
3   *B.B. v. Juul Labs, Inc., et al.*, No. 3:20-cv-07174.
4   WHEREAS, following the *Daubert* hearings and Case Management Conference on
5   February 25, 2021, the Parties have continued their exchange of pretrial materials;
6   WHEREAS, having met and conferred, the Parties stipulate and respectfully request that
7   the Court consider setting the *B.B.* matter for trial in June 2022;
8   WHEREAS, the Parties are mindful and dedicated to moving this case forward. They
9   nonetheless respectfully make this request to reduce uncertainty in trial preparation and witness
10  scheduling;
11  WHEREAS, should the Court be inclined to discuss this request, trial counsel for all
12  Parties can make themselves available for a telephonic or video conference.
13  The Parties thank the Court for considering this submission and respectfully request that
14  the Court enter an Order in the form as attached hereto as **Exhibit A**, as may be modified and
15  approved by the Court.
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: February 27, 2022 | Respectfully submitted, |

By: /s/ *Renee D. Smith*

Renee D. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

By: */s/ David M. Bernick*

David M. Bernick (*pro hac vice*)
Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

By: */s/ Gregory P. Stone*

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ John C. Massaro*

**ARNOLD & PORTER KAYE SCHOLER LLP**

John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C.  20001
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999
john.massaro@arnoldporter.com
Jason.ross@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: */s/ Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

**EXHIBIT A: [PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The April 18, 2022 date for the trial of *Robin Bain, individually, and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, No. 3:20-cv-07174 is continued to June 2022.

Date: _____, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge