UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER REGARDING CERTAIN IN LIMINE ISSUES** |

The Court hereby adopts the Parties' stipulations regarding in limine issues and orders that the Parties will not comment on, refer, suggest, introduce or elicit testimony, evidence, or argument (whether directly or indirectly) in the presence of the jury (at voir dire or during trial) on the issues agreed to by the Parties.

Date: _____, 2022     _____
HONORABLE WILLIAM H. ORRICK
United States District Judge