UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO <br><br> [~~PROPOSED~~] **ORDER REGARDING CERTAIN IN LIMINE ISSUES** |
|---|---|
| This Document Relates to: <br><br> *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO | |

The Court hereby adopts the Parties' stipulations – Dkt. No. 2942 - regarding in limine issues and orders that the Parties will not comment on, refer, suggest, introduce or elicit testimony, evidence, or argument (whether directly or indirectly) in the presence of the jury (at voir dire or during trial) on the issues agreed to by the Parties.

Date: March 23, 2022

HONORABLE WILLIAM H. ORRICK
United States District Judge