**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **CONSOLIDATED [~~PROPOSED~~] ORDER**<br>) **GRANTING JLI'S MOTION TO DISMISS**<br>) **WITHOUT PREJUDICE FOR FAILURE TO**<br>) **SUBMIT DISCOVERY REQUIRED BY**<br>) **CASE MANAGEMENT ORDER NO. 8**<br>)<br>) This Document Relates To: All Actions<br>)<br>) The Hon. William H. Orrick<br>)<br>) |

1  Before the Court is the Motion by Defendant Juul Labs, Inc. to Dismiss the Complaints filed
2  by All Plaintiffs Identified in Exhibit A (the "Motion to Dismiss") (Dkt. Nos. 2778)[1] in the above
3  referenced, consolidated actions. Having considered the motion and arguments of the parties, and with
4  good cause appearing therefore, the Court hereby GRANTS the Motion to Dismiss and DISMISSES
5  the Complaints filed by all plaintiffs identified in Exhibit A without prejudice.

IT IS SO ORDERED.

Dated: April 19, 2022

The Honorable William H. Orrick
United States District Judge

---

[1] The Plaintiffs identified in Dkt. No. 2811 have all served Plaintiff Fact Sheets or voluntarily dismissed their cases. Accordingly, Dkt. No. 2811 is TERMINATED as MOOT.

# Exhibit A

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1. | Fujinami, Rachelle | *Rachelle Fujinami v. Juul Labs, Inc. et al.* | 3:21-cv-06876 | Fears Nachawati, PLLC | 1/18/22 | 2778 |
| 2. | Kane-Cartuccio, Richard | *Richard Kane-Cartuccio v. Juul Labs, Inc. et al.* | 3:21-cv-07060 | Schlichter, Bogard & Denton, LLP | 1/18/22 | 2778 |