# EXHIBIT E

## PLAINTIFF'S REFINED WITNESS LIST[1]

| WITNESS | SUMMARY OF TESTIMONY |
|---|---|
| **Expert** | |
| Boyles, Steve | |
| Chandler, John | Data analytics; digital and viral marketing strategies and tactics; impact of JLI marketing strategies. |
| Cutler, David | JUUL sales and youth usage data; regional sales data. |
| Drumwright, Minette | Marketing strategies and standards of care for JLI & Altria; corporate responsibility; JLI & Altria's role in youth vaping epidemic. |
| Emery, Sherry | |
| Grunberg, Neil | Science of nicotine and nicotine addiction; vulnerability of youth to nicotine addiction and tobacco marketing, industry knowledge and motivations regarding youth and tobacco use; public health consensus regarding safeguards necessary to protect youth from nicotine addiction; JUUL's design (including salts and flavoring) and its impact on initiating and sustaining nicotine addiction among youth; rebuttal to defense contentions regarding JUUL's success as a smoking cessation device. |
| Halpern-Felsher, Bonnie | |
| Jackler, Robert | |
| Johnson, Robert (*pending stipulation) | |
| Lindblom, Eric | |
| Pratkanis, Anthony | |
| Prochaska, Judith | The impact of JLI's and Altria's design, marketing, promotion, and sales tactics on youth nicotine usage; JLI and Altria's roles in the youth vaping epidemic; nicotine addiction and associated behaviors; physiological, psychological, and neurological effects of nicotine addiction; general causation; causation of B.B.'s JUUL initiation, nicotine addiction, and associated injuries; symptoms, harm, indicated treatment and damages associated with B.B.'s nicotine addiction and associated injuries; impact of JUUL design and marketing on B.B.'s JUUL initiation; rebuttal to defense contentions, including comparative fault defense. |

---

[1] This chart reflects Plaintiff's "refined witness list," subject to the reservations previously raised with Defendants and the Court. *See* Doc. 3040. Because the witnesses highlighted in yellow are those most likely to be called in Plaintiff's case-in-chief, Plaintiff provides a summary of the testimony to be given for those witnesses. These summaries are not meant to be an exhaustive list of all potential areas upon which each witness may testify, but rather a shorthand reference for the Court. Plaintiff will not elicit duplicative testimony from multiple witnesses.

1

| WITNESS | SUMMARY OF TESTIMONY |
|---|---|
| Proctor, Robert | |
| Ribisl, Kurt | |
| Shihadeh, Alan | JUUL's design, operation, and performance, and its impact on user behaviors. |
| Tackett, Randall | |
| Winickoff, Jonathan | Causation of B.B.'s JUUL initiation, nicotine addiction, and associated injuries; symptoms, harm, and damages associated with B.B.'s nicotine addiction and associated injuries; existence of and cause of B.B.'s physical injuries and symptoms; impact of JUUL design and marketing on B.B.'s JUUL initiation. |
| **Live** | |
| B.B. | B.B.'s JUUL initiation and usage; exposure to and impact of JUUL marketing, design, product placement and product predominance on B.B.'s JUUL initiation, usage, and addiction; B.B.'s injuries and damages caused by JUUL; treatment for alleged injuries and nicotine cessation efforts. |
| Bain, Robin | B.B.'s JUUL use; B.B.'s injuries and damages caused by JUUL; treatment for alleged injuries and nicotine cessation efforts; impact of B.B.'s addiction and other alleged injuries. |
| Bowen, Adam | Development of JLI; development of JUUL; JLI's knowledge; JLI's conduct regarding JUUL marketing, sales, promotion, design, and youth protection; acquisition plans; negotiations with Altria. |
| E.C. | B.B.'s JUUL usage; B.B.'s JUUL usage timeline; observed effects of JUUL usage on B.B.; prevalence of JUUL in B.B.'s community and amongst peers. |
| Frankel, Zachary | JLI-Altria negotiations. |
| Hemmat, Heidi | |
| Monsees, James | Development of JLI; development of JUUL; JLI's knowledge; JLI's conduct regarding JUUL marketing, sales, promotion, design, and youth protection; acquisition plans; JLI-Altria negotiations. |
| Pritzker, Isaac | JLI-Altria negotiations. |
| Sweeney, Mimi | Underage attendees at JLI events. |
| Wakefield, Camesheann | Underage attendees at JLI events. |
| **Deposition** | |
| Asseily, Alexander | "Vaporized" campaign; pre-launch marketing development; tobacco youth-targeted marketing. |
| Atkins, Ariel | Early development of JUUL, including flavor development; nicotine spike; "pod-popping"; toxicants. |
| Bain, Troy | B.B.'s JUUL use; B.B.'s injuries and damages caused by |

2

| WITNESS | SUMMARY OF TESTIMONY |
|---|---|
| | JUUL; treatment for alleged injuries and nicotine cessation efforts; impact of B.B.'s addiction and other alleged injuries. |
| Blaylock, Brian | JLI-Altria negotiations; knowledge of youth use and JUUL's lack of impact on cigarette sales; post-JLI payout conduct. |
| Cohen, Gal | |
| Devitre, Dinyar | JLI-Altria negotiations; knowledge of youth use; post-JLI payout conduct. |
| Dunlap, Scott | Early marketing development; internal concerns regarding youth use; conduct and motivations of JLI investors and leaders. |
| Edmonson-Taylor, Jessica | Social media influencers; celebrities; sampling; knowledge of youth use. |
| Fernandez, Pascal | Pre-negotiations investigation by Altria; knowledge of youth use and JUUL's lack of impact on cigarette sales. |
| Gardner, William | |
| Garnick, Murray | JLI-Altria negotiations; Altria's knowledge of youth use (including JUUL's lack of impact on cigarette sales); youth appeal of flavors. |
| Gifford, William | JLI-Altria negotiations; JLI's role in youth nicotine epidemic; post-JLI payout conduct; Altria's business rationales. |
| Goldman, Tyler | Youth appeal of JLI marketing. |
| Gould, Ashley | |
| Harter, Bruce | JLI's youth prevention curriculum; related focus groups. |
| Henderson, Julie | |
| Hunter, Jennifer | |
| Kania, Chelsea | |
| Latronica, Vincent | |
| Longest, Kaitlin | Altria's post-JLI payout services to expand and grow JUUL sales |
| Lunn, Joseph | |
| Melvin, Matt | Toxicants in JUUL e-liquids and aerosols. |
| Misra, Manoj | |
| Morgan McLeod, Katherine | Social media influencers; seeding; sampling; marketing events. |
| Mumby, Richard | Early JLI marketing; tobacco youth-targeted marketing; development of "Vaporized" campaign; effect of advertising on youth initiation and use. |
| Murillo, Jose | JLI's responsibility for product safety; public health conclusions re: nicotine; effect of JUUL sales on cigarette sales. |

| WITNESS | SUMMARY OF TESTIMONY |
|---|---|
| Myers, Daniel | Nicotine salts; PK study design; risks of JUUL use; youth prevention design features; nicotine spike. |
| Olin, Christopher | Concerns re: JUUL's health effects and appeal to youth; related conversations with N. Pritzker. |
| Perfetti, Thomas | Nicotine salt research; consultation work for Adam Bowen. |
| Pulido, Alfonso | |
| Richardson, Sarah | JLI marketing code; age-gated mediums; Tobacco 21; knowledge of youth use. |
| Robbins, Charles ("Bob") | |
| Romyak, Matthew | JLI-Altria negotiations; Altria's knowledge of youth usage |
| E.S. | B.B.'s JUUL usage; prevalence of JUUL in B.B.'s community and amongst peers; E.S.'s exposure to JUUL marketing and product placement; impact of JUUL's marketing and design on E.S., which directly impacted B.B. |
| Troy, Tevi | |
| Valani, Riaz | JLI-Altria negotiations; JLI knowledge re: youth use; JLI business strategy, including marketing, launch and growth; JLI motivations. |
| Walker, Nora | Social media marketing; age-gating. |
| Willard, Howard | Standards of care for tobacco manufacturers; JLI-Altria negotiations; Altria business motivations; Altria's knowledge regarding JUUL and JLI. |
| Xu, James | |
| **Deposition/Live** | |
| Auguston, Erik | |
| Bailey, Charlotte | |
| Brown, Nicholas | Flavor development and characteristics of flavored e-liquids; effect of flavors on youth initiation and use. |
| Burns, Kevin | |
| Christensen, Steven | |
| Crosthwaite, Kevin ("K.C.") | JLI-Altria negotiations and relationship; tobacco youth-targeted marketing; Altria's business motivations and strategy. |
| Dalton, M.D., Rosanne | Treating pediatrician. B.B.'s care and treatment, diagnosis, nicotine addiction and cessation efforts, family, social and medical history, impact of B.B.'s addiction and associated injuries; symptoms, harm, and damages associated with B.B.'s nicotine addiction and associated injuries, rebut comparative fault defense. |
| Garvey, Lee | |
| Hatton, Cole | Development of JUUL; "party mode"; "pod-popping"; nicotine spike; youth prevention design features. |

4

| WITNESS | SUMMARY OF TESTIMONY |
|---|---|
| Kaslow, Jacob | Treatment of B.B.'s alleged pulmonary injuries. |
| Pritzker, Nicholas | JLI-Altria negotiations; internal knowledge of youth use. |
| Rouag, Ziad | JLI corporate culture; knowledge of youth use; regulatory matters; JUUL nicotine delivery. |
| Xing, Chenyue | Scientific development of JUUL and JUUL's salt-based e-liquids; testing/studies of JUUL; youth prevention design features. |

2407539.4