# EXHIBIT I

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 2 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

**Plaintiff's Objections to Defendants' Priority Exhibits**

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 1 | | 1/1/2005 | B. Elliott and N. Grunberg, Adolescent Tobacco Use, Trends in Smoking and Health Research, 145-184 (2005) | | | | Hearsay; Foundation (learned treatise) |
| 2 | JLI Document | 6/1/2005 | Presentation re A. Bowen and J. Monsees Thesis | JLI01419088 | JLI01419125 | | No objection |
| 3 | Government | 6/22/2009 | 2009 Family Smoking Prevention and Tobacco Control Act | | | | No objection |
| 4 | Deposition Exhibit | 4/21/2013 | Smoking, Smoking Articles, and the Related Physics and Chemistry | PERFETTI_1764 | PERFETTI_1786 | Perfetti - 86 | Hearsay |
| 5 | Deposition Exhibit | 4/22/2013 | A. Bowen Email to T. Perfetti re Reports for Ploom | PERFETTI_1737 | PERFETTI_1737 | Perfetti - 87 | No objection |
| 6 | | 5/6/2013 | Provisional Patent Application No. 61-620128, Nicotine Salt Formulations for Aerosol Devices and Methods Thereof | | | | Hearsay; Foundation |
| 7 | JLI Document | 6/13/2013 | Presentation re Branch | JLI01062906 | JLI01062944 | | Objection: 802, 805 |
| 8 | JLI Document | 6/17/2013 | A. Bowen Email to B. Ingebrethsen re Chuck | JLI20821010 | JLI20821010 | | No objection |
| 9 | JLI Document; Deposition Exhibit | 12/30/2013 | Xing, C., Human Comparison of Buzz Feeling and Oral/Throat Harshness from Inhaling Development Juul Formulations | INREJUUL_00002912 | INREJUUL_00002918 | Xing 8006 | No objection |
| 10 | Government | 4/25/2014 | Proposed Rule re Deeming Tobacco Products to be Subject to the Federal Food, Drug, and Cosmetic Act, as Amended by the Family Smoking Prevention and Tobacco Control Act; Regulations on the Sale and Distribution of Tobacco Products and Required Warning Statements for Tobacco Products | | | | Hearsay; Double hearsay<br>MIL1A1 (JUUL is a "legal" product or authorized by FDA)<br>MIL1A5 (JLI complied with all "regs" pre-deeming) |
| 11 | JLI Document; Deposition Exhibit | 5/19/2014 | A. Atkins Email to A. Bowen and J. Monsees re Market e-cig puff capacities with Attachment | JLI04628337 | JLI0462853 | Atkins - 4 | No objection |
| 12 | JLI Document | 6/1/2014 | Presentation re Market Product Comparison pre-Launch (mid-2014) | JLI04535583 | JLI04535599 | | Objection: 802, 805; potentially 701, 702, 403 |
| 13 | JLI Document; Deposition Exhibit | 7/2/2014 | Memorandum re Ploom Marketing Code | JLI00368260 | JLI00368261 | Kania - 69 | No objection |
| 14 | JLI Document | 7/13/2014 | Evaluation of Clinical Results with a PBPK Model | JLI07820023 | JLI07820026 | | Hearsay |
| 15 | JLI Document; Deposition Exhibit | 8/12/2014 | S. Christensen email to M. Young et al. re Juul Key Points | JLI04535758 | JLI04535759 | Atkins - 3 | No objection |
| 16 | JLI Document | 9/29/2014 | Presentation re The Opportunity and the Challenge | JLI00169280 | JLI00169294 | | Objection: 802 805, Hearsay, 403 |
| 17 | JLI Document; Deposition Exhibit | 10/1/2014 | Presentation re JUUL Web Survey Online Research | JLI00364488 | JLI00364488 | Kania - D-4 | 802-Hearsay;<br>805-Hearsay within Hearsay;<br>403-confusing, cumulative, wastes time, unduly prejudicial |
| 18 | JLI Document | 11/6/2014 | C. Xu Email to G. Cohen re (Formulation Development) JUUL HPHC profile guidance - calculated HPHC LOQ vs published exposure limits | JLI08053693 | JLI08053693 | | Hearsay; Foundation |
| 19 | JLI Document; Deposition Exhibit | 11/14/2014 | C. Kania Email to J. Monsees re Focus Group Final Reports, Attaching Presentation re JUUL Web Survey Online Research | JLI00364678 | JLI00364679 | | Objection: 802 and 805 hearsay |
| 20 | JLI Document | 11/20/2014 | C. Kania Email to S. Varner re J1 flavor names | JLI03599851 | JLI03599853 | | No objection |
| 21 | JLI Document; Deposition Exhibit | 11/26/2014 | Spreadsheet re Analyte Analysis | JLI07820014 | JLI07820014 | Xing 24 | Lay opinion/Improper expert opinion<br>MIL1C (lay testimony on safety) |
| 22 | JLI Document | 12/5/2014 | Analysis Report re e-Cig Aerosol & e-Liquids, Enthalpy Analytical, Inc. | JLI04614039 | JLI04614048 | | Hearsay; Lay opinion/Improper expert opinion<br>MIL1C (lay testimony on safety) |
| 23 | JLI Document | 12/8/2014 | Arista Laboratories, Test Report re The Determination of Selected Analytes in E-Liquid and E-Cigarette Vapor | JLI00895658 | JLI00895688 | Bowen DX7 | Hearsay; Lay opinion/Improper expert opinion; 403 (confusing/misleading)<br>MIL1C (lay testimony on safety) |
| 24 | JLI Document | 1/13/2015 | L. Garvey Email to R. Powers re General Social Media Do's and Don't's | JLI00069766 | JLI00069768 | | No objection |
| 25 | JLI Document; Deposition Exhibit | 3/30/2015 | C. Kania Email to A. Tigrett et al. re Overview Deck with Attachment | INREJUUL_00083020 | INREJUUL_00083032 | Kania - 24 | 802-Hearsay;<br>805-Hearsay within Hearsay |
| 26 | JLI Document | 4/3/2015 | Presentation re Clinical Validation of Nicotine Salt E-Liquid Platform | JLI07994742 | JLI07994742 | | No objection |
| 27 | JLI Document | 6/30/2015 | C. Kania Email to R. Mumby re JUUL and the Brand Message | JLI00215451 | JLI00215452 | | No objection |
| 28 | JLI Document | 7/23/2015 | Presentation re How to Talk About Pax Labs | JLI05645481 | JLI05645481 | | Objection: 805 hearsay |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 3 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 29 | JLI Document; Deposition Exhibit | 7/28/2015 | R. Mumby Email to S. Baillie and C. Kania re Few Thoughts on JUUL Brand Evolution | JLI00214941; INREJUUL_00059683 | JLI00214942; INREJUUL_00059684 | Kania - D-25 | 802 - Hearsay<br>805 - Hearsay within Hearsay<br>403 – Confusing, cumulative, waste of time, unduly prejudicial |
| 30 | JLI Document; Deposition Exhibit | 9/22/2015 | C. Kania Email to R. Mumby re New Creative Work with Attachment | JLI00214080 | JLI00214080 | Kania - D-26 | 802 - Hearsay<br>106 – incomplete (omits attachent, which itself contains hearsay and layered hearsay under 802 and 805)<br>403 – Confusing, cumulative, waste of time, unduly prejudicial |
| 31 | JLI Document; Deposition Exhibit | 10/5/2015 | Presentation re Juul 2016 Customer Research | JLI01081929 | JLI01081929 | Kania - D-27 | No objection |
| 32 | JLI Document; Deposition Exhibit | 10/5/2015 | Presentation re PAX Labs Board Meeting | JLI09579510 | JLI09579510 | Kania - D-28 | 802 - Hearsay<br>805 - Hearsay within Hearsay<br>403 – Confusing, cumulative, waste of time, unduly prejudicial |
| 33 | JLI Document | 10/18/2015 | Drawing J1-J136 re Wick/Coil ASM Rev. A | JLI04930018 | JLI04930018 | | Foundation; 403 (misleading) |
| 34 | JLI Document | 12/7/2015 | Presentation re Pax Labs Board Meeting | JLI00660149 | JLI00660232 | | No objection |
| 35 | | 12/7/2015 | A. Asseily Email to N. Pritzker et al. re yearly spend v performance | MDL_AA0000523 | MDL_AA0000524 | | No objection |
| 36 | Deposition Exhibit | 12/22/2015 | U.S. Patent No. 9,215,895 B2, Nicotine Salt Formulations for Aerosol Devices and Methods Thereof (Bowen et al.) | | | Atkins - 5 | No objection |
| 37 | Government | 1/1/2016 | Selected excerpts from E-Cigarette Use Among Youth and Young Adults, A Report of the Surgeon General, U.S. Department of Health and Human Services (2016) (p. vii, 3, 12-13, 33, 36, 154, 185-86) | | | | 106 (incomplete); 403 (misleading/incomplete)<br>Improper composite exhibit—objections to individual exhibits reserved. |
| 38 | JLI Document; Deposition Exhibit | 1/6/2016 | Email from K. Phillips to C. Morimoto et al re 2016 PAX Labs Digital Media Briefs | JLI00484153 | JLI00484153 | Kania - 51 | 802 - Hearsay<br>805 - Hearsay within Hearsay<br>403 – Confusing, cumulative, waste of time, unduly prejudicial |
| 39 | JLI Document | 1/28/2016 | Report re Carbonyl Assay Analysis Report, Enthalpy Analytics | JLI04489260 | JLI04489271 | | Hearsay; Lay opinion/Improper expert opinion<br>MIL1C (lay testimony on safety) |
| 40 | JLI Document | 3/2/2016 | R. Mumby Email to H. Huh et al. re JUUL Brand Positioning and Collateral with Attachment | JLI00220089 | JLI00220101 | | 802 – Hearsay;<br>805 – Hearsay within hearsay;<br>106 – Completeness (incomplete as to "post-launch feedback"). |
| 41 | Government | 5/1/2016 | FDA, Premarket Tobacco Product Applications for Electronic Nicotine Delivery Systems, Draft Guidance for Industry | | | | 106 – Completeness (document is "Draft Guidance" and identified as "Draft – Not for Implementation");<br>402 – Irrelevant (document is "Draft Guidance" and identified as "Draft – Not for Implementation");<br>403 – Confusing/waste of time (document is "Draft Guidance" and identified as "Draft – Not for Implementation");<br>802 - Hearsay. |
| 42 | Government | 5/10/2016 | Final Rule re Deeming Tobacco Products to be Subject to the Federal Food, Drug, and Cosmetic Act, as Amended by the Family Smoking Prevention and Tobacco Control Act; Regulations on the Sale and Distribution of Tobacco Products and Required Warning Statements for Tobacco Products | | | | Hearsay; Double hearsay<br>MIL1A1 (JUUL is a "legal" product or authorized by FDA)<br>MIL1A5 (JLI complied with all "regs" pre-deeming) |
| 43 | JLI Document | 9/9/2016 | Meeting Information Package, PAX Labs JUUL FDA Briefing | JLI40653878 | JLI40653935 | | 106 – incomplete (omits cover email to document, JLI40653877, which itself contains hearsay and layered hearsay under 802 and 805, and improper lay and/or expert opinion under 701 and 702);<br>403 – Confusing, cumulative, waste of time;<br>701 – Improper lay opinion;<br>702 – Improper expert opinion;<br>802 - Hearsay;<br>805 – Hearsay within hearsay;<br>104(a) – lacks foundation (omits cover email to document, JLI40653877, which itself contains hearsay and layered hearsay under 802 and 805, and improper lay and/or expert opinion under 701 and 702);<br>901 – Not authenticated(omits cover email to document, JLI40653877, which itself contains hearsay and layered hearsay under 802 and 805, and improper lay and/or expert opinion under 701 and 702). |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 4 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

**Plaintiff's Objections to Defendants' Priority Exhibits**

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 44 | JLI Document | 12/20/2016 | Presentation re Juul Consumer Insights, Roebling Research | JLI00076640 | JLI00076743 | | 104(a) – Lacks foundation (omits cover email, JLI00076639, which itself contains hearsay and layered hearsay under 802 and 805); 901 – Not authenticated (omits cover email, JLI00076639, which itself contains hearsay and layered hearsay under 802 and 805); 106 – Incomplete (omits cover email, JLI00076639, which itself contains hearsay and layered hearsay under 802 and 805); 403 – Confusing/cumulative/waste of time; 701 – Improper lay opinion; 702 – Improper expert opinion; 802 – Hearsay; 805 Hearsay within Hearsay. |
| 45 | JLI Document | 1/1/2017 | Presentation re The JUUL Brand Book | JLI41446032 | JLI41446066 | | 104(a) – Lacks foundation (omits parent document, JLI41445932, which was "withheld for privilege"); 901 – Not authenticated (omits parent document, JLI41445932, which was "withheld for privilege"); 106 – Incomplete (omits parent document, JLI41445932, which was "withheld for privilege"); 403 – cumulative/waste of time 802 – Hearsay. |
| 46 | JLI Document | 1/1/2017 | Presentation re JUUL Brand Guidelines Q1 2017 | JLI06678493 | JLI06678512 | | 104(a) – Lack foundation (omits parent document, JLI06678492, which was "withheld for privilege"); 901 – Not authenticated (omits parent document, JLI06678492, which was "withheld for privilege"); 106 – Incomplete (omits parent document, JLI06678492, which was "withheld for privilege"); 403 – cumulative/waste of time; 802 – Hearsay; 805 – Hearsay within hearsay. |
| 47 | JLI Document; Deposition Exhibit | 5/18/2017 | Presentation re Youth Prevention Strategy | | | Gould - 5; Goldman PX 35052 | 104(a) – Lacks foundation (omits cover email, JLI42775867); 901 – Not authenticated (omits cover email, JLI42775867); 106 – Incomplete (omits cover email, JLI42775867); 802 - Hearsay. |
| 48 | Altria Document | 5/23/2017 | Email from Schroder to Burke attaching ALCS presentation re Project Mule and e-vapor closed-system opportunities | 5197307142 | 5197307143 | | Hearsay; Foundation |
| 49 | JLI Document; Deposition Exhibit | 6/12/2017 | Presentation re JUUL INSIGHTS, C. Kania | JLI00327140 | JLI00327155 | Kania - D-35 | 802- Hearsay 805 - Hearsay within Hearsay |
| 50 | JLI Document; Deposition Exhibit | 6/15/2017 | C. Kemp Email to A. Gould and PAX-SVC re CDC Study: E-Cigarette Use Drops Among Teens | JLI01120490 | JLI01120495 | Gould - D4 | 106 – Lacks completeness/context (popular press articles that purport to repeat and/or summarize certain findings of the CDC); 701 – Improper lay opinion; 702 – Improper expert opinion; 802 – Hearsay; 805 – Hearsay within hearsay. |
| 51 | Altria Document | 7/28/2017 | Email from Schwartz to Baren and others re FDA press release on continuum of risk | ALGAT0003830893 | ALGAT0003830895 | | Hearsay; Double hearsay; Triple hearsay; Relevance; 403 (prejudice) |
| 52 | Altria Document | 7/28/2017 | Email from Hilsman to Dillard and others re FDA press release on continuum of risk | ALGAT0001782642 | ALGAT0001782648 | | Hearsay; Double hearsay; Relevance; 403 (prejudice) |
| 53 | Altria Document | 8/17/2017 | Email from Blaylock to Barrington and others attaching Aug. 2017 Altria BOD presentation | ALGAT0004018604 | ALGAT0004018641 | | Hearsay; Foundation; improper lay testimony (in attachment) |
| 54 | Altria Document | 9/11/2017 | Email from Wise to Willard attaching draft ALCS presentation re Project Tree Meeting Materials | ALGAT0000112522 | ALGAT0000112523 | | Hearsay; Foundation; improper lay testimony (in attachment) |
| 55 | JLI Document | 9/19/2017 | Presentation re Internal TPM Correlation Study Juul Devices RevB vs Jaguar EVT2 | JLI40147791 | JLI40147799 | White 26005 (as JLI00551958) | No objection |
| 56 | | 9/21/2017 | S. Gottlieb, A Nicotine-Focused Framework for Public Health, The New England Journal of Medicine, 37:12 1111-1114, 2017 | | | | Hearsay; Double hearsay; Relevance; 403 (prejudice) |
| 57 | Altria Document | 9/24/2017 | Email from Wappler to Wise and others attaching ALCS Presentation re Project Tree Meeting Materials | ALGAT0004995323 | ALGAT0004995325 | | Hearsay; Foundation; improper lay testimony (in email body) |
| 58 | Altria Document | 11/1/2017 | Email from Witherspoon to Barrington and others attaching Altria Investor Day script and presentation | ALGAT0003343095 | ALGAT0003343333 | | Hearsay; Foundation; improper lay testimony (in attachment) |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 5 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

**Plaintiff's Objections to Defendants' Priority Exhibits**

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 59 | JLI Document; Deposition Exhibit | 11/7/2017 | Presentation re JUUL Labs Board Meeting | JLI00371770 | JLI00371815 | Goldman PX 35051 | 104(a) – Lacks foundation (omits cover email, JLI00371769); 901 – Not authenticated (omits cover email, JLI00371769); 106 – Incomplete (omits cover email, JLI00371769); 802 – Hearsay; 805 – Hearsay within hearsay. |
| 60 | | 11/14/2017 | Warner, K. et al., FDA's Innovative Plan to Address the Enormous Toll of Smoking | | | | 104(a) - foundation; 802 - hearsay; 805 - hearsay within hearsay (summarizing Gottlieb's plan and quoting from multiple sources); this is also an opinion piece. |
| 61 | JLI Document | 12/18/2017 | Presentation re J1 Pod Consistency Summary, E. Leon et al. | JLI00551041 | JLI00551053 | Atkins 1940 | No objection |
| 62 | JLI Document | 1/19/2018 | Presentation re J1 Pod Consitency Summary, E. Leon et. al. | JLI00165096 | JLI00165112 | Bowen 5055 | No objection |
| 63 | Altria Document | 1/21/2018 | Email from Moore to Willard and others re Project Tree Download | ALGAT0004188538 | ALGAT0004188538 | | Hearsay; Foundation |
| 64 | JLI Document; Deposition Exhibit | 1/23/2018 | Presentation re JUUL Labs | JLI05146997 | JLI05146997 | Gould - D8 | 106 - incomplete (omits parent documet); 802 - hearsay; 805 - hearsay within hearsay (for example, there are quotes from multiple sources); also, statistics re cigarettes with no source [see slide 13]; testimonials); 403 - misleading (for example, Slide 15 "Regulator Agree with Us"); 702 - Improper expert testimony (e.g., slides re HPHCs, public health impact); violation of PMIL 1C - Lay Test JUUL Safe and Effective |
| 65 | JLI Document; Deposition Exhibit | 2/1/2018 | Presentation re JUUL Labs Brand Guide | JLI05683400 | JLI05683400 | Kania - 8 | No objection |
| 66 | JLI Document | 2/6/2018 | Presentation re Pod OPR | JLI04945455 | JLI04945455 | | Relevance |
| 67 | Altria Document | 2/19/2018 | Email from Gifford to Willard re call with Perella | ALGAT0000111784 | ALGAT0000111785 | | Hearsay; Foundation |
| 68 | Altria Document | 2/22/2018 | Email from Neidle to Bueno-Tully, Fernandez, and Intihar attaching Altria BOD Presentation | ALGAT0000893008 | ALGAT0000893009 | | Hearsay; Foundation; improper lay testimony (in attachment) |
| 69 | Altria Document | 2/23/2018 | Email from Moore to Barrington and others attaching Altria BOD presentation re Strategy & Business Development | ALGAT0004192585 | ALGAT0004192594 | | Hearsay; Foundation |
| 70 | JLI Document; Deposition Exhibit | 2/23/2018 | K. Rantala Email to E. Chan et al. re Coil OD meeting minutes 2/23 | JLI06731929 | JLI06731932 | Chrsitensen DX-11 | Hearsay; Foundation |
| 71 | JLI Document | 2/27/2018 | E. Leon Email to A. Atkins et at re. DOE 1& 2;Reports and data summary | JLI30299910 | JLI30299984 | Atkins 9 | Foundation Improper composite exhibit—objections to individual exhibits reserved. |
| 72 | JLI Document | 3/5/2018 | A. Bowen Email to D. Myers & B. Ingebrethsen re myBlu, MarkTen Elite | JLI10018607 | JLI10018607 | | No objection |
| 73 | JLI Document; Deposition Exhibit | 3/15/2018 | E. Chan Email to Z. Rouag et al. re Wick and coil spec change rationale | JLI10869729 | JLI10869791 | Christensen DX 10 | Foundation; Cumulative Improper composite exhibit—objections to individual exhibits reserved. |
| 74 | JLI Document | 4/11/2018 | Memorandum re Re-Evaluation of Cool Mint Flavor E-liquid for Diacetyl | JLI06668152 | JLI06668152 | | Hearsay; Foundation; 403 (confusing/misleading) MIL1C (lay testimony on safety) |
| 75 | Altria Document | 4/18/2018 | Email from Barrington to Kelly-Ennis and others attaching Citi report | ALGAT0004029775 | ALGAT0004029852 | | Hearsay; Foundation; 106 incomplete |
| 76 | Altria Document | 4/24/2018 | Email from Walker to Dillard and others attaching FDA press release on new enforcement actions | ALGAT0003661134 | ALGAT0003661137 | | Hearsay; Foundation |
| 77 | | 4/27/2018 | Warner, K., How to Think - Not Feel - about Tobacco Harm Reduction | | | | 104(a) - foundation; 802 - hearsay; 805 - hearsay within hearsay (quoting from multiple sources); this is also an opinion piece. |
| 78 | Altria Document | 4/30/2018 | Email from Hunter to Callahan and Becker attaching JUUL open letter | 5212421265 | 5212421266 | | Hearsay; Foundation; 106 incomplete |
| 79 | Altria Document | 5/2/2018 | Email from Garnick to Willard and others re JUUL addiction assessment | ALGAT0004188168 | ALGAT0004188169 | | Hearsay; Foundation; improper lay testimony |
| 80 | Altria Document | 5/15/2018 | Email from Blaylock to Willard and others attaching Altria BOD presentation re May 2018 tobacco and e-vapor | ALGAT0004188273 | ALGAT0004188319 | | Hearsay; Foundation |
| 81 | JLI Document; Deposition Exhibit | 5/23/2018 | Memorandum re W&C Project Overview | JLI11179004 | JLI11179007 | Rouag Ex. 6143 | No objection |
| 82 | JLI Document | 5/30/2018 | Presentation re Campaign Summary | JLI00380549 | JLI00380549 | | 106 - incomplete (omits parent documet); 901 - authenticity; 104(a) - foundation; 802 - hearsay (see, e.g. slide re early sentiment testing [no source]) |
| 83 | Altria Document | 6/1/2018 | Email from Yerkic-Husejnovic to Abell and others attaching ALCS Presentations re Puff Topography and Nicotine Salt Technology | ALGAT0002688586 | ALGAT0002688590 | | Hearsay; Foundation; improper lay testimony |
| 84 | Altria Document | 6/7/2018 | Email from Walker to Begley and others re Gottlieb statement on 2017 National Youth Tobacco Survey results | ALGAT0003360540 | ALGAT0003360542 | | Hearsay; Foundation;  403 - Unintelligible |
| 85 | Altria Document | 6/8/2018 | Email from Kobal to Jupe attaching ALCS Presentation re Nicotine Salt Technology | ALGAT0001012907 | ALGAT0001012908 | | Hearsay; Foundation; improper lay testimony |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 6 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 86 | Altria Document | 6/13/2018 | Email from Kobal to Quigley and others attaching ALCS Presentation re Nicotine Salt Technology | ALGAT0000389746 | ALGAT0000389747 | | Hearsay; Foundation; improper lay testimony |
| 87 | Altria Document | 6/15/2018 | Email from Martin to Jupe attaching ALCS Presentation re JUUL Overview & JUUL US Applications | ALGAT0004561479 | ALGAT0004561482 | | Hearsay; Foundation; improper lay testimony |
| 88 | Altria Document | 6/18/2018 | Email from Garnick to Enters and others re aerosol mass for modified Elite | ALGAT0005576723 | ALGAT0005576726 | | Hearsay; Foundation |
| 89 | Altria Document | 6/28/2018 | Email from Kobal to Baculis and Chambers attaching ALCS presentation re nicotine salt technology | ALGAT0004383428 | ALGAT0004383429 | | Hearsay; Foundation; improper lay testimony |
| 90 | Altria Document | 6/29/2018 | Email from Largo to Gogova re JLI press release on new CSUR survey | ALGAT0004831593 | ALGAT0004831595 | | Hearsay; Foundation |
| 91 | Altria Document | 7/6/2018 | Email from Schuh to Magness and others re summary of e-vapor knowledge | ALGAT0002687475 | ALGAT0002687476 | | Hearsay; Foundation |
| 92 | Altria Document | 7/19/2018 | Email from Hunter to Becker re JUUL new social media policy | 5212677647 | 5212677647 | | Hearsay; Foundation |
| 93 | Altria Document | 7/31/2018 | Email from Willard to Crosthwaite, Garnick, and Gifford attaching Project Richard summary of terms | ALGAT0004052642 | ALGAT0004052651 | | Hearsay; Foundation; 106 completeness |
| 94 | Altria Document | 8/1/2018 | Email from Mountjoy to Willard and others re Tree Alternative Plan | ALGAT0004196377 | ALGAT0004196379 | | Hearsay; Foundation 901 authentication (of attachment) |
| 95 | Altria Document | 8/2/2018 | Email from Quigley to Willard and others attaching Nu Mark presentation re current situation and near term strategic options | ALGAT0004045685 | ALGAT0004045686 | | Hearsay; Foundation; improper lay testimony |
| 96 | Altria Document | 8/4/2018 | Email from Reale to Garnick and others attaching Project Richard revised term sheet, redline, and response index | ALGAT0005572065 | ALGAT0005572089 | | Hearsay; Foundation |
| 97 | Altria Document | 8/7/2018 | Email from Mountjoy to Underwood attaching ALCS presentation re JUUL adult consumer study | ALGAT0006204558 | ALGAT0006204559 | | Hearsay; Foundation |
| 98 | Altria Document | 8/9/2018 | Email from Gifford to Pritzker, Riaz, Burns, and Willard attaching redline and clean summary of terms | ALGAT0004205033 | ALGAT0004205057 | | Hearsay; Foundation |
| 99 | Altria Document | 8/10/2018 | Email from Garnick to Willard and Gifford attaching Nu Mark Presentation re Nu Mark brand and regulatory strategy update | ALGAT0004052694 | ALGAT0004052696 | | Hearsay; Foundation |
| 100 | Altria Document | 8/15/2018 | Email from Willard to Gifford attaching draft terms | ALGAT0004079776 | ALGAT0004079779 | | Hearsay; Foundation |
| 101 | Altria Document | 8/19/2018 | Email from Devitre to Garnick attaching Project Richard revised term sheet | ALGAT0005549638 | ALGAT0005549671 | | Hearsay; Foundation |
| 102 | Altria Document | 8/21/2018 | Email from Underwood to various Altria employees attaching various versions of ALCS presentations re E-Vapor Update | ALGAT0005465201 | ALGAT0005465300 | | Hearsay; Foundation; improper lay testimony |
| 103 | Altria Document | 8/27/2018 | Email from Murillo to Garnick re due diligence | ALGAT0006378888 | ALGAT0006378888 | | Hearsay; Foundation |
| 104 | JLI Document | 9/7/2018 | K. Burns Letter to S. Gottlieb re FDA Discussions | JLI00369698 | JLI00369702 | Burns 8509 | Hearsay; Double hearsay; Relevance; 403 (prejudice) |
| 105 | JLI Document | 9/8/2018 | Memorandum re Telephonic Minutes of a Meeting of the Board of Directors of Juul Labs, Inc. | JLI12030541 | JLI12030543 | | 402 - relevance |
| 106 | Altria Document | 9/12/2018 | Email from Swartzwelder to Knakmuhs and others re FDA press release on new steps to address youth use epidemic | ALGAT0005498939 | ALGAT0005498942 | | Hearsay; Double hearsay; Triple hearsay; Relevance; 403 (prejudice) MIL1A1 (JUUL is a "legal" product or authorized by FDA) |
| 107 | Altria Document | 9/12/2018 | Email from Murillo attaching Letter from FDA to Altria re MarkTen | ALGAT0004671634 | ALGAT0004671638 | | Hearsay; Foundation |
| 108 | Altria Document | 10/5/2018 | Email from Willard to Valani, Pritzker, Burns, and Gifford attaching Letter from Altria to JLI | ALGAT0004032618 | ALGAT0004032620 | | Hearsay; Foundation |
| 109 | Altria Document | 10/12/2018 | Email from Wilson to Hunter and others re draft FDA response letter | ALGAT0005229617 | ALGAT0005229619 | | Hearsay; Foundation |
| 110 | Altria Document | 10/15/2018 | Email from Willard to Pritzker, Riaz, Burns and Gifford attaching redline and draft summary of terms for potential transaction | ALGAT0004208852 | ALGAT0004208881 | | Hearsay; Foundation 106 completeness |
| 111 | Altria Document | 10/16/2018 | Email from Hunter to Wilson and others attaching draft outline for meeting with Gottlieb | ALGAT0005455123 | ALGAT0005455134 | | Hearsay; Foundation; 403 relevance |
| 112 | JLI Document | 10/16/2018 | Presentation re JUUL Labs FDA Presentation | JLI00547353 | JLI00547368 | Robbins 4 | Hearsay; Double hearsay; Relevance; Foundation; Relevance; 403 (prejudice); 403 (misleading) MIL1A1 (JUUL is a "legal" product or authorized by FDA) |

Case 3:19-md-02913-WHO Document 3062-9 Filed 04/25/22 Page 7 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

**Plaintiff's Objections to Defendants' Priority Exhibits**

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 113 | Altria Document | 10/24/2018 | Email from Garnick to Munno and Terry attaching Altria BOD presentation re regulatory update | ALGAT0005346638 | ALGAT0005346639 | | Hearsay; Foundation |
| 114 | Altria Document | 10/25/2018 | Email from Garnick to Willard attaching letter from Altria to FDA re MarkTen | ALGAT0004036042 | ALGAT0004036047 | | Hearsay; Foundation; 901 authentication (of attachment) |
| 115 | Altria Document | 10/25/2018 | Email from Nussbaum to Garnick re Tree meeting | ALGAT0005351313 | ALGAT0005351313 | | Hearsay; Foundation |
| 116 | JLI Document | 10/25/2018 | B. Robbins Email to C. Watson et al. re Decision to Discontinue Sale of Select Nu Mark SKUs | JLI04057936 | JLI04057938 | | No objection |
| 117 | Altria Document | 10/29/2018 | Email from Melvin to Parman re reaction to Willard's harm reduction and youth usage announcement | 5215751434 | 5215751435 | | Hearsay; Foundation; 106 completeness |
| 118 | Altria Document | 10/30/2018 | Email from Garnick to Garnick and others attaching summary of terms for potential transaction | ALGAT0005457152 | ALGAT0005457202 | | Hearsay; Foundation; 403 |
| 119 | JLI Document; Deposition Exhibit | 10/30/2018 | Presentation re J1 Pod: Silica Coil OD vs TPM, Dream Team | | | White DX1 | Foundation; 403 (confusing) |
| 120 | Altria Document | 10/31/2018 | Email from Wilson to Buell and Murillo attaching Deutsche Bank report sent to FDA | ALGAT0004584417 | ALGAT0004584471 | | Hearsay; Foundation; improper lay testimony |
| 121 | Altria Document | 10/31/2018 | Email from Shepard to Willard and others attaching FDA statement from Gottlieb on meetings with industry | ALGAT0003358298 | ALGAT0003358301 | | Hearsay |
| 122 | Altria Document | 11/1/2018 | Email from Mountjoy to various Altria employees attaching investment reports | ALGAT0004961708 | ALGAT0004961936 | | Hearsay; Foundation |
| 123 | Altria Document | 11/6/2018 | Email from Archer to Sarkar, Baird, and Gogova attaching ALCS Regulatory Affairs presentation re Team Planning Meeting | ALGAT0002681311 | ALGAT0002681312 | | Hearsay; Foundation |
| 124 | JLI Document | 11/6/2018 | Presentation re JUUL Youth Prevention Plan Weekly Progress Review | JLI01109346 | JLI01109346 | | Hearsay; Foundation; 106 completeness; 901 authentication |
| 125 | Altria Document | 11/9/2018 | Email from Garnick to Willard, Gifford, and Crosthwaite re CNBC report on JUUL to remove most flavors from convenience stores | ALGAT0003365141 | ALGAT0003365142 | | Hearsay; Foundation; 106 completeness |
| 126 | JLI Document | 11/13/2018 | Burns, Kevin. Juul Labs Action Plan, https://www.juullabs.com/juul-labs-action-plan/ (2018). | | | | 805 - hearsay within hearsay (paraphrasing Gottlieb); 403 - misleading ("JUUL and FDA share a common goal"); violation of PMIL 1A1 - Misrep JUUL as authorized by FDA ("JUUL and FDA share a common goal"); violation of PMIL 1C - Lay Test JUUL Safe and Effective |
| 127 | JLI Document | 11/13/2018 | K. Burns Letter to I. Paredes re JUUL Labs, Inc.'s Action Plan | JLI00548282 | JLI00548306 | | 805 - hearsay within hearsay (quoting from FDA news releases and statements by commission Gottlieb, etc; references to statistics) |
| 128 | Altria Document | 11/15/2018 | Email from Swartzwelder to Abel and others re FDA press release on results from 2018 National Youth Tobacco Survey | 5185793007 | 5185793018 | | Hearsay; Foundation; Double hearsay; 106 completeness; 901 authentication |
| 129 | Altria Document | 12/1/2018 | Email from Wise to Willard and others attaching Altria BOD update presentation | ALGAT0004200406 | ALGAT0004200407 | | Hearsay; Foundation |
| 130 | Altria Document | 12/8/2018 | Email from Garnick to Masoudi re conference | ALGAT0006535253 | ALGAT0006535253 | | Hearsay; Foundation; Double hearsay; 403 relevance |
| 131 | Altria Document | 12/11/2018 | Email from Blaylock to Hunter, Wise, and Reale attaching ALCS Presentation re Strategy Update and Project Tree | ALGAT0005516718 | ALGAT0005516789 | | Hearsay; Foundation |
| 132 | Altria Document | 12/15/2018 | Email from Garnick to Hunter, Walker, and Magness re whether deal will survive the day | ALGAT0005352816 | ALGAT0005352818 | | Hearsay; Foundation; 403 relevance |
| 133 | Altria Document | 12/19/2018 | Email from Livingston to Hunter and others attaching Altria press release re JLI investment | ALGAT0005645265 | ALGAT0005645279 | | Hearsay; Foundation; improper summary |
| 134 | Altria Document | 12/20/2018 | Altria-JLI Contract Documents: (1) Relationship Agreement, (2) Services Agreement, (3) Stock Purchase Agreement | ALGAT0005393872<br>5185108472<br>ALGAT0005394336 | ALGAT0005394080<br>5185108507<br>ALGAT0005394397 | | Hearsay; Foundation |
| 135 | Altria Document | 12/20/2018 | Email from Crosthwaite to Jupe attaching documents related to Altria's announcement of JLI investment | ALGAT0005459581 | ALGAT0005459603 | | Hearsay; Foundation |
| 136 | Altria Document | 2/6/2019 | May Package Inserts | 5198229002 | 5198229005 | | Hearsay; Foundation |
| 137 | Altria Document | 2/22/2019 | February Marketing Email | 5210733363 | 5210733367 | | Hearsay; Foundation |
| 138 | Altria Document | 3/8/2019 | Email from JUUL to Tu re draft March/April Marketing Email | 5210733359 | 5210733362 | | Hearsay; Foundation |
| 139 | Government | 4/29/2019 | FDA, The Public Health Rationale for Recommended Restrictions on New Tobacco Product Labeling, Advertsing, Marketing, and Promotion | | | | Hearsay; Double hearsay; Foundation |

Case 3:19-md-02913-WHO Document 3062-9 Filed 04/25/22 Page 8 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 140 | JLI Document | 6/1/2019 | Summary of JUUL Brand Marketing Expenditures | JLI700102315 | JLI700102315 | Monsees Slide 80 | 104(a) - foundation; 802 - hearsay; 1002 - Best Evidence rule; 1006 - improper summary |
| 141 | Altria Document | 6/3/2019 | Email JUUL to Tu re June Marketing Email | 5210733368 | 5210733372 | | Hearsay; Foundation |
| 142 | Altria Document | 6/11/2019 | Email from S. Curry re FDA statement on guidance for premarket tobacco | ALGAT0003323217 | ALGAT0003323219 | | Hearsay; Foundation |
| 143 | JLI Document; Deposition Exhibit | 7/24/2019 | Presentation re JUUL Board of Directors Discussion: Day 1 | JLI01022937 | JLI01022984 | Gould - D17 | 402 - relevance (portions); 403 - confusing & misleading (e.g., timetables for many YP and PMTA actions, unclear what occurred) |
| 144 | Altria Document | 9/19/2019 | December Direct Mailing | 5210830987 | 5210830996 | | Hearsay; Foundation |
| 145 | JLI Document | 9/25/2019 | Juul Labs Names New Leadership, Outlines Changes to Policy and Marketing Efforts, https://juullabs.com/juul-labs-names-new-leadership-outlines-change-to-policy-and-marketing-efforts/ | | | | *Hyperlink is broken—objections to proper exhibit reserved. |
| 146 | Altria Document | 10/25/2019 | Royal College of Physicians, RCP advice on vaping following reported cases of deaths and lung disease in the US | N/A | N/A | | Hearsay; Double hearsay; Lay opinion/Improper expert opinion; Relevance; Foundation; 403 (prejudice/misleading) MIL1C (lay testimony on safety) |
| 147 | JLI Document; Deposition Exhibit | 11/6/2019 | Drawing re JUUL Pod Coil-Wick Assembly Rev D | JLI20024415 | JLI20024416 | White 26012 | Foundation |
| 148 | JLI Document | 11/7/2019 | JUUL Labs Stops The Sale of Mint JUULPods in the United States, https://www.juullabs.com/juul-labs-stops-the-sale-of-mint-juulpods-in-the-united-states/#:~:text=In%20light%20of%20the%20studies,the%20sale%20of%20Mint%20JUULpods | | | | Hearsay; Foundation |
| 149 | Government | 1/1/2020 | Selected excerpts from Surgeon General, Smoking Cessation A Report of the Surgeon General (2020) (p. 65) | | | | 106 (incomplete); 403 (misleading/incomplete) Improper composite exhibit—objections to individual exhibits reserved. |
| 150 | Altria Document | 1/2/2020 | Email from FDA to Gardner re FDA press release on finalizing enforcement policy on unauthorized flavored e-cigarettes | ALGAT0005819939 | ALGAT0005819942 | | Hearsay; Foundation; improper summary |
| 151 | Government | 1/2/2020 | FDA News Release re FDA Finalizes Enforcement Policy on Unauthorized Flavored Cartridge-Based E-Cigarettes that Appeal to Children, including fruit and mint (2020) | | | | Hearsay; Double hearsay; Foundation; Relevance; 403 (prejudice) MIL1A1 (JUUL is a "legal" product or authorized by FDA) |
| 152 | Altria Document | 1/28/2020 | Altria-JLI Amended Contract Documents: (1) Am. Class C-1 Common Stock Purchase Agreement, (2) Am. Relationship Agreement, (3) Am. Services Agreement | 5186324702 | 5186324716 | | Hearsay; Foundation |
| 153 | Altria Document | 1/30/2020 | Press release re revising terms of JLI transaction | N/A | N/A | | Hearsay; Foundation |
| 154 | Altria Document | 4/6/2020 | Email from Tu to Baumstark and Masouras attaching ALCS presentation summarizing marketing services for JLI | 9566600104 | 9566600105 | | Hearsay; Foundation In attachment |
| 155 | JLI Document | 4/6/2020 | Report re Through Life Testing at STC - PMTA Jagwar/J1 Pods - PMTA JUUL Device and JUULpod, DVR-00023, Rev B (Cambridge) | JLI20024513 | JLI20024513 | | Hearsay; Foundation; 403 (misleading) |
| 156 | JLI Document | 4/8/2020 | J. Henningfield et al., Premarket Tobacco Product Application Abuse Liability Assessment Report | JLI20121824 | JLI20122019 | Eissenberg 1 | Hearsay; Double hearsay; Lay opinion/Improper expert opinion; 403 (prejudice) |
| 157 | JLI Document | 7/30/2020 | JUUL Labs, Report re Comparison Product Testing | JLI20026431 | JLI20026491 | Bhat 164 | Hearsay; Foundation; 403 (misleading); Relevance |
| 158 | Altria Document | 10/13/2020 | Store-Level ITP Reset spreadsheet | 9561526916 | 9561526916 | | Hearsay; Foundation |
| 159 | | 1/1/2021 | About Logic LQD Open Tank Vape Logic Vapes website | | | | Hearsay; Foundation; Authenticity; Relevance MIL1B (ads for other products) |
| 160 | JLI Document | 1/12/2021 | Summary of US Net Revenue and Units 2015 to 2019 | JLI52305553 | JLI52305553 | | No objection |
| 161 | Altria Document | 4/29/2021 | Press release re financial results and 1.5b valuation of investment | N/A | N/A | | Hearsay; Foundation |
| 162 | | 9/1/2021 | D.J.K Balfour, et al., Balancing Consideration of the Risks and Benefits of E-Cigarettes, American Journal of Public Health (2021) | | | | Hearsay; Double hearsay; Foundation (learned treatise); Lay/Improper expert opinion; Relevance; 403 (prejudice) |
| 163 | Government | 10/12/2021 | FDA News Release re FDA Permits Marketing of E-Cigarette Products, Marking First Authorization of Its Kind by the Agency | | | | Hearsay; Double hearsay; Foundation; Relevance; 403 (prejudice) MIL1A1 (JUUL is a "legal" product or authorized by FDA) |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 9 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 164 | | 10/14/2021 | J. Bigelow Letter to J. Corley re Robin Bain, Individually and as the Legal Guardian of Her Minor Child, B.B. v. Juul Labs, Inc., et al., Case No. 20-cv-07174-WHO | | | | FRE 802 (expert reports are inadmissible hearsay) |
| 165 | Altria Document | 04/00/2016 | Royal College of Physicians, Nicotine Without Smoke, Tobacco Harm Reduction | N/A | N/A | | 104(a) - foundation; 802 - hearsay; 805 - hearsay within hearsay (summarizing Gottlieb's plan and quoting from multiple sources); 402 - relevance (UK) |
| 166 | Altria Document | 09/00/2019 | September Package Inserts | 5198229006 | 5198229009 | | No objection |
| 167 | JLI Document | 9/1/2017; 11/13/2018; 8/26/2018 | Group Exhibit of Authorized Reseller Program Policies | JLI00475886; JLI30717639; JLI07001023 | JLI00475889; JLI30717645; JLI07001028 | | Improper composite exhibit—objections to individual exhibits reserved. |
| 168 | Deposition Exhibit | | Summary of JUUL Marketing Over Time | | | Kania D-38 | 104 (a) - Lack of Foundation; 802 - Hearsay; 805 - Hearsay within Hearsay; 403 – Confusing, cumulative, waste of time, unduly prejudicial; Misleading |
| 169 | Deposition Exhibit | | Summary of JUUL Sales and Marketing Over Time | | | Kania D-41 | 104 (a) - Lack of Foundation; 802 - Hearsay; 805 - Hearsay within Hearsay; 403 – Confusing, cumulative, waste of time, unduly prejudicial; Misleading |
| 170 | Government | | Group Exhibit of Gavernment Data, including NYTS MMWR Data and Reports from 2011-2021; CDC Fast Facts re Smoking and Tobacco Use; Health Information National Trends Survey | | | | 106 (incomplete - no documents identified); 403 (misleading/incomplete); Improper composite exhibit—objections to individual exhibits reserved. |
| 171 | JLI Document | | Group Exhibit of JUUL Warnings | JLI01473512; JLI01473727; JLI01473985; JLI03584486; JLI01474050; JLI01474236; JLI01474239; JLI01043663, JLI40404481, JLI01474326; JLI01029088; JLI04549549; JLI01028845; JLI04549134 | JLI01473513; JLI01473728; JLI01473986; JLI03584486; JLI01474051; JLI01474236; JLI01474239; JLI01043663; JLI40404481; JLI01474326; JLI01029088; JLI04549549; JLI01028845; JLI04549134 | | Object as improper "group exhibit" (objections to individual exhibits reserved); JLI04549134-106,901; JLI04549549-402,403,802; JLI40404481 - 402, 403, 802 901. |
| 172 | JLI Document | | Summary of Youth Prevention Actions | JLI42775931; JLI05146997; JLI40348131; JLI00371775; JLI01022937; JLI00084895; JLI05683400; JLI04824826; JLI01435881; JLI00004457; JLI01147704; JLI02258542; JLI01095994; JLI09634498; JLI01148887; JLI41072110 | JLI42775931; JLI05146997; JLI40348131; JLI00371775; JLI01022937; JLI00084895; JLI05683400; JLI04824826; JLI01435881; JLI00004457; JLI01147704; JLI02258542; JLI01095994; JLI09634498; JLI01148887; JLI41072110 | | Improper "Summary of Youth Prevention Actions;" Violates Case Management Order in that the "document" identified in ref. no. 172 is in fact 16 individual documents, exceeding the total number agreed to by the parties and ordered by the court. Objections to individual exhibits reserved. |
| 173 | JLI Document | | Group Exhibit of PMTA Summaries of (i) data from study PROT-01326; (ii) consumption data for participants in PMTA study characterizing consumer topography; (iii) data from pharmacokinetic studies CH 1701 and CH 1702, (iv) data from Alcohol and Tobacco Tax and Trade Bureau (TTB) (2011–2016) and IRI (2016–2019) (v) estimated cardiovascular health risk of ENDS products based on data from PMTA quantitative risk assessment; (vi) estimated respiratory health risk of ENDS products based on data from PMTA quantitative risk assessment; (vii) prevalence of current use of ENDS and cigarettes in NYTS; (viii) toxicant data in JUUL system aerosol compared to cigarette smoke; (ix) data from study PROT-01346; (x) NHIS observed adult smoking prevalence rates; (xi) NYTS observed prevalence rates of youth past-30-day smoking and established smoking; (xii) non-intense aerosol levels of chemicals, HPHCS, and chemical and physical properties measured in stability study TK91; (xiii) data from study PROT-00033. | JLI20003262; JLI20162207; JLI20121824; JLI00558574; JLI20002630; JLI20002631; JLI20003256; JLI20000164; JLI20002915; JLI20003371; JLI20003372; JLI20002216; JLI20000390; JLI20003126; JLI20124211 | JLI20003262; JLI20162304; JLI20121824; JLI00558574; JLI20002630; JLI20002631; JLI20003256; JLI20000164; JLI20002915; JLI20003371; JLI20003372; JLI20002216; JLI20000390; JLI20003126; JLI20124514 | | Improper composite exhibit—objections to individual exhibits reserved. |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 10 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 174 | JLI Document | | Summaries of JUUL financial performance 2015-2020 | JLI01359458; JLI05650298; JLI11790986; JLI04612510; JLI43415162 | JLI01359478; JLI05650333; JLI11791033; JLI04612565; JLI43415218 | | Composite (objections to individual exhibits reserved); 402 - relevance; JLI43415162 is not a JUUL financial performance report |
| 175 | JLI Document | | Summary of Meeting Documents re PMTA Submission | JLI01147474; JLI01147479; JLI01147537; JLI00067662; JLI01147551; JLI01147560; JLI04477991; JLI01250160; JLI01147594; JLI00162980; JLI01147610; JLI04477993; JLI01147611; JLI01147714; JLI01147733; JLI01147740; JLI01109351; JLI01061953; JLI01147758; JLI01148057; JLI01147845; JLI01148044; JLI01148048; JLI01148178; JLI01148181; JLI00558030; JLI01148074; JLI04478016; JLI04478050; JLI04477623 | JLI01147478; JLI01147536; JLI01147540; JLI00067671; JLI01147559; JLI01147589; JLI04477992; JLI01250161; JLI01147609; JLI00162992; JLI01147610; JLI04478015; JLI01147650; JLI01147732; JLI01147739; JLI01147743; JLI01109361; JLI01061966; JLI01147784; JLI01148058; JLI01147850; JLI01148047; JLI01148056; JLI01148180; JLI01148183; JLI00558044; JLI01148177; JLI04478049; JLI04478089; JLI04477623 | | Improper composite exhibit—objections to individual exhibits reserved. |
| 176 | JLI Document | | Summary of Chemistry and Toxicity Testing | JLI04699622; JLI00896131; JLI00896690; JLI01064787; JLI00896128; JLI01074650; JLI00895948; JLI01064792; JLI01064759; JLI00656382; JLI00656390; JLI00656391; JLI04490026; JLI04492171; JLI00557516; JLI42404733; INREJUUL_00002912; JLI04616749; JLI40656377; JLI42407508 | JLI04699623; JLI00896135; JLI00896690; JLI01064787; JLI00896128; JLI01074650; JLI00895951; JLI01064793; JLI01064759; JLI00656389; JLI00656390; JLI00656391; JLI04490033; JLI04492171; JLI00557519; JLI42404748; INREJUUL_00002918; JLI04616758; JLI40656444; JLI42407533 | | Improper composite exhibit—objections to individual exhibits reserved. |
| 177 | JLI Document; Deposition Exhibit | | Group Exhibit of JUUL Advertisements | JLI01044093; JLI01048124; JLI01040818; JLI04485974 | JLI01044094; JLI01048124; JLI01040818; JLI04485974 | Kania - D-32; Kania - D-42; Goldman PX 35045; Kania - D-43 | Object as improper "group exhibit" (objections to individual exhibits reserved) 104 (a) - Lack of Foundation; 802 - Hearsay 805 - Hearsay within Hearsay 403 – Confusing, cumulative, waste of time, unduly prejudicial; Misleading 901 |
| 178 | | | Group Exhibit of Marais Summaries of Youth and Adult Use (Marais Report Ex. 1-7, 13, 14) | | | | No objection if intented as a demonstrative only. |
| 179 | | | Group Exhibit of Berger Summaries of Social Media Posts (Berger Report Ex. 1-11, 17-27, 29-35-37-53) | | | | Objections: Improper "group exhibit" (objections to individual exhibits reserved); also multiple objections to multiple summaries, figures including 402, 802, 803, 901, 403, MIL 1B |
| 180 | | | Group Exhibit of Rossi Summaries of Sales Data (Rossi Report Fig. 9) | | | | Objections: Improper "group exhibit" (objections to individual exhibits reserved); 801, 803, 901, 403 |
| 181 | | | Group Exhibit of Henningfield Summaries (Henningfield Report Table 1, 2, 4-11; Fig. 1, 2, 4, 7, 9, 14, 16-17, 19, 21-25) | | | | Hearsay; Double hearsay; Foundation (learned treatises/ demonstrative aids); Improper expert opinion; 403 (prejudice) Improper composite exhibit—objections to individual exhibits reserved. |
| 182 | | | Group Exhibit of Stratton Summaries (Stratton Report Fig. 7, 8, 11, 13, 14, 20, 21, 23, 25, 27) | | | | Composite (objections to individual exhibits reserved); 805 - hearsay within hearsay (no source for certain figures [e.g., Fig. 7, 8, 13, 14, 20, 21]; 1002 - Best Evidence rule; 1006 - improper summary |
| 183 | | | Group Exhibit of Steinberg Summaries (Steinberg Report Fig. 1, 3) | | | | Composite (objections to individual exhibits reserved); 805 - hearsay within hearsay; 1002 - Best Evidence rule; 1006 - improper summary |
| 184 | Bain Document | 8/25/2020; 10/26/2020; 4/3/2021; 8/17/2021; 4/5/2021; 8/18/2021; 9/20/2021; 1/25/2022; 4/13/2021 | Group Exhibit of B.B. Discovery Responses | | | | No objection |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 11 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

**Plaintiff's Objections to Defendants' Priority Exhibits**

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| 185 | Bain Document | | Group Exhibit of B.B. Medical Records | BBAINPL-MMC-000001; BBAINPL-MMC-000016; BBAINPL-MMC-000197; BBAINPL-MMC-000258; BBAINPL-MMC-000288; BBAINPL-EyeCtrsOfTN-000001; BBAINPL-SnodGrassKingDentalArts-000001; BBAINPL-HickoryCreekDentalArts-000001; BBAINPL-HoneycuttFamDentistry-000001; BBAINPL-BAMedRecords-000016; BBAINPL-BAMedRecords-000017; BBAINPL-BAMedRecords-000018; BBAINPL-KrogerPharmacy-000006; BBAINPL-RiteAidPharm-000001; BBAINPL-BAMedRecords-000022; BBAINPL-BAMedRecords- | BBAINPL-MMC-000015; BBAINPL-MMC-000196; BBAINPL-MMC-000257; BBAINPL-MMC-000287; BBAINPL-MMC-000300; BBAINPL-EyeCtrsOfTN-000009; BBAINPL-SnodGrassKingDentalArts-000024; BBAINPL-HickoryCreekDentalArts-000005; BBAINPL-HoneycuttFamDentistry-000006; BBAINPL-BAMedRecords-000016; BBAINPL-BAMedRecords-000017; BBAINPL-BAMedRecords-000021; BBAINPL-KrogerPharmacy-000007; BBAINPL-RiteAidPharm-000002; BBAINPL-BAMedRecords-000022; BBAINPL-BAMedRecords- | | No objection |
| 186 | Bain Document | | Group Exhibit of B.B. Academic Records | BAINB-MDL2913-MRC-01439; BBAINPL-WarrenCoMidSch-000001; BBAINPL-WarrenCountyHigSchool-000001; BBAINPL-AcellusAcademy-000001; BBAINPL-WarrenCountyHigSchool-000008; BBAINPL-WarrenCountyHigSchool-000011 | BAINB-MDL2913-MRC-01440; BBAINPL-WarrenCoMidSch-000005; BBAINPL-WarrenCountyHigSchool-000007; BBAINPL-AcellusAcademy-000023; BBAINPL-WarrenCountyHigSchool-000010; BBAINPL-WarrenCountyHigSchool-000014 | | No objection |
| 187 | Bain Document | | Bain photos re ENDS Products | BBAINPL-PLPHOTO-000010; BBAINPL-PLPHOTO-000119 | BBAINPL-PLPHOTO-000010; BBAINPL-PLPHOTO-000119 | | No objection |
| 188 | Bain Document; Deposition Exhibit | 7/1/2017 | Screenshot re JUUL.com, Age-Gate as of July 2017 | | | Bella Bain - 18 | FRE 901, 902 (foundation and authentication) |
| 189 | Bain Document; Deposition Exhibit | 1/2/2018 | Screenshot re Social Media Instant Messages | BBAINPL-SocialMedia-000007 | BBAINPL-SocialMedia-000007 | Bain, Bella - 17 | FRE 402, 403 (relevance, more prejudicial than probative); PMIL 2G |
| 190 | Bain Document; Deposition Exhibit | 12/21/2018 | JUUL Email to B.B. re Verify You're 21+ To Shop On JUUL.com | BBAINPL_Emails000125 | BBAINPL_Emails000126 | Bain, Bella - 12 | No objection |
| 191 | Bain Document; Deposition Exhibit | 12/22/2018 | JUUL Email to B.B. re Verify You're 21+ To Shop On JUUL.com | BBAINPL_Emails000123 | BBAINPL_Emails000124 | Bain, Bella - 13 | No objection |
| 192 | Bain Document; Deposition Exhibit | 1/20/2022 | Photos re JUUL Advertisements | BBAINPL-Ad&Image-000001 | BBAINPL-Ad&Image-000094 | Bain, Bella - 14 | No objection |
| 193 | JLI studies | | Group exhibit -- see Rows195-231 | | | | Hearsay; Double hearsay; Foundation (learned treatises); Improper expert opinion; 403 (prejudice) Improper composite exhibit—objections to individual exhibits reserved. |
| | | | —12/19/19 Presentation re Initial Findings From A Pilot Program Of A Novel System To Improve Retailer Compliance for Tobacco Product Purchases, S. Prakash et al. | JLI01116069 | JLI01116069 | | |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 12 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| | | | —3/19/14 G. Cohen et al., A Four-Way Crossover Study Comparing Nicotine Pharmacokinetics and Exhaled Carbon Monoxide Levels of Traditional Tobacco Cigarette and Three Nicotine-Based eLiquid Blends Delivered via e-Cigarette, Following Single Use in Healthy Male Smokers | JLI00828729 | JLI00828764 | | |
| | | | —3/11/15 C. Wynne, A Four-Way Crossover Study Comparing Nicotine Pharmacokinetics and Exhaled Carbon Monoxide Levels of a Traditional Tobacco Cigarette and Three Nicotine-Based eLiquid Blends Delivered via e-Cigarette, Following Single Use Healthy Male Smokers, 2014 | JLI01074482 | JLI01074549 | | |
| | | | —6/30/17 C. Wynne, A Five-sequence, Partially Randomized Crossover Pilot Study Comparing Nicotine Pharmacokinetics of a Traditional Tobacco Cigarette and Juul 5% Nicotine Salt Based ENDS Product, in Healthy Adult Male Smokers | JLI30024820 | JLI30024874 | | |
| | | | —12/2/17 P. Mehoudar, A Six-Sequence, Randomized Crossover Study Comparing Nicotine Pharmacokinetics of Traditional Cigarettes and JUUL 5% Nicotine Salt Based ENDS Products, in Healthy Adult Smokers | JLI00241855 | JLI00241927 | | |
| | | | —5/24/19 P. Mathew, Clinical Study Report re A Randomized, Open-Label, Parallel-Group Study to Characterize Biomarkers of Tobacco Exposure and Nicotine Uptake from JUUL 5% Electronic Nicotine Delivery Systems (ENDS) in Adult Smokers | JLI20061529 | JLI20065382 | | |
| | | | —10/31/19 J. Jay et al., Five-Day Changes in Biomarkers of Exposure Among Adult Smokers After Completely Switching From Combustible Cigarettes to a Nicotine-Salt Pod System, Nicotine and Tobacco Research, 22(8): 1285-1293, 2020 | | | | |
| | | | —3/25/20 Report re Performance After Squeezing, RPT-04864, Rev A. (Cambridge) | JLI20026401 | JLI20026401 | | |
| | | | —7/10/20 A Randomized, Open-Label, Parallel-Group Study in Adult Smokers to Evaluate Changes in Biomarkers of Cigarette Smoke Exposure After Switching Either Exclusively or Partly to Using JUUL Electronic Nicotine Delivery Systems with Two Different Nicotine Concentrations, A Clinical Study Report, PROT-00030, Juul Labs | JLI20071034 | JLI20071243 | | |
| | | | —8/20/20 Presentation re Pharmacokinetics and Subjective Effects of the JL Electronic Nicotine Delivery System (ENDS) Compared to Five ENDS, a Heated Tobacco Product, and a Combustible Cigarette, A. Buchhalter et al. | | | | |
| | | | —10/30/14 M. Misra et al., Comparative In Vitro Toxicity Profile of Electronic and Tobacco Cigarettes, Smokeless Tobacco and Nicotine Replacement Therapy Products: E-Liquids, Extracts and Collected Aerosols, International Journal for Environmental Research and Public Health, 11(11): 11325-11347, 2014 | | | | |
| | | | —11/5/19 Jay, J. et al. Five-Day Changes in Biomarkers of Exposure Among Adult Smokers After Completely Switching From Combustible Cigarettes to a Nicotine-Salt Pod System | | | | |
| | | | —6/4/20 D. Kelsh, Clinical Study Report re A Randomized, Open-Label, Cross-Over Study to Characterize the Nicotine Uptake and Subjective Effects with Use of JUUL Electronic Nicotine Delivery Systems with Multiple Flavors and Nicotine Concentrations, Usual Brand of Combustible Cigarettes, a Comparator E-Cigarette and Nicotine Gum in Adult Smokers | JLI20060707 | JLI20060900 | | |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 13 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| | | | —8/14/20 N. Goldenson et al., An Open-Label, Randomized, Controlled, Crossover Study to Assess Nicotine Pharmacokinetics and Subjective Effects of the JUUL System with Three Nicotine Concentrations Relative to Combustible Cigarettes in Adult Smokers, Nicotine and Tobacco Research, 2021 947-955, 2021 | | | | |
| | | | —11/24/20 N. Goldenson et al., Abuse liability assessment of the JUUL system in two nicotine concentrations compared to combustible cigarette, nicotine gum and comparator electronic nicotine delivery system, Drug and Alcohol Dependence, 217 (2020) 108441, 2020 | | | | |
| | | | —12/1/20 Goldenson, N. et al., Abuse liability assessment of the JUUL system in two nicotine concentrations compared to combustible cigarette, nicotine gum and comparator electronic nicotine delivery system | | | | |
| | | | —12/1/20 Goldenson, N. et al., Abuse liability assessment of the JUUL system in four flavors relative to combustible cigarette, nicotine gum and a comparator electronic nicotine delivery system among adult smokers | | | | |
| | | | —1/25/21 Goldenson, N. et al., An Open-Label, Randomized, Controlled, Crossover Study to Assess Nicotine Pharmacokinetics and Subjective Effects of the JUUL System with Three Nicotine Concentrations Relative to Combustible Cigarettes in Adult Smokers | | | | |
| | | | —5/1/21 Prakash, S. et al., Prevalence of ENDS and JUUL Use, by Smoking Status, in National Samples of Young Adults and Older Adults in the U.S. | | | | |
| | | | —5/1/21 Shiffman, S. et al., The Adult JUUL Switching and Smoking Trajectories (ADJUSST) Study: Methods and Analysis of Loss-to-Follow-Up | | | | |
| | | | —5/1/21 Goldenson, N. et al., Switching away from Cigarettes across 12 Months among Adult Smokers Purchasing the JUUL System | | | | |
| | | | —5/1/21 Selya, A. et al., Dual Use of Cigarettes and JUUL: Trajectory and Cigarette Consumption | | | | |
| | | | —5/1/21 Kim, S. et al., Switching away from Cigarette Smoking with JUUL: Populations of Special Interest | | | | |
| | | | —5/1/21 Le, G. et al., Cigarette Smoking Trajectories in Adult Former Smokers Using the JUUL System | | | | |
| | | | —5/1/21 Shiffman, S. et al., Smoking Trajectories of Adult Never Smokers 12 Months after First Purchase of a JUUL Starter Kit | | | | |
| | | | —5/1/21 Prakash, S. et al., Transitions in Smoking among Adults Newly Purchasing the JUUL System | | | | |
| | | | —5/1/21 Shiffman, S. et al., Changes in Dependence as Smokers Switch from Cigarettes to JUUL in Two Nicotine Concentrations | | | | |
| | | | —5/1/21 Chen, T. et al., Improving Retailer Compliance for Tobacco Purchases: Pilot Study Findings | | | | |
| | | | —5/1/21 Wissman, R. et al., Modeling the Population Health Impact of ENDS in the U.S. | | | | |

Case 3:19-md-02913-WHO   Document 3062-9   Filed 04/25/22   Page 14 of 14

In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation (B.B.)

Plaintiff's Objections to Defendants' Priority Exhibits

| Ref. No. | Category | Doc Date | Description | Beg Bates | End Bates | Dep. Ex. # | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|
| | | | —5/1/21 A. Selya et al., Dual Use of Cigarettes and JUUL: Trajectory and Cigarette Consumption, American Journal of Health Behavior, 45(3): 464-485, 2021 | | | | |
| | | | —5/1/21 S. Shiffman et al., Changes in Dependence as Smokers Switch from Cigarettes to JUUL in Two Nicotine Concentrations, American Journal of Health Behavior, 45(3): 563-575, 2021 | | | | |
| | | | —5/18/21 Goldenson, N. et al., Differences in Switching Away From Smoking Among Adult Smokers Using JUUL Products in Regions With Different Maximum Nicotine Concentrations: North America and the United Kingdom | | | | |
| | | | —6/21/21 G. Cohen et al., Changes in Biomarkers of Cigarette Smoke Exposure After 6 Days of Switching Exclusively or Partially to Use of the JUUL System with Two Nicotine Concentrations: A Randomized Controlled Confinement Study in Adult Smokers, Nicotine & Tobacco Research, 23(12): 2153-2161, 2021 | | | | |
| | | | —9/7/21 N. Goldenson et al., Switching away from Cigarettes across 12 Months among Adult Smokers Purchasing JUUL Systems, Am J Health Behav., 2021;45(3):443-463, 2021 | | | | |
| | | | —10/3/21 X. Chen et al., Targeted Characterization of the Chemical Composition of JUUL Systems Aerosol and Comparison with 3R4F Reference Cigarettes and IQOS Heat Sticks, Separations, 8(10), 2021 | | | | |
| | | | —11/1/21 Cohen, G. et al., Changes in Biomarkers of Cigarette Smoke Exposure After 6 Days of Switching Exclusively or Partially to Use of the JUUL System with Two Nicotine Concentrations: A Randomized Controlled Confinement Study in Adult Smokers | | | | |
| | | | —2/1/22 Goldenson, N. et al., Differences in switching away from cigarettes and JUUL use characteristics among adult menthol and nonmenthol smokers who purchased the JUUL System | | | | |