1  [Submitting Counsel on Signature Page]

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN FRANCISCO DIVISION

11

12 | IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON RULE 43 AND RULE 32(a)(3) MOTIONS** |
| This Document Relates to: *Bain v. JUUL Labs, Inc., et al.* | |

18      The undersigned parties and non-party witness jointly stipulate and agree, subject to the

19 Court's approval, to amend the set deadlines and page limits for briefing of two motions related to

20 testimony at trial.

21      WHEREAS, Plaintiff intends to file a motion for an order compelling Zachary Frankel to

22 testify by remote contemporaneous video transmission under Rule 43(a);

23      WHEREAS, Plaintiff intends to file a motion for an order that the deposition of Daniel

24 Myers may be used at trial "for any purpose" under Rule 32(a)(3);

25      WHEREAS, Defendants and/or Mr. Frankel intend to oppose one or both motions; and

26      WHEREAS, the parties and Mr. Frankel have agreed to brief these two motions before the

27 Pretrial Conference set for May 9, 2022; and

28

WHEREAS, the parties met and conferred and, subject to the Court's approval, agree and stipulate as follows:

- Plaintiff shall file on or before April 25, 2022 a letter brief motion for an order compelling Zachary Frankel to testify by remote contemporaneous video transmission under Rule 43(a) and a letter brief motion to permit the use of Dan Myers' deposition for any purpose under Rule 32(a)(3);
- Defendants and/or Mr. Frankel may file separate responsive letter briefs on one or both of the two issues or before May 2, 2022; and
- Each of the letter briefs as to each separate issue will not exceed 5 pages.

NOW THEREFORE, the parties and Mr. Frankel, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the above deadlines and page limits.

Dated: April 25, 2022                              Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000
slondon@lchb.com

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

1
2             By: */s/ Dean Kawamoto*
3
            Dean Kawamoto
4             **KELLER ROHRBACK L.L.P.**
            1201 Third Ave., Ste. 3200
5             Seattle, WA 98101
            Telephone:  (206) 623-1900
6             dkawamoto@kellerrohrback.com
7
8             By: */s/ Ellen Relkin*

9             Ellen Relkin
            **WEITZ & LUXENBERG**
10             700 Broadway
            New York, NY 10003
11             Telephone: (212) 558-5500
            erelkin@weitzlux.com
12
13             *Co-Lead Counsel for Plaintiffs*
14
15             By: /s/ *Renee D. Smith*_____

16             David M. Bernick (*pro hac vice*)
            Renee D. Smith (*pro hac vice*)
17             **KIRKLAND & ELLIS LLP**
            300 N. LaSalle
18             Chicago, IL 60654
            Telephone: (312) 862-2310
19
20             *Attorneys for Defendant Juul Labs, Inc.*

21
22
23
24
25
26
27
28

1

2                 By: */s/ John C. Massaro*

3                 **ARNOLD & PORTER KAYE SCHOLER LLP**

4                 John C. Massaro (*admitted pro hac vice*)

5                 Jason A. Ross (*admitted pro hac vice*)
                  601 Massachusetts Ave., N.W.

6                 Washington D.C. 20001
                  Telephone: (202) 942-5000

7                 Facsimile: (202) 94s2-5999
                  john.massaro@arnoldporter.com

8                 Jason.ross@arnoldporter.com

9

10                *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

11

12                By: */s/ Michael J. Guzman*

13                **KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

14

15                Michael J. Guzman
                  Sumner Square, 1615 M St., N.W., Suite 400

16                Washington, DC 20036
                  Telephone: (202) 326-7910

17                mguzman@kellogghansen.com

18                *Attorney for Zachary Frankel*

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Bain v. JUUL Labs, Inc., et al.* | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE |

The Court hereby adopts the Parties' stipulations regarding deadlines and page limits for filing of the specified Rule 43 and Rule 32(a)(3) motions.

The Court ORDERS the following:

- Plaintiff shall file on or before April 25, 2022 a letter brief motion for an order compelling Zachary Frankel to testify by remote contemporaneous video transmission under Rule 43(a) and a letter brief motion to permit the use of Dan Myers' deposition for any purpose under Rule 32(a)(3);

- Defendants or Mr. Frankel may file responsive letter briefs on or before May 2, 2022; and

- Letter briefs will not exceed 5 pages.

Date: April 26, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge