*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Roberto Pesce v. JUUL LABS, INC., et al.*<br><br>Case No. 3:20-cv-02658-WHO | Case No. 19-md-02913-WHO<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff will and hereby does move the Court, pursuant to Civil Local Rule 79-5, for an administrative order to file under seal portions of, and exhibits related to, *Plaintiff's Opposition to JLI's Motion for Summary Judgment*.

Plaintiff files this motion pursuant to the Amended Protective Order (Dkt. 1282) and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5 and 7-11(c), no hearing date has been set.

**Material to Be Filed Under Seal**

Paragraph 58 of the Amended Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential, highly confidential, or highly confidential – outside counsel only ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Protected Material includes portions of pleadings that contain, summarize, or reflect the Protected Material. Dkt. 1282 at ¶ 58.

Plaintiff is seeking to file under seal the following Exhibits, along with portions of pleadings that contain, summarize, or reflect the same:

| Document | Description |
|---|---|
| Memorandum | Plaintiff's Opposition to JLI's Motion for Summary Judgment |
| Exhibit 1 | Roberto Pesce ("Pesce") Deposition Transcript (redacted portions) |
| Exhibit 2 | Pesce's Initial Plaintiff Fact Sheet ("PFS") (redacted portions) |
| Exhibit 3 | Pesce's PFS dated March 18, 2021 (redacted portions) |
| Exhibit 4 | Pesce's Supplemental Response to JLI's First Set of Interrogatories, served on 8/23/21 |
| Exhibit 5 | Plaintiff's Supplemental Response to JLI's First Request for Production, served on 11/9/2021 |
| Exhibit 6 | Plaintiff's Supplemental Response to JLI's First Request for Production, served on 12/7/2021 |
| Exhibit 7 | Plaintiff's Supplemental Response to JLI's First Request for Production, served on 12/27/2021 |
| Exhibit 8 | Case-Specific Report of Neil E. Grunberg |
| Exhibit 9 | Case-Specific Report of Sharon Levy |
| Exhibit 10 | Case-Specific Report of Judith J. Prochaska |
| Exhibit 11 | Case-Specific Report of Jonathan Winickoff |
| Exhibit 12 | Case-Specific Report of Christopher Martin Matkovic |
| Exhibit 13 | Andy Ide Deposition Transcript |
| Exhibit 14 | Kathleen Pesce Deposition Transcript (redacted portions) |
| Exhibit 52 | Pesce's PFS dated November 9, 2021 |

This satisfies the requirements for sealing under the Amended Protective Order as well as

the sealability of these documents under Civil Local Rule 79-5 because they contain non-public information that is confidential and sensitive in nature, personal health information, and other highly personal non-public information.

Plaintiff accordingly moves to file the designated exhibit under seal pursuant to paragraph 58 of the Amended Protective Order and Local Rules 7-11 and 79-5.

As required by Civil Local Rule 79-5(c)(1-3), the following attachments accompany this motion:

1. Declaration of Emily Jeffcott in support of this Motion; and
2. Proposed Order listing in tabular format all material sought to be sealed.

Dated: April 29, 2022

Respectfully submitted,

By: /s/ *Emily Jeffcott*

**MORGAN & MORGAN**
220 West Garden St., 9th Floor
Pensacola, FL 32502
Telephone: (850) 316-9100
ejeffcott@forthepeople.com

*Counsel for Roberto Pesce*


By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com


By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Emily Jeffcott*
Emily Jeffcott