Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Lauren.Wulfe@arnoldporter.com

John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
John.Massaro@arnoldporter.com
Daphne.OConnor@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: 303-863-1000
Facsimile: 303-832-0428
Paul.Rodney@arnoldporter.com

Angela R. Vicari (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: 212-836-8000
Facsimile: 212-836-8689
Angela.Vicari@arnoldporter.com

Attorneys for Defendants Altria Group, Inc.,
Philip Morris USA Inc., Altria Client Services LLC,
Altria Group Distribution Company, and
Altria Enterprises LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Pesce v. JUUL Labs, Inc., et al.*<br><br>Case No. 3:20-cv-02658 | Case No.: 19-MD-02913-WHO<br><br>**DECLARATION OF ANGELA R. VICARI IN FURTHER SUPPORT OF ALTRIA'S SUMMARY JUDGMENT MOTION** |

I, Angela R. Vicari, declare and state as follows:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and am one of the attorneys representing Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC (collectively, "Altria"). I am an attorney duly licensed to practice law in the State of New York and I have been admitted to appear *pro hac vice* before the United States District Court for the Northern District of California in this matter. I make this declaration in further support of Altria's Motion for Summary Judgment as to Plaintiff Pesce. I have personal knowledge of the facts stated below and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpted pages of the February 16, 2022 Summary Judgment Hearing Transcript in the *Bain* action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the January 2, 2020 FDA Press Release entitled "FDA finalizes enforcement policy on unauthorized flavored cartridge-based e-cigarettes that appeal to children, including fruit and mint," located on the FDA's website at https://www.fda.gov/news-events/press-announcements/fda-finalizes-enforcement-policy-unauthorized-flavored-cartridge-based-e-cigarettes-appeal-children.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff Roberto Pesce's LinkedIn profile, which was collected at my direction on April 27, 2022.

Dated: May 13, 2022                                    Respectfully submitted,

                                                       ARNOLD & PORTER KAYE SCHOLER LLP


                                                       By:   /s/ Angela R. Vicari
                                                             Angela R. Vicari (*admitted pro hac vice*)
                                                             250 West 55th Street
                                                             New York, NY 10019
                                                             Telephone: 212-836-8000
                                                             Facsimile: 212-836-8689
                                                             Angela.Vicari@arnoldporter.com

# CERTIFICATE OF SERVICE

I, Angela R. Vicari, hereby certify that on the 13th day of May, 2022, I caused to be electronically filed the foregoing **DECLARATION OF ANGELA R. VICARI IN FURTHER SUPPORT OF ALTRIA'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:  /s/ *Angela R. Vicari*  
Angela R. Vicari (*admitted pro hac vice*)  
ARNOLD & PORTER KAYE SCHOLER LLP  
250 West 55th Street  
New York, NY 10019  
Telephone: 212-836-8000  
Facsimile: 212-836-8689  
Angela.Vicari@arnoldporter.com