# EXHIBIT 1

**Pages 1 - 93**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ORRICK, MAGISTRATE JUDGE

| | |
|---|---|
| IN RE: JUUL LABS, INC., ) <br> MARKETING, SALES PRACTICES, ) <br> AND PRODUCTS LIABILITY ) <br> LITIGATION. ) <br>  ) | **No. 19-md-02913 WHO** <br><br> San Francisco, California <br> Wednesday, February 16, 2022 |

**TRANSCRIPT OF VIDEOCONFERENCE PROCEEDINGS**

**APPEARANCES:** (via Zoom Video Conferencing)

For Plaintiffs:
           LIEFF, CABRASER, HEIMANN & BERNSTEIN
           275 Battery Street, 29th Floor
           San Francisco, California 94111-3339
    **BY:** **SARAH R. LONDON, ESQ.**
         **REILLY T. STOLER, ESQ.**
         **ANDREW KAUFMAN, ESQ.**

           GIRARD SHARP
           601 California Street, Suite 1400
           San Francisco, California 94108
    **BY:** **DENA C. SHARP, ESQ.**

           KELLER ROHRBACK LLP
           1201 Third Avenue, Suite 3200
           Seattle, Washington 98101-3052
    **BY:** **DEAN KAWAMOTO, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:    Marla F. Knox, RPR, CRR, RMR
                 Official Reporter - U.S. District Court

```
 1   APPEARANCES: (continued, via Zoom)

 2   For Plaintiffs:
                         WEITZ & LUXENBERG, P.C.
 3                       700 Broadway
                         New York, New York  10003
 4              BY:      ELLEN RELKIN, ESQ.

 5                       LEVIN SEDRAN & BERMAN LLP
                         510 Walnut Street - 5th Floor
 6                       Philadelphia, Pennsylvania  19106
                BY:      KEITH L. VERRIER, ESQ.
 7
     For Defendant Juul Labs, Inc.:
 8
                         KIRKLAND & ELLIS LLP
 9                       300 North LaSalle
                         Chicago, Illinois 60654
10              BY:      RENEE D. SMITH, ESQ.

11                       KIRKLAND & ELLIS LLP
                         1301 Pennsylvania Avenue, NW
12                       Washington, D.C.  20004
                BY:      DAVID M. BERNICK, ESQ.
13                       JASON M. WILCOX, ESQ.

14                       MUNGER TOLLES & OLSON LLP
                         350 S. Grand Avenue, 50th Floor
15                       Los Angeles, California  90071
                BY:      GREGORY P. STONE, ESQ.
16
     For Defendants Altria Group, Inc. and Philip Morris USA Inc.:
17
                         ARNOLD & PORTER KAYE SCHOLER LLP
18                       601 Massachusetts Ave, NW
                         Washington, D.C. 20001-3743
19              BY:      JOHN C. MASSARO, ESQ.

20

21

22

23

24

25
```

1  been covered, and as far as I can tell in every round of
2  briefing in this case.
3      Noerr-Pennington does not apply to deliberate attempts to
4  mislead the FDA.  We have put the cases.  Your Honor has seen
5  them.  We have had rulings on it.  We don't need to cover that
6  territory again.
7      Regardless of its applicability to any claims of direct
8  liability, Altria's efforts with the JLI and the FDA are
9  evidence of aiding and abetting, intent and knowledge, as well
10 as conspiracy.
11     So even if we have a Noerr-Pennington problem here, that
12 doesn't eliminate those actions from the case -- that evidence
13 from the case; and we can talk about that down the line.
14     And there is no *Buckman* claim here.  The duty is to avoid
15 aiding and abetting a known tort feasor not to refrain from
16 deceiving the FDA.
17     Finally turning to the Tennessee Products Liability Act,
18 Altria has no authority -- literally no authority -- for the
19 proposition that the TPLA eliminates common law claims against
20 it.  Nothing in the text says so.
21     Altria cites no legislative history.  There is no case.
22 Look at the cites in their reply brief, some of which
23 Mr. Massaro talked about today.
24     They cite a treatise on comparative fault that actually
25 says if you look at it, that the TPLA is, quote, not a