# EXHIBIT 3

PageVault

| | |
|---|---|
| Document title: | (27) Roberto Pesce \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/roberto-pesce-35648522a/?trk=public_profile_samename-profile |
| Page loaded at (UTC): | Wed, 27 Apr 2022 16:02:16 GMT |
| Capture timestamp (UTC): | Wed, 27 Apr 2022 16:05:38 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | c4dc446e-a3bf-4314-9078-da2cd5247b1e |
| User: | ap-cliu |

PDF REFERENCE #:    ih5JhxDV4esJ8PvuYGEvdG



# Roberto Pesce · 2nd
Fraud Analyst at Kindred Group
Las Vegas, Nevada, United States · Contact info
500+ connections

Kindred Group plc
University of Rhode Island College of Arts and Sciences

3 mutual connections: Tim Sanzi, Daniel DePetro, and 1 other

[Connect]  [Message]  [More]

## About
University of Rhode Island graduate with a Bachelor of Science in Criminal Justice and a minor in Psychology. Experience in fraud and detection with a demonstrated history of working in interpersonal environments. Skilled in Microsoft Office, entrepreneurship, fraud & detection, and customer service.

Interested in Anti-money laundering, fraud investigations, cyber security, and finance.

## Activity
531 followers          [+ Follow]

Roberto hasn't posted lately
Roberto's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Fraud Analyst**
Kindred Group plc · Full-time
Apr 2022 - Present · 1 mo
Las Vegas, Nevada, United States

**Hatchery Management Crew Member**
Walrus and Carpenter Oysters · Full-time
Jun 2021 - Sep 2021 · 4 mos
Rhode Island, United States

-Responsible for the daily maintenance of over 750,000 oysters both in our hatchery and on the water farm. ...see more

### Ad
Advance Your Career. Earn Your MLS Online
Master of Legal Studies Online from @WashULaw
[Learn More]

### People also viewed
- Antonio Sausville-Graca · 3rd — AFSR at E*TRADE Morgan Stanley [Message]
- Brianna Lucarelli · 3rd — Student [Message]
- Sara Moakler · 3rd — Finance student at the University of Rhode Island [Message]
- Nicholas Misurelli · 3rd — TeamUp Fantasy Sports Intern at 9Ware, Inc. [Message]
- Christal Figuereo · 3rd — Accounting Major and Aspiring Audit Associate [Connect]

Show more ⌄

### People you may know
- Donovan Cassidy — College Senior With Investment Banking Experience [Connect]
- Ethan Avila — Venue Relations Coordinator |

Messaging

Document title: (27) Roberto Pesce | LinkedIn
Capture URL: https://www.linkedin.com/in/roberto-pesce-35648522a/?trk=public_profile_samename-profile
Capture timestamp (UTC): Wed, 27 Apr 2022 16:05:38 GMT
Page 1 of 3


**Roberto Pesce**
Fraud Analyst at Kindred Group

More | Message | Connect

New York, New York, United States

-Reviewed weekly reports and over 300 flagged transactions quarterly to investigate possible fraudulent activity.   ...see more

## Education

**University of Rhode Island College of Arts and Sciences**
Bachelor of Science , Criminal Justice/Police Science
2017 - 2021

**University of Rhode Island**
Criminal Justice and Criminology
Sep 2017 - Dec 2021

**Ridgefield High School**
2014 - 2017

## Licenses & certifications

**Bloomberg Market Concepts Certification**
Bloomberg LP
Issued Jan 2022 · No Expiration Date
Credential ID hALydjx78bt3KfTU24hei4KE

**iGaming Anti-Fraud and Payments Handling Certificate**
iGaming Academy
Issued Jan 2022 · No Expiration Date
Credential ID 9E8BBBEADD9BBD57420BC9AA864FFDCC

## Volunteering

**Community Volunteer**
H.O.M.E. (Housing Opportunities & Maintenance for the Elderly)

Week-long mission trip dedicated to building and repairing houses for the large homeless population in poverty-stricken communities across America.

**Community Volunteer**
Meals on Wheels America

Part of a team that delivered nutritious meals, vital safety checks, and important socialization opportunities to homebound older adults in my community s   ...see more

## Skills

**Fraud Investigations**

---

Operations Manager, Audrain Motorsport
Connect

**Christine DeYoung**
Venue Relations Coordinator
Connect

**Imare' Jordan**
Pursuing MS in Applied Exercise Science at Concordia University...
Connect

Show more

**LinkedIn LEARNING**
Add new skills with these courses

Python Data Analysis
105,512 viewers

Excel Essential Training (Office 365/Microsoft...
1,431,420 viewers

Communicating with Confidence
1,171,394 viewers

Show more on LinkedIn Learning

Promoted

Return to Growth — This series of assets will assist B2B marketers

Attorney Needed ASAP — Crucial need for a local attorney in your area. View new cases today.

Pepperdine Legal Studies — Earn your online MLS in as few as 16 months. No GRE/GMAT/LSAT req'd.

Messaging

Document title: (27) Roberto Pesce | LinkedIn
Capture URL: https://www.linkedin.com/in/roberto-pesce-35648522a/?trk=public_profile_samename-profile
Capture timestamp (UTC): Wed, 27 Apr 2022 16:05:38 GMT
Page 2 of 3



