1  [Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Bain v. JUUL Labs, Inc., et al.* | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] SECOND AMENDED ORDER TO AMEND DEADLINES RE: DEPOSITION DESIGNATIONS EXCHANGE** |

The parties jointly stipulate and agree, subject to the Court's approval, to amend the Pretrial Schedule (Dkt. 2943-1, Dkt. 3052 and Dkt. 3123) insofar as it pertains to the below deadlines for the exchange of deposition designations.

WHEREAS, the parties filed a jointly stipulated, proposed Pretrial Schedule on March 12, 2022 (Dkt. 2929).

WHEREAS, the Court adopted the parties' proposed Pretrial Schedule on March 18, 2022 (Dkt. 2943).

WHEREAS, the Pretrial Schedule in part set out deadlines for the parties' exchange of deposition designations and excerpts from interrogatory answers, RFAs; (Dkt 2929-1).

WHEREAS, on April 22, 2022 and May 3, 2022 stipulated orders to amend the deadlines was entered by entered by the Court;

WHEREAS, despite the parties' diligent efforts, the parties require a short extension of certain deadlines relating to the exchange of deposition designations.

WHEREAS, the parties jointly stipulate to adopt the following deadlines:

| Parties complete meet and confer | May 18, 2022 |
|---|---|
| On a rolling basis, the Parties shall submit to Discovery Master Larson the reports that the Discovery Master requested for ruling on deposition testimony no later than | May 25, 2022 |

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the above deadlines.

Dated:  May 12, 2022

Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

1
2                By: */s/ Ellen Relkin*

3                Ellen Relkin
4                **WEITZ & LUXENBERG**
                 700 Broadway
5                New York, NY 10003
                 Telephone: (212) 558-5500
6                erelkin@weitzlux.com

7                *Co-Lead Counsel for Plaintiffs*

8
9                By: /s/ *David M. Bernick*

10               David M. Bernick (*pro hac vice*)
11               Renee D. Smith (*pro hac vice*)
                **KIRKLAND & ELLIS LLP**
12               300 N. LaSalle
                Chicago, IL 60654
13               Telephone: (312) 862-2310

14
15               By: */s/ Peter A. Farrell*

16               Peter A. Farrell (*pro hac vice*)
                **KIRKLAND & ELLIS LLP**
17               1301 Pennsylvania Ave, N.W.
                Washington, D.C. 20004
18               Telephone: (202) 389-5959

19
20               By: */s/ Gregory P. Stone*

21               Gregory P Stone, SBN 78329
                Bethany W. Kristovich, SBN 241891
22               **MUNGER, TOLLES & OLSON LLP**
                350 South Grand Avenue
23               Fiftieth Floor
                Los Angeles, California 90071-3426
24               Telephone: (213) 683-9100

25               *Attorneys for Defendant Juul Labs, Inc.*

26
27
28

By: */s/ Beth A. Wilkinson*

Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
James M. Rosenthal (pro hac vice)
Hayter L. Whitman (pro hac vice)
Matthew R. Skanchy (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
hwhitman@wilkinsonstekloff.com
mskanchy@@wilkinsonstekloff.com

Moira K. Penza (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com
*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services*
*LLC, Altria Group Distribution Company, and*
*Altria Enterprises LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Bain v. JUUL Labs, Inc., et al.* | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] ORDER TO AMEND DEADLINES RE: DEPOSITION DESIGNATIONS EXCHANGE |

The Court hereby adopts the Parties' stipulations regarding amending the Pretrial Schedule (Dkt. 3122-1 and 3123) insofar as it pertains to the below deadlines for the exchange of deposition designations.

The Court ORDERS the following amended deadlines:

| Parties complete meet and confer | May 18, 2022 |
|---|---|
| On a rolling basis, the Parties shall submit to Discovery Master Larson the reports that the Discovery Master requested for ruling on deposition testimony no later than | May 25, 2022 |

Date: May 16, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge