# EXHIBIT 16
# FILED UNDER SEAL