UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  19-md-02913-WHO<br><br>**ORDER RE TRIAL** |

The parties filed a statement regarding their perspectives on potential jurors and vaccination status.  I meant what I said earlier: if parties cannot agree on whether jurors must be vaccinated in order to be eligible for jury service, I will not eliminate unvaccinated jurors from the pool.  I will impose masking requirements on everyone in the courtroom except for vaccinated witnesses and persons who are speaking to the Court.

**IT IS SO ORDERED.**

Dated: May 18, 2022



William H. Orrick
United States District Judge