UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] ORDER REGARDING EXTENDING ROUND TWO BELLWETHER DEADLINES |

The Court hereby adopts the Parties' stipulations regarding Round 2 Bellwether Deadlines and orders that:

The May 23, 2002 deadline or Plaintiff to select 5 cases and Defendants to collectively select 5 cases is extended to June 6, 2022.

The May 27, 2022 deadline for the Court to select 5 cases through a random selection process after excluding the 10 cases selected by the parties is extended to June 10, 2022.

The September 7, 2022 deadline for the conclusion of the Core Discovery Period is extended to September 21, 2022.

The September 14, 2022 deadline for the Parties to exercise their strikes from the pool is extended to September 28, 2022.

The October 5, 2022 deadline for the parties to submit letters to the Court regarding the four cases remaining from the bellwether pool they contend are representative bellwether trial cases is extended to October 19, 2022.

All other deadlines set forth in the original Order (Doc 2937) applicable to the Personal Injury Bellwether Selections for Round 2 shall remain the same.

Dated: May 23, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge