UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**TRIAL SCHEDULING ORDER** |
|---|---|

Having bifurcated punitive damages from the liability phase for the B.B. bellwether trial and due to preexisting Court commitments, the June trial slot will no longer suffice to allow for presentation of both phases of evidence and sufficient jury deliberation time. Therefore, the B.B. bellwether trial is continued to the September 2022 trial slot.

A Further Case Management Conference is set for June 16, 2022, at 10:00 a.m. by Zoom. At that time, I will schedule the cases selected for the November 2022 and 2023 trial slots and discuss any other matters counsel wish to address. The parties should include scheduling proposals in their Joint Case Management Statement filed no later than June 14, 2022.

**IT IS SO ORDERED.**

Dated: May 26, 2022

William H. Orrick
United States District Judge