[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Bain v. JUUL Labs, Inc., et al.* | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DEADLINE AND FORMAT RE: PROPOSED LIMITING INSTRUCTIONS** |

The parties jointly stipulate and agree, subject to the Court's approval, to amend the deadline and format for the submission of the proposed limiting instructions required by the Court's May 9, 2022 Civil Minutes (Doc. 3170).

WHEREAS, the parties submitted Joint and Contested Proposed Jury Instructions, including legal authority for contested instructions, as Exhibit A to the Joint Pretrial Conference Statement (Doc. 3062-1);

WHEREAS, the Court held the pretrial conference for the *Bain* trial on May 9, 2022;

WHEREAS, following the pretrial conference, the Court issued civil minutes requiring the parties to meet and confer on certain jury instructions, and to outline remaining disputes in joint letters of specified length, with submissions due on June 2, 2022;

WHEREAS, on May 26, 2022, the Court adjourned the *Bain* trial to September;

1    WHEREAS, a short extension of time will permit the parties to meet and confer and
2 exchange authority on the jury instructions at issue; and

3    WHEREAS, including briefing in the combined jury instruction document rather than in
4 separate letter briefs will make the submission most readable,

5    The parties stipulate that the revised instructions and briefing on any disputes be
6 submitted by June 9, 2022.

7    The parties further stipulate that briefing on any disputes be submitted in the same format
8 the parties used when submitting the Joint and Contested Proposed Jury Instructions (i.e., each
9 party's positions to follow any contested instructions). Any briefing will be consistent with the
10 page limitations established in the Civil Minutes.

11    The parties respectfully request that the Court enter an Order establishing the above
12 deadline and formatting specification.

Dated: May 31, 2022                             Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

1
2  By: */s/ Dean Kawamoto*
3
  Dean Kawamoto
4  **KELLER ROHRBACK L.L.P.**
  1201 Third Ave., Ste. 3200
5  Seattle, WA 98101
  Telephone: (206) 623-1900
6  dkawamoto@kellerrohrback.com

7
  By: */s/ Ellen Relkin*
8
  Ellen Relkin
9  **WEITZ & LUXENBERG**
  700 Broadway
10  New York, NY 10003
  Telephone: (212) 558-5500
11  erelkin@weitzlux.com

12
  *Co-Lead Counsel for Plaintiffs*
13

14
  By: /s/ *Renee D. Smith*
15
  David M. Bernick (*pro hac vice*)
16  Renee D. Smith (*pro hac vice*)
  **KIRKLAND & ELLIS LLP**
17  300 N. LaSalle
  Chicago, IL 60654
18  Telephone: (312) 862-2310

19
  Peter A. Farrell (*pro hac vice*)
20  **KIRKLAND & ELLIS LLP**
  1301 Pennsylvania Ave, N.W.
21  Washington, D.C. 20004
  Telephone: (202) 389-5959
22

23  *Attorneys for Defendant Juul Labs, Inc.*

24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Beth A. Wilkinson*

Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
James M. Rosenthal (pro hac vice)
Hayter L. Whitman (pro hac vice)
Matthew R. Skanchy (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
hwhitman@wilkinsonstekloff.com
mskanchy@@wilkinsonstekloff.com

Moira K. Penza (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com
*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services*
*LLC, Altria Group Distribution Company, and*
*Altria Enterprises LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER TO AMEND DEADLINES RE: DEPOSITION DESIGNATIONS EXCHANGE** |
| This Document Relates to:<br><br>*Bain v. JUUL Labs, Inc., et al.* | |

  The Court hereby adopts the Parties' stipulations regarding the deadline and format for the submission of the limiting instructions identified in the May 29, 2022 Civil Minutes.

  The Court ORDERS that the parties' submission on the jury instructions identified in the May 9, 2022 Civil Minutes is due on June 9, 2022.

  The Court further ORDERS that the parties may submit briefing on any disputes in the same format as the parties used when submitting the Joint and Contested Proposed Jury Instructions filed as Exhibit A to the Joint Pretrial Conference Statement.

Date: _____, 2022          _____
               HONORABLE WILLIAM H. ORRICK
               United States District Judge