1

2

3

4

5

6

7   [*Submitting Counsel on Signature Page*]

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-md-02913-WHO

12   **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED AGENDA**

13

14   This Document Relates to:

15   ALL ACTIONS

16

17       Pursuant to Civil Local Rule 16-10(d) and the Court's May 26, 2022 Minute Order (ECF

18   No. 3257), counsel for Defendants Juul Labs, Inc. ("JLI"), Altria,[1] Director Defendants,[2] E-

19   Liquid Defendants,[3] Retailer Defendants,[4] and Distributor Defendants[5] (collectively

20

---

21   [1] "Altria" refers to Altria Group, Inc., and the Altria-affiliated entities named in Plaintiffs'

22   Consolidated Class Action Complaint and Consolidated Master Complaint (collectively, "Complaints"), *see* ECF Nos. 387, 388.

23   [2] "Director Defendants" refers to Messrs. James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani.

24   [3] "E-Liquid Defendants" refers to Mother Murphy's Labs, Inc., Alternative Ingredients, Inc.,

25   Tobacco Technology, Inc., and Eliquitech, Inc.

26   [4] "Retailer Defendants" refers to Chevron Corporation, Circle K Stores, Inc., Speedway LLC, 7-Eleven, Inc., Walmart, and Walgreen Co.

27   [5] "Distributor Defendants" refers to McLane Company, Inc., Eby-Brown Company, LLC, and Core-Mark Holding Company, Inc.

28

"Defendants"), and Plaintiffs' Co-Lead Counsel ("Plaintiffs") (collectively referred to herein as the "Parties") respectfully provide this Joint Case Management Statement in advance of the Further Case Management Conference scheduled for June 16, 2022.

## I.   PARTICIPANT INFORMATION

The June 16, 2022 CMC will proceed by Zoom.  Anyone who wishes to attend the conference virtually must log in using the information available at:

https://www.cand.uscourts.gov/judges/orrick-william-h-who/.

## II.   ISSUES TO BE DISCUSSED BELOW AND PROPOSED AGENDA

1. Status of Case Filings and Dismissals
2. Case Management Matters
3. Discovery Status
4. ADR Status

## III.   STATUS OF CASE FILINGS AND DISMISSALS

As of June 14, 2022, approximately 3,699[6] cases are pending in this MDL, naming 120 defendants.  A list of these defendants is attached as **Exhibit A**.  To date, 2,695 personal injury cases and 946 government entity cases (including 890 school districts, 26 counties, 2 cities, and 28 tribes) have been filed in this MDL.  765 MDL plaintiffs have voluntarily dismissed their cases (737 personal injury plaintiffs, 26 class plaintiffs, and 2 school districts); 38 cases have been dismissed without prejudice pursuant to CMO No. 8; and 48 other cases are subject to pending motions to dismiss without prejudice that have not yet been ruled upon.  Furthermore, 205 case dismissals without prejudice have been converted to dismissals with prejudice pursuant to CMO No. 8.

There are 618 complaints pending in JCCP 5052, which is assigned to Judge David S. Cunningham of the Los Angeles Superior Court as the Coordination Trial Judge.  There are 80 government entity cases, including 75 school districts, and 536 personal injury cases brought on

---

[6] The numbers in this Statement reflect the Parties' good faith estimates based on reasonably available information.  The Parties will continue to work together to align their data and resolve any inconsistencies.

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

1    behalf of over 3,203 individual personal injury plaintiffs.  There are 26 defendants named in those

2    JCCP cases.

3          The Parties are also aware of 13 pending cases filed by State Attorneys General

4    specifically: California, Illinois, Hawai'i, New York, Mississippi, Minnesota, Washington D.C.,

5    Pennsylvania, New Mexico, Massachusetts, Colorado, and Alaska; in addition, the State Attorney

6    General of North Carolina filed a case against Director Defendants.  Plaintiffs' Liaison Counsel

7    continue their outreach to various State Attorneys General to discuss cooperation with this MDL.

8          An update on matters of significance (including hearings, schedules, deadlines,

9    depositions, substantive orders, and trial dates) in Related Actions as defined by the Joint

10   Coordination Order (CMO 9, ECF No. 572 at 1, 3), is attached hereto as **Exhibit B**.

11   **IV.    CASE MANAGEMENT MATTERS**

12          **A.    Trial Schedule**

13          The B.B. trial is set to begin on September 12, 2022; the SFUSD trial is set to begin on

14   November 7, 2022; and the class trial is set to begin on January 9, 2023.  The Parties will be

15   prepared to discuss the overall trial schedule, consistent with the Court's May 26, 2022 Order

16   (ECF No. 3257).

17          **B.    Personal Injury**

18                 **1.    B.B. Trial**

19          The Parties continue to work on pretrial matters for the B.B. bellwether trial.  The Parties

20   further continue to meet and confer on certain outstanding issues, and propose that the Court

21   schedule a separate setting to discuss any remaining issues in dispute or for which the parties

22   would appreciate further guidance.  Subject to the Court's preferences and availability, the parties

23   request the session to occur on or before June 30.  The Parties propose submitting their respective

24   positions in a joint filing 5 days in advance of the scheduled hearing.

25          **2.    Other Bellwethers**

26          Plaintiffs and Defendants have each selected five additional personal injury bellwether

27   nominees for whom fact discovery has commenced, and expect to learn from Brown Greer of the

28   five randomly selected bellwether nominees shortly.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**C.      Government Entities**

The parties continue to engage in expert discovery in the government entity bellwether cases.

The parties agree on the provision of an updated census related to unfiled government entity cases from any law firm with a case filed in the MDL, in order to inform the Court and the parties of the representativeness of future bellwether trials.  The parties are meeting and conferring regarding potential modifications to the original census, as appropriate.

**D.      Class Action**

The parties have been meeting and conferring regarding class representatives whose claims may have been dismissed with prejudice, instead of without prejudice, and related issues. The parties expect to submit a stipulation to the Court for approval, and will advise the Court promptly if any disputes arise.

**V.      DISCOVERY STATUS**

The MDL Plaintiffs are holding weekly calls with JCCP counsel regarding discovery, as detailed by the Joint Coordination Order (CMO No. 9, ECF No. 572) and the Deposition Protocol (CMO No. 10, ECF No. 573).

**A.      Retailer and Distributor Defendants**

**Plaintiffs' Position**

The Court's December 21, 2021 Order (ECF No. 2665) required retailer and distributor defendants to make monthly rolling productions of documents beginning in January 2022, with substantial completion of production of documents associated with Plaintiffs' First Set of Interrogatories by May 16, 2022.  Chevron, a major JUUL retailer, claims that it has complied with the Court's Order and the parties' agreement as to search terms and agreed custodians. Plaintiffs disagree.  While most distributor and retailer document review productions are close to completion, Chevron has only produced 3,763 pages of documents across three productions

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

served on January 28, March 8, and May 16.  This is drastically less than the hundreds of thousands of pages produced by the other retailer and distributor defendants.[7]

Throughout the summer and fall of 2021, Chevron claimed it could not produce the files of Chevron employees who transferred to Extra Mile Convenience Stores (a 2018 joint venture between Chevron Corp. and Jacksons' Food Stores).  Specifically, Chevron claimed that it did not have access to these employees' files—which allegedly were transferred to the ExtraMile Convenience Stores with these employees—and that Chevron employee retention policies would not apply to these employees' business records.  After a review of Chevron's productions to date, Plaintiffs disagree that the current productions are sufficient, because the custodial records of critical Chevron employees involved with JUUL have not been produced.  Only 675 documents pertaining to custodians identified by Chevron as custodians with documents related to Plaintiffs' requests have been produced.  Further, Chevron has failed to make monthly productions pursuant to the Court's Order.

Plaintiffs seek an Order requiring Chevron to produce the requested custodian files related to the conduct of its employees prior to the joint venture and thereafter.  Plaintiffs also request Chevron's cooperation in obtaining records from its joint venture partner related to ExtraMile Convenience Stores which are responsive to Plaintiff's requests.  *See* https://www.cspdailynews.com/top-202-convenience-stores-2019/extramile-convenience-stores-llc-formerly-chevron-corp (ExtraMile Convenience stores were formerly Chevron Corp. stores and a joint venture between Chevron and Jacksons Food Stores).  Plaintiffs have attempted to obtain Chevron's compliance over an extended period of time.  Conferring has been unproductive.  Accordingly, Plaintiffs believe the issue is ripe for discussion with the Court.

**Chevron's Position**

Chevron believes that bringing this issue to the Court's intention is improper and premature.  Plaintiffs first raised this issue with Chevron on May 17, 2022.  Chevron provided a response on the same day, and invited Plaintiffs to contact them with any additional questions to

---

[7] Walmart has produced fewer pages (74,606) because of its shorter JUUL retailer timeframe.

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

the extent their concerns had not been addressed.  In the month since, Chevron had heard nothing from Plaintiffs about these concerns.  Chevron also advised plaintiffs more than one year ago that they needed to issue a subpoena to Extra Mile Convenience Stores LLC to obtain the records for which they now, without any prior notice to Chevron about the orders they seek, appear to make a very untimely demand.  Chevron's position is that Plaintiffs should first meet and confer with Chevron about their concerns, and only bring them to the Court's attention to the extent they cannot be resolved independently.

## VI.     ADR STATUS

Pursuant to Civil Local Rule 16-10(d), the Parties report that they continue to confer with Settlement Master Thomas J. Perrelli and cooperate with his recommendations.

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

Dated: June 14, 2022

Respectfully submitted,

By: /s/ David M. Bernick

By: /s/ Sarah R. London

David M. Bernick (*pro hac vice*)
Renee D. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

Sarah R. London
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: /s/ Peter A. Farrell

By: /s/ Dena C. Sharp

Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ Gregory P. Stone

By: /s/ Dean Kawamoto

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100

*Attorneys for Defendant Juul Labs, Inc.*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

By: /s/ Ellen Relkin

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

7

1

2      By: /s/ John C. Massaro                          By: /s/ James Kramer

3      **ARNOLD & PORTER KAYE SCHOLER**          **ORRICK HERRINGTON &**
       **LLP**                                    **SUTCLIFFE LLP**
4
       John C. Massaro (admitted pro hac vice)    James Kramer
5      Jason A. Ross (admitted pro hac vice)      The Orrick Building
       601 Massachusetts Ave., N.W.              405 Howard Street
6      Washington D.C.  20001                    San Francisco, CA  94105-2669
       Telephone:   (202) 942-5000               Telephone: (415) 773-5700
7      Facsimile:  (202) 942-5999                jkramer@orrick.com
       john.massaro@arnoldporter.com
8      Jason.ross@arnoldporter.com               and

9      *Attorneys for Defendants Altria Group, Inc.*   Lauren Seaton
       *and Philip Morris USA Inc.*              Main St Ste 1100
10                                                Irvine, CA 92614
                                                  Telephone: (949) 567-6700
11                                                lseaton@orrick.com

12
                                                  *Attorneys for Defendant James Monsees*
13

14     By: /s/ Eugene Illovsky                    By: /s/ Michael J. Guzman

15     **BOERSCH & ILLOVSKY LLP**                 **KELLOGG, HANSEN, TODD, FIGEL &**
                                                  **FREDERICK, P.L.L.C.**
16     Eugene Illovsky
       Martha Boersch                             Mark C. Hansen
17     Matthew Dirkes                             Michael J. Guzman
       1611 Telegraph Ave., Suite 806            David L. Schwartz
18     Oakland, CA 94612                          Sumner Square, 1615 M St., N.W., Suite 400
       Telephone: (415) 500-6643                 Washington, DC 20036
19     eugene@boersch-illovsky.com               Telephone: (202) 326-7910
       martha@boersch-illovsky.com               mguzman@kellogghansen.com
20     matt@boersch-illovsky.com

21     *Attorneys for Defendant Adam Bowen*       *Attorneys for Defendants Nicholas Pritzker,*
                                                  *Riaz Valani, and Hoyoung Huh*
22

23

24

25

26

27

28

1

By: */s/ Mitchell B. Malachowski*

2

**TYSON & MENDES, LLP**

3

James E. Sell
Mitchell B. Malachowski
4
Stephen Budica
April M. Cristal
5
523 4th Street, Suite 100
San Rafael, CA 94901
6
Telephone: (628) 253-5070
jsell@tysonmendes.com
7
mmalachowski@tysonmendes.com
sbudica@tysonmendes.com
8
acristal@tysonmendes.com

9

*Attorneys for Defendants Mother Murphy's*
*Labs, Inc., and Alternative Ingredients, I*
10

11

By: */s/ Michael L. O'Donnell*

12

**WHEELER TRIGG O'DONNELL LLP**

13

Michael L. O'Donnell
James E. Hooper
14
Marissa Ronk
370 17th Street, Ste. 4500
15
Denver, CO 80202
Telephone: (303) 244-1850
16
Odonnell@wtotrial.com
hooper@wtotrial.com
17
Ronk@wtotrial.com

18

*Attorneys for Defendant McLane Company,*
*Inc.*
19

20

21

22

23

24

25

26

27

28

By: */s/ Robert Scher*

**FOLEY & LARDNER LLP**

Robert Scher
Peter N. Wang
Graham D. Welch
Dyana K. Mardon
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
rscher@foley.com
pwang@foley.com
gwelch@foley.com
dmardon@foley.com

*Attorney for Defendants Tobacco*
*Technology, Inc., and Eliquitech, Inc.*

By: */s/ Christopher J. Esbrook*

**ESBROOK LAW P.C.**

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

*Attorneys for Defendants Eby-Brown*
*Company, LLC, Circle K Stores, and 7-*
*Eleven, Inc., Speedway, and Walgreen Co.*

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

By: */s/ David R. Singh*

**WEIL, GOTSHAL & MANGES LLP**

David R. Singh
Bambo Obaro
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3083
david.singh@weil.com
bambo.obaro@weil.com

*Attorneys for Defendant Core-Mark Holding Company, Inc.*

By: */s/ Donald F. Zimmer, Jr.*

**KING & SPALDING  LLP**

Donald F. Zimmer, Jr.
Quyen L. Ta
Jennifer T. Stewart
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     (415) 318-1200
fzimmer@kslaw.com
qta@kslaw.com
jstewart@kslaw.com

*Attorneys for Defendant Walmart Inc.*

By: */s/ Charles C. Correll Jr.*

**KING & SPALDING LLP**

Andrew T. Bayman (Admitted *pro hac vice*)
1180 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
abayman@kslaw.com

and

Charles C. Correll, Jr.
Matthew J. Blaschke
Alessandra M. Givens
50 California Street, Suite 3300
San Francisco, CA 94111

Telephone: (415) 318-1200
ccorrell@kslaw.com
mblaschke@kslaw.com
agivens@kslaw.com

*Attorneys for Defendant Chevron Corporation*

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT