Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone:  213-243-4000
Facsimile:  213-243-4199
Lauren.Wulfe@arnoldporter.com

John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
John.Massaro@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: 303-863-1000
Facsimile: 303-832-0428
paul.rodney@arnoldporter.com

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, and ALTRIA GROUP DISTRIBUTION COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Fond Du Lac Band of Lake Superior Chippewa v. JUUL Labs, Inc., et al.*<br><br>Case No. 3:20-cv-03995-WHO | Case No.:  19-MD-02913-WHO<br><br>**DEFENDANT ALTRIA GROUP INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. William H. Orrick |

- 2 -

Pursuant to Federal Rule of Civil Procedure 7.1,[1] Defendant Altria Group, Inc. hereby provides the following disclosure statement:

    1.    Altria Group, Inc. (ticker MO) is a publicly held corporation with no parent entity.

    2.    No publicly held corporation owns 10% or more of Altria Group, Inc.'s stock.

Dated:  June 23, 2022                      ARNOLD & PORTER KAYE SCHOLER LLP

By:   */s/ John C. Massaro*

John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
Paul W. Rodney (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, and ALTRIA GROUP DISTRIBUTION COMPANY

---

[1] By filing this Rule 7.1 disclosure, Altria Group, Inc. does not waive, and specifically reserves, all defenses it has pursuant to Fed. R. Civ. P. 12(b).

**CERTIFICATE OF SERVICE**

I, John C. Massaro, hereby certify that on the 23rd day of June 2022, I electronically filed the foregoing **DEFENDANT ALTRIA GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:    */s/ John C. Massaro*
John C. Massaro (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
John.Massaro@arnoldporter.com