BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
Eugene Illovsky (State Bar No. 117892)
eugene@boersch-illovsky.com
Matthew Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
Kevin Calia (State Bar No. 227406)
kevin@boersch-illovsky.com
Sharon Frase (State Bar No. 282923)
sharon@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Adam Bowen

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>(***Member Case No. 3:21-cv-05134***)<br><br>**DEFENDANT ADAM BOWEN'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT JUUL LAB INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| *This Documents Relates to:*<br><br>*Cheyenne & Arapaho Tribes v. Juul Labs, Inc.*, Case No. 3:21-cv-05134 | Date: TBD<br>Time: TBD<br>Courtroom: 2<br>Judge: Hon.   William H. Orrick |

BOWEN'S NOTICE OF JOINDER
AND JOINDER IN JLI'S MOTION FOR
PARTIAL DISMISSAL
Case No.: 3:21-cv-05134

1
2
TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3
4
5
6
7
8
PLEASE TAKE NOTICE that Defendant Adam Bowen ("Bowen") hereby joins in Defendant JUUL Labs, Inc. ("JLI")'s Motion for Partial Dismissal of Plaintiff's Claims, filed in this matter on June 23, 2022, Dkt. No. 3312.  JLI's motion applies to the claims brought against Bowen, and Bowen joins this motion in full in response to the Complaint herein.  Accordingly, Bowen respectfully requests that such claims against him be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Bowen reserves all rights to file other joinders.

9

10  Dated:  June 23, 2022

BOERSCH & ILLOVSKY LLP
MARTHA A. BOERSCH
EUGENE ILLOVSKY
MATTHEW DIRKES
KEVIN CALIA
SHARON FRASE

 /s/Eugene Illovsky
Eugene Illovsky

Attorneys for Defendant
Adam Bowen

1   BOWEN'S NOTICE OF JOINDER
AND JOINDER IN JLI'S MOTION FOR
PARTIAL DIMISSAL
Case No.: 21-cv-05134