**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JLI'S NOTICE OF MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8**

**PLEASE TAKE NOTICE** that on August 19, 2022, or as soon thereafter as this matter may be heard, in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Defendant Juul Labs, Inc. ("JLI") will and hereby does move for the Court to dismiss without prejudice plaintiffs identified in Exhibit A to JLI's Motion for failure to submit discovery required by Case Management Order No. 8. The Motion is based on this Notice of Motion and the following Motion to Dismiss.

Dated:  June 27, 2022 /s/ *Pierce N. Giboney*

Pierce N. Giboney, FL Bar 124704
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 350-7177
Facsimile: (904) 354-2170
pgiboney@gunster.com
(*pro hac vice*)

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
gregory.stone@mto.com
bethany.kristovich@mto.com


Renee D. Smith (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
renee.smith@kirkland.com

Peter A. Farrell, P.C. (*pro hac vice*)
David M. Bernick
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200
peter.farrell@kirkland.com
David.bernick@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

/s/ *Pierce N. Giboney*
Pierce N. Giboney

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JLI'S MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8**

Case Management Order ("CMO") No. 8 requires that every plaintiff asserting a personal injury or wrongful death claim in a case entered on the MDL 2913 docket submit a substantially complete Plaintiff Fact Sheet ("PFS") within 60 days after the complaint has been entered. (CMO No. 8 § 5 (Docket No. 406)).

Pursuant to Sections 5 and 12 of CMO No. 8, on May 26, 2022, JLI served counsel of record for the plaintiffs identified in Exhibit A with a Notice of Overdue Discovery (the "Notice"), identifying their overdue discovery, and notifying them that their cases may be subject to dismissal for failure to comply with the Court's discovery orders. (CMO No. 8 ¶ 12; Affidavit of Pierce Giboney ("Aff.") ¶¶ 2–4.)

The plaintiffs identified in the Notice were required to submit a completed PFS on or before June 25, 2022, or risk having their claims dismissed. (CMO No. 8 ¶ 12). The plaintiffs identified in Exhibit A have not responded to the Notice and have not subsequently produced a Plaintiff Fact Sheet. (Aff. ¶¶ 5–6).

Pursuant to CMO No. 8, JLI hereby moves to dismiss, without prejudice, the claims of the plaintiffs identified in Exhibit A who have not submitted a completed PFS. Pursuant to CMO No. 8, the plaintiffs subject to the foregoing Motion must file a response no later than **July 11, 2022**, either

(a) certifying that the plaintiffs have submitted a completed PFS or (b) opposing the Motion for other reasons.

Dated: June 27, 2022

/s/ *Pierce N. Giboney*

Pierce N. Giboney, FL Bar 124704
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 350-7177
Facsimile: (904) 354-2170
pgiboney@gunster.com
(*pro hac vice*)

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
gregory.stone@mto.com
bethany.kristovich@mto.com
Renee D. Smith (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
renee.smith@kirkland.com

Peter A. Farrell, P.C. (*pro hac vice*)
David M. Bernick
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200
peter.farrell@kirkland.com
David.bernick@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

/s/ *Pierce N. Giboney*
Pierce N. Giboney