# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 1 | 3:22-cv-01016 | *Isaiah Mullins v. Juul Labs, Inc. et al* | Mullins, Isaiah | Pulaski Kherkher, PLLC | 2/18/2022 | No | PFS | 5/26/2022 |