1     [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION

10    IN RE: JUUL LABS, INC., MARKETING,        No. 19-cv-2913-WHO
      SALES PRACTICES, AND PRODUCTS
11    LIABILITY LITIGATION
                                                **[~~PROPOSED~~] ORDER GRANTING**
12    This Document Relates to:                 **STIPULATION REGARDING**
                                                **PRETRIAL DEADLINES**
13
      *San Francisco Unified School District v. Juul*
14    *Labs, Inc. et al., Case No. 3:19-cv-08177*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court hereby adopts the Parties' stipulation regarding pretrial deadlines as follows:

| Material | Dates |
|---|---|
| **Key Dates**[1] | Trial: 11/7/2022 (Jury Selection 11/4/2022)<br>Pretrial Conference: 10/24/2022<br>Pretrial Conference Statement: 10/3/2022 |
| Witness lists | • Plaintiff's witness list: 9/12/2022<br>• Defendants' witness lists: 9/19/2022 |
| Deposition designations and excerpts from interrogatory answers, RFAs | • Parties will confer and submit a schedule for the exchange of this material by separate stipulation. |
| Exhibit lists | • Exchange (each party) of exhibit lists: 9/16/2022<br>• Objection: 9/27/2022<br>• File combined list of exhibits to which the parties object and exhibits to which admissibility is stipulated: 10/3/2022<br>• Each party to serve supplemental list of exhibits: 10/3/2022<br>• Exhibit lists need not include cross-examination, impeachment or rebuttal exhibits |
| Proposed jury instructions/verdict form/voir dire | • Plaintiffs provide a draft of proposed instructions 9/12/2022<br>• Defendants to provide revisions and additions 9/26/2022<br>• Meet and confer the weeks of 9/26/2022 and 10/3/2022<br>• File final: 10/10/2022 |
| Proposed jury questionnaires | • Plaintiff's proposed jury questionnaire: 9/19/2022<br>• Defendants' proposed revisions: 9/26/2022<br>• Meet and confer weeks of 9/26 and 10/3/2022<br>• Submission of Joint or Competing Proposals: 10/10/2022 |
| Motions in limine[2] | • Exchange MIL lists: 9/26/2022<br>• Opening: 10/3/2022<br>• Opposition: 10/17/2022 |

---

[1] As set forth in Dkt. No. 3329
[2] As set forth in Dkt. No. 3329

[PROPOSED] ORDER GRANTING
STIPULATION REGARDING
PRETRIAL DEADLINES

| Stipulated Issues of Fact | • Parties exchange proposed stipulations of fact, if any: 9/26/2022<br>• File stipulations of fact with pretrial conference statement: 10/3/2022 |
|---|---|

DATED this 20th day of July, 2022.



HONORABLE WILLIAM H. ORRICK
United States District Judge

[~~PROPOSED~~] ORDER GRANTING
STIPULATION REGARDING
PRETRIAL DEADLINES