

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Justin Michael Kadoura, Esq.*

**DATE OF ADMISSION**

*November 21, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  July 19, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk