| | |
|---|---|
| 1 | JAMES N. KRAMER (SBN 154709) |
|   | jkramer@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 3 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 4 | Telephone:   +1 415 773 5700 |
|   | Facsimile:    +1 415 773 5759 |
| 5 | |
|   | KEVIN M. ASKEW (SBN 238866) |
| 6 | kaskew@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 777 South Figueroa Street, Suite 3200 |
|   | Los Angeles, CA 90017-5855 |
| 8 | Telephone:   +1 213 629 2020 |
|   | Facsimile:    +1 213 612 2499 |
| 9 | |
|   | LAUREN B. SEATON (SBN 294453) |
| 10 | lseaton@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | 2050 Main Street, Suite 1100 |
|   | Irvine, CA 92614-8255 |
| 12 | Telephone:   +1 949 567 6700 |
|   | Facsimile:    +1 949 567 6710 |
| 13 | |
| 14 | Attorneys for Defendant James Monsees |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
| | *(Member Case No. 3:19-cv-08177)* |
| This Document Relates to: | **DEFENDANT JAMES MONSEES' NOTICE OF JOINDER AND JOINDER IN JUUL LABS, INC.'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S ABATEMENT EXPERTS AND NON-MANAGEMENT DIRECTOR DEFENDANTS' *DAUBERT* MOTION** |
| *San Francisco Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08177-WHO | |
| | Judge:   Hon. William H. Orrick |
| | Date:    To be set by the Court |
| | Time:   To be set by the Court |
| | Ctrm:   2, 17th Floor |

1  **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant James Monsees ("Mr. Monsees") hereby joins in Juul Labs, Inc. ("JLI")'s Motion to Exclude Testimony of Plaintiff's Abatement Experts, filed in this matter on August 15, 2022, Dkt. No. 3408, and Non-Management Directors Hoyoung Huh, Nicholas Pritzker, and Riaz Valani ("NMD")'s *Daubert* Motion, filed in this matter on August 15, 2022, Dkt. No. 3388.  JLI's Motion and NMD's Motion apply equally to expert opinions related to Mr. Monsees, and Mr. Monsees joins these motions in full.

Dated: August 16, 2022                              ORRICK, HERRINGTON & SUTCLIFFE LLP


By     /s/ James N. Kramer
JAMES N. KRAMER
KEVIN M. ASKEW
LAUREN B. SEATON

Attorneys for Defendant James Monsees

MONSEES' JOINDER IN JLI'S AND NMD'S SFUSD-SPECIFIC *DAUBERT* MOTION
CASE NO.: 3:19-MD-02913-WHO &
MEMBER CASE NO. 3:19-CV-08177

1