Mark C. Hansen (admitted *pro hac vice*)
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
 *Attorneys for Defendants Huh, Pritzker, and Valani*
KELLOGG, HANSEN, TODD, FIGEL &
 FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al., Case No. 3:19-cv-08177-WHO* | **Case No. 19-md-02913-WHO**<br><br>**NON-MANAGEMENT DIRECTOR DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN DEFENDANT JUUL LABS, INC.'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S ABATEMENT EXPERTS**<br><br>Date:<br>Time:<br>Courtroom:  2<br>Judge:    Hon. William H. Orrick |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Hoyoung Huh, Nicholas Pritzker, and Riaz Valani (the "Non-Management Directors") hereby join in full Defendant JUUL Labs, Inc.'s Motion to Exclude Testimony of Plaintiff's Abatement Experts, filed in this matter on August 15, 2022, Dkt. No. 3408.

DATED:  August 16, 2022                Respectfully submitted,

By:  /s/ *Michael J. Guzman*
    Mark C. Hansen (admitted *pro hac vice*)
    Michael J. Guzman (admitted *pro hac vice*)
    David L. Schwarz (CA Bar No. 206257)
    *Attorneys for Defendants Huh, Pritzker, and Valani*
    KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
    1615 M Street, N.W. Suite 400
    Washington, D.C. 20036
    TEL: (202) 326-7900
    mhansen@kellogghansen.com
    mguzman@kellogghansen.com
    dschwarz@kellogghansen.com