[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED AGENDA** |

Pursuant to Civil Local Rule 16-10(d) and the Court's July 15, 2022 Minute Order (ECF No. 3347), counsel for Defendants Juul Labs, Inc. ("JLI"), Altria,[1] Director Defendants,[2] E-Liquid Defendants,[3] Retailer Defendants,[4] and Distributor Defendants[5] (collectively

---

[1] "Altria" refers to Altria Group, Inc., and the Altria-affiliated entities named in Plaintiffs' Consolidated Class Action Complaint and Consolidated Master Complaint (collectively, "Complaints"), *see* ECF Nos. 387, 388.

[2] "Director Defendants" refers to Messrs. James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani.

[3] "E-Liquid Defendants" refers to Mother Murphy's Labs, Inc., Alternative Ingredients, Inc., Tobacco Technology, Inc., and Eliquitech, Inc.

[4] "Retailer Defendants" refers to Chevron Corporation, Circle K Stores, Inc., Speedway LLC, 7-Eleven, Inc., Walmart, and Walgreen Co.

[5] "Distributor Defendants" refers to McLane Company, Inc., Eby-Brown Company, LLC, and Core-Mark Holding Company, Inc.

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

"Defendants"), and Plaintiffs' Co-Lead Counsel ("Plaintiffs") (collectively referred to herein as the "Parties") respectfully provide this Joint Case Management Statement in advance of the Further Case Management Conference scheduled for August 26, 2022.

## I.      PARTICIPANT INFORMATION

The August 26, 2022 CMC will proceed by Zoom.  Anyone who wishes to attend the conference virtually must log in using the information available at:

https://www.cand.uscourts.gov/judges/orrick-william-h-who/.

## II.     ISSUES TO BE DISCUSSED BELOW AND PROPOSED AGENDA

1.   Status of Case Filings and Dismissals

2.   Case Management Matters

3.   ADR Status

## III.    STATUS OF CASE FILINGS AND DISMISSALS

As of August 20, 2022, approximately 3,895[6] cases are pending in this MDL, naming 120 defendants.  A list of these defendants is attached as **Exhibit A**.  To date, 2,724 personal injury cases and 1,117 government entity cases (including 1,062 school districts, 24 counties, 2 cities, and 29 tribes) have been filed in this MDL.  806 MDL plaintiffs have voluntarily dismissed their cases (797 personal injury plaintiffs, 26 class plaintiffs, and 2 school districts); 73 cases have been dismissed without prejudice pursuant to CMO No. 8; and 35 other cases are subject to pending motions to dismiss without prejudice that have not yet been ruled upon.  Furthermore, 210 case dismissals without prejudice have been converted to dismissals with prejudice pursuant to CMO No. 8.

There are 645 complaints pending in JCCP 5052, which is assigned to Judge David S. Cunningham of the Los Angeles Superior Court as the Coordination Trial Judge.  There are 86 government entity cases, including 81 school districts, and 557 personal injury cases brought on

---

[6] The numbers in this Statement reflect the Parties' good faith estimates based on reasonably available information.  The Parties will continue to work together to align their data and resolve any inconsistencies.

behalf of over 3,639 individual personal injury plaintiffs.  There are 26 defendants named in those JCCP cases.

The Parties are also aware of 13 pending cases filed by State Attorneys General specifically: California, Illinois, Hawai'i, New York, Mississippi, Minnesota, Washington D.C., Pennsylvania, New Mexico, Massachusetts, Colorado, and Alaska; in addition, the State Attorney General of North Carolina filed a case against Director Defendants.  Plaintiffs' Liaison Counsel continue their outreach to various State Attorneys General to discuss cooperation with this MDL.

An update on matters of significance (including hearings, schedules, deadlines, depositions, substantive orders, and trial dates) in Related Actions as defined by the Joint Coordination Order (CMO 9, ECF No. 572 at 1, 3), is attached as **Exhibit B**.

## IV.    CASE MANAGEMENT MATTERS

On July 15, 2022, the Court set the order of trials through September 5, 2023. (ECF No. 3347 at 1)

### A.    Personal Injury Bellwether Trials

In June 2022, 15 "round two" bellwether trial candidates were selected. The parties are continuing to meet-and-confer on proposed scheduling and sequencing of additional personal injury bellwether trials.  Among other things, the parties have met and conferred on an amended discovery schedule for the round two picks and reached agreement on the below dates:

Core discovery: February 24

Strikes: March 3

Letters: March 24

The parties agree at this juncture that remand to home courts for those cases over which this Court does not have personal jurisdiction is not necessary as Plaintiffs believe there are sufficient diverse types of cases in the bellwether pool over which this Court has jurisdiction, and Defendants think that it is premature to remand at this time.

### B.    Government Entity Bellwether Schedule

On July 20, 2022, the Court entered a stipulated order (Dkt. No. 3352) setting out certain pretrial deadlines in *San Francisco Unified School District v. Juul Labs, Inc., et al.*, which is set

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

for trial on November 7, 2022.  The parties are proceeding in accordance with that schedule and informed by the Court's prior guidance with respect to the *BB trial*, and are coordinating among themselves with respect to related interim deadlines.  To aid the parties' coordination, Plaintiffs seek to discuss with the Court certain logistical questions related to *voir dire*, the presentation of deposition cuts, and the schedule at trial. Plaintiffs have not discussed these issues with Defendants, who believe that the parties should meet and confer and raise logistical questions concerning trial with the Court at the final pretrial conference.

One issue that has arisen with respect to the schedule is a delay in the deposition of one of Plaintiff's infrastructure experts due to health issues. That deposition has been rescheduled to August 24, and the parties have agreed that (1) Defendants' relevant rebuttal reports will be submitted by August 29; (2) Daubert motions regarding infrastructure issues (with respect to Plaintiff's experts and any rebuttal experts) will be filed on September 12; (3) responses will be filed on October 3; and (4) replies will be filed on October 10.

On or about August 15, each of the Defendants filed a motion for summary judgment. Once summary judgment replies are filed on September 26, the motions will be fully briefed.  Defendants urge the Court to set a hearing date for those motions at its earliest convenience after September 26.  If helpful for the Court, the parties will be prepared to discuss the issue at the upcoming CMC.

**C.     Class Action Case**

On July 11 and 12, 2022, the class defendants filed timely petitions for permission to appeal with the U.S. Court of Appeals for the Ninth Circuit.  Those petitions are now fully briefed and await the Ninth Circuit's ruling.

Plaintiffs filed their proposed notice plan on August 12 (Dkt. No. 3381), and the parties made a joint submission to the Court on August 18 that outlines defendants' objections to the notice plan and plaintiffs' responses to those objections. Plaintiffs will propose specific dates for the deadlines set out on pages 11 and 12 of the notice plan promptly after the Court's ruling on Defendants' objections, or at the Court's convenience.

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

The parties are conferring regarding the Class pretrial schedule and will make a proposal to the Court when discussions conclude.

### D.   Plaintiffs' Positions on Remand

Per the Court's request, Plaintiffs provide their view of potential cases for remand.  There are six government entity bellwethers—four school districts and two counties/cities—that have completed discovery and are ready for trial.  Two of those school districts—San Francisco Unified School District (SFUSD) and Tucson Unified School District—are set for trial before Your Honor in November 2022 and September 2023, respectively.  Plaintiffs propose that following completion of the SFUSD trial, the Court remand the two remaining bellwether school districts (School Board of Palm Beach County and the Goddard School District).  Defendants have indicated that they will not execute *Lexecon* waivers for these school districts, so there is nothing to be gained by remaining in the JUUL MDL.  Given the potential delay from when the cases are remanded to when they will be tried in their home districts, remanding Palm Beach and Goddard after completion of the SFUSD trial will give these plaintiffs their day in court while giving the transferor courts the benefit of Your Honor's adjudication of the SFUSD case.

Plaintiffs are not seeking remand of the other bellwether cases—King County and City of Rochester—at this time.  Given Your Honor's familiarity with these complex cases, plaintiffs believe it would be most efficient for Your Honor to try the King County case, and potentially the Rochester case as well, before considering remands of any county/city cases.  Plaintiffs request that Your Honor set King County for trial as soon as practicable.

Defendants' position is that the question of remand is premature for discussion with the Court at this point, as discussion of these issues among the parties began only in the past few days.  Defendants believe that the possibility of remand should be discussed in a systematic rather than *ad hoc* fashion, and propose that the parties continue discussion and report to the Court at the next Case Management Conference.

### E.   Tribal Discovery

Pursuant to the Court's January 24, 2022 Order Entering Parties' Proposed Tribal Case Schedule and Bellwether Selection Process (Dkt. No. 2794), discovery has commenced for the

three Bellwether Tribal Plaintiffs (collectively, "Tribes"). On August 10, 2022, the Tribes served their First Interrogatories on all Defendants. JLI served its First Sets of Requests for Production on the Tribes on August 16, and its Amended First Set of Interrogatories on August 17. On August 19, Defendant Altria Group, Inc. served its First Sets of Interrogatories and Requests for Production on the Tribes.  Per the Court's July 28, 2022 Order Entering the Parties' Joint Stipulation to Amend Tribal Case Schedule (Dkt. No. 3358), case-specific fact discovery in the Bellwether Tribal cases closes on March 6, 2023.

Defendant JLI filed its Motion for Partial Dismissal of Cheyenne & Arapahoe Tribes's Claims (Dkt. No. 3359) on July 28, 2022; the response is due on August 29, and any reply is due September 19.

**D.    ADR STATUS**

Pursuant to Civil Local Rule 16-10(d), the Parties report that they continue to confer with Settlement Master Thomas J. Perrelli and cooperate with his recommendations.

Dated: August 24, 2022                          Respectfully submitted,


By: /s/ *David M. Bernick*                       By: /s/ *Sarah R. London*

David M. Bernick (*pro hac vice*)                Sarah R. London
**KIRKLAND & ELLIS LLP**                         **LIEFF CABRASER HEIMANN &**
300 N. LaSalle                                   **BERNSTEIN**
Chicago, IL 60654                                275 Battery Street, Fl. 29
Telephone: (312) 862-2310                        San Francisco, CA 94111
                                                 Telephone: (415) 956-1000


By: /s/ *Renee D. Smith*                         By: /s/ *Dena C. Sharp*

Renee D. Smith (*pro hac vice*)                  Dena C. Sharp
**KIRKLAND & ELLIS LLP**                         **GIRARD SHARP LLP**
300 N. LaSalle                                   601 California St., Suite 1400
Chicago, IL 60654                                San Francisco, CA 94108
Telephone: (312) 862-2310                        Telephone: (415) 981-4800


By: /s/ *Peter A. Farrell*                       By: /s/ *Dean Kawamoto*

Peter A. Farrell (*pro hac vice*)                Dean Kawamoto
**KIRKLAND & ELLIS LLP**                         **KELLER ROHRBACK L.L.P.**
1301 Pennsylvania Ave, N.W.                      1201 Third Ave., Ste. 3200
Washington, D.C. 20004                           Seattle, WA 98101
Telephone: (202) 389-5959                        Telephone:  (206) 623-1900


By: /s/ *Gregory P. Stone*                       By: /s/ *Ellen Relkin*

Gregory P Stone, SBN 78329                       Ellen Relkin
Bethany W. Kristovich, SBN 241891                **WEITZ & LUXENBERG**
**MUNGER, TOLLES & OLSON LLP**                   700 Broadway
350 South Grand Avenue                           New York, NY 10003
Fiftieth Floor                                   Telephone: (212) 558-5500
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100                    *Co-Lead Counsel for Plaintiffs*

*Attorneys for Defendant Juul Labs, Inc.*

1

2  By: */s/ John C. Massaro*                              By: */s/ James Kramer*

3  **ARNOLD & PORTER KAYE SCHOLER**      **ORRICK HERRINGTON &**
   **LLP**                                               **SUTCLIFFE LLP**

4
   John C. Massaro (admitted pro hac vice)          James Kramer
5  Jason A. Ross (admitted pro hac vice)            The Orrick Building
   601 Massachusetts Ave., N.W.                     405 Howard Street
6  Washington D.C.  20001                           San Francisco, CA  94105-2669
   Telephone: (202) 942-5000                        Telephone: (415) 773-5700
7  Facsimile: (202) 942-5999                        jkramer@orrick.com
   john.massaro@arnoldporter.com
8  Jason.ross@arnoldporter.com                      and

9  *Attorneys for Defendants Altria Group, Inc.*    Lauren Seaton
   *and Philip Morris USA Inc.*                      Main St Ste 1100
10                                                   Irvine, CA 92614
   By: */s/ Beth A. Wilkinson*                       Telephone: (949) 567-6700
11                                                   lseaton@orrick.com

12 Beth A. Wilkinson (pro hac vice)
   Brian L. Stekloff (pro hac vice)                 *Attorneys for Defendant James Monsees*
13 James M. Rosenthal (pro hac vice)
   Matthew Skanchy (pro hac vice)
14 **WILKINSON STEKLOFF LLP**

15 2001 M Street NW, 10th Floor
   Washington, DC 20036
16 Telephone: (202) 847-4000
   bwilkinson@wilkinsonstekloff.com
17 bstekloff@wilkinsonstekloff.com
   jrosenthal@wilkinsonstekloff.com
18
   Moira K. Penza (pro hac vice)
19 **WILKINSON STEKLOFF LLP**

20 130 West 42nd Street, 24th Floor
   New York, NY 10036
21 Telephone: 212-294-8910
   mpenza@wilkinsonstekloff.com
22
   *Attorneys for Defendants Altria Group, Inc.,*
23 *Philip Morris USA Inc., Altria Client Services*
   *LLC, Altria Group Distribution Company, and*
24 *Altria Enterprises LLC*

25

26

27

28

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

By: /s/ Eugene Illovsky

**BOERSCH & ILLOVSKY LLP**

Eugene Illovsky
Martha Boersch
Matthew Dirkes
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@boersch-illovsky.com
martha@boersch-illovsky.com
matt@boersch-illovsky.com

*Attorneys for Defendant Adam Bowen*

By: /s/ Michael J. Guzman

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

Mark C. Hansen
Michael J. Guzman
David L. Schwartz
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

By: /s/ Mitchell B. Malachowski

**TYSON & MENDES, LLP**

James E. Sell
Mitchell B. Malachowski
Stephen Budica
April M. Cristal
523 4th Street, Suite 100
San Rafael, CA 94901
Telephone: (628) 253-5070
jsell@tysonmendes.com
mmalachowski@tysonmendes.com
sbudica@tysonmendes.com
acristal@tysonmendes.com

*Attorneys for Defendants Mother Murphy's Labs, Inc., and Alternative Ingredients, I*

By: /s/ Robert Scher

**FOLEY & LARDNER LLP**

Robert Scher
Peter N. Wang
Graham D. Welch
Dyana K. Mardon
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
rscher@foley.com
pwang@foley.com
gwelch@foley.com
dmardon@foley.com

*Attorney for Defendants Tobacco Technology, Inc., and Eliquitech, Inc.*

9

By: */s/ Michael L. O'Donnell*

**WHEELER TRIGG O'DONNELL LLP**

Michael L. O'Donnell
James E. Hooper
Marissa Ronk
370 17th Street, Ste. 4500
Denver, CO 80202
Telephone: (303) 244-1850
Odonnell@wtotrial.com
hooper@wtotrial.com
Ronk@wtotrial.com

*Attorneys for Defendant McLane Company, Inc.*

By: */s/ Christopher J. Esbrook*

**ESBROOK LAW P.C.**

Christopher J. Esbrook
David F. Pustilnik
Michael S. Kozlowski
77 W. Wacker, Suite 4500
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com
david.pustilnik@esbrooklaw.com
michael.kozlowski@esbrooklaw.com

*Attorneys for Defendants Eby-Brown Company, LLC, Circle K Stores, and 7-Eleven, Inc., Speedway, and Walgreen Co.*

By: */s/ David R. Singh*

**WEIL, GOTSHAL & MANGES LLP**

David R. Singh
Bambo Obaro
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3083
david.singh@weil.com
bambo.obaro@weil.com

*Attorneys for Defendant Core-Mark Holding Company, Inc.*

10

By: */s/ Donald F. Zimmer, Jr.*

**KING & SPALDING LLP**

Donald F. Zimmer, Jr.
Quyen L. Ta
Jennifer T. Stewart
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     (415) 318-1200
fzimmer@kslaw.com
qta@kslaw.com
jstewart@kslaw.com

*Attorneys for Defendant Walmart Inc.*

By: */s/ Charles C. Correll Jr.*_____

**KING & SPALDING LLP**

Andrew T. Bayman (Admitted *pro hac vice*)
1180 Peachtree Street, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
abayman@kslaw.com

and

Charles C. Correll, Jr.
Matthew J. Blaschke
Alessandra M. Givens
50 California Street, Suite 3300
San Francisco, CA 94111

Telephone: (415) 318-1200
ccorrell@kslaw.com
mblaschke@kslaw.com
agivens@kslaw.com

*Attorneys for Defendant Chevron Corporation*

11