# EXHIBIT A

List of Defendants

| | |
|---|---|
| 1 | JUUL Labs Inc. |
| 2 | Altria Group, Inc., |
| 3 | Philip Morris USA, Inc. |
| 4 | PAX Labs, Inc. |
| 5 | Adam Bowen |
| 6 | James Monsees |
| 7 | Altria Group Distribution Company |
| 8 | Altria Client Services |
| 9 | Nu Mark LLC |
| 10 | Nu Mark Innovations, Ltd. |
| 11 | Eonsmoke, LLC |
| 12 | Home Oil Company, Inc. |
| 13 | The Hobo Pantry Foodstore #19 |
| 14 | Circle K Stores, Inc, and Its Manager, Christa Dennard |
| 15 | My Vapor Hut, Inc. d/b/a 1ST Wave Vapor |
| 16 | Edgar F. Di Puglia as owner of The Smoke House Smoke Shop |
| 17 | Market 24 LLC |
| 18 | Guru Kop, Inc d/b/a Pantry 1 Food Mart |
| 19 | Lit Smoke Shop LLC. |
| 20 | New York Smoke Shop Inc. |
| 21 | Shreeji Smoke Shop Inc. dba Shreeji Smoke & Vape Shop |
| 22 | Tobacco and Wireless Sales LLC |
| 23 | Mohammed Shalash |
| 24 | Hilliard Smoke House |
| 25 | Olive Smoke Shop LLC d/b/a Franco's Smoke Shop |
| 26 | Phillip Rocke, LLC |
| 27 | Buckshot Vapors, Inc. |
| 28 | The Vaping Rabbit, LLC |
| 29 | Black Note, Inc. |
| 30 | Holdfast Vapors, LLC |
| 31 | Direct Vapor, LLC |
| 32 | e-Juice Vapor, Inc. |
| 33 | Marina Vape, LLC |
| 34 | Hookah Imports, Inc. |
| 35 | Mig Vapor, LLC |
| 36 | Mighty Vapors, LLC |
| 37 | Kilo E-Liquids, Inc. |
| 38 | Vape Wild, LLC |

| | | |
|---|---|---|
| 39 | Dash Vaptes, Inc. |
| 40 | Meo, Inc. |
| 41 | Shwartz E-Liquid, LLC |
| 42 | Carter Elixiers, Inc. |
| 43 | Shenzhen Ivps Technology Corporation, Ltd. |
| 44 | Altria Enterprises LLC |
| 45 | Nicholas Pritzker |
| 46 | Hoyoung Huh |
| 47 | Riaz Valani |
| 48 | Mother Murphy's Labs, Inc. |
| 49 | Alternative Ingredients, Inc. |
| 50 | Tobacco Technology, Inc. |
| 51 | Eliquitech, Inc. |
| 52 | McLane Company, Inc. |
| 53 | Eby-Brown Company, LLC |
| 54 | Core-Mark Holding Company, Inc. |
| 55 | Speedway LLC |
| 56 | 7-Eleven, Inc. |
| 57 | Walmart |
| 58 | Walgreens Boots Alliance, Inc. |
| 59 | Gulf Mart |
| 60 | Lehal Associates Inc. dba Delta Gas |
| 61 | Sheetz Inc. |
| 62 | Evolv LLC |
| 63 | Mamasan LLC |
| 64 | Axiocore Corporation dba Yogi E Liquid |
| 65 | Chevron Corporation |
| 66 | Mega Select Inc. d/b/a The Hook Up |
| 67 | XMMS LLC d/b/a Climax or Climax Smoke Shope |
| 68 | Wawa, Inc. |
| 69 | Limbachkrupa LLC d/b/a Citgo #14247111 Thank You Come Again |
| 70 | R.J. Reynolds Vapor Company |
| 71 | Reynolds American Inc. |
| 72 | NJOY, LLC f/k/a NJOY Vapor Products, LLC |
| 73 | Puff-n-Snuff, Inc. |
| 74 | Landmark Convenience, LLC |
| 75 | Citgo Petroleum Corporation |
| 76 | Marathon Petroleum Company, LP |
| 77 | Higgycigs, LLC |
| 78 | Cigarette Depot |

| | |
|---|---|
| 79 | E-Cig & Vape Depot |
| 80 | Blue Water Stores, LLC |
| 81 | Valero Energy Corporation d/b/a Valero Corner Store |
| 82 | ZIIP Lab Co. Ltd. |
| 83 | ZLAB S.A. |
| 84 | Midjit Market, Inc. d/b/a Green Valley Grocery #19 |
| 85 | Midjit Market, Inc. d/b/a Green Valley Grocery #25 |
| 86 | Hawkeye Land Company, LLC d/b/ a Pit Stop Oil Company |
| 87 | Terrible Herbst, Inc. d/b/a Terrible Herbst #229 |
| 88 | Maverick, Inc. d/b/a Maverick #456 |
| 89 | Chevron U.S.A. Inc. d/b/a Chevron Station #377379 |
| 90 | 7-Eleven of Nevada, Inc. d/b/a 7-Eleven #32195 |
| 91 | John Doe Corporation d/b/a Hello Neighbor Smoke Shop |
| 92 | John Doe Corporation d/b/a/ Southern Highlands Smoke Shop |
| 93 | John Doe Corporation d/b/a Smoke Shop Mini-Mart |
| 94 | VGOD Inc |
| 95 | VGOD LLC |
| 96 | Saltnic, LLC |
| 97 | XL Vape, LLC |
| 98 | DM & CA LLC |
| 99 | Exhale Vape Corp |
| 100 | General Vape LLC |
| 101 | Caviar Mist 6 Inc. |
| 102 | Fontem U.S., Inc. |
| 103 | Japan Tobacco International USA, Inc. |
| 104 | Logic Technology Development LLC |
| 105 | Houston Smoke, Inc. |
| 106 | Golden 7 Enterprises, Inc. |
| 107 | Drip More LLC |
| 108 | Electronic Cigarettes, Inc. |
| 109 | SVR INC |
| 110 | Medusa Distribution, LLC d/b/a Cartisan Tech, |
| 111 | Elite Brothers, LLC d/b/a Saltbae50.com |
| 112 | The Madewell Collective d/b/a Monster Vape Labs |
| 113 | Creative Labs Inc. |
| 114 | Westman Holding Company LLC |
| 115 | 7 Daze, LLC |
| 116 | Good Guy Vapes Franchising, LLC |
| 117 | Good Guy Vapes Distribution, LLC |
| 118 | Good Guy Vapes (Bayonne, New Jersey) |

| 119 | Bella Deli Market Corp., d/b/a Bella Deli Market |
| --- | --- |
| 120 | Tag Deli Grocery Store Corp., d/b/a Tag Smoke Shop |

2377822.1