# Exhibit B

*In re Juul Labs, Inc., Marketing, Sales Practices, & Prods. Liab. Litig.*, MDL No. 2913
Update On Matters Of Significance In Related Actions (CMO No. 9 at 3)[1]

1.    **State Attorney General Cases**

**Case Name:**  *State of Alaska v. Juul Labs, Inc. f/k/a PAX Labs, Inc., Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, Nu Mark LLC, and Nu Mark Innovations, Ltd.*
**Case Number:**  3AN-20-09477CI
**Jurisdiction:**  Superior Court of Alaska, Third Judicial District at Anchorage
**Judge/Magistrate:**  Hon. Yvonne Lamoureux
**Plaintiffs:**  State of Alaska
**Defendants:**[2]  Juul Labs, Inc., Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, Nu Mark LLC, and Nu Mark Innovations, Ltd.
**Pending Motions**:  N/A
**Hearing Date(s):**  10/3/2022: Status Conference; 4/15/2024: Pretrial Conference
**Case Schedule:**
-    8/8/2022:            Initial Disclosures
-    9/12/2022:          Joinder of Other Parties or Amendments to Pleadings
-    6/5/2023:            Deadline to File Written Discovery Requests
-    7/31/2023:          Deadline to Depose Fact Witnesses
-    8/7/2023:            Deadline to File Discovery Motions
-    8/14/2023:          Plaintiff's Expert Disclosures and Reports
-    9/25/2023:          Deadline to Depose Plaintiff's Experts
-    10/9/2023:          Defendant's Expert Disclosures and Reports
-    10/23/2023:        Mediation
-    11/20/2023;        Deadline to Depose Defendants' Experts
-    12/18/2023:        Dispositive, Law of Case, and Expert Testimony Motions
-    3/26/2024:          Pretrial Disclosures, Jury Instructions & Other Pretrial Motions
-    4/1/2024:            Proposed Exhibit & Jury Instruction Meeting
-    4/8/2024:            Trial Briefs, Objections to Proposed Exhibits & Jury Instructions
**Trial Date:**  4/22/2024

**Case Name:**  *State of Arizona, ex rel. Mark Brnovich, Attorney General v. Juul Labs, Inc.*
**Case Number:**  CV2020-000317
**Jurisdiction:**  Superior Court of Arizona, Maricopa County
**Judge/Magistrate:**  Hon. Daniel Martin
**Plaintiffs:**  State of Arizona, ex rel. Mark Brnovich
**Defendants:**  Juul Labs, Inc.
**Status:**  Resolved through the entry of a consent judgment on November 30, 2021.

---

[1]    Pursuant to CMO No. 9, this outline reflects Juul Labs, Inc.'s reasonable efforts to identify matters of significance in pending litigation in "Related Actions," as defined in CMO No. 9.  This outline does not include matters that have been tagged and transferred to the MDL (through a Conditional Transfer Order or Final Transfer Order).

[2]    For all cases listed herein, the "Defendants" listed are the entities identified as Defendants in the corresponding complaint or complaints.

**Case Name:**  *The People of the State of California v. Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, Riaz Valani, Hoyoung Huh, and Does 6-100, inclusive.*
**Case Number:**  RG19043543
**Jurisdiction:**  Superior Court of CA, County of Alameda
**Judge/Magistrate:**  Hon. Stephen Kaus
**Plaintiffs:**  The People of the State of California (Rob Bonta)
**Defendants:**  Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, Riaz Valani, Hoyoung Huh, and Does 6-100, inclusive
**Pending Motions:**  N/A
**Hearing Date(s):** 9/20/2022 Case Management Conference; 9/28/2022: Hearing re Huh's Motion to Quash the First Amendment Complaint;10/11/2022: Case Management Conference; 6/2/2023: Case Management Conference; 6/6/2023: Case Management Conference; 7/13/2023: Case Management Conference; 8/31/2023: Mandatory Settlement Conference 9/15/2023: Pretrial Readiness Conference
**Case Schedule:**
- 10/28/2022:     Fact Discovery Cutoff
- 12/16/2022:     Expert Disclosure Cutoff
- 1/13/2023:      Supplemental Expert Disclosure Cutoff
- 4/3/2023:       Motions for Summary Judgment/Adjudication
- 6/30/2023:      Final date for hearings on Motion for Summary Judgment/Adjudication
- 8/31/2023:      Mandatory Settlement Conference

**Trial Date:** 10/6/2023

**Case Name:**  *State of Colorado, ex rel. Philip J. Weiser, Attorney General v. Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, and Riaz Valani, individually*
**Case Number:**  2020CV32283
**Jurisdiction:**  District Court, County of Denver
**Judge/Magistrate:**  Hon. John Elliff
**Plaintiffs:**  State of Colorado, ex rel. Philip J. Weiser, Attorney General
**Defendants:**  Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, and Riaz Valani
**Pending Motions:**  Briefing related to Orders to Show Cause issued by the Colorado Supreme Court following Defendants' Petitions Under Colorado Appellate Rule 21.
**Hearing Date(s):** N/A
**Case Schedule:**  Underlying proceedings stayed pursuant to order of CO Supreme Court.
- 10/1/2022:      Deadline for Plaintiff's Expert Disclosures
- 11/22/2022:     Deadline for Defendant's Expert Disclosures
- 12/15/2022:     Deadline for Disclosures of Rebuttal Experts
- 1/9/2023:       Discovery Cutoff
- 2/10/2023:      Deadline for Summary Judgment
- 2/10/2023:      Deadline for CRE 702 Motions Challenging Expert Testimony
- 3/10/2023:      Mediation
- 5/5/2023:       Deadline for pretrial motions (except under C.R.C.P. 56 and C.R.E. 702), and for *in limine* Motions to be Ruled on Before Trial
- 5/19/2023:      Trial Management Order
- 6/2/2023:       Deadline for Trial Briefs

- 6/16/2023:         Pretrial Conference

**Trial Date:** 7/10/2023

**Case Name:** *District of Columbia v. Juul Labs, Inc.*
**Case Number:** 2019CA007795B
**Jurisdiction:** Superior Court for the District of Columbia
**Judge/Magistrate:** Hon. Todd Edelman (transferred from Hon. Kelly Higashi)
**Plaintiffs:** District of Columbia (Karl A. Racine)
**Defendants:** Juul Labs, Inc.
**Pending Motions:** JLI's Motion to Compel Discovery and Extend All Remaining Deadlines in Scheduling Order
**Hearing Date(s):** N/A
**Case Schedule:**
- 8/29/2022:        Close of Fact Discovery
- 8/29/2022:        Deadline for Proponent's Rule 26(a)(2)(B) Report
- 10/14/2022:       Deadline for Opponent's Rule 26(a)(2)(B) Report
- 12/13/2022:       Close of Expert Discovery
- 2/10/2023:        Motions Deadline (not applicable to discovery-related motions or motions respecting the conduct of the trial)
- 3/30/2023:        ADR Mediation Case Evaluation
- 4/27/2023:        Pretrial Conference

**Trial Date:** 5/30/2023

**Case Name:** *State of Hawai'i v. Juul Labs, Inc., previously d/b/a PAX Labs, Inc. and Ploom Inc., Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Group Distribution Company, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Altria Doe Defendants 1-20, and Does 1-60*
**Case Number:** 1CCV-20-0000933
**Jurisdiction:** Circuit Court of the 1st Circuit, State of Hawai'i
**Judge/Magistrate:** Hon. Dean E. Ochiai
**Plaintiffs:** State of Hawai'i
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Group Distribution Company, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Altria Doe Defendants 1-20, and Does 1-60
**Pending Motions:** Individual Defendants' Motion to Compel Answers to Interrogatories
**Hearing Date(s):** 8/10/2022: Hearing re Individual Defendants' Motion to Compel Answers to Interrogatories; 1/17/2024: Pretrial Conference
**Case Schedule:**
- 10/22/2023:       Plaintiff Expert Disclosures
- 11/21/2023:       Defendant Expert Disclosures
- 12/21/2023:       Substantive Motions and Discovery Cutoff

**Trial Date:** 2/20/2024

**Case Name:** *The People of the State of Illinois v. Juul Labs, Inc.*
**Case Number:** 19CH14302
**Jurisdiction:** Circuit Court of Cook County

3

**Judge/Magistrate:**  Hon. Cecilia A. Horan
**Plaintiffs:**  The People of the State of Illinois (Kwame Raoul)
**Defendants:**  Juul Labs, Inc.
**Pending Motions**:  N/A
**Hearing Date(s):** 9/28/2022 Hearing re Close of Written Fact Discovery
**Case Schedule:**

|   |   |
|---|---|
| - 8/19/2022: | Deadline to Issue Written Fact Discovery |
| -11/18/2022: | Close of Oral Fact Discovery |
| -1/20/2023: | Deadline for Initial Expert Disclosures |
| -3/20/2023: | Deadline for Responsive Expert Disclosures |
| -5/4/2023: | Deadline for Rebuttal Expert Disclosures |
| -6/5/2023: | Deadline for Expert Depositions |

**Trial Date:**  N/A

**Case Name:**  *The State of Louisiana v. Juul Labs, Inc.*
**Case Number:**  C-71304826
**Jurisdiction:**  19th Judicial District Court, Parish of East Baton Rouge
**Judge/Magistrate:**  Richard Moore
**Plaintiffs:**  The State of Louisiana by and through its Attorney General Jeff Landry
**Defendants:**  Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani
**Status:** Voluntarily dismissed by Plaintiff State of Louisiana on April 4, 2022.

**Case Name:**  *Commonwealth of Massachusetts v. Juul Labs, Inc.*
**Case Number:**  2084CV00402
**Jurisdiction:**  Superior Court for the Commonwealth of Massachusetts, County of Suffolk
**Judge/Magistrate:**  Hon. Janet L. Sanders
**Plaintiffs:**  Commonwealth of Massachusetts (Maura Healy)
**Defendants:**  Juul Labs, Inc.
**Pending Motions**:  N/A
**Hearing Date(s):**  N/A
**Case Schedule:**

|   |   |
|---|---|
| - 1/17/2023: | Fact Discovery Cutoff |
| - 3/13/2023: | Plaintiff Expert Witness Disclosures |
| - 5/22/2023: | Defendant Expert Witness Disclosures |
| - 6/21/2023: | Plaintiff Rebuttal Expert Disclosures |
| - 8/18/2023: | Expert Depositions Deadline |

**Trial Date:**  N/A

**Case Name:**  *State of Minnesota, by its Attorney General, Keith Ellison v. Juul Labs, Inc., a Delaware Corporation f/k/a Pax Labs, Inc. f/k/a Ploom Products, Inc.; Altria Group, Inc. f/k/a Philip Morris Companies, Inc.; Philip Morris USA Inc. f/k/a Philip Morris Inc.; Altria Client Services LLC; Altria Group Distribution Company; Altria Enterprises LLC*
**Case Number:**  27-CV-19-19888
**Jurisdiction:**  4th Judicial District Court of Hennepin County
**Judge/Magistrate:**  Hon. Laurie J. Miller
**Plaintiffs:**  State of Minnesota, by its Attorney General, Keith Ellison

4

**Defendants:** Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA Inc.; Altria Client Services LLC; Altria Group Distribution Company; Altria Enterprises LLC
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:**
- 8/19/2022:        Begin Expert Witness Depositions
- 10/12/2022:      Expert Witness Depositions to be Completed
- 11/1/2022:        Deadline for Dispositive and Non-Dispositive Motions
- 11/28/2022:      Deadline for Opposition Briefs to Dispositive Motions
- 12/09/2022:      Deadline for Replies to Dispositive Motions
- 1/27/2023:        ADR Completion

**Trial Date:** 3/27/2023

**Case Name:** *State of Mississippi, ex rel. Lynn Fitch v. Juul Labs, Inc.*
**Case Number:** 25CH1:19-cv-01553
**Jurisdiction:** Chancery Court of Hinds County, Mississippi
**Judge/Magistrate:** Hon. Crystal Wise Martin
**Plaintiffs:** State of Mississippi, ex rel. Lynn Finch, Attorney General for the State of Miss.
**Defendants:** Juul Labs, Inc.
**Pending Motions**: Juul Labs, Inc.'s Motion to Dismiss
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Trial Date:** N/A

**Case Name:** *State of New Mexico, ex rel. Hector H. Balderas, Attorney General v. Juul Labs, Inc., Altria Group, Inc., Philip Morris USA, Inc., Altria Group Distribution Company, Altria Enterprises LLC, James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh and Riaz Valani*
**Case Number:** D-101-CV-202001033
**Jurisdiction:** 1st Judicial District, County of Santa Fe
**Judge/Magistrate:** Hon. Kathleen McGarry Ellenwood
**Plaintiffs:** State of New Mexico, ex rel. Hector H. Balderas
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Philip Morris USA, Inc., Altria Group Distribution Company, Altria Enterprises LLC, James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh and Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 1/31/2024: Pre-trial Conference; 2/05/2024: Hearing to Address any Issues re the Completed Supplemental Jury Questionnaires
**Case Schedule:**
- 7/19/2022:        Motions to Amend Complaint/Answer, or to Join Parties
- 8/30/2022:        Plaintiff to File Second Amended Complaint
- 6/21/2023:        Plaintiff's Expert Witness List
- 7/21/2023:        Defendant's Expert Witness List
- 8/11/2023:        Deadline for Mediation or Settlement Conference
- 9/21/2023:        Deadline for Non-expert Witness Lists
- 10/19/2023:      Deadline for Motions for Summary Judgment and Motions to

|   | | Exclude Expert Testimony |
|---|---|---|
| - | 10/21/2023: | Close of Discovery |
| - | 10/27/2023: | Deadline for Motions to Compel |
| - | 11/28/2023: | Deadline for Final Witness Lists |
| - | 12/12/2023: | Exhibit List |
| - | 12/13/2023: | Motions in Limine |

**Trial Date:** 2/19/2024

**Case Name:** *The People of the State of New York, by Letitia James, Attorney General of the State of New York v. Juul Labs, Inc.*[3]
**Case Number:** 452168/2019
**Jurisdiction:** Supreme Court of New York, County of New York
**Judge/Magistrate:** Hon. Margaret A. Pui Yee Chan
**Plaintiffs:** The People of the State of New York, by Letitia James
**Defendants:** Juul Labs, Inc.
**Pending Motions**: Individual Defendants' Motions to Dismiss
**Hearing Date(s):** N/A
**Case Schedule:** Remainder of schedule will be based on the date of forthcoming orders re Defendants' Motions to Dismiss

| - | 11/16/2022: | Fact Discovery, including Depositions to be completed |
|---|---|---|
| - | 1/02/2023: | Deadline for Plaintiff's Expert Disclosures |
| - | 2/14/2023: | Deadline for Defendants' Expert Disclosures |
| - | 5/25/2023: | All Discovery Deadline |

**Trial Date:** N/A

**Case Name:** *State of North Carolina, ex rel. Joshua H. Stein, Attorney General v. Juul Labs, Inc.*
**Case Number:** 19CVS2885
**Jurisdiction:** Superior Court Division of North Carolina, Durham County
**Judge/Magistrate:** Hon. Orlando F. Hudson, Jr.
**Plaintiffs:** State of North Carolina, ex rel. Joshua H. Stein
**Defendants:** Juul Labs, Inc.
**Status:** Resolved through the entry of a consent judgment on June 28, 2021.

**Case Name:** *State of North Carolina, ex rel. Joshua H. Stein, Attorney General v. Bowen et al.*
**Case Number:** 21-CVS-3727
**Jurisdiction:** Superior Court Division of North Carolina - Charlotte Division (NCBC)
**Judge/Magistrate:** Judge Adam M. Conrad
**Plaintiffs:** State of North Carolina, ex rel. Joshua H. Stein
**Defendants:** Adam Bowen, Hoyoung Huh, James Monsees, Nicholas Pritzker, Riaz Valani
**Pending Motions**: Motions to Dismiss from Adam Bowen, Hoyoung Huh, James Monsees, Nicholas Pritzker, and Riaz Valani
**Hearing Date(s):** N/A

---

[3]   The NY AG has filed an Amended Complaint, adding James Monsees, Adam Bowen, Nicholas Pritzker, Riaz Valani, and Hoyoung Huh as defendants.

**Case Schedule:** N/A
**Trial Date:** N/A

**Case Name:** *Commonwealth of Pennsylvania by Josh Shapiro, in his official capacity as Attorney General of the Commonwealth of Pennsylvania v. Juul Labs, Inc.*
**Case Number:** 200200962
**Jurisdiction:** Court of Common Pleas of Philadelphia County
**Judge/Magistrate:** Hon. Karen Shreeves-Johns
**Plaintiffs:** Commonwealth of Pennsylvania by Josh Shapiro, in his official capacity as Attorney General of the Commonwealth of Pennsylvania
**Defendants:** Juul Labs, Inc.
**Pending Motions:** N/A
**Hearing Date(s):** N/A
**Case Schedule:**
- 11/7/2022:        All Discovery Cutoff
- 12/5/2022:        Plaintiff Expert Cutoff
- 1/2/2023:         JLI Expert Cutoff
- 1/2/2023:         Deadline for Pretrial Motions
- 2/6/2023:         Projected Settlement Conference Date
- 4/3/2023:         Projected Pretrial Conference Date

**Trial Date** (projected):  After 5/1/2023

**Case Name:** *State of Washington v. Juul Labs, Inc.; Pax. Labs, Inc.*
**Case Number:** 20-2-13366-3
**Jurisdiction:** Superior Court of Washington, King County
**Judge/Magistrate:** Hon. Douglas North
**Plaintiffs:** State of Washington (Robert Ferguson)
**Defendants:** Juul Labs, Inc.; Pax Labs, Inc.
**Status:** Resolved through the entry of a consent judgment on April 12, 2022.

2.        **In re Juul Labs, Inc. Antitrust Litigation**

**Case Name:** *In re Juul Labs, Inc. Antitrust Litigation* (Formerly *Douglas J. Reece, on his own behalf and all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc.*)
**Case Number:** 3:20-cv-02345
**Jurisdiction:** N.D. California
**Judge/Magistrate:** Hon. William H. Orrick
**Plaintiffs:** Douglas J. Reece, on his own behalf and all others similarly situated
**Defendants:** Altria Group, Inc. and Juul Labs, Inc.
**Consolidated Complaints:** Direct Purchaser Pltf. Consolidated Class Action Complaint; Indirect Purchaser Pltfs. Consolidated Class Action Complaint; Indirect Reseller Pltfs. Consolidated Class Action Complaint
**Pending Motions:** N/A
**Hearing Date(s):** N/A
**Case Schedule:**
- 8/12/2022:        Deadline to answer the Direct Purchaser Pltfs. Second Amended Complaint

7

- 2/17/2023:         Deadline to update the Court regarding the status of the FTC action

**Status:** Stayed until the expiration of the time to file an appeal to a Court of Appeals or until a decision in or dismissal of an appeal to a Court of Appeals in the FTC antitrust matter

**Related Cases:**

- *B&C Retail, Inc., individually and on behalf of all others similarly situated v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03868)*
- *Irwindale Fuel Station, Inc., a California Corporation, v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04736)*
- *Daraka Larimore, Adam Matschullat and Keith May, individually and on behalf of all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02999)*
- *Sofijon, Inc., Rose and Fifth, Inc., and Napht, Inc. v. Juul Labs, Inc.; Altria Enterprises LLC; and Altria Group, Inc. (N.D. CA, No. 3:20-cv-03861)*
- *Noor Baig, Inc., individually and on behalf of all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03867)*
- *Mallory Flannery v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02891)*
- *Brent Jackson, individually and on behalf of all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04238)*
- *Kerry Walsh and Allison Harrod, individually and on behalf of all other persons similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03183)*
- *Somerset Party Store Inc., individually and on behalf of all others similarly situated v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04073)*
- *Jessica McGee, individually and on behalf of all others similarly situated v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-04413)*
- *Aaron Licari, on his own behalf and all others similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02778)*
- *Anthony Martinez, individual and representative plaintiff v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02597)*
- *Benjamin Deadwyler, individual and representative v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02729)*
- *Denise Redfield and Albert Riccelli, individually and on behalf of all other persons similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03288)*
- *John F. Stiles v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02779)*
- *Sheridan Carlson v. Altria Group, Inc., Altria Enterprises LLC, and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-03430)*
- *Matthew Blomquist, individually and on behalf of himself and all other persons similarly situated v. Altria Group, Inc. and Juul Labs, Inc. (N.D. CA, No. 3:20-cv-02512)*

3.      **Securities Litigation**

**Case Name:** *Gabby Klein, individually and on behalf of all others similarly situated, v. Altria Group, Inc., Howard A. Willard III, William F. Gifford, Jr., Juul Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, and K.C. Crosthwaite*
**Case Number:**  3:20-cv-00075
**Jurisdiction:**  E.D. Virginia
**Judge/Magistrate:**  Hon. David J. Novak
**Plaintiffs:**  Gabby Klein, individually and on behalf of all others similarly situated, Construction Laborers Pension Trust of Greater St. Louis, Donald Sherbondy, Sarah Sherbondy (Plaintiffs); Patrick F. Cipolla, Richard E. Pernisi, Jonathan Selsley, Local 705 International Brotherhood of Teamsters Pension Fund (Movants)
**Defendants:**  Juul Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, K.C. Crosthwaite, Altria Group, Inc., Howard A. Willard III, and William F. Gifford, Jr.
**Status:** Entry of Final Judgement filed March 31, 2022.

4.      **Derivative Lawsuits**

**Case Name:** *In Re Altria Group, Inc. Derivative Litigation*
**Case Number:** 3:20-cv-772-DJN
**Jurisdiction:**  E.D. Virginia
**Judge/Magistrate:**  Hon. David J. Novak
**Plaintiffs:**  Margaret A. Randolph, Trustee, Thomas Sandys, on Behalf of Himself and Derivatively on behalf of the Altria Group, Inc.; Maria Cecilia Lorca, Eric Gilbert, derivatively on behalf of Altria Group, Inc., David Hamilton, derivatively on behalf of Altria Group, Inc.
**Defendants:**  William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite Jr., John T. Casteen III, Dinyar S. Devitre, Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Adam Bowen, James Monsees, Kevin Burns, Riaz Valani, Nicholas Pritzker and Juul Labs, Inc. (Defendants); The Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: Plaintiff's Motion for Preliminary Approval of Settlement
**Hearing Date(s):** 8/25/2022: Preliminary Approval Hearing
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On August 15, 2022, the parties executed a stipulation of settlement to resolve this case as well as the related shareholder derivative litigation pending in Virginia state court. On August 16, 2022, plaintiffs filed a motion for preliminary approval of the settlement.

**Case Name:** *In re Altria Group, Inc. Derivative Litigation*
**Case Number:** CL20-7051 (*Cohen*)
**Jurisdiction:** Circuit Court for Henrico County
**Plaintiffs:** Edward Braunstein, Lawrence B. Cohen and Minda W. Cohen, and Eugene Lopez, Derivatively On Behalf Of Altria Group, Inc.
**Defendants:** William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite Jr., John T. Casteen III, Dinyar S. Devitre, Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, and Virginia E. Shanks; The Altria Group, Inc. (Nominal Defendant)

**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On August 15, 2022, the parties executed a stipulation of settlement to resolve the litigation.

**Case Name:** *Jerry E. Dalton, derivatively on Behalf of Altria Group, Inc. v. W. Hildebrandt Surgner, Jr., Jody L. Begley, Ivan S. Feldman, William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite, Jr., John T. Casteen III, Dinyar, S. Devitre, The Estate of Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Muñoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, JUUL Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, Nicholas Pritzker, and Riaz Valani*
**Case Number:** CL21-5548
**Jurisdiction:** Circuit Court for Henrico County
**Plaintiffs:** Jerry E. Dalton
**Defendants:** W. Hildebrandt Surgner, Jr., Jody L. Begley, Ivan S. Feldman, William F. Gifford, Jr., Howard A. Willard III, Kevin C. Crosthwaite, Jr., John T. Casteen III, Dinyar, S. Devitre, The Estate of Thomas F. Farrell II, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Muñoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, JUUL Labs, Inc., Adam Bowen, James Monsees, Kevin Burns, Nicholas Pritzker, and Riaz Valani; Altria Group, Inc. (Nominal Defendant)
**Pending Motions:** N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On August 15, the parties executed a stipulation of settlement to resolve the litigation.

**Case Name:** *Portia McCollum, derivatively on Behalf of Altria Group, Inc. v. William F. Gifford, Jr., Howard A. Willard III, John T. Casteen III, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite Jr., Adam Bowen, Kevin Burns, James Monsees, Riaz Valani, Nicholas Pritzker, and JUUL Labs, Inc.*
**Case Number:** CL21-5732
**Jurisdiction:** Circuit Court for Henrico County
**Plaintiffs:** Portia McCollum
**Defendants:** William F. Gifford, Jr., Howard A. Willard III, John T. Casteen III, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite Jr., Adam Bowen, Kevin Burns, James Monsees, Riaz Valani, Nicholas Pritzker, and JUUL Labs, Inc.; Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: N/A

**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On August 15, 2022, the parties executed a stipulation of settlement to resolve the litigation.

**Case Name:** *Richard Merritts, derivatively on Behalf of Altria Group, Inc. v. John T. Casteen III, Howard Willard, William F. Gifford, Thomas F. Farrell II, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Kevin Burns, and JUUL Labs, Inc.*
**Case Number:** CL21-1093
**Jurisdiction:** Circuit Court for Albermarle County
**Plaintiffs:** Richard Merritts
**Defendants:** John T. Casteen III, Howard Willard, William F. Gifford, Thomas F. Farrell II, Dinyar S. Devitre, Debra J. Kelly-Ennis, W. Leo Kiely III, Kathryn B. McQuade, George Munoz, Mark E. Newman, Nabil Y. Sakkab, Virginia E. Shanks, Kevin C. Crosthwaite, Adam Bowen, James Monsees, Nicholas Pritzker, Hoyoung Huh, Riaz Valani, Kevin Burns, and JUUL Labs, Inc.; Altria Group, Inc. (Nominal Defendant)
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** N/A
**Related Case:** N/A
**Trial Date:** N/A

On August 15, 2022, the parties executed a stipulation of settlement to resolve the litigation.

5.     **Federal Trade Commission Complaint**

**Case Name:**  *In the Matter of Altria Group, Inc. and Juul Labs, Inc.*
**Case Number:**  No. 9393
**Jurisdiction:**  Federal Trade Commission
**Administrative Law Judge:**  D. Michael Chappell
**Plaintiffs:**  N/A
**Defendants:**  Altria Group, Inc.; Juul Labs, Inc.
**Pending Motions**: Complaint Counsel's Motion Requesting Official Notice of FDA Decision relating to several Logic-branded e-cigarette products; Respondent's Motion for Official Notice of Recent FDA Decisions relating to several myBlue and NJOY Ace e-vapor products; Complaint Counsel's Second Motion Requesting Official Notice of FDA Decision relating to Vuse-branded e-cigarettes; Complaint Counsel's Third Motion Requesting Official Notice of FDA Decisions relating to JUUL and NJOY Daily e-vapor products
**Hearing Date(s):**  N/A
**Case Schedule:**
-     9/12/2022:          Oral argument

    -   12/21/2022:      Deadline for final Commission decision (assuming oral argument is held on 9/12/2022)

**Status:** Complaint dismissed by Judge Chappell on 2/15/2022; Complaint Counsel is appealing the decision to the Commissioners.

6.      **JCCP**

**Case Name:** *Juul Labs Product Cases*
**Case Number:** JCCP 5052
**Jurisdiction:** Superior Court of the State of California, County of Los Angeles
**Judge/Magistrate:** Hon. David S. Cunningham
**Plaintiffs:** The People of the State of California, *et al.*
**Defendants:** Juul Labs, Inc., *et al.*
**Pending Motions**: JLI's Third Motion to Dismiss Without Prejudice for Failure to Submit Discovery Required by Case Management Order No. 11
**Hearing Date(s):** 9/19/2022: JLI's Third Motion to Dismiss Without Prejudice for Failure to Submit Discovery Required by Case Management Order No. 11; 9/19/2022: Hearing on Motion – Other Re: Fifth Amendment/Plaintiff Fact Sheets; 10/18/2022: Hearing on Motion for Reconsideration; 10/18/2022: Hearing on Motion – Other Motion for Reconsideration of Defendants Altria Group, Inc.'s Motion to Quash
**Case Schedule:** N/A
**Trial Date:** N/A

7.      **Other State Court Actions**

**Case Name:** *City of Chicago, a municipal corporation v. Juul Labs, Inc., Leah Mol, Inc. d/b/a Rog Mobil, 2550 Pulaski Business, Inc. d/b/a Mobil, 4901 Central Inc. d/b/a Shell, T and M Gas, Inc. d/b/a Shell, and Irving Shell Gas and Food, Inc.*
**Case Number:** 2020-CH-4183
**Jurisdiction:** Circuit Court of Cook County, IL
**Judge/Magistrate:** Hon. Allen Walker
**Plaintiffs:** City of Chicago, a municipal corporation
**Defendants:** Juul Labs, Inc.
**Pending Motions:** Plaintiff's Motion for Partial Summary Judgment against JLI
**Hearing Date(s):** 9/12/2022: Hearing re Plaintiff's Motion for Partial Summary Judgment
**Case Schedule:**
    -   8/12/2022:      Expert Witness Initial Disclosures
    -   9/26/2022:      Expert Witness Rebuttal Reports
    -   10/13/2022:    Deadline to Issue Requests for Admission
    -   11/4/2022:      Complete Expert Depositions
    -   12/16/2022:    Deadline for Dispositive and *Daubert* Motions
    -   1/27/2023:      Deadline for Responses to Dispositive and *Daubert* Motions
    -   2/10/2023:      Deadline for Replies to Dispositive and *Daubert* Motions
    -   2/16/2023:      Motions for Limine
    -   3/10/2023:      Final Pretrial Conference
**Trial Date:** 4/17/2023

**Case Name:** *Cherokee Nation v. Juul Labs, Inc. et al.*
**Case Number:** CJ-20-114
**Jurisdiction:** District Court of Sequoyah County, State of Oklahoma
**Judge:** Hon. Jeff Payton
**Plaintiff:** The Cherokee Nation
**Defendants:** Juul Labs, Inc., McLane Company, Inc., Core-Mark Holding Company, Inc., Circle K Stores Inc., Walmart, Walgreen Boots Alliance, Inc., GPM Investments, Inc., Casey's General Stores, Inc., Murphy USA, Inc., QuikTrip Corporation, Kum & Go, Inc., and Pilot Travel Centers LLC d/b/a Pilot Flying J[4]
**Pending Motions**: N/A
**Hearing Date(s):** N/A
**Case Schedule:** Case stayed and scheduling order vacated.
**Trial Date:** N/A

**Case Name:** *Nathan Berg v. Juul Labs, Inc. et al.*
**Case Number:** 2021 CA 002588 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.
**Judge/Magistrate:** Hon. William M. Jackson
**Plaintiff:** Nathan Berg
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 11/4/2022: Status Hearing
**Case Schedule:** Case stayed until November 2, 2022
**Trial Date:** N/A

**Case Name:** *Rachel Davis v. Juul Labs, Inc. et al.*
**Case Number:** 2021 CA 002195 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.
**Judge/Magistrate:** Hon. Todd E. Edelman
**Plaintiffs:** Rachel Davis
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 11/9/2022: Status Hearing
**Case Schedule:** Case stayed until November 2, 2022
**Trial Date:** N/A

**Case Name:** *Nathan Clark v. JUUL Labs et al.*
**Case Number:** 2021 CA 002168 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.

---

[4]   Plaintiff has voluntarily dismissed Defendants Mother Murphy's Labs, Inc., Alternative Ingredients, Inc., Tobacco Technology, Inc., eLiquitech, Inc., and Eby-Brown Company, LLC.

**Judge/Magistrate:** Hon. Shana Frost Matini
**Plaintiffs:** Nathan Clark
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):**  11/18/2022: Status Hearing
**Case Schedule:** Case stayed until November 2, 2022
**Trial Date:** N/A

**Case Name:** *Charles Leisy v. Juul Labs, Inc. et al.*
**Case Number:**  2021 CA 002164 B
**Jurisdiction:** Superior Court of the District of Columbia, Washington D.C.
**Judge/Magistrate:** Hon. Todd E. Edelman
**Plaintiffs:** Charles Leisy
**Defendants:** Juul Labs, Inc., Altria Group, Inc., Altria Enterprises LLC, Philip Morris USA, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, Riaz Valani
**Pending Motions**: N/A
**Hearing Date(s):** 11/4/2022: Status Hearing
**Case Schedule:** Case stayed until November 2, 2022
**Trial Date:** N/A

**Case Name:**  *Michael A. Lumpkins v. Juul Labs, Inc. et. al*
**Case Number:**  2021-L-009092
**Jurisdiction:**  Circuit Court of Cook County, IL
**Judge/Magistrate:**  Hon. Kathy M. Flanagan
**Plaintiffs:**  Michael A. Lumpkins
**Defendants:**  Juul Labs, Inc., Altria Group,Inc., Philip Morris US,Inc., Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises LLC, Mother Murphy's Lab, Inc.,Alternative Ingredients, Inc., Tobacco Technology, Inc., Eliquitech, Inc., McLane Company, Inc., Eby-Brown Company, LLC, Core-Mark Holding Company, Inc., Walgreens Co., Palos Community Hospital, Leigh A. Halpern, M.D., Darren B. Van Beek, M.D., Radiology & Nuclear Consultants, Ltd.
**Pending Motions:** JLI's Motion to Dismiss (and various co-defendants' Motions to Dismiss)
**Hearing Date(s):** 9/13/22: Case Management Conference, 11/15/2023: Case Management Conference for Trial Certification
**Case Schedule** (Note: Court will address discovery schedule and any changes thereto at monthly in-person case management conferences)**:**
  - 11/15/2022:      Complete Fact Depositions
  - 1/15/2023:      Complete Independent Expert Depositions
  - 3/15/2023:      Dispositive Motions Due
  - 5/15/2023:      Make Expert Disclosures and Reports
  - 10/15/2023:     Complete Expert Depositions
**Trial Date:** N/A (Trial date will be assigned at 11/15/2023 Case Management Conference)

8.      **Appeal of FDA Marketing Denial Order**

**Case Name:**  *Juul Labs, Inc. v. U.S. Food and Drug Administration*
**Case Number:**  22-1123
**Jurisdiction:**  United States Court of Appeals, District of Columbia Circuit
**Petitioner:**  Juul Labs, Inc.
**Respondent:**  U.S. Food and Drug Administration
**Pending Motions:** N/A
**Hearing Date(s):** N/A
**Case Schedule:** On July 5, 2022, FDA stayed its Marketing Denial Order.  That stay remains in effect pending FDA's consideration of JLI's 21 C.F.R. § 10.75 submission and completion of FDA's supervisory review process.  While the stay remains in place, this case is held in abeyance pending further order of the court. FDA has been ordered to file status reports at 60-day intervals, with the first report September 5, 2022.  The parties must file motions in the DC Circuit to govern further proceedings within 14 days of completion of FDA's supervisory review of the Marketing Denial Order and JLI's premarket tobacco product application.


9.      **23(f) Petitions in 9th Circuit Court of Appeals**

**Case Names:** Pending
**Case Numbers:** Altria Group, Inc. Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC: 22-80061; Hoyoung Huh, Nicholas Pritzker, and Riaz Valani: 22-80062; Juul Labs, Inc.: 22-80063.
**Jurisdiction:**  United States Court of Appeals, Ninth Circuit
**Judge/Magistrate:**  N/A
**Petitioners:**  Juul Labs, Inc.; Altria Group, Inc. Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC; Hoyoung Huh, Nicholas Pritzker, and Riaz Valani
**Respondents:**  *In Re Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2913 Class Plaintiffs
**Pending Motions:** Petitions for Permission to Appeal Under Federal Rule of Civil Procedure 23(f) from Juul Labs, Inc.; Altria Group, Inc. Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC; Hoyoung Huh, Nicholas Pritzker, and Riaz Valani; Motion for Leave to File Consolidated and Overlength Brief by Class Plaintiffs; Motions for Leave to File Replies by Juul Labs, Inc., Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC
**Hearing Date(s):** N/A
**Case Schedule:** Petitioners are seeking permission to appeal *In Re Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2913 ECF 3327, Order on Motion for Class Certification and Related Daubert Motions. Petitions are awaiting review.