UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JLI'S NOTICE OF MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8**

**PLEASE TAKE NOTICE** that on October 21, 2022, or as soon thereafter as this matter may be heard, in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Defendant Juul Labs, Inc. ("JLI") will and hereby does move for the Court to dismiss without prejudice plaintiffs identified in Exhibit A to JLI's Motion for failure to submit discovery required by Case Management Order No. 8. The Motion is based on this Notice of Motion and the following Motion to Dismiss.

Dated:  September 6, 2022  /s/ *Pierce N. Giboney*

>Pierce N. Giboney, FL Bar 124704
>GUNSTER, YOAKLEY & STEWART, P.A.
>1 Independent Drive, Suite 2300
>Jacksonville, FL 32202
>Telephone: (904) 350-7177
>Facsimile: (904) 354-2170
>pgiboney@gunster.com
>(*pro hac vice*)
>
>Gregory P Stone, SBN 78329
>Bethany W. Kristovich, SBN 241891
>MUNGER, TOLLES & OLSON LLP
>350 South Grand Avenue
>Fiftieth Floor
>Los Angeles, California 90071-3426
>Telephone: (213) 683-9100
>Facsimile: (213) 687-3702
>gregory.stone@mto.com
>bethany.kristovich@mto.com
>
>Renee D. Smith (*pro hac vice*)
>KIRKLAND & ELLIS LLP
>300 N. LaSalle Street
>Chicago, IL 60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200
>renee.smith@kirkland.com
>
>Peter A. Farrell, P.C. (*pro hac vice*)
>David M. Bernick
>KIRKLAND & ELLIS LLP
>1301 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Telephone: (202) 389-5959
>Facsimile: (202) 389-5200
>peter.farrell@kirkland.com
>David.bernick@kirkland.com
>
>*Attorneys for Defendant Juul Labs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

/s/ *Pierce N. Giboney*
Pierce N. Giboney

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JLI'S MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO SUBMIT DISCOVERY REQUIRED BY CASE MANAGEMENT ORDER NO. 8**

Case Management Order ("CMO") No. 8 requires that every plaintiff asserting a personal injury or wrongful death claim in a case entered on the MDL 2913 docket submit a substantially complete Plaintiff Fact Sheet ("PFS") within 60 days after the complaint has been entered. (CMO No. 8 § 5 (Docket No. 406)).

Pursuant to Sections 5 and 12 of CMO No. 8, on August 3, 2022, JLI served counsel of record for the plaintiffs identified in Exhibit A with a Notice of Overdue Discovery (the "Notice"), identifying their overdue discovery, and notifying them that their cases may be subject to dismissal for failure to comply with the Court's discovery orders. (CMO No. 8 ¶ 12; Affidavit of Pierce Giboney ("Aff.") ¶¶ 2–4.)

The plaintiffs identified in the Notice were required to submit a completed PFS on or before July 31, 2022, or risk having their claims dismissed. (CMO No. 8 ¶ 12). The plaintiffs identified in Exhibit A have not responded to the Notice and have not subsequently produced a Plaintiff Fact Sheet. (Aff. ¶¶ 5–6).

Pursuant to CMO No. 8, JLI hereby moves to dismiss, without prejudice, the claims of the plaintiffs identified in Exhibit A who have not submitted a completed PFS. Pursuant to CMO No. 8, the plaintiffs subject to the foregoing Motion must file a response no later than **September 20, 2022**,

either (a) certifying that the plaintiffs have submitted a completed PFS or (b) opposing the Motion for other reasons.

Dated: September 6, 2022                    /s/ *Pierce N. Giboney*

                                      Pierce N. Giboney, FL Bar 124704
                                      GUNSTER, YOAKLEY & STEWART, P.A.
                                      1 Independent Drive, Suite 2300
                                      Jacksonville, FL 32202
                                      Telephone: (904) 350-7177
                                      Facsimile: (904) 354-2170
                                      pgiboney@gunster.com
                                      (*pro hac vice*)

                                      Gregory P Stone, SBN 78329
                                      Bethany W. Kristovich, SBN 241891
                                      MUNGER, TOLLES & OLSON LLP
                                      350 South Grand Avenue
                                      Fiftieth Floor
                                      Los Angeles, California 90071-3426
                                      Telephone: (213) 683-9100
                                      Facsimile: (213) 687-3702
                                      gregory.stone@mto.com
                                      bethany.kristovich@mto.com

                                      Renee D. Smith (*pro hac vice*)
                                      KIRKLAND & ELLIS LLP
                                      300 N. LaSalle Street
                                      Chicago, IL 60654
                                      Telephone: (312) 862-2000
                                      Facsimile: (312) 862-2200
                                      renee.smith@kirkland.com

                                      Peter A. Farrell, P.C. (*pro hac vice*)
                                      David M. Bernick
                                      KIRKLAND & ELLIS LLP
                                      1301 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20004
                                      Telephone: (202) 389-5959
                                      Facsimile: (202) 389-5200
                                      peter.farrell@kirkland.com
                                      David.bernick@kirkland.com

                                      *Attorneys for Defendant Juul Labs, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2022, I electronically served the foregoing Motion on all counsel of record in this action using the CM/ECF system.

/s/ *Pierce N. Giboney*
Pierce N. Giboney