# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Date on MDL 2913 Docket | Extension Granted | Discovery Outstanding | Date Notice of Overdue Discovery Served |
|---|---|---|---|---|---|---|---|---|
| 1 | 3:22-cv-02643 | *Albert Parrish v. Juul Labs, Inc. et al.* | Parrish, Albert | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. | 5/2/2022 | No | PFS | 8/3/2022 |