**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**JUUL LABS, INC.'S CONSOLIDATED PLAINTIFF FACT SHEET UPDATE FOR CASE MANAGEMENT CONFERENCE**

Per the Court's August 21, 2020, Minute Entry following the Case Management Conference held on the same date (Dkt No. 915), Defendant Juul Labs, Inc. ("JLI") hereby provides a consolidated update informing the Court as to the status of each plaintiff identified in JLI's Motions to Dismiss Without Prejudice for Failure to Submit Discovery Required by Case Management Order Nos. 8 and 14 that are noticed for hearing at the June 17, 2022, Case Management Conference. The plaintiffs identified in Exhibit A were included in JLI's Motions to Dismiss Without Prejudice filed on 7/18/2022 (Dkt. 3348) and 8/8/2022 (Dkt. 3376).

| | | |
|---|---|---|
| 1 | Dated: September 9, 2022 | /s/ *Pierce N. Giboney* |
| 2 | | Pierce N. Giboney, FL Bar 124704 |
| | | GUNSTER, YOAKLEY & STEWART, P.A. |
| 3 | | 1 Independent Drive, Suite 2300 |
| | | Jacksonville, FL 32202 |
| 4 | | Telephone: (904) 350-7177 |
| | | Facsimile: (904) 354-2170 |
| 5 | | pgiboney@gunster.com |
| | | (*pro hac vice*) |

/s/ *Renee D. Smith/*
Renee D. Smith
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Renee.Smith@kirkland.com

Peter A. Farrell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Peter.farrell@kirkland.com

Gregory P. Stone (SBN 78329)
gregory.stone@mto.com
Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
John M. Gildersleeve (SBN 284618)
john.gildersleeve@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant Juul Labs, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, I electronically served the foregoing Consolidated Plaintiff Fact Sheet Update for Case Management Conference on all counsel of record in this action using the CM/ECF system.

*/s/ Pierce N. Giboney*
Pierce N. Giboney