# Exhibit A

| Count | Plaintiff | Case Number | MTD Filed | Response Due | Status | Recommendation per CMO 8 and 12 |
|---|---|---|---|---|---|---|
| 1. | Brabham, Macy | 3:20-cv-09180 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 2. | C.G. | 3:20-cv-09162 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 3. | Gonzalez, Adrian | 3:20-cv-09228 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 4. | Greene, Jeremiah | 3:21-cv-01313 | 7/18/2022 | 8/17/2022 | Voluntarily Dismissed | N/A |
| 5. | Hergenreder, Adam | 3:20-cv-09201 | 7/18/2022 | 8/17/2022 | PFS Submitted | N/A |
| 6. | Hooker, Wyatt | 3:20-cv-09024 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 7. | J.H. | 3:20-cv-09146 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 8. | J.V. | 3:20-cv-09182 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 9. | Jelsema, Anna | 3:20-cv-08994 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 10. | Kukral, Tyler | 3:20-cv-09189 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 11. | Li, Luyuyang | 3:20-cv-09131 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 12. | Moore, Nicholas | 3:20-cv-08485 | 7/18/2022 | 8/17/2022 | Voluntarily Dismissed | N/A |
| 13. | Restivo, Andrew | 3:20-cv-09193 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 14. | Rogers, Christian | 3:20-cv-09049 | 7/18/2022 | 8/17/2022 | PFS Submitted | N/A |

| Count | Plaintiff | Case Number | MTD Filed | Response Due | Status | Recommendation per CMO 8 and 12 |
|---|---|---|---|---|---|---|
| 15. | Sletten, Sheldon | 3:20-cv-09212 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 16. | Smith, Skyler | 3:20-cv-09142 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 17. | Solorio, Neil | 3:20-cv-09223 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 18. | Taylor, Steven | 3:20-cv-09156 | 7/18/2022 | 8/17/2022 | Voluntarily Dismissed | N/A |
| 19. | Van Den Heuvel, Hayley | 3:20-cv-09210 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 20. | Wesson, Abigail | 3:20-cv-09178 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 21. | Wiggins, Allie | 3:20-cv-09183 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 22. | Bushey, Leanna | 3:21-cv-08153 | 7/18/2022 | 8/17/2022 | PFS Submitted | N/A |
| 23. | Davis, Brandon | 3:20-cv-07876 | 7/18/2022 | 8/17/2022 | No Response | Dismiss Without Prejudice |
| 24. | Lee, Randolph | 3:21-cv-09420 | 7/18/2022 | 8/17/2022 | PFS Submitted | N/A |
| 25. | Calloway, Bradford J. II | 3:22-cv-02079 | 8/8/2022 | 9/7/2022 | PFS Submitted | N/A |
| 26. | Schuette, Justin | 3:22-cv-02019 | 8/8/2022 | 9/7/2022 | PFS Submitted | N/A |