UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.* | Case No. 19-md-02913-WHO<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

I, SARAH R. LONDON, declare:

1.      I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Liaison and Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation proceeding. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      I submit this declaration in support of Plaintiff's Consolidated Opposition to Defendants' Motions for Summary Judgment.

3.      The exhibits referred below are attached either to Plaintiff's Consolidated Opposition to Defendants' Motions for Summary Judgment or the contemporaneously-filed Administrative Motion to Consider Whether Another Party's Materials Should be Sealed.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the September 2021 Expert Report of Dr. Minette Drumwright.

- 1 -

5.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Exhibit 11121 from the July 6, 2021 deposition of Adam Bowen.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the July 6-7, 2021 deposition of Adam Bowen.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the July 13-14, 2021 deposition of Nicholas Pritzker.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 40105 from the October 1, 2021 deposition of Riaz Valani.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00380274.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01365601.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01426794.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00417815.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01440776.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01366459.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00206172.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit 14115 from the July 13, 2021 deposition of Nicholas Pritzker.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the August 9-11, 2021 deposition of Gal Cohen.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of Exhibit 26002 from the August 9, 2021 deposition of Gal Cohen.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of Exhibit 26003 from the August 9, 2021 deposition of Gal Cohen.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of Exhibit 2 from the June 8, 2021 deposition of Ariel Atkins.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the August 11-12, 2021 deposition of Scott Dunlap.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the June 30, 2021 deposition of Alexander Asseily.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00210436.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00380098.

25.     Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 40081 from the September 30, 2021 deposition of Riaz Valani.

26.     Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 14020 from the July 13, 2021 deposition of Nicholas Pritzker.

27.     Attached hereto as **Exhibit 24** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01121750.

28.     Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 40100 from the October 1, 2021 deposition of Riaz Valani.

29.     Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from Juul Labs, Inc., produced document, Bates number INREJUUL_00061347.

30.     Attached hereto as **Exhibit 27** is a true and correct copy of Exhibit 28015 from the August 10, 2021 deposition of Hoyoung Huh.

31.     Attached hereto as **Exhibit 28** is a true and correct copy of Juul Labs, Inc., produced document, Bates number INREJUUL_00061853.

32.     Attached hereto as **Exhibit 29** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00206239.

1       33.     Attached hereto as **Exhibit 30** is a true and correct copy of Juul Labs, Inc.,

2 produced document, Bates number INREJUUL_00100719.

3       34.     Attached hereto as **Exhibit 31** is a true and correct copy of Juul Labs, Inc.,

4 produced document, Bates number JLI00308379.

5       35.     Attached hereto as **Exhibit 32** is a true and correct copy of Exhibit 14083 from

6 the July 13, 2021 deposition of Nicholas Pritzker.

7       36.     Attached hereto as **Exhibit 33** is a true and correct copy of Juul Labs, Inc.,

8 produced document, Bates number JLI00322485.

9       37.     Attached hereto as **Exhibit 34** is a true and correct copy of Juul Labs, Inc.,

10 produced document, Bates number JLI11015358.

11       38.     Attached hereto as **Exhibit 35** is a true and correct copy of Juul Labs, Inc.,

12 produced document, Bates number JLI00382271.

13       39.     Attached hereto as **Exhibit 36** is a true and correct copy of Exhibit 40110 from

14 the October 1, 2021 deposition of Riaz Valani.

15       40.     Attached hereto as **Exhibit 37** is a true and correct copy of Exhibit 11138 from

16 the July 7, 2021 deposition of Adam Bowen.

17       41.     Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the

18 October 12, 2021 deposition of James Monsees.

19       42.     Attached hereto as **Exhibit 39** is a true and correct copy of Exhibit 11139 from

20 the July 7, 2021 deposition of Adam Bowen.

21       43.     Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the

22 August 17-18, 2021 deposition of Dinyar Devitre.

23       44.     Attached hereto as **Exhibit 41** is a true and correct copy of Exhibit 14046 from

24 the July 14, 2021 deposition of Nicholas Pritzker.

25       45.     Attached hereto as **Exhibit 42** is a true and correct copy of Exhibit 14037 from

26 the July 14, 2021 deposition of Nicholas Pritzker.

27       46.     Attached hereto as **Exhibit 43** is a true and correct copy of Exhibit 14083 from

28 the July 13, 2021 deposition of Nicholas Pritzker.

47.     Attached hereto as **Exhibit 44** is a true and correct copy of excerpts from Juul Labs, Inc., produced document, Bates number INREJUUL_00016383.

48.     Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from Juul Labs, Inc., produced document, Bates number INREJUUL_00278288.

49.     Attached hereto as **Exhibit 46** is a true and correct copy of Exhibit 40107 from the October 1, 2021 deposition of Riaz Valani.

50.     Attached hereto as **Exhibit 47** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0002821849.

51.     Attached hereto as **Exhibit 48** is a true and correct copy of Exhibit 14085 from the July 14, 2021 deposition of Nicholas Pritzker.

52.     Attached hereto as **Exhibit 49** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0003327931.

53.     Attached hereto as **Exhibit 50** is a true and correct copy of excerpts from the August 13, 2021 deposition of William Gifford.

54.     Attached hereto as **Exhibit 51** is a true and correct copy of excerpts from Exhibit 22 from the January 13, 2021 deposition of Howard Willard.

55.     Attached hereto as **Exhibit 52** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0002856951.

56.     Attached hereto as **Exhibit 53** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0002856956.

57.     Attached hereto as **Exhibit 54** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0000772561.

58.     Attached hereto as **Exhibit 55** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0003889812.

59.     Attached hereto as **Exhibit 56** is a true and correct copy of Exhibit 2342 from the May 4, 2021 deposition of Murray Garnick.

60.     Attached hereto as **Exhibit 57** is a true and correct copy of Exhibit 1727 from the March 16, 2021 deposition of Brian Blaylock.

1   61.   Attached hereto as **Exhibit 58** is a true and correct copy of Altria Defendants

2   produced document, Bates number ALGAT0003279064.

3   62.   Attached hereto as **Exhibit 59** is a true and correct copy of Altria Defendants

4   produced document, Bates number ALGAT0000112523.

5   63.   Attached hereto as **Exhibit 60** is a true and correct copy of Exhibit 45035 from

6   the October 7, 2021 deposition of Kevin Crosthwaite.

7   64.   Attached hereto as **Exhibit 61** is a true and correct copy of excerpts from Juul

8   Labs, Inc., produced document, Bates number JLI01388029.

9   65.   Attached hereto as **Exhibit 62** is a true and correct copy of Juul Labs, Inc.,

10   produced document, Bates number JLI41165687.

11   66.   Attached hereto as **Exhibit 63** is a true and correct copy of Juul Labs, Inc.,

12   produced document, Bates number JLI42587640.

13   67.   Attached hereto as **Exhibit 64** is a true and correct copy of excerpts from the

14   May 2022 Expert Report of Dr. Minette Drumwright.

15   68.   Attached hereto as **Exhibit 65** is a true and correct copy of Exhibit 7 from the

16   January 12, 2021 deposition of Howard Willard.

17   69.   Attached hereto as **Exhibit 66** is a true and correct copy of Exhibit 31515 from

18   the August 17, 2021 deposition of Dinyar Devitre.

19   70.   Attached hereto as **Exhibit 67** is a true and correct copy of Exhibit 31524 from

20   the August 18, 2021 deposition of Dinyar Devitre.

21   71.   Attached hereto as **Exhibit 68** is a true and correct copy of Exhibit 17781 from

22   the July 28, 2021 deposition of Zach Frankel.

23   72.   Attached hereto as **Exhibit 69** is a true and correct copy of Exhibit 45016 from

24   the October 7, 2021 deposition of Kevin Crosthwaite.

25   73.   Attached hereto as **Exhibit 70** is a true and correct copy of Altria Defendants

26   produced document, Bates number ALGAT0000114034.

27   74.   Attached hereto as **Exhibit 71** is a true and correct copy of Altria Defendants

28   produced document, Bates number ALGAT0003285214.

75. Attached hereto as **Exhibit 72** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI06661407.

76. Attached hereto as **Exhibit 73** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00684459.

77. Attached hereto as **Exhibit 74** is a true and correct copy of Juul Labs, Inc., produced document, Bates number INREJUUL_00036432.

78. Attached hereto as **Exhibit 75** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI06661405.

79. Attached hereto as **Exhibit 76** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI06661406.

80. Attached hereto as **Exhibit 77** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI11864641.

81. Attached hereto as **Exhibit 78** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI11864642.

82. Attached hereto as **Exhibit 79** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI45500221.

83. Attached hereto as **Exhibit 80** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI45500223.

84. Attached hereto as **Exhibit 81** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI45500227.

85. Attached hereto as **Exhibit 82** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01120481.

86. Attached hereto as **Exhibit 83** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI40349449.

87. Attached hereto as **Exhibit 84** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00682788.

88. Attached hereto as **Exhibit 85** is a true and correct copy of Juul Labs, Inc., produced document, Bates number INREJUUL_00114839.

89.     Attached hereto as **Exhibit 86** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01047512.

90.     Attached hereto as **Exhibit 87** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00682979.

91.     Attached hereto as **Exhibit 88** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00684219.

92.     Attached hereto as **Exhibit 89** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI04311776.

93.     Attached hereto as **Exhibit 90** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI11389086.

94.     Attached hereto as **Exhibit 91** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI10071280.

95.     Attached hereto as **Exhibit 92** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI10071228.

96.     Attached hereto as **Exhibit 93** is a true and correct copy of Exhibit 8505 from the June 29, 2021 deposition of Kevin Burns.

97.     Attached hereto as **Exhibit 94** is a true and correct copy of excerpts from the March 2-3, 2021 deposition of Kaitlin Longest.

98.     Attached hereto as **Exhibit 95** is a true and correct copy of excerpts from the May 3-4, 2021 deposition of Murray Garnick.

99.     Attached hereto as **Exhibit 96** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0005410671.

100.     Attached hereto as **Exhibit 97** is a true and correct copy of excerpts from the September 22, 2021 deposition of Brian Daviduke.

101.     Attached hereto as **Exhibit 98** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI10343911.

102.     Attached hereto as **Exhibit 99** is a true and correct copy of Exhibit 455 from the March 3, 2021 deposition of Kaitlin Longest.

103.    Attached hereto as **Exhibit 100** is a true and correct copy of Exhibit 452 from the March 3, 2021 deposition of Kaitlin Longest.

104.    Attached hereto as **Exhibit 101** is a true and correct copy of Exhibit 448 from the March 2, 2021 deposition of Kaitlin Longest.

105.    Attached hereto as **Exhibit 102** is a true and correct copy of Exhibit 449 from the March 2, 2021 deposition of Kaitlin Longest.

106.    Attached hereto as **Exhibit 103** is a true and correct copy of Exhibit 440 from the March 2, 2021 deposition of Kaitlin Longest.

107.    Attached hereto as **Exhibit 104** is a true and correct copy of Exhibit 445 from the March 2, 2021 deposition of Kaitlin Longest.

108.    Attached hereto as **Exhibit 105** is a true and correct copy of Exhibit 453 from the March 3, 2021 deposition of Kaitlin Longest.

109.    Attached hereto as **Exhibit 106** is a true and correct copy of Exhibit 436 from the March 2, 2021 deposition of Kaitlin Longest.

110.    Attached hereto as **Exhibit 107** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI11033856.

111.    Attached hereto as **Exhibit 108** is a true and correct copy of Exhibit DX 2 from the June 4, 2021 deposition of Sarah Richardson.

112.    Attached hereto as **Exhibit 109** is a true and correct copy of Exhibit 60 from the July 14, 2021 deposition of Ashley Gould.

113.    Attached hereto as **Exhibit 110** is a true and correct copy of Exhibit 10004 from the June 29, 2021 deposition of James Xu.

114.    Attached hereto as **Exhibit 111** is a true and correct copy of Exhibit 10005 from the June 29, 2021 deposition of James Xu.

115.    Attached hereto as **Exhibit 112** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI04475468.

116.    Attached hereto as **Exhibit 113** is a true and correct copy of Juul Labs, Inc., produced document, Bates number INREJUUL_00002903.

1    117.    Attached hereto as **Exhibit 114** is a true and correct copy of Juul Labs, Inc.,

2    produced document, Bates number JLI00213143.

3    118.    Attached hereto as **Exhibit 115** is a true and correct copy of Exhibit 40075 from

4    the September 30, 2021 deposition of Riaz Valani.

5    119.    Attached hereto as **Exhibit 116** is a true and correct copy of Juul Labs, Inc.,

6    produced document, Bates number JLI10499253.

7    120.    Attached hereto as **Exhibit 117** is a true and correct copy of Exhibit 11 from the

8    May 10, 2021 deposition of Adam Bowen in the State of North Carolina litigation.

9    121.    Attached hereto as **Exhibit 118** is a true and correct copy of Juul Labs, Inc.,

10   produced document, Bates number JLI10519903.

11   122.    Attached hereto as **Exhibit 119** is a true and correct copy of excerpts from the

12   April 28, 2021 deposition of Ariel Atkins.

13   123.    Attached hereto as **Exhibit 120** is a true and correct copy of excerpts from the

14   September 2021 Expert Report of Dr. Thomas Eissenberg.

15   124.    Attached hereto as **Exhibit 121** is a true and correct copy of Juul Labs, Inc.,

16   produced document, Bates number JLI80376620.

17   125.    Attached hereto as **Exhibit 122** is a true and correct copy of Juul Labs, Inc.,

18   produced document, Bates number JLI80376621.

19   126.    Attached hereto as **Exhibit 123** is a true and correct copy of Juul Labs, Inc.,

20   produced document, Bates number INREJUUL_00264755.

21   127.    Attached hereto as **Exhibit 124** is a true and correct copy of Juul Labs, Inc.,

22   produced document, Bates number JLI48334366.

23   128.    Attached hereto as **Exhibit 125** is a true and correct copy of Exhibit 45068 from

24   the October 12, 2021 deposition of James Monsees.

25   129.    Attached hereto as **Exhibit 126** is a true and correct copy of Exhibit 602 from

26   the March 4, 2021 deposition of Nora Walker.

27   130.    Attached hereto as **Exhibit 127** is a true and correct copy of Juul Labs, Inc.,

28   produced document, Bates number JLI09529647.

131.    Attached hereto as **Exhibit 128** is a true and correct copy of Exhibit 14109 from the July 13, 2021 deposition of Nicholas Pritzker.

132.    Attached hereto as **Exhibit 129** is a true and correct copy of Exhibit 14036 from the July 13, 2021 deposition of Nicholas Pritzker.

133.    Attached hereto as **Exhibit 130** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI01356237.

134.    Attached hereto as **Exhibit 131** is a true and correct copy of excerpts from the September 30, 2021 deposition of Riaz Valani.

135.    Attached hereto as **Exhibit 132** is a true and correct copy of Exhibit 40098 from the October 1, 2021 deposition of Riaz Valani.

136.    Attached hereto as **Exhibit 133** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00214159.

137.    Attached hereto as **Exhibit 134** is a true and correct copy of Riaz Valani produced document, Bates number MDL_RV0027010.

138.    Attached hereto as **Exhibit 135** is a true and correct copy of Exhibit 18509 from the July 29, 2021 deposition of Christopher Olin.

139.    Attached hereto as **Exhibit 136** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI10529705.

140.    **Exhibit 137** has been intentionally omitted.

141.    Attached hereto as **Exhibit 138** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00024566.

142.    Attached hereto as **Exhibit 139** is a true and correct copy of Exhibit 17789 from the July 29, 2021 deposition of Zach Frankel.

143.    Attached hereto as **Exhibit 140** is a true and correct copy of Exhibit 11002 from the June 30, 2021 deposition of Alexander Asseily.

144.    Attached hereto as **Exhibit 141** is a true and correct copy of Exhibit 40073 from the September 30, 2021 deposition of Riaz Valani.

145.    Attached hereto as **Exhibit 142** is a true and correct copy of excerpts of a Juul Labs, Inc., produced document, Bates number INREJUUL_00350930.

146.    Attached hereto as **Exhibit 143** is a true and correct copy of Exhibit 40074 from the September 30, 2021 deposition of Riaz Valani.

147.    Attached hereto as **Exhibit 144** is a true and correct copy of excerpts from the August 10, 2021 deposition of Hoyoung Huh.

148.    Attached hereto as **Exhibit 145** is a true and correct copy of Exhibit 29004 from the August 11, 2021 deposition of Scott Dunlap.

149.    Attached hereto as **Exhibit 146** is a true and correct copy of excerpts from the September 2021 Expert Report of Dr. Neil Grunberg.

150.    Attached hereto as **Exhibit 147** is a true and correct copy of Exhibit 11122 from the July 6, 2021 deposition of Adam Bowen.

151.    Attached hereto as **Exhibit 148** is a true and correct copy of the September 2021 Expert Report of Dr. Bonnie Halpern-Felsher.

152.    Attached hereto as **Exhibit 149** is a true and correct copy of excerpts from the September 8, 2021 deposition of Kim Coates.

153.    Attached hereto as **Exhibit 150** is a true and correct copy of Juul Labs, Inc., produced document, Bates number INREJUUL_00444332.

154.    Attached hereto as **Exhibit 151** is a true and correct copy of Exhibit 14009 from the July 13, 2021 deposition of Nicholas Pritzker.

155.    Attached hereto as **Exhibit 152** is a true and correct copy of excerpts from the September 2021 Expert Report of Prof. Alan Shihadeh.

156.    Attached hereto as **Exhibit 153** is a true and correct copy of excerpts from Juul Labs, Inc., produced document, Bates number JLI00365176.

157.    Attached hereto as **Exhibit 154** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00364487.

158.    Attached hereto as **Exhibit 155** is a true and correct copy of Juul Labs, Inc., produced document, Bates number INREJUUL_00245835.

159.     Attached hereto as **Exhibit 156** is a true and correct copy of excerpts from the September 2021 Expert Report of Dr. Judith Prochaska.

160.     Attached hereto as **Exhibit 157** is a true and correct copy of Juul Labs, Inc., produced document, Bates number INREJUUL_00024437.

161.     Attached hereto as **Exhibit 158** is a true and correct copy of Exhibit 40106 from the October 1, 2021 deposition of Riaz Valani.

162.     Attached hereto as **Exhibit 159** is a true and correct copy of Exhibit 18517 from the July 30, 2021 deposition of Regan Pritzker.

163.     Attached hereto as **Exhibit 160** is a true and correct copy of excerpts from the January 12-13, 2021 deposition of Howard Willard.

164.     Attached hereto as **Exhibit 161** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0002412177.

165.     Attached hereto as **Exhibit 162** is a true and correct copy of excerpts from Exhibit 52 from the January 13, 2021 deposition of Howard Willard.

166.     Attached hereto as **Exhibit 163** is a true and correct copy of Exhibit 14018 from the July 13, 2021 deposition of Nicholas Pritzker.

167.     Attached hereto as **Exhibit 164** is a true and correct copy of Exhibit 29028 from the August 11, 2021 deposition of Scott Dunlap.

168.     Attached hereto as **Exhibit 165** is a true and correct copy of Exhibit 15004 from the July 20, 2021 deposition of Joby Pritzker.

169.     Attached hereto as **Exhibit 166** is a true and correct copy of excerpts from the September 2021 Expert Report of Dr. John Chandler.

170.     Attached hereto as **Exhibit 167** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00218454.

171.     Attached hereto as **Exhibit 168** is a true and correct copy of Juul Labs, Inc., produced document, Bates number JLI00475310.

172.     Attached hereto as **Exhibit 169** is a true and correct copy of Exhibit 14033 from the July 13, 2021 deposition of Nicholas Pritzker.

- 13 -

173.     Attached hereto as **Exhibit 170** is a true and correct copy of excerpts from the September 2021 Expert Report of Dr. Kurt Ribisl.

174.     Attached hereto as **Exhibit 171** is a true and correct copy of Exhibit 5005 from the June 4, 2021 Deposition of Sarah Richardson.

175.     Attached hereto as **Exhibit 172** is a true and correct copy of Exhibit 14023 from the July 13, 2021 deposition of Nicholas Pritzker.

176.     Attached hereto as **Exhibit 173** is a true and correct copy of Exhibit 4074 from the June 4, 2021 deposition of Richard Mumby.

177.     Attached hereto as **Exhibit 174** is a true and correct copy of Exhibit 14030 from the July 13, 2021 deposition of Nicholas Pritzker.

178.     Attached hereto as **Exhibit 175** is a true and correct copy of Exhibit 52005 from the November 30, 2021 deposition of Jonah Berger.

179.     Attached hereto as **Exhibit 176** is a true and correct copy of the January 20, 2022 Statement of Tabitha Wakefield.

180.     Attached hereto as **Exhibit 177** is a true and correct copy of the January 2022 Expert Report of Dr. John Chandler.

181.     Attached hereto as **Exhibit 178** is a true and correct copy of Pax Labs, Inc., produced document, Bates number PAXMDL00130847.

182.     Attached hereto as **Exhibit 179** is a true and correct copy of excerpts from the June 4, 2021 Deposition of Sarah Richardson.

183.     Attached hereto as **Exhibit 180** is a true and correct copy of Exhibit 5061 from the June 4, 2021 Deposition of Sarah Richardson.

184.     Attached hereto as **Exhibit 181** is a true and correct copy of Exhibit 5062 from the June 4, 2021 Deposition of Sarah Richardson.

185.     Attached hereto as **Exhibit 182** is a true and correct copy of the September 2021 Expert Report of Prof. David Cutler.

186.     Attached hereto as **Exhibit 183** is a true and correct copy of Exhibit 26070 from the August 10, 2021 Deposition of Gal Cohen.

1     187.    Attached hereto as **Exhibit 184** is a true and correct copy of excerpts from the

2  February 18-19, 2021 Deposition of Bruce Harter.

3     188.    Attached hereto as **Exhibit 185** is a true and correct copy of Exhibit 305 from

4  the February 18, 2021 Deposition of Bruce Harter.

5     189.    Attached hereto as **Exhibit 186** is a true and correct copy of Exhibit 334 from

6  the February 18, 2021 Deposition of Bruce Harter.

7     190.    Attached hereto as **Exhibit 187** is a true and correct copy of Exhibit 373 from

8  the February 19, 2021 Deposition of Bruce Harter.

9     191.    Attached hereto as **Exhibit 188** is a true and correct copy of Exhibit 358 from

10  the February 19, 2021 Deposition of Bruce Harter.

11     192.    Attached hereto as **Exhibit 189** is a true and correct copy of Exhibit 336 from

12  the February 18, 2021 Deposition of Bruce Harter.

13     193.    Attached hereto as **Exhibit 190** is a true and correct copy of Exhibit 341 from

14  the February 18, 2021 Deposition of Bruce Harter.

15     194.    Attached hereto as **Exhibit 191** is a true and correct copy of Exhibit 303 from

16  the February 18, 2021 Deposition of Bruce Harter.

17     195.    Attached hereto as **Exhibit 192** is a true and correct copy of Exhibit 359 from

18  the February 18, 2021 Deposition of Bruce Harter.

19     196.    Attached hereto as **Exhibit 193** is a true and correct copy of Exhibit 360 from

20  the February 19, 2021 Deposition of Bruce Harter.

21     197.    Attached hereto as **Exhibit 194** is a true and correct copy of Exhibit 308 from

22  the February 18, 2021 Deposition of Bruce Harter.

23     198.    Attached hereto as **Exhibit 195** is a true and correct copy of Exhibit 356 from

24  the February 19, 2021 Deposition of Bruce Harter.

25     199.    Attached hereto as **Exhibit 196** is a true and correct copy of Juul Labs, Inc.,

26  produced document, Bates number JLI00151300.

27     200.    Attached hereto as **Exhibit 197** is a true and correct copy of Juul Labs, Inc.,

28  produced document, Bates number JLI10064121.

201.   Attached hereto as **Exhibit 198** is a true and correct copy of excerpts from the May 25, 2021 Deposition of Vittal Kadapakkam.

202.   Attached hereto as **Exhibit 199** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0004314953.

203.   Attached hereto as **Exhibit 200** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0004205132.

204.   Attached hereto as **Exhibit 201** is a true and correct copy of Exhibit 31527 from the August 17, 2021 deposition of Dinyar Devitre.

205.   Attached hereto as **Exhibit 202** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0004284893.

206.   Attached hereto as **Exhibit 203** is a true and correct copy of excerpts from the January 2022 Expert Report of Prof. David Cutler.

207.   Attached hereto as **Exhibit 204** is a true and correct copy of excerpts from Altria Defendants produced document, Bates number ALGAT0002001887.

208.   Attached hereto as **Exhibit 205** is a true and correct copy of Exhibit 2406 from the May 4, 2021 deposition of Brian Blaylock.

209.   Attached hereto as **Exhibit 206** is a true and correct copy of excerpts from the January 2022 Expert Report of Dr. Kurt Ribisl.

210.   Attached hereto as **Exhibit 207** is a true and correct copy of excerpts from the January 2022 Expert Report of Dr. Bonnie Halpern-Felsher.

211.   Attached hereto as **Exhibit 208** is a true and correct copy of excerpts from the January 2022 (Amended 8/19/2022) Expert Report of Michael Dorn.

212.   Attached hereto as **Exhibit 209** is a true and correct copy of excerpts from the October 15, 2021 deposition of Quarry Pak.

213.   Attached hereto as **Exhibit 210** is a true and correct copy of SFUSD produced document, Bates number SFUSD_001936.

214.   Attached hereto as **Exhibit 211** is a true and correct copy of excerpts from the August 19, 2021 deposition of Erica Lingrell.

2458245.1

DECLARATION OF SARAH R. LONDON
CASE NO. 19-MD-02913-WHO

1    215.    Attached hereto as **Exhibit 212** is a true and correct copy of excerpts from the

2    October 7, 2021 deposition of Quarry Pak.

3    216.    Attached hereto as **Exhibit 213** is a true and correct copy of excerpts from the

4    May 27, 2021 deposition of Quarry Pak.

5    217.    Attached hereto as **Exhibit 214** is a true and correct copy of excerpts from the

6    August 24, 2022 deposition of Michael Dorn.

7    218.    Attached hereto as **Exhibit 215** is a true and correct copy of the June 8, 2021

8    On-Site Assessment notes for Balboa High School (SFUSD).

9    219.    Attached hereto as **Exhibit 216** is a true and correct copy of the May 17, 2021

10   On-Site Assessment notes for The Academy San Francisco @ McAteer (SFUSD).

11   220.    Attached hereto as **Exhibit 217** is a true and correct copy of May 10, 2021 On-

12   Site Assessment notes for Downtown High School (SFUSD).

13   221.    Attached hereto as **Exhibit 218** is a true and correct copy of the September 8,

14   2022 Declaration of Madeline Cho.

15   222.    Attached hereto as **Exhibit 219** is a true and correct copy of the May 13, 2021

16   On-Site Assessment notes for Presidio Middle School (SFUSD).

17   223.    Attached hereto as **Exhibit 220** is a true and correct copy of Juul Labs, Inc.

18   produced document, Bates number JLI01426553.

19   224.    Attached hereto as **Exhibit 221** is a true and correct copy of Juul Labs, Inc.

20   produced document, Bates number INREJUUL_00055999.

21   225.    Attached hereto as **Exhibit 222** is a true and correct copy of Juul Labs, Inc.

22   produced document, Bates number JLI00214617.

23   226.    Attached hereto as **Exhibit 223** is a true and correct copy of Juul Labs, Inc.

24   produced document, Bates number JLI00219757.

25   227.    Attached hereto as **Exhibit 224** is a true and correct copy of excerpts from the

26   October 15, 2021 deposition of Dr. Minette Drumwright.

27   228.    Attached hereto as **Exhibit 225** is a true and correct copy of Juul Labs, Inc.

28   produced document, Bates number INREJUUL_00178377.

229.    Attached hereto as **Exhibit 226** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI01363147.

230.    Attached hereto as **Exhibit 227** is a true and correct copy of Exhibit 5052 from the June 4, 2021 Deposition of Sarah Richardson.

231.    Attached hereto as **Exhibit 228** is a true and correct copy of Exhibit 5054 from the June 4, 2021 Deposition of Sarah Richardson.

232.    Attached hereto as **Exhibit 229** is a true and correct copy of Exhibit 40118 from the October 1, 2021 deposition of Riaz Valani.

233.    Attached hereto as **Exhibit 230** is a true and correct copy of Exhibit 40119 from the October 1, 2021 deposition of Riaz Valani.

234.    Attached hereto as **Exhibit 231** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI21575209.

235.    Attached hereto as **Exhibit 232** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI08058644.

236.    Attached hereto as **Exhibit 233** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI00513149.

237.    Attached hereto as **Exhibit 234** is a true and correct copy of Exhibit 14142 from the July 14, 2021 deposition of Nicholas Pritzker.

238.    Attached hereto as **Exhibit 235** is a true and correct copy of Exhibit 14042 from the July 13, 2021 deposition of Nicholas Pritzker.

239.    Attached hereto as **Exhibit 236** is a true and correct copy of Juul Labs, Inc. produced document, Bates number INREJUUL_00044734.

240.    Attached hereto as **Exhibit 237** is a true and correct copy of excerpts from the March 4-5, 2021 deposition of Nora Walker.

241.    Attached hereto as **Exhibit 238** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI00546938.

242.    Attached hereto as **Exhibit 239** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI00546996.

243.     Attached hereto as **Exhibit 240** is a true and correct copy of Exhibit 26073 from the August 10, 2021 deposition of Gal Cohen.

244.     Attached hereto as **Exhibit 241** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI10679069.

245.     Attached hereto as **Exhibit 242** is a true and correct copy of Exhibit 14091 from the July 14, 2021 deposition of Nicholas Pritzker.

246.     Attached hereto as **Exhibit 243** is a true and correct copy of excerpts from the June 29, 2021 deposition of James Xu.

247.     Attached hereto as **Exhibit 244** is a true and correct copy of Exhibit 47005 from the October 19, 2021 deposition of Alfonso Pulido.

248.     Attached hereto as **Exhibit 245** is a true and correct copy of excerpts of Juul Labs, Inc. produced document, Bates number JLI00105221.

249.     Attached hereto as **Exhibit 246** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI01148265.

250.     Attached hereto as **Exhibit 247** is a true and correct copy of excerpts from the June 11, 2021 deposition of Ziad Rouag.

251.     Attached hereto as **Exhibit 248** is a true and correct copy of excerpts from the July 13, 2021 deposition of Ashley Gould.

252.     Attached hereto as **Exhibit 249** is a true and correct copy of Juul Labs, Inc. produced document, Bates number INREJUUL_00298614.

253.     Attached hereto as **Exhibit 250** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI01378208.

254.     Attached hereto as **Exhibit 251** is a true and correct copy of Exhibit 36 from January 13 2021 deposition of Howard Willard.

255.     Attached hereto as **Exhibit 252** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI41398032.

256.     Attached hereto as **Exhibit 253** is a true and correct copy of excerpts from the November 22, 2019 FTC deposition of Murray Garnick.

1       257.    Attached hereto as **Exhibit 254** is a true and correct copy of Exhibit 31008 from

2   the August 13, 2021 deposition of William Gifford.

3       258.    Attached hereto as **Exhibit 255** is a true and correct copy of Juul Labs, Inc.

4   produced document, Bates number JLI01111968.

5       259.    Attached hereto as **Exhibit 256** is a true and correct copy of Juul Labs, Inc.

6   produced document, Bates number MDL_RV0028377.

7       260.    Attached hereto as **Exhibit 257** is a true and correct copy of Exhibit 44 from the

8   January 13, 2021 deposition of Howard Willard.

9       261.    Attached hereto as **Exhibit 258** is a true and correct copy of Exhibit 31503 from

10  the August 17, 2021 deposition of Dinyar Devitre.

11      262.    Attached hereto as **Exhibit 259** is a true and correct copy of excerpts from the

12  April 28-29, 2021 deposition of Pascal Fernandez.

13      263.    Attached hereto as **Exhibit 260** is a true and correct copy of excerpts from the

14  February 18, 2021 deposition of Jason Flora.

15      264.    Attached hereto as **Exhibit 261** is a true and correct copy of excerpts from the

16  June 16, 2021 deposition of Steven Schroder.

17      265.    Attached hereto as **Exhibit 262** is a true and correct copy of Exhibit 2336 from

18  the May 4, 2021 deposition of Murray Garnick.

19      266.    Attached hereto as **Exhibit 263** is a true and correct copy of Exhibit 3114 from

20  the August 13, 2021 deposition of William Gifford.

21      267.    Attached hereto as **Exhibit 264** is a true and correct copy of excerpts of an Altria

22  Defendants produced document, Bates number ALGAT0004376152.

23      268.    Attached hereto as **Exhibit 265** is a true and correct copy of Exhibit 2407 from

24  the May 5, 2021 deposition of Brian Blaylock.

25      269.    Attached hereto as **Exhibit 266** is a true and correct copy of excerpts from the

26  July 27, 2021 deposition of Jennifer Hunter.

27      270.    Attached hereto as **Exhibit 267** is a true and correct copy of Exhibit 31012 from

28  the August 13, 2021 deposition of William Gifford.

1      271.    Attached hereto as **Exhibit 268** is a true and correct copy of excerpts of Exhibit

2   2223 from the April 21, 2021 deposition of Pascal Fernandez.

3      272.    Attached hereto as **Exhibit 269** is a true and correct copy of Exhibit 23 from the

4   February 16, 2021 deposition of William Gardner.

5      273.    Attached hereto as **Exhibit 270** is a true and correct copy of Exhibit 17021 from

6   the July 27, 2021 deposition of Matthew Romyak.

7      274.    Attached hereto as **Exhibit 271** is a true and correct copy of excerpts from the

8   July 27-28, 2021 deposition of Matthew Romyak.

9      275.    Attached hereto as **Exhibit 272** is a true and correct copy of Exhibit 40112 from

10   the October 1, 2021 deposition of Riaz Valani.

11      276.    Attached hereto as **Exhibit 273** is a true and correct copy of Exhibit 31519 from

12   the August 17, 2021 deposition of Dinyar Devitre.

13      277.    Attached hereto as **Exhibit 274** is a true and correct copy of Exhibit 17022 from

14   the July 27, 2021 deposition of Matthew Romyak.

15      278.    Attached hereto as **Exhibit 275** is a true and correct copy of Exhibit 17023 from

16   the July 27, 2021 deposition of Matthew Romyak.

17      279.    Attached hereto as **Exhibit 276** is a true and correct copy of Exhibit 17033 from

18   the July 28, 2021 deposition of Matthew Romyak.

19      280.    Attached hereto as **Exhibit 277** is a true and correct copy of Altria defendants

20   produced document, Bates number ALGAT0002819763.

21      281.    Attached hereto as **Exhibit 278** is a true and correct copy of excerpts from the

22   October 7, 2021 deposition of Kevin Crosthwaite.

23      282.    Attached hereto as **Exhibit 279** is a true and correct copy of excerpts from the

24   September 2021 Expert Report of Steven Boyles.

25      283.    Attached hereto as **Exhibit 280** is a true and correct copy of excerpts from the

26   March 16, 2021 deposition of Brian Blaylock.

27      284.    Attached hereto as **Exhibit 281** is a true and correct copy of Exhibit 1724 from

28   the March 16, 2021 deposition of Brian Blaylock.

285. Attached hereto as **Exhibit 282** is a true and correct copy of excerpts of Exhibit 1716 from the March 16, 2021 deposition of Brian Blaylock.

286. Attached hereto as **Exhibit 283** is a true and correct copy of excerpts of Exhibit 1734 from the March 16, 2021 deposition of Brian Blaylock.

287. Attached hereto as **Exhibit 284** is a true and correct copy of excerpts from the June 25, 2021 deposition of David Wise.

288. Attached hereto as **Exhibit 285** is a true and correct copy of the February 6, 2021 letter from Commissioner Gottlieb to Howard Willard (Altria).

289. Attached hereto as **Exhibit 286** is a true and correct copy of the December 29, 2020 service email for SFUSD amended complaint.

290. Attached hereto as **Exhibit 287** is a true and correct copy of Exhibit 31021 from the August 13, 2021 deposition of William Gifford.

291. Attached hereto as **Exhibit 288** is a true and correct copy of Altria defendants produced document, Bates number ALGAT0003490032.

292. Attached hereto as **Exhibit 289** is a true and correct copy of SFUSD_001325ALGAT0004029004.

293. Attached hereto as **Exhibit 290** is a true and correct copy of Exhibit 1751 from the March 17, 2021 deposition of Brian Blaylock.

294. Attached hereto as **Exhibit 291** is a true and correct copy of Exhibit 43 from the January 13, 2021 deposition of Howard Willard.

295. Attached hereto as **Exhibit 292** is a true and correct copy of the June 29, 2022 SFUSD Press Release "SF Board of Education Adopts Plan and Budget for 2022-2023 School Year.

296. Attached hereto as **Exhibit 293** is a true and correct copy of excerpts from the September 28, 2021 deposition of Meghan Wallace.

297. Attached hereto as **Exhibit 294** is a true and correct copy of the August 2020 SFUSD Student and Family Handbook.

1    298.    Attached hereto as **Exhibit 295** is a true and correct copy of SFUSD produced

2    document, Bates number SFUSD_001325.

3    299.    Attached hereto as **Exhibit 296** is a true and correct copy of excerpts from the

4    May 13, 2021 deposition of Quarry Pak.

5    300.    Attached hereto as **Exhibit 297** is a true and correct copy of excerpts from the

6    April 8, 2021 deposition of Quarry Pak.

7    301.    Attached hereto as **Exhibit 298** is a true and correct copy of excerpts from

8    Plaintiff SFUSD's Second Supplemental Responses and Objections to Defendant JLI's First Set

9    of Interrogatories (Interrogatory No. 2).

10    302.    Attached hereto as **Exhibit 299** is a true and correct copy of 1997 -2019 results

11    from the San Francisco, CA High School Youth Risk Behavior Survey.

12    303.    Attached hereto as **Exhibit 300** is a true and correct copy of Exhibit 206 from

13    the February 22, 2021 deposition of Julie Henderson.

14    304.    Attached hereto as **Exhibit 301** is a true and correct copy of the September 8,

15    2022 Declaration of Kaya Lehr-Love.

16    305.    Attached hereto as **Exhibit 302** is a true and correct copy of SFUSD produced

17    document, Bates number SFUSD_001589.

18    306.    Attached hereto as **Exhibit 303** is a true and correct copy of SFUSD produced

19    document, Bates number SFUSD_001793.

20    307.    Attached hereto as **Exhibit 304** is a true and correct copy of SFUSD produced

21    document, Bates number SFUSD_001859.

22    308.    Attached hereto as **Exhibit 305** is a true and correct copy of SFUSD produced

23    document, Bates number SFUSD_001803.

24    309.    Attached hereto as **Exhibit 306** is a true and correct copy of SFUSD produced

25    document, Bates number SFUSD_014279.

26    310.    Attached hereto as **Exhibit 307** is a true and correct copy of SFUSD produced

27    document, Bates number SFUSD_115020.

28

311.     Attached hereto as **Exhibit 308** is a true and correct copy of SFUSD produced document, Bates number SFUSD_070725.

312.     Attached hereto as **Exhibit 309** is a true and correct copy of SFUSD produced document, Bates number SFUSD_026084.

313.     Attached hereto as **Exhibit 310** is a true and correct copy of SFUSD produced document, Bates number SFUSD_115021.

314.     Attached hereto as **Exhibit 311** is a true and correct copy of SFUSD produced document, Bates number SFUSD_115022.

315.     Attached hereto as **Exhibit 312** is a true and correct copy of SFUSD produced document, Bates number SFUSD_001336.

316.     Attached hereto as **Exhibit 313** is a true and correct copy of SFUSD produced document, Bates number SFUSD_026783.

317.     Attached hereto as **Exhibit 314** is a true and correct copy of SFUSD produced document, Bates number SFUSD_221100.

318.     Attached hereto as **Exhibit 315** is a true and correct copy of SFUSD produced document, Bates number SFUSD_085395.

319.     Attached hereto as **Exhibit 316** is a true and correct copy of SFUSD produced document, Bates number SFUSD_085396.

320.     Attached hereto as **Exhibit 317** is a true and correct copy of SFUSD produced document, Bates number SFUSD_056836.

321.     Attached hereto as **Exhibit 318** is a true and correct copy of SFUSD produced document, Bates number SFUSD_017742.

322.     Attached hereto as **Exhibit 319** is a true and correct copy of the May 18, 2021 On-Site Assessment notes for Ruth Asawa San Francisco School of the Arts (SFUSD).

323.     Attached hereto as **Exhibit 320** is a true and correct copy of the May 10, 2021 On-Site Assessment notes for Aptos Middle School (SFUSD).

324.     Attached hereto as **Exhibit 321** is a true and correct copy of the May 14, 2021 On-Site Assessment notes for James Denman Middle School (SFUSD).

1      325.    Attached hereto as **Exhibit 322** is a true and correct copy of SFUSD produced

2  document, Bates number SFUSD_164949.

3      326.    Attached hereto as **Exhibit 323** is a true and correct copy of excerpts from the

4  September 21, 2021 deposition of Dacotah Swett.

5      327.    Attached hereto as **Exhibit 324** is a true and correct copy of excerpts from the

6  August 2021 Expert Report of Randall Tackett.

7      328.    Attached hereto as **Exhibit 325** is a true and correct copy of excerpts from the

8  February 2022 Expert Report of Stephen Kelder.

9      329.    Attached hereto as **Exhibit 326** is a true and correct copy of excerpts from the

10  January 2022 expert Report of Jonathan Winickoff.

11      330.    Attached hereto as **Exhibit 327** is a true and correct copy of excerpts from the

12  November 2021 deposition of Prof. David Cutler.

13      331.    Attached hereto as **Exhibit 328** is a true and correct copy of excerpts from the

14  December 13, 2019 FTC deposition of Howard Willard.

15      332.    Attached hereto as **Exhibit 329** is a true and correct copy of excerpts from the

16  April 19, 2022 deposition of Edward Rock.

17      333.    Attached hereto as **Exhibit 330** is a true and correct copy of Juul Labs, Inc.

18  produced document, Bates number JLI01143553.

19      334.    Attached hereto as **Exhibit 331** is a true and correct copy of Juul Labs, Inc.

20  produced document, Bates number JLI01413814.

21      335.    Attached hereto as **Exhibit 332** is a true and correct copy of Altria Defendants

22  produced document, Bates number 5185927880.

23      336.    Attached hereto as **Exhibit 333** is a true and correct copy of Altria Defendants

24  produced document, Bates number 5185547864.

25      337.    Attached hereto as **Exhibit 334** is a true and correct copy of a July 11, 2015

26  email from JLI, sourced from Stanford Research into the Impact of Tobacco Advertising,

27  https://tobacco.stanford.edu/.

28

338.    Attached hereto as **Exhibit 335** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI07783624.

339.    Attached hereto as **Exhibit 336** is a true and correct copy of August 7, 2015 Tweet from @JUULvapor, sourced from Stanford Research into the Impact of Tobacco Advertising, https://tobacco.stanford.edu/.

340.    Attached hereto as **Exhibit 337** is a true and correct copy of Juul Labs, Inc. produced document, Bates number INREJUUL_00178123.

341.    Attached hereto as **Exhibit 338** is a true and correct copy of July 28, 2017 Tweet from @JUULvapor, sourced from Stanford Research into the Impact of Tobacco Advertising, https://tobacco.stanford.edu/.

342.    Attached hereto as **Exhibit 339** is a true and correct copy of August 4, 2017 Tweet from @JUULvapor, sourced from Stanford Research into the Impact of Tobacco Advertising, https://tobacco.stanford.edu/.

343.    Attached hereto as **Exhibit 340** is a true and correct copy of July 5, 2017 Tweet from @JUULvapor, sourced from Stanford Research into the Impact of Tobacco Advertising, https://tobacco.stanford.edu/.

344.    Attached hereto as **Exhibit 341** is a true and correct copy of August 28, 2017 Tweet from @JUULvapor, sourced from Stanford Research into the Impact of Tobacco Advertising, https://tobacco.stanford.edu/.

345.    Attached hereto as **Exhibit 342** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI05142325.

346.    Attached hereto as **Exhibit 343** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI52785861.

347.    Attached hereto as **Exhibit 344** is a true and correct copy of Exhibit 2537 from the May 14, 2021 deposition of Joanna Engelke.

348.    Attached hereto as **Exhibit 345** is a true and correct copy of Altria Defendants produced document, Bates number ALGAT0004031644.

349.    Attached hereto as **Exhibit 346** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI01413779.

350.    Attached hereto as **Exhibit 347** is a true and correct copy Juul Labs, Inc. produced document, Bates number of JLI01414116.

351.    Attached hereto as **Exhibit 348** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI11364797.

352.    Attached hereto as **Exhibit 349** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI11366279.

353.    Attached hereto as **Exhibit 350** is a true and correct copy of Juul Labs, Inc. produced document, Bates number JLI11593507.

354.    Attached hereto as **Exhibit 351** is a true and correct copy of Exhibit 471 from the March 3, 3031 deposition of Kaitlin Longest.

355.    Attached hereto as **Exhibit 352** is a true and correct copy of Exhibit 2332 from the May 4, 2021 deposition of Murray Garnick.

356.    Attached hereto as **Exhibit 353** is a true and correct copy of Exhibit 31010 from the August 13, 2021 deposition of William Gifford.

357.    Attached hereto as **Exhibit 354** is a true and correct copy of Riaz Valani produced document, Bates number MDL_RV0038450.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of September 2022, in Oakland, CA.

_/s/ Sarah R. London_____
Sarah R. London

DECLARATION OF SARAH R. LONDON
CASE NO. 19-MD-02913-WHO

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Sarah R. London*
Sarah R. London

DECLARATION OF SARAH R. LONDON
CASE NO. 19-MD-02913-WHO