# EXHIBIT 100

| | |
|---|---|
| From: | JUUL <No-reply@e.meetjuul.com> |
| Sent: | Monday, June 3, 2019 1:10 PM |
| To: | Tu, Jacqueline (ALCS) |
| Subject: | {Unverified} Try JUUL for 40% off |

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**



SHOP DEVICES   SHOP JUULPODS   SUBSCRIBE & SAVE   STORE FINDER

1

5210733368



5210733369

# MEET JUUL

JUUL is a satisfying alternative to cigarettes. Getting started with the JUUL device is easy, but we know trying something new can be hard. Take time to explore what works best for you.

[ LEARN MORE ]

5210733370



# GET 40% OFF STARTER KIT

Use the promo code below to get a 40% discount on a JUUL starter kit. To redeem your offer, you must create an account on JUUL.com and verify your age.

Promo code: em06k9lv3w

**REDEEM NOW**



5210733371

**FOR ADULTS 21+ YEARS OLD ONLY. NOT FOR SALE TO MINORS.**

JUUL Labs is committed to ensuring nicotine products stay out of the hands of minors. In addition to verifying the age of our shoppers, we comply with various state and local laws, including those that restrict discounts/coupons, require additional shipping obligations, or impose various taxes. The list of laws and regulations that we comply with may change without notice as any additional laws are enacted.

**WARNING**: Contains nicotine, which can be poisonous. Avoid contact with skin and eyes. Do not drink. Keep out of reach of children and pets. In case of accidental contact, seek medical help.

**CALIFORNIA PROPOSITION 65 WARNING**: This product contains chemicals known to the state of California to cause cancer and birth defects or other reproductive harm.

JUUL® and JUULpods™ are trademarks of JUUL Labs, Inc.

M4618

© 2019 JUUL Labs, Inc. All rights reserved.

Protected by issued and/or pending US and international patents:
http://www.JUUL.com/intellectual-property-list

560 20th Street, San Francisco, CA 94107, USA

Customer Support | Unsubscribe



5

5210733372