# EXHIBIT 101

EXHIBIT

448

exhibitsticker.com

| | |
|---|---|
| **From:** | JUUL <altria-mkt-stage3@adobe-campaign.com> |
| **Sent:** | Friday, February 22, 2019 11:28 AM |
| **To:** | Tu, Jacqueline  (ALCS) |
| **Subject:** | {Unverified} [Proof 1] Meet JUUL, a satisfying alternative to cigarettes |

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

   SHOP DEVICES    SHOP JUULPODS    SUBSCRIBE & SAVE    STORE FINDER



"It's a smart, really well thought-out alternative to smoking."

Carolyn, 54.
Made the switch October 2016

1

5210733363

# DISCOVER WHY...

Over 1 million adult smokers have made the switch.
JUUL is a satisfying alternative to cigarettes. Getting
started with the JUUL device is easy, but we know trying
something new can be hard. We've got your back with
support and answers to the questions you may have.

## LEARN MORE

2

5210733364

# SIMPLE. CLEAN. SATISFYING.

The JUUL device has no buttons. Simply take a puff
and the front LED light will glow briefly as a reminder
that it is charged and working.



SHOP NOW

3

5210733365

# VISIT JUUL.COM TO CREATE AN ACCOUNT AND DISCOVER:

— JUUL how-to videos and expert tips

— Stories from our JUUL community members

— Product information and much more

LEARN MORE

 Shop Devices     Shop JUULpods     Subscribe & Save     Find JUUL Near You

**FOR ADULTS 21+ YEARS OLD ONLY. NOT FOR SALE TO MINORS.**

JUUL Labs is committed to ensuring nicotine products stay out of the hands of minors. In addition to verifying the age of our shoppers, we comply with various state and local laws, including those that restrict discounts/coupons, require additional shipping obligations, or impose various taxes. The list of laws and regulations that we comply with may change without notice as any additional laws are enacted.

**WARNING**: Contains nicotine, which can be poisonous. Avoid contact with skin and eyes. Do not drink. Keep out of reach of children and pets. In case of accidental contact, seek medical help.

**CALIFORNIA PROPOSITION 65 WARNING**: This product contains chemicals known to the state of California to cause cancer and birth defects or other reproductive harm.

JUUL® and JUULpods™ are trademarks of JUUL Labs, Inc.

4

5210733366

M3718

© 2019 JUUL Labs, Inc. All rights reserved.

Protected by issued and/or pending US and international patents:
http://www.JUUL.com/intellectual-property-list

560 20th Street, San Francisco, CA 94107, USA

Customer Support | Unsubscribe

5210733367