# EXHIBIT 104





**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

## Join the millions who have switched.

**Simple**
Easy to use. No buttons or switches. Just insert the pod to get started.

**Clean**
Leave ash, odor, and mess behind.

**Satisfying**
Designed with smokers in mind, from form to technology to flavor.

## JUUL's premium flavor and nicotine strength options enhance your switching experience.



**Mint**
Crisp peppermint flavor with a soothing aftertaste
Available in 3% and 5% nicotine strengths.



**Virginia Tobacco**
Rich flavor of American tobacco
Available in 3% and 5% nicotine strengths.

For the full range of JUULpods, visit JUUL.com/shop/pods
For adults 21+ years old only



## Save on a Starter Kit.

See coupons below for details.



**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

In-Store Offer
**$10 off**
Starter Kit

5198229011