# EXHIBIT 105

EXHIBIT 453



5210830992



5210830993