# EXHIBIT 176

Page 1

- - -

JUUL LABS LITIGATION

- - -

January 20, 2022

- - -

REMOTE ORAL SWORN STATEMENT of CAMESHEANN TABITHA WAKEFIELD (TABBY WAKES), conducted at the location of the witness in New York, New York, commencing at 2:18 p.m. EST, on the above date, before Marie Foley, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Camesheann Tabitha Wakefield

## Page 2

```
 1    ALL APPEARANCES VIA REMOTE ZOOM TECHNOLOGY:
 2
 3
 4    WAGSTAFF & CARTMELL LLP
 5    BY: LUCY R. DAVIS, ESQUIRE
 6       4740 Grand Avenue
 7       Suite 300
 8       Kansas City, Missouri  64112
 9       816.701.1100
10       ldavis@wcllp.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

## Page 3

```
 1                   - - -
 2             TRANSCRIPT INDEX
 3                    PAGE
 4    APPEARANCES....................... 2
 5    INDEX OF EXHIBITS................. 4
 6    STATEMENT OF CAMESHEANN TABITHA WAKEFIELD:
 7    BY: MS. DAVIS.................... 6
 8    SIGNATURE PAGE................... 44
 9    ERRATA........................... 45
10    REPORTER'S CERTIFICATE........... 43
11
12
13
14              - - -
15
16
17
18
19
20
21
22
23
24
```

## Page 4

```
 1                  - - -
 2              E X H I B I T S
 3                  - - -
 4    NO.      DESCRIPTION             PAGE
 5    Exhibit 1   Printout from Tabby      8
 6              Wakes Instagram account
 7
 8    Exhibit 2   COACD digital flyer     11
 9
10
11    Exhibit 3   PowerPoint photographs  23
12
13
14
15
16
17
18
19
20
21
22
23
24
```

## Page 5

```
 1                 - - -
 2              2:18 p.m. EST
 3                 - - -
 4         THE STENOGRAPHER:  All parties
 5    to this statement are appearing
 6    remotely and have agreed to the
 7    witness being sworn in remotely.  Due
 8    to the nature of remote reporting,
 9    please pause briefly before speaking
10    to ensure all parties are heard
11    completely.
12         MS. DAVIS:  I'm Lucy Davis for
13    plaintiff.
14         Do we have the full name on the
15    record here?
16         THE WITNESS:  Camesheann Tabitha
17    Wakefield.
18         THE STENOGRAPHER:  Ms.
19    Wakefield, if I could ask you to raise
20    your right hand, please.
21    CAMESHEANN TABITHA WAKEFIELD, having been
22    first duly sworn by a Notary Public
23    in and of the State of New York, was
24    examined as follows:
```

Camesheann Tabitha Wakefield

Page 6

1  EXAMINATION BY
2  MS. DAVIS:
3      Q.  And you prefer to go by?
4      A.  Tabby Wakes, yeah.
5      Q.  So, we have a court reporter
6  here today who's going to be writing down
7  what we're saying.  There's a couple of
8  rules that we need to go over for her
9  benefit.  One is we need to try not to
10 talk over each other.  It's human nature
11 to respond quickly, but I'll try to give
12 you enough room to finish your answer.
13 Try to give me enough room to finish my
14 question.  Shouldn't be that hard.
15     Make sure your responses are
16 verbal.  No uh-uh, mm-hm, because that's
17 really hard to type down.
18     If you don't understand a
19 question, feel free to tell me.  I'll
20 rephrase it.  I'm going to try my best to
21 make sure you understand every question
22 the first time, but feel free to tell me.
23     And if you need a break, let us
24 know.  We can go off the record.  You can

Page 7

1  have a break for a drink, bathroom,
2  whatever you need.
3      A.  Cool.
4      Q.  Let's begin.
5          So, Tabby, how old are you?
6      A.  How old am I now?
7      Q.  Today.
8      A.  25.
9      Q.  And what's your birth date?
10     A.  June 19th, 1996.
11     Q.  And where do you live?
12     A.  In New York.
13     Q.  That's New York City, New York?
14     A.  Yes, New York City.
15     Q.  And what do you do for a living?
16     A.  I make music.
17     Q.  And where did you go to school,
18 high school, college, beyond?
19     A.  I went to New York City Lab
20 School for high school and middle school,
21 and I went to Stony Brook for college and
22 I left.
23     Q.  And what year did you graduate
24 high school?

Page 8

1      A.  2014.
2      Q.  And what year did you leave
3  Stony Brook?
4      A.  2016.  2016.
5      Q.  Okay.
6      A.  Sorry.
7      Q.  No worries.
8          And most of the events we're
9  talking about today are going to be back
10 in 2015.  So how old were you in 2015?
11     A.  18.
12     Q.  Ms. Wakes, you have a somewhat
13 large social media following; is that
14 correct?
15     A.  Yeah.
16     Q.  All right.
17     A.  Yes.
18         MS. DAVIS:  First I want to mark
19     Exhibit 1.
20         (Tabby Wakes Exhibit 1, printout
21     from Tabby Wakes Instagram account,
22     was marked for identification, as of
23     this date.)
24         MS. DAVIS:  And why don't we

Page 9

1      hold this up for the benefit of the
2      court reporter to the camera.
3          (Pause.)
4  BY MS. DAVIS:
5      Q.  And it says here, this is the
6  top line of your Instagram; is that
7  correct?
8      A.  Yes.
9      Q.  And it says here that you have
10 12,300 followers; is that correct?
11     A.  Yes.
12     Q.  And did you have a significant
13 following in 2015, a large following?
14     A.  Yeah, it was still a large
15 following.
16     Q.  Going back to 2015, were you
17 invited to a June 4th, 2015 party at Jack
18 Studios, that was the launch party of
19 Juul?
20     A.  Yes.
21     Q.  Who invited you to the party?
22     A.  I was invited to, kind of,
23 promote by COACD.
24     Q.  And that would have been Douglas

Page 10

| | |
|---|---|
| 1 | Perrett who invited you? |
| 2 | A.  Yes. |
| 3 | Q.  He never represented you? |
| 4 | A.  No, he never represented me. |
| 5 | Q.  And how did you guys know each |
| 6 | other? |
| 7 | A.  I would throw parties and one of |
| 8 | my friends kind of just, like, introduced |
| 9 | us, yeah. |
| 10 | Q.  How did he reach out to you? |
| 11 | A.  Well, he would -- some -- some |
| 12 | of the parties he would come and cast it, |
| 13 | but for this one he just hit me up and was |
| 14 | like hey and, you know, invite some |
| 15 | people. |
| 16 | Q.  You told me that you were |
| 17 | invited to the party as kind of like a |
| 18 | promoter? |
| 19 | A.  Yes. |
| 20 | Q.  So you were going to bring |
| 21 | people?  That was your job? |
| 22 | A.  Yeah, I had to make like a -- I |
| 23 | had a RSVP list.  I had people RSVP |
| 24 | through me. |

Page 11

1    Q.  And how many would you say you
2  invited, like ballpark?
3    A.  Probably, like, 50 people.  But
4  then, like, half of the people came, I
5  think.
6    Q.  Okay.
7    A.  Yeah, it wasn't that big of a --
8  it was like a small big party, if that
9  makes sense.
10    Q.  Yeah, I understand what you're
11  saying.
12       So you, like, kind of reached
13  into your own network to invite those 50?
14    A.  I probably invited more people.
15  But, how do I explain this?  'Cause it's,
16  like, a public post first.  So, like, that
17  in its own way just travels.  So you don't
18  really know how many people you actually,
19  like, you know, like, outreach to by
20  accident.  It's cool.
21       MS. DAVIS:  And just so we can
22    get clear on what we're talking about
23    here, I'm going to mark Exhibit 2.
24       (Tabby Wakes Exhibit 2, COACD

Page 12

1  digital flyer, was marked for
2  identification, as of this date.)
3       MS. DAVIS:  And if you'll hold
4    that up for me real quick.
5       (Pause.)
6  BY MS. DAVIS:
7    Q.  So, this is what we call a
8  digital flyer, right?
9    A.  Yes.
10    Q.  An invitation to the event; is
11  that correct?
12    A.  Yeah.
13    Q.  And so, this is an invitation
14  that you put out on your own social media
15  about the event?
16    A.  Yeah.
17    Q.  Who gave you this flyer?
18    A.  COACD.
19    Q.  When you put it out on your
20  social media, you had already invited
21  people or got more people from the flyer?
22    A.  I put the -- when I put the
23  flyer out, before that it was
24  word-of-mouth and then I put the flyer out

Page 13

1  and then I was, like, it could have been
2  on -- I don't know what day I put the
3  flyer out, but it was just to, like, I
4  think I had to get an RSVP list or just,
5  like, people's names.  I'm not sure.
6    Q.  Were you told, like did you kind
7  of know that it was a casting party for
8  this billboard campaign?
9    A.  No.  I just knew this.
10    Q.  That's all you were told?
11    A.  Yeah, like June 4th and the
12  address and stuff, which isn't even on
13  here actually, so.
14    Q.  Okay.
15       As a part of the people that you
16  invited, and we'll go through some a lot
17  in a minute, but you invited Mimi Sweeney
18  to the party?
19    A.  Yeah.
20    Q.  Do you know how old she was at
21  the time?
22    A.  17.
23    Q.  And if she said she was invited
24  by a friend who was in the Manhattan party

4 (Pages 10 to 13)

Page 14

1 scene, that would have been you?
2    A.  Yeah.
3    Q.  Okay.  Perfect.
4        Because you were promoting and
5 bringing in guests, were you paid for that
6 work?
7    A.  Yes.
8    Q.  How much were you paid?
9    A.  I believe, like, $200.
10   Q.  And do you remember in what
11 form?
12   A.  Cash.  'Cause this is before
13 Cash App and all that stuff.
14   Q.  Of course.
15   A.  Yeah.
16   Q.  And then do you remember who
17 paid you?
18   A.  COACD.
19   Q.  Okay.
20   A.  I'm assuming they had, like, a
21 budget probably.
22   Q.  And just for the record, you
23 attended that launch party?
24   A.  Yes.

Page 15

1    Q.  Not only were you invited, you
2 attended?
3    A.  Yeah, I also attended.
4    Q.  Okay.
5        So, when you arrived at the
6 event, did you go early, late, kind of in
7 the middle?
8    A.  I went, like, earlier.
9    Q.  And did you go early because you
10 felt like you were kind of working the
11 event?
12   A.  Yeah, I felt like a little
13 responsibility on making sure my guests
14 were, like, okay.
15   Q.  Of course.  You want to make
16 sure --
17   A.  It's like a new environment.
18   Q.  When you arrived at the event,
19 do you remember anyone checking your ID at
20 the door?
21   A.  No.
22   Q.  So you have no specific memory
23 of an ID check?
24   A.  No, I didn't get my ID checked.

Page 16

1 And I didn't have an ID that said I was
2 over 21.
3    Q.  So you didn't have like a fake
4 ID at the time?
5    A.  No.
6    Q.  So they would have either not
7 checked your ID or checked it and known
8 you were under 18 -- or, were 18?
9    A.  They didn't check my ID.  And
10 then they gave me -- and then they let me,
11 yeah, they let me get my friends in too.
12   Q.  Do you know, because you said
13 "they let me get my friends in," do you
14 know if they checked your friends' IDs?
15   A.  I don't -- I don't think so.
16   Q.  You don't think so, okay.
17       Once you entered the event, were
18 you taken to, immediately come to a step
19 and repeat area?  Which to define for the
20 record is a promotional background that
21 would have the product on it to take
22 photos in front of.
23   A.  I think that's what, like, right
24 when you first walked in, I believe that

Page 17

1 was the first thing.
2        Like a backdrop, you're saying?
3    Q.  Yeah.
4    A.  Yeah.
5    Q.  So, you showed up there
6 immediately and photos were taken of you?
7    A.  Yeah.
8    Q.  In front of the Juul product
9 image and logo that might have been on the
10 background?
11   A.  Mm-hm.
12       Or was it white background?
13       It had -- it definitely had
14 Juul's.  Was it white?  I can't remember.
15   Q.  Up to you.
16   A.  Yeah, it was -- there was a
17 backdrop.
18   Q.  Were you given a welcome
19 cocktail when you entered the event?
20   A.  Like I went to the bar and got a
21 drink.
22   Q.  So you went to the bar and you
23 got drinks from the bar?
24   A.  Yeah.

Camesheann Tabitha Wakefield

Page 18

1  Q.  Once again, you were not 21 at
2  the time?
3  A.  No.
4  Q.  And you did not have any sort of
5  ID that would have said your age was 21?
6  A.  No.
7  Q.  So the only ID you would have
8  had on you was one that would say 18?
9  A.  Yeah.
10  Q.  Thank you.
11  A.  Sorry.
12  Q.  Was that a cash bar, or was it
13  an open bar?
14  A.  No, it was a open bar.
15  Q.  And how many drinks did you
16  have?
17  A.  Like the whole night?
18  Q.  Yeah.
19  A.  It was open bar.
20  Q.  So, if we were to just take a
21  word to describe it, would you say a lot?
22  A.  Five.
23  Q.  Five?
24  A.  Like a lot, yeah.

Page 19

1  Q.  Okay.
2  A.  'Cause you could have beer and
3  they had cocktails.
4  Q.  And do you remember whether you
5  drank beer or cocktails or both?
6  A.  Both.
7  Q.  Both?
8  A.  Yeah.
9  Q.  Okay.
10      And you went to the sampling
11  station?
12  A.  Yeah.
13  Q.  Which to define for the record,
14  the sampling station was an area at which
15  Juul was having party guests sample the
16  product; is that right?
17  A.  Yes.
18  Q.  Okay.
19  A.  They had like the vape -- they
20  had like a fatter vape too.
21  Q.  The older model?
22  A.  Mm-hm.
23  Q.  Were you able to sample that
24  product at the sampling station?

Page 20

1  A.  Yes.
2  Q.  Again, your ID would have shown
3  that you were 18 years old at the time?
4  A.  Yes.
5  Q.  Okay.
6  A.  My birthday was, like, in two
7  weeks or something.
8  Q.  Okay.
9  A.  From the 4th, yeah.  To turn 19.
10  Q.  Were you given any free samples
11  to take home with you from that?
12  A.  Yes.
13  Q.  Tell me about that.
14  A.  There was just like a box and
15  you could just -- honestly, like towards
16  the -- I'm pretty sure, like, towards the
17  end too there's like this box filled with
18  them and you could take as many as you
19  want.
20  Q.  Did you take as many as you
21  wanted, kind of, towards the end of the
22  party?
23  A.  Like, during the party I had a
24  few, and then at the end, I kind of just,

Page 21

1  like, took a bunch 'cause I was just like
2  cool.
3  Q.  So, after you got that amount of
4  product, did you have to buy Juul
5  afterwards?
6  A.  No, I didn't have to buy Juul
7  for like a -- for like a year.
8  Q.  Okay.
9  A.  I had a lot of Juuls and pods.
10  Q.  To your mind and memory, were
11  there any controls in place to prevent
12  people from taking a ton of product, or
13  were they encouraging it?
14  A.  No.  It was just -- they had,
15  like, the sampling bartenders.  So they
16  were there, like, passing it out.
17  Q.  Did your friends get free
18  samples?
19  A.  Yeah, we all left with a bunch
20  of Juuls and pods.
21  Q.  Because you were working the
22  event, did you talk to anybody who was
23  working on the Juul side or the party side
24  of the event?  Were you, like, greeted or

6 (Pages 18 to 21)

Camesheann Tabitha Wakefield

Page 22

1  thanked or anything like that?
2      A.  I believe so.
3      Q.  If you were, how would you
4  remember those people?  Like as executives
5  of Juul or founders?
6      A.  Yeah, like founders.
7      Q.  Okay.
8      A.  I think they were founders.
9          Just said hi.
10     Q.  And after that, you would
11 have --
12     A.  Yeah, like it was just, like,
13 I'm pretty sure, pretty sure, Douglas
14 introduced them to me.
15     Q.  Just to --
16     A.  Just like hey, this is a cool
17 girl.  This is -- give me a Juul, yeah.
18     Q.  So they would have thanked you
19 and then you would have gone back to your
20 friends?
21     A.  Yeah.  Like nice to meet you.
22 Stuff like that.
23         MS. DAVIS:  Okay.
24         I'm now marking a PowerPoint as

Page 23

1  Exhibit 3.
2          (Tabby Wakes Exhibit 3,
3      PowerPoint photographs, was marked for
4      identification, as of this date.)
5          MS. DAVIS:  I'm going to try to
6      go through this as smoothly as we can.
7          So I'm going to hold this up for
8      the benefit of our court reporter.
9          (Pause.)
10 BY MS. DAVIS:
11     Q.  If you want to turn to the first
12 page, what I'm going to have you do here
13 is give me, kind of, the name, the age, if
14 you remember, and tell me if you invited
15 the people in the photo.
16         So, I'm going to, kind of, guide
17 you through here.  So we're going to start
18 in the back and work our way forward.  So
19 go ahead and look at it.
20         In the back, do you know who
21 that is holding the beer?
22     A.  Sam Bouiss.
23     Q.  And do you know how old he is?
24     A.  Between 18 and 19.

Page 24

1      Q.  And you invited him to the
2  event?
3      A.  Yeah.
4      Q.  Then we're starting on the left
5  side of the picture.
6          Who is the girl wearing the
7  black there at the left edge?
8      A.  Zoë Nochlin.
9      Q.  And how old is she?
10     A.  Between 18 and 19.
11     Q.  And you invited her to the
12 event?
13     A.  Yes.
14     Q.  To her right, who was that?
15     A.  Down?
16     Q.  No, to her immediate right on
17 that same row.
18     A.  That's me.
19     Q.  And to your right with the pink
20 hair, who is that?
21     A.  Tallulah Gilroy.
22     Q.  And how old is she?
23     A.  Birthday's in December.  So
24 she's 18.

Page 25

1      Q.  And did you invite her to the
2  event?
3      A.  Yeah.
4      Q.  And to her right, that is?
5      A.  Tarik Smith.
6      Q.  And how old is he?
7      A.  Between 20 and 21.
8      Q.  And did you invite him to the
9  event?
10     A.  Yes.
11     Q.  Bottom row left side, who is
12 that?
13     A.  Tino Tsanos.
14     Q.  Okay.
15     A.  This one (indicating)?
16         Oh, no.  Him.  Sorry.
17     Q.  Green hat.
18     A.  Yeah.  Nick Delgado.
19     Q.  And how old is he?
20     A.  Between 19 and 21.
21     Q.  And did you invite him to the
22 event?
23     A.  Yes.
24     Q.  Last one, white hat?

Page 26

| | | |
|---|---|---|
| 1 | A. | Tino. |
| 2 | Q. | That's Tino? |
| 3 | A. | Yeah, Tino Tsanos. |
| 4 | Q. | How old is he? |
| 5 | A. | Between 18 and 19. |
| 6 | Q. | And did you invite him to the event? |
| 8 | A. | Yes. |
| 9 | Q. | Next page, who is that? |
| 10 | A. | Me. |
| 11 | Q. | Okay. Perfect. |
| 12 | A. | With one of the big vapes. |
| 13 | Q. | One more page over. |
| 14 | A. | Okay. |
| 15 | Q. | You've already identified everyone in this photo, so just going to take you from left to right real quick. On the far left was Sam? |
| 19 | A. | Yeah. |
| 20 | Q. | Next to him? |
| 21 | A. | Tallulah. |
| 22 | Q. | Next to her? |
| 23 | A. | Tino. |
| 24 | Q. | Next to him? |

Page 27

| | | |
|---|---|---|
| 1 | A. | Nick. |
| 2 | Q. | Next to him? |
| 3 | A. | Me. |
| 4 | Q. | Next to you? |
| 5 | A. | Zoë. |
| 6 | Q. | On the next page, the far left, the top row? |
| 8 | A. | Me. |
| 9 | Q. | Next to you? |
| 10 | A. | Julius Kani Biggs. |
| 11 | Q. | And how old is he? |
| 12 | A. | Between 18 and 19. |
| 13 | Q. | Did you invite him to the event? |
| 14 | A. | Yes. |
| 15 | Q. | Bottom row here, who is this? |
| 16 | A. | Alyssa Bourne-Peters. |
| 17 | Q. | How old is she? |
| 18 | A. | Between 18 and 19. |
| 19 | Q. | Did you invite her to the event? |
| 20 | A. | Yes. |
| 21 | Q. | Now we're on slide 6 now. |
| 22 | A. | Oh, there was two backdrops. |
| 23 | Q. | Again left to right. |
| 24 | A. | Christopher Topper. |

Page 28

| | | |
|---|---|---|
| 1 | Q. | How old was he? |
| 2 | A. | Between 20 and 21. |
| 3 | Q. | And did you invite him to the event? |
| 5 | A. | Yes. |
| 6 | Q. | Next to him? |
| 7 | A. | Danielle. |
| 8 | Q. | And how old was she? |
| 9 | A. | Between 20 and 21. |
| 10 | Q. | And did you invite her to the event? |
| 12 | A. | Yes. |
| 13 | Q. | And next to her? |
| 14 | A. | Tarik. |
| 15 | Q. | Who we've already gone through. |
| 16 | A. | Yeah. |
| 17 | Q. | And next to him is you? |
| 18 | A. | Yes. |
| 19 | Q. | Slide 7 now. We've primarily identified everyone in this photo, so we're going to go, kind of, top to bottom here. So in the very back that is? |
| 24 | A. | Nick Delgado. |

Page 29

| | | |
|---|---|---|
| 1 | Q. | And then on the left of the second row down? |
| 3 | A. | Tino. |
| 4 | Q. | And then next to him? |
| 5 | A. | Me. |
| 6 | Q. | One more row down? |
| 7 | A. | Tallulah. |
| 8 | Q. | To her right is? |
| 9 | A. | Zoë. |
| 10 | Q. | And then bottom of the photo? |
| 11 | A. | Allie Shields Weber. |
| 12 | Q. | And Allie Shields Weber, how old is she? |
| 14 | A. | Between 18 and 19. |
| 15 | Q. | And did you invite her to the event? |
| 17 | A. | Yes. |
| 18 | Q. | So we're passing slide 8. We are moving on to slide 9. If you can hold that up for the court reporter. |
| 22 | | (Pause.) |
| 23 | Q. | All right. Kind of this back row? |

Camesheann Tabitha Wakefield

Page 30

1  A. Me.
2  Q. And then?
3  A. Nick Delgado.
4  Q. And then bottom left?
5  A. Tino.
6  Q. And then bottom right?
7  A. Frank Perdomo.
8  Q. And how old was he?
9  A. Between 16 and 17.
10 Q. And did you invite him to the
11 event?
12 A. Yes.
13 Q. The next slide here, slide 10.
14 Hold that up for the court reporter,
15 please.
16    (Pause.)
17 Q. Okay.
18    On the left here we have?
19 A. Lucy Borden.
20 Q. And how old was she?
21 A. Between 17 and 19.
22 Q. And did you invite her to the
23 event?
24 A. No, 17 and 18. Sorry.

Page 31

1     Yes, I invited her.
2  Q. And next to her, who is this?
3  A. Mimi Sweeney.
4  Q. And how old is she?
5  A. 17.
6  Q. And did you invite her to the
7  event?
8  A. Yes.
9  Q. And next to her?
10 A. Me.
11 Q. All right. Left to right again
12 on slide 11.
13    All right. Far left?
14 A. I forgot her name, but --
15 Q. That's fine.
16    Next to her?
17 A. Khorey McDonald.
18 Q. And how old was he?
19 A. Between 19 and 20.
20 Q. And did you invite him to the
21 event?
22 A. Yes.
23 Q. Next to him?
24 A. Me.

Page 32

1  Q. And then next to you?
2  A. William Daniels.
3  Q. And how old is he?
4  A. June -- between 18 and 19.
5  Q. And did you invite him to the
6  event?
7  A. Yes.
8  Q. And next to him?
9  A. Jamie Wu.
10 Q. And how old is she?
11 A. Between 18 and 19.
12 Q. Did you invite her to the event?
13 A. Yes.
14 Q. And next to her?
15 A. I don't know his name. I
16 forgot.
17 Q. That's fine.
18    And final, far right?
19 A. Trevor. I forgot his last name.
20 Q. Do you know how old he is?
21 A. Between 18 and 19.
22 Q. And did you invite him to the
23 event?
24 A. Yes.

Page 33

1  Q. Okay. We're on slide 12.
2     So, far left?
3  A. Here (indicating)?
4  Q. Yes.
5  A. Arianna. I forgot her last
6  name.
7  Q. Do you remember how old she is?
8  A. 17.
9  Q. Did you invite her to the event?
10 A. Yes.
11 Q. And next to her we have?
12 A. Bianca Pohlak.
13 Q. And how old was she?
14 A. Between 18 and 19.
15 Q. And did you invite her to the
16 event?
17 A. Yes.
18 Q. Next to her we have?
19 A. Milah Pohlak, her sister.
20 Q. Do you remember how old she was?
21 A. 17.
22 Q. And did you invite her to the
23 event?
24 A. Yeah.

Page 34

```
 1      Q.   Next to her covering his face?
 2      A.   I can't remember who it is.
 3      Q.   No worries.
 4      A.   Yeah.
 5      Q.   We're on slide 13.
 6           Far left, first visible?
 7      A.   Me.
 8      Q.   Next to you, or kind of in front
 9   of you?
10      A.   Marielle.
11      Q.   And what's her last name?
12      A.   Koladyzn.
13      Q.   How old is she?
14      A.   Between 18 and 19.
15      Q.   Did you invite her to the event?
16      A.   Yes.
17      Q.   Then next to her we have?
18      A.   Mimi.
19      Q.   And next to her we have?
20      A.   Lucy.
21      Q.   How about slide 14, please?
22   Beginning on the far left, who is that?
23      A.   Charlotte Pierce.
24      Q.   How old is she?
```

Page 35

```
 1      A.   Between 18 and 19.
 2      Q.   Did you invite her to the event?
 3      A.   Yes.
 4      Q.   In the middle we have?
 5      A.   Tino.
 6      Q.   And to the far right we have?
 7      A.   Allie.
 8      Q.   We're going to hold up slide 15.
 9           (Pause.)
10      Q.   These are people previously
11   identified, but we're going to run through
12   it again.
13           To the left kind of in the back?
14      A.   That's Zoë.
15      Q.   And to her left?
16      A.   Is Tino.
17      Q.   Both your invitees?
18      A.   Yes.
19      Q.   Slide 16, are you familiar with
20   these individuals?
21      A.   No.
22      Q.   Moving on to slide 17, if you
23   can show that to the court reporter.
24           (Pause.)
```

Page 36

```
 1      Q.   On the far left, who is this?
 2      A.   Mimi.
 3      Q.   In the middle?
 4      A.   Lucy.
 5      Q.   And the far right?
 6      A.   Tallulah.
 7      Q.   Slide 18.  Again we've
 8   identified these people, but we're just
 9   going to go through it for record
10   purposes.
11           On the far left, who is that?
12      A.   Zoë.
13      Q.   On the far right?
14      A.   Jamie.
15      Q.   Slide 19.
16      A.   I don't know these people.
17      Q.   Okay.  We'll move on.
18           Slide 20.  Hold up that to the
19   camera for me.
20           (Pause.)
21      Q.   Thank you.
22           Who is this?
23      A.   Mimi.
24      Q.   Slide 21, hold that up for me.
```

Page 37

```
 1           (Pause.)
 2      Q.   Who are these individuals?
 3      A.   From the left it's, I guess,
 4   Trevor, Sam, Zoë, Allie, and Charlotte.
 5      Q.   And then Trevor would be
 6   standing kind of half cut off?
 7      A.   Mm-hm.
 8      Q.   Sam would be sitting at that
 9   table?
10      A.   Yeah.
11           Zoë's drinking, taking a sip of
12   a drink.
13      Q.   And then that would be Allie
14   standing to the left?
15      A.   Yes.
16      Q.   And then Charlotte standing to
17   the right?
18      A.   Yes.
19      Q.   Okay.  Thank you for going
20   through that.
21           After the party was over, did
22   you post about the event on social media
23   after the party or during the party?
24      A.   After -- well, you -- after,
```

Page 38

1  yeah.
2      Q.  You posted pictures, something
3  like that?
4      A.  Yeah.
5      Q.  And did your friends post about
6  it on social media?
7      A.  Most likely, yeah.
8      Q.  After the event, did you start
9  using Juul regularly?
10     A.  Yeah.
11     Q.  And what flavors did you prefer
12 to use?
13     A.  Mint and tobacco and then later
14 on mango.
15     Q.  When did the first people in,
16 like, your peer group hear of Juul?
17     A.  Yeah, I think this day.
18     Q.  And did people ask you about
19 your Juul device?
20     A.  Yeah.
21     Q.  So, when you were having, kind
22 of, conversations with people, did you
23 tell people about it?
24     A.  Yes.

Page 39

1      Q.  And would you say it spread,
2  caught on?
3      A.  Yes.
4      Q.  You're laughing.
5          Did it catch on in a big way?
6      A.  Yeah.
7      Q.  So it became quite popular in
8  your peer group?
9      A.  Very.
10     Q.  And the same thing probably with
11 your friends who went to the party, they
12 probably talked about it with people?
13     A.  Yeah.
14     Q.  And then it would have gotten
15 bigger from there, would you say?
16     A.  Yeah.
17     Q.  Did you bring your Juul --
18         MS. DAVIS:  Sorry.  Strike that.
19     Q.  At the time of the party, you
20 were coming off your freshman year of
21 college, if my math's right?
22     A.  Yes.
23     Q.  Did you bring the device and the
24 free pods they gave you back to college

Page 40

1  with you?
2      A.  I took a -- after that I took a
3  leave for a year and I was still in New
4  York, but I was -- I wasn't in college.  I
5  went upstate to, like, start my first
6  studio.  So I brought it to another
7  college.
8      Q.  Okay.
9      A.  SUNY Purchase.
10     Q.  And at SUNY Purchase, would you
11 have been one of the first people to have
12 a Juul?
13     A.  Yeah.
14     Q.  And did it spread there?
15     A.  Yeah.  It spread it in New York,
16 there.  Like it just was, like, started
17 going crazy.
18     Q.  Do you still smoke Juuls or
19 other tobacco products, or did it become a
20 habit for you to smoke tobacco?
21     A.  Yes.
22     Q.  And was that a pretty regular
23 habit?
24     A.  Like after?

Page 41

1      Q.  Yes.
2      A.  Yeah.
3      Q.  And would you say you now have a
4  habit of smoking tobacco products that you
5  did not have before the launch party?
6      A.  Yes.  I don't like to admit it,
7  but yes, of course.
8      Q.  Is Juuling and vaping, is that
9  still popular in your friend group, peer
10 group today?
11     A.  Like, it's honestly gotten to a
12 crazier point than it ever has.  It's
13 intense.
14     Q.  It's intense?
15     A.  Yeah.
16         MS. DAVIS:  I'd like to go off
17     the record for a second so I can check
18     my notes to see if there are any other
19     questions we need to get into.
20         (Recess taken.)
21 BY MS. DAVIS:
22     Q.  When Douglas Perrett reached out
23 to you to, kind of, help promote the
24 event, was the goal -- when you were

11 (Pages 38 to 41)

Page 42

1  invited to the event, you were invited to
2  be a promoter?
3      A.   Yes.
4      Q.   And were you told to invite
5  people?
6      A.   Yes.
7      Q.   And were you told to invite as
8  many people as you wanted?
9      A.   Yes.
10     Q.   So, the goal of you was to get
11 people there?
12     A.   Yes.
13     Q.   Okay.
14     A.   That's how I ended up in all the
15 photos.
16     Q.   Yes.  And your friends as well?
17     A.   Yeah.  I'm like oh, you're here.
18 Hey.
19         MS. DAVIS:  All right.
20         Well, I think I'm going to call
21     time here.
22         (Time noted:  2:51 p.m.)
23
24

Page 43

1              CERTIFICATION
2         I, MARIE FOLEY, a Notary
3  Public in and for the State of New York,
4  do hereby certify:
5         THAT the foregoing is a true
6  and accurate transcript of my stenographic
7  notes.
8         IN WITNESS WHEREOF, I have
9  hereunto set my hand this 24th of January,
10 2022.
11
12
13       _____
             MARIE FOLEY, RMR, CRR
14
15
16
17
18
19
20
21
22
23
24

Page 44

1              A C K N O W L E D G M E N T
2
3   STATE OF         )
4                    :ss
5   COUNTY OF        )
6
7         I, CAMESHEANN TABITHA WAKEFIELD,
    hereby certify that I have read the
8   transcript of my testimony taken under
9   oath of my statement of January 20, 2022;
10  that the transcript is a true and complete
11  record of my testimony, and that the
12  answers on the record as given by me are
13  true and correct.
14
15
16
17       _____
             CAMESHEANN TABITHA WAKEFIELD
18
19  Signed and subscribed to before me this
20  _____ day of _____, 20__.
21
22  _____
23  Notary Public, State of
24

Page 45

1              E R R A T A
2   PAGE / LINE / CHANGE   /   REASON
3   _____
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____

```
 1              A C K N O W L E D G M E N T
 2
 3      STATE OF New York      )
 4                             :ss
 5      COUNTY OF New York     )
 6
 7              I, CAMESHEANN TABITHA WAKEFIELD,
 8      hereby certify that I have read the
 9      transcript of my testimony taken under
10      oath of my statement of January 20, 2022;
11      that the transcript is a true and complete
12      record of my testimony, and that the
13      answers on the record as given by me are
14      true and correct.
15
16
17            _____
              CAMESHEANN TABITHA WAKEFIELD
18
19      Signed and subscribed to before me this
20      ___10th___ day of __February__, 2022.
21
22      _____
23      Notary Public, State of New York
24
```

```
 1                    CERTIFICATION
 2             I, MARIE FOLEY, a Notary
 3   Public in and for the State of New York,
 4   do hereby certify:
 5             THAT the foregoing is a true
 6   and accurate transcript of my stenographic
 7   notes.
 8             IN WITNESS WHEREOF, I have
 9   hereunto set my hand this 24th of January,
10   2022.
11
12
13                    _____
                              MARIE FOLEY, RMR, CRR
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                    E R R A T A

 2      PAGE / LINE / CHANGE    /    REASON

 3        Pg. 24 Ln. 21 / ~~Tallulah Gilroy~~ Talulah Gilroy/ Misspelling

 4        Pg. 26 Ln. 21 / ~~Tallulah Gilroy~~ Talulah Gilroy/ Misspelling

 5        Pg. 27 Ln. 24/ ~~Christopher Topper~~ Christopher Tapper/ Misspelling

 6       Pg. 29 Ln. 7/ ~~Tallulah~~ Talulah/ Misspelling

 7        Pg. 31 Ln. 17/ ~~Khorey McDonald~~ Khorey MacDonald/ Misspelling

 8        Pg. 32 Ln. 2/ ~~William Daniels~~ Liam Daniels/ Misspelling

 9       Pg. 32 Ln. 9/ ~~Jamie Wu~~ Jamie Lui/ Misspelling

10       Pg. 36 Ln. 6/ ~~Tallulah~~ Talulah/ Misspelling

11
12
13
14
15
16
17
18
19
20
21
22
23
24
```