# EXHIBIT 210



# Juul School

CONFIDENTIAL

SFUSD_001936

# Quick Check

Rate your familiarity with vaping and vaping products.



CONFIDENTIAL

# WHICH ITEM IS A VAPING DEVICE?








CONFIDENTIAL

SFUSD_001938

# SFUSD Policy

**Tobacco, Alcohol and other Drugs:**
(District #39-28Sp1, State, Federal)
Maintains a tobacco and drug free environment in all district buildings, grounds, and vehicles including district sponsored events, and activities.

CONFIDENTIAL

# New Anti Tobacco Signs have been made and distributed to all sites.




SFUSD_001940



CONFIDENTIAL

SFUSD_001941

# E-Cigarettes & Vape Pens Generations



### Cig-a-Like

E-cigarettes came onto the market around 2007

Most delivered nicotine and were disposable.

### Variations

Variations on the first e-cigarettes included products like e-hookah and rechargeable versions

### Vape Pens

These have higher capacity batteries that can reach higher temperatures, have refillable e-liquid cartridges, and allow users to regulate the frequency of inhalations.

### Mods

Large size, modifiable e-cigarettes allow for more aerosol, nicotine, and other chemicals to be breathed into the lungs, at a faster rate.



Tobacco Prevention Toolkit
Division of Adolescent Medicine, Stanford University
For more information go to: www.tobaccopreventiontoolkit.stanford.edu

CONFIDENTIAL

SFUSD_001942

# Trending



**tobaccopreventiontoolkit.stanford.edu**

SFUSD_001943

# What Are E-Cigarettes?

**Nicotine aerosol**

**Atomizer/coil**

**Battery**



**Absorbent material/cotton:**

**Nicotine**
Propylene glycol
Vegetable glycerin
Flavorants



CONFIDENTIAL

SFUSD_001944

# Anatomy of a Pod-Based System

These cartridges/pods do contain **NICOTINE!**

Cartridges/Pods





P H I X

J U U L

Devices with Rechargeable Battery

Covers

**tobaccopreventiontoolkit.stanford.edu**

CONFIDENTIAL

SFUSD_001945

# VAPING
# VS.
# AEROSOL



CONFIDENTIAL

# What Are They Breathing In?



- Nicotine

- Ultrafine particles that can be inhaled deep into the lungs

- Flavoring such as diacetyl, a chemical linked to a serious lung disease

- Volatile organic compounds

- Cancer-causing chemicals

- Heavy metals such as nickel, tin, and lead

CONFIDENTIAL

SFUSD_001947

# Strength of a Pack

NOTE: ALL SALT-BASED E-JUICE/LIQUID CONTAINS **NICOTINE**!

| | Amount | Equivalent |
|---|---|---|
| *1 pack cigarettes*  | *20 cigarettes (contains 8mg per cigarette, but only inhale 1mg)* |  |
| *1 JUULpod*  | *0.7 mL pod "5% nicotine by volume"* |  |
| *1 PHIX pod*  | *1.5 mL pod "5% nicotine by volume"* |  |
| *1 Suorin pod*  | *2 mL cartridge "5.4% nicotine by volume "* |  |

SFUSD_001948

# Why Flavors?



**15,500** tobacco flavors and counting

NS, BOOGER SUGAR, BANANA BUTT, HONEY DOO DOO, BARNEY PEBBLES, DRAGON'S BLOOD, D

MANGO    VIRGINIA TOBACCO    COOL MINT    FRUIT MEDLEY    CREME BRULEE



### Tobacco Giant Fights San Francisco's Proposed Ban on Flavored Products

www.bloomberg.com

A major tobacco company is pumping millions of dollars into a campaign to persuade San Francisco voters to reject a ban on selling flavored tobacco products, including menthol cigarettes, certain chewing tobaccos and vaping liquids with flavors like cotton candy, mango and cool cucumber.

CONFIDENTIAL

SFUSD_001949

# E-Cigarette/Vape Bridge to Cigarette Use

Adolescents who vaped were <u>4 times</u> more likely to report cigarette smoking



**Non-User Side**

**E-Cig/Vape Bridge**

**Cigarette User Side**

tobaccopreventiontoolkit.stanford.edu

CONFIDENTIAL

SFUSD_001950

JUULERS AGAINST JUUL

CONFIDENTIAL

SFUSD_001951

# 5 Facts about JUULS

1. **JUULS contain nicotine**

2. **It's an aerosol, not vapor**

3. **We can't say they are "safe"**

4. **Teens who use them are more likely to use cigarettes**

5. **Your students probably know more about them than most of the adults at your school**



CONFIDENTIAL

# What's the Bottom Line?

- The use of e-cigarettes is unsafe for kids, teens, and young adults.

- Most e-cigarettes contain nicotine. Nicotine is highly addictive and can harm adolescent brain development, which continues into the early to mid-20s.

- E-cigarettes can contain other harmful substances besides nicotine.

- Young people who use e-cigarettes may be more likely to smoke cigarettes in the future.



CONFIDENTIAL

# 2018 Public Service Announcement Winners



**High School Art Category —Joelle Chien, 9th Grade**

CONFIDENTIAL



Middle School Art Category - Nina Edwards, 7th Grade

Each year, the SFUSD Tobacco Use Prevention Education Program, under the guidance of the Student Health Advisory Board Super YOW committee, holds a PSA contest for SFUSD middle and high school students. Here are this year's winners and video links.

LGBTQ - A.P. Giannini Middle School YOW
https://tinyurl.com/APGMSVideo

High School - Jonathan Chan, 11th Grade
tinyurl.com/JCLHSvideo

Middle School - Brian Rodriguez and Oliver Raber, 6th Grade
tinyurl.com/Hoovervideo

For more information, please visit sfusdhealtheducation.org or
https://tinyurl.com/y8926rtz



LGBTQ Art Category - Hazel Madlock, 6th Grade

CONFIDENTIAL

# We Want YOUR students to submit PSAs and Posters!

**Contest Categories:  Elementary (4th/5th), Middle School, High School, LGBTQ**

Suggested topics may include but are not limited to:

- JUULs and Vaping
- Cigarettes, E-cigarettes, hookah, and cigarillos
- Influence of smoking in the media
- Tobacco industry targeting youth
- Making healthy decisions about tobacco
- Secondhand smoke exposure

**Deadline: February 17, 2019**
PSA Website

SFUSD_001956



# What's the Bottom Line?

- WHAT ARE E-CIGARETTES?
  WHAT IS IN E-CIGARETTE AEROSOL?
- ARE E-CIGARETTES LESS HARMFUL THAN REGULAR CIGARETTES?
- WHAT ARE THE HEALTH EFFECTS OF USING E-CIGARETTES?
- CAN E-CIGARETTES HELP ADULTS QUIT SMOKING CIGARETTES?
- WHO IS USING E-CIGARETTES?

**In your table groups, identify three facts that stood out and had WOW factor.**

CONFIDENTIAL

SFUSD_001957



# References for Staff

STANFORD TOOLKIT
https://med.stanford.edu/tobaccopreventiontoolkit/E-Cigs.html

PSA CONTEST INFORMATION
tinyurl.com/PSAcontest2019

GENERAL
https://www.drugabuse.gov/publications/drugfacts/electronic-cigarettes-e-cigarettes

NICOTINE STRENGTH
https://www.nicvape.com/About-Nicotine-Strengths

CDC ABOUT ELECTRONIC CIGARETTES
https://www.cdc.gov/tobacco/basic_information/e-cigarettes/Quick-Facts-on-the-Risks-of-E-cigarettes-for-Kids-Teens-and-Young-Adults.html

# References for Parents

SFUSD FAMILY HANDBOOK 2018-19
https://sites.google.com/a/sfusd.edu/sfusd-student-and-family-handbook-2018-19/home
Page 69-70 Matrix for disciplinary guidelines

TALKING TO YOUR TEEN
http://theconversation.com/so-your-teenager-is-vaping-e-cigarettes-should-you-worry-36398

STANFORD TOOLKIT
https://med.stanford.edu/tobaccopreventiontoolkit/resource-directory.html#parents/guardians

CONFIDENTIAL

SFUSD_001958

# School Health Program Staff



Christoper Pepper, Teacher on Special Assignment
pepperc@sfusd.edu

Karen Tiu, Teacher on Special Assignment
tiuk@sfusd.edu

TUPE SFUSD Nurses

**Michelle Rait:** elementary/middle school level
**raitm@sfusd.edu**
**Lynda Boyer-Chu**: high school level
**boyerl@sfusd.edu**

CONFIDENTIAL