# EXHIBIT 211

 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4

 5

 6    IN RE: JUUL LABS, INC., MARKETING,
      SALES PRACTICES, AND PRODUCTS        Case No.
 7    LIABILITY LITIGATION             19-MD-02913-WHO

 8    _____

 9

10

11

12

13

14

15       VIDEO-RECORDED DEPOSITION of ERICA LINGRELL

16                  (Via videoconference)

17                Thursday, August 19, 2021

18

19

20

21

22

23

24    REPORTED BY:
      CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25    JOB NO. 197527

1      Q.  Prior to this reorganization, am I
2  correct that you did not report to Ms. Pak?
3      A.  No.  Yes, you're correct.  I did not
4  report to Ms. Pak.
5      Q.  Prior to the reorganization, did you
6  work with Ms. Pak?
7      A.  Yes.
8      Q.  And in what role did you work with her?
9      A.  We co-led some of our initiatives.  So
10  the TUPE grant, Tobacco Use Prevention
11  Education.  We have several programs we run with
12  students.  And we worked together on health
13  education for K-12 teachers.
14          Yeah.  There is many different programs
15  that are under that, but that sort of sums it
16  up.
17      Q.  I may ask you some more specifics about
18  that, but for now that's very helpful.  Thank
19  you.
20          So in your role as a program
21  administrator, what are your core
22  responsibilities?
23      A.  My core responsibilities are working
24  with the health teachers to make sure that they
25  receive the training that they need to work with

1   students to give them the most updated and

2   nonbiased information.

3           I work also with teacher leaders at

4   sites that don't have health teachers to make

5   sure that they are giving the most up-to-date

6   information to their staff and students.

7           I work with the School District nurse

8   leaders to bring tobacco prevention education to

9   their sites and to teach other nurses about our

10  tobacco prevention programs.

11          I work to train schools in social and

12  emotional learning, as well as different topics

13  of health.

14          I mean, there is many things that I do.

15  I'm not sure where to stop, but I would say that

16  those are some of the big umbrellas.

17      Q.  Okay.  So before we talk about other

18  responsibilities, you mentioned that you -- one

19  of the responsibilities you had was working with

20  schools when there is not a health teacher.

21          Does that mean there is not a dedicated

22  teacher for health curricula at a given school?

23      A.  Yes.  There is curricula at all of our

24  schools, but some of our schools, elementary

25  schools, do not have health teachers.

1           Every teacher is responsible for

2    teaching all of the subjects in elementary.  So

3    we have a health teacher leader there who comes

4    and gets trained with us and they go back and

5    train their staff in what they need to share

6    with them.

7         Q.  So because those elementary school

8    teachers are responsible for literally teaching

9    everything, one part of it is now health

10   education?

11        A.  Exactly.

12        Q.  In your role as a program

13   administrator, do you have any involvement in

14   health education as it relates to marijuana use?

15        A.  Yes.  All of the substances.

16        Q.  I'm sorry, all of -- all of, I'm sorry,

17   the substances?

18        A.  Well, we have to teach our students

19   about -- about all of the substances.  Really we

20   have to teach the teachers about the substances,

21   and then they choose which ones are coming up

22   the most and what their students need.  They

23   have the knowledge, but they need to choose

24   what's relevant for their classroom.

25        Q.  So is it fair to say that your job is

Page 24

1    to teach the teachers about all forms of drugs,

2    alcohol, nicotine, so that the teachers are

3    informed?

4         A.  Yes.

5         Q.  You mentioned the TUPE program a moment

6    ago.

7              Is that program funded by a grant?

8         A.  Yes.

9         Q.  Is one of your responsibilities to

10   write or co-write the application for that

11   grant?

12        A.  Yes.

13        Q.  Is it that you -- do you write the

14   application yourself or do you do it with -- in

15   concert with others?

16        A.  I do it in concert with Quarry Pak and

17   sometimes we have a team.  It's a big job.  So

18   we collect information and go through the

19   writing process.

20        Q.  Is the grant something that you have to

21   apply for annually, or does the grant cover more

22   than one year?

23        A.  Three years.  So we apply for it once

24   every three years.

25        Q.  And do you -- is the collecting

1   you got what I was asking.

2          Do you educate the teachers in the same

3   way as with nicotine where they -- pre-COVID

4   they would attend in-person classes?

5   A.  Yes.  It depends on what's coming up.

6   So we focus our education on what's happening

7   with our students.

8          So, you know, if a lot of -- in the

9   case of what's been happening, is vaping has

10  been a huge problem; so we've been focusing our

11  professional development on that.

12         You know, we don't tend to focus on --

13  we give them information about alcohol and we'll

14  give them a little, you know, section about

15  that.  But the focus will depend on what we're

16  seeing with our students and what problems are

17  coming up with our students.

18  Q.  So at least recently is it fair to say

19  that -- that -- recently, pre-COVID, is it fair

20  to say that teachers were not giving in-person

21  classes specifically about alcohol use or

22  alcohol prevention?

23  A.  I wouldn't say that.

24  Q.  Okay.

25  A.  I would say the emphasis was not on

1      Q.   So let me ask about illicit substances.

2           At a high level, what is the impact of

3   student use of illicit substances?

4           MR. CUTLER:  Lacks foundation.

5           You can answer, Ms. Lingrell.

6           THE WITNESS:  So it affects students'

7   brains.  Their brains are developing, and any

8   substance that they use will negatively affect

9   their brain at this stage of their growth and --

10  BY MR. SCHWAB:

11      Q.   And how does that impact SFUSD?

12      A.   Well, if students aren't learning at

13  the rate that they could and are not showing up

14  for school, it impacts because, you know, our

15  goal is to make sure that all of our students

16  show up, that they are ready to learn, that they

17  attend school.

18           So it means that our staff can't focus

19  on other things.  They need to focus on figuring

20  out why the students are taking substances or

21  how it's affecting their work, their behavior,

22  their relationship to school.

23      Q.   Are there other factors beyond illicit

24  substances that impact student truancy or

25  unexplained absences?

Page 46

1        Q.  Would it be fair to say that by the
2   time you became a program administrator in 2015,
3   SFUSD had been providing tobacco education for
4   some time?
5        A.  Yes.
6        Q.  Electronic cigarette education has been
7   part of that tobacco or nicotine education
8   program since at least 2015; correct?
9        A.  Yes.
10        Q.  Have you been involved in the
11   e-cigarette or vaping part of that education
12   since you became a program administrator in
13   2015?
14        A.  Yes.
15        Q.  Has the e-cigarette portion of the
16   education portion changed over time?
17        A.  Yes.
18        Q.  Can you briefly explain to me how it's
19   changed?
20        A.  There -- as e-cigarettes became more
21   popular, as JUULs became more popular, we became
22   very concerned.  And in our vaping
23   presentations, we had to share about JUUL and
24   let staff know what it looked like and what a
25   problem it's becoming.  And they were also

1    sharing with us what they were finding as well.

2          So we put more of a focus on Juuling

3    and vaping than had happened before.

4          Q.  When you say more focus on JUUL, does

5    that mean specifically on JUUL products --

6          A.  Yes.

7          Q.  -- or on JUUL products and other

8    vaping?

9          A.  Specifically on JUUL products.  We did

10   present with other products as well but with the

11   emphasis that Juuls was a problem and letting

12   them know how to recognize the JUUL technology.

13         Q.  And how did you identify that JUUL was

14   a problem in particular?

15         A.  We were hearing it from students.  We

16   were seeing it across the United States.  We

17   were hearing it from our wellness staff.

18         Q.  When you say you were seeing it across

19   the United States, can you explain what you

20   mean, please?

21         A.  There was newscasts happening.  We were

22   hearing from other educational resources, you

23   know, about what was happening in other areas,

24   and we were hearing it from our own city.

25         Q.  When you say you were hearing it from

Page 64

1    TUPE grant.  So we do everything that we can to

2    get the information out there with our limited

3    resources.

4         Q.  So the TUPE grant, I think you said

5    earlier, is just less than $500,000 per unit;

6    correct?

7         A.  Yes.

8         Q.  So what -- what portions of the program

9    are paid for by the TUPE grant?

10        A.  I believe it covers two positions and a

11   part of a program administrator position.  Keep

12   in mind, this is a school District of 152

13   schools and 55,000 students.

14            So -- so it covers those two positions,

15   part of the program administrator position.  It

16   pays for some stipends for youth outreach

17   coordinators, because there are adults that work

18   with our youth to lead in our youth lead peer

19   education programs.  So it's some stipends for

20   them and some supplies.

21        Q.  And then what portions of your nicotine

22   education programming is not paid for the TUPE

23   grant?

24        A.  What portion does it not pay for?

25        Q.  Yes.

1        A.   Well, that's a -- that's a complicated

2   answer.

3        Q.   Okay.  Let's start with -- I guess what

4   makes it complicated to answer?

5        A.   Because our staff at school sites are

6   dealing with so many problems and our wellness

7   staff are having to work with students to -- you

8   know, who have been caught using nicotine.  They

9   are having to patrol the bathrooms because, you

10  know, the students are Juuling in the bathrooms.

11  They are having to patrol different parts of the

12  campuses now where students are hiding to smoke

13  the Juuls.

14        So it's complicated to say how much of

15  someone's FTE did they spend doing these kinds

16  of things, but I do hear a lot of complaints

17  that it's taking up a lot of time and it's a

18  nuisance.  Not only is it dangerous, of course,

19  to our students but it's a nuisance for our --

20  for our schools.

21        Q.   The wellness coordinator that you just

22  referred to, are they responsible for student

23  wellness in general or only for tobacco-related

24  issues?

25        A.   For student wellness generally.

1        A.   I mean, I think I already answered

2    that.  It's a hard question to answer.

3        Q.   I understand it's hard, but I'm trying

4    to unpack it a little bit.

5            So we talked about wellness

6    coordinators.  Some portion of their time is

7    devoted to preventing, I guess, regular

8    cigarettes but also e-cigarettes by patrolling

9    restrooms, by patrolling the campuses,

10   interventions.

11           Are there other examples like that that

12   you can think of sitting here that are costs of

13   your education program, nicotine education

14   program, that are not covered by the TUPE

15   grants?

16       A.   Well, I want to correct.  I didn't say

17   anything about cigarettes.  I said Juuls.

18           So -- and it's not just wellness

19   coordinators.  It's teachers and security staff.

20           And I have heard several teachers

21   complain that their students are leaving the

22   classroom for long periods of time to go smoke

23   Juuls in the bathroom or wherever they go; that

24   they're losing their learning, and then the

25   teacher has to take time away from the class to

1   get on the phone and talk to the security person

2   or wellness staff or principal to locate those

3   kids.

4           So it's a complicated issue.  It's not

5   just wellness staff.  It's a lot of staff in the

6   school and it's also the students losing

7   learning time.

8           Combustible cigarettes have not been a

9   problem for many years now.  So you don't see --

10  you mentioned smoking cigarettes.  That's not

11  what we're seeing.  We're seeing vaping Juuls.

12          Other problems.  You know, I don't

13  know, how do you measure learning loss?  You

14  know, how do you -- okay.  Then you have to hire

15  a teacher, a study-hall teacher, to, like, help

16  them make up their credits because they have

17  missed so much class or they've gotten behind.

18  So how do you, you know, measure the cost of

19  that kind of thing?

20          Yeah, and I would say, you know, we've

21  had to put up more signage.  That's a cost.

22          You know, the nurses having to spend

23  more time sharing information with families

24  about vaping and Juuls is a cost.  They have a

25  lot on their plates.  And so to, you know, take

1    away from everything else that they are doing,

2    especially now with COVID, and we really rely on

3    them.  There is only one -- just imagine there

4    is one nurse for thousands of kids and then

5    they've got to spend their time, you know,

6    educating parents about Juuls when there's --

7    there's so many -- there's so many problems, you

8    know, that they should be dealing with.

9              And, yeah, so that's just some

10   examples.  I'm sure there's -- I'm sure there's

11   more.  I -- it's a -- yeah.

12        Q.  So let me ask you a few questions.

13             You mentioned additional signage.  Is

14   that signage particular -- is it particular to

15   Juul or is it signage about vaping and

16   e-cigarettes?

17        A.  Signage about vaping and e-cigarettes.

18        Q.  And that's not covered by -- the

19   signage is not covered by the TUPE grant?

20        A.  I'm not sure.

21        Q.  You mentioned you heard from several

22   teachers about students that have left class for

23   an extended period of time to use JUUL products

24   for e-cigarettes; correct?

25        A.  Yes.

1        Q.   What are those teachers' names?

2        A.   What are their names?

3        Q.   Yeah.  Who are they?

4        A.    I don't remember.  They're people I've

5    talked to over the years.

6             Across the street at Lincoln, I can

7    tell you the high school, Lincoln, but I don't

8    remember the name of the teacher.  I think she

9    is retired.

10            And then, you know, when we are giving

11   our professional developments, it's different

12   people in the room.  They are just sharing

13   what's happening.

14            So one person will be, you know, I'm

15   having this problem, and, you know, they have to

16   time to share and talk, and then another one

17   will say, we're having that same problem as

18   well.  So, yeah.

19       Q.   You mentioned school nurses.  Is there

20   a nurse in every SFUSD school?

21       A.   Not in every school.  Some schools

22   don't have a nurse.  We don't have the funding

23   to have a nurse at every school.  But we try to

24   have someone available on the phone to at least

25   consult with if there is not a nurse there.  Our

1    you cover all substances?

2         A.  Well, COVID is -- that's not a

3    substance, but right now we're focusing on

4    disease prevention, obviously.

5              You know, because we're concerned about

6    a new generation of young people addicted to

7    tobacco, we've really focused on tobacco and

8    vapes and Juuls, particularly because, you know,

9    we had spent years getting kids to stop smoking

10   combustible cigarettes and then all of a sudden

11   they're vaping and smoking Juuls.

12             So that's a consequence that's going to

13   last for years and years and years.  Because

14   when somebody starts using as a teenager, they

15   are more likely to continue using for -- into

16   their 20s and possibly for the rest of their

17   lives.  So, you know, that -- that is a huge

18   concern and a momentum that we want to stop.

19             And alcohol is a problem.  Alcohol has

20   been a problem for many years.  And we also, you

21   know, work with our health teachers to -- to,

22   you know, keep -- well, really to teach students

23   about use and reducing use, to help them make

24   good decisions and to help them, you know, think

25   about the decisions that they are going to make

1   extended hours to do this at the end of my day.

2   I'm going to stay, you know, and do some reports

3   and then reach out to some families and reach --

4   lead this student group.

5          They need time in terms of just staff

6   members.  I mean, I told you this has been such

7   a nuisance for our staff and, you know,

8   principals and security staff and nurses and

9   teachers having to deal with kids going out of

10  class to vape and, you know, the students in the

11  class are missing learning because the teacher

12  has got to figure out what's happening.

13         So I think, you know, having an extra

14  security staff member, an extra nurse, an extra

15  someone who can -- who can manage all the

16  problems that are coming up.

17         Like someone whose sole job it is --

18  you know, I mean, nurses have to do a bunch of

19  things.  Wellness staff and health teachers do a

20  bunch of things.  But somebody who can really

21  take this on, like say I'm the point person to

22  take this on, that I'm going to reach out to the

23  students and families and work with the students

24  and give -- you know, because we're just

25  overburdened.

1            I mean, we're a huge school district.
2    And, you know, as I described before, yes, there
3    is some money from TUPE, but that covers like a
4    couple of positions centrally.  This is, you
5    know, not going to do what we need to do at
6    every school site and reach every kid.
7            So -- so I think staff and an extra --
8    additional hours for staff that are already
9    working.
10           Also, you know, maybe some technology
11   in terms of cameras to help supervise the areas
12   that are more problematic at each campus, where
13   kids go and vape and -- so, yeah.
14      Q.  Okay.  Anything else?
15      A.  I mean --
16      Q.  Anything else you can think of right
17   now?
18      A.  Those are the biggest things.  I think
19   it's just, you know, qualified staff who are
20   very -- who are well trained in these issues and
21   who can dedicate -- can truly dedicate their
22   time to working with students, families, you
23   know, and helping to create a plan for the
24   school based on all of the different areas for
25   supervision, you know, and just do education on

1   top of what's happening in the health class,

2   because the health teachers -- you know, we --

3   like I said, time.  It's limited time.  They

4   have got a lot that they need to teach and, you

5   know, they do the best that they can.  We all do

6   the best that we can, but it's an insidious

7   problem, so it's -- we just need more -- more

8   hands on it.

9           What I would also say, you know,

10  funding to -- for kids and for families who want

11  to quit, you know, the funds that we get from

12  TUPE are very restrictive.  We can only spend

13  them on certain things.

14          So having incentives.  If you come to

15  this quit group, you know, you get $20, you get

16  this.  So actually having, you know, monetary

17  incentives for kids and for, you know, their

18  family members to come to an information

19  session, you know, to want to -- to learn more

20  about these products and -- and just get some

21  strategies for how they can reduce use or quit.

22      Q.  I have a question about that.  So TUPE

23  does -- well, does TUPE cover at least some

24  quitting or cessation work that you do?

25      A.  Yes.