# EXHIBIT 214

Page 1

1         UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3

4  IN RE:  JUUL LABS, INC.           )
   MARKETING, SALES PRACTICES AND   )
5  PRODUCTS LIABILITY LITIGATION,   )
                                     ) Case No. 19-MD-2913-WHO
6                                    )
                                     )
7  _____)

8

9

10

11

12

13

14        ZOOM VIDEOTAPED DEPOSITION OF MICHAEL DORN

15              WEDNESDAY, AUGUST 24, 2022

16

17

18

19

20

21

22  REPORTED BY:
    LESLIE L. RUSTIN
23  CSR NO. 4148
    JOB NO.:  216120
24

25

1     A    Right.  So our assessment was very focused
2  on the specific topic of e-cigarette use.  And what
3  I can tell you is it is definitely a top concern for
4  them based on, you know, what they have told us, the
5  data we produced, what I saw.
6          It is impacting every aspect of their
7  operation, particularly in their secondary schools.
8          We do have some schools noted that at
9  least at this time we didn't see evidence of a
10 significant vaping problem.
11         But I'll tell you, I mean, it's having a
12 catastrophic effect on their ability to educate the
13 students, and it is impacting I would say just about
14 every area of safety.
15         As we point out with the example -- and I
16 don't want to say this all relates to school
17 shootings.  This is just as one example.  But when
18 you talk about things like parking lot safety,
19 that's where this problem of e-cigarette use can
20 impact that.
21         So common example you could see is
22 something like -- I have seen this with other things
23 you have where got a building principal who is
24 normally outside for morning arrival afternoon
25 dismissal.  They are tied up with some parents over