# EXHIBIT 215

MINUTES OF THE REGULAR MEETING OF
THE BOARD OF DIRECTORS OF

**PAX LABS, INC.**

**Date:**              June 17, 2015

**Time:**              9:00 a.m. PT

**Place:**             Company Offices
                       660 Alabama Ave.
                       San Francisco, CA 94110

**Directors Present:**  James Monsees
                        Adam Bowen
                        Riaz Valani
                        Nick Pritzker
                        Harold Handelsman

**PRITZKER**
**No. 14034**

**Directors Absent:**   None

**Others Present[1]:**  Hoyoung Huh
                        Alex Asseily
                        Matt Bigliardi
                        Scott Dunlap, Chief Operating Officer
                        Tim Danaher, VP Finance
                        Barry Schaevitz, Fox Rothschild LLP
                        Zach Frankel, observer
                        Jeffrey Patt, Katten Muchin Rosenman LLP

### 1.   Call to Order; Preliminary Matters; Review of Agenda

Mr. Monsees called the meeting of the board of directors (the "Board") to order and announced that a quorum of the members of the Board of PAX Labs, Inc. (the "Company") was present and that, with the Board members duly noticed and a quorum convened, the meeting was ready to proceed. Mr. Patt acted as Secretary of the meeting. The meeting began with all participants present in person. Mr. Monsees began the meeting by reviewing the agenda.

### 2.   Corporate Lease

Mr. Danaher provided the Board with an update on the negotiations regarding the possible lease of new office space. Mr. Danaher reviewed the letter of intent that had been tendered to the landlord and the status of discussions. The Board then discussed the terms outlined, including the termination rights. After further discussion, the Board authorized Mr. Danaher to continue discussions with the landlord on the terms presented.

---

1   Other guests joined the meeting as noted in the minutes.

109510645v1

Discovery Ex. No. 14034
Cause No. 19-md-02913
In Re: JUUL Labs, Inc.

HIGHLY CONFIDENTIAL                              JLI01426553

3.   **Approvals**

Mr. Monsees next led a discussion of the following actions for the Board's review and approval:

a. After a brief discussion, upon a motion duly made and seconded, the Board unanimously approved the minutes of the previous Board meeting held on March 23, 2015.

b. Mr. Danaher next presented to the Board the 409A valuation prepared by Scalar. Mr. Danaher outlined the methodology used in preparing this valuation and the differences from the prior year. After further discussion, upon a motion duly made and seconded, the Board unanimously approved the 409A valuation.

c. Mr. Danaher then outlined for the Board the status of the Company's 2007 Stock Plan, including the number of shares reserved for grants under the plan, the number of options and other grants outstanding under the plan and management's assessment of the number of additional shares required to satisfy commitments to recent hires as well as the number of shares contemplated for future grants. The Board discussed with management the percentage of outstanding shares of capital stock represented by the plan and their expectation of future hires and grants. After discussion among the Board members and management as to the time period for which the proposed increase should serve the Company, upon a motion duly made and seconded, the Board unanimously adopted and approved the following resolutions:

RESOLVED, that the Board hereby authorizes and approves increasing the number of shares of common stock of the Company reserved for issuance pursuant to the Company's 2007 Stock Plan, as amended, from 8,200,000 to 11,700,000 shares of common stock, and the Board hereby authorizes each of the proper officers of the Company to take such actions, including executing an amendment to the 2007 Stock Plan, as they deem necessary or appropriate to effect the foregoing.

RESOLVED FURTHER, that the Board hereby authorizes each of the proper officers of the Company to make such other changes to the 2007 Stock Plan as such officers deem necessary or appropriate in light of changes in law or circumstances, including with respect to the deletion of the information rights contemplated by Section 9(b) of the 2007 Stock Plan and other administrative provisions.

d. Mr. Danaher next presented to the Board the proposed option grants described on **Exhibit A** to these minutes. After further discussion among the Board members and management as to the specific grants proposed, upon a motion duly made and seconded, the Board unanimously approved the following resolutions:

RESOLVED, that the Board hereby authorizes and approves each of the proposed option grants set forth on **Exhibit A** to these minutes, on the terms set forth therein, each to be evidenced by a grant agreement in the form previously approved by the Board, and the Board hereby authorizes each of the proper officers to take such actions as they deem necessary or appropriate to evidence the foregoing, including the execution and delivery of grant agreements as described above.

HIGHLY CONFIDENTIAL                                                         JLI01426554

e. Mr. Danaher then updated the Board on the line of credit that had been provided by Union Bank. Mr. Danaher provided the Board with a brief summary of the terms of the Union Bank facility, as previously authorized by the Board. After further discussion, Mr. Danaher asked the Board for authorization to draw down up to $2.0 million under Union Bank facility for 2015, and upon a motion duly made and seconded, the Board authorized the proper officers of the Company to take such actions as they deem necessary or appropriate to drawn down up to $2.0 million under the Union Bank facility during the remainder of 2015.

## 4.   PWC

Mr. Monsees next invited Jeff Miller from PwC to join the Board meeting to discuss some tax planning considerations relevant to the Company's planned expansion into international markets. Mr. Miller outlined for the Board a variety of planning alternatives for consideration in structuring their proposed expansion outside the United States, including with respect to the location of foreign operations, development opportunities, intellectual property and sales and marketing. After this presentation and a discussion among the Board members, the Board authorized management to continue to work with PwC and legal counsel in evaluating alternatives for the structure of the Company's foreign operations with the expectation that a proposal would be presented to the Board for action in the next couple of months. Following this discussion, Mr. Miller left the meeting.

## 5.   Enterprise Risk Management

Mr. Patt then addressed the topic of enterprise risk management (ERM). The Board previously had identified that, in light of the Company's projected growth and expansion into new product and geographic markets, the Board and management should assess the adequacy of the Company's processes for identifying and managing the enterprise risks to the Company. With that direction, Messrs. Handelsman, Patt and Danaher had held initial discussions with a few different firms who could assist the Company in this undertaking. Mr. Patt briefed the Board on the discussions with each of these firms, including as to the scope of the project, the timeline and cost, the anticipated level of disruption and the work product expected to be delivered. After a Board discussion about the topics outlined, and upon a motion duly made and seconded, the Board unanimously authorized Mr. Danaher, with the assistance of Messrs. Handelsman and Patt, to propose to the Board at or before the next meeting the retention of one of the firms interviewed, which proposal should include a budget, timeline and outline of deliverables.

## 6.   Corporate Structure

Mr. Handelsman next updated the Board on discussions among management and its legal and tax advisers regarding possible structuring alternatives as the Company entered into new lines of business or as existing lines of business led to new and different market opportunities. Mr. Handelsman noted that the Board had previously authorized management to explore possible alternatives in light of the Company's plans to introduce products, and enter geographic markets, where the possible exit strategies might be different, including sales of product lines or business units to different buyers, possible joint ventures and other capital transactions. Each of the

HIGHLY CONFIDENTIAL                                                            JLI01426555

alternatives being considered would involve transaction costs and divert time and attention of management, but the focus at this point was to understand the alternatives and assess whether the potential benefits would justify these costs as well as the ongoing costs of operating business units separately. After further discussion among the Board members, management and their advisors, the Board upon a motion duly made and seconded, authorized management to continue to explore these alternatives and present to the Board a more detailed timeline, budget and outline of the potential benefits.

7.     **Board Committees**

The Board next discussed the role of committees in the execution of its responsibilities. It was noted that the Board previously appointed audit and compensation committees, but that the membership of these committees had not been updated following the completion of the JTI transaction and the addition of Mr. Handelsman to the Board. After further discussion, the Board concluded that it would defer formal committee appointments until it had addressed the broader make-up of the Board, but that in the meantime, counsel should review and, as appropriate, revise the charters currently in place for each of the audit and compensation committees.

8.     **State of the Company**

Mr. Danaher then led a discussion of the Company's results of operations and performance relative to plan, including an update on the rollout of JUUL. Mr. Dunlap then discussed the Company's operational key performance indicators, including with respect to the supply chain for JUUL and early feedback on the products. At this point, Richard Mumby joined the meeting. Management discussed the recent contract to outsource customer service. They also discussed some of the ongoing challenges in how best to track and project JUUL sales.

Management also provided the Board with an update on the PAX 2 launch, including as to customer and media feedback and a discussion on pricing. The Board and management also discussed sales of the remaining PAX 1 inventory, possible market testing and a trade-up program.

Mr. Mumby then provided the Board with his perspective on the JUUL launch and customer feedback. The Board discussed the Company's approach to advertising and marketing and portrayal of the product, which led to a discussion of the Company's longer-term product strategy led by Mr. Monsees. The Board discussed the status of the Company's next generation products and extensions and the Company's projected timelines for international expansion and new products. At this point, Piotr Brzezinski joined the meeting for a discussion of the K3 product line and the Company's continuing evaluation of the opportunities and challenges in the cannabis market.

Mr. Dunlap next provided an overview of the JUUL supply chain and the Company's plans to meet the anticipated demand for pods, both in the short-term through expansion of manual lines and in the long-term through automation. The Board discussed the timeline for automation, the anticipated costs and impact on the business plan. Mr. Dunlap also updated the Board on the redeployment of the Company's in-house customer service personnel and

HIGHLY CONFIDENTIAL                                                                              JLI01426556

management discussed the pending IT upgrades and projects, including the pending ERP project and recommendations.

Gal Cohen joined the meeting. Mr. Schaevitz led a discussion of scientific study guidelines and provided the Board with an update on recent FDA developments relating to e-cigarettes. The Board discussed the Company's plans to continue to assess its marketing policies and procedures and the use of scientific research.

9.    **Business Plan**

Mr. Monsees led a discussion regarding the Company's business plan. Mr. Monsees updated the Board on management's priorities for 2016 and 2017 based on the success of the Series C preferred stock offering. With $46 million of new capital raised, management planned to prioritize maximizing JUUL's opportunities for success by investing in sales and marketing and expanding the supply chain. Management also planned to expand PAX 2 marketing, including expanding the dispensary channel, the Company's digital presence and its use of influencers and event sponsorship. Mr. Monsees noted that the Series C offering should allow the Company to pursue aggressively its international expansion and brand building and provide the resources to invest in the infrastructure needed to support the expected level of growth and in bringing K3 to market in early 2016.

Messrs. Monsees and Danaher then outlined for the Board the adjustments to the 2015 plan to account for the foregoing. After discussion of the detailed adjustments, upon a motion duly made and seconded, the Board unanimously approved the proposed adjustments to the 2015 business plan and the corresponding expenditures presented. The Board then discussed the expected P&L impact in 2015 and future years of these investments and expenditures and the sales that are expected to result. Mr. Danaher also addressed the contribution analysis on expected sales through distributions channels versus online sales.

The Board then discussed other strategic opportunities, including through supply chain automation as discussed earlier in the meeting and possible acquisition opportunities. Mr. Monsees updated the Board on recent interest from large tobacco companies in the Company's new products and the possibility of exploring whether this might present an opportunity to leverage their existing international sales and distributions capabilities.

10.    **Adjournment**

There being no further business to be conducted by the Board, the meeting, on motion duly made, seconded and unanimously carried, was adjourned at approximately 4:30 p.m. PT.

Jeffrey Patt
Secretary to the meeting

HIGHLY CONFIDENTIAL                                        JLI01426557

**Exhibit A**
**Stock Option Grants**

Date: June 17, 2015
Exercise price: $1.99
Standard vesting: 4 years, with 25% on first anniversary of VSD, then 1/48th monthly for next 36 months.

| Name | Position | ISO/NSO** | Number of Shares | Vesting | Vesting Start Date |
|---|---|---|---|---|---|
| Kevin Chen | Test Design Engineer | ISO | 50,000 | Standard | 7/21/2014 |
| Kate Morgan | Field Marketing Manager | ISO | 25,000 | Standard | 7/21/2014 |
| Spencer Pederson | Marketing Coordinator | ISO | 4,000 | Standard | 8/19/2014 |
| Monica Decker | HR Manager | ISO | 75,000 | Standard | 8/27/2014 |
| Annie Kennedy | Customer Service Representative | ISO | 2,500 | Standard | 9/2/2014 |
| Edward Chan | Project Manager | ISO | 40,000 | Standard | 9/30/2014 |
| Esteban Leon | Mechanical Engineer | ISO | 40,000 | Standard | 10/21/2014 |
| Paul Moraes | VP of Global Supply | ISO | 70,000 | Standard | 10/24/2014 |
| Tim Danaher | VP of Finance | ISO | 470,000 | 1/48th monthly, over 48 months* | 11/10/2014 |
| Brad Ingebrethsen | Aerosol Science Consultant | NSO | 12,000 | 1/12th monthly, over 12 months | 11/16/2014 |
| Daniel Steinberger | Electrical Engineer | ISO | 40,000 | Standard | 11/21/2014 |

{00111791.DOCX.1 }

HIGHLY CONFIDENTIAL

JLI01426558

| Stephanie McHugh | Sales Coordinator | ISO | 4,000 | Standard | 1/14/2015 |
|---|---|---|---|---|---|
| Susan Loscotoff | Compliance Clerk (SF) | ISO | 8,000 | Standard | 3/8/2015 |
| Richard Mumby | Marketing Consultant | NSO | 20,000 | Fully vested | N/A |
| Maria Louisa Lao | IP Manager (SF) | ISO | 75,000 | Standard | 4/5/2015 |
| John Harry | Customer Service Specialist | ISO | 2,500 | Standard | 4/12/2015 |
| Carmelita McKoy | Customer Service Specialist | ISO | 2,500 | Standard | 4/19/2015 |
| Scott Dunlap | COO | ISO | 700,900 | 525,700 shares subject to Standard vesting. The remaining 175,200 shares shall initially be unvested and shall vest and become exercisable upon consummation of a Qualified IPO within 4 years per offer letter terms.* | 2/4/2015 |
| Scott Dunlap | COO | ISO | 321,633 | 155,989 shares subject to Standard vesting. The remaining 165,644 shares shall initially be unvested and shall vest and become exercisable upon consummation of a Qualified IPO within 4 years per offer letter terms.* | 4/6/2015 |
| Ollie Alldritt | Director of Field Sales | ISO | 30,000 | Standard | 5/9/2015 |
| Jamal Pinkney | Customer Service Specialist | ISO | 2,500 | Standard | 2/17/2015 |
| Janel Prasad | Accounting Associate | ISO | 7,500 | Standard | 2/17/2015 |
| Jack Farmer | Customer Service Specialist | ISO | 2,500 | Standard | 2/17/2015 |

{00111791.DOCX.1 }

HIGHLY CONFIDENTIAL

JLI01426559

| Name | Title | Type | Shares | Vesting | Date |
|---|---|---|---|---|---|
| Rafael Burde | Director of Strategic Analytics | ISO | 60,000 | Standard | 1/27/2015 |
| Kelly Mortensen | Customer Success Specialist | ISO | 4,000 | Standard | 6/9/2015 |
| Jacqueline Burciaga | Consumer Services Manager | ISO | 30,000 | Standard | 6/23/2015 |
| Yuriy Zhuravel | Brand Protection Specialist | ISO | 10,000 | Standard | 6/24/2015 |
| Brian Warren | Electrical Engineer | ISO | 30,000 | Standard | 7/6/2015 |
| Dan Aquino | Consumer Services Specialist | ISO | 2,500 | Standard | 7/27/2015 |
| Richard Mumby | CMO | ISO | 795,304 | 568,074 shares subject to Standard vesting. The remaining 227,230 shares shall initially be unvested and vest upon consummation of a Qualified IPO within 4 years per offer letter terms.* | 12/1/2014 |
| Alex Gould | R&D Engineer | ISO | 40,000 | Standard | 8/4/2015 |
| Susan Kravitz | Consumer Service Specialist | ISO | 2,500 | Standard | 8/14/2015 |
| Piotr Brzezinski | Business Development | ISO | 65,000 | 5,000 shares shall vest over a 3 month period in 3 equal installments, with the first installment vesting one month after the VSD. The remaining 60,000 shares subject to Standard vesting. | 8/20/2015 |
| Tyler Jones | Customer Service Specialist | ISO | 2,500 | Standard | 8/1/2015 |
| Dima Martirosyan | Digital Marketing Manager | ISO | 20,000 | Standard | 8/11/2015 |
| Yannick Maiki | Test Design Engineer | ISO | 30,000 | Standard | 8/18/2015 |

{00111791.DOCX;1 }

HIGHLY CONFIDENTIAL

JLI01426560

| Matt Taschner | Electrical Engineer | ISO | 30,000 | Standard | 8/25/2015 |
| Nick Dor | VP of Technology | ISO | 180,000 | Standard | 10/20/2015 |
| Jon McGrane | Social Media Manager | ISO | 30,000 | Standard | 9/29/2015 |
| Peter Bain | Director of Marketing | ISO | 100,000 | 20,000 shares shall be vested as of the date of grant. The remaining 80,000 shares subject to Standard vesting. | 10/13/2015 |

* Shares shall be subject to 100% acceleration on double trigger (i.e., termination of employment without Cause (as defined in optionee's offer letter) within 12 months after a Change of Control).

** The portion of shares in excess of ISO limits will be NSO.

{00111791.DOCX;1 }

HIGHLY CONFIDENTIAL

JLI01426561

# Balboa High School

On-Site Assessment for Balboa High School



2022 www.safehavensinternational.org

Part 1 Team Leader:   Russell Bentley                                      Date:   06/08/2021
Name of School:   **Balboa High School**
School System:   San Francisco Unified School District
Address of School:   1000 Cayuga Avenue, San Francisco, CA 94112

# Observation for Vaping Mitigation & Prevention
# Russell Bentley
# 06/08/2021

## 1. Signage and posters

| Question | Answer | Comments |
|---|---|---|
| **1.1.1** Are there any signage and/or posters in the school regarding an anonymous reporting mechanism so students can report concerns about vaping? | No | There is no signage and/or posters in the school regarding an anonymous reporting mechanism. |
| **1.1.2** Other notes/comments | | The analyst was advised there were several reporting mechanisms and they are listed in the student handbook and district website however, there were no signs nor posters located in the interior of the school.  The SFUSD Student and Family Resource Link is a new project to help families navigate all of the SFUSD resources available to them during distance learning for the rest of the school year. There is a an area where students are parents can file a concern on Safety Concerns/Title IX issues. |





## 2. Camera

On-Site Assessment for Balboa High School

| 1.2.1 If the school has surveillance cameras, please take photos of camera feeds on computer screen to determine the number of cameras at the school. (Clarification: The purpose of this is to help us more accurately determine how many cameras are in use and working at each school.) | The staff reported there are 128 total cameras. Six cameras are currently out. The staff states the picture resolution is adequate; however, the analyst would advise the resolution is inadequate. The summer session at this school has started and while reviewing the camera feeds the analyst can make out what a student has on but cannot make out their face. |
|---|---|



| 1.2.2 Other notes/comments | The summer session at this school has started and while reviewing the camera feeds the analyst can make out what a |
|---|---|

On-Site Assessment for Balboa High School

|  | student has on but cannot make out their face.  The staff stated 75-80% of the time they can identify the student but this is based on their knowledge of the students and what they recall the student is wearing.  T

The staff member stated the cameras were updated in 2019 just before the Pandemic.  Before shutting down all the cameras were working and showing in color.  The PTZ camera footage was showing in black & white at the time of the site survey.

The campus has both interior and exterior video camera coverage. There are still a number of areas additional camera coverage might assist a limited number of security and administrative staff with student supervision.

When funding is available this school would benefit from smart cameras, especially in the auditorium where there have been vaping issues as well as smoking and drinking contraband found.  The staff stated students regularly manipulate the locking mechanism to gain access. |
|---|---|

On-Site Assessment for Balboa High School



## 3. Does the school have the following:

| Question | Answer | Comments |
|---|---|---|

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.3.1** "Walking only" zones? (Clarification: A "Walking Only zone" is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.) | No | There are no designated "walking only" zones. |
| **1.3.2** Designation of "No Go" zones during certain times of day? (Clarification: A "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.) | Yes | The back entrance of the school (near the cafeteria used only for pick-up) and the outside area on the east side of campus are considered "No Go" zones. |






| | | |
|---|---|---|
| **1.3.3** Student restrooms with doors removed to create improved supervision? | No | The student restrooms have lockable stall doors. Most of the restroom door were propped open. The student restrooms have lockable stall doors. |

On-Site Assessment for Balboa High School



| Question | Answer | Comments |
|---|---|---|
| **1.3.4** Restrooms with a "lazy S" entryway? | No | Restrooms don't have this type of entry.  All bathrooms are constructed where when one walks in, there is not an obstructed view. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



| | |
|---|---|
| **1.3.5** Other notes/comments | The staff reported the largest restroom in the school was damaged by students trying to find a place to vape. This is a large boys restroom on the  lower level of the building. The damaged door is still boarded up. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



## 4. Magnetic holdbacks

| Question | Answer | Comments |
|---|---|---|

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.4.1** Are there any stairwell doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for the stairwell areas while still in compliance with fire code? | No | The analyst observed all stairwell doors had magnetic holdbacks devices and they were functioning properly. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.4.2** Are there any hallway fire doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for hallway areas while still in compliance with fire code? | No | The analyst observed all hallway fire doors had magnetic holdbacks devices and they were functioning properly. |



| | |
|---|---|
| **1.4.3** Other notes/comments | |

## 5. "Red flag" locations

| Question | Answer | Comments |
|---|---|---|
| **1.5.1** Did you find any unusual "red flag" locations that your experience and training indicate that we should be aware of? If yes, please describe. (Clarification: In this usage, red flag locations are those unusual or unique areas where the supervision of students can be difficult) | Yes | The analyst observed and was advised the elevator area in the main building of the school is often an area where students step in an vape.  The area is also an alcove area with a door that shuts.  The area captures a student going into the area but there is no camera coverage once inside this area. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



| 1.5.2 Other notes/comments | | The analyst also noted an area of concern was the lower courtyard near the old cafeteria. This area has been blocked off due to prior flooding. There is a PTZ camera in this area however if a student were to get into this area there are areas where a student can go unseen. The staff said the school has experienced issues with student find ways to use the upper area of the Auditorium balcony to vape, drinking and do other student |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| | | code of conduct violations.<br><br>The uses of smart type cameras with analytic software that allows the staff to be alerted when theses areas are entered and have audio and dark fighter to dramatically improve nighttime low light image performance when the district has funding available. |



**6. In addition to areas identified by administrators, based on your experience, did you find any other locations where students are likely to relocate?**

| Question | Answer | Comments |
|---|---|---|

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.6.1** Restrooms | Yes | The student restrooms have hallway doors that are typically left unlocked.  Once inside the restroom each stall has a door that locks.  Some of the bathrooms have windows to allow the vapor cloud to escape.  There are a couple of bathrooms where students have been caught vaping and regular vaping activity goes on.  These restrooms are typically in an area near an outside area students are allowed to pass or congregate.<br><br>There is an all gender restroom in the main building that can be used by students but has to be unlocked by staff.  The other all gender restroom is only used by students during the after school program. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.2** Hallways | Yes | The hallways do have camera coverage but because the hallways are so long the cameras are unable to capture a quality picture with the current camera system.  The school may want to consider adding additional cameras or utilize camera lenses that are 90º, 180º, 270º, or 360º with higher megapixels when additional funding is available. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.6.3** Stairwells | Yes | The stairwells did have some camera coverage which showed a cross view.  The analyst observed if cameras were not at each level they were positioned to capture a person entering the stairwells at each floor.  There were also som stairwells where a person was not seen until they were within the stairwell and not entering or exiting the stairwell.  The blind spots in the stairwell create opportunities for students to vape while in the stairwells undetected. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|----------|--------|----------|



On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.6.4** Alcoves (Clarification: An alcove is a recessed area adjoining another room or hallway/space that is not separated by doors or windows and may or may not have a lower ceiling height.) | Yes | The analyst observed numerous alcoves on the interior and exterior.  Most of the alcoves were not in the placement view of the current cameras.  The alcove near the elevators in the main building were area where students have been observed on camera vaping.  There was also an area near the entrance to the auditorium lower balcony where students have been caught vaping and smoking. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.5** Classrooms | Yes | The staff reported that vaping may be occurring in the classroom. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.6.6** Gymnasiums | Yes | There are 2 gym areas within gymnasium.  The competition gym has 2 cameras, one covering th floor and 1 covering the balcony seating.  The non-competition gym as 3 cameras, 2 covering the upper balcony and 1 of the floor.  The stairwells leading the the seating/balcony area d did not have adequate camera coverage.  There was a boys and girls locker room.  The configuration of the locker room makes it difficult for natural surveillance. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



| Question | Answer | Comments |
|---|---|---|
| **1.6.7** Auditoriums | Yes | The auditorium was reported to the analyst as an area where students vape, smoke, drink, and other student code of conduct violations.  There is no camera coverage in the auditorium.  The auditorium has lower and upper balcony seating.  The staff have found vaping, smoking, and drinking contraband in the balcony area. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.8** Stage areas | Yes | The school has 2 stage areas.  The larger stage is in the auditorium.  The smaller stage area was considered the theater.  The auditorium has 2 backstage dressing rooms that were currently being used for storage; but, if left unlocked could be a potential area to vape or engage in other student code of conduct violations. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



| | | |
|---|---|---|
| **1.6.9** Cafeteria | Yes | The cafeteria provided a number of areas that are not covered by the two cameras.<br><br>There is also a small cafeteria where students are only able to pick up lunch, no seating. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|----------|--------|----------|



On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
| **1.6.10** Outdoor areas | Yes | The analyst observed numerous outdoor areas where students are allowed to congregate.  Many of these area are covered by PTZ cameras and do not show well on the camera feed.  Also when an incident has happened in the outside areas it was not captured on video as the incident was outside of the area being captured.<br><br>The analyst would recommend when funding is available the PTZ cameras be changed to 270 or 360 cameras with high mega pixels. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|



| Question | Answer | Comments |
|---|---|---|
| **1.6.11** Rooftop areas (Clarification: In this usage, "rooftop areas" refer to rooftops, covered walkways and other elevated areas where students have attempted to vape by climbing to the areas.) | Yes | The staff advised in the past students have gained access to the roof area by climbing out the 2nd floor boys restroom to gain access to the lower rooftop area. Students have also used the exterior stairwell located at the rear entrance/exit to gain access to the roof. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.12** Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets etc. where students have been vaping.) | Yes | The staff reported students have been known to leave school via side streets, Balhi Ct and Oneida Ave.  The residents of this area have called the local authorities to report students were vaping. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.13** Leaving school to vape at other off-campus locations while truant from school. | Yes | The staff reported there have been incidents where students have left school to go into the residential areas and vape. |

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|---|---|---|
|  | | |

| 1.6.14 On school buses | No | Only the special needs students ride the contracted (yellow) buses. |
| 1.6.15 Other | | The school staff member assisting with the campus observation as very knowledgeable of the campus and with the school's concerns related to vaping. The staff member state a unique challenge was student find opportunties to vape and blow the vape smoke back into their clothing to hide the vaping activity. |

On-Site Assessment for Balboa High School

## 7. Your observations

| Question | Answer | Comments |
|---|---|---|
| **1.7.1** Did you identify any unique options for consideration for this school/district to enhance vape prevention and mitigation measures based on your experience and training? | Yes | The basement floor of building A, near stairwell 5, has a storage room that was unlocked at the time of the site survey.  This area was not covered by a camera and contained an exit to the outside of the building.  The music department also stored band instruments in this area.  If left unsupervised many of these areas would provide concealment for students to vape or engage in other student code of conduct violations. |



| **1.7.2** Other notes/comments | The football stadium has no camera coverage and other athletic field and outside area have limited camera coverage.. |
|---|---|

On-Site Assessment for Balboa High School

| Question | Answer | Comments |
|----------|--------|----------|



On-Site Assessment

# #25

COMPLETE

| | |
|---|---|
| **Collector:** | Web Link 10 (Web Link) |
| **Started:** | Tuesday, June 08, 2021 9:52:45 AM |
| **Last Modified:** | Tuesday, June 15, 2021 10:56:24 AM |
| **Time Spent:** | Over a day |
| **IP Address:** | 156.1.172.30 |

Page 1: General Information

**Q1**

Name of school district:

San Francisco Unified School District

**Q2**

Name of school or other educational facility:

Balboa High School

**Q3**

Address:

1000 Cayuga Ave, San Francisco, CA 94112

| **Q4** | Date / Time | **06/08/2021** |
|---|---|---|
| Date of site visit: | | |

| **Q5** | Date / Time | **07:45 AM** |
|---|---|---|
| Time arrived: | | |

**Q6**

Analyst(s):

Russell Bentley

**Q7**

Campus inspection escort(s)/school personnel:

John Nepomuceno- Assistant Principal

Page 2

### Q8

What is the average pre-COVID number of students attending your school or educational programs?

1260

### Q9

Counting students who participate in person on a limited number of days per week or month, what is the average number of students attending your school or educational programs in person at present?

30

### Q10

Do you think any of the following make it difficult to detect students using e-cigarette/vape products on school grounds? Please check all that apply:

**E-cigarette/vape products are discreet in appearance.,**

**School staff are not aware of how to recognize the various types of e-cigarette/vape products available.**
**,**

**Students can vape quickly in contrast to the time it takes for them to smoke cigarettes.**
**,**

**It is difficult to pinpoint which students are using e-cigarette/vaping products.**
**,**

**Vapor cloud dissipates quickly.,**

**Vaping does not produce the odors of cigarettes which makes it hard to detect in the air and on student's clothing.**

### Q11

Does the school have a written policy, rule or prohibition which prohibits the use of e-cigarettes/vaping on school ground?

**Yes**

Page 3

### Q12

Is the written prohibition also communicated by signage and/or posters?

Yes,
Comments:
The signs are on the front gate

**Q13**

Is the written prohibition communicated in languages other than English?

**Yes,**
Comments:
English, Spanish, Chinese

**Q14**

Is the written prohibition included in the student handbook or code of conduct? (Clarification: These are the written guidelines spelling out rules for student conduct by these or any other names.)

**Yes**

Page 4

**Q15**

Does the school use in-school suspension as part of the approach to address violations?

**No**

**Q16**

Does the school use out-of-school suspension as part of the approach to violations?

**No**

**Q17**

Does the school use citations issued by law enforcement as part of the approach to violations?

**No**

**Q18**

Does the school use restorative practices as part of the approach to address student violations? (Clarification: "Restorative practices" by this or any other name involves alternative approaches designed to address inappropriate student conduct while reducing or complimenting the use of traditional punitive measures such as suspensions, alternative placement and referral to the criminal justice system.)

**Yes**

**Q19**

Does the school use social emotional learning approaches as part of the approach to address violations? (Clarification: "Social emotional learning approaches" by this or any other name involves the approaches which help students and adults develop and apply knowledge, concepts and skill sets needed to manage emotions and make appropriate choices relating to behavior conduct and communications with others. These approaches are designed to help school officials improve student conduct.)

**Yes**

**Q20**

Does the school use a mandatory vaping awareness effort for violations? (Clarification: "Mandatory vaping awareness efforts" by this or any other name involves a formalized approach designed to increase awareness of students regarding the health consequences and other negative impacts and dangers that can result from vaping. Mandatory in this usage means participation is required for students who violate vaping policies/rules.)

**No,**

Comments:

The staff member stated they are referred to the Wellness Clinic. The staff stated not sure how well the students follow through

**Q21**

Does the school use vaping cessation programs for students who violate vaping policies/rules? (Clarification: "Vaping cessation programs" by this or any other name involves the programs designed to help and support students who are trying to stop vaping.)

**No**

Page 5

**Q22**

Have you encountered any barriers, or do you have concerns about implementing this approach?

**Respondent skipped this question**

Page 6

**Q23**

Does the school provide students with awareness training on vaping issues?

**No**

Page 7

**Q24**

Is the training required for all students?

**Respondent skipped this question**

**Q25**

Is the training conducted as a classroom activity?

**Respondent skipped this question**

**Q26**

Is the training delivered via student assembly?

**Respondent skipped this question**

**Q27**

Is the training conducted at least one time each year?

**Respondent skipped this question**

**Q28**

Is the training also conducted in an online format?

**Respondent skipped this question**

**Q29**

Have you encountered any barriers, or do you have concerns about delivering awareness information to students?

**Respondent skipped this question**

Page 8

**Q30**

Does the school provide school personnel with awareness training on vaping issues?

**No,**
Comments:
The staff member stated it is discussed when brought up

Page 9

**Q31**

Is the training required for all current employees?

**Respondent skipped this question**

**Q32**

Is the training provided during the onboarding process for new personnel?

**Respondent skipped this question**

**Q33**

Is the training provided to substitute teachers?

**Respondent skipped this question**

**Q34**

Is the training conducted in an online format?

**Respondent skipped this question**

**Q35**

Does the training provide information on how to recognize specific behaviors that are often associated with vaping? (Clarification: In this usage, "specific behaviors" refers to observable physical actions and reactions that are often associated with vaping activities.)

**Respondent skipped this question**

**Q36**

Have you encountered any barriers, or do you have concerns about delivering staff development to school personnel?

**Respondent skipped this question**

---

Page 10

**Q37**

Does the school provide parents/caregivers with awareness training opportunities on vaping issues?

**No**

---

Page 11

**Q38**

How many times a year do you offer this type of training?

**Respondent skipped this question**

**Q39**

Is the training conducted in an online format?

**Respondent skipped this question**

**Q40**

Have you encountered any barriers, or do you have concerns in delivering this information to parents/caregivers?

**Respondent skipped this question**

---

Page 12

**Q41**

Does the school have an anonymous reporting mechanism such as a phone application, e-mail and/or hotline so students can report concerns about vaping? (Clarification: In this usage, "anonymous reporting mechanism" includes formal and structured ways which allow students to anonymously bring concerns about vaping to the attention of school officials. This type of reporting mechanism can typically also be used for students to report other types of concerns such as bullying, threats, etc.)

**Yes**

---

Page 13

**Q42**

Is the reporting system communicated by signage and/or posters?

**Yes,**
Comments:
The staff stated prior to Covid there were signs and posters

**Q43**

Is the reporting system included in the District's website?

**Yes**

**Q44**

Is the reporting system described in the student handbook/code of conduct?

**Yes**

**Q45**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Yes,**
Comments:
There is not enough signage and posters regarding reporting vaping issues. Also students tend to not want to snitch on the classmates so the staff stated they struggle with this

Page 14

**Q46**

Does the school limit number of students allowed in restroom at one time?

**No**

Page 15

**Q47**

How does the school limit the number of students allowed in restroom at one time? Please check all that apply:

**Respondent skipped this question**

**Q48**

Have you encountered any barriers, or do you have concerns in implementing this measure?

**Respondent skipped this question**

Page 16

**Q49**

Does the school limit amount of restroom time for students?

**Yes,**
Comments:
Students given 10-15 min

Page 17

**Q50**

How does the school limit amount of restroom time of students? Please check all that apply:

**Written directive instructing staff on the measure.,**

**Briefing/training of staff on how to implement the measure.**

**,**

**Written instructions for students to communicate the measure.**

**,**

**Briefing students on how the school's requirements for the measure.**

**,**

**Assigned staff.,**

**Locking restrooms.**

---

**Q51**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Yes,**
Comments:
The size of the school and the lack of staffing are barriers

---

Page 18

**Q52**

Does the school use an electronic hall pass system? (Clarification: In this usage, "an electronic hall pass system" refers to either a proximity card or phone application-based system which helps teachers, students and administrators more easily and effectively coordinate, verify and track the use of hall passes.)

**No**

---

Page 19

**Q53**

Does the system provide rapid electronic verification that a student has a valid hall pass? (Clarification: In this usage, "rapid electronic verification" means the system allows staff to rapidly verify that a student has been issued a valid and current hall pass.)

**Respondent skipped this question**

---

**Q54**

Does the system provide automatic electronic logging all passes granted? (Clarification: In this usage, "automatic electronic logging" means that once a hall pass is issued, the hall pass and student information is automatically entered into the system to allow staff to verify that a student has been issued a valid and current hall pass.)

**Respondent skipped this question**

---

**Q55**

Does the system provide the ability for staff to spot patterns where multiple students are issued hall passes at the same time which could help detect students who are meeting to vape? (Clarification: In this usage, the system allows authorized staff to rapidly and easily spot patterns which indicate that multiple students have been issued hall passes in the same time frame which could indicate students who may be obtaining hall passes in order to meet and engage in vaping activities.)

**Respondent skipped this question**

**Q56**

Does the system provide a feature that allows staff to track student movement/location electronically in real time to spot abuse of hall passes? (Clarification: In this usage, the system allows authorized staff to determine if one or more students who have been issued hall passes attempt to travel to an area of the school that does not match the destination the hall pass(es) authorize the student(s) to travel to.)

**Respondent skipped this question**

**Q57**

Does the system allow members of the school leadership team to spot patterns of teachers who issue an unusually high number of hall passes? (Clarification: In this usage, the system makes it much easier for members of the school's leadership team to identify situations where teachers are granting an unusually high number of hall passes.)

**Respondent skipped this question**

Page 20

**Q58**

Does the school have a written student supervision plan? (Clarification: In this usage, "a student supervision plan" is an approach that identifies how, when and where specific approaches to student supervision will be utilized.)

**No**

**Q59**

Does the school provide school staff with any formal training on student supervision techniques?

**No**

Page 21

**Q60**

Is there any video used in this training?

**Respondent skipped this question**

---

**Q61**

Is this training provided in an online format?

**Respondent skipped this question**

---

**Q62**

Is this training provided in live training sessions?

**Respondent skipped this question**

---

**Q63**

Is this training required for all current school staff?

**Respondent skipped this question**

---

**Q64**

Is the training on student supervision techniques part of the onboarding process?

**Respondent skipped this question**

---

**Q65**

Are substitute teachers required to complete training on student supervision techniques?

**Respondent skipped this question**

---

Page 22

**Q66**

Does the school use visual charts/floorplans/diagrams for student focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "visual charts/floorplans/diagrams" refers to some form of printed visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

**Yes,**

Comments:

A Google survey was implemented by a teacher given to students. This info was used to identify hotspots and used to monitor students for vaping. There were some students caught based on this info.

**Q67**

Does the school use GIS mapping software for student and faculty focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "GIS mapping software" refers to some form of electronic visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

**No**

**Q68**

Has the school assigned staff (i.e., teachers, campus monitors, hall monitors, campus safety officers) to student restroom duty to prevent problematic behaviors?

**Yes**

Page 23

**Q69**

How many personnel are assigned full-time (more than 80% of work time) to perform the duty?

0

**Q70**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

9

**Q71**

Are these personnel repurposed from other positions leaving those positions vacant?

**No**

**Q72**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Yes,**

Comments:
The size of the school and multiple other responsibilities they share are a barrier

Page 24

**Q73**

Has the school increased staffing for student supervision?

**No**

Page 25

**Q74**

How many personnel are assigned full-time (more than 80% of work time) to the duty?

Respondent skipped this question

**Q75**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

Respondent skipped this question

**Q76**

Are these personnel repurposed from other positions leaving those positions vacant?

Respondent skipped this question

**Q77**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Respondent skipped this question

Page 26

**Q78**

Does the school have staff who serve solely or primarily (more than 80% of work time) as vaping prevention and mitigation coordination personnel? (Clarification: In this usage, the term refers to the staff member(s) whose job duties are focused on performing and coordinating vape prevention measures at the school.)

**No**

Page 27

**Q79**

How many personnel are assigned full-time (more than 80% of work time) to the duty?

Respondent skipped this question

**Q80**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

Respondent skipped this question

**Q81**

Are these personnel repurposed from other positions leaving those positions vacant?

Respondent skipped this question

**Q82**

Are these personnel also required to provide these services at any other schools (shared by multiple schools)?

**Respondent skipped this question**

**Q83**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 28

**Q84**

Do employment/union contracts or agreements prohibit or limit the utilization of teachers and/or other staff for student supervision duties? If yes, how do you provide the level of supervision that would be provided if teachers and other staff could be utilized for supervision duties?

**Yes,**
Comments:
The staff member stated if teachers were given duty during lunch this would deter students. The security, admins, and counselors help with supervision

**Q85**

Does the school have "Walking Only" zones? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "Walking Only zone" is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.)

**No**

**Q86**

Does the school have areas designed as "No Go" zones during certain times of day? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.)

**Yes,**
Comments:
The back entrance and west side of building outside area

Page 29

**Q87**

**No**

Does the school designate some hallways and/or stairwells as "One Way" to reduce jamming of hallways during peak times of movement? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, one-way hallways and/or stairwells are areas where students are instructed to travel only in one direction to reduce congestion and to make it easier for staff to more effectively supervise students in-person and/or via cameras during periods of increased student movement.)

Page 30

**Q88**

**Yes**

Does the school have surveillance cameras?

Page 31

**Q89**

**Yes**

Are cameras are used to investigate allegations/reports of vaping?

**Q90**

**Yes,**

Are cameras used to detect vaping incidents through periodic live observation of camera feed?

Comments:
The assistant principal monitors them periodically during times students have been known to try to vape

**Q91**

**No**

Does the school have any smart cameras with analytic software? (Clarification: Smart cameras are cameras that are designed to support additional functions besides simply recording images. These can include but are not limited to video and audio analytics as well as capabilities such as fire detection, smoke detection, etc.)

Page 32

**Q92**

**Respondent skipped this question**

Does the school use dwell time/loitering detection software? (Clarification: Analytic which detects one or more persons loitering in camera view once a minimum time frame such as 15 seconds has been reached.)

**Q93**

Does the school use "No go" zone detection?
(Clarification: Analytic which detects one or more persons
who enter an area designated in the field of view as a "No
go" zone.)

**Respondent skipped this question**

**Q94**

Does the school use tracking capability to reduce the time
required to track, locate and identify students suspected of
vaping? (Clarification: The ability to click on or "box" a
specific physically recognizable feature such as a green
baseball cap, yellow jacket or blue tennis shoes and which
allows authorized personnel to rapidly track the object (and
thus the person) as they move through the school – in the
past, present and as they move.)

**Respondent skipped this question**

Page 33

**Q95**

Is camera image resolution adequate to recognize people
from video footage so they can be properly identified if they
are observed vaping via cameras?

**Yes,**
Comments:
The staff stated 75-80% of the time they are able to identify
the student via camera.

Page 34

**Q96**

Has the school installed any vape detectors? (Clarification:
In this usage, the term "vape detectors/sensors" refers to
electronic devices which in a similar manner to smoke
detectors, send an alert (typically within 15 seconds) when
someone uses a vape device in a space.)

**No**

Page 35

**Q97**

Please select the areas where vape detectors are
installed:

**Respondent skipped this question**

**Q98**

If your school has cameras, do the cameras support vape detectors? (Clarification: In this usage, cameras are located in a manner to allow staff to help identify who was vaping (in a public space such as a stairwell) or to identify who has entered and departed from private spaces such as restrooms and locker rooms.)

**Respondent skipped this question**

**Q99**

Do you have any negative feedback on the effectiveness of vape detectors in your school? (Clarification: We would like to identify any problems school officials may have had with the effectiveness of vape detectors. If problems are described, please try to determine what the problems were and if attempts to address them were made. For example, there were some software problems which caused false alarms in some early models and this was addressed with updated software.)

**Respondent skipped this question**

**Q100**

Do you have any positive feedback on the effectiveness of vape detectors in your school? (Clarification: We would like to not only identify positive examples of effectiveness, but to try to identify why the use of vape detectors was effective to develop more effective strategies for their use if, when and where they are determined to be a suitable prevention and mitigation measure.)

**Respondent skipped this question**

Page 36

**Q101**

Based on incidents where students have been caught vaping, students have reported vaping occurs and/or student survey data, where have students been vaping? Please check all that apply:

**Restrooms,**

**Hallways,**

**Stairwells,**

**Alcoves (Clarification: In this usage, an "alcove" is a recessed area adjoining another room or hallway/space that is not separated by doors or windows and may or may not have a lower ceiling height.)**

**,**

**Classrooms,**

**Gymnasium(s),**

**Auditorium(s),**

**Stage area(s),**

**Outdoor areas,**

**Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets, etc. where students have been vaping.)**

**,**

**Leaving school to vape at other off campus locations while truant from school**

**Q102**

Which of the following time(s) of day when students have been caught vaping, students have reported vaping occurs and/or student survey data indicates students have been vaping? Please check all that apply:

**Before school hours -before the start of the school day – prior to homeroom/supervision room or first period classes.**

**,**

**During morning arrival - after the campus is open but before school hours.**

**,**

**During instructional periods – while some or all students are in classes.**

**,**

**During passing times/class changes – when most or all students are moving from one classroom/activity to another.**

**,**

**During lunch periods – during any regularly scheduled lunch period.**

**,**

**During afternoon dismissal – when the majority of students are departing the campus after school hours and regular instructional periods have concluded for the day.**

**,**

**During after-school hours – school-related activities/programs that begin once regularly scheduled instructional periods have concluded for the day or on weekends.**

**Q103**

In some instances, measures to prevent student misconduct in specific areas can result in students finding new locations or to continue to engage in the activity. We would like to identify these types of areas so they can be addressed in the prevention and mitigation plan. Based on your experience and knowledge of the campus, where are students likely to try to vape if effective prevention measures are implemented making it difficult to vape without detection in the areas you identified? Please check all that apply:(Clarification: This includes anticipated increases in vaping activities in areas indicated above for current vaping activity locations.)

**Hallways,**

**Stairwells,**

**Alcoves (Clarification: In this usage, an "alcove" is a recessed area adjoining another room or hallway/space that is not separated by doors or windows and may or may not have a lower ceiling height.)**

**,**

**Classrooms,**

**Gymnasium(s),**

**Auditorium(s),**

**Stage area(s),**

**Outdoor areas,**

**Rooftop areas (Clarification: In this usage, "rooftop areas" refer to rooftops, covered walkways and other elevated areas where students have attempted to vape by climbing to the areas.)**

**,**

**Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets, etc. where students have been vaping.)**

**,**

**Leaving school to vape at other off campus locations while truant from school**

**,**

**Restrooms**

---

**Q104**

Are there any unique concerns or challenges relating to methods used by students to vape on campus without being detected?

**Yes,**

If yes, please explain.:
The staff stated students are blowing the vape smoke down their clothing.

---

**Q105**

Does the school use nicotine detection swabs to help identify students who have been vaping when it is not clear which student was vaping in restrooms, etc.?
(Clarification: In this usage, "nicotine detection swabs" are a field test used by school and/or law enforcement officials to determine if particles from vaping are present on a student's hands and/or clothing when they are suspected of vaping.)

**No**

---

Page 37

**Q106**

Are vape detection swabs used only when individual students are suspected to have been vaping?

**Respondent skipped this question**

**Q107**

Is there a written policy or guideline on the use of nicotine detection swabs?

**Respondent skipped this question**

**Q108**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 38

**Q109**

Are field tests to detect marijuana and/or other drugs used to test confiscated items when e-cigarettes, vaping devices are confiscated from students? (Clarification: Field tests are the types of tests used to determine if controlled substances are likely present – a laboratory test is typically required for positive identification in a criminal trial for possession of controlled substances.)

**No**

Page 39

**Q110**

Do law enforcement officers conduct field tests?

**Respondent skipped this question**

**Q111**

Is there a written policy or guideline on the use of field tests of confiscated items for marijuana and/or other drugs?

**Respondent skipped this question**

**Q112**

Do you encounter any barriers or have any concerns in implementing this measure?

**Respondent skipped this question**

Page 40

**Q113**

Does the school conduct nicotine tests and/or random nicotine tests for students as a requirement to participate in extracurricular activities? (Clarification: Random tests are tests conducted as a requirement of participation after a student is accepted for participation on an extracurricular team or program. Extracurricular activities include but are not limited to athletics teams, cheerleading, debate, and other optional activities available to students.)

**No**

Page 41

**Q114**

Are students screened before being allowed to participate in the extracurricular activity?

**Respondent skipped this question**

**Q115**

Are students screened with random testing after being selected to participate in extracurricular activities?

**Respondent skipped this question**

**Q116**

Is there a written policy on how to conduct nicotine testing for extracurricular activities?

**Respondent skipped this question**

**Q117**

Is there a written policy or guideline on the consequences/supports for violations?

**Respondent skipped this question**

**Q118**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 42

**Q119**

Does the school use any of the following measures to try to prevent and detect vaping on school buses? Please check all that apply:

**We do not have any measures to prevent or detect vaping on school buses.**

**,**

**Vaping violations on buses are addressed in the same manner as vaping violations on school property.**

Page 43

**Q120**

Time completed

Date / Time                **08:45 AM**