# EXHIBIT 219

# Presidio Middle School

On-Site Assessment for Presidio Middle School



2022 www.safehavensinternational.org

Part 1 Team Leader:   Russell Bentley                                    Date:   05/13/2021
Name of School:   **Presidio Middle School**
School System:   San Francisco Unified School District
Address of School:   450 30th Avenue, San Francisco, CA 94121

# Observation for Vaping Mitigation & Prevention
# Russell Bentley
# 05/13/2021

## 1. Signage and posters

| Question | Answer | Comments |
|---|---|---|
| **1.1.1** Are there any signage and/or posters in the school regarding an anonymous reporting mechanism so students can report concerns about vaping? | Yes | The analyst did not observe any signage and/or posters in the school regarding an anonymous reporting mechanism so students can report concerns about vaping. |

 

| **1.1.2** Other notes/comments | The analyst was advised there were several reporting mechanisms and they are listed in the student handbook and district website however, there were no signs nor posters located in the interior of the the school. The Wellness Center also lacked actual resource information regarding vaping and how to report vaping issues/concerns. The SFUSD Student and Family Resource Link is a new project to help families navigate all of the SFUSD resources available to them during distance learning for the rest of the school year. There is a an area where students are parents can file a concern on Safety Concerns/Title IX issues. |
|---|---|

On-Site Assessment for Presidio Middle School

## 2. Camera

| 1.2.1 If the school has surveillance cameras, please take photos of camera feeds on computer screen to determine the number of cameras at the school. (Clarification: The purpose of this is to help us more accurately determine how many cameras are in use and working at each school.) | The staff reported there are 47 total cameras.  The analyst was unable to observe the cameras as the staff member was unable to pull up the cameras.  The staff member reported there were several blind spots and the images were of poor quality and resolution. |
|---|---|



On-Site Assessment for Presidio Middle School

| **1.2.2** Other notes/comments | |
|---|---|



## 3. Does the school have the following:

| Question | Answer | Comments |
|---|---|---|

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.3.1** "Walking only" zones? (Clarification: A "Walking Only zone" is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.) | No | There are no designated "walking only" zones. |
| **1.3.2** Designation of "No Go" zones during certain times of day? (Clarification: A "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.) | No | There are no designated "no go" zones. |
| **1.3.3** Student restrooms with doors removed to create improved supervision? | No | All the student restrooms have doors. |



| | | |
|---|---|---|
| **1.3.4** Restrooms with a "lazy S" entryway? | No | Restrooms is not CPTED (crime prevention through environmental design).  The restroom are traditional door entrances. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.3.5** Other notes/comments | | |

## 4. Magnetic holdbacks

| Question | Answer | Comments |
|---|---|---|
| **1.4.1** Are there any stairwell doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for the stairwell areas while still in compliance with fire code? | No | The analyst observed all stairwell doors had magnetic holdbacks devices and they were functioning properly. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.4.2** Are there any hallway fire doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for hallway areas while still in compliance with fire code? | No | The analyst observed all hallway fire doors had magnetic holdbacks devices and they were functioning properly. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|



| 1.4.3 Other notes/comments | |

## 5. "Red flag" locations

| Question | Answer | Comments |
|---|---|---|
| 1.5.1 Did you find any unusual "red flag" locations that your experience and training indicate that we should be aware of? If yes, please describe. (Clarification: In this usage, red flag locations are those unusual or unique areas where the supervision of students can be difficult) | Yes | The balcony area has a stairwell that has an isolated exterior stairwell with no camera footage.  Staff are placed in this area during assembles however if this area were ever left unattended students may use this area to vape or engage in other student code of conduct violations.  The analyst observed the lower level door to this same stairwell was chained locked due to a prior incident where students were caught vaping. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.5.2** Other notes/comments | | |

**6. In addition to areas identified by administrators, based on your experience, did you find any other locations where students are likely to relocate?**

| Question | Answer | Comments |
|---|---|---|

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.6.1** Restrooms | Yes | The staff member reported there are weekly vaping (and alcohol) incidents in the boys restroom 202A and girls restroom 100. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.6.2** Hallways | Yes | The hallways do have camera coverage but because the hallways are so long the cameras are unable to capture a quality picture with the current camera system.  The school may want to consider adding additional cameras or utilize camera lenses that are 90, 180, 270, or 360 with higher megapixels when additional funding is available. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.6.3** Stairwells | Yes | The stairwells did have some camera coverage which showed what the staff referred to as a cross view. There were limited view of activities on the stairwell landings themselves.  The staff member reported there have been several vaping incidents in the stairwells. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.6.4** Alcoves (Clarification: An alcove is a recessed area adjoining another room or hallway/space that is not separated by doors or windows and may or may not have a lower ceiling height.) | Yes | The analyst observed numerous alcoves on the interior and exterior.  Most of the alcoves were not in placement of the current cameras. |











| | | |
|---|---|---|
| **1.6.5** Classrooms | Yes | The staff reported that vaping may be occurring in the classroom. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.6** Gymnasiums | Yes | An area of concern is the girls locker room on the ground floor.  A student has the opportunity to open the bathroom window.  There is also a door that leads to the exterior of the building within the restroom area. The configuration of the girls and boys locker room makes it difficult for natural surveillance. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|



| 1.6.7 Auditoriums | Yes | The stage area has dressing rooms that were locked at the time of observation.  There was also a spiral stairwell that led to a storage loft area.  The balcony area also has access to exterior stairwell that leads to padlock doors and exterior gate. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.8** Stage areas | Yes | |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.9** Cafeteria | Yes | The analyst noted there were a couple of blind spots in the cafeteria.  There were also columns that could obstruct natural surveillance. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|



| **1.6.10** Outdoor areas | Yes | The analyst observed numerous outdoor areas where students are allowed to congregate.  Many of these area are outside of the current camera placement.  If left unsupervised many of these areas would provide concealment for students to vape or engage in other student code of conduct violations. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.11** Rooftop areas (Clarification: In this usage, "rooftop areas" refer to rooftops, covered walkways and other elevated areas where students have attempted to vape by climbing to the areas.) | No | The analyst did not observe any concerns regarding rooftop access |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.6.12** Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets etc. where students have been vaping.) | Yes | The staff member reported students have been known to leave the campus and go to a nearby park, Lincoln Park. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.6.13** Leaving school to vape at other off-campus locations while truant from school. | Yes | The staff member reported students go to Lincoln Park. |
| **1.6.14** On school buses | No | The district uses a contract service for school buses to transport PEC students only.  The majority of the students ride the city buses. |
| **1.6.15** Other | | The staff member showed the analyst some vaping devices that were taken from a student at the start of COVID-19 lockdown.  The student was selling the devices for $40 but was loading the device with honey. |

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|



## 7. Your observations

| Question | Answer | Comments |
|---|---|---|

On-Site Assessment for Presidio Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.7.1** Did you identify any unique options for consideration for this school/district to enhance vape prevention and mitigation measures based on your experience and training? | No | |
| **1.7.2** Other notes/comments | | |

# #18

COMPLETE

| | |
|---|---|
| **Collector:** | Web Link 10 (Web Link) |
| **Started:** | Tuesday, June 08, 2021 10:26:24 PM |
| **Last Modified:** | Tuesday, June 15, 2021 10:53:25 AM |
| **Time Spent:** | Over a day |
| **IP Address:** | 216.9.110.8 |

Page 1: General Information

### Q1

Name of school district:

San Francisco Unified School District

### Q2

Name of school or other educational facility:

Presidio Middle School

### Q3

Address:

450 30th Ave, San Francisco CA 94121

### Q4
Date of site visit:

Date / Time      **05/13/2021**

### Q5
Time arrived:

Date / Time      **07:35 AM**

### Q6

Analyst(s):

Russell Bentley

### Q7

Campus inspection escort(s)/school personnel:

Elena Bukareva-Counselor & Denise Middleton-Vice Principal

Page 2

## Q8

What is the average pre-COVID number of students attending your school or educational programs?

1100

## Q9

Counting students who participate in person on a limited number of days per week or month, what is the average number of students attending your school or educational programs in person at present?

35

## Q10

Do you think any of the following make it difficult to detect students using e-cigarette/vape products on school grounds? Please check all that apply:

**E-cigarette/vape products are discreet in appearance.,**

**School staff are not aware of how to recognize the various types of e-cigarette/vape products available.**

**,**

**Students can vape quickly in contrast to the time it takes for them to smoke cigarettes.**

**,**

**It is difficult to pinpoint which students are using e-cigarette/vaping products.**

**,**

**Vapor cloud dissipates quickly.,**

**Vaping does not produce the odors of cigarettes which makes it hard to detect in the air and on student's clothing.**

## Q11

Does the school have a written policy, rule or prohibition which prohibits the use of e-cigarettes/vaping on school ground?

**Yes**

Page 3

## Q12

Is the written prohibition also communicated by signage and/or posters?

**No**

**Q13**

Is the written prohibition communicated in languages other than English?

Yes

**Q14**

Is the written prohibition included in the student handbook or code of conduct? (Clarification: These are the written guidelines spelling out rules for student conduct by these or any other names.)

Yes

Page 4

**Q15**

Does the school use in-school suspension as part of the approach to address violations?

No

**Q16**

Does the school use out-of-school suspension as part of the approach to violations?

No

**Q17**

Does the school use citations issued by law enforcement as part of the approach to violations?

No

**Q18**

Does the school use restorative practices as part of the approach to address student violations? (Clarification: "Restorative practices" by this or any other name involves alternative approaches designed to address inappropriate student conduct while reducing or complimenting the use of traditional punitive measures such as suspensions, alternative placement and referral to the criminal justice system.)

Yes

**Q19**

Does the school use social emotional learning approaches as part of the approach to address violations? (Clarification: "Social emotional learning approaches" by this or any other name involves the approaches which help students and adults develop and apply knowledge, concepts and skill sets needed to manage emotions and make appropriate choices relating to behavior conduct and communications with others. These approaches are designed to help school officials improve student conduct.)

Yes

**Q20**

Does the school use a mandatory vaping awareness effort for violations? (Clarification: "Mandatory vaping awareness efforts" by this or any other name involves a formalized approach designed to increase awareness of students regarding the health consequences and other negative impacts and dangers that can result from vaping. Mandatory in this usage means participation is required for students who violate vaping policies/rules.)

**Yes,**

Comments:
The staff reported the school social worker handles this.

**Q21**

Does the school use vaping cessation programs for students who violate vaping policies/rules? (Clarification: "Vaping cessation programs" by this or any other name involves the programs designed to help and support students who are trying to stop vaping.)

**Yes**

Page 5

**Q22**

Have you encountered any barriers, or do you have concerns about implementing this approach?

**Yes,**

Comments:
The staff advised additional training is needed regarding vaping.

Page 6

**Q23**

Does the school provide students with awareness training on vaping issues?

**Yes,**

Comments:
The health program for 6th, 7th, and 8th graders get the training as a health course.

Page 7

**Q24**

Is the training required for all students?

**Yes**

**Q25**

Is the training conducted as a classroom activity?

**Yes**

**Q26**

Is the training delivered via student assembly?

**No**

**Q27**

Is the training conducted at least one time each year?

**Yes**

---

**Q28**

Is the training also conducted in an online format?

**Yes,**
Comments:
The online format came about due to COVID and the shelter in place order.

---

**Q29**

Have you encountered any barriers, or do you have concerns about delivering awareness information to students?

**Yes,**
Comments:
The staff reported vaping is new issue and training on recognition and awareness needed.

---

Page 8

**Q30**

Does the school provide school personnel with awareness training on vaping issues?

**No**

---

Page 9

**Q31**

Is the training required for all current employees?

Respondent skipped this question

---

**Q32**

Is the training provided during the onboarding process for new personnel?

Respondent skipped this question

---

**Q33**

Is the training provided to substitute teachers?

Respondent skipped this question

---

**Q34**

Is the training conducted in an online format?

Respondent skipped this question

---

**Q35**

Does the training provide information on how to recognize specific behaviors that are often associated with vaping? (Clarification: In this usage, "specific behaviors" refers to observable physical actions and reactions that are often associated with vaping activities.)

Respondent skipped this question

---

**Q36**

Have you encountered any barriers, or do you have concerns about delivering staff development to school personnel?

**Respondent skipped this question**

Page 10

**Q37**

Does the school provide parents/caregivers with awareness training opportunities on vaping issues?

**No**

Page 11

**Q38**

How many times a year do you offer this type of training?

**Respondent skipped this question**

**Q39**

Is the training conducted in an online format?

**Respondent skipped this question**

**Q40**

Have you encountered any barriers, or do you have concerns in delivering this information to parents/caregivers?

**Respondent skipped this question**

Page 12

**Q41**

Does the school have an anonymous reporting mechanism such as a phone application, e-mail and/or hotline so students can report concerns about vaping? (Clarification: In this usage, "anonymous reporting mechanism" includes formal and structured ways which allow students to anonymously bring concerns about vaping to the attention of school officials. This type of reporting mechanism can typically also be used for students to report other types of concerns such as bullying, threats, etc.)

**Yes**

Page 13

**Q42**

Is the reporting system communicated by signage and/or posters?

**Yes,**

Comments:
The staff member stated in the Wellness Center there are posters but more signs and posters are needed.

---

**Q43**

Is the reporting system included in the District's website?

**Yes**

---

**Q44**

Is the reporting system described in the student handbook/code of conduct?

**Yes**

---

**Q45**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Yes,**

Comments:
The staff member reported additional resources regarding vaping and reporting are needed.

---

Page 14

**Q46**

Does the school limit number of students allowed in restroom at one time?

**No**

---

Page 15

**Q47**

How does the school limit the number of students allowed in restroom at one time? Please check all that apply:

**Respondent skipped this question**

**Q48**

Have you encountered any barriers, or do you have concerns in implementing this measure?

**Respondent skipped this question**

---

Page 16

**Q49**

Does the school limit amount of restroom time for students?

**No**

---

Page 17

Current Assessment

**Q50**

How does the school limit amount of restroom time of students? Please check all that apply:

**Respondent skipped this question**

**Q51**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 18

**Q52**

Does the school use an electronic hall pass system? (Clarification: In this usage, "an electronic hall pass system" refers to either a proximity card or phone application-based system which helps teachers, students and administrators more easily and effectively coordinate, verify and track the use of hall passes.)

**No**

Page 19

**Q53**

Does the system provide rapid electronic verification that a student has a valid hall pass? (Clarification: In this usage, "rapid electronic verification" means the system allows staff to rapidly verify that a student has been issued a valid and current hall pass.)

**Respondent skipped this question**

**Q54**

Does the system provide automatic electronic logging all passes granted? (Clarification: In this usage, "automatic electronic logging" means that once a hall pass is issued, the hall pass and student information is automatically entered into the system to allow staff to verify that a student has been issued a valid and current hall pass.)

**Respondent skipped this question**

**Q55**

Does the system provide the ability for staff to spot patterns where multiple students are issued hall passes at the same time which could help detect students who are meeting to vape? (Clarification: In this usage, the system allows authorized staff to rapidly and easily spot patterns which indicate that multiple students have been issued hall passes in the same time frame which could indicate students who may be obtaining hall passes in order to meet and engage in vaping activities.)

**Respondent skipped this question**

**Q56**

Does the system provide a feature that allows staff to track student movement/location electronically in real time to spot abuse of hall passes? (Clarification: In this usage, the system allows authorized staff to determine if one or more students who have been issued hall passes attempt to travel to an area of the school that does not match the destination the hall pass(es) authorize the student(s) to travel to.)

**Respondent skipped this question**

**Q57**

Does the system allow members of the school leadership team to spot patterns of teachers who issue an unusually high number of hall passes? (Clarification: In this usage, the system makes it much easier for members of the school's leadership team to identify situations where teachers are granting an unusually high number of hall passes.)

**Respondent skipped this question**

Page 20

**Q58**

Does the school have a written student supervision plan? (Clarification: In this usage, "a student supervision plan" is an approach that identifies how, when and where specific approaches to student supervision will be utilized.)

**Yes,**
Comments:
The school uses a Tier 1, 2, 3 system. The involves staff, security, and administrative staff.

**Q59**

Does the school provide school staff with any formal training on student supervision techniques?

**Yes**

Page 21

**Q60**

Is there any video used in this training?

**Yes**

**Q61**

Is this training provided in an online format?

**Yes,**
Comments:
The online training is due to COVID.

**Q62**

Is this training provided in live training sessions?

**Yes**

**Q63**

**Yes**

Is this training required for all current school staff?

---

**Q64**

**Yes**

Is the training on student supervision techniques part of the onboarding process?

---

**Q65**

**Yes,**

Comments:

Are substitute teachers required to complete training on student supervision techniques?

The staff stated training is completed by the district.

---

Page 22

**Q66**

**No**

Does the school use visual charts/floorplans/diagrams for student focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "visual charts/floorplans/diagrams" refers to some form of printed visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

**Q67**

**No**

Does the school use GIS mapping software for student and faculty focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "GIS mapping software" refers to some form of electronic visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

**Q68**

**Yes**

Has the school assigned staff (i.e., teachers, campus monitors, hall monitors, campus safety officers) to student restroom duty to prevent problematic behaviors?

---

Page 23

**Q69**

How many personnel are assigned full-time (more than 80% of work time) to perform the duty?

0

---

**Q70**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

8

---

**Q71**

Are these personnel repurposed from other positions
leaving those positions vacant?

**Yes**

---

**Q72**

Have you encountered any barriers, or do you have any
concerns in implementing this measure?

**Yes,**
Comments:
The staff stated trained personnel would be appreciated.
The staff also stated when the pull a person from one area
the problem migrates somewhere else.

---

Page 24

**Q73**

Has the school increased staffing for student supervision?

**No,**
Comments:
The staff stated the school district does not allow them to
increase staff for supervision. The staff member stated the
district is constantly decreasing staff due to budget custs.

---

Page 25

**Q74**

How many personnel are assigned full-time (more than
80% of work time) to the duty?

**Respondent skipped this question**

---

**Q75**

How many personnel are assigned part-time (less than
80% of work time) to the duty?

**Respondent skipped this question**

---

**Q76**

Are these personnel repurposed from other positions
leaving those positions vacant?

**Respondent skipped this question**

---

**Q77**

Have you encountered any barriers, or do you have any
concerns in implementing this measure?

**Respondent skipped this question**

Page 26

**Q78**

Does the school have staff who serve solely or primarily
(more than 80% of work time) as vaping prevention and
mitigation coordination personnel? (Clarification: In this
usage, the term refers to the staff member(s) whose job
duties are focused on performing and coordinating vape
prevention measures at the school.)

**No**

Page 27

**Q79**

How many personnel are assigned full-time (more than
80% of work time) to the duty?

**Respondent skipped this question**

**Q80**

How many personnel are assigned part-time (less than
80% of work time) to the duty?

**Respondent skipped this question**

**Q81**

Are these personnel repurposed from other positions
leaving those positions vacant?

**Respondent skipped this question**

**Q82**

Are these personnel also required to provide these
services at any other schools (shared by multiple
schools)?

**Respondent skipped this question**

**Q83**

Have you encountered any barriers, or do you have any
concerns in implementing this measure?

**Respondent skipped this question**

Page 28

**Q84**

Do employment/union contracts or agreements prohibit or limit the utilization of teachers and/or other staff for student supervision duties? If yes, how do you provide the level of supervision that would be provided if teachers and other staff could be utilized for supervision duties?

**Yes,**

Comments:

The staff stated that the supervision is difficult. The y are using counselors, administrators, and security. The administrators and counselors time for instructional support in the classroom is limited.

**Q85**

Does the school have "Walking Only" zones? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "Walking Only zone" is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.)

**No**

**Q86**

Does the school have areas designed as "No Go" zones during certain times of day? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.)

**No**

Page 29

**Q87**

Does the school designate some hallways and/or stairwells as "One Way" to reduce jamming of hallways during peak times of movement? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, one-way hallways and/or stairwells are areas where students are instructed to travel only in one direction to reduce congestion and to make it easier for staff to more effectively supervise students in-person and/or via cameras during periods of increased student movement.)

**No**

Page 30

**Q88**

Does the school have surveillance cameras?

**Yes**

Page 31

**Q89**

**Yes**

Are cameras are used to investigate allegations/reports of vaping?

**Q90**

**No**

Are cameras used to detect vaping incidents through periodic live observation of camera feed?

**Q91**

**No**

Does the school have any smart cameras with analytic software? (Clarification: Smart cameras are cameras that are designed to support additional functions besides simply recording images. These can include but are not limited to video and audio analytics as well as capabilities such as fire detection, smoke detection, etc.)

Page 32

**Q92**

**Respondent skipped this question**

Does the school use dwell time/loitering detection software? (Clarification: Analytic which detects one or more persons loitering in camera view once a minimum time frame such as 15 seconds has been reached.)

**Q93**

**Respondent skipped this question**

Does the school use "No go" zone detection? (Clarification: Analytic which detects one or more persons who enter an area designated in the field of view as a "No go" zone.)

**Q94**

**Respondent skipped this question**

Does the school use tracking capability to reduce the time required to track, locate and identify students suspected of vaping? (Clarification: The ability to click on or "box" a specific physically recognizable feature such as a green baseball cap, yellow jacket or blue tennis shoes and which allows authorized personnel to rapidly track the object (and thus the person) as they move through the school – in the past, present and as they move.)

Page 33

**Q95**

**No**

Is camera image resolution adequate to recognize people from video footage so they can be properly identified if they are observed vaping via cameras?

Page 34

**Q96**

**No**

Has the school installed any vape detectors? (Clarification: In this usage, the term "vape detectors/sensors" refers to electronic devices which in a similar manner to smoke detectors, send an alert (typically within 15 seconds) when someone uses a vape device in a space.)

Page 35

**Q97**

**Respondent skipped this question**

Please select the areas where vape detectors are installed:

**Q98**

**Respondent skipped this question**

If your school has cameras, do the cameras support vape detectors? (Clarification: In this usage, cameras are located in a manner to allow staff to help identify who was vaping (in a public space such as a stairwell) or to identify who has entered and departed from private spaces such as restrooms and locker rooms.)

**Q99**

**Respondent skipped this question**

Do you have any negative feedback on the effectiveness of vape detectors in your school? (Clarification: We would like to identify any problems school officials may have had with the effectiveness of vape detectors. If problems are described, please try to determine what the problems were and if attempts to address them were made. For example, there were some software problems which caused false alarms in some early models and this was addressed with updated software.)

**Q100**

Do you have any positive feedback on the effectiveness of vape detectors in your school? (Clarification: We would like to not only identify positive examples of effectiveness, but to try to identify why the use of vape detectors was effective to develop more effective strategies for their use if, when and where they are determined to be a suitable prevention and mitigation measure.)

**Respondent skipped this question**

---

Page 36

**Q101**

Based on incidents where students have been caught vaping, students have reported vaping occurs and/or student survey data, where have students been vaping? Please check all that apply:

**Restrooms,**

**Hallways,**

**Stairwells,**

**Alcoves (Clarification: In this usage, an "alcove" is a recessed area adjoining another room or hallway/space that is not separated by doors or windows and may or may not have a lower ceiling height.)**

**,**

**Classrooms,**

**Gymnasium(s),**

**Auditorium(s),**

**Stage area(s),**

**Cafeteria,**

**Outdoor areas,**

**Rooftop areas (Clarification: In this usage, "rooftop areas" refer to rooftops, covered walkways and other elevated areas where students have attempted to vape by climbing to the areas.)**

**,**

**Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets, etc. where students have been vaping.)**

**,**

**Leaving school to vape at other off campus locations while truant from school**

**,**

**On school buses**

**Q102**

Which of the following time(s) of day when students have been caught vaping, students have reported vaping occurs and/or student survey data indicates students have been vaping? Please check all that apply:

**Before school hours -before the start of the school day – prior to homeroom/supervision room or first period classes.**

,

**During morning arrival - after the campus is open but before school hours.**

,

**During instructional periods – while some or all students are in classes.**

,

**During passing times/class changes – when most or all students are moving from one classroom/activity to another.**

,

**During lunch periods – during any regularly scheduled lunch period.**

,

**During afternoon dismissal – when the majority of students are departing the campus after school hours and regular instructional periods have concluded for the day.**

,

**During after-school hours – school-related activities/programs that begin once regularly scheduled instructional periods have concluded for the day or on weekends.**

**Q103**

In some instances, measures to prevent student misconduct in specific areas can result in students finding new locations or to continue to engage in the activity. We would like to identify these types of areas so they can be addressed in the prevention and mitigation plan. Based on your experience and knowledge of the campus, where are students likely to try to vape if effective prevention measures are implemented making it difficult to vape without detection in the areas you identified? Please check all that apply:(Clarification: This includes anticipated increases in vaping activities in areas indicated above for current vaping activity locations.)

**Outdoor areas,**

**Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets, etc. where students have been vaping.)**

,

**Leaving school to vape at other off campus locations while truant from school**

,

**They will quit vaping at school**

**Q104**

Are there any unique concerns or challenges relating to methods used by students to vape on campus without being detected?

**Yes,**

If yes, please explain.:

The vape devices themselves are a challenge to recognize. Students are hiding the devices in clothing and attaching devices to their wrists. Students are selling modified devices that have no nicotine and conflicts arise from this.

---

**Q105**

Does the school use nicotine detection swabs to help identify students who have been vaping when it is not clear which student was vaping in restrooms, etc.? (Clarification: In this usage, "nicotine detection swabs" are a field test used by school and/or law enforcement officials to determine if particles from vaping are present on a student's hands and/or clothing when they are suspected of vaping.)

**No**

---

Page 37

**Q106**

Are vape detection swabs used only when individual students are suspected to have been vaping?

*Respondent skipped this question*

---

**Q107**

Is there a written policy or guideline on the use of nicotine detection swabs?

*Respondent skipped this question*

---

**Q108**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

*Respondent skipped this question*

---

Page 38

**Q109**

Are field tests to detect marijuana and/or other drugs used to test confiscated items when e-cigarettes, vaping devices are confiscated from students? (Clarification: Field tests are the types of tests used to determine if controlled substances are likely present – a laboratory test is typically required for positive identification in a criminal trial for possession of controlled substances.)

**No**

---

Page 39

**Q110**

Do law enforcement officers conduct field tests?

**Respondent skipped this question**

**Q111**

Is there a written policy or guideline on the use of field tests of confiscated items for marijuana and/or other drugs?

**Respondent skipped this question**

**Q112**

Do you encounter any barriers or have any concerns in implementing this measure?

**Respondent skipped this question**

Page 40

**Q113**

Does the school conduct nicotine tests and/or random nicotine tests for students as a requirement to participate in extracurricular activities? (Clarification: Random tests are tests conducted as a requirement of participation after a student is accepted for participation on an extracurricular team or program. Extracurricular activities include but are not limited to athletics teams, cheerleading, debate, and other optional activities available to students.)

**No**

Page 41

**Q114**

Are students screened before being allowed to participate in the extracurricular activity?

**Respondent skipped this question**

**Q115**

Are students screened with random testing after being selected to participate in extracurricular activities?

**Respondent skipped this question**

**Q116**

Is there a written policy on how to conduct nicotine testing for extracurricular activities?

**Respondent skipped this question**

**Q117**

Is there a written policy or guideline on the consequences/supports for violations?

**Respondent skipped this question**

**Q118**

Have you encountered any barriers, or do you have any
concerns in implementing this measure?

Respondent skipped this question

---

Page 42

**Q119**

Does the school use any of the following measures to try
to prevent and detect vaping on school buses? Please
check all that apply:

We do not have any measures to prevent or detect
vaping on school buses.

,

Vaping violations on buses are addressed in the same
manner as vaping violations on school property.

,

Written policies include a prohibition of vaping
activities on school buses.

---

Page 43

**Q120**

Time completed

Date / Time          **09:23 AM**