# EXHIBIT 257

c. and our subsidiary Nu Mark
2, 2018 letter raising serious co
roducts. We share your concer

bout the reported rise in youth
that these youth issues may jeo
017 announcement, you highli
ed a policy of encouraging smo
products. We believe e-vapor
lt smokers to switch from com
se of e-vapor products, left unc
r adult smokers. Because we

adult consumers age 21 and o

le information from FDA and
contribute to the rise in youth u
ve have a current issue with yo
t want to risk contributing to t
**e market our *MarkTen Elite***
**eive a market order from FD**

-vapor products is further com
tional tobacco flavors. This p
ective. We believe, informed

products with enhanced post-r
g to unintended audiences. Mo
n data as to youth usage on a m

ng companies have a long histo
prevention efforts. We believe
cess – that is, the purchase of s
s. **We believe, in the face of t**
**y is the time to support federa**
**hase tobacco products to age 2**
FDA does not have the author
views with members of Congre

ransactions on our websites, w
sold only to adults who are 21 c
are age 21 or older and a curre
nd our content displayed to con
gery with limited use of lifesty
or products and accessories an
s from our brands. Our age ver
ublic database information to v
y electronic age verification, c
ion to establish that they are 21

ns at retail to limit youth acces
ne retailers who sell Nu Mark's
o limit youth access to its prod



D.

unsel

oducts

D.

oducts