# EXHIBIT 301

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08177-WHO | Case No. 19-md-02913-WHO<br><br>**DECLARATION OF KAYA LEHR-LOVE** |

DECLARATION OF KAYA LEHR-LOVE

I, Kaya Lehr-Love, declare as follows:

1. I am twenty-two years old and currently reside in San Francisco, California. I have personal knowledge of the facts stated below and could and would testify competently thereto if called upon.

2. I attended Abraham Lincoln High School ("ALHS") in the San Francisco Unified School District from the fall of 2014 through the spring of 2018. I graduated from ALHS in 2018. During my time at ALHS, I was a Youth Outreach Worker ("YOW"), a position in which students work with their school wellness center to provide health and wellness education and peer support.

3. In March 2018, I was interviewed by ABC Channel 7 News in San Francisco in the article entitled "SF Students say JUUL Vaporizer Easy to Use at School," about the growing vaping epidemic at SFUSD. In that interview, I expressed my opinion that the JUUL device was just a new way to hook young people on smoking. I thought this was a marketing tactic of big tobacco. Attached as Exhibit 1 is a true and correct copy of the news story for which I was interviewed.

4. As indicated during the March 2018 interview, in my time at ALHS, I witnessed vaping use by students take off in SFUSD schools. In my upperclassman years, I saw students vaping in school every day. In my experience, students predominantly used the JUUL device. Though other devices eventually grew in popularity, most students I knew started out using JUUL.

5. I observed students vaping in classrooms, bathrooms, stairwells, and in other indoor and outdoor common spaces on ALHS's campus. Students often vaped on public transportation on their way to and from school.

6. In my experience, teachers often had difficulty recognizing that the JUUL device was a vaping device. Many teachers mistook them for flash drives. Sometimes teachers had to stop class to deal with vaping-related issues. Other times, students would vape in class without getting caught.

7. As a YOW, I helped provide peer education on e-cigarettes and vaping. Most of the students I spoke to thought JUUL products were significantly safer than cigarettes. Many students thought the device contained nothing more harmful than flavored water vapor. During more than one presentation, I recall students arguing with me about the safety and content of vaping devices, like JUUL, claiming "it's just water vapor." I noticed teachers paying attention to these presentations and taking notes to learn about vaping.

8. In my experience, JUUL was so prevalent at ALHS that it was not uncommon for students to sell devices at school. One student brought two backpacks to school, one with books and the other full of JUUL products to sell to other students. It was common practice to conduct these sales during class, while the teacher's back was turned.

9. In my opinion, JUUL devices did not carry the same social stigma as cigarettes for peers in my age group. I saw students shamed for using cigarettes by the same people who embraced JUUL use. People thought JUUL was safer and cooler than cigarettes.

10. Currently, many of my friends and peers who started using JUUL products in high school are still using the products. Some of these individuals have told me they are addicted to these products. Some have moved on to partially or only use combustible cigarettes.

11. I did not use vaping devices during my time at ALHS, but nonetheless I saw student vaping substantially impact my high school, causing classroom disruption and new addictions in formerly anti-tobacco students.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8 day of September, 2022.

Kaya Lehr-Love

3  DECLARATION OF KAYA LEHR-LOVE

# EXHIBIT 1

DocuSign Envelope ID: A664742B-DEE0-44BE-BABD-E71A1B72051D
9/7/22, 9:55 AM                SF students say JUUL vaporizer easy to use at school, San Fra...

Everything you need to know about monkeypox infection, vaccines, more

WATCH                                    64°                               LOG IN

Health & Fitness

# SF Students say JUUL vaporizer easy to use at school

By by Melanie Woodrow via 
Thursday, March 8, 2018



EMBED <>    MORE VIDEOS

You have to sign up to qualify for the rebates, but it's free and there are no penalties if you don't save any energy - only credits if you do.

SAN FRANCISCO (KGO) -- According to its website, San Francisco based company JUUL,

## Top Stories


Pleasant Hill, Concord BART reop...
41 minutes ago


Rolling blackouts averted bu...
1 hour ago


Tracker shows how close we a...


Bay Area heat wave: More cities...


Are rolling blackouts something...

DocuSign Envelope ID: A664742B-DEF0-44BF-BABD-F71A1B72051D
9/7/22, 9:55 AM

The vaporizer looks like a USB drive. It's a design that some Lincoln High School students in San Francisco say makes it easy to use right on campus, even though the campus is both smoke and vape free.

**RELATED: Controversial study links e-cigarettes with heart attacks**

"They go to the bathroom and do it or they try to just bend over under the table and take a little puff," said Ronnie Vidau.

San Francisco Unified School District is working to educate students.

"We want our young people to know that electronic vapor products are not safe," said Erica Lingrell who is a Program Administrator that supports health education across the district.

Students we spoke with say they don't use JUUL but have some ideas about why other students do.

"Teachers can't notice you all the time, it's easier to do," said Desean Crawford.

**RELATED: Vatican to stop selling cigarettes in its shops**

Heat wave: Record-breaking 116 degrees, surviving without AC

PG&E will pay you to unplug during flex alerts - here's how

How to prepare for a PG&E power outage right now

In an email to ABC7 News, a spokesperson for JUUL writes, "We strongly condemn the use of our product by minors, and it is in fact illegal to sell our product to minors. No minor should be in possession of a JUUL product."

Youth Outreach Workers who are also students like Kaya Lehr-Love want to inform their peers.

"This is just one of their ways to get you into smoking it's just a marketing thing," said Lehr-Love.

JUUL says it's working to reduce the number of minors who use tobacco products including vapor products with initiatives that include limiting website sales to ages 21 and over, a secret shopper program to monitor age verification of retailers and working with

DocuSign Envelope ID: A664742B-DEF0-44BE-BABD-F71A1B72051D
9/7/22, 9:35 AM                    Students find vaporizers easy to use in school in San Francisco
Case 3:19-md-02913-WHO   Document 3448-30   Filed 09/13/22   Page 9 of 11



According to SFUSD, an anonymous survey given to students on health risk behaviors shows that the use of electronic vapor products has gone down. School officials believe that data suggests the youth outreach program has been effective.

Click here for more stories, photos, and video on vaping.

Report A Correction Or Typo

Copyright © 2022 KGO-TV. All Rights Reserved.

## Related Topics

Health & Fitness    San Francisco    smoking

Education    children    vaping

student safety    teen    smoke    students

**FROM THE WEB**    Promoted Links by Taboola

### NBD Como La Flor Suit Dress in White. - size S (also in M, XS)

$218

REVOLVE    BUY NOW

### Locate Almost Anyone By Entering Their Name (This Is Addicting!)

TruthFinder

### Protect your home's value

COUNTRY® Financial

9/7/22, 9:33 AM	Juul vaporizer, easy to use at school | abc7news.com
Case 3:19-md-02913-WHO   Document 3448-30   Filed 09/12/22   Page 10 of 11
DocuSign Envelope ID: A664742B-0EE0-44B5-BABD-F71A1B720F1D

Abduction of Memphis jogger called an 'isolated attack by a stranger'; suspect facing murder charges

Black pastor arrested for watering plants: Man taken into custody while watching neighbor's home

Florida man robs store dressed as Spiderman

Perfect Shave Without Irritation Or Cuts! The Trimmer Every Man Needs.
Luoccia

Shop Now

Homeowners Are Trading in Their Doorbell Cams for This.
Keilini

Mike Tyson: Throw Out Your Protein Powder
Mike Tyson IM-21 Supplement

Home

AccuWeather

Traffic

Local News

Categories

Station Info

DocuSign Envelope ID: A664742B-DEE0-44B5-BABD-F71A1B720F1D
9/7/22, 9:35 AM                    Case 3:19-md-02913-WHO   Document 3448-30   Filed 09/12/22   Page 11 of 11
                                           Wi, students say juul vaporizer easy to use at school in San Francisco



Follow Us:

Privacy Policy   Do Not Sell My Personal Information

Children's Privacy Policy   Your California Privacy Rights   Terms of Use

Interest-Based Ads   Public Inspection File   FCC Applications


Copyright © 2022 ABC, Inc., KGO-TV San Francisco. All Rights Reserved.