# EXHIBIT 303

SFUSD_001793

CONFIDENTIAL



# Vaping 101
## What to know and What to do

**Lynda Boyer-Chu & Michelle Rait**
TUPE Nurse Facilitators, SFUSD
School Year 2019-20

SFUSD_001794

# Six Points for Teachers

**1. Vaping's "hot", e-cigs are not.**

Vapes can deliver cannabis, nicotine, or just flavored juice whereas e-cigs deliver only nicotine.

**2. Vape devices can be hard to detect.**

Some are shaped like thumb drives, fountain pens, or battery chargers.

**3. Vape manufacturers target our students.**

Flavors entice. 52% of 12th graders think vaping is "just flavoring."

*From "Here's what you need to know about vaping, " by Anne Rubin. School Leaders Now. January 17, 2018, and 5 Vaping facts you need to know by Joseph Blaha, MD, MPH, Johns Hopkins Medicine website, 2019.*

CONFIDENTIAL

SFUSD_001795

# Six Points for Teachers

## 4. Many teens don't think that vaping is harmful.

As of 10/29/19: 37 deaths.
CDC Deaths due to vaping

## 5. Marijuana odor can be masked.

Mask: fruity, sugary flavors. If a student vapes at school, you don't know what's inside the reservoir.

## 6. School-wide practices work.

Admin, Faculty, Student & Parent Leaders can harness support by School Counselors, Dean, Wellness Centers.

*From "Here's what you need to know about vaping. " by Anne Rubin. School Leaders Now. January 17, 2018.*

CONFIDENTIAL

SFUSD_001796

CONFIDENTIAL



## Options for Teachers: 3 Scenarios

SFUSD_001797

# Scenario A: Paraphernalia

If you see a student with anything that's associated with vaping:

- Explain that item is not conducive to learning
- Attempt to confiscate paraphernalia: give to dean
  - If student refuses, dean follows up
- Dean contacts parent/caregiver (P/C)
- Dean writes referral to Wellness/Nurse

CONFIDENTIAL

SFUSD_001798

# Scenario B: UI and unable to do classwork

- Speak 1:1 to student about concerns and that you're offering site-based support
- Notify Dean to have student removed from class
- Dean contacts P/C
- Teacher writes Wellness online (or paper) referral

CONFIDENTIAL

SFUSD_001799

# Scenario C: Suspect UI but does classwork

- Speak 1:1 to student about your concern and that you're offering site-based support
- Teacher writes Wellness online (or paper) referral
- Teacher can also confer with School Counselor &/or other teachers re: suspicion

CONFIDENTIAL

SFUSD_001800



## George Washington High School SFUSD
## Healthy Decisions Referral



Our motto "We CARE" means that we want our students to be healthy and learn to make healthy decisions.

You're being referred to the Nurse because you might be using a substance that affects your physical and possibly mental health. The substance could be tobacco, cannabis, or any medication that's not prescribed by a doctor or approved by your family.

**Expectations:**

7. You are to meet with the Nurse for (at least) one Session.
8. Your parents/caregivers (P/C) might be notified.
9. P/C will be notified if you are absent from the Session.

The Session is **educational, reflective, and encouraging.**

**PRINT CLEARLY**

Date of Incident _____   Person Making Referral _____

Student Name _____   If known: Grade _____

*Please place this in Nurse's Mailbox*

# Healthy
# Decisions
# Referral

CONFIDENTIAL

SFUSD_001801

# Short, Sweet, Toxic.

## Real California Teens Talk about Vaping

**Today in NYT:** *Juul-alikes are filling shelves with sweet, teen-friendly nicotine flavors*

CONFIDENTIAL

SFUSD_001802

# Think-Pair-Share

↑ **Role Playing**

Pair up. Pick a scenario A, B or C. Role play teacher & student. How did that feel?

↑ **Consultations?**

These encounters are awkward at best. Consult with colleagues. If you're a newer teacher, who would you go to? If you're a veteran teacher, who could you support?

CONFIDENTIAL