# EXHIBIT 304

SFUSD_001859

CONFIDENTIAL





SFUSD_001860

CONFIDENTIAL

SFUSD_001861

# Six Points for Staff

## 1. Vaping's "hot", e-cigs are not.

Vapes can deliver cannabis, nicotine, or just flavored juice whereas e-cigs deliver only

## 2. Vape devices can be hard to detect.

Some are shaped like thumb drives, fountain pens, or battery chargers.

## 3. Vape manufacturers target our students.

Flavors entice. 52% of 12th graders think vaping is "just flavoring."

*From "Here's what you need to know about vaping," by Anne Rubin. School Leaders Now, January 25, 2018, and 5 Vaping facts you need to know by Joseph Blaha, MD, MPH, Johns Hopkins Medicine website, 2019.*

CONFIDENTIAL

SFUSD_001862

# Six Points for Teachers

**4. Many teens don't think that vaping is harmful.**
As of 10/29/19: 37 deaths.
CDC Deaths due to vaping

**5. Marijuana odor can be masked.**
Mask: fruity, sugary flavors. If a student vapes at school, you don't know what's inside the reservoir.

**6. School-wide practices work.**
Admin, Faculty, Student & Parent Leaders can harness support by School Counselors, Dean, Wellness Centers.

*From "Here's what you need to know about vaping." by Anne Rubin. **School Leaders Now. January 17, 2018.***

CONFIDENTIAL

SFUSD_001863

CONFIDENTIAL



Substance use, including vaping, is not one department's job.

SFUSD_001864

# Prevent, Prevent, Prevent.

## Minimal preparation or class time...

- Hang Posters
- Vaping Demo (using hairspray)
- Healthy and Unhealthy Lung Demo
- Clem's Phlegm/Tar Jar

## A little more prep and/or classroom time...

- Classroom session(s) about vaping using prepared lesson plans
- YOW presentation
- Grade-level assembly



CONFIDENTIAL

SFUSD_001865

# "Would You Prevent a Child From Smoking?"

CONFIDENTIAL

SFUSD_001866

# What would work for you?
## Think-Pair-Share.
## Commit & Implement.

CONFIDENTIAL

SFUSD_001867

CONFIDENTIAL



What if I see or suspect vaping:? 3 Scenarios

# Scenario A:

## Paraphernalia

If you see a student with anything that's associated with vaping:

Explain that item is not conducive to learning

Attempt to confiscate paraphernalia: give to counselor or admin

If student refuses, notify counselor or admin

Counselor follows school protocol for substance use

Counselor refers student to Wellness/Nurse

SFUSD_001868

CONFIDENTIAL

SFUSD_001869

# Scenario B: Under the influence and unable to do classwork

Speak 1:1 to student about concerns and that you're offering site-based support

Have student removed from class

Admin or counselor follows school protocol

Teacher writes Wellness online (or paper) referral

CONFIDENTIAL

SFUSD_001870

# Scenario C: Suspect UI but does classwork

Speak 1:1 to student about your concern and that you're offering site-based support

Teacher writes Wellness online (or paper) referral

Teacher can also confer with School Counselor &/or other teachers re: suspicion

CONFIDENTIAL

SFUSD_001871

# Short, Sweet, Toxic.

## Real California Teens Talk about Vaping

**Today in NYT:** *Juul-alikes are filling shelves with sweet, teen-friendly nicotine flavors*

CONFIDENTIAL

SFUSD_001872

# Think-Pair-Share



## ↑ Role Playing

Pair up. Pick a scenario A, B or C. Role play teacher & student. How did that feel?

## ↑ Consultations?

These encounters are awkward at best. Consult with colleagues. If you're a newer teacher, who would you go to? If you're a veteran teacher, who could you support?

CONFIDENTIAL

SFUSD_001873



# Resources and References

Stanford Medicine: Tobacco Prevention Toolkit [includes vaping].
Vapes & Pod-Based Lessons

Videos https://tobaccofreeca.com/resources/

Article by Anne Rubin in School Leaders Now, 2018
Vaping and E-Cigs: Here's What Educators Need to Know

Reviewed by Michael J. Blaha, MD, MPH, Johns Hopkins Medicine website, 2019
5 Vaping Facts You Need to Know

Food & Drug Administration link: order free materials re: vaping
Vaping Posters and Other Educational Materials from FDA

**For questions about SFUSD's district tobacco and drug policies contact Quarry Pak, Pakq@sfusd.edu**

**For questions about SFUSD's health curricula, contact Karen Tiu,**

CONFIDENTIAL

SFUSD_001874



# Tar Jar: Cigarette

If you smoked 10 cigarettes a ⊂ year

Tar is what turns lungs black

Tar and other chemicals

Short term: yellow teeth, bad breath, smelly hair

Long term: early wrinkles, impotence, emphysema (lung disease), cancer of various parts of the body (not just lungs)

16

SFUSD_001875

# Tar Jar: Cigars and Cannabis

Cigar: anything wrapped in a tobacco leaf

Cigars have more tar than cigarettes and higher concentration of toxins

Cannabis has 4 times more tar than cigarettes

Cannabis has many of the same toxins and carcinogens as tobacco

Because cannabis smoke is held in the lungs longer, there is increased exposure in the

17

CONFIDENTIAL

SFUSD_001876

# Clem's Phlegm: Ci



Phlegm is that stuff you cough up chest cold

You also cough this stuff up when disease

A disease associated with smoking is COPD (chronic obstructive pulmonary disease)

The amount in this jar is how much you cough up in TWO WEEKS if you have COPD

18

CONFIDENTIAL

SFUSD_001877

# Clem's Phlegm: CIgars and Cannabis

Yes, you can have phlegm smoking cigars or cannabis

It can also cause chronic bronchitis (inflammation/swelling of airways), wheezing, and chronic coughing

The smoke damages the lining of the lungs and the lungs respond by making phlegm

19

CONFIDENTIAL

SFUSD_001878

20



# Vaping Demo

The vapor cloud is NOT a water clou(

Again, it is NOT WATER. The vapor is chemicals, just like the hairspray

Lung damage? YES

Flavors designed to hook youth

Flavors contain cancer causing chemicals

CONFIDENTIAL

SFUSD_001879

# Vaping Demo: Cannabis

The vapor has chemicals in it. It is NOT WATER

There is no regulation around the processing of cannabis to be used in vaporizers, so the type and amount of chemicals can vary

21

CONFIDENTIAL

# Giant Cig



Chemicals in smoke are on th

Remember FLAB:

Formaldehyde (used in embalming bodies)

Lead (think about Flint)

Arsenic (used in rat poison)

Benzene (found in oil and used to make plastic)

NICOTINE

22

SFUSD_001880

CONFIDENTIAL

SFUSD_001881



# Lungs: Overview

Yes, they are real lungs

They are about the same size as a 140lb human

The lungs were obtained from a slaughterhouse (nobody was forced to smoke cigarettes)

23

CONFIDENTIAL

SFUSD_001882

# Lungs: Cigarettes

Healthy lung: good color, easily expandable

Diseased Lung: tumors, gross color, doesn't expand easily

Resembles lung of a person who smoked 1 pack/day for 20 years

24

CONFIDENTIAL

# Lungs: Cigars and Cannabis

Both cigars and cannabis can cause lung damage similar to cigarettes

They also cause other damage similar to cigarettes, such as breathing problems

Cigars are also directly linked to cancer

25

SFUSD_001883

CONFIDENTIAL