# EXHIBIT 305

SFUSD_001803

CONFIDENTIAL



# Six Points for Teachers

**1. Vaping's "hot", e-cigs are not.**

Vapes can deliver cannabis, nicotine, or just flavored juice whereas e-cigs deliver only nicotine. Both devices emit chemicals, not just vapor.

**2. Vape devices can be hard to detect.**

Some are shaped like thumb drives, fountain pens, or battery chargers.

**3. Vape manufacturers target our students.**

Flavors entice. 52% of 12th graders think vaping is "just flavoring."

*From "Here's what you need to know about vaping. " by Anne Rubin. School Leaders Now. January 17, 2018, and 5 Vaping facts you need to know by Joseph Blaha, MD, MPH, Johns Hopkins Medicine website, 2019.*

SFUSD_001804

CONFIDENTIAL

# Six Points for Teachers

**4. Many teens don't think that vaping is harmful.**

As of 10/29/19: 37 deaths. CDC Deaths due to vaping

**5. Marijuana odor can be masked.**

Mask: fruity, sugary flavors. If a student vapes at school, you don't know what's inside the reservoir.

**6. School-wide practices work.**

Admin, Faculty, Student & Parent Leaders can harness support by School Counselors, Dean, Wellness Centers.

*From "Here's what you need to know about vaping." by Anne Rubin. School Leaders Now. January 17, 2018.*

SFUSD_001805

CONFIDENTIAL



Substance use, including vaping, is not one department's job.

SFUSD_001806
CONFIDENTIAL

# Prevent, Prevent, Prevent.

**Minimal preparation or class time...**

- Hang Posters
- Vaping Demo (using hairspray)
- Healthy and Unhealthy Lung Demo
- Clem's Phlegm/Tar Jar

**A little more prep and/or classroom time..**

- Classroom session(s) about vaping using prepared lesson plans
- YOW presentation
- Grade-level assembly



# What would work for you?
# Think-Pair-Share.
# Commit & Implement.

SFUSD_001808

CONFIDENTIAL



# Scenario A: Paraphernalia

- If you see a student with anything that's associated with vaping:
- Explain that item is not conducive to learning
- Attempt to confiscate paraphernalia: give to counselor or admin
  - If student refuses, notify counselor or admin
- Counselor follows school protocol for substance use
- Counselor refers student to Wellness/Nurse

SFUSD_001810
CONFIDENTIAL

# Scenario B: UI and unable to do classwork

- Speak 1:1 to student about concerns and that you're offering site-based support
- Have student removed from class
- Admin or counselor follows school protocol
- Teacher writes Wellness online (or paper) referral

SFUSD_001811
CONFIDENTIAL

# Scenario C: Suspect UI but does classwork

- Speak 1:1 to student about your concern and that you're offering site-based support
- Teacher writes Wellness online (or paper) referral
- Teacher can also confer with School Counselor &/or other teachers re: suspicion

SFUSD_001812
CONFIDENTIAL

# Short, Sweet, Toxic.

[Real California Teens Talk about Vaping](#)

Today in NYT: *Juul-alikes are filling shelves with sweet, teen-friendly nicotine flavors*

SFUSD_001813
CONFIDENTIAL

# Think-Pair-Share



→ **Role Playing**
Pair up. Pick a scenario A, B or C. Role play teacher & student. How did that feel?

→ **Consultations?**
These encounters are awkward at best. Consult with colleagues. If you're a newer teacher, who would you go to? If you're a veteran teacher, who could you support?

SFUSD_001814

CONFIDENTIAL