# EXHIBIT 313

| | |
|---|---|
| From: | Pak, Quarry <pakq@sfusd.edu> |
| Sent: | Tuesday, January 31, 2017 12:59 PM |
| To: | Adriasola, Martha |
| Cc: | Frida Ibarra; Karen E. Tiu |
| Subject: | Re: Anti-vape PSA Contest prizes |

Sounds great! Yes, we have the budget for this. Thank you. I will have to include this change in a budget revision I need to submit soon.

Quarry

On Jan 31, 2017 12:33 PM, "Adriasola, Martha" <adriasolam@sfusd.edu> wrote:
Hi Quarry,

In looking at last years prizes for the PSA contest HS and LGBTQ had $400 and $300 prizes and MS had $200 and $100 prizes, for a total expenditure of $1700 in prizes along with the movie tickets for each entry $15 x 12 = $180.

This year the teens have suggested that rather than having a first and second place there be two entries per category (video and poster) and they each get the same amount - HS $300 (2), LGBTQ $300 (2), and MS $200 (2); this would equal $1600. They also want to keep the movie tickets, as an incentive for students to participate, so that may be a bit more than last year.

Are you ok with this and is there enough in the budget?

Let us know - thanks!

Martha

Martha L. Adriasola-Martinez, NBCT
School Health Programs/SFCSD/SFUSD
1515 Quintara St., S.F., CA 94116
phone: (415) 242-2615 x3225
fax: (415) 242-2618

www.healthiersf.org
http://sfusdhealtheducation.org/

1

CONFIDENTIAL                                                                                                                        SFUSD_026783