# EXHIBIT 314

Invoice #

SAN FRANCISCO UNIFIED SCHOOL DISTRICT **MILEAGE/EXPENSE REPORT**

## Name: Lynda Boyer-Chu

Address:

GWHS, 600 32nd Avenue San Francisco, CA 94121

MILEAGE:

Date
Travel From - To
RT
Miles
Reason

0.00 $0.00
TOTAL REIMBURSEMENT
($0.545 as of January 1, 2018)
‑
**EXP**ENSES*:

Date Type‑Meals/Lodging/Taxi/Supplies/Phone/Parking 6/26/2018 Pantene

spray for vaping lesson 8/17/2018 Pantene spray for vaping lesson 6/26/2018 water bottle
spray bottles for vaping lesson
Cost
Reason 64.77 vaping kits for TUPE 48.50 vaping kits for TUPE 29.25 vaping kits for TUPE

$ | $
142.52

Sub Total Expenses: Sub Total Mileage: Less Travel Advance
Balance Due/Refund  * Attach all receipts
142.52

# Find Dope

# ē

Employee Certifies Correct:_Lynda Boyer-Chu
_ Date: 9-27-2018

Supervisor  Approves:
Date:

CONFIDENTIAL