# EXHIBIT 319

# Ruth Asawa San Francisco School of the Arts



2022 www.safehavensinternational.org

Part 1 Team Leader:   Latricia Gittens                                               Date:   05/18/2021
Name of School:   **Ruth Asawa San Francisco School of the Arts**
School System:   San Francisco Unified School District
Address of School:   555 Portola Drive, San Francisco, CA 94131

## Observation for Vaping Mitigation & Prevention
## Latricia Gittens
## 05/18/2021

## 1. Signage and posters

| Question | Answer | Comments |
|---|---|---|
| **1.1.1** Are there any signage and/or posters in the school regarding an anonymous reporting mechanism so students can report concerns about vaping? | No | The school does not have signage regarding an anonymous reporting mechanism. |

| Question | Answer | Comments |
|----------|--------|----------|



| | |
|---|---|
| **1.1.2** Other notes/comments | |

## 2. Camera

| | |
|---|---|
| **1.2.1** If the school has surveillance cameras, please take photos of camera feeds on computer screen to determine the number of cameras at the school. (Clarification: The purpose of this is to help us more accurately determine how many cameras are in use and working at each school.) | The principal advised he could not pull up the camera system, however. Ruth Asawa and The Academy shares the same camera system. |
| **1.2.2** Other notes/comments | |

## 3. Does the school have the following:

| Question | Answer | Comments |
|----------|--------|----------|

| Question | Answer | Comments |
|---|---|---|
| **1.3.1** "Walking only" zones? (Clarification: A "Walking Only zone" is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.) | No | The school does not have "walking only" zones. |
| **1.3.2** Designation of "No Go" zones during certain times of day? (Clarification: A "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.) | Yes | Students have an understanding that the "canyon" is a "no go" zone. |

| Question | Answer | Comments |
|---|---|---|



| **1.3.3** Student restrooms with doors removed to create improved supervision? | No | All the restrooms in the school have doors on them. |

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.3.4** Restrooms with a "lazy S" entryway? | Yes | There are some restrooms with the "lazy S" entryway and some do not. |

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.3.5** Other notes/comments | | |

## 4. Magnetic holdbacks

| Question | Answer | Comments |
|---|---|---|

| Question | Answer | Comments |
|---|---|---|
| **1.4.1** Are there any stairwell doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for the stairwell areas while still in compliance with fire code? | Yes | Stairwells are all open concept. |





| Question | Answer | Comments |
|---|---|---|
| **1.4.2** Are there any hallway fire doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for hallway areas while still in compliance with fire code? | No | All of the hallway holdback devices have the magnetic holdback devices. |





| **1.4.3** Other notes/comments | |
|---|---|

## 5. "Red flag" locations

| Question | Answer | Comments |
|---|---|---|
| **1.5.1** Did you find any unusual "red flag" locations that your experience and training indicate that we should be aware of? If yes, please describe. (Clarification: In this usage, red flag locations are those unusual or unique areas where the supervision of students can be difficult) | Yes | The principal stated that the area called the "canyon" is a hotspot for the students that vape. Also the student parking is a known area for vaping. |

| Question | Answer | Comments |
|----------|--------|----------|



| **1.5.2** Other notes/comments | | Another known area for students vaping is the hallways behind the piano classroom and the corridor area. Analysts recommends they consider placing cameras in those areas that are not visible to the cameras. |

| Question | Answer | Comments |
|---|---|---|



**6. In addition to areas identified by administrators, based on your experience, did you find any other locations where students are likely to relocate?**

| Question | Answer | Comments |
|---|---|---|

| Question | Answer | Comments |
|---|---|---|
| **1.6.1** Restrooms | Yes | Some restrooms have single stalls/unit and some do not. |



| | | |
|---|---|---|
| **1.6.2** Hallways | Yes | Some hallways have cameras and some do not. |

| Question | Answer | Comments |
|----------|--------|----------|



| **1.6.3** Stairwells | Yes | Stairwells are all open concept. Stairwells are not covered by cameras and offer concealment. |

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.4** Alcoves (Clarification: An alcove is a recessed area adjoining another room or hallway/space that is not separated by doors or windows and may or may not have a lower ceiling height.) | N/A | The school does not have an alcove. |
| **1.6.5** Classrooms | No | |

| Question | Answer | Comments |
|---|---|---|




| | | |
|---|---|---|
| **1.6.6** Gymnasiums | Yes | There are areas in the gymnasium (basement) like the dance studio and locker room areas that have hiding places. Analysts recommends they consider places cameras in those areas. |

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.7** Auditoriums | Yes | The auditorium had areas that were not covered by cameras and offer concealment. |



| Question | Answer | Comments |
|---|---|---|
| **1.6.8** Stage areas | Yes | The stage areas had several areas that was not covered by cameras and offers concealment. |

| Question | Answer | Comments |
|----------|--------|----------|



| **1.6.9** Cafeteria | No | Students are allowed to leave the campus for lunch and return to school. |

| Question | Answer | Comments |
|---|---|---|



| **1.6.10** Outdoor areas | Yes | The principal stated that the area near the gymnasium are known areas where students were caught vaping. |

| Question | Answer | Comments |
|---|---|---|



| **1.6.11** Rooftop areas (Clarification: In this usage, "rooftop areas" refer to rooftops, covered walkways and other elevated areas where students have attempted to vape by climbing to the areas.) | No | The school's rooftop does not appear to be accessible. |

| Question | Answer | Comments |
|---|---|---|



| Question | Answer | Comments |
|---|---|---|
| **1.6.12** Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets etc. where students have been vaping.) | Yes | The principal stated the the skate park was a big known area where students were caught vaping. |

| Question | Answer | Comments |
|----------|--------|----------|
|  | | |
| **1.6.13** Leaving school to vape at other off-campus locations while truant from school. | Yes | The area known as the "canyon" and the area across the street from the school at the bus stop arenknown areas where students were caught vaping. |

| Question | Answer | Comments |
|---|---|---|



| | | |
|---|---|---|
| **1.6.14** On school buses | N/A | The school does not have students that rides the bus. |
| **1.6.15** Other | | The Glen Canyon Park and the area across the school at the bus stop are areas where students have been found vaping. |

| Question | Answer | Comments |
|---|---|---|



## 7. Your observations

| Question | Answer | Comments |
|---|---|---|
| **1.7.1** Did you identify any unique options for consideration for this school/district to enhance vape prevention and mitigation measures based on your experience and training? | Yes | The analyst observed several areas at the school where vaping would be easy. The analyst suggest they consider closing the park access and not allow students to leave the school. |

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.7.2** Other notes/comments | | The Dean allowed me to take photos of confiscated vape pens and contraband that he collected the year prior to COVID. 2018-2019 |

| Question | Answer | Comments |
|----------|--------|----------|



On-Site Assessment

# #9

**COMPLETE**

| | |
|---|---|
| **Collector:** | Web Link 10 (Web Link) |
| **Started:** | Tuesday, May 18, 2021 11:23:39 AM |
| **Last Modified:** | Tuesday, May 18, 2021 12:06:02 PM |
| **Time Spent:** | 00:42:23 |
| **IP Address:** | 174.194.137.35 |

## Page 1: General Information

**Q1**

Name of school district:

San Francisco Unified School District

**Q2**

Name of school or other educational facility:

Ruth Asawa San Francisco School of Arts

**Q3**

Address:

555 Portola Dr. San Francisco, CA 94131

**Q4**                                         Date / Time        **05/17/2021**

Date of site visit:

**Q5**                                         Date / Time        **12:00 PM**

Time arrived:

**Q6**

Analyst(s):

Latricia Gittens

**Q7**

Campus inspection escort(s)/school personnel:

Omar Amador Dean

Page 2

### Q8

What is the average pre-COVID number of students attending your school or educational programs?

About 790-800 students

### Q9

Counting students who participate in person on a limited number of days per week or month, what is the average number of students attending your school or educational programs in person at present?

Academic students  are about 7 and on the School of Arts side is about 300 students.

### Q10

Do you think any of the following make it difficult to detect students using e-cigarette/vape products on school grounds? Please check all that apply:

E-cigarette/vape products are discreet in appearance.,

School staff are not aware of how to recognize the various types of e-cigarette/vape products available.
,

Students can vape quickly in contrast to the time it takes for them to smoke cigarettes.
,

It is difficult to pinpoint which students are using e-cigarette/vaping products.
,

Vapor cloud dissipates quickly.,

Vaping does not produce the odors of cigarettes which makes it hard to detect in the air and on student's clothing.

### Q11

Does the school have a written policy, rule or prohibition which prohibits the use of e-cigarettes/vaping on school ground?

Yes

Page 3

### Q12

Is the written prohibition also communicated by signage and/or posters?

No

**Q13**

Is the written prohibition communicated in languages other than English?

No

**Q14**

Is the written prohibition included in the student handbook or code of conduct? (Clarification: These are the written guidelines spelling out rules for student conduct by these or any other names.)

Yes

Page 4

**Q15**

Does the school use in-school suspension as part of the approach to address violations?

No,
Comments:
The first offense is a warning and the offense is out of school suspension

**Q16**

Does the school use out-of-school suspension as part of the approach to violations?

Yes,
Comments:
The second offense is out of school suspension.

**Q17**

Does the school use citations issued by law enforcement as part of the approach to violations?

No

**Q18**

Does the school use restorative practices as part of the approach to address student violations? (Clarification: "Restorative practices" by this or any other name involves alternative approaches designed to address inappropriate student conduct while reducing or complimenting the use of traditional punitive measures such as suspensions, alternative placement and referral to the criminal justice system.)

No

**Q19**

Does the school use social emotional learning approaches as part of the approach to address violations? (Clarification: "Social emotional learning approaches" by this or any other name involves the approaches which help students and adults develop and apply knowledge, concepts and skill sets needed to manage emotions and make appropriate choices relating to behavior conduct and communications with others. These approaches are designed to help school officials improve student conduct.)

**Yes,**

Comments:
First offense is drug education classes and you will have two appointments with the counselor and second offense is out of school suspension.

---

**Q20**

Does the school use a mandatory vaping awareness effort for violations? (Clarification: "Mandatory vaping awareness efforts" by this or any name involves a formalized approach designed to increase awareness of students regarding the health consequences and other negative impacts and dangers that can result from vaping. Mandatory in this usage means participation is required for students who violate vaping policies/rules.)

**Yes,**

Comments:
The awareness is not just for vaping. If the student get caught with cannabis or any contraband.

---

**Q21**

Does the school use vaping cessation programs for students who violate vaping policies/rules? (Clarification: "Vaping cessation programs" by this or any other name involves the programs designed to help and support students who are trying to stop vaping.)

**No,**

Comments:
The school has a policy in place for that called a nicotine reduction program and vaping is listed in the program.

---

Page 5

**Q22**

Have you encountered any barriers, or do you have concerns about implementing this approach?

**Respondent skipped this question**

---

Page 6

**Q23**

Does the school provide students with awareness training on vaping issues?

**Yes,**

Comments:
Through the wellness and drug educational programs they have set up at the school.

---

Page 7

**Q24**

Is the training required for all students?

**No**

---

On-site Assessment

**Q25**

Is the training conducted as a classroom activity?

**Yes,**

Comments:

Classroom presentation

---

**Q26**

Is the training delivered via student assembly?

**No,**

Comments:

Classroom to classroom

---

**Q27**

Is the training conducted at least one time each year?

**Yes,**

Comments:

The school has an overall training program and vaping is listed in the program.

---

**Q28**

Is the training also conducted in an online format?

**No**

---

**Q29**

Have you encountered any barriers, or do you have concerns about delivering awareness information to students?

**Yes,**

Comments:

The concern of the logistics part, making sure the school has enough staffing.

---

Page 8

**Q30**

Does the school provide school personnel with awareness training on vaping issues?

**No,**

Comments:

However, there was and invitation by the California by Counseling Department to all the counselors in the state to attend this one day Saturday class that talked about vaping but on a few counselors attended the event.

---

Page 9

**Q31**

Is the training required for all current employees?

*Respondent skipped this question*

---

**Q32**

Is the training provided during the onboarding process for new personnel?

*Respondent skipped this question*

---

**Q33**

Is the training provided to substitute teachers?

*Respondent skipped this question*

---

**Q34**

Is the training conducted in an online format?

Respondent skipped this question

**Q35**

Does the training provide information on how to recognize specific behaviors that are often associated with vaping? (Clarification: In this usage, "specific behaviors" refers to observable physical actions and reactions that are often associated with vaping activities.)

Respondent skipped this question

**Q36**

Have you encountered any barriers, or do you have concerns about delivering staff development to school personnel?

Respondent skipped this question

Page 10

**Q37**

Does the school provide parents/caregivers with awareness training opportunities on vaping issues?

**No**

Page 11

**Q38**

How many times a year do you offer this type of training?

Respondent skipped this question

**Q39**

Is the training conducted in an online format?

Respondent skipped this question

**Q40**

Have you encountered any barriers, or do you have concerns in delivering this information to parents/caregivers?

Respondent skipped this question

Page 12

**Q41**

Does the school have an anonymous reporting mechanism such as a phone application, e-mail and/or hotline so students can report concerns about vaping? (Clarification: In this usage, "anonymous reporting mechanism" includes formal and structured ways which allow students to anonymously bring concerns about vaping to the attention of school officials. This type of reporting mechanism can typically also be used for students to report other types of concerns such as bullying, threats, etc.)

**No,**

Comments:
However, the school does have an informal practice that students and write their concerns on paper and give it to the Principal.

Page 13

**Q42**

Is the reporting system communicated by signage and/or posters?

**Respondent skipped this question**

**Q43**

Is the reporting system included in the District's website?

**Respondent skipped this question**

**Q44**

Is the reporting system described in the student handbook/code of conduct?

**Respondent skipped this question**

**Q45**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 14

**Q46**

Does the school limit number of students allowed in restroom at one time?

**Yes,**

Comments:
The All Gender restroom is a single/stall restroom and it is required that only one student at a time can go into the restrooms at one time.

Page 15

**Q47**

How does the school limit the number of students allowed in restroom at one time? Please check all that apply:

Briefing/training of staff on how to implement the measure.

,

Assigned staff.,

Locking restrooms.,

Comments:
The school has five security guards and they rotate in the areas of the hotspots like the restrooms and the passing period when students are changing classes.

**Q48**

Have you encountered any barriers, or do you have concerns in implementing this measure?

Yes,

Comments:
If students need to use the restroom, it becomes a problem if the expected student that have been caught vaping. Now a security guard has to follow the student to the restroom because the school feel he might vape if he isn't supervised. That takes away personal from on area leaving that the other area vacant.

Page 16

**Q49**

Does the school limit amount of restroom time for students?

Yes,

Comments:
5 minutes

Page 17

**Q50**

How does the school limit amount of restroom time of students? Please check all that apply:

Written directive instructing staff on the measure.,

Briefing students on how the school's requirements for the measure.

,

Locking restrooms.

**Q51**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

No

Page 18

**Q52**

Does the school use an electronic hall pass system? (Clarification: In this usage, "an electronic hall pass system" refers to either a proximity card or phone application-based system which helps teachers, students and administrators more easily and effectively coordinate, verify and track the use of hall passes.)

No

Page 19

**Q53**

Does the system provide rapid electronic verification that a student has a valid hall pass? (Clarification: In this usage, "rapid electronic verification" means the system allows staff to rapidly verify that a student has been issued a valid and current hall pass.)

Respondent skipped this question

**Q54**

Does the system provide automatic electronic logging all passes granted? (Clarification: In this usage, "automatic electronic logging" means that once a hall pass is issued, the hall pass and student information is automatically entered into the system to allow staff to verify that a student has been issued a valid and current hall pass.)

Respondent skipped this question

**Q55**

Does the system provide the ability for staff to spot patterns where multiple students are issued hall passes at the same time which could help detect students who are meeting to vape? (Clarification: In this usage, the system allows authorized staff to rapidly and easily spot patterns which indicate that multiple students have been issued hall passes in the same time frame which could indicate students who may be obtaining hall passes in order to meet and engage in vaping activities.)

Respondent skipped this question

**Q56**

Does the system provide a feature that allows staff to track student movement/location electronically in real time to spot abuse of hall passes? (Clarification: In this usage, the system allows authorized staff to determine if one or more students who have been issued hall passes attempt to travel to an area of the school that does not match the destination the hall pass(es) authorize the student(s) to travel to.)

Respondent skipped this question

**Q57**

Does the system allow members of the school leadership team to spot patterns of teachers who issue an unusually high number of hall passes? (Clarification: In this usage, the system makes it much easier for members of the school's leadership team to identify situations where teachers are granting an unusually high number of hall passes.)

**Respondent skipped this question**

Page 20

**Q58**

Does the school have a written student supervision plan? (Clarification: In this usage, "a student supervision plan" is an approach that identifies how, when and where specific approaches to student supervision will be utilized.)

**Yes,**

Comments:

If a student has been caught vaping they are flagged, given to the counselors for the education and wellness part. However, ever student does go through this process.

**Q59**

Does the school provide school staff with any formal training on student supervision techniques?

**No**

Page 21

**Q60**

Is there any video used in this training?

**Respondent skipped this question**

**Q61**

Is this training provided in an online format?

**Respondent skipped this question**

**Q62**

Is this training provided in live training sessions?

**Respondent skipped this question**

**Q63**

Is this training required for all current school staff?

**Respondent skipped this question**

**Q64**

Is the training on student supervision techniques part of the onboarding process?

**Respondent skipped this question**

**Q65**

Are substitute teachers required to complete training on student supervision techniques?

**Respondent skipped this question**

---

Page 22

**Q66**

Does the school use visual charts/floorplans/diagrams for student focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "visual charts/floorplans/diagrams" refers to some form of printed visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

No

---

**Q67**

Does the school use GIS mapping software for student and faculty focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "GIS mapping software" refers to some form of electronic visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

No

---

**Q68**

Has the school assigned staff (i.e., teachers, campus monitors, hall monitors, campus safety officers) to student restroom duty to prevent problematic behaviors?

No

---

Page 23

**Q69**

How many personnel are assigned full-time (more than 80% of work time) to perform the duty?

**Respondent skipped this question**

---

**Q70**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

**Respondent skipped this question**

---

**Q71**

Are these personnel repurposed from other positions leaving those positions vacant?

**Respondent skipped this question**

**Q72**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 24

**Q73**

Has the school increased staffing for student supervision?

**No**

Page 25

**Q74**

How many personnel are assigned full-time (more than 80% of work time) to the duty?

**Respondent skipped this question**

**Q75**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

**Respondent skipped this question**

**Q76**

Are these personnel repurposed from other positions leaving those positions vacant?

**Respondent skipped this question**

**Q77**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 26

**Q78**

Does the school have staff who serve solely or primarily (more than 80% of work time) as vaping prevention and mitigation coordination personnel? (Clarification: In this usage, the term refers to the staff member(s) whose job duties are focused on performing and coordinating vape prevention measures at the school.)

**No**

Page 27

### Q79

How many personnel are assigned full-time (more than 80% of work time) to the duty?

Respondent skipped this question

### Q80

How many personnel are assigned part-time (less than 80% of work time) to the duty?

Respondent skipped this question

### Q81

Are these personnel repurposed from other positions leaving those positions vacant?

Respondent skipped this question

### Q82

Are these personnel also required to provide these services at any other schools (shared by multiple schools)?

Respondent skipped this question

### Q83

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Respondent skipped this question

Page 28

### Q84

Do employment/union contracts or agreements prohibit or limit the utilization of teachers and/or other staff for student supervision duties? If yes, how do you provide the level of supervision that would be provided if teachers and other staff could be utilized for supervision duties?

No,

Comments:

Certain staff members have rules and regulations that state that counselors do not supervise students.

### Q85

Does the school have "Walking Only" zones? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "Walking Only zone" is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.)

No

On-Site Assessment

**Q86**

Does the school have areas designed as "No Go" zones during certain times of day? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.)

No,

Comments:
The campus is open. The students are allowed to leave the campus for lunch and come back.

Page 29

**Q87**

Does the school designate some hallways and/or stairwells as "One Way" to reduce jamming of hallways during peak times of movement? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, one-way hallways and/or stairwells are areas where students are instructed to travel only in one direction to reduce congestion and to make it easier for staff to more effectively supervise students in-person and/or via cameras during periods of increased student movement.)

Yes,

Comments :
The middle stairwell is understood that one side is to walk down and the other is to walk up

Page 30

**Q88**

Does the school have surveillance cameras?

Yes,

Comments:
The school has about 80-85 cameras, however the principal could not access the cameras when I was completely the observation. The principal took his computer home because of covid.

Page 31

**Q89**

Are cameras are used to investigate allegations/reports of vaping?

Yes

**Q90**

Are cameras used to detect vaping incidents through periodic live observation of camera feed?

No

Onsite Assessment

**Q91**

Does the school have any smart cameras with analytic software? (Clarification: Smart cameras are cameras that are designed to support additional functions besides simply recording images. These can include but are not limited to video and audio analytics as well as capabilities such as fire detection, smoke detection, etc.)

No

Page 32

**Q92**

Does the school use dwell time/loitering detection software? (Clarification: Analytic which detects one or more persons loitering in camera view once a minimum time frame such as 15 seconds has been reached.)

Respondent skipped this question

**Q93**

Does the school use "No go" zone detection? (Clarification: Analytic which detects one or more persons who enter an area designated in the field of view as a "No go" zone.)

Respondent skipped this question

**Q94**

Does the school use tracking capability to reduce the time required to track, locate and identify students suspected of vaping? (Clarification: The ability to click on or "box" a specific physically recognizable feature such as a green baseball cap, yellow jacket or blue tennis shoes and which allows authorized personnel to rapidly track the object (and thus the person) as they move through the school – in the past, present and as they move.)

Respondent skipped this question

Page 33

**Q95**

Is camera image resolution adequate to recognize people from video footage so they can be properly identified if they are observed vaping via cameras?

No

Page 34

**Q96**                                                                    No

Has the school installed any vape detectors? (Clarification:
In this usage, the term "vape detectors/sensors" refers to
electronic devices which in a similar manner to smoke
detectors, send an alert (typically within 15 seconds) when
someone uses a vape device in a space.)

Page 35

**Q97**                                                                    *Respondent skipped this question*

Please select the areas where vape detectors are
installed:

**Q98**                                                                    *Respondent skipped this question*

If your school has cameras, do the cameras support vape
detectors? (Clarification: In this usage, cameras are
located in a manner to allow staff to help identify who was
vaping (in a public space such as a stairwell) or to identify
who has entered and departed from private spaces such
as restrooms and locker rooms.)

**Q99**                                                                    *Respondent skipped this question*

Do you have any negative feedback on the effectiveness
of vape detectors in your school? (Clarification: We would
like to identify any problems school officials may have had
with the effectiveness of vape detectors. If problems are
described, please try to determine what the problems were
and if attempts to address them were made. For example,
there were some software problems which caused false
alarms in some early models and this was addressed with
updated software.)

**Q100**                                                                   *Respondent skipped this question*

Do you have any positive feedback on the effectiveness of
vape detectors in your school? (Clarification: We would
like to not only identify positive examples of effectiveness,
but to try to identify why the use of vape detectors was
effective to develop more effective strategies for their use
if, when and where they are determined to be a suitable
prevention and mitigation measure.)

Page 36

On-site Assessment

## Q101

Based on incidents where students have been caught vaping, students have reported vaping occurs and/or student survey data, where have students been vaping? Please check all that apply:

Restrooms,

Hallways,

Stairwells,

Classrooms,

Outdoor areas,

**Rooftop areas (Clarification: In this usage, "rooftop areas" refer to rooftops, covered walkways and other elevated areas where students have attempted to vape by climbing to the areas.)**

,

**Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets, etc. where students have been vaping.)**

,

**Leaving school to vape at other off campus locations while truant from school**

,

Comments:

Area off campus like the "Canyon" it's a park adjacent to the school.

## Q102

Which of the following time(s) of day when students have been caught vaping, students have reported vaping occurs and/or student survey data indicates students have been vaping? Please check all that apply:

Before school hours -before the start of the school day – prior to homeroom/supervision room or first period classes.

'

During morning arrival - after the campus is open but before school hours.

'

During instructional periods – while some or all students are in classes.

'

During passing times/class changes – when most or all students are moving from one classroom/activity to another.

'

During lunch periods – during any regularly scheduled lunch period.

'

During afternoon dismissal – when the majority of students are departing the campus after school hours and regular instructional periods have concluded for the day.

'

During after-school hours – school-related activities/programs that begin once regularly scheduled instructional periods have concluded for the day or on weekends.

'

Comments:

Bus stop and the canyon.

Onsite Assessment

**Q103**

In some instances, measures to prevent student misconduct in specific areas can result in students finding new locations or to continue to engage in the activity. We would like to identify these types of areas so they can be addressed in the prevention and mitigation plan. Based on your experience and knowledge of the campus, where are students likely to try to vape if effective prevention measures are implemented making it difficult to vape without detection in the areas you identified? Please check all that apply:(Clarification: This includes anticipated increases in vaping activities in areas indicated above for current vaping activity locations.)

Stairwells,

Classrooms,

Outdoor areas,

Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets, etc. where students have been vaping.)

,

Leaving school to vape at other off campus locations while truant from school

,

They will quit vaping at school,

Restrooms

---

**Q104**

Are there any unique concerns or challenges relating to methods used by students to vape on campus without being detected?

Yes,
If yes, please explain.:
In cars while they are waited to come in to school and a teacher reported that the student was vaping inside of his sweater.

---

**Q105**

Does the school use nicotine detection swabs to help identify students who have been vaping when it is not clear which student was vaping in restrooms, etc.? (Clarification: In this usage, "nicotine detection swabs" are a field test used by school and/or law enforcement officials to determine if particles from vaping are present on a student's hands and/or clothing when they are suspected of vaping.)

No

---

Page 37

**Q106**

Are vape detection swabs used only when individual students are suspected to have been vaping?

*Respondent skipped this question*

---

**Q107**

Is there a written policy or guideline on the use of nicotine detection swabs?

*Respondent skipped this question*

On-Site Assessment

**Q108**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Respondent skipped this question

Page 38

**Q109**

Are field tests to detect marijuana and/or other drugs used to test confiscated items when e-cigarettes, vaping devices are confiscated from students? (Clarification: Field tests are the types of tests used to determine if controlled substances are likely present – a laboratory test is typically required for positive identification in a criminal trial for possession of controlled substances.)

No

Page 39

**Q110**

Do law enforcement officers conduct field tests?

Respondent skipped this question

**Q111**

Is there a written policy or guideline on the use of field tests of confiscated items for marijuana and/or other drugs?

Respondent skipped this question

**Q112**

Do you encounter any barriers or have any concerns in implementing this measure?

Respondent skipped this question

Page 40

**Q113**

Does the school conduct nicotine tests and/or random nicotine tests for students as a requirement to participate in extracurricular activities? (Clarification: Random tests are tests conducted as a requirement of participation after a student is accepted for participation on an extracurricular team or program. Extracurricular activities include but are not limited to athletics teams, cheerleading, debate, and other optional activities available to students.)

No

Page 41

**Q114**

Are students screened before being allowed to participate in the extracurricular activity?

Respondent skipped this question

**Q115**

Are students screened with random testing after being selected to participate in extracurricular activities?

Respondent skipped this question

**Q116**

Is there a written policy on how to conduct nicotine testing for extracurricular activities?

Respondent skipped this question

**Q117**

Is there a written policy or guideline on the consequences/supports for violations?

Respondent skipped this question

**Q118**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Respondent skipped this question

Page 42

**Q119**

Does the school use any of the following measures to try to prevent and detect vaping on school buses? Please check all that apply:

None of the above,

Comments:

The students do not ride the bus.

Page 43

**Q120**

Time completed

Date / Time        16:30 PM