# EXHIBIT 320

# Aptos Middle School

On-Site Assessment for Aptos Middle School



2022 www.safehavensinternational.org

Part 1 Team Leader:   Latricia Gittens                                    Date:   05/10/2021
Name of School:   **Aptos Middle School**
School System:   San Francisco Unified School District
Address of School:   105 Aptos Avenue, San Francisco, CA 94127

# Observation for Vaping Mitigation & Prevention
# Latricia Gittens
# 05/10/2021

## 1. Signage and posters

| Question | Answer | Comments |
|---|---|---|
| **1.1.1** Are there any signage and/or posters in the school regarding an anonymous reporting mechanism so students can report concerns about vaping? | No | There were no signage and or posters in the school regarding an anonymous reporting mechanism. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



| **1.1.2** Other notes/comments | There were no signage or posters in the school regarding an anonymous reporting mechanism. |
|---|---|

## 2. Camera

| **1.2.1** If the school has surveillance cameras, please take photos of camera feeds on computer screen to | The school has several cameras. Mr. Daniels (principal) do not have access and must contact the Assistant Principal who is |
|---|---|

On-Site Assessment for Aptos Middle School

| determine the number of cameras at the school. (Clarification: The purpose of this is to help us more accurately determine how many cameras are in use and working at each school.) | over Climate and Control in order to report incidents and have them viewed. |
|---|---|



**1.2.2** Other notes/comments

On-Site Assessment for Aptos Middle School

## 3. Does the school have the following:

| Question | Answer | Comments |
|---|---|---|
| **1.3.1** "Walking only" zones? (Clarification: A "Walking Only zone" is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.) | Yes | Hallways, stairwells, and outside corridors are considered walking only zones. Students have an understanding that they are to report straight to their destination and have a limited of time in which to get to class or receive some type of discipline. |







On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|----------|--------|----------|
| **1.3.2** Designation of "No Go" zones during certain times of day? (Clarification: A "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.) | Yes | During lunch students are allowed in the courtyard areas and are not permitted in other parts of the building during that time without a pass. |







On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.3.3** Student restrooms with doors removed to create improved supervision? | No | All of the restrooms stay locked until a teacher opens them up and allow students to go to the restroom. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.3.4** Restrooms with a "lazy S" entryway? | Yes | The restrooms have a "lazy S" entryway. |

| | |
|---|---|
| **1.3.5** Other notes/comments | |

## 4. Magnetic holdbacks

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|----------|--------|----------|
| **1.4.1** Are there any stairwell doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for the stairwell areas while still in compliance with fire code? | No | Stairwells are an open concept. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.4.2** Are there any hallway fire doors that do not have magnetic holdback devices which allow the doors to be propped open to increase natural surveillance for hallway areas while still in compliance with fire code? | No | All of the hallway fire doors have magnetic holdback devices. |

| | |
|---|---|
| **1.4.3** Other notes/comments | |

On-Site Assessment for Aptos Middle School

## 5. "Red flag" locations

| Question | Answer | Comments |
|---|---|---|
| **1.5.1** Did you find any unusual "red flag" locations that your experience and training indicate that we should be aware of? If yes, please describe. (Clarification: In this usage, red flag locations are those unusual or unique areas where the supervision of students can be difficult) | Yes | There are several outside areas where no cameras are present and no supervision. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



| **1.5.2** Other notes/comments | | Analysts recommends they consider getting more outside cameras and having someone monitor the cameras on a regular. As of now the cameras are located in the front office above the secretary's head and no one is monitoring them. |

On-Site Assessment for Aptos Middle School

**6. In addition to areas identified by administrators, based on your experience, did you find any other locations where students are likely to relocate?**

| Question | Answer | Comments |
|---|---|---|
| **1.6.1** Restrooms | Yes | There is one female restroom on the first floor of the building where a person can go in and Vape/E-Cigarette in the corner of the restroom. Also, in the same restroom a student can walk right out of the other end of the restroom and walk out into the outside corridor near the cafeteria. The exit door was unlocked. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



| **1.6.2** Hallways | No | |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.3** Stairwells | Yes | All of the stairwells had a camera however, the cameras could not capture the entire stairwell. There were some places where a student could be concealed if he/she wanted to. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| | | |
| | | |
| | | |
| **1.6.4** Alcoves (Clarification: An alcove is a recessed area adjoining another room or hallway/space that is not separated by doors or windows and may or may not have a lower ceiling height.) | N/A | N/A |
| **1.6.5** Classrooms | Yes | All the classrooms were locked. However, the one classroom that a teacher was present had two storage closets that could be a place of concealment. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



| | | |
|---|---|---|
| **1.6.6** Gymnasiums | Yes | In the North and South gymnasium there were places in the gymnasium where students could hide behind the cement wall behind the bleachers from the one camera that was present. The custodian advised that students would sometimes leave the gymnasium door cracked so they can return and vape. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



| **1.6.7** Auditoriums | Yes | Although the auditorium was locked, there is an area located in the auditorium once you walk in to your right behind a curtain that could be considered an concealment area. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|----------|--------|----------|



On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.6.8** Stage areas | Yes | The stage areas behind the curtains are areas where if not supervised properly could result in students conducting some negative activity. |

| Question | Answer | Comments |
|---|---|---|
| **1.6.9** Cafeteria | No | The cafeteria is currently set up for a grab and go lunches due to COVID procedures. This may not be an area that is conductive for students to conduct activity with observation. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



| | | |
|---|---|---|
| **1.6.10** Outdoor areas | Yes | There is a basketball court, tennis court, and a corridor where the students hang out during lunch. These areas are not covered appropriately by cameras in order for surveillance. There is one camera in the corridor. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



| Question | Answer | Comments |
|---|---|---|
| **1.6.11** Rooftop areas (Clarification: In this usage, "rooftop areas" refer to rooftops, covered walkways and other elevated areas where students have attempted to vape by climbing to the areas.) | No | The rooftop is not accessible.The custodian stated that there are no rooftop access because the door stays locked. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.12** Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets etc. where students have been vaping.) | Yes | School is adjacent to a community park. Mr. Daniels stated that a student was caught skipping and he was found in the women's restroom at the park vaping. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
|  | | |
| **1.6.13** Leaving school to vape at other off-campus locations while truant from school. | Yes | If the student skip, the park will be the area we're the students are located at. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| | | |

| **1.6.14** On school buses | No | Principal stated that the buses have cameras on them. However, the school buses are always a possibility. |
|---|---|---|
| **1.6.15** Other | | The custodian stated that the area at the elevator vestibule and the stairway near the rooftop are know places were students hide and vape. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|



## 7. Your observations

| Question | Answer | Comments |
|---|---|---|

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.7.1** Did you identify any unique options for consideration for this school/district to enhance vape prevention and mitigation measures based on your experience and training? | Yes | The school is a community school and there is a public park adjacent to the school. This makes an easy access if students want to walk out of the school building and walk right into a public park and public restrooms. Analyst suggest they consider a divided fence between the school and the park so the access can not be so easily accessible. |

On-Site Assessment for Aptos Middle School

| Question | Answer | Comments |
|---|---|---|
| **1.7.2** Other notes/comments | | |

# #1

COMPLETE

| | |
|---|---|
| **Collector:** | Web Link 10 (Web Link) |
| **Started:** | Monday, May 10, 2021 6:49:41 PM |
| **Last Modified:** | Monday, May 10, 2021 7:34:39 PM |
| **Time Spent:** | 00:44:58 |
| **IP Address:** | 174.194.133.180 |

## Page 1: General Information

### Q1

Name of school district:

San Francisco Unified School District

### Q2

Name of school or other educational facility:

Aptos Middle School

### Q3

Address:

105 Aptos Ave. San Francisco, CA 94127

### Q4

Date of site visit:
Date / Time **05/10/2021**

### Q5

Time arrived:
Date / Time **07:30 AM**

### Q6

Analyst(s):

Latricia Gittens

### Q7

Campus inspection escort(s)/school personnel:

Darell Daniels- Principal

Page 2

**Q8**

What is the average pre-COVID number of students attending your school or educational programs?

About 980

---

**Q9**

Counting students who participate in person on a limited number of days per week or month, what is the average number of students attending your school or educational programs in person at present?

About 25 Access students

---

| | |
|---|---|
| **Q10** | **E-cigarette/vape products are discreet in appearance.,** |
| Do you think any of the following make it difficult to detect students using e-cigarette/vape products on school grounds? Please check all that apply: | **School staff are not aware of how to recognize the various types of e-cigarette/vape products available.** |
| | **,** |
| | **It is difficult to pinpoint which students are using e-cigarette/vaping products.** |
| | **,** |
| | **Vapor cloud dissipates quickly.,** |
| | **Vaping does not produce the odors of cigarettes which makes it hard to detect in the air and on student's clothing.** |
| | **,** |
| | Comments: |
| | Principal stated he has been a Principal of Aptos for 3 years. |

---

| | |
|---|---|
| **Q11** | **N/A,** |
| Does the school have a written policy, rule or prohibition which prohibits the use of e-cigarettes/vaping on school ground? | Comments: |
| | The Principal was unaware Of the policy. He had never seen the policy nor had he disciplined a student because of vaping. |

---

Page 3

| | |
|---|---|
| **Q12** | **Respondent skipped this question** |
| Is the written prohibition also communicated by signage and/or posters? | |

**Q13**

Is the written prohibition communicated in languages other than English?

Respondent skipped this question

**Q14**

Is the written prohibition included in the student handbook or code of conduct? (Clarification: These are the written guidelines spelling out rules for student conduct by these or any other names.)

Respondent skipped this question

Page 4

**Q15**

Does the school use in-school suspension as part of the approach to address violations?

N/A,
Comments:
The school does not have in-school suspensions.

**Q16**

Does the school use out-of-school suspension as part of the approach to violations?

No,
Comments:
The school is trying to keep suspensions as a minimum.

**Q17**

Does the school use citations issued by law enforcement as part of the approach to violations?

N/A

**Q18**

Does the school use restorative practices as part of the approach to address student violations? (Clarification: "Restorative practices" by this or any other name involves alternative approaches designed to address inappropriate student conduct while reducing or complimenting the use of traditional punitive measures such as suspensions, alternative placement and referral to the criminal justice system.)

Yes,
Comments:
The school uses community circle, Pro-Self Reflections and conferences with parents.

**Q19**

Does the school use social emotional learning approaches as part of the approach to address violations? (Clarification: "Social emotional learning approaches" by this or any other name involves the approaches which help students and adults develop and apply knowledge, concepts and skill sets needed to manage emotions and make appropriate choices relating to behavior conduct and communications with others. These approaches are designed to help school officials improve student conduct.)

Yes,
Comments:
The school nurse has workshops and one on one training.

**Q20**

Does the school use a mandatory vaping awareness effort for violations? (Clarification: "Mandatory vaping awareness efforts" by this or any other name involves a formalized approach designed to increase awareness of students regarding the health consequences and other negative impacts and dangers that can result from vaping. Mandatory in this usage means participation is required for students who violate vaping policies/rules.)

**No,**

Comments:
The school have a general policy of drug use.

**Q21**

Does the school use vaping cessation programs for students who violate vaping policies/rules? (Clarification: "Vaping cessation programs" by this or any other name involves the programs designed to help and support students who are trying to stop vaping.)

**No**

Page 5

**Q22**

Have you encountered any barriers, or do you have concerns about implementing this approach?

**Respondent skipped this question**

Page 6

**Q23**

Does the school provide students with awareness training on vaping issues?

**No**

Page 7

**Q24**

Is the training required for all students?

**Respondent skipped this question**

**Q25**

Is the training conducted as a classroom activity?

**Respondent skipped this question**

**Q26**

Is the training delivered via student assembly?

**Respondent skipped this question**

**Q27**

Is the training conducted at least one time each year?

**Respondent skipped this question**

**Q28**

Is the training also conducted in an online format?

**Respondent skipped this question**

**Q29**

Have you encountered any barriers, or do you have concerns about delivering awareness information to students?

**Respondent skipped this question**

## Page 8

**Q30**

Does the school provide school personnel with awareness training on vaping issues?

**No**

## Page 9

**Q31**

Is the training required for all current employees?

**Respondent skipped this question**

**Q32**

Is the training provided during the onboarding process for new personnel?

**Respondent skipped this question**

**Q33**

Is the training provided to substitute teachers?

**Respondent skipped this question**

**Q34**

Is the training conducted in an online format?

**Respondent skipped this question**

**Q35**

Does the training provide information on how to recognize specific behaviors that are often associated with vaping? (Clarification: In this usage, "specific behaviors" refers to observable physical actions and reactions that are often associated with vaping activities.)

**Respondent skipped this question**

**Q36**

Have you encountered any barriers, or do you have concerns about delivering staff development to school personnel?

**Respondent skipped this question**

---

Page 10

**Q37**

Does the school provide parents/caregivers with awareness training opportunities on vaping issues?

**No**

---

Page 11

**Q38**

How many times a year do you offer this type of training?

**Respondent skipped this question**

---

**Q39**

Is the training conducted in an online format?

**Respondent skipped this question**

---

**Q40**

Have you encountered any barriers, or do you have concerns in delivering this information to parents/caregivers?

**Respondent skipped this question**

---

Page 12

**Q41**

Does the school have an anonymous reporting mechanism such as a phone application, e-mail and/or hotline so students can report concerns about vaping? (Clarification: In this usage, "anonymous reporting mechanism" includes formal and structured ways which allow students to anonymously bring concerns about vaping to the attention of school officials. This type of reporting mechanism can typically also be used for students to report other types of concerns such as bullying, threats, etc.)

**No**

---

Page 13

**Q42**

Is the reporting system communicated by signage and/or posters?

Respondent skipped this question

**Q43**

Is the reporting system included in the District's website?

Respondent skipped this question

**Q44**

Is the reporting system described in the student handbook/code of conduct?

Respondent skipped this question

**Q45**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Respondent skipped this question

Page 14

**Q46**

Does the school limit number of students allowed in restroom at one time?

No

Page 15

**Q47**

How does the school limit the number of students allowed in restroom at one time? Please check all that apply:

Respondent skipped this question

**Q48**

Have you encountered any barriers, or do you have concerns in implementing this measure?

Respondent skipped this question

Page 16

**Q49**

Does the school limit amount of restroom time for students?

No

Page 17

**Q50**

How does the school limit amount of restroom time of students? Please check all that apply:

*Respondent skipped this question*

**Q51**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

*Respondent skipped this question*

Page 18

**Q52**

Does the school use an electronic hall pass system? (Clarification: In this usage, "an electronic hall pass system" refers to either a proximity card or phone application-based system which helps teachers, students and administrators more easily and effectively coordinate, verify and track the use of hall passes.)

**No**

Page 19

**Q53**

Does the system provide rapid electronic verification that a student has a valid hall pass? (Clarification: In this usage, "rapid electronic verification" means the system allows staff to rapidly verify that a student has been issued a valid and current hall pass.)

*Respondent skipped this question*

**Q54**

Does the system provide automatic electronic logging all passes granted? (Clarification: In this usage, "automatic electronic logging" means that once a hall pass is issued, the hall pass and student information is automatically entered into the system to allow staff to verify that a student has been issued a valid and current hall pass.)

*Respondent skipped this question*

**Q55**

Does the system provide the ability for staff to spot patterns where multiple students are issued hall passes at the same time which could help detect students who are meeting to vape? (Clarification: In this usage, the system allows authorized staff to rapidly and easily spot patterns which indicate that multiple students have been issued hall passes in the same time frame which could indicate students who may be obtaining hall passes in order to meet and engage in vaping activities.)

*Respondent skipped this question*

**Q56**

Does the system provide a feature that allows staff to track student movement/location electronically in real time to spot abuse of hall passes? (Clarification: In this usage, the system allows authorized staff to determine if one or more students who have been issued hall passes attempt to travel to an area of the school that does not match the destination the hall pass(es) authorize the student(s) to travel to.)

Respondent skipped this question

**Q57**

Does the system allow members of the school leadership team to spot patterns of teachers who issue an unusually high number of hall passes? (Clarification: In this usage, the system makes it much easier for members of the school's leadership team to identify situations where teachers are granting an unusually high number of hall passes.)

Respondent skipped this question

Page 20

**Q58**

Does the school have a written student supervision plan? (Clarification: In this usage, "a student supervision plan" is an approach that identifies how, when and where specific approaches to student supervision will be utilized.)

**Yes,**
Comments:
the school has a general Student supervision plan written. Not because of vaping.

**Q59**

Does the school provide school staff with any formal training on student supervision techniques?

**Yes,**
Comments:
During facility meetings they train the teachers.

Page 21

**Q60**

Is there any video used in this training?

**No**

**Q61**

Is this training provided in an online format?

**N/A,**
Comments:
Since covid-19 all training is done on-line.

**Q62**

Is this training provided in live training sessions?

**No**

**Q63**

Is this training required for all current school staff?

No,

Comments:

The custodial staff do not get this training.

**Q64**

Is the training on student supervision techniques part of the onboarding process?

No

**Q65**

Are substitute teachers required to complete training on student supervision techniques?

No

Page 22

**Q66**

Does the school use visual charts/floorplans/diagrams for student focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "visual charts/floorplans/diagrams" refers to some form of printed visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

No

**Q67**

Does the school use GIS mapping software for student and faculty focus groups to identify "hotspots" and times of increased activity? If yes, is information resulting from the activity used to identify opportunities for improvement in student supervision, camera placement and/or vape detection sensor placement? (Clarification: In this usage, "GIS mapping software" refers to some form of electronic visual depiction of the building(s) and campus so focus group participants can more easily and accurately identify areas where hotspots are located.)

No

**Q68**

Has the school assigned staff (i.e., teachers, campus monitors, hall monitors, campus safety officers) to student restroom duty to prevent problematic behaviors?

Yes,

Comments:

The school has a general policy to alway monitor students going to the restroom. Not because of vaping.

Page 23

**Q69**

How many personnel are assigned full-time (more than 80% of work time) to perform the duty?

None

**Q70**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

Th school have four security guards to conduct their general duties

**Q71**

Are these personnel repurposed from other positions leaving those positions vacant?

Yes,
Comments:
During lunch time the security guards are outside monitoring the students leaving their positions vacant.

**Q72**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Yes

Page 24

**Q73**

Has the school increased staffing for student supervision?

No

Page 25

**Q74**

How many personnel are assigned full-time (more than 80% of work time) to the duty?

Respondent skipped this question

**Q75**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

Respondent skipped this question

**Q76**

Are these personnel repurposed from other positions leaving those positions vacant?

Respondent skipped this question

**Q77**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Respondent skipped this question

---

Page 26

**Q78**

Does the school have staff who serve solely or primarily (more than 80% of work time) as vaping prevention and mitigation coordination personnel? (Clarification: In this usage, the term refers to the staff member(s) whose job duties are focused on performing and coordinating vape prevention measures at the school.)

**No**

---

Page 27

**Q79**

How many personnel are assigned full-time (more than 80% of work time) to the duty?

Respondent skipped this question

---

**Q80**

How many personnel are assigned part-time (less than 80% of work time) to the duty?

Respondent skipped this question

---

**Q81**

Are these personnel repurposed from other positions leaving those positions vacant?

Respondent skipped this question

---

**Q82**

Are these personnel also required to provide these services at any other schools (shared by multiple schools)?

Respondent skipped this question

---

**Q83**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

Respondent skipped this question

---

Page 28

**Q84**

Do employment/union contracts or agreements prohibit or limit the utilization of teachers and/or other staff for student supervision duties? If yes, how do you provide the level of supervision that would be provided if teachers and other staff could be utilized for supervision duties?

**Yes,**

Comments:
Principal stated that there is a limit on how much they can use the teacher outside of the classrooms.

**Q85**

Does the school have "Walking Only" zones? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "Walking Only" zone is a designated physical space/area where students are allowed to move through but prohibited from stopping, gathering or loitering during specific time periods.)

**Yes,**

Comments:
It is understood that the students suppose to walk in areas on the right side of the stairwells and hallways.

**Q86**

Does the school have areas designed as "No Go" zones during certain times of day? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, a "No Go zone" is a designated physical space/area where students are not allowed to enter or pass through during specific time frames.)

**Yes,**

Comments:
During lunch time it is understood that the students are not to leave the corridor, classrooms or bathrooms with a pass.

Page 29

**Q87**

Does the school designate some hallways and/or stairwells as "One Way" to reduce jamming of hallways during peak times of movement? If yes, have you encountered any barriers, or do you have any concerns in implementing this measure?(Clarification: In this usage, one-way hallways and/or stairwells are areas where students are instructed to travel only in one direction to reduce congestion and to make it easier for staff to more effectively supervise students in-person and/or via cameras during periods of increased student movement.)

**No**

Page 30

**Q88**

Does the school have surveillance cameras?

**Yes**

Page 31

**Q89**

Are cameras are used to investigate allegations/reports of vaping?

**Yes,**

Comments:
The cameras are used for any allegations of wrongdoing or misbehaving of students. Not just for vaping.

---

**Q90**

Are cameras used to detect vaping incidents through periodic live observation of camera feed?

**No,**

Comments:
The school have not used the cameras for vaping.

---

**Q91**

Does the school have any smart cameras with analytic software? (Clarification: Smart cameras are cameras that are designed to support additional functions besides simply recording images. These can include but are not limited to video and audio analytics as well as capabilities such as fire detection, smoke detection, etc.)

**No**

---

Page 32

**Q92**

Does the school use dwell time/loitering detection software? (Clarification: Analytic which detects one or more persons loitering in camera view once a minimum time frame such as 15 seconds has been reached.)

*Respondent skipped this question*

---

**Q93**

Does the school use "No go" zone detection? (Clarification: Analytic which detects one or more persons who enter an area designated in the field of view as a "No go" zone.)

*Respondent skipped this question*

---

**Q94**

Does the school use tracking capability to reduce the time required to track, locate and identify students suspected of vaping? (Clarification: The ability to click on or "box" a specific physically recognizable feature such as a green baseball cap, yellow jacket or blue tennis shoes and which allows authorized personnel to rapidly track the object (and thus the person) as they move through the school – in the past, present and as they move.)

*Respondent skipped this question*

---

Page 33

**Q95**

Is camera image resolution adequate to recognize people from video footage so they can be properly identified if they are observed vaping via cameras?

**Yes**

---

Page 34

**Q96**

Has the school installed any vape detectors? (Clarification: In this usage, the term "vape detectors/sensors" refers to electronic devices which in a similar manner to smoke detectors, send an alert (typically within 15 seconds) when someone uses a vape device in a space.)

**N/A**

---

Page 35

**Q97**

Please select the areas where vape detectors are installed:

**Respondent skipped this question**

---

**Q98**

If your school has cameras, do the cameras support vape detectors? (Clarification: In this usage, cameras are located in a manner to allow staff to help identify who was vaping (in a public space such as a stairwell) or to identify who has entered and departed from private spaces such as restrooms and locker rooms.)

**Respondent skipped this question**

---

**Q99**

Do you have any negative feedback on the effectiveness of vape detectors in your school? (Clarification: We would like to identify any problems school officials may have had with the effectiveness of vape detectors. If problems are described, please try to determine what the problems were and if attempts to address them were made. For example, there were some software problems which caused false alarms in some early models and this was addressed with updated software.)

**Respondent skipped this question**

---

**Q100**

Do you have any positive feedback on the effectiveness of vape detectors in your school? (Clarification: We would like to not only identify positive examples of effectiveness, but to try to identify why the use of vape detectors was effective to develop more effective strategies for their use if, when and where they are determined to be a suitable prevention and mitigation measure.)

Respondent skipped this question

---

Page 36

**Q101**

Based on incidents where students have been caught vaping, students have reported vaping occurs and/or student survey data, where have students been vaping? Please check all that apply:

**Leaving school to vape at other off campus locations while truant from school**

,

Comments:

One Student was found at the park adjacent to the school vaping.

---

**Q102**

Which of the following time(s) of day when students have been caught vaping, students have reported vaping occurs and/or student survey data indicates students have been vaping? Please check all that apply:

**During instructional periods – while some or all students are in classes.**

,

**During lunch periods – during any regularly scheduled lunch period.**

**Q103**

In some instances, measures to prevent student misconduct in specific areas can result in students finding new locations or to continue to engage in the activity. We would like to identify these types of areas so they can be addressed in the prevention and mitigation plan. Based on your experience and knowledge of the campus, where are students likely to try to vape if effective prevention measures are implemented making it difficult to vape without detection in the areas you identified? Please check all that apply:(Clarification: This includes anticipated increases in vaping activities in areas indicated above for current vaping activity locations.)

**Stairwells,**

**Gymnasium(s),**

**Auditorium(s),**

**Stage area(s),**

**Outdoor areas,**

**Areas off of but close to school property during school hours (Clarification: In this usage, these include areas just off school property such as vacant lots, business parking areas, city streets, etc. where students have been vaping.)**

**,**

**Leaving school to vape at other off campus locations while truant from school**

**,**

**Restrooms,**

Comments:

Lady year a student stole a master key and he went to the gym to vape. Also, since a public park is so close to the school a student have been found there vaping.

**Q104**

Are there any unique concerns or challenges relating to methods used by students to vape on campus without being detected?

**No,**
If yes, please explain.:
The Principal said vaping is not an issue at Aptos Middle School.

**Q105**

Does the school use nicotine detection swabs to help identify students who have been vaping when it is not clear which student was vaping in restrooms, etc.?
(Clarification: In this usage, "nicotine detection swabs" are a field test used by school and/or law enforcement officials to determine if particles from vaping are present on a student's hands and/or clothing when they are suspected of vaping.)

**N/A**

Page 37

**Q106**

Are vape detection swabs used only when individual students are suspected to have been vaping?

*Respondent skipped this question*

**Q107**

Is there a written policy or guideline on the use of nicotine detection swabs?

**Respondent skipped this question**

**Q108**

Have you encountered any barriers, or do you have any concerns in implementing this measure?

**Respondent skipped this question**

Page 38

**Q109**

Are field tests to detect marijuana and/or other drugs used to test confiscated items when e-cigarettes, vaping devices are confiscated from students? (Clarification: Field tests are the types of tests used to determine if controlled substances are likely present – a laboratory test is typically required for positive identification in a criminal trial for possession of controlled substances.)

**N/A**

Page 39

**Q110**

Do law enforcement officers conduct field tests?

**Respondent skipped this question**

**Q111**

Is there a written policy or guideline on the use of field tests of confiscated items for marijuana and/or other drugs?

**Respondent skipped this question**

**Q112**

Do you encounter any barriers or have any concerns in implementing this measure?

**Respondent skipped this question**

Page 40

**Q113**

Does the school conduct nicotine tests and/or random nicotine tests for students as a requirement to participate in extracurricular activities? (Clarification: Random tests are tests conducted as a requirement of participation after a student is accepted for participation on an extracurricular team or program. Extracurricular activities include but are not limited to athletics teams, cheerleading, debate, and other optional activities available to students.)

**No**

Page 41

**Q114**

Are students screened before being allowed to participate
in the extracurricular activity?

Respondent skipped this question

**Q115**

Are students screened with random testing after being
selected to participate in extracurricular activities?

Respondent skipped this question

**Q116**

Is there a written policy on how to conduct nicotine testing
for extracurricular activities?

Respondent skipped this question

**Q117**

Is there a written policy or guideline on the
consequences/supports for violations?

Respondent skipped this question

**Q118**

Have you encountered any barriers, or do you have any
concerns in implementing this measure?

Respondent skipped this question

Page 42

**Q119**

Does the school use any of the following measures to try
to prevent and detect vaping on school buses? Please
check all that apply:

**We do not have any measures to prevent or detect
vaping on school buses.**

**,**

**Use of cameras to investigate reports of vaping.,**

**Written policies include a prohibition of vaping
activities on school buses.**

Page 43

**Q120**

Time completed

Date / Time          **10:00 AM**

# EXHIBIT 352

## EXHIBIT FILED UNDER SEAL