# EXHIBIT 322

| | |
|---|---|
| From: | Mayer, Nina H <mayern@sfusd.edu> |
| Sent: | Friday, February 7, 2020 9:05 AM |
| To: | Saunders, Susan C |
| Cc: | Antonio Tunzi; Carrie M Wert; Charles Brinton; Erin Lynch; Eunyung Kyung; John Schlauraff; Matthew Greedy; Paul Fan; Rachael Spillard; Robert Hand; Steven Bonaccorso; Tracy L Thompson; Veronica Garcia; West, Greg |
| Subject: | Re: New Bathroom Policy |

We need official district signs saying vape free zone. Or no smoking or vaping on campus. Department of public health should have some. Or school health programs dept.
signage needs to be all over campus. For health if all workers and students. Smoke free zone
Nina

On Fri, Feb 7, 2020 at 8:58 AM Saunders, Susan C <saunderss1@sfusd.edu> wrote:
FYI. Let's discuss on Tuesday
Susan

---------- Forwarded message ---------
From: **Cho, Madeline** <macho1@s.sfusd.edu>
Date: Thu, Feb 6, 2020 at 6:54 PM
Subject: New Bathroom Policy
To: Susan C Saunders <saunderss1@sfusd.edu>
Cc: SANCHEZ, LIA <lisanchez2@s.sfusd.edu>, <rofrancistaylor@s.sfusd.edu>, <damunyon@s.sfusd.edu>

Dear Principal Saunders,

With all due respect, we protest the new bathroom policy. When we first heard, we were shocked and frankly, offended. It is clear that vaping and other tobacco product use is a problem at George Washington. However, we believe that the locked-bathroom policy is unfair and ultimately will cause more trouble than it may solve.

As young women, we find the idea of having a (likely male) security guard unlock the bathroom every time we use it to be uncomfortable and violating. In addition to students who menstruate, those of us with conditions such as IBS or bladder issues may feel uncomfortable as well. We would like to be able to change our tampons and pads without having a security guard (likely male) involved. In fact, it should be a right. Moreover, trans or genderqueer students have a higher need for control over their bathroom usage. Bathrooms should be a **safe** space, as you stated in your announcement, and we feel the new policy actually clashes with that belief. In addition, we cannot be expected to have a pass *every time* we use the restroom. In case of an emergency, whether it is menstrual or not, will students be blocked from using the restroom? And should it come down to our word, might students be *profiled* as potential vape users? Might they be blocked even if they have a *valid reason* to use the restroom?

Perhaps the most obvious issue with the locked-bathroom policy is that restricting bathroom access will not prevent students from vaping. Instead, students will likely hide in stairwells, behind the school, and other places during class instead of the bathroom. It can be argued that this might take away more learning time than if they used the restrooms. They may even begin vaping more in class (as we have observed numerous times

1

before). The policy encourages students who vape to be sneakier about when they do, and will not effectively deter them from doing it.

If bathrooms are only unlocked during passing periods and lunch, the lines, especially at the girl's restroom, will be *painfully* long. Students who vape may also take advantage of this time-- further holding up lines. The new construction projects make it harder to get to several classes. For example, getting to a bungalow or the music wing. We have lockers to stop by, classes to rush to.

We applaud any efforts of SFUSD and George Washington High School to reduce student vape/tobacco use. In summary, policing bathroom use will:

1. Make students, many young women or those with medical conditions, uncomfortable.
2. Encourage more stealthy use of vape products.
3. Create long lines that will inevitably lead to tardiness

Thank you for your time and consideration. We hope that the school will take these points into account and reconsider the locked-bathroom policy. In addition to this email, we plan to create a student petition against these rules.

Sincerely,

Madeline Cho, Lía Sanchez, Rowan Francis Taylor, and Dava Munyon
Juniors at GWHS

---

This message was sent from a high school student using a Gmail account at San Francisco Unified School District. The content of the email should be related to education in support of 21st Century learning. If you have any questions regarding this message, please email gafe@t.sfusd.edu and include "Student email" in the subject line.

--
Susan Saunders
Principal
George Washington High School
600 - 32nd Avenue
San Francisco, CA 94121
415-750-8400



--
Nina Mayer
GWHS VAPA Department Chair
GWHS Director of Dance

2

CONFIDENTIAL                                                                                                                                               SFUSD_164950

600 32nd Avenue
San Francisco, CA 94121

3

CONFIDENTIAL

SFUSD_164951