# EXHIBIT 346

Company          International Markets          Health Effects          Newsroom

< All Articles

# STATEMENT REGARDING THE PRESS CONFERENCE HELD BY THE MASSACHUSETTS ATTORNEY GENERAL

**UNDERAGE USE PREVENTION**

**JULY 24, 2018**

We welcome the opportunity to work with the Massachusetts Attorney General because, we too, are committed to preventing underage use of JUUL. We utilize stringent online tools to block attempts by those under the age of 21 from purchasing our products, including unique ID match and age verification technology.

Furthermore, we have never marketed to anyone underage. In fact, we have done very little marketing relative to our growth:

JUUL Monthly Net Revenue and Marketing Spend Since Inception



JLI01413779

We want to partner and engage with policymakers, lawmakers, educators and parents to combat underage use. We stand committed to working with those who want to keep JUUL out of the hands of young people. Our current efforts include:

- We have pledged $30 million over the next three years to independent research, youth and parent education and community engagement. We are working closely with Iowa Attorney General Tom Miller and the group he assembled consisting of public health officials and tobacco control experts.

- Our ecommerce platform utilizes unique ID match and age verification technology to make sure minors are not able to access and purchase our products online.

- We market our products responsibly, following strict guidelines to have material directed toward adult smokers and not to youth audiences. (Please read our **Marketing & Social Media Code**)

- We support effective legislation and regulation to prevent the purchase and use of our products by minors.

- We have reseller terms that include monitoring and penalties for noncompliance with underage restrictions.

- Our packaging will include a prominent nicotine label and the additional statement "The alternative for adult smokers."

- We collaborate upon request with school districts and law enforcement on local youth prevention initiatives.

- Because of the regulated nature of our product, we conduct random compliance checks of independent retail stores using our secret shopping program. We evaluate hundreds of locations every month.

- We actively monitor the internet and process thousands of enforcement actions per month. Our goal is to ensure only authorized retailers who are subject to our youth prevention controls are selling JUUL products.

**About JUUL Labs**

JLI01413780

switch in the coming years through technological innovations.

Media Contact: **press@juul.com**

Furthermore, we have never marketed to anyone underage. In fact, we have done very little marketing relative to our growth:

**TAGS:**

YOUTH PREVENTION

**Other Posts**



November 7, 2019

## JUUL LABS STOPS THE SALE OF MINT JUULPODS IN THE UNITED STATES

In light of the studies released this week relating to the 2019 National Youth Tobacco Survey and Monitoring the Future survey, JUUL Labs' CEO...

JLI01413781



**October 17, 2019**

## JUUL LABS SUSPENDS SALE OF NON-TOBACCO, NON-MENTHOL-BASED FLAVORS IN THE U.S.

In September, JUUL Labs announced that its new CEO, K.C. Crosthwaite, is leading a broad review of the company's practices and policies. As part...



**October 10, 2019**

## PILOT STUDY OF RACS PROGRAM SHOWS DRAMATIC IMPROVEMENT IN RETAILER COMPLIANCE

In August of this year, we implemented a series of new measures in the United States designed to build upon our efforts to combat...

**See Other Pages**

**Company**

JLI01413782

## Health Effects

## Newsroom

**Terms and Conditions**          **Trademark Guide**

**Privacy Policy**          **Trademark List**

**Cookie Policy**          **Unsolicited Ideas**

© 2020 JUUL Labs, Inc. All rights reserved.

JUUL, Juul Labs, RACS, JUUL Pass, and JUULpods are trademarks of JUUL Labs, Inc.

The Juul Labs corporate website is intended as an informational resource regarding the company, our mission, policies, and practices. It is not intended as a consumer or commercial site. All information presented on JuulLabs.com is in strict accordance with the regulations governing tobacco products established by the U.S. Food and Drug Administration and Centers for Disease Control and Prevention.

The sale of tobacco products to minors is prohibited by law.

Warning: This product contains nicotine. Nicotine is an addictive chemical.

California Proposition 65 Warning: This product contains chemicals known to the state of California to cause cancer and birth defects or other reproductive harm.

Protected by issued and/or pending US and international patents.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service.

JLI01413783

Juul Labs

JLI01413784