[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>*San Francisco Unified School District v. Juul Labs, Inc. et al.,* **Case No. 3:19-cv-08177** | Case No. 19-md-02913-WHO<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE |

**WHEREAS**, the Court entered a stipulated, proposed Pretrial Schedule on July 20, 2022 ("Pretrial Schedule") that stated that trial in the SFUSD case will begin on November 7, 2022. (Dkt. 3352).

**WHEREAS**, the Pretrial Schedule further stated that the parties would meet and confer and submit a separate schedule for the exchange of deposition designations and excerpts from interrogatory answers, RFAs. *Id.*

**NOW, THEREFORE,** the parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter the following schedule:

|  | **Tranche A** **Science, Case-Specific SFUSD Witnesses and new witnesses not exchanged in B.B** | **Tranche B** | **Tranche C** |
|---|---|---|---|
| Deposition designations[1] | Friday, September 16, 2022[2]<br><br>Monday, September 19, 2022[3] | Wednesday, September 21, 2022[4] | Monday, September 26, 2022[5] |
| Counters to Affirmative designations / Objections to Affirmative Designations | Monday, September 26, 2022 | Monday, October 3, 2022 | Monday, October 10, 2022 |
| Objections to Counters / Counter-Counters | Tuesday, October 4, 2022 | Wednesday, October 12, 2022 | Monday, October 17, 2022 |
| Objections to Counter-Counters | Tuesday, October 11, 2022 | Wednesday, October 19, 2022 | Monday, October 24, 2022 |
| Submission | Thursday, October 20, 2022 | Friday, October 28, 2022 | Thursday, November 3, 2022 |
| Exchange excerpts from Interrogatory answers and Requests for Admissions |  |  | Tuesday, October 25, 2022 |

---

[1] In order to facilitate the efficient exchange of deposition designations, counter-designations, and objections and to make it easier for the Court to rule on the same, the Defendants shall send a combined set of designations, counters, and objections, etc. for an individual witness before sending them to Plaintiff. Defendants may identify which Defendant group is presenting such materials (e.g., JLI only, Altria only, Bowen only, Monsees only, etc.). The parties shall exchange deposition designations, counter designations, and objections in a format similar to what was exchanged in the B.B. case, and the designating party shall be responsible for creating the final spreadsheet and transcript for submission to the Court.

[2] This Tranche includes any designations and objections for the following witnesses: Atkins, Myers, Xing, Perfetti, and any case-specific witness in the SFUSD case, as well as Latronica, Handelsman, Frankel, and Marand.

[3] This Tranche includes any designations and objections for the following witnesses: Bowen, Monsees, and any other witness not previously submitted in B.B including Huh, Flora, Schroder and Xu

[4] This Tranche includes any designations and objections for the following witnesses: Asseily, Burns, Crosthwaite, Goldman, Gould, Harter, Murillo, Pritzker, Olin, and Valani.

[5] This Tranche includes any designations and objections for the following witnesses: Blaylock, Devitre, Fernandez, Flora, Gardner, Garnick, Gifford, Hunter, Longest, Melvin, Romyak, Willard, Edmonson- Taylor, Dunlap, Mumby, Kania, Morgan, Richardson, and Walker.

|   |   |
|---|---|
| | Respectfully submitted, |
| September 13, 2022 | By: /s/ *Sarah R. London* <br> Sarah R. London <br> **LIEFF CABRASER HEIMANN & BERNSTEIN** <br> 275 Battery Street, Fl. 29 <br> San Francisco, CA 94111 <br> Telephone: (415) 956-1000 <br> slondon@lchb.com |
| | By: /s/ *Dena C. Sharp* <br> Dena C. Sharp <br> **GIRARD SHARP LLP** <br> 601 California St., Suite 1400 <br> San Francisco, CA 94108 <br> Telephone: (415) 981-4800 <br> dsharp@girardsharp.com |
| | By: */s/ Dean Kawamoto* <br> Dean Kawamoto <br> **KELLER ROHRBACK L.L.P.** <br> 1201 Third Ave., Ste. 3200 <br> Seattle, WA 98101 <br> Telephone: (206) 623-1900 <br> dkawamoto@kellerrohrback.com |
| | By: */s/ Ellen Relkin* <br> Ellen Relkin <br> **WEITZ & LUXENBERG** <br> 700 Broadway <br> New York, NY 10003 <br> Telephone: (212) 558-5500 <br> erelkin@weitzlux.com |
| | *Co-Lead Counsel for Plaintiffs* |

By: */s/ David M. Bernick*
David M. Bernick (pro hac vice)
Renee D. Smith (pro hac vice)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310
david.bernick@kirkland.com

By: */s/ Peter A. Farrell*
Peter A. Farrell (pro hac vice)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
pfarrell@kirkland.com

By: */s/ Gregory P. Stone*
Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
James M. Rosenthal (pro hac vice)
Matthew R. Skanchy (pro hac vice)
Alysha Bohanon (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Moira K. Penza (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, and ALTRIA ENTERPRISES LLC*

|   |   |
|---|---|
| 1 | By: /s/ *Michael J. Guzman* |
| 2 | Michael J. Guzman (admitted *pro hac vice*) |
|   | David L. Schwarz (CA Bar No. 206257) |
| 3 | **KELLOGG HANSEN TODD FIGEL &** |
|   | **FREDERICK, P.L.L.C.** |
| 4 | 1615 M Street, N.W. Suite 400 |
|   | Washington, DC 20036 |
| 5 | TEL: (202) 326-7900 |
| 6 | mhansen@kellogghansen.com |
|   | mguzman@kellogghansen.com |
| 7 | dschwarz@kellogghansen.com |

*Attorneys for Defendants Huh, Pritzker, and Valani*

By: /s/ *James N. Kramer*
James S. Kramer (SBN 154709)
Kevin Askew (SBN 238866)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building 405 Howard Street San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759
jkramer@orrick.com
kaskew@orrick.com

*Attorneys for Defendant Monsees*

By: /s/ *Eugene Illovsky*
Eugene Illovsky (SBN 117892)
Kevin Calia (SBN 227406)
Sharon Frase (SBN 282923)
**BOERSCH & ILLOVSKY LLP**
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640
eugene@boersch-illovsky.com
kevin@boersch-illovsky.com
sharon@boersch-illovsky.com

*Attorneys for Defendant Bowen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. Juul Labs, Inc. et al.,* Case No. 3:19-cv-08177 | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE |

The Court hereby adopts the Parties' Stipulation and **ORDERS** that the following stipulated schedule:

| | **Tranche A**<br>Science, Case-Specific SFUSD Witnesses and new witnesses not exchanged in B.B | **Tranche B** | **Tranche C** |
|---|---|---|---|
| Deposition designations[1] | Friday, September 16, 2022[2] | Wednesday, September 21, 2022[4] | Monday, September 26, 2022[5] |

---

[1] In order to facilitate the efficient exchange of deposition designations, counter-designations, and objections and to make it easier for the Court to rule on the same, the Defendants shall send a combined set of designations, counters, and objections, etc. for an individual witness before sending them to Plaintiff. Defendants may identify which Defendant group is presenting such materials (e.g., JLI only, Altria only, Bowen only, Monsees only, etc.). The parties shall exchange deposition designations, counter designations, and objections in a format similar to what was exchanged in the B.B. case, and the designating party shall be responsible for creating the final spreadsheet and transcript for submission to the Court.

[2] This Tranche includes any designations and objections for the following witnesses: Atkins, Myers, Xing, Perfetti, and any case-specific witness in the SFUSD case, as well as Latronica, Handelsman, Frankel, and Marand.

[4] This Tranche includes any designations and objections for the following witnesses: Asseily, Burns, Crosthwaite, Goldman, Gould, Harter, Murillo, Pritzker, Olin, and Valani.

[5] This Tranche includes any designations and objections for the following witnesses: Blaylock, Devitre, Fernandez, Flora, Gardner, Garnick, Gifford, Hunter, Longest, Melvin, Romyak, Willard,

|  | Monday, September 19, 2022[1] |  |  |
|---|---|---|---|
| Counters to Affirmative designations / Objections to Affirmative Designations | Monday, September 26, 2022 | Monday, October 3, 2022 | Monday, October 10, 2022 |
| Objections to Counters / Counter-Counters | Tuesday, October 4, 2022 | Wednesday, October 12, 2022 | Monday, October 17, 2022 |
| Objections to Counter-Counters | Tuesday, October 11, 2022 | Wednesday, October 19, 2022 | Monday, October 24, 2022 |
| Submission | Thursday, October 20, 2022 | Friday, October 28, 2022 | Thursday, November 3, 2022 |
| Exchange excerpts from Interrogatory answers and Requests for Admissions |  |  | Tuesday, October 25, 2022 |

**IT IS SO ORDERED.**

Dated: September 16, 2022



William H. Orrick
United States District Judge

---

Edmonson- Taylor, Dunlap, Mumby, Kania, Morgan, Richardson, and Walker.

[1] This Tranche includes any designations and objections for the following witnesses: Bowen, Monsees, and any other witness not previously submitted in B.B including Huh, Flora, Schroder and Xu