1  [Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE |
| **This Document Relates to:**<br><br>*San Francisco Unified School District v. Juul Labs, Inc. et al.,* **Case No. 3:19-cv-08177** | |

WHEREAS the Court entered a stipulated, proposed pretrial schedule (the "Pretrial Schedule") on September 28, 2022, in *San Francisco Unified School District v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-08177. *See* Dkt. No. 3535.

WHEREAS the parties have met and conferred, and, in order to promote the efficient exchange of pre-trial information and to streamline materials for the Court's review, agree to stipulate to a revised Pretrial Schedule as set forth below.

**NOW, THEREFORE,** the parties, through their undersigned counsel and subject to the Court's approval, hereby stipulate, agree, and respectfully request that the Court enter the following schedule:

| Event | Current Date | Revised Date |
|---|---|---|
| Exhibit lists | • Exchange (each side) of list of 300 priority exhibits: 9/28/2022<br>• Objections to priority exhibits: 10/6/2022<br>• File combined lists of priority exhibits to which the parties object and exhibits to which admissibility is stipulated: 10/11/2022<br>• Each party to serve supplemental list of exhibits: 10/11/2022 | • File separate lists of priority exhibits to which the parties object: 10/11/2022.<br>• Parties exchange lists of exhibits to which parties do not object to authenticity and/or hearsay: 10/21/2022.<br>• Parties exchange supplemental list of exhibits: 10/21/2022. |

The parties therefore respectfully request that the Court enter an Order establishing the above deadlines.

Dated: October 11, 2022            Respectfully submitted,

By: /s/ *Sarah R. London*
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: /s/ *Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| 1 | |
| 2 | By: /s/ David M. Bernick |
| | David M. Bernick (pro hac vice) |
| 3 | Renee D. Smith (pro hac vice) |
| 4 | **KIRKLAND & ELLIS LLP** |
| | 300 N. LaSalle |
| 5 | Chicago, IL 60654 |
| | Telephone: (312) 862-2310 |
| 6 | david.bernick@kirkland.com |
| 7 | |
| | By: /s/ Peter A. Farrell |
| 8 | Peter A. Farrell (pro hac vice) |
| 9 | **KIRKLAND & ELLIS LLP** |
| | 1301 Pennsylvania Ave, N.W. |
| 10 | Washington, D.C. 20004 |
| | Telephone: (202) 389-5959 |
| 11 | pfarrell@kirkland.com |
| 12 | |
| | By: /s/ Gregory P. Stone |
| 13 | Gregory P Stone, SBN 78329 |
| 14 | Bethany W. Kristovich, SBN 241891 |
| | **MUNGER, TOLLES & OLSON LLP** |
| 15 | 350 South Grand Avenue |
| | Fiftieth Floor |
| 16 | Los Angeles, California 90071-3426 |
| 17 | Telephone: (213) 683-9100 |
| | |
| 18 | *Attorneys for Defendant Juul Labs, Inc.* |
| 19 | By: /s/ Beth A. Wilkinson |
| | Beth A. Wilkinson (pro hac vice) |
| 20 | Brian L. Stekloff (pro hac vice) |
| | James M. Rosenthal (pro hac vice) |
| 21 | Matthew R. Skanchy (pro hac vice) |
| | Alysha Bohanon (pro hac vice) |
| 22 | **WILKINSON STEKLOFF LLP** |
| | 2001 M Street NW, 10th Floor |
| 23 | Washington, DC 20036 |
| | Telephone: (202) 847-4000 |
| 24 | bwilkinson@wilkinsonstekloff.com |
| | bstekloff@wilkinsonstekloff.com |
| 25 | jrosenthal@wilkinsonstekloff.com |
| | mskanchy@wilkinsonstekloff.com |
| 26 | abohanon@wilkinsonstekloff.com |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | Moira K. Penza (pro hac vice) |
| 2 | **WILKINSON STEKLOFF LLP**<br>130 West 42nd Street, 24th Floor |
| 3 | New York, NY 10036<br>Telephone: 212-294-8910 |
| 4 | mpenza@wilkinsonstekloff.com |

*Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, and ALTRIA ENTERPRISES LLC*

1
2
3
4
5
6
7

By: /s/ *Michael J. Guzman*
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. Suite 400
Washington, DC 20036
TEL: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

8
9

*Attorneys for Defendants Huh, Pritzker, and Valani*

10
11
12
13
14
15

By: /s/ *James N. Kramer*
James S. Kramer (SBN 154709)
Kevin Askew (SBN 238866)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building 405 Howard Street San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759
jkramer@orrick.com
kaskew@orrick.com

16

*Attorneys for Defendant Monsees*

17
18
19
20
21
22
23

By: /s/ *Eugene Illovsky*
Eugene Illovsky (SBN 117892)
Kevin Calia (SBN 227406)
Sharon Frase (SBN 282923)
**BOERSCH & ILLOVSKY LLP**
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640
eugene@boersch-illovsky.com
kevin@boersch-illovsky.com
sharon@boersch-illovsky.com

24

*Attorneys for Defendant Bowen*

25
26
27
28

- 6 -  STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*San Francisco Unified School District v. Juul Labs, Inc. et al.,* **Case No. 3:19-cv-08177** | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE |

The Court hereby adopts the Parties' Stipulation and **ORDERS** that the following stipulated schedule:

| Event | Date |
|---|---|
| Exhibit lists | • File separate lists of priority exhibits to which the parties object: 10/11/2022.<br>• Parties exchange lists of exhibits to which parties do not object to authenticity and/or hearsay: 10/21/2022.<br>• Parties exchange supplemental list of exhibits: 10/21/2022. |

Date: October 12, 2022

_____
**HONORABLE WILLIAM H. ORRICK**
**United States District Judge**