# EXHIBIT 1

David M. Bernick (*pro hac vice*)
david.bernick@kirkland.com
Renee D. Smith (*pro hac vice*)
renee.smith@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000

Peter A. Farrell, P.C. (*pro hac vice*)
peter.farrell@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000

Gregory P. Stone (SBN 78329)
gregory.stone@mto.com
Bethany W. Kristovich (SBN 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

*Attorneys for Defendant Juul Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**DEFENDANT JUUL LABS, INC.'S SEPTEMBER 23, 2022 WITNESS LIST**<br><br>Hon. William H. Orrick |
| This Document Relates to:<br><br>*San Francisco Unified School District v. Juul Labs, Inc., et al.*<br><br>Case No. 19-md-08177 | |

Pursuant to the parties' agreement regarding the exchange of pretrial materials and the Order Regarding Pretrial Schedule (ECF No. 2943), as well as the Court's standing Civil Pretrial Order, Defendant Juul Labs, Inc. ("JLI") provides below a witness list identifying the witnesses whom JLI expects to be called at trial either live or by deposition designation, along with a brief summary of anticipated testimony, based on the information available to JLI at this time.

| Ref. No. | Witness & Category | Brief Summary |
|---|---|---|
| | **Live**[1] | |
| 1 | Augustson, Erik | JLI anticipates that Dr. Augustson will provide testimony about his work for and experience at JLI, including the scope of JLI's behavioral research program; JLI's switching studies; the role of flavors for adult smokers; the total nicotine dose in JUUL products as compared to combustible cigarettes; trends in JUUL product use; youth-specific use of JUUL and other ENDS; and misattribution studies. |
| 2 | Bowen, Adam | JLI anticipates that Mr. Bowen would provide testimony about his role as one of JLI's founders, including with respect to JLI's origin, mission, and early history; and JUUL product development and design, including the purpose and development of JLI's nicotine salt formulation, flavors, and instructions for use. |
| 3 | Lee, Charlene | JLI anticipates the Ms. Lee would provide testimony regarding SFUSD operations based on her experience as a senior administrator analyst for SFUSD. |
| 4 | Malone, David | JLI anticipates that Mr. Malone would provide testimony regarding SFUSD's technological history based on his experience as the SFUSD Deputy Chief Technological Officer. |
| 5 | Monsees, James | JLI anticipates that Mr. Monsees would provide testimony about his role as one of JLI's founders and former officers, including with respect to JLI's origin, mission, and early history; the role of JLI's mission and target consumer in developing the JUUL product; JLI's early marketing efforts and rebrand; JLI's early youth prevention efforts; and the sales trajectory of JUUL products. |

---

[1] Given the length and uncertainty of Plaintiff's witness and exhibit lists, JLI also identifies Bryan White and Julie Henderson as may call witnesses at this time.

| Ref. No. | Witness & Category | Brief Summary |
|---|---|---|
| 6 | Nelson, Cheryl L. | JLI anticipates that Ms. Nelson will provide testimony about her experience as a teacher in the San Francisco Unified School District and as a liaison between Drug Policy Alliance and the district. |
| 7 | Parrish, Michael | JLI anticipates that Mr. Parrish will provide testimony about his work as Senior Director of Youth Prevention Operations for JLI including JLI's mission; JLI's youth prevention efforts; and research regarding youth JUUL use over time. |
| 8 | Pritzker, Nicholas | JLI anticipates that Mr. Pritzker would provide testimony about his investigation of and decision to support JLI's mission; his understanding of JLI's target audience and focus on adult smokers; JUUL's launch, rebrand, and change in management in 2015; commitment to youth prevention; Altria's investment and contribution to JLI's research; and the decision to bring K.C. Crosthwaite onboard. |
| 9 | Xing, Chenyue | JLI anticipates that Dr. Xing would provide testimony about her work as a research scientist for JUUL Labs, Inc., and the development of the e-liquid formulation for the JUUL product, together with the clinical studies associated with JUUL development, and the engineering, material selection, and product design for the JUUL product. |
| | **Deposition Designation** | |
| 10 | Canforatta, Thomas | Mr. Canforatta is a Director of Strategic Accounts & Client Quality Services at Veratad Technologies, LLC, JLI's age verification provider since prior to launch. His testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| 11 | Goldman, Tyler | Mr. Goldman was JLI's CEO from 2016 to 2017. His testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| 12 | Pak, Quarry | Quarry Pak, SFUSD's 30(b)(6) designee on all topics, served as the program administrator for SFUSD's health education and school-based health and mental health support services. Her testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| | **Deposition/Live** | |
| 13 | Crosthwaite, K.C.[2] | JLI anticipates that Mr. Crosthwaite would provide testimony |

---

[2] Mr. Crosthwaite will most likely be appearing live, but JLI may call by deposition.

| Ref. No. | Witness & Category | Brief Summary |
|---|---|---|
| | | about JLI's mission; JLI's actions under his leadership as CEO, including JLI's youth prevention efforts; JLI's withdrawal of certain JUUL products; JLI's engagement with regulators and public health officials; and JLI's financial performance. His testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| 14 | Gould, Ashley | Ms. Gould served as JLI's chief administrative officer from 2017-2020. JLI anticipates Ms. Gould would provide testimony about her work and experience at JLI as CAO including JLI's mission; youth prevention efforts; and knowledge of youth use. Her testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| 15 | Kania, Chelsea | JLI anticipates that Ms. Kania would provide testimony about her work and experience at JLI, including JLI's mission, marketing and sales strategies and youth prevention. Her testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| 16 | Matthews, Charles | Dr. Charles Matthews served as the superintendent for SFUSD. His testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| 17 | Murillo, Jose[3] | JLI anticipates that Mr. Murillo would provide testimony about the regulatory landscape surrounding ENDS products; the history of JLI's research; the public health benefits of JUUL products; JLI's PMTA submission, including studies that JLI conducted and JLI's interactions with the FDA; the role Altria's investment played in promoting JLI's mission; and JLI's youth prevention efforts from 2019 onwards. His testimony will be designated following the parties' agreed upon procedure for deposition designations. |
| 18 | Wallace, Meghan | Meghan Wallace served as the head of finance for SFUSD, overseeing all the financial operations and activities of the district, including budget, accounting, financial reporting, payroll, purchasing, and contracts. Her testimony will be designated following the parties' agreed upon procedure for deposition designations. |

---

[3] Mr. Murillo will most likely be appearing live, but JLI may call by deposition.

| Ref. No. | Witness & Category | Brief Summary |
|---|---|---|
| | **Expert Witnesses (Live)[4,5]** | |
| 19 | Berger, Jonah | Dr. Berger's opinions and the basis thereof are set forth in his expert report. Among other related topics, based on his experience as a marketing professor and his analysis of relevant evidence, JLI anticipates Dr. Berger would rebut Plaintiff's claims regarding the reach and content of JLI-controlled marketing, with a focus on social media and influencers. |
| 20 | Henningfield, Jack | Dr. Henningfield's opinions and the basis thereof are set forth in his expert report. Among other related topics, based on his experience as a psychopharmacologist and his analysis of relevant evidence, JLI anticipates Dr. Henningfield would provide testimony regarding the public health benefits of ENDS products; the regulation of ENDS products; and the comparatively lower abuse liability of ENDS products relative to combustible cigarettes. |
| 21 | Keller, Kevin | Dr. Keller's opinions and the basis thereof are set forth in his expert report. JLI anticipates that Keller, a marketing professor, will provide testimony analyzing JLI's marketing strategy and addressing Plaintiff's claims related to JLI's marketing techniques. |
| 22 | Marais, M. Laurentius | Dr. Marais' opinions and the basis thereof are set forth in his expert report. Among other related topics, based on his experience as a statistician and his analysis of relevant evidence, JLI anticipates Dr. Marais would provide testimony responding to Plaintiff's evidence regarding trends in youth ENDS product use, including decreased youth use after JUUL's market entry; youth procurement of ENDS via social sourcing; misattribution of youth ENDS product use to JUUL; the impact of ENDS and JUUL on combustible cigarette use; and current ENDS product use statistics. |
| 23 | Orszag, Jonathan M. | Mr. Orszag's opinions and the basis thereof are set forth in her expert report. Orszag is an economist. He will address SFUSD's failure to establish a causal link between JLI's |

---

[4] JLI has provided the expert reports of Berger, Henningfield, Keller, Lakdawalla, Marais, Mefford, Orszag, Paustenbach, Phillips, Rossi, Steinberg, Stratton, and Winzer-Serhan to opposing counsel. Their reports include their CVs, theories, conclusions, and the bases thereof.

[5] Given the length and uncertainty of Plaintiff's witness and exhibit lists, JLI also identifies the following may call expert witnesses at this time: Larry Mefford, Ryan Phillips, Darius Lakdawalla, Andrew Stratton, and Ursula Winzer-Serhan.

| Ref. No. | Witness & Category | Brief Summary |
|---|---|---|
|  |  | conduct and any purported increase in youth vaping. He will also address SFUSD's failure to quantify the purported cost of youth vaping to SFUSD. |
| 24 | Paustenbach, Dennis | Dr. Paustenbach's opinions and the basis thereof are set forth in his expert report. Among other related topics, based on his experience as an environmental toxicologist and his analysis of relevant evidence, JLI anticipates Dr. Paustenbach would provide testimony regarding JUUL's harm reduction capabilities; the toxicity of JLI products relative to combustible cigarettes; and the recognized public health benefits of ENDS products, including JUUL. |
| 25 | Rossi, Peter | Dr. Rossi's opinions and the basis thereof are set forth in his expert report. Among other related topics, based on his experience as an economist and his analysis of relevant evidence, JLI anticipates Dr. Rossi would rebut Plaintiff's allegations about the impact of marketing campaigns on JUUL product sales and youth use and would provide alternative explanations for youth use based on his review of sales data. |
| 26 | Steinberg, Laurence | Dr. Steinberg's opinions and the basis thereof are set forth in his expert report. Among other related topics, based on his experience as an adolescent psychologist and his analysis of relevant evidence, JLI anticipates Dr. Steinberg would provide testimony regarding the causes of youth ENDS product use; the lack of evidence showing that marketing has a significant impact on youth use relative to other factors; the appropriateness of JLI's youth prevention efforts. |

The witnesses above are listed in alphabetical order, and JLI makes no representation that such witnesses, if called to testify, will be called in the order set forth herein. JLI reserves all rights to supplement or amend this Witness List, including the right to:

i. call witnesses at trial, in its case-in-chief or otherwise, not included on this list, or to include additional or different witnesses on any list submitted to the Court;

ii. supplement or amend this Witness List up to and including the time of trial in light of discovery that has not yet been completed, the evidence Plaintiff elicits at trial, changes to Plaintiff's proposed designations, exhibits, and witness list, further information related to the scope of the different phases of trial, and/or consistent with the Court's ruling on any motions *in limine*;

iii. not call any person listed above;

iv. call any witnesses at trial, in its case-in-chief or otherwise, who may respond to testimony from witnesses who any other party has represented is not likely to be called at trial;

v.   rely on the testimony of any witness identified or called by any other party;

vi.  rely upon the deposition testimony or other testimony of any person;

vii. call or introduce testimony from any witness necessary for impeachment or rebuttal purposes, whether or not previously identified herein;

viii. call or introduce testimony from any witness necessary to respond to Plaintiff's case, evidence, and/or testimony, whether or not previously identified herein;

ix.  submit as evidence deposition testimony taken in this matter, regardless of whether the deponent is listed above; and

x.   rely upon deposition testimony affirmatively designated by JLI for any witness as counter-designated deposition testimony introduced in JLI's case-in-chief.

*/s/ Renee D. Smith*
Renee D. Smith

*Counsel for Juul Labs, Inc.*