# EXHIBIT 4

```
                                                                  Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                           ---oOo---

 4   IN RE: JUUL LABS, INC., MARKETING,:
     SALES PRACTICES, AND PRODUCTS     : No.
 5   LIABILITY LITIGATION              : 19-MD-02913-WHO
     _____:
 6

 7

 8                    REMOTE VIDEO-RECORDED

 9                   DEPOSITION OF QUARRY PAK

10                          Volume I

11                       October 7, 2021

12

13

14

15

16

17

18

19

20   Job No. 200253

21   Stenographically reported by:
     LAURA AXELSEN, CSR NO. 6173
22       RMR, CCRR, CRR, CRC

23

24

25
```

Page 26

```
 1  deposition?
 2       A.  No.
 3       Q.  And did you take any notes while you were
 4  reviewing the notices of today's -- the notices for
 5  today's deposition?
 6       A.  No.
 7       Q.  Okay.  So the first topic under the
 8  prevalence -- so this is the first topic for today,
 9  which was the -- Exhibit 1 was the notice.
10       A.  Uh-huh.
11       Q.  Is --
12       A.  Yes.
13       Q.  Your allegations regarding the impact of
14  the youth e-cigarette crisis on plaintiff, SFUSD,
15  so the District, in Section 5B of the complaint,
16  including, but not limited to, the district
17  determination that individual students are addicted
18  to nicotine, the District determination that the
19  plaintiff has been hit hard by the youth
20  e-cigarette epidemic, and the District's
21  determination that many students in District schools
22  have been deceived by defendants' marketing and
23  misinformation.
24           And so, ma'am, what evidence does the
25  District have regarding the impact of the youth
```

Page 27

```
 1  e-cigarette crisis on the District?
 2       A.  I'm not clear what you mean by evidence.
 3  What are you asking?
 4       Q.  Does the District have any data regarding
 5  the impact of the youth e-cigarette crisis on the
 6  District?
 7           MR. DOUGLAS:  Object to form.
 8           THE WITNESS:  I'm sorry.  I didn't hear
 9  that.
10           MR. DOUGLAS:  I said object to the form,
11  but you can answer.
12           THE WITNESS:  Oh, okay.  The data we have
13  is from a variety of sources.  And we do two
14  surveillance surveys every other year.  The
15  California Healthy Kid Survey -- actually, there's
16  three.  California Healthy Kid Survey.  The Youth
17  Risk Behavior Survey.  The YRBS and CHKS.  And the
18  third one is the California Student Tobacco Survey,
19  the CSTS.  So that's the quantitative data.  Those
20  are all self-reported.
21           We also have information from, like, our
22  California grantors.  This is California Department
23  of Education.  Uhm, they give us information about,
24  like, trends and best practices and the issues that
25  are coming up for our state because they work with
```

Page 28

```
 1  every county.  And the other data that we have is
 2  student qualitative data from our student leaders,
 3  our youth outreach workers, high school students
 4  from their planning and leadership of the -- our
 5  public service announcement contests against tobacco
 6  use and vaping.
 7           MR. OSBORNE:  Q.  Besides the items that
 8  you listed, is there any other data that the
 9  District has regarding the impact of the youth
10  e-cigarette crisis on the District?
11       A.  Just requests like -- or observations from
12  our school staff.  And just parents and caregivers
13  and our community partners that were asking us for
14  workshops on vaping or information lessons.  Things
15  like that because they were seeing that happen on
16  their school campuses.
17       Q.  Anything else that the District has in its
18  possession regarding the impact of the youth
19  e-cigarette crisis on the District?
20       A.  In terms of data?
21       Q.  Yes, ma'am.
22       A.  Not that I know of.
23       Q.  Are you aware of anyone in the District who
24  may have additional information that you've not
25  already provided on behalf of the District --
```

Page 29

```
 1       A.  No.
 2       Q.  -- regarding data?  No?  Okay.  So next,
 3  with respect to District's allegation that
 4  individual students are addicted to nicotine, is the
 5  District aware of any individual student that
 6  reports being addicted to nicotine?
 7       A.  Yes, because they're referred for services.
 8  I couldn't share names with you.  I don't know the
 9  names, and we don't record that.  But they're
10  referred for services, and that's why the schools
11  were responding to our lessons and asking for more
12  information.
13       Q.  Okay.  So when you say they were referred
14  for services, what do you mean by that?
15       A.  What you just asked for, the students who
16  are addicted to nicotine.
17       Q.  Okay.  But what did you mean when you said
18  referred for services?  What is that -- what do you
19  mean by that?
20       A.  That the students were referred for
21  services to meet with the nurse, social worker, or
22  to, like, their provider, like, their doctor,
23  something like that or Kaiser.  Whoever their doctor
24  might be for more support.  There really is not a
25  lot out there because it's not a lot of services for
```

Page 74
1  documented in our student information system.
2       MR. OSBORNE:  Q.  Is the District aware of
3  any self report from a student that they were
4  addicted to nicotine?
5       A.  I would say yes, we are aware of those.
6  Those are the conversations that students have with
7  their -- with the nurses and the providers off in
8  the community.
9       Q.  Okay.  So which -- which instance is the
10 District aware of a student self reporting that they
11 were addicted to nicotine?
12      A.  Any conversations with nurses or social
13 workers or community providers.
14      Q.  Okay.  So which -- which instance, as you
15 sit here today on behalf of the District, is the
16 District aware of an individual student in the
17 District reporting that they were addicted to
18 nicotine?
19      MR. DOUGLAS:  Object to form.
20      THE WITNESS:  We could -- we could see that
21 information, experience, and encounter that
22 information in any conversation with nurses, social
23 workers, or community partners.
24      MR. OSBORNE:  Q.  So that's -- so that's
25 not what we're here for today.  Today we're here --

Page 75
1  and I'm here on behalf of Juul to ask the District
2  questions about the information that it has.  My
3  very specific question to you on behalf of the
4  District is, as the District is here today to
5  testify about the information in its possession,
6  custody, and control, what information does the
7  District have about an individual student in the
8  District who has ever reported that he or she was
9  addicted to nicotine?
10      MR. DOUGLAS:  I'll object that the
11 corporate representative does not have to know every
12 single piece of paper or every single individual
13 student.  She can testify to the best of her
14 knowledge, and she -- if she is knowledgeable about
15 that topic.  And that's what she's trying to do,
16 Jonathan.  She's not trying to -- to hide or conceal
17 anything.  She's telling you that she doesn't have
18 an individual's name and she can't give you an
19 individual's name.
20      MR. OSBORNE:  That's what you said.  That's
21 not what the witness said.
22      MR. DOUGLAS:  Well, she has said that, but
23 I'll object to form.  You can answer to the best of
24 your ability, Quarry.
25      THE WITNESS:  Can you restate the question?

Page 76
1  I'm just trying to be as accurate and representative
2  as possible.
3       MR. OSBORNE:  No.  Ms. Court Reporter,
4  would you please read back the question.
5       (Record read by the reporter:
6       "QUESTION:  Okay.  So which -- which
7       instance, as you sit here today on behalf of
8       the District, is the District aware of an
9       individual student in the District reporting
10      that they were addicted to nicotine?")
11      MR. DOUGLAS:  Object to form.
12      THE WITNESS:  That information would be in
13 the records of any meetings with nurses and social
14 workers or counselors that I referred to earlier.
15 But I do not have access or awareness.  We do not
16 keep records on individual student names and what
17 they talk about with those providers.
18      MR. OSBORNE:  Q.  But your testimony is
19 that the records of meetings from social workers and
20 counselors would reveal a student who self-reported
21 that they were addicted to nicotine?
22      A.  I am saying that that information happens,
23 conversations in the meetings, and the meetings
24 would be documented.  But I don't know -- I don't
25 have knowledge of what exactly -- to what detail --

Page 77
1  you know, what you're asking, individual students in
2  that detail.  I have to say that that kind of
3  information is not something we ask the providers or
4  school staff or providers to record.
5       Q.  Is the District aware of any individual
6  student who has reported to the District that it
7  is -- that the student is addicted to nicotine?
8       A.  We provide information and resources for
9  our staff to address that issue.  So the staff were
10 telling us yes, they have reported that they have
11 contact with students who do report that they are
12 addicted.  They can't stop using.  They want to know
13 more about how they can stop using, and, uhm, also
14 our student leaders have told us that as well.  And
15 our PSAs have demonstrated, like, what they've seen
16 in class and outside of class.  Our public service
17 announcements --
18      Q.  For the record, motion to strike as
19 non-responsive.
20      Ms. Pak, is the District aware of a single
21 student who has reported to the District that they
22 are addicted to nicotine?
23      MR. DOUGLAS:  Objection; asked and
24 answered.
25      THE WITNESS:  I would say the District is

Page 78

```
 1  aware of many students who have reported this and
 2  have met with social workers and nurses and
 3  counselors.
 4          MR. OSBORNE:  Q.  Okay.  Can the District
 5  identify a student who has reported that they are
 6  addicted to nicotine?
 7          MR. DOUGLAS:  Objection; asked and
 8  answered.  The District doesn't have to identify
 9  individual -- every individual student.  That's not
10  the rule.
11          MR. OSBORNE:  Q.  Mr. Douglas, if this
12  deposition is going to continue today, you have to
13  stop testifying, sir.  You're taking up valuable
14  time, and we have very limited time.  The
15  question --
16          MR. DOUGLAS:  Your --
17          MR. OSBORNE:  The question -- the question
18  was not an ambiguous question.  The question was
19  very clear.  The witness can answer the question if
20  she knows the answer.  If she doesn't, she can say
21  she doesn't know and we can move on.
22          MR. DOUGLAS:  I will say this, and then I
23  will try to stop and just object to form.  You keep
24  asking her the same question and she keeps giving
25  the same answer.
```

Page 79

```
 1          MR. OSBORNE:  Q.  Ms. Pak, can the
 2  District identify a single student who has reported
 3  that they are addicted to nicotine in the District?
 4          MR. DOUGLAS:  Objection to form.
 5          THE WITNESS:  My understanding of your
 6  question is if we identify at least one student, and
 7  I am answering that we have identified many
 8  students.
 9          MR. OSBORNE:  Q.  Okay.  So you actually
10  haven't identified any students.
11          MR. DOUGLAS:  Wait a minute.  We're not
12  going to be naming students in this deposition,
13  Jonathan.
14          MR. OSBORNE:  That's a different objection.
15  That's not one you've made before.
16          MR. DOUGLAS:  Well, all right.  I'm not
17  going to allow you to have her disclose names of
18  individuals.  You know the --
19          MR. OSBORNE:  I didn't ask her --
20  Mr. Douglas, I didn't ask her to identify any names.
21  I said if they could identify names.  And she said
22  she's identified many.  She hasn't identified any
23  students.
24          MR. DOUGLAS:  Do you want -- what is it --
25  when you say -- when you say identify, what is it
```

Page 80

```
 1  that you want her to do?  She said there's lots of
 2  them.  Do you want names?
 3          MR. OSBORNE:  Q.  So I'm going to stop
 4  discussing this with you, sir.
 5          Ms. Pak, is the District able to identify
 6  individual students who have reported to the
 7  District that they are addicted to nicotine?
 8      A.  I would say that we're identified that it's
 9  an issue that many students have reported as well as
10  students, parents, and caregivers.  And the
11  documentation that would be in there, the fact that
12  they've met with them and were referred, and we've
13  talked about those records earlier.
14      Q.  And it's your testimony that those records
15  contain self reporting from students that they're
16  addicted to nicotine?
17      A.  The records contain the fact that they've
18  met with the staff members.  I don't -- I would have
19  to, like, look at the records individually to see
20  what they were documenting.
21      Q.  Okay.  So without -- without reviewing the
22  records, as you sit here today, you'd be speculating
23  to say that there was a student who reported that
24  they were addicted to nicotine?
25          MR. DOUGLAS:  Object to form.
```

Page 81

```
 1          THE WITNESS:  Again, I'm not a lawyer.  I'm
 2  talking about my knowledge, and it's not
 3  speculation.  It's the knowledge that I have from my
 4  work and supervision with staff, students, and
 5  teachers and -- and our partnership with communities
 6  and parents and caregivers.  So what I know is what
 7  our policy is and what we've had reported to us and
 8  how we respond.  And -- and our data that we have
 9  from our surveys and what we know about what
10  nicotine and teenagers -- effects of use of nicotine
11  in teenagers.
12          And also, uhm, ENDS and vapes and Juuls and
13  tobacco and cigarettes.  So all of that knowledge
14  has been discussed today and earlier.  And all the
15  records with evidence that they were referred and
16  they had those meetings.  The details of the records
17  I can't speak to exhaustively.  I just would say
18  that they are what they are and they have been in
19  response to the needs of our students.
20          MR. OSBORNE:  Q.  One of the topics for
21  today is prevalence.  Uhm, Ms. Pak, is the District
22  in possession of any documents that quantify the
23  number of students who have reported that they are
24  addicted to nicotine?
25      A.  Not that I'm aware of.
```