# EXHIBIT 15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-MD-02913-WHO

VIDEO-RECORDED DEPOSITION of ERICA LINGRELL

(Via videoconference)

Thursday, August 19, 2021

REPORTED BY:
CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
JOB NO. 197527

ERICA LINGRELL,

having first been duly sworn by the Certified Shorthand Reporter, testified as follows:

THE REPORTER: Thank you. Please proceed.

EXAMINATION

BY MR. SCHWAB:

Q. Good morning. Could you please state and spell your full name for the record.

A. Good morning. I'm Erica Lingrell. E-R-I-C-A, L-I-N-G-R-E-L-L.

Q. Ms. Lingrell, my name is John Schwab as you just heard. I'm an attorney for Juul Labs, Inc., and I'll be taking your deposition today.

Good morning.

A. Good morning.

Q. Have you been deposed before?

A. No.

Q. Okay. So I will be over a few ground rules about the deposition.

We have a court reporter here and a videographer. And the court reporter is going to be taking down everything that you and I and

Every teacher is responsible for teaching all of the subjects in elementary. So we have a health teacher leader there who comes and gets trained with us and they go back and train their staff in what they need to share with them.

Q. So because those elementary school teachers are responsible for literally teaching everything, one part of it is now health education?

A. Exactly.

Q. In your role as a program administrator, do you have any involvement in health education as it relates to marijuana use?

A. Yes. All of the substances.

Q. I'm sorry, all of -- all of, I'm sorry, the substances?

A. Well, we have to teach our students about -- about all of the substances. Really we have to teach the teachers about the substances, and then they choose which ones are coming up the most and what their students need. They have the knowledge, but they need to choose what's relevant for their classroom.

Q. So is it fair to say that your job is

to teach the teachers about all forms of drugs, alcohol, nicotine, so that the teachers are informed?

A. Yes.

Q. You mentioned the TUPE program a moment ago.

Is that program funded by a grant?

A. Yes.

Q. Is one of your responsibilities to write or co-write the application for that grant?

A. Yes.

Q. Is it that you -- do you write the application yourself or do you do it with -- in concert with others?

A. I do it in concert with Quarry Pak and sometimes we have a team. It's a big job. So we collect information and go through the writing process.

Q. Is the grant something that you have to apply for annually, or does the grant cover more than one year?

A. Three years. So we apply for it once every three years.

Q. And do you -- is the collecting

information that you described something that you're doing continuously to prepare for the next application you have to write?

A. Yes.

Q. Have you been involved in applying for the TUPE grant since you became a program administrator in 2015?

A. Yes.

Q. So since that time, has SFUSD continuously received that grant?

A. Yes.

Q. Do you know how much the grant is for on an annual basis?

A. A little less than $500,000.

Q. Are you involved in writing other grant applications?

A. Yes.

Q. What other grant applications are you involved in?

A. The CDC grant application.

Q. And what is that?

A. That is to support our sexual health services. So we have to teach students about HIV and different sexual health concerns. We have to run programs that help students get the

in San Francisco, you know, we -- that was an emphasis.

Q. But that is -- I think you testified earlier that's not currently an emphasis, marijuana; is that right?

A. Yeah, I guess you could say that. I mean...

MR. SCHWAB: Phil, can you go to page 2 of this, and can you pull out the fourth box down, starts "Seriously considered."

BY MR. SCHWAB:

Q. So this entry says:

"Seriously considered attempting suicide (during the twelve months before the survey."

16.5 percent of students answered that they had done so.

Do you see that?

A. Yes.

Q. In your view, is this a cause for concern?

A. Yes.

Q. And is this something that SFUSD's health education curricula addresses; that is, suicidal (audio distortion)?

I mean, Juul is made with that salt liquid that's not harsh on the throat. It's another reason why young people like it.

So there is a difference between -- there is a difference between the products and how popular it will be for kids to, like, you know, gather up in a bathroom or around the corner to smoke because, you know, it's a different experience for them and may be more enjoyable and maybe that -- you know, if there is a smell, the sweet smell, and if there is a taste, you know, it tastes good.

Q. So what do -- what do you base your testimony that there is a difference between the products and how popular it is for kids on?

Are you testifying that Juul products, in particular, are more popular for SFUSD kids than marijuana?

A. I mean, I would testify that I have heard more about JUUL products than marijuana.

Q. Do you know if the YRBS data supports the data that electronic tobacco is more popular than marijuana?

A. I have to review it again.

Q. Compared to your e-cigarette education

efforts that we both discussed, would you say that SFUSD spent more or less time in resources on marijuana?

A. Would we -- do we spend more resources on marijuana?

Q. On marijuana education or e-cigarette education.

A. I think we spend more resources on e-cigarette education.

Q. You were at one point, maybe still are, a member of something called the Cannabis State Legalization Task Force; is that correct?

A. Yes.

Q. What is the Cannabis State Legalization Task Force?

A. I'm not on it anymore, let me clarify, but I was on it for a few months a few years ago. I don't remember what year.

And at that time -- I can't speak to what they're doing now. Somebody else on my team is a member. I think it's Quarry.

And at the time it was -- you know, I was a representative of the School District and there were other people representing different bodies in the City. And we were making -- we

Q. You said that you think Corey [sic] may be your office's representative currently -- oh, sorry.

A. Sorry.

Yes, I think Quarry is -- Quarry sits on this task force.

Q. Can you tell me Corey's last name, please?

A. Pak. P-A-K.

Q. Oh, Quarry. I'm sorry. I misunderstood you.

Would you agree that marijuana can have negative long-term affects on juvenile users?

A. On what users?

Q. Juvenile users. Users under the age of 18.

A. Yes.

Q. What kind of negative long-term effects can come from marijuana use as a juvenile?

A. Just that the brain is not developed yet. And so, like, with, you know, any substance, when the brain is not developed and the brain starts depending on a substance, you know, it can affect memory. It can affect just how young people seek pleasure.

You know, when they're -- they start learning, okay, I seek pleasure by, you know, doing this substance, then as they get older, that's how they will seek pleasure.

Instead of like, okay, I can get high by going on a really long run or playing soccer I can get endorphins. You know, that's the message that they are giving to their brain.

And then certainly, you know, memory, short-term memory, which affects, you know, how they do and perform in school and such.

Q. So, I mean, it could, in turn, affect their learning; correct?

A. Yes.

MR. SCHWAB: Phil, can you bring up Exhibit 20, and drop it into the chat.

(Deposition Exhibit 20 was marked for identification)

BY MR. SCHWAB:

Q. Ms. Lingrell, this is a two-and-a-half page article. If you'd like to take a look at it before I take questions, just let me know when you're ready.

A. Sure. I'm opening it up.

(Reviewing document.)

know, talk to different staff members and figure out what the best strategy would be.

Q. Would it be fair to say that SFUSD and its students could benefit from further funding for marijuana prevention education?

A. Would students benefit from funding?

Q. Would SFUSD and its students benefit from additional funding for marijuana education?

A. Yes.

MR. SCHWAB: Phil, can you pull up Exhibit 8 again, please. And can you turn to page 3, please, and can you pop out the bottom box.

BY MR. SCHWAB:

Q. Ms. Lingrell, this -- this is the bottom data point on page 3.

It's "Currently used marijuana (also called pot, weed, or cannabis, one or more times during the 30 days before the survey."

Do you see that?

A. Mm-hmm.

Q. And 16 percent of high school students answered that they used marijuana once in the previous 30 days; correct?

A. Mm-hmm.

Q. And that's yes?
A. Yes. I see that.
Q. And is -- is that number -- 16 percent, is that -- is that a cause for concern?
A. Yes.
Q. Do you consider that a high number?
A. What I like to do when I'm looking at data is, I like to look at trend data and how things have changed over the years. So how use is changing.

I don't have a trend data table in front of me. I do believe, from memory, that marijuana use has been pretty consistent.

With Juul having the use drop and then jump, you know, with electronic vapor products, it's like there is a trend there.

This -- when I look at this, yes, I don't want 16 percent of my students smoking cannabis; however, I can't see what the trend is. So, you know, I want to know what changes have happened.
Q. Well, let me ask you this: Let's take a hypothetical in which no changes happen. Let's say it's been at 16 percent since the -- this is, you know, 2019. Since 2018, when we

electronic cigarette use in 2019; right?

A. Yes.

Q. And 10 percent current electronic cigarette use for 11th graders in 2019; right?

A. Mm-hmm.

Q. And then let's go back to Exhibit 13, please.

So these same numbers, this is -- for grade 9 in 2019 it's 9 percent, for grade 11 it's 12 percent in 2019. Those are -- those are higher numbers than what we just looked at for electronic cigarette use; correct?

A. Yes.

Q. So based on this data, the California Healthy Kids Survey data, is it fair to say that marijuana use is more prevalent among SFUSD students at least in 2019 --

MR. CUTLER: Lacks foundation.

BY MR. SCHWAB:

Q. -- than electronic --

Let me finish my question, please.

-- than electronic cigarette use?

MR. CUTLER: Objection; lacks foundation.

THE WITNESS: According to this survey,

yes.

BY MR. SCHWAB:

Q. For grade 9, there is an upward trend in marijuana use according to this data; correct?

A. An upward trend in which one, nontraditional?

Q. Grade 9.

A. Yes.

Q. And is that the type of upward trend you were describing earlier that would be a cause for concern?

A. Yes. Like I said, this is one tool. We use -- we emphasize the YRBS more than this tool, but this is one measure.

Q. You have no reason to think this is not accurate data; correct?

MR. CUTLER: Objection; lacks foundation.

THE WITNESS: Yeah, I mean, there is a lot that I don't know. I don't know what the specific question said. I can't compare it to specific questions in the YRBS --

BY MR. SCHWAB:

Q. Do you believe that the California