# EXHIBIT 16

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5

 6   IN RE: JUUL LABS, INC., MARKETING,    Case No.
     SALES PRACTICES, AND PRODUCTS         19-MD-02913-WHO
 7   LIABILITY LITIGATION

 8   _____

 9

10

11

12

13

14        VIDEO-RECORDED 30(B)(6) DEPOSITION OF

15         SAN FRANCISCO UNIFIED SCHOOL DISTRICT

16           THROUGH ITS DESIGNEE QUARRY PAK

17                 (Via videoconference)

18                Thursday, April 8, 2021

19

20

21

22

23

24   REPORTED BY:
     CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 192051
```

Page 8

```
 1                    QUARRY PAK,
 2           having first been duly sworn by the
 3           Certified Shorthand Reporter, testified as
 4           follows:
 5
 6           THE REPORTER:  Thank you.  Please proceed.
 7
 8                     EXAMINATION
 9   BY MR. LEMIEUX:
10       Q.  Good morning, Ms. Pak.
11       A.  Good morning.
12       Q.  Could you state your full name for the
13   record, please.
14       A.  Quarry Pak.
15       Q.  And are you appearing today, Ms. Pak, as
16   the corporate representative of the San Francisco
17   Unified School District?
18       A.  Yes.
19       Q.  And are you appearing here today pursuant
20   to the deposition notice that we've served on the
21   San Francisco Unified School District?
22       A.  Yes.
23       Q.  Ms. Pak, have you had your deposition taken
24   before?
25       A.  No.
```

Page 75

1    A.   She has that information on the youth
2  behavior surveys and the checks, the healthy kid
3  surveys.  We all have access to it.  It's public
4  health information.
5    Q.   Is fair to say she is the keeper of those
6  records?
7    A.   Yes.
8    Q.   When the school health programs department
9  is putting together health education programs, for
10 example, on tobacco education --
11   A.   Yes.
12   Q.   -- who is the person who prepares those
13 documents, those educational materials?  Would that
14 be you?
15   A.   That would be me with the teachers I
16 mentioned before.
17   Q.   Would that also be true as for documents or
18 presentation materials concerning vaping?
19   A.   Yes.
20   Q.   How long have you been preparing
21 educational materials or presentations on vaping in
22 your current position?
23   A.   I've been in my current position since
24 2015, so since then.
25   Q.   Have you been preparing educational

Page 76

1  materials on vaping since 2015?

2      A.  Yes.

3      Q.  And would the same be true for tobacco use?

4      A.  Yes.  I would say that before that point,

5  because I was working in the schools.

6      Q.  Are you also responsible for preparing

7  materials on alcohol use?

8      A.  Yes.  It's comprehensive education.

9      Q.  And would that also include illicit drugs,

10 like marijuana?

11     A.  Yes.

12         MR. LEMIEUX:  Ms. Wilkerson, if we could

13 bring up the plaintiff's fact sheet, please.

14         Mr. Cutler, I have several versions of this

15 fact sheet, but I believe that they're all the same

16 except that some, because the way they formatted

17 were truncated.  So if my understanding is

18 incorrect, I would appreciate you letting me know,

19 but I think they all have the same information.

20         MR. CUTLER:  Okay.  Thank you.

21         (Deposition Exhibit 9 was marked for

22         identification)

23 BY MR. LEMIEUX:

24     Q.  If we can go to just the first page.

25         Ms. Pak, do you recognize this document?