# EXHIBIT 17

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4

 5

 6  IN RE: JUUL LABS, INC., MARKETING,
    SALES PRACTICES, AND PRODUCTS         Case No.
 7  LIABILITY LITIGATION                  19-MD-02913-WHO

 8  _____

 9

10

11

12        VIDEO-RECORDED 30(B)(6) DEPOSITION OF

13        SAN FRANCISCO UNIFIED SCHOOL DISTRICT

14        REGARDING COMMUNICATION AND AWARENESS

15        THROUGH ITS DESIGNEE QUARRY PAK

16              (Via videoconference)

17             Thursday, May 27, 2021

18

19

20

21

22

23

24  REPORTED BY:
    CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25  JOB NO. 192989
```

```
                                                             Page 8
 1   of Juul Labs, Inc., defendant.
 2          MR. KOUBA:  David Kouba on behalf of
 3   the Altria defendants.
 4          THE VIDEOGRAPHER:  Will the court
 5   reporter please swear in --
 6          MS. MILLER:  Angela Miller --
 7          THE VIDEOGRAPHER:  Oh, I'm sorry.
 8          MS. MILLER:  Angela Miller, San
 9   Francisco Unified School District in-house
10   counsel.
11
12                  QUARRY PAK,
13          having first been duly sworn by the
14          Certified Shorthand Reporter, testified
15          as follows:
16
17          THE REPORTER:  Thank you.  Please
18   proceed.
19                  EXAMINATION
20   BY MR. LEMIEUX:
21       Q.  Good morning, Ms. Pak.
22       A.  Good morning.
23       Q.  Nice to see you again.  Thank you for
24   appearing today.
25          You recall that we had a previous
```

Page 86

1  language.

2      Q.  Are you familiar with the phrase "harm
3  reduction model"?

4      A.  Yes.

5      Q.  What does that mean to you?

6      A.  It's meeting people where they are at
7  and keeping them healthy and safe so they can
8  make their own decisions on what -- either no
9  use or limiting use or prevention or not
10 starting.

11     Q.  So in October of 2018, cannabis is
12 illegal for people under the age of 18 in any
13 circumstance in California; is that correct?

14     A.  Well, for medical -- it's complicated.
15 For medical reasons, for 18 and over.  Anything
16 for adult use, it's 21.

17     Q.  But no one under 18 is allowed to
18 legally use cannabis in California?

19     A.  Correct.

20     Q.  So when this presentation that you put
21 on is talking about harm reduction and meeting
22 students where they are, does it still recognize
23 that it's illegal to use marijuana?

24     A.  Yes.  The goal is to prevent or delay
25 cannabis use for youth under 21.  It states in

Page 87

1  the presentation.
2     Q.  I'm sorry, I didn't hear you clearly.
3  "Delay or"?
4     A.  To prevent or delay cannabis use for
5  youth under 21.  That was the goal of the
6  campaign.  I'm reading the documents now.
7     Q.  Can you educate me on the delay piece?
8  Why delay and not just prevent?
9     A.  It's delay, prevent, or delay, because
10 adults over -- 21 and over it's legal.  It's
11 just the law.
12    Q.  Do you take a similar approach on
13 tobacco in terms of a prevent or delay strategy?
14    A.  I would say yes, harm reduction does
15 increase -- does promote those prevent or delay
16 or limit, depending on where people are at.
17    Q.  You're not encouraging people to use
18 cigarettes, for example?
19    A.  No.  But we know the research shows
20 that teenagers, adolescents, until they are 25,
21 are more susceptible to addiction.  So nicotine
22 is highly addictive.  So if they start under
23 18 -- 90 percent of highly -- use of current
24 users started before they are 18.
25          So if we can delay, they will less