# EXHIBIT 18

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                         ---oOo---

4    IN RE: JUUL LABS, INC., MARKETING,:
     SALES PRACTICES, AND PRODUCTS     : No.
5    LIABILITY LITIGATION              : 19-MD-02913-WHO
     _____:
6

7

8                   REMOTE VIDEO-RECORDED

9                 DEPOSITION OF QUARRY PAK

10                       Volume I

11                     October 7, 2021

12

13

14

15

16

17

18

19

20   Job No. 200253

21   Stenographically reported by:
     LAURA AXELSEN, CSR NO. 6173
22       RMR, CCRR, CRR, CRC

23

24

25

```
                                                              Page 8
 1              EXAMINATION BY MR. OSBORNE
 2              MR. OSBORNE:  Q.  Good morning, Ms. Pak.
 3   How are you today?
 4         A.  Well, how are you?
 5         Q.  I'm doing well.  Thank you.  My name is
 6   Jonathan Osborne.  We've met before.  I'm one of the
 7   lawyers representing Juul Labs Incorporated in the
 8   lawsuit.  Would it be okay with you this morning if
 9   I refer to my client, Juul Labs Incorporate, as
10   Juul?
11         A.  Yes.
12         Q.  Ma'am, would you please state and spell
13   your full name or the record?
14         A.  Quarry Pak, Q-u-a-r-r-y, P-a-k.
15         Q.  Thank you.  And, ma'am, where are you
16   employed?
17         A.  San Francisco Unified School District.
18         Q.  And what is your business address?
19         A.  Well, the business address is 555 Franklin
20   Avenue, San Francisco, California, or 135 Van Ness,
21   San Francisco, California.
22         Q.  Okay.  And what is your title at the -- at
23   San Francisco Unified School District?
24         A.  Supervisor.
25         Q.  In what department?
```

Page 160

1  behavior.  And if they don't go to that session,
2  that's our policy is to inform the parents.
3       Q.  Okay.  Is there a policy on informing
4  parents if a student is caught using marijuana on
5  campus?
6       A.  That policy would be to -- it's the same as
7  our drug and alcohol policy.  That we would notify
8  the parent, yes.
9       Q.  So the -- so for illegal drugs, marijuana,
10 and alcohol the policy is to automatically notify
11 parents if a student is caught using on campus?
12      A.  Yes.
13      Q.  Does the District have a policy as it
14 relates to notifying law enforcement if a student is
15 caught using tobacco or vaping on campus?
16      A.  No, we don't notify law enforcement as a
17 part of our policy.
18      Q.  Okay.  But do you have a policy regarding
19 notifying law enforcement when students are caught
20 using tobacco or vaping on campus?
21      A.  No.
22      Q.  Okay.  Does the District have a policy as
23 it relates to notifying law enforcement if a student
24 is caught using marijuana on campus?
25      A.  Our policy is not to notify law