[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
| This Document Relates to: *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. JUUL Labs, Inc., et al.* (Case No. 3:20-cv-07174-WHO) | **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE**<br><br>Judge:   Hon. William H. Orrick |

The parties jointly stipulate and agree, subject to the Court's approval, to amend certain deadlines applicable in *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. JUUL Labs, Inc., et al.*, Case No. 3:20-cv-07174.

WHEREAS, on June 27, 2022, the Court entered a minute order (ECF No. 3326) containing rulings and pre-trial deadlines in the above-captioned case (B.B. personal injury bellwether), stating that JLI shall make its offer of proof regarding family substance abuse on or before August 19, 2022, with plaintiff's reply due by August 26, 2022;

WHEREAS, on July 15, 2022, the Court entered a minute order (ECF No. 3347) continuing the B.B. personal injury bellwether trial to January 9, 2023;

WHEREAS, on August 19, 2022, the Court entered an Order to Amend Schedule (ECF No. 3415) stating that JLI shall make its offer of proof regarding family substance abuse issues on or before November 30, 2022, with plaintiff's reply due by December 7, 2022;

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective attorneys of record that the parties shall propose a new schedule for JLI's offer of proof regarding family substance abuse issues and plaintiff's reply in the pretrial schedule.

The parties therefore respectfully request that the Court enter an Order establishing the above procedure.

| | |
|---|---|
| Dated: November 29, 2022 | Respectfully submitted, |

By: /s/ *Renee D. Smith*

David M. Bernick (*pro hac vice*)
Renee D. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

By: /s/ *Peter A. Farrell*

Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

By: /s/ *Gregory P. Stone*

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100

*Attorneys for Defendant Juul Labs, Inc.*

By: /s/ *Brian L. Stekloff*

Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Distribution Company, and Altria Enterprises LLC*

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ *Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

By: /s/ *Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. JUUL Labs, Inc., et al.* (Case No.  3:20-cv-07174-WHO) | Case No. 3:19-md-02913-WHO<br><br>**ORDER TO AMEND SCHEDULE**<br><br>Judge:    Hon. William H. Orrick |

The Court hereby adopts the parties' stipulation regarding deadlines as follows:

1. In the matter of *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. JUUL Labs, Inc., et al.*, Case No.  3:20-cv-07174, the parties shall propose a new schedule for JLI's offer of proof regarding family substance abuse issues and plaintiff's reply in the pretrial schedule.

Date:    November 29, 2022

HONORABLE WILLIAM H. ORRICK
United States District Judge