[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| This Document Relates to: <br><br> *Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*, <br><br> Case No. 20-cv-07174-WHO | |

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Defendants Altria Group Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises LLC from the action captioned as *Bain v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO, with each party to bear its own attorney's fees and costs.

Dated:   December 12, 2022

By: */s/ Peter Farrell*

Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

*Attorneys for Juul Labs, Inc.*

By: */s/ Beth A. Wilkinson*

Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com

By: */s/ John C. Massaro*

John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 94s2-5999
john.massaro@arnoldporter.com
Jason.ross@arnoldporter.com

*Attorneys for Defendants*
*ALTRIA GROUP, INC.,*
*PHILIP MORRIS USA INC.,*
*ALTRIA CLIENT SERVICES LLC,*
*ALTRIA GROUP DISTRIBUTION COMPANY, and*
*ALTRIA ENTERPRISES LLC*

Respectfully submitted,

By: */s/ Joseph G. VanZandt*

Andy D. Birchfield, Jr.
Joseph G. VanZandt
Sydney Everett
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Andy.Birchfield@BeasleyAllen.com
Joseph.VanZandt@BeasleyAllen.com
Sydney.Everett@BeasleyAllen.com

*Attorneys for Plaintiff Robin Bain and Minor Plaintiff B.B.*

1  **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Defendants Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises LLC are DISMISSED WITH PREJUDICE from the action captioned as *Bain v. Juul Labs, Inc., et al.*, Case No. 20-cv-07174-WHO, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE WILLIAM H. ORRICK
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL WITH PREJUDICE
Case No.: 19-md-02913-WHO