[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>NOTICE REGARDING [PROPOSED] ORDER RE IMPLEMENTING SETTLEMENT |

      Plaintiffs' Counsel and Counsel for Juul Labs, Inc. ("JLI") jointly submit as Exhibit 1 an agreed upon [Proposed] Order re Implementing JLI Settlement.

| | |
|---|---|
| Dated: December 14, 2022 | Respectfully submitted, |
| By: /s/ *Renee D. Smith* | By: /s/ *Sarah R. London* |
| David M. Bernick (*pro hac vice*)<br>Renee D. Smith (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2310 | Sarah R. London<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| By: /s/ *Peter A. Farrell* | By: /s/ *Dena C. Sharp* |
| Peter A. Farrell (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5959 | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| By: /s/ *Gregory P. Stone* | By: /s/ *Dean Kawamoto* |
| Gregory P Stone, SBN 78329<br>Bethany W. Kristovich, SBN 241891<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone:   (213) 683-9100 | Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900 |
| *Attorneys for Defendant Juul Labs, Inc.* | By: /s/ *Ellen Relkin* |
| | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500 |
| | *Co-Lead Counsel for Plaintiffs* |