# Exhibit A

**Counsel Certification Form**[1]

I, _____, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

I am an attorney in good standing who is admitted to practice law in the States of _____.

My information is as follows:

_____
Law Firm

_____
Street

_____
City                                                        State              Zip Code

_____
Phone Number                            E-mail Address

_____
State Bar ID Numbers

Subpart 1: Case Identification

**Exhibit 1** to this certification contains a true and complete list of all Government Entity Plaintiffs I or my firm represents.

Subpart 2: Confidentiality

I agree to abide by the confidentiality provisions set forth in Section 25 of the Government Entity Settlement Agreement.

Subpart 3: Certification

I certify that neither I nor my firm presently have other Government Entity clients we represent for whom we plan on filing cases against JLI or any other Released Party alleging Released Claims.

I certify under penalty of perjury that the foregoing is true and correct.

_____

---

[1] Capitalized terms, unless otherwise defined, carry the meaning used in the Government Entity Settlement Agreement.

**Counsel Certification Form**[1]

I, _____, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

I am an attorney in good standing who is admitted to practice law in the States of _____.

My information is as follows:

_____
Law Firm

_____
Street

_____
City                                              State            Zip Code

_____
Phone Number                         E-mail Address

_____
State Bar ID Numbers

Subpart 1: Case Identification

**Exhibit 1** to this certification contains a true and complete list of all Personal Injury Plaintiffs I or my firm represents.

Subpart 2: Confidentiality

I agree to abide by the confidentiality provisions set forth in Section 26 of the Personal Injury Settlement Agreement.

Subpart 3: Certification

I certify that neither I nor my firm presently have other Personal Injury clients we represent for whom we plan on filing cases against JLI or any other Released Party alleging Released Claims.

I certify under penalty of perjury that the foregoing is true and correct.

_____

---

[1] Capitalized terms, unless otherwise defined, carry the meaning used in the Personal Injury Settlement Agreement.

**Counsel Certification Form**[1]

I, _____, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

I am an attorney in good standing who is admitted to practice law in the States of _____.

My information is as follows:

_____
Law Firm

_____
Street

_____
City                                             State            Zip Code

_____
Phone Number                        E-mail Address

_____
State Bar ID Numbers

Subpart 1: Case Identification

**Exhibit 1** to this certification contains a true and complete list of all Tribal Plaintiffs I or my firm represents.

Subpart 2: Confidentiality

I agree to abide by the confidentiality provisions set forth in Section 25 of the Tribal Settlement Agreement.

Subpart 3: Certification

I certify that neither I nor my firm presently have other Tribal clients we represent for whom we plan on filing cases against JLI or any other Released Party alleging Released Claims.

I certify under penalty of perjury that the foregoing is true and correct.

_____

---

[1] Capitalized terms, unless otherwise defined, carry the meaning used in the Tribal Settlement Agreement.