# Exhibit B

Exhibit B

7-Eleven, Inc.
Adam Bowen
Alternative Ingredients, Inc.
Chevron Corporation
Circle K Stores Inc.
Core-Mark Holding Company, Inc.
Eby-Brown Company, LLC
Eliquitech, Inc.
Gerald Masoudi
Hoyoung Huh
James Monsees
Juul Labs, Inc., Previously d/b/a PAX Labs, Inc. and Ploom Inc.
Marathon Petroleum Company, Lp
Maverik, Inc. D/B/A Maverik #456
McLane Company, Inc.
Midjit Market, Inc. D/B/A Green Valley Grocery #19
Midjit Market, Inc. D/B/A Green Valley Grocery #25
Mother Murphy's Labs, Inc.
Nicholas Pritzker
PAX Labs, Inc.
Riaz Valani
Sheetz, Inc.
Speedway LLC
Terrible Herbst, Inc. D/B/A Terrible Herbst #229
Timothy Danaher
Tobacco Technology, Inc.
Walgreens Boots Alliance, Inc.
Walmart
Wawa, Inc.