*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Robin Bain, individually and as the legal Guardian of her minor child, B.B. v. Juul Labs, Inc., et al.*<br><br>Case No. 3:20-cv-07174 | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER APPROVING OF MINOR'S COMPROMISE SETTLEMENT** |

1     The Court has reviewed the Petition for Approval of Minor's Compromise filed by Plaintiff Robin Bain and, after holding a hearing, finds that the proposed settlement provides a fair and reasonable recovery for B.B.

    The Court also approves counsel for B.B.'s request for attorneys' fees, case cost reimbursements, and the disbursement of funds as set forth in the Petition. The Court dismisses with prejudice B.B.'s claims against Juul Labs, Inc. in the above captioned matter, with each side to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: December 19, 2022

_____
Judge William H. Orrick