UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL CLASS ACTIONS | Case No. 19-md-02913-WHO<br><br>**DECLARATION OF DENA C. SHARP IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1        I, Dena C. Sharp, declare as follows:

2        1.    I am a partner of Girard Sharp LLP and am admitted to practice in the Northern District of California. I am one of the Court-appointed co-lead counsel in this matter. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

      2.    I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

      3.    Attached as **Exhibit 1** is a true and correct copy of the Class Action Settlement Agreement.

      4.    Attached as **Exhibit 2** is a true and correct copy of the Plan of Allocation.

      5.    Attached as **Exhibit 3** is a true and correct copy of the Long Form Notice.

      6.    Attached as **Exhibit 4** is a true and correct copy of the summary Postcard Notice (which, as modified, will also serve as the summary email notice).

      7.    Attached as **Exhibit 5** is a true and correct copy of the claim stimulation Postcard Notice.

      8.    Attached as **Exhibit 6** is a true and correct copy of the template online claim forms for class members with and without direct purchases from JLI (which, as modified, will also be the general form and content of paper claim forms should any Settlement Class Member request one).

      9.    Attached as **Exhibit 7** is a true and correct copy of exemplar internet banner ads.

      10.    Attached as **Exhibit 8** is a true and correct copy of a script for the video to be used for certain online publications.

      11.    Attached as **Exhibit 9** is Class Plaintiffs' Proposed Order Granting Preliminary Approval of the Settlement.

      12.    Attached as **Exhibit 10** is a draft Proposed Order Granting Final Approval of the Settlement that, if the Court grants Preliminary Approval, we anticipate submitting in connection with the Motion for Final Approval.

1      13.      Attached as **Exhibit 11** is a chart summarizing information identified in District Guidelines ¶ 11 regarding past distributions in class settlements.

14.      On May 18, 2020, this Court appointed Thomas J. Perrelli as Settlement Master. Dkt. 564. The partial settlement now before the Court is the result of extensive discussions conducted under Mr. Perrelli's supervision. In those settlement negotiations, I served as counsel for the proposed Settlement Class, with the other co-lead counsel representing the interests of personal injury and government entity plaintiffs.

15.      Class Plaintiffs will apply for service awards on behalf of the 86 class representatives, with the specific amounts requested for each class representative to be based on the extent of each class representative's participation in the litigation, including the risk of negative publicity and notoriety. All class representatives completed a detailed plaintiff fact sheet and provided written discovery that included information about their purchasing history, employment and educational history, smoking and drug use history, and other personal details. Nearly all class representatives completed a forensic collection of their documents, including working with a third party to search their social media and phone records; many class representatives were deposed and prepared for those depositions.

16.      After a competitive bidding process, Class Counsel previously selected Epiq to administer the class notice of pendency. Before engaging Epiq to serve as the proposed Settlement Administrator, I obtained a further cost estimate from Epiq which, in my experience and that of other members of the PSC and based on review of comparable estimates, is reasonable, particularly in light of Epiq's resources and relevant experience in this case and others. Epiq has familiarity with the data it will use to contact known Settlement Class Members, has developed a detailed plan for direct and published notice to class members, and is otherwise well-positioned to administer the settlement without duplication of effort given the institutional knowledge it already has developed.

17.      Pursuant to District Guidelines ¶1(g), I estimate, based on my experiences with recent settlements in other comparable consumer and economic loss class actions and the input of

- 2 -

DECLARATION OF DENA. SHARP IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT
CASE NO. 19-MD-02913-WHO

the Class Settlement Administrator, that between 200,000 and 2,000,000 Class Members (up to 15% of the Class) may receive payments.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December, 2022 in San Francisco, CA.

*/s/ Dena C. Sharp*
Dena C. Sharp

- 3 -

DECLARATION OF DENA. SHARP IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT
CASE NO. 19-MD-02913-WHO

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Dena C. Sharp*
Dena C. Sharp

- 4 -

DECLARATION OF DENA. SHARP IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT
CASE NO. 19-MD-02913-WHO