EXHIBIT 11

**INFORMATION CONCERNING COMPARABLE SETTLEMENTS**

|  | *In re American Express Financial Advisors Securities Litigation*, No. 04 Cv. 1773 (DAB) (S.D.N.Y.) | *Bentley v. LG Electronics U.S.A., Inc.*, No. 2:19-cv-13554-MCA-MAH (D. N.J.) | *In re General Motors LLC Ignition Switch Litig.*, No. 14-MD-2543 (JMF) (S.D.N.Y.) | *Weeks v. Google LLC*, No. 5:18-CV-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | *In re Lidoderm Antitrust Litig.*, No. 14-md-2521 (WHO) (N.D. Cal.) |
|---|---|---|---|---|---|
| **Total Settlement Fund** | $100 million | N.A. (Claims-Made Settlement) | $155,600,000 | $7.25 million | $104.5 million |
| **Number of Class Members** | Approximately 2.8 million | Approximately 1,550,000 | Approximately 28 million | Approximately 800,000 | Over 1 million |
| **Potential Class Members to Whom Notice Was Sent** | Approximately 2.8 million | Approximately 1.2 million | Approximately 27.5 million | 596,361 | 44,403 |
| **Method(s) of Notice** | Mail, Publication | Email, Mail, Online | Email, Mail, Press Release, Magazine | Email, Mail, Online | Email, Mail, Online, Publication |
| **Number and Percentage of Claim Forms Submitted** | 1 million / 35% | 112,205 / 7.2% | 1,473,956 / 5.4% | 41,971 / 5.25% | 37,826 / 3% (many claim forms submitted on behalf of multiple class members) |

1

|  | *In re American Express Financial Advisors Securities Litigation*, No. 04 Cv. 1773 (DAB) (S.D.N.Y.) | *Bentley v. LG Electronics U.S.A., Inc.*, No. 2:19-cv-13554-MCA-MAH (D. N.J.) | *In re General Motors LLC Ignition Switch Litig.*, No. 14-MD-2543 (JMF) (S.D.N.Y.) | *Weeks v. Google LLC*, No. 5:18-CV-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | *In re Lidoderm Antitrust Litig.*, No. 14-md-2521 (WHO) (N.D. Cal.) |
|---|---|---|---|---|---|
| **Average Recovery Per Class Member** | $8, $20, $65, or $75 per claim depending on claim group | Approximately $375 per approved claim | $48.72 - $146.15 per approved claim depending on claim group | $142.76 | $133,977.12 (businesses) $243.95 (consumers) |
| **Amounts Distributed to Cy Pres Recipients, If Any** | N.A. | N.A. | N.A. | N.A. | $4,687.45 |
| **Administrative Costs** | Approximately $15 million (paid by Defendant) | Paid by Defendant | $14,681,475.84 | $310,000 | $590,344.94 |

2

|  | *In re American Express Financial Advisors Securities Litigation*, No. 04 Cv. 1773 (DAB) (S.D.N.Y.) | *Bentley v. LG Electronics U.S.A., Inc.*, No. 2:19-cv-13554-MCA-MAH (D. N.J.) | *In re General Motors LLC Ignition Switch Litig.*, No. 14-MD-2543 (JMF) (S.D.N.Y.) | *Weeks v. Google LLC*, No. 5:18-CV-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | *In re Lidoderm Antitrust Litig.*, No. 14-md-2521 (WHO) (N.D. Cal.) |
|---|---|---|---|---|---|
| **Attorneys' Fees and Costs** | **Fees:** $27 Million<br>**Costs:** $597,000 | **Fees:** $5.5M Base fee + one-third of the amount claimed by Settlement Class Members, excluding the first 16,500 claims<br>**Costs:** $375,000 | **Fees**: $24,585,272.06<br>**Costs**: $9,914,727.94 | **Fees:** $2.175 Million<br>**Costs:** $364,855.97 | **Fees**: $35,162,244.35<br>**Costs**: $3,563,118.06 |
| **Injunctive and Non-Monetary Relief, If Any** | **Injunctive:** Improvements to Financial Advice Trainings, Policies, and Protocols<br><br>**Non-Monetary:** N.A. | **Injunctive:** Warranty Extension and enhancements<br><br>**Non-Monetary:** N.A. | **Injunctive:** N.A.<br><br>**Non-Monetary:** N.A. | **Injunctive:** N.A.<br><br>**Non-Monetary:** N.A. | **Injunctive:** N.A.<br><br>**Non-Monetary:** N.A. |