[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 19-md-02913-WHO<br><br>**ALTRIA DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENTS AND RELATED MATERIALS** |

The Altria Defendants respectfully withdraw without prejudice their Motion to Compel Production of Settlement Agreements and Related Materials, ECF 3733, filed January 4, 2023.

Dated: January 12, 2023                ARNOLD & PORTER KAYE SCHOLER LLP

By:   */s/ John C. Massaro*
John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
Paul W. Rodney (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILKINSON STEKLOFF LLP

By:  /s/ Beth A. Wilkinson
Beth A. Wilkinson (*admitted pro hac vice*)
Brian L. Stekloff (*admitted pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

# CERTIFICATE OF SERVICE

I, John C. Massaro, hereby certify that on the 12th day of January 2023, I electronically filed the foregoing **ALTRIA DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF SETTLEMENT AGREEMENTS AND RELATED MATERIALS** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:   */s/ John C. Massaro*
John C. Massaro (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
John.Massaro@arnoldporter.com