[Submitting Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. Juul Labs, Inc. et al.,* Case No. 3:19-cv-08177 | Case No. 19-md-02913-WHO<br><br>**JOINT AMENDED STIPULATION AND [~~PROPOSED~~] SECOND AMENDED ORDER REGARDING CASE SCHEDULE** |

**WHEREAS**, on January 6, 2023, the parties filed a Joint Stipulation and Proposed Order Regarding Case Schedule (ECF No. 3740), which the Court granted as amended with additional guidance for the parties (ECF No. 3743);

**WHEREAS**, the parties have continued conferring in light of the Court's guidance and reached additional agreements regarding deposition designations, exhibit lists, and other pretrial matters;

**WHEREAS**, in order to most effectively apply the Court's guidance on designations issues and streamline remaining objections, the parties request that the Court consider ruling on the parties' priority briefing seeking review of certain recommended designations rulings, submitted at ECF Nos. 3594, 3595, 3617, and 3618, at the Court's earliest convenience. The parties defer to the Court as to whether oral argument would be helpful or if the Court would prefer to rule on the papers. If the Court wishes to hear argument, the parties will be prepared to address these issues at the Court's convenience,

including at the January 20 case management conference;

**WHEREAS**, in order to promote the efficient exchange of pretrial information and to further streamline materials for the Court's review, the parties agree to stipulate to the revised Pretrial Schedule set forth below.[1]

**NOW, THEREFORE**, the parties, through their undersigned counsel and subject to the Court's approval, hereby stipulate, agree, and respectfully request that the Court enter the following schedule:[2]

|  | EVENT | DATE |
|---|---|---|
| **Key Dates** | • Amended Joint Pretrial Statement<br>• Pretrial Conference<br>• Trial | February 24, 2023<br><br>March 10, 2023<br><br>April 17, 2022 |
| **Witness Lists** | • Plaintiff's Witness List<br>• Defendants' Witness List | January 9, 2023 (completed)<br>January 13, 2023 by 5pm EST |
| **Briefing Regarding Appropriate Trial Length and Scope** | • Parties exchange drafts of briefs, no more than 6 double-spaced pages per side<br><br>• Parties file briefs, no more than 6 double-spaced pages per side to be heard at January case management conference | January 16, 2023 at Noon PST<br><br><br>January 18, 2023 |
| **Priority and Supplemental** | • Hearing on Priority Briefing (Round 1) already | January 20, 2023. |

---

[1] This schedule assumes that the SFUSD case proceeds to trial in April 2023. The Altria Defendants reserve the right to argue that it would not be appropriate to try the SFUSD case at that time, and the Plaintiff reserves the right to object and does in fact object to moving the trial date.

[2] The Parties submit this proposed order without prejudice to their positions concerning the propriety of additional pretrial deadlines, including but not limited to those for renewed or additional summary judgment motions based on, including but not limited to, Plaintiff's settlement with JLI and other defendants, which may be subject to disclosure of the final settlement agreement to Altria. Plaintiff's position: the time for summary judgment motions has passed.

|  | EVENT | DATE |
|---|---|---|
| **Briefing of Special Master's Recommended Deposition Designation Rulings**[3] | completed[4] | |
| | • Supplemental briefing regarding rulings for SFUSD witnesses already reviewed by Special Master (Round 2) | To be filed, if necessary, after receiving the Court's rulings on priority briefing. The parties will meet and confer regarding schedule and page limits on Round 2. |
| | • Final round (Round 3) of supplemental briefing limited to rulings for newly added testimony to be reviewed by Special Master | To be filed, if necessary, after receiving the Court's rulings on priority briefing and the Special Master's rulings on newly added testimony for SFUSD. The parties will meet and confer regarding schedule and page limits on Round 3 |
| **Motions in Limine** | • Exchange list of previously filed MILs in B.B. or SFUSD where parties seek ruling from the Court; identify which motions, if any, the parties agree to deem as filed or intend to re-brief and why | January 20, 2023 |
| | • Meet and confer regarding limits and schedule for new MILs | Week of January 23, 2023 |
| | • Hearing on *in-limine* motions at PTC | March 10, 2023 |
| **Deposition Designations and Excerpts from Interrogatory Answers, Requests for** | The parties will meet and confer regarding a joint proposed schedule for the exchange and review of deposition designations after receiving the Court's rulings on the priority briefing already completed (Round 1), in order to most effectively apply those rulings and streamline remaining objections.<br><br>The parties agree that any witness (1) not previously ruled on by the Special Master, or (2) with more than 15 minutes of newly added testimony requiring | |

---

[3] The parties reserve the right to raise any additional challenges to the recommended rulings of "Likely Call" witnesses in the final spreadsheets submitted to the Court. Any challenges the Parties do not raise or the Court does not resolve through the priority or supplemental briefing will be heard 48 hours prior to the deposition being played at trial, unless otherwise determined by the Court or as otherwise agreed by the parties. *See* ECF No. 3506.

[4] ECF Nos. 3594, 3595, 3617, and 3618.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE SCHEDULE

|  | EVENT | DATE |
|---|---|---|
| **Admissions** | review, will be submitted to the Special Master in the first instance. Witnesses with fewer than 15 minutes of newly added testimony will be submitted to the Court directly. | |
| **Exhibit Lists**[5] [6] | • Exchange List Exchange[7] | January 30, 2023 |
| | ○ Identify 425 Priority Exhibits[8] | January 30, 2023 |
| | ▪ Objections to Priority Exhibits | February 6, 2023 |
| | ▪ Meet and Confer over Priority Exhibits | Week of February 13, 2023 |
| | ▪ File with Amended Joint Pretrial Statement | February 24, 2023 |
| **Jury Instructions / Verdict Form** | • Parties to meet and confer to discuss the scope of changes from previously filed instructions | Week of January 16, 2023 |
| | • Plaintiff provides provided updated draft of previously filed instructions. | January 23, 2023 |
| | • Defendants provide revisions and additions. | February 6, 2023 |

---

[5] Exhibit Lists need not include demonstratives and cross-examination, impeachment, or rebuttal exhibits.

[6] Exhibit disputes to be heard at Pretrial Conference and or subsequent hearings. The parties will meet and confer on a format for the submission of exhibit and deposition designations disputes in advance of trial.

[7] The parties reserve all rights to make reasonable supplements to their exhibit lists, and to object to the other party's supplements if necessary.

[8] The parties agree that there will be no additional waves of priority exhibits exchanged.

| | EVENT | DATE |
|---|---|---|
| | • Meet and confer | Week of February 13, 2023 |
| | • Final filed with Amended Joint Pretrial Statement | February 24, 2023 |
| **Juror Questionnaires** | Completed. *See* ECF Nos. 3170 at 2; 3067-01 (Exhibit A) | |

| | | |
|---|---|---|
| 1 | Dated: January 11, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Beth A. Wilkinson* <br> Beth A. Wilkinson *(pro hac vice)* |
| 4 | | Brian L. Stekloff *(pro hac vice)* <br> James M. Rosenthal *(pro hac vice)* |
| 5 | | Matthew R. Skanchy *(pro hac vice)* <br> Alysha Bohanon *(pro hac vice)* |
| 6 | | **WILKINSON STEKLOFF LLP** <br> 2001 M Street NW, 10th Floor |
| 7 | | Washington, DC 20036 <br> Telephone: (202) 847-4000 |
| 8 | | Facsimile: (202) 847-4005 <br> bwilkinson@wilkinsonstekloff.com |
| 9 | | bstekloff@wilkinsonstekloff.com <br> jrosenthal@wilkinsonstekloff.com |
| 10 | | mskanchy@wilkinsonstekloff.com <br> abohanon@wilkinsonstekloff.com |
| 11 | | Moira K. Penza *(pro hac vice)* |
| 12 | | **WILKINSON STEKLOFF LLP** <br> 130 West 42nd Street, 24th Floor |
| 13 | | New York, NY 10036 <br> Telephone: (212) 294-8910 |
| 14 | | Facsimile: (202) 847-4005 <br> mpenza@wilkinsonstekloff.com |
| 15 | | |
| 16 | | By: /s/ *John C. Massaro* <br> John C. Massaro *(pro hac vice)* |
| 17 | | Daphne O'Connor *(pro hac vice)* <br> Jason A. Ross *(pro hac vice)* |
| 18 | | David E. Kouba *(pro hac vice)* <br> **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 19 | | 601 Massachusetts Ave., N.W. <br> Washington D.C. 20001 |
| 20 | | Telephone: (202) 942-5000 <br> Facsimile: (202) 942-5999 |
| 21 | | John.Massaro@arnoldporter.com <br> Daphne.OConnor@arnold porter.com |
| 22 | | Jason.Ross@arnoldporter.com <br> David.Kouba@arnoldporter.com |
| 23 | | Paul W. Rodney *(pro hac vice)* |
| 24 | | **ARNOLD & PORTER KAYE SCHOLER LLP** <br> 1144 15th Street, Suite 3100 |
| 25 | | Denver, CO 80202 <br> Telephone: (303) 863-1000 |
| 26 | | Facsimile: (303) 832-0428 <br> Paul.Rodney @arnold porter.com |
| 27 | | Angela R. Vicari *(pro hac vice)* |
| 28 | | **ARNOLD & PORTER KAYE SCHOLER LLP** |

- 6 -   JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Anglea.Vicari@arnoldporter.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Lauren.Wulfe@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*


By: /s/ *Sarah R. London*
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ *Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com


By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

- 7 -   JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] SECOND AMENDED ORDER REGARDING CASE SCHEDULE |
|---|---|
| **This Document Relates to:**<br><br>*San Francisco Unified School District v. Juul Labs, Inc. et al.,* Case No. 3:19-cv-08177 | |

The Court hereby adopts the Parties' Stipulation and **ORDERS** that the following stipulated schedule:

| | EVENT | DATE |
|---|---|---|
| **Key Dates** | • Amended Joint Pretrial Statement<br><br>• Pretrial Conference<br><br>• Trial | February 24, 2023<br><br>March 10, 2023<br><br>April 17, 2022 |
| **Witness Lists** | • Plaintiff's Witness List<br>• Defendants' Witness List | January 9, 2023 (completed)<br>January 13, 2023 by 5pm EST |
| **Briefing Regarding Appropriate Trial Length and Scope** | • Parties exchange drafts of briefs, no more than 6 double-spaced pages per side<br><br>• Parties file briefs, no more than 6 double-spaced pages | January 16, 2023 at Noon PST<br><br><br>January 18, 2023 |

|  | EVENT | DATE |
|---|---|---|
|  | per side to be heard at January case management conference |  |
| **Priority and Supplemental Briefing of Special Master's Recommended Deposition Designation Rulings**[1] | • Hearing on Priority Briefing (Round 1) already completed[2] | January 20, 2023. |
|  | • Supplemental briefing regarding rulings for SFUSD witnesses already reviewed by Special Master (Round 2) | To be filed, if necessary, after receiving the Court's rulings on priority briefing. The parties will meet and confer regarding schedule and page limits on Round 2. |
|  | • Final round (Round 3) of supplemental briefing limited to rulings for newly added testimony to be reviewed by Special Master | To be filed, if necessary, after receiving the Court's rulings on priority briefing and the Special Master's rulings on newly added testimony for SFUSD. The parties will meet and confer regarding schedule and page limits on Round 3 |
| **Motions in Limine** | • Exchange list of previously filed MILs in B.B. or SFUSD where parties seek ruling from the Court; identify which motions, if any, the parties agree to deem as filed or intend to re-brief and why | January 20, 2023 |
|  | • Meet and confer regarding limits and schedule for new MILs | Week of January 23, 2023 |
|  | • Hearing on *in-limine* motions at PTC | March 10, 2023 |

---

[1] The parties reserve the right to raise any additional challenges to the recommended rulings of "Likely Call" witnesses in the final spreadsheets submitted to the Court. Any challenges the Parties do not raise or the Court does not resolve through the priority or supplemental briefing will be heard 48 hours prior to the deposition being played at trial, unless otherwise determined by the Court or as otherwise agreed by the parties. *See* ECF No. 3506.

[2] ECF Nos. 3594, 3595, 3617, and 3618.

| | EVENT | DATE |
|---|---|---|
| **Deposition Designations and Excerpts from Interrogatory Answers, Requests for Admissions** | The parties will meet and confer regarding a joint proposed schedule for the exchange and review of deposition designations after receiving the Court's rulings on the priority briefing already completed (Round 1), in order to most effectively apply those rulings and streamline remaining objections.<br><br>The parties agree that any witness (1) not previously ruled on by the Special Master, or (2) with more than 15 minutes of newly added testimony requiring review, will be submitted to the Special Master in the first instance. Witnesses with fewer than 15 minutes of newly added testimony will be submitted to the Court directly. | |
| **Exhibit Lists**[3] [4] | • Exchange List Exchange[5] | January 30, 2023 |
| | ○ Identify 425 Priority Exhibits[6] | January 30, 2023 |
| | ▪ Objections to Priority Exhibits | February 6, 2023 |
| | ▪ Meet and Confer over Priority Exhibits | Week of February 13, 2023 |
| | ▪ File with Amended Joint Pretrial Statement | February 24, 2023 |
| **Jury Instructions / Verdict Form** | • Parties to meet and confer to discuss the scope of changes from previously filed instructions | Week of January 16, 2023 |
| | • Plaintiff provides provided updated draft of previously filed instructions. | January 23, 2023 |

---

[3] Exhibit Lists need not include demonstratives and cross-examination, impeachment, or rebuttal exhibits.

[4] Exhibit disputes to be heard at Pretrial Conference and or subsequent hearings. The parties will meet and confer on a format for the submission of exhibit and deposition designations disputes in advance of trial.

[5] The parties reserve all rights to make reasonable supplements to their exhibit lists, and to object to the other party's supplements if necessary.

[6] The parties agree that there will be no additional waves of priority exhibits exchanged.

|  | EVENT | DATE |
|---|---|---|
|  | • Defendants provide revisions and additions. | February 6, 2023 |
|  | • Meet and confer | Week of February 13, 2023 |
|  | • Final filed with Amended Joint Pretrial Statement | February 24, 2023 |
| **Juror Questionnaires** | Completed. *See* ECF Nos. 3170 at 2; 3067-01 (Exhibit A) ||

Date: January 17, 2023

_____
**HONORABLE WILLIAM H. ORRICK**
**United States District Judge**