JAMS ARBITRATION
JAMS REF. NO. 1200057171

IN RE JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, MDL Case No. 19-md-02913-WHO

JUUL LABS PRODUCT CASES, JCCP LASC Case No. 5052

### REPORT OF SPECIAL MASTER TO COURT RE MEET AND CONFER CONFERENCE ON COUNSEL CERTIFICATION

The undersigned was appointed the Special Master in the Multi-District Litigation against JUUL Labs, Inc. (MDL Dkt. 680) and in Judicial Council Coordinated Proceedings in connection with various issues including implementing orders made regarding certain settlements reached. On December 23, 2022, Jeffrey Haberman of Schlesinger Law Offices, P.A. advised the Special Master that his office provided BrownGreer with the Counsel Certification Form and Exhibit 1 per the Master Settlement Agreement, and asked to schedule a meet and confer with the undersigned and leadership as required by the Implementation Order regarding various written objections to the Counsel Certification Form. In light of the objections, Counsel from Schlessinger did not sign the form. Sarah R. London of Lieff Cabraser Heimann & Bernstein, LLP provided a written response to the objections. Pursuant to the Implementation Order, on January 12, 2023, at 8:30 a.m. a telephonic meet and confer conference was held with the Special Master, Sarah R. London of Lieff Cabraser Heimann & Bernstein, LLP, Ellen Relkin of Weitz & Luxenberg, P.C., Paul R. Kiesel of Kiesel Law LLP, and Jonathan R. Gdanski and Scott P. Schlesinger of Schlesinger Law Offices P.A. Counsel agreed to continue to meet and confer regarding the objections raised by Schlesinger Law Offices to the Counsel Certification Form to attempt to reach resolution.

Dated: January 19, 2023

_Gandler_
Hon. Gail A. Andler (Ret.),
Special Master

**PROOF OF SERVICE BY E-Mail**

Re: In Re: JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation
Reference No. 1200057171

I, Matthew Levington, not a party to the within action, hereby declare that on January 19, 2023, I served the attached REPORT OF SPECIAL MASTER TO COURT RE MEET AND CONFER CONFERENCE ON COUNSEL CERTIFICATION on the parties in the within action by electronic mail at Irvine, CALIFORNIA, addressed as follows:

Sarah London Esq.
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery St.
29th Floor
San Francisco, CA   94111
Phone: 415-956-1000
slondon@lchb.com
   Parties Represented:

Ellen Relkin Esq.
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY   10003
Phone: 212-558-5500
ERelkin@weitzlux.com
   Parties Represented:

Ms. Barrett Beasley
Salim Beasley
1901 Texas Street
Natchitoches, LA   71457
Phone: (800) 491-1817
bbeasley@salim-beasley.com
   Parties Represented:

Dean N. Kawamoto Esq
Keller Rohrback LLP
1201 Third Ave.
Suite 3200
Seattle, WA   98101-3052
Phone: 206-623-1900
dkawamoto@kellerrohrback.com
   Parties Represented:

Dena C. Sharp Esq.
Girard Sharp
601 California St.
Suite 1400
San Francisco, CA   94108
Phone: 415-981-4800
dsharp@girardsharp.com
   Parties Represented:

I declare under penalty of perjury the foregoing to be true and correct. Executed at Irvine, CALIFORNIA on January 19, 2023.

_____
Matthew Levington
JAMS
mlevington@jamsadr.com