1  [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  IN RE: JUUL LABS, INC., MARKETING,          Case No. 19-md-02913-WHO
    SALES PRACTICES, AND PRODUCTS
11  LIABILITY LITIGATION                        **STIPULATION AND [PROPOSED]
                                                ORDER REGARDING ALTRIA'S
12  _____         MOTION TO STAY PENDING APPEAL**

13  This Document Relates to:

14  All Class Actions

15

16         Plaintiffs and the Altria Defendants stipulate and agree, subject to the Court's approval, to

17  defer the Class Action trial date until after January 2024 in lieu of briefing and arguing Altria's

18  Motion for Stay Pending Altria's Appeal from the Court's June 28, 2022 Class Certification

19  Decision, ECF 3734 ("Motion to Stay").

20         WHEREAS, the Court's June 28, 2022 order granting class certification is currently being

21  reviewed by the Ninth Circuit Court of Appeals;

22         WHEREAS, the Court's November 21, 2022 Order Regarding Class Action Schedule

23  establishes the current schedule, ECF 3671;

24         WHEREAS, the Altria Defendants filed their Motion to Stay on January 4, 2023;

25         WHEREAS, Plaintiffs and the Altria Defendants have met and conferred regarding the

26  Altria Defendants' Motion to Stay;

27

28

1        WHEREAS, Plaintiffs and the Altria Defendants agree that the Class trial date should be

2        deferred until after January 2024, with the exact trial date subject to the Court's availability, the

3        availability of trial counsel, the status of Altria's pending appeal of class certification, and further

4        discussions by the parties;

5        WHEREAS, Plaintiffs and the Altria Defendants agree that the current deadlines in the

6        Class case should be extended by 160 days;

7        WHEREAS, deferring the Class trial date will help conserve resources of the parties and

8        the Court while Ninth Circuit review of the class certification decision is pending;

9        WHEREAS, this stipulation is without prejudice to the Altria Defendants or Plaintiffs

10        seeking further postponement of the Class trial date, or a stay of the Class cases, which rights are

11        fully reserved;

12        WHEREAS, subject to the above, the Altria Defendants agree to withdraw their Motion to

13        Stay;

14        WHEREAS, the Altria Defendants agree to withdraw their objections to the Plaintiffs'

15        proposed use of a combined settlement and pendency notice at this time, ECF 3741,[1]

16        WHEREAS, Plaintiffs agree that, in the event that the Altria Defendants' pending appeal

17        from class certification requires that a new class notice be sent to class members, Plaintiffs will not

18        seek costs for that new notice from the Altria Defendants on the basis of either the Altria Defendants'

19        appeal of class certification or the Altria Defendants' non-opposition to a combined notice at this

20        time;

21        NOW THEREFORE, the Plaintiffs and the Altria Defendants, through their undersigned

22        counsel, hereby stipulate, agree and respectfully request that the Court order as follows:

23        Class trial shall be deferred until after January 2024, with the exact trial date subject to the

24        Court's availability, the availability of trial counsel, the status of Altria's pending appeal of class

25

26

---

27  [1] For avoidance of doubt, the Altria Defendants do not agree to withdraw and expressly preserve their objections to the form of the Plaintiffs' proposed class notices and the Plaintiffs' proposed

28  notice plan, ECF 3741.

STIPULATION AND [PROPOSED] ORDER
REGARDING ALTRIA'S MOTION TO STAY
PENDING APPEAL

certification, and further discussions by the parties.  In addition, the current deadlines in the Class case shall be extended by 160 days, as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of Class Case-Specific Expert Rebuttal Reports | February 3, 2023 | July 13, 2023 |
| Close of Class Case-Specific Expert Discovery | February 14, 2023 | July 24, 2023 |
| Motions for Summary Judgment and Daubert Motions | March 13, 2023 | August 19, 2023 |
| Summary Judgment and Daubert Oppositions | April 10, 2023 | September 18, 2023 |
| Trial Plan Briefs (10-page double-spaced limit per side) | April 21, 2023 | September 28, 2023 |
| Trial Plan Response Brief (5-page double-spaced limit per side) | April 28, 2023 | October 5, 2023 |
| Summary Judgment and Daubert Replies | May 1, 2023 | October 6, 2023 |
| Exchange of Civil Local Rule 16-10(b)(7), (8), (9), and (1) Materials | May 1, 2023 | October 6, 2023 |
| Oral Argument regarding Motions for Summary Judgment and Daubert Motions (and Trial Plan) | To be set for a date at the Court's convenience | To be set for a date at the Court's convenience |
| Parties meet and confer regarding setting a deadline for Filing of Pretrial Conference Statement, Jury Instructions, Exhibit List and Objections, Deposition Designations and Objections, and Motions in limine | May 12, 2023 | October 19, 2023 |
| Pre-trial Conference | TBD | TBD |
| Trial | TBD | TBD (after January 2024) |

Upon entry of this order:

1.    Altria's Motion to Stay Pending Altria's Appeal from the Court's June 28, 2022 Class Certification Decision, ECF 3734, shall be deemed withdrawn without prejudice;

2.    The Altria Defendants' objections to the Plaintiffs' proposed use of a combined settlement and pendency notice at this time (but not the Altria Defendants' objections to the form of the Plaintiffs' proposed class notices or the Plaintiffs' proposed notice plan), ECF 3741, shall be deemed withdrawn without prejudice.

1    **IT IS SO STIPULATED.**

2

3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on the**

4    **motions for summary judgment, Daubert and the trial plan is set for October 27, 2023, at**

5    **9:30 a.m.**

6

7

8    Dated:  January 23, 2023

9    Honorable Judge William H. Orrick

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: January 17, 2023

By: /s/ John C. Massaro

**ARNOLD & PORTER KAYE SCHOLER LLP**

John C. Massaro (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C.  20001
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999
john.massaro@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc.,
Altria Client Services LLC, Altria Group
Distribution Company, and Philip Morris USA,
Inc.*

Respectfully submitted,

By: /s/ Sarah R. London

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: /s/ Dena C. Sharp

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ Dean Kawamoto

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

By: /s/ Ellen Relkin

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*