UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Class Actions | CASE NO. 19-md-02913-WHO<br><br>**NOTICE REGARDING DEADLINES SET IN ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

In accordance with the Court's January 30, 2023 Order Granting the Motion for Preliminary Approval of the Class Action Settlement, Dkt. 3779, Class Plaintiffs file this notice setting the specific calendar date for each of the deadlines set forth in the Court's Order.

| Event | Days After Entry of The Order | Deadline |
|-------|-------------------------------|----------|
| Payment of the Initial Class Settlement Administration Payment | 5 | February 4, 2023 |
| Notice Period Commences (Email and Postcard) | 45 | March 16, 2023 |
| Publication Notice Commences | 45 | March 16, 2023 |
| Notice Period Concludes (Email and Postcard) | 95 | May 5, 2023 |
| Publication Notice Fully Concludes | 105 | May 15, 2023 |
| Notice Completion / Settlement Administrator Declaration Date | 105 | May 15, 2023 |
| Motion for Final Approval Deadline | 144 | June 23, 2023 |
| Fee and Expense Application Deadline | 144 | June 23, 2023 |
| Claims Filing Postmark Deadline | 165 | July 14, 2023 |
| Opt-Out Deadline | 165 | July 14, 2023 |
| Objection Deadline | 165 | July 14, 2023 |
| Opposition to Final Approval and Fee and Expense Application Deadline | 165 | July 14, 2023 |
| Deadline for the Parties to file information concerning timely filed opt out requests and objections | 172 | July 21, 2023 |
| Replies in support of Final Approval and Fee and Expense Application Deadline (including the filing of list of opt outs and objections) | 179 | July 28, 2023 |
| Final Approval Hearing | August 9, 2023 at 2:00 p.m. | |

Dated: February 1, 2023                    Respectfully submitted,


                                           By: /s/ *Dena C. Sharp*
                                           _____

                                           Dena C. Sharp
                                           **GIRARD SHARP LLP**
                                           601 California St., Suite 1400
                                           San Francisco, CA 94108
                                           Telephone: (415) 981-4800
                                           dsharp@girardsharp.com

                                           *Co-Lead Counsel and Class Counsel*


## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.


                                           By: /s/ *Dena C. Sharp*
                                                 Dena C. Sharp