1 | Devin S. Anderson
2 | **KIRKLAND & ELLIS LLP**
  | 1301 Pennsylvania Ave., NW
3 | Washington, D.C., 20004
  | Telephone: (202) 389-5000
4 | Email: devin.anderson@kirkland.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
|---|---|
| This Document Relates to: ALL ACTIONS | **NOTICE OF APPEARANCE OF DEVIN S. ANDERSON** <br><br> Judge: Honorable William H. Orrick |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that DEVIN S. ANDERSON of the law firm of Kirkland & Ellis LLP hereby enters an appearance as counsel for all Defendants represented by Kirkland & Ellis LLP and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

Devin S. Anderson<br>
KIRKLAND & ELLIS LLP<br>
1301 Pennsylvania Ave., NW<br>
Washington, D.C., 20004<br>
Telephone:  (202) 389-5000<br>
Email: devin.anderson@kirkland.com

Dated:  February 16, 2023                                  Respectfully submitted,

By: /s/ *Devin S. Anderson*

Devin S. Anderson
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, D.C., 20004
Telephone:  (202) 389-5000
Email: devin.anderson@kirkland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Devin S. Anderson*
Devin S. Anderson