# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO **PLAINTIFF'S PROPOSED VERDICT FORM** |
| This Document Relates to: *San Francisco Unified School District v. JUUL Labs, Inc., et al.* | |

# [PROPOSED] JURY VERDICT FORM

## PUBLIC NUISANCE

**1.    Is youth e-cigarette use a public nuisance on SFUSD school grounds?**

   Yes___     No___

*If you answered "Yes" to Question 1 (finding a public nuisance), answer Question 2. If you answered "No" to Question 1, skip Question 2 and proceed to Question 3.*

**2.    Do you find Altria liable for Public Nuisance?**

   Yes___     No___

## NEGLIGENCE

**3.    Do you find Altria liable for Negligence?**

   Yes___     No___

## RICO

**5.    Do you find that Altria violated RICO?**

   Yes___     No___

**6.    Do you find that Altria conspired to violate RICO?**

   Yes___     No___

## COMPENSATORY DAMAGES

**6.    In what amount, if any, was SFUSD damaged by Altria's negligence or RICO violations?**

   $_____

## PUNITIVE DAMAGES

*If you answered "Yes" to Question 3 (finding Altria at fault for negligence), you must determine whether or not punitive damages are warranted.*

**7.    Do you find by clear and convincing evidence that punitive damages are warranted against Altria:**

   Yes___     No___

**8.    What is the total amount of punitive damages that you find by a preponderance of the evidence should be assessed against Altria?**

   $_____

_____
Jury Foreperson