# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

*San Francisco Unified School District v. JUUL Labs, Inc., et al.*

Case No. 19-md-02913-WHO

**ALTRIA'S PROPOSED VERDICT FORM**

# [PROPOSED] JURY VERDICT FORM

**PUBLIC NUISANCE**

**1. Do you find that SFUSD proved that Altria is liable for a public nuisance that currently exists on SFUSD school grounds?**

Yes___ No___

***** STOP *****

*If you answered "Yes" to Question 1, answer Question 2.*

*If you answered "No" to Question 1, skip Questions 2 and 3 and proceed to Question 4.*

**2. Identify the school or schools within the SFUSD district where SFUSD proved that a public nuisance currently exists for which Altria is liable:**

______________________________.

**3. For each school identified in Question 2, describe the condition(s) at that school that SFUSD proved is currently a public nuisance for which Altria is liable:**

______________________________.

**NEGLIGENCE**

**4. Do you find that SFUSD proved that Altria is liable for Negligence?**

Yes___ No___

**RICO**

**5. Do you find that SFUSD proved that Altria is liable for violating section 1962(c) of the RICO statute?**

Yes___ No___

**6. Do you find that SFUSD proved that Altria is liable for violating section 1962(d) of the RICO statute?**

Yes___ No___

***** STOP *****

*If you answered "Yes" to any of Questions 4, 5, or 6, proceed to Question 7.*

*If you answered "No" to Questions 4, 5, and 6, you are done. Skip the remaining questions and sign and return the Verdict Form.*

**COMPENSATORY DAMAGES**

*Decide the total amount of damages sustained by SFUSD as a result of any negligence or RICO violations you found.*

**7. In what amount, if any, is SFUSD entitled to compensatory damages?**

$______________________

***** STOP *****

*If you answered any amount other than "$0.00," proceed to the Question 8.*

*If you answered $0.00, you are done. Skip the remaining Questions and sign and return the Verdict Form.*

**8. Identify the category or categories of injury (such as [examples to be given based on evidence at trial]) you relied on when calculating the amount of compensatory damages in Question 10 and the amount of compensatory damages associated with each category.**

________________________________________ $__________

________________________________________ $__________

________________________________________ $__________

________________________________________ $__________

***** STOP *****

*If you answered "Yes" to Question 5, answer Question 9.*

*If you answered "No" to Question 5, skip Question 9 and proceed to the Instructions below.*

**9. Of the amount you found in Question 7, how much, if any, was due to a violation of section 1962(c) of the RICO statute for which Altria is liable?**

$____________________

***** STOP *****

*If you answered "Yes" to Question 6, answer Question 10.*

*If you answered "No" to Question 6, skip Question 10 and proceed to Question 11.*

**10. Of the amount you found in Question 7, how much, if any, was due to a violation of section 1962(d) of the RICO statute for which Altria is liable?**

$____________________

**MITIGATION OF DAMAGES**

**11. Could SFUSD have avoided some or all of its harm with reasonable efforts or expenditures?**

Yes___ No___

***** STOP *****

*If you answered "Yes" to Question 11, answer Question 12.*

*If you answered "No" to Question 11, skip Question 12 and proceed to the Instructions below.*

**12. By what amount would SFUSD's damages have been reduced if it had taken reasonable efforts or expenditures?**

$__________________

***** STOP *****

*If you answered "Yes" to Question 4, answer Question 13.*

*If you answered "No" to Question 4, you are done. Skip Question 13 and sign and return the Verdict Form.*

**PUNITIVE DAMAGES**

**13. Do you find by clear and convincing evidence that punitive damages are warranted against Altria:**

Yes___ No___

***** STOP *****

*If you answered "Yes" to Question 13, answer Question 14.*

*If you answered "No" to Question 13, you are done. Skip Question 14 and sign and return the Verdict Form.*

**14. What is the total amount of punitive damages, if any, that you find should be assessed against Altria?**

$______________________

______________________________
Jury Foreperson