# Exhibit D

**Juror Questionnaire**

**NAME** (Please print):_____

1. Gender: _____   Age: _____ Place of birth:_____

2. a. City/neighborhood where you live:_____ For how long?_____

3. a. What is the last level of education you completed?

   ❑ Grade school or less           ❑ Some college (no degree)
   ❑ Some high school               ❑ 2-year Associate of Arts degree
   ❑ High school graduate           ❑ 4-year College graduate (Major:_____)
   ❑ Technical/Business School      ❑ Post graduate study (Major/degree:_____)

   b. What schools did you attend?_____

   c. Please list any certificates or degrees you have obtained: _____

4. What is your employment status?
   ❑ Employed full time        ❑ Running household  ❑ Retired for_____year(s)
   ❑ Employed part-time        ❑ Unemployed         ❑ Full time student ❑ Other:_____

5. Please list the primary jobs you have had in the past, beginning with your current or most recent employment. If underlined retired or unemployed, please indicate the last job you had.

| Dates of Employment | Employer | Occupation | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6. Do you currently or have you ever had any management or supervisory responsibilities? ❑ Yes ❑ No  If Yes, was it: ❑ Senior management  ❑ Middle management ❑ Entry-level management
   Please explain, including which job(s), your duties, and how many people you supervise(d):_____
   _____
   _____

7. Do you currently or have you ever served on a board of directors? ❑ Yes ❑ No
   Please describe when, for what entity, and your duties: _____
   _____
   _____

8. What is your marital status?
   ❑ Single, never married      ❑ Married for_____years      ❑ Divorced/Separated
   ❑ Living with partner        ❑ Widowed/Widower            ❑ Other:_____

1

9. What is your spouse/partner's primary employment status?
   - ❑ Employed full time ❑ Running Household ❑ Retired for_____year(s)
   - ❑ Employed part-time ❑ Unemployed ❑ Full-time Student ❑ Other:_____

10. Please list the jobs your spouse/partner has had in the past, beginning their current or most recent employment. If <u>retired or unemployed</u>, please indicate the last job they had.

| Dates of Employment | Employer | Occupation | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

11. If you have any children, please fill in the list below.

| Gender | Age | Do they live with you? | Education | Occupation /School Attending | If married, list their Spouse's Occupation |
|---|---|---|---|---|---|
|  |  | ❑ Yes ❑ No |  |  |  |
|  |  | ❑ Yes ❑ No |  |  |  |
|  |  | ❑ Yes ❑ No |  |  |  |
|  |  | ❑ Yes ❑ No |  |  |  |

12. If there are any other adults (besides spouse/partner and children) in your household, please provide their employment information below. If any are <u>retired or unemployed</u>, please indicate the last job they had.

| Relationship | Age | Occupation | Employer |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

13. What are/were your parents' occupations? (List even if retired or deceased)
    Mother: _____ Father: _____
    Guardian: _____

14. What social, political, civic, church, trade or other organizations are you associated with?_____
    _____

15. Have you or has anyone close to you ever owned your own business or operated a franchise?
    ❑ Yes ❑ No If Yes, please explain, including type of business, number of employees, whether still operating, and/or how it ended:_____
    _____

    Was the business ever sued or was a claim ever brought against it? ❑ Yes ❑ No If Yes, please explain:_____
    _____

2

16. Do you or anyone close to you have a financial interest in, work for, own stock in, or otherwise have a financial relationship with any of the following:

| | |
|---|---|
| JUUL Labs, Inc. | ❑ Yes ❑ No |
| Altria Group, Inc. | ❑ Yes ❑ No |
| Philip Morris USA | ❑ Yes ❑ No |
| Pax Labs | ❑ Yes ❑ No |
| Tao, LLC | ❑ Yes ❑ No |
| Tao Invest. LLC | ❑ Yes ❑ No |
| Tao Capital Partners | ❑ Yes ❑ No |
| JL Special, LLC | ❑ Yes ❑ No |
| Kataly Foundation | ❑ Yes ❑ No |
| Global Asset Capital | ❑ Yes ❑ No |

If Yes, please explain:_____
_____

17. Do you or anyone close to you work for the San Francisco Unified School District (SFUSD)? ❑ Yes ❑ No
If Yes, please explain:_____
_____

18. Have you or has anyone close to you worked for the San Francisco Unified School District (SFUSD) in the past? ❑ Yes ❑ No  If Yes, please explain:_____
_____

19. Do you or anyone close to you have any children currently attending school in the San Francisco Unified School District (SFUSD)? ❑ Yes ❑ No  If Yes, please explain, including which schools:_____
_____

20. Did you, your partner or your children (if applicable) attend any SFUSD schools in the past? ❑ Yes ❑ No
If Yes, please explain, including who/relationship to you, and which schools:_____
_____

When was the last time you/your partner/children attended a SFUSD school?_____

21. What is your opinion of the San Francisco Unified School District? ❑ Positive ❑ Negative ❑ No Opinion
Please explain:_____
_____

22. What is your opinion of JUUL Labs, Inc.? ❑ Positive ❑ Negative ❑ No Opinion  Please explain:_____
_____

23. What is your opinion of Altria (meaning Altria Group Inc., Philip Morris USA, Inc. and Altria-related entities)? ❑ Positive ❑ Negative ❑ No Opinion  Please explain:_____
_____

3

24. Do you, a family member, or someone close to you have expertise or ever had any training, courses or worked in or around the following areas?

| | | | |
|---|---|---|---|
| Addiction | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Advertising | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Convenience Store | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Counselling | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Engineering | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Environmental Protection Agency (EPA) | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Education/Teaching/Administration | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Food and Drug Administration (FDA) | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Finance/Investments | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Insurance/Claims | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Legal | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Marketing | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Psychology | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Research and Development | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Social Media | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Social Work | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Technology/Software/Hardware | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Tobacco Industry | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |
| Product Design/Development | ❑ Yes, self | ❑ Yes, family | ❑ Yes, someone close |

If Yes to any of the above, please explain: _____

_____

_____

_____

25. Which best describes your cigarette smoking history?
❑ Current smoker  ❑ Former smoker  ❑ Never smoked
If current smoker, how many per day? _____
If current smoker, have you tried to quit smoking in the past? ❑ Yes ❑ No
If former smoker, how many per day? _____ When did you quit?_____

26. Did your parents/guardians smoke cigarettes when you were growing up?  ❑ Yes ❑ No  If Yes, please explain:_____

_____

Did they ever quit smoking?  ❑ Yes ❑ No  If Yes, how old were you when they quit?

4

27. Does anyone close to you currently smoke cigarettes? ❑ Yes ❑ No  If Yes, please explain, including who/relationship to you, how long they have smoked, and how much they smoke:_____

Has the person tried to quit smoking in the past? ❑ Yes ❑ No  ❑ Don't Know

28. Do you currently use electronic cigarettes / vape devices? ❑ Yes ❑ No

Have you used electronic cigarettes / vape devices in the past? ❑ Yes ❑ No

If Yes, to either, how often per day? _____
How old were you when you started? _____  How long have/did you used electronic cigarettes / vape devices?_____
What brand(s) of electronic-cigarettes / vape devices have you used?_____
Did you/do you use any flavored electronic cigarettes / vape products? ❑ Yes ❑ No
If Yes, which flavor(s)?_____
Have you ever tried to quit? ❑ Yes ❑ No  If Yes, how many times _____

29. Has anyone close to you used electronic cigarettes / vape devices? ❑ Yes ❑ No  If Yes, please explain:

| Who/ Relationship to you: | Age? | Current or former? | How often per day? | For how Long? | Brand(s) / Flavors: | Did they formerly smoke traditional cigarettes? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

30. Have you read, seen, or heard anything about JUUL brand e-cigarettes? ❑ Yes ❑ No  If Yes, please explain: _____

31. Have you ever served on a jury before? ❑ Yes ❑ No  If Yes, please complete for each case:

| Civil or Criminal | Nature of the Case | When/Where | Verdict Reached? | Foreperson? |
|---|---|---|---|---|
| ❑ Civil ❑ Crim. | | | ❑ Yes ❑ No | ❑ Yes ❑ No |
| ❑ Civil ❑ Crim. | | | ❑ Yes ❑ No | ❑ Yes ❑ No |
| ❑ Civil ❑ Crim. | | | ❑ Yes ❑ No | ❑ Yes ❑ No |

32. Have you or anyone in your family ever <u>been sued</u> by anyone, even in small claims court?
❑ Yes ❑ No

5

If Yes, please explain, including who, the nature of claim, and outcome:_____

_____

_____

Were you satisfied with the result? ❑ Yes ❑ No  Please explain:_____

_____

_____

33. Have you or anyone in your family ever sued anyone, even in small claims court?  ❑ Yes  ❑ No
If Yes, please explain, including who, the nature of claim, and outcome:_____

_____

_____

Were you satisfied with the result? ❑ Yes ❑ No  Please explain:_____

_____

_____

34. Have you recently suffered a significant emotional or financial loss (of a loved one, a job, home, or other)? ❑ Yes  ❑ No  If Yes, please explain:_____

_____

35. Have you or anyone close to you ever been a witness, given a deposition and/or testified in any proceeding?  ❑ Yes ❑ No  If Yes, please explain:_____

_____

36. Do you support caps or limits on the amount of money juries can award in civil cases? ❑ Yes ❑ No
If Yes, please explain:_____

_____

37. Punitive damages are money damages awarded against defendants in civil lawsuits to punish bad conduct and prevent future bad behavior. What is your opinion about punitive damages?
❑ Positive ❑ Negative Please explain:_____

_____

38. To what extent do you agree or disagree with the following statements:
a. Most lawsuits today are about people looking for "deep pockets."
❑ Strongly Agree ❑ Agree ❑ Disagree ❑ Strongly Disagree
b. There is nothing wrong with corporations trying to make as much profit as they can.
❑ Strongly Agree ❑ Agree ❑ Disagree ❑ Strongly Disagree
c. Consumer product lawsuits only drive up costs and do little good.
❑ Strongly Agree ❑ Agree ❑ Disagree ❑ Strongly Disagree

39. Do you have any physical or medical problems that would affect your service as a juror in this case?
❑ Yes ❑ No  If Yes, please explain: _____

_____

40. Do you have any ethical, religious, political, or other beliefs or opinions that would affect your ability to be a juror in this case? ❑ Yes ❑ No  If Yes, please explain:_____

_____

41. Is there any other information that you would like the Court to know about your ability to serve as an impartial juror in this case? ❑ Yes ❑ No If Yes, please explain:_____

_____

42. Please carefully read the following list of names and place a check mark by the names of any of the individuals that you personally know, think you may know, or have any type of affiliation or relationship with:

| ○  Adam Bowen | ○ James Monsees | ○  Riaz Valani | ○  Nicholas Pritzker |
|---|---|---|---|
| ○  Hoyoung Huh | ○[all trial witnesses] | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ |
| ○ | ○ | | |

If you checked any of the above, please explain your relationship with any of the names you checked:_____

_____

_____

7

**Thank you for your honest and complete answers.  Before returning this questionnaire, please check to see if you have skipped any questions and respond to those questions. Be sure to write "Private" next to any questions that you would prefer to take up with the judge and attorneys outside the presence of the other prospective jurors.**

I certify, under penalty of perjury, that the answers given above are true and correct.

Dated:_____       _____

Signature of Juror