# Exhibit E

**Wagstaff & Cartmell**

February 10, 2023

**VIA E-MAIL**

| | |
|---|---|
| Brian L. Stekloff | John C. Massaro |
| Beth A. Wilkinson | David E. Kouba |
| James M. Rosenthal | ARNOLD & PORTER KAYE SCHOLER |
| Matthew R. Skanchy | LLP |
| Alysha Bohanon | 601 Massachusetts Ave, NW |
| WILKINSON STEKLOFF LLP | Washington, DC 20001 |
| 2001 M Street NW, 10th Floor | Telephone: 202-942-5000 |
| Washington, DC 20036 | Facsimile: 202-942-5999 |
| Telephone: 202-847-4000 | john.massaro@arnoldporter.com |
| bstekloff@wilkinsonstekloff.com | David.Kouba@arnoldporter.com |
| bwilkinson@wilkinsonstekloff.com | |
| jrosenthal@wilkinsonstekloff.com | |
| mskanchy@wilkinsonstekloff.com | |
| abohanon@wilkinsonstekloff.com | |

Moira K. Penza
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com

**RE:** *San Francisco Unified School District v. JUUL Labs, Inc., et al.* (Case No. 3:19-cv-08177) – Plaintiff's Witness List

Dear Counsel:

  Below please find Plaintiff San Francisco Unified School District's most recent Witness List.

  The "Video/Live" category includes witnesses whose availability for trial is uncertain or who, even if they are available to testify live, Plaintiff may nevertheless seek, by agreement or Court Order, to call by video. The "Call Status" column is Plaintiff's good faith representation as to which witnesses it is more likely to call at trial, but these designations are subject to change as trial preparation progresses.

With production of this Witness List, Plaintiff reserves the right to:

- Call witnesses at trial, in its case-in-chief or otherwise, not included on this list, or to include additional or different witnesses on any future iteration of this list.

- Call witnesses at trial, in its case-in-chief live, identified on Altria's as coming live in Altria's case-in-chief (*ie.* those witnesses that Altria has subpoenaed).

**Wagstaff & Cartmell**

- Supplement or amend this list up to and including the time of trial in light of: discovery that has not yet been completed; the evidence Defendant elicits at trial; Defendant's proposed designations, exhibits, and witness lists; and/or the Court's ruling on any pretrial motions.

- Not call any person on this list.

- Call or introduce testimony from any witness deemed necessary for impeachment or rebuttal purposes, whether or not previously identified herein.

- Submit as evidence deposition or other testimony taken in this matter, regardless of whether or not from a witness identified herein.

- Rely upon deposition testimony affirmatively designated by Defendant or Plaintiff for any witness as counter-designated deposition testimony introduced in any party's case-in-chief.

- Call any witness (including witnesses not identified herein) to the extent necessary to support the admission of documents into evidence if a stipulation cannot be reached concerning the admissibility or authenticity of such documents.

- Use any available method at trial (*i.e.* live in-person testimony, live remote testimony, or deposition designation video), regardless of the classifications provided herein.

Please reach out with any questions or concerns.

Very truly yours,

*Thomas P. Cartmell*

Thomas P. Cartmell

TPC/mg

cc:   Sarah London
      Dean Kawamoto
      Ellen Relkin
      Dena Sharp

Wagstaff & Cartmell

| REF NO. | TYPE | WITNESS | CALL STATUS |
|---|---|---|---|
| Live |||| 
| 1 | Expert | Chandler, John | Likely Call |
| 2 | Expert | Cutler, David | Likely Call |
| 3 | Expert | Dorn, Michael | Likely Call |
| 4 | Expert | Drumwright, Minette | Likely Call |
| 5 | Expert | Grunberg, Neil | Likely Call |
| 6 | Expert | Ribisl, Kurt | Likely Call |
| 7 | Expert | Rollo, Robert | May Call |
| 8 | Expert | Shihadeh, Alan | May Call |
| 9 | Expert | Tackett, Randall | May Call |
| 10 | Expert (Abatement Phase) | Kelder, Steven | Likely Call |
| 11 | Expert (Abatement Phase) | Winickoff, Jonathan | Likely Call |
| 12 | Expert (Punitive Phase) | Johnson, Robert | Likely Call |
| 13 | Expert/Fact | Halpern-Felsher, Bonnie | Likely Call |
| 14 | Expert/Fact | Prochaska, Judith | Likely Call |
| 15 | Fact | Bowen, Adam | Likely Call |
| 16 | Fact | Cho, Madeline | Likely Call |
| 17 | Fact | Coates, Kim | May Call |
| 18 | Fact | Lehr-Love, Kaya | Likely Call |
| 19 | Fact | Lingrell, Erica | Likely Call |
| 20 | Fact | Pak, Quarry | Likely Call |
| 21 | Fact | Pepper, Christopher | Likely Call |
| 22 | Fact | Pritzker, Nicholas | Likely Call |
| Video ||||
| 23 | Fact | Blaylock, Brian | Likely Call |
| 24 | Fact | Crosthwaite, Kevin ("K.C.") | Likely Call |
| 25 | Fact | Daviduke, Brian | May Call |
| 26 | Fact | Devitre, Dinyar | Likely Call |
| 27 | Fact | Dunlap, Scott | Likely Call |
| 28 | Fact | Edmonson-Taylor, Jessica | May Call |
| 29 | Fact | Fernandez, Pascal | May Call |
| 30 | Fact | Frankel, Zachary | Likely Call |
| 31 | Fact | Gardner, William | Likely Call |
| 32 | Fact | Gifford, William | Likely Call |
| 33 | Fact | Handelsman, Harold | May Call |
| 34 | Fact | Harter, Bruce | Likely Call |

Wagstaff & Cartmell

| | | | |
|---|---|---|---|
| 35 | Fact | Longest, Kaitlin | Likely Call |
| 36 | Fact | Mumby, Richard | May Call |
| 37 | Fact | Olin, Christopher | Likely Call |
| 38 | Fact | Romyak, Matthew | May Call |
| 39 | Fact | Valani, Riaz | Likely Call |
| 40 | Fact | Willard, Howard | Likely Call |
| 41 | Fact | Xu, James | Likely Call |
| | | **Video/Live** | |
| 42 | Fact | Garnick, Murray | Likely Call |
| 43 | Fact | Monsees, James | May Call |
| 44 | Fact | Wakefield, Camesheann | Likely Call |

4740 Grand Avenue, Suite 300   Kansas City, MO 64112   o. 816 701 1100   w. wagstaffcartmell.com