UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case Nos. 3:19-md-2913-WHO; 3:19-cv-08177-WHO <br><br> **NOTICE OF VIDEOTAPED DEPOSITION** <br><br> Hon. William H. Orrick |

**PLEASE TAKE NOTICE** that the undersigned attorney will take the videotaped deposition of:

**Name:** Christopher Pepper

**Date and Time:** March 9, 2023, at 9:00 a.m. PST

**Location:** Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, Suite 2900, San Francisco, CA 94111

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30 and *In Re: Juul Labs, Inc., Marketing, Sales Practices, And Products Liability Litigation,* Case No. 19-md-02913-WHO, Case Management Order Number 11 (CMO No. 11), Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC ("Altria"), by and through the undersigned counsel, intend to depose Christopher Pepper at the place and time set forth above.

1

The videotaped deposition will take place in person at Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, Suite 2900, San Francisco, CA 94111. The deposition will be coordinated by TSG Reporting, with a business address of 1300 I Street NW, Suite 400E, Washington, District of Columbia, 20005. This deposition is being taken for the purpose of discovery, for use at trial, or such other purposes as are permitted under the Rules. The deposition will be recorded by stenographic means and by audio and video.

All who intend to appear in person must adhere to the following COVID-19 policies. Live participants (including the witness, attorneys, staff, court reporters/videographers, and anyone else who intends to observe or participate live at the deposition) must show proof that they are vaccinated and boosted (if booster eligible) unless they have a legal justification that can be reasonably accommodated.

Date: March 1, 2023

/s/ Beth A. Wilkinson

Beth A. Wilkinson *(pro hac vice)*
Brian L. Stekloff *(pro hac vice)*
James M. Rosenthal *(pro hac vice)*
Matthew R. Skanchy *(pro hac vice)*
Alysha Bohanon *(pro hac vice)*
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

abohanon@wilkinsonstekloff.com

Moira K. Penza *(pro hac vice)*
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com

*/s/ John C. Massaro*

John C. Massaro *(pro hac vice)*
Daphne O'Connor *(pro hac vice)*
Jason A. Ross *(pro hac vice)*
David E. Kouba *(pro hac vice)*
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
John.Massaro@arnoldporter.com
Daphne.OConnor@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

3

**NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITION**       **CASE NO. 3:19-md-02913**

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, a true and correct copy of the foregoing Notice of Taking Videotaped Oral Deposition was served via electronic mail upon the following:

Thomas P. Cartmell
**WAGSTAFF & CARTMELL**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
tcartmell@wcllp.com

*Counsel for Plaintiff*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

Dean Kawamoto
  **KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

Ellen Relkin

NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITION        CASE NO. 3:19-md-02913

**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

Date: March 1, 2023

/s/ Beth A. Wilkinson

Beth A. Wilkinson *(pro hac vice)*
Brian L. Stekloff *(pro hac vice)*
James M. Rosenthal *(pro hac vice)*
Matthew R. Skanchy *(pro hac vice)*
Alysha Bohanon *(pro hac vice)*
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira K. Penza (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com

/s/ John C. Massaro

John C. Massaro *(pro hac vice)*
Daphne O'Connor *(pro hac vice)*
Jason A. Ross *(pro hac vice)*
David E. Kouba *(pro hac vice)*
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (202) 942-5000
Facsimile: (202) 942-5999
John.Massaro@arnoldporter.com
Daphne.OConnor@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

6

**NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITION**            **CASE NO. 3:19-md-02913**