[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*<br><br>Case No. 3:19-cv-08177-WHO | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE REGARDING POST-DISCOVERY ACTS** |

Plaintiff and Altria[1] stipulate and agree, subject to the Court's approval, to modify the briefing schedule in connection with Plaintiff's Motion to Exclude Evidence or Argument Regarding Post-Discovery Acts, ECF 3831 ("Motion").

WHEREAS, Plaintiff filed the Motion on March 3, 2023;

WHEREAS, under the default deadlines, responses to the Motion are due by March 17, 2023 and replies are due by March 24, 2023;

WHEREAS, counsel for Plaintiff and Altria agree that Altria may file its response by March 21, 2023, and Plaintiff may file a reply by March 28, 2023;

---

[1] "Altria" refers to Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services Inc., and Altria Distribution Company.

Case No. 19-md-02913-WHO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE REGARDING POST-DISCOVERY ACTS

1   WHEREAS, these stipulated deadlines will result in all briefing submitted prior to the Court's April 5, 2023;

3   NOW THEREFORE, Plaintiff and Altria, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court order as follows:

5   Responses to Plaintiff's Motion to Exclude Evidence or Argument Regarding Post-Discovery Acts, ECF 3831, shall be filed by **March 21, 2023**, and Plaintiff's reply shall be filed by **March 28, 2023**.

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 16, 2023

_____

Honorable Judge William H. Orrick

Case No. 19-md-02913-WHO

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE REGARDING POST-DISCOVERY ACTS

Dated: March 16, 2023

By: */s/ John C. Massaro*

**ARNOLD & PORTER KAYE SCHOLER LLP**

John C. Massaro (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C.  20001
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999
john.massaro@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, and Philip Morris USA Inc.*

Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000


By: */s/ Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800


By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900


By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

Case No. 19-md-0913-WHO

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE REGARDING POST-DISCOVERY ACTS

**CERTIFICATE OF SERVICE**

I, John C. Massaro, hereby certify that on the 16th day of March 2023, I electronically filed the foregoing Stipulation and [Proposed] Order to Extend Deadlines to Respond to Plaintiff's Motion to Exclude Evidence Regarding Post-Discovery Acts with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:   */s/ John C. Massaro*

Case No. 19-md-02913-WHO

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE REGARDING POST-DISCOVERY ACTS