[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*<br><br>Case No. 3:19-cv-08177-WHO | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE SUPPLEMENTAL EXPERT REPORT OF NEIL E. GRUNBERG, PH.D.** |

      Plaintiff and Altria[1] stipulate and agree, subject to the Court's approval, to modify the briefing schedule in connection with Altria's Motion to Strike or Exclude Supplemental Expert Report of Neil E. Grunberg, Ph.D., ECF 3854 ("Motion").

      WHEREAS, Altria filed the Motion on March 16, 2023;

      WHEREAS, under the default deadlines, responses to the Motion are due by March 30, 2023 and replies are due by April 6, 2023;

      WHEREAS, counsel for Plaintiff and Altria agree that the Motion should be heard at the Court's hearing scheduled for April 5, 2023;

      WHEREAS, Plaintiff agrees to file its response to the Motion by March 28, 2023;

      WHEREAS, Altria agrees to file its reply, if any, by March 31, 2023;

---

[1] "Altria" refers to Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services Inc., and Altria Distribution Company.

Case No. 19-md-02913-WHO

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE SUPPLEMENTAL EXPERT REPORT OF NEIL E. GRUNBERG, PH.D

1  WHEREAS, this stipulated briefing schedule will result in all briefing to be filed in advance
2  of the April 5, 2023 hearing, allowing the Motion to be heard on that date;
3  NOW THEREFORE, Plaintiff and Altria, through their undersigned counsel, hereby
4  stipulate, agree and respectfully request that the Court order as follows:
5  Responses to Altria's Motion to Strike or Exclude Supplemental Expert Report of Neil E.
6  Grunberg, Ph.D., ECF 3854, shall be filed by **March 28, 2023**, and Altria's reply (if any) shall be
7  filed by **March 31, 2023**.

9  **IT IS SO STIPULATED.**

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 20, 2023_____

_____
Honorable Judge William H. Orrick

Case No. 19-md-02913-WHO

2

STIPULATION AND [PROPOSED] ORDER TO
MODIFY BRIEFING SCHEDULE FOR ALTRIA'S
MOTION TO STRIKE OR EXCLUDE SUPPLEMENTAL
EXPERT REPORT OF NEIL E. GRUNBERG, PH.D

| | |
|---|---|
| Dated: March 17, 2023 | Respectfully submitted, |
| By: */s/ John C. Massaro* | By: /s/ *Sarah R. London* |
| **ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>John C. Massaro (admitted pro hac vice)<br>David E. Kouba (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:   (202) 942-5000<br>Facsimile:   (202) 942-5999<br>john.massaro@arnoldporter.com<br>david.kouba@arnoldporter.com<br><br>*Attorneys for Defendants Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, and Philip Morris USA, Inc.* | Sarah R. London<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone:  (415) 956-1000<br><br>By: */s/ Dena C. Sharp*<br><br>Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br><br>By: */s/ Dean Kawamoto*<br><br>Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone:  (206) 623-1900<br><br>By: */s/ Ellen Relkin*<br><br>Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br><br>*Co-Lead Counsel for Plaintiffs* |

Case No. 19-md-0913-WHO

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE SUPPLEMENTAL EXPERT REPORT OF NEIL E. GRUNBERG, PH.D.

## CERTIFICATE OF SERVICE

I, John C. Massaro, hereby certify that on the 17th day of March 2023, I electronically filed the foregoing Stipulation and [Proposed] Order to Modify Briefing Schedule for Altria's Motion to Strike or Exclude Supplemental Expert Report of Neil E. Grunberg, Ph.D. with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:   */s/  John C. Massaro*

Case No. 19-md-02913-WHO

4

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE SUPPLEMENTAL EXPERT REPORT OF NEIL E. GRUNBERG, PH.D