[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*<br><br>Case No. 3:19-cv-08177-WHO | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF SUPPLEMENTAL EXPERT REPORT OF DR. JUDITH PROCHASKA** |

Plaintiff and Altria[1] stipulate and agree, subject to the Court's approval, to modify the briefing schedule in connection with Altria's Motion to Strike or Exclude Portions of Supplemental Expert Report of Dr. Judith Prochaska, ECF 3866 ("Motion").

WHEREAS, Altria filed the Motion on March 22, 2023;

WHEREAS, under the default deadlines, responses to the Motion are due by April 5, 2023 and replies are due by April 12, 2023;

WHEREAS, counsel for Plaintiff and Altria agree that the Motion should be heard at the Court's hearing scheduled for April 5, 2023;

WHEREAS, Plaintiff agrees to file its response to the Motion by 12:00 pm PDT on March 31, 2023;

---

[1] "Altria" refers to Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services Inc., and Altria Distribution Company.

Case No. 19-md-02913-WHO

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF SUPPLEMENTAL EXPERT REPORT OF DR. JUDITH PROCHASKA

1     WHEREAS, Altria agrees to file its reply, if any, by April 3, 2023;

2     WHEREAS, this stipulated briefing schedule will result in all briefing to be filed in advance

3 of the April 5, 2023 hearing, allowing the Motion to be heard on that date;

4     NOW THEREFORE, Plaintiff and Altria, through their undersigned counsel, hereby

5 stipulate, agree and respectfully request that the Court order as follows:

6     Responses to Altria's Motion to Strike or Exclude Portions of Supplemental Expert Report

7 of Dr. Judith Prochaska, ECF 3866, shall be filed by **12:00 pm PDT on March 31, 2023**, and

8 Altria's reply (if any) shall be filed by **12:00 pm PDT** on **April 3, 2023**.

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 24, 2023

_____

Honorable Judge William H. Orrick

Case No. 19-md-02913-WHO

STIPULATION AND [P~~ROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF SUPPLEMENTAL EXPERT REPORT OF DR. JUDITH PROCHASKA

| | |
|---|---|
| Dated: March 24, 2023 | Respectfully submitted, |
| By: */s/ John C. Massaro* | By: /s/ *Sarah R. London* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Sarah R. London<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| John C. Massaro (admitted pro hac vice)<br>David E. Kouba (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>john.massaro@arnoldporter.com<br>david.kouba@arnoldporter.com | By: */s/ Dena C. Sharp* |
| *Attorneys for Defendants Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, and Philip Morris USA, Inc.* | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| | By: */s/ Dean Kawamoto* |
| | Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900 |
| | By: */s/ Ellen Relkin* |
| | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500 |
| | *Co-Lead Counsel for Plaintiffs* |

Case No. 19-md-0913-WHO

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF SUPPLEMENTAL EXPERT REPORT OF DR. JUDITH PROCHASKA

**CERTIFICATE OF SERVICE**

I, John C. Massaro, hereby certify that on the 24th day of March 2023, I electronically filed the foregoing Stipulation and [Proposed] Order to Modify Briefing Schedule for Altria's Motion to Strike or Exclude Portions of Supplemental Expert Report of Dr. Judith Prochaska with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By: */s/ John C. Massaro*

Case No. 19-md-02913-WHO

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF SUPPLEMENTAL EXPERT REPORT OF DR. JUDITH PROCHASKA