1    [*Submitting Counsel on Signature Page*]

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE: JUUL LABS, INC., MARKETING,        Case No. 19-md-02913-WHO
     SALES PRACTICES, AND PRODUCTS
11   LIABILITY LITIGATION                      **STIPULATION AND ORDER TO**
                                               **MODIFY BRIEFING SCHEDULE**
12   _____  **FOR ALTRIA'S MOTION TO STRIKE**
                                               **PLAINTIFF'S AMENDED**
13   This Document Relates to:                 **SUPPLEMENTAL RESPONSE TO**
                                               **INTERROGATORY NO. 17**
14   *San Francisco Unified School District v.*
     *JUUL Labs, Inc., et al.*
15
     Case No. 3:19-cv-8177-WHO
16

17         Plaintiff and Altria[1] stipulate and agree, subject to the Court's approval, to modify the

18   briefing schedule in connection with Altria's Motion to Strike Plaintiff's Amended Supplemental

19   Response to Interrogatory No. 17, ECF No. 3914 ("Motion").

20         WHEREAS, Altria filed the Motion on April 11, 2023;

21         WHEREAS, under the default deadlines, responses to the Motion are due by April 25, 2023;

22         WHEREAS, counsel for Plaintiff and Altria agree that the Motion should be heard at the

23   Court's hearing scheduled for April 19, 2023;

24         WHEREAS, Plaintiff agrees to file its response to the Motion by 12:00 pm PDT on April

25   17, 2023;

26

27   _____
     [1] "Altria" refers to Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services
28   Inc., and Altria Distribution Company.

1    WHEREAS, this stipulated briefing schedule will result in Plaintiff's response to the

2    Motion being filed prior to the April 19, 2023 hearing, allowing the Motion to be heard on that date;

3    NOW THEREFORE, Plaintiff and Altria, through their undersigned counsel, hereby

4    stipulate, agree and respectfully request that the Court order as follows:

5    Responses to Altria's Motion to Strike Plaintiff's Amended Supplemental Response to

6    Interrogatory No. 17, ECF No. 3914, shall be filed by **12:00 pm PDT on April 17, 2023**.

7

8    **IT IS SO STIPULATED.**

9

10    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12

13    Dated:   April 13, 2023                                              _____

14                                                                                  Honorable Judge William H. Orrick

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 19-md-02913-WHO

2

STIPULATION AND [PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE
PLAINTIFF'S AMENDED SUPPLEMENTAL RESPONSE TO
INTERROGATORY NO. 17

Dated:  April 12, 2023

By: */s/ John C. Massaro*

**ARNOLD & PORTER KAYE SCHOLER
LLP**

John C. Massaro (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C.  20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
john.massaro@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc.,
Altria Client Services LLC, Altria Group
Distribution Company, and Philip Morris USA,
Inc.*

Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone:  (415) 956-1000

By: */s/ Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

Case No. 19-md-0913-WHO

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE FOR ALTRIA'S MOTION TO STRIKE
PLAINTIFF'S AMENDED SUPPLEMENTAL RESPONSE TO
INTERROGATORY NO. 17