[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S TRIAL BRIEF RE: FRE 1006 EXHIBIT CONCERNING JUUL SALES AND ADULT SMOKING PREVALENCE** |
| This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*<br><br>Case No. 3:19-cv-08177-WHO | |

In light of Altria's concession that Plaintiff's summary exhibit regarding JUUL sales and adult smoking is a permissible "standard demonstrative," ECF 3942, Plaintiff withdraws the trial brief filed at ECF 3938.

Dated: April 23, 2023

Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

Case 3:19-md-02913-WHO   Document 3944   Filed 04/24/23   Page 2 of 3

|     |     |
| --- | --- |
| 1   | By: */s/ Dena C. Sharp* |
| 2   | Dena C. Sharp<br>**GIRARD SHARP LLP** |
| 3   | 601 California St., Suite 1400<br>San Francisco, CA 94108 |
| 4   | Telephone: (415) 981-4800<br>dsharp@girardsharp.com |

By: */s/ Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

2786981.1                                2

PLAINTIFF'S TRIAL BRIEF RE:
FRE 1006 EXHIBIT
CASE NO. 19-MD-02913-WHO

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Sarah R. London*
Sarah R. London