UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name:  In Re: Juul Labs, Inc., San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | Tom Cartmell, Michael Weinkowitz, Sarah London, Andrew Kaufman, Adam Davis, and Dena Sharp | Beth Wilkinson and Brian Stekloff |
| **TRIAL DATE: 04/24/2023** | **REPORTER:** | **CLERK:** |
| 8:00 a.m. to 1:32 p.m.<br>5 hours, 32 minutes | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Attorney conference conducted outside the presence of jurors |
| | | 8:30 a.m. | | | Court in recess |
| | | 8:35 a.m. | | | Court in session (jurors out)<br>Juror No. 12 discussed |
| | | 8:39 a.m. | | | Jurors seated; the Court provides preliminary jury instructions |
| | | 9:06 a.m. | | | Plaintiff opening statement (Cartmell) |
| | | 10:30 a.m. | | | Jurors excused |
| | | 10:31 a.m. | | | Parties discuss disputed demonstratives related to Dr. Grunberg's testimony |
| | | 10:48 a.m. | | | Court in session (jurors present)<br>Defense opening statement (Wilkinson) |
| | | 11:43 a.m. | | | Jurors excused |
| | | 11:59 a.m. | | | Court in session (jury out)<br>Defense heard on objection to opening and request for curative instruction (Sharp) |
| | | 12:02 a.m. | | | Plaintiff direct examination of **Neil Everett Grunberg** (London) |
| | | 1:32 p.m. | | | Witness direct examination suspended; jurors released, court in recess |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1

| | |
|---|---|
| Plaintiff total time: | 40 hours |
| Time used 04/24/2023: | 2 hours, 54 minutes |
| Time remaining: | 37 hours, 6 minutes |

| | |
|---|---|
| Defendant total time: | 40 hours |
| Time used 04/24/2023: | 55 minutes |
| Time remaining: | 39 hours, 5 minutes |