UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Sarah London, Dena Sharp, and Andrew Kaufman | DEFENSE ATTORNEYS: Beth Wilkinson, Brian Stekloff, and Alyssa Bohanan |
|---|---|---|
| TRIAL DATE: 04/25/2023　8:00 a.m. to 1:33 p.m.　5 hours, 33 minutes | REPORTER: Ana Dub | CLERK: Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session (jurors out) Grunberg slides discussed. Lawyers cautioned to avoid mention of events that have occurred since the close of discovery. Objections to exhibits and deposition designations discussed. Agreed upon special instruction provided to the Court. |
| | | 8:18 a.m | | | Court in recess |
| | | 8:35 a.m. | | | Jurors seated. Special instruction regarding Multidistict Litigation provided by the Court. |
| | | 8:36 a.m. | | | Plaintiff direct examination of **Neil Everett Grunberg** continues (London) |
| 1118 | | 8:38 a.m. | X | X | How Tobacco smoke causes disease: The Biology and Behavior Basis for Smoking - Attributable Disease - A report of the Surgeon General 2010 (no objection) |
| 1613 | | 9:12 a.m. | X | X | 2012 Surgeon General Report: Preventing Tobacco Use Among Youth and Young Adults [Full Report] (no objection) |
| 1527 | | 9:38 a.m. | X | X | 2020 Surgeon General Report: Smoking Cessation [Full Report] (no objection) |
| | | 10:02 a.m. | | | Jurors excused |
| | | 10:03 a.m. | | | Court in recess |
| | | 10:18 a.m. | | | Court in session (jurors present) Plaintiff direct examination of Neil Everett Grunberg continues (London) |
| 102 | | 10:33 a.m. | X | X | Preventing Tobacco Use Among Youth and Young Adults - A Report of the Surgeon General. 2012. CDC (no objection) |
| | | 10:44 a.m. | | | Sidebar |
| 2061 | | 11:39 a.m. | X | X | 2012 Surgeon General Report: Executive Summary (objection overruled) |

1

Case No: 19-md-02913-WHO
Case Name: Madison County Publice Schools v. In Re: Juul Labs, Inc., Marketing, Sales Practices
Date: April 25, 2023
Courtroom Deputy: Jean Davis            - Court Reporter:     Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 11:47 a.m. |  |  | Jurors and witness excused |
|  |  | 11:48 a.m. |  |  | Counsel heard as to scope of examination (international vs US only) |
|  |  | 11:57 a.m. |  |  | Court in recess |
|  |  | 12:05 p.m. |  |  | Court in session (jurors present) Plaintiff direct examination of **Neil Everett Grunberg** continues (London) |
| 1614 |  | 12:06 | X | X | 2014 Surgeon General Report: The Health Consequences of Smoking - 50 Years of Progress [Full Report] (objection overruled) |
|  |  | 12:06 a.m. |  |  | Defense cross examination of **Neil Everett Grunberg** (Stekloff) |
|  |  | 12:17 p.m. |  |  | Court advises jurors of stipulated facts agreed upon by counsel |
|  |  | 12:20 p.m. |  |  | Defense cross examination of **Neil Everett Grunberg** continues (Stekloff) |
|  | 6138 | 12:32 p.m. | X | X | JLI Action Plan (no objection) |
|  | 6540 | 1:06 p.m. | X | X | Gilman et al., Characterization of Temperature Regulation and HPHC Profile of a Nicotine-Salt Based ENDS Product (no objection) |
|  | 7066 | 1:10 p.m. | X | X | FDA document (no objection) |
|  | 6479 | 1:15 p.m. | X | X | Wynne amd Waaka, Acute use of nicotine salt-based ENDS and combusted cigarettes, Poster for Society for Research on Nicotine and Tobacco 24th Annual Meeting (no objection) |
|  | 6313 | 1:20 p.m. | X | X | ALCS presentation re JUUL Overview (no objection) |
|  | 7065 | 1:28 p.m. | X |  | Science Advances article (published to jurors without objection) |
|  |  | 1:32 p.m |  |  | Jurors excused |
|  |  | 1:33 p.m. |  |  | Court in recess |

Plaintiff time at start of day:   37 hours, 6 minutes
Time used 04/25/2023:              2 hours, 50 minutes
Time remaining:                   34 hours, 14 minutes

Defendant total time:             39 hours,  5 minutes
Time used 04/25/2023:              1 hour,   30 minutes*
Time remaining:                   37 hours, 35 minutes

*4 minutes charged to defendant for sidebar