1

2

3

4

5

6    [Submitting Counsel on Signature Page]

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12 **IN RE JUUL LABS, INC.,** | **Case No. 19-md-02913-WHO** |
| 13 **MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY** | |
| 14 **LITIGATION** | **TRIAL TESTIMONY AND EXHIBITS FROM THE VIDEOTAPED TESTIMONY OF JESSICA EDMONDSON TAYLOR, INFLUENCER MARKETING MANAGER,** |
| 15 ─────────────── | **PLAYED AT TRIAL** |
| 16 **This Document Relates to:** | |
| 17 *San Francisco Unified School District v. Juul Labs, Inc. et al.,* **Case No. 3:19-cv-** | |
| 18 **08177** | |

19

20    Plaintiff, by and through its undersigned attorneys, hereby dockets the following:

21        1.  **Exhibit 1** is a report of the videotaped testimony of Jessica Edmondson Taylor,

22            Influencer Marketing Manager, that was played to the jury on April 26, 2023. The

23            testimony in blue 00:11:19 and light blue 00:00:21 is Plaintiff's affirmative

24            and counter-counter designations.

25        2.  **Exhibit 2**: is a *Joint Stipulation Identifying Trial Exhibits Used In Videotaped*

26            *Depositions of Jessica Edmondson Taylor Played at Trial* that sets forth all of

27            the Trial Exhibits from the videotaped testimony of Jessica Edmondson

28            Taylor admitted into evidence by the Court.

1    Respectfully submitted,

2

3    By: /s/ *Michael M. Weinkowitz*
     Michael M. Weinkowitz

4    **LEVIN SEDRAN & BERMAN, LLP**
     510 Walnut Street

5    Suite 500
     Philadelphia PA 19106

6    Telephone 215-592-1500
     MWeinkowitz@lfsblaw.com

7    *Plaintiff Steering Committee Member*

8

9    Sarah R. London
     Sarah R. London

10   **LIEFF CABRASER HEIMANN & BERNSTEIN**
     275 Battery Street, Fl. 29

11   San Francisco, CA 94111
     Telephone: (415) 956-1000

12   slondon@lchb.com

13

14   By: /s/ *Dena C. Sharp*
     Dena C. Sharp

15   **GIRARD SHARP LLP**
     601 California St., Suite 1400

16   San Francisco, CA 94108
     Telephone: (415) 981-4800

17   dsharp@girardsharp.com

18   By: */s/ Dean Kawamoto*

19   Dean Kawamoto
     **KELLER ROHRBACK L.L.P.**

20   1201 Third Ave., Ste. 3200
     Seattle, WA 98101

21   Telephone: (206) 623-1900

22   By: /s/ *Ellen Relkin*

23   Ellen Relkin
     **WEITZ & LUXENBERG**

24   700 Broadway
     New York, NY 10003

25   Telephone: (212) 558-5500
     *Co-Lead Counsel for Plaintiff*

26

27

28

# EXHIBIT 1

# Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23

Designation List Report

| | |
|---|---|
| **Edmondson taylor, Jessica** | **2021-03-11** |
| **Edmondson taylor, Jessica** | **2021-03-12** |

| | |
|---|---|
| PLF AFFIRMATIVE | 00:11:19 |
| DEF COUNTER | 00:00:24 |
| PLF COUNTER-COUNTER | 00:00:21 |
| **TOTAL RUN TIME** | **00:12:04** |

Documents linked to video:

TAYLOR1406



**ID: EJv4**

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:02 - 12:02 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:01 | EJv4.1 |
| | 12:02    Can I call you Ms. Edmondson? | | |
| 12:06 - 12:07 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:04 | EJv4.2 |
| | 12:06   A.  Taylor is my name, Edmondson is | | |
| | 12:07      my maiden, so Ms. Taylor would be great. | | |
| 13:05 - 13:11 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:15 | EJv4.3 |
| | 13:05   Q.  Okay.  I am going to ask you | | |
| | 13:06      questions about your work at JUUL and other | | |
| | 13:07      related topics.  If I ask you a question that | | |
| | 13:08      you don't understand, please ask me to | | |
| | 13:09      rephrase it. | | |
| | 13:10      Okay? | | |
| | 13:11   A.  Okay. | | |
| 15:09 - 15:16 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:18 | EJv4.4 |
| | 15:09   Q.  Am I correct in understanding | | |
| | 15:10      that you went to work for JUUL in September | | |
| | 15:11      of 2017? | | |
| | 15:12   A.  Yes, September 2017. | | |
| | 15:13   Q.  You were initially hired as the | | |
| | 15:14      influencer marketing manager, I believe, was | | |
| | 15:15      your title? | | |
| | 15:16   A.  Yes, that's correct. | | |
| 15:21 - 16:05 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:21 | EJv4.5 |
| | 15:21   Q.  You understood that when you | | |
| | 15:22      went to work for JUUL it was a tobacco | | |
| | 15:23      company? | | |
| | 15:24   A.  I understood that it was an | | |
| | 15:25      e-cigarette-based company, yes. | | |
| | 16:01   Q.  Okay.  And you understood that | | |
| | 16:02      its products contained nicotine, an addicting | | |
| | 16:03      substance? | | |
| | 16:04   A.  Yes, I understood that the | | |
| | 16:05      products contained nicotine. | | |
| 45:18 - 46:02 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:26 | EJv4.6 |
| | 45:18      In late 2018, Altria made an | | |
| | 45:19      investment in JUUL. | | |
| | 45:20      You were aware of that, | | |
| | 45:21      correct? | | |
| | 45:22   A.  Yes. | | |

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 45:23  Q.  Had there been rumor or were | | |
| | 45:24      you aware by any means that Altria was in | | |
| | 45:25      negotiations with JUUL prior to the company | | |
| | 46:01      announcement, which I believe was in November | | |
| | 46:02      or December of 2018? | | |
| 46:04 - 46:18 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:37 | EJv4.7 |
| | 46:04      THE WITNESS:  No, prior to the | | |
| | 46:05      announcement, I had no idea. | | |
| | 46:06      QUESTIONS BY MR. GOZA: | | |
| | 46:07  Q.  Prior to that announcement, you | | |
| | 46:08      had made representations that JUUL was not | | |
| | 46:09      big tobacco. | | |
| | 46:10      Do you recall that? | | |
| | 46:11  A.  I remember the statement "we | | |
| | 46:12      are not big tobacco" in an on-boarding | | |
| | 46:13      document when I started. | | |
| | 46:14  Q.  And were you therefore | | |
| | 46:15      surprised when JUUL announced that Altria had | | |
| | 46:16      invested in the company? | | |
| | 46:17  A.  Yes, I think it's fair to say I | | |
| | 46:18      was surprised. | | |
| 65:15 - 65:20 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:13 | EJv4.8 |
| | 65:15      I see you had a fair | | |
| | 65:16      amount of experience in the influencer world | | |
| | 65:17      or developing influence before you came to | | |
| | 65:18      JUUL; is that correct? | | |
| | 65:19  A.  Yes, I was experienced in | | |
| | 65:20      influencer marketing before JUUL. | | |
| 66:15 - 66:21 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:27 | EJv4.9 |
| 🔗 TAYLOR1406.1.1 | 66:15      All right.  Exhibit 1406 is | | |
| | 66:16      JLI00386642, and this is the JUUL influencer | | |
| | 66:17      recap 2017. | | |
| | 66:18      I assume as the influencer | | |
| | 66:19      marketing manager at JUUL, you had some role | | |
| | 66:20      in developing this, correct? | | |
| | 66:21  A.  Yes. | | |
| 66:22 - 66:23 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:03 | EJv4.10 |
| | 66:22  Q.  If we could go to the next | | |

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| TAYLOR1406.2.1 | 66:23      page, | | |
| 66:23 - 67:09 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:30 | EJv4.11 |

| | | | |
|---|---|---|---|
| | 66:23     this talks about -- where it says, | | |
| | 66:24     "JUUL seen in 2017," these are some of the | | |
| | 66:25     highlights of media places at which JUUL | | |
| | 67:01     appeared. | | |
| | 67:02     Is that -- a JUUL device | | |
| | 67:03     appeared, correct? | | |
| | 67:04   A.   Yes, these are earned media | | |
| | 67:05     placements. | | |
| | 67:06   Q.   Does JUUL -- and first of all, | | |
| | 67:07     did you create this entire document, or was | | |
| | 67:08     it you and Kate Morgan together? | | |
| | 67:09   A.   It was a collaboration. | | |

| 67:17 - 68:07 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:50 | EJv4.12 |
|---|---|---|---|
| TAYLOR1406.2.2 | 67:17   Q.   It says, "JUUL | | |

| | | | |
|---|---|---|---|
| | 67:18     cultivates relationships and has developed a | | |
| | 67:19     cult-like following from countless | | |
| | 67:20     celebrities, content creators and | | |
| | 67:21     word-of-mouth advocacy -- advocates."  Sorry. | | |
| | 67:22     Did I read that correctly? | | |
| | 67:23   A.   Yes, that's what it says. | | |
| | 67:24   Q.   And when you say "cult-like | | |
| | 67:25     following," what did you mean by that? | | |
| | 68:01   A.   I don't remember writing that. | | |
| | 68:02   Q.   But at some point you would | | |
| | 68:03     have seen it.  And you and Kate Morgan and | | |
| | 68:04     Chelsea Kania, as you're collaborating on | | |
| | 68:05     putting this document together, do you | | |
| | 68:06     remember what you were talking about when you | | |
| | 68:07     arrived at that description? | | |

| 68:08 - 68:10 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:07 | EJv4.13 |
|---|---|---|---|
| | 68:08   A.   I don't remember the specific | | |
| | 68:09     context of how the sentence basically came to | | |
| | 68:10     be. | | |

| 68:11 - 68:17 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:14 | EJv4.14 |
|---|---|---|---|
| | 68:11   Q.   Let's go to the next | | |

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 TAYLOR1406.2.3 | 68:12 | sentence. | | |
| | 68:13 | "JUUL will be expanding the | | |
| | 68:14 | influencer outreach program." | | |
| | 68:15 | And that was your job, true? | | |
| | 68:16 | A. Yes, that's what I was hired to | | |
| | 68:17 | do, expand an influencer marketing program. | | |
| 68:18 - 69:03 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:37 | EJv4.15 |
| | 68:18 | Q. And it said, "In 2018, we | | |
| | 68:19 | expect to massively scale our presence via | | |
| | 68:20 | press and social media." | | |
| | 68:21 | Did I get that correct? | | |
| | 68:22 | A. That's what the document says. | | |
| | 68:23 | Q. What was the plan to massively | | |
| | 68:24 | scale your presence via press and social | | |
| | 68:25 | media? | | |
| | 69:01 | A. I don't remember the context of | | |
| | 69:02 | our plan beyond looking at -- and through | | |
| | 69:03 | this document. | | |
| 69:06 - 69:11 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:16 | EJv4.16 |
| | 69:06 | it says, "We | | |
| | 69:07 | expected to massively scale our presence via | | |
| | 69:08 | press and social media, which currently | | |
| | 69:09 | already has a massive reach of 170 million on | | |
| | 69:10 | social and 600 million estimated earned media | | |
| | 69:11 | reach." | | |
| 69:12 - 69:13 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:04 | EJv4.17 |
| | 69:12 | Let me ask you: What does the | | |
| | 69:13 | term "earned media reach" mean? | | |
| 69:14 - 70:01 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:45 | EJv4.18 |
| | 69:14 | A. In my opinion, earned media is | | |
| | 69:15 | nonpaid and essentially something that a | | |
| | 69:16 | brand doesn't force. It happens organically. | | |
| | 69:17 | Q. Okay. So you knew that you had | | |
| | 69:18 | reached an organic growth that reached up to | | |
| | 69:19 | 600 million people. Or 600 million -- I | | |
| | 69:20 | guess that -- let me strike that -- a massive | | |
| | 69:21 | reach of 600 million estimated earned media | | |
| | 69:22 | reach. | | |

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 69:23     Tell me what that term means. | | |
| | 69:24   A.   I don't know the specific | | |
| | 69:25     context of what earned media reach means in | | |
| | 70:01     this very specific document. | | |
| 71:20 - 71:25 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:15 | EJv4.19 |
| 🔗 TAYLOR1406.2.4 | 71:20   Q.   We have here a picture | | |
| | 71:21     of Katy Perry; is that correct? | | |
| | 71:22   A.   Yes, that's Katy Perry. | | |
| | 71:23   Q.   And she's holding a JUUL in her | | |
| | 71:24     hand and smiling, right? | | |
| | 71:25   A.   Yes, she's holding a JUUL. | | |
| 72:01 - 72:09 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:23 | EJv4.20 |
| | 72:01   Q.   And next to her is Orlando | | |
| | 72:02     Bloom? | | |
| | 72:03   A.   Yes, that's Orlando Bloom. | | |
| | 72:04   Q.   And Kate Perry was what you | | |
| | 72:05     would call a tier 1 influencer, true? | | |
| | 72:06   A.   Katy Perry is a celebrity. | | |
| | 72:07   Q.   She is a celebrity, but you | | |
| | 72:08     created a list of tier 1, tier 2 and tier 3 | | |
| | 72:09     influencers, correct? | | |
| 72:16 - 72:22 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:15 | EJv4.21 |
| | 72:16   A.   Yes, I remember there was a | | |
| | 72:17     tier system of influencers. | | |
| | 72:18   Q.   Okay.  And do you remember | | |
| | 72:19     whether or not Katy Perry was listed as a | | |
| | 72:20     tier 1? | | |
| | 72:21   A.   I believe Katy Perry was part | | |
| | 72:22     of the celebrities. | | |
| 72:23 - 73:07 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:28 | EJv4.22 |
| | 72:23   Q.   Over to the right side -- first | | |
| | 72:24     of all, do you know how many followers Katy | | |
| | 72:25     Perry has on social media? | | |
| | 73:01   A.   Not off the top of my head, no. | | |
| | 73:02   Q.   You know that she has an album | | |
| | 73:03     that was called Teenage Dream, correct? | | |
| | 73:04   A.   Yes, I'm aware of it. | | |
| | 73:05   Q.   Yeah. | | |

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 73:06 | You know that many of her | | |
| | 73:07 | followers are under the age of 21, correct? | | |
| 73:10 - 73:11 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:03 | EJv4.23 |
| | 73:10 | THE WITNESS:  I know that Katy | | |
| | 73:11 | Perry has a wide audience. | | |
| 74:02 - 74:14 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:34 | EJv4.24 |
| 🔗 TAYLOR1406.2.5 | 74:02 | How about Leonardo DiCaprio? | | |
| | 74:03 | He's there, pictured, true? | | |
| | 74:04 | A.  Yes, that's him. | | |
| | 74:05 | Q.  Yeah.  And you -- Leonardo | | |
| | 74:06 | DiCaprio was part of your VIP portal | | |
| | 74:07 | customers, true? | | |
| | 74:08 | A.  Yes, that's correct. | | |
| | 74:09 | Q.  And a VIP portal customer got | | |
| | 74:10 | fairly significant discount products and | | |
| | 74:11 | opportunities to get new products that came | | |
| | 74:12 | out immediately, didn't they? | | |
| | 74:13 | A.  Yes, that was part of the | | |
| | 74:14 | portal offerings. | | |
| 74:16 - 74:21 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:15 | EJv4.25 |
| | 74:16 | And why would you give | | |
| | 74:17 | celebrities like that -- why would you give | | |
| | 74:18 | them portal or VIP status and give them | | |
| | 74:19 | discounts and access to products earlier than | | |
| | 74:20 | people would have access?  Why would you do | | |
| | 74:21 | that? | | |
| 74:22 - 74:25 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:09 | EJv4.26 |
| | 74:22 | A.  If you're asking for the | | |
| | 74:23 | premise of the VIP portal, I would say to | | |
| | 74:24 | build relationships with adult smokers who | | |
| | 74:25 | had switched to the product. | | |
| 75:01 - 75:04 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:10 | EJv4.27 |
| 🔗 TAYLOR1406.2.6 | 75:01 | Q.  And is it fair to say | | |
| | 75:02 | that in building those relationships, it is | | |
| | 75:03 | beneficial to you as a company for | | |
| | 75:04 | celebrities to be seen using your product? | | |
| 75:06 - 75:10 | **Edmondson taylor, Jessica 2021-03-11_WIT** | | 00:00:11 | EJv4.28 |

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 75:06   THE WITNESS:  Yes, I think | | EJv4.28 |
| | 75:07   earned media placements of adult | | |
| | 75:08   smokers who are on to our product now, | | |
| | 75:09   who are celebrities, does benefit the | | |
| | 75:10   company. | | |
| 79:07 - 79:22 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:48 | EJv4.29 |
| 🔗 TAYLOR1406.3 .1 | 79:07   There was a tier 1 of | | |
| | 79:08   celebrities, true? | | |
| | 79:09   A.  There was a tier of celebrities | | |
| | 79:10   that was listed as 1, that's true. | | |
| 🔗 TAYLOR1406.3 .2 | 79:11   Q.  And it says in 2017 there were | | |
| | 79:12   currently 20-plus of them who are active | | |
| | 79:13   users. | | |
| | 79:14   Did I read that correctly? | | |
| | 79:15   A.  Yes, that's what it says. | | |
| | 79:16   Q.  And it says, "These known | | |
| | 79:17   public figures have a large reach, not only | | |
| | 79:18   from their own social media channels but also | | |
| | 79:19   from international publications that cover | | |
| | 79:20   their lives and whereabouts." | | |
| | 79:21   Correct? | | |
| | 79:22   A.  Yes, that's what it says. | | |
| 80:23 - 81:06 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:28 | EJv4.30 |
| | 80:23   Showing celebrities using JUUL | | |
| | 80:24   increases brand awareness and visibility for | | |
| | 80:25   the product, true? | | |
| | 81:01   A.  Yes, that's true. | | |
| 🔗 TAYLOR1406.3 .4 | 81:02   Q.  And here it says, "Social media | | |
| | 81:03   reach of these celebrities was 163 million | | |
| | 81:04   and media reach was 531 million." | | |
| | 81:05   Did I read that correctly? | | |
| | 81:06   A.  Yes, that's what it says. | | |
| 82:05 - 82:18 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:33 | EJv4.31 |
| 🗙 Clear | 82:05   Do you know the demographics of | | |
| | 82:06   all the places that Katy Perry's image | | |
| | 82:07   appears? | | |
| | 82:08   A.  No, I do not. | | |

**EJv4 - Edmondson, Jessica SFUSD FINAL_PLAYED 04-26-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 82:09 Q. Okay. And you have no idea | | |
| | 82:10 amongst the followers that she has on social | | |
| | 82:11 media whether or not -- how many of those are | | |
| | 82:12 under the age of 21, right? | | |
| | 82:13 A. I do not know that. | | |
| | 82:14 Q. So while you're increasing | | |
| | 82:15 awareness, you have no guarantees that it is | | |
| | 82:16 amongst adult smokers when you're doing that | | |
| | 82:17 increasing on social media, correct? | | |
| | 82:18 A. That's correct to say. | | |
| 111:03 - 111:08 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:17 | EJv4.32 |
| | 111:03 tell me what | | |
| | 111:04 else is involved in the VIP service. We | | |
| | 111:05 talked about limited edition flavors, limited | | |
| | 111:06 edition designs. There were discounts. | | |
| | 111:07 What were the discounts that | | |
| | 111:08 were offered to the VIP program? | | |
| 111:09 - 111:11 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:10 | EJv4.33 |
| | 111:09 A. I know that we discounted | | |
| | 111:10 product down to a dollar, plus tax, I | | |
| | 111:11 believe, and shipping. | | |
| 111:16 - 112:14 | **Edmondson taylor, Jessica 2021-03-11_WIT** | 00:00:55 | EJv4.34 |
| | 111:16 Did they have a | | |
| | 111:17 special account where they were allowed to | | |
| | 111:18 get refills at discounted prices? | | |
| | 111:19 A. So I think you're asking me the | | |
| | 111:20 premise of the VIP portal and what that | | |
| | 111:21 entailed in terms of discounts; is that | | |
| | 111:22 correct? | | |
| | 111:23 Q. Yes. | | |
| | 111:24 A. Okay. So the VIP portal was | | |
| | 111:25 essentially a JUUL.com account that was | | |
| | 112:01 upgraded, upgraded in terms of a JUUL.com | | |
| | 112:02 account. Any customer can fill it out and | | |
| | 112:03 make it. | | |
| | 112:04 We simply upgraded it in the | | |
| | 112:05 back-end where discounts were automated as | | |
| | 112:06 part of our seamless white glove offering and | | |
| | 112:07 experience so they didn't have to plug in a | | |
| | 112:08 code. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:09  Q.  Okay.  So they would | | |
| | 112:10       automatically get the discounts to a dollar, | | |
| | 112:11       true? | | |
| | 112:12  A.  Yes.  Once we flagged and | | |
| | 112:13       upgraded the accounts, they would receive | | |
| | 112:14       automatic discounts upon checking out. | | |
| 508:16 - 508:18 | **Edmondson taylor, Jessica 2021-03-12_WIT** | 00:00:04 | EJv4.35 |
| | 508:16       MR. GOZA:  Okay.  I appreciate | | |
| | 508:17       that.  Thank you.  No more questions | | |
| | 508:18       for me. | | |

| | |
|---|---|
| PLF AFFIRMATIVE | 00:11:19 |
| DEF COUNTER | 00:00:24 |
| PLF COUNTER-COUNTER | 00:00:21 |
| **TOTAL RUN TIME** | **00:12:04** |

Documents linked to video:

TAYLOR1406

# EXHIBIT 2

[Submitting Counsel on Signature Page]

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 19-md-02913-WHO**<br><br>**JOINT STIPULATION IDENTIFYING TRIAL EXHIBITS USED IN THE VIDEOTAPED DEPOSIITON OF JESSICA EDMONDSON-TAYLOR PLAYED AT TRIAL** |
| **This Document Relates to:**<br><br>*San Francisco Unified School District v. Juul Labs, Inc. et al.,* **Case No. 3:19-cv-08177** | |

**WHEREAS**, Plaintiff called Jessica Edmondson-Taylor, whose videotaped deposition was played to the jury.

**WHEREAS,** the exhibit numbers in the videotaped deposition are different from the Trial Exhibit numbers.

**WHEREAS,** to most efficiently clarify the record, the parties, by and through their undersigned counsel, hereby stipulate and agree that the chart below accurately reflects the deposition exhibits introduced during the videotaped testimony of Jessica Edmondson-Taylor and the corresponding Trial Exhibit Numbers[1]:

---

[1] The parties reserve all objections regarding these exhibits.

| DEPOSITION EXHIBIT NUMBER | TRIAL EXHIBIT NUMBER |
|---|---|
| Edmondson-Taylor Exhibit 1406 | Plaintiff Trial Exhibit 52 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1

2

Respectfully submitted,

3

By: /s/ Beth A. Wilkinson
Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
James M. Rosenthal (pro hac vice)
Matthew R. Skanchy (pro hac vice)
Alysha Bohanon (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira K. Penza (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com

By: /s/ John C. Massaro
**ARNOLD & PORTER KAYE
SCHOLER LLP**
John C. Massaro (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
john.massaro@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants ALTRIA
GROUP, INC., PHILIP MORRIS USA
INC., ALTRIA CLIENT SERVICES LLC,
ALTRIA GROUP DISTRIBUTION
COMPANY, and ALTRIA
ENTERPRISES LLC*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ Michael M. Weinkowitz
Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia PA 19106
Telephone 215-592-1500
MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*

Sarah R. London
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: /s/ Dena C. Sharp
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: /s/ Dean Kawamoto
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: /s/ Ellen Relkin
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
*Co-Lead Counsel for Plaintiff*