**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Sarah London and Thomas Cartmell | Beth Wilkinson and Brian Stekloff |
| **TRIAL DATE:** 04/26/2023 | **REPORTER:** | **CLERK:** |
| 8:02 a.m. to 1:31 p.m. 5 hours, 29 minutes | Debra Pas | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session (jurors out) Trial briefing and objections discussed |
| | | 8:09 a.m. | | | Court in recess |
| | | 8:33 a.m. | | | Court in session (jurors present) |
| | | 8:33 a.m. | | | Defense cross examination of **Neil Everett Grunberg** (Stekloff) |
| | 13 | 8:53 a.m. | X | | 12/13/2018 Email from Robert Buell to David Wise et al. Re: Project Tree Greenleaf Regulatory Review (published without objection) |
| | 7004 | 9:06 a.m. | X | X | San Francisco Department of Health re Flavored Tobacco (no objection) |
| | 7063 | 9:09 a.m. | | | (objection to admission sustained) |
| | | 9:11 a.m. | | | Plaintiff redirect of **Neil Everett Grunberg** (Sarah London) |
| | | 9:24 a.m. | | | Portions of FDA letter (later identified as **Exhibit 86**) published. Upon objection, exhibit and related examination set aside for discussion outside the presence of the jury. |
| | 6 | 9:35 a.m. | X | | JUUL Exploratory Qualitative Research Final Report for Altria Client Services - Brand Riffs - December 2017 (published without objection) |
| | 527 | 9:48 a.m. | X | X | Excerpt from JLI PMTA - Chemistry and Stability (no objection) |
| | | 9:58 a.m. | | | Jurors excused |
| | | 9:59 a.m. | | | Counsel heard as to MIL rulings as applied to Exhibit 86 |
| | | 10:09 a.m. | | | Court in recess |
| | | 10:21 a.m. | | | Court in session (jurors out) |
| | | 10:24 a.m. | | | Court in session (jurors present) Defense follow up examination of **Neil Everett Grunberg** (Stekloff) |
| | | 10:27 a.m. | | | Witness excused |

1

Case No: 19-md-02913-WHO
Case Name: Madison County Publice Schools v. In Re: Juul Labs, Inc., Marketing, Sales Practices
Date: April 26, 2023
Courtroom Deputy: Jean Davis      - Court Reporter:    Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:27 a.m. | | | Court provides special instructions regarding deposition testimony and documents labeled confidential |
| | | 10:29 a.m. | | | Testimony of **William Param Gardner** presented by means of video deposition excerpts (Pl: 15 mins, Def: 7 mins) |
| | | 10:32 a.m. | | | Testimony of **Tabitha Wakefield** presented by means of video deposition excerpts (Pl: 44 mins, Def: 2 mins) |
| | | 11:41 a.m. | | | Plaintiff announces exhibits admitted pursuant to stipulated order of the Court |
| 3082 | | 11:41 a.m. | | X | COACD invitation to JUUL Launch Party |
| 3079 | | 11:41 a.m. | | X | 06/04/2015 TabbyWakes Instagram post "COACD invites you to JUUL Launch party" |
| 3077 | | 11:41 a.m. | | X | Compilation of JLI documents produced Launch party photos of Tabby and friends |
| 3158 | | 11:41 a.m. | | X | Shutterstock Image Event_169 https://tobacco-img.stanford.edu/wp-content/uploads/pods/juul/juul-events/event_169.jpg |
| 2364 | | 11:41 a.m. | | X | Photo from JUUL "Vaporized" Launch party" [James Monsees] [color] |
| 2351 | | 11:41 a.m. | | X | Photo from JUUL "Vaporized" Launch party" [black & white] |
| 639 | | 11:41 a.m. | | X | 6/4/2015 Instagram post from user Coacd, commented on by Juulvapor |
| 2458 | | 11:42 a.m. | | X | 6/5/2015 Instagram Post by simon_ackerman Last nights Juul event with @msweenz #chelsea #NYC |
| 821 | | 11:42 a.m. | | X | PAX LABS Events and Experiential Marketing 2015 Recap |
| 916 | | 11:42 a.m. | | X | Presentation: PAX Labs Board Meeting, June 17, 2015 |
| 3151 | | 11:42 a.m. | | X | msweenz Instagram photos (3 posts) |
| 2412 | | 11:42 a.m. | | X | 6/4/2015 Instagram post coacd New faces of @juulvapor?!! |
| 2310 | | 11:42 a.m. | | X | 07/01/2015 Chelsea Kania email to Lee Garvey, Ashley Marand, Spencer Pederson Re: "Party sosh posts" attaching re-post event photos from influencers [press event/Times Square] |
| 2267 | | 11:42 a.m. | | X | 10/11/2016 tabbywakes on Instagram "JUUL"https://www.instagram.com/p/BLcfK1gDns3/ |
| 2281 | | 11:42 a.m. | | X | Chi Osse Instagram accounthttps://www.instagram.com/chiosse/ |
| 2274 | | 11:42 a.m. | | X | 6/22/2019 @alybournepeters on Twitter "FUCK. Do I buy another JUUL or take the L and quit smoking bad things??" https://twitter.com/alybournepeters/status/1142619754273918976?s=11&t=WZK3kr4EJKt2q5vjmMBFSA |
| 3152 | | 11:42 a.m. | | X | msweenz Instagram photos (9 posts) |

Case No: 19-md-02913-WHO
Case Name: Madison County Publice Schools v. In Re: Juul Labs, Inc., Marketing, Sales Practices
Date: April 26, 2023
Courtroom Deputy: Jean Davis         - Court Reporter:     Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 3282 | | 11:43 a.m. | | X | 6/11/2018 Email from William Gardner to Raymond Lau Re: FW: Juul Overview Needed for Richard by Thursday, 6/14/18 COB |
| 3283 | | 11:43 a.m. | | X | 6/27/2018 Email from William Gardner to Edward Enters Re: FW: Juul Book of Knowledge |
| 3173 | | 11:43 a.m. | | X | JUUL Overview. June 2018. Altria Client Services presentation |
| 3284 | | 11:43 a.m. | | X | 5/9/2018 What you should know about the Juuling trend - The Washington Post |
| | | 11:44 a.m. | | | Court in recess |
| | | 12:02 p.m. | | | Court in session (jurors present) Testimony of **Jessica Edmonson-Taylor** presented by means of video deposition excerpts (Pl: 12 mins, Def: 1 min) |
| 52 | | 12:14 p.m. | | X | |
| | | | | | Testimony of **Riaz Valani** presented by means of video deposition excerpts (Pl: 49 mins, Def: 7 mins) |
| | | 1:13 p.m. | | | Admitted exhibits announced |
| 641 | | 1:13 p.m. | | X | Surgeon General's Advisory on E-cigarette Use Among Youth -2018 |
| 914 | | 1:13 p.m. | | X | Valani's Special Dividend Following Altria Deal |
| 176 | | 1:13 p.m. | | X | 05/18/2015 Email from Alexander Asseily to Nicholas Pritzker et al. Re: PAX thoughts - May 15 |
| 177 | | 1:13 p.m. | | X | 04/28/2018 Email from Amit Jain to Riaz Valani Re: downside of Pax/JUUL device due to high nicotine content |
| 178 | | 1:13 p.m. | | X | 07/02/2015 Email from Riaz Valani to Nicholas Pritzker and Hank Handelsman Re: Did you guys read the second half of this article |
| 1717 | | 1:14 p.m | | X | 11/05/2015 Email from James Monsees to board@pax.com Re: organizational update |
| 180 | | 1:14 p.m | | X | 03/30/2009 Email from Chris Skillin to Adam Bowen Re: Altria Meeting - April 6 |
| 19 | | 1:14 p.m | | X | 05/19/2009 Email from Chris Skillin to Adam Bowen, et al. Re: big 8 - status |
| 181 | | 1:14 p.m | | X | 11/11/2009 Email from Riaz Valani to James Monsees and Tony Kim Re: what PLOOM brings to big tobacco |
| 1268 | | 1:14 p.m | | X | 06/05/2017 Email from Riaz Valani to Nicholas J. Pritzker Re: Introduction |
| 182 | | 1:14 p.m | | X | 07/21/2017 Email from Nicholas Pritzker to Riaz Valani, et al. Re: Our Leadership - Altria |

| 3137 |  | 1:14 p.m |  | X | 8/1/2017 Email from Riaz Valani to Zach Frankel Re: Fwd: Pratham Bay Area Guide |
| 183 |  | 1:14 p.m |  | X | 06/11/2018 Email from Riaz Valani to Dinyar Devitre Re: Mint Percentage? |
| 2596 |  | 1:14 p.m |  | X | 10/5/2018 Email from Howard Willard to Riaz Valani and Nick Pritzker Re: Letter From Richard |
| 2938 |  | 1:14 p.m. |  | X | 4/30/2018 Insight Rooms JUUL Review |
|  |  | 1:15 p.m. |  |  | Testimony of **Dinyar Devitre** presented by means of video deposition excerpts (Pl: 16 mins) |
|  |  | 1:31 p.m. |  |  | Court in recess |

| | |
|---|---|
| Plaintiff time at start of day: | 34 hours, 14 minutes |
| Time used 04/26/2023: | 3 hours, 14 minutes |
| Time remaining: | 31 hours, 0 minutes |
| | |
| Defendant total time: | 37 hours, 35 minutes |
| Time used 04/26/2023: | 56 minutes |
| Time remaining: | 36 hours, 39 minutes |