UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Sarah London, Dena Sharp, and Thomas Cartmell | DEFENSE ATTORNEYS: Beth Wilkinson and Brian Stekloff |
|---|---|---|
| **TRIAL DATE: 04/27/2023** 7:55 a.m. to 1:29 p.m. 5 hours, 34 minutes | **REPORTER:** Debra Pas | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:55 a.m. | | | In camera conference conducted outside the courtroom. Sarah London, Dena Sharp, Beth Wilkinson, and Brian Stekloff present. Issue with juror discussed |
| | | 8:05 a.m. | | | Selected Juror No. 9 (Randomized Selection No. 56) brought into conference and queried |
| | | 8:12 a.m. | | | Juror No. 9 excused from further service. |
| | | 8:13 a.m. | | | Court and counsel discuss ongoing motion in limie directives in light of opening statements and testimony to date; treatment of Mr. Pritzker as an adverse witness discussed |
| | | 8:30 a.m. | | | Court in recess |
| | | 8:42 a.m. | | | Court in session; jurors seated |
| | | 8:44 a.m. | | | Testimony of **Dinyar Devitre** continued by means of video deposition excerpts (Pl: 20, Def: 6) |
| | | 9:10 a.m. | | | Plaintiff announces exhibits admitted pursuant to stipulated order of the Court |
| 3297 | | 9:10 a.m. | X | | 7/21/2017 Email from Riaz Valani to nick@taocap.com Re: Our Leadership - Altria |
| 45 | | 9:10 a.m. | X | | 6/13/2018 Messages from Devitre, LLC to Howard Willard |
| 1868 | | 9:10 a.m. | X | | 6/28/2018 Email from Dinya Devitre to William Gifford Re: Jefferies - Tobacco - Nielsen US cigarette industry vols - stop with all the negativity -- 06.26.18.pdf |
| 47 | | 9:10 a.m. | X | | Tobacco - Nielsen US Cigarette Industry Volumes: Stop With All the Negativity, Jefferies Group, 6/26/2018 |
| 549 | | 9:10 a.m. | X | | 08/10/2018 Messages from Dinyar Devitre to Riaz Valani |
| 49 | | 9:10 a.m. | X | | 12/25/2018 Email from Dinyar Devitre to Susan Cohen Re: Notes made by Devitre after call with Riaz Valani |
| | | 9:11 a.m. | | | Testimony of **K.C. Crosthwaite** presented by means of video deposition excerpts (Pl: 43, Def: 8) |
| | | 10:03 a.m. | | | Plaintiff announces exhibits admitted pursuant to stipulated order of the Court |

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: April 27, 2023
Courtroom Deputy: Jean Davis          - Court Reporter:     Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 475 | | 10:03 a.m. | | X | KC Crosthwaite Former LinkedIn Profile - linkedin.com |
| 476 | | 10:03 a.m. | | X | Page 9 of "The Health Consequences of Smoking, A Report of the Surgeon General, 1988" USDHHS |
| 480 | | 10:03 a.m. | | X | Demonstrative - Demo K: 2012 Surgeon General Report, Page 8 |
| 486 | | 10:03 a.m. | | X | Altria Notice of Annual Meeting of Shareholders and Proxy Statement, 2019 |
| 488 | | 10:03 a.m. | | X | Demonstrative - Demo AO: Pages 598-599 from "Preventing Tobacco Use Among Youth and Young Adults, A Report of the Surgeon General", Surgeon General Report 2012 – USDHHS |
| 489 | | 10:03 a.m. | | X | Demonstrative - Demo H: "Preventing Tobacco Use Among Youth and Young Adults", Surgeon General Report 2012 - Consumer Booklet |
| 496 | | 10:03 a.m. | | X | Demonstrative - Demo AG: Public Law 111-31, Family Smoking Prevention, - Pages 3-4 - TCA, - 6/22/2009 |
| 498 | | 10:03 a.m. | | | Mickle, "Marlboro Black Lures Millennials Who Shunned Cowboy Image", wsj.com, November 28, 2016 |
| 506 | | 10:03 a.m. | | X | 05/21/2019 Email from Kristen Killea to K.C. Crosthwaite Re: PMTA Analysis |
| 507 | | 10:03 a.m. | | X | 07/21/2019 Email from K.C. Crosthwaite to James Wappler and David Wise RE: Scanned document from Crosthwaite, Kevin C. |
| 509 | | 10:03 a.m. | | X | 07/22/2019 Email from Carina Davidson to K.C. Crosthwaite Re: Revised documents |
| 512 | | 10:03 a.m. | | X | 09/13/2019 Email from K.C. Crosthwaite to Murray Garnick Re: Draft plan for CEO switch: Jupiter |
| 515 | | 10:03 a.m. | | X | 02/08/2019 Email from Richard Farrell to K.C. Crosthwaite Re:: February E-Vapor Business Update |
| 519 | | 10:03 a.m. | | X | Demonstrative AD2 - Letter to FDA re JUUL PMTA, April 27 2021 |
| 525 | | 10:03 a.m. | | X | Demonstrative Z - Menthol and Cigarettes Basic Information, October 5, 2021 – CDC |
| | | 10:04 a.m. | | | Jurors excused |
| | | 10:04 a.m. | | | Objection to Exhibit **498** and portions of deposition testimony argued outside the presence of the jury. Issues taken under advisement |
| | | 10:12 a.m. | | | Court in recess |
| | | 10:27 a.m. | | | Court in session (jurors present) Plaintiff direct examination of **Quarry Pak** (Sharp) |

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: April 27, 2023
Courtroom Deputy: Jean Davis            - Court Reporter:      Debra Pas

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 5079 | | 10:30 a.m. | X | X | Juul School (no objection) |
| | | 11:21 a.m. | | | Sidebar conference [time charged to defense] |
| | | 11:25 a.m. | | | Defense cross examination of **Quarry Pak** (Wilkinson) |
| | 6003 | 11:27 a.m. | X | X | SFUSD Board of Education Policy (no objection) |
| | 7100 | 11:30 a.m. | X | X | San Francisco Health Code Article (no objection) |
| | 6399 | 11:35 a.m. | X | X | San Francisco Health Code, Article 19Q (no objection) |
| | | 11:36 a.m. | | | Plaintiff redirect of **Quarry Pak** (Sharp) |
| | | 11:40 a.m. | | | Witness excused |
| | | 11: 41 a.m. | | | Jurors excused |
| | | 11:42 a.m. | | | Sidebar (off record) |
| | | 11:50 a.m. | | | Court in recess |
| | | 12:03 p.m. | | | Court in session (jurors present) Testimony of **Matthew Alan Romyak** presented by way of video deposition excerpts (Pl: 19, Def: 1) |
| | | 12:26 p.m. | | | Entry of exhibits admitted pursuant to stipulated order of the Court |
| 3298 | | 12:26 p.m. | | X | 6/30/2017 Email from Matthew Romyak to Howard Willard Re: CMI Presentation for BOD Member on July 12th |
| 885 | | 12:26 p.m. | | X | 8/10/2018 Email from Bruce Neidle to Zane Underwood Re: Draft FY E-Vapor Estimate (percent Juul).xlsx |
| 163 | | 12:26 p.m. | | X | 01/18/2018 Email from Jon Getz to Matthew Romyak et al. Re: Juul Interaction with Cigarettes and Balance of E-Vapor |
| 887 | | 12:26 p.m. | | X | 05/10/2018 Email from Matthew Romyak to Pascal Fernandez and Bruce Neidle Re: Updates for Jody BOD and Additional Slide |
| 826 | | 12:26 p.m. | | X | 04/24/2018 Letter from FDA to Ziad Rouag Re: 904(b) Document Request |
| 889 | | 12:26 p.m. | | X | JUUL E-Cig and teens: Health Problem of the Decade? March 15, 2018. CNN |
| 891 | | 12:26 p.m. | | X | School System aware of JUUL Vaping device being used by students. 2018. NBC |
| 892 | | 12:26 p.m. | | X | 02/20/2018 Email from Craig Schwartz to Regina Costello et al. Re: Thoughts on Stated Volume??? |
| 164 | | 12:26 p.m. | | X | 06/08/2018 Email from Jon Getz to Kirby Forlin et al. Re: eVapor April 2018 report and presentation "Adult Tobacco Consumer Tracker", 5/25/2018 |

3

|  |  | 12:27 p.m. |  |  | Testimony of **William F. Gifford, Jr**. presented by way of video deposition excerpts |
|  |  | 1:28 p.m. |  |  | Jurors excused. |
|  |  | 1:29 p.m. |  |  | Court in recess |

Plaintiff time at start of day:   31 hours,  0 minutes
Time used 04/27/2023:             3 hours, 24 minutes
Time remaining:                   27 hours, 36 minutes

Defendant total time:             36 hours, 39 minutes
Time used 04/27/2023:                       30 minutes
Time remaining:                   36 hours,  9 minutes