[Submitting Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**TRIAL TESTIMONY AND EXHIBITS FROM THE VIDEOTAPED TESTIMONY OF JAMES XU PLAYED AT TRIAL** |

**This Document Relates to:**

*San Francisco Unified School District v. Juul Labs, Inc. et al.,* **Case No. 3:19-cv-08177**

Plaintiff, by and through its undersigned attorneys, hereby dockets the following:

1. **Exhibit 1** is a report of the videotaped testimony of James Xu that was played to the jury on April 28, 2023. The testimony in blue 00:13:38 and light blue 00:01:02 is Plaintiff's affirmative and counter-counter designations.

2. **Exhibit 2**: is a *Joint Stipulation Identifying Trial Exhibits Used In Videotaped Depositions of James Xu Played at Trial* that sets forth all of the Trial Exhibits from the videotaped testimony of James Xu admitted into evidence by the Court.

1

Respectfully submitted,

2

3

By: /s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz

4

**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street

5

Suite 500
Philadelphia PA 19106

6

Telephone 215-592-1500

7

MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*

8

9

*Sarah R. London*
Sarah R. London

10

**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29

11

San Francisco, CA 94111

12

Telephone: (415) 956-1000
slondon@lchb.com

13

14

By: /s/ *Dena C. Sharp*
Dena C. Sharp

15

**GIRARD SHARP LLP**
601 California St., Suite 1400

16

San Francisco, CA 94108

17

Telephone: (415) 981-4800
dsharp@girardsharp.com

18

By: */s/ Dean Kawamoto*

19

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**

20

1201 Third Ave., Ste. 3200
Seattle, WA 98101

21

Telephone: (206) 623-1900

22

By: /s/ *Ellen Relkin*

23

Ellen Relkin
**WEITZ & LUXENBERG**

24

700 Broadway
New York, NY 10003

25

Telephone: (212) 558-5500

26

*Co-Lead Counsel for Plaintiff*

27

28

# EXHIBIT 1

# XU, JAMES SFUSD FINAL_PLAYED 04-28-23

Designation List Report

| | |
|---|---|
| Xu, James | **2021-06-29** |
| Xu, James | **2021-06-30** |

| | |
|---|---|
| PLF AFFIRMATIVE | 00:13:38 |
| DEF AFFIRMATIVE | 00:00:12 |
| DEF COUNTER | 00:05:43 |
| PLF COUNTER-COUNTER | 00:01:02 |
| **TOTAL RUN TIME** | **00:20:34** |

Documents linked to video:
XU10017
XU10018



ID: XJv9

**XJv9 - XU, JAMES SFUSD FINAL_PLAYED 04-28-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:21 - 14:21 | **Xu, James 2021-06-29_WIT** | 00:00:02 | XJv9.1 |

14:21   Q.   Good morning, Mr. Xu.

| | | | |
|---|---|---|---|
| 15:21 - 16:03 | **Xu, James 2021-06-29_WIT** | 00:00:33 | XJv9.2 |

15:21        Could you please tell me what you do
15:22        for a living, Mr. Xu?
15:23   A.   I'm a business owner entrepreneur,
15:24        and so right now I spend most of my time managing
15:25        several business.  And before it was Avail Vapor
16:01        and then since last year, we split the company
16:02        into multiple entities and but that right now I'm
16:03        still managing those business.

| | | | |
|---|---|---|---|
| 17:06 - 17:09 | **Xu, James 2021-06-29_WIT** | 00:00:12 | XJv9.3 |

17:06        Okay.  And what is Avail Vapor's --
17:07        the current Avail Vapor's primary business?
17:08   A.   Retail operation electronic
17:09        cigarette.

| | | | |
|---|---|---|---|
| 29:14 - 30:14 | **Xu, James 2021-06-29_WIT** | 00:01:31 | XJv9.4 |

29:14   Q.   So it was -- explain that process
29:15        for me about when a customer walks into an Avail
29:16        store, they -- they're ID'd before they make a
29:17        purchase?  Or when they walk in?  I wasn't clear
29:18        on the sequence you were describing.
29:19   A.   Okay.  Before customer walk in, they
29:20        will see actually sign on the door to post the
29:21        legal age of that time.  Right now it's 21, but
29:22        before was actually different age group.
29:23   Q.   Right.
29:24   A.   Depend on the states.  So we will
29:25        have legal age post on the door, and then upon
30:01        entry of our door, our employee is trained to
30:02        immediately ask to see their ID and then that is
30:03        just a visual check.
30:04   Q.   Uh-huh.
30:05   A.   But when they -- and then if they
30:06        want to sample any of our product, they have to
30:07        join Avail Life, which is a royalty program and
30:08        for fee.  At that time, of course, it's become a
30:09        transaction and for a transaction we scan their --
30:10        their ID.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 30:11 | So if it's a fake ID, most likely | | |
| | 30:12 | it's not scannable.  So that's how we capture all | | |
| | 30:13 | that information.  And then when they're ready to | | |
| | 30:14 | make a purchase, we scan their ID again. | | |

| **50:15 - 50:17** | **Xu, James 2021-06-29_WIT** | | 00:00:10 | XJv9.5 |
| | 50:15  Q. | How many stores does Avail currently | | |
| | 50:16 | operate? | | |
| | 50:17  A. | Currently operate about 56. | | |

| **51:08 - 51:13** | **Xu, James 2021-06-29_WIT** | | 00:00:23 | XJv9.6 |
| | 51:08  Q. | Was Avail at one point the | | |
| | 51:09 | largest e-cigarette chain in the country? | | |
| | 51:10  A. | Yes. | | |
| | 51:11  Q. | Okay.  Was that in around 2017? | | |
| | 51:12  A. | If it's not '17, it will be the more | | |
| | 51:13 | 2018.  It would be around that time frame, yes. | | |

| **81:18 - 82:01** | **Xu, James 2021-06-29_WIT** | | 00:00:34 | XJv9.7 |
| | 81:18  Q. | is it fair to say that | | |
| | 81:19 | Altria approached you because they were interested | | |
| | 81:20 | in learning about the market and products in the | | |
| | 81:21 | market of e-cigarettes? | | |
| | 81:22  A. | Fair to say, yes. | | |
| | 81:23  Q. | And they wanted your help in | | |
| | 81:24 | understanding the market and the commercial | | |
| | 81:25 | performance of different products in that market? | | |
| | 82:01  A. | Yes. | | |

| **82:03 - 82:05** | **Xu, James 2021-06-29_WIT** | | 00:00:09 | XJv9.8 |
| | 82:03 | THE WITNESS:  I will say | | |
| | 82:04 | that's the -- they through us they have a | | |
| | 82:05 | window into this new industry. | | |

| **100:14 - 100:14** | **Xu, James 2021-06-29_WIT** | | 00:00:05 | XJv9.9 |
| | 100:14  Q. | Was it your impression that | | |

| **100:15 - 100:15** | **Xu, James 2021-06-29_WIT** | | 00:00:04 | XJv9.10 |
| | 100:15 | demographic data was important to them, to Altria? | | |

| **100:17 - 101:18** | **Xu, James 2021-06-29_WIT** | | 00:01:31 | XJv9.11 |
| | 100:17 | THE WITNESS:  That's one of | | |
| | 100:18 | the question they ask.  They ask many | | |
| | 100:19 | questions. | | |
| | 100:20 | BY MR. NAFISI: | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 100:21 Q. When you say "they ask many | | |
| | 100:22     questions," what -- could you -- could you explain | | |
| | 100:23     that?  Is it -- | | |
| | 100:24 A. Again, I have to ask -- go back to | | |
| | 100:25     many of the report they ask us to run and all that | | |
| | 101:01     and, you know, I believe they -- I mean, they -- | | |
| | 101:02     they are very good at data mining, and they | | |
| | 101:03     definitely don't only just look at the | | |
| | 101:04     demographic.  They look at every aspect of the | | |
| | 101:05     data. | | |
| | 101:06     And then, you know, I gave my | | |
| | 101:07     employee basically the green light to say, hey, if | | |
| | 101:08     Altria ask you for information, you don't have to | | |
| | 101:09     run to me every single time and ask for | | |
| | 101:10     permission. | | |
| | 101:11     So, you know, I basically introduced | | |
| | 101:12     David Wise, Steve Schroder.  Say, hey, this | | |
| | 101:13     particular person, directly go to them when you | | |
| | 101:14     have question.  So they may have access directly | | |
| | 101:15     to the data.  They may ask us to run report, and I | | |
| | 101:16     don't see those report personally.  Because -- | | |
| | 101:17 Q. Who was -- | | |
| | 101:18 A. -- it would not flow to me. | | |
| 157:24 - 158:05 | **Xu, James 2021-06-29_WIT** | 00:00:17 | XJv9.12 |
| | 157:24     When Altria invested in Avail in | | |
| | 157:25     2015, that investment was not made public, | | |
| | 158:01     correct? | | |
| | 158:02 A. No. | | |
| | 158:03 Q. And in September 29, 2017, it was | | |
| | 158:04     still not public, right? | | |
| | 158:05 A. No. | | |
| 208:22 - 208:24 | **Xu, James 2021-06-29_WIT** | 00:00:09 | XJv9.13 |
| | 208:22 Q. Is it your testimony then that the | | |
| | 208:23     decision to carry JUUL products at Avail stores | | |
| | 208:24     had nothing to do with Altria? | | |
| 209:01 - 209:02 | **Xu, James 2021-06-29_WIT** | 00:00:02 | XJv9.14 |
| | 209:01     THE WITNESS: Yes, that's | | |
| | 209:02     correct. | | |
| 213:01 - 213:03 | **Xu, James 2021-06-29_WIT** | 00:00:06 | XJv9.15 |

**XJv9 - XU, JAMES SFUSD FINAL_PLAYED 04-28-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 213:01   You mentioned a few moments ago that | | XJv9.15 |
| | 213:02   Altria requested some data from you relating to | | |
| | 213:03   JUUL? | | |
| 213:06 - 213:06 | **Xu, James 2021-06-29_WIT** | 00:00:01 | XJv9.16 |
| | 213:06   THE WITNESS:  Yes. | | |
| 213:08 - 213:24 | **Xu, James 2021-06-29_WIT** | 00:01:34 | XJv9.17 |
| | 213:08  Q.  When was that request | | |
| | 213:09   made? | | |
| | 213:10  A.  When we start carrying JUUL | | |
| | 213:11   product -- again, that's November 2017 -- Altria | | |
| | 213:12   representative were very curious about our overall | | |
| | 213:13   sale. | | |
| | 213:14   of their what's selling and what's the percentage | | |
| | 213:15   of our overall sale is JUUL. | | |
| | 213:16   So, many conversation happen at the | | |
| | 213:17   end of the year.  They just -- I would say they're | | |
| | 213:18   checking quite often to see overall how JUUL is | | |
| | 213:19   doing, and then they also made several trips to | | |
| | 213:20   buy large quantity of the JUUL product from us. | | |
| | 213:21   And then at the end of 2017 or the | | |
| | 213:22   very beginning of 2018, David Wise reach out to me | | |
| | 213:23   and ask me to bring some data analyst to go to | | |
| | 213:24   their Altria headquarter to run reports for them. | | |
| 214:05 - 214:09 | **Xu, James 2021-06-29_WIT** | 00:00:22 | XJv9.18 |
| | 214:05  Q.  Do you remember the date when David | | |
| | 214:06   Wise contacted you? | | |
| | 214:07  A.  I don't remember exact date, no. | | |
| | 214:08   It's definitely the beginning time of 2018, very | | |
| | 214:09   beginning. | | |
| 215:21 - 215:25 | **Xu, James 2021-06-29_WIT** | 00:00:14 | XJv9.19 |
| | 215:21  Q.  You mentioned a moment ago that | | |
| | 215:22   towards the end of the year there was significant | | |
| | 215:23   interest from Altria in JUUL's performance and | | |
| | 215:24   Avail. | | |
| | 215:25  A.  Yes. | | |
| 216:03 - 216:04 | **Xu, James 2021-06-29_WIT** | 00:00:06 | XJv9.20 |
| | 216:03  Q.  What did you understand the source | | |
| | 216:04   of that interest in JUUL to be? | | |
| 216:09 - 216:22 | **Xu, James 2021-06-29_WIT** | 00:00:48 | XJv9.21 |

**XJv9 - XU, JAMES SFUSD FINAL_PLAYED 04-28-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 216:09   THE WITNESS:  So, again, at | | XJv9.21 |
| | 216:10   that time, JUUL is the talk of the | | |
| | 216:11   industry and everywhere you turn around, | | |
| | 216:12   you hear JUUL is completely sold out. | | |
| | 216:13   Whoever has it able to sell through so | | |
| | 216:14   quickly.  Our store is bombarded by phone | | |
| | 216:15   call. | | |
| | 216:16   So anybody who is in that | | |
| | 216:17   field absolutely aware of -- of what's | | |
| | 216:18   JUUL, how JUUL is, you know, doing.  And, | | |
| | 216:19   of course, everybody is very curious what | | |
| | 216:20   is about this product why they are | | |
| | 216:21   selling so hot.  So that's I believe it | | |
| | 216:22   is on everyone's mind at that point. | | |
| 217:09 - 217:12 | **Xu, James 2021-06-29_WIT** | 00:00:17 | XJv9.22 |
| | 217:09   Q.  Was it typical for David Wise to or | | |
| | 217:10     anyone from Altria to call you and ask you to | | |
| | 217:11     bring a laptop full of transaction data to the | | |
| | 217:12     headquarters? | | |
| 217:15 - 217:15 | **Xu, James 2021-06-29_WIT** | 00:00:02 | XJv9.23 |
| | 217:15   THE WITNESS:  It's unusual. | | |
| 218:14 - 218:15 | **Xu, James 2021-06-29_WIT** | 00:00:05 | XJv9.24 |
| | 218:14   Q.  Did you attend that meeting alone? | | |
| | 218:15   A.  No. | | |
| 220:13 - 220:17 | **Xu, James 2021-06-29_WIT** | 00:00:10 | XJv9.25 |
| | 220:13   Q.  Once they entered, once everyone was | | |
| | 220:14     in the room -- | | |
| | 220:15   A.  Uh-huh. | | |
| | 220:16   Q.  -- please describe what happened, | | |
| | 220:17     how the meeting began. | | |
| 220:19 - 221:10 | **Xu, James 2021-06-29_WIT** | 00:00:58 | XJv9.26 |
| | 220:19   THE WITNESS:  The meeting | | |
| | 220:20     was, of course, start with chitchatting | | |
| | 220:21     and chitchatting for a while, but then | | |
| | 220:22     fairly quickly we turn the floor to | | |
| | 220:23     Bobby. | | |
| | 220:24     And I believe Bobby ask for | | |
| | 220:25     what's the password, WiFi password, so he | | |
| | 221:01     can link to our live database real-time | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 221:02    and perform the data query that Altria is | | |
| | 221:03    going to ask. | | |
| | 221:04    BY MR. NAFISI: | | |
| | 221:05  Q.  So Bobby was querying data that was | | |
| | 221:06    on the Life servers? | | |
| | 221:07  A.  Yes.  Maybe our backup server | | |
| | 221:08    because I believe and I'm not -- I believe we have | | |
| | 221:09    a mirror copy of the data because you don't want | | |
| | 221:10    to mess with real transaction. | | |
| **222:11 - 222:16** | **Xu, James 2021-06-29_WIT** | 00:00:29 | XJv9.27 |
| | 222:11  Q.  what kinds of | | |
| | 222:12    questions were they asking? | | |
| | 222:13  A.  What's the gender?  Which item sell | | |
| | 222:14    the most?  Lots of data was run at that time and | | |
| | 222:15    because, again, it's Life data.  So whatever they | | |
| | 222:16    asked, we run.  Bobby run it. | | |
| **222:17 - 222:23** | **Xu, James 2021-06-29_WIT** | 00:00:31 | XJv9.28 |
| | 222:17    So many different way how to look at | | |
| | 222:18    the different way you look at the JUUL data, and | | |
| | 222:19    we were basically look at it.  And I believe we | | |
| | 222:20    also look at comparison data of, like, BO to | | |
| | 222:21    compare.  Because, again, like I previously | | |
| | 222:22    mention, we carry BO for long, long, much longer | | |
| | 222:23    time. | | |
| **224:23 - 225:02** | **Xu, James 2021-06-29_WIT** | 00:00:28 | XJv9.29 |
| | 224:23  Q.  Do you remember how the age mix | | |
| | 224:24    compared to Avail's average? | | |
| | 224:25  A.  That's -- at that time, certain | | |
| | 225:01    state is still age 18, and I believe majority of | | |
| | 225:02    the user is below the age 25. | | |
| **225:03 - 225:04** | **Xu, James 2021-06-29_WIT** | 00:00:06 | XJv9.30 |
| | 225:03  Q.  Do you also believe that the | | |
| | 225:04    majority of users were under the age of 20? | | |
| **225:07 - 225:08** | **Xu, James 2021-06-29_WIT** | 00:00:02 | XJv9.31 |
| | 225:07    THE WITNESS:  It's a large | | |
| | 225:08    portion of that. | | |
| **225:09 - 225:12** | **Xu, James 2021-06-29_WIT** | 00:00:10 | XJv9.32 |
| | 225:09    BY MR. NAFISI: | | |
| | 225:10  Q.  Was there a reaction to seeing this | | |

**XJv9 - XU, JAMES SFUSD FINAL_PLAYED 04-28-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 225:11   age data by Altria personnel, by Wise, Schroder, | | |
| | 225:12   or Underwood? | | |
| 225:14 - 225:15 | **Xu, James 2021-06-29_WIT** | 00:00:06 | XJv9.33 |
| | 225:14   THE WITNESS:  I believe so. | | |
| | 225:15   It was a "holy shit" moment. | | |
| 227:13 - 227:22 | **Xu, James 2021-06-29_WIT** | 00:00:57 | XJv9.34 |
| | 227:13   Q.  Why did the meeting end, if | | |
| | 227:14   you recall? | | |
| | 227:15   A.  I remember the meeting end when we | | |
| | 227:16   showed age demographic and that was the strong | | |
| | 227:17   reaction, and then we further run the report like | | |
| | 227:18   compared to BO.  And the BO's age is still young, | | |
| | 227:19   but not nearly as young as JUUL.  And then we run, | | |
| | 227:20   I guess, Avail data and Avail data more skew much | | |
| | 227:21   further to the older age, and I believe that's the | | |
| | 227:22   moment just like that's the end of the meeting. | | |
| 247:02 - 247:09 | **Xu, James 2021-06-30_WIT** | 00:00:29 | XJv9.35 |
| | 247:02   Q.  Do you recall yesterday when we | | |
| | 247:03   wrapped up we were discussing a meeting that took | | |
| | 247:04   place at Altria headquarters on January -- at some | | |
| | 247:05   point in January 2018? | | |
| | 247:06   A.  Yes. | | |
| | 247:07   Q.  Do you know if the date of that | | |
| | 247:08   meeting was January 3, 2018? | | |
| | 247:09   A.  I will say it's around that time. | | |
| 248:17 - 248:20 | **Xu, James 2021-06-30_WIT** | 00:00:17 | XJv9.36 |
| | 248:17   Q.  Prior to this January 3, 2018 | | |
| | 248:18   meeting, had you ever visited Altria's | | |
| | 248:19   headquarters for a conference? | | |
| | 248:20   A.  Yes. | | |
| 254:22 - 254:24 | **Xu, James 2021-06-30_WIT** | 00:00:08 | XJv9.37 |
| | 254:22   Q.  Would you recognize K.C. Crosthwaite | | |
| | 254:23   if I showed you his face? | | |
| | 254:24   A.  Yes. | | |
| 255:01 - 255:03 | **Xu, James 2021-06-30_WIT** | 00:00:06 | XJv9.38 |
| | 255:01   Do you know what K.C. Crosthwaite's | | |
| | 255:02   role was at the time of this, or do you have a | | |
| | 255:03   sense of it? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 255:05 - 255:17 | **Xu, James 2021-06-30_WIT** | 00:01:11 | XJv9.39 |

| | | |
|---|---|---|
| | 255:05 | THE WITNESS:  We first met |
| | 255:06 | K.C. when he just came back in Europe, |
| | 255:07 | and then he became the head of the |
| | 255:08 | strategy.  I don't remember the exact |
| | 255:09 | time period. |
| | 255:10 | Again, the strategy, the head |
| | 255:11 | of strategy changed so often.  K.C., if I |
| | 255:12 | remember correctly, that would put him in |
| | 255:13 | the time frame of 2016 because it's the |
| | 255:14 | year after our investment. |
| | 255:15 | So I will say 2016 that's the |
| | 255:16 | first time we met him, and he came to |
| | 255:17 | Avail after he took the job. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 354:18 - 354:19 | **Xu, James 2021-06-30_WIT** | 00:00:01 | XJv9.40 |

| | | |
|---|---|---|
| | 354:18 | Exhibit |
| | 354:19 | No. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 354:20 - 354:22 | **Xu, James 2021-06-30_WIT** | 00:00:02 | XJv9.41 |

| | | |
|---|---|---|
| | 354:20 | 10017. |
| | 354:21 | (Document marked for |
| | 354:22 | identification as Exhibit 10017.) |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 355:04 - 355:06<br>🔗 XU10017.1.1 | **Xu, James 2021-06-30_WIT** | 00:00:11 | XJv9.42 |

| | | | |
|---|---|---|---|
| | 355:04 | Q. | Is this an e-mail that you sent to |
| | 355:05 | | Russell Rogers and David Wise on April 1, 2019? |
| | 355:06 | A. | Yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 361:14 - 361:22<br>🔗 XU10017.1.2 | **Xu, James 2021-06-30_WIT** | 00:00:25 | XJv9.43 |

| | | | |
|---|---|---|---|
| | 361:14 | Q. | And the following sentence reads: |
| | 361:15 | | "Without knowledge of your actions |
| | 361:16 | | outside of the best interests of Avail, we |
| | 361:17 | | contributed Avail proprietary JUUL usage and |
| | 361:18 | | demographic data that you requested in confidence |
| | 361:19 | | and which highlighted JUUL's concern over youth |
| | 361:20 | | appeal and marketing philosophies." |
| | 361:21 | | Does -- |
| | 361:22 | A. | Yes. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 362:05 - 362:07<br>🗶 Clear | **Xu, James 2021-06-30_WIT** | 00:00:18 | XJv9.44 |

| | | | |
|---|---|---|---|
| | 362:05 | Q. | Are there any examples of Altria |
| | 362:06 | | requesting demographic data that we have -- that |
| | 362:07 | | you are aware of that we have not discussed? |

**XJv9 - XU, JAMES SFUSD FINAL_PLAYED 04-28-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 362:10 - 362:23 | **Xu, James 2021-06-30_WIT** | 00:00:57 | XJv9.45 |

362:10   THE WITNESS:  Again, only
362:11   thing I aware of was the meeting that
362:12   they request January 2018, and then being
362:13   with K.C. that I voluntarily or actually
362:14   I brought the data to K.C.
362:15   Besides that two occasion, I
362:16   know we have regular data feed, but I was
362:17   not involved in those reporting.  But I
362:18   do know we have regular reporting with
362:19   them, and that will be between our Avail
362:20   staff and then directly with Altria's
362:21   staff because we establish those --
362:22   those, you know, this channel early in
362:23   the game.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 376:12 - 376:12 | **Xu, James 2021-06-30_WIT** | 00:00:02 | XJv9.46 |

376:12   thank you very much for your time

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 391:20 - 392:10 | **Xu, James 2021-06-30_WIT** | 00:00:39 | XJv9.47 |

391:20  Q.  Okay.  So in 2015, it was -- the
391:21   investment agreement that you entered into Altria
391:22   invested 9.7 million for a 15 percent interest in
391:23   Avail; is that right?
391:24  A.  That's correct.
391:25  Q.  And because it was only 15 percent,
392:01   Altria did not have control over Avail at that
392:02   time, right?
392:03  A.  No.
392:04  Q.  And you retained -- yourself
392:05   retained more than 50 percent ownership, correct?
392:06  A.  Correct.
392:07  Q.  So as the majority shareholder and
392:08   CEO, you retained control over Avail even after
392:09   Altria's investment, right?
392:10  A.  Yes.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 394:22 - 395:04 | **Xu, James 2021-06-30_WIT** | 00:00:18 | XJv9.48 |

394:22   (Document marked for
394:23   identification as Exhibit 10018.)
394:24   BY MS. O'CONNOR:

🔗 XU10018.1.1
394:25  Q.  Mr. Xu, is this a draft -- a copy of
395:01   the investment agreement between Altria and Avail

**XJv9 - XU, JAMES SFUSD FINAL_PLAYED 04-28-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 395:02     that's dated December 7, 2015? | | |
| | 395:03   A.   Yes. | | |
| | 395:04   Q.   And if we could go to Bates number | | |
| 395:05 - 395:08 | **Xu, James 2021-06-30_WIT** | 00:00:07 | XJv9.49 |
| 🔗 XU10018.28.1 | 395:05     ending in 750.  And you see this is Schedule | | |
| 🔗 XU10018.28.2 | 395:06     3.01(i). | | |
| | 395:07     Do you see that, Mr. Xu? | | |
| | 395:08   A.   (Reviews document.) | | |
| 395:09 - 396:16 | **Xu, James 2021-06-30_WIT** | 00:01:09 | XJv9.50 |
| | 395:09     Yes.  Okay. | | |
| 🔗 XU10018.28.3 | 395:10   Q.   And Section 1 says: | | |
| | 395:11     "The Company's products shall not be | | |
| | 395:12     intended for youth or those under age and will not | | |
| | 395:13     be marketed as such." | | |
| | 395:14     Correct? | | |
| | 395:15   A.   Yes. | | |
| | 395:16   Q.   And then it says: | | |
| 🔗 XU10018.28.4 | 395:17     "The company will not permit its | | |
| | 395:18     products to be sold to anyone younger than 18 or | | |
| | 395:19     the legal smoking age in the applicable state or | | |
| | 395:20     locality." | | |
| | 395:21     Correct? | | |
| | 395:22   A.   Yes. | | |
| 🔗 XU10018.28.5 | 395:23   Q.   And "Identification will be required | | |
| | 395:24     for anyone appearing under the age of 26," right? | | |
| | 395:25   A.   Which we went beyond that.  We ID | | |
| | 396:01     anybody. | | |
| | 396:02   Q.   Yeah.  And then the last sentence | | |
| | 396:03     says: | | |
| 🔗 XU10018.28.6 | 396:04     "The Company will not make any | | |
| | 396:05     statement or claim or use imagery designed to | | |
| | 396:06     appeal to children or minors, or that could be | | |
| | 396:07     construed as an attempt to attract or appeal to | | |
| | 396:08     children or minors." | | |
| | 396:09     Correct? | | |
| | 396:10   A.   Yes. | | |
| | 396:11   Q.   And this provision was consistent | | |
| | 396:12     with how you were doing business at the time, | | |
| | 396:13     right? | | |
| | 396:14   A.   And even today.  That's -- | | |

### XJv9 - XU, JAMES SFUSD FINAL_PLAYED 04-28-23

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 396:15  Q.  Yeah. | | |
| | 396:16  A.  That's we try our best. | | |
| 410:22 - 411:01 | **Xu, James 2021-06-30_WIT** | 00:00:17 | XJv9.51 |
| ⌦ Clear | 410:22  Q.  Now, you mentioned, Mr. Xu, that | | |
| | 410:23      your primary contacts at Altria were Steve | | |
| | 410:24      Schroder and Steve Schroder primarily and also | | |
| | 410:25      David Wise, right? | | |
| | 411:01  A.  That's correct. | | |
| 411:15 - 412:05 | **Xu, James 2021-06-30_WIT** | 00:00:33 | XJv9.52 |
| | 411:15      I meant that you know them | | |
| | 411:16      well through your business relationship, correct? | | |
| | 411:17  A.  Yeah. | | |
| | 411:18  Q.  And you met with them many, many | | |
| | 411:19      times over the course of your three-year | | |
| | 411:20      relationship with AVI? | | |
| | 411:21  A.  Yes.  Yes. | | |
| | 411:22  Q.  At least once a month and sometimes | | |
| | 411:23      more often? | | |
| | 411:24  A.  At least once a month.  That's an | | |
| | 411:25      estimate, yes. | | |
| | 412:01  Q.  And the meetings -- in the meetings, | | |
| | 412:02      you would discuss all sorts of topics, right?  You | | |
| | 412:03      would discuss how your business was doing, | | |
| | 412:04      correct? | | |
| | 412:05  A.  Yes. | | |
| 412:21 - 412:24 | **Xu, James 2021-06-30_WIT** | 00:00:12 | XJv9.53 |
| | 412:21  Q.  And prior to Altria's investment in | | |
| | 412:22      JUUL, you also worked collaboratively with lots of | | |
| | 412:23      other people at Altria; is that fair? | | |
| | 412:24  A.  Fair. | | |

| | | |
|---|---|---|
| PLF AFFIRMATIVE | 00:13:38 | |
| DEF AFFIRMATIVE | 00:00:12 | |
| DEF COUNTER | 00:05:43 | |
| PLF COUNTER-COUNTER | 00:01:02 | |
| **TOTAL RUN TIME** | **00:20:34** | |

Documents linked to video:

XU10017

XU10018

# EXHIBIT 2

1

2

3

4    [Submitting Counsel on Signature Page]

5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                             SAN FRANCISCO DIVISION

10

11   **IN RE JUUL LABS, INC.,**              **Case No. 19-md-02913-WHO**
     **MARKETING, SALES PRACTICES,**
12   **AND PRODUCTS LIABILITY**              **JOINT STIPULATION IDENTIFYING**
     **LITIGATION**                          **TRIAL EXHIBITS USED IN THE**
13                                           **VIDEOTAPED DEPOSITION OF JAMES XU**
                                             **PLAYED AT TRIAL**
14   ────────────────────────────

15   **This Document Relates to:**

16   *San Francisco Unified School District v.*
     *Juul Labs, Inc. et al.,* **Case No. 3:19-cv-**
17   **08177**

18

19         **WHEREAS**, Plaintiff called James Xu, whose videotaped deposition was played to the

20   jury.

21         **WHEREAS,** the exhibit numbers in the videotaped deposition are different from the Trial

22   Exhibit numbers.

23         **WHEREAS,** to most efficiently clarify the record, the parties, by and through their

24   undersigned counsel, hereby stipulate and agree that the chart below accurately reflects the

25   deposition exhibits introduced during the videotaped testimony of James Xu and the corresponding

26   Trial Exhibit Numbers[1]:

27   ─────────────────────
     [1] The parties reserve all objections regarding these exhibits.

28                                                **JOINT STIPULATION IDENTIFYING TRIAL**
                                                  **EXHIBITS USED IN VIDEOTAPED**
                                                  **DEPOSITION**

| DEPOSITION EXHIBIT NUMBER | TRIAL EXHIBIT NUMBER |
|---|---|
| Xu Exhibit 10017 | Trial Exhibit 1017 |
| Xu Exhibit 10018 | Trial Exhibit 2740 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**JOINT STIPULATION IDENTIFYING TRIAL EXHIBITS USED IN VIDEOTAPED DEPOSITION**

Respectfully submitted,

By: /s/ Beth A. Wilkinson
Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
James M. Rosenthal (pro hac vice)
Matthew R. Skanchy (pro hac vice)
Alysha Bohanon (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira K. Penza (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com

By: /s/ John C. Massaro
**ARNOLD & PORTER KAYE
SCHOLER LLP**
John C. Massaro (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
john.massaro@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants ALTRIA
GROUP, INC., PHILIP MORRIS USA
INC., ALTRIA CLIENT SERVICES LLC,
ALTRIA GROUP DISTRIBUTION
COMPANY, and ALTRIA
ENTERPRISES LLC*

By: /s/ Michael M. Weinkowitz
Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia PA 19106
Telephone 215-592-1500
MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*

Sarah R. London
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: /s/ Dena C. Sharp
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: /s/ Dean Kawamoto
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: /s/ Ellen Relkin
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
*Co-Lead Counsel for Plaintiff*

**JOINT STIPULATION IDENTIFYING TRIAL
EXHIBITS USED IN VIDEOTAPED
DEPOSITION**