[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 19-md-02913-WHO**<br><br>**TRIAL TESTIMONY AND EXHIBITS FROM THE VIDEOTAPED TESTIMONY OF CHRISOPTHER OLIN PLAYED AT TRIAL** |
| **This Document Relates to:**<br><br>***San Francisco Unified School District v. Juul Labs, Inc. et al.,* Case No. 3:19-cv-08177** | |

Plaintiff, by and through its undersigned attorneys, hereby dockets the following:

1. **<u>Exhibit 1</u>** is a report of the videotaped testimony of Christopher Olin that was played to the jury on May 1, 2023. The testimony in blue 00:23:01 and light blue 00:00:00 is Plaintiff's affirmative and counter-counter designations.

2. **<u>Exhibit 2</u>**: is a *Joint Stipulation Identifying Trial Exhibits Used In Videotaped Depositions of Christopher Olin Played at Trial* that sets forth all of the Trial Exhibits from the videotaped testimony of Christopher Olin admitted into evidence by the Court.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,


By: /s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia PA 19106
Telephone 215-592-1500
MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*


Sarah R. London
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ *Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com


By: /s/ *Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900


By: /s/ *Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
*Co-Lead Counsel for Plaintiff*

# EXHIBIT 1

# Olin, Christopher SFUSD FINAL_PLAYED 05-01-23

## Designation List Report

**Olin, Christopher**                    **2021-07-29**

| | |
|---|---:|
| PLF AFFIRMATIVE | 00:23:01 |
| **TOTAL RUN TIME** | **00:23:01** |

Documents linked to video:
OLIN18502
OLIN18503
OLIN18506
OLIN18509
OLIN18512
OLIN18519
OLIN18522
OLINPM14030
OLINPM14042
OLINPM14203



**ID: OCv12**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:02 - 14:04 | **Olin, Christopher 2021-07-29_WIT** | 00:00:04 | OCv12.1 |
| | 14:02    BY MR. WATTS:<br>14:03  Q.  What is your name?<br>14:04  A.  Christopher Olin. | | |
| 14:05 - 14:07 | **Olin, Christopher 2021-07-29_WIT** | 00:00:05 | OCv12.2 |
| | 14:05  Q.  Mr. Olin, my name is Mikal Watts.  I'm<br>14:06    the lawyer for the plaintiffs who will be taking<br>14:07    your deposition here today. | | |
| 16:10 - 16:15 | **Olin, Christopher 2021-07-29_WIT** | 00:00:17 | OCv12.3 |
| | 16:10  Q.  And if you could, tell the ladies and<br>16:11    gentlemen of the jury where you went to school and<br>16:12    what your professional background is.<br>16:13  A.  I went to Stanford University, and<br>16:14    worked in software for the main part of my career,<br>16:15    and then finance after that. | | |
| 16:19 - 17:04 | **Olin, Christopher 2021-07-29_WIT** | 00:00:30 | OCv12.4 |
| | 16:19    What investment management office have<br>16:20    you been a principal in?<br>16:21  A.  That's Tao Capital Partners.<br>16:22  Q.  Okay.  And if you could, describe what<br>16:23    Tao Capital Partners is.<br>16:24  A.  It's a family business office for a<br>16:25    number of family members.<br>17:01  Q.  Okay.  And when you say "for a number of<br>17:02    family members," that would be members of the<br>17:03    Nicholas Pritzker family; is that right?<br>17:04  A.  Yes. | | |
| 17:15 - 17:24 | **Olin, Christopher 2021-07-29_WIT** | 00:00:28 | OCv12.5 |
| | 17:15    And do you work full time or did you<br>17:16    work full time at the Tao Capital Partners?<br>17:17  A.  I worked full time there from -- yes,<br>17:18    for a period of time.  I'm not full time there<br>17:19    now.<br>17:20  Q.  Yeah.  What was the time frame where<br>17:21    you were working full time at Tao Capital<br>17:22    Partners?<br>17:23  A.  Sometime in 2013 when the office was<br>17:24    opened until the end of 2017. | | |
| 19:07 - 19:16 | **Olin, Christopher 2021-07-29_WIT** | 00:00:24 | OCv12.6 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 19:07  Q.  And as to whether or not the | | OCv12.6 |
| | 19:08      Pritzker, you know, family or any member of the | | |
| | 19:09      family had already made investments in Ploom, you | | |
| | 19:10      just don't recall. | | |
| | 19:11      Is that fair? | | |
| | 19:12  A.  Yeah -- well, the investments just | | |
| | 19:13      structurally are made through family entities | | |
| | 19:14      and -- and family trusts.  Yes, I think there was | | |
| | 19:15      an investment before the creation of the office in | | |
| | 19:16      San Francisco, Tao. | | |
| 20:18 - 20:22 | **Olin, Christopher 2021-07-29_WIT** | 00:00:12 | OCv12.7 |
| | 20:18  Q.  I'll just represent to you, | | |
| | 20:19      Mr. Nicholas Pritzker told me that he made his | | |
| | 20:20      first investment in 2011, and that would comport | | |
| | 20:21      with your recollection; is that right? | | |
| | 20:22  A.  Yeah, that sounds about right. | | |
| 21:10 - 21:15 | **Olin, Christopher 2021-07-29_WIT** | 00:00:09 | OCv12.8 |
| | 21:10      I'm going to ask you about a | | |
| | 21:11      series of documents that you either wrote or | | |
| | 21:12      received, and -- and I'll just take it | | |
| | 21:13      chronologically and see if you can -- you and I | | |
| | 21:14      can go through this. | | |
| | 21:15      Exhibit 8 -- I mean 18502. | | |
| 21:16 - 21:18 | **Olin, Christopher 2021-07-29_WIT** | 00:00:02 | OCv12.9 |
| 🔗 OLIN18502.1.1 | 21:16      18502.  There we go. | | |
| | 21:17      (Olin Exhibit No. 18502 was marked | | |
| | 21:18      for identification.) | | |
| 21:19 - 22:11 | **Olin, Christopher 2021-07-29_WIT** | 00:00:38 | OCv12.10 |
| | 21:19      BY MR. WATTS: | | |
| | 21:20  Q.  You are married to Regan Pritzker; is | | |
| | 21:21      that right? | | |
| | 21:22  A.  Yes. | | |
| 🔗 OLIN18502.1.2 | 21:23  Q.  And she writes you an e-mail on January | | |
| | 21:24      the 11th saying:  "Maybe you saw this already," | | |
| | 21:25      and it's a Science News article about health risks | | |
| | 22:01      of e-cigarettes emerging. | | |
| | 22:02      Do you see that? | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 22:03 | A. Yes. | | |
| 🔗 OLIN18502.1.3 | 22:04 | Q. And you respond: "Scary." And then | | |
| | 22:05 | you forward it to Nicholas Pritzker; is that | | |
| | 22:06 | right? | | |
| | 22:07 | A. I don't recall this exchange, but I -- I | | |
| | 22:08 | see the e-mail here. | | |
| 🔗 OLIN18502.1.4 | 22:09 | Q. And then Nicholas Pritzker -- that's | | |
| | 22:10 | your father-in-law, right? | | |
| | 22:11 | A. Yes. | | |
| 24:02 - 24:09 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:20 | OCv12.11 |
| 🔗 OLIN18502.1.5 | 24:02 | Q. Mr. Olin, at the time that you | | |
| | 24:03 | received this e-mail from Nicholas Pritzker saying | | |
| | 24:04 | that there's no doubt in his mind that there would | | |
| | 24:05 | be valid health concerns around the product and | | |
| | 24:06 | potentially strict liability, you were at Tao | | |
| | 24:07 | Capital Partners as a principal in the family | | |
| | 24:08 | office that had an investment in the company that | | |
| | 24:09 | made JUUL, right? | | |
| 24:11 - 24:22 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:32 | OCv12.12 |
| | 24:11 | THE WITNESS: Yes. | | |
| | 24:12 | BY MR. WATTS: | | |
| | 24:13 | Q. Now, at the same time, were you serving | | |
| | 24:14 | as the chairman of the Center for Environmental | | |
| | 24:15 | Health? | | |
| | 24:16 | A. Yes, I believe so, in 2015. | | |
| 🗙 Clear | 24:17 | Q. Yes, sir. Now, Mr. Olin, if you could | | |
| | 24:18 | in your own words, tell the jury what the Center | | |
| | 24:19 | for Environmental Health does. | | |
| | 24:20 | A. It's a nonprofit organization in Oakland | | |
| | 24:21 | that focuses on keeping the environment and | | |
| | 24:22 | consumer products healthy. | | |
| 24:23 - 24:25 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:07 | OCv12.13 |
| | 24:23 | Q. Okay. And I want to take you to an | | |
| 🔗 OLIN18503.1.1 | 24:24 | e-mail that you wrote in May of 2015, | | |
| 🔗 OLIN18503.1.2 | | | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 24:25    Exhibit 18503. | | |
| 26:02 - 26:08 | **Olin, Christopher 2021-07-29_WIT** | 00:00:13 | OCv12.14 |
| | 26:02   Q.  And part of what you told | | |
| 🔗 OLIN18503.1.3 | 26:03    Mr. Nicholas Pritzker is:  "Last night I attended | | |
| | 26:04    the annual gala for the Center for Environmental | | |
| | 26:05    Health, the nonprofit of which I am the board | | |
| | 26:06    chair." | | |
| | 26:07    Do you see that? | | |
| | 26:08   A.  Yes. | | |
| 28:22 - 28:25 | **Olin, Christopher 2021-07-29_WIT** | 00:00:07 | OCv12.15 |
| 🔗 OLIN18503.1.4 | 28:22   Q.  Okay.  And you were communicating that | | |
| | 28:23    to your father-in-law who sat on the board of | | |
| | 28:24    directors of the company that made the JUUL | | |
| | 28:25    product, right? | | |
| 29:02 - 29:07 | **Olin, Christopher 2021-07-29_WIT** | 00:00:15 | OCv12.16 |
| | 29:02    THE WITNESS:  I -- I actually don't know | | |
| | 29:03    whether he was on the board at that time.  This | | |
| | 29:04    was kind of a heads-up to him and other folks on | | |
| | 29:05    the investment committee that this whole sector | | |
| | 29:06    was going to be -- going to be getting some | | |
| | 29:07    attention. | | |
| 30:07 - 30:10 | **Olin, Christopher 2021-07-29_WIT** | 00:00:17 | OCv12.17 |
| | 30:07    At the time that you wrote this, you | | |
| | 30:08    were aware that Pax, the company in which the | | |
| | 30:09    Pritzker family entities held shares, was | | |
| | 30:10    manufacturing a nicotine delivery product.  Right? | | |
| 30:13 - 30:25 | **Olin, Christopher 2021-07-29_WIT** | 00:00:29 | OCv12.18 |
| | 30:13    THE WITNESS:  I don't know that at this | | |
| | 30:14    time when I sent this e-mail they were already | | |
| | 30:15    manufacturing something.  This e-mail was a | | |
| | 30:16    heads-up about the sector more generally.  At some | | |
| | 30:17    point I did learn that the company in which the | | |
| | 30:18    original investment had been made had developed a | | |
| | 30:19    second product, which was not the original focus | | |
| | 30:20    of the investment, that contained nicotine. | | |
| | 30:21    BY MR. WATTS: | | |
| | 30:22   Q.  Okay.  And that second product was the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 30:23    JUUL; is that right? | | |
| | 30:24  A.  That's ultimately what, yes, became | | |
| | 30:25    JUUL. | | |
| 31:07 - 31:12 | **Olin, Christopher 2021-07-29_WIT** | 00:00:16 | OCv12.19 |
| 🔗 OLIN18503.1. 5 | 31:07    Why did you have a discomfort with | | |
| | 31:08    respect to the Pritzker family being involved in a | | |
| | 31:09    nicotine delivery product? | | |
| | 31:10  A.  I wasn't interested in -- in any company | | |
| | 31:11    that was a consumer company selling a product that | | |
| | 31:12    contained chemicals that people would ingest. | | |
| 31:13 - 31:17 | **Olin, Christopher 2021-07-29_WIT** | 00:00:13 | OCv12.20 |
| | 31:13  Q.  Okay.  And -- and why is that? | | |
| | 31:14  A.  Based on my focus, my work at CEH, I | | |
| | 31:15    just -- I think that chemicals are -- are | | |
| | 31:16    generally harmful to human health.  We should | | |
| | 31:17    avoid them at -- at all costs as much as possible. | | |
| 31:18 - 31:21 | **Olin, Christopher 2021-07-29_WIT** | 00:00:14 | OCv12.21 |
| | 31:18  Q.  And nicotine being one of those, right? | | |
| | 31:19  A.  Nicotine; the other fluids in the -- in | | |
| | 31:20    all of the vaping devices.  Any -- any -- | | |
| | 31:21    certainly anything on the Prop 65 list. | | |
| 31:22 - 32:03 | **Olin, Christopher 2021-07-29_WIT** | 00:00:24 | OCv12.22 |
| 🔗 OLIN18503.1. 6 | 31:22  Q.  Okay.  Now, you say:  "I encourage you | | |
| | 31:23    to raise these issues with the management of Pax | | |
| | 31:24    so the consumers of the product have full | | |
| | 31:25    visibility into the risks of using it." | | |
| | 32:01    When you said that, are you referring to | | |
| | 32:02    the Prop 65 warning label issue? | | |
| | 32:03  A.  Let me take a look.  (Peruses document.) | | |
| 32:04 - 32:06 | **Olin, Christopher 2021-07-29_WIT** | 00:00:07 | OCv12.23 |
| | 32:04    I can't -- I'm not sure exactly what I | | |
| | 32:05    was referring to, but I know that I -- I was a big | | |
| | 32:06    advocate for labeling. | | |
| 32:07 - 32:12 | **Olin, Christopher 2021-07-29_WIT** | 00:00:14 | OCv12.24 |
| 🔗 OLIN18503.1. 7 | 32:07  Q.  And you write:  "It would also be | | |
| | 32:08    prudent for the company to have a plan for or | | |

OCv12 - Olin, Christopher SFUSD FINAL_PLAYED 05-01-23

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 32:09    ideally support proactive labeling or regulations | | |
| | 32:10    that minimize the public health risks from the use | | |
| | 32:11    of the nicotine products."  Is that right? | | |
| | 32:12  A.  Yes. | | |
| 39:19 - 39:23 | **Olin, Christopher 2021-07-29_WIT** | 00:00:24 | OCv12.25 |
| 🔗 OLINPM14030 .1.1 | 39:19    Now, the next part of this string is | | |
| 🔗 OLINPM14030 .2.1 | 39:20    14030.  If we could go to page 2, I'll show you | | |
| | 39:21    the -- down at the bottom, that's your attended | | |
| | 39:22    the board gala e-mail, right? | | |
| | 39:23  A.  Yes. | | |
| 41:09 - 41:24 | **Olin, Christopher 2021-07-29_WIT** | 00:00:41 | OCv12.26 |
| 🔗 OLINPM14030 .2.2 | 41:09  Q.  Okay.  You wrote the e-mail on May 29th | | |
| | 41:10    to your father-in-law, to your two brothers-in- | | |
| | 41:11    law, your wife, the president of Tao Capital | | |
| | 41:12    Partners, and a member of the investment team, | | |
| | 41:13    Matt Bigliardi, right? | | |
| | 41:14  A.  Yeah, that was -- at that time that was | | |
| | 41:15    the -- I believe that was the investment committee | | |
| | 41:16    for the private investments. | | |
| | 41:17  Q.  Great. | | |
| | 41:18    And then in this particular exhibit, | | |
| 🔗 OLINPM14030 .2.3 | 41:19    Mr. Nicholas Pritzker responds just above this, | | |
| | 41:20    and he's forwarding it to an Alexander Asseily: | | |
| 🔗 OLINPM14030 .2.4 | 41:21    "The attached e-mail is from my son-in-law Chris | | |
| | 41:22    Olin. It's ironic that he is the chairman of | | |
| | 41:23    CEH." | | |
| | 41:24    Do you see that? | | |
| 42:01 - 42:01 | **Olin, Christopher 2021-07-29_WIT** | 00:00:00 | OCv12.27 |
| | 42:01    THE WITNESS: Yes. | | |
| 42:17 - 42:20 | **Olin, Christopher 2021-07-29_WIT** | 00:00:09 | OCv12.28 |
| | 42:17  Q.  So he says it's ironic that you're the | | |
| | 42:18    chairman of CEH.  The irony was that CEH was | | |
| | 42:19    taking action at the same time against the vaping | | |
| | 42:20    industry; is that right? | | |

OCv12 - Olin, Christopher SFUSD FINAL_PLAYED 05-01-23

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 42:23 - 42:24 | **Olin, Christopher 2021-07-29_WIT** | 00:00:03 | OCv12.29 |
| | 42:23     THE WITNESS:  I don't know why he wrote | | |
| | 42:24     that. | | |
| 43:18 - 44:01 | **Olin, Christopher 2021-07-29_WIT** | 00:00:27 | OCv12.30 |
| 🔗 OLINPM14030 .1.2 | 43:18    Q.  Let's go to the first page | | |
| | 43:19     further up the e-mail string.  You write an e-mail | | |
| 🔗 OLINPM14030 .1.4 | 43:20     in the middle, and it says, on June the 1st: | | |
| | 43:21     "What age -- what age do think this marketing | | |
| | 43:22     targets?" | | |
| | 43:23     And you attach a JUUL vapor Instagram | | |
| | 43:24     link; is that right? | | |
| | 43:25    A.  Yeah, I don't remember this exchange, | | |
| | 44:01     but I see it here now. | | |
| 46:14 - 46:19 | **Olin, Christopher 2021-07-29_WIT** | 00:00:17 | OCv12.31 |
| 🔗 OLINPM14030 .1.5 | 46:14    Q.  Let's go up the page.  Nicholas | | |
| 🔗 OLINPM14030 .1.6 | 46:15     Pritzker responds at the top:  "I agree with you. | | |
| | 46:16     I have already objected to the marketing imagery | | |
| | 46:17     and will follow up on that too." | | |
| | 46:18     Do you see that, sir? | | |
| | 46:19    A.  Yes. | | |
| 47:01 - 47:08 | **Olin, Christopher 2021-07-29_WIT** | 00:00:20 | OCv12.32 |
| | 47:01    Q.  You were aware that Nicholas | | |
| | 47:02     Pritzker was on the board of directors of the | | |
| | 47:03     company that was launching JUUL on June the 1st of | | |
| | 47:04     2015, right? | | |
| | 47:05    A.  I became aware at some point that Nick | | |
| | 47:06     was on the board.  I'm not sure -- I knew he was | | |
| | 47:07     involved with the company somehow, but I'm not | | |
| | 47:08     sure I knew he was on the board then. | | |
| 48:04 - 48:06 | **Olin, Christopher 2021-07-29_WIT** | 00:00:07 | OCv12.33 |
| | 48:04     BY MR. WATTS: | | |
| ✖ Clear | 48:05    Q.  Now, I want to take you to about eight | | |
| 🔗 OLIN18506.1. 1 | 48:06     days later on June the 9th, Exhibit 18506. | | |
| 49:02 - 49:14 | **Olin, Christopher 2021-07-29_WIT** | 00:00:35 | OCv12.34 |

OCv12 - Olin, Christopher SFUSD FINAL_PLAYED 05-01-23

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 OLIN18506.1.2 | 49:02 | Q. It says: "Debates like these," and | | OCv12.34 |
| | 49:03 | he's referencing a BBC link, "which are heating up | | |
| | 49:04 | globally illustrate the uneasiness of the case for | | |
| | 49:05 | e-cigarettes and make the Juul image marketing | | |
| | 49:06 | program especially objectionable." | | |
| | 49:07 | Do you see that, sir? | | |
| | 49:08 | A. Yes. | | |
| 🔗 OLIN18506.1.3 | 49:09 | Q. He says: "I want you to know that I | | |
| | 49:10 | share yours and Maya's concerns." | | |
| | 49:11 | Did you all have a conversation between | | |
| | 49:12 | June the 1st and June the 9th about your concerns | | |
| | 49:13 | about what you had seen with respect to Juul's | | |
| | 49:14 | marketing imagery on Instagram? | | |
| 49:17 - 50:10 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:53 | OCv12.35 |
| | 49:17 | THE WITNESS: I don't recall any | | |
| | 49:18 | conversation about the marketing. My primary | | |
| | 49:19 | focus was on the chemicals in the products and | | |
| | 49:20 | the -- and the industry as a whole. | | |
| | 49:21 | BY MR. WATTS: | | |
| 🔗 OLIN18506.1.4 | 49:22 | Q. Now, above this you respond back on June | | |
| | 49:23 | the 10th, and you tell Mr. Pritzker, Nicholas | | |
| 🔗 OLIN18506.1.5 | 49:24 | Pritzker, that you had a young man over for lunch, | | |
| | 49:25 | and talking about the deals you've done, and he | | |
| | 50:01 | says: "'But what's up with that e-cigarette | | |
| | 50:02 | company?' For many I predict Pax is a stark | | |
| | 50:03 | contrast to the solutions-focused businesses in | | |
| | 50:04 | which we've invested. I didn't have any | | |
| | 50:05 | explanation to offer him. It was another red flag | | |
| | 50:06 | like this UK regulation that, until proven | | |
| | 50:07 | otherwise, e-cigs are likely to be placed in the | | |
| | 50:08 | same category as cigarettes, which in basic SRI | | |
| | 50:09 | terms, is a sin business." | | |
| | 50:10 | Is that what you wrote? | | |
| 50:12 - 50:18 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:15 | OCv12.36 |
| | 50:12 | THE WITNESS: I -- I don't remember the | | |
| | 50:13 | exchange, but I see the e-mail now. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 🔗 OLIN18506.1.6 | 50:14 | BY MR. WATTS: | | |
| | 50:15 | Q. And when you wrote that, what did you | | |
| | 50:16 | mean by "SRI terms"? | | |
| | 50:17 | A. SRI is an abbreviation for socially | | |
| | 50:18 | responsible investing. | | |
| 52:10 - 52:12 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:05 | OCv12.37 |
| 🗶 Clear | 52:10 | BY MR. WATTS: | | |
| | 52:11 | Q. Now I want to take you to July of | | |
| 🔗 OLINPM14042.1.1 | 52:12 | 2015 with Exhibit 14042. | | |
| 54:13 - 54:17 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:12 | OCv12.38 |
| 🔗 OLINPM14042.1.2 | 54:13 | Q. It says: "Given our relationships in | | |
| | 54:14 | Pax, it isn't practicable to exit at this time." | | |
| | 54:15 | Did you ask that Tao Capital Partners | | |
| | 54:16 | exit its investment in Pax? | | |
| | 54:17 | A. Not that I recall. | | |
| 54:18 - 55:03 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:37 | OCv12.39 |
| 🔗 OLINPM14042.1.3 | 54:18 | Q. Now, above that, he says: "I share your | | |
| | 54:19 | deep concerns about whether it's wrong to have a | | |
| | 54:20 | financial interest in the company and about how we | | |
| | 54:21 | can use our position to promote best practices and | | |
| | 54:22 | mitigate harm." | | |
| | 54:23 | And when he said that, your wife | | |
| 🔗 OLINPM14042.1.4 | 54:24 | responded above at 4:30 -- 5:34 in the morning, | | |
| 🔗 OLINPM14042.1.5 | 54:25 | and part of what she says is: "Personally I think | | |
| | 55:01 | banning the fruity flavors would be a good place | | |
| | 55:02 | to start from a regulation standpoint.  Clearly | | |
| | 55:03 | teen-oriented, no," with a question mark.  Right? | | |
| 55:05 - 55:10 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:12 | OCv12.40 |
| | 55:05 | THE WITNESS: I -- I don't remember this | | |
| | 55:06 | exchange.  I see what she wrote now. | | |
| | 55:07 | BY MR. WATTS: | | |
| | 55:08 | Q. Do you recall having discussions with | | |
| | 55:09 | your wife where she stated her view that fruity | | |

## OCv12 - Olin, Christopher SFUSD FINAL_PLAYED 05-01-23

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 55:10    flavors were teen-oriented? | | |
| 55:12 - 55:21 | **Olin, Christopher 2021-07-29_WIT** | 00:00:24 | OCv12.41 |
| | 55:12    THE WITNESS: I don't. | | |
| | 55:13    BY MR. WATTS: | | |
| | 55:14   Q.   Now, after your wife suggests banning | | |
| 🔗 OLINPM14042 .1.6 | 55:15    the fruity flavors, Nicholas Pritzker responds at | | |
| 🔗 OLINPM14042 .1.7 | 55:16    the top of the page on July the 6th of 2015: "One | | |
| | 55:17    of the JUUL flavors is," quote, "'Fruut.'  They | | |
| | 55:18    tell me it's like mint.  Not sure where we draw | | |
| | 55:19    the line but probably right there," exclamation | | |
| | 55:20    point. | | |
| | 55:21    Do you see that, sir? | | |
| 55:23 - 56:03 | **Olin, Christopher 2021-07-29_WIT** | 00:00:07 | OCv12.42 |
| | 55:23    THE WITNESS: Yeah, yeah, I haven't seen | | |
| | 55:24    this -- well, I haven't seen this in six years, so | | |
| | 55:25    can I take a minute to -- to look through this, | | |
| | 56:01    please? | | |
| | 56:02    BY MR. WATTS: | | |
| | 56:03   Q.   Of course. | | |
| 56:05 - 56:09 | **Olin, Christopher 2021-07-29_WIT** | 00:00:15 | OCv12.43 |
| | 56:05    Okay.  I'm sorry.  Was there a question? | | |
| | 56:06   Q.   My question is this:  When he says "not | | |
| | 56:07    sure where to draw the line but probably right | | |
| | 56:08    there," he's referencing the fruit flavor that | | |
| | 56:09    your wife had proposed banning, right? | | |
| 56:12 - 56:14 | **Olin, Christopher 2021-07-29_WIT** | 00:00:05 | OCv12.44 |
| | 56:12    THE WITNESS: I -- I don't really | | |
| | 56:13    want -- want to draw any conclusions about what | | |
| | 56:14    he's talking about. | | |
| 62:03 - 62:03 | **Olin, Christopher 2021-07-29_WIT** | 00:00:02 | OCv12.45 |
| ✖ Clear | 62:03    Let's go to Exhibit 18509. | | |
| 62:06 - 62:12 | **Olin, Christopher 2021-07-29_WIT** | 00:00:15 | OCv12.46 |
| | 62:06    BY MR. WATTS: | | |
| 🔗 OLIN18509.1. 1 | 62:07   Q.   On December the 9th, you write another | | |
| | 62:08    e-mail, and in this e-mail you say: "I find the | | |
| | 62:09    explosion in vaping among teens to be deeply | | |

OCv12 - Olin, Christopher SFUSD FINAL_PLAYED 05-01-23

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 62:10 | disturbing as it is creating another generation of | | |
| | 62:11 | nicotine addicts." | | |
| | 62:12 | Do you see that, sir? | | |
| 62:14 - 62:20 | Olin, Christopher 2021-07-29_WIT | | 00:00:11 | OCv12.47 |
| | 62:14 | THE WITNESS: Yeah, I don't recall | | |
| | 62:15 | sending this, but I see it now. | | |
| | 62:16 | BY MR. WATTS: | | |
| 🔗 OLIN18509.1.2 | 62:17 | Q. And you say: "I'm glad to see the | | |
| | 62:18 | Surgeon General woke up," and then you put a CNN | | |
| | 62:19 | link to the Surgeon General Report on | | |
| | 62:20 | e-cigarettes, right? | | |
| 62:21 - 62:25 | Olin, Christopher 2021-07-29_WIT | | 00:00:12 | OCv12.48 |
| | 62:21 | A. Yes. | | |
| 🔗 OLIN18509.1.3 | 62:22 | Q. And the subject of your e-mail is | | |
| | 62:23 | "Surgeon General sounds the alarm on teens and | | |
| | 62:24 | e-cigarettes." Right? | | |
| | 62:25 | A. Yes. | | |
| 72:17 - 72:21 | Olin, Christopher 2021-07-29_WIT | | 00:00:13 | OCv12.49 |
| ✖ Clear | 72:17 | Q. Now, I want to take you to | | |
| | 72:18 | Exhibit 18512, which will take us into 2017. And | | |
| 🔗 OLIN18512.1.2 | 72:19 | it's a two-page document, so we can put them up | | |
| | 72:20 | left and right, and we'll start on the second | | |
| | 72:21 | page. | | |
| 73:04 - 74:01 | Olin, Christopher 2021-07-29_WIT | | 00:00:56 | OCv12.50 |
| | 73:04 | BY MR. WATTS: | | |
| 🔗 OLIN18512.2.3 | 73:05 | Q. On July 28, 2017, Nicholas Pritzker | | |
| | 73:06 | writes you an e-mail, the subject is "The New York | | |
| | 73:07 | Times: FDA to target addictive levels of nicotine | | |
| 🔗 OLIN18512.2.4 | 73:08 | in cigarettes." And he writes to you and says: | | |
| | 73:09 | "I know this isn't your favorite topic, but this | | |
| | 73:10 | was a bombshell today," and then he attaches a | | |
| | 73:11 | link to The New York Times article about the FDA | | |
| | 73:12 | action, right? | | |
| | 73:13 | A. I don't recall the exchange, but I see | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 73:14 | it here now. | | |
| OLIN18512.2.5 | 73:15 | Q. It says: "For the first time the | | |
| | 73:16 | federal government is proposing cutting the | | |
| | 73:17 | nicotine level in cigarettes so they aren't so | | |
| | 73:18 | addictive." | | |
| | 73:19 | And after he sends that to you at 1:26, | | |
| OLIN18512.1.4 | 73:20 | you respond a few hours later -- and let's go to | | |
| OLIN18512.1.5 | 73:21 | the first page -- and you say: "Tighter | | |
| | 73:22 | regulation is great.  Smoke is clearly a problem | | |
| | 73:23 | but so is any nicotine at all." | | |
| OLIN18512.1.6 | 73:24 | And then you attach a California | | |
| | 73:25 | Proposition 65 warning with respect to nicotine; | | |
| | 74:01 | is that right? | | |
| 74:03 - 74:18 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:39 | OCv12.51 |
| | 74:03 | THE WITNESS:  Yeah, I see that I | | |
| | 74:04 | continue to be a devout CEH acolyte here. | | |
| | 74:05 | BY MR. WATTS: | | |
| | 74:06 | Q. And the warning says:  "This product | | |
| | 74:07 | contains nicotine, a chemical known to the State | | |
| | 74:08 | of California to cause birth defects and other | | |
| | 74:09 | reproductive harm." | | |
| OLIN18512.1.7 | 74:10 | And after you attach that, you say: | | |
| | 74:11 | "And vaping just replaces the dangers of smoke | | |
| | 74:12 | with the dangers of vapor ingredients, but with | | |
| | 74:13 | the nasty perception that it's harmless, which is | | |
| | 74:14 | why I believe use among teens is so rampant.  A | | |
| | 74:15 | real tragedy after decades of progress reducing | | |
| | 74:16 | smoking among youth." | | |
| | 74:17 | That's what you told Nicholas Pritzker | | |
| | 74:18 | on July 28th of 2017, right? | | |
| 74:20 - 74:25 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:20 | OCv12.52 |
| | 74:20 | THE WITNESS:  I see that here. | | |
| | 74:21 | BY MR. WATTS: | | |
| | 74:22 | Q. Now, Mr. Olin, in your capacity as a CEH | | |
| | 74:23 | acolyte, to use your term, you were receiving data | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 74:24 with respect to the youth vaping epidemic that was | | |
| | 74:25 occurring in this country, right? | | |
| 75:03 - 75:11 | **Olin, Christopher 2021-07-29_WIT** | 00:00:19 | OCv12.53 |
| | 75:03 THE WITNESS: I'm not sure how to answer | | |
| | 75:04 that. I remember that it was in the mainstream | | |
| | 75:05 media, so I didn't have any information source. I | | |
| | 75:06 wasn't actively seeking it, but I think I was | | |
| | 75:07 absorbing it. | | |
| | 75:08 BY MR. WATTS: | | |
| | 75:09 Q. You were absorbing information from the | | |
| | 75:10 mainstream media that reported on the rampant use | | |
| | 75:11 among teens of vaping products, right? | | |
| 75:13 - 75:18 | **Olin, Christopher 2021-07-29_WIT** | 00:00:19 | OCv12.54 |
| | 75:13 THE WITNESS: I don't remember when that | | |
| | 75:14 got into the media. My recollection is it was a | | |
| | 75:15 year later. | | |
| | 75:16 BY MR. WATTS: | | |
| | 75:17 Q. So you had some other source of knowing | | |
| | 75:18 that vaping use among teens is so rampant, right? | | |
| 75:20 - 76:01 | **Olin, Christopher 2021-07-29_WIT** | 00:00:12 | OCv12.55 |
| | 75:20 THE WITNESS: Yeah, I'm not sure what -- | | |
| | 75:21 what the source would have been, but it was my | | |
| | 75:22 perception, I guess. | | |
| | 75:23 BY MR. WATTS: | | |
| | 75:24 Q. And you communicated that perception to | | |
| | 75:25 Nicholas Pritzker, who was on the board of | | |
| | 76:01 directors of Juul Labs, right? | | |
| 76:02 - 76:02 | **Olin, Christopher 2021-07-29_WIT** | 00:00:02 | OCv12.56 |
| | 76:02 A. This is the e-mail that I sent him. | | |
| 88:15 - 88:18 | **Olin, Christopher 2021-07-29_WIT** | 00:00:13 | OCv12.57 |
| ❌ Clear | 88:15 Q. Let's talk about 14203, which is | | |
| | 88:16 the e-mail we just read from. | | |
| 🔗 OLINPM14203 | 88:17 MR. WATTS: Now, put up 034 on the left | | |
| .2.1 | 88:18 and 035 on the right. | | |
| 88:19 - 89:03 | **Olin, Christopher 2021-07-29_WIT** | 00:00:28 | OCv12.58 |
| | 88:19 BY MR. WATTS: | | |
| 🔗 OLINPM14203 | 88:20 Q. Now, this is the e-mail that you wrote | | |
| .2.2 | | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 88:21   on April the 21st of 2018, and you wrote it to | | |
| | 88:22   Nick Pritzker, Isaac Pritzker, and Joby Pritzker, | | |
| | 88:23   right? | | |
| | 88:24   A.  There's no e-mail header here, but I see | | |
| | 88:25   that that's what the first paragraph is -- is | | |
| | 89:01   addressed to. | | |
| 🔗 OLINPM14203.2.3 | 89:02   Q.  You say:  "Recently our investment in | | |
| | 89:03   Juul has become increasingly challenging for me." | | |
| 89:04 - 89:15 | **Olin, Christopher 2021-07-29_WIT** | 00:00:38 | OCv12.59 |
| | 89:04   Why was it challenging for you? | | |
| | 89:05   A.  I -- I think that's listed out in the | | |
| | 89:06   e-mail. | | |
| 🔗 OLINPM14203.2.4 | 89:07   Q.  Now, you said that:  "While I appreciate | | |
| | 89:08   that the initial promise of the product was to | | |
| | 89:09   provide an alternative to cigarette smokers, what | | |
| | 89:10   has transpired in the market has surpassed my | | |
| | 89:11   greatest fears.  I always believed that the | | |
| | 89:12   addictive effects of nicotine coupled with the | | |
| | 89:13   perception that vaping is harmless and the | | |
| | 89:14   product's iPhone-like design would lead to market | | |
| | 89:15   adoption in non-smokers.  I also feared that this | | |
| 89:16 - 89:23 | **Olin, Christopher 2021-07-29_WIT** | 00:00:29 | OCv12.60 |
| | 89:16   product would appeal to millennials, and after | | |
| | 89:17   years of declining cigarette use among youth, lead | | |
| | 89:18   to a new generation of nicotine addicts.  What I | | |
| | 89:19   did not anticipate was the extent to which vaping, | | |
| | 89:20   and JUUL in particular, would explode in colleges, | | |
| | 89:21   high schools and even middle schools." | | |
| | 89:22   Is that what you wrote on that day? | | |
| | 89:23   A.  That is what I wrote. | | |
| 91:03 - 91:15 | **Olin, Christopher 2021-07-29_WIT** | 00:00:29 | OCv12.61 |
| | 91:03   BY MR. WATTS: | | |
| 🔗 OLINPM14203.2.6 | 91:04   Q.  Then you did a Google search | | |
| 🔗 OLINPM14203.2.7 | 91:05   of JUUL and saw articles about Dick Durbin and | | |
| | 91:06   other senators urging the FDA to take action on | | |
| 🔗 OLINPM14203 | 91:07   JUUL e-cigarettes, "JUUL e-cigarettes gain | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| .2.8 | 91:07 | JUUL e-cigarettes, "JUUL e-cigarettes gain | | |
| | 91:08 | popularity among youth, but awareness of nicotine | | |
| 🔗 OLINPM14203 .2.9 | 91:09 | presence remains low," "E-cigs like JUUL are | | |
| | 91:10 | undermining efforts to keep kids away from | | |
| | 91:11 | tobacco," senators say"; and the last one is, | | |
| 🔗 OLINPM14203 .2.10 | 91:12 | "Young people apparently don't realize these | | |
| | 91:13 | popular crhme brulee e-cigarettes contain | | |
| | 91:14 | nicotine." | | |
| | 91:15 | Is that right? | | |
| 91:17 - 91:17 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:02 | OCv12.62 |
| | 91:17 | THE WITNESS: Yes, I see that. | | |
| 96:13 - 96:21 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:20 | OCv12.63 |
| | 96:13 | BY MR. WATTS: | | |
| 🔗 OLINPM14203 .2.1 | 96:14 | Q. Now, let's keep going on this | | |
| | 96:15 | document. After your anecdotes, you continue. In | | |
| 🔗 OLINPM14203 .3.12 | 96:16 | the bottom half of the page, you say: "If we're | | |
| | 96:17 | going to continue to -- if we're going to continue | | |
| | 96:18 | to own stock in this company and be able to stand | | |
| | 96:19 | by the premise that their goal is purely harm | | |
| | 96:20 | reduction, I believe the company should take | | |
| | 96:21 | aggressive action. | | |
| 97:06 - 97:09 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:13 | OCv12.64 |
| | 97:06 | A. Yeah. Okay. | | |
| 🔗 OLINPM14203 .3.13 | 97:07 | Q. Now, the first thing that you said the | | |
| | 97:08 | company should do is to eliminate flavored | | |
| | 97:09 | versions, right? | | |
| 97:11 - 97:11 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:01 | OCv12.65 |
| | 97:11 | THE WITNESS: Yes. | | |
| 108:01 - 108:04 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:05 | OCv12.66 |
| ✖ Clear | 108:01 | BY MR. WATTS: | | |
| | 108:02 | Q. we've already gone through | | |
| | 108:03 | the e-mails that you wrote to Nicholas Pritzker | | |
| | 108:04 | back in 2015, right? | | |
| 108:06 - 108:06 | **Olin, Christopher 2021-07-29_WIT** | | 00:00:01 | OCv12.67 |

OCv12 - Olin, Christopher SFUSD FINAL_PLAYED 05-01-23

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 108:06    THE WITNESS:  We did. | | OCv12.67 |
| 109:02 - 109:10 | **Olin, Christopher 2021-07-29_WIT** | 00:00:23 | OCv12.68 |
| 🔗 OLINPM14203 .1.2 | 109:02  Q.  he says, four lines down: | | |
| 🔗 OLINPM14203 .1.3 | | | |
| | 109:03    "We are all amazed by the phenomenon.  Juul is now | | |
| | 109:04    cutting measurably into the smoking market, but | | |
| | 109:05    it's also turning out to be far more attractive | | |
| | 109:06    and apparently available to underage people than | | |
| | 109:07    we ever expected.  It is a terrible unintended | | |
| | 109:08    consequence that you and Regan were right in | | |
| | 109:09    seeing." | | |
| | 109:10    Did I read that correctly? | | |
| 109:12 - 109:15 | **Olin, Christopher 2021-07-29_WIT** | 00:00:06 | OCv12.69 |
| | 109:12    THE WITNESS:  You did.  I'm not sure why | | |
| | 109:13    he's making that specific statement, but I see it | | |
| | 109:14    there. | | |
| | 109:15    BY MR. WATTS: | | |
| 110:10 - 110:13 | **Olin, Christopher 2021-07-29_WIT** | 00:00:11 | OCv12.70 |
| 🔗 OLIN18519.1. 1 | 110:10    MR. WATTS:  Let's put this on this left, | | |
| | 110:11    and let's put up Exhibit 18519 on the right.  And | | |
| | 110:12    let's see if it helps us refer to what he's | | |
| | 110:13    referring to. | | |
| 112:06 - 112:16 | **Olin, Christopher 2021-07-29_WIT** | 00:00:33 | OCv12.71 |
| | 112:06    And put Exhibit 14203, Bates page 033, on the | | |
| | 112:07    left.  There we go. | | |
| | 112:08    BY MR. WATTS: | | |
| 🔗 OLIN18519.1. 2 | 112:09  Q.  Now, on the left, on April 22nd, he | | |
| | 112:10    says, "We are all amazed by the phenomenon."  And | | |
| | 112:11    he talks about, "It's far more attractive and | | |
| | 112:12    apparently available to underage people than we | | |
| | 112:13    expected.  It is a terrible unintended consequence | | |
| | 112:14    that you and Regan were right in seeing." | | |
| | 112:15    That's what he said on April 22nd, | | |
| | 112:16    right? | | |
| 112:18 - 113:02 | **Olin, Christopher 2021-07-29_WIT** | 00:00:27 | OCv12.72 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:18   THE WITNESS: Yeah, thank you for | | OCv12.72 |
| | 112:19   highlighting. Okay, I see that. | | |
| | 112:20   BY MR. WATTS: | | |
| 🔗 OLIN18519.1.3 | 112:21 Q. And then on May the 5th, he says: | | |
| | 112:22   "You're right." About five lines down, highlight | | |
| | 112:23   that, "You're right. I never anticipated the | | |
| | 112:24   scale of the adoption of the device or its | | |
| | 112:25   popularity with kids. You and Regan saw the | | |
| | 113:01   threat long before I appreciated it." | | |
| | 113:02   Do you see that? | | |
| 113:05 - 113:05 | **Olin, Christopher 2021-07-29_WIT** | 00:00:02 | OCv12.73 |
| | 113:05   THE WITNESS: Yeah, I do. | | |
| 115:22 - 116:06 | **Olin, Christopher 2021-07-29_WIT** | 00:00:30 | OCv12.74 |
| | 115:22   BY MR. WATTS: | | |
| 🔗 OLIN18519.1.4 | 115:23 Q. He asks: "Whether the positive" -- he | | |
| | 115:24   says: "Whether the positive outweighs the | | |
| | 115:25   negative depends on a number of factors, including | | |
| | 116:01   one's own point of view and experience, the | | |
| | 116:02   long-term damage caused by using JUUL which is | | |
| | 116:03   obviously not yet known, and how effective efforts | | |
| | 116:04   are to educate people about the dangers and to | | |
| | 116:05   prevent access to underage users." | | |
| | 116:06   Do you see that, sir? | | |
| 116:09 - 116:09 | **Olin, Christopher 2021-07-29_WIT** | 00:00:01 | OCv12.75 |
| | 116:09   THE WITNESS: I do. | | |
| 119:08 - 119:12 | **Olin, Christopher 2021-07-29_WIT** | 00:00:07 | OCv12.76 |
| ⊠ Clear | 119:08 Q. And, Mr. Olin, I want to ask you about | | |
| | 119:09   something that happened in December of 2018, | | |
| | 119:10   Exhibit 18522. | | |
| | 119:11   (Olin Exhibit No. 18522 was marked | | |
| | 119:12   for identification.) | | |
| 119:13 - 119:15 | **Olin, Christopher 2021-07-29_WIT** | 00:00:05 | OCv12.77 |
| | 119:13   MR. WATTS: And this is a two-page | | |
| 🔗 OLIN18522.1.1 | 119:14   document. Go ahead and put them both up so he can | | |
| | 119:15   take a look at it real quick. | | |
| 120:02 - 120:02 | **Olin, Christopher 2021-07-29_WIT** | 00:00:02 | OCv12.78 |

**OCv12 - Olin, Christopher SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 120:02   Q.   And as we look at the first | | OCv12.78 |
| 120:03 - 120:21 | **Olin, Christopher 2021-07-29_WIT** | 00:01:06 | OCv12.79 |
| 🔗 OLIN18522.1.2 | 120:03      page, Nick Pritzker forwards to you a clip with | | |
| | 120:04      respect to the Wall Street Journal article, | | |
| | 120:05      "Altria is nearing a deal to take a 35 percent | | |
| | 120:06      stake in Juul."  They value Juul at $38 billion, | | |
| | 120:07      right? | | |
| | 120:08   A.   Yes, I see that.  I -- I don't recall | | |
| | 120:09      this exchange, but I see it now. | | |
| | 120:10   Q.   Okay.  And here's my question:  When -- | | |
| | 120:11      when Altria paid $12.8 billion in cash to acquire | | |
| | 120:12      35 percent of Juul, did the shareholders of Juul | | |
| | 120:13      receive a dividend? | | |
| | 120:14   A.   My understanding is that the | | |
| | 120:15      shareholders were diluted by a third or so, and | | |
| | 120:16      then received a payout. | | |
| | 120:17   Q.   Okay. | | |
| | 120:18   A.   I -- I don't know -- I'm not clear on | | |
| | 120:19      the technical terms of how that's characterized, | | |
| | 120:20      like from -- if you're coming from a tax | | |
| | 120:21      perspective or -- or whatnot. | | |
| 123:18 - 123:20 | **Olin, Christopher 2021-07-29_WIT** | 00:00:04 | OCv12.80 |
| ✗ Clear | 123:18   Q.   Those are all my | | |
| | 123:19      questions, sir.  It was very nice to meet you. | | |
| | 123:20   A.   Thank you. | | |

| | | |
|---|---|---|
| PLF AFFIRMATIVE | 00:23:01 | |
| **TOTAL RUN TIME** | **00:23:01** | |

📄  Documents linked to video:

OLIN18502

OLIN18503

OLIN18506

OLIN18509

OLIN18512

OLIN18519

OLIN18522

OLINPM14030

OLINPM14042

OLINPM14203

# EXHIBIT 2

1

2

3

4   [Submitting Counsel on Signature Page]

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  **IN RE JUUL LABS, INC.,**              **Case No. 19-md-02913-WHO**
    **MARKETING, SALES PRACTICES,**
12  **AND PRODUCTS LIABILITY**              **JOINT STIPULATION IDENTIFYING**
    **LITIGATION**                          **TRIAL EXHIBITS USED IN THE**
13                                          **VIDEOTAPED DEPOSITION OF -**
                                            **CHRISTOPHER OLIN PLAYED AT TRIAL**
14

15  **This Document Relates to:**

16  *San Francisco Unified School District v.*
    *Juul Labs, Inc. et al.,* **Case No. 3:19-cv-**
17  **08177**

18

19        **WHEREAS**, Plaintiff called Christopher Olin, whose videotaped deposition was played

20  to the jury.

21        **WHEREAS,** the exhibit numbers in the videotaped deposition are different from the Trial

22  Exhibit numbers.

23        **WHEREAS,** to most efficiently clarify the record, the parties, by and through their

24  undersigned counsel, hereby stipulate and agree that the chart below accurately reflects the

25  deposition exhibits introduced during the videotaped testimony of Christopher Olin and the

26  corresponding Trial Exhibit Numbers[1]:

27  _____
    [1] The parties reserve all objections regarding these exhibits.

28                                          JOINT STIPULATION IDENTIFYING TRIAL
                                            EXHIBITS USED IN VIDEOTAPED
                                            DEPOSITION

| DEPOSITION EXHIBIT NUMBER | TRIAL EXHIBIT NUMBER |
|---|---|
| Olin Exhibit 18502 | Trial Exhibit 121 |
| Olin Exhibit 18503 | Trial Exhibit 122 |
| Olin Exhibit 18506 | Trial Exhibit 123 |
| Olin Exhibit 18509 | Trial Exhibit 125 |
| Olin Exhibit 18512 | Trial Exhibit 127 |
| Olin Exhibit 18519 | Trial Exhibit 128 |
| Olin Exhibit 18522 | Trial Exhibit 3280 |
| Olin Exhibit PM14030 | Trial Exhibit 118 |
| Olin Exhibit PM14042 | Trial Exhibit 119 |
| Olin Exhibit PM14203 | Trial Exhibit 120 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1

2

Respectfully submitted,

3   *By: /s/ Beth A. Wilkinson*
    Beth A. Wilkinson (pro hac vice)

    *By: /s/ Michael M. Weinkowitz*
    Michael M. Weinkowitz

4   Brian L. Stekloff (pro hac vice)
    James M. Rosenthal (pro hac vice)

    **LEVIN SEDRAN & BERMAN, LLP**
    510 Walnut Street

5   Matthew R. Skanchy (pro hac vice)
    Alysha Bohanon (pro hac vice)

    Suite 500
    Philadelphia PA 19106

6   **WILKINSON STEKLOFF LLP**
    2001 M Street NW, 10th Floor

    Telephone 215-592-1500
    MWeinkowitz@lfsblaw.com

7   Washington, DC 20036
    Telephone: (202) 847-4000

    *Plaintiff Steering Committee Member*

8   bwilkinson@wilkinsonstekloff.com
    bstekloff@wilkinsonstekloff.com

9   jrosenthal@wilkinsonstekloff.com
    mskanchy@wilkinsonstekloff.com

    *Sarah R. London*
    Sarah R. London

10  abohanon@wilkinsonstekloff.com

    **LIEFF CABRASER HEIMANN & BERNSTEIN**
    275 Battery Street, Fl. 29

11  Moira K. Penza (pro hac vice)

    San Francisco, CA 94111
    Telephone: (415) 956-1000

12  **WILKINSON STEKLOFF LLP**
    130 West 42nd Street, 24th Floor

    slondon@lchb.com

13  New York, NY 10036
    Telephone: 212-294-8910

14  mpenza@wilkinsonstekloff.com

    *By: /s/ Dena C. Sharp*
    Dena C. Sharp

15  *By: /s/ John C. Massaro*

    **GIRARD SHARP LLP**
    601 California St., Suite 1400

16  **ARNOLD & PORTER KAYE
    SCHOLER LLP**

    San Francisco, CA 94108
    Telephone: (415) 981-4800

17  John C. Massaro (admitted pro hac vice)
    David E. Kouba (admitted pro hac vice)

    dsharp@girardsharp.com

18  601 Massachusetts Ave., N.W.
    Washington D.C. 20001

    *By: /s/ Dean Kawamoto*

19  Telephone: (202) 942-5000
    Facsimile: (202) 942-5999

    Dean Kawamoto
    **KELLER ROHRBACK L.L.P.**

20  john.massaro@arnoldporter.com
    david.kouba@arnoldporter.com

    1201 Third Ave., Ste. 3200
    Seattle, WA 98101

21
    Telephone: (206) 623-1900

22  *Attorneys for Defendants ALTRIA
    GROUP, INC., PHILIP MORRIS USA*

    *By: /s/ Ellen Relkin*

23  *INC., ALTRIA CLIENT SERVICES LLC,
    ALTRIA GROUP DISTRIBUTION*

    Ellen Relkin
    **WEITZ & LUXENBERG**

24  *COMPANY, and ALTRIA
    ENTERPRISES LLC*

    700 Broadway
    New York, NY 10003

25
    Telephone: (212) 558-5500

26  *Co-Lead Counsel for Plaintiff*

27

28                                      **JOINT STIPULATION IDENTIFYING TRIAL
                                        EXHIBITS USED IN VIDEOTAPED
                                        DEPOSITION**