UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Sarah London, Dena Sharp, and Thomas Cartmell | DEFENSE ATTORNEYS: Beth Wilkinson, Brian Stekloff, and John Massaro |
|---|---|---|
| **TRIAL DATE:** 04/28/2023<br>8:03 a.m. to 1:27 p.m.<br>5 hours and 24 minutes | **REPORTER:**<br>Debra Pas | **CLERK:**<br>Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:03 a.m. | | | In camera conference conducted. Counsel London, Sharp, Wilkinson, Stekloff and Massaro present. Motions and objections discussed. Exhibits **5079** and **5140** will be barred from admission. Counsel should meet and confer as to appropriate examination of witness Pritzker. |
| | | 8:20 a.m. | | | Court in recess |
| | | 8:31 a.m. | | | Court in session (jurors present)<br>Testimony of **William F. Gifford, Jr.** presented by way of video deposition excerpts continues (Pl: 12 mins, Def: 16 mins) |
| | | 9:00 a.m. | | | Plaintiff announces exhibits admitted pursuant to stipulated order of the Court (Cartmell) |
| 74 | | 9:01 a.m. | | X | 12/06/2018 Email from Brian Blaylock to Jwappler, et al. Re: BoD Portal presentations |
| 75 | | 9:01 a.m. | | X | 12/13/2017 Email from Brian Blaylock to Howard Willard et al. Re: Updated Project Tree presentation |
| 642 | | 9:01 a.m. | | X | 05/10/2018 Email from Brian Blaylock to Howard Willard et al. Re: Project Tree - BOD Full presentation |
| 643 | | 9:01 a.m. | | X | Kaplan, B. et al. "The Youth e-cigarette epidemic: New estimates of JUUL Labs revenue from youth users in the US" Tobacco Induced Diseases, March 2, 2021 |
| 1633 | | 9:01 a.m. | | X | 10/04/2018 Email from Murray Garnick to Howard Willard et al. Re: Thoughts about tomorrow's Board call and Attachment |
| 76 | | 9:01 a.m. | | X | 10/15/2018 Email from Paige Magness to Howard Willard et al. Re: Town Hall Plan w-Draft Script for October Townhall |
| 644 | | 9:01 a.m. | | X | 10/25/2018 Email from Howard Willard to Nicholas Pritzker et al. Re: Altria Response to FDA Letter |
| 1838 | | 9:01 a.m. | | X | 12/20/2018 Altria Makes $12.8 Billion Minority Investment in JUUL to Accelerate Harm Reduction and Drive Growth - Business Wire |
| 2898 | | 9:01 a.m. | | X | 1/5/2019 Email from Todd Walker to Murray Garnick Re: Re: FDA action items/Juul coordination |

Case No: 19-md-02913-WHO
Case Name: Madison County Publice Schools v. In Re: Juul Labs, Inc., Marketing, Sales Practices
Date: April 28, 2023
Courtroom Deputy: Jean Davis        -  Court Reporter:    Debra Pas

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 645 | | 9:01 a.m. | | X | 01/06/2019 Email from Murray Garnick to Howard Willard et al. Re: Juul proposal |
| 712 | | 9:01 a.m. | | X | Services Agreement - Altria Group, Inc. and JUUL Labs, Inc. - 12/20/2018 |
| 77 | | 9:01 a.m. | | X | 02/14/2019 Email from Murray Garnick to Howard Willard and William Gifford Re: Early Impact: JUUL |
| 646 | | 9:01 a.m. | | X | 09/26/2018 Email from 'ALCS Investor Relations Information Delivery' to Howard Willard et al. Re: Analyst Comments |
| 1868 | | 9:01 a.m. | | X | 6/28/2018 Email from Dinya Devitre to William Gifford Re: Jefferies - Tobacco - Nielsen US cigarette industry vols - stop with all the negativity -- 06.26.18.pdf |
| 647 | | 9:01 a.m. | | X | 10/31/2018 Email from William Gifford to Murray Garnick Re: Publication of First Youth Juul Usage Data |
| 1992 | | 9:01 a.m. | | X | 11/1/2018 Email from Elizabeth Mountjoy to ALCS team Re: FW: Analyst Comments |
| 2910 | | 9:01 a.m. | | X | 11/13/2018 JUUL Labs Action Plan - Message from Kevin Burns |
| | | 9:02 a.m. | | | Plaintiff indicates that "trial exhibit 31023" was omitted from the announcement (deposition exhibit 31023 is trial exhibit 1868) |
| | | 9:02 a.m. | | | Testimony of **Howard Arnold Willard, III** presented by way of video deposition excerpts |
| | | 10:00 a.m. | | | Jurors excused |
| | | 10:01 a.m. | | | Admission of Exhibit **965** discussed outside the presence of the jurors |
| | | 10:04 a.m. | | | Exhibit **47** discussed; exhibit is admitted by stipulation |
| | | 10:06 a.m. | | | Court in recess |
| | | 10:21 a.m. | | | Court in session (jurors present) Continuing testimony of **Howard Arnold Williard, III** presented by way of video deposition excerpts (Pl: 1 hr, 3 mins, Def: 31 mins) |
| | | 11:01 a.m. | | | Plaintiff announces exhibits admitted pursuant to stipulated order of the Court (Cartmell) |
| 3302 | | 11:01 a.m. | | X | 1/2/2020 Richter, R. Has Smoking Lost Its Cool? https://www.statista.com/chart/20385/cigarette-sales-in-the-united-states/ |
| 988 | | 11:01 a.m. | | X | Foundation for a Smoke-Free World website homepage |

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: April 28, 2023
Courtroom Deputy: Jean Davis            - Court Reporter:    Debra Pas

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 992 |  | 11:01 a.m. |  | X | 06/02/2017 Email from D. Wise to J. Wappler et al. Re: Project Tree Draft |
| 994 |  | 11:01 a.m. |  | X | Email from B. Chambers to Howard Willard et al. re: Draft 3 year Strategic Plan Board of Directors Presentation |
| 952 |  |  |  |  |  |
| 956 |  | 11:01 a.m. |  | X | 2/27/2019 Email from S. Quigley to Howard Willard, et al. Re: March 2019 Executive Summit Agenda and Logistics |
| 42 |  | 11:01 a.m. |  | X | 10/15/2019 Letter from Justin P. Hedge to James E. Abell III, Esq. Re: Request for Additional Information and Documentary Materials Issued to Altria Group, Inc., No. 20190791 |
| 23 |  | 11:01 a.m. |  | X | JUUL Teen Tabulations - Percent Appealing to Teens (Flavors) |
| 961 |  | 11:01 a.m. |  | X | 10/17/2018 Email from Paige Magness to Howard Willard, et al. Re: October Town Hall Plan |
| 965 |  | 11:01 a.m. |  | X | 09/15/2019 Email from Paige Magness to Howard Willard Re: HAW Video Outline 9.15.2019 |
| 249 |  | 11:01 a.m. |  | X | 10/4/2018 Outline re: Three topics: Restructuring, FDA, and Tree (Notes for board call) |
| 971 |  | 11:01 a.m. |  | X | 09/12/2018 Statement from FDA Commissioner Scott Gottlieb, M.D., on new steps to address epidemic of youth e-cigarette use |
| 972 |  | 11:02 a.m. |  | X | 09/12/2018 letter from FDA to Howard Willard Re: MarkTen |
| 195 |  | 11:02 a.m. |  | X | 10/02/2018 Email from Murray Garnick to William Gifford and Kevin Crosthwaite Re: Draft Outline - Engagement with Commissioner Gottlieb |
| 368 |  | 11:02 a.m. |  | X | DRAFT Outline for Meeting with Commissioner Gottlieb, October 18, 2018 - Altria |
| 46 |  | 11:02 a.m. |  | X | 10/4/2018 Outline re: Three topics: Restructuring, FDA, and Tree (Notes for board call) |
| 998 |  | 11:02 a.m. |  | X | 10/14/2018 Email from Anthony Reale to Howard Willard et al. Re: Tree Term Sheet. |
| 975 |  | 11:02 a.m. |  | X | 10/18/2018 Email from Murray Garnick to Howard Willard Re: Antitrust council |
| 12 |  | 11:02 a.m. |  | X | 10/25/2018 Letter from Howard Willard to Scott Gottlieb Re: underage use of e-vapor products |
| 72 |  | 11:02 a.m. |  | X | 10/30/2018 Email from Murray Garnick to Howard Willard Re: FDA Update |
| 2925 |  | 11:02 a.m. |  | X | 2/6/2019 Letter from Scott Gottlieb to Howard Willard |

| | | | | | |
|---|---|---|---|---|---|
| 980 | | 11:02 a.m. | | X | 7/28/2017 Email from W. Hilsman to J. Dillard, et al. Re: Commissioner Gottlieb's Prepared Remarks from today's announcements |
| 982 | | 11:02 a.m. | | X | 10/31/2018 FDA Statement from FDA Commissioner Scott Gottlieb, M.D., on meetings with industry related to the agency's ongoing policy |
| 983 | | 11:02 a.m. | | X | 11/13/2018 JUUL Labs Action Plan - Message from Kevin Burns |
| 984 | | 11:02 a.m. | | X | 03/04/2019 Email from Paige Magness to Murray Garnick et al. Re: Approach to FDA Announcements on E-Vapor |
| 985 | | 11:02 a.m. | | X | 03/13/2019 Statement from FDA Commissioner Scott Gottlieb, M.D., on advancing new policies aimed at preventing youth access to, and appeal of, flavored tobacco |
| 987 | | 11:02 a.m. | | X | 11/15/2018 Email from Joe Murillo to M. Garnick, et al. Re: Statement from FDA Commissioner Scott Gottlieb, M.D., on Proposed new steps to protect youth by preventing access to flavored tobacco products and banning menthol in cigarettes |
| 989 | | 11:03 a.m. | | X | 12/11/2018 Email from Brian Blaylock to William Gifford et al. Re: Project Tree (DEC BoD updated 12.11 Final) and Discussion Materials - Eagle (BoD 12.11) |
| | | 11:03 a.m. | | | Plaintiff reads stipulation of parties to the jury (Cartmell) |
| | | 11:03 a.m. | | | Testimony of **James Xu** presented by way of video deposition excerpts (Pl: 15 mins, Def: 6 mins) |
| | | 11:25 a.m. | | | Plaintiff announces exhibits admitted pursuant to stipulated order of the Court (Cartmell) |
| 1017 | | 11:25 a.m. | | X | 4/1/2019 Email from James Xu to Russell Rogers et al. Re: meeting on continued discussion to resolve serious issues created for Avail by Altria's shift in strategy |
| 2740 | | 11:25 a.m. | | X | 12/7/2015 Investment Agreement between Altria Ventures, Inc. and Avail Vapor, LLCYRBS |
| | | 11:26 a.m. | | | Plaintiff direct examination of **Erica Lingrell** (Sharp) |
| 5074 | | 11:50 a.m. | X | X | (no objection) |
| | | 11:55 a.m. | | | Jurors excused; court in recess |
| | | 12:09 a.m. | | | Court in session (jurors out) Plaintiff counsel provides brief overview of afternoon schedule. |
| | | 12: 11 a.m. | | | Jurors seated Plaintiff direct examination of **Erica Lingrell** continues (Sharp) |
| | 5077 | 12:16 a.m. | X | X | Vaping 101 For Middle School What to know and What to do Micelle Rait and Lynda Boyer-Chu TUPE Nurse Facilitators, SFUSD School Year 2019-20 (no objection) |
| | | 12:29 p.m. | | | Defense cross examination of **Erica Lingrell** (Stekloff) |
| | 7076 | 12:34 p.m. | X | X | Email 08/21/2019 (no objection) |
| | 6249 | 12:38 p.m. | X | X | Email 11/25/2019 (objection overruled) |
| | 7115 | 12:45 p.m. | X | X | YRBS Survey results report (no objection) |

4

|      |      |             |   |   |                                                                                               |
|------|------|-------------|---|---|-----------------------------------------------------------------------------------------------|
|      | **7116** | 12:45 p.m.  | X | X | YRBS Survey results report (no objection)                                                 |
|      | **7117** | 12:45 p.m.  | X | X | YRBS Survey results report (no objection)                                                 |
|      |      | 12:53 p.m.  |   |   | Plaintiff redirect of **Erica Lingrell** (Sharp)                                              |
|      |      | 1:00 p.m.   |   |   | Defense follow up examination of **Erica Lingrell** (Stekloff)                                |
|      |      | 1:01 p.m.   |   |   | Plaintiff follow up examination of **Erica Lingrell** (Sharp)                                 |
|      |      | 1:01 p.m.   |   |   | Witness excused                                                                               |
|      |      | 1:03 p.m.   |   |   | Plaintiff direct examination of **Madeline Cho** (Sharp)                                      |
| **5117** |      | 1:15 p.m.   | X | X | 2/7/2020 Email from Nina H. Mayer to Susan C. Saunders Re: New Bathroom Policy (no objection) |
|      |      | 1:20 p.m.   |   |   | Defense waives cross examination                                                              |
|      |      | 1:20 p.m.   |   |   | The Court reminds jurors of the Court's admonitions as to their conduct.                      |
|      |      | 1:25 p.m.   |   |   | Jurors dismissed                                                                              |
|      |      | 1:27 p.m.   |   |   | Court in recess                                                                               |

Plaintiff time at start of day:   27 hours, 50 minutes
Time used 04/28/2023:              2 hours, 53 minutes
Time remaining:                   24 hours, 57 minutes

Defendant total time:             35 hours, 55 minutes
Time used 04/28/2023:              1 hour   18 minutes
Time remaining:                   34 hours, 37 minutes