UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Sarah London, Dena Sharp, Thomas Cartmell, Reilly Stoler, and Michael Weinkowitz, | Beth Wilkinson and Brian Stekloff |
| **TRIAL DATE: 05/01/2023** | **REPORTERS:** | **CLERK:** |
| 8:01 a.m. to 1: 42 p.m. 5 hours, 41 minutes | Debra Pas and Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out). Objections re: scope of trial and exhibits discussed. Special instruction regarding video depositions discussed. Examination of Pritzker discussed. Exhibit 50 discussed. |
| | | 8:20 a.m. | | | Court in recess |
| | | 8:32 a.m. | | | Jurors seated |
| | | 8:33 a.m. | | | Plaintiff direct examination of **Christopher Olin** presented by way of video deposition excerpts. |
| | | 8:59 a.m. | | | Plaintiff announces exhibits admitted pursuant to prior stipulated order of the Court. (Cartmell) |
| 121 | | 8:59 a.m. | | X | 01/11/2015 Email from Nicholas Pritzker to Chris Olin Re: SN article about health risks of e-cigs |
| 122 | | 8:59 a.m. | | X | 05/29/2015 Email from Nicholas Pritzker to Chris Olin Re: CEH Initiates Legal Action on Vaping Dangers |
| 123 | | 8:59 a.m. | | X | 06/10/2015 Email from Nicholas Pritzker to Chris Olin, et al. Re: E-Cigarette ban in enclosed spaces in Wales pushes ahead - BBC News |
| 125 | | 8:59 a.m. | | X | 12/09/2016 Email from Chris Olin to Nicholas Pritzker, et al. Re: Surgeon general sounds the alarm on teens and e-cigarettes |
| 127 | | 8;59 a.m. | | X | 07/28/2017 Email from Chris Olin to Nicholas Pritzker Re: NYTimes: FDA to Target Addictive Levels of Nicotine in Cigarettes |
| 128 | | 9:00 a.m. | | X | 05/09/2018 Email from Nicholas Pritzker to Chris Olin Re: Juul |
| 3280 | | 9:00 a.m. | | X | 12/19/2018 Email from Nicholas Pritzker to Chris Olin Re: Fwd: Clips - Juul |
| 118 | | 9:00 a.m. | | X | 06/01/2015 Email from Nicholas Pritzker to Christopher Olin Re: CEH Initiates Legal Action on Vaping Dangers |
| 119 | | 9:00 a.m. | | X | 07/06/2015 Email from Nicholas Pritzker to Regan Pritzker et al., Re: The E-Cig Quandary | Magazine Features |

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: May 1, 2023
Courtroom Deputy: Jean Davis   - Court Reporters:   Debra Pas and Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 120 | | 9:00 a.m. | | X | 04/29/2018 Email from Nick Pritzker to Susan Pritzker Re: JUUL corporate responsibility and Tao Ownership |
| | | 9:01 a.m. | | | Introduction of Michael Guzman as counsel for Nicholas Pritzker |
| | | 9:02 a.m. | | | Plaintiff direct examination of **Nicholas Pritzker** (Sharp) |
| 2722 | | 9:14 a.m | X | X | 4/14/2018 Email from Nicholas Pritzker to Howard Willard Re: Re: Follow Up Discussion (no objection) |
| 3326 | | 9:16 a.m. | X | X | 5/12/2018 Email from Nicholas Pritzker to Howard Willard Re: Re: Talk? (no objection) |
| 4051 | | 9:18 a.m. | X | X | Chart of meetings (no objection) |
| 1846 | | 9:20 a.m. | X | X | 2/8/2018 Email from Nicholas Pritzker to Zach Frankel et al. Re: Fwd: Congrats! (no objection) |
| 3305 | | 9:23 a.m. | X | X | 3/15/2018 Email from Mary ReRyan to Nicholas Pritzker Re: Note from Howard A. Willard III (no objection) |
| 2721 | | 9:24 a.m. | X | X | 4/8/2018 Email from Nicholas Pritzker to Howard Willard and William Gifford Re: Thanks! (no objection) |
| 4040 | | 9:28 a.m. | X | X | 08/18/2018 Email (no objection) |
| 4041 | | 9:28 a.m. | X | X | Email (no objection) |
| 1271 | | 9:35 a.m. | X | X | 07/27/2017 FDA News Release: comprehensive regulatory plan to shift trajectory of tobacco-related disease, death (no objection) |
| 67 | | 9:38 a.m. | X | X | 07/30/2017 Email from Tyler Goldman to Isaac Pritzker et al. Re: Some notes from Altria Meeting (admitted subject to the Court's prior rulings) |
| 4054 | | 9:41 a.m. | X | X | 11/20/2017 Email (conditionally admitted) |
| 3313 | | 9:43 a.m. | X | X | 11/27/2017 Juul Labs Project Jericho Confidential Private Placement Memorandum (conditionally admitted) |
| 1853 | | 9:46 a.m. | X | X | 4/24/2018 Email from Nicholas Pritzker to Hank Handelsman et al. Re: Press Announcements > Statement from FDA Commissioner Scott Gottlieb, M.D., on new enforcement actions and a Youth Tobacco Prevention Plan to stop youth use of, and access to, JUUL and other e-cigarettes (no objection) |
| 1915 | | 9:48 a.m. | X | X | 4/25/2018 JLI Press Release (no objection) |
| 1368 | | 9:49 a.m. | X | X | 04/23/2018 Email from Nicholas Pritzker to Riaz Valani Re: JUUL corporate responsibility and Tao ownership (no objection) |
| 4035 | | 9:53 a.m. | X | X | Press release Durbin & Senators Press (objection overruled) |

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: May 1, 2023
Courtroom Deputy: Jean Davis             - Court Reporter:      Debra Pas and Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 1279 | | 9:55 a.m. | X | X | 04/20/2018 Email from Kevin Burns to Howard Willard et al. Re: JUUL- Letter 4.20.18 (no objection) |
| 4037 | | 9:58 a.m. | X | X | Letter (no objection) |
| 2067 | | 9:58 a.m. | X | X | 5/3/2018 Letter from Howard Willard to Kevin Burns (no objection) |
| 9 | | 10:08 a.m. | X | X | 05/30/2018 Letter from Howard Willard to Nicholas Pritzker and Riaz Valani Re: Altria investment in JUUL (no objection) |
| | | 10:05 a.m. | | | Court in recess |
| | | 10:22 a.m. | | | Court in session (jurors present) Direct examination of Nicholas Pritzker continues (Sharp) |
| 2981 | | 10:26 a.m. | X | X | 9/12/2018 Statement Regarding Recent FDA Request from Kevin Burns, JUUL Labs Chief Executive Officer (no objection) |
| 2591 | | 10:33 a.m. | X | X | 10/13/2018 Email from Jerry Masoudi to Nick Pritzker and Riaz Valani Re: Slides for call (no objection) |
| 1379 | | 10:35 a.m. | X | X | 10/15/2018 Email from Riaz Valani to Riaz Valani Re: Overall much improved! (objection overruled) |
| 1380 | | 10:37 a.m. | X | | 10/16/2018 Email from Riaz Valani to Nicholas Pritzker Re: final (no objection) |
| 193 | | 10:39 a.m. | X | X | 10/25/2018 Email from Howard Willard to Nicholas Pritzker Re: Altria Response to FDA - E-vapor October 25, 2018 (no objection) |
| 453 | | 10:40 a.m. | X | X | 10/25/2018 Letter from Altria to FDA in response to FDA letter Re: underage access to and use of e-vapor products (no objections) |
| 4038 | | 10:42 a.m. | X | X | 10/30/2018 Email (no objection) |
| 2643 | | 10:49 a.m. | X | X | 12/17/2018 Email from Nicholas Pritzker to Riaz Valani Re: SG update (no objection) |
| 2920 | | 10:53 a.m. | X | X | 11/13/2018 JUUL Labs Action Plan - Message from Kevin Burns (no objection) |
| | | 10:57 a.m. | | | Defense cross examination of **Nicholas Pritzker** (Wilkinson) |
| | 6074 | 11:37 a.m. | X | X | Email from Largo to Gogova re JLI press release on new CSUR survey (no objection) |
| | 7111 | 11:41 a.m. | X | | CSUR study; objection to admission and publication sustained |
| | 6081 | 11:45 a.m. | X | X | Email from Willard to Crosthwaite, Garnick, and Gifford attaching Project Richard summary of terms (no objection) |
| | | 11:50 a.m. | | | Court in recess |

| | | | | | |
|---|---|---|---|---|---|
| | | 12:06 p.m. | | | Defense cross examination of **Nicholas Pritzker** continues (Wilkinson) |
| | 6491 | 12:07 p.m. | X | X | Memo re Telephonic Minutes of a Meeting of the Board of Directors of Juul Labs, Inc. (no objection) |
| | 7130 | 12:29 p.m. | X | X | 12052018 Email (no objection) |
| | 6149 | 12:30 p.m. | X | | 12082018 Email (for refreshment of recollection only) |
| | 2728 | 12:31 p.m. | X | X | 12/11/2018 Email from Nicholas Pritzker to Howard Willard Re: {Unverified} Language and call (no objection) |
| | 2730 | 12:33 p.m. | X | X | 12/16/2018 Email from Nicholas Pritzker to Howard Willard et al Re: {Unverified} Today's call (No objection) |
| | 2731 | 12:34 p.m. | X | X | 12/16/2018 Email from Nicholas Pritzker to Howard Willard et al Re: {Unverified} Today's call (No objection) |
| | 7129 | 12:36 p.m. | X | X | Press release |
| | 6153 | 12:39 p.m. | X | X | Altria-JLI Contract Documents: (1) Relationship Agreement, (2) Services Agreement, (3) Stock Purchase Agreement (admitted conditionally) |
| | | 12:51 p.m. | | | Plaintiff redirect of **Nicholas Pritzker** (Sharp) |
| 85 | | 12:52 p.m. | X | X | 02/06/2019 Letter from Scott Gottlieb to Kevin Burns requesting a meeting (no objection) |
| 1899 | | 12:55 p.m. | X | X | 9/9/2019 Email from Riaz Valani to Kevin Crosthwaite Re: {Unverified} Fwd: FDA letters (admitted conditionally) |
| 86 | | 12:56 p.m. | X | X | 09/09/2019 FDA Warning Letter from FDA to Juul, Kevin Burns (admitted conditionally) |
| 1900 | | 12:59 p.m. | X | X | 9/9/2019 FDA letter to Kevin Burns Re: Documents Requests (admitted conditionally) |
| 4056 | | 1:13 p.m. | X | X | Board minutes (no objection) |
| 4057 | | 1:15 p.m. | X | X | 08/20/2019 Email (no objection) |
| 4043 | | 1:19 p.m. | X | | Objection sustained; document barred from admission |
| 135 | | 1:31 p.m. | X | X | 2018 NYTS Data: A Startling Rise in Youth E-Cigarette Use – FDA (no objection) |
| 4058 | | 1:38 p.m. | X | | Objection sustained; document barred from admission |
| | | 1:41 p.m. | | | Witness and jurors excused |
| | | 1:42 p.m. | | | Court in recess |

Plaintiff time at start of day:   24 hours, 57 minutes
Time used 05/01/2023:              2 hour,   57 minutes
Time remaining:                   22 hours, 0 minutes

Defendant total time:             34 hours, 37 minutes
Time used 05/01/2023:              1 hour,   38 minutes
Time remaining:                   32 hours, 59 minutes