1
2
3
4
5
6   [Submitting Counsel on Signature Page]
7
8               **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
10                 **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| 12  **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 19-md-02913-WHO** |
| 13 | **TRIAL TESTIMONY AND EXHIBITS FROM THE VIDEOTAPED TESTIMONY OF SCOTT DUNLAP, CMO/COO OF JUUL LABS INC., PLAYED AT TRIAL** |
| 14 | |
| 15 | |
| 16  **This Document Relates to:** | |
| 17  *San Francisco Unified School District v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-08177 | |
| 18 | |

19
20   Plaintiff, by and through its undersigned attorneys, hereby dockets the following:

21       1.  **Exhibit 1** is a report of the videotaped testimony of Scott Dunlap, CMO/COO of
22           Juul Labs Inc., that was played to the jury on May 2, 2023. The testimony in blue
23           00:45:28 and light blue 00:00:00 Plaintiff's affirmative and counter-counter
24           designations.

25       2.  **Exhibit 2**: is a *Joint Stipulation Identifying Trial Exhibits Used In Videotaped*
26           *Depositions of Scott Dunlap Played at Trial* that sets forth all of the Trial Exhibits
27           from the videotaped testimony of Scott Dunlap admitted into evidence by the Court.

28

Respectfully submitted,


By: /s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia PA 19106
Telephone 215-592-1500
MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*


Sarah R. London
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ *Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com


By: /s/ *Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900


By: /s/ *Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
*Co-Lead Counsel for Plaintiff*

# EXHIBIT 1

# DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23

## Designation List Report

| | | |
|---|---|---|
| | **Dunlap, Scott** | **2021-08-11** |
| | **Dunlap, Scott** | **2021-08-12** |

| | |
|---|---|
| PLF AFFIRMATIVE | 00:45:28 |
| DEF COUNTER | 00:00:12 |
| **TOTAL RUN TIME** | **00:45:39** |

Documents linked to video:

DUNLAP29001

DUNLAP29002

DUNLAP29005



**ID: DS_v12**

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 17:03 - 17:05 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.1 |
| | 17:03   Q.  Good morning, Mr. Dunlap.  How are you? | | |
| | 17:04   A.  I'm good.  How are you doing? | | |
| | 17:05   Q.  I'm very good.  Thanks. | | |
| 17:09 - 17:12 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:09 | DS_v12.2 |
| | 17:09   Q.  can you just spell and state your name | | |
| | 17:10        for the record. | | |
| | 17:11   A.  Yes.  Scott Dunlap, S-C-O-T-T.  My last | | |
| | 17:12        name is D-U-N-L-A-P. | | |
| 31:12 - 31:12 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:01 | DS_v12.3 |
| | 31:12   Q.  let's focus | | |
| 31:13 - 31:16 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:12 | DS_v12.4 |
| | 31:13        on -- your work at PAX Labs, which is now JUUL. | | |
| | 31:14        You were hired as the chief marketing officer | | |
| | 31:15        and you started, I think, in early February, 2015? | | |
| | 31:16   A.  That's correct. | | |
| 31:22 - 32:01 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.5 |
| | 31:22   Q.  And about two months later you were | | |
| | 31:23        promoted to chief operating officer?  I think it was | | |
| | 31:24        in early April of 2015? | | |
| | 31:25   A.  I don't recall the specific date, but, yes, | | |
| | 32:01        it was within 90 days of my employment. | | |
| 32:05 - 32:09 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:12 | DS_v12.6 |
| | 32:05   Q.  And you held the chief | | |
| | 32:06        operating officer -- assuming you started in April | | |
| | 32:07        2015, you held that until about October of 2015, | | |
| | 32:08        right? | | |
| | 32:09   A.  Yes, that's correct. | | |
| 32:13 - 32:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:10 | DS_v12.7 |
| | 32:13   Q.  And JUUL was launched in the United States | | |
| | 32:14        in early June 2015, right? | | |
| | 32:15   A.  I believe that is correct, yeah. | | |
| 47:16 - 47:17 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.8 |
| | 47:16        How did you learn that you were going to be | | |
| | 47:17        promoted? | | |
| 47:18 - 47:20 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:13 | DS_v12.9 |
| | 47:18   A.  I -- how to phrase this -- I was promoted | | |

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 47:19 | and learned I was going to be promoted pretty much in | | |
| | 47:20 | the same meeting. | | |
| **47:22 - 48:16** | **Dunlap, Scott 2021-08-11_WIT** | 00:01:19 | DS_v12.10 |
| | 47:22 A. So I'd like to provide a little bit of | | |
| | 47:23 context.  As we approached the launch of JUUL, one of | | |
| | 47:24 the initial concerns I had personally was in the | | |
| | 47:25 manufacturing and supply chain levels in that it was a | | |
| | 48:01 brand-new product, and we were having trouble getting | | |
| | 48:02 to the volumes required to match what I believed would | | |
| | 48:03 be the initial marketing demand. | | |
| | 48:04 In sharing this with James and with the board, | | |
| | 48:05 we realized there were some operational issues that | | |
| | 48:06 needed to be addressed prior to launch, and we had | | |
| | 48:07 delayed the launch of the product already once or | | |
| | 48:08 twice based on that. | | |
| | 48:09 And so Riaz and Nick and -- what was his | | |
| | 48:10 name -- Frankel, I believe, and James pulled me into a | | |
| | 48:11 room and said we believe we've made a mistake.  We | | |
| | 48:12 should have hired you as the chief operating officer. | | |
| | 48:13 So we would like to promote you to chief operating | | |
| | 48:14 officer and bring Richard Mumby in as our full-time | | |
| | 48:15 chief marketing officer.  How does that sound? | | |
| | 48:16 That's essentially how it came about. | | |
| **49:18 - 49:18** | **Dunlap, Scott 2021-08-11_WIT** | 00:00:01 | DS_v12.11 |
| | 49:18 Q. Was there | | |
| **49:18 - 49:20** | **Dunlap, Scott 2021-08-11_WIT** | 00:00:08 | DS_v12.12 |
| | 49:18 Q. any pressure being put on you and | | |
| | 49:19 others at the company to get the product to market and | | |
| | 49:20 to get the product to market quickly? | | |
| **49:22 - 49:22** | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.13 |
| | 49:22 A. Yes. | | |
| **50:01 - 50:02** | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.14 |
| | 50:01 Who was putting that pressure on you and | | |
| | 50:02 others? | | |
| **50:04 - 50:09** | **Dunlap, Scott 2021-08-11_WIT** | 00:00:19 | DS_v12.15 |
| | 50:04 A. The pressure primarily came from two | | |
| | 50:05 sources, which would be the board of directors, very | | |
| | 50:06 interested to get the product launched, and the | | |
| | 50:07 pressure we put on ourselves, quite honestly, as an | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:08    executive team to get this product that we worked on | | |
| | 50:09    for so long out into the hands of consumers. | | |
| 50:10 - 50:12 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:12 | DS_v12.16 |
| | 50:10   Q.  who on the board of directors | | |
| | 50:11    was putting pressure on you and others specifically? | | |
| | 50:12   A.  Nick Pritzker and Riaz primarily. | | |
| 51:14 - 51:14 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.17 |
| | 51:14   Q.  was there pressure to get the product | | |
| 51:15 - 51:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.18 |
| | 51:15    to market because, at the point in time from when you | | |
| 51:16 - 51:16 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.19 |
| | 51:16    started with the company until launch, there was no | | |
| 51:17 - 51:19 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:12 | DS_v12.20 |
| | 51:17    regulation and it was anticipated that there might be | | |
| | 51:18    regulation and you needed to get the product to market | | |
| | 51:19    before that happened? | | |
| 51:21 - 52:08 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:50 | DS_v12.21 |
| | 51:21   A.  I would categorize the pressure as being | | |
| | 51:22    from one of three sources:  One is just our excitement | | |
| | 51:23    to have the product out; the second one was, yes, at | | |
| | 51:24    the time the deeming rules from the FDA were not a | | |
| | 51:25    hundred percent clear, and we weren't sure what those | | |
| | 52:01    would be, so there was definitely some pressure to get | | |
| | 52:02    it out before we heard from the FDA on any regulation | | |
| | 52:03    that might further slow the launch of the product; and | | |
| | 52:04    then the third, I would say, was pressure from the | | |
| | 52:05    board just for sales, sales and revenue figures, | | |
| | 52:06    largely because we had just done a fundraising round | | |
| | 52:07    and we had new investors that had sales projections in | | |
| | 52:08    their hands. | | |
| 53:02 - 53:06 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:18 | DS_v12.22 |
| | 53:02    Did you know that, because there was no | | |
| | 53:03    regulation, you and the company -- not you -- the | | |
| | 53:04    company was able to market JUUL in a way that | | |
| | 53:05    cigarette manufacturers could not?  Were you aware of | | |
| | 53:06    that? | | |
| 53:08 - 53:08 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.23 |
| | 53:08   A.  Yes. | | |

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 53:09 - 53:09 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:01 | DS_v12.24 |
| | 53:09   Q.  For instance, were you aware prior to | | |
| 53:10 - 53:11 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:09 | DS_v12.25 |
| | 53:10      launch that Big Tobacco companies could not hand out | | |
| | 53:11      samples of cigarettes, but, because of lack of | | |
| 53:12 - 53:12 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:05 | DS_v12.26 |
| | 53:12      regulation, JUUL was able to do that, right? | | |
| 53:14 - 53:14 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.27 |
| | 53:14   A.  Yes. | | |
| 54:05 - 54:08 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:15 | DS_v12.28 |
| | 54:05   Q.  So there was just a general concern | | |
| | 54:06      inside the company to get ahead of the regulations so | | |
| | 54:07      that there were not regulations that prohibited JUUL | | |
| | 54:08      from, for instance, marketing flavors, right? | | |
| 54:10 - 54:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:18 | DS_v12.29 |
| | 54:10   A.  Yes.  For clarity, I would classify deeming | | |
| | 54:11      in general to include restrictions on flavors, form of | | |
| | 54:12      the design that we could use, and advertising in | | |
| | 54:13      general.  The difficulty, of course, is we had no idea | | |
| | 54:14      what the deeming rules could be, so they could be | | |
| | 54:15      anything. | | |
| 59:17 - 59:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.30 |
| | 59:17      MR. WEINKOWITZ:  Can we pull up tab A, | | |
| | 59:18      please, which we'll mark as 29001. | | |
| 60:02 - 60:04 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:10 | DS_v12.31 |
| 🔗 DUNLAP29001 .1.2 | 60:02   Q.  Okay.  Do you see that -- this is an email | | |
| | 60:03      with an attachment that JUUL produced to us.  It's an | | |
| | 60:04      email from Gal Cohen. | | |
| 60:06 - 60:10 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:15 | DS_v12.32 |
| | 60:06   A.  I see it, yes. | | |
| | 60:07   Q.  And it's an email dated April 14th, 2015, | | |
| | 60:08      and it's to you, Sarah Richardson, and Adam Bowen. | | |
| | 60:09      Do you see that? | | |
| | 60:10   A.  Yes, I see it. | | |
| 60:11 - 60:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:22 | DS_v12.33 |
| | 60:11   Q.  And at the time Adam Bowen, | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 60:12    he -- was he a board member and the chief product | | |
| | 60:13    officer of the company? | | |
| | 60:14  A.  I don't recall his title, but, yes, he was | | |
| | 60:15    a board member and executive of the company. | | |
| | 60:16  Q.  And he was one of the two cofounders along | | |
| | 60:17    with Mr. Monsees, right? | | |
| | 60:18  A.  That is correct. | | |
| 61:04 - 61:07 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:10 | DS_v12.34 |
| 🔗 DUNLAP29001.1.3 | 61:04  Q.  And do you see that Mr. Cohen | | |
| | 61:05    tells you that the company is part of an industry | | |
| | 61:06    group, including the Big Three and NJOY?  Do you see | | |
| | 61:07    that? | | |
| 61:08 - 61:10 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:08 | DS_v12.35 |
| | 61:08  A.  Yes. | | |
| | 61:09  Q.  And so what he is telling you is that JUUL, | | |
| | 61:10    the company, is part of a group of other folks in the | | |
| 61:11 - 61:11 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.36 |
| | 61:11    industry, including the Big Three -- what do you | | |
| 61:12 - 61:14 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:11 | DS_v12.37 |
| | 61:12    understand the Big Three to be? | | |
| | 61:13  A.  My understanding, in referencing the Big | | |
| | 61:14    Three, is the Big Three tobacco companies. | | |
| 61:15 - 61:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.38 |
| 🔗 DUNLAP29001.1.4 | 61:15  Q.  if we look at the email that precedes | | |
| 61:16 - 61:20 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.39 |
| | 61:16    that, from a Stacy Ehrlich, and just sort of -- if you | | |
| | 61:17    look at the emails, there's a Steve Callahan from | | |
| | 61:18    Altria. | | |
| | 61:19    Do you see that? | | |
| | 61:20  A.  Yes, I see that. | | |
| 61:21 - 61:24 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:08 | DS_v12.40 |
| | 61:21  Q.  And Altria is the manufacturer that used to | | |
| | 61:22    be called Philip Morris that makes Marlboro | | |
| | 61:23    cigarettes, correct? | | |
| | 61:24  A.  Yes. | | |
| 64:17 - 64:17 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.41 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 DUNLAP29001.1.2 | 64:17   Q.   so if we go back up to the email, | | DS_v12.41 |
| 64:18 - 64:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:04 | DS_v12.42 |
| 🔗 DUNLAP29001.1.5 | 64:18   Mr. Cohen is sending it to you.  He indicates that | | |
| 64:19 - 64:20 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.43 |
| | 64:19   JUUL is part of an industry group with these other Big | | |
| | 64:20   Tobacco companies, and he is attaching an -- what the | | |
| 64:21 - 65:03 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:28 | DS_v12.44 |
| | 64:21   attorney generals have proposed with regard to the | | |
| | 64:22   deeming regulations. | | |
| | 64:23   Do you see that?  The second paragraph. | | |
| | 64:24   A.   Yes, I see that. | | |
| 🔗 DUNLAP29001.4.1 | 64:25   Q.   And he attaches a letter, if you go to the | | |
| 🔗 DUNLAP29001.4.2 | 65:01   third page, that was filed on the FDA docket on August | | |
| | 65:02   8th of 2014. | | |
| | 65:03   Do you see that? | | |
| 65:04 - 65:04 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.45 |
| | 65:04   A.   Yes, I see that. | | |
| 65:06 - 65:07 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:09 | DS_v12.46 |
| 🔗 DUNLAP29001.34.2 | 65:06   it's a letter that is signed by 30 attorney | | |
| | 65:07   generals from 30 different states. | | |
| 65:08 - 65:08 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:01 | DS_v12.47 |
| 🔗 DUNLAP29001.35.1 | 65:08   Do you see that | | |
| 65:08 - 65:09 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:05 | DS_v12.48 |
| | 65:08   on pages 31 to 33? | | |
| | 65:09   A.   Yes, I see it. | | |
| 66:02 - 66:08 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:23 | DS_v12.49 |
| 🔗 DUNLAP29001.1.2 | 66:02   Q.   this letter is being sent to you and | | |
| | 66:03   Ms. Richardson and Mr. Bowen, who is on the board, on | | |
| | 66:04   April 14th, 2015, correct? | | |
| | 66:05   A.   The email being sent on April 14th, yes. | | |
| | 66:06   Q.   Right.  And that -- that attaches the | | |

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 66:07  letter, right? | | |
| | 66:08  A.  That is correct. | | |
| 66:09 - 66:10 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.50 |
| | 66:09  Q.  April 14th, 2015, is a few | | |
| | 66:10  months before JUUL launched, right? | | |
| 66:11 - 66:11 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.51 |
| | 66:11  A.  Yes, approximately. | | |
| 74:15 - 74:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.52 |
| 🔗 DUNLAP29001 .10.3 | 74:15  Q.  now if we could turn to page 7, which | | |
| 74:16 - 74:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:07 | DS_v12.53 |
| | 74:16  is ending in Bates 5463, do you see on this page the | | |
| | 74:17  attorney generals are explaining why they recommend | | |
| | 74:18  that flavors should be banned? | | |
| 74:21 - 74:21 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.54 |
| | 74:21  A.  Yes, that sounds right. | | |
| 74:22 - 74:23 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.55 |
| | 74:22  Q.  the general gist of this is that | | |
| | 74:23  flavors should be banned because some of those flavors | | |
| 74:24 - 74:25 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.56 |
| | 74:24  have been found to be attractive to | | |
| | 74:25  youth, correct? | | |
| 75:02 - 75:02 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.57 |
| | 75:02  A.  Yes, that is the basis of their argument. | | |
| 75:03 - 75:03 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.58 |
| 🔗 DUNLAP29001 .7.2 | 75:03  Q.  And page 7, | | |
| 75:04 - 75:06 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.59 |
| 🔗 DUNLAP29001 .7.3 | 75:04  there's a recommendation there from the attorney | | |
| | 75:05  generals, correct? | | |
| | 75:06  A.  That is correct. | | |
| 76:07 - 76:12 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:13 | DS_v12.60 |
| 🔗 DUNLAP29001 .7.1 | 76:07  Q.  if we look at the next paragraph, it | | |
| | 76:08  says, there is strong evidence that youth are | | |
| | 76:09  attracted to flavored-tobacco products and are much | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 76:10   more likely to use candy and fruit-flavored tobacco | | |
| | 76:11   products than adults. | | |
| | 76:12   Do you see that? | | |
| 76:13 - 76:13 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.61 |
| | 76:13   A.  Yes, I see that. | | |
| 76:22 - 76:25 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:09 | DS_v12.62 |
| | 76:22   Q.  do you understand the concept that | | |
| | 76:23   youth might be particularly attracted to a | | |
| | 76:24   fruit-flavored tobacco product? | | |
| | 76:25   A.  Yes. | | |
| 77:06 - 77:09 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:15 | DS_v12.63 |
| | 77:06   Q.  the fact that youth were attracted to | | |
| | 77:07   fruit-flavored tobacco products is right here in this | | |
| | 77:08   letter that was circulated by Mr. Cohen in 2014 -- | | |
| | 77:09   '15 -- before JUUL launched, right? | | |
| 77:11 - 77:11 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.64 |
| | 77:11   A.  That appears correct. | | |
| 77:12 - 77:12 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.65 |
| ⊠ Clear | 77:12   MR. WEINKOWITZ:  Can we pull up | | |
| 77:13 - 77:13 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.66 |
| | 77:13   Exhibit 29002. | | |
| 78:01 - 78:05 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:22 | DS_v12.67 |
| | 78:01   Do you remember all of the flavors that JUUL | | |
| | 78:02   was launched with in June of 2015? | | |
| | 78:03   A.  Yes.  I believe the four flavors were | | |
| | 78:04   tobaac for tobacco, a miint, a fruut flavor, and a | | |
| | 78:05   creme brulee, bruule. | | |
| 79:06 - 79:07 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:04 | DS_v12.68 |
| 🔗 DUNLAP29002 .2.1 | 79:06   Q.  if you could look to the | | |
| | 79:07   second page of this document.  This document was | | |
| 79:08 - 79:11 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.69 |
| | 79:08   produced by JUUL, and this appears to be a JUUL sort | | |
| | 79:09   of sell sheet. | | |
| | 79:10   Does it look familiar to you at all? | | |
| | 79:11   A.  Yes. | | |
| 79:12 - 79:12 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:04 | DS_v12.70 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 DUNLAP29002.2.4 | 79:12   Q.  Okay.  So can you pull up the JUUL pod | | DS_v12.70 |
| 79:13 - 79:16 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:08 | DS_v12.71 |
| 🔗 DUNLAP29002.2.5 | 79:13      overview for me?  And I think you testified that one | | |
| | 79:14      of the flavors that JUUL launched was the flavor | | |
| | 79:15      called "bruule"? | | |
| | 79:16   A.  Uh-huh. | | |
| 79:17 - 79:23 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:18 | DS_v12.72 |
| | 79:17   Q.  do you | | |
| | 79:18      see that it's described as vanilla cake, silky custard | | |
| | 79:19      and creme brulee?  Do you see that? | | |
| | 79:20   A.  Yes, I see it. | | |
| | 79:21   Q.  Does that help refresh your recollection as | | |
| | 79:22      to how JUUL describes the bruule flavor? | | |
| | 79:23   A.  Yes. | | |
| 81:06 - 81:09 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.73 |
| | 81:06      Do you see that, sir, the -- as we talked | | |
| | 81:07      about, the JUUL pod for bruule is described as tasting | | |
| | 81:08      like vanilla cake? | | |
| | 81:09   A.  Yes, I see that. | | |
| 82:07 - 82:10 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:15 | DS_v12.74 |
| 🔗 DUNLAP29002.2.6 | 82:07   Q.  And do you see how the fruut is | | |
| | 82:08      described as tasting, in the flavor guide, peaches, | | |
| | 82:09      grapes, and berries with herbal notes? | | |
| | 82:10   A.  Yes, I see that. | | |
| 83:01 - 83:04 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:12 | DS_v12.75 |
| 🔗 DUNLAP29002.2.7 | 83:01      Sir, do you see that JUUL launched with a | | |
| | 83:02      flavor called "miint," which is described as crisp | | |
| | 83:03      peppermint with a soothing aftertaste? | | |
| | 83:04   A.  Yes, I see that. | | |
| 84:19 - 84:20 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:04 | DS_v12.76 |
| ⌧ Clear | 84:19   Q.  Mr. Dunlap, I'd like to take you back | | |
| | 84:20      to February of 2015. | | |
| 84:21 - 84:25 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:16 | DS_v12.77 |
| | 84:21      And in early February of 2015 you were the -- | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 84:22   you were hired as the chief marketing officer, and you | | |
| | 84:23   were working with Mr. Mumby, who was primarily | | |
| | 84:24   responsible for branding and launching JUUL, right? | | |
| | 84:25   A.  That's correct. | | |
| 85:16 - 85:17 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:04 | DS_v12.78 |
| | 85:16   tell me about the presentation to the board | | |
| | 85:17   of the Vaporized campaign. | | |
| 85:19 - 85:25 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:29 | DS_v12.79 |
| | 85:19   A.  Within the first few weeks of being | | |
| | 85:20   employed, there was a board meeting that was | | |
| | 85:21   scheduled, which is a regular -- I believe it was | | |
| | 85:22   every other month, but tops on the agenda was to get | | |
| | 85:23   an update on where we were with the JUUL launch | | |
| | 85:24   preparation, and for the board to review the campaign | | |
| | 85:25   and the activations that we had planned. | | |
| 88:03 - 88:07 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:18 | DS_v12.80 |
| | 88:03   Q.  how about launch parties?  Was the | | |
| | 88:04   board told about the launch parties that were going to | | |
| | 88:05   go forward? | | |
| | 88:06   A.  My recollection is, yes, there were launch | | |
| | 88:07   parties in key cities that were on the agenda. | | |
| 88:21 - 88:23 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.81 |
| | 88:21   Q.  did the board of directors approve of | | |
| | 88:22   the direction that the campaign -- the JUUL launch | | |
| | 88:23   campaign was going to go as presented by Mr. Mumby? | | |
| 88:25 - 89:01 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:07 | DS_v12.82 |
| | 88:25   A.  Yes.  At the end of the meeting they | | |
| | 89:01   approved the campaign with some suggestions. | | |
| 90:06 - 90:24 | **Dunlap, Scott 2021-08-11_WIT** | 00:01:13 | DS_v12.83 |
| | 90:06   Q.  Was there any discussion about the | | |
| | 90:07   youthfulness of the campaign during this board | | |
| | 90:08   meeting? | | |
| | 90:09   A.  Yes. | | |
| | 90:10   Q.  Tell me about that. | | |
| | 90:11   A.  This presentation was the first time the | | |
| | 90:12   board had seen all the pieces together, and I think | | |
| | 90:13   the first response was there's definitely not -- | | |
| | 90:14   hasn't been anything like this in the industry, which | | |
| | 90:15   we had as our goal, quite honestly, in writing the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

90:16     brief, when Richard wrote the brief, how do we get
90:17     attention to adults -- you know, from adult smokers on
90:18     something that's really quite new in terms of an
90:19     experience.
90:20     So my recollection is that that was the first
90:21     reaction, was this is very different than anything
90:22     we've seen before.  And there were some specific
90:23     questions around choice of models and choice of
90:24     photography.

**90:25 - 91:03**    **Dunlap, Scott 2021-08-11_WIT**      00:00:11     DS_v12.84

90:25   Q.   the questions about the choice
91:01     of models and the choice of photography, did that have
91:02     to do with -- did that have to do with the
91:03     youthfulness of the models that were being presented?

**91:05 - 91:07**    **Dunlap, Scott 2021-08-11_WIT**      00:00:09     DS_v12.85

91:05   A.   Yes, some of the questions were around
91:06     youthfulness, in particular, asking the age of the
91:07     models.

**96:13 - 96:24**    **Dunlap, Scott 2021-08-11_WIT**      00:00:37     DS_v12.86

96:13     you said that there were a
96:14     number of datapoints that came into the company or at
96:15     least came into your knowledge in September or October
96:16     of 2015 that raised a concern for you that youth were
96:17     using JUUL, right?
96:18   A.   That's correct.
96:19   Q.   And those datapoints included -- and you
96:20     said they were little pieces of data.  The first one
96:21     was an indication of how the hashtags, the JUUL
96:22     hashtags, were being used on social media.
96:23     Can you tell me what you mean by that
96:24     specifically?

**97:01 - 98:09**    **Dunlap, Scott 2021-08-11_WIT**      00:02:01     DS_v12.87

97:01   A.   Yes.  So within most social media,
97:02     primarily Instagram and Twitter, the use of hashtags
97:03     is a way to follow a subject and a way to connect with
97:04     people that have similar interests.  The Cult
97:05     Collective, by design, had suggested this as part of
97:06     the launch of JUUL and using words like hashtag JUUL
97:07     or hashtag JUUL vapor or hashtag vaporized.  And as we

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 97:08 | put some of our content out on social channels, such | | |
| | 97:09 | as YouTube, Instagram, we would use those hashtags. | | |
| | 97:10 | And the idea, in general, is you're hoping that | | |
| | 97:11 | you're reaching a target audience and some discovery | | |
| | 97:12 | is happening in this process.  So that's how you learn | | |
| | 97:13 | about JUUL, is perhaps you click on it, and then when | | |
| | 97:14 | you click on a hashtag, you generally get an idea of | | |
| | 97:15 | how everybody is using JUUL.  So you can see all the | | |
| | 97:16 | posts made using that hashtag within the last hour, | | |
| | 97:17 | the last day, the last week. | | |
| | 97:18 | So from the Cult Collective's perspective, you | | |
| | 97:19 | actually want some use of the hashtag.  If there's a | | |
| | 97:20 | groundswell of interest in your target markets, which | | |
| | 97:21 | in our case was adult smokers, it's actually a very | | |
| | 97:22 | effective form of marketing.  It's a pure -- you know, | | |
| | 97:23 | pure interest. | | |
| | 97:24 | For my case, in social media, just every two or | | |
| | 97:25 | three hours, just kind of pull up and click on one of | | |
| | 98:01 | the hashtags and get an idea of how it's hitting the | | |
| | 98:02 | market, and you would see a little bit of everything. | | |
| | 98:03 | Some people very skeptical of the product, some people | | |
| | 98:04 | wondering about it looks like a USB stick.  I remember | | |
| | 98:05 | seeing a lot of that.  And then some very happy | | |
| | 98:06 | customers that had given it a shot. | | |
| | 98:07 | But then I would see images and presentation of | | |
| | 98:08 | how JUUL products were being passed around that made | | |
| | 98:09 | me concerned. | | |

| 98:12 - 98:13 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:05 | DS_v12.88 |
|---|---|---|---|
| | 98:12 | Q.  Isn't one of the problems with using social | | |
| | 98:13 | media and using hashtags, as a marketing tool, | | |

| 98:14 - 98:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:27 | DS_v12.89 |
|---|---|---|---|
| | 98:14 | that you might not necessarily hit your intended | | |
| | 98:15 | audience of 25- to, whatever, 35-year-olds, that there | | |
| | 98:16 | are young people that use social media, and by using | | |
| | 98:17 | social media to advertise JUUL, you may be exposing | | |
| | 98:18 | minors to the advertising?  Isn't that a problem? | | |

| 98:20 - 98:24 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:17 | DS_v12.90 |
|---|---|---|---|
| | 98:20 | A.  Where I would agree with your statement is | | |
| | 98:21 | it's very hard to control the content in social media | | |
| | 98:22 | and how those hashtags are used.  So -- | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 98:23   Q.  Is there any way to control how a hashtag | | |
| | 98:24        is used so that a minor doesn't use it? | | |
| 99:01 - 99:04 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.91 |
| | 99:01   A.  No, not that I'm aware of. | | |
| | 99:02   Q.  Is there any way to use a hashtag in any | | |
| | 99:03        way so that you know that only a smoker is using it? | | |
| | 99:04   A.  No, not that I'm aware of. | | |
| 99:05 - 99:11 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:28 | DS_v12.92 |
| | 99:05   Q.  So let me ask this.  When this piece of | | |
| | 99:06        data came in about how JUUL hashtags were being used, | | |
| | 99:07        did you bring that back to the company and anybody | | |
| | 99:08        else inside the company and say, hey, look, our | | |
| | 99:09        hashtags are being potentially used or potentially | | |
| | 99:10        indicating that young people are using our product, we | | |
| | 99:11        need to do something?  Did you do anything like that? | | |
| 99:13 - 99:20 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:30 | DS_v12.93 |
| | 99:13   A.  Yes.  And that was also because there had | | |
| | 99:14        been other employees that had seen a similar thing. | | |
| | 99:15        So we were collecting our information.  The COO -- the | | |
| | 99:16        first step usually is tell your CEO, which is James, | | |
| | 99:17        and then sit down with the CMO, which was Richard, and | | |
| | 99:18        say, you know, as early as it is, you know, what is | | |
| | 99:19        our plan here, if this turns out to be something we | | |
| | 99:20        need to address. | | |
| 99:21 - 99:22 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.94 |
| | 99:21   Q.  just so that I understand what | | |
| | 99:22        you're saying, in 2015 | | |
| 99:22 - 100:02 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:15 | DS_v12.95 |
| | 99:22        when | | |
| | 99:23        you had a concern that JUUL was being used by folks | | |
| | 99:24        that were underage as a result of this hashtag use, | | |
| | 99:25        you brought that back to Mr. Monsees and Mr. Mumby and | | |
| | 100:01       you let them know, right? | | |
| | 100:02  A.  That's correct. | | |
| 101:09 - 101:13 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:20 | DS_v12.96 |
| | 101:09  Q.  when you went back and you | | |
| | 101:10       talked to Mr. Monsees and Mr. Mumby about the use of | | |
| | 101:11       the hashtags by potentially underage folks, did at | | |
| | 101:12       that point in time you stop using the hashtags? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 101:13  A.  No, not at that point in time. | | |
| 101:23 - 101:23 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:01 | DS_v12.97 |
| | 101:23  Q.  Let me ask this question. | | |
| 101:24 - 102:03 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.98 |
| | 101:24      the point of data that came in that caused you concern | | |
| | 101:25      that minors were using the product, you spoke to | | |
| | 102:01      Mr. Monsees, you spoke to Mr. Mumby. | | |
| | 102:02      Did it make its way -- did that issue make its | | |
| | 102:03      way up to the board? | | |
| 102:05 - 102:05 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.99 |
| | 102:05  A.  Yes. | | |
| 123:17 - 123:22 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:22 | DS_v12.100 |
| | 123:17  Q.  you mentioned that | | |
| | 123:18      one of the datapoints that led you to be concerned | | |
| | 123:19      that young people were using JUUL in 2015 was a fight | | |
| | 123:20      you had or a discussion you had with a teenager in | | |
| | 123:21      San Francisco.  And I didn't follow up on that. | | |
| | 123:22      Can you tell me about that? | | |
| 123:23 - 125:06 | **Dunlap, Scott 2021-08-11_WIT** | 00:02:13 | DS_v12.101 |
| | 123:23  A.  Yes.  I believe, it -- if I recall | | |
| | 123:24      correctly, this was in the late summer, August, | | |
| | 123:25      September, going to a coffee shop from the PAX Labs | | |
| | 124:01      office and recognizing a group of people using the | | |
| | 124:02      JUUL product.  And as I had done on many occasions, | | |
| | 124:03      when I see people using it, I pretend to not -- | | |
| | 124:04      pretend to be interested in the device to find out how | | |
| | 124:05      did you find out about it, what did you think of it, | | |
| | 124:06      how are you doing it -- how are you using it, how | | |
| | 124:07      frequently, were you a smoker before, so a lot of the | | |
| | 124:08      hypotheses we had in going after our target | | |
| | 124:09      demographic. | | |
| | 124:10      And then within about two or three minutes of | | |
| | 124:11      the conversation, the rest of the group came out, and | | |
| | 124:12      they were, as indicated, all high schoolers, and every | | |
| | 124:13      one of them had a JUUL in hand.  And they were talking | | |
| | 124:14      about how much they liked the flavors.  And when I | | |
| | 124:15      asked them about how they got it, they said we can | | |
| | 124:16      just get it. | | |
| | 124:17      And the heated discussion was primarily me | | |

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 124:18   educating them that it's really not a good idea to use | | |
| | 124:19   nicotine in any way, shape, or form if you're underage | | |
| | 124:20   and that the product was specifically designed to be | | |
| | 124:21   21 and over.  And I believe I had some anecdotal, this | | |
| | 124:22   is why you never get a tattoo before age of 21, and | | |
| | 124:23   other things you don't know what you're permanently | | |
| | 124:24   doing.  And I think they told me to take a hike, but, | | |
| | 124:25   yeah, so -- | | |
| | 125:01   But in that -- in that rather heated | | |
| | 125:02   discussion, my main concern was they were, not only | | |
| | 125:03   that they had them, and that they seemed quite | | |
| | 125:04   nonchalant that they were easy to get, but their | | |
| | 125:05   frequency of use, that these two or three individuals | | |
| | 125:06   indicated all-day use, and that was very problematic. | | |
| 125:25 - 126:17 | **Dunlap, Scott 2021-08-11_WIT** | 00:01:05 | DS_v12.102 |
| | 125:25   Q.  you said that one of your concerns was | | |
| | 126:01   their frequency of use, that it was an all-day use. | | |
| | 126:02   Why did that concern you? | | |
| | 126:03   A.  Well, to add some context, one of the | | |
| | 126:04   unique things about an e-cigarette versus a | | |
| | 126:05   combustible cigarette is you can take one draw, | | |
| | 126:06   whereas combustible cigarette you kind of light the | | |
| | 126:07   end, you end up finding yourself kind of committing to | | |
| | 126:08   it rather than what we would refer to as a quick -- a | | |
| | 126:09   quick draw, just a quick pull. | | |
| | 126:10   And as they were discussing how they were using | | |
| | 126:11   it, I was realizing it was not a -- you know, sitting | | |
| | 126:12   down with coffee and, you know, using it like you | | |
| | 126:13   might see a traditional cigarette, but that they were | | |
| | 126:14   taking a pull before class, taking a pull before | | |
| | 126:15   practice, taking a pull before dinner. | | |
| | 126:16   And so it was frequent -- frequent usage | | |
| | 126:17   throughout the day for these particular individuals. | | |
| 131:15 - 131:16 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:07 | DS_v12.103 |
| | 131:15   Q.  Let me take you back to the October 15th | | |
| | 131:16   board meeting that we talked about. | | |
| 131:19 - 131:23 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:16 | DS_v12.104 |
| | 131:19   One of the things that was discussed at that | | |
| | 131:20   board meeting, I think you indicated, was the youth | | |
| | 131:21   usage of JUUL that you were observing through various | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 131:22    datapoints. | | |
| | 131:23    Can you tell me about that discussion? | | |
| 131:24 - 132:05 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:24 | DS_v12.105 |
| | 131:24  A.  There actually was not much discussion at | | |
| | 131:25    the board meeting.  I believe we spent most of the | | |
| | 132:01    time putting it in the board packet to talk about, but | | |
| | 132:02    my recollection of that board meeting is it ended very | | |
| | 132:03    early with Riaz particularly frustrated about sales | | |
| | 132:04    numbers.  And so I don't believe we actually got to | | |
| | 132:05    the topic of talking about it in the board meeting. | | |
| 133:21 - 134:10 | **Dunlap, Scott 2021-08-11_WIT** | 00:01:06 | DS_v12.106 |
| | 133:21  Q.  did you send emails that advised | | |
| | 133:22    folks internally about the concern you had from the | | |
| | 133:23    datapoints about youth usage? | | |
| | 133:24  A.  Yes, I recollect sending them as they -- I | | |
| | 133:25    recall sending them, and I actually recall thinking | | |
| | 134:01    through them pretty significantly before I sent them. | | |
| | 134:02    Because I'm the new COO, I have to, you know, be | | |
| | 134:03    careful to not have the entire company jump at my, you | | |
| | 134:04    know, instinctual need. | | |
| | 134:05    So in phrasing the email, I recall saying | | |
| | 134:06    specifically I have some leading indicators that are | | |
| | 134:07    quite early, I'm not sure what this means or where | | |
| | 134:08    it's trending to, but it's always a good idea to have | | |
| | 134:09    a contingency plan because it takes a couple months to | | |
| | 134:10    put these together, let's make sure we have one. | | |
| 140:04 - 140:04 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.107 |
| | 140:04    Exhibit 29005. | | |
| 140:09 - 140:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:26 | DS_v12.108 |
| 🔗 DUNLAP29005 .1.5 | 140:09  Q.  Okay.  This is an email that was produced | | |
| 🔗 DUNLAP29005 .1.6 | 140:10    to us by JUUL Labs, and it starts with an email that | | |
| | 140:11    apparently, it looks like, you sent to Mr. Mumby on | | |
| | 140:12    June 29, 2015. | | |
| | 140:13    Do you see that? | | |
| | 140:14  A.  Yes. | | |
| | 140:15  Q.  And the subject of the email is JUUL and | | |
| | 140:16    the brand message. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 140:17   Do you see that? | | |
| | 140:18  A.  Yes. | | |
| 140:23 - 141:05 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:25 | DS_v12.109 |
| | 140:23  Q.  June 30th or 29th of 2015 is | | |
| | 140:24   approximately a month after JUUL launched in the | | |
| | 140:25   United States, right? | | |
| | 141:01  A.  That's correct. | | |
| 🔗 DUNLAP29005 | 141:02  Q.  Having read this email, do you recall it? | | |
| .1.5 | | | |
| | 141:03  A.  Yes.  In fact, I suspect this was the email | | |
| | 141:04   I had in my head when I was answering your previous | | |
| | 141:05   questions. | | |
| 141:06 - 141:08 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.110 |
| | 141:06  Q.  let's just work | | |
| | 141:07   through this email, and I want to ask you some | | |
| | 141:08   questions about it. | | |
| 141:11 - 141:13 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:10 | DS_v12.111 |
| 🔗 DUNLAP29005 | 141:11   Richard, in checking my notes from the last | | |
| .1.7 | | | |
| | 141:12   month of weekly board calls, I am noticing a trend | | |
| | 141:13   line of questions about, are we sure the current | | |
| 141:14 - 141:19 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:16 | DS_v12.112 |
| | 141:14   the current brand for JUUL is the right one. | | |
| | 141:15   No action required, but I figured I would share my | | |
| | 141:16   thoughts.  We can chat next time you are in the office | | |
| | 141:17   at your convenience. | | |
| | 141:18   Did I read that correctly? | | |
| | 141:19  A.  That is correct. | | |
| 143:01 - 143:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:52 | DS_v12.113 |
| | 143:01   At the time, in 2015, when you were there for | | |
| | 143:02   the ten months at the company, were you having weekly | | |
| | 143:03   board calls? | | |
| | 143:04  A.  If I recall correctly, we were having | | |
| | 143:05   weekly board calls from approximately May through June | | |
| | 143:06   and July, primarily because of the launch of the two | | |
| | 143:07   products, the PAX 2 product, which was in the | | |
| | 143:08   April-May time, and the JUUL product.  So they were | | |
| | 143:09   very interested to see how it was coming together. | | |
| | 143:10  Q.  And the "they're" you're talking about is | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 143:11    the board? | | |
| | 143:12  A.  Yes. | | |
| | 143:13  Q.  How hands-on was Mr. Valani with the | | |
| | 143:14    operations of the company at the time that you were | | |
| | 143:15    there? | | |
| 143:17 - 143:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:07 | DS_v12.114 |
| | 143:17  A.  Relative to other boards of directors I've | | |
| | 143:18    worked with in the past, they were very hands-on. | | |
| 143:22 - 143:25 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:10 | DS_v12.115 |
| | 143:22  Q.  Let me ask you the areas sort of that they | | |
| | 143:23    were -- when you say they, the board, was very | | |
| | 143:24    involved, did that include marketing? | | |
| | 143:25  A.  Yes. | | |
| 145:13 - 145:21 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:28 | DS_v12.116 |
| 🔗 DUNLAP29005 .1.8 | 145:13    It says, the JUUL brand has come up as a | | |
| | 145:14    discussion point at each board call this month, but | | |
| | 145:15    never a top level concern.  You may recall Nick | | |
| | 145:16    saying, quote, it feels too young, or Riaz commenting | | |
| | 145:17    on how harsh the YouTube comments were at the last | | |
| | 145:18    full board meeting.  The weekly calls have a similar | | |
| | 145:19    tone -- always a comment, but never a deep discussion. | | |
| | 145:20    Did I read that correctly? | | |
| | 145:21  A.  That is correct. | | |
| 147:03 - 148:01 | **Dunlap, Scott 2021-08-11_WIT** | 00:01:32 | DS_v12.117 |
| 🔗 DUNLAP29005 .1.9 | 147:03  Q.  second paragraph, it says, our | | |
| | 147:04    board members are more involved than most, and likely | | |
| | 147:05    crazier than most, given the depth of experience they | | |
| | 147:06    have in this industry.  It's always good to listen, | | |
| | 147:07    but best to take it with a grain of (nicotine) salt. | | |
| | 147:08    Did I read that correctly? | | |
| | 147:09  A.  Yes. | | |
| | 147:10  Q.  And tell me what you mean there, our board | | |
| | 147:11    members are more involved than most. | | |
| | 147:12  A.  Relative to my experience in Silicon | | |
| | 147:13    Valley, most board members don't have weekly calls. | | |
| | 147:14    Most board members don't get into the details of | | |
| | 147:15    objections or how to solve certain problems.  They | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

147:16    usually just give high-level advice.
147:17    I personally got the impression these board
147:18    members had been on a long journey and they are
147:19    finally seeing a product come to light, that is what
147:20    they began investing in many, many years ago.  So
147:21    their involvement was to -- was to get this journey
147:22    into something that they could take to market.  And I
147:23    think when I say, likely crazier than most, my
147:24    intention was very tongue in cheek, but if you ever
147:25    had a meeting with these individuals, you would see
148:01    that their energy level was quite high.

---

**148:04 - 148:07**    **Dunlap, Scott 2021-08-11_WIT**    00:00:15    DS_v12.118

148:04    Our board members are more involved than most,
148:05    based on your firsthand experience, as a businessman,
148:06    in Silicon Valley, based on interactions with board --
148:07    with the board as a manager, right?

---

**148:09 - 148:13**    **Dunlap, Scott 2021-08-11_WIT**    00:00:14    DS_v12.119

148:09  A.  Yeah, that's correct.  In my experience --
148:10    I've been a board member, I've reported to a board,
148:11    I've been on an executive team reporting to a board,
148:12    so in that context -- this was a highly involved board
148:13    at JUUL.

---

**148:24 - 149:08**    **Dunlap, Scott 2021-08-11_WIT**    00:00:35    DS_v12.120

⊠ Clear

148:24  Q.  But on this occasion, when you're meeting
148:25    with the board members, and you're meeting with the
149:01    board on weekly calls, and they are raising concerns
149:02    about the youthfulness of the Vaporized campaign, they
149:03    never instructed you or anyone else to pull it down
149:04    immediately, pull it off social media, pull it off the
149:05    billboards, pull it off Times Square, pull it off the
149:06    radio, they never told you to pull it down,
149:07    notwithstanding the concerns about the youthfulness,
149:08    right?

---

**149:10 - 149:16**    **Dunlap, Scott 2021-08-11_WIT**    00:00:23    DS_v12.121

149:10  A.  That is correct.
149:11  Q.  And would it be fair to say that that
149:12    instruction, to pull down the Vaporized campaign
149:13    because it might not be hitting the right target, it
149:14    might be hitting young people, that instruction never

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 149:15   came from the board, and the campaign was not pulled | | |
| | 149:16   down before you left the company? | | |
| 149:18 - 149:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.122 |
| | 149:18  A.  That is correct. | | |
| 154:25 - 155:02 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:07 | DS_v12.123 |
| | 154:25  Q.  so tell me about being | | |
| | 155:01   fired by Mr. -- or Dr. Huh.  How did that come about? | | |
| | 155:02   How did you learn about it? | | |
| 155:03 - 155:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:59 | DS_v12.124 |
| | 155:03  A.  Let's see.  It was actually the day after | | |
| | 155:04   the October board meeting in question.  I had on the | | |
| | 155:05   calendar time with Nick Pritzker set up for my first | | |
| | 155:06   90-day review as the chief operating officer. | | |
| | 155:07   Hoyoung and Nick came to the meeting, and | | |
| | 155:08   opened the meeting by saying, you asked for feedback, | | |
| | 155:09   here's some feedback, your services are no longer | | |
| | 155:10   required, today will be your last day, you will not | | |
| | 155:11   receive any compensation for your time here.  I think | | |
| | 155:12   implying the stock compensation.  And that they | | |
| | 155:13   indicated they were going to remove James in the CEO | | |
| | 155:14   position shortly thereafter, and would be taking what | | |
| | 155:15   they called executive control of the business. | | |
| 155:16 - 155:19 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:07 | DS_v12.125 |
| | 155:16  Q.  let's just focus on | | |
| | 155:17   that meeting.  That was you, Nick Pritzker, and | | |
| | 155:18   Hoyoung Huh? | | |
| | 155:19  A.  That's correct. | | |
| 155:20 - 155:23 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:09 | DS_v12.126 |
| | 155:20  Q.  who was it that said that they were | | |
| | 155:21   going to take executive control of the business?  Who | | |
| | 155:22   was it that said that? | | |
| | 155:23  A.  Nick Pritzker. | | |
| 155:24 - 156:02 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:10 | DS_v12.127 |
| | 155:24  Q.  he said that to you and you were there | | |
| | 155:25   and you heard it, right? | | |
| | 156:01  A.  That's correct. | | |
| | 156:02  Q.  And did you say anything in response? | | |
| 156:07 - 157:03 | **Dunlap, Scott 2021-08-11_WIT** | 00:01:20 | DS_v12.128 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 156:07   The pace of the conversation, if I recall | | DS_v12.128 |
| | 156:08   correctly, they opened by telling me that information. | | |
| | 156:09   My next -- my first question to them -- I think my | | |
| | 156:10   first statement was, you've got to be fucking kidding | | |
| | 156:11   me.  And then I think they gave me a solid 20, 30 | | |
| | 156:12   seconds to catch my breath.  And then my next question | | |
| | 156:13   is, you know, what are your intentions for the | | |
| | 156:14   business. | | |
| | 156:15   So they previously had said your services are | | |
| | 156:16   no longer required, you will be let go effective | | |
| | 156:17   immediately, no compensation, and that was -- that was | | |
| | 156:18   pretty much the first part. | | |
| | 156:19   And then when I asked what are your intentions | | |
| | 156:20   for the business, that's when Hoyoung looked at me and | | |
| | 156:21   said, gross sales, our intention is to get sales on | | |
| | 156:22   track.  And when I asked how were they going to do | | |
| | 156:23   that, expressing some concern that the sales numbers | | |
| | 156:24   were a little, you know, tricky to hit no matter how | | |
| | 156:25   they came about it, that's when Nick Pritzker | | |
| | 157:01   indicated that James would be removed from his | | |
| | 157:02   position and that they would be taking executive | | |
| | 157:03   control of the business. | | |
| 246:11 - 246:15 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:14 | DS_v12.129 |
| | 246:11  Q.  I think that you said that by October | | |
| | 246:12   of 2015 there were some actions that were being | | |
| | 246:13   proposed that were going to be presented to the board; | | |
| | 246:14   is that right? | | |
| | 246:15  A.  Yes, that's correct. | | |
| 246:16 - 246:22 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:27 | DS_v12.130 |
| | 246:16  Q.  those actions, were they to make sure | | |
| | 246:17   that JUUL was not ending up in the hands of youth? | | |
| | 246:18  A.  I think it more accurately would be | | |
| | 246:19   described as a contingency marketing plan that would | | |
| | 246:20   be more on target for our -- reaching our target | | |
| | 246:21   market and would lessen the risk of appealing to | | |
| | 246:22   youth. | | |
| 247:10 - 247:16 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:24 | DS_v12.131 |
| | 247:10  Q.  In that discussion about what actions the | | |
| | 247:11   company might take to curb any sort of youth use of | | |
| | 247:12   JUUL, were there certain people in that discussion | | |

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 247:13    that were encouraging more aggressive action versus | | |
| | 247:14    other people that did not want to take action versus | | |
| | 247:15    other people that wanted to take less aggressive | | |
| | 247:16    action? | | |
| 247:18 - 248:13 | **Dunlap, Scott 2021-08-11_WIT** | 00:01:17 | DS_v12.132 |
| | 247:18   A.   The answer is yes.  To provide some | | |
| | 247:19    context, this was one of many topics in discussion | | |
| | 247:20    that all centered around not hitting sales numbers. | | |
| | 247:21    So there was also the supply chain part, can we make | | |
| | 247:22    enough product to get in the right hands.  There was | | |
| | 247:23    the leakage in the pods, which we referred to as juice | | |
| | 247:24    in mouth, JIM.  I saw that referred to in an earlier | | |
| | 247:25    document.  And so having all of these in here, the | | |
| | 248:01    recommendations that we had, in aggregate, actually | | |
| | 248:02    were to slow down the business, to take into account | | |
| | 248:03    our marketing, to take into account our supply chain, | | |
| | 248:04    and bring down the sales forecasts. | | |
| | 248:05    So I'm mentioning all of this to say that that | | |
| | 248:06    was the context the board was really hearing and where | | |
| | 248:07    the argument happened, which was where Hoyoung and | | |
| | 248:08    Nick and Riaz were very aggressive, was sales grows at | | |
| | 248:09    all costs, you know, lean on that side of the risk | | |
| | 248:10    equation, whereas James and myself, in particular, | | |
| | 248:11    were saying we should slow down our sales projections | | |
| | 248:12    to get a handle on multiple issues and get more | | |
| | 248:13    information. | | |
| 248:14 - 248:16 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:09 | DS_v12.133 |
| | 248:14   Q.   And, ultimately, at the end of the day, you | | |
| | 248:15    lost your job and Mr. Monsees was ousted from the CEO | | |
| | 248:16    position, correct? | | |
| 248:18 - 248:20 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:11 | DS_v12.134 |
| | 248:18   A.   Yeah, that's correct. | | |
| | 248:19   Q.   And so the more aggressive faction of that | | |
| | 248:20    debate, I would say, or would you say, won? | | |
| 248:22 - 248:23 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:03 | DS_v12.135 |
| | 248:22   A.   Yeah, that's one way you could conclude | | |
| | 248:23    that. | | |
| 249:04 - 249:07 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:19 | DS_v12.136 |
| | 249:04   Q.   and part of that discussion | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 249:05    where you ended up being terminated, and Mr. Monsees | | |
| | 249:06    ended up being removed from the CEO position, involved | | |
| | 249:07    taking aggressive action to curb youth sales, correct? | | |
| 249:09 - 249:14 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:18 | DS_v12.137 |
| | 249:09  Q.  Amongst the myriad of other issues, | | |
| | 249:10         correct? | | |
| | 249:11  A.  Yes, amongst the myriad of other issues, | | |
| | 249:12         one that was in there was to slow down or switch | | |
| | 249:13         campaigns or turn off campaigns in order to gather | | |
| | 249:14         information about youth appeal. | | |
| 249:15 - 249:17 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:07 | DS_v12.138 |
| | 249:15  Q.  the Vaporized campaign, at the | | |
| | 249:16         time of that discussion, could have been turned off | | |
| | 249:17         immediately, correct? | | |
| 249:19 - 249:19 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.139 |
| | 249:19  A.  Yes, that's correct. | | |
| 249:20 - 250:01 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:19 | DS_v12.140 |
| | 249:20  Q.  And the decision was made not to turn that | | |
| | 249:21         off at that point in time, correct? | | |
| | 249:22  A.  My recollection is we never actually got to | | |
| | 249:23         a decision point in the board meeting.  I like to say | | |
| | 249:24         that Riaz read ahead.  He flipped through and saw what | | |
| | 249:25         was there, and within two hours of the board meeting | | |
| | 250:01         said this board meeting is over. | | |
| 250:21 - 250:22 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:04 | DS_v12.141 |
| | 250:21  Q.  Did anybody ever object to Mr. Riaz doing | | |
| | 250:22         that? | | |
| 250:24 - 250:25 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:06 | DS_v12.142 |
| | 250:24  Q.  I mean Mr. Valani.  I apologize. | | |
| | 250:25  A.  No, not that I'm aware of. | | |
| 252:09 - 252:18 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:34 | DS_v12.143 |
| | 252:09  Q.  a little bit earlier you and I talked | | |
| | 252:10         about sort of a division of who wanted to be more | | |
| | 252:11         aggressive and those who didn't want to be more | | |
| | 252:12         aggressive, and I think that you identified that | | |
| | 252:13         Mr. Pritzker and Dr. Huh wanted to be more aggressive, | | |
| | 252:14         and you and James Monsees were counseling to slow | | |
| | 252:15         down. | | |

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 252:16 | Where did Riaz Valani -- where was he in that | | |
| | 252:17 | debate?  Was he on the more arrestive side or was he | | |
| | 252:18 | on the slow-down side? | | |

| 252:20 - 252:25 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:22 | DS_v12.144 |

| | 252:20 | A. | The aggressive side would include Riaz | | |
| | 252:21 | | and -- what is his sidekick's name again? | | |
| | 252:22 | Q. | Mr. Frankel? | | |
| | 252:23 | A. | Yes.  As well as Tim Danaher.  Tim Danaher | | |
| | 252:24 | | was the one vocal executive for pushing sales as hard | | |
| | 252:25 | | as possible. | | |

| 256:02 - 256:06 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:22 | DS_v12.145 |

| | 256:02 | Q. | Okay.  So was the general attitude akin to, | | |
| | 256:03 | | if we don't have to do it by a regulation, then we -- | | |
| | 256:04 | | we don't necessarily have to take on that | | |
| | 256:05 | | responsibility or burden?  Is that sort of the general | | |
| | 256:06 | | attitude at the time by the board? | | |

| 256:08 - 256:16 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:34 | DS_v12.146 |

| | 256:08 | A. | Yeah, that's my impression. | | |
| | 256:09 | Q. | So let me give you an example, and you tell | | |
| | 256:10 | | me if it's an example that makes sense. | | |
| | 256:11 | | So if there's no regulation that says you have | | |
| | 256:12 | | to put a big warning on the front of your marketing | | |
| | 256:13 | | that says, this product contains nicotine and nicotine | | |
| | 256:14 | | is addicting, then if that's not required, was it sort | | |
| | 256:15 | | of the board's overlay that, well, maybe we don't have | | |
| | 256:16 | | to do that until it's required? | | |

| 256:18 - 257:03 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:39 | DS_v12.147 |

| | 256:18 | A. | I would say my recollection of those | | |
| | 256:19 | | discussions is their primary concern was the growth of | | |
| | 256:20 | | sales.  So the way it would come back is, do you | | |
| | 256:21 | | believe that label would hinder our sales or marketing | | |
| | 256:22 | | efforts, and, if so, is it really something that we | | |
| | 256:23 | | need to do, if we're not legally required. | | |
| | 256:24 | Q. | Sounds to me as if you're saying that it's, | | |
| | 256:25 | | from the board's perspective, the idea that sales was | | |
| | 257:01 | | the most important thing sort of overrode every | | |
| | 257:02 | | decision that the board considered. | | |
| | 257:03 | | Is that accurate? | | |

| 257:05 - 257:05 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:02 | DS_v12.148 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 257:05  A.  That's my recollection, yes. | | DS_v12.148 |
| 258:06 - 258:09 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:13 | DS_v12.149 |
| | 258:06  Q.  is it basically what you're saying | | |
| | 258:07      is that the overriding goal and objective of the board | | |
| | 258:08      of directors was sales, increasing sales over almost | | |
| | 258:09      anything else? | | |
| 258:11 - 258:13 | **Dunlap, Scott 2021-08-11_WIT** | 00:00:09 | DS_v12.150 |
| | 258:11  A.  Yes, I would -- as I've looked back, I | | |
| | 258:12      cannot come up with one conversation where that wasn't | | |
| | 258:13      the case. | | |
| 310:12 - 310:15 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:19 | DS_v12.151 |
| | 310:12  Q.  Did you propose any sort of solution to the | | |
| | 310:13      board of directors or internally to fix the potential | | |
| | 310:14      youth vaping that you were concerned about that you | | |
| | 310:15      were seeing that would have slowed sales? | | |
| 310:16 - 310:20 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:17 | DS_v12.152 |
| | 310:16  A.  My recollection is we had prepared an | | |
| | 310:17      alternate campaign to Vaporized and some suggestions | | |
| | 310:18      to campaigns moving forward, but I don't believe we | | |
| | 310:19      had the opportunity to present that in the board | | |
| | 310:20      meeting. | | |
| 310:21 - 311:03 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:38 | DS_v12.153 |
| | 310:21  Q.  When you say you don't believe you | | |
| | 310:22      had the opportunity to present that in the board | | |
| | 310:23      meeting, can you explain a little bit more about that? | | |
| | 310:24  A.  Yes.  As previously mentioned, the October | | |
| | 310:25      board meeting, we had prepared the board deck, the | | |
| | 311:01      presentation and supporting materials, began the board | | |
| | 311:02      meeting, and, as I mentioned, Riaz read ahead, flipped | | |
| | 311:03      through the pages, and ended the board meeting early. | | |
| 311:11 - 311:14 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:07 | DS_v12.154 |
| | 311:11  Q.  -- were you | | |
| | 311:12      surprised that it ended early? | | |
| | 311:13  A.  Yes. | | |
| | 311:14  Q.  Why? | | |
| 311:15 - 311:19 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:19 | DS_v12.155 |
| | 311:15  A.  My historical relationship with the board | | |
| | 311:16      of directors would demonstrate they actually liked to | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 311:17  get quite involved in decisions and options, and, in | | |
| | 311:18  general, I think that's only the second time I've ever | | |
| | 311:19  seen anybody abruptly end a board meeting. | | |
| 313:08 - 313:10 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:04 | DS_v12.156 |
| | 313:08  Q.  -- the next day you | | |
| | 313:09      were fired. | | |
| | 313:10  A.  That's correct. | | |
| 323:03 - 323:05 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:11 | DS_v12.157 |
| | 323:03      Yesterday you said that the overriding sort of | | |
| | 323:04      motive or objective of the members of the board of | | |
| | 323:05      directors was to drive sales.  Do you recall that? | | |
| 323:07 - 323:11 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:14 | DS_v12.158 |
| | 323:07  A.  Yes. | | |
| | 323:08  Q.  Was there conversation that it was | | |
| | 323:09      important to drive sales of JUUL in order to make the | | |
| | 323:10      company more attractive for a Big Tobacco company that | | |
| | 323:11      was looking to either buy or invest? | | |
| 323:13 - 323:22 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:33 | DS_v12.159 |
| | 323:13  A.  My recollection of the conversation is | | |
| | 323:14      growing sales aggressively and showing a high growth | | |
| | 323:15      rate would maximize the value of our shares. | | |
| | 323:16  Q.  And by maximizing, was there discussion | | |
| | 323:17      about maximizing the value of the shares by increasing | | |
| | 323:18      sales, and that would make the company more attractive | | |
| | 323:19      to a lucrative deal with a Big Tobacco company who | | |
| | 323:20      might be interested in buying the company or buying a | | |
| | 323:21      minority share of the company?  Any discussion about | | |
| | 323:22      that? | | |
| 323:25 - 324:05 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:26 | DS_v12.160 |
| | 323:25  A.  Yes, multiple discussions.  The context was | | |
| | 324:01      more accurately described as increasing shareholder | | |
| | 324:02      value so that many types of investors, many options we | | |
| | 324:03      might have there, would be interested of which one of | | |
| | 324:04      them could be Big Tobacco. | | |
| | 324:05  Q.  And just so that we're clear and the jury | | |
| 324:06 - 324:09 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:09 | DS_v12.161 |
| | 324:06      is clear  -- these conversations that | | |
| | 324:07      you're talking about occurred all the way back in 2015 | | |
| | 324:08      when you were employed and you were present and you | | |

**DS_v12 - DUNLAP, SCOTT SFUSD FINAL_PLAYED 05-01-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 324:09    heard those conversations, correct? | | |
| 324:11 - 324:11 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:02 | DS_v12.162 |
| | 324:11  A.  That is correct. | | |
| 334:16 - 334:17 | **Dunlap, Scott 2021-08-12_WIT** | 00:00:04 | DS_v12.163 |
| | 334:16    MR. WEINKOWITZ:  Thank you very much.  I | | |
| | 334:17    have no further questions for you at this time. | | |

| | | |
|---|---|---|
| PLF AFFIRMATIVE | 00:45:28 | |
| DEF COUNTER | 00:00:12 | |
| **TOTAL RUN TIME** | **00:45:39** | |

Documents linked to video:
DUNLAP29001
DUNLAP29002
DUNLAP29005

# EXHIBIT 2

1

2

3

4       [Submitting Counsel on Signature Page]

5

6

7                       UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10

11      **IN RE JUUL LABS, INC.,**                    **Case No. 19-md-02913-WHO**
        **MARKETING, SALES PRACTICES,**
12      **AND PRODUCTS LIABILITY**                    **JOINT STIPULATION IDENTIFYING**
        **LITIGATION**                                **TRIAL EXHIBITS USED IN THE**
13                                                     **VIDEOTAPED DEPOSITION OF SCOTT**
                                                       **DUNLAP PLAYED AT TRIAL**
14

15      **This Document Relates to:**

16      *San Francisco Unified School District v.*
        *Juul Labs, Inc. et al.,* **Case No. 3:19-cv-**
17      **08177**

18

19           **WHEREAS**, Plaintiff called Scott Dunlap, whose videotaped deposition was played to the

20      jury.

21           **WHEREAS,** the exhibit numbers in the videotaped deposition are different from the Trial

22      Exhibit numbers.

23           **WHEREAS,** to most efficiently clarify the record, the parties, by and through their

24      undersigned counsel, hereby stipulate and agree that the chart below accurately reflects the

25      deposition exhibits introduced during the videotaped testimony of Scott Dunlap and the

26      corresponding Trial Exhibit Numbers[1]:

27      _____
        [1] The parties reserve all objections regarding these exhibits.

28                                                     **JOINT STIPULATION IDENTIFYING TRIAL**
                                                       **EXHIBITS USED IN VIDEOTAPED**
                                                       **DEPOSITION**

| DEPOSITION EXHIBIT NUMBER | TRIAL EXHIBIT NUMBER |
|---|---|
| Dunlap Exhibit 29001 | Trial Exhibit 50 |
| Dunlap Exhibit 29002 | Trial Exhibit 553 |
| Dunlap Exhibit 29005 | Trial Exhibit 556 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**JOINT STIPULATION IDENTIFYING TRIAL EXHIBITS USED IN VIDEOTAPED DEPOSITION**

1

2                                                    Respectfully submitted,

3    *By: /s/ Beth A. Wilkinson*                     By: */s/ Michael M. Weinkowitz*
     Beth A. Wilkinson (pro hac vice)                Michael M. Weinkowitz
4    Brian L. Stekloff (pro hac vice)                **LEVIN SEDRAN & BERMAN, LLP**
     James M. Rosenthal (pro hac vice)               510 Walnut Street
5    Matthew R. Skanchy (pro hac vice)               Suite 500
     Alysha Bohanon (pro hac vice)                   Philadelphia PA 19106
6    **WILKINSON STEKLOFF LLP**                      Telephone 215-592-1500
     2001 M Street NW, 10th Floor                    MWeinkowitz@lfsblaw.com
7    Washington, DC 20036                            *Plaintiff Steering Committee Member*
     Telephone: (202) 847-4000
8    bwilkinson@wilkinsonstekloff.com
     bstekloff@wilkinsonstekloff.com
9    jrosenthal@wilkinsonstekloff.com                *Sarah R. London*
     mskanchy@wilkinsonstekloff.com                  Sarah R. London
10   abohanon@wilkinsonstekloff.com                  **LIEFF CABRASER HEIMANN & BERNSTEIN**
                                                      275 Battery Street, Fl. 29
11                                                    San Francisco, CA 94111
     Moira K. Penza (pro hac vice)                   Telephone: (415) 956-1000
12   **WILKINSON STEKLOFF LLP**                      slondon@lchb.com
     130 West 42nd Street, 24th Floor
13   New York, NY 10036
     Telephone: 212-294-8910
14   mpenza@wilkinsonstekloff.com                    By: */s/ Dena C. Sharp*
                                                      Dena C. Sharp
15   By: */s/ John C. Massaro*                       **GIRARD SHARP LLP**
     **ARNOLD & PORTER KAYE**                        601 California St., Suite 1400
16   **SCHOLER LLP**                                 San Francisco, CA 94108
     John C. Massaro (admitted pro hac vice)         Telephone: (415) 981-4800
17   David E. Kouba (admitted pro hac vice)          dsharp@girardsharp.com
     601 Massachusetts Ave., N.W.
18   Washington D.C. 20001
     Telephone: (202) 942-5000                       By: */s/ Dean Kawamoto*
19   Facsimile: (202) 942-5999                       Dean Kawamoto
     john.massaro@arnoldporter.com                   **KELLER ROHRBACK L.L.P.**
20   david.kouba@arnoldporter.com                    1201 Third Ave., Ste. 3200
                                                      Seattle, WA 98101
21                                                    Telephone: (206) 623-1900
     *Attorneys for Defendants ALTRIA*
22   *GROUP, INC., PHILIP MORRIS USA*
     *INC., ALTRIA CLIENT SERVICES LLC,*             By: */s/ Ellen Relkin*
23   *ALTRIA GROUP DISTRIBUTION*                     Ellen Relkin
     *COMPANY, and ALTRIA*                           **WEITZ & LUXENBERG**
24   *ENTERPRISES LLC*                               700 Broadway
                                                      New York, NY 10003
25                                                    Telephone: (212) 558-5500
                                                      *Co-Lead Counsel for Plaintiff*
26

27

28                                                   **JOINT STIPULATION IDENTIFYING TRIAL**
                                                      **EXHIBITS USED IN VIDEOTAPED**
                                                      **DEPOSITION**