UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Sarah London, Thomas Cartmell, Felicia Craick | DEFENSE ATTORNEYS: Beth Wilkinson and Brian Stekloff |
|---|---|---|
| TRIAL DATE: 05/02/2023 8:01 a.m. to 1:31 p.m. 5 hours, 30 minutes | REPORTER: Debra Pas | CLERK: Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 8:01 a.m. |  |  | Redactions of Exhibit 50, special instruction, scope of questioning, and demonstratives discussed. |
|  |  | 8:11 a.m. |  |  | Court in recess |
|  |  | 8:59 a.m. |  |  | Court in session (jurors preset) Court provides special instruction regarding Altria control of Juul shares |
|  |  | 9:00 a.m. |  |  | Testimony of **Scott Dunlap** presented by way of video deposition excerpts |
|  |  | 9:47 a.m. |  |  | Exhibits announced as admitted by previous stipulated order of the Court (Cartmell) |
| **50** |  | 9:47 a.m. | X | X | 04/14/2015 Email from Gal Cohen to Scott Dunlap et al. Re: Fwd: Standards and Youth Access |
| **553** |  | 9:47 a.m. | X | X | 08/05/2015 Email from Joran Nicgorski to Fred Antonangeli Re: JUUL one Sheet (leave behind with item numbers) |
| **556** |  | 9:47 a.m. | X | X | 06/30/2015 Email from Chelsea Kania to Richard Mumby Re: JUUL and the Brand Message |
|  |  | 9:48 a.m. |  |  | Plaintiff direct examination of **Minette Drumwright** (London) |
|  |  | 10:33 a.m. |  |  | Jurors excused |
|  |  | 10:34 a.m. |  |  | Defense objections/requests to strike testimony discussed |
|  |  | 10:37 a.m. |  |  | Court in recess |
|  |  | 10:49 a.m. |  |  | Court in session (jurors present) Plaintiff direct examination of **Minette Drumwright** continues (London) |
| **2698** |  | 11:14 a.m. | X | X | December 2018 Altria Presentation, "Strategy Update" (conditionally admitted) |
| **1845** |  | 11:23 a.m. | X | X | 2/6/2019 Email from Brian Blaylock to Sara Quigley Re: RE: 2019 ALG Strategic Initiatives - Draft & Update |
| **3354** |  | 11:37 a.m. | X | X | Gifford Statement "Moving Beyond Smoking", https://www.altria.com/en/moving-beyond-smoking |

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: May 2, 2023
Courtroom Deputy: Jean Davis          - Court Reporter:      Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 3404 | | 12:13 p.m. | X | X | 09/21/2019 Email (no objection) |
| | | 12:19 p.m. | | | Jurors excused |
| | | 12:36 p.m. | | | Court in session (jurors present) Plaintiff direct examination of **Minette Drumwright** continues (London) |
| | | 12:45 p.m. | | | Defense cross examination of **Minette Drumwright** (Wilkinson) |
| 7417 | | 12:49 p.m. | X | | FDA regulations (published as demonstrative without objection) |
| 7138 | | 1:01 p.m. | X | | Curriculum vitae and UT website material (published as demonstrative without objection) |
| | | 1:30 p.m. | | | Examination suspended; jurors excused |
| | | 1:31 p.m. | | | Counsel advised to have no substantive contact with witness overnight; court in recess |

Plaintiff time at start of day:   22 hours,   0 minutes
Time used 05/01/2023:              3 hours,   9 minutes
Time remaining:                   18 hours,  51 minutes

Defendant total time:             32 hours,  59 minutes
Time used 05/01/2023:                         45 minutes
Time remaining:                   32 hours,  14 minutes