[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 19-md-02913-WHO**<br><br>**TRIAL TESTIMONY AND EXHIBITS FROM THE VIDEOTAPED TESTIMONY OF BRUCE HARTER, JLI CONSULTANT, PLAYED AT TRIAL** |
| **This Document Relates to:**<br><br>***San Francisco Unified School District v. Juul Labs, Inc. et al.,* Case No. 3:19-cv-08177** | |

Plaintiff, by and through its undersigned attorneys, hereby dockets the following:

1. **Exhibit 1** is a report of the videotaped testimony of Bruce Harter, JLI Consultant, that was played to the jury on May 3, 2023. The testimony in blue 00:27:57 and light blue 00:00:00 Plaintiff's affirmative and counter-counter designations.

2. **Exhibit 2**: is a *Joint Stipulation Identifying Trial Exhibits Used In Videotaped Depositions of Bruce Harter Played at Trial* that sets forth all of the Trial Exhibits from the videotaped testimony of Bruce Harter admitted into evidence by the Court.

1    Respectfully submitted,

2

3    By: /s/ *Michael M. Weinkowitz*
     Michael M. Weinkowitz
4    **LEVIN SEDRAN & BERMAN, LLP**
     510 Walnut Street
5    Suite 500
     Philadelphia PA 19106
6    Telephone 215-592-1500
     MWeinkowitz@lfsblaw.com
7    *Plaintiff Steering Committee Member*

8

9    Sarah R. London
     Sarah R. London
10   **LIEFF CABRASER HEIMANN & BERNSTEIN**
     275 Battery Street, Fl. 29
11   San Francisco, CA 94111
     Telephone: (415) 956-1000
12   slondon@lchb.com

13

14   By: /s/ *Dena C. Sharp*
     Dena C. Sharp
15   **GIRARD SHARP LLP**
     601 California St., Suite 1400
16   San Francisco, CA 94108
     Telephone: (415) 981-4800
17   dsharp@girardsharp.com

18
     By: */s/ Dean Kawamoto*
19   Dean Kawamoto
     **KELLER ROHRBACK L.L.P.**
20   1201 Third Ave., Ste. 3200
     Seattle, WA 98101
21   Telephone: (206) 623-1900

22
     By: /s/ *Ellen Relkin*
23   Ellen Relkin
     **WEITZ & LUXENBERG**
24   700 Broadway
     New York, NY 10003
25   Telephone: (212) 558-5500
     *Co-Lead Counsel for Plaintiff*
26

27

28

# EXHIBIT 1

# HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23

## Designation List Report

| | |
|---|---|
| **Harter, Bruce** | **2021-02-18** |
| **Harter, Bruce** | **2021-02-19** |

| | |
|---|---|
| PLF AFFIRMATIVE | 00:27:57 |
| DEF COUNTER | 00:00:10 |
| **TOTAL RUN TIME** | **00:28:07** |

Documents linked to video:

HARTER336

HARTER354

HARTER355

HARTER356

HARTER358

HARTER364

HARTER373



**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 14:14 - 14:14 | **Harter, Bruce 2021-02-18_WIT** | | 00:00:01 | HB_v12.1 |
| | 14:14 | Q.  Good morning, sir. | | |
| 14:15 - 14:18 | **Harter, Bruce 2021-02-18_WIT** | | 00:00:07 | HB_v12.2 |
| | 14:15 | A.  Good morning. | | |
| | 14:16 | Q.  Would you state your full name | | |
| | 14:17 | for the record, please. | | |
| | 14:18 | A.  Bruce Harter. | | |
| 15:03 - 15:05 | **Harter, Bruce 2021-02-18_WIT** | | 00:00:07 | HB_v12.3 |
| | 15:03 | Q.  You formerly did certain work | | |
| | 15:04 | for JUUL Labs, Inc., correct? | | |
| | 15:05 | A.  Yes. | | |
| 26:09 - 26:12 | **Harter, Bruce 2021-02-18_WIT** | | 00:00:06 | HB_v12.4 |
| | 26:09 | Q.  You previously | | |
| | 26:10 | worked as a school superintendent in | | |
| | 26:11 | California, correct? | | |
| | 26:12 | A.  That is correct. | | |
| 26:22 - 27:01 | **Harter, Bruce 2021-02-18_WIT** | | 00:00:15 | HB_v12.5 |
| | 26:22 | Before you began doing work for | | |
| | 26:23 | JUUL, what was the last job you had held as a | | |
| | 26:24 | school superintendent? | | |
| | 26:25 | A.  I was employed by West | | |
| | 27:01 | Contra Costa Unified School District. | | |
| 31:07 - 31:16 | **Harter, Bruce 2021-02-18_WIT** | | 00:00:33 | HB_v12.6 |
| | 31:07 | Q.  All right.  So you left West | | |
| | 31:08 | Contra Costa Unified School District in June | | |
| | 31:09 | of 2016.  When did you initially start doing | | |
| | 31:10 | work for JUUL? | | |
| | 31:11 | A.  I initially started working for | | |
| | 31:12 | JUUL in December of 2017. | | |
| | 31:13 | Q.  So roughly a year and a half | | |
| | 31:14 | after your last job as a school | | |
| | 31:15 | superintendent, correct? | | |
| | 31:16 | A.  Yes. | | |
| 78:05 - 78:11 | **Harter, Bruce 2021-02-18_WIT** | | 00:00:24 | HB_v12.7 |
| | 78:05 | Q.  Before you signed | | |
| | 78:06 | up to serve as a consultant for JUUL, had you | | |
| | 78:07 | ever yourself, Bruce Harter, developed any | | |
| | 78:08 | sort of youth prevention curricula around | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 78:09      tobacco or e-cigarettes or drugs? | | |
| | 78:10   A.  I had not. I did have a degree | | |
| | 78:11      in curriculum development, however. | | |
| 117:05 - 117:11 | **Harter, Bruce 2021-02-18_WIT** | 00:00:20 | HB_v12.8 |
| | 117:05      In the time you worked with JUUL, did | | |
| | 117:06      you hear from many school administrators in | | |
| | 117:07      many school districts from around the country | | |
| | 117:08      that they were all having significant | | |
| | 117:09      problems with students using electronic | | |
| | 117:10      cigarettes, including JUUL, on their | | |
| | 117:11      campuses? | | |
| 117:15 - 118:02 | **Harter, Bruce 2021-02-18_WIT** | 00:00:30 | HB_v12.9 |
| | 117:15   A.  Yes, I did. | | |
| | 117:16      BY MR. KIEFFER: | | |
| | 117:17   Q.  All right.  This was in no way | | |
| | 117:18      a problem that was just confined to the | | |
| | 117:19      San Francisco Bay area? | | |
| | 117:20   A.  No, it was not. | | |
| | 117:21   Q.  Did you hear the problem | | |
| | 117:22      described as a youth vaping epidemic? | | |
| | 117:23   A.  I had heard that terminology. | | |
| | 117:24   Q.  And in the time that you worked | | |
| | 117:25      with JUUL, did you ever come to the | | |
| | 118:01      conclusion that, indeed, there was a youth | | |
| | 118:02      vaping epidemic in the United States? | | |
| 118:04 - 118:09 | **Harter, Bruce 2021-02-18_WIT** | 00:00:14 | HB_v12.10 |
| | 118:04   A.  Well, I'm not exactly sure | | |
| | 118:05      what's meant by an epidemic.  What I came to | | |
| | 118:06      understand is that it was a significant | | |
| | 118:07      problem for middle school and high school | | |
| | 118:08      administrators in many, many school districts | | |
| | 118:09      throughout the country. | | |
| 122:15 - 122:24 | **Harter, Bruce 2021-02-18_WIT** | 00:00:31 | HB_v12.11 |
| | 122:15   Q.  Sir, when you began your work | | |
| | 122:16      on behalf of JUUL, one of the early things | | |
| | 122:17      you did was you conducted some focus groups | | |
| | 122:18      with high school students, right? | | |
| | 122:19   A.  I did one early on; I did one | | |
| | 122:20      much later. | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

122:21 Q. Okay. You did one at San
122:22    Andreas High, and then you did another one at
122:23    a Millennial High School; is that right?
122:24 A. That's correct.

| 129:23 - 130:08 | Harter, Bruce 2021-02-18_WIT | 00:00:29 | HB_v12.12 |

129:23 Q. Prior to doing this
129:24    focus group at Millennial High School, had
129:25    you had any training in conducting a focus
130:01    group on the topic of youth tobacco or
130:02    nicotine use prevention?
130:03 A. I had none.
130:04 Q. Had you ever done a focus group
130:05    before, yourself, as the moderator, on the
130:06    topic of youth tobacco or nicotine use
130:07    prevention?
130:08 A. I had not.

| 280:13 - 280:15 | Harter, Bruce 2021-02-18_WIT | 00:00:08 | HB_v12.13 |

280:13    The work you did for JUUL, you were
280:14    ultimately paid for all of that, right?
280:15 A. Yes.

| 283:16 - 283:23 | Harter, Bruce 2021-02-18_WIT | 00:00:22 | HB_v12.14 |

283:16 Q. Okay. In the course of the
283:17    work you were doing for JUUL, you did
283:18    communicate with dozens of individuals in the
283:19    school community, whether they were
283:20    principals or superintendents or other
283:21    administrative staff, right?
283:22 A. Administrative or even
283:23    counselors or teaching staff, yes.

| 307:07 - 307:17 | Harter, Bruce 2021-02-18_WIT | 00:00:35 | HB_v12.15 |

307:07 Q. And had you come to understand
307:08    that JUUL use in the schools was a very
307:09    difficult issue for school staff to deal
307:10    with?
307:11 A. I learned that it was -- it was
307:12    problematic to -- for the schools to have to
307:13    address.
307:14 Q. It was really difficult to
307:15    detect for one thing, right?

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 307:16  A.  School staff had difficulty, | | |
| | 307:17      yes, detecting it and following up on it. | | |
| 314:12 - 314:20 | **Harter, Bruce 2021-02-18_WIT** | 00:00:27 | HB_v12.16 |
| 🔗 HARTER336.1.1 | 314:12      Sir, Exhibit 336 is an e-mail | | |
| | 314:13      from you to Rinda Bartley.  The subject is | | |
| | 314:14      Checking in - Castro Valley, Saturday, | | |
| | 314:15      January 20th, 2018.  And you begin it by | | |
| | 314:16      saying:  Rinda, thanks much.  I think that | | |
| | 314:17      CVHS is a terrific place for the pilot. | | |
| | 314:18      That's what appears there at | | |
| | 314:19      the top of the page, right? | | |
| | 314:20  A.  That's correct. | | |
| 315:05 - 316:09 | **Harter, Bruce 2021-02-18_WIT** | 00:01:17 | HB_v12.17 |
| 🔗 HARTER336.1.2 | 315:05  Q.  If you go to | | |
| | 315:06      the third paragraph on the first page of your | | |
| | 315:07      e-mail there at the top of the page, it says: | | |
| | 315:08      I was over at JUUL yesterday and I've been | | |
| | 315:09      okayed to talk about a technological | | |
| | 315:10      intervention that will take away any doubts | | |
| | 315:11      that we have about JUUL's intention.  By the | | |
| | 315:12      end of next month, they will be piloting a | | |
| | 315:13      device that will not only disable JUUL | | |
| | 315:14      products in schools, but also notify the | | |
| | 315:15      administrators where and when they are being | | |
| | 315:16      used. | | |
| | 315:17      They anticipate that the new | | |
| | 315:18      devices will be ready to use during next | | |
| | 315:19      school year.  I've never heard of a company | | |
| | 315:20      that would disable its own products to keep | | |
| | 315:21      them away from underage users.  While this | | |
| | 315:22      might drive students to using other products, | | |
| | 315:23      it will also put enormous pressure on other | | |
| | 315:24      companies to do what JUUL is doing.  These | | |
| | 315:25      new devices will only be available to the | | |
| | 316:01      schools in the educational pilot. | | |
| | 316:02      Do you see what I just read? | | |
| | 316:03  A.  I do. | | |
| | 316:04  Q.  And you are, again there, | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 316:05   describing this Beacon technological | | |
| | 316:06   initiative that the JUUL folks had told you | | |
| | 316:07   about and that you have described previously | | |
| | 316:08   in the deposition today, right? | | |
| | 316:09  A.  Yes. | | |
| 316:19 - 316:25 | **Harter, Bruce 2021-02-18_WIT** | 00:00:29 | HB_v12.18 |
| | 316:19  Q.  Okay.  The folks at JUUL knew | | |
| | 316:20   that you were in the process of making many, | | |
| | 316:21   many contacts with individuals in the school | | |
| | 316:22   community in connection with this pilot | | |
| | 316:23   program, and they gave you permission to tell | | |
| | 316:24   these contacts about this Beacon initiative | | |
| | 316:25   that seemed to be forthcoming, right? | | |
| 317:02 - 317:03 | **Harter, Bruce 2021-02-18_WIT** | 00:00:03 | HB_v12.19 |
| | 317:02  A.  To the best of my recollection, | | |
| | 317:03   yes. | | |
| 317:23 - 318:11 | **Harter, Bruce 2021-02-18_WIT** | 00:00:41 | HB_v12.20 |
| 🔗 HARTER336.1.3 | 317:23  Q.  All right.  You say here: | | |
| | 317:24   These new devices will only be available to | | |
| | 317:25   the schools in the educational pilot. | | |
| | 318:01   Why was that? | | |
| | 318:02  A.  That wasn't a decision that | | |
| | 318:03   JUUL made.  That was something that I was | | |
| | 318:04   saying in order to increase the likelihood | | |
| | 318:05   that the school might sign up with us. | | |
| | 318:06  Q.  Okay.  All right.  So in your | | |
| | 318:07   mind, this Beacon device was an incentive to | | |
| | 318:08   schools to potentially sign on with this | | |
| | 318:09   pilot program? | | |
| | 318:10  A.  It is the single thing that | | |
| | 318:11   schools are most interested in. | | |
| 318:24 - 319:04 | **Harter, Bruce 2021-02-18_WIT** | 00:00:20 | HB_v12.21 |
| ✖ Clear | 318:24   This Beacon technological | | |
| | 318:25   initiative that JUUL had told they were | | |
| | 319:01   planning and that you had communicated about | | |
| | 319:02   to various school contacts, it was the single | | |
| | 319:03   most important thing to those school contacts | | |
| | 319:04   as far as you could tell? | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 319:07 - 320:19 | **Harter, Bruce 2021-02-18_WIT** | 00:01:48 | HB_v12.22 |

319:07  A.  So let me just clarify.  You

319:08      know, schools are most interested in sort of

319:09      solving the immediate problem, and what the

319:10      Beacon did for us was open the door for us to

319:11      partner with schools to really go after the

319:12      underlying causes and potential solutions.

319:13      Because this simply -- turning

319:14      off JUULs in school wasn't going to address

319:15      the vaping problem among teenagers.  We had

319:16      to have something more robust, and that's

319:17      what we felt like we were offering in our

319:18      pilot was at least a way to open the door to

319:19      a more robust approach, a more holistic

319:20      approach that would be ultimately more

319:21      effective than simply turning off the

319:22      devices.

319:23      BY MR. KIEFFER:

319:24  Q.  Okay.  Fair enough.

319:25      And just to follow up on that,

320:01      and we may get into more detail on it later,

320:02      you -- was it your belief that to solve the

320:03      vaping problem in the public schools would

320:04      require a robust, comprehensive and sort of

320:05      multifaceted approach?

320:06  A.  That's what we believed, yes.

320:07  Q.  Okay.  This Beacon technology

320:08      was one important component of that approach,

320:09      but by no means in your mind would it

320:10      completely address and eliminate the problem,

320:11      fair?

320:12  A.  That's correct.

320:13  Q.  Okay.  But as you said, you

320:14      found that it was a door-opener, it was an

320:15      attention-getter, and it caused these school

320:16      administrators to give you an audience and

320:17      hear what you had to say, right?

320:18  A.  That's probably a good way to

320:19      say it, yes.

| 447:23 - 448:10 | **Harter, Bruce 2021-02-19_WIT** | 00:00:39 | HB_v12.23 |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 447:23  Q.  All right.  Sir, your e-mail, | | HB_v12.23 |
| | 447:24      which we have marked as Exhibit 354, begins | | |
| 🔗 HARTER354.2.1 | 447:25      here on Sunday, May 20th, 2018, and you write | | |
| | 448:01      to Julie, Roxy and Ryan, and you state:  On | | |
| | 448:02      Thursday, Wendell and I met with a team from | | |
| | 448:03      Cape Elizabeth High School in Maine, who | | |
| | 448:04      asked us several questions on which we'll | | |
| | 448:05      need technical assistance in answering.  Let | | |
| | 448:06      me know if there are others at JUUL that I | | |
| | 448:07      should contact to get information to respond | | |
| | 448:08      to the questions below. | | |
| | 448:09      Do you see that? | | |
| | 448:10  A.  I do. | | |
| 448:17 - 448:25 | **Harter, Bruce 2021-02-19_WIT** | 00:00:22 | HB_v12.24 |
| | 448:17  Q.  Doctor, underneath your opening | | |
| 🔗 HARTER354.2.2 | 448:18      paragraph in this e-mail, you have seven | | |
| | 448:19      separately numbered items, right? | | |
| | 448:20  A.  That's correct. | | |
| | 448:21  Q.  And I don't intend to go | | |
| | 448:22      through all of them, but in general, some of | | |
| | 448:23      them raise questions or seek further | | |
| | 448:24      information about this beacon device, right? | | |
| | 448:25  A.  That's correct. | | |
| 450:09 - 451:16 | **Harter, Bruce 2021-02-19_WIT** | 00:01:46 | HB_v12.25 |
| 🔗 HARTER354.1.1 | 450:09  Q.  All right.  And then if you go | | |
| | 450:10      to the first page of the e-mail, about a | | |
| | 450:11      third of the way down the page, there's an | | |
| 🔗 HARTER354.1.2 | 450:12      e-mail from Julie Henderson, also of | | |
| | 450:13      May 30th, 2018, at 10:36 p.m.  And it is to | | |
| | 450:14      you and to Wendell Greer. | | |
| 🔗 HARTER354.1.3 | 450:15      And she says:  Hi team.  Spoke | | |
| | 450:16      briefly with Kirk Phelps, VP engineer, today | | |
| | 450:17      on this issue, and he reiterated how senior | | |
| | 450:18      management opted to take the beacon idea off | | |
| | 450:19      the table indefinitely. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 450:20   He was also very adamant about | | |
| | 450:21   us not talking about this item, slash, option | | |
| | 450:22   in any of our future presentations and, | | |
| | 450:23   slash, or meetings, paren, and admonished me | | |
| | 450:24   for discussing it in the past couple of | | |
| | 450:25   meetings because of senior management's | | |
| | 451:01   decision, which is based on the reasoning | | |
| | 451:02   that, one, kids could, slash, would, slash, | | |
| | 451:03   might find a way to beat the beacon, and two, | | |
| | 451:04   that there isn't a vape detector out there | | |
| | 451:05   that really works. | | |
| | 451:06   Do you see what I just read? | | |
| | 451:07   A.   I do. | | |
| | 451:08   Q.   Doctor, what was your reaction | | |
| | 451:09   when you first received this news from | | |
| | 451:10   Ms. Henderson about the beacon program | | |
| | 451:11   apparently being taken off the table | | |
| | 451:12   indefinitely at the direction of senior | | |
| | 451:13   management? | | |
| | 451:14   A.   I don't remember what my | | |
| | 451:15   reaction was, but I did share a response to | | |
| | 451:16   Julie in the e-mail above. | | |
| 451:17 - 452:16 | **Harter, Bruce 2021-02-19_WIT** | 00:01:19 | HB_v12.26 |
| | 451:17   Q.   Okay.  All right.  Well, then | | |
| 🔗 HARTER354.1.4 | 451:18   let's read that.  Your response to | | |
| | 451:19   Ms. Henderson on June 2 of 2018 is as | | |
| | 451:20   follows:  Julie, apologies for my delay in | | |
| | 451:21   responding.  The beacon is the door-opener | | |
| | 451:22   for conversations with school staff.  Without | | |
| | 451:23   it, they're simply not interested.  Once we | | |
| | 451:24   get in the door, we help them see that the | | |
| | 451:25   beacon isn't the cure, rather a crutch to use | | |
| | 452:01   while the school implements the education and | | |
| | 452:02   intervention programs that are effective. | | |
| | 452:03   But without the promise of the beacon, we | | |
| | 452:04   won't get a listen. | | |
| | 452:05   Even if the beacon is easily | | |
| | 452:06   subverted, I believe it has great value to | | |
| | 452:07   JUUL in demonstrating JUUL's commitment to | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 452:08   youth prevention.  It is the single | | |
| | 452:09   initiative that distinguishes JUUL from big | | |
| | 452:10   tobacco.  Bruce. | | |
| | 452:11   Did I read that correctly, sir? | | |
| | 452:12  A.  Yes, you did. | | |
| | 452:13  Q.  Okay.  Did you mean those words | | |
| | 452:14   when you wrote them on June 2nd, 2018? | | |
| | 452:15  A.  I don't usually write things | | |
| | 452:16   that I don't mean. | | |
| 463:25 - 464:06 | **Harter, Bruce 2021-02-19_WIT** | 00:00:05 | HB_v12.27 |
| ☒ Clear | 463:25   MR. KIEFFER:  Mike, can you | | |
| 🔗 HARTER355.1.2 | 464:01   pull up document 40. | | |
| | 464:02   (Whereupon, Deposition Exhibit | | |
| | 464:03   Harter-355, E-mail(s) re: | | |
| | 464:04   Demonstration Site & Other Thoughts, | | |
| | 464:05   JLI00161115 - JLI00161117, was marked | | |
| | 464:06   for identification.) | | |
| 469:20 - 470:05 | **Harter, Bruce 2021-02-19_WIT** | 00:00:32 | HB_v12.28 |
| 🔗 HARTER355.1.1 | 469:20  Q.  Your e-mail to Ms. Gould of | | |
| | 469:21   June 13, 2018, in the first paragraph, it | | |
| | 469:22   indicates that you had recently met together | | |
| | 469:23   at JUUL? | | |
| | 469:24  A.  Yes. | | |
| | 469:25  Q.  And you reference there a | | |
| | 470:01   proposal for establishing demonstration sites | | |
| | 470:02   for intervention and enforcement at schools | | |
| | 470:03   throughout the country, and you're attaching | | |
| | 470:04   a draft, right? | | |
| | 470:05  A.  That's correct. | | |
| 470:14 - 470:23 | **Harter, Bruce 2021-02-19_WIT** | 00:00:28 | HB_v12.29 |
| | 470:14  Q.  This proposal for establishing | | |
| | 470:15   demonstration sites for intervention and | | |
| | 470:16   enforcement at schools throughout the | | |
| | 470:17   country, why is it you drafted that and put | | |
| | 470:18   it together? | | |
| | 470:19  A.  It was sort of a synthesis of | | |
| | 470:20   conversations that Dr. Henderson, Dr. Greer | | |
| | 470:21   and I had had about what might be the next | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 470:22    steps and how we might go about addressing | | |
| | 470:23    the issues of underage vaping. | | |
| 472:07 - 472:08 | **Harter, Bruce 2021-02-19_WIT** | 00:00:03 | HB_v12.30 |
| 🔗 HARTER355.1.3 | 472:07  Q.  All right.  Now, in the third | | |
| | 472:08    paragraph down | | |
| 472:15 - 472:18 | **Harter, Bruce 2021-02-19_WIT** | 00:00:06 | HB_v12.31 |
| | 472:15    You tell Ms. Gould that you | | |
| | 472:16    hope that JUUL would resurrect the beacon, | | |
| | 472:17    right? | | |
| | 472:18  A.  That's correct. | | |
| 474:24 - 475:03 | **Harter, Bruce 2021-02-19_WIT** | 00:00:13 | HB_v12.32 |
| | 474:24    did you disagree with JUUL's | | |
| | 474:25    decision to indefinitely table this beacon | | |
| | 475:01    project? | | |
| | 475:02  A.  Yes, I think we established | | |
| | 475:03    that with the last e-mail on June 2nd. | | |
| 475:09 - 475:10 | **Harter, Bruce 2021-02-19_WIT** | 00:00:04 | HB_v12.33 |
| 🔗 HARTER355.2.1 | 475:09  Q.  Let's turn, if we | | |
| | 475:10    can, to your demonstration site concept. | | |
| 475:24 - 476:01 | **Harter, Bruce 2021-02-19_WIT** | 00:00:03 | HB_v12.34 |
| | 475:24  Q.  Do you have that in front of | | |
| | 475:25    you, Dr. Harter? | | |
| | 476:01  A.  I do. | | |
| 476:15 - 477:12 | **Harter, Bruce 2021-02-19_WIT** | 00:01:16 | HB_v12.35 |
| | 476:15    As it relates to the | | |
| | 476:16    demonstration site concept of Exhibit 355, | | |
| | 476:17    big picture, was this basically kind of a | | |
| | 476:18    holistic strategy to try to reduce and | | |
| | 476:19    eliminate the youth vaping problem in | | |
| | 476:20    schools? | | |
| | 476:21  A.  A couple of things I want to | | |
| | 476:22    say about this.  One is that it is -- it is | | |
| | 476:23    an attempt to move from -- attempting to | | |
| | 476:24    address every school and school district, | | |
| | 476:25    private school and charter school throughout | | |
| | 477:01    the country, to refocusing resources and | | |
| | 477:02    strategies on a limited number of schools in | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 477:03 | order to have schools where we can point to | | |
| | 477:04 | and say this is what we know and what works. | | |
| | 477:05 Q. | Okay. | | |
| | 477:06 A. | And the second thing I want to | | |
| | 477:07 | say about it is, is that if you'll notice | | |
| | 477:08 | here, this is a document that was drafted on | | |
| | 477:09 | May 9th, and that was before the June 2nd | | |
| | 477:10 | e-mail in which Julie told Wendell and I that | | |
| | 477:11 | senior management had moved away from the | | |
| | 477:12 | beacon. | | |
| 477:23 - 477:24 | **Harter, Bruce 2021-02-19_WIT** | | 00:00:06 | HB_v12.36 |
| | 477:23 Q. | In the first paragraph, | | |
| 🔗 HARTER355.2.2 | 477:24 | about midway through it, you state:  A | | |
| 477:25 - 478:22 | **Harter, Bruce 2021-02-19_WIT** | | 00:01:14 | HB_v12.37 |
| | 477:25 | comprehensive approach including prevention, | | |
| | 478:01 | intervention and enforcement activities would | | |
| | 478:02 | create pathways for the schools to solve a | | |
| | 478:03 | difficult problem while providing JUUL with | | |
| | 478:04 | model schools that show what it takes to | | |
| | 478:05 | sufficiently stop vaping as well as have an | | |
| | 478:06 | impact on the use of other substances not | | |
| | 478:07 | legal for minors, such as marijuana, alcohol | | |
| | 478:08 | and opioids. | | |
| | 478:09 | My question is:  Was it your | | |
| | 478:10 | opinion and belief when you wrote this that, | | |
| | 478:11 | indeed, to solve the difficult problem of | | |
| | 478:12 | vaping specifically, it would likely take a | | |
| | 478:13 | comprehensive approach that would involve | | |
| | 478:14 | several things, including prevention, | | |
| | 478:15 | intervention and enforcement? | | |
| | 478:16 A. | I think if you go back to our | | |
| | 478:17 | very first meeting with JUUL, that is exactly | | |
| | 478:18 | what Dr. Greer and I were suggesting, that a | | |
| | 478:19 | comprehensive approach that included | | |
| | 478:20 | prevention, intervention and enforcement was | | |
| | 478:21 | essential to really addressing the problem in | | |
| | 478:22 | any realistic kind of way. | | |
| 479:03 - 479:14 | **Harter, Bruce 2021-02-19_WIT** | | 00:00:34 | HB_v12.38 |
| | 479:03 Q. | And by that time, | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 479:04 | when you put it together in the demonstration | | |
| | 479:05 | site proposal, you had had the benefit of | | |
| | 479:06 | having spent a lot of time and effort and | | |
| | 479:07 | energy over the past few months kind of | | |
| | 479:08 | learning some of the details of the problem | | |
| | 479:09 | and fine-tuning some of your proposed | | |
| | 479:10 | solution strategies, fair? | | |
| | 479:11 | A.   We had talked with a number of | | |
| | 479:12 | administrators and substance abuse counselors | | |
| | 479:13 | and others about what the problem was, and we | | |
| | 479:14 | had learned a great deal about it. | | |
| 502:21 - 502:25 | **Harter, Bruce 2021-02-19_WIT** | | 00:00:18 | HB_v12.39 |
| ⊠ Clear | 502:21 | Q.   All right.  Dr. Harter, | | |
| 🔗 HARTER356.1.1 | 502:22 | Exhibit 356 is an e-mail string that you were | | |
| | 502:23 | a part of, along with Julie Henderson and | | |
| | 502:24 | Wendell Greer, in April of 2018, it looks | | |
| | 502:25 | like April 16th specifically. | | |
| 503:11 - 504:08 | **Harter, Bruce 2021-02-19_WIT** | | 00:01:10 | HB_v12.40 |
| | 503:11 | Q.   Let me turn your | | |
| 🔗 HARTER356.2.1 | 503:12 | attention to page 2, and look at | | |
| 🔗 HARTER356.2.2 | 503:13 | Ms. Henderson's e-mail.  She states:  Good | | |
| | 503:14 | morning, just wanted to share for later | | |
| | 503:15 | discussion.  After so many comments comparing | | |
| | 503:16 | us to big tobacco, I opted to research their, | | |
| | 503:17 | quote, youth prevention programs, end quote, | | |
| | 503:18 | through a review of public documents | | |
| | 503:19 | available on UCSF's online collection from | | |
| | 503:20 | the big tobacco litigation of the 2000s. | | |
| 🔗 HARTER356.2.3 | 503:21 | The chart below summarizes my | | |
| | 503:22 | findings after reading only 80 of the 496 | | |
| | 503:23 | available documents.  Let's discuss the | | |
| | 503:24 | implications and next steps.  I'm hoping to | | |
| | 503:25 | meet with Ashley and Kevin to discuss the | | |
| | 504:01 | existing programming and plans, column 2, and | | |
| | 504:02 | how our efforts will lead to reduced youth | | |
| | 504:03 | access and use. | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 504:04    Having just read that e-mail, | | |
| | 504:05    Dr. Harter, do you recall having an exchange | | |
| | 504:06    with Ms. Henderson on this topic? | | |
| | 504:07   A.   I don't recall the exchange in | | |
| | 504:08    particular, but it is here in front of me. | | |
| 504:09 - 504:15 | **Harter, Bruce 2021-02-19_WIT** | 00:00:21 | HB_v12.41 |
| 🔗 HARTER356.2.4 | 504:09   Q.   Okay. Before I showed it to | | |
| | 504:10    you, did you have any memory of having | | |
| | 504:11    communications with Ms. Henderson or others | | |
| | 504:12    about the extent to which JUUL's youth | | |
| | 504:13    prevention activities might or might, in the | | |
| | 504:14    eyes of some, resemble the tactics of big | | |
| | 504:15    tobacco from prior years? | | |
| 505:10 - 505:21 | **Harter, Bruce 2021-02-19_WIT** | 00:00:32 | HB_v12.42 |
| | 505:10   A.   I do recall having | | |
| | 505:11    conversations with Dr. Henderson about the | | |
| | 505:12    comparison of -- at least about programs that | | |
| | 505:13    were forwarded by big tobacco. I don't | | |
| | 505:14    remember specifically what any of those were. | | |
| | 505:15    BY MR. KIEFFER: | | |
| | 505:16   Q.   And do you recall what she told | | |
| | 505:17    you about why she was analyzing that topic? | | |
| | 505:18   A.   Well, what she says here in the | | |
| | 505:19    e-mail was that she did that because there | | |
| | 505:20    were so many comments comparing what we were | | |
| | 505:21    doing to big tobacco. | | |
| 517:10 - 517:15 | **Harter, Bruce 2021-02-19_WIT** | 00:00:04 | HB_v12.43 |
| 🗶 Clear | 517:10    MR. KIEFFER: Mike, can you | | |
| 🔗 HARTER358.1.1 | 517:11    pull up document 29. | | |
| | 517:12    (Whereupon, Deposition Exhibit | | |
| | 517:13    Harter-358, E-mail(s) re: Chicago - | | |
| | 517:14    Hinsdale, JLI00022479, was marked for | | |
| | 517:15    identification.) | | |
| 517:16 - 517:16 | **Harter, Bruce 2021-02-19_WIT** | 00:00:02 | HB_v12.44 |
| | 517:16    THE WITNESS: I have it now. | | |
| 517:25 - 519:01 | **Harter, Bruce 2021-02-19_WIT** | 00:01:13 | HB_v12.45 |
| 🔗 HARTER358.1. | 517:25   Q.   All right. This is an e-mail | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 2 | 517:25 | Q.  All right.  This is an e-mail | | HB_v12.45 |
| | 518:01 | string that you were a part of with | | |
| | 518:02 | Ms. Henderson and Wendell Greer on April 16th | | |
| | 518:03 | and 17th, 2018, and the subject of it is | | |
| | 518:04 | Chicago Hinsdale. | | |
| | 518:05 | And it begins with | | |
| | 518:06 | Ms. Henderson's e-mail at the bottom of the | | |
| 🔗 HARTER358.1.3 | 518:07 | page, and she says:  Hi, guys.  Just spoke | | |
| | 518:08 | with Ashley, and she shares my concerns about | | |
| | 518:09 | the optics of us attending a student health | | |
| | 518:10 | fair, given our new understanding of how much | | |
| | 518:11 | our efforts seem to duplicate those of big | | |
| | 518:12 | tobacco. | | |
| | 518:13 | And in the parenthetical she | | |
| | 518:14 | says:  Philip Morris attended fairs and | | |
| | 518:15 | carnivals where they distributed various | | |
| | 518:16 | branded items under the guise of, quote, | | |
| | 518:17 | youth prevention.  And then she goes on to | | |
| | 518:18 | ask:  How strongly do you feel we need to be | | |
| | 518:19 | there? | | |
| | 518:20 | You understood when you | | |
| | 518:21 | received this e-mail from Ms. Henderson that | | |
| | 518:22 | she apparently reached the conclusion that | | |
| | 518:23 | indeed there did appear to be some | | |
| | 518:24 | similarities between JUUL's youth prevention | | |
| | 518:25 | efforts and those that big tobacco had | | |
| | 519:01 | engaged in? | | |
| 519:03 - 519:05 | **Harter, Bruce 2021-02-19_WIT** | | 00:00:08 | HB_v12.46 |
| | 519:03 | A.  Well, I was aware that there | | |
| | 519:04 | were some perceived -- that some people | | |
| | 519:05 | perceived some overlap. | | |
| 521:01 - 521:08 | **Harter, Bruce 2021-02-19_WIT** | | 00:00:27 | HB_v12.47 |
| 🔗 HARTER358.1.4 | 521:01 | In the second paragraph of your | | |
| | 521:02 | response to Ms. Henderson here in | | |
| | 521:03 | Exhibit 358, the third sentence, you state: | | |
| 🔗 HARTER358.1.5 | 521:04 | The unintended consequence is that teenagers | | |
| | 521:05 | find JUULs irresistible. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 521:06  You had reached that conclusion | | |
| | 521:07  based on, what, focus groups you conducted in | | |
| | 521:08  part? | | |
| 521:11 - 521:13 | **Harter, Bruce 2021-02-19_WIT** | 00:00:05 | HB_v12.48 |
| | 521:11  A.  Do you want to just answer the | | |
| | 521:12  rest for me?  I'd be happy with you doing | | |
| | 521:13  that.  You heard it all. | | |
| 542:13 - 542:19 | **Harter, Bruce 2021-02-19_WIT** | 00:00:04 | HB_v12.49 |
| ⊠ Clear | 542:13  MR. KIEFFER:  Mike, can you | | |
| 🔗 HARTER364.1. | 542:14  pull up document 131, please. | | |
| 1 | | | |
| | 542:15  (Whereupon, Deposition Exhibit | | |
| | 542:16  Harter-364, E-mail(s) re: Materials | | |
| | 542:17  for tomorrow's discussion, | | |
| | 542:18  JLI-HOR-00155718 - JLI-HOR-00155723, | | |
| | 542:19  was marked for identification.) | | |
| 543:14 - 543:16 | **Harter, Bruce 2021-02-19_WIT** | 00:00:09 | HB_v12.50 |
| 🔗 HARTER364.4. | 543:14  In Exhibit 364, if you would go | | |
| 1 | | | |
| | 543:15  to the fourth page.  It has a number in the | | |
| | 543:16  lower right corner that ends in 5721. | | |
| 543:17 - 543:17 | **Harter, Bruce 2021-02-19_WIT** | 00:00:02 | HB_v12.51 |
| | 543:17  A.  I can see that. | | |
| 543:18 - 544:20 | **Harter, Bruce 2021-02-19_WIT** | 00:01:17 | HB_v12.52 |
| | 543:18  Q.  at the | | |
| | 543:19  bottom of that page, lower half, I guess, | | |
| 🔗 HARTER364.4. | 543:20  there's an e-mail from Julie Henderson dated | | |
| 2 | | | |
| | 543:21  June 5th, 2018.  It's to Wendell Greer and | | |
| | 543:22  you, and it looks like maybe some others that | | |
| | 543:23  have been redacted, and the subject is: | | |
| | 543:24  Materials for tomorrow's discussion. | | |
| | 543:25  Do you see where I'm at? | | |
| | 544:01  A.  I do. | | |
| 🔗 HARTER364.4. | 544:02  Q.  Okay.  And she says:  Good | | |
| 3 | | | |
| | 544:03  morning.  A few quick articles and internal | | |
| | 544:04  docs attached to help inform our discussion | | |
| | 544:05  tomorrow.  Please forgive the lengthy e-mail. | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 HARTER364.4.4 | 544:06   We've got a lot to cover in 90 minutes. | | |
| | 544:07   Thank you. | | |
| | 544:08   And then directing your | | |
| | 544:09   attention under the boldface heading, which | | |
| | 544:10   is entitled:  Background articles for current | | |
| | 544:11   internal discussions re: education and youth | | |
| | 544:12   prevention, she states:  Please read abstract | | |
| | 544:13   for the first article if you don't have time | | |
| | 544:14   to read the whole thing, and note how the | | |
| | 544:15   second article is eerily similar to our chart | | |
| | 544:16   of youth prevention programs versus those | | |
| | 544:17   from big tobacco. | | |
| | 544:18   Do you see where I'm reading | | |
| | 544:19   from there? | | |
| | 544:20 A.   I do. | | |
| 545:01 - 545:09 | **Harter, Bruce 2021-02-19_WIT** | 00:00:25 | HB_v12.53 |
| | 545:01 Q.   Okay.  Do you have any memory | | |
| | 545:02   of Ms. Henderson sharing the thought that | | |
| | 545:03   there were some eerie similarities between | | |
| | 545:04   JUUL youth prevention programs and those of | | |
| | 545:05   big tobacco? | | |
| | 545:06 A.   I don't have any memory of this | | |
| | 545:07   particular e-mail or the topics that are in | | |
| | 545:08   here or the meeting that happened the day | | |
| | 545:09   following. | | |
| 573:25 - 574:04 | **Harter, Bruce 2021-02-19_WIT** | 00:00:08 | HB_v12.54 |
| ❎ Clear | 573:25   I | | |
| | 574:01   think those are all the questions I | | |
| | 574:02   have at the moment.  I'm going to pass | | |
| | 574:03   the witness to Mr. Kiesel for some | | |
| | 574:04   questions. | | |
| 574:05 - 574:06 | **Harter, Bruce 2021-02-19_WIT** | 00:00:02 | HB_v12.55 |
| | 574:05   MR. KIESEL:  Thank you very | | |
| | 574:06   much. | | |
| 608:14 - 608:19 | **Harter, Bruce 2021-02-19_WIT** | 00:00:04 | HB_v12.56 |
| ❎ Clear | 608:14   Let me pull up another exhibit, | | |
| 🔗 HARTER373.1.1 | 608:15   this is going to be L17. | | |

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 608:16   (Whereupon, Deposition Exhibit | | |
| | 608:17   Harter-373, E-mail(s) re: E-cigarette | | |
| | 608:18   Epidemic, JLI0385454, was marked for | | |
| | 608:19   identification.) | | |
| 609:09 - 610:03 | **Harter, Bruce 2021-02-19_WIT** | 00:00:54 | HB_v12.57 |
| 🔗 HARTER373.1.2 | 609:09      Is Captain Young someone that | | |
| | 609:10      you were familiar with? | | |
| | 609:11  A.  No. | | |
| | 609:12  Q.  And do you know how you got | | |
| | 609:13      Captain Young's message -- sorry, e-mail? | | |
| | 609:14  A.  So Dr. Greer and I were | | |
| | 609:15      exhibitors at the California police chiefs | | |
| | 609:16      annual conference, and one of the things the | | |
| | 609:17      exhibitors got as a result of being | | |
| | 609:18      exhibitors was the list of those who were | | |
| | 609:19      attending. | | |
| | 609:20      And so I think I sent this out | | |
| | 609:21      to those who were attending who had provided | | |
| | 609:22      their e-mail address -- I don't believe all | | |
| | 609:23      of them did -- and invited them to come talk | | |
| | 609:24      with us at the booth that Dr. Greer and I | | |
| | 609:25      staffed that day. | | |
| | 610:01  Q.  And I take it, was that a | | |
| | 610:02      JUUL-sponsored booth? | | |
| | 610:03  A.  Yes. | | |
| 614:10 - 614:15 | **Harter, Bruce 2021-02-19_WIT** | 00:00:13 | HB_v12.58 |
| | 614:10  Q.  The message here to Captain | | |
| | 614:11      Young -- Captain Young actually is an | | |
| | 614:12      officer, right? | | |
| | 614:13  A.  Captain Young was a police | | |
| | 614:14      officer who was attending this conference, | | |
| | 614:15      yes. | | |
| 614:24 - 615:22 | **Harter, Bruce 2021-02-19_WIT** | 00:01:22 | HB_v12.59 |
| 🔗 HARTER373.1.3 | 614:24  Q.  And your reference here is | | |
| | 614:25      there's an abuse in our schools and | | |
| | 615:01      communities that's spreading like "wildfire." | | |
| | 615:02      Was that your word or a word | | |
| | 615:03      that you heard used at JUUL? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

🔗 HARTER373.1.4

615:04  A.  I actually -- I actually don't
615:05  remember.  My goal here was just to raise
615:06  people's level of concern so they might want
615:07  to talk to us, so it might have been
615:08  hyperbolizing as far as I know.
615:09  Q.  And again, you make reference
615:10  here to over the last 18 months, the problem
615:11  has grown to epidemic proportions in school
615:12  lavatories, hallways, even classrooms, as
615:13  well as at community centers and other places
615:14  where young people congregate.
615:15  Is that information that was
615:16  provided to you that you used in this e-mail?
615:17  A.  That was information that I had
615:18  gleaned from talking with -- you know,
615:19  primarily with school administrators, but
615:20  also from my conversations around Richmond,
615:21  California, with, you know, staff at
615:22  community centers and so forth.

| 615:23 - 616:02 | **Harter, Bruce 2021-02-19_WIT** | 00:00:08 | HB_v12.60 |

615:23  Q.  And did Captain Young ever get
615:24  in touch with you to see if he could be of
615:25  any further assistance?
616:01  A.  I don't recall meeting Captain
616:02  Young.

| 631:01 - 631:06 | **Harter, Bruce 2021-02-19_WIT** | 00:00:09 | HB_v12.61 |

631:01  MR. KIESEL:  We had a
631:02  discussion off the record.  I'm
631:03  pleased to say that I have no further
631:04  questions of this witness at this
631:05  time, so we'll pass the ball over to
631:06  the defense.

| 633:15 - 633:19 | **Harter, Bruce 2021-02-19_WIT** | 00:00:10 | HB_v12.62 |

633:15  Q.  And how long did you say you
633:16  consulted for JUUL?
633:17  A.  I consulted from -- really from
633:18  December of 2017 until about the end of July
633:19  in 2018.

**HB_v12 - HARTER, BRUCE - SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 770:24 - 771:01 | **Harter, Bruce 2021-02-19_WIT** | 00:00:03 | HB_v12.63 |

| | 770:24 | MR. KIEFFER:  That's all the |
|---|---|---|
| | 770:25 | questions that we have.  Thank you, |
| | 771:01 | Dr. Harter. |

| PLF AFFIRMATIVE | 00:27:57 |
|---|---|
| DEF COUNTER | 00:00:10 |
| **TOTAL RUN TIME** | **00:28:07** |

Documents linked to video:

HARTER336

HARTER354

HARTER355

HARTER356

HARTER358

HARTER364

HARTER373

# EXHIBIT 2

1

2

3

4   [Submitting Counsel on Signature Page]

5

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10

11   **IN RE JUUL LABS, INC.,**            **Case No. 19-md-02913-WHO**
     **MARKETING, SALES PRACTICES,**
12   **AND PRODUCTS LIABILITY**            **JOINT STIPULATION IDENTIFYING**
     **LITIGATION**                        **TRIAL EXHIBITS USED IN THE**
13                                         **VIDEOTAPED DEPOSITION OF BRUCE**
                                           **HARTER PLAYED AT TRIAL**
14

15   **This Document Relates to:**

16   *San Francisco Unified School District v.*
     *Juul Labs, Inc. et al.,* **Case No. 3:19-cv-**
17   **08177**

18

19        **WHEREAS,** Plaintiff called Bruce Harter, whose videotaped deposition was played to the

20   jury.

21        **WHEREAS,** the exhibit numbers in the videotaped deposition are different from the Trial

22   Exhibit numbers.

23        **WHEREAS,** to most efficiently clarify the record, the parties, by and through their

24   undersigned counsel, hereby stipulate and agree that the chart below accurately reflects the

25   deposition exhibits introduced during the videotaped testimony of Bruce Harter and the

26   corresponding Trial Exhibit Numbers[1]:

27   _____
     [1] The parties reserve all objections regarding these exhibits.

28                                              **JOINT STIPULATION IDENTIFYING TRIAL**
                                                **EXHIBITS USED IN VIDEOTAPED**
                                                **DEPOSITION**

| DEPOSITION EXHIBIT NUMBER | TRIAL EXHIBIT NUMBER |
|---|---|
| Harter Exhibit 336 | Trial Exhibit 5020 |
| Harter Exhibit 354 | Trial Exhibit 1754 |
| Harter Exhibit 355 | Trial Exhibit 1753 |
| Harter Exhibit 356 | Trial Exhibit 5023 |
| Harter Exhibit 358 | Trial Exhibit 1749 |
| Harter Exhibit 364 | Trial Exhibit 1755 |
| Harter Exhibit 373 | Trial Exhibit 1743 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1

2

3                          Respectfully submitted,

*By: /s/ Beth A. Wilkinson*
Beth A. Wilkinson (pro hac vice)            By: */s/ Michael M. Weinkowitz*
Brian L. Stekloff (pro hac vice)            Michael M. Weinkowitz
James M. Rosenthal (pro hac vice)           **LEVIN SEDRAN & BERMAN, LLP**
Matthew R. Skanchy (pro hac vice)           510 Walnut Street
Alysha Bohanon (pro hac vice)               Suite 500
**WILKINSON STEKLOFF LLP**                   Philadelphia PA 19106
2001 M Street NW, 10th Floor                Telephone 215-592-1500
Washington, DC 20036                        MWeinkowitz@lfsblaw.com
Telephone: (202) 847-4000                   *Plaintiff Steering Committee Member*
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com            *Sarah R. London*
mskanchy@wilkinsonstekloff.com              Sarah R. London
abohanon@wilkinsonstekloff.com              **LIEFF CABRASER HEIMANN & BERNSTEIN**
                                            275 Battery Street, Fl. 29
Moira K. Penza (pro hac vice)               San Francisco, CA 94111
**WILKINSON STEKLOFF LLP**                   Telephone: (415) 956-1000
130 West 42nd Street, 24th Floor            slondon@lchb.com
New York, NY 10036
Telephone: 212-294-8910
mpenza@wilkinsonstekloff.com                By: */s/ Dena C. Sharp*
                                            Dena C. Sharp
By: */s/ John C. Massaro*                    **GIRARD SHARP LLP**
**ARNOLD & PORTER KAYE**                     601 California St., Suite 1400
**SCHOLER LLP**                              San Francisco, CA 94108
John C. Massaro (admitted pro hac vice)     Telephone: (415) 981-4800
David E. Kouba (admitted pro hac vice)      dsharp@girardsharp.com
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000                   By: */s/ Dean Kawamoto*
Facsimile: (202) 942-5999                   Dean Kawamoto
john.massaro@arnoldporter.com               **KELLER ROHRBACK L.L.P.**
david.kouba@arnoldporter.com                1201 Third Ave., Ste. 3200
                                            Seattle, WA 98101
*Attorneys for Defendants ALTRIA*            Telephone: (206) 623-1900
*GROUP, INC., PHILIP MORRIS USA*
*INC., ALTRIA CLIENT SERVICES LLC,*          By: */s/ Ellen Relkin*
*ALTRIA GROUP DISTRIBUTION*                  Ellen Relkin
*COMPANY, and ALTRIA*                        **WEITZ & LUXENBERG**
*ENTERPRISES LLC*                            700 Broadway
                                            New York, NY 10003
                                            Telephone: (212) 558-5500
                                            *Co-Lead Counsel for Plaintiff*

**JOINT STIPULATION IDENTIFYING TRIAL
EXHIBITS USED IN VIDEOTAPED
DEPOSITION**