[Submitting Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| | **TRIAL TESTIMONY AND EXHIBITS FROM THE VIDEOTAPED TESTIMONY OF BRIAN DAVIDUKE, ALTRIA SENIOR DIRECTOR OF ACCOUNTS, PLAYED AT TRIAL** |
| **This Document Relates to:** | |
| *San Francisco Unified School District v. Juul Labs, Inc. et al.,* **Case No. 3:19-cv-08177** | |

Plaintiff, by and through its undersigned attorneys, hereby dockets the following:

1. **Exhibit 1** is a report of the videotaped testimony of Brian Daviduke, Altria Senior Director of Accounts, that was played to the jury on May 3, 2023. The testimony in blue 00:12:24 and light blue 00:03:10 Plaintiff's affirmative and counter-counter designations.

2. **Exhibit 2**: is a *Joint Stipulation Identifying Trial Exhibits Used In Videotaped Depositions of Brian Daviduke Played at Trial* that sets forth all of the Trial Exhibits from the videotaped testimony of Brian Daviduke admitted into evidence by the Court.

1    Respectfully submitted,

2

3    By: /s/ Michael M. Weinkowitz
     Michael M. Weinkowitz
4    LEVIN SEDRAN & BERMAN, LLP
     510 Walnut Street
5    Suite 500
     Philadelphia PA 19106
6    Telephone 215-592-1500
     MWeinkowitz@lfsblaw.com
7    Plaintiff Steering Committee Member

8

9    Sarah R. London
     Sarah R. London
10   LIEFF CABRASER HEIMANN & BERNSTEIN
     275 Battery Street, Fl. 29
11   San Francisco, CA 94111
     Telephone: (415) 956-1000
12   slondon@lchb.com

13

14   By: /s/ Dena C. Sharp
     Dena C. Sharp
15   GIRARD SHARP LLP
     601 California St., Suite 1400
16   San Francisco, CA 94108
     Telephone: (415) 981-4800
17   dsharp@girardsharp.com

18   By: /s/ Dean Kawamoto
19   Dean Kawamoto
     KELLER ROHRBACK L.L.P.
20   1201 Third Ave., Ste. 3200
     Seattle, WA 98101
21   Telephone: (206) 623-1900

22   By: /s/ Ellen Relkin
23   Ellen Relkin
     WEITZ & LUXENBERG
24   700 Broadway
     New York, NY 10003
25   Telephone: (212) 558-5500
     Co-Lead Counsel for Plaintiff
26

27

28

# EXHIBIT 1

# Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23

## Designation List Report

| | |
|---|---|
| **Daviduke, Brian** | **2021-05-20** |
| **Daviduke, Brian** | **2021-05-21** |
| **Daviduke, Brian** | **2021-09-22** |

| | |
|---|---|
| PLF AFFIRMATIVE | 00:12:24 |
| DEF COUNTER | 00:03:33 |
| PLF COUNTER-COUNTER | 00:03:10 |
| **TOTAL RUN TIME** | **00:19:08** |

Documents linked to video:

DAVIDUKE2710

DAVIDUKE2714

DAVIDUKE2718

DAVIDUKE2720

DAVIDUKE2723

DAVIDUKE26127



ID: DBv14

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 12:05 - 12:05 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:01 | DBv14.1 |
| | 12:05 | Q. | Good morning | | |
| 12:09 - 12:14 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:17 | DBv14.2 |
| | 12:09 | Q. | Could you please state and spell your name | | |
| | 12:10 | | for the record? | | |
| | 12:11 | A. | My first name is Brian, B-r-i-a-n; last | | |
| | 12:12 | | name is Daviduke, D-a-v-i-d-u-k-e. | | |
| | 12:13 | Q. | And where do you currently reside? | | |
| | 12:14 | A. | Richmond, Virginia. | | |
| 25:12 - 25:15 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:10 | DBv14.3 |
| | 25:12 | Q. | Brian, what is your current | | |
| | 25:13 | | position at Altria? | | |
| | 25:14 | A. | I'm a senior director of accounts in AGDC, | | |
| | 25:15 | | which is our sales organization. | | |
| 26:03 - 26:07 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:16 | DBv14.4 |
| | 26:03 | | And how long have you been at AGDC? | | |
| | 26:04 | A. | I've been in -- in our sales organization | | |
| | 26:05 | | in a number of fashions for 17 years.  The name of | | |
| | 26:06 | | the company has changed, I think, two or three times, | | |
| | 26:07 | | but all under the sales organization. | | |
| 48:14 - 48:16 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:12 | DBv14.5 |
| | 48:14 | Q. | So as we described a moment ago, or | | |
| | 48:15 | | earlier this morning, in December of 2018, Altria | | |
| | 48:16 | | obviously acquired an interest in JUUL. | | |
| 48:17 - 48:21 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:12 | DBv14.6 |
| | 48:17 | | and you in fact of course played a role in providing | | |
| | 48:18 | | the services in connection with the services | | |
| | 48:19 | | agreement that JUUL and Altria entered into; is that | | |
| | 48:20 | | accurate? | | |
| | 48:21 | A. | That's accurate, yes. | | |
| 48:22 - 49:01 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:20 | DBv14.7 |
| | 48:22 | Q. | And how long did Altria provide or AGDC | | |
| | 48:23 | | provide services for JUUL? | | |
| | 48:24 | A. | A little less than a year.  I believe the | | |
| | 48:25 | | first one started in February of 2019, with the last | | |
| | 49:01 | | one ending towards the end of 2019. | | |
| 50:01 - 50:09 | **Daviduke, Brian 2021-05-20_WIT** | | | 00:00:35 | DBv14.8 |
| | 50:01 | Q. | And in your view, what did the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 50:02 | sales services consist of?  At a broad level. | | |
| | 50:03 | A. | At a broad level, the -- the first is | |
| | 50:04 | providing or selling the ITP merchandising space to | | |
| | 50:05 | JUUL.  Thereafter, it was offering up access to the | | |
| | 50:06 | same kind of mature infrastructure that we provide to | | |
| | 50:07 | our other operating companies.  So think of that as | | |
| | 50:08 | visibility, inventory, or promotional support at the | | |
| | 50:09 | retail level. | | |

**88:09 - 88:15**     **Daviduke, Brian 2021-05-20_WIT**     00:00:20     DBv14.9

| | 88:09 | Q. | what aspect of the acquisition of JUUL | |
| | 88:10 | in particular made it exciting for you? | | |
| | 88:11 | A. | I mean, JUUL was a market leader at the | |
| | 88:12 | time in the vaping space.  And, you know, it was | | |
| | 88:13 | also, to my knowledge, our biggest and our largest | | |
| | 88:14 | investment.  So that -- that's essentially what made | | |
| | 88:15 | it exciting. | | |

**134:04 - 135:07**     **Daviduke, Brian 2021-05-20_WIT**     00:01:35     DBv14.10

| | 134:04 | What characteristics did AGDC bring to | | |
| | 134:05 | bear in the AGDC/JUUL relationship? | | |
| | 134:06 | A. | Yeah.  So I would say first, in terms of | |
| | 134:07 | benefit, is the scope or breadth that our -- of | | |
| | 134:08 | stores that our organization covers.  We can | | |
| | 134:09 | typically get to, you know, the majority of volume | | |
| | 134:10 | within four or five weeks, right?  In terms of what's | | |
| | 134:11 | the store count. | | |
| | 134:12 | So -- so that's the first, because that | | |
| | 134:13 | actually allows you to do a lot in terms of | | |
| | 134:14 | monitoring how your products are performing in | | |
| | 134:15 | stores, inventory conditions, are retailers priced | | |
| | 134:16 | right relative to any promotions that you have.  So | | |
| | 134:17 | scope and breadth is the -- the first. | | |
| | 134:18 | Second, it took us years to develop what | | |
| | 134:19 | you probably hear me reference time and again as a | | |
| | 134:20 | mature infrastructure.  That prebook system sounds | | |
| | 134:21 | simple.  It's taken years to develop.  So -- so | | |
| | 134:22 | that's -- that's one component. | | |
| | 134:23 | Our CRM systems, systems our sales | | |
| | 134:24 | organization uses to track what actions are taken in | | |
| | 134:25 | stores, so you can see in relatively real time the | | |
| | 135:01 | progress you're making against an initiative, is | | |

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 135:02    another kind of benefit of plugging into AGDC. | | |
| | 135:03    And then the last thing, I would say, is | | |
| | 135:04    that our retail and wholesale partners, we have great | | |
| | 135:05    relationships with, which allows us face time, our | | |
| | 135:06    access, if you will, to decision-makers with our | | |
| | 135:07    trade partners. | | |
| 138:07 - 138:11 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:12 | DBv14.11 |
| | 138:07  Q.  And in your view, and where you stand as | | |
| | 138:08    senior director of trade marketing, at least for the | | |
| | 138:09    time of the JUUL services, did you believe that these | | |
| | 138:10    four services were in fact delivered effectively to | | |
| | 138:11    JUUL? | | |
| 138:13 - 138:14 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:03 | DBv14.12 |
| | 138:13    THE WITNESS:  In terms of what I believe? | | |
| | 138:14    Yeah, I do. | | |
| 173:13 - 173:25 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:46 | DBv14.13 |
| | 173:13  Q.  And throughout the duration of this | | |
| | 173:14    service agreement, speaking of vendors, did you view | | |
| | 173:15    Altria, or AGDC in particular, as a vendor or a third | | |
| | 173:16    party providing services to JUUL? | | |
| | 173:17  A.  Typically third parties don't have an | | |
| | 173:18    ownership stake or an investment in the company | | |
| | 173:19    they're providing services to, so I would draw the | | |
| | 173:20    delineation there.  I never really felt like we were | | |
| | 173:21    a third party. | | |
| | 173:22    But we provided -- oh, and I would say | | |
| | 173:23    this -- felt like we competed with other third | | |
| | 173:24    parties as a -- a service provider.  So it might be a | | |
| | 173:25    convoluted answer | | |
| 174:15 - 174:19 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:17 | DBv14.14 |
| | 174:15  Q.  And in this particular instance, where | | |
| | 174:16    AGDC was providing services pursuant to the service | | |
| | 174:17    agreement for JUUL during 2019, you wouldn't | | |
| | 174:18    characterize that relationship as a third party or | | |
| | 174:19    vendor type of relationship, right? | | |
| 174:21 - 174:25 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:14 | DBv14.15 |
| | 174:21    THE WITNESS:  I could see the | | |
| | 174:22    similarities.  We were providing services to | | |
| | 174:23    JUUL and charging them for those services, very | | |

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 174:24    similar to what third parties do for other -- | | |
| | 174:25    for us. | | |
| 228:11 - 228:12 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:06 | DBv14.16 |
| 🔗 DAVIDUKE271 0.1.1 | 228:11    So I want to now turn your attention to | | |
| | 228:12    what's going to be marked Exhibit 2710. | | |
| 229:02 - 229:05 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:11 | DBv14.17 |
| 🔗 DAVIDUKE271 0.1.2 | 229:02  Q.  on Tuesday, | | |
| | 229:03    August 27th, 2019, at 1:13 p.m., you did in fact send | | |
| | 229:04    this deck to Alex, correct? | | |
| | 229:05  A.  Yes. | | |
| 229:23 - 230:06 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:23 | DBv14.18 |
| 🔗 DAVIDUKE271 0.3.1 | 229:23    this | | |
| | 229:24    at least is about AGDC and conveyed to JUUL; is that | | |
| | 229:25    accurate? | | |
| | 230:01  A.  That was the intent.  I don't believe or | | |
| | 230:02    I'm not certain if this deck was ever shared directly | | |
| | 230:03    with JLI. | | |
| | 230:04  Q.  Okay.  So you don't recall actually | | |
| | 230:05    presenting this deck to JLI or JUUL? | | |
| | 230:06  A.  Not this deck. | | |
| 230:21 - 230:24 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:08 | DBv14.19 |
| 🔗 DAVIDUKE271 0.4.1 | 230:21    let's start at what is the | | |
| 🔗 DAVIDUKE271 0.4.2 | 230:22    second page of the deck:  "Benefits of using AGDC." | | |
| | 230:23    See that? | | |
| | 230:24  A.  Yes. | | |
| 234:13 - 234:14 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:07 | DBv14.20 |
| 🔗 DAVIDUKE271 0.23.1 | 234:13    there is a slide that's titled "AGDC | | |
| | 234:14    Demonstrating Impact on JUUL Inventory at Retail." | | |
| 234:16 - 234:17 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:04 | DBv14.21 |
| | 234:16    Do you see that particular slide? | | |
| | 234:17  A.  Yes. | | |
| 234:18 - 234:22 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:10 | DBv14.22 |

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 234:18  Q.  -- we've | | DBv14.22 |
| | 234:19      discussed some of these concepts before, but there's | | |
| 🔗 DAVIDUKE271 | 234:20      a reference to "Distribution Gaps Closed."  Do you | | |
| 0.23.2 | | | |
| | 234:21      see that? | | |
| | 234:22  A.  I do, yeah. | | |
| 234:23 - 235:03 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:13 | DBv14.23 |
| | 234:23  Q.  at least in | | |
| | 234:24      the bottom portion of that graph and depiction, | | |
| 🔗 DAVIDUKE271 | 234:25      there's the reference to the 357,000 distribution | | |
| 0.23.3 | | | |
| | 235:01      gaps closed.  That's the same thing we were talking | | |
| | 235:02      about before? | | |
| | 235:03  A.  It is, yes. | | |
| 235:20 - 235:24 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:13 | DBv14.24 |
| | 235:20  Q.  So with respect to the existing | | |
| | 235:21      stores that were being serviced, there was an | | |
| 🔗 DAVIDUKE271 | 235:22      increase in the actual number of SKUs, from 477,000 | | |
| 0.23.4 | | | |
| | 235:23      to 834,000, correct? | | |
| | 235:24  A.  Correct. | | |
| 238:24 - 239:05 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:25 | DBv14.25 |
| | 238:24  Q.  And so in terms of the JUUL | | |
| | 238:25      5 percent mint 4 pack -- and we discussed a little | | |
| | 239:01      bit about this before -- but as a result of Altria's | | |
| 🔗 DAVIDUKE271 | 239:02      or AGDC's services, you were able to decrease the | | |
| 0.23.6 | | | |
| | 239:03      amount of out of stocks by approximately 22 percent | | |
| | 239:04      from May to March; is that correct? | | |
| | 239:05  A.  That's correct. | | |
| 241:14 - 241:16 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:05 | DBv14.26 |
| 🔗 DAVIDUKE271 | 241:14      there are benefits that are listed | | |
| 0.24.3 | | | |
| | 241:15      here.  See that? | | |
| | 241:16  A.  Yep. | | |
| 242:13 - 242:21 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:29 | DBv14.27 |
| | 242:13      Are there any other bullets here that | | |
| | 242:14      you feel were benefits that were actually realized in | | |
| | 242:15      the existing 2019 -- then existing 2019 relationship | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| DAVIDUKE271 0.24.2 | 242:16   between JUUL and AGDC? | | |
| | 242:17  A.  I would say all of them were realized in | | |
| | 242:18   terms of the output of what was delivered against the | | |
| | 242:19   scope of work. | | |
| | 242:20  Q.  Okay. | | |
| | 242:21  A.  Yeah, versus JUUL doing it on their own. | | |
| 253:09 - 253:11 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:08 | DBv14.28 |
| ⊠ Clear | 253:09  Q.  Let's turn to what will be marked | | |
| DAVIDUKE271 4.1.1 | 253:10   as Exhibit 2714. | | |
| | 253:11   (Exhibit 2714 was marked for identification.) | | |
| 253:21 - 253:24 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:09 | DBv14.29 |
| DAVIDUKE271 4.1.2 | 253:21  Q.  do you recognize this e-mail | | |
| | 253:22   and attachment, PowerPoint deck, that's dated | | |
| | 253:23   November 19th, 2019? | | |
| | 253:24  A.  I do, yes. | | |
| 255:08 - 255:10 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:04 | DBv14.30 |
| DAVIDUKE271 4.3.1 | 255:08  Q.  Okay.  And so this was a presentation to | | |
| | 255:09   JUUL? | | |
| | 255:10  A.  Yes. | | |
| 255:22 - 255:25 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:16 | DBv14.31 |
| DAVIDUKE271 4.9.1 | 255:22  Q.  And in 2019, on the second particular, | | |
| DAVIDUKE271 4.9.2 | 255:23   there's a list of seven -- at least seven services | | |
| | 255:24   that AGDC performed for JUUL in 2019.  Is that | | |
| | 255:25   accurate to say? | | |
| 256:01 - 256:01 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:02 | DBv14.32 |
| | 256:01  A.  That's accurate, yes. | | |
| 256:08 - 256:12 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:14 | DBv14.33 |
| DAVIDUKE271 4.9.7 | 256:08  Q.  And based on the trends in this chart, is | | |
| | 256:09   it accurate to state that as a result of Altria's | | |
| | 256:10   services that they were providing to JUUL, JUUL's | | |
| | 256:11   retail purchases by net volume increased throughout | | |
| | 256:12   2019? | | |

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 256:14 - 256:20 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:22 | DBv14.34 |

256:14   THE WITNESS:  That's a really complicated
256:15   question to answer.  JUUL was experiencing
256:16   week-over-week volume growth for some time
256:17   before AGDC was providing services.  And to be
256:18   able to attribute any volume or share impact to
256:19   the services that we provided is really hard to
256:20   do, if not impossible.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 277:02 - 277:07 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:15 | DBv14.35 |
| 🔗 DAVIDUKE271 8.1.1 | | | |

277:02  Q.  And do you recognize this e-mail?

277:03  A.  Vaguely.
277:04  Q.  Do you have -- well, do you have any
277:05      reason to doubt that you in fact sent this to Alex
277:06      Cantwell on March 1st, 2019, at 1:54?
277:07  A.  No reason to believe that I did not.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 277:13 - 277:18 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:13 | DBv14.36 |
| 🔗 DAVIDUKE271 8.1.2 | | | |

277:13  Q.  - in the
277:14      underlying e-mail, there's a reference to "latest PO
277:15      that McLane made."  Do you see that?
277:16  A.  I see it.
277:17  Q.  And that's just "purchase order," correct?
277:18  A.  Correct.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 277:22 - 277:24 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:12 | DBv14.37 |

277:22  Q.  Okay.  And who is Alex Cantwell?
277:23  A.  Alex Cantwell was the VP of strategy --
277:24      again, don't hold me to that exact title -- at JUUL.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 278:13 - 278:22 | **Daviduke, Brian 2021-05-20_WIT** | 00:00:30 | DBv14.38 |
| 🔗 DAVIDUKE271 8.1.3 | | | |

278:13      And can you go ahead and read into the

278:14      record the full sentence of your e-mail to Alex
278:15      Cantwell?
278:16  A.  "Another example of the effectiveness you
278:17      are getting for the investment, in the event you need
278:18      these with any internal conversations."
278:19  Q.  And the example that you're referencing in

🔗 DAVIDUKE271   278:20      your e-mail is of course the underlying e-mail that
8.1.4

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 278:21   you received from Mike Jacobs below, correct? | | |
| | 278:22 A.  Correct. | | |
| 295:06 - 295:07 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:03 | DBv14.39 |
| ⌧ Clear | 295:06 Q.  Morning, Mr. Daviduke. | | |
| | 295:07 A.  Morning. | | |
| 333:15 - 333:19 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:09 | DBv14.40 |
| | 333:15   And if we can go now to Tab 5.  That's | | |
| 🔗 DAVIDUKE272 0.1.1 | 333:16   Exhibit 2720. | | |
| | 333:17   (Exhibit 2720 was marked for identification.) | | |
| 🔗 DAVIDUKE272 0.1.2 | 333:18   MR. ROUSSAS:  That will be Statement of | | |
| | 333:19   Work 14. | | |
| 334:13 - 335:04 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:57 | DBv14.41 |
| | 334:13 Q.  So what was the scope of this | | |
| | 334:14   statement of work? | | |
| ⌧ Clear | 334:15 A.  So every year we have what we call | | |
| | 334:16   retailer council, where we invite a number of | | |
| | 334:17   retailers here to Richmond, essentially to hear about | | |
| | 334:18   what our operating company strategies are, hear what | | |
| | 334:19   their feedback is as well. | | |
| | 334:20   And we invited JUUL to participate in | | |
| | 334:21   this -- in 2019's retailer council, where they had, | | |
| | 334:22   you know, 15 minutes, kind of give their remarks of | | |
| | 334:23   what their strategy was, and participate in a | | |
| | 334:24   breakout room, and also have a -- kind of a trade | | |
| | 334:25   show booth that they communicated what their kind of | | |
| | 335:01   focus opportunities were, or their -- communicated, | | |
| | 335:02   really, whatever they want to the retailers that | | |
| | 335:03   showed up.  And I can't speak to what they actually | | |
| | 335:04   reviewed at that booth. | | |
| 337:02 - 337:04 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:08 | DBv14.42 |
| | 337:02 Q.  Okay.  So was JLI the only non-Altria | | |
| | 337:03   company there? | | |
| | 337:04 A.  Yes. | | |
| 338:14 - 338:23 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:32 | DBv14.43 |
| | 338:14 Q.  Okay.  And would it be fair to say that in | | |
| | 338:15   all the years since 2016, JLI is the only non-Altria | | |
| | 338:16   company you're aware of to participate in that retail | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 338:17   council? | | |
| | 338:18  A.  It's typically best -- a practice of ours | | |
| | 338:19     not to engage publicly with any of our competitors, | | |
| | 338:20     to not give off the impression of collusion.  But we | | |
| | 338:21     had an investment in JUUL, and therefore we felt they | | |
| | 338:22     weren't a competitor, and invited them to | | |
| | 338:23     participate. | | |
| 339:05 - 339:08 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:17 | DBv14.44 |
| | 339:05  Q.  Okay.  And if I understand what you just | | |
| | 339:06     told me as kind of the explanation, AGDC owned a | | |
| | 339:07     chunk of JLI, so it did not view JLI as a competitor, | | |
| | 339:08     so it invited JLI to the retail council.  Fair? | | |
| 339:09 - 339:09 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:01 | DBv14.45 |
| | 339:09  A.  Yes. | | |
| 441:03 - 441:04 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:06 | DBv14.46 |
| 🔗 DAVIDUKE272 3.1.1 | 441:03     MR. ROUSSAS:  Let's move from | | |
| | 441:04     here to Tab 20. | | |
| 441:12 - 441:19 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:34 | DBv14.47 |
| 🔗 DAVIDUKE272 3.1.2 | 441:12  Q.  The subject on this is "ELT | | |
| | 441:13     Discussion."  What does "ELT" mean? | | |
| | 441:14  A.  Executive leadership team. | | |
| | 441:15  Q.  Okay.  And April 8, 2019, who were the | | |
| | 441:16     executive leadership team? | | |
| | 441:17  A.  I probably couldn't name all of them.  It | | |
| | 441:18     would have been Scott's direct boss, CEO, CFO, at the | | |
| | 441:19     time, would be the executive team. | | |
| 443:02 - 443:07 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:25 | DBv14.48 |
| 🔗 DAVIDUKE272 3.2.1 | 443:02  Q.  Let's look at the first | | |
| | 443:03     board.  And this is "AGDC JUUL Scope of Work Summary | | |
| | 443:04     & Impact."  So the information that's on this page is | | |
| | 443:05     a summary of the scope of work and the impact that | | |
| | 443:06     those scopes of work are having, right? | | |
| | 443:07  A.  That's right. | | |
| 449:21 - 449:22 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:11 | DBv14.49 |
| 🔗 DAVIDUKE272 3.3.1 | 449:21     Let's turn to the next page, page two of | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 449:22   this deck.  What does this bar graph demonstrate? | | |
| 449:25 - 450:05 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:18 | DBv14.50 |
| | 449:25  A.  So this is speaking to -- I can't recall | | |
| | 450:01   which scope of work it was, where JUUL sold the same | | |
| | 450:02   prebook to a subset of accounts, and AGDC sold the | | |
| | 450:03   prebook to a different set of accounts.  And this is | | |
| | 450:04   just highlighting where we were at the time in terms | | |
| | 450:05   of the selling results. | | |
| 450:22 - 450:23 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:03 | DBv14.51 |
| | 450:22  Q.  Why did you think | | |
| | 450:23   it would be helpful information for him to have? | | |
| 450:25 - 451:09 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:32 | DBv14.52 |
| | 450:25   THE WITNESS:  It could have very well have | | |
| | 451:01   been to compare JUUL to AGDC.  We did think we | | |
| | 451:02   were -- had mature infrastructure to leverage, | | |
| | 451:03   and could be more effective at engaging with | | |
| | 451:04   retailers. | | |
| | 451:05   BY MR. ROUSSAS: | | |
| | 451:06  Q.  Okay.  And it does seem to show that in | | |
| | 451:07   all instances, that AGDC has a greater percentage | | |
| | 451:08   than JUUL, right? | | |
| | 451:09  A.  It shows that. | | |
| 453:11 - 453:14 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:13 | DBv14.53 |
| | 453:11  Q.  And this says that AGDC -- a | | |
| | 453:12   conclusion to take away from this is AGDC, in its | | |
| | 453:13   services, can make a difference?  They result in more | | |
| | 453:14   prebook selling, right? | | |
| 453:16 - 453:18 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:08 | DBv14.54 |
| | 453:16   THE WITNESS:  It resulted in more | | |
| | 453:17   retailers deciding to bring in, proportionately, | | |
| | 453:18   product, correct. | | |
| 462:09 - 462:15 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:14 | DBv14.55 |
| 🔗 DAVIDUKE272 3.7.2 | 462:09  Q.  So the "thank you" that you got | | |
| | 462:10   from Alex here is, "We just had our largest retail | | |
| | 462:11   kit order week in history."  Right? | | |
| | 462:12  A.  Yes. | | |
| | 462:13  Q.  "Thank you and your team for all the | | |
| | 462:14   work."  Right? | | |

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 462:15  A.  Yes. | | |
| 462:16 - 462:18 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:10 | DBv14.56 |
| | 462:16  Q.  So Alex is saying your work resulted in | | |
| | 462:17      the largest retail kit order week in JUUL history. | | |
| | 462:18      True? | | |
| 462:20 - 462:23 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:10 | DBv14.57 |
| | 462:20      THE WITNESS:  That's not how I take it, as | | |
| | 462:21      explicit as that.  Is he attributing some of our | | |
| | 462:22      work, as we only covered a portion of the | | |
| | 462:23      stores?  Yes. | | |
| 465:22 - 466:02 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:14 | DBv14.58 |
| 🔗 DAVIDUKE272 3.7.3 | 465:22      The next one down below it, "Trade | | |
| | 465:23      Feedback," from 7-Eleven.  Would you read that one | | |
| | 465:24      for us, please? | | |
| | 465:25  A.  "We just had our best week ever, even when | | |
| | 466:01      you factor in flavored pods.  We attribute this to | | |
| | 466:02      AGDC." | | |
| 548:19 - 549:12 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:38 | DBv14.59 |
| ⌫ Clear | 548:19  Q.  And today, does Altria have anything to do | | |
| | 548:20      with the shelf space placement of JUUL in retail | | |
| | 548:21      stores? | | |
| | 548:22  A.  None. | | |
| | 548:23  Q.  And I just want to talk about the field | | |
| | 548:24      sales force services as well.  Who selected which | | |
| | 548:25      field sales force services would be provided? | | |
| | 549:01  A.  JUUL did. | | |
| | 549:02  Q.  And who selected when those would be | | |
| | 549:03      provided? | | |
| | 549:04  A.  JUUL did. | | |
| | 549:05  Q.  Were those services provided in all stores | | |
| | 549:06      in which JUUL was in distribution? | | |
| | 549:07  A.  No. | | |
| | 549:08  Q.  And who selected those stores? | | |
| | 549:09  A.  JUUL selected those stores. | | |
| | 549:10  Q.  When did you begin providing JLI with | | |
| | 549:11      sales support services? | | |
| | 549:12  A.  February of 2019. | | |
| 549:24 - 550:01 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:06 | DBv14.60 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 549:24  Q.  Did you provide any sales support services | | DBv14.60 |
| | 549:25       related to online sales of JUUL products? | | |
| | 550:01  A.  I did not, no. | | |
| 550:25 - 551:07 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:17 | DBv14.61 |
| | 550:25  Q.  Do you continue to provide JLI with sales | | |
| | 551:01       support services today? | | |
| | 551:02  A.  No. | | |
| | 551:03  Q.  When did the sales support services | | |
| | 551:04       terminate? | | |
| | 551:05  A.  At the same time, January -- the last | | |
| | 551:06       scope of work ended December of 2019.  I think ITP | | |
| | 551:07       terminated January of 2020. | | |
| 551:19 - 551:21 | **Daviduke, Brian 2021-05-21_WIT** | 00:00:05 | DBv14.62 |
| | 551:19  Q.  And today, does Altria have anything to do | | |
| | 551:20       with sales of JUUL in retail stores? | | |
| | 551:21  A.  None. | | |
| 645:12 - 645:13 | **Daviduke, Brian 2021-09-22_WIT** | 00:00:07 | DBv14.63 |
| 🔗 DAVIDUKE261 27.1.1 | 645:12       MR. KO:  Let's now turn to what will be | | |
| | 645:13       marked as Exhibit 26127. | | |
| 645:17 - 645:21 | **Daviduke, Brian 2021-09-22_WIT** | 00:00:17 | DBv14.64 |
| 🔗 DAVIDUKE261 27.1.2 | 645:17  Q.  Exhibit 26127 is an e-mail chain | | |
| | 645:18       between you and Johnathon Barragan, among others, | | |
| | 645:19       dated March 14th, 2019. | | |
| | 645:20       Do you recognize this e-mail chain, Brian? | | |
| | 645:21  A.  I do. | | |
| 646:21 - 646:25 | **Daviduke, Brian 2021-09-22_WIT** | 00:00:13 | DBv14.65 |
| 🔗 DAVIDUKE261 27.1.3 | 646:21  Q.  And in your e-mail, you talk about how | | |
| | 646:22       some individuals from Juul's sales strategy team | | |
| | 646:23       asked you to coordinate a market walk in San | | |
| | 646:24       Francisco.  Do you see that reference? | | |
| | 646:25  A.  Yes. | | |
| 647:05 - 647:17 | **Daviduke, Brian 2021-09-22_WIT** | 00:00:44 | DBv14.66 |
| | 647:05  Q.  And can you describe to the court what the | | |
| | 647:06       market walk is and consisted of? | | |
| | 647:07  A.  Really hitting -- calling on two or three | | |
| | 647:08       retail locations, so that Simon, who is the sales | | |

**DBv14 - Daviduke, Brian SFUSD FINAL_PLAYED 05-03-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

647:09   rep, could kind of execute a -- the elements of a
647:10   scope of work with their Juul strategy team present,
647:11   to see what the conversation looked like, to see how
647:12   the retailers reacted and how long the work took to
647:13   execute at retail.
647:14   Q.   And so did these market walks and/or
647:15   meetings, did they -- they actually occur at a retail
647:16   store?
647:17   A.   They did.

**648:21 - 649:02**   **Daviduke, Brian 2021-09-22_WIT**      **00:00:25**   **DBv14.67**

🔗 DAVIDUKE261   648:21   Q.   And when you are referring to, here
27.1.5
         648:22   in the first bullet, the, quote, tremendous impact
         648:23   our people are making on behalf of Juul, end quote,
         648:24   what were you describing when you said that?
         648:25   A.   Specifically remerchandising the space
         649:01   previously occupied by NuMark with space that Juul
         649:02   had acquired, and remerchandising Juul in that space.

**649:03 - 649:06**   **Daviduke, Brian 2021-09-22_WIT**      **00:00:16**   **DBv14.68**

649:03   Q.   And do you recall, during the 2019 time
649:04   period, how many market walks Juul had requested
649:05   and/or AGDC did with Juul?
649:06   A.   I'm only aware of this one.

**655:06 - 655:07**   **Daviduke, Brian 2021-09-22_WIT**      **00:00:02**   **DBv14.69**

❌ Clear   655:06   those are all the
          655:07   questions that I have.

**655:11 - 655:11**   **Daviduke, Brian 2021-09-22_WIT**      **00:00:01**   **DBv14.70**

655:11   MR. KO:  Thank you.

---

PLF AFFIRMATIVE                          00:12:24
DEF COUNTER                              00:03:33
PLF COUNTER-COUNTER                      00:03:10
**TOTAL RUN TIME**                       **00:19:08**

📄  Documents linked to video:
     DAVIDUKE2710

---

DAVIDUKE2714
DAVIDUKE2718
DAVIDUKE2720
DAVIDUKE2723
DAVIDUKE26127

# EXHIBIT 2

1
2
3
4
[Submitting Counsel on Signature Page]
5
6
7                          UNITED STATES DISTRICT COURT
8                          NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION
10

11  **IN RE JUUL LABS, INC.,**                    **Case No. 19-md-02913-WHO**
12  **MARKETING, SALES PRACTICES,**
    **AND PRODUCTS LIABILITY**                    **JOINT STIPULATION IDENTIFYING**
13  **LITIGATION**                                **TRIAL EXHIBITS USED IN THE**
                                                  **VIDEOTAPED DEPOSITION OF BRIAN**
14                                                **DAVIDUKE PLAYED AT TRIAL**

15  **This Document Relates to:**
16  *San Francisco Unified School District v.*
    *Juul Labs, Inc. et al.,* **Case No. 3:19-cv-**
17  **08177**

18
19       **WHEREAS**, Plaintiff called Brian Daviduke, whose videotaped deposition was played to
20  the jury.
21       **WHEREAS,** the exhibit numbers in the videotaped deposition are different from the Trial
22  Exhibit numbers.
23       **WHEREAS,** to most efficiently clarify the record, the parties, by and through their
24  undersigned counsel, hereby stipulate and agree that the chart below accurately reflects the
25  deposition exhibits introduced during the videotaped testimony of Brian Daviduke and the
26  corresponding Trial Exhibit Numbers[1]:

27  _____
    [1] The parties reserve all objections regarding these exhibits.
28                                                **JOINT STIPULATION IDENTIFYING TRIAL**
                                                  **EXHIBITS USED IN VIDEOTAPED**
                                                  **DEPOSITION**

| DEPOSITION EXHIBIT NUMBER | TRIAL EXHIBIT NUMBER |
|---|---|
| Daviduke Exhibit 2710 | Trial Exhibit 542 |
| Daviduke Exhibit 2714 | Trial Exhibit 2782 |
| Daviduke Exhibit 2718 | Trial Exhibit 44 |
| Daviduke Exhibit 2720 | Trial Exhibit 545 |
| Daviduke Exhibit 2723 | Trial Exhibit 547 |
| Daviduke Exhibit 26127 | Trial Exhibit 3281 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**JOINT STIPULATION IDENTIFYING TRIAL EXHIBITS USED IN VIDEOTAPED DEPOSITION**

1

2

Respectfully submitted,

3    *By: /s/ Beth A. Wilkinson*
     Beth A. Wilkinson (pro hac vice)

4    Brian L. Stekloff (pro hac vice)
     James M. Rosenthal (pro hac vice)

5    Matthew R. Skanchy (pro hac vice)
     Alysha Bohanon (pro hac vice)

6    **WILKINSON STEKLOFF LLP**
     2001 M Street NW, 10th Floor

7    Washington, DC 20036
     Telephone: (202) 847-4000

8    bwilkinson@wilkinsonstekloff.com
     bstekloff@wilkinsonstekloff.com

9    jrosenthal@wilkinsonstekloff.com
     mskanchy@wilkinsonstekloff.com

10   abohanon@wilkinsonstekloff.com

11   Moira K. Penza (pro hac vice)

12   **WILKINSON STEKLOFF LLP**
     130 West 42nd Street, 24th Floor

13   New York, NY 10036
     Telephone: 212-294-8910

14   mpenza@wilkinsonstekloff.com

15   By: */s/ John C. Massaro*
     **ARNOLD & PORTER KAYE**

16   **SCHOLER LLP**
     John C. Massaro (admitted pro hac vice)

17   David E. Kouba (admitted pro hac vice)
     601 Massachusetts Ave., N.W.

18   Washington D.C. 20001
     Telephone: (202) 942-5000

19   Facsimile: (202) 942-5999
     john.massaro@arnoldporter.com

20   david.kouba@arnoldporter.com

21
     *Attorneys for Defendants ALTRIA*
22   *GROUP, INC., PHILIP MORRIS USA*
     *INC., ALTRIA CLIENT SERVICES LLC,*
23   *ALTRIA GROUP DISTRIBUTION*
     *COMPANY, and ALTRIA*
24   *ENTERPRISES LLC*

25

26

27

28

By: */s/ Michael M. Weinkowitz*
Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia PA 19106
Telephone 215-592-1500
MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*

*Sarah R. London*
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: */s/ Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
*Co-Lead Counsel for Plaintiff*

**JOINT STIPULATION IDENTIFYING TRIAL
EXHIBITS USED IN VIDEOTAPED
DEPOSITION**