UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Sarah London, Thomas Cartmell, and Kirk Goza | DEFENSE ATTORNEYS: Brian Stekloff and Beth Wilkinson |
|---|---|---|
| **TRIAL DATE: 05/03/2023** 8:00 a.m. to 1:30 p.m. 5 hours, 30 minutes | **REPORTER:** Debra Pas | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session for counsel conference (jurors out) |
| | | 8:03 a.m. | | | Court in recess |
| | | 8:57 a.m. | | | Court in session (jurors present) Defense cross examination of **Minette Drumwright** continues (Wilkinson) |
| | 1830 | 9:03 a.m. | X | X | 11/15/2018 Statement from FDA Commissioner Scott Gottlieb, M.D., on proposed new steps to protect youth by preventing access to flavored tobacco products and banning menthol in cigarettes |
| | 7124 | 9:36 a.m. | X | X | 07/06/2018 Email |
| | 2084 | 9:46 a.m. | X | X | 9/25/2019 Email from David Fernandez to Todd Walker et al. Re: JUUL announcement |
| | | 9:56 a.m. | | | Plaintiff redirect of **Minette Drumwright** (London) |
| | | 10:06 a.m. | | | HHS Public Access report published as a demonstrative to jury without objection |
| | | 10:32 a.m. | | | Court in recess |
| | | 10:48 a.m. | | | Court in session (jurors present) Plaintiff redirect of **Minette Drumwright** continues (London) |
| | | 10:51 a.m. | | | Defense recross (Wilkinson) |
| | | 10:52 a.m. | | | Testimony of **Bruce Harter** presented by way of video deposition excerpts |
| | | 11:21 a.m. | | | Plaintiff announces exhibits admitted pursuant to previous stipulated order of the Court. (Cartmell) |
| 5020 | | 11:21 a.m. | | X | 1/20/2018 Email from Bruce Harter to Rinda Bartley Re: Checking in - Castro Valley |
| 1754 | | 11:21 a.m. | | X | 6/2/2018 Email from Bruce Harter to Julie Henderson Re: Questions from Potential School Partner |
| 1753 | | 11:21 a.m. | | X | 6/13/2018 Email from Bruce Harter to Ashley Gould Re: Demonstration Site & Other Thoughts |

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: May 3, 2023
Courtroom Deputy: Jean Davis        - Court Reporter:    Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 5023 | | 11:21 a.m. | | X | 4/16/2018 Email from Julie Henderson to Bruce Harter; Wendell Greer Re: Summary of Tobacco-like programs |
| 1749 | | 11:21 a.m. | | X | 4/17/2018 Email from Bruce Harter to Julie Henderson et al. Re: Chicago - Hinsdale |
| 1755 | | 11:21 a.m. | | X | 6/6/2018 Email from Julie Henderson to Bruce Harter Re: Materials for tomorrow's discussion |
| 1743 | | 11:21 a.m. | | X | 3/16/2018 Email from Bruce Harter to jyoung@cityoflivermore.net Re: E-Cigarette Epidemic |
| | | 11:22 a.m. | | | Testimony of **Brian Daviduke** presented by way of video deposition excerpts |
| | | 11:43 a.m. | | | Plaintiff announces exhibits admitted pursuant to previous stipulated order of the Court. (Cartmell) |
| 542 | | 11:43 a.m. | | X | 08/27/2019 Email from Brian Daviduke to Alexandra McGuire Re: Leveraging AGDC Draft 6.14 |
| 2782 | | 11:43 a.m. | | X | 11/19/2019 Altria Presentation: AGDC/JUUL 2020 SOW Planning Session |
| 44 | | 11:43 a.m. | | X | 03/01/2019 Email from Brian Daviduke to Alex Cantwell Re: McLane 3/7/2019 JUUL Orders |
| 545 | | 11:43 a.m. | | X | Statement of Work #14 - Sales Support Services, June 4th, 2019. Altria Group Distribution Co. et al. |
| 547 | | 11:43 a.m. | | X | 04/08/2019 Email from Brian Daviduke to Frederick Myers, et al. Re: ELT Discussions.pptx |
| 3281 | | 11:43 a.m. | | X | 3/14/2019 Email from Johnathon Barragan to Brian Daviduke Re: Re: Market Walk - Thank you! |
| | | 11:45 a.m. | | | Plaintiff direct examination of **Judith Prochaska** (Goza) |
| | | 12:14 p.m. | | | Court in recess |
| | | 12:30 p.m. | | | Court in session (jurors present) Plaintiff direct examination of **Judith Prochaska** continues (Goza) |
| | | 1:28 p.m. | | | Examination suspended; jurors excused |
| | | 1:30 p.m. | | | Court in recess |

Plaintiff time at start of day:        18 hours, 51 minutes
Time used 05/03/2023:                   2 hours, 55 minutes
Time remaining:                        15 hours, 56 minutes

Defendant total time:                  32 hours, 14 minutes
Time used 05/03/2023:                   1 hour    4 minutes
Time remaining:                        31 hours, 10 minutes