1
2
3
4
5
6   [Submitting Counsel on Signature Page]
7

8   **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA**

10   **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12 **IN RE JUUL LABS, INC.,** | **Case No. 19-md-02913-WHO** |
| 13 **MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY** | **TRIAL TESTIMONY AND EXHIBITS** |
| 14 **LITIGATION** | **FROM THE VIDEOTAPED TESTIMONY OF JOSE MURILLO PLAYED AT TRIAL** |
| 15 | |
| 16 **This Document Relates to:** | |
| 17 ***San Francisco Unified School District v. Juul Labs, Inc. et al.,* Case No. 3:19-cv-08177** | |
| 18 | |

19

20   Plaintiff, by and through its undersigned attorneys, hereby dockets the following:

21       1.   **Exhibit 1** is a report of the videotaped testimony of Jose Murillo that was played to

22           the jury on May 4, 2023. The testimony in blue 00:11:02 and light blue 00:02:33

23           Plaintiff's affirmative and counter-counter designations.

24       2.   **Exhibit 2**: is a *Joint Stipulation Identifying Trial Exhibits Used In Videotaped*

25           *Depositions of Jose Murillo Played at Trial* that sets forth all of the Trial Exhibits

26           from the videotaped testimony of Jose Murillo admitted into evidence by the Court.

27

28

Respectfully submitted,

By: /s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia PA 19106
Telephone 215-592-1500
MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*


Sarah R. London
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ *Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
*Co-Lead Counsel for Plaintiff*

# EXHIBIT 1

# MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23

Designation List Report

**Murillo, Jose**     **2021-10-20**
**Murillo, Jose**     **2021-10-21**

| | |
|---|---|
| PLF AFFIRMATIVE | 00:11:02 |
| DEF COUNTER | 00:06:10 |
| PLF COUNTER-COUNTER | 00:02:33 |
| **TOTAL RUN TIME** | **00:19:46** |

Documents linked to video:
MURILLO50019
MURILLO50020



**ID: MJv6**

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 12:15 - 12:18 | **Murillo, Jose 2021-10-20_WIT** | 00:00:06 | MJv6.1 |

| | | |
|---|---|---|
| 12:15 | Q. | Sir, can you please tell us |
| 12:16 | | your name? |
| 12:17 | A. | My full name is Jose Luis |
| 12:18 | | Murillo. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 14:03 - 14:16 | **Murillo, Jose 2021-10-20_WIT** | 00:00:27 | MJv6.2 |

| | | |
|---|---|---|
| 14:03 | Q. | And, sir, you're currently |
| 14:04 | | employed by JUUL Labs Inc., right? |
| 14:05 | A. | Correct. |
| 14:06 | Q. | And what is your current |
| 14:07 | | position? |
| 14:08 | A. | Chief regulatory officer. |
| 14:09 | Q. | Is there anyone above you in |
| 14:10 | | the regulatory world at JUUL? |
| 14:11 | A. | No. |
| 14:12 | Q. | Is there anyone above you at |
| 14:13 | | all at JUUL? |
| 14:14 | A. | The CEO. |
| 14:15 | Q. | And who is that? |
| 14:16 | A. | K.C. Crosthwaite. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 48:09 - 48:15 | **Murillo, Jose 2021-10-20_WIT** | 00:00:19 | MJv6.3 |

| | | |
|---|---|---|
| 48:09 | Q. | And K.C. Crosthwaite is the |
| 48:10 | | current -- is he the current CEO of JUUL? |
| 48:11 | A. | Yes. |
| 48:12 | Q. | And he was brought over |
| 48:13 | | probably around a week before you from Altria |
| 48:14 | | to JUUL, correct? |
| 48:15 | A. | A week sounds about right. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 49:04 - 49:20 | **Murillo, Jose 2021-10-20_WIT** | 00:01:01 | MJv6.4 |

| | | |
|---|---|---|
| 49:04 | Q. | Do you have an understanding of |
| 49:05 | | why K.C.  Crosthwaite wanted you to come be |
| 49:06 | | the chief regulatory officer at JUUL? |
| 49:07 | A. | I do. |
| 49:08 | Q. | And why is that? |
| 49:09 | A. | He approached me and said that |
| 49:10 | | he was in final negotiations to become the |
| 49:11 | | CEO of JUUL, and should he become the CEO of |
| 49:12 | | JUUL, he wanted me to consider coming over to |
| 49:13 | | lead regulatory and external affairs because |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | | 49:14 | of our prior working relationship, my | | |
| | | 49:15 | experience in regulatory and external and | | |
| | | 49:16 | government affairs matters and the fact that | | |
| | | 49:17 | I had already been supporting JUUL Labs with | | |
| | | 49:18 | respect to regulatory matters under the | | |
| | | 49:19 | services agreement between JUUL Labs and | | |
| | | 49:20 | Altria. | | |

**57:03 - 57:19** — **Murillo, Jose 2021-10-20_WIT** — 00:00:55 — MJv6.5

| 57:03 | Q. | During your time at Altria, |
| 57:04 | | were you familiar with what was called |
| 57:05 | | Project Tree? |
| 57:06 | A. | Yes. |
| 57:07 | Q. | And what was that? |
| 57:08 | A. | Project Tree, to my |
| 57:09 | | recollection, was a code name that was used |
| 57:10 | | to refer to a possible Altria-JUUL |
| 57:11 | | transaction. |
| 57:12 | Q. | And during your time at Altria, |
| 57:13 | | you were involved with the due diligence |
| 57:14 | | related to the 35% purchase in JUUL, correct? |
| 57:15 | A. | Indirectly involved in the |
| 57:16 | | sense that I was not part of the due |
| 57:17 | | diligence team, but I helped organize a due |
| 57:18 | | diligence team and then was privy to at least |
| 57:19 | | some of their results. |

**59:15 - 59:19** — **Murillo, Jose 2021-10-20_WIT** — 00:00:13 — MJv6.6

| 59:15 | Q. | And during your time at Altria, |
| 59:16 | | Greenleaf did perform some regulatory due |
| 59:17 | | diligence analysis for the JUUL purchase, |
| 59:18 | | correct? |
| 59:19 | A. | Yes. |

**61:02 - 61:10** — **Murillo, Jose 2021-10-20_WIT** — 00:00:29 — MJv6.7

| 61:02 | Q. | You also retained Greenleaf |
| 61:03 | | once you got to JUUL, correct? |
| 61:04 | A. | I did, yes. |
| 61:05 | Q. | And why did you do that? |
| 61:06 | A. | Yeah, I retained Greenleaf to |
| 61:07 | | help with the JUUL PMTA and sort of JUUL |
| 61:08 | | regulatory support generally. I thought that |
| 61:09 | | they could be helpful as we sort of |

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 61:10   accelerated our PMTA work. | | |
| 238:07 - 239:04 | **Murillo, Jose 2021-10-20_WIT** | 00:01:13 | MJv6.8 |

238:07  Q.  And were you made aware during
238:08       your time at Altria that the people at
238:09       Greenleaf had -- had concerns that JUUL's
238:10       statements about youth initiation were not
238:11       lining up with its business plans?
238:12  A.  I don't recall that, no.  I
238:13       recall, as I said, concerns from Greenleaf
238:14       about their relative lack of experience, to
238:15       which I would add, you know, dealing with
238:16       the -- the youth prevention balance that is
238:17       embedded in the Tobacco Control Act through
238:18       the standard that we talked about of
238:19       balancing the benefits and the cons.  But I
238:20       don't remember a statement like this.
238:21  Q.  Altria retained Greenleaf
238:22       because, in theory, having ex-FDA people and
238:23       things like that, they're experts on
238:24       regulatory matters, correct?
238:25  A.  Yes.
239:01  Q.  I mean, they -- Altria wouldn't
239:02       have retained them if they didn't bring
239:03       expertise to the table; is that fair?
239:04  A.  Yeah.  As I said

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 239:08 - 239:10 | **Murillo, Jose 2021-10-20_WIT** | 00:00:11 | MJv6.9 |

239:08  A.  -- I made the recommendation to
239:09       retain Greenleaf.  I just don't remember this
239:10       particular statement.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 245:07 - 245:09 | **Murillo, Jose 2021-10-20_WIT** | 00:00:06 | MJv6.10 |

245:07  Q.  During your time at Altria, you
245:08       knew JUUL had a youth prevention problem,
245:09       right?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 245:12 - 245:20 | **Murillo, Jose 2021-10-20_WIT** | 00:00:29 | MJv6.11 |

245:12  A.  I don't know what you mean by a
245:13       youth prevention problem, but certainly I
245:14       knew that JUUL products were reported as
245:15       being used by kids in numbers that were high.
245:16       BY MR. DEGREEFF:

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 245:17  Q.  Use of JUUL product -- high use | | |
| | 245:18      of JUUL product by kids is a problem, | | |
| | 245:19      correct, is it not? | | |
| | 245:20  A.  Absolutely. | | |
| 409:19 - 409:19 | **Murillo, Jose 2021-10-21_WIT** | 00:00:03 | MJv6.12 |
| | 409:19  Q.  Okay.  Let's do this.  We're | | |
| 409:20 - 409:20 | **Murillo, Jose 2021-10-21_WIT** | 00:00:02 | MJv6.13 |
| | 409:20      going to go to -- let's go to A65. | | |
| 409:25 - 410:01 | **Murillo, Jose 2021-10-21_WIT** | 00:00:08 | MJv6.14 |
| | 409:25  Q.  We'll mark this as the next -- | | |
| | 410:01      as the next exhibit, 50019. | | |
| 412:09 - 412:25 | **Murillo, Jose 2021-10-21_WIT** | 00:01:06 | MJv6.15 |
| 🔗 MURILLO5001 9.9.1 | 412:09      And so in regard to what's | | |
| | 412:10      actually in the letter itself, is the content | | |
| | 412:11      in the letter something that you were | | |
| | 412:12      familiar with or participated in helping to | | |
| | 412:13      draft? | | |
| | 412:14  A.  Yes. | | |
| | 412:15  Q.  Okay.  All right.  So at that | | |
| | 412:16      time in the -- in October of 2018, Altria had | | |
| | 412:17      evaluated the information that was available, | | |
| | 412:18      had looked at the letter that had been sent | | |
| | 412:19      by Commissioner Gottlieb, had some time | | |
| | 412:20      to evaluate the claims made in Commissioner | | |
| | 412:21      Gottlieb's letter, and had come to the | | |
| 🔗 MURILLO5001 9.9.2 | 412:22      conclusion that Altria was concerned about | | |
| | 412:23      these youth issues and that they were | | |
| | 412:24      concerned that that might jeopardize harm | | |
| | 412:25      reduction for adult smokers, correct? | | |
| 413:01 - 413:01 | **Murillo, Jose 2021-10-21_WIT** | 00:00:03 | MJv6.16 |
| | 413:01  A.  Yeah, I think that's right. | | |
| 413:02 - 414:07 | **Murillo, Jose 2021-10-21_WIT** | 00:01:18 | MJv6.17 |
| 🔗 MURILLO5001 9.9.3 | 413:02  Q.  Okay.  And Mr. Willard goes on | | |
| | 413:03      to note:  We believe e-vapor products present | | |
| | 413:04      an important opportunity for adult smokers to | | |
| | 413:05      switch from combustible cigarettes. | | |

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

413:06     We've already talked about that

413:07     this morning, correct?

413:08  A.  Yes.

🔗 MURILLO5001     413:09  Q.  All right.  Yet the current
9.9.4

413:10     situation with youth use of e-vapor products,

413:11     left unchecked, has the potential to

413:12     undermine the opportunity for adult smokers.

413:13     Correct?

413:14  A.  Yeah, that's what the letter

413:15     says.

413:16  Q.  All right.  So there was a

413:17     concern by Mr. Willard, and I guess by the

413:18     folks that helped him draft this letter, that

413:19     this youth issue, this youth epidemic, if

413:20     left unchecked, could ruin or undermine or

413:21     limit the ability or opportunity for adult

413:22     smokers to get off combustion cigarettes,

413:23     correct?

413:24  A.  Absolutely.

413:25  Q.  Okay.  And at the time, folks

414:01     at Altria, including you, as you've

414:02     mentioned, as really one of the main focuses

414:03     of your work over the years at Altria, was

🔗 MURILLO5001     414:04     you believed that long-term promise of
9.9.5

414:05     e-vapor products in harm reduction were

414:06     really important for adult smokers, correct?

414:07  A.  Absolutely.

| 414:08 - 414:13 | **Murillo, Jose 2021-10-21_WIT** | 00:00:16 | MJv6.18 |
|---|---|---|---|

414:08  Q.  Okay.  And because of that and

414:09     recognizing that this was a complex

🔗 MURILLO5001     414:10     situation, you were going to have -- Altria
9.9.6

414:11     was going to go ahead and take some immediate

414:12     actions, correct?

414:13  A.  Yes.

| 414:14 - 414:21 | **Murillo, Jose 2021-10-21_WIT** | 00:00:22 | MJv6.19 |
|---|---|---|---|

414:14  Q.  All right.  And part of that

🔗 MURILLO5001     414:15     was -- if you look at the bottom of the page,

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 9.9.7 | 414:15   was -- if you look at the bottom of the page, | | |
| | 414:16   the first arrow point -- that Altria would | | |
| | 414:17   remove from the market our MarkTen Elite and | | |
| | 414:18   Apex by MarkTen pod-based products until we | | |
| | 414:19   receive a market order from the FDA or the | | |
| | 414:20   youth issue is otherwise addressed.  Correct? | | |
| | 414:21  A.  Yes. | | |
| 415:03 - 415:09 | **Murillo, Jose 2021-10-21_WIT** | 00:00:24 | MJv6.20 |
| 🔗 MURILLO5001 9.9.8 | 415:03  Q.  Okay.  And then you went on to | | |
| | 415:04   also say that you would discontinue the sale | | |
| | 415:05   of all other flavored variants of our | | |
| | 415:06   cig-a-like products until we receive a market | | |
| | 415:07   order from the FDA or the youth issue is | | |
| | 415:08   otherwise addressed.  Correct? | | |
| | 415:09  A.  That's right. | | |
| 415:10 - 415:17 | **Murillo, Jose 2021-10-21_WIT** | 00:00:19 | MJv6.21 |
| 🔗 MURILLO5001 9.9.9 | 415:10  Q.  And that you would only sell | | |
| | 415:11   tobacco, menthol and mint varieties, correct? | | |
| | 415:12  A.  Yes. | | |
| 🔗 MURILLO5001 9.9.10 | 415:13  Q.  Okay.  And that Altria would | | |
| | 415:14   support federal legislation to establish | | |
| | 415:15   21 years old as the minimum age to purchase | | |
| | 415:16   any tobacco product, correct? | | |
| | 415:17  A.  Yes. | | |
| 416:09 - 417:01 | **Murillo, Jose 2021-10-21_WIT** | 00:00:55 | MJv6.22 |
| 🔗 MURILLO5001 9.10.1 | 416:09  Q.  As you go down the middle of | | |
| 🔗 MURILLO5001 9.10.2 | 416:10   page 2, the middle paragraph states:  Based | | |
| | 416:11   on the publicly available information from | | |
| | 416:12   the FDA and others, we believe that pod-based | | |
| | 416:13   products significantly contribute to the rise | | |
| | 416:14   in youth use of e-vapor products. | | |
| | 416:15   Do you see that? | | |
| | 416:16  A.  Yes. | | |
| | 416:17  Q.  And that was the underlying | | |
| | 416:18   reason why Mr. Willard committed to -- on the | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| MURILLO5001 9.9.7 | 416:19   first page, to removing from the market | | |
| | 416:20   Altria's pod-based products until he received | | |
| | 416:21   a market order from the FDA or the youth | | |
| | 416:22   issue was otherwise addressed, correct? | | |
| | 416:23  A.  That's not exactly what the | | |
| | 416:24   letter says.  I think he talks about taking | | |
| | 416:25   steps now to preserve long-term opportunity | | |
| | 417:01   in a complex situation. | | |
| 427:16 - 427:21 | **Murillo, Jose 2021-10-21_WIT** | 00:00:16 | MJv6.23 |
| ⊠ Clear | 427:16  Q.  All right.  Now, you | | |
| | 427:17   participated in the actual meeting with | | |
| | 427:18   Commissioner Gottlieb, correct, that happened | | |
| | 427:19   earlier that month, in October 2018? | | |
| | 427:20  A.  I think it was in October, but | | |
| | 427:21   the meeting that preceded the letter, yes. | | |
| 427:23 - 427:25 | **Murillo, Jose 2021-10-21_WIT** | 00:00:05 | MJv6.24 |
| | 427:23   And you remember that Howard | | |
| | 427:24   Willard was there, correct? | | |
| | 427:25  A.  Yes. | | |
| 428:23 - 429:04 | **Murillo, Jose 2021-10-21_WIT** | 00:00:24 | MJv6.25 |
| | 428:23   Do you recall -- at the meeting | | |
| | 428:24   with Mr. Willard and Commissioner Gottlieb, | | |
| | 428:25   do you recall specific conversations | | |
| | 429:01   regarding the issues of pod-based products | | |
| | 429:02   being potentially one of the things that has | | |
| | 429:03   driven the rise in youth e-vapor products? | | |
| | 429:04  A.  I do. | | |
| 429:05 - 429:11 | **Murillo, Jose 2021-10-21_WIT** | 00:00:22 | MJv6.26 |
| | 429:05  Q.  Do you recall a | | |
| | 429:06   discussion with Commissioner Gottlieb where | | |
| | 429:07   Mr. Willard and him talked about whether or | | |
| | 429:08   not there was enough concern to even consider | | |
| | 429:09   just banning pod-based devices or pod-based | | |
| | 429:10   products until a formal PMTA could be | | |
| | 429:11   granted? | | |
| 429:13 - 430:07 | **Murillo, Jose 2021-10-21_WIT** | 00:01:21 | MJv6.27 |
| | 429:13  A.  My recollection is that we had | | |
| | 429:14   an exchange about a number of things, and | | |

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 429:15   I -- and Mr. Willard led the conversation.  I | | |
| | 429:16   was part of aspects of the exchange as well. | | |
| | 429:17   And what I recall about pods | | |
| | 429:18   was in trying to respond to their letter and | | |
| | 429:19   our understanding that they wanted ideas as | | |
| | 429:20   to what to do, we said, well, we have | | |
| | 429:21   reviewed what is available to us and noticed | | |
| | 429:22   a few things.  And we had -- we made | | |
| | 429:23   reference to the public reports, to FDA's own | | |
| | 429:24   references to pods, to references to pod | | |
| | 429:25   products by public health groups, and at | | |
| | 430:01   least one analyst report, as I recall. | | |
| | 430:02   And we essentially expressed | | |
| | 430:03   the view that ultimately came to the letter, | | |
| | 430:04   that we were considering withdrawing our pod | | |
| | 430:05   products from the market, which were at their | | |
| | 430:06   incipience, and stepping back and coming back | | |
| | 430:07   in the context of a PMTA in due course. | | |
| **432:10 - 432:14** | **Murillo, Jose 2021-10-21_WIT** | 00:00:16 | MJv6.28 |
| 🔗 MURILLO5001 9.1.1 | 432:10  Q.  So this is actually a | | |
| | 432:11   letter that came from you, Mr. Murillo, | | |
| | 432:12   correct, this March 26th, 2019 letter? | | |
| | 432:13  A.  These are comments to a docket | | |
| | 432:14   that I signed on behalf of Altria. | | |
| **432:15 - 432:20** | **Murillo, Jose 2021-10-21_WIT** | 00:00:14 | MJv6.29 |
| | 432:15  Q.  Okay.  Would you have | | |
| | 432:16   participated in some way in the drafting of | | |
| | 432:17   this document? | | |
| | 432:18  A.  I don't recall vis-`-vis | | |
| | 432:19   drafting, but certainly I reviewed and | | |
| | 432:20   approved it. | | |
| **436:11 - 437:10** | **Murillo, Jose 2021-10-21_WIT** | 00:01:16 | MJv6.30 |
| 🔗 MURILLO5001 9.1.2 | 436:11  Q.  And in this document, | | |
| | 436:12   Altria Client Services is actually -- at the | | |
| | 436:13   bottom of the page, it kind of notes that | | |
| | 436:14   when we use the words "we" and "our," we're | | |
| | 436:15   referring to ALCS, correct? | | |
| | 436:16  A.  Right. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 436:17 Q. Okay.  So I just wanted to make | | | |
| | 436:18 sure we got our terminology correct. | | | |
| | 436:19 If we look at the paragraph | | | |
| 🔗 MURILLO5001 9.1.3 | 436:20 towards the bottom of the page where it says: | | | |
| | 436:21 We also write to provide some context for our | | | |
| | 436:22 actions, including purchase of a minority | | | |
| | 436:23 interest in JUUL Labs, Incorporated, and to | | | |
| | 436:24 urge others to take voluntary steps to | | | |
| | 436:25 address youth e-vapor use.  Both e-vapor | | | |
| | 437:01 manufacturers and the FDA are critical to | | | |
| | 437:02 address this problem. | | | |
| | 437:03 So at least at this time, in | | | |
| | 437:04 March of 2019, there was some understanding | | | |
| | 437:05 at Altria Client Services that in order to | | | |
| | 437:06 turn this youth e-vapor epidemic around, it | | | |
| | 437:07 was going to require some cooperation between | | | |
| | 437:08 the e-vapor manufacturers and the FDA, | | | |
| | 437:09 correct? | | | |
| | 437:10 A. Yes. | | | |
| 437:17 - 438:12 | **Murillo, Jose 2021-10-21_WIT** | | 00:00:39 | MJv6.31 |
| 🔗 MURILLO5001 9.2.1 | 437:17 In September 2018, the FDA | | | |
| | 437:18 announced that e-cigarette use among youth | | | |
| | 437:19 has hit epidemic proportions.  We -- that's | | | |
| | 437:20 Altria Client Services -- reviewed the | | | |
| | 437:21 publicly available data and concluded that, | | | |
| 🔗 MURILLO5001 9.2.2 | 437:22 1, youth e-vapor use was increasing at a | | | |
| | 437:23 concerning rate. | | | |
| | 437:24 Correct? | | | |
| | 437:25 A. Yes. | | | |
| 🔗 MURILLO5001 9.2.3 | 438:01 Q. 2, that pod-based products | | | |
| | 438:02 contribute to the problem.  Correct? | | | |
| | 438:03 A. Yes. | | | |
| 🔗 MURILLO5001 9.2.4 | 438:04 Q. That some public health reports | | | |
| | 438:05 associate flavors in these products with | | | |
| | 438:06 underage use.  Correct? | | | |

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 🔗 MURILLO5001 9.2.5 | 438:07  A.  Yes. <br> 438:08  Q.  And at the same time, flavors <br><br> 438:09      play a critical role in migrating adult <br> 438:10      smokers to noncombustible forms of tobacco. <br> 438:11      Correct? <br> 438:12  A.  Yes. | | |
| 438:13 - 438:17 | **Murillo, Jose 2021-10-21_WIT** | 00:00:14 | MJv6.32 |
| 🔗 MURILLO5001 9.3.1 <br> 🔗 MURILLO5001 9.3.2 | 438:13  Q.  And if you go to the top of the <br><br> 438:14      next page, the youth e-vapor use issue is <br><br> 438:15      driven, in large part, by social access. <br> 438:16      Correct? <br> 438:17  A.  Yes. | | |
| 438:18 - 439:07 | **Murillo, Jose 2021-10-21_WIT** | 00:00:38 | MJv6.33 |
| 🔗 MURILLO5001 9.2.6 | 438:18  Q.  And the reason I wanted to <br><br> 438:19      bring this to your attention was this was in <br> 438:20      March 26th of 2019, and this pretty much <br> 438:21      follows what your thoughts were in October of <br> 438:22      2018, correct? <br> 438:23      I mean, it kind of, point by <br> 438:24      point, are the same kind of thoughts Altria <br> 438:25      had in October of 2018, correct? <br> 439:01  A.  Yeah, as it relates to that <br> 439:02      paragraph for sure.  We go on to talk about a <br> 439:03      lot has happened since October of 2018, <br> 439:04      hopefully in the right direction.  But <br> 439:05      absolutely, it tracks our -- the same mindset <br> 439:06      we had at the time of the October letter at <br> 439:07      this time. | | |
| 439:08 - 439:09 | **Murillo, Jose 2021-10-21_WIT** | 00:00:02 | MJv6.34 |
| 🔗 MURILLO5001 9.5.1 | 439:08  Q.  If you go to <br> 439:09      the bottom of page 5, it talks in here, | | |
| 439:10 - 439:25 | **Murillo, Jose 2021-10-21_WIT** | 00:00:48 | MJv6.35 |
| 🔗 MURILLO5001 9.5.2 | 439:10      Mr. Murillo, of a commitment to include an | | |

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 439:11 | additional $100 million investment over two |  |  |
|  | 439:12 | years in underage tobacco prevention to |  |  |
|  | 439:13 | specifically address e-vapor use.  This |  |  |
|  | 439:14 | support is in addition to the amount Altria |  |  |
|  | 439:15 | invests annually in youth tobacco prevention |  |  |
|  | 439:16 | efforts.  We have asked the FDA for guidance |  |  |
|  | 439:17 | as to how the 100 million may be best spent. |  |  |
|  | 439:18 | So this is a commitment that -- |  |  |
|  | 439:19 | that Altria decided to make in March of 2019, |  |  |
|  | 439:20 | above and beyond what they were already |  |  |
|  | 439:21 | annually investing in youth prevention |  |  |
|  | 439:22 | efforts? |  |  |
|  | 439:23 A. | To be precise, the commitment |  |  |
|  | 439:24 | was announced in February, but we're |  |  |
|  | 439:25 | reporting it in this letter. |  |  |

| 440:12 - 440:14 | **Murillo, Jose 2021-10-21_WIT** | 00:00:04 | MJv6.36 |
|  | 440:12 | This was something Altria |  |  |
|  | 440:13 | decided to do on their own, correct? |  |  |
|  | 440:14 A. | Right. |  |  |

| 440:15 - 440:21 | **Murillo, Jose 2021-10-21_WIT** | 00:00:15 | MJv6.37 |
|  | 440:15 Q. | All right.  And can you tell me |  |  |
|  | 440:16 | today -- do you have some understanding as to |  |  |
|  | 440:17 | how this money was spent or where that money |  |  |
|  | 440:18 | went? |  |  |
|  | 440:19 A. | I think at least some of it |  |  |
|  | 440:20 | went to additional access control measures, |  |  |
|  | 440:21 | but I don't remember beyond that. |  |  |

| 440:22 - 441:12 | **Murillo, Jose 2021-10-21_WIT** | 00:00:45 | MJv6.38 |
| Clear | 440:22 Q. | Is it your understanding that |  |  |
|  | 440:23 | that investment -- that Altria did invest |  |  |
|  | 440:24 | that total amount in youth -- in tobacco |  |  |
|  | 440:25 | prevention efforts?  Did they end up spending |  |  |
|  | 441:01 | all the money or did they just do part of it? |  |  |
|  | 441:02 | Do you know what happened with that? |  |  |
|  | 441:03 A. | I don't remember.  And I left |  |  |
|  | 441:04 | before the second part was supposed to be |  |  |
|  | 441:05 | spent, so I don't know. |  |  |
|  | 441:06 Q. | Okay.  Did you have any |  |  |
|  | 441:07 | oversight as to how that money was being |  |  |
|  | 441:08 | spent, or was that some other department? |  |  |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 441:09  A.  I may have been part of -- I'm | | |
| | 441:10      sure I was part of conversations as to how it | | |
| | 441:11      could be spent, but I was not responsible | | |
| | 441:12      directly for how the money was spent. | | |
| 462:19 - 462:22 | **Murillo, Jose 2021-10-21_WIT** | 00:00:10 | MJv6.39 |
| | 462:19      But were you the one that | | |
| | 462:20      initially brought Greenleaf in to work on the | | |
| | 462:21      Project Tree issue? | | |
| | 462:22  A.  Yes. | | |
| 464:05 - 464:08 | **Murillo, Jose 2021-10-21_WIT** | 00:00:12 | MJv6.40 |
| | 464:05      MR. BLAUDEAU:  And there's a | | |
| | 464:06      Bates stamp on this document as well | | |
| | 464:07      that we can reference, | | |
| | 464:08      ALGAT0004584798. | | |
| 464:25 - 465:04 | **Murillo, Jose 2021-10-21_WIT** | 00:00:12 | MJv6.41 |
| 🔗 MURILLO5002 0.1.1 | 464:25  Q.  So this is a -- this is the | | |
| | 465:01      team from Greenleaf Health that was assigned | | |
| | 465:02      to Project Tree, correct? | | |
| | 465:03  A.  For Altria and the diligence | | |
| | 465:04      team, yes. | | |
| 465:05 - 465:13 | **Murillo, Jose 2021-10-21_WIT** | 00:00:23 | MJv6.42 |
| | 465:05  Q.  Yes.  And -- | | |
| | 465:06  A.  I'm sorry, that's what the | | |
| | 465:07      document said.  I think I -- I have no | | |
| | 465:08      independent recollection of what the team | | |
| | 465:09      was, as I've mentioned now several times.  I | | |
| | 465:10      retained them, I directed them through the | | |
| | 465:11      overall diligence team, and then I exited | | |
| | 465:12      because I did not want to be part of the | | |
| | 465:13      clean team. | | |
| 465:14 - 465:21 | **Murillo, Jose 2021-10-21_WIT** | 00:00:16 | MJv6.43 |
| | 465:14  Q.  And the only | | |
| | 465:15      reason I bring this up is because the ladies | | |
| | 465:16      and gentlemen of the jury may not really | | |
| | 465:17      understand what this entity does or how they | | |
| | 465:18      interact, and I just wanted to get some | | |
| | 465:19      context in about them. | | |
| 🔗 MURILLO5002 | 465:20      So there's a core team here | | |

**MJv6 - MURILLO, JOSE SFUSD FINAL_PLAYED 05-04-23**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 0.1.2 | 465:20 | So there's a core team here | | |
| | 465:21 | that lists several people. | | |
| **466:10 - 466:18** | **Murillo, Jose 2021-10-21_WIT** | | **00:00:27** | **MJv6.44** |
| 🔗 MURILLO5002 0.8.1 | 466:10 Q. | So in looking through the | | |
| 🔗 MURILLO5002 0.9.1 | 466:11 | Greenleaf personnel, it seemed like a lot of | | |
| | 466:12 | these folks had some significant ties, one | | |
| 🔗 MURILLO5002 0.10.1 | 466:13 | way or another, with the FDA. | | |
| | 466:14 | Is that your understanding as | | |
| | 466:15 | well, sir? | | |
| 🔗 MURILLO5002 0.11.1 | 466:16 A. | You said some of these folks? | | |
| 🔗 MURILLO5002 0.12.1 | 466:17 Q. | Yeah.  Yeah. | | |
| | 466:18 A. | Yes.  That's right. | | |
| **582:19 - 582:20** | **Murillo, Jose 2021-10-21_WIT** | | **00:00:03** | **MJv6.45** |
| ✖ Clear | 582:19 | MR. BLAUDEAU:  Thank you, sir. | | |
| | 582:20 | That's all I have.  I appreciate it. | | |

| | |
|---|---|
| PLF AFFIRMATIVE | 00:11:02 |
| DEF COUNTER | 00:06:10 |
| PLF COUNTER-COUNTER | 00:02:33 |
| **TOTAL RUN TIME** | **00:19:46** |

📄 Documents linked to video:
MURILLO50019
MURILLO50020

# EXHIBIT 2

1
2
3
4

[Submitting Counsel on Signature Page]

5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10
11

**IN RE JUUL LABS, INC.,**
**MARKETING, SALES PRACTICES,**
**AND PRODUCTS LIABILITY**
**LITIGATION**

**Case No. 19-md-02913-WHO**

12
13

**JOINT STIPULATION IDENTIFYING**
**TRIAL EXHIBITS USED IN THE**
**VIDEOTAPED DEPOSITION OF JOSE**
**MURILLO PLAYED AT TRIAL**

14
15

**This Document Relates to:**

16

*San Francisco Unified School District v.*
*Juul Labs, Inc. et al.,* **Case No. 3:19-cv-**
**08177**

17
18
19

        **WHEREAS**, Plaintiff called Jose Murillo, whose videotaped deposition was played to the

20

jury.

21

        **WHEREAS,** the exhibit numbers in the videotaped deposition are different from the Trial

22

Exhibit numbers.

23

        **WHEREAS,** to most efficiently clarify the record, the parties, by and through their

24

undersigned counsel, hereby stipulate and agree that the chart below accurately reflects the

25

deposition exhibits introduced during the videotaped testimony of Jose Murillo and the

26

corresponding Trial Exhibit Numbers[1]:

27

_____
[1] The parties reserve all objections regarding these exhibits.

28

**JOINT STIPULATION IDENTIFYING TRIAL**
**EXHIBITS USED IN VIDEOTAPED**
**DEPOSITION**

| DEPOSITION EXHIBIT NUMBER | TRIAL EXHIBIT NUMBER |
|---|---|
| Murillo Exhibit 50019 | Trial Exhibit 3303 |
| Murillo Exhibit 50020 | Trial Exhibit 3359 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**JOINT STIPULATION IDENTIFYING TRIAL EXHIBITS USED IN VIDEOTAPED DEPOSITION**

1

2

Respectfully submitted,

3   By: /s/ Beth A. Wilkinson
    Beth A. Wilkinson (pro hac vice)
4   Brian L. Stekloff (pro hac vice)
    James M. Rosenthal (pro hac vice)
5   Matthew R. Skanchy (pro hac vice)
    Alysha Bohanon (pro hac vice)
6   **WILKINSON STEKLOFF LLP**
    2001 M Street NW, 10th Floor
7   Washington, DC 20036
    Telephone: (202) 847-4000
8   bwilkinson@wilkinsonstekloff.com
    bstekloff@wilkinsonstekloff.com
9   jrosenthal@wilkinsonstekloff.com
    mskanchy@wilkinsonstekloff.com
10  abohanon@wilkinsonstekloff.com

11
    Moira K. Penza (pro hac vice)
12  **WILKINSON STEKLOFF LLP**
    130 West 42nd Street, 24th Floor
13  New York, NY 10036
    Telephone: 212-294-8910
14  mpenza@wilkinsonstekloff.com

15  By: /s/ John C. Massaro
    **ARNOLD & PORTER KAYE**
16  **SCHOLER LLP**
    John C. Massaro (admitted pro hac vice)
17  David E. Kouba (admitted pro hac vice)
    601 Massachusetts Ave., N.W.
18  Washington D.C. 20001
    Telephone: (202) 942-5000
19  Facsimile: (202) 942-5999
    john.massaro@arnoldporter.com
20  david.kouba@arnoldporter.com

21
    *Attorneys for Defendants ALTRIA*
22  *GROUP, INC., PHILIP MORRIS USA*
    *INC., ALTRIA CLIENT SERVICES LLC,*
23  *ALTRIA GROUP DISTRIBUTION*
    *COMPANY, and ALTRIA*
24  *ENTERPRISES LLC*

25

26

27

28

By: /s/ Michael M. Weinkowitz
Michael M. Weinkowitz
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia PA 19106
Telephone 215-592-1500
MWeinkowitz@lfsblaw.com
*Plaintiff Steering Committee Member*


Sarah R. London
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com


By: /s/ Dena C. Sharp
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com


By: /s/ Dean Kawamoto
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900


By: /s/ Ellen Relkin
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
*Co-Lead Counsel for Plaintiff*

**JOINT STIPULATION IDENTIFYING TRIAL
EXHIBITS USED IN VIDEOTAPED
DEPOSITION**