UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., Marketing, Sales Practices

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Dena Sharp, Andrew Kaufman, and Kirk Goza | DEFENSE ATTORNEYS: Beth Wilkinson, Brian Stekloff, Moira Penza |
|---|---|---|
| **TRIAL DATE: 05/04/2023** 8:02 a.m. to 1:41 p.m. 5 hours and 39 minutes | **REPORTER:** Debra Pas | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court in session (jurors out) Counsel agree to conduct attorney conference off record. Schedule discussed, Jury instruction conference set for Monday, May 8, 2023 at 2:00 p.m. Estimated schedule for closing arguments discussed. Objections to exhibits and appropriate scope of examination |
| | | 8:17 a.m. | | | Court in recess |
| | | 8:35 a.m. | | | Court in session Plaintiff direct examination of **Judith Prochaska** continues (Goza) |
| 3409 | | 8:55 a.m. | X | X | Demonstrative as to Avail (objection overruled; conditionally admitted) |
| 869 | | 9:00 a.m. | X | X | 04/25/2018 JUUL Labs Announces Comprehensive Strategy to Combat Underage Use |
| 6375 | | 9:08 a.m. | X | X | Statement from FDA Commissioner Gottlieb on new steps to address epidemic of youth e-cigarette use |
| 3277 | | 9:11 a.m. | X | X | 10/17/2018 Email from Natasha Knight to Jennifer Hunter et al. Re: UTP Focus Group Study: Final Report & Draft Strategic Considerations. Underage Tobacco Prevention Sept. 2018 |
| 3308 | | 9:24 a.m. | X | X | (Only 1-page Graph published) Altria E-Vapor Update August 2018 BOD (objection overruled; conditionally admitted) |
| | | 9:30 a.m. | | | Demonstrative offered for admission; admitted conditionally |
| 374 | | 9:31 a.m. | X | X | Altria Client Services Presentation titled: Business Review E-Vapor, October 16, 2018 |
| 24 | | 9:50 a.m. | X | X | 2019 National Youth Tobacco Survey Shows Youth e-Cigarette Use at Alarming Levels, Infographic - FDA 12/31/2019 |
| | | 9:58 a.m. | | | Court in recess |
| | | 10:15 a.m. | | | Court in session (jurors present) Defense cross examination of **Judith Prochaska** (Penza) |

Case No: 19-md-02913-WHO
Case Name: Madison County Publice Schools v. In Re: Juul Labs, Inc., Marketing, Sales Practices
Date: May 4, 2023
Courtroom Deputy: Jean Davis            - Court Reporter:     Debra Pas

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  | 6121 | 10:42 a.m. | X | X | Email from Garnick to Munno and Terry attaching Altria BOD presentation re regulatory update (no objection) |
|  | 6130 | 10:59 a.m. | X | X | Email from Wilson to Buell and Murillo attaching Deutsche Bank report sent to FDA |
|  | 7169 | 11:11 a.m. | X |  | California Youth Smoking Report (Published to jurors without objection) |
|  | 6562 | 11:29 a.m. | X | X | SFUSD Budget Report Status - Grant award notification (no objection) |
|  | 2899 | 11:35 a.m. | X | X | 10/07/2022 Cooper M, et al. Notes from the Field: E-cigarette Use Among Middle and High School Students - United States, 2022 |
|  |  | 11:40 a.m. |  |  | Court in recess |
|  |  | 11:56 a.m. |  |  | Court in session |
|  |  | 11:59 a.m. |  |  | Plaintiff redirect of **Judith Prochaska** (Goza) |
| 36 |  | 12:09 p.m. | X | X | 03/12/2015 Email from Gal Cohen to Sarah Richardson Re: IOM recommends 21yo be minimum age for tobacco (no objection) |
| 3295 |  | 12:21 p.m. | X | X | 10/18/2018 Memorandum of Meeting Office of the Commissioner. External Meeting: Altria Group October 18, 2018 - 10:15a.m. - 11:00 a.m. White Oak Camp |
|  |  | 12:24 p.m. |  |  | Witness excused |
|  |  | 12:25 p.m. |  |  | Testimony of **Jose Luis Murillo** by way of video deposition excerpts |
|  |  | 12:45p.m. |  |  | Plaintiff announces exhibits admitted per previous stipulated order of the Court |
| 3303 |  |  | X | X | 3/26/2019, 10/25/2018, 11/9/2018, 1/6/2019, 2/8/2019, Correspondence between Altria and FDA |
| 3359 |  |  | X | X | Greenleaf Health Diligence Team Project Tree |
|  |  | 12:46 p.m. |  |  | Plaintiff direct examination of **Kaya Lehr-Love** |
|  |  | 1:00 p.m. |  |  | Defense waives cross examination |
|  |  | 1:09 p.m. |  |  | Testimony of **Kaitlin Longest** presented by way of video deposition excerpts |
|  |  | 1:38 p.m. |  |  | Plaintiff announces exhibits admitted per previous stipulated order of the Court |
| 6302 |  | 1:38 p.m. |  | X | Chart of Kaitlin Longest's positions over time |
| 713 |  | 1:38 p.m. |  | X | 01/10/2019 Email from Brian Blaylock to 'tim@juul.com' Re: Altria presentations |

| 716 | | 1:38 p.m. | | X | 07/19/2019 Email from Kaitlin Longest to Theodore Edlich Re: JUUL Update for 7/22/19 |
|---|---|---|---|---|---|
| 720 | | 1:38 p.m. | | X | Statement of Work #18 executed between Altria Client Services and JUUL Labs Re: Direct Marketing and Database Support Services - 07/03/2019 |
| 721 | | 1:39 p.m. | | X | September DM 1.pdf "Nicotine is an addictive chemical". |
| 724 | | 1:39 p.m. | | X | 02/22/2019 Email from JUUL to Jacqueline Tu Re: Meet JUUL, a satisfying alternative to Cigarettes |
| 728 | | 1:39 p.m. | | X | 04/06/2020 Email from Jacqueline Tu to Nicole Baumstark and Lindsey Masouras Re: FINAL JUUL 2019 DM and EM Campaign Updates |
| 539 | | 1:39 p.m. | | X | Statement of Work #5, Fixture and Sales Support Services, Altria Group and JLI - 1/29/2019 |
| 540 | | 1:39 p.m. | | X | SOW #4, Sales Support Services - Altria Group and JLI - 1/29/2019 |
| 43 | | 1:39 p.m. | | X | 2/12/2019 Statement of Work #6 - Sales Support Services |
| 733 | | 1:39 p.m. | | X | 02/15/2019 Email from T.J. Edlich to KC Crosthwaite Re: JUUL Integration |
| 95 | | 1:39 p.m. | | X | 03/22/2019 Email from Kaitlin Longest to Kevin Crosthwaite and T.J. Edlich Re: JUUL Weekly Update |
| 734 | | 1:39 p.m. | | X | Press Release titled: "Altria Makes $12.8 billion Minority Investment in JUUL to Accelerate Harm Reduction and Drive Growth" - Business Wire - 2018 |
| | | 1:40 p.m. | | | Jurors excused |
| | | 1:41 p.m. | | | The Court requests that counsel provide updates and revisions to the proposed jury instructions by Monday. Court in recess |

Plaintiff time at start of day:       15 hours, 56 minutes  
Time used 05/04/2023:                  2 hours, 53 minutes  
Time remaining:                       13 hours,  3 minutes  

Defendant total time:                 31 hours, 10 minutes  
Time used 05/04/2023:                  1 hour,  37 minutes  
Time remaining:                       29 hours, 33 minutes