UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Sarah London, Dena Sharp, Andrew Kaufman, and Adam Davis | Beth Wilkinson, Brian Stekloff, John Massaro, and David Kouba |
| **TRIAL DATE: 05/08/2023** | **REPORTER:** | **CLERK:** |
| 8:00 a.m. to 1:31 p.m.<br>2:01 p.m. to 2:44 p.m.<br>5 hours and 46 minutes | Debra Pas | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session (jury out)<br>Counsel discuss status of COVID exposure and scheduling issues |
| | | 8:08 a.m. | | | Court in recess |
| | | 8:41 a.m. | | | Court in session (jurors present) |
| | | 8:42 a.m. | | | Plaintiff direct examination of **David Cutler** (Sharp) |
| | | 10:13 a.m. | | | Court in recess |
| | | 10:27 a.m. | | | Court in session (jurors seated)<br>Plaintiff direct examination of **David Cutler** continues (Sharp) |
| 3412 | | 10:36 a.m. | X | X | CDC Director's Statement on the first death related to the outbreak of severe lung disease in people who use e-cigarette or "vaping" devices (demonstrative slide 40) admitted without objection |
| | | 10:47 a.m. | | | Defense cross examination of **David Cutler** (Stekloff) |
| | 3361 | 11:15 a.m. | X | X | Juul Kiosk photo - JUUL Labs (no objection) |
| | 2781 | 11:38 a.m. | X | | Document from Alexandra McGuire (AGDC) Re: March Blitz - Stores to Invoice.xlsx (Published without objection; not admitted) |
| | | 11:56 a.m. | | | Court in recess |
| | | 12:11 p.m. | | | Court in session (jurors present)<br>Defense cross examination of **David Cutler** continues (Stekloff) |
| | 6569 | 12:34 p.m. | X | | Benowitz, et al., Clinical Pharmacology of Electornic Nicotine Delivery Systems (ENDS): Implications for Benefits and Risks in the Promotion of the Combusted Tobacco Endgame (Published without objection; not admitted) |

1

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: May 8, 2023
Courtroom Deputy: Jean Davis          - Court Reporter:     Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 12:45 p.m. |  |  | Plaintiff redirect of **David Cutler** (Sharp) |
|  | **4034** | 12:48 p.m. | X | X | (no objections) |
|  |  | 1:28 p.m. |  |  | Defense follow up examination of **David Cutler** (Stekloff) |
|  |  | 1:30 p.m. |  |  | Jurors excused |
|  |  | 1:31 p.m. |  |  | Court in recess |
|  |  | 2:01 p.m. |  |  | Court in session (jurors out) Objections to the proposed final jury instructions and verdict form heard; Noerr Pennington arguments will be taken up on Wednesday morning. |
|  |  | 2:43 p.m. |  |  | Guidelines for presentation and briefing of Rule 50 motions discussed |
|  |  | 2:44 p.m. |  |  | Court in recess |

Plaintiff time at start of day:   13 hours,   3 minutes
Time used 05/05/2023:              2 hours, 34 minutes
Time remaining:                   10 hours, 29 minutes

Defendant total time:             29 hours, 33 minutes
Time used 05/05/2023:              1 hour,  45 minutes
Time remaining:                   27 hours, 48 minutes

2