UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEYS: Dena Sharp, Andrew Kaufman, Thomas Cartmell, and Kirk Goza | DEFENSE ATTORNEYS: Beth Wilkinson, Moira Penza and Brian Stekloff |
|---|---|---|
| **TRIAL DATE: 05/09/2023** 8:01 a.m. to 1:19 p.m. 5 hours, 18 minutes | **REPORTER:** Debra Pas | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out) Schedule through the end of trial discussed; objections to exhibits and scope of inquiry discussed |
| | | 8:18 a.m. | | | Court in recess |
| | | 8:41 a.m. | | | Court in session (jurors present) |
| | | 8:42 a.m. | | | Plaintiff direct examination of **Michael Stephen Dorn** (Cartmell) |
| | | 10:10 a.m. | | | Court in recess |
| | | 10:26 a.m.. | | | Court in session (jurors present) Plaintiff direct examination of **Michael Stephen Dorn** (Cartmell) |
| | | 10:55 a.m. | | | Defense cross examination of **Michael Stephen Dorn** (Penza) |
| | 7215 | 11:17 a.m. | X | | Aptos Middle School report (Published without objection; not admitted) |
| | 7221 | 11:25 a.m. | X | | School Safety Technology (Published without objection; not admitted) |
| | 7235 | 11:36 a.m. | X | | Cameras in the Classroom (Published without objection; not admitted) |
| | 7166 | 11:46 a.m. | X | | State of California Education Code (Published without objection; not admitted) |
| | 7174 | 11:47 a.m. | X | | New Ordinance Notice (ID only) |
| | | 11:52 a.m. | | | Court in recess |
| | | 12:08 a.m. | | | Court in session (jurors present) Plaintiff redirect of **Michael Stephen Dorn** (Cartmell) |
| | | 12:15 p.m. | | | Witness excused |
| | | 12:16 p.m. | | | Plaintiff direct examination of **Robert W. Johnson** (Goza) |
| 3413 | | 1:01 p.m. | X | X | Conditionally admitted |

1

Case No: 19-md-02913-WHO
Case Name: In Re: Juul Labs, Inc., (San Francisco Unified School District v. Juul (Case No. 20-cv-8117-WHO)
Date: May 9, 2023
Courtroom Deputy: Jean Davis              - Court Reporter:       Debra Pas

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 1:01 p.m. | | | Defense cross examination of **Robert W. Johnson** (Stekloff) |
| | | 1:09 p.m. | | | Plaintiff waives redirect; witness excused |
| | | 1:10 p.m. | | | Plaintiff rests |
| | | 1:11 p.m. | | | The Court provides the jurors a rough outline of the upcoming schedule |
| | | 1:12 p.m. | | | Jurors excused |
| | | 1:13 p.m. | | | Attorney conference conducted regarding housekeeping matters and anticipated objections. Defense rights to raise Rule 50 motions preserved |
| | | 1:19 p.m. | | | Court in recess |

Plaintiff time at start of day:    10 hours, 29 minutes
Time used 05/09/2023:              2 hours, 50 minutes
Time remaining:                    7 hours, 39 minutes

Defendant total time:              27 hours, 48 minutes
Time used 05/09/2023:               1 hour,   5 minutes
Time remaining:                    26 hours, 43 minutes