```
                                        Volume 13

                                        Pages 2071 - 2075
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ORRICK

```
                                   )
IN RE: JUUL LABS, INC.,            ) No. 19 MD 2913 WHO
MARKETING, SALES PRACTICES,        )
AND PRODUCTS LIABILITY             ) San Francisco, California
LITIGATION                         ) Wednesday
                                   ) May 10, 2023
_____) 8:00 a.m.
```

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES:**

**For Plaintiffs:**
```
                    LIEFF, CABRASER, HEIMANN & BERNSTEIN
                    275 Battery Street
                    29th Floor
                    San Francisco, California 94111
             BY:    SARAH R. LONDON, ESQ.
                    NICHOLAS LEE, ESQ.

                    LIEFF, CABRASER, HEIMANN & BERNSTEIN
                    222 2nd Avenue South
                    Suite 1640
                    Nashville, Tennessee 372013
             BY:    ANDREW KAUFMAN, ESQ.


                    GIRARD SHARP
                    601 CaliforniaStreet
                    Suite 1400
                    San Francisco, California 94108
             BY:    DENA C. SHARP, ESQ.
```

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               Official Reporter - US District Court
               Computerized Transcription By Eclipse

**APPEARANCES:   (CONTINUED)**

**For Plaintiffs:**           WAGSTAFF & CARTMELL LLP
                              4740 Grand Avenue
                              Suite 300
                              Kansas City, Missouri 64112
                    **BY:  THOMAS P. CARTMELL, ESQ.**
                          **ADAM S. DAVIS, ESQ.**


                              GOZA & HONNOLD
                              9400 Nall Avenue
                              Suite 400
                              Overland Park, Kansas 66207
                    **BY:  KIRK J. GOZA, ESQ.**
                          **GRACE QUINLAN, ESQ.**


                              LEVIN SEDRAN & BERMAN, LLP
                              510 Walnut Street
                              Suite 500
                              Philadelphia, Pennsylvania 19106
                    **BY:  MICHAEL WEINKOWITZ, ESQ.**


**For Defendants Altria Group, Inc. and Philip Morris USA Inc.:**
                              WILKINSON STEKLOFF
                              2001 M Street, NW
                              Washington, D.C. 20036
                    **BY:  BETH WILKINSON, ESQ.**
                          **BRIAN L. STEKLOFF, ESQ**.
                          **MOIRA K. PENZA, ESQ.**
                          **MATTHEW SKANCHY, ESQ.**
                          **ALYSHA BOHANON, ESQ.**


                              ARNOLD & PORTER, KAYE, SCHOLER, LLP
                              601 Massachusetts Avenue NW
                              Washington, DC 20001
                    **BY:  JOHN C. MASSARO, ESQ.**
                          **DAVID KOUBA, ESQ.**

                              _ _ _

```
1    Wednesday - May 10, 2023                            10:39 a.m.

2                       P R O C E E D I N G S

3                              ---o0o---

4         (Jury enters the courtroom at 10:39 a.m.)

5              THE COURT:  Please be seated, everybody.

6         Ladies and gentlemen, I apologize for the delay this
7    morning.  I hope that you'll forgive us and also accept the
8    news that you're about to get.
9         So, counsel.
10             MS. LONDON:  Good morning.  Good morning.  Thank you
11   very much for all of your time.
12        Ms. Wilkinson and I are very pleased to report that we
13   have been able to resolve this case; and not just this case,
14   but all of the cases, or create a program to do so based in
15   large part, really, to you and to your willingness to sit and
16   hear the evidence and listen carefully and consider and allow
17   us to work very hard to find a way to reach a resolution.
18        So we really, really appreciate that, and all of your time
19   and attention in the court and everyone involved.  And we'll be
20   working together to finalize that over the next couple days,
21   but you won't have to sit and listen to that part of it.
22        You will see it, I think, in the news, as the Court will
23   probably allow you to look at the news now.
24        But I'll let Ms. Wilkinson say what she'd like to say.
25             MS. WILKINSON:  I would just thank you and say it's
```

1  bittersweet always when this happens.  We know you've put a lot
2  of time and effort into it, so thank you very much.  We could
3  tell everybody was paying attention.
4       We love doing trials, so we really appreciate you giving
5  us your time.
6           **THE COURT:**  So, ladies and gentlemen, I'm going to
7  discharge you from your service in a second.  You have done
8  over and above what most people are asked to do in jury service
9  in a matter that I think you can tell is extremely important.
10      So before I let you out of my grasp, though, I'm going to
11 ask you to go back into the jury room because I want to come in
12 and thank you personally.
13      And I know that the lawyers will be -- would be interested
14 in your reactions to what's gone on, questions that you have;
15 those sorts of things.
16      So I'm going to -- after we've talked, I'll invite you to
17 come back, if you're interested, into the courtroom, and I'll
18 come back in, and there will be a discussion about what
19 transpired and any things that you're interested in.
20      But you're not required to do that.  It will be entirely
21 up to you.  You have devoted a great deal of time already to
22 this case.
23      So at this point I'm going to ask you to go back to the
24 jury room, and we'll talk for a little bit, and then those who
25 want to come back out here with me will be able to do that.

1    All right.  The case is dismissed at this point.
2    (Whereupon at 10:42 a.m. further proceedings in this
3    matter were adjourned.)

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*[signature]*
_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Friday, May 12, 2023