UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>CLASS ACTIONS | Case No. 19-md-02913-WHO<br><br>**DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING SETTLEMENT NOTICE PLAN COMPLETION** |

I, Cameron R. Azari, Esq., declare as follows:

1. My name is Cameron R. Azari, Esq. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3. I am a Senior Vice President with Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing and implementing large-scale legal notification plans. Hilsoft is a business unit of Epiq. All references to Epiq within this declaration include Hilsoft Notifications.

4. This declaration will confirm the implementation of the Settlement Notice Plan ("Settlement Notice Plan") for *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation,* No. 19-md-02913-WHO, in the United States District Court for the Northern District of California (the "Action").

5. I previously executed my *Declaration of Cameron R. Azari, Esq. Regarding Notice Plan* ("Class Certification Declaration") on August 12, 2022, Dkt. 3381-2, which described the proposed Class Certification Notice Plan (which was approved by the Court but not implemented due to the intervening Settlement), detailed Hilsoft's class action notice experience, and attached

Hilsoft's *curriculum vitae*. I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice programs. Subsequently, I executed my *Declaration of Cameron R. Azari, Esq. in Support of Motion for Preliminary Approval of Settlement* ("Settlement Notice Plan Declaration") on December 19, 2022, Dkt. 3724-13, which described the proposed Settlement Notice Plan, detailed Hilsoft's class action notice experience, and attached Hilsoft's *curriculum vitae*. Most recently, I executed my *Declaration of Cameron R. Azari, Esq., in Support of Plaintiffs' Response to Altria's Response and Objections to Plaintiffs' Motion for Preliminary Approval and Proposed Notice Plan* ("Supplemental Notice Plan Declaration") on January 10, 2023, Dkt. 3745-5, which addressed the reach and adequacy of the overall proposed notice effort (to the proposed Settlement Class, and also to the Court Class remaining against Altria), and the proposed content of the various notices.

## OVERVIEW

6. On January 30, 2023, the Court approved the Settlement Notice Plan designed by Hilsoft and appointed Epiq as the Settlement Administrator in the *Order Granting Motion for Preliminary Approval of Class Action Settlement* ("Preliminary Approval Order"), Dkt. 3779. In the Preliminary Approval Order, the Court ordered that the Settlement Administrator should provide a declaration attesting to the completion of the Settlement Notice Plan and compliance with obligations set forth in the Preliminary Approval Order. The purpose of this declaration is to comply with this requirement.

7. After the Court's Preliminary Approval Order was entered, Epiq began to implement the Settlement Notice Plan. This declaration will confirm the completion of the Settlement Notice Plan in compliance with the Preliminary Approval Order. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq.

## SETTLEMENT NOTICE PLAN IMPLEMENTATION SUMMARY

### *Individual Notice*

8. Epiq received data from Class Counsel and counsel for defense in the form of email addresses and/or physical mailing addresses for millions of identified individual purchasers (a

substantial number of potential Class Members). This Class Member data was used to provide Individual Notice as follows:

    1)    From March 16, 2023, through March 28, 2023, Epiq sent 2,470,283 Email Notices to all identified Class Members for whom a valid email address was available.

    2)    On April 7, 2023, Epiq sent 236,649 Double Postcard Notices with a Claim Form with prepaid return postage on the Claim Form ("Postcard Notice"). The Notices were sent via United States Postal Service ("USPS") first-class mail to all identified Class Members with an associated physical address to whom an email address was not available or an email address was available but was not valid.

    3)    On April 21, 2023, Epiq sent 65,532 Postcard Notices via USPS first-class mail to all identified Class Members (with known purchasers of JUUL products) with an associated physical address to whom the Email Notice was undeliverable after multiple attempts.

### *Media Plan*

9. To reach the remainder of the Class, a comprehensive online media notice effort was implemented. The Media Plan supplemented the Individual Notices with an Internet Digital Notice Campaign and Sponsored Search Listings. The Internet Digital Notice Campaign includes targeted digital advertising placed on the *Google Display Network* and advertising on social media with Digital Notices placed on *Facebook, Instagram, Snapchat, TikTok, Twitter, YouTube, Telegram,* and *Reddit*. The Internet Digital Notice Campaign commenced on March 16, 2023, and concludes on May 15, 2023. The Sponsored Search Listings ran on search engines *Google*, *Yahoo!*, and *Bing* commenced on March 16, 2023, and will conclude on May 15, 2023.

10. The Individual Notice and Media Notice was supplemented with an Informational Release, which ran on March 16, 2023, over *PR Newswire*. In addition, the Informational Release ran on March 16, 2023, over *Uwire*.

### *Case Website, Toll-free Telephone Number and Postal Mailing Address*

11. On March 15, 2023, a case website (www.JuulClassAction.com) and a toll-free telephone number (1-855-604-1734) were established for the Settlement to allow Class Members to obtain additional information about the Settlement. A postal mailing address and email address

were also established, allowing Class Members to request additional information or ask questions via these channels.

### *Claim Submissions*

12. The deadline for Class Members to file a Claim Form is not until July 14, 2023. Epiq has already received hundreds of thousands of potentially valid Claim Forms, filed to date. This robust claim filing activity was anticipated and is within the expected claim rate range.

### **CONCLUSION**

13. The Settlement Notice Plan provided the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rule of Civil Procedure 23, comported with the guidance for effective notice articulated in the Manual for Complex Litigation 4th Ed, and was consistent with the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide (2010).

14. After the Settlement Notice Plan effort is fully completed on May 15, 2023, final details, including the number of media impressions delivered, will be available. Prior to the Final Approval Hearing and consistent with the schedule established by the Court, I will provide a comprehensive Settlement Notice Plan Implementation Declaration to the Court, which will include all notice implementation details, notice and settlement administration statistics, confirm the delivered reach and adequacy of the Settlement Notice Plan as implemented, report on any opt-outs received, and address any objections received that may relate to the Settlement Notice Plan. The Settlement Notice Plan Implementation Declaration will be filed with the Court in conjunction with the Motion for Final Approval prior to the Final Approval Hearing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15th, 2023.

_____
Cameron R. Azari, Esq.

DECLARATION OF CAMERON R. AZARI, ESQ., REGARDING SETTLEMENT NOTICE PLAN COMPLETION

**ATTESTATION STATEMENT**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that Cameron R. Azari, Esq. has concurred in this filing.

DATED: May 15, 2023                    */s/ Dena C. Sharp*