**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                                                                           MDL No. 2913

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –103)**

On October 2, 2019, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 396 F.Supp.3d 1366 (J.P.M.L. 2019). Since that time, 364 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable William H. Orrick, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Orrick.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 2, 2019, and, with the consent of that court, assigned to the Honorable William H. Orrick, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 31, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**  MDL No. 2913

### SCHEDULE CTO−103 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |

**CALIFORNIA CENTRAL**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CAC | 2 | 23−03449 | Fairfield−Suisun Unified School District v. Altria Group, Inc. |
| CAC | 2 | 23−03521 | Menifee Union School District v. Altria Group, Inc. |
| CAC | 2 | 23−03566 | Acalanes Union High School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03570 | Cajon Valley Union School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03575 | Woodland Joint Unified School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03580 | Burbank Unified School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03601 | Anaheim Elementary School District v. Altria Group, Inc. |
| CAC | 2 | 23−03610 | Chico Unified School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03619 | Compton Unified School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03658 | County of Monterey v. Altria Group, Inc. |
| CAC | 2 | 23−03663 | King City Union School District v. JUUL Labs Inc. et al |
| CAC | 2 | 23−03686 | Poway Unified School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03690 | Rocklin Unified School District v. JUUL Labs, Inc. et al |
| CAC | 2 | 23−03694 | San Lorenzo Valley Unified School District v. JUUL Labs, Inc. et al |