1  Eric H. Gibbs (SBN 178658)
2  Andre M. Mura (SBN 298541)
   David Stein (SBN 257465)
3  Amanda M. Karl (SBN 301088)
   Jeffrey B. Kosbie (SBN 305424)
4  Ezekiel S. Wald (SBN 341490)
   **GIBBS LAW GROUP LLP**
5  1111 Broadway, Suite 2100
   Oakland, California 94607
6  (510) 350-9700 (tel.)
   (510) 350-9701 (fax)
7  ehg@classlawgroup.com
   amm@classlawgroup.com
8  ds@classlawgroup.com
   amk@classlawgroup.com
9  jbk@classlawgroup.com
   zsw@classlawgroup.com

10 Mark H. Troutman (*Pro Hac Vice*)
   Shawn K. Judge (*Pro Hac Vice*)
11 **GIBBS LAW GROUP LLP**
   1554 Polaris Pkwy., Suite 325
12 Columbus, OH 43240
   Telephone: (510) 340-4214
13 Facsimile: (510) 350-9701
   mht@classlawgroup.com
14 skj@classlawgroup.com

15 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO <br><br> Honorable William H. Orrick <br><br> **NOTICE OF CHANGE IN COUNSEL** |
| This Document Relates to: <br><br> RENE CHANEY, individually and as the Guardian of her minor children, J.C. and A.C. | |

PLEASE TAKE NOTICE that Mark H. Troutman, Counsel for Plaintiffs, has changed firms and is affiliated with Gibbs Law Group LLP. Counsel notifies the Court and counsel, and respectfully requests the Court and counsel amend their records to reflect such change, hereafter directing all orders, notices, pleadings, letters, and any and all other communications to the following address:

Mark H. Troutman<br>
GIBBS LAW GROUP LLP<br>
1554 Polaris Pkwy., Suite 325<br>
Columbus, OH 43240<br>
Telephone: (510) 340-4214<br>
Facsimile: (510) 350-9701<br>
mht@classlawgroup.com

DATED: June 12, 2023               Respectfully submitted,

 /s/ *Mark H. Troutman*
Mark H. Troutman (*Pro Hac Vice*)
Shawn K. Judge (*Pro Hac Vice*)
**GIBBS LAW GROUP LLP**
1554 Polaris Pkwy., Suite 325
Columbus, OH 43240
(510) 340-4214 (tel.)
(510) 350-9701 (fax)
mht@classlawgroup.com
skj@classlawgroup.com

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
David Stein (SBN 257465)
Amanda M. Karl (SBN 301088)
Jeffrey B. Kosbie (SBN 305424)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
ds@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com
zsw@classlawgroup.com

*Attorneys for Plaintiffs*