UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Class Actions | CASE NO. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER MODIFYING CLAIMS SUBMISSION DEADLINE FOR JLI SETTLEMENT** |

On January 30, 2023, the Court granted Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and set a schedule through the final approval hearing. ECF 3779. Class Plaintiffs subsequently filed a notice setting forth the specific calendar dates for each deadline set in the Court's order. ECF 3781.

In connection with their motion for final approval of the class action settlement with JUUL Labs, Inc. ("JLI"), and in light of the proposed settlement with Altria, Class Plaintiffs have proposed a slight modification of the case schedule. Class Plaintiffs propose to maintain the July 14, 2023, deadline for class members to file a claim, opt out, or object, and to also extend the deadline to submit claims with respect to the JLI settlement. Extending the claims deadline to incorporate both the JLI and Altria claims periods (if applicable), will maximize efficiencies and benefit the class as a whole.

The Court hereby **GRANTS** the requested extension. The below schedule through final approval of the JLI settlement incorporates this extension.

The subsequent order will address the remainder of Class Plaintiffs' final approval motion.

| Event | Deadline |
| --- | --- |
| Claims Submission Periods | The period ending July 14, 2023, plus any claims submission period that may be established in connection with the Altria settlement. |
| Opt-Out Deadline | July 14, 2023 |
| Objection Deadline | July 14, 2023 |
| Opposition to Final Approval and Fee and Expense Application Deadline | July 14, 2023 |
| Deadline for the Parties to file information concerning timely filed opt out requests and objections | July 21, 2023 |
| Replies in support of Final Approval and Fee and Expense Application Deadline (including the filing of list of opt outs and objections) | July 28, 2023 |
| Final Approval Hearing | August 9, 2023 at 2:00pm |

Dated: _____ \_\_\_\_\_, 2023

_____
Hon. William H. Orrick
U.S. District Court Judge