1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10
11   IN RE: JUUL LABS, INC.,                  Case No.  19-md-02913-WHO
     MARKETING, SALES PRACTICES,
12   AND PRODUCTS LIABILITY               **JOINT CASE MANAGEMENT**
     LITIGATION,                          **CONFERENCE STATEMENT AND**
13                                        **PROPOSED AGENDA**
14
     _____
15   This Document Relates to:

16   ALL ACTIONS

17          Pursuant to Civil Local Rule 16-10(d), counsel for Defendants Juul Labs, Inc. ("JLI"),

18   Altria,[1] Director Defendants,[2] E-Liquid Defendants,[3] Retailer Defendants,[4] and Distributor

19   Defendants[5] (collectively "Defendants"), and Plaintiffs' Co-Lead Counsel ("Plaintiffs")

20   (collectively referred to herein as the "Parties") respectfully provide this Joint Case Management

21   Statement in advance of the Further Case Management Conference scheduled for July 19, 2023.

22   _____

23   [1] "Altria" refers to Altria Group, Inc., and the Altria-affiliated entities named in Plaintiffs'
     Consolidated Class Action Complaint and Consolidated Master Complaint (collectively,
     "Complaints"), see ECF Nos. 387, 388.
24   [2] "Director Defendants" refers to Messrs. James Monsees, Adam Bowen, Nicholas Pritzker,
     Hoyoung Huh, and Riaz Valani.
25   [3] "E-Liquid Defendants" refers to Mother Murphy's Labs, Inc., Alternative Ingredients, Inc.,
     Tobacco Technology, Inc., and Eliquitech, Inc.
26   [4] "Retailer Defendants" refers to Chevron Corporation, Circle K Stores, Inc., Speedway LLC, 7-
27   Eleven, Inc., Walmart, and Walgreen Co.
     [5] "Distributor Defendants" refers to McLane Company, Inc., Eby-Brown Company, LLC, and
28   Core-Mark Holding Company, Inc.

**I.      PARTICIPANT INFORMATION**

The July 19, 2023 CMC will proceed by Zoom. Anyone who wishes to attend the conference virtually may log in using the information available at: https://www.cand.uscourts.gov/judges/orrick-william-h-who/.

**II.     ISSUES TO BE DISCUSSED AND PROPOSED AGENDA**

**1.      Status of Case Filings and Dismissals**

**2.      ADR Status**

**3.      Tribal Cases**

**III.    STATUS OF CASE FILINGS AND DISMISSALS**

As of July 17, 2023, approximately 5,762[6] cases are pending in this MDL, naming 120 defendants.  A list of these defendants is attached as **Exhibit A**.  To date, 4,270 personal injury cases and 1,434 government entity cases (including 1,348 school districts, 43 counties, 8 cities, and 36 tribes) have been filed in this MDL.  822 MDL plaintiffs have voluntarily dismissed their cases (813 personal injury plaintiffs, 27 class plaintiffs, and 2 school districts); 76 cases have been dismissed without prejudice pursuant to CMO No. 8; and 782 MDL cases have been dismissed with prejudice for failure to comply with CMO 16. Additionally, 193 cases are subject to pending motions to dismiss non-communicating plaintiffs with prejudice that have not yet been ruled upon.  Furthermore, 238 case dismissals without prejudice have been converted to dismissals with prejudice pursuant to CMO No. 8.

There are 775 complaints pending in JCCP 5052, which is assigned to Judge David S. Cunningham of the Los Angeles Superior Court as the Coordination Trial Judge.  There are 84 government entity cases, including 79 school districts, and 691 personal injury cases brought on behalf of over 5,072 individual personal injury plaintiffs.  There are 26 defendants named in those JCCP cases.

**IV.     ADR STATUS**

**1.      JLI Settlements**

---

[6] The numbers in this Statement reflect the Parties' good faith estimates based on reasonably available information.  The Parties will continue to work together to align their data and resolve any inconsistencies.

### a.   General Settlement Matters

As announced at the December 6, 2022 Case Management Conference, Plaintiffs, JLI, and the Director Defendants reached an agreement that creates settlement programs to resolve the personal-injury, class, tribal, and government-entity cases as to those entities and individuals. *See* ECF No. 3690.  Administration of those settlements has been underway since.

The Parties will be prepared to discuss overall status of the settlement with the Court. The Parties have enlisted the Settlement Master Thomas J. Perrelli to resolve issues relating to the administration of the Personal Injury Master Settlement.  The Parties expect the Settlement Master to advise the Court of issues or concerns within 10 days.  The Parties believe that this is an important step that should happen prior to finalizing the settlement or to the running of any obligation for any Party to exercise any rights afforded it under the PI MSA.

### b.   Plaintiffs' Request for a Fee Committee

On June 9, 2023, Plaintiffs moved the Court to appoint a Fee Committee to make recommendations to the Court regarding allocation of law firm fee and cost common benefit awards. ECF No. 4048. No opposition was filed, and the deadline for filing an opposition has now passed. The hearing date for the Fee Committee motion is also July 19, 2023. *Id.* Plaintiffs request an adjustment to the briefing schedule provided in the motion regarding the Fee Committee's recommendations; the proposed revised schedule is attached as **Exhibit B** and will be emailed to the Court as a proposed order.

### 2.   Altria Settlements

As announced on May 10, 2023 during the *SFUSD* trial, Plaintiffs and the Altria Defendants reached an agreement that will create settlement programs to resolve the personal injury, class, and government entity cases as to Altria.  Plaintiffs and the Altria Defendants are finalizing documentation of the settlement. Plaintiffs and the Altria Defendants anticipate that Plaintiffs will file their motion for preliminary approval of the class settlement by July 26, 2023, and that the parties will file a proposed implementation order by July 26, 2023, with a proposed discovery order for non-settling cases to follow.

1    **V.      TRIBAL CASES**

2           The Altria settlement does not include the Tribal Plaintiffs. Pursuant to Civil Local Rule

3    16-10(d), the Tribal Plaintiffs and the Altria Defendants report that they continue to confer with

4    Settlement Master Thomas J. Perrelli and cooperate with his recommendations.

5           The Court's May 19, 2023 Order to Amend Schedule, ECF No. 4038, extended in the

6    three Bellwether Tribal cases the deadlines by sixty days for fact discovery, expert reports,

7    expert depositions, and motions for summary judgment.  The close of case-specific fact

8    discovery and the selection of the date for the bellwether trial now have a deadline of August 4,

9    2023.  Witness availability for depositions, for both the Bellwether Tribes and Altria, requires an

10   additional forty-five day extension.  The parties have agreed to an additional forty-five day

11   extension to complete fact discovery and anticipate submitting a stipulation and proposed order

12   extending the Tribal Cases schedule before the July 19, 2023 Case Management Conference.

Dated: July 17, 2023

Respectfully submitted,

By: /s/ Renee D. Smith

By: /s/ Sarah R. London

David M. Bernick (*pro hac vice*)
Renee D. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310

Sarah R. London
**LIEFF CABRASER HEIMANN &
BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

By: /s/ Peter A. Farrell

By: /s/ Dena C. Sharp

Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ Gregory P. Stone

By: /s/ Dean Kawamoto

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:      (213) 683-9100

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: /s/ Ellen Relkin

*Attorneys for Defendant Juul Labs, Inc.*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

By: /s/ Beth A. Wilkinson

Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com

*Co-Lead Counsel for Plaintiffs*

*Attorneys for Defendants Altria Group, Inc.,
Philip Morris USA Inc., Altria Client Services
LLC, Altria Distribution Company, and Altria
Enterprises LLC*

By: /s/ John C. Massaro

John C. Massaro (admitted pro hac vice)
Daphne O'Connor (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
John.Massaro@arnoldporter.com
Daphne.OConnor@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc.,*
*Philip Morris USA Inc., Altria Client Services*
*LLC, and Altria Distribution Company*

By: /s/ Eugene Illovsky

**BOERSCH & ILLOVSKY LLP**

Eugene Illovsky
Martha Boersch
Matthew Dirkes
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@boersch-illovsky.com
martha@boersch-illovsky.com
matt@boersch-illovsky.com

*Attorneys for Defendant Adam Bowen*

By: /s/ Michael J. Guzman

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Mark C. Hansen
Michael J. Guzman
David L. Schwartz
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker,*
*Riaz Valani, and Hoyoung Huh*

By: /s/ James Kramer

**ORRICK HERRINGTON & SUTCLIFFE LLP**

James Kramer
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com

and

Lauren Seaton
Main St Ste 1100
Irvine, CA 92614
Telephone: (949) 567-6700
lseaton@orrick.com

*Attorneys for Defendant James Monsees*