UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 19-md-02913-WHO<br><br>[**PROPOSED**] ORDER APPOINTING FEE COMMITTEE |

Upon Plaintiffs' Motion and for good cause shown, the Court orders as follows:

1. The Court appoints the following to a Fee Committee: Sarah London; Dean Kawamoto; Ellen Relkin; Dena Sharp; Paul Kiesel; and Mark Robinson.

2. Settlement Master Thomas J. Perrelli's role in facilitating settlement discussion extends to facilitating discussions and helping to resolve any disputes amongst the Fee Committee or other interested parties.

3. The Fee Committee will file by August 29th, 2023 recommended fee and expense awards in connection with the JLI settlements. The Fee Committee's recommendations will encompass funds available from (1) the hold backs ordered by Case Management Order 5(A); (2) the hold backs ordered by the parallel orders to CMO 5(A) issued in the JCCP; and (3) the hold backs required by section 21.2 of the Personal Injury Settlement Agreement, Section 19.2 of the Government Entity Settlement Agreement, and Section 19.2 of the Tribal Settlement Agreement. The Fee Committee will also make a recommendation on the allocation of any class fees or costs award granted under Federal Rule of Civil Procedure 23(h).

4. Any objections to the Fee Committee's recommendations must be filed by

September 15, 2023.

5. The Fee Committee may file any reply to objections by October 2, 2023.

6. The Court will hold a hearing on the Fee Committee's recommendations and any objections thereto on October 11, 2023.

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
Judge William H. Orrick