Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Hayter L. Whitman (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
hwhitman@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira Kim Penza (*pro hac vice*)
130 West 42nd Street
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202)847-4005
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Group Distribution Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICE, AND PRODUCTS LIABILITY LITIGATION | Case No.: 3:19-md-02913-WHO<br><br>**NOTICE OF WITHDRAWAL**<br><br>Hon. William H. Orrick |

# NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT, as of July 21, 2023, Hayter L. Whitman hereby withdraws his appearance as counsel for the Altria Defendants in the above-captioned litigation and requests that his name be removed from the Court's and the parties' service lists.

Dated:  July 24, 2023

Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By: /s/ Hayter L. Whitman

Beth A. Wilkinson (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Hayter L. Whitman (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
Alysha Bohanon (*pro hac vice*)
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
hwhitman@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
abohanon@wilkinsonstekloff.com

Moira Kim Penza (*pro hac vice*)
130 West 42nd Street
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202)847-4005
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Altria Group, Inc.*
*Philip Morris USA Inc., Altria Client Services LLC, and*
*Altria Group Distribution Company*