7/18/2023

To whom it may concern,

I Melisa Stawicki respectfully object to the Juul Settlement. Please reference the information for my objection.

Melisa Stawicki
5500 North Main St 14-301
Fall River, MA 02720
774-305-0178
missyfourniere@yahoo.com

In re Juul Labs, Inc Marketing, Sales Practices, and Products Liability Litigation, No 19-md-02913-WHO (N.D. Cal):

I declare under penalty of perjury under the laws of the United States of America that Melisa Stawicki is a member of the Class.

*/s/ Melisa Stawicki*



Stawicki,
500 North Main St. 14-301
Fall River, MA 02720

RECEIVED
JUL 24 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Office for the Clerk of Courts
U.S. District Court for
The Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94012

BROCKTON MA 023
19 JUL 2023 PM 3 L