UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO **DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT** |
| This Document Relates to: CLASS ACTIONS | |

I, Cameron R. Azari, Esq., declare as follows:

1.      My name is Cameron R. Azari, Esq.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3.      I am a Senior Vice President with Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing and implementing large-scale legal notification plans.  Hilsoft is a business unit of Epiq.[1]

4.      This declaration will describe the Altria Settlement Notice Plan ("Notice Plan") and the proposed claim process regarding the Altria Class Settlement Agreement[2] in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation,* No. 19-md-02913-WHO, in the

---

[1] All references to Epiq within this declaration include Hilsoft Notifications.
[2] As used in this Declaration, capitalized terms shall have the definitions and meanings ascribed to them in the Altria Class Settlement Agreement attached as Exhibit 1 to the Declaration of Dena C. Sharp, or such definitions and meanings as are accorded to them elsewhere in this Declaration.

1   United States District Court for the Northern District of California (the "Action").

2   **PREVIOUS DECLARATIONS IN THIS ACTION**

3   5.      For the JUUL Settlement, I previously executed my *Declaration of Cameron R.*

4   *Azari, Esq. Regarding Notice Plan* ("Class Certification Declaration") on August 12, 2022, ECF

5   No. 3381-2, which described the proposed Class Certification Notice Plan (which was approved by

6   the Court but not implemented due to the intervening JUUL Class Settlement Agreement), detailed

7   Hilsoft's class action notice experience, and attached Hilsoft's *curriculum vitae.* I also provided my

8   educational and professional experience relating to class actions and my ability to render opinions

9   on overall adequacy of notice programs.

10  6.      Subsequently, I executed my *Declaration of Cameron R. Azari, Esq. in Support of*

11  *Motion for Preliminary Approval of Settlement* ("JUUL Settlement Notice Plan Declaration") on

12  December 19, 2022, ECF No. 3724-13, which described the proposed JUUL Settlement Notice

13  Plan, detailed Hilsoft's class action notice experience and attached Hilsoft's *curriculum vitae.*

14  7.      In addition, I executed my *Declaration of Cameron R. Azari, Esq., in Support of*

15  *Plaintiffs' Response to Altria's Response and Objections to Plaintiffs' Motion for Preliminary*

16  *Approval and Proposed Notice Plan* ("Supplemental Notice Plan Declaration") on January 10,

17  2023, ECF No. 3745-5, which addressed the reach and adequacy of the overall proposed notice

18  effort (to the proposed Settlement Class, and to the court class remaining against Altria), and the

19  proposed content of the various notices.

20  8.      Furthermore, I executed my *Declaration of Cameron R. Azari, Esq., Regarding*

21  *Settlement Notice Plan Completion* ("JUUL Settlement Notice Plan Completion Declaration") on

22  May 15, 2023, ECF No. 4032, which confirmed the completion of the JUUL Settlement Notice

23  Plan in compliance with the Preliminary Approval Order.

24  9.      Most recently, I executed my *Declaration of Cameron R. Azari, Esq., in Support of*

25  *Class Plaintiffs' Motion for Final Approval of JUUL Class Settlement Agreement* ("JUUL

26  Settlement Notice Plan Implementation Declaration") on June 23, 2023, ECF No. 4056-3, which

27

28

1  described the successful implementation of the JUUL Settlement Notice Plan and provided

2  settlement administration statistics.

3       10.    The facts in this declaration are based on my personal knowledge, as well as

4  information provided to me by my colleagues in the ordinary course of my business at Epiq.

5  ## NOTICE PLANNING METHODOLOGY

6       11.    Federal Rule of Civil Procedure 23(c)(2)(B) directs that notice must be "the best

7  notice practicable under the circumstances," must include "individual notice to all members who

8  can be identified through reasonable effort" and "the notice may be by one or more of the

9  following: United States mail, electronic means, or other appropriate means." The proposed Notice

10 Plan for the Altria Class Settlement Agreement will satisfy these requirements.

11      12.    For the previous JUUL Settlement, Epiq received 90 data files with JLI's data from

12 Class Counsel via defense counsel that included email addresses and/or physical mailing addresses

13 for identified direct purchasers and potential Class Members who provided JLI with their contact

14 information (a substantial number of potential Class Members). Epiq deduplicated and rolled-up

15 the account records and loaded the unique, identified records into its database for this case. These

16 efforts resulted in 2,884,489 identified potential Class Member records, of which 2,706,935 had a

17 valid email address and/or mailing address (177,554 records had neither a valid email address nor

18 mailing address).

19      13.    This Class Member data will be used to provide Individual Notice for the Altria

20 Class Settlement as follows: 1) an Email Notice will be sent to all identified Class Members with

21 available direct purchase information for whom a valid email address is available; 2) an Email

22 Notice will be sent to potential Class Members with no available direct purchase information where

23 Epiq has a valid email address available because the potential Class Member either opted out or

24 filed a Claim as part of the JUUL Settlement, or a valid email address is otherwise available in

25 JUUL's data; and 3) a Double Postcard Notice and Claim Form with prepaid return postage on the

26 Claim Form ("Postcard Notice") will be sent via United States Postal Service ("USPS") first class

27

28

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
OF THE ALTRIA CLASS SETTLEMENT

1  mail to all identified Class Members with an associated physical address but no email address is

2  available.

3          14.      To reach the remainder of the Class, a comprehensive online media notice effort

4  will be deployed.  The Individual Notice and Media Notice will be supplemented with a case

5  website.  In my opinion, the proposed Notice Plan is designed to reach the greatest practicable

6  number of members of the Class and will at a minimum reach 80% of Class Members.  This reach

7  percentage is calculated by combining the Individual Notice effort with the extensive online Media

8  Notice (while accounting for duplication across the various forms of notice).

9          15.      The Notice Plan for the Altria Class Settlement Agreement is modeled after and

10  trails the Settlement Notice Plan implemented for the JUUL Settlement, which the Court approved.

11  As detailed in my JUUL Settlement Notice Plan Implementation Declaration, the successful

12  implementation of the Notice Plan for the JUUL Settlement reached more than 80% of Class

13  Members and resulted in more than 2.3 million claims filed as of June 15, 2023, a month before the

14  July 14, 2023, claim filing deadline.

15          16.      Based on my experience, the projected reach of the Notice Plan for the Altria Class

16  Settlement is consistent with other court-approved notice programs.  The Notice Plan has been

17  designed to satisfy the requirements of due process, including its "desire to actually inform"

18  requirement.  The Notice Plan also complies with the N.D. Cal. Procedural Guidance for Class

19  Action Settlements, Preliminary Approval (articulating best practices and procedures for class

20  notice).

21          17.      Data sources and tools that are commonly employed by experts in this field were

22  used to analyze and develop the media portion of this Notice Plan.  These include MRI-Simmons[3]

23  ────────────────

24  [3] MRI-Simmons is a leading source of publication readership and product usage data for the
    communications industry.  MRI-Simmons is a joint venture of GfK Mediamark Research &
25  Intelligence, LLC ("MRI") and Simmons Market Research.  MRI-Simmons offers comprehensive
    demographic, lifestyle, product usage and exposure to all forms of advertising media collected from
26  a single sample.  As the leading U.S. supplier of multimedia audience research, the company
    provides information to magazines, televisions, radio, Internet, and other media, leading national

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
OF THE ALTRIA CLASS SETTLEMENT

1  data, which provides statistically significant readership and product usage data, and Comscore,[4] and

2  Alliance for Audited Media ("AAM")[5] statements, which certify how many readers buy or obtain

3  copies of publications.  These tools, along with demographic breakdowns indicating how many

4  people use each media vehicle, as well as computer software that take the underlying data and

5  factor out the duplication among audiences of various media vehicles, allow us to determine the net

6  (unduplicated) reach of a particular mailing and media schedule.  We combine the results of this

7  analysis to help determine notice plan sufficiency and effectiveness.

8        18.  ***Tools and data trusted by the communications industry and courts.***  Virtually all

9  the nation's largest advertising agency media departments utilize, scrutinize, and rely upon such

10  independent, time-tested data and tools, including net reach and de-duplication analysis

11  methodologies, to guide the billions of dollars of advertising placements that we see today,

12  providing assurance that these figures are not overstated.  These analyses and similar planning tools

13  have become standard analytical tools for evaluations of notice programs and have been regularly

14  accepted by courts.

---

16  advertisers, and over 450 advertising agencies—including 90 of the top 100 in the United
17  States.  MRI-Simmons's national syndicated data is widely used by companies as the basis for the
   majority of the media and marketing plans that are written for advertised brands in the U.S.

18  [4] Comscore is a global Internet information provider on which leading companies and advertising
   agencies rely for consumer behavior insight and Internet usage data.  Comscore maintains a
19  proprietary database of more than two million consumers who have given Comscore permission to
   monitor their browsing and transaction behavior, including online and offline purchasing.
20  Comscore panelists also participate in survey research that captures and integrates their attitudes
   and intentions.
21  [5] Established in 1914 as the Audit Bureau of Circulations ("ABC") and rebranded as Alliance for
22  Audited Media ("AAM") in 2012, AAM is a non-profit cooperative formed by media, advertisers,
   and advertising agencies to audit the paid circulation statements of magazines and newspapers.
23  AAM is the leading third-party auditing organization in the U.S.  It is the industry's leading, neutral
   source for documentation on the actual distribution of newspapers, magazines, and other
24  publications. Widely accepted throughout the industry, it certifies thousands of printed publications
25  as well as emerging digital editions read via tablet subscriptions.  Its publication audits are
   conducted in accordance with rules established by its Board of Directors.  These rules govern not
26  only how audits are conducted, but also how publishers report their circulation figures.  AAM's
   Board of Directors is comprised of representatives from the publishing and advertising
27  communities.

19.     In fact, advertising and media planning firms around the world have long relied on audience data and techniques: AAM data has been relied on since 1914; 90 to 100% of media directors use reach and frequency planning; all the leading advertising and communications textbooks cite the need to use reach and frequency planning.  Ninety of the top one hundred media firms use MRI data, and Comscore is used by the major holding company agencies worldwide which includes Dentsu Aegis Networking, GroupM, IPG and Publicis, in addition to independent agencies for TV and digital media buying and planning, and at least 25,000 media professionals in 100 different countries use media planning software.

20.     ***Overall class size.***  Other than persons who purchased directly from JLI through its website (here called the "direct purchasers") it is difficult to determine the exact size of the entire Settlement Class of all purchasers of JUUL Products.  For those who made purchases at brick and mortar retail—e.g., gas stations, convenience stores, vape shops and the like (here called the "indirect purchasers")—there are no records that would identify all class members.  MRI-Simmons survey data suggests that as recently as 2022, there were 2,315,000 total adults who specifically purchased JUUL Products that year.  MRI-Simmons data also tells us that there are currently 9,730,000 Adults 18+ who have smoked any brand of e-cigarette/vape in the last 12 months.  This data may underestimate actual purchasers/users because both are based on survey responses and thus likely do not include all youth purchasers.

21.     ***Demographics.***  In selecting media beyond email and mail to target to the Class, the demographics of likely Class Members were analyzed.  According to MRI-Simmons syndicated media research, people who use JUUL have the following demographics:

- 54.5% men / 45.5% women.
- Of those over the age of 18.
  - 25.8% are between the ages of 18-24.
  - 32.9% are between the ages of 25-34.
- 27.8% have graduated college with a bachelor's degree or higher.
- 74.4% are White, 8.5% are Black, and 7.1% are Asian.
- 53.7% own a home.
  - JUUL users are 22% less likely to own a home than the average adult and 52% more likely to rent.

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT

- 56.8% are employed full time, 14.9% are employed part time; and 5.0% are retired.
- Over 96% of JUUL users are online, of which they are:
  - 2% more likely than the average adult to be on *Facebook*.
  - 16% more likely than the average adult to be on *YouTube*.
  - 30% more likely than the average adult to be on *Instagram*.
  - 38% more likely than the average adult to be on *Twitter*.
  - 95% more likely than the average adult to be on *Snapchat*.
  - 71% more likely than the average adult to be on *Reddit*.

## NOTICE PLAN DETAIL

22.     It is my understanding from Class Counsel that the Settlement Class as set forth in the Altria Class Settlement Agreement is defined as follows:

> All individuals who purchased, in the United States, a JUUL Product[6] from a brick and mortar or online retailer before December 6, 2022.

> Excluded from the Settlement Class are (a) Altria and any other named defendant in the litigation; (b) officers, directors, employees, legal representatives, heirs, successors, or wholly or partly owned subsidiaries or affiliated companies of Altria and any other named defendant in the litigation; (c) Class Counsel and their employees; (d) the Court and other judicial officers, their immediate family members, and associated court staff assigned to MDL No. 2913 or JCCP No. 5052; and (e) those individuals who timely and validly exclude themselves from the Settlement Class.

### *Individual Notice – Email Notice*

23.     Epiq will send a summary Email Notice to all identified Class Members with available direct purchase information for whom a valid email address is available.  Epiq will also send an Email Notice to potential Class Members with no available direct purchase information where Epiq has a valid email address available because the potential Class Member either opted out or filed a Claim as part of the JUUL Settlement with no available direct purchase information and for whom a valid email address is otherwise available in JUUL's data.  Industry standard best practices will be followed for the Email Notice.  For example, the Email Notice has been drafted in

---

[6] "JUUL Product" means any JUUL product designed, manufactured, produced, advertised, marketed, distributed, or sold by JLI or under the logo of JUUL, including but not limited to "JUUL"-branded pods or devices.

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT

such a way that the subject line, the sender, and the body of the message overcome SPAM filters and ensure readership to the fullest extent reasonably practicable. For instance, the Email Notice will use an embedded html text format. This format will provide easy to read text without graphics, tables, images, attachments, and other elements that would increase the likelihood that the message could be blocked by Internet Service Providers (ISPs) and/or SPAM filters. The Email Notice will be sent from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts. Each Email Notice will be transmitted with a digital signature to the header and content of the Email Notice, which will allow ISPs to programmatically authenticate that the Email Notices are from our authorized mail servers. Each Email Notice will also be transmitted with a unique message identifier. The Email Notice will include an embedded link to the case website. By clicking the link, recipients will be able to easily access information about the case.

24. If the receiving email server cannot deliver the message, a "bounce code" will be returned along with the unique message identifier. For any Email Notice for which a bounce code is received indicating that the message was undeliverable for reasons such as an inactive or disabled account, the recipient's mailbox was full, technical auto-replies, etc., at least two additional attempts will be made to deliver the Email Notice by email.

25. The Email Notice will clearly and concisely summarize the case and the legal rights of the Class Members and direct the recipients to a case website where they can access additional information. In addition, the Email Notice includes a Spanish tagline that directs recipients to the case website, which will include an option for displaying text in Spanish.

26. Notice by email is especially appropriate to the group that made direct purchases online from the JLI website, because we know that these persons are regular users of online services. Furthermore, according to MRI-Simmons syndicated research data, 71.1% of JUUL Product users have accessed *Gmail* in the last 30 days.[7] That number increases to 86.5% when

---

[7] MRI-Simmons 2022 Survey of the American Consumer®.

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT

accessing any email specific website or app.[8]  Furthermore, 96.3% of all JUUL Product users have used the internet in the last 30 days, suggesting that email usage is most likely even higher.

27.    In my experience, the decision to use email as the initial method of delivering notice also can hinge on how the available email addresses were obtained.  Where emails were given by current customers to the defendant with the expectation that they would be communicated with via email, sending notice in the first instance via email is often preferable (as there would be an expectation to receive communication from or related to the defendant via email).  That is the case here.

### Individual Notice – Postcard Notice

28.    The Postcard Notice (and Claim Form with prepaid return postage) will be sent to all identified Class Members with an associated physical address but no associated email address.  The Postcard Notice will be sent via USPS first class mail.

29.    The Postcard Notice clearly and concisely summarizes the case and the legal rights of the Class Members.  The Postcard Notice also directs the recipients to the case website where they can access additional information and easily file an online claim.  In addition, the Postcard Notice includes a Spanish tagline that directs recipients to the case website, which will include an option for displaying text in Spanish.

### Postcard Notice Details

30.    Each Postcard Notice includes a tear-off Claim Form.  A unique QR Code will also be included in each Postcard Notice allowing identified Class Members to scan their code from their phone and immediately be sent to the claim filing page of the case website.  At the website, they can file a Claim for the auto-populated amount of their direct purchases or provide additional information if they wish to claim additional indirect purchases or attest to underage purchases.

31.    Prior to sending the Notices, all mailing addresses will be checked against the National Change of Address ("NCOA") database maintained by the USPS as required to ensure

---

[8] MRI-Simmons defines this as *Gmail*, *Outlook*, *AOL Mail*, and/or *Yahoo Mail*.

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT

Class Members' address information is up-to-date and accurately formatted for mailing.[9]  In addition, the addresses will be certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and will be verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses.  This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

32.    Notices returned as undeliverable will be re-mailed to any new address available through USPS information, for example, to the address provided by the USPS on returned pieces for which the automatic forwarding order has expired, but which is still during the period in which the USPS returns the piece with the address indicated, or to better addresses that may be found using a third-party lookup service.  Upon successfully locating better addresses, Postcard Notice will be promptly remailed.

### *Media Plan*

33.    The Media Plan will supplement the Individual Notices and includes an Internet Digital Notice Campaign and Sponsored Search Listing, described below.  The Media Plan will run for forty-five (45) days.

### *Internet Digital Notice Campaign*

34.    Internet advertising has become a standard component in legal notice programs.  The internet has proven to be an efficient and cost-effective method to target class members as part of providing notice of a class action case.  It is my understanding from Class Counsel that JUUL Products were marketed to Class Members via internet advertising, similar to what is included in the Notice Plan.

35.    The Notice Plan includes targeted digital advertising on a selected advertising

---

[9] The NCOA database is maintained by the USPS and consists of approximately 160 million permanent change-of-address ("COA") records consisting of names and addresses of individuals, families, and businesses who have filed a change-of-address with the Postal Service.™  The address information is maintained on the database for 48 months and reduces undeliverable mail by providing the most current address information, including standardized and delivery point coded addresses, for matches made to the NCOA file for individual, family, and business moves.

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT

network and social media sites.  The Digital Notices will link directly to the case website, thereby allowing visitors easy access to relevant information and documents.  The Digital Notices use language from the Summary Notices (Postcard Notice and Email Notice, collectively), which will allow users to identify themselves as potential Class Members.

36.    The Notice Plan includes Digital Notices in various sizes and formats.  These include banner ads and other types of advertisements which will be placed on the *Google Display Network*.  The Digital Notices will be targeted to several custom audiences based on the demographics of the Class.  These custom audiences include demographic targeting to parents with minor children, content targeting to place banners next to specific website content having to do with electronic cigarettes (Affinity Audiences), and intent targeting to individuals who have searched out information on electronic cigarettes (Intent Audiences).  All Digital Notices will run on desktop, mobile and tablet devices.  Digital Notices will also be targeted (remarketed) to people who visit the case website.

37.    The Notice Plan also includes advertising on social media, which will consist of Digital Notices on *Facebook, Instagram, Snapchat, TikTok, Twitter, YouTube, Telegram,* and *Reddit* in various sizes.

- *Facebook* is the leading social networking site in the United States and combined with *Instagram* covers over 310 million users in the United States.

- *Snapchat* is a popular messaging app that lets users exchange photos and videos. *Snapchat* currently has over 108 million users in the United States, and over nearly half of all internet users in the United States aged 15-25 are *Snapchat* users.

- *TikTok* is a short-form, video sharing app that is very popular among younger users. Videos are in portrait orientation, and most are 30 seconds or less.  Approximately one quarter of *TikTok's* audience are teenagers and the app has over 116 million users in the U.S.

- *Twitter* is a popular microblogging social media website that allows posts/tweets containing images or videos and up to 280 characters.  Users can like, comment and

share/retweet posts.  Twitter has over 76 million users in the United States.

- *YouTube* is the largest streaming video website in the United States with over 240 million users.

- *Telegram* is an instant messaging app that allows users to easily access their messages across multiple devices.  It features numerous groups that are specific to various topics.  Users can share news, ideas, and thoughts in the groups much like a social media forum.

- *Reddit* is a widely used social forum website that contains more than a million communities known as subreddits.  These communities cover specific topics making this an ideal platform to reach individuals with focused interests.  *Reddit* has over 57 million daily active users in the United States.

38.    Social media ads will also be demographically and contextually targeted to individuals based on the demographics of the Class.  Digital Notices will be targeted to individuals in the United States who have shown interest in electronic cigarettes and/or smoking, parents with minor children, and specific to *Reddit*, subreddits dedicated to topics such as JUUL, Vaping, and eCigarettes will also be served Digital Notices.

39.    Video ads (Videos Notices) will be displayed on a variety of the social media applications, providing an easy and accessible way for individuals to learn about the lawsuit and be directed to the case website for more information.  *YouTube, TikTok, SnapChat, Telegram,* and *Instagram* will all feature either a 15 or 30 second video ad as part of the Notice Plan.

40.    As an additional way to draw the interest of Class Members, and to be consistent with recommendations in the Federal Judicial Center's ("FJC") Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide,[10] a picture(s), high-resolution image(s), and/or graphic(s) may be featured in the Digital Notices and Video Notices in an effort to help Class Members self-identify as members of the Class.

41.    The Notice Plan will also include a "list activation" strategy.  This will be

---

[10] FED. JUDICIAL CTR, JUDGES' CLASS ACTION NOTICE AND CLAIMS PROCESS CHECKLIST AND PLAIN LANGUAGE GUIDE 3 (2010), available at https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0.

accomplished by matching the email addresses of known Class Members with current consumer profiles.  This strategy ensures that specific individuals receiving direct notice will also be provided reminder messaging online via Digital Notices.  The list activation strategy will be used on the *Google Display Network, Facebook, Instagram,* and *Twitter*.

42.     More details regarding the target audiences, distribution, and specific ad type of the Digital Notices and Video Notices are included in the following table.

| Network/Property | Target | Distribution | Ad Type | Planned Impressions |
|---|---|---|---|---|
| Google Display Network | Age 15+ | National | Banner Notices | 20,000,000 |
| Google Display Network | Data Match Targeting of JUUL email records | National | Banner Notices | 10,000,000 |
| Google Display Network | Parents with Minor Children | National | Banner Notices | 10,000,000 |
| Google Display Network | Custom Intent: Electronic Cigarette | National | Banner Notices | 22,500,000 |
| Google Display Network | Custom Affinity: Electronic Cigarette | National | Banner Notices | 22,500,000 |
| Google Display Network | Contextual Target: JUUL | National | Banner Notices | 25,000,000 |
| Facebook | Age 15+ | National | Newsfeed & Right Hand Column | 15,000,000 |
| Facebook | Data Match Targeting of JUUL email records | National | Newsfeed & Right Hand Column | 10,000,000 |
| Facebook | Parents with Minor Children | National | Newsfeed & Right Hand Column | 10,000,000 |
| Facebook | Interest: Electronic Cigarette and/or Smoking | National | Newsfeed & Right Hand Column | 30,000,000 |
| Instagram | Age 15+ | National | Newsfeed | 3,750,000 |
| Instagram | Age 15+ | National | Instagram Reel (Video) Ads | 26,850,000 |
| Instagram | Data Match Targeting of JUUL email records | National | Newsfeed | 2,500,000 |
| Instagram | Parents with Minor Children | National | Newsfeed | 1,875,000 |
| Instagram | Interest: Electronic Cigarette and/or Smoking | National | Newsfeed | 6,250,000 |
| SnapChat | Age 15+ | National | Video Ad | 21,945,000 |

| Network/Property | Target | Distribution | Ad Type | Planned Impressions |
|---|---|---|---|---|
| TikTok | Age 15+ | National | Video Ad | 41,561,000 |
| Twitter | Age 15+ | National | Twitter Feed Ads | 20,000,000 |
| Twitter | Data Match Targeting of JUUL email records | National | Twitter Feed Ads | 10,000,000 |
| Twitter | Interest: Electronic Cigarette and/or Smoking | National | Twitter Feed Ads | 34,940,000 |
| YouTube | Age 15+ | National | YouTube Pre-Roll Ads (30 seconds) | 7,000,000 |
| YouTube | Parents with Minor Children | National | YouTube Pre-Roll Ads (30 seconds) | 2,500,000 |
| YouTube | Custom Intent: Electronic Cigarette | National | YouTube Pre-Roll Ads (30 seconds) | 6,000,000 |
| YouTube | Custom Affinity: Electronic Cigarette | National | YouTube Pre-Roll Ads (30 seconds) | 6,000,000 |
| YouTube | Contextual Target: JUUL | National | YouTube Pre-Roll Ads (30 seconds) | 3,500,000 |
| Telegram | Target: Apple Music | National | Telegram Pre-Roll Ads (30 seconds) | 4,000,000 |
| Telegram | Targets: Billboard Charts, Movies and/or Movie Reviews | National | Telegram Ad Post | 4,000,000 |
| Reddit | Age 15+ | National | Reddit Feed Ads | 5,000,000 |
| Reddit | /r/JUUL, r/Vaping and/or /r/eCigarette | National | Reddit Feed Ads | 10,000,000 |
| **TOTAL** | | | | **392,671,000** |

43.    Clicking on the Digital Notices will link the readers to the case website, where they can easily obtain detailed information about the case.

44.    Throughout the implementation of the Notice Plan, the effectiveness of the Notice Plan will be continuously monitored to ensure impression goals are met.

### Sponsored Search Listings

45.    The Notice Plan includes purchasing sponsored search listings to facilitate locating the case website.  Sponsored search listings will be acquired on the three most highly-visited internet search engines: *Google*, *Yahoo!* and *Bing*.  When search engine visitors search on selected common keyword combinations related to the case, the sponsored search listing will be generally

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT

displayed at the top of the page prior to the search results or in the upper right-hand column.
Representative search terms will include word and phrase variations related to the litigation.  The
sponsored search listings will be displayed nationwide.

### Other Forms of Notice and Notice Support

#### *Informational Release*

46.    To build additional reach and extend exposures, a party-neutral press release will be
issued broadly over PR Newswire to approximately 5,000 general media (print and broadcast)
outlets, including local and national newspapers, magazines, national wire services, television and
radio broadcast media across the United States as well as approximately 4,500 websites, online
databases, internet networks and social networking media.

47.    The press release will also be distributed over Uwire's college press release and wire
service to over 500 college newspapers/websites.  Uwire is the largest college news and press
release distribution in the United States.  Press releases over Uwire are distributed to college
newspapers (both print and online), college radio stations, college television networks, and college
blogs across the internet.

48.    The press release will include the address of the case website and the toll-free
telephone number.  The press release will serve a valuable role by providing additional notice
exposures beyond that which was provided by the paid media.

#### *Case Website*

49.    The existing neutral, informational, website with the domain name
www.JUULClassAction.com established for the JUUL Settlement will continue to be available to
Class Members.  As part of implementing the Notice Plan, the information available on the website
to potential Class Members will be updated regarding the Altria Class Settlement.  Potential Class
Members will be able to obtain additional information and documents for the Altria Class
Settlement including the Long Form Notice, Complaints, Altria Class Settlement Agreement,
Motion for Preliminary Approval, and Preliminary Approval Order (once granted), relevant

deadlines and answers to ("FAQs"), and any other information that the Court may require. Class Members will also be able to file a Claim on the website, including the ability to submit a Claim for additional purchases over those shown in JUUL's records. Class Members who receive an emailed and/or a mailed notice will be directed straight to the claim filing page from their notice (via a link or a scannable QR Code). The website will include an option for displaying text in Spanish, as well as a link to a Spanish version of the Long Form Notice. The website address will be prominently displayed in all notice documents.

### *Claim Process*

50.     The Notices will clearly state that Class Members who already filed a claim for the JUUL Settlement, do not need to file a claim to receive benefits from the Altria Class Settlement. A simple claim form will be used to allow Class Members to make claims for both direct and indirect purchases. They can also specify additional indirect purchasers, as can all other Class Members. In specifying indirect purchases, the Class Members will be asked for the date of their first and last purchase and their purchase frequency of various types of JUUL Products. The system will then automatically compute an amount spent on JUUL Products. Claims will be subject to validation and industry-standards fraud prevention efforts, and proof of purchase may be required for claims above a pre-set amount. Recipients of the Postcard Notice can elect to file their claims by mail (i.e., without going online) for their direct purchases only, by detaching and returning the prepaid return card.

### *Toll-free Telephone Number and Postal Mailing Address*

51.     The existing toll-free number (1-855-604-1734) established for the JUUL Settlement will continue to be available to Class Members. As part of implementing the Notice Plan, the information available to callers to the toll-free number will be updated regarding the Altria Class Settlement. Callers will hear an introductory message and then have the option to continue to get information about the lawsuit in the form of recorded answers to FAQs (in English and Spanish). Callers will also have an option to request a Long Form Notice by mail. In addition, callers will

1  have the option to speak to a live agent in English with translations services available for other

2  languages, including Spanish. The toll-free telephone number will be prominently displayed in all

3  notice documents.

4  52.     The existing postal mailing address and email address established for the JUUL

5  Settlement will continue to be available for the Altria Class Settlement, allowing Class Members to

6  request additional information or ask questions via these channels.

7  *Notice Plan Reach*

8  53.     The planned reach of the comprehensive Internet Digital Notice Campaign alone is

9  at least 70% of the target audience. When combined with the comprehensive individual notice

10  efforts, the Notice Plan will result in an overall planned reach of at least 80% of the Class Members.

11  The actual reach of the Notice Plan will almost certainly be higher given the additional components,

12  which are not included in the calculated reach percentages (*Telegram* or *Snapchat*, the Sponsored

13  Search Listings, the Informational Release, and the Case Website) and the conservative nature of

14  our reach estimates.

15  *Distribution Options*

16  54.     The Altria Class Settlement provides Class Members the option of filing a Claim

17  Form online or submitting a Claim Form by mail. The direct notices include the case website

18  address and how Class Members can file a Claim Form online or by mail. The Email Notice will

19  include a link directly to the claim filing portal on the case website, where Class Members can file

20  an online Claim Form. Regardless of how a Claim is filed, all Claimants with a valid Claim will be

21  given the option of receiving a digital payment (such as PayPal, digital gift card, digital Mastercard,

22  or other options). Class Members will also be able to elect to receive a traditional paper check.

23  55.     The easier it is for Class Members to file a Claim and receive settlement benefits, the

24  more likely they are to participate in the Settlement. Accordingly, the Claim Form and case website

25  are designed to ensure that Class Members experience a robust claim filing process to increase the

26  participation of Class Members in the Altria Class Settlement.

27

28

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
OF THE ALTRIA CLASS SETTLEMENT

## **DATA PRIVACY AND SECURITY**

56.     Epiq has procedures in place to protect the security of class data.  As with all cases, Epiq will continue to maintain extensive data security and privacy safeguards in its official capacity as the Class Settlement Administrator.  A *Services Agreement*, which formally retains Epiq as the Class Settlement Administrator, will govern Epiq's settlement administration responsibilities for the Action.  Service changes or modification beyond the original contract scope will require formal contract addendum or modification.  Epiq maintains adequate insurance in case of errors.

57.     As a data processor, Epiq performs services on data provided, only as those services are outlined in a contract and/or associated statement(s) of work.  Epiq does not utilize or perform other procedures on personal data provided or obtained as part of its services to a client.  All data that has been provided or will be provided directly to Epiq will be used solely for the purpose of effecting the terms of the JUUL and Altria Class Settlements.  Epiq will not use such information or information to be provided by Class Members for any other purpose than the administration of the JUUL and Altria Class Settlements in this Action, specifically the information will not be used, disseminated, or disclosed by or to any other person for any other purpose.

58.     The security and privacy of clients' and class members' information and data are paramount to Epiq.  That is why Epiq has invested in a layered and robust set of trusted security personnel, controls, and technology to protect the data we handle.  To promote a secure environment for client and class member data, industry leading firewalls and intrusion prevention systems protect and monitor Epiq's network perimeter with regular vulnerability scans and penetration tests.  Epiq deploys best-in-class endpoint detection, response, and anti-virus solutions on our endpoints and servers.  Strong authentication mechanisms and multi-factor authentication are required for access to Epiq's systems and the data we protect.  In addition, Epiq has employed the use of behavior and signature-based analytics as well as monitoring tools across our entire network, which are managed 24 hours per day, 7 days per week, by a team of experienced professionals.

59.     Epiq's world class data centers are defended by multi-layered, physical access

security, including formal ID and prior approval before access is granted, closed-circuit television ("CCTV"), alarms, biometric devices, and security guards, 24 hours per day, 7 days per week. Epiq manages minimum Tier 3+ data centers in 10 locations worldwide. Our centers have robust environmental controls including uninterruptable power supply ("UPS"), fire detection and suppression controls, flood protection, and cooling systems.

60.    Beyond Epiq's technology, our people play a vital role in protecting class members' and our clients' information. Epiq has a dedicated information security team comprised of highly trained, experienced, and qualified security professionals. Our teams stay on top of important security issues and retain important industry standard certifications, like SysAdmin, Audit, Network, and Security ("SANS"), Certified Information Systems Security Professional ("CISSP"), and Certified Information Systems Auditor ("CISA"). Epiq is continually improving security infrastructure and processes based on an ever-changing digital landscape. Epiq also partners with best-in-class security service providers. Our robust policies and processes cover all aspects of information security to form part of an industry leading security and compliance program, which is regularly assessed by independent third parties.

61.    Epiq holds several industry certifications including: Trusted Information Security Assessment Exchange ("TISAX"), Cyber Essentials, Privacy Shield, and ISO 27001. In addition to retaining these certifications, we are aligned to Health Insurance Portability and Accountability Act ("HIPAA"), National Institute of Standards and Technology ("NIST"), and Federal Information Security Management Act ("FISMA") frameworks. We follow local, national, and international privacy regulations. To support our business and staff, Epiq has a dedicated team to facilitate and monitor compliance with privacy policies. Epiq is also committed to a culture of security mindfulness. All employees routinely undergo cybersecurity trainings to ensure that safeguarding information and cybersecurity vigilance is a core practice in all aspects of the work our teams complete.

62.    Upon completion of a project, Epiq continues to host all data until otherwise

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT

1   instructed in writing by a customer to delete, archive or return such data.  When a customer requests

2   that Epiq delete or destroy all data, Epiq agrees to delete or destroy all such data; provided,

3   however, that Epiq may retain data as required by applicable law, rule or regulation, and to the

4   extent such copies are electronically stored in accordance with Epiq's record retention or back-up

5   policies or procedures (including those regarding electronic communications) then in effect.  Epiq

6   keeps data in line with client retention requirements.  If no retention period is specified, Epiq

7   returns the data to the client or securely deletes it as appropriate.

8                          **COSTS OF NOTICE AND ADMINISTRATION**

9           63.     Based on various scenarios (total claims received, etc.), the cost to implement the

10  Notice Plan and administer the Altria Class Settlement is currently estimated to be approximately

11  $3,547,000 (based on 1 million valid claims received).  This includes media, print, email, and

12  postage costs, etc.).  Final total costs are also dependent to a lesser extent upon other variables

13  such as the number of calls to the toll-free line, the validity and completeness of claim

14  submissions and the ratio of Class Members who elect a digital payment vs a check.  Epiq will

15  work with Class Counsel to manage the overall cost of administration.

16                                    **CONCLUSION**

17          64.     In class action notice planning, execution, and analysis, we are guided by due

18  process considerations under the United States Constitution, and by case law pertaining to the

19  recognized notice standards under Federal Rule of Civil Procedure 23.  This framework directs that

20  the notice plan be optimized to reach the class, and to provide class members with easy access to

21  the details of how the class action may impact their rights.  Based on the information that has been

22  provided to me at this point, all these requirements will be met in this case.

23          65.     The Notice Plan includes Individual Notice to identified Class Members.  As a result

24  of the Individual Notice combined with the extensive Media Plan, we reasonably expect the Notice

25  Plan to reach at least of 80% of the identified Class Members (and likely higher).  The reach will be

26  further enhanced by a press release, sponsored search, and a website.  In 2010, the FJC issued a

27

28

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
OF THE ALTRIA CLASS SETTLEMENT

1   Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.  This Guide

2   states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort

3   is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to

4   reach between 70–95%."[11]   Here, we have developed a Notice Plan that will readily achieve a reach

5   within that standard.

6         66.     The Notice Plan follows the guidance for how to satisfy due process obligations that

7   a notice expert gleans from the United States Supreme Court's seminal decisions, which are: a) to

8   endeavor to actually inform the class,[12] and b) to demonstrate that notice is reasonably calculated to do

9   so.[13]

10        67.     The Notice Plan will provide the best notice practicable under the circumstances of

11  this case, conforms to all aspects of Federal Rule of Civil Procedure 23, comports with the guidance

12  for effective notice articulated in the Manual for Complex Litigation 4th Edition, and is consistent

13  with the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and

14  Plain Language Guide (2010).

15        68.     The Notice Plan schedule will afford enough time to provide full and proper notice

16  to Class Members before the opt-out and objection deadlines.  At least 60 days will be provided to

17  Class Members from the notice completion date until the opt-out deadline.[14]

18        69.     Following entry of the Preliminary Approval Order, and until entry of the Final

19  Approval Order and Judgment, Epiq will send to Class Counsel weekly reports containing

20

21  ───────────────

22  [11] FED. JUDICIAL CTR, JUDGES' CLASS ACTION NOTICE AND CLAIMS PROCESS CHECKLIST AND PLAIN
     LANGUAGE GUIDE 3 (2010), available at https://www.fjc.gov/content/judges-class-action-notice-
23   and-claims-process-checklist-and-plain-language-guide-0.
     [12] "But when notice is a person's due, process which is a mere gesture is not due process.  The
24   means employed must be such as one desirous of actually informing the absentee might reasonably
     adopt to accomplish it," *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).
25   [13] "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties
     of the pendency of the action and afford them an opportunity to present their objections," *Eisen v.*
26   *Carlisle & Jacquelin*, 417 U.S. 156 (1974) citing *Mullane* at 314.
     [14] The N.D. Cal. Procedural Guidance for Class Action Settlements, Preliminary Approval (9)
27   regarding the timeline for class members to opt-out will be followed.

28  DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL
     OF THE ALTRIA CLASS SETTLEMENT

summary statistics detailing the implementation of the settlement process. Such reports will include, at a minimum, the number of proper and timely Opt-Outs and the number of claims received.

70.    At the conclusion of the Notice Plan, Epiq will provide a final report verifying the effective implementation of the Notice Plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2023.

_____

Cameron R. Azari, Esq.

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF THE ALTRIA CLASS SETTLEMENT