

RECEIVED
JUL 27 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To whom it may concern,

I, Allyson Duranceau, respectfully object to the Juul settlement. Please reference the below information for my objection.

**1. My full name, address, telephone number, and email address;**

Full name: Allyson Duranceau
Address: 2331 Old Chesterfield Rd .
            Longs, SC 29568
Telephone number: 19194998569
Email address: allysonduranceau@gmail.com

**2. The case name and number:** *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.);

**3. Documentation demonstrating that I am a member of the Class and/or this statement, followed by my signature: "I declare under penalty of perjury under the laws of the United States of America that [insert your name] is a member of the Class.";**

Month, day, and year I first purchased JUUL Products: 05/11/2017

Month, day, and year I last purchased JUUL Products: 04/08/2021

NUMBER of Products I Purchased on Average in a Year from a retailer other than the JUUL website:

- JUUL Pods (4 pack): 375
- JUUL Pods (2 pack): 375
- Starter Kit (Device, USB Charger, 4 JUUL Pods): 20
- Starter Kit (Device, USB Charger, 2 JUUL Pods): 20
- Basic Kit/Device Kit (Device plus USB Charger): 20
- USB Charger: 20

- Charging

"I declare under penalty of perjury under the laws of the United States of America that Allyson Duranceau is a member of the Class."

Signature: /s/Allyson Duranceau        Date: 7/18/23

**4. A written statement of all grounds for my objection, including any legal support for the objection;**

My agent, ClaimClam, has informed me that the Settlement Administrator is rejecting my submitted claim due to it being submitted by an agent.

I find the class action claims filing process to be unduly burdensome, namely figuring out which settlements I'm eligible for, making the filing, and receiving the payment. I would not have known about the Juul settlement if not for my agent. They also made the filing easier for me by simplifying the language and breaking it down into smaller, more manageable pieces. I also rely on my agent to collect my payment and ensure that I receive it, in addition to being responsive and looking out for my interests.

**5. Copies of any papers, briefs, or other documents your objection is based on;**

N/A

**6. The name, address, email address, and telephone number of every attorney representing me;**

N/A

**7. A statement saying whether I and/or my attorney intend to appear at the Final Approval Hearing and, if so, a list of all persons, if any, who will be called to testify in support of the objection.**

I, Allyson Duranceau, intend to appear at the Final Approval Hearing.

Sincerely,

Allyson Duranceau        x Allyson

From: info_JUULclassaction <info@JUULclassaction.com>
To: zim@getclaimclam.com
Sent: July 10, 2023 11:14 AM

Dear Zim Hang,

Thank you for your patience while we researched your request.

This matter does not accept claims filed via third party filers, claims aggregators, authorized agents, or any other party who is submitting a claim on behalf of a claimant capable of filing on their own. In order for a claim to be valid, it must be individually submitted by the claimant, or if the claimant is unable to file on their own, by a personal representative for the claimant who can provide a power of attorney, a will, or trust document that names them. Payments will be sent directly to the individual claimant who submitted their claim, or their personal/legal representative. If you have any further questions, please reach out to Class Counsel directly at scottg@girardsharp.com.

Regards,

Danielle B.

In re JUUL Labs, Inc. Settlement Administrator

Allyson Duranceau
2331 Old Chesterfield Rd
Longs SC 29568

**RECEIVED**
JUL 27 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



Office of the Clerk of Court
U.S. District Court for
the Northern District of California
450 Golden Gate Ave.
San Francisco CA 94012

94102

