UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Class Actions | CASE NO. 19-md-02913-WHO<br><br>**NOTICE OF FILING OF OBJECTIONS TO THE JLI CLASS ACTION SETTLEMENT** |

In accordance with the Court's January 30, 2023, Order Granting the Motion for Preliminary Approval of the Class Action Settlement, Dkt. 3779, on July 21, 2023, Class Plaintiffs filed a notice identifying the individuals who sought to opt out of, and objected to, the JLI Settlement. Dkt. 4075. As the notice indicated, given the volume of objections received from a single third-party filer's clients (based on a template objection form the third-party filer provided to those clients), Epiq was continuing to process and compile the objections at the time of Class Plaintiffs' filing on July 21. *Id.* at n.1. Epiq continued to receive late objections regarding the third-party filer after that filing, but has now completed that process.

The Long-Form Notice directed any objecting class members to submit objections to both the Court and to Epiq by July 14, 2023. Five objections have been filed on the Court's docket. *See* Dkts. 4026, 4033, 4062, 4063, and 4077.[1] Epiq has received an additional 447 objections, 443 of which object to a single issue—Class Counsel's decision to reject claims submitted through third-party claims processor ClaimClam—and use the same template objection.[2] The 447 objections that do not appear on the Court's docket are attached to this notice as Exhibits 1-5, with all of the ClaimClam-related objections contained in Exhibit 5. Attached as Exhibit 6 is an updated list of the 443 ClaimClam-related objections, which includes those objections received after Class Plaintiffs' filing on July 21, listed in the order in which they appear in Exhibit 5.

A chart identifying the previously-filed objections, and the objections attached to this notice, is below.

---

[1] In addition, three of the objections regarding the third-party filer issue were both emailed to Epiq and filed by the Clerk. *See* Dkt. 4078 (Melinda Woiten, docketed as "Melinda Wolten"), Dkt. 4083 (Allyson Duranceau), and Dkt. 4084 (Hunter Wentworth). For simplicity, these three objections are included in the tally of the additional objections, and the emailed objections are included in Exhibit 5.

[2] More than 120 of the ClaimClam objections were not timely received by Epiq. Given that the objections are form objections raising the same issue, Class Counsel has nonetheless included them in Exhibit 5 below and reserves all rights with respect to the timeliness of such objections.

| Objector(s) | Location of Objection in the Record | General Description of Objection |
|---|---|---|
| John Gugliotta | Dkt. 4026 | Various objections to the notice and the absence of non-monetary relief |
| Samuel Marcom | Dkt. 4033 | Disagrees with the basis of the lawsuit and JUUL being singled out among e-cigarettes |
| Cade Beauparlant, Matthew Murhphy, and Marianne Savage | Dkt. 4062 | Request that $30 million of the JLI Settlement be distributed as *cy pres* to a non-profit organization |
| Reilly Stephens | Dkt. 4063 | Objects to Class Counsel's fee request. |
| Melissa Stawicki | Dkt. 4077 | No basis provided |
| Olin Ashak | Ex. 1 | Disagrees with the basis of the lawsuit and the process for objecting |
| Lawanda Ready | Ex. 2 | No basis provided |
| John Stampfer | Ex. 3 | No basis provided |
| Austin Toole | Ex. 4 | No basis provided |
| Third-party filer ClaimClam and numerous ClaimClam clients | Ex. 5 | Objection to Class Counsel's decision to disallow claims to be filed through third-party filer ClaimClam |
| Updated List of ClaimClam Objectors | Ex. 6 | |

Dated: July 28, 2023

Respectfully submitted,

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

*Co-Lead Counsel and Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, because the CM/ECF system was inoperable at the time of filing, I sent the foregoing document via email to the Court. As soon as the CM/ECF system becomes operable again, I will cause the foregoing document to be electronically filed with the Clerk of the Court using, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Dena C. Sharp*
Dena C. Sharp