

**RECEIVED**
**JUL 31 2023**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



**Objection filing for Juul settlement**
1 message

ClaimClam Support <support-1@getclaimclam.com>     Thu, Jul 20, 2023 at 8:33 AM
To: Michellepowers65@gmail.com

To whom it may concern,

I, Michelle Powers, respectfully object to the Juul settlement. Please reference the below information for my objection.

**1. My full name, address, telephone number, and email address;**

Full name: Michelle Powers
Address: 6603 Cooper Meadows Rd.
         Westerville, OH 43081
Telephone number: 16146073792
Email address: michellepowers65@gmail.com

**2. The case name and number:** In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation, No. 19-md-02913-WHO (N.D. Cal.);

**3. Documentation demonstrating that I am a member of the Class** and/or this statement, followed by my signature: "I declare under penalty of perjury under the laws of the United States of America that [insert your name] is a member of the Class.";

Month, day, and year I first purchased JUUL Products: 02/10/2018

Month, day, and year I last purchased JUUL Products: 06/21/2021

NUMBER of Products I Purchased on Average in a Year from a retailer other than the JUUL website:

- JUUL Pods (4 pack): 4
- JUUL Pods (2 pack): 3
- Starter Kit (Device, USB Charger, 4 JUUL Pods): 1
- Starter Kit (Device, USB Charger, 2 JUUL Pods): 1
- Basic Kit/Device Kit (Device plus USB Charger): 1
- USB Charger: 1
- Charging Case: 2

"I declare under penalty of perjury under the laws of the United States of America that Michelle Powers is a member of the Class."

Signature: /s/Michelle Powers

**4. A written statement of all grounds for my objection, including any legal support for the objection;**

My agent, ClaimClam, has informed me that the Settlement Administrator is rejecting my submitted claim due to it being submitted by an agent.

I respectfully object, and ask the Court to deny the settlement, unless the Settlement Administrator takes an interpretation that allows claims submitted by an authorized agent.

I find the class action claims filing process to be unduly burdensome, namely figuring out which settlements I'm eligible for, making the filing, and receiving the payment. I would not have known about the Juul settlement if not for my agent. They also made the filing easier for me by simplifying the language and breaking it down into smaller, more manageable pieces. I also rely on my agent to collect my payment and ensure that I receive it, in addition to being responsive and looking out for my interests.

I urge the Court to preserve the agent-principal relationship in the consumer class action context, as well as my freedom to choose how I wish to participate.

**5. Copies of any papers, briefs, or other documents your objection is based on;**

N/A

**6. The name, address, email address, and telephone number of every attorney representing me;**

N/A

**7. A statement saying whether I and/or my attorney intend to appear at the Final Approval Hearing and, if so, a list of all persons, if any, who will be called to testify in support of the objection.**

I, Michelle Powers, intend to appear at the Final Approval Hearing.

Sincerely,

Michelle Powers

*Michelle Powers*

Powers
603 Cooper Meadows Rd
Westerville, Ohio
43081

RECEIVED
JUL 31 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-348999

Office of Clerk of Courts
U.S. District Court for
the Northern District of California
450 Golden Gate Ave
San Francisco, CA
94012