To whom it may concern,

I, Anthony Damico, respectfully object to the Juul settlement. Please reference the below information for my objection.

**1. My full name, address, telephone number, and email address;**

Full name: Anthony Damico
Address: 19 Luyster St .
          Huntington StatioN, NY 11746
Telephone number: 16318382457
Email address: wilburanth@yahoo.com

**FILED**

**AUG 02 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**2. The case name and number:** *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.);

**3. Documentation demonstrating that I am a member of the Class and/or this statement, followed by my signature: "I declare under penalty of perjury under the laws of the United States of America that [insert your name] is a member of the Class.";**

Month, day, and year I first purchased JUUL Products: 03/10/2016

Month, day, and year I last purchased JUUL Products: 11/10/2022

NUMBER of Products I Purchased on Average in a Year from a retailer other than the JUUL website:

- JUUL Pods (4 pack): 100

- JUUL Pods (2 pack): 50

- Starter Kit (Device, USB Charger, 4 JUUL Pods): 2

- Starter Kit (Device, USB Charger, 2 JUUL Pods): 2

- Basic Kit/Device Kit (Device plus USB Charger): 4

- USB Charger: 1

- Charging Case: 1

*"I declare under penalty of perjury under the laws of the United States of America that Anthony Damico is a member of the Class."*

**Signature: /s/Anthony Damico**

**4. A written statement of all grounds for my objection, including any legal support for the objection;**

My agent, ClaimClam, has informed me that the Settlement Administrator is rejecting my submitted claim due to it being submitted by an agent.

I respectfully object, and ask the Court to deny the settlement, unless the Settlement Administrator takes an interpretation that allows claims submitted by an authorized agent.

I find the class action claims filing process to be unduly burdensome, namely figuring out which settlements I'm eligible for, making the filing, and receiving the payment. I would not have known about the Juul settlement if not for my agent. They also made the filing easier for me by simplifying the language and breaking it down into smaller, more manageable pieces. I also rely on my agent to collect my payment and ensure that I receive it, in addition to being responsive and looking out for my interests.

I urge the Court to preserve the agent-principal relationship in the consumer class action context, as well as my freedom to choose how I wish to participate.

**5. Copies of any papers, briefs, or other documents your objection is based on;**

N/A

**6. The name, address, email address, and telephone number of every attorney representing me;**

N/A

**7. A statement saying whether I and/or my attorney intend to appear at the Final Approval Hearing and, if so, a list of all persons, if any, who will be called to testify in support of the objection.**

I, Anthony Damico, intend to appear at the Final Approval Hearing.

Sincerely,

Anthony Damico

MID-ISLAND NY 117

28 JUL 2023    PM 4 L

DAmico
19 Luyster St
Huntington Sta. NY 11746

Office of the Clerk of court
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Franscisco, CA 94012

94102-348999



RECEIVED

AUG 02 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA