1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-02913-WHO<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME RE: FEE COMMITTEE SCHEDULE** |
|---|---|

1       I, Sarah R. London, hereby declare as follows:

2       1.    I am partner at Lieff, Cabraser, Heimann & Bernstein, LLP and Court-appointed Co-Lead Counsel and Liaison Counsel in this MDL. I am a member in good standing of the Bar of the State of California, and am admitted to practice before this Court. I have personal knowledge of the matters set forth herein and could testify competently thereto.

      2.    The Court-appointed Fee Committee has been working diligently to prepare recommendations consistent with the Court's July 20, 2023 Order (ECF No. 4068).

      3.    On August 4, 2023, the Fee Committee provided preliminary allocations to applicable firms, and invited any firm to schedule a meeting with the Fee Committee to discuss the proposed allocations. Multiple firms requested and received meetings, which were conducted during the weeks of August 14 and 21. On August 28, the Fee Committee provided a set of final proposed allocations to all applicable firms. The Committee requested that each firm confirm by August 29 whether it accepted or rejected its proposed allocations, or whether additional time was needed to make a decision, with any remaining disputes to be submitted to Special Master Perrelli.

      4.    A handful of firms have requested further review of their allocations. To minimize and potentially eliminate disputes, the Committee, consistent with the Court's Order, recommends that the next step be that any objecting firm present its case to Special Master Perrelli.

      I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on August 29, 2023 in San Francisco, CA.

                                                      */s/ Sarah R. London*
                                                      Sarah R. London