[*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Klamath Tribes v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03987 | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL DISCOVERY IN THE KLAMATH TRIBES MATTER AFTER THE BELLWETHER TRIBAL CASE FACT DISCOVERY CUT-OFF**<br><br>Judge:    Hon. William H. Orrick |

The parties jointly stipulate and agree, subject to the Court's approval, as follows:

WHEREAS on January 24, 2022, the Court entered an order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 2794 (adopting the parties' proposed tribal case schedule and bellwether selection process).

WHEREAS on July 28, 2022, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 3363 (adopting the parties' proposed amended schedule).

WHEREAS on February 14, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 3794 (adopting the parties' proposed amended schedule).

WHEREAS on April 20, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 3933 (adopting the parties' proposed amended schedule).

WHEREAS on May 19, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation.  *See* Dkt. No. 4038 (adopting the parties' proposed amended schedule).

WHEREAS on July 20, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation and setting September 18, 2023 as the close of case-specific fact discovery for the Tribal bellwether cases.  *See* Dkt. No. 4069 (adopting the parties' proposed amended schedule).

WHEREAS, the Altria Defendants noticed the deposition of Klamath Tribes pursuant to Federal Rule of Civil Procedure 30(b)(6) and Klamath Tribes has identified Ms. Chanda Yates as its designee for certain of the Topics identified in the Altria Defendants' deposition notice, specifically Topics related to health care, public health, health education and outreach, cessation, and abatement ("Health Care Topics").

WHEREAS due to medical reasons, Ms. Yates is not available for a deposition until after September 18, 2023, the close of case-specific fact discovery.

WHEREAS the Parties previously served contention discovery requests and agreed that the responses to those requests would be due six weeks after the close of discovery, October 30, 2023, to allow for all other bellwether-specific fact discovery to be completed first.

WHEREAS the Parties agree that it would be beneficial to wait to serve responses to contention discovery requests served by or to Klamath Tribes should until after the Klamath Tribes deposition is completed.

WHEREAS the taking of Klamath Tribes' deposition after September 18, 2023 or the extension of the deadline for responding to contention discovery requests will not impact or change any other dates in the current amended Tribal schedule (Dkt. No. 4069).

Based on the foregoing, the Parties respectfully request that the Court grant an order:

1.     Allowing the Altria Defendants to take Klamath Tribes' deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning the Health Care Topics after the September 18, 2023 close of Tribal bellwether fact discovery; and

2.     Setting the deadline for responses for contention discovery requests in the Klamath Tribes matter to six weeks after the Klamath Tribes' deposition concludes.

Dated: August 30, 2023

Respectfully submitted,

By: */s/ Paul W. Rodney*

John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
john.massaro@arnoldporter.com
jason.ross@arnoldporter.com
david.kouba@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
paul.rodney@arnoldporter.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
lauren.wulfe@arnoldporter.com

Beth A. Wilkinson (*admitted pro hac vice*)
Brian L. Stekloff (*admitted pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Moira K. Penza (*admitted pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
mpenza@wilkinsonstekloff.com

Case No. 3:19-md-02913-WHO

*Attorneys for Defendants Altria Group, Inc.,*
*Philip Morris USA Inc., Altria Client Services*
*LLC, Altria Group Distribution Company, and*
*Altria Enterprises LLC*

By: */s/ Sarah R. London*
Sarah R. London
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: */s/ Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Geoffrey D. Strommer*
**Geoffrey D. Strommer**
**HOBBS, STRAUS, DEAN & WALKER, LLP**
215 SW Washington Street, Suite 200
Portland, OR 97204
Tel: (503) 242-1745
gstrommer@hobbsstraus.com

*Liaison Tribal Counsel*

Case No. 3:19-md-02913-WHO

1
2
3
4
5
6
7
8

# UNITED STATES DISTICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| | **[PROPOSED] ORDER REGARDING ADDITIONAL DISCOVERY IN THE KLAMATH TRIBES MATTER AFTER THE BELLWETHER TRIBAL CASE FACT DISCOVERY CUT-OFF** |
| This Document Relates to: | |
| *Klamath Tribes v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03987 | Judge:   Hon. William H. Orrick |

12
13
14
15
16
17

The Court hereby adopts the Parties' stipulation regarding additional discovery in the Klamath

18

Tribes matter after the close of case-specific fact discovery for the Bellwether Tribal Cases:

19
20

1.      The Altria Defendants may take Klamath Tribes' deposition pursuant to Federal Rule of

21

Civil Procedure 30(b)(6) concerning topics related to health care, public health, health

22

education and outreach, cessation, and abatement after the September 18, 2023 close of

23

Tribal bellwether fact discovery; and

24

2.      The deadline for responses for contention discovery requests in the Klamath Tribes matter

25

to six weeks after the Klamath Tribes' deposition concludes.

26
27

Date:        __, 2023

28

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ Paul W. Rodney*
Paul W. Rodney (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
paul.rodney@arnoldporter.com