Michael L. O'Donnell (admitted *pro hac vice*)
odonnell@wtotrial.com
James E. Hooper (admitted *pro hac vice*)
hooper@wtotrial.com
Marissa S. Ronk (admitted *pro hac vice*)
ronk@wtotrial.com
Daniel N. Guisbond (admitted *pro hac vice*)
guisbond@wtotrial.com
Kristen L. Ferries (admitted *pro hac vice*)
ferries@wtotrial.com
Christopher E. Byer (admitted *pro hac vice*)
byer@wtotrial.com
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879

*Attorneys for Defendant McLane Company, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No:  19-md-02913-WHO |
| | **NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.** |
| This Document Relates to:<br><br>ALL PERSONAL INJURY ACTIONS | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kristen L. Ferries, admitted pro hac vice on January 20, 2021 (ECF 1289), is withdrawn as counsel for Defendant McLane Company, Inc. ("McLane") in the above-captioned litigation. Ms. Ferries will be no longer employed by McLane's counsel, Wheeler Trigg O'Donnell LLP, as of September 9, 2023. McLane will continue to be represented by the other attorneys of Wheeler Trigg O'Donnell, LLP who have entered an appearance in this matter, including those listed below. Please remove Ms. Ferries' name from all applicable service lists.

1

Case No. 3:19-md-02913-WHO
NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS
COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.

1    Dated:  September 6, 2023.                    WHEELER TRIGG O'DONNELL LLP

2

3                                          By:  */s/ Kristen L. Ferries*

4                                               Michael L. O'Donnell
                                                James E. Hooper

5                                               Marissa S. Ronk
                                                Daniel N. Guisbond

6                                               Kristen L. Ferries
                                                Christopher E. Byer

7                                               *Attorneys for Defendant McLane Company, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:19-mc-02913-WHO
NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS
COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on September 6, 2023, I electronically served the foregoing **NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.** with to the following email addresses:

- **Grant C. O'Hickey**
  gohickey@gunster.com

- **Nader R. Boulos**
  nboulos@kirkland.com

- **Mary Charlotte Y. Carroll**
  mcarroll@kellogghansen.com

- **Jaclyn Delligatti**
  jdelligatti@wilkinsonstekloff.com

- **Chanakya Arjun Sethi**
  csethi@wilkinsonstekloff.com

- **Thomas R. Julin**
  tjulin@gunster.com

- **Preethi Sekharan**
  psekharan@gunster.com

- **Ashley E. Littlefield**
  ashley.littlefield@kirkland.com

- **Stephen C. Richman**
  srichman@gunster.com

- **Matthew Borden**
  borden@braunhagey.com

- **Alison Vandenburgh**
  azoschak@wilkinsonstekloff.com

- **Matthew Skanchy**
  mskanchy@wilkinsonstekloff.com

- **John D. Parron**
  jparron@bm.net

- **Raymond C. Rinaldi, II**
  rcrii@lawinpa.com

- **Fred P. Rinaldi**
  fpr@lawinpa.com

- **Brian Stekloff**
  bstekloff@wilkinsonstekloff.com

- **Rachel Beth Abrams**
  rabrams@peifferwolf.com

- **Michael A. Akselrud**
  michael.akselrud@lanierlawfirm.com, Zarah.Levin-Fragasso@LanierLawFirm.com

- **Andrew C. Allen**
  aallen@fulmerschudmak.com

- **Sharon S. Almonrode**
  ssa@millerlawpc.com, aad@ecf.courtdrive.com, ssa@ecf.courtdrive.com,
  aad@millerlawpc.com, eeh@millerlawpc.com

- **Jason Henry Alperstein**
  jalperstein@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_fl@rgrdlaw.com

- **Charles Edward Amos, II**
  edward.amos@segal-law.com, katie.barker@segal-law.com,
  3869933420@filings.docketbird.com

- **Virginia E. Anello**
  vanello@douglasandlondon.com

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_fl@rgrdlaw.com

- **Stephen R. Astley**
  sastley@rgrdlaw.com

- **Henry Jacob Avery**
  havery@zsz.com

- **Cari L. Baermann**
  cbaermann@hobbsstraus.com

- **Khaldoun A. Baghdadi**
  kbaghdadi@walkuplawoffice.com, lconnors@walkuplawoffice.com,
  1322673420@filings.docketbird.com, jsingh@WalkupLawOffice.com

- **F. Hall Bailey**
  hbailey@lalorbaileyaby.com

2

- **Krista K. Baisch**
  kkb@cruegerdickinson.com

- **Robert S. Baizer**
  bob@baizlaw.com

- **Benjamin G. Barokh**
  benjamin.barokh@mto.com

- **Eric Barton**
  ebarton@wcllp.com

- **Andrew Thomas Bayman**
  abayman@kslaw.com

- **Barrett L. Beasley**
  BBeasley@Salim-Beasley.com, ebailey@salim-beasley.com, lcausey@salim-beasley.com, croberts@salim-beasley.com, robertsalim@cp-tel.net, mbuchman@motleyrice.com

- **Jere Locke Beasley**
  jere.beasley@beasleyallen.com

- **Jeremy K Beecher**
  jeremy.beecher@mto.com, Dkt-filings@mto.com, marilyn.ogaldez@mto.com

- **Eric R.G. Belin**
  ebelin@provostylaw.com

- **Marissa A. Bellair**
  mbellair@ltke.com

- **James F. Bennett**
  jbennett@dowdbennett.com

- **Christopher John Bergin**
  cbergin@fulmersill.com

- **Andrew David Bergman**
  andrew.bergman@arnoldporter.com

- **Laurence S Berman**
  lberman@lfsblaw.com, mlord@lfsblaw.com, pdandrea@lfsblaw.com, kshub@lfsblaw.com

- **David M. Bernick**
  dbernick@paulweiss.com, rschuman@paulweiss.com, tholoshitz@paulweiss.com, swoods@paulweiss.com, mao_fednational@paulweiss.com

- **Harrison Macy Biggs**
  hbiggs@yourlawyer.com, nmorello@yourlawyer.com, jcallanan@yourlawyer.com

- **Clark Andrew Binkley**
  cbinkley@richmanlawgroup.com

- **Andy D. Birchfield, Jr.**
  andy.birchfield@beasleyallen.com, Melisa.Bruner@BeasleyAllen.com

- **Christina Monique Black**
  cblack@bm.net, tpetosa@bm.net, rpaul@bm.net

- **Garrett D. Blanchfield, Jr.**
  g.blanchfield@rwblawfirm.com, k.schulte@rwblawfirm.com, r.yard@rwblawfirm.com

- **Matthew J. Blaschke**
  mblaschke@kslaw.com, marvelle.moore@kslaw.com, lisa.williams@kslaw.com, hhauck@kslaw.com

- **Martha A. Boersch**
  martha@boersch-illovsky.com, ECF@boersch-illovsky.com, roxanne@boersch-illovsky.com

- **Paige Nicole Boldt**
  pboldt@wattsguerra.com, acura@wattsguerra.com, rcarmony@wattsguerra.com

- **Barbara D. Bonar**
  bdbonar@lawatbdb.com

- **Kenneth John Brennan**
  kbrennan@torhoermanlaw.com

- **Thomas E. Breth**
  tbreth@dmkcg.com, MLascuola@dmkcg.com

- **Mike Brock**
  mike.brock@kirkland.com, christina.sharkey@kirkland.com, zharna.shah@kirkland.com, lkemphues@kirkland.com

- **Kristin M. Bronson**
  kristin.bronson@denvergov.org

- **William Haynes Brooks**
  wbrooks@lfwlaw.com

- **Stephen R. Brown**
  stephen.brown@esbrooklaw.com

- **Lauren B. Seaton**
  lseaton@orrick.com

- **Rachel Corinne Buddrus**
  rbuddrus@fnlawfirm.com

- **Stephen E. Budica**
  sbudica@tysonmendes.com

- **Zachary W. Byer**
  zachary.byer@kirkland.com

- **Christopher E. Byer**
  byer@wtotrial.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com

- **Kevin Calia**
  kevin@boersch-illovsky.com, ECF@boersch-illovsky.com, roxanne@boersch-illovsky.com

- **Kelsey Lynn Campbell**
  kcampbell@briscoelaw.net

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com, bianca-nealious-3081@ecf.pacerpro.com, debra-wilcher-6644@ecf.pacerpro.com, cate-brewer-0141@ecf.pacerpro.com, bnealious@kellerrohrback.com, gretchen-freeman-cappio-5238@ecf.pacerpro.com

- **Thomas Phillip Cartmell**
  tcartmell@wcllp.com, bdacus@wcllp.com, abrane@wcllp.com, apriest@wcllp.com, bwicklund@wcllp.com, jkieffer@wcllp.com, mgoldwasser@wcllp.com, pbradshaw@wcllp.com

- **Solomon B. Cera**
  scera@cerallp.com, pmarkert@cerallp.com, keg@cerallp.com, jrl@cerallp.com

- **Courtney Anne Chadwell**
  cchadwell@bmmfirm.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com, fsalazar@sanfordheisler.com

- **Mario M. Choi**
  mchoi@kaplanfox.com

- **Meghan C. Cleary**
  mcleary@wilkinsonstekloff.com

- **Claudine A. Cloutier**
  ccloutier@kecheslaw.com

- **Jonathan Betten Cohen**
  jonathan@gregcolemanlaw.com, cathy@gregcolemanlaw.com,
  renee@gregcolemanlaw.com

- **Lori G. Cohen**
  cohenl@gtlaw.com

- **Gregory F. Coleman**
  greg@gregcolemanlaw.com, GCLPC@ecf.courtdrive.com, renee@gregcolemanlaw.com,
  dawn@gregcolemanlaw.com

- **Emily Elliot Condon**
  econdon@hsblawfirm.com, jharvey@hsblawfirm.com, mmoody@hsblawfirm.com

- **Sophia B. Cooper**
  scooper@wilkinsonstekloff.com

- **Stephen A. Corr**
  scorr@begleycarlin.com, mmandolesi@begleycarlin.com

- **Charles Christian Correll, Jr**
  ccorrell@kslaw.com, jsouza@kslaw.com, jjackson@kslaw.com, hhauck@kslaw.com,
  ewang@kslaw.com, pbors@kslaw.com, rpada@kslaw.com, tjohnson@kslaw.com,
  amurphy@kslaw.com, gmorris@kslaw.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Ernest "EJ" A. Cox, IV**
  ecox@gunster.com

- **Felicia Craick**
  fcraick@kellerrohrback.com

- **Felicia Johnston Craick**
  fcraick@kellerrohrback.com

- **Sara Beth Craig**
  scraig@levinsimes.com, jcwilletts@levinsimes.com, bsund@levinsimes.com

- **April Mara Cristal**
  cristal@schumannrosenberg.com

- **Charles J. Crueger**
  cjc@cruegerdickinson.com

- **Martin D. Crump**
  martincrump@daviscrump.com, robert.cain@daviscrump.com,
  sara.billiot@daviscrump.com, lynn.trexler@daviscrump.com

- **Felix M. Czernin**
  max.czernin@squirepb.com

- **James Nixon Daniel,  III**
  jnd@beggslane.com, ch@beggslane.com

- **Timothy S. Danninger**
  tdanninger@gunster.com

- **Robert Thomas Dassow**
  rdassow@hovdelaw.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com, jdennis@rgrdlaw.com, e_file_sd@rgrdlaw.com,
  e_file_fl@rgrdlaw.com, sdavidson@ecf.courtdrive.com

- **Adam Steffen Davis**
  adavis@wcllp.com

- **A.J. De Bartolomeo**
  ajdebartolomeo@tadlerlaw.com, ajd@tadlerlaw.com, jjoseph@tadlerlaw.com,
  atadler@tadlerlaw.com, jmilitano@tadlerlaw.com, bmorrison@tadlerlaw.com

- **Peter De La Cerda**
  peter@edwardsdelacerda.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Roger C. Denton**
  rdenton@uselaws.com

- **Samuel R. Diamant**
  sdiamant@kslaw.com, sbutler@kslaw.com

- **Erin K. Dickinson**
  ekd@cruegerdickinson.com, ths@cruegerdickinson.com, maj@cruegerdickinson.com

- **Timothy D. Dillard**
  cdillard@foley.com

- **Jay P. Dinan**
  jdinan@yourlawyer.com

- **Matthew Dirkes**
  matt@boersch-illovsky.com, ECF@boersch-illovsky.com, roxanne@boersch-
  illovsky.com

1

2
- **Tyler Doh**
  tdoh@goodwinlaw.com

3
- **Sarah J. Donnell**
  sdonnell@kirkland.com

4

5
- **Kathleen B. Douglas**
  kdouglas@rgrdlaw.com

6

7
- **J. Luke Dow**
  ldow@wenholzdow.com

8
- **Dan Drachler**
  ddrachler@zsz.com

9

10
- **E. Michelle Drake**
  emdrake@bm.net, mplsparalegals@bm.net, emagnus@bm.net, jhibray@bm.net

11
- **David Thomas Duff**
  dduff@dfl-lawfirm.com

12

13
- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com, jdennis@rgrdlaw.com, e_file_sd@rgrdlaw.com,
  e_file_fl@rgrdlaw.com

14

15
- **Christopher Charles Dyer**
  cdyer@lucasmagazine.com

16

17
- **Marc Howard Edelson**
  medelson@edelson-law.com

18

19
- **Adam A. Edwards**
  adam@gregcolemanlaw.com

20
- **Brian Howard Eldridge**
  beldridge@hmelegal.com, jprior@hmelegal.com, ahuller@hmelegal.com

21

22
- **William Lee Elebash**
  wle@beggslane.com, jlc@beggslane.com

23
- **John P. Elliott**
  jpe@elliottgreenleaf.com

24

25
- **Ronald T. Elliott**
  relliott@dmkcg.com, cberanty@dmkcg.com

26
- **Tiffany Rose Ellis**
  tellis@weitzlux.com, slittman@weitzlux.com, nhryczyk@weitzlux.com

27

28

---

- **Jason B. Elster**
  elsterj@gtlaw.com

- **Sarah Nicole Emery**
  semery@justicestartshere.com

- **Christopher J. Esbrook**
  christopher.esbrook@esbrooklaw.com

- **Sydney Everett**
  Sydney.Everett@BeasleyAllen.com

- **J. F.**
  enafisi@classlawdc.com

- **Peter A. Farrell**
  pfarrell@kirkland.com

- **Misty Ann Farris**
  mfarris@fnlawfirm.com, vmcneme@fnlawfirm.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **Kristen L. Ferris**
  ferris@wtotrial.com

- **Gregory S. Spizer**gspizer@vscplaw.com**Craig Lloyd Fishman**
  clf@ssf-lawfirm.com

- **John Paul Fiske**
  jfiske@baronbudd.com, kepeters@baronbudd.com, jhutchison@baronbudd.com

- **Kelly A. Fitzpatrick**
  kfitzpatrick@thefloodlawfirm.com

- **Rebecca Fitzpatrick**
  rebecca.fitzpatrick@kirkland.com

- **Wendy R. Fleishman**
  wfleishman@lchb.com

- **John Joseph Foley**
  jfoley@simmonsfirm.com, pharmfilings@simmonsfirm.com,
  lwooten@simmonsfirm.com

- **Fond du Lac Band of Lake Superior Chippewa**
  SethBichler@fdlrez.com

- **Nicholas Rocco Fornolo**
  nfarnolo@napolilaw.com

- **James Patrick Frantz**
  jpf@frantzlawgroup.com, hlo@frantzlawgroup.com, wshinoff@frantzlawgroup.com,
  rosa@frantzlawgroup.com

- **Thomas Roe Frazer, II**
  roe@frazer.law, hailey@ecf.courtdrive.com, angela@ecf.courtdrive.com

- **Brendan T. Franzoni**
  brendan.franzoni@hugheshubbard.com

- **Thomas Roe Frazer, III**
  trey@frazer.law, angela@ecf.courtdrive.com

- **Rebecca Laine Fredona**
  rfredona@molllawgroup.com

- **Anthony G. Simon**
  asimon@simonlawpc.com

- **Andrew Ross Frisch**
  afrisch@forthepeople.com

- **Arati Chauhan Furness**
  afurness@fnlawfirm.com, cnakagai@fnlawfirm.com, vmcneme@fnlawfirm.com,
  jwesley@fnlawfirm.com, dmcdowell@fnlawfirm.com

- **Steven D. Gacovino**
  s.gacovino@gacovinolake.com

- **Alison Smith Gaffney**
  agaffney@kellerrohrback.com, cathy-hopkins-4757@ecf.pacerpro.com,
  cbrewer@kellerrohrback.com, alison-gaffney-0923@ecf.pacerpro.com, cate-brewer-
  0141@ecf.pacerpro.com

- **Michael A. Galpern**
  mgalpern@lockslaw.com

- **Edgar Dean Gankendorff**
  egankendorff@provostylaw.com, cszapary@provostylaw.com,
  gwalker@provostylaw.com

- **Ericarae M. Garcia**
  egarcia@weitzlux.com

- **Jonathan W. Garlough**
  jgarlough@foley.com

1

2

- **Nathaniel Peardon Garrett**
  ngarrett@jonesday.com, ecf-9d8e07160ff2@ecf.pacerpro.com,
  mlandsborough@jonesday.com

3

4

- **Robert Thomas Garwood**
  rgarwood@forthepeople.com

5

6

- **Jonathan R. Gdanski**
  JGdanski@schlesingerlaw.com, megan@schlesingerlaw.com,
  sarah@schlesingerlaw.com

7

8

- **Donald T. Gervase, Jr**
  dgervase@provisionlaw.com

9

10

- **Gorman E. Getty, III**
  ggetty@ggettylaw.com

11

- **Jeff S. Gibson**
  jgibson@cohenandmalad.com, jgibson@wagnerreese.com

12

13

- **Alexandra Milan Gill**
  sgill@lccplaw.com, lcristini@lccplaw.com

14

- **Alessandra M. Givens**
  AGivens@kslaw.com, hhauck@kslaw.com

15

16

- **Renee A. Goble**
  Renee.Carmody@denvergov.org

17

18

- **Christopher Chagas Gold**
  cgold@rgrdlaw.com, htyler@aacounty.org, CGold@ecf.courtdrive.com,
  e_file_sd@rgrdlaw.com, e_file_fl@rgrdlaw.com

19

20

- **Stuart L. Goldenberg**
  slgoldenberg@goldenberglaw.com

21

22

- **Melissa E. Goldmeier**
  mgoldmeier@howardcountymd.gov

23

- **Octavio Gomez**
  tgomez@forthepeople.com

24

25

- **Brenton Jeremy Goodman**
  bgoodman@levinlaw.com

26

- **Edmund Goodman**
  EGoodman@Hobbsstraus.com

27

28

- **Edward James Gorman**
  edward.gorman@denvergov.org

11

- **Mark A. Gottlieb**
  mark@phaionline.org, 8546719420@filings.docketbird.com

- **Kirk John Goza**
  kgoza@gohonlaw.com, ljoyce@gohonlaw.com, rmiller@gohonlaw.com,
  mhise@gohonlaw.com, ksneufeld@gohonlaw.com, omadderom@gohonlaw.com

- **Joshua H. Grabar**
  jgrabar@grabarlaw.com

- **Mary Elizabeth Graham**
  egraham@gelaw.com, smertz@gelaw.com, jaguirre@gelaw.com, palderson@gelaw.com,
  rcampbell@gelaw.com, iwatson@gelaw.com, 8936483420@filings.docketbird.com,
  astoltz@gelaw.com

- **Carter David Grant**
  cgrant@hmelegal.com

- **Megan B. Greene**
  megan.greene@montgomerycountymd.gov

- **Joseph P. Griffith, Jr.**
  joegriffithjr@hotmail.com

- **John Horton Guerry**
  john@theoslaw.com

- **Daniel N. Guisbond**
  guisbond@wtotrial.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Adam Gutride**
  adam@gutridesafier.com, 9205703420@filings.docketbird.com

- **Michael John Guzman**
  mguzman@kellogghansen.com, pcurtin@kellogghansen.com, ecf-
  2525e696171b@ecf.pacerpro.com

- **Jeffrey Louis Haberman**
  jhaberman@schlesingerlaw.com, megan@schlesingerlaw.com,
  cara@schlesingerlaw.com, aifhylton@schlesingerlaw.com

- **Rita M. Haeusler**
  rita.haeusler@hugheshubbard.com

- **Michael N. Hanna**
  mhanna@forthepeople.com

- **Marc Pemble Hansen**
  marc.hansen@montgomerycountymd.gov

- **Mark C. Hansen**
  MHansen@kellogghansen.com, ecfnotices@kellogghansen.com,
  ncasart@kellogghansen.com, acasasco@kellogghansen.com

- **Steven Alan Hart**
  shart@hmelegal.com

- **Lexi J. Hazam**
  lhazam@lchb.com

- **Alison Cannata Hendele**
  hendele@cannatalaw.com

- **Bryce Thomas Hensley**
  bhensley@rblaw.net

- **Thomas K. Herren**
  tom.herren@herrenadams.com

- **Ellen E. Herzog**
  herzog@wtotrial.com, lescano@wtotrial.com

- **Nathan W. Hill**
  nhill@gunster.com

- **Mahzad Kazempour Hite**
  mhite@levinsimes.com, tvaughns@levinsimes.com, ktrillo@levinsimes.com

- **Tor Hoerman**
  tor@thlawyer.com, jld@thlawyer.com

- **Sam Ikard**
  sam.ikard@kirkland.com

- **Michael Alan Holcomb**
  aholcomb@turnbullfirm.com

- **Home Oil Company, Inc.**
  jtuley@hglawpc.com

- **Bradley D. Honnold**
  bhonnold@gohonlaw.com, ljoyce@gohonlaw.com, mhise@gohonlaw.com,
  ksneufeld@gohonlaw.com, omadderom@gohonlaw.com, rmiller@gohonlaw.com

- **David Ian Horowitz**
  david.horowitz@kirkland.com

- **August B. Hotchkin**
  ahotchkin@bremerwhyte.com, bburns@bremerwhyte.com

- **Danielle Marie Houck**
  daniellehouck@sfusd.edu, atkinsd@sfusd.edu

- **Patrick Howard**
  phoward@smbb.com, bhartman@smbb.com, alafontaine@smbb.com

- **Charles Davenport Hudson**
  charlie@pennandseaborn.com

- **Tyler William Hudson**
  thudson@wcllp.com

- **Thomas J. Hurney, Jr.**
  thurney@jacksonkelly.com

- **James F. Hurst**
  james.hurst@kirkland.com

- **Eugene G. Illovsky**
  eugene@boersch-illovsky.com, ECF@boersch-illovsky.com, roxanne@boersch-illovsky.com

- **Steven T. Jaffe**
  sjaffe@lawhjc.com

- **Emily Catherine Jeffcott**
  ejeffcott@forthepeople.com; plarue@forthepeople.com; NNkeiti@ForThePeople.com

- **Sean Patrick Jessee**
  jessees@gtlaw.com, fairchildsy@gtlaw.com

- **Ronald E. Johnson, Jr.**
  rjohnson@justicestartshere.com, amcmullen@justicestartshere.com, tcoaston@justicestartshere.com

- **Ana D. Johnson**
  ajohnson@gunster.com

- **Bradley R. Johnson**
  bjohnson@gunster.com

- **Shawn Kincade Judge**
  skj@classlawgroup.com

- **Benjamin A. Kaplan**
  bak@cruegerdickinson.com

Case No. 3:19-mc-02913-WHO
NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS
COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Shannon Matthew Kasley**
  skasley@kslaw.com

- **Randi A. Kassan**
  rkassan@thesandersfirm.com

- **Michael Scott Katz**
  mkatz@lopezmchugh.com

- **Seth Alan Katz**
  skatz@burgsimpson.com

- **Katherine R. Katz**
  katherine.katz@kirkland.com

- **Dean Noboru Kawamoto**
  dkawamoto@kellerrohrback.com; cate-brewer-0141@ecf.pacerpro.com;
  cbrewer@kellerrohrback.com; dean-kawamoto-6396@ecf.pacerpro.com

- **Todd Michael Kennedy**
  todd@gutridesafier.com, 7399391420@filings.docketbird.com,
  4708336420@filings.docketbird.com

- **Frank H. Kerney, III**
  fkerney@forthepeople.com, lrobbins@forthepeople.com, snazario@forthepeople.com

- **Benjamin L. Kessinger, III**
  Lee@KessingerLaw.com

- **Mason Moore Kessinger**
  mason@kessingerlaw.com

- **Jonathan P. Kieffer**
  jpkieffer@wcllp.com, bdacus@wcllp.com, apriest@wcllp.com

- **David Craig Kiernan**
  dkiernan@jonesday.com, pwalter@jonesday.com

- **Rakesh N. Kilaru**
  rkilaru@wilkinsonstekloff.com

- **Kelly Ruth Kimbrough**
  kelly.kimbrough@bowmanandbrooke.com, diane.janner@bowmanandbrooke.com

- **Laurence D. King**
  lking@kaplanfox.com, spowley@kaplanfox.com, nlee@kaplanfox.com,
  cvogel@kaplanfox.com

15

- **Thomas W. King, III**
  tking@dmkcg.com, kbryan@dmkcg.com

- **David Edward Kouba**
  david.kouba@arnoldporter.com

- **Michael Stephan Kozlowski, Jr.**
  michael.kozlowski@esbrooklaw.com, david.pustilnik@esbrooklaw.com

- **Kristine K. Kraft**
  kkraft@uselaws.com; ecarroll@uselaws.com; lwooten@uselaws.com;
  medwards@uselaws.com

- **James Neil Kramer**
  jkramer@orrick.com, lpatts@orrick.com, mwatkins@orrick.com, vmorse@orrick.com

- **Michelle L. Kranz**
  michelle@toledolaw.com

- **Leslie LaMacchia**
  llamacchia@pulaskilawfirm.com; adam@pulaskilawfirm.com;
  kcarr@pulaskilawfirm.com

- **George S. LeMieux**
  glemieux@gunster.com

- **Owen P. Lalor**
  olalor@lamattys.com

- **Richard N. Laminack**
  rickl@lpm-triallaw.com

- **James Wayne Lampkin, II**
  james.lampkin@beasleyallen.com

- **Ashley Nicole Landrum**
  alandrum@florida-law.com, GJVerniseservice@florida-law.com

- **Aneca E. Lasley**
  aneca.lasley@squirepb.com

- **Noah C. Lauricella**
  nlauricella@goldenberglaw.com, aknickerbocker@goldenberglaw.com

- **George S. LeMieux**
  glemieux@gunster.com

- **Christopher L. Lebsock**
  clebsock@hausfeld.com

- **Nicholas W. Lee**
  nlee@lchb.com

- **Michael Paul Lehmann**
  mlehmann@hausfeldllp.com

- **Seth Richard Lesser**
  seth@klafterlesser.com, Nancy.Velasquez@klafterlesser.com,
  Myra.Monteagudo@klafterlesser.com

- **Daniel C. Levin**
  dlevin@lfsblaw.com, jlascio@lfsblaw.com

- **Tori Smith Levine**
  tori.levine@bowmanandbrooke.com, maryann.parker@bowmanandbrooke.com,
  susan.mitchell@bowmanandbrooke.com, audra.dean@bowmanandbrooke.com

- **Roberta D. Liebenberg**
  rliebenberg@finekaplan.com, shufnagel@finekaplan.com, akatzman@finekaplan.com,
  nblakeslee@finekaplan.com

- **Thadd J. Llaurado**
  tllaurado@murphyprachthauser.com

- **Derek William Loeser**
  dloeser@kellerrohrback.com, derek-loeser-0264@ecf.pacerpro.com

- **Bradley S. Lohsl**
  bradley.lohsl@esbrooklaw.com

- **Lauren Michelle Loew**
  lloew@foley.com

- **Michael Andrew London**
  mlondon@douglasandlondon.com, plevner@douglasandlondon.com,
  jmittasch@douglasandlondon.com, lferrante@douglasandlondon.com,
  adileo@douglasandlondon.com

- **Sarah Robin London**
  slondon@lchb.com; mfcudos@lchb.com; cnelson@lchb.com; jkawamura@lchb.com;
  hmottershead@lchb.com; akaufman@lchb.com; blang@lchb.com; sarah-london-
  5853@ecf.pacerpro.com; nlee@lchb.com; rstoler@lchb.com

- **Frederick S. Longer**
  flonger@lfsblaw.com

- **Clinton R. Losego**
  closego@gunster.com

- **Patrick Allen Luff**
  pluff@fnlawfirm.com, filing@fnlawfirm.com

- **Roopal P. Luhana**
  Luhana@chaffinluhana.com

- **Pietro J. Lynn**
  plynn@lynnlawvt.com, mdailey@lynnlawvt.com, ebanach@lynnlawvt.com

- **Kartik Sameer Madiraju**
  kmadiraju@lchb.com

- **James Lawrence Magazine**
  jim@lucasmagazine.com

- **Steven Robert Maher**
  smaher@maherlawfirm.com

- **Mitchell B. Malachowski**
  mmalachowski@tysonmendes.com, lesliet@tysonmendes.com,
  cgover@TysonMendes.com, rmata@tysonmendes.com, imontoya@tysonmendes.com,
  DGarcia@TysonMendes.com

- **Christopher J. Maley**
  Chris@maleyandmaley.com

- **Michael W. Marcil**
  mmarcil@gunster.com

- **Daniyal M. Habib**
  dhabib@foley.com

- **Mitchell A. Margo**
  mmargo@lawfirmemail.com

- **Pamela Ann Markert**
  pmarkert@cerallp.com

- **Daniel P. Markoff**
  dmarkoff@atkinsandmarkoff.com

- **John Paul Markovs**
  john.markovs@montgomerycountymd.gov

- **Patrick Clayton Marshall**
  pmarshall@mtattorneys.com, sreynolds@mtattorneys.com

- **Buffy Kay Martines**
  buffym@LPM-triallaw.com, cindya@lpm-triallaw.com

- **Danielle Ward Mason**
  dmason@thesandersfirm.com, rkassan@thesandersfirm.com

- **John C. Massaro**
  John.Massaro@arnoldporter.com

- **Matthew Ryan McCarley**
  mccarley@fnlawfirm.com, jcruz@fnlawfirm.com, rbuddrus@fnlawfirm.com, tcovert@fnlawfirm.com, filing@fnlawfirm.com, vmcneme@fnlawfirm.com, nonwiler@fnlawfirm.com

- **Marie Ann McCrary**
  marie@gutridesafier.com, 8231169420@filings.docketbird.com

- **Matthew Thomas McCrary**
  matt@gutridesafier.com, 9947623420@filings.docketbird.com

- **Brendan A. McDonough**
  bmcdonough@weitzlux.com

- **Andrew R. McGaan**
  amcgaan@kirkland.com

- **Ryan McGee**
  rmcgee@forthepeople.com, acarbone@forthepeople.com, jcabezas@forthepeople.com

- **Ryan Paul McGinley-Stempel**
  rmcginleystempel@publiclawgroup.com, btolmer@publiclawgroup.com, RPLG-docket@publiclawgroup.com

- **Timothy John McGinn, Jr.**
  tmcginn@gunster.com

- **Bruce Jones McKee**
  bruce@hwnn.com

- **Donald Patrick McKenna, Jr.**
  don@hwnn.com, peggy@hwnn.com

- **H. Vincent McKnight, Jr.**
  vmcknight@sanfordheisler.com

- **Patrick D. McMurtray**
  patrick@frazer.law, mcmurtraypd@yahoo.com

- **Edward F. McTiernan**
  Edward.McTiernan@apks.com

- **Ned McWilliams**
  nmcwilliams@levinlaw.com

19

Case No. 3:19-mc-02913-WHO
NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS
COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **Neil Edward McWilliams, Jr.**
  nmcwilliams@levinlaw.com

- **Richard D. Meadow**
  richard.meadow@lanierlawfirm.com

- **Lisa M. Meissner**
  lmeissner@hobbsstraus.com

- **David Menichetti**
  david.menichetti@arnoldporter.com

- **Merle Cooper Meyers**
  mmeyers@mlg-pc.com

- **Nicholas A. Migliaccio**
  nmigliaccio@classlawdc.com, info@classlawdc.com

- **E. Powell Miller**
  epm@millerlawpc.com, aad@ecf.courtdrive.com, aad@millerlawpc.com

- **Laurie K. Miller**
  lmiller@jacksonkelly.com

- **Mark J. Miller**
  mark@millerohiolaw.com

- **Melinda Miller**
  melindam@co.skagit.wa.us

- **Robert S. Miller**
  rmiller@wapnernewman.com, rphipps@wapnernewman.com

- **Rodney Eugene Miller**
  rem@mtattorneys.com, sreynolds@mtattorneys.com

- **Matthew Scott Mokwa**
  mmokwa@maherlawfirm.com

- **Kenneth Brian Moll**
  kmoll@molllawgroup.com, info@molllawgroup.com

- **Timothy Dylan Moore**
  tmoore@tdmoorelaw.net

- **Robert Keith Morgan**
  kmorgan@lalorbaileyaby.com

- **Scott Harston Morgan**
  smorgan@thompsoncoburn.com

- **Timothy Michael Morgan**
  mmorgan@forthepeople.com

- **Melanie H. Muhlstock**
  mmuhlstock@yourlawyer.com

- **Matthew Joseph Mulbarger**
  matthew.mulbarger@denvergov.org

- **Anne Marie Murphy**
  amurphy@cpmlegal.com, jortiz@cpmlegal.com, wcostelli@cpmlegal.com,
  shernandez@cpmlegal.com, sgutin@cpmlegal.com, clau@cpmlegal.com

- **Esfand Yar Nafisi**
  enafisi@classlawdc.com, 5138180420@filings.docketbird.com

- **Gregory Colin Narver**
  gregory.narver@seattle.gov

- **Angela Jennifer Nehmens**
  anehmens@levinsimes.com, tvaughns@levinsimes.com, jcwilletts@levinsimes.com,
  bsund@levinsimes.com, dfleissig@levinsimes.com

- **David Adam Neiman**
  dneiman@rblaw.net, twolff@rblaw.net

- **Robert Jay Nelson**
  rnelson@lchb.com

- **Melinda Davis Nokes**
  mnokes@weitzlux.com, lschultz@weitzlux.com, tellis@weitzlux.com,
  rcerci@weitzlux.com, jfarrell@weitzlux.com, dsavours@weitzlux.com

- **Rand Patrick Nolen**
  rand_nolen@fleming-law.com, pam_myers@fleming-law.com

- **Jennifer Nolte**
  jnolte@allennolte.com, bwiginton@allennolte.com

- **Michael G. Norris**
  mgn@nkfirm.com

- **Jonathan Patrick Novak**
  jnovak@fnlawfirm.com, cbuamah@fnlawfirm.com, cnakagai@fnlawfirm.com,
  jwesley@fnlawfirm.com

- **Michael J. O'Connell**
  mike.oconnell@louisvilleky.gov

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Grace O'Connor**
  grace.oconnor@co.thurston.wa.us

- **Daphne O'Connor**
  daphne.oconnor@arnoldporter.com

- **Michael Lawrence O'Donnell**
  Odonnell@wtotrial.com, pointer@wtotrial.com, sun@wtotrial.com

- **Leslie W. O'Leary**
  loleary@justicelawyer.com, bsteinle@justicelawyers.com

- **Alicia Danielle O'Neill**
  aoneill@wattsguerra.com; acura@wattsguerra.com; rcarmony@wattsguerra.com

- **Bambo Obaro**
  bambo.obaro@weil.com, sv.ecf@weil.com, tricia-dresel-2470@ecf.pacerpro.com, bambo-obaro-6885@ecf.pacerpro.com, tricia.dresel@weil.com

- **Jason Edward Ochs**
  jason@ochslawfirm.com

- **Alyson Oliver**
  aoliver@oliverlg.com, notifications@oliverlg.com

- **Cindy Reeds Ormsby**
  cormsby@chgolaw.com

- **Jonathan K. Osborne**
  josborne@gunster.com

- **Christopher Gerald Otten**
  cotten@glagowilliams.com, emcmahon@glagowilliams.com

- **Neil D. Overholtz**
  noverholtz@awkolaw.com, rvolpara@awkolaw.com, nbess@awkolaw.com, nguntner@awkolaw.com, mschamberger@awkolaw.com, prichardson@awkolaw.com

- **James Franklin Ozment**
  frank@fulmerschudmak.com

- **John William Partin**
  jwp552003@yahoo.com

- **Michelle Elaine Pate**
  mpatelaw@gmail.com

- **Anthony J. Patek**
  anthony@gutridesafier.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Russell D. Paul**
  rpaul@bm.net

- **Christopher G. Paulos**
  cpaulos@levinlaw.com, chartzog@levinlaw.com, sstanley@levinlaw.com

- **Gale Diane Pearson**
  gpearson@fnlawfirm.com, vmcneme@fnlawfirm.com, lwallace@fnlawfirm.com

- **Brant Douglas Penney**
  b.penney@rwblawfirm.com

- **Moira Kim Penza**
  mpenza@wilkinsonstekloff.com

- **Michelle Perkovic**
  mp@wexlerwallace.com, ecf@wexlerwallace.com

- **Thomas J. Perrelli**
  TPerrelli@jenner.com, BHauck@jenner.com, docketing@jenner.com

- **William Matthew Pettit**
  matt@frazer.law

- **Ashley M. Pileika**
  apileika@classlawdc.com

- **Thomas W. Pirtle**
  tomp@lpm-triallaw.com

- **Jacob W. Plattenberger**
  jake@thlawyer.com

- **Ralia E. Polechronis**
  rpolechronis@wilkinsonstekloff.com

- **Adam E. Polk**
  apolk@girardsharp.com, ssandeen@girardsharp.com, avongoetz@girardsharp.com

- **Scott Ashley Powell**
  scott@hwnn.com, andi@hwnn.com, laura@hwnn.com

- **Brett Justice Preston**
  brett@wvlawyer.com

- **John Backes Prior**
  jprior@hmelegal.com

- **Henry St. Paul Provosty**
  hprovosty@provostylaw.com

- **Lauren V. Purdy**
  lpurdy@gunster.com

- **David F. Pustilnik**
  david.pustilnik@esbrooklaw.com, dianag@amataoffices.com

- **Kyle Paul Quackenbush**
  kquackenbush@saverilawfirm.com, dlockett@saverilawfirm.com,
  srobertson@saverilawfirm.com, rponce@saverilawfirm.com, jday@saverilawfirm.com,
  hhaile@saverilawfirm.com

- **S. R.**
  dsanginiti@stark-stark.com

- **Andrew Arthur Rainer**
  arainer@phaionline.org

- **Christopher Scott Randolph, Jr.**
  chris@hwnn.com

- **Aron U. Raskas**
  araskas@gunster.com

- **Jason Samual Rathod**
  jrathod@classlawdc.com

- **Joseph S. Rathod**
  jrathod@classlawdc.com

- **Rahul Ravipudi**
  ravipudi@psblaw.com, lomeli@psblaw.com, gezerseh@psblaw.com, lucio@psblaw.com

- **Red Cliff Band of Lake Superior Chippewa Indians**
  wade.williams@redcliff-nsn.gov

- **Anupama K. Reddy**
  areddy@saverilawfirm.com

- **Jack Reise**
  jreise@rgrdlaw.com

- **Ellen Relkin**
  erelkin@weitzlux.com; dgold@weitzlux.com; dsavours@weitzlux.com;
  egarcia@weitzlux.com; rlevin@weitzlux.com

- **Louise Hornbeck**
  lrenne@publiclawgroup.com, kbeaton@publiclawgroup.com, RPLG-
  docket@publiclawgroup.com

- **Joel Robert Rhine**
  jrr@rhinelawfirm.com

- **Christopher L. Rhoads**
  chris@rhoadsandrhoads.com

- **Kim E. Richman**
  krichman@richmanlawgroup.com, information@richmanlawgroup.com

- **Aaron Rihn**
  arihn@peircelaw.com

- **Kristopher Ritter**
  ritterk@kirkland.com

- **Jose de Jesus Rivera**
  jrivera@mpfmlaw.com

- **Amy Robinson**
  arobinson@gslawny.com

- **Paul W. Rodney**
  Paul.Rodney@arnoldporter.com

- **Antonio Maurizio Romanucci**
  aromanucci@rblaw.net

- **Marissa S. Ronk**
  ronk@wtotrial.com, mellett@wtotrial.com

- **James M. Rosenthal**
  jrosenthal@wilkinsonstekloff.com, JUULPara@wilkinsonstekloff.com

- **Jason Alan Ross**
  jason.ross@arnoldporter.com, ecf-7606935de4d7@ecf.pacerpro.com,
  annette.mitchell@arnoldporter.com, deborah.Carpenter@arnoldporter.com

- **Louis P. Ruzzi**
  lruzzi@howardcountymd.gov

- **Andrew Stone**
  astone@stone-law-firm.com

- **Seth A. Safier**
  seth@gutridesafier.com

- **C. Benjamin Salango**
  bsalango@wvlawyer.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Paul Sampson**
  psampson@wilkinsonstekloff.com

- **Peter A. Sandberg**
  peters@impc-law.com

- **David W. Sanford**
  dsanford@sanfordheisler.com

- **Domenic B. Sanginiti, Jr.**
  dsanginiti@stark-stark.com

- **Erica B. Sattler**
  ericabsattler@gmail.com

- **S. Ann Saucer**
  asaucer@fnlawfirm.com, vmcneme@fnlawfirm.com

- **Joseph R. Saveri**
  jsaveri@saverilawfirm.com, hhaile@saverilawfirm.com, JDay@saverilawfirm.com,
  dlockett@saverilawfirm.com, rponce@saverilawfirm.com,
  srobertson@saverilawfirm.com, gaulkh@saverilawfirm.com,
  dvandemortel@saverilawfirm.com

- **Robert Allen Scher**
  rscher@foley.com

- **John Schifino**
  jschifino@gunster.com

- **Scott P. Schlesinger**
  scott@schlesingerlaw.com, ira@schlesingerlaw.com

- **Andrew Dickens Schlichter**
  aschlichter@uselaws.com

- **Jerome J. Schlichter**
  jschlichter@uselaws.com, rfreisinger@uselaws.com, sbddocket@uselaws.com,
  ssoyars@uselaws.com

- **Richard William Schulte**
  rschulte@legaldayton.com, kvanschaik@yourlegalhelp.com,
  egarcia@yourlegalhelp.com, rschulte@yourlegalhelp.com

- **Matthew D. Schultz**
  mschultz@levinlaw.com, tgilbert@ecf.courtdrive.com, mschultz@ecf.courtdrive.com,
  tgilbert@levinlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **Brett Michael Schuman**
  bschuman@goodwinlaw.com, elow@goodwinlaw.com, bradke@goodwinlaw.com,
  jlateiner@goodwinlaw.com, MaryWong@goodwinprocter.com

- **David Lawrence Schwarz**
  dschwarz@kellogghansen.com, ecf-291ad6066b9b@ecf.pacerpro.com,
  aoak@kellogghansen.com

- **Austin Van Schwing**
  aschwing@gibsondunn.com

- **Scott S. Segal**
  scott.segal@segal-law.com

- **James Egan Sell**
  jsell@tysonmendes.com, jkelly@tysonmendes.com

- **Sona R. Shah**
  sshah@zsz.com

- **Dena C. Sharp**
  dsharp@girardsharp.com; 8388361420@filings.docketbird.com;
  avongoetz@girardsharp.com; kquackenbush@girardsharp.com;
  mmontoya@girardsharp.com; ngliozzo@girardsharp.com; oliviah@girardsharp.com;
  scottg@girardsharp.com; tomw@girardsharp.com

- **Anne B. Shaver**
  ashaver@lchb.com

- **William B. Shinoff**
  wshinoff@frantzlawgroup.com

- **Ashley L. Shively**
  ashley.shively@hklaw.com

- **Elizabeth A. Shonson**
  eshonson@rgrdlaw.com

- **Blake A. Shuart**
  blake.shuart@huttonlaw.com, demetri.enders@huttonlaw.com

- **Jordan P. Shuber**
  jshuber@dmkcg.com

- **Jordan P. Shuber**
  jshuber@dmkcg.com, tmurray@dmkcg.com, apakutz@dmkcg.com

- **Courtney Crook Shytle**
  cshytle@mcguirewoods.com

- **Nicholas J. Hoffman**
  nhoffman@mcguirewoods.com

- **Mark E. Anderson**
  manderson@mcguirewoods.com

- **James D. Sill**
  jsill@fulmersill.com

- **Mark E. Silvey**
  mark@gregcolemanlaw.com

- **John Matthew Simon**
  jmsimon@simonlawpc.com, modle@simonlawpc.com, yscott@simonlawpc.com

- **David Ramraj Singh**
  david.singh@weil.com, david-singh-5369@ecf.pacerpro.com, sv.ecf@weil.com, tricia-dresel-2470@ecf.pacerpro.com, tricia.dresel@weil.com

- **Michelle Six**
  michelle.six@kirkland.com

- **Renee Deborah Smith**
  renee.smith@kirkland.com, jlialerts@kirkland.com

- **Kevin S. Smith**
  ksmith@lawhjc.com

- **Tempe Dorinda Smith**
  tempe@hwnn.com

- **Dan Ray Snuffer**
  dsnuffer@wvlawyer.com

- **Rachel Lynn Soffin**
  rachel@gregcolemanlaw.com, dawn@gregcolemanlaw.com

- **Ahmed M. Soliman**
  soliman@solimanlegal.com

- **Jason Louis Solotaroff**
  jsolotaroff@gslawny.com, csanches@gslawny.com

- **Sabita J. Soneji**
  ssoneji@tzlegal.com, choover@tzlegal.com

- **Keith R. Stachowiak**
  kstachowiak@murphyprachthauser.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **Jennifer Taylor Stewart**
  jstewart@kslaw.com, hhauck@kslaw.com

- **Ben Z. Steinberger**
  bsteinberger@tysonmendes.com

- **Reilly Todd Stoler**
  rstoler@lchb.com

- **Gregory P. Stone**
  gregory.stone@mto.com, jeremy.beecher@mto.com, diane.bates@mto.com,
  james.berry@mto.com, milagros.dalbert@mto.com, Ramona.Salgado@mto.com,
  Lauren.barnett@mto.com, daniel.levin@mto.com, Dkt-filings@mto.com,
  bethany.kristovich@mto.com, nicole.washington@mto.com

- **Jerry C. Straus**
  jstraus@hobbsstraus.com

- **Samuel J. Strauss**
  sam@turkestrauss.com

- **James A. Streett**
  james@streettlaw.com

- **Geoffrey D. Strommer**
  gstrommer@hobbsstraus.com, hclapp@hobbsstraus.com, emanning@hobbsstraus.com

- **Laura K. Swanson**
  lswanson@bremerwhyte.com, bburns@bremerwhyte.com

- **Gregory J. Swain**
  gregory.swain@aacounty.org

- **Christine B. Sweet**
  csweet@gunster.com

- **Sean Burton Swords**
  sswords@wenholzdow.com

- **Asghar Syed**
  asyed@gunster.com

- **Quyen Le Ta**
  qta@kslaw.com, tle@kslaw.com, quyen-ta-1056@ecf.pacerpro.com

- **Ariana J. Tadler**
  atadler@tadlerlaw.com, jjoseph@tadlerlaw.com, 1892552420@filings.docketbird.com

- **Jesse L. Taylor**
  jesse.taylor@squirepb.com

- **Jerry Nicholas Theos**
  jerry@theoslaw.com

- **Christopher Michael Timmel**
  christopher.timmel@klafterlesser.com, myra.monteagudo@klafterlesser.com

- **Rebecca Timmons**
  btimmons@levinlaw.com

- **Tia T. Trout-Perez**
  ttrout-perez@kirkland.com

- **Mark H. Troutman**
  mht@classlawgroup.com

- **Drew Bencie**
  drew.bencie@dechert.com

- **Jay Stewart Tuley**
  jtuley@hglawpc.com

- **Jon J. Tunheim**
  tunheij@co.thurston.wa.us

- **D. Brett Turnbull**
  bturnbull@turnbullfirm.com

- **Joseph Glenn VanZandt**
  joseph.vanzandt@beasleyallen.com, Syndey.Everett@BeasleyAllen.com,
  Katie.Ronan@BeasleyAllen.com, LaSonya.Lucas@BeasleyAllen.com,
  james.lampkin@beasleyallen.com

- **G. Jeffrey Vernis**
  gjvernis@national-law.com, GJVerniseservice@florida-law.com

- **Angela Vicari**
  angela.vicari@arnoldporter.com

- **Gabe Thomas Vick, Jr.**
  tvick@vickcarneylaw.com

- **Fabrice Nijhof Vincent**
  fvincent@lchb.com

- **Brian M. Vines**
  bvines@hwnn.com

- **Edward A. Wallace**
  eaw@wallacemiller.com,

NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS
COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Michael A. Walsh**
  mwalsh@walshlawok.com

- **Peter Neil Wang**
  pwang@foley.com

- **Katherine Warner**
  kate.warner@kirkland.com

- **Mikal C. Watts**
  efilemcwatts@wattsguerra.com; jesposito@wattsguerra.com;
  amartinez@wattsguerra.com; nbernales@wattsguerra.com;
  rcarmony@wattsguerra.com; cwilson@wattsguerra.com; mcwatts@wattsguerra.com;
  lpagolarios@wattsguerra.com

- **Joseph H. Webster**
  jwebster@hobbsstraus.com

- **Michael M. Weinkowitz**
  mweinkowitz@lfsblaw.com, pdandrea@lfsblaw.com, kshub@lfsblaw.com

- **Ira Weiss**
  iweiss@wbklegal.com

- **Graham D. Welch**
  gwelch@foley.com

- **David C. Wenholz**
  dwenholz@wenholzdow.com

- **Richard Alan Weyrich**
  richardw@co.skagit.wa.us

- **Jeanmarie Whalen**
  jw@dcwlaw.com, mtc@dcwlaw.com, leg@dcwlaw.com, EService@dcwlaw.com

- **Lisa A. White**
  lisa@gregcolemanlaw.com

- **Hayter Whitman**
  hwhitman@wilkinsonstekloff.com

- **Nicole Elizabeth Wiitala**
  nwiitala@sanfordheisler.com

- **Jason Wilcox**
  jason.wilcox@kirkland.com

- **Matthew R. Wildermuth**
  matt.wildermuth@wildermuthlawoffices.com

- **Robert F. Wilkins**
  rocky@forthepeople.com

- **Beth A. Wilkinson**
  bwilkinson@wilkinsonstekloff.com, rbalaban@wilkinsonstekloff.com

- **Steven Noel Williams**
  swilliams@saverilawfirm.com, hhaile@saverilawfirm.com,
  dlockett@saverilawfirm.com, jday@saverilawfirm.com, rponce@saverilawfirm.com,
  srobertson@saverilawfirm.com, gaulkh@saverilawfirm.com,
  dvandemortel@saverilawfirm.com

- **Michael J. Witherel**
  mjw@witherelaw.org

- **Nelson Gregory Wolff**
  nwolff@uselaws.com

- **David M. Woods**
  david.@hugheshubbard.com

- **Lauren Sachi Wulfe**
  Lauren.Wulfe@arnoldporter.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com, jcabezas@forthepeople.com

- **Thomas J. Yoo**
  thomas.yoo@hklaw.com

- **Donald Frederick Zimmer, Jr.**
  fzimmer@kslaw.com, vtremonti@kslaw.com, bpriestley@kslaw.com,
  hdocketing@kslaw.com, dhill@kslaw.com

- **Thomas A. Zimmerman, Jr.**
  tom@attorneyzim.com, firm@attorneyzim.com

- **Kevin M. Askew**
  kaskew@orrick.com

- **Sharon Frase**
  sharon@boersch-illovsky.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

- **Jere L. Beasley**
  Beasley Allen Crow Methvin Portis & Miles, P.C.
  P.O. Box 4160
  Montgomery, AL 36103-4160

- **Christina M. Black**
  Hanson, Bridgett, Marcus, Vlahos & Rudy
  980 Ninth Street, Suite 1500
  Sacramento, CA 95814

- **Egor Cimih**

- **Leroy Cobb**

- **Jordan Ellel**
  Tempe Tri-District Legal Counsel
  500 W. Guadalupe Road
  Tempe, AZ 85283

- **Faith Evans**

- **John Foley**
  Simmons Hanley Conroy LLC
  One Court Street
  Alton, IL 62002

- **Zachary M. Green**
  Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinis, P.C.
  1000 Haddonfield-Berlin Road
  Suite 203
  Voorhees, NJ 08043

- **David J. Hodge**
  Attorney at Law
  38 Miller Ave #157
  Mill Valley, CA 94941

- **David Jaroslawicz**
  Jaroslawicz & Jaros
  150 Williams Street
  New York, NY 10038

1
2
3

- **Bethany Woodard Kristovich**
  Munger Tolles & Olson LLP
  350 South Grand Avenue, 50th Floor
  Los Angeles, CA 90071-1560

4
5
6

- **Limbachkrupa LLC**
  c/o Maulik Nayee
  1451 North Dean Road
  Orlando, FL 32825

7
8

- **Hunter Lingnofski**
  508 5th Avenue
  Antigo, WI 54409

9

- **Feras Mahmoud**

10

- **Noah Maitland**

11

- **Ralph McKinley**

12
13
14

- **Michael G. Nerheim**
  Fox Lunardi & Zeit LLC
  9 South County Street
  Waukegan, IL 60085

15
16
17

- **Scott P. Schlesinger**
  Sheldon J. Schlesinger PA
  1212 SE 3rd Avenue
  Fort Lauderdale, FL 33316

18
19
20

- **Larry Shane Seaborn**
  Penn & Seaborn LLC
  PO Box 688
  Clayton, AL 36016

21
22
23

- **Morgan M. Stacey**
  Klafter Olsen & Lesser LLP
  Two International Drive
  Suite 350
  Rye Brook, NY 10573

24
25

- **Joseph G. Tekulve**
  785 Ohio Pike
  Cincinnati, OH 45245

26
27
28

- **Joseph G. Vanandt**
  Bealesy Allen Crow Methvin Portis & Miles PC
  234 Commerce St.
  Montgomery, AL 36103

1    • **Matthew D. Weintraub**
      Deputy District Attorney
2     455 W. Hamilton Street
      Allentown, PA 18101
3

4                                    *s/ Kristen L. Ferries*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:19-mc-02913-WHO
NOTICE OF WITHDRAWAL OF KRISTEN L. FERRIES AS
COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.