1    *[Submitting Counsel on Signature Page]*

2

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13   | IN RE JUUL LABS, INC., MARKETING, | Case No. 19-md-02913-WHO |

SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

14                                              **NOTICE REGARDING DEADLINES SET**
**IN ORDER GRANTING MOTION FOR**
15                                              **PRELIMINARY APPROVAL OF ALTRIA**
**SETTLEMENT**
16   This Document Relates to:
CLASS ACTIONS

17

18

19

20

21

22

23

24

25

26

27

28

In accordance with the Court's September 7, 2023 Order Granting Preliminary Approval of Altria Settlement of Class Claims, Dkt. 4130, Class Plaintiffs file this notice setting the specific calendar date for each of the deadlines set forth in the Court's Order.

| Event | Days After Entry of the Order | Deadline |
| --- | --- | --- |
| Payment of the Initial Class Settlement Administration Payment | 5 | Sept. 12, 2023 |
| Notice Period Commences (Email and Postcard) | 30 | Oct. 9, 2023*[1] |
| Publication Notice Commences | 30 | Oct. 9, 2023* |
| Notice Period Concludes (Email and Postcard) | 60 | Nov. 6, 2023 |
| Publication Notice Fully Concludes | 90 | Dec. 6, 2023 |
| Notice Completion / Settlement Administrator Declaration Date | 90 | Dec. 6, 2023 |
| Motion for Final Approval Deadline | 129 | Jan. 15, 2024* |
| Fee and Expense Application Deadline | 129 | Jan. 15, 2024* |
| Claims Filing Postmark Deadline | 150 | Feb. 5, 2024* |
| Opt-Out Deadline | 150 | Feb. 5, 2024* |
| Objection Deadline | 150 | Feb. 5, 2024* |
| Opposition to Final Approval and Fee and Expense Application Deadline | 150 | Feb. 5, 2024* |
| Deadline for the Parties to file information concerning timely filed opt out requests and objections | 157 | Feb. 11, 2024* |
| Replies in support of Final Approval and Fee and Expense Application Deadline (including the filing of list of opt outs and objections) | 164 | Feb. 18, 2024* |
| Final Approval Hearing | | March 6, 2024 |

---

[1] *Falls on a weekend, so deadline extended to the following Monday

NOTICE REGARDING DEADLINES SET IN ORDER GRANTING
PRELIMINARY APPROVAL OF ALTRIA SETTLEMENT
CASE NO. 19-MD-02913-WHO

Dated: September 8, 2023

Respectfully submitted,

By: /s/ *Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Dena C, Sharp*
Dena C. Sharp

NOTICE REGARDING DEADLINES SET IN ORDER GRANTING
PRELIMINARY APPROVAL OF ALTRIA SETTLEMENT
CASE NO. 19-MD-02913-WHO