JENNER & BLOCK LLP
Thomas J. Perrelli
tperrelli@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: + 1 202 639 6004
Facsimile: + 1 202 639 6066
SETTLEMENT MASTER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**STATUS REPORT OF THE SPECIAL MASTER** |
| This Document Relates to:<br>ALL ACTIONS | |

Pursuant to the Court's Order of September 5, 2023, ECF No. 4122, and in connection with my first status report of September 15, 2023, ECF No. 4132, I submit this second status report in my capacity as Special Master regarding the allocation process for common benefit awards and objections, and a recommendation regarding the schedule to follow.

I have continued to meet with the Fee Committee, objecting firms, and other firms. I remain focused on negotiating a consensual resolution that will result in the withdrawal of all objections. I would intend to follow up with another status report in two weeks, on November 1, 2023, to update the court on whether an agreed resolution has been made. If an agreed resolution is not possible, it would be my intent to consult with the Court about next steps.

Dated:  October 18, 2023                         JENNER & BLOCK LLP

                                         By:   /s/ Thomas J. Perrelli
                                               Thomas J. Perrelli, Special Master