**SCHLESINGER LAW OFFICES, P.A.**
Scott P. Schlesinger
Jonathan R. Gdanski
Jeffrey L. Haberman
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Opt-Out Plaintiffs* | MDL No: 2913<br><br>STIPULATION WITH [PROPOSED] ORDER TO LIFT THE STAY ON DISCOVERY FOR THE LIMITED PURPOSE OF SERVING SUBPOENAS FOR RECORDS |

1  The parties, by and through undersigned counsel, hereby stipulate as follows:

2  WHEREAS: On January 30, 2023, this Court entered CMO No. 17 which governs all ongoing litigation by Plaintiffs who elected not to participate in the Settlement Program in this multi-district litigation. (MDL Doc. 3780).

WHEREAS: CMO No. 17 states that "all proceedings involving Litigating Plaintiffs and New Plaintiffs are hereby stayed as to Settling Defendants. This stay shall remain in effect until it is lifted." *Id.* at 6.

WHEREAS: there 11 cases in the MDL where personal injury plaintiffs opted out of the settlement with JL ("JLI PI opt-outs"). The JLI PI opt-outs have produced documents in connection with CMO No. 17. Though all medical providers and other relevant third parties have been sent preservation notices and requests for records, these plaintiffs have not been able to procure and produce all records required by CMO No. 17. Accordingly, counsel for these opt-outs intend to pursue those records via limited subpoenas.

WHEREAS: counsel for the JLI PI opt-outs and counsel for JLI met and conferred about lifting the stay for the sole purpose of subpoenaing relevant records as required by CMO No. 17. Counsel for JLI has agreed to this relief, and therefore consent to an order lifting the stay for the limited purpose of serving subpoenas for the collection of records that are required to be retrieved pursuant to CMO No. 17.

The parties therefore respectfully request that the Court enter an Order granting said relief.

DATED:  October 27, 2023                Respectfully submitted,

/s/ Jeffrey L. Haberman
Scott P. Schlesinger (*pro hac vice*)
Jonathan R. Gdanski (*pro hac vice*)
Jeffrey L. Haberman (*pro hac vice*)
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Ft. Lauderdale, FL 33316
954-467-8800

STIPULATION TO LIFT STAY ON DISCOVERY FOR THE LIMITED PURPOSE OF SERVING SUBPOENAS FOR RECORDS

*Attorneys for Plaintiffs Aragona, Dupree, Fay, Lane, Legacki, McKnight, Nessmith, Sedgwick, Shapiro, Tortorici,*

<u>*/s/ Jacob W. Plattenberger*</u>
Jacob W. Plattenberger (*pro hac vice*)
TORHOERMAN LAW LLC
227 West Monroe, Suite 2650
Chicago, Illinois 60606
Tel: (312) 372-4800
jake@thlwyer.com

*Attorneys for Plaintiff Patel*

<u>*/s/ Timothy S. Danniger*</u>
GUNSTER, YOAKLEY & STEWART, P.A.
Timothy S. Danninger (*pro hac vice*)
tdanninger@gunster.com
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone:     (904) 350-7410

<u>*/s/ David I. Horowitz*</u>
David I. Horowitz, SBN 248414
KIRKLAND & ELLIS, LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel: (213) 680-8374
david.horowitz@kirkland.com

*Attorneys for Defendant JUUL Labs, Inc.*

STIPULATION TO LIFT STAY ON DISCOVERY FOR THE LIMITED PURPOSE OF SERVING SUBPOENAS FOR RECORDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Opt-Out Plaintiffs* | MDL No: 2913<br><br>[PROPOSED] ORDER TO LIFT THE STAY ON DISCOVERY FOR THE LIMITED PURPOSE OF SERVING SUBPOENAS FOR RECORDS |
|---|---|

The Court hereby adopts the parties' stipulations. The stay implemented by Case Management Order No. 17 shall be lifted for the limited purpose of serving subpoenas for the collection of records that are required to be retrieved pursuant to CMO No. 17. Any party may serve a subpoena to collect the records of a third party that a plaintiff has identified and sent a preservation notice.

Date:   October _____, 2023

_____
Honorable William H. Orrick
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman