JENNER & BLOCK LLP
Thomas J. Perrelli
tperrelli@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: + 1 202 639 6004
Facsimile: + 1 202 639 6066
SETTLEMENT MASTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**STATUS REPORT OF THE SPECIAL MASTER** |

Pursuant to the Court's Order of September 5, 2023, ECF No. 4122, and in connection with my status reports of September 15, 2023, ECF No. 4132, and October 18, 2023, ECF No. 4144, I submit this third status report in my capacity as Special Master regarding the allocation process for common benefit awards and objections, and a recommendation regarding the schedule to follow.

I am continuing to meet with the Fee Committee, objecting firms, and other firms. I remain focused on negotiating a consensual resolution that will result in the withdrawal of all objections. I would intend to follow up with another status report in two weeks, on November 17, 2023, to update the court on whether an agreed resolution has been made. If an agreed resolution is not possible, it would be my intent to consult with the Court about next steps.

Dated: November 3, 2023

JENNER & BLOCK LLP

By: /s/ *Thomas J. Perrelli*
Thomas J. Perrelli, Special Master