*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
|---|---|
| This Document Relates to:<br><br>All Cases | **ADMINISTRATIVE MOTION TO SEAL PORTIONS OF FEE COMMITTEE'S RECOMMENDATIONS** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**:

Please take notice that Plaintiffs will and hereby do move the Court, under Civil Local Rule 79-5, for an administrative order to seal select portions of the Fee Committee's Recommendations re: Fee and Expense Payments from JLI Settlements and associated declaration. Under Civil Local Rules 79-5 and 7-11(c), no hearing date has been set.

**Material to Be Filed Under Seal**

Plaintiffs seek to seal limited portions of the Fee Committee's recommendations that disclose certain terms of the JLI settlements. The material sought to be sealed is:

| Document | Category | Location |
|---|---|---|
| Fee Committee Recommendations | Confidential settlement information | Page 5, lines 15-22 |
| Fee Committee Recommendations | Confidential settlement information | Page 6, lines 16, 19-20 |
| Fee Committee Recommendations | Confidential settlement information | Page 7, lines 1-5 |
| Fee Committee Recommendations | Confidential settlement information | Page 8, lines 1-4 |
| Fee Committee Recommendations | Confidential business information | Page 9, lines 13, 16 |
| London Declaration | Confidential settlement information | Paragraph 17 |
| London Declaration | Confidential settlement information | Paragraph 20 |
| London Declaration | Confidential business information | Paragraph 34 |

**Legal Standard**. The fee allocation motion is a non-dispositive motion, meaning portions of it may be sealed upon a showing of "good cause." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see also, e.g., In re Anthem, Inc. Data Breach Litig.*, No. 15-2617, 2018 WL 3067783, at *2 (N.D. Cal. Mar. 16, 2018) ("good cause standard" applied to "motion for attorneys' fees").

**Settlement Information**. The designated material should be sealed because it discloses certain terms of confidential settlements. Confidential settlement terms satisfy not only the "good cause" test, but even the more demanding "compelling reasons" standard. *See, e.g., Milliner v. Mut. Sec., Inc.*, No. 15-3354, 2021 WL 2645794, at *5 (N.D. Cal. June 28, 2021) ("Numerous courts in this district have recognized the importance of protecting confidential settlement communications and materials 'in order to promote settlement' and have concluded that this

general policy satisfies the more demanding 'compelling reasons' standard to seal judicial records.") (citing cases); *Hefler v. Wells Fargo & Co.*, No. 16-05479, 2018 WL 4207245, at *7 (N.D. Cal. Sept. 4, 2018) (finding compelling reasons to keep settlement agreement confidential in order to prevent third parties from utilizing it for an improper purpose).

**Business Information**. The information on Page 9 of the recommendations and Paragraph 34 of the declaration reflects BrownGreer's pricing estimates. There is good cause to seal business pricing information. *See, e.g., Ojmar US, LLC v. Sec. People, Inc.*, No. 16-4948, 2017 WL 7726713, at *2 (N.D. Cal. Nov. 29, 2017) (finding that "specific pricing information" satisfied even "compelling reasons standard").

As required by Civil Local Rule 79-5, the following attachments accompany this motion:

1. The unredacted Fee Committee Recommendations, with the portions sought to be redacted highlighted;

2. The unredacted Declaration of Sarah R. London in support of the Recommendation, with the portions sought to be redacted highlighted;

3. The Declaration of Sarah R. London in support of this motion; and

4. A proposed order granting this motion.

Dated: November 12, 2023

Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400

San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Sarah R. London*
Sarah R. London