*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO <br><br> **DECLARATION OF SARAH R. LONDON IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |
| This Document Relates to: <br><br> All Cases | |

1   I, SARAH R. LONDON, declare:

2   1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, appointed Liaison and Co-Lead counsel for Plaintiffs in the above-captioned Multi-District Litigation proceeding. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in accordance in support of Plaintiff's Administrative Motion to Seal.

3. Attached to the Administrative Motion to Seal is a true and correct copy of the unredacted Fee Committee Recommendations and the associated declaration, with the portions sought to be redacted highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2023 in Oakland, CA.

*/s/ Sarah R. London*
Sarah R. London