UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Electronically Filed*

| | |
|---|---|
| JAMES CARTER BOLING | Case specific docket #3:20-cv-02004 |
| v.  JUUL LABS, INC. et. al | **NOTICE OF DISMISSAL** |
| *This Document Relates to:* | |
| IN RE:  JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION  3:19-MD-02913 (WHO) | Hon. William H. Orrick |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS**

Plaintiff, by and through counsel, hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action:

- JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC.,

**THE MANAGEMENT DEFENDANTS**

- JAMES MONSEES;
- ADAM BOWEN;
- NICHOLAS PRITZKER;
- HOYOUNG HUH;
- RIAZ VALANI;

**THE E-LIQUID MANUFACTURING DEFENDANTS**

- MOTHER MURPHY'S LABS, INC.;
- ALTERNATIVE INGREDIENTS, INC.;
- TOBACCO TECHNOLOGY, INC.;
- eLIQUITECH, INC.;

**THE DISTRIBUTOR DEFENDANTS**

- MCLANE COMPANY, INC.;
- EBY-BROWN COMPANY, LLC;
- CORE-MARK HOLDING COMPANY, INC.;

**THE RETAILER DEFENDANTS**

- CHEVRON CORPORATION;
- CIRCLE K STORES INC.;
- SPEEDWAY LLC;
- 7-ELEVEN, INC.;
- WALMART;
- WALGREENS BOOTS ALLIANCE, INC.

For further clarification, Plaintiff **does not** dismiss any pending claims against the following

Defendants, to the extent that they are defendants in this action[1]:

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated:  November 30, 2023                    Respectfully submitted,

                                            HERREN LAW, PLLC
                                            148 N. Broadway
                                            Lexington, KY  40507
                                            (859) 254-0024
                                            *e-mail:  tom.herren@herrenadams.com*

                                            */s/ Thomas K. Herren*
                                            THOMAS K. HERREN (Bar ID #31500)
                                            ATTORNEY FOR PLAINTIFF

c:\documents\tkh\z - juul cases\boling, carter\bol672.dismissal.docx

---

[1] To the extent Plaintiff has asserted any other claims against any other defendant(s) not referenced herein, Plaintiff does not dismiss any pending claims against those defendant(s).