UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Cases* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick<br><br>**JUUL LAB INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE SEALING OF SETTLEMENT INFORMATION** |

Defendant Juul Labs, Inc. ("JLI") respectfully submits this response to the Court's order to show cause (ECF 4167). This response addresses the redacted material in the pending motions to seal in the three categories the Fee Committee has designated: (1) certain settlement terms regarding conditions on settlement payments; (2) settlement terms generally; and (3) BrownGreer's estimated charges. The Fee Committee has requested that two portions of the briefing and related documents remain under seal, has deferred to JLI on the sealing of the settlement terms generally, and has no objection to the unsealing of the BrownGreer charges. In summary, JLI has no position as to the unsealing of any of the categories of redacted material, regardless of the Fee Committee's own requests.

**1.    Settlement Terms Regarding Conditions on Non-Class Settlement Payments**

The Fee Committee has requested that the Court permit redaction of a small portion of settlement terms regarding conditions on Non-Class Settlement payments. These few redacted lines disclose certain conditions that may affect payments to be made by JLI under one of the non-class settlements. Specifically, these lines are:

| ECF | DOCUMENT | PIN-CITE |
|---|---|---|
| 4153-1 | Fee Committee Recommendations | Page 5, lines 15-17 |
| 4153-2 | London Declaration | Paragraph 17, lines 11-12 |

JLI does not take a position as to the redaction of these conditions.

**2.      Other Non-Class Settlement Terms**

The Fee Committee has deferred to JLI on the basis for confidentiality of non-class settlement terms. The following redactions fall into this category:

| ECF | DOCUMENT | PIN-CITE |
|---|---|---|
| 4153-1 | Fee Committee Recommendations | Page 5, lines 15-21; Page 6, lines 16 & 19-20; Page 7, lines 1-5 |
| 4153-2 | London Declaration | Paragraph 17, lines 11-16; Paragraph 20, line 5 |
| 4160-3 | Nafisi Objection | Page 7, lines 1 & 4 |
| 4164-1 | Fee Committee Reply | Page 1, lines 24-25; Page 2, lines 21-26, Page 8, lines 13-16 |
| 4164-2 | Joint Declaration | Paragraph 18; Paragraph 20, lines 15-19 |

JLI does not take a position as to the redaction of these conditions.

**3.      BrownGreer's Pricing Estimates**

The Fee Committee has conferred with BrownGreer and has confirmed with them that the settlement administration pricing estimates can be unsealed. The following redactions fall into this category:

| ECF | DOCUMENT | PIN-CITE |
|---|---|---|
| 4153-1 | Fee Committee Recommendations | Page 9, line 13 |
| 4153-2 | London Declaration | Paragraph 34, line 12 |

JLI does not take a position as to the redaction of these conditions.

Dated:  December 12, 2023

/s/ *Timothy S. Danninger*

Timothy S. Danninger, FL Bar 95195
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170
tdanninger@gunster.com
(*pro hac vice*)

Gregory P Stone, SBN 78329
Bethany W. Kristovich, SBN 241891
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
gregory.stone@mto.com
bethany.kristovich@mto.com

Renee D. Smith (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
renee.smith@kirkland.com

Peter A. Farrell, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200
peter.farrell@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, I electronically served the foregoing Consolidated Plaintiff Fact Sheet Update on all counsel of record in this action using the CM/ECF system.

/s/ *Timothy S. Danninger*
Timothy S. Danninger