UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**ORDER GRANTING IN LIMITED PART REQUEST TO SEAL SETTLEMENT INFORMATION AND REQUESTING FURTHER INFORMATION**<br><br>Re: Dkt. Nos. 4153, 4160, 4164 |

The Fee Committee's revised and limited request to seal two sentences from its Recommendations (Dkt. No. 4153-1, Page 5, lines 15-17 & Dkt. No. 4153-2, Paragraph 17, lines 11-12) is GRANTED for compelling justifications shown. The Fee Committee shall file a revised redacted version of those documents before 12:00 p.m. PST on December 14, 2023.

As neither the Fee Committee nor JLI take a position on the sealing of the remainder of the information, or agree it should be unsealed, the Clerk shall unseal Dkt. Nos. 4160 & 4164.

In light of the Fee Committee's final recommendations as to costs and expenses, plaintiffs' Class Counsel shall file, by 12:00 PST on December 15, 2023, a revised Proposed Order regarding the amount of expenses Class Counsel seek in connection with the pending Motion for Attorneys' Fees, Expenses, and Service Awards re the JLI Class Settlement.

**IT IS SO ORDERED.**

Dated: December 13, 2023



William H. Orrick
United States District Judge