[*Submitting Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO <br><br> **JOINT NOTICE REGARDING TRIBAL BELLWETHER TRIAL SCHEDULE** <br><br> Judge:   Hon. William H. Orrick |
| This Document Relates to: <br><br> *Cheyenne and Arapaho Tribes of Oklahoma v. Juul Labs, Inc. et al.*, Case No. 3:21-cv-05134 <br><br> *Fond Du Lac Band of Lake Superior Chippewa v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03995 <br><br> *Klamath Tribes v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03987 | |

In their October 18, 2023, Joint Notice Regarding Tribal Bellwether Selection (ECF No. 4145), the parties agreed to meet and confer on a proposed trial date and other pre-trial deadlines and report on the status of those discussions by December 15, 2023. *See* Joint Notice Regarding Tribal Bellwether Selection (Oct. 18, 2023) (ECF No. 4145). The parties have met and conferred and propose that the Court adopt a schedule consistent with the dates set for the San Francisco Unified School District bellwether trial, *see San Francisco Unified School District v. Juul Labs, Inc. et al.*, Case No. 3:19-cv08177, Joint

Amended Stipulation and Second Amended Order Regarding Case Schedule (Jan. 17, 2023) (ECF No. 3754), and request the Court set trial for approximately mid-April 2025 and related dates as follows:

| Event | Days until Trial | Proposed Deadline |
|---|---|---|
| Motion for Summary Judgment and *Daubert* Replies | 222 days | September 6, 2024 (existing deadline under ECF 4069) |
| Motion for Summary Judgment and *Daubert* hearing | 192 days | To be determined by the Court |
| Filing of Pretrial Conference Statement, Jury Instructions, Exhibit List and Objections, Deposition Designations and Objections, MILs | Various dates between 98 and 52 days before trial. Amended Joint Pretrial Statement due 52 days before trial | January 8, 2025 to February 24, 2025 |
| Pre-Trial Conference | 38 days | To be determined by the Court, but approximately March 10, 2025 |
| Trial Begins | --- | To be determined by the Court, but approximately April 16, 2025 |

Dated: December 15, 2023

Respectfully submitted,

By: /s/Lauren S. Wulfe
John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
john.massaro@arnoldporter.com
jason.ross@arnoldporter.com
david.kouba@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
paul.rodney@arnoldporter.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor

Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
lauren.wulfe@arnoldporter.com

Beth A. Wilkinson (*admitted pro hac vice*)
Brian L. Stekloff (*admitted pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Moira K. Penza (*admitted pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*


By: /s/ *Geoffrey D. Strommer*
**Geoffrey D. Strommer**
**HOBBS, STRAUS, DEAN & WALKER, LLP**
215 SW Washington Street, Suite 200
Portland, OR 97204
Tel: (503) 242-1745
gstrommer@hobbsstraus.com

By: /s/ Eric B. Fastiff
Sarah R. London
Eric B. Fastiff
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
dsharp@girardsharp.com

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/Lauren S. Wulfe