Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

*Co-Lead Counsel and Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>CLASS ACTIONS | Case No. 19-md-02913-WHO<br><br>**NOTICE AND [PROPOSED] ORDER REGARDING DEADLINES FOR FINAL APPROVAL OF ALTRIA SETTLEMENT** |

In accordance with the Court's September 7, 2023 Order Granting Preliminary Approval of Altria Settlement of Class Claims, Dkt. 4130, Class Plaintiffs filed a notice setting the specific calendar date for each of the deadlines set forth in the Court's Order, Dkt. 4131. That notice should have indicated that Class Plaintiffs' Motion for Final Approval and Fee and Expense Application were due on January 16, 2024, because January 15, 2024 is a federal holiday recognized by the Court, Dr. Martin Luther King, Jr.'s Birthday. Instead, January 15 was listed as the deadline in error. Similarly, the deadline for Class Plaintiffs' Reply in support of Final Approval and the Fee and Expense Application fell on the Sunday before Presidents' Day, and was listed as February 18 in error, when the correct deadline is February 20, 2024.

Class Plaintiffs intend to file their motions on January 16th in accordance with the rules regarding recognized holidays, but to ensure that any party wishing to file an objection or

opposition has the full amount of time listed on the original notice, Class Plaintiffs respectfully request that the Court extend the deadline for Objections and any Opposition to Final Approval or the Fee and Expense Application by one day, to February 6, 2024. The schedule does not need to be otherwise disturbed, as Class Plaintiffs will still file any Reply by February 20, 2024 and the hearing can proceed on March 6, 2024 as scheduled.

If this request is granted by the Court, Class Counsel will promptly cause an update to be posted on the settlement website.

| Event | Days After Entry of the Order | Clarified and/or Updated Deadline |
|---|---|---|
| Motion for Final Approval Deadline | 129 | Jan. 16, 2024* |
| Fee and Expense Application Deadline | 129 | Jan. 16, 2024* |
| Claims Filing Postmark Deadline | 150 | Feb. 5, 2024* |
| Opt-Out Deadline | 150 | Feb. 5, 2024* |
| Objection Deadline | 151** | Feb. 6, 2024** |
| Opposition to Final Approval and Fee and Expense Application Deadline | 151** | Feb. 6, 2024** |
| Deadline for the Parties to file information concerning timely filed opt out requests and objections | 157 | Feb. 12, 2024*[1] |
| Replies in support of Final Approval and Fee and Expense Application Deadline (including the filing of list of opt outs and objections) | 164 | Feb. 20, 2024* |
| Final Approval Hearing | | March 6, 2024 |

---

[1] The notice also listed this deadline as February 11—a Sunday—with a note that it "[f]alls on a weekend, so deadline extended to the following Monday." For clarity this chart includes the correct adjusted date.

* Falls on a weekend or holiday, so deadline extended to the following business day.

**Extended by one day per Class Plaintiffs' request.

| | |
|---|---|
| Dated: January 12, 2024 | Respectfully submitted,<br><br>By: /s/ *Dena C. Sharp*<br>Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>dsharp@girardsharp.com<br><br>*Co-Lead Counsel and Settlement Class Counsel* |

**IT IS SO ORDERED**.

Dated: _____  _____
                                                                      Honorable Judge William H. Orrick
                                                                      U.S. District Court Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Dena C, Sharp*
      Dena C. Sharp