EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>CLASS ACTIONS | Case No. 19-md-02913-WHO<br><br>**DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE ALTRIA CLASS SETTLEMENT AGREEMENT** |

I, Cameron R. Azari, Esq., declare as follows:

1. My name is Cameron R. Azari, Esq. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3. I am a Senior Vice President with Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing and implementing large-scale legal notification plans. Hilsoft is a business unit of Epiq. All references to Epiq within this declaration include Hilsoft Notifications.

4. This declaration will provide settlement administration statistics following the successful completion of the Settlement Notice Plan ("Notice Plan") regarding the Altria Class Settlement Agreement[1] in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation,* No. 19-md-02913-WHO, in the United States District Court for the Northern District of

---

[1] As used in this Declaration, capitalized terms shall have the definitions and meanings ascribed to them in the Altria Class Settlement Agreement attached as Exhibit 1 to the Declaration of Dena C. Sharp, or such definitions and meanings as are accorded to them elsewhere in this Declaration.

1

California (the "Action").

## SUMMARY OF ALTRIA NOTICE PLAN IMPLEMENTATION

5. Federal Rule of Civil Procedure, Rule 23 directs that notice must be "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort" and that "[t]he notice may be by one or more of the following: United States mail, electronic means, or other appropriate means."[2] The Notice Plan here satisfied these requirements.

6. The Notice Plan was designed to reach the greatest practicable number of identified Class Members. As expected, the reach of the Notice Plan exceeded 80% to the identified Class Members. This reach percentage is calculated by combining the Individual Notice effort with the extensive online Media Notice (while accounting for duplication across the various forms of notice). The reach was further enhanced by a press release, sponsored search, and a case website. Further information regarding implementation and preliminary results of the Altria Settlement Notice is provided below. I will provide a supplemental Declaration to the Court prior to the Final Approval Hearing to provide updated information regarding any requests for exclusion and/or objections and updated settlement administration statistics.

## PREVIOUS DECLARATIONS IN THIS ACTION

7. For the related settlement with JUUL in this same litigation, I previously executed several declarations that are filed with the Court. For the Altria Settlement, I executed my *Declaration of Cameron R. Azari, Esq., in Support of Motion for Preliminary Approval of the Altria Class Settlement* ("Altria Notice Plan Declaration") on July 26, 2023, ECF No. 4082-16, which described the proposed Settlement Notice Plan and the proposed claim process regarding the Altria Class Settlement Agreement. Subsequently, I executed my *Declaration of Cameron R. Azari, Esq., Regarding Altria Settlement Notice Plan Completion* ("Altria Notice Completion Declaration") on December 5, 2023, ECF No. 4166 which reported the successful implementation of the Settlement Notice Plan ("Notice Plan") and provided settlement administration statistics to date.

---

[2] Fed. R. Civ. P. 23(c)(2)(B).

8. This declaration will provide updated notice and claims administration statistics. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq.

## CAFA NOTICE

9. On August 4, 2023, Epiq sent 58 CAFA Notice Packages ("CAFA Notice") on behalf of Defendant(s) Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution, as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715. The CAFA Notice was sent via United States Postal Service ("USPS") Certified Mail to 55 officials, which included the Attorneys General of 49 states, the District of Columbia, and the United States Territories. The CAFA Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States and the Food and Drug Administration. Details regarding the CAFA Notice mailing are provided in the *Declaration of Kyle S. Bingham, on Implementation of CAFA Notice*, dated August 4, 2023, which is included as **Attachment 1**.

10. To date, no entities sent the CAFA notice have sought to intervene in the litigation or have raised any concerns or objections to the Settlement.

## SETTLEMENT NOTICE PLAN IMPLEMENTATION SUMMARY

### *Individual Notice*

11. As detailed in my Notice Completion Declaration, from October 9, 2023, through November 1, 2023, Epiq sent 8,312,007 Email Notices to all identified Class Members for whom a valid email address was available. The population of identified Class Members includes individuals with direct purchases from JLI and individuals who identified themselves by filing a claim or opt out request in connection with the JLI Class Settlement. Subsequently, on November 6, 2023, Epiq sent 152,258 Double Postcard Notices with a Claim Form with prepaid return postage on the Claim Form ("Postcard Notice"). The Notices were sent via USPS first-class mail to all identified Class Members (with known purchases of JUUL products), and an associated physical address to whom a valid email address was not available or undeliverable after multiple attempts. The Email and

Postcard Notice provided a simplified manner for submitting a prepopulated claim form for those individuals that had not already submitted a claim in the prior JLI Settlement.

12. As of January 12, 2024, for Postcard Notices that were returned as undeliverable, Epiq re-mailed 14,554 Postcard Notices to any new address available through USPS information and to any new addresses Epiq obtained from a third-party address lookup service.

13. Class Members were also given the option to request via a toll-free telephone number or by mail that a Long Form Notice and Claim Form be mailed to them. As of January 12, 2024, Epiq had mailed 93 Long Form Notices and Claim Forms as a result of those requests.

### *Media Plan*

14. The Media Plan as outlined in my Notice Plan Declaration was successfully completed on December 6, 2023. The Media Plan supplemented the Individual Notices and included a Digital Notice campaign, Sponsored Search Listing, and an informational release. The Media Plan ran for 59 days, from October 9, 2023, through December 6, 2023. The Individual Notice and Media Notice were supplemented with an Informational Release, which ran over *PR Newswire* and *Uwire* on October 9, 2023. Combined, approximately 409,315,597 impressions were generated by the Digital Notices, nationwide.

15. More details regarding the target audiences, distribution, and specific ad type of the Digital Notices and Video Notices are included in the following table:

| Network/Property | Target | Distribution | Ad Type | Delivered Impressions |
|---|---|---|---|---|
| Google Display Network | Age 15+ | National | Banner Notices | 16,808,048 |
| Google Display Network | Age 15+ Spanish | National | Banner Notices | 4,537,295 |
| Google Display Network | Data Match Targeting of JUUL email records | National | Banner Notices | 10,592,169 |
| Google Display Network | Parents with Minor Children | National | Banner Notices | 8,742,896 |
| Google Display Network | Parents with Minor Children - Spanish | National | Banner Notices | 2,050,779 |
| Google Display Network | Custom Intent: Electronic Cigarette | National | Banner Notices | 19,247,926 |
| Google Display Network | Custom Intent: Electronic Cigarette - Spanish | National | Banner Notices | 4,741,073 |

| Network/Property | Target | Distribution | Ad Type | Delivered Impressions |
|---|---|---|---|---|
| Google Display Network | Custom Affinity: Electronic Cigarette | National | Banner Notices | 20,419,455 |
| Google Display Network | Custom Affinity: Electronic Cigarette - Spanish | National | Banner Notices | 5,033,731 |
| Google Display Network | Contextual Target: JUUL | National | Banner Notices | 21,010,060 |
| Google Display Network | Contextual Target: JUUL - Spanish | National | Banner Notices | 5,315,551 |
| Facebook | Age 15+ | National | Newsfeed & Right Hand Column | 13,102,155 |
| Facebook | Age 15+ Spanish | National | Newsfeed & Right Hand Column | 3,122,131 |
| Facebook | Data Match Targeting of JUUL email records | National | Newsfeed & Right Hand Column | 10,337,532 |
| Facebook | Parents with Minor Children | National | Newsfeed & Right Hand Column | 8,282,515 |
| Facebook | Parents with Minor Children - Spanish | National | Newsfeed & Right Hand Column | 2,133,679 |
| Facebook | Interest: Electronic Cigarette and/or Smoking | National | Newsfeed & Right Hand Column | 25,046,234 |
| Facebook | Interest: Electronic Cigarette and/or Smoking - Spanish | National | Newsfeed & Right Hand Column | 6,359,251 |
| Instagram | Age 15+ | National | Newsfeed | 3,038,600 |
| Instagram | Age 15+ Spanish | National | Newsfeed | 814,092 |
| Instagram | Age 15+ | National | Instagram Reel (Video) Ads | 26,906,063 |
| Instagram | Data Match Targeting of JUUL email records | National | Newsfeed | 2,526,959 |
| Instagram | Parents with Minor Children | National | Newsfeed | 1,527,111 |
| Instagram | Parents with Minor Children - Spanish | National | Newsfeed | 382,296 |
| Instagram | Interest: Electronic Cigarette and/or Smoking | National | Newsfeed | 5,057,824 |
| Instagram | Interest: Electronic Cigarette and/or Smoking - Spanish | National | Newsfeed | 1,341,843 |
| SnapChat | Age 15+ | National | Video Ad | 22,376,778 |
| TikTok | Age 15+ | National | Video Ad | 42,174,193 |
| Twitter | Age 15+ | National | Twitter Feed Ads | 21,125,820 |

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF ALTRIA CLASS SETTLEMENT AGREEMENT

| Network/Property | Target | Distribution | Ad Type | Delivered Impressions |
|---|---|---|---|---|
| Twitter | Data Match Targeting of JUUL email records | National | Twitter Feed Ads | 10,122,098 |
| Twitter | Interest: Electronic Cigarette and/or Smoking | National | Twitter Feed Ads | 35,039,562 |
| YouTube | Age 15+ | National | YouTube Pre-Roll Ads (30 seconds) | 7,397,846 |
| YouTube | Parents with Minor Children | National | YouTube Pre-Roll Ads (30 seconds) | 2,540,727 |
| YouTube | Custom Intent: Electronic Cigarette | National | YouTube Pre-Roll Ads (30 seconds) | 6,210,956 |
| YouTube | Custom Affinity: Electronic Cigarette | National | YouTube Pre-Roll Ads (30 seconds) | 6,304,864 |
| YouTube | Contextual Target: JUUL | National | YouTube Pre-Roll Ads (30 seconds) | 3,631,101 |
| Telegram | Target: Apple Music | National | Telegram Pre-Roll Ads (30 seconds) | 4,147,109 |
| Telegram | Targets: Billboard Charts, Movies and/or Movie Reviews | National | Telegram Ad Post | 4,170,399 |
| Reddit | Age 15+ | National | Reddit Feed Ads | 5,348,169 |
| Reddit | /r/JUUL, r/Vaping and/or /r/eCigarette | National | Reddit Feed Ads | 10,248,707 |
| **TOTAL** | | | | **409,315,597** |

***Case Website, Toll-free Telephone Number and Postal Mailing Address***

16. On March 15, 2023, a case website (www.JuulClassAction.com) and a toll-free telephone number (1-855-604-1734) were established for the Juul Settlement to allow Class Members to obtain additional information about the Settlement. On October 6, 2023, the case website and toll-free telephone number messaging were updated to add information regarding the Altria Settlement. The existing postal mailing address and email address established for the Juul Settlement, continue to be available for the Altria Settlement allowing Class Members to request additional information or ask questions via these channels.

17. As of January 12, 2024, there have been 9,861,900 unique visitor sessions to the case website, and 52,742,013 web pages have been presented. There have been 247 calls to the toll-free telephone number representing 1,499 minutes of use, and service agents had handled 146 incoming calls representing 1,343 minutes of use.

*Requests for Exclusion and Objections*

18. The deadline to request exclusion from the Settlement or to object to the Settlement is February 5, 2024. As of January 12, 2024, Epiq has received 179 requests for exclusion and no objections to the Settlement.

*Claim Submissions*

19. The deadline for Class Members to file a Claim Form for the Altria Settlement is not until February 5, 2024. As of January 12, 2024, Epiq had received 7,288,999 Claims (7,288,562 online and 437 paper). Since the February 5, 2024, claim filing deadline has not yet passed, these numbers are preliminary. By that deadline, I expect a significant number of additional claims will have been filed by Class Members. As standard practice, Epiq is in the process of conducting a complete review and audit of all Claim Forms received. There is a likelihood that after detailed review, the total number of Claim Forms received will change due to duplicate and denied Claim Forms.

## **CONCLUSION**

20. The Settlement Notice Plan provided the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rule of Civil Procedure 23, comported with the guidance for effective notice articulated in the Manual for Complex Litigation 4th Ed, and was consistent with the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide (2010). As stated above, the reach of the Notice Plan exceeded 80% of the identified Settlement Class. The Notice Plan was based on the successful notice plan implemented in the prior JLI Settlement and was reviewed and analyzed during its implementation to ensure it met the requisite due process requirements.

21. Prior to the Final Approval Hearing and consistent with the schedule established by the Court, I will provide a supplemental Declaration to the Court, which will include a recap of all notice implementation details, up-to-date notice and settlement administration statistics, a report on any opt-outs received, and will address any objections received that may relate to the Settlement Notice Plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2024.

                                                          _____
                                                          Cameron R. Azari, Esq.

8

DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF ALTRIA CLASS SETTLEMENT AGREEMENT

# Attachment 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>CLASS ACTIONS | Case No. 19-md-02913-WHO |

**DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE**

I, KYLE S. BINGHAM, hereby declare and state as follows:

1. My name is KYLE S. BINGHAM. I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans. I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 400 class action settlements.

3. Epiq is a firm with more than 25 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**CAFA NOTICE IMPLEMENTATION**

5.  At the direction of counsel for Defendant(s) Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution, 58 federal and state officials (the Attorney General of the United States, the Food and Drug Administration, and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive CAFA notice.

6.  Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice. Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.  On August 4, 2023, Epiq sent 58 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Certified Mail to 55 officials (the Attorneys General of 49 states, the District of Columbia, and the United States Territories). As per the direction of the Office of the Nevada Attorney General, the Notice was sent to the Nevada Attorney General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States and the Food and Drug Administration. The CAFA Notice Service List (USPS Certified Mail, Email, and UPS) is included as **Attachment 1**.

8.  The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case. The Cover Letter is included as **Attachment 2**.

9.  The cover letter was accompanied by a CD, which included the following:

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

2

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

a. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

- Consolidated Class Action Complaint (filed March 11, 2020);

- Amended Consolidated Class Action Complaint (filed June 18, 2020); and

- Second Amended Consolidated Class Action Complaint (filed November 13, 2020).

b. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

- Class Action Notice *(Exhibit 3 to the Class Settlement Agreement)*;

- Postcard Notice *(Exhibit 4 to the Class Settlement Agreement)*;

- Email Notice *(Exhibit 5 to the Class Settlement Agreement)*;

- Email Notice *(Exhibit 6 to the Class Settlement Agreement)*;

- Phone Script *(Exhibit 7 to the Class Settlement Agreement)*;

- Claim Form *(Exhibit 8 to the Class Settlement Agreement)*;

- Banner Advertisement *(Exhibit 9 to the Class Settlement Agreement)*;

- Video Script *(Exhibit 10 to the Class Settlement Agreement)*; and

- Press Release *(Exhibit 11 to the Class Settlement Agreement)*.

c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

- Class Settlement Agreement.

d. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** A Class Member Geographic Location Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2023.

Kyle S. Bingham

3

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

# Attachment 1

CAFA Notice Service List
USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Michelle A. Henry | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | American Samoa Gov't Exec Ofc Bldg Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | Administrative Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Ariel K Smith | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**Email**

| Company | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |

1

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Food and Drug Administration | Chief Counsel Mark Raza | 10903 New Hampshire Ave | White Oak Building 31, Rm 4536 | Silver Spring | MD | 20993 |

# Attachment 2

CAFA NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

August 4, 2023

**VIA UPS OR USPS CERTIFIED MAIL**

Class Action Fairness Act – Notice to Federal and State Officials

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company relating to the proposed settlement of a class action lawsuit.

- **Case:** *In Re Juul Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, Case No. 3:19-md-02913-WHO.

- **Court:** United States District Court for the Northern District of California.

- **Defendants:** Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     a. Consolidated Class Action Complaint (filed March 11, 2020);

     b. Amended Consolidated Class Action Complaint (filed June 18, 2020); and

     c. Second Amended Consolidated Class Action Complaint (filed November 13, 2020).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has not scheduled a preliminary approval hearing or a final approval hearing or any other judicial hearing concerning the settlement agreement at this time.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

     a. Class Action Notice *(Exhibit 3 to the Class Settlement Agreement)*;

     b. Postcard Notice *(Exhibit 4 to the Class Settlement Agreement)*;

     c. Email Notice *(Exhibit 5 to the Class Settlement Agreement)*;

     d. Email Notice *(Exhibit 6 to the Class Settlement Agreement)*;

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

    e.  Phone Script *(Exhibit 7 to the Class Settlement Agreement)*;

    f.  Claim Form *(Exhibit 8 to the Class Settlement Agreement)*;

    g.  Banner Advertisement *(Exhibit 9 to the Class Settlement Agreement)*;

    h.  Video Script *(Exhibit 10 to the Class Settlement Agreement)*; and

    i.  Press Release *(Exhibit 11 to the Class Settlement Agreement)*.

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

   - Class Settlement Agreement.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** There are no other Settlements or Agreements between the parties.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:** To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** As of the date of this CAFA Notice, the Settling Defendants do not know and cannot feasibly determine the names of all individual Settlement Class members and/or the state in which each Settlement Class member resides. Although some Settlement Class members are individuals who purchased a JUUL Product directly from JLI, many others purchased JUUL Products from third-party retailers. However, a Class Member Geographic Location Report is included and represents an estimate of the known potential Settlement Class members based on data that is currently available to Defendants for some Settlement Class members, as of the date of this CAFA Notice.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures