Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 1 of 10

**RECEIVED**

JAN 24 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EDWARD W. ORR**
122 Ridge Road
Terryville, CT 06786

# SENT TO THE COURT VIA NEXT-DAY PRIORITY MAIL EXPRESS:

# EI 475 346 219 US

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

**SUBJECT:** **ADDENDUM TO THE PREVIOUSLY SUBMITTED (VIA PRIORITY MAIL EXPRESS EI 475 346 205 US) OBJECTION AND COMMENTARY OF EDWARD ORR REGARDING THE PROPOSED SETTLEMENT:** *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation, No. 19-md-02913-WHO (N.D. Cal.);*

Page 1 of 10

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 2 of 10

**(ADDITIONAL REQUISITE DETAILS, INCLUDING, BUT NOT LIMITED TO, NAME, ADDRESS, CONTACT INFOR-MATION, REASONS FOR OBJECTION, ETC., ARE SHOWN BELOW AND/OR IN THE PREVIOUSLY SUBMITTED MATERIALS)**

# OBJECTION AND NOTICE OF INTENT TO APPEAR AT THE FINAL APPROVAL HEARING (of Edward W. Orr; 122 Ridge Road; Terryville, CT 06786 [Telephone: 203-658-4977] [Email eanddorr2@gmail.com])[1]

---

[1] Objector Orr suffers from both auditory and visual handicaps (in addition to being in a wheelchair and suffering from mobility handicaps resulting from spinal cord injuries associated with two fractured cervical vertebrae and four fractured lumbar vertebrae caused by an intoxicated driver who, travelling at 120 MPH, collided with Orr's automobile). The undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Orr brings this Objection in good faith, and in order to avoid doubt about his motives, Orr is more than willing to stipulate to an injunction prohibiting him from accepting compensation in exchange for the settlement of this Objection; see generally Brian T. Fitzpatrick, "The End of Objector Blackmail?" 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem). In other words, Orr wants nothing more than constructive action, and is advocating for those injured by Juul's actions (and/or the actions of its affiliates, et al), and/or for those who have been unfairly treated by Juul (and/or its affiliates), to receive proper relief, and to be treated equitably – thus the filing of this Objection, as the undersigned received Notice.

As mentioned above, the undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Grounds for objection are contained in this Next-Day Delivery mailing; and all pages and exhibits and/or legal and evidentiary support herein are submitted with the request that the Court consider them. It is requested that all pages and/or exhibits of this submission (please note that, in addition to the objection cover letter and the hard-copy exhibits, there is a 32 GB USB drive containing information and exhibits,

Page 2 of 10

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 3 of 10

The undersigned is a member of the Class.

"I declare under penalty of perjury under the laws of the United
States of America that Edward W. Orr is a member of the Class."

I am objecting to the Settlement.

---

etc., which is attached as part of Exhibit "A") be submitted into evidence immediately. In addition,
the Objector intends to utilize all pages and/or exhibits of this submission as evidence at the
Settlement Fairness Hearing. The undersigned also hereby states that, as a result of the current and/or
prior State of National Emergency (and/or concomitant events in the Objector's current state of
residence, the State of Connecticut), Orr has prepared and proofread this Objection to the best of his
ability (owing to the physical handicaps of the undersigned, several friends and family members have
assisted and/or acted in agency as required in the preparation of this document, with such disability-
related assistance including the assistance of one or more persons holding power of attorney, persons
who have also assisted with voice machinery/substitution and/or related, and who may also do so in
the future if necessary) under the constraints at hand, including, but not limited to, time constraints, et
al. It is hoped that all page and/or exhibit references and/or related are correct, and the undersigned
has proofread this document (referring here to the Orr Objection) a minimum of four times, with
multiple reviewers/proofreaders assisting. The undersigned is not an attorney, and has prepared this
Objection to the best of his ability; Orr has submitted this document in good faith. Please note that --
in regard to the herein-described security breaches, hacking activities, and/or related (many such
breaches and/or activities have been related to Juul's and/or affiliates' website(s) (including but not
limited to Juul/Facebook links and/or other links, etc.), activities and/or related.

Copy provided also to the administrator:

In re JUUL Labs, Inc.
Settlement Administrator
P.O. Box 5730
Portland, OR 97228–5730
(Email: info@JUULClassAction.com)

Page 3 of 10

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 4 of 10

This is an addendum to my prior objection, which was submitted VIA **PRIORITY MAIL EXPRESS EI 475 346 205 US.**

\*     \*     \*     \*     \*     \*     \*     \*

Dear Sir or Madam:

The Jewish Federation and the Jewish Braille Institute recommended that the undersigned, who is physically handicapped, submit this addendum to the Objection: The proposed Settlement should not be approved because the Settlement website directs Objectors to

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 5 of 10

# send their Objections to the incorrect

# address!

# This is a fatal flaw, and the Settlement

# should not be approved.

# NEW      NOTICE      MUST      BE

# PROVIDED      ---      WITH      THE

# CORRECT ADDRESS!

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 6 of 10

There is no way of knowing how many Objectors have been harmed, and

there is no way of knowing how many Objections have been sent to the

wrong address, AND SUBSEQUENTLY LOST FOREVER.

Maybe some made it to the correct address anyway, BUT

UNDOUBTEDLY MOST HAVE BEEN LOST!

PLEASE SEE PAGE 13 OF THE ATTACHED EXHIBIT "R," WHICH

IS THE OFFICIAL NOTICE PROVIDED ON THE

ADMINISTRATOR'S WEBSITE; THE ADDRESS OF THE COURT

IS INCORRECT, AND CONTAINS THE ZIP CODE OF

BURLINGAME, CALIFORNIA, RATHER THAN THE

APPROPRIATE ZIP CODE OF SAN FRANCISCO.

OBJECTORS ARE TOLD TO SEND THEIR OBJECTIONS TO

BURLINGAME (ZIP 94012).

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 7 of 10

PLEASE SEE ALSO THE ATTACHED EXHIBIT "S," WHICH IS

THE OFFICIAL "FREQUENTLY ASKED QUESTIONS" SECTION

OF THE ADMINISTRATOR'S WEBSITE; THE ADDRESS OF THE

COURT IS ALSO INCORRECT, AND CONTAINS THE ZIP CODE

OF   BURLINGAME,   CALIFORNIA,   RATHER   THAN   THE

APPROPRIATE ZIP CODE OF SAN FRANCISCO.

OBJECTORS ARE AGAIN TOLD TO SEND THEIR OBJECTIONS

TO BURLINGAME (ZIP 94012).

EXHIBIT "T" SHOWS THAT BURLINGAME'S ZIP CODE IS 94012.

THE   UNDERSIGNED   DISCOVERED   THIS   ONLY   AFTER   HIS

HAVING ALREADY SENT ONE MAILING TO THE INCORRECT

(BURLINGAME) ADDRESS.

IT IS UNFAIR FOR OBJECTORS TO BE TOLD TO SEND THEIR

OBJECTIONS TO THE WRONG ADDRESS.

Page 7 of 10

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 8 of 10

## WHAT BETTER WAY FOR THE SETTLEMENT **NOT** TO

## RECEIVE A FAIR REVIEW?

## THE PROPOSED SETTLEMENT SHOULD **NOT** BE APPROVED.

\*     \*     \*     \*     \*     \*     \*     \*

Thank you.

Sincerely,

Edward W. Orr[2]

---

[2] Objector Orr suffers from both auditory and visual handicaps (in addition to being in a wheelchair and suffering from mobility handicaps resulting from spinal cord injuries associated with two fractured cervical vertebrae and four fractured lumbar vertebrae caused by an intoxicated driver who, travelling at 120 MPH, collided with Orr's automobile). The undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Orr brings this Objection in good faith, and in order to avoid doubt about his motives, Orr is more than willing to stipulate to an injunction prohibiting him from accepting compensation in exchange for the settlement of this Objection; see generally Brian T. Fitzpatrick, "The End of Objector Blackmail?" 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem). In other words, Orr wants nothing more than constructive action, and is advocating for those injured by Juul's actions (and/or the actions of its

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 9 of 10



122 Ridge Road
Terryville, CT 06786



Telephone: 203-658-4977
Email Address: eanddorr2@gmail.com

---

affiliates, et al), and/or for those who have been unfairly treated by Juul (and/or its affiliates), to receive proper relief, and to be treated equitably – thus the filing of this Objection, as the undersigned received Notice.

As mentioned above, the undersigned intends to appear at the Final Fairness Hearing, and respectfully requests permission from the Court to speak and/or communicate via telephone, as his physical handicaps prevent both travel and the usage of Zoom and/or related technologies. Grounds for objection are contained in this Next-Day Delivery mailing; and all pages and exhibits and/or legal and evidentiary support herein are submitted with the request that the Court consider them. It is requested that all pages and/or exhibits of this submission (please note that, in addition to the objection cover letter and the hard-copy exhibits, there is a 32 GB USB drive containing information and exhibits, etc., which is attached as part of Exhibit "A") be submitted into evidence immediately. In addition, the Objector intends to utilize all pages and/or exhibits of this submission as evidence at the Settlement Fairness Hearing. The undersigned also hereby states that, as a result of the current and/or prior State of National Emergency (and/or concomitant events in the Objector's current state of residence, the State of Connecticut), Orr has prepared and proofread this Objection to the best of his ability (owing to the physical handicaps of the undersigned, several friends and family members have assisted and/or acted in agency as required in the preparation of this document, with such disability-related assistance including the assistance of one or more persons holding power of attorney, persons who have also assisted with voice machinery/substitution and/or related, and who may also do so in the future if necessary) under the constraints at hand, including, but not limited to, time constraints, et al. It is hoped that all page and/or exhibit references and/or related are correct, and the undersigned has proofread this document (referring here to the Orr Objection) a minimum of four times, with multiple reviewers/proofreaders assisting. Please note that, in instances where one or more exhibits may contain material(s) shown in another exhibit – the material(s) may be shown in only one exhibit herein, in order to conserve paper and to avoid repetition of exhibits and/or the contents thereof. The undersigned is not an attorney, and has prepared this Objection to the best of his ability; Orr has submitted this document in good faith. Please note that -- in regard to the herein-described security breaches, hacking activities, and/or related (many such breaches and/or activities have been related to Juul's and/or affiliates' website(s) (including but not limited to Juul/Facebook links and/or other links, etc.), activities and/or related.

Copy provided also to the administrator:

In re JUUL Labs, Inc.
Settlement Administrator
P.O. Box 5730
Portland, OR 97228–5730
(Email: info@JUULClassAction.com)


Page 9 of 10

Office of the Clerk of Court
U.S. District Court for
the Northern District of California
January 23, 2024
Page 10 of 10

Telefax Number: (860) 582-4857

CRS/DDO:fw7269313994s

Enc.: As described and/or referenced herein

cc:    S. Winick (per regular mail/prm)

       S. Solender (per regular mail/prm)

       S. Specter (per regular mail/prm)

       DC File/351292381033f/re (per regular mail/prm)

       Social Security Administration (per regular mail/prm)

       Yale Medical School/DK (per regular mail/prm)

       Reliance Standard (per regular mail/prm)

       University of Conn. Medical School/J.Cannon Ref. EWO/3063(per regular mail/prm)

       SBI/DC Trust (per regular mail/prm)

Page 10 of 10









United States District Court for the Northern District of California

In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation

Case No. 19-md-02913-WHO

# Class Action Notice

## *Authorized by the U.S. District Court*

---

**Did you buy a JUUL product before December 7, 2022?**

*A class action Lawsuit and a Settlement of that Lawsuit could affect your rights.*

*You may be eligible to receive a payment from this and other Settlements of the Lawsuit totaling $300 million*

**Your options:**

1. **Make a claim if you have not already.** *Get a payment.*

2. **Do nothing.** *You will be bound by the Settlement and the Lawsuit and, unless you already submitted a claim, will get no payment from it.*

3. **Opt out of the Settlement.**

4. **Object to the Settlement.**

**You are not being sued.**

*This notice explains the Lawsuit, the Settlement, and your legal rights and options.*

*Please read entire notice carefully.*

**Another part of this case settled earlier this year. You need to make decisions about this second, new settlement that resolves the rest of the court case. If you already submitted a claim for payment from the first settlement and you want to receive a payment from this settlement, you do not need to submit your claim again.**

**To make the best decisions for you, read on.**

## THE $45 MILLION SETTLEMENT WITH ALTRIA



Important things to know:
- You must <u>file a claim</u> to receive money from the Settlement.
- You only need to file one claim to receive payment from the two Settlements in this case. If you already submitted a claim for the first Settlement, you do not need to submit anything further to receive payment from the new settlement.
- If you do nothing, you will still be bound by the Settlement and the Lawsuit, and your rights will be affected.
- If you want to opt out or object, you must do so by February 05, 2024.
- You can learn more at: *www.JUULclassaction.com*

## Table of Contents

**Key Information** ......................................................................................................................... **5**
What is happening in this lawsuit? ............................................................................................. 5
What are my options? ................................................................................................................. 5
What are the most important dates? .......................................................................................... 6
**Learning About the Lawsuit** ..................................................................................................... **7**
What is this Lawsuit about? ........................................................................................................ 7
Why is there a Settlement? ........................................................................................................ 7
Which Defendants are in the first settlement and which ones are in the new one? ............... 8
What happens next in this Lawsuit? ........................................................................................... 8
What effect does this case have on personal injury claims? ..................................................... 8
**Important Facts About How The Settlement Might Affect You** ...................................... **9**
How do I know if I am a member of the Settlement Class? ....................................................... 9
What products are at issue in the Settlements? ......................................................................... 9
What if I'm still not sure if I'm included in the Settlement Class? ............................................ 9
What are the benefits of the Settlements? .............................................................................. 10
**Your Options as a Settlement Class Member** ................................................................... **10**
What are my Options if I am a Settlement Class Member? ...................................................... 10
Do I need to do anything to get paid? ...................................................................................... 10
How do I submit a claim? .......................................................................................................... 10
How much will my payment be? ............................................................................................... 11
What do I give up by making a Settlement claim? .................................................................... 11
What are the consequences of doing nothing? ........................................................................ 11
What if I don't want to be a part of the Settlement Class? ..................................................... 11
How do I submit an objection to the Settlement? ................................................................... 12
Is any part of the Lawsuit not included in the Settlement? ..................................................... 13
**Opting Out / Excluding Yourself** ........................................................................................ **13**
What are the consequences of excluding myself? ................................................................... 13
How do I opt out? ..................................................................................................................... 14
If I opted out of the JUUL Settlement, can I opt back in now? ................................................ 14
**The Lawyers Representing You** ............................................................................................ **15**
Do I have a lawyer in the case? ................................................................................................ 15
Should I get my own lawyer? .................................................................................................... 16
How will the lawyers be paid? .................................................................................................. 16
**Key Resources** ...................................................................................................................... **16**
How I get more information? .................................................................................................... 16

# Key Information

## What is happening in this lawsuit?

A group of people filed a class action lawsuit against JUUL Labs, Inc., related individuals, and Altria. These plaintiffs claimed that Altria was a part of an enterprise that misled consumers concerning JUUL products' addictiveness and safety, causing them to pay more than they would have had accurate information been provided. They allege that the enterprise that Altria was a part of unlawfully marketed to minors. Altria denies these allegations.

### What is a class action lawsuit?

A class action is a lawsuit in which one or more people sue on behalf of a larger group, called the Class.

In a settlement announced in December 2022, JUUL Labs, on behalf of itself, its directors and officers, and other entities (collectively referred to as JUUL), agreed to pay $255 million to settle claims against it. Now, the remaining defendants—Altria and related companies—have agreed to pay an additional $45 million to settle the remaining claims in the case.

The group of people who both JUUL and Altria have agreed to pay is called the Settlement Class and it includes everyone who purchased JUUL products from retail stores or online retailers or from JUUL directly before December 7, 2022. If you are in this group and want to get paid, you must file a claim. If you already submitted a claim as part of the first settlement involving JUUL, you do not need to submit anything further to receive payment from the new settlement involving Altria. If you have not submitted a claim previously you can do so by returning a claim form to the Settlement Administrator (see below) or by making a claim at www.JUULclassaction.com

## What are my options?

| | |
|---|---|
| **Make a Claim to Get Paid from the Settlement** | To receive a payment from the Altria Settlement, you must make a claim. |
| | You only need to file one claim to receive payment from the settlements in the Lawsuit. If you already submitted a claim for the first settlement, you DO NOT need to submit anything further to receive payment from the new settlement. |
| | If you have not previously submitted a claim, you can do so on this website. Click here to make a claim. |
| | If you bought directly from JUUL's website and have not previously submitted a claim, you should have received an email or postcard indicating the purchase amount on record for you that includes a claim code that is specific to you. You can use your claim code to pick a payment method here. |

| | |
|---|---|
| **Do Nothing** | If you do nothing, you will remain in the Settlement Class and be bound by the Settlement. If you did not submit a claim before and do not submit one now, you will not get any money from the Settlement.  Read below for more details about the types of claims covered by the Lawsuit. |
| **Opt Out of the Settlement** | You can opt out of the Settlement Class (also known as excluding yourself) if you want to sue Altria for claims similar to this case. If you previously opted out of the first settlement and you also wish to opt out of this new settlement, you must submit a new opt out form. |
| | If you opt out of the Settlement Class, you will retain your right to sue Altria but you will not be eligible to receive any money from the Altria Settlement (though you can still recover money from the JUUL Settlement if you submitted a claim). |
| | More detail on opting yourself out can be found below. |
| | If you are considering bringing a separate claim against Altria, you should consult your own attorney who can advise you about any deadlines to file your claim. |
| | The deadline to opt out is: February 05,2024. |
| **Opt Back Into the Settlement** | If you opted out of the JUUL Settlement in this case, you have the opportunity to opt back in now that the rest of the lawsuit has settled. If you wish to opt back into the JUUL Settlement, you must notify the Settlement Administrator in writing using the contact information below. |
| **Object to the Settlement** | If you are a member of the Settlement Class and do not opt out of the Altria Settlement, you can object to the Altria Settlement if you do not like any part of it. |
| | More detail on objecting to the Altria Settlement can be found below. |
| | The deadline to object is: February 05, 2024 |

# What are the most important dates?

The deadline to make a claim for a settlement payment is February 05, 2024.

The deadline to opt out of the Settlement Class is February 05, 2024.

The deadline to object to the Settlement is February 05, 2024.

# Learning About the Lawsuit

## What is this Lawsuit about?

The Lawsuit alleges that Plaintiffs paid more for JUUL products than they otherwise would have paid if accurate information concerning the products' addictiveness and safety had been provided, and that JUUL products were unlawfully marketed to minors.

Plaintiffs also allege that JLI was an enterprise conducted by the individual defendants throughout the time JUUL has

### Where can I learn more?

You can get a complete copy of the Plaintiffs' complaint, the Settlement Agreement, and the Court's class certification order by visiting:

www.JUULclassaction.com

been sold, and by Altria for a portion of that time. Plaintiffs allege that the enterprise misled consumers concerning JUUL products' addictiveness and safety, and that the enterprise that Altria was a part of unlawfully marketed to minors.

A copy of the Complaint is available Here

Altria denies these allegations and asserts that it did not violate any law.

**The court has not decided whether Altria violated any laws. This notice is not an opinion by the court about whether the Plaintiffs or Defendants are right.**

## Why is there a Settlement?

Following the first settlement with JLI, the remaining defendant, Altria, and Plaintiffs agreed to the Altria Settlement to enable class members to receive money and avoid the costs and risks of trial against Altria. As a result of the Altria Settlement, members of the Settlement Class who submit valid claims (or did so previously) will get money payments without undue delay. Plaintiffs and their lawyers think the Altria Settlement is best for all members of the Settlement Class.

## Which Defendants are in the first settlement and which ones are in the new one?

The first settlement, announced in December 2022, will release claims against JLI, its officers and directors, manufacturers of JUUL products, sellers of JUUL products, and other persons and entities identified in the first Settlement Agreement (and on the Settlement website).

This second settlement will release claims against Altria and its related entities, including Altria Group, Inc., Altria Client Services LLC, Altria Enterprises,

### What does it mean to "release" a claim?

If a claim is released, it is forever resolved and cannot be the basis for a new lawsuit.

LLC, Altria Group Distribution Company, Philip Morris USA, Inc. This new settlement includes all the remaining defendants in the lawsuit and will resolve the case completely.

## What happens next in this Lawsuit?

If the Altria Settlement is approved by the Court, members of the Settlement Class who have submitted claims will be paid, and all claims of Settlement Class members against Altria will be dismissed.

## What effect does this case have on personal injury claims?

The Settlement Class alleges **economic** injury to JUUL purchasers—that they were misled by JUUL and paid more for JUUL products than they otherwise would have, or that JUUL products would not have been purchased if they had not been marketed to minors.

The Settlement Class does not allege **personal** injury—the damage to health or welfare suffered by individuals who used JUUL products. If you have asserted personal injury claims, you may be eligible to recover as part of separate settlements that have been reached to resolve the personal injury claims in the Lawsuit. Deadlines and other important information regarding those separate settlements are included in the court's order here. Contact your lawyer with any questions.

You should consult with your own lawyer soon about any personal injury claims you may have because you may have missed the deadline for bringing a lawsuit for your personal injuries.

# Important Facts About How The Settlement Might Affect You

## How do I know if I am a member of the Settlement Class?

The Settlement Class includes all individuals who purchased, in the United States, a JUUL product from a brick and mortar or online retailer before December 7, 2022.

If you are in this group, you are a member of the Settlement Class and you must make a claim in order to receive a payment.

A "brick and mortar" retailer is a physical store in which you bought products in-person.

**Note:** You are not a member of the Settlement Class if:

- You purchased the JUUL product(s) **only from** another person who is not a retailer; or
- You are a Defendant, one of their employees, officers, directors, legal representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies; or
- You are a judicial officer assigned to this case or a member of their immediate family, or associated court staff; or
- You timely and properly opt out of the Settlement Class.

## What products are at issue in the Settlements?

The products included in the Settlements are any product designed, manufactured, produced, advertised, marketed, distributed, or sold by JUUL, or under the logo of JUUL, including "JUUL"-branded pods or devices. If you bought these products before December 7, 2022, you are in the Settlement Class.

## What if I'm still not sure if I'm included in the Settlement Class?

If you are not sure whether you are included in the Settlement Class, you may call 1-855-604-1734 or email info@JUULClassAction.com. Please do not contact Defendants or the Court.

## What are the benefits of the Settlements?

The two settlements total over $300,000,000. In the first settlement, JUUL has agreed to pay $255,000,000 to settle the claims of the Settlement Class. In the second settlement, Altria has agreed to pay an additional $45,531,250 to settle the remaining claims of the Settlement Class. Class members who submit a claim will be eligible to get paid from both Settlements after payment for the lawyers' fees and the case expenses described below.

# Your Options as a Settlement Class Member

## What are my Options if I am a Settlement Class Member?

You have three options as a member of the Settlement Class. You can (1) file a claim to get paid from the Settlements (you do not need to file a new claim if you have already filed a claim), (2) do nothing and remain in the Settlement Class, or (3) opt out of the Settlement Class and retain your right to sue Altria. If you do nothing and have not previously submitted a claim, you will not receive a payment. You can also object to any part of the Settlement that you do not like, as long as you don't opt out of the Settlement Class.

## Do I need to do anything to get paid?

YES. To get paid from the Settlements, you *MUST* submit a claim. You only need to file one claim to receive payment from the two Settlements in this case. If you already submitted a claim for the first settlement, you do not need to submit anything further to receive payment from the Altria settlement.

**The deadline to make a claim for a settlement payment is February 05, 2024.**

## How do I submit a claim?

Click here to make a claim. If you received an email or postcard about the Settlements, you can click the link in the email to make a claim or return the postcard. You can also obtain a paper claim form by contacting the Settlement Administrator at the address, phone number, or email below.

Claims submitted by third party filers will not be accepted.

**The deadline to make a claim for a settlement payment is February 05, 2024.**

## How much will my payment be?

Each claim will be based on how much each claimant spent on JUUL products compared to other Settlement Class members. How much each claimant will receive is unknown at this time because it depends on how many claims are submitted. More information about how payments will be calculated can be found in the Plan of Allocation available at www.JUULclassaction.com.

## What do I give up by making a Settlement claim?

If the Altria Settlement becomes final, you will be releasing Altria from all the claims identified in the Settlement Agreement. This means that you will not be able to start another lawsuit, continue another lawsuit, or be part of any other lawsuit against Altria seeking economic damages for JUUL product purchases during the class period, except as to claims asserted in *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 3:20-cv-02345-WHO.

The Altria Settlement Agreement is available here. The Altria Settlement Agreement describes the released claims.

## What are the consequences of doing nothing?

If you do nothing and remain in the Settlement Class, then you will be bound by the Settlement. If you did not submit a claim before and do not submit one now, you won't get any money from the Altria Settlement. You will not be able to start another lawsuit, continue another lawsuit, or be part of any other lawsuit against Altria seeking economic damages for JUUL product purchases during the class period, except as to claims asserted in *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 3:20-cv-02345-WHO.

## What if I don't want to be a part of the Settlement Class?

You can opt out of the Settlement Class for purposes of the Altria Settlement. If you do so, you will retain your right to sue or continue to sue Altria and you will not be eligible to get paid from the Altria Settlement.

If you already opted out of the first settlement and you also want to opt out of the Altria settlement, you need to submit another opt out form.

Information about how to opt out of the Settlement Class is <u>below</u>.

## How do I submit an objection to the Settlement?

If you are a member of the Settlement Class and you did not request to opt yourself out of the Settlement Class for purposes of the Altria Settlement, you may object to any aspect of the Settlement, including the fairness of the Settlement, the Plan of Allocation, and/or Class Counsel's requests for attorneys' fees and expenses.

If the Court denies approval of the Altria Settlement, none of the money in the Altria Settlement will be paid to class members and the Lawsuit will continue against Altria. If the Court rejects your objection, you will still be bound by the Altria Settlement.

To object to the Altria Settlement, you (or your lawyer if you have one) must submit a written objection to the Court and send the objection to the Settlement Administrator at the addresses <u>below</u>. You must submit your objection on or before February 05, 2024. Your objection can include any supporting materials, papers, or briefs that you want the Court to consider. Your objection <u>must</u> include:

- Your full name, address, telephone number, and, if available, email address;

- The case name and number: *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.);

- Documentation demonstrating that you are a member of the Class and/or this statement, followed by your signature: "I declare under penalty of perjury under the laws of the United States of America that [insert your name] is a member of the Class.";

- A clear statement that you are objecting to the Altria Settlement;

- A written statement of all grounds for your objection, including any legal support for the objection, making sure to say whether your objection relates only to you, to part of the class, or the entire class;

- Copies of any papers, briefs, or other documents your objection is based on;

- The name, address, email address, and telephone number of every attorney representing you; and

- A statement saying whether you and/or your attorney intend to appear at the Final Approval Hearing and, if so, a list of all persons, if any, who will be called to testify in support of the objection.

You <u>must</u> submit your objection to the Court and to the Settlement Administrator by February 05, 2024.

Office of the Clerk of Court

U.S. District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94012

In re JUUL Labs, Inc. Settlement Administrator

P.O. BOX 5730

Portland, OR 97228-5730 Email: info@JUULClassAction.com

A fairness hearing will be held on March 6, 2024, subject to change by the Court. If you would like to attend the fairness hearing, please monitor the Settlement website for information on how to attend and for information regarding any change of time or date.

## Is any part of the Lawsuit not included in the Settlement?

No. The first settlement with JUUL Labs and this new settlement with Altria include all the defendants in the case and all the claims brought by the Class. If both Settlements are approved, the Lawsuit will end.

# Opting Out / Excluding Yourself

## What are the consequences of excluding myself?

You have the right to opt yourself out of the Settlement Class—also known as "excluding yourself" from the Class. If you opt out so that you can start, or continue, your own lawsuit against Altria, you should talk to your own lawyer soon, because you may have missed the deadline to file a claim. You will be responsible for the cost of any services provided by your own lawyer.

This will be your only opportunity to opt out of the Settlement Class for the Altria Settlement. The deadline to opt out of the JUUL Settlement has passed.

**What happens if I opt out of the Settlement Class?**

If you opt out of the Settlement Class for the Altria Settlement, you will not be eligible to receive payment from the Altria Settlement. You may be able to file a lawsuit against (or continue to sue) Altria about the legal claims brought on behalf of the Settlement Class.

If you opt out of the Settlement Class but participate in the personal injury settlement, your ability to bring claims against Altria may be impacted. You should speak with your own lawyer about how participating in the personal injury settlement may impact your rights even if you opt out of the class action Settlement.

## How do I opt out?

You can opt out of the Settlement Class with respect to the Altria Settlement by going to www.JUULclassaction.com and filling out the online form, or by sending a letter via first class U.S. mail saying that you want to opt out of the Altria Settlement in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) to the Settlement Administrator at the below address:

> In re JUUL Labs, Inc.
> Settlement Administrator
> P.O. BOX 5730
> Portland, OR 97228-5730

Be sure to include your name, address, telephone number, and your signature. If you are under 18 years old and do not want your name included on the list of opt-outs filed with the Court, your letter must state that you are under 18.

If you wish to opt out of the Settlement Class, you must do so individually and separately; no consolidated or group opt-outs will be accepted.

To opt out, you must complete the online form opting out of any or all of the Classes by, or send your letter requesting exclusion postmarked no later than, February 5, 2024.

## If I opted out of the JUUL Settlement, can I opt back in now?

If you opted out of the first Settlement in this case, you have the opportunity to opt back in now that the rest of the lawsuit has settled.

If you wish to opt back in, you must notify the Settlement Administrator by sending a letter via first class U.S. mail saying that you want to opt back into the

Settlements in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) to the below address:

> In re JUUL Labs, Inc.
> Settlement Administrator
> P.O. BOX 5730
> Portland, OR 97228-5730

Your letter should include your name, address, telephone number, and your signature.

If you want to receive payment from both Settlements after opting back in, you must also submit a claim form, as described above.

# The Lawyers Representing You

## Do I have a lawyer in the case?

The Court has appointed Dena Sharp of Girard Sharp LLP to serve as Class Counsel for the Settlement Class.

> Dena C. Sharp
> **GIRARD SHARP LLP**
> 601 California Street, 14th Fl.
> San Francisco, CA 94108
> Telephone: (415) 981-4800

Ms. Sharp and the other lawyers listed below also serve as Co-Lead Counsel in the Lawsuit.

> Sarah R. London
> **LIEFF CABRASER HEIMANN &BERNSTEIN**
> 275 Battery Street, Fl. 29
> San Francisco, CA 94111
> Telephone: (415) 956-1000

> Dean Kawamoto
> **KELLER ROHRBACK L.L.P.**
> 1201 Third Ave., Ste. 3200
> Seattle, WA 98101
> Telephone: (206) 623-1900

> Ellen Relkin
> **WEITZ & LUXENBERG**
> 700 Broadway

New York, NY 10003
Telephone: (212) 558-5500

These lawyers do not represent you individually, only as a member of the Class.
Class Counsel are experienced in handling similar cases against other
companies.

## Should I get my own lawyer?

You are not required to hire your own lawyer to submit a Settlement claim. Class
Counsel are working on your behalf as a member of the Class. However, if you
wish to do so, you may retain your own lawyer at your own expense. Your own
lawyer may appear on your behalf in this Lawsuit.

## How will the lawyers be paid?

The lawyers representing the Settlement Class will request an award from the
Court for attorneys' fees not to exceed thirty percent (30%) of the $45,531,250
Altria Settlement plus any accrued interest. Class Counsel will also seek
reimbursement of costs and expenses (1) advanced in litigating the case not to
exceed $1,000,000 and (2) for providing notice and administering the settlement
not to exceed $4,500,000.

All awards for attorneys' fees and expenses are subject to Court approval and
will be paid from the Settlement Fund only after the Court approves them.

Class counsel's motion for the payment of attorneys' fees and expenses will be
available in the Important Documents page of the website by January 15, 2024.

Members of the Settlement Class will not individually have to pay any attorneys'
fees or expenses in connection with the Lawsuit.

# Key Resources

## How do I get more information?

This notice contains a summary of the Lawsuit. More detailed information about
the Lawsuit, copies of the Plaintiffs' complaint, the Court's order certifying the
Classes, and other filings are available at www.JUULclassaction.com. Complete
copies of public pleadings, Court rulings, and other filings are available for review
and copying at the Office of the Clerk of Court, United States District Court for
the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA
94012 during normal business hours.

Additional information about the Lawsuit is available on this website or you can call the Settlement Administrator toll-free at 1-855-604-1734 or by email at info@JUULClassAction.com.

You can also contact Class Counsel at the addresses listed below:

| Case website | www.JUULclassaction.com |
|---|---|
| **Settlement Administrator** | In re JUUL Labs, Inc. Settlement Administrator<br>P.O. BOX 5730<br>Portland, OR 97228-5730 |
| **Class Counsel and Co-Lead Counsel (Consumers' lawyers)** | Dena C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, 14th Fl.<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br><br>Sarah R. London<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| | Dean Kawamoto<br>KELLER ROHRBACK L.L.P.<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br><br>Ellen Relkin<br>WEITZ & LUXENBERG<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500 |
| **Court (DO NOT CONTACT)** | Office of the Clerk of Court<br>United States District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94012 |

# EXHIBIT S

## Frequently Asked Questions

Key Information ⊙

Learning About The Lawsuit ⊙

The Terms Of The Settlement ⊙

Settlement Class Member Options ⊙

Opting Out/Excluding Yourself ⊙

The Lawyers Representing You ⊙

Key Resources ⊙

## Key Information

**1. What is happening in this lawsuit?**

A group of people filed a class action lawsuit against JUUL Labs, Inc., related individuals, and Altria. These plaintiffs claimed that Altria was a part of an enterprise that misled consumers concerning JUUL products' addictiveness and safety, causing them to pay more than they would have had accurate information been provided. They allege that the enterprise that Altria was a part of unlawfully marketed to minors. Altria denies these allegations.

In a settlement announced in December 2022, JUUL Labs, on behalf of itself, its directors and officers, and other entities (collectively referred to as JUUL), agreed to pay $255 million to settle claims against it. Now, the remaining defendants— Altria and related companies—have agreed to pay an additional $45 million to settle the remaining claims in the case.

The group of people who both JUUL and Altria have agreed to pay is called the Settlement Class and it includes everyone who purchased JUUL products from retail stores or online retailers or from JUUL directly before December 7, 2022. If you are in this group and want to get paid, you must **file a claim.** If you already submitted a claim as part of the first settlement involving JUUL, you do not need to submit anything further to receive payment from the new settlement involving Altria. If you have *not* submitted a claim previously you can do so by returning a claim form to the Settlement Administrator by mail or by making a claim on this website here.

⊙ Back to Top

**2. What are my options?**

If you are a member of one or more of the Classes, you have the following rights and options available to you.

| | |
|---|---|
| Make a Claim to Get Paid from the Settlement | To receive a payment from the Altria Settlement, you must make a claim.<br><br>You only need to file one claim to receive payment from the settlements in the Lawsuit. If you already submitted a claim for the first settlement, you DO NOT need to submit anything further to receive payment from the new Settlement.<br><br>If you have not previously submitted a claim, you can do so on this website here or return a claim form by mail.<br><br>If you bought directly from JUUL's website and have not previously submitted a claim, you should have received an email or postcard indicating the purchase amount on record for you that includes a claim code that is specific to you. You can return the postcard by mail or make a claim here.<br><br>The deadline to make a claim is **February 5, 2024**. |
| Do Nothing | If you do nothing, you will remain in the Settlement Class and be bound by the Settlement. If you did not submit a claim before and do not submit one now, you will not get any money from the Settlement.<br><br>For more details about the types of claims covered by the Lawsuit, see FAQ 8. |
| Opt Out of the Settlement | You can opt out of the Settlement Class (also known as excluding yourself) if you want to sue Altria for claims similar to this case. If you previously opted out of the first settlement and you also wish to opt out of this new settlement, you must submit a new opt out form.<br><br>If you opt out of the Settlement Class, you will retain your right to sue Altria but you will not be eligible to receive any money from the Altria Settlement (though you can still recover money from the JUUL Settlement if you submitted a claim).<br><br>If you are considering bringing a separate claim against Altria, you should consult your own attorney who can advise you about any deadlines to file your claim.<br><br>The deadline to opt out is **February 5, 2024**. |
| Opt Back Into the Settlement | If you opted out of the JUUL Settlement in this case, you have the opportunity to opt back in now that the rest of the lawsuit has settled. If you wish to opt back into the JUUL Settlement, you must notify the Settlement Administrator in writing using the contact information in FAQ 24. |
| Object to the Settlement | If you are a member of the Settlement Class and do not opt out of the Altria Settlement, you can object to the Altria Settlement if you do not like any part of it.<br><br>More detail on objecting to the Settlement can be found in FAQ 20.<br><br>The deadline to object is **February 6, 2024**. |

⊕ Back to Top

---

3. **What are the most important dates?**

The deadline to make a claim for a Settlement payment is **February 5, 2024**.

The deadline to opt out of the Settlement Class is **February 5, 2024**.

The deadline to object to the Settlement is **February 6, 2024**.

⊕ Back to Top

### 4. What is this Lawsuit about?

The Lawsuit alleges that Plaintiffs paid more for JUUL products than they otherwise would have paid if accurate information concerning the products' addictiveness and safety had been provided, and that JUUL products were unlawfully marketed to minors.

Plaintiffs also allege that JLI was an enterprise conducted by the individual defendants throughout the time JUUL has been sold, and by Altria for a portion of that time. Plaintiffs allege that the enterprise misled consumers concerning JUUL products' addictiveness and safety, and that the enterprise that Altria was a part of unlawfully marketed to minors.

A copy of the Complaint is available on the Documents page.

Altria denies these allegations and asserts that it did not violate any law.

**The Court has not decided whether any Defendant violated any laws. This website is not an opinion by the court about whether the Plaintiffs or Defendants are right.**

⊕ Back to Top

### 5. Why is there a settlement?

Following the first settlement with JLI, the remaining defendant, Altria, and Plaintiffs agreed to the Altria Settlement to enable class members to receive money and avoid the costs and risks of trial against Altria. As a result of the Altria Settlement, members of the Settlement Class who submit valid claims (or did so previously) will get money payments without undue delay. Plaintiffs and their lawyers think the Altria Settlement is best for all members of the Settlement Class.

⊕ Back to Top

### 6. Which Defendants are in the first settlement and which ones are in the new one?

The first settlement, announced in December 2022, will release claims against JLI, its officers and directors, manufacturers of JUUL products, sellers of JUUL products, and other persons and entities identified in the first Settlement Agreement.

This second settlement will release claims against Altria and its related entities, including Altria Group, Inc., Altria Client Services LLC, Altria Enterprises, LLC, Altria Group Distribution Company, and Philip Morris USA, Inc. This new Settlement includes all the remaining defendants in the lawsuit and will resolve the case completely.

⊕ Back to Top

### 7. What happens next in this Lawsuit?

If the Altria Settlement is approved by the Court, members of the Settlement Class who have submitted claims will be paid, and all claims of Settlement Class members against Altria will be dismissed.

⊕ Back to Top

### 8. What effect does this case have on personal injury claims?

The Settlement Class alleges **economic injury** to JUUL purchasers that they were misled by JUUL and paid more for JUUL products than they otherwise would have, or that JUUL products would not have been purchased if they had not been marketed to minors.

The Settlement Class does *not* allege **personal injury** to the damage to health or welfare suffered by individuals who used JUUL products. If you have asserted personal injury claims, you may be eligible to recover as part of separate settlements that have been reached to resolve the personal injury claims in the Lawsuit. Deadlines and other important information regarding those separate settlements are included in the court's order located on the Documents page. Contact your lawyer with any questions.

⊕ Back to Top

# The Terms Of The Settlement

### 9. How do I know if I am a member of the Settlement Class?

The Settlement Class includes all individuals who purchased, in the United States, a JUUL product from a brick and mortar or online retailer before December 7, 2022.

If you are in this group, you are a member of the Settlement Class and you *must* make a claim in order to receive a payment.

**Note**: You are *not* a member of the Settlement Class if:

- You purchased the JUUL Product(s) **only from** another person who is not a retailer; or
- You are a Defendant, one of their employees, officers, directors, legal representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies; or
- You are a judicial officer assigned to this case or a member of their immediate family, or associated court staff; or
- You timely and properly opt out of the Settlement Class.

⊕ Back to Top

### 10. What products are at issue in the Settlement?

The products included in the Settlements are any product designed, manufactured, produced, advertised, marketed, distributed, or sold by JUUL, or under the logo of JUUL, including "JUUL"-branded pods or devices. If you bought these products before December 7, 2022, you are in the Settlement Class.

⊕ Back to Top

### 11. What if I'm still not sure if I'm included in the Settlement Class?

If you are not sure whether you are included in the Settlement Class, you may call 1-855-604-1734 or email info@JUULClassAction.com. Please do *not* contact Defendants or the Court.

⊕ Back to Top

### 12. What are the benefits of the Settlement?

The two settlements total over $300,000,000. In the first settlement, JUUL has agreed to pay $255,000,000 to settle the claims of the Settlement Class. In the second settlement, Altria has agreed to pay an additional $45,531,250 to settle the remaining claims of the Settlement Class. Class members who submit a claim will be eligible to get paid from both Settlements after payment for the lawyers' fees and the case expenses.

⊕ Back to Top

# Settlement Class Member Options

### 13. What are my Options if I am a Settlement Class Member?

You have three options as a member of the Settlement Class. You can (1) file a claim to get paid from the Settlements (you do not need to file a new claim if you have already filed a claim), (2) do nothing and remain in the Settlement Class, or (3) opt out of the Settlement Class and retain your right to sue Altria. If you do nothing and have not previously submitted a claim, you will not receive a payment. You can also object to any part of the Settlement that you do not like, as long as you don't opt out of the Settlement Class.

| | Submit a Claim | Do Nothing | Settlement Class |
|---|---|---|---|
| Will I receive money from the Settlement if I... | Yes | No | No |
| Am I bound by the Settlement if I... | Yes | Yes | No |
| Can I pursue my own case for the specific claims in the Settlement against JUUL and the persons and entities it settled on behalf of if I... | No | No | Yes |
| Can I continue to bring a timely claim against JUUL for personal injury if I... | Yes* | Yes* | Yes* |

*See FAQ 8 for additional information about personal injury claims.*

⊕ Back to Top

---

### 14. Do I need to do anything to get paid?

YES. To get paid from the Settlements, Eligible Settlement Class Members MUST submit a claim. Class Members only need to file one claim to receive payment from the two Settlements in this case. If you already submitted a claim for the first Settlement, you do not need to submit anything further to receive payment from the Altria Settlement.

**The deadline to make a claim for a settlement payment is February 5, 2024.**

⊕ Back to Top

---

### 15. How do I submit a claim?

Eligible Settlement Class Members can make a claim online through this website here. If you received an email or postcard about the Settlement, you can click the link in the email to make a claim or return the postcard. Settlement Class Members can also obtain a paper claim form by downloading a copy here, or contacting the Settlement Administrator at the information below.

In re JUUL Labs, Inc.
Settlement Administrator
P.O. Box 5730
Portland, OR 97228-5730
📞 1-855-604-1734 (Toll-Free)
✉ info@JUULClassAction.com

Claims submitted by third party filers will not be accepted.

**The deadline to make a claim for a settlement payment is February 5, 2024.**

⊕ Back to Top

---

### 16. How much will my payment be?

Each claim will be based on how much each claimant spent on JUUL products compared to other Settlement Class members. How much each claimant will receive is unknown at this time because it depends on how many claims are submitted. More information about how payments will be calculated is available in the Plan of Allocation.

⊕ Back to Top

---

### 17. What do I give up by making a Settlement claim?

If the Altria Settlement becomes final, you will be releasing Altria from all the claims identified in the Settlement Agreement. This means that you will not be able to start another lawsuit, continue another lawsuit, or be part of any other lawsuit against Altria seeking economic damages for JUUL product purchases during the class period, except as to claims asserted in *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 3:20-cv-02345-WHO.

---

⊕ Back to Top

## 18. What are the consequences of doing nothing?

If you do nothing and remain in the Settlement Class, then you will be bound by the Settlement. If you did not submit a claim before and do not submit one now, you won't get any money from the Altria Settlement. You will not be able to start another lawsuit, continue another lawsuit, or be part of any other lawsuit against Altria seeking economic damages for JUUL product purchases during the class period, except as to claims asserted in *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 3:20-cv-02345-WHO.

⊕ Back to Top

## 19. What if I don't want to be a part of the Settlement Class?

You can opt out of the Settlement Class for purposes of the Altria Settlement. If you do so, you will retain your right to sue or continue to sue Altria and you will not be eligible to get paid from the Altria Settlement.

If you already opted out of the first settlement and you also want to opt out of the Altria settlement, you need to submit another opt out form.

Information about how to opt out of the Settlement Class is described in FAQ 22.

⊕ Back to Top

## 20. How do I submit an objection to the Settlement?

If you are a member of the Settlement Class and you did not request to opt yourself out of the Settlement Class for purposes of the Altria Settlement, you may object to any aspect of the Settlement, including the fairness of the Settlement, the Plan of Allocation, and/or Class Counsel's requests for attorneys' fees and expenses.

If the Court denies approval of the Altria Settlement, none of the money in the Altria Settlement will be paid to class members and the Lawsuit will continue against Altria. If the Court rejects your objection, you will still be bound by the Altria Settlement.

To object to the Altria Settlement, you (or your lawyer if you have one) must submit a written objection to the Court and send the objection to the Settlement Administrator at the addresses listed below. You must submit your objection on or before **February 6, 2024**. Your objection can include any supporting materials, papers, or briefs that you want the Court to consider. Your objection *must* include:

- Your full name, address, telephone number, if available, email address;
- The case name and number: *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.);
- Documentation demonstrating that you are a member of the Class and/or this statement, followed by your signature: "I declare under penalty of perjury under the laws of the United States of America that [insert your name] is a member of the Class.";
- A clear statement that you are objecting to the Altria Settlement;
- A written statement of all grounds for your objection, including any legal support for the objection, making sure to say whether your objection relates only to you, to part of the class, or the entire class;
- Copies of any papers, briefs, or other documents your objection is based on;
- The name, address, email address, and telephone number of every attorney representing you; and
- A statement saying whether you and/or your attorney intend to appear at the Final Approval Hearing and, if so, a list of all persons, if any, who will be called to testify in support of the objection.

You *must* submit your objection to the Court and to the Settlement Administrator by **February 6, 2024**.

| | |
|---|---|
| Office of the Clerk of Court | In re JUUL Labs, Inc. |
| U.S. District Court for | Settlement Administrator |
| the Northern District of California | P.O. Box 5730 |
| 450 Golden Gate Ave. | Portland, OR 97228–5730 |
| San Francisco, CA 94012 | ✉ info@JUULClassAction.com |

A Final Approval Hearing will be held on **March 6, 2024, at 2:00 PM**, in Courtroom 2 of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, CA 94102, subject to change by the Court. If you would like to attend the fairness hearing, please monitor this Settlement website for information on how to attend and for information regarding any change of time or date.

⊕ Back to Top

### 21. Is any part of the Lawsuit not included in the Settlement?

No. The first settlement with JUUL Labs and this new settlement with Altria include all the defendants in the case and all the claims brought by the Class. If both Settlements are approved, the Lawsuit will end.

⊕ Back to Top

# Opting Out/Excluding Yourself

### 22. What are the consequences of excluding myself?

You have the right to opt yourself out of the Settlement Class—also known as "excluding yourself" from the Class. If you opt out so that you can start, or continue, your own lawsuit against Altria, you should talk to your own lawyer soon, because you may have missed the deadline to file a claim. You will be responsible for the cost of any services provided by your own lawyer.

This will be your only opportunity to opt out of the Settlement Class for the Altria Settlement. The deadline to opt out of the JUUL Settlement has passed.

#### What happens if I opt out of the Settlement Class?

If you opt out of the Settlement Class for the Altria Settlement, you will not be eligible to receive payment from the Altria Settlement. You may be able to file a lawsuit against (or continue to sue) Altria about the legal claims brought on behalf of the Settlement Class.

If you opt out of the Settlement Class but participate in the personal injury settlement, your ability to bring claims against Altria may be impacted. You should speak with your own lawyer about how participating in the personal injury settlement may impact your rights even if you opt out of the class action Settlement.

⊕ Back to Top

### 23. How do I opt out?

You can opt out of the Settlement Class with respect to the Altria Settlement on this website by filling out the online form here, or by sending a letter via first class U.S. mail saying that you want to opt out of the Altria Settlement in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) to the Settlement Administrator at the below address:

In re JUUL Labs, Inc.
Settlement Administrator
P.O. Box 5730
Portland, OR 97228–5730

Be sure to include your name, address, telephone number, and your signature. If you are under 18 years old and do not want your name included on the list of opt-outs filed with the Court, your letter must state that you are under 18.

To opt out, you *must* complete the online form opting out of any or all of the Classes by, or send your letter requesting exclusion postmarked no later than, **February 5, 2024**.

Opt outs will not be accepted by phone or email.

⊕ Back to Top

---

### 24. If I opted out of the JUUL Settlement, can I opt back in now?

If you opted out of the first Settlement in this case, you have the opportunity to opt back in now that the rest of the lawsuit has settled.

If you wish to opt back in, you must notify the Settlement Administrator by sending a letter via first class U.S. mail saying that you want to opt back into the Settlements in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) to the Settlement Administrator at the below address:

In re JUUL Labs, Inc.
Settlement Administrator
P.O. Box 5730
Portland, OR 97228-5730

Your letter should include your name, address, telephone number, and your signature.

If you want to receive payment from both Settlements after opting back in, you must also submit a claim form, as described in FAQ 15.

⊕ Back to Top

---

# The Lawyers Representing You

### 25. Do I have a lawyer in the case?

The Court has appointed Dena Sharp of Girard Sharp LLP to serve as Class Counsel for the Settlement Class. Ms. Sharp and the other lawyers listed below also serve as Co-Lead Counsel in the Lawsuit.

The contact information for Class Counsel is:

| | |
|---|---|
| Dena C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, 14th Fl<br>San Francisco, CA 94108<br>☎ 1-415-981-4800 | Sarah R. London<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, Fl 29<br>San Francisco, CA 94111<br>☎ 1-415-956-1000 |
| Dean Kawamoto<br>KELLER ROHRBACK L.L.P.<br>1201 Third Ave.<br>Ste. 3200<br>Seattle, WA 98101<br>☎ 1-206-623-1900 | Ellen Relkin<br>WEITZ & LUXENBERG<br>700 Broadway<br>New York, NY 10003<br>☎ 1-212-558-5500 |

These lawyers do not represent you individually, only as a member of the Classes. Class Counsel are experienced in handling similar cases against other companies.

⊕ Back to Top

---

### 26. Should I get my own lawyer?

lawyer may appear on your behalf in this Lawsuit.

⊕ Back to Top

---

### 27. How will the lawyers be paid?

The lawyers representing the Settlement Class will request an award from the Court for attorneys' fees not to exceed thirty percent (30%) of the $45,531,250 Altria Settlement plus any accrued interest. Class Counsel will also seek reimbursement of costs and expenses (1) advanced in litigating the case not to exceed $1,000,000 and (2) for providing notice and administering the settlement not to exceed $4,500,000.

All awards for attorneys' fees and expenses are subject to Court approval and will be paid from the Settlement Fund only after the Court approves them.

Class counsel's motion for the payment of attorneys' fees and expenses will be available on the Documents page of this website by January 15, 2024.

Members of the Settlement Class will not individually have to pay any attorneys' fees or expenses in connection with the Lawsuit.

⊕ Back to Top

---

# Key Resources

### 28. How do I get more information?

This website and the Notice are only a summary of the lawsuit. More detailed information about this lawsuit, copies of Plaintiffs' complaint, the Court's order certifying the Classes, and other filings are available on the Documents page. Complete copies of public pleadings, Court rulings, and other filings are available for review and copying at the Office of the Clerk of Court, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102 during normal business hours.

If you have additional questions about the lawsuit you can contact the Settlement Administrator at info@JUULClassAction.com, calling 1-855-604-1734 (Toll-Free) or by writing to In re JUUL Labs, Inc. Notice Administrator, P.O. Box 5730, Portland, OR 97228-5730. If you wish to communicate directly with Class Counsel, you may contact them via contact information listed in FAQ 25. You may also seek advice and guidance from your own private lawyer at your own expense, if you wish to do so.

**Please do not contact the Court, its Clerk, or JUUL Labs Inc.**

⊕ Back to Top

---

### 29. How do I update my contact information?

If, after you submitted a Claim Form, you change your postal or email address, it is your responsibility to inform the Settlement Administrator of your updated information. To update or change your address, please either call 1-855-604-1734 (Toll-Free), or send a letter signed by you that includes your former and current mailing addresses to the following address:

In re JUUL Labs, Inc.
Settlement Administrator
P.O. Box 5730
Portland, OR 97228–5730
✉ info@JUULClassAction.com

Please provide your Unique ID from your Notice, or Confirmation Code from your online Claim Form. Please note that updates provided to the Settlement Administrator will only update our database which relates to communications and mailings in conjunction with this Settlement.

## In re JUUL Labs, Inc.

Email: info@JUULClassAction.com
Phone: 1-855-604-1734 1-855-604-1734 (Toll-Free)

## Useful Links

- Home
- FAQs
- Documents
- Submit a Claim
- Opt-Out
- Contact

## Our Policies

- Privacy Policy
- Terms of Use

© 2023 Epiq All rights reserved | Version: 1.0.0.10 | Updated: 1/18/2024 5.42.48 PM





WIKIPEDIA
The Free Encyclopedia

# Burlingame, California

Coordinates: 37°35′0″N 122°21′49″W

**Burlingame** (/ˈbɜːrlɪŋɡeɪm/) is a city in San Mateo County, California, United States. It is located on the San Francisco Peninsula and has a significant shoreline on San Francisco Bay. The city is named after diplomat Anson Burlingame and is known for its numerous eucalyptus groves, high quality of life, walkable downtown area, and public school system.[7] As of the 2020 census, the city population was 31,386.[8]

## History



Burlingame was originally part of Rancho San Mateo, granted to Californio ranchero Cayetano Arenas in 1846.

Burlingame is situated on land previously owned by San Francisco-based merchant William Davis Merry Howard.[9] Howard planted many eucalyptus trees on his property and retired to live on the land. Howard died in 1856 and the land was sold to William C. Ralston, a prominent banker. In 1868, Ralston named the land after his friend Anson Burlingame, the United States Ambassador to China. After the 1906 San Francisco earthquake, hundreds of lots in Burlingame were sold to people looking to establish new homes, and the town of Burlingame was incorporated in 1908.[9] In 1910, the neighboring town of Easton was annexed and this area is now known as the Easton Addition neighborhood of Burlingame.

Burlingame refers to itself as the City of Trees due to its over 18,000 public trees within the city. In 1908, the Burlingame board of trustees passed an ordinance "prohibiting cutting, injuring, or destroying trees".[10] The city also has many parks and eucalyptus groves.

| Burlingame |
| :---: |
| City |
| **City of Burlingame** |



Burlingame Avenue



Seal



Location of Burlingame in San Mateo County, California

In 2018, upon the 150th anniversary of the 1868 landmark Burlingame Treaty between the U.S. and China, a new bust of diplomat Anson Burlingame, sculpted by Zhou Limin from China, was unveiled at an international ceremony at the Burlingame Public Library.[11][12]

# Geography

According to the United States Census Bureau, the city has a total area of 6.1 square miles (16 km$^2$). 4.4 square miles (11 km$^2$) of it is land, and 1.7 square miles (4.4 km$^2$) of it (comprising 27.25%) is water.[13]

Several creeks drain across Burlingame from the peninsula foothills to the San Francisco Bay.



Ralston Creek



Burlingame Creek



Sanchez Creek



Easton Creek



Location in the United States

Coordinates: 37°35'0"N 122°21'49"W

| | |
|---|---|
| **Country** | United States |
| **State** | California |
| **Incorporated** | June 6, 1908[1] |
| **Named for** | Anson Burlingame[2] |
| **Government** | |
| • **Mayor** | Donna Colson[3] |
| • **City manager** | Lisa Goldman[4] |
| **Area**[5] | |
| • **Total** | 6.04 sq mi (15.64 km$^2$) |
| • **Land** | 4.39 sq mi (11.38 km$^2$) |
| • **Water** | 1.65 sq mi (4.26 km$^2$) 27.25% |
| **Elevation**[6] | 39 ft (12 m) |
| **Population** (2020) | |
| • **Total** | 31,386 |
| • **Density** | 7,144.55/sq mi (2,758.42/km$^2$) |
| **Time zone** | UTC-8 (Pacific) |
| • **Summer (DST)** | UTC-7 (PDT) |
| **ZIP Codes** | 94010–94012 |
| **Area code** | 650 |
| **FIPS code** | 06-09066 (https://d ata.census.gov/ced sci/profile?g=16000 00US0609066) |
| **GNIS feature IDs** | 1659704 (https://ed its.nationalmap.go v/apps/gaz-domesti c/public/search/na mes/1659704), 2409945 (https://ed its.nationalmap.go v/apps/gaz-domesti c/public/search/na mes/2409945) |
| **Website** | www.burlingame .org (https://www.b |

urlingame.org/)



Mills Creek

## Climate

Burlingame experiences warm and dry summers, with no average monthly temperatures above 71.6 °F (22 °C). According to the Köppen Climate Classification system, Burlingame has a warm-summer Mediterranean climate.[14]

**Howard–Ralston Eucalyptus Tree Rows**

U.S. National Register of Historic Places



| | |
|---|---|
| **Location** | El Camino Real, Burlingame, CA |
| **Built** | 1873–1876 |
| **NRHP reference No.** | 12000127 (https://npgallery.nps.gov/AssetDetail/NRIS/12000127) |
| **Added to NRHP** | March 15, 2012 |

| Climate data for Burlingame, California | | | | | | | | | | | | | [hide] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Month** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **Year** |
| **Record high °F (°C)** | 74 (23) | 78 (26) | 84 (29) | 88 (31) | 97 (36) | 104 (40) | 103 (39) | 98 (37) | 102 (39) | 91 (33) | 87 (31) | 73 (23) | 104 (40) |
| **Mean daily maximum °F (°C)** | 56.5 (13.6) | 60.3 (15.7) | 62.2 (16.8) | 65.5 (18.6) | 68.9 (20.5) | 72.4 (22.4) | 74.1 (23.4) | 74.3 (23.5) | 75.2 (24.0) | 71.0 (21.7) | 63.7 (17.6) | 57.1 (13.9) | 66.8 (19.3) |
| **Daily mean °F (°C)** | 48.4 (9.1) | 51.6 (10.9) | 53.0 (11.7) | 55.5 (13.1) | 58.5 (14.7) | 61.8 (16.6) | 63.4 (17.4) | 63.4 (17.4) | 63.8 (17.7) | 60.1 (15.6) | 54.4 (12.4) | 49.4 (9.7) | 56.9 (13.8) |
| **Mean daily minimum °F (°C)** | 40.3 (4.6) | 43.0 (6.1) | 43.9 (6.6) | 45.5 (7.5) | 48.1 (8.9) | 51.2 (10.7) | 52.7 (11.5) | 52.5 (11.4) | 52.3 (11.3) | 49.2 (9.6) | 45.2 (7.3) | 41.5 (5.3) | 47.1 (8.4) |
| **Record low °F (°C)** | 22 (−6) | 27 (−3) | 29 (−2) | 32 (0) | 34 (1) | 40 (4) | 41 (5) | 42 (6) | 36 (2) | 32 (0) | 30 (−1) | 25 (−4) | 22 (−6) |
| **Average precipitation inches (mm)** | 4.8 (120) | 3.1 (79) | 2.6 (66) | 1.3 (33) | 0.4 (10) | 0.1 (2.5) | 0.0 (0.0) | 0.1 (2.5) | 0.2 (5.1) | 1.1 (28) | 2.4 (61) | 3.8 (97) | 20.2 (510) |
| **Average precipitation days** | 10 | 9 | 8 | 5 | 3 | 1 | 0 | 1 | 1 | 4 | 7 | 9 | 58 |
| Source: [15] | | | | | | | | | | | | | |

# Demographics

The 2010 United States Census[17] reported that Burlingame had a population of 28,806. The population density was 6,537.9 inhabitants per square mile (2,524.3/km²). Details regarding the demographic profile are shown below.

| Demographic profile[18]　[hide] | 2010 |
|---|---|
| Total Population | 28,806 – 100.0% |
| White (Non-Hispanic) | 17,434 – 60.5% |
| Asian alone | 5,773 – 20.0% |
| Hispanic or Latino (of any race) | 3,966 – 13.8% |
| Black or African American alone | 327 – 1.1% |
| American Indian and Alaska Native alone | 34 – 0.1% |
| Native Hawaiian and Other Pacific Islander alone | 131 – 0.4% |
| Some other race alone | 156 – 0.5% |
| Two or more races alone | 987 – 3.4% |

**Historical population**

| Census | Pop. | %± |
|---|---|---|
| 1910 | 1,565 | — |
| 1920 | 4,107 | 162.4% |
| 1930 | 13,270 | 223.1% |
| 1940 | 15,940 | 20.1% |
| 1950 | 19,886 | 24.8% |
| 1960 | 24,036 | 20.9% |
| 1970 | 27,320 | 13.7% |
| 1980 | 26,173 | −4.2% |
| 1990 | 26,801 | 2.4% |
| 2000 | 28,158 | 5.1% |
| 2010 | 28,806 | 2.3% |
| 2020 | 31,386 | 9.0% |
| U.S. Decennial Census[16] | | |

The population was spread out, with 6,256 people (21.7%) under the age of 18, 1,496 people (5.2%) aged 18 to 24, 8,872 people (30.8%) aged 25 to 44, 8,136 people (28.2%) aged 45 to 64, and 4,046 people (14.0%) who were 65 years of age or older. The median age was 40.5 years. For every 100 females, there were 90.4 males. For every 100 females age 18 and over, there were 88.2 males.

There were 13,027 housing units at an average density of 2,956.7 per square mile (1,141.6/km²). There were 12,361 households with average household size of 2.29. There were 7,183 families (58.1% of all households); the average family size was 3.02.

According to the U.S. Census Bureau, American Community Survey (ACS), median household income was $122,999 and per capita income was $70,519, in 2018 dollars.[19]

# Neighborhoods

- Burlingame Estates
- Burlingame Gardens
- Burlingame Gate
- Burlingame Hills
- Burlingame Park
- Burlingame Terrace
- Burlingame Village

- Country Club Manor
- Downtown
- Easton Addition
- Lyon Hoag
- Oak Grove Manor
- Ray Park

# Government

In the California State Legislature, Burlingame is in the 13th Senate District, represented by Democrat Josh Becker, and in the 21st Assembly District, represented by Democrat Diane Papan.[20]

In the United States House of Representatives, Burlingame is in California's 15th congressional district, represented by Democrat Kevin Mullin.[21]

According to the California Secretary of State, as of February 10, 2019, Burlingame has 17,750 registered voters. Of those, 8,439 (47.5%) are registered Democrats, 3,048 (17.2%) are registered Republicans, and 5,551 (31.3%) have declined to state a political party.[22]

# Economy

In the 1920s, Burlingame became a popular location for automobile retailers which became known as "Auto Row".[23]

In the 1960s, various aerospace and airline support service businesses opened in Burlingame due to its proximity to San Francisco International Airport.[24] As of 2018, LSG/Sky Chefs, Inc. and China Airlines are all located in Burlingame. The airport location has also attracted the headquarters of medium-sized multi-site companies such as Meri Meri and Proterra, Inc.

Historically, Burlingame has been home to many candy and chocolate companies, including the It's-It ice cream factory and store, Guittard Chocolate,[25] the See's Candies lollipop factory,[26] and family-owned candy stores, including Powell's, Preston's, Aida Opera Candies, and Nuts for Candy.

Since 2010, Burlingame's economy has diversified substantially and it has become an attractive location for biotechnology companies given its proximity to South San Francisco. Biotechnology companies with offices in Burlingame include Annai Systems, Breathometer, Cala Health, Cleave Biosciences, Collaborative Drug Discovery,[27] Confidence Clinical Research, Corvus Pharmaceuticals, Igenica Biotherapeutics, Kindred Biosciences, Omnitura, Phoenix Pharmaceuticals, Pulse Biosciences, Respira Therapeutics, and Vector Labs.[28]

Additionally, multiple high-technology firms have established offices in Burlingame due to its location between the booming technology centers of Silicon Valley to the south and San Francisco to the north. Tech companies with Burlingame offices include: Zecco.com, Natsume, Color Genomics, CarWoo, Jobvite, DataStax, Sprint's M2M Collaboration Center, YouWeb, OpenFeint, CrowdStar, BitGravity, Veebeam, and TellApart.[29]

As of March 2022, the median single home value in Burlingame was $2.8 million.[30]

# Education

## Primary and secondary schools

### Public schools

San Mateo Union High School District operates local high schools while the Burlingame School District operates elementary and middle schools.

Burlingame High School is the city's sole public high school. Burlingame Intermediate School is Burlingame's sole public middle school. There are six public elementary schools serving Burlingame. They are Franklin Elementary, Lincoln Elementary, McKinley Elementary, Roosevelt Elementary, Washington Elementary, and Hoover Elementary.[31] According to the 2009 Base Academic Performance Index (API) Scores from the California Department of Education, the Burlingame School District ranks among the best in the state, with 4 out of their 6 public elementary schools (Roosevelt Elementary, Washington Elementary, Franklin Elementary, and Lincoln Elementary) scoring well between 880 and 925, and with ratings of 9 or 10.[32] Burlingame school district enrollment has continually been increasing as young families move to the city. The city has passed two bond measures to add new facilities and modernize existing facilities to provide state-of-the-art classrooms. The city recently extensively renovated and modernized the Hoover School, which was built in 1931 and reopened in 2016.

### Private schools

Mercy High School is a private Catholic all-girls high school in Burlingame. It was founded in 1931 by the Sisters of Mercy. The school is located in the Kohl Mansion which is a Historic Landmark.[33] Our Lady of Angels School and St. Catherine of Siena School are located in Burlingame.

## Public libraries

Burlingame Library is located in Burlingame. It was established by city ordinance October 11, 1909. Following the Loma Prieta earthquake in 1989, the City approved a bond issue to reconstruct the library. The architecture has won awards and earned a cover story in the 1998 *American Libraries* journal.[34] A second branch, located on Easton Drive, is substantially smaller than the main branch. Both are operated by the Peninsula Library System, the library authority for the county.



Burlingame Library

# Points of interest

- Burlingame Avenue and Broadway, two streets running parallel to each other about one mile apart, are two of the city's main retail districts and downtown areas. Downtown Burlingame Avenue also houses the Apple Store.[35]

- Burlingame Station, a Caltrain station in Burlingame, is listed on the National Register of Historic Places.[36]
- Kohl Mansion is a 63-room brick Tudor-style mansion on 40 acres (16 ha) of land. It was originally built by Bessie and Frederick Kohl, with architects Howard and White, and completed in 1914. The estate included tennis courts, greenhouses, a rose garden, a large carriage house, and a 150,000 gallon reservoir. In 1921, the silent version of the film Little Lord Fauntleroy, with Mary Pickford, was filmed in the Kohl Mansion. The mansion, sold to the Sisters of Mercy in 1924, was a convent from 1924 to 1931, and it has been the home of Mercy High School since 1931.[37]



The Kohl Mansion, now the home of Mercy High School

- The Burlingame Museum of Pez Memorabilia was located off of Burlingame avenue and claimed to have every Pez dispenser ever sold.[38][39] It was founded in 1995 by Gary and Nancy Doss who had been collecting Pez dispensers for more than a decade. The museum was featured in *Time*, on the Discovery Channel, and Travel Channel. It closed in July 2019

# Transportation

## Highways

Three highways pass through Burlingame. Highway 101 runs from San Jose to San Francisco along San Francisco Bay. Highway 82, also known as El Camino Real, runs parallel to Highway 101 and acts as the main corridor for local traffic going up and down the peninsula. A small section of Highway 35 (Skyline Boulevard) also lies with city limits. It connects with Interstate 280, which runs along the side of Burlingame opposite Highway 101.

## Public transport

Caltrain has served Burlingame station since 1985 when it bought out Southern Pacific. It uses the same depot that was used in the early 20th century.[40]

Bay Area Rapid Transit has its southern terminus for the Yellow line and Red line in Millbrae, just north of Burlingame. BART's tracks are within Burlingame city limits.

In terms of buses, Burlingame is served by SamTrans bus lines 292, 398, 46 and the ECR as well as Commute.org and Caltrain shuttles. The City of Burlingame and local businesses sponsor the Burlingame Trolley, a two-route shuttle.[41]

## Air transport

Burlingame is among the closest cities to San Francisco International Airport, and through BART and buses, is directly accessible to the airport's AirTrain system. Through BART, Burlingame is also connected to Oakland International Airport, and by using a combination of CalTrain services and VTA buses or light rail, Burlingame is connected to San Jose International Airport.

# Notable people

## Actors

- Dianna Agron, actress from *Glee*, attended Burlingame Intermediate School and Burlingame High School[42]
- Sally Dryer, actress known for voicing Lucy Van Pelt in Peanuts holiday specials
- Hannah Hart, comedian and YouTuber, was raised in Burlingame
- Adam Klein, winner of *Survivor: Millennials vs Gen X*, attended Burlingame High School[43]
- Brad Schreiber, author and TV writer-producer, attended Burlingame High School and lived in the mayor's mansion at 238 Myrtle Road



Dianna Agron

## Artists and designers

- Chen Chi-kwan, (1921–2007) Taiwanese-born artist, architect, and educator, lived and died in Burlingame.[44]
- Leon Gilmour, (1907–1996) wood engraving artist, died in Burlingame[45]
- Percy Gray, artist and painter, lived in Burlingame from 1912 to 1923[46]
- Fred Lyon (1924–2022) American photographer, raised in Burlingame.[47]

## Businesspeople and entrepreneurs

- Marc Benioff, founder and CEO of Salesforce.com, attended Burlingame High School[48]
- Charles S. Howard, owner of Seabiscuit, owned a home in Burlingame
- Leonard Read, founder of the Foundation for Economic Education, lived in Burlingame

Scott Feldman

## Writers

- Bill Amend, author of the comic strip *FoxTrot*, attended Burlingame High School
- Shirley Jackson, author, whose novel *The Road Through the Wall* is set in Burlingame
- Tamora Pierce, best-selling children's author, attended Burlingame Intermediate School

## Sports

- Travis Bader, basketball player, attended Burlingame Intermediate School and Burlingame High School
- David Bakhtiari, starting offensive tackle for the Green Bay Packers, lives in Burlingame
- Scott Feldman, Major League Baseball pitcher for the Cincinnati Reds
- George Kelly, Hall of Fame baseball player nicknamed "High Pockets", lived and died in Burlingame

- Hank Sauer, two-time All-Star outfielder for Chicago Cubs, died in Burlingame

## Others

- Jung-Ho Pak, orchestra conductor, was born in Burlingame
- Tom Lantos, Democratic Congressman who resided in Burlingame during his time in office.[49]
- Katrina Swett, President of the Lantos Foundation. Former chair of the U.S. Commission on International Religious Freedom. 2002 and 2010 candidate for New Hampshire's 2nd congressional district. Daughter of Congressman Tom Lantos and wife of Congressman Richard Swett.

# In popular culture

- In *The Maltese Falcon*, Sam Spade rushes to 26 Ancho Street in Burlingame to rescue Brigid O'Shaughnessy.[50]
- Scenes from the film *Dangerous Minds* were filmed on the campus of Burlingame High School in the spring of 1994.[51]
- Burlingame is home to the historic Kohl Mansion, where the movie *Flubber* was filmed.[52]
- In James Patterson's *Women's Murder Club* series, San Francisco Assistant District Attorney Jill Bernhardt lives in Burlingame.
- Leo Wyatt, a character from the series *Charmed*, was born in Burlingame.

# See also

# References

1. "California Cities by Incorporation Date" (https://web.archive.org/web/20141103002921/http://www.calafc o.org/docs/Cities_by_incorp_date.doc). California Association of Local Agency Formation Commissions. Archived from the original (http://www.calafco.org/docs/Cities_by_incorp_date.doc) (Word) on November 3, 2014. Retrieved August 25, 2014.
2. "About Burlingame" (https://web.archive.org/web/20070209174610/http://www.burlingame.org/Index.asp x?page=2). City of Burlingame, California. Archived from the original (http://www.burlingame.org/index.a spx?page=2) on February 9, 2007. Retrieved February 25, 2015.
3. "Meet the Council" (https://www.burlingame.org/government/city_council/meet_the_council.php). City of Burlingame, California. Archived (https://web.archive.org/web/20190515023824/https://www.burlingame. org/government/city_council/meet_the_council.php) from the original on May 15, 2019. Retrieved May 14, 2019.
4. "City Manager" (https://www.burlingame.org/departments/city_manager/index.php). City of Burlingame, California. Archived (https://web.archive.org/web/20190321110910/https://www.burlingame.org/departm ents/city_manager/index.php) from the original on March 21, 2019. Retrieved May 14, 2019.
5. "2020 U.S. Gazetteer Files" (https://www2.census.gov/geo/docs/maps-data/data/gazetteer/2020_Gazett eer/2020_gaz_place_06.txt). United States Census Bureau. Retrieved October 30, 2021.
6. "Burlingame" (https://edits.nationalmap.gov/apps/gaz-domestic/public/search/names/1659704). Geographic Names Information System. United States Geological Survey, United States Department of the Interior. Retrieved October 10, 2014.
7. "California School Ratings" (https://school-ratings.com/cities/Burlingame.html). *www. school-ratings.com*. Retrieved September 17, 2018.
8. "US Census Bureau 2020 QuickFacts: Burlingame, CA" (https://www.census.gov/quickfacts/fact/table/bu rlingamecitycalifornia/POP010220).

9. "History of Burlingame" (https://www.burlingame.org/government/about_burlingame/history_of_burlinga me.php). *www.burlingame.org*. Retrieved February 10, 2018.

10. "Urban Reforestation and Tree Protection" (http://qcode.us/codes/burlingame/view.php?topic=11-11_06 &frames=on) Burlingame Municipal Code

11. "Anson Burlingame Bust Unveiled in Library" (https://burlingamehistory.org/2018/12/24/anson-burlingam e-bust-unveiled-in-library/). *Burlingame Historical Society*. Burlingame, California. November 16, 2018. Retrieved May 8, 2019.

12. "The Unveiling Of The Bust Of Anson Burlingame" (http://www.dingdingtv.com/?p=30777&lang=en). *dingdingtv.com*. Silicon Valley Innovation Channel. Retrieved May 8, 2019.

13. Nielsen, Luke (February 9, 2021). "Burlingame, California Population 2021" (https://worldpopulationrevie w.com/us-cities/burlingame-ca-population). *www.census.gov*. Archived (https://web.archive.org/web/202 00923192435/https://worldpopulationreview.com/us-cities/burlingame-ca-population) from the original on September 23, 2020. Retrieved February 10, 2018.

14. "Burlingame, California Köppen Climate Classification (Weatherbase)" (http://www.weatherbase.com/we ather/weather-summary.php3?s=602140&cityname=Burlingame,+California,+United+States+of+Americ a&units=). *Weatherbase*. Retrieved February 10, 2018.

15. "Burlingame, California" (http://www.weatherbase.com/weather/weather.php3?s=602140&cityname=Burl ingame-California-United-States-of-America). Weatherbase. Retrieved May 3, 2022.

16. "Census of Population and Housing" (https://www.census.gov/programs-surveys/decennial-census.htm l). Census.gov. Retrieved June 4, 2015.

17. "2010 Census Interactive Population Search: CA – Burlingame city" (https://archive.today/20140715023 753/http://www.census.gov/2010census/popmap/ipmtext.php?fl=06:0609066). U.S. Census Bureau. Archived from the original (https://www.census.gov/2010census/popmap/ipmtext.php?fl=06:0609066) on July 15, 2014. Retrieved July 12, 2014.

18. "Demographic Profile Bay Area Census" (http://www.bayareacensus.ca.gov).

19. "Population estimates, July 1, 2019, (V2019)" (https://www.census.gov/quickfacts/table/PST045213/060 9066/embed/accessible). *www.census.gov*. Retrieved August 18, 2020.

20. "Statewide Database" (https://web.archive.org/web/20150201113744/http://statewidedatabase.org/gis/gi s2011/index_2011.html). UC Regents. Archived from the original (http://statewidedatabase.org/gis/gis20 11/index_2011.html) on February 1, 2015. Retrieved December 3, 2014.

21. "California's 15th Congressional District - Representatives & District Map" (https://www.govtrack.us/cong ress/members/CA/15). Civic Impulse, LLC. Retrieved March 12, 2013.

22. "CA Secretary of State – Report of Registration – February 10, 2019" (https://elections.cdn.sos.ca.gov/ro r/ror-odd-year-2019/politicalsub.pdf) (PDF). *ca.gov*. Retrieved March 12, 2019.

23. "Auto Row - Burlingame Chamber of Commerce" (http://www.burlingamechamber.org/life-in-burlingame/ auto-row/). *Burlingame Chamber of Commerce*. Retrieved February 17, 2017.

24. "Best Places to Live: Burlingame" (https://web.archive.org/web/20080701020737/http://www.sanjosema gazine.com/main/?p=74). *San Jose Magazine*. Archived from the original (http://www.sanjosemagazine. com/main/?p=74) on July 1, 2008. Retrieved January 25, 2009.

25. "Our Company" (https://www.guittard.com/our-company). *www.guittard.com*. Guittard Chocolate Company. Retrieved February 10, 2018.

26. "Our Timeline | See's Candies" (https://www.sees.com/timeline/). *www.sees.com*. Retrieved February 10, 2018.

27. trademark., Collaborative Drug Discovery, Inc. CDD Vault® is a registered. "Contact Us | Collaborative Drug Discovery" (http://info.collaborativedrug.com/contact-us-collabortive-drug-discovery). *info.collaborativedrug.com*. Retrieved February 11, 2018.

28. "Links to biotechnology, pharmaceutical & medical device companies in Northern California" (http://bioph armguy.com/links/company-by-location-northern-california.php). *biopharmguy.com*. Retrieved February 17, 2017.

29. "Burlingame becoming new tech hub – The Mercury News" (http://www.mercurynews.com/2011/07/24/b urlingame-becoming-new-tech-hub/). July 24, 2011. Retrieved February 17, 2017.

30. "Burlingame seeks solutions to housing" (https://www.smdailyjournal.com/news/local/burlingame-seeks-solutions-to-housing/article_1ad6a656-a411-11ec-9d5b-1fe365ed8302.html). *www. smdailyjournal.com*. Retrieved March 15, 2022.

31. "Burlingame: After closing nearly 40 years ago, Hoover Elementary reopens" (http://www.mercurynews.com/2016/08/24/burlingame-after-closing-nearly-40-years-ago-hoover-elementary-reopens/). *The Mercury News*. August 24, 2016. Retrieved February 11, 2018.

32. "2009 Base API County List of Schools - San Mateo County" (https://web.archive.org/web/20120229144150/http://api.cde.ca.gov/AcntRpt2010/2009Base_Co.aspx?cSelect=41,San,Mateo). *api.cde.ca.gov*. Archived from the original (http://api.cde.ca.gov/AcntRpt2010/2009Base_Co.aspx?cSelect=41,San,Mateo) on February 29, 2012. Retrieved February 11, 2018.

33. Mercy High School Burlingame: Sisters of Mercy (http://www.mercyhsb.com/page.cfm?p=22). Mercyhsb.com. Retrieved on 2013-07-21.

34. "Welcome to Burlingame Library" (https://www.burlingame.org/library/about/library_history.php). *www.burlingame.org*. Retrieved January 29, 2020.

35. City of Burlingame, California : Dining and Shopping (http://www.burlingame.org/Index.aspx?page=96) Archived (https://web.archive.org/web/20170717010850/https://www.burlingame.org/index.aspx?page=96) 2017-07-17 at the Wayback Machine. Burlingame.org (2012-02-05). Retrieved on 2013-07-21.

36. "Asset Detail" (https://npgallery.nps.gov/NRHP/AssetDetail?assetID=38e1d06f-ce53-4eff-b7cc-70fe5af1c242). *npgallery.nps.gov*. Retrieved February 11, 2018.

37. "History of the Kohl Mansion - Mercy High School Burlingame" (https://web.archive.org/web/20170217223803/https://www.mercyhsb.com/about/kohl-mansion). *www.mercyhsb.com*. Archived from the original (https://www.mercyhsb.com/about/kohl-mansion) on February 17, 2017. Retrieved February 17, 2017.

38. Friedman, Jan (2005). *Eccentric California* (https://books.google.com/books?id=m5RItbVQZdIC&dq=burlingame+museum&pg=PA22). Bradt Travel Guides. p. 22. ISBN 9781841621265.

39. Bigley, Michele (October 2011). *Explorer's Guide Northern California*. The Countryman Press. p. 182. ISBN 9781581579499.

40. Mark Duncan (October 18, 2018). "The San Francisco Peninsula Railroad Passenger Service: Past, Present, and Future" (https://web.archive.org/web/20181018143635/http://www.askmar.com/Railroad/Book-SF-Peninsula-Railroad.pdf) (PDF). Archived from the original (http://www.askmar.com/Railroad/Book-SF-Peninsula-Railroad.pdf) (PDF) on October 18, 2018. Retrieved January 29, 2020.

41. "Public Transportation Links" (https://web.archive.org/web/20171107134654/http://www.burlingame.org/Index.aspx?page=873). Archived from the original (http://www.burlingame.org/Index.aspx?page=873) on November 7, 2017. Retrieved December 30, 2018.

42. Malcolm, Shawna (May–June 2010). "Role Call". *Emmy*. North Hollywood, California: Academy of Arts and Sciences. **XXXII** (3): 108. ISSN 0164-3495 (https://www.worldcat.org/issn/0164-3495). OCLC 4629234 (https://www.worldcat.org/oclc/4629234).

43. "Burlingame native wins 'Survivor': Adam Klein earns $1 million for defeating 19 others on popular reality TV show" (https://www.smdailyjournal.com/news/local/burlingame-native-wins-survivor-adam-klein-earns-million-for-defeating/article_530323d8-81f3-573f-b16f-d6b770fc8c5d.html). *San Mateo Daily Journal*. Retrieved August 30, 2018.

44. "Chen Qikuan [Chen Chi-kwan]" (https://harvardartmuseums.org/collections/person/23748). *Harvard Art Museums*. Retrieved November 21, 2020.

45. "Artist Biography for Leon Gilmour" (https://www.askart.com/artist_bio/Leon_Gilmour/10020367/Leon_Gilmour.aspx). *Askart.com*. Retrieved July 2, 2018.

46. "Percy Gray" (https://art.famsf.org/percy-gray). *FAMSF Search the Collections*. September 21, 2018. Retrieved September 22, 2020.

47. Amand, Lisa (August 30, 2022). " 'His DNA was in San Francisco': Photographer Fred Lyon dies at 97" (https://www.sfgate.com/local/article/sf-photographer-fred-lyon-obituary-17407578.php). *SFGATE*. Retrieved August 31, 2022.

48. He was also part of MAchar AZA #1887 in the organization BBYO San Francisco Gate: "Marc Benioff, CEO, makes philanthropy a priority" by Casey Newton (http://www.sfgate.com/bayarea/article/Marc-Beni off-CEO-makes-philanthropy-a-priority-2353592.php) July 24, 2011

49. Barone, Michael; Ujifusa, Grant *Jolene Ede, famous procastinator (1987). *The Almanac of American Politics 1988*. p. 105. {{cite book}}: |work= ignored (help)

50. "Burlingame: Paradise on the Peninsula" (https://www.sfgate.com/realestate/article/Burlingame-Paradise -on-the-Peninsula-3069021.php). *SFGate*. Retrieved February 11, 2018.

51. "Michelle Pfeiffer Acts With Class / 'Dangerous Minds' uses teacher plot well" (https://www.sfgate.com/m ovies/article/Michelle-Pfeiffer-Acts-With-Class-Dangerous-2994252.php). *SFGate*. Retrieved February 11, 2018.

52. "Kohl Mansion has its roots in The Oaks" (https://www.sfgate.com/bayarea/article/Kohl-Mansion-has-its-roots-in-The-Oaks-3062547.php). *SFGate*. Retrieved February 11, 2018.

# External links

- Official website (http://www.burlingame.org) ✎
- Burlingame Public Library (http://www.burlingame.org/library)
- Burlingame Historical Society (https://burlingamehistory.org/)
- Downtown Burlingame Directory (http://www.downtownburlingame.com/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Burlingame,_California&oldid=1194659469"

JAN 23, 2024

94102

**$34.10**

**RDC 07**

R2305M143825-04

# PRIORITY
# ★ MAIL ★
# EXPRESS™

**R FASTEST SERVICE IN THE U.S.**

RECEIVED

JAN 24 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**EN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**



**3F July 2013   OD: 12.5 x 9.5**



**PRESS FIRMLY TO SEAL**

UNITED STATES
POSTAL SERVICE®

**PRIORITY
MAIL
EXPRESS®**

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE ( )

EDWARD ORR
122 Ridge Road
Terryville, CT
06786

**DELIVERY OPTIONS** (Customer Use Only)

☑ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( ) 415-122-2171

office of the Clerk of Court
US District Court for the Northern
District of California
450 Golden Gate Avenue
San Francisco, CA 94102
ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 1 0 2 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ **PEEL FROM THIS CORNER**



EI 475 346 219 US

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 06786 | 1-24-24 | $ 30.45 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 1-23-24 | ☐12:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 1:40  ☐ AM  ☒ PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 34.10 | |
| Weight  ☒ Flat Rate | Acceptance Employee Initials | | |
| lbs.    ozs. | | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time  ☐ AM  ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time  ☐ AM  ☐ PM | Employee Signature |

**LABEL 11-B, MAY 2021**     PSN 7690-02-000-9996

✝ **Money Back Guarantee for U.S. destinations only.**

**US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

  

UNITED STATES
POSTAL SERVICE®

# RIORITY
## ★ MAIL ★
# XPRESS™



SAME GREAT
EXPRESS MAIL®
SERVICE, WITH
A NEW NAME



GUARANTEED*
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

## AT RATE ENVELOPE
E RATE ★ ANY WEIGHT*



10001000006

**EP13F July 2013**
**OD: 12.5 x 9.5**



UNITED STATES
POSTAL SERVIC