[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>All Class Actions | CASE NO. 19-md-02913-WHO<br><br>**NOTICE REGARDING OBJECTIONS TO AND REQUESTS FOR EXCLUSION FROM THE ALTRIA CLASS ACTION SETTLEMENT** |

In accordance with the Court's September 7, 2023 Order Granting Preliminary Approval of Altria Settlement of Class Claims, Dkt. 4130, Class Plaintiffs file this notice regarding objections to, and valid and timely requests for exclusion from, the Altria Class Action Settlement.

**Objections**. There were two objections to the Altria Class Action Settlement: by Edward Orr, Dkt. 4194, and by Jaclyn R. Addeo. Ms. Addeo's objection is attached as **Exhibit A**.

**Exclusions**. Attached as **Exhibit B** is the list of the 197 Settlement Class Members who have timely requested exclusion from the Altria Settlement.

**Opt-Ins**. Settlement Class Members who had opted out during the JLI claims period were given the option to opt back in to both settlements during the Altria claims period by sending a letter via first class U.S. mail to the Settlement Administrator. Attached as **Exhibit C** is the list of the 12 Settlement Class Members who timely opted back in.

Dated: February 12, 2024

Respectfully submitted,

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

*Co-Lead Counsel and Class Counsel*

2

NOTICE REGARDING OBJECTIONS TO AND REQUESTS FOR EXCLUSION FROM THE ALTRIA CLASS ACTION SETTLEMENT
CASE NO. 19-md-02913-WHO

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Dena C. Sharp*
Dena C. Sharp

3

NOTICE REGARDING OBJECTIONS TO AND REQUESTS FOR EXCLUSION FROM THE ALTRIA CLASS ACTION SETTLEMENT
CASE NO. 19-md-02913-WHO