EXHIBIT B



Exclusion Report - Altria

| # | Class Member Name | # | Class Member Name |
|---|---|---|---|
| 1 | KELLY BELFRY* | 38 | JUDITH GRAHAM |
| 2 | CHRISTOPHER CABRERA | 39 | THERESA GOODMAN |
| 3 | EUN KIM | 40 | ASHLEY JENSEN |
| 4 | ERIC MANTOOTH | 41 | DAVID G CHOSICH |
| 5 | ELIZABETH STRUBLE | 42 | PAMELA HAGEMAN* |
| 6 | GRACE JAMESON | 43 | ANTON KOMAROVSKY |
| 7 | KUNCHALEE PORNSITHIAMNUAI | 44 | JACQUELYN MARRINSON |
| | | 45 | LISA GROGLOTH |
| 8 | JONG HONG | 46 | MARY LEE BYRNE |
| 9 | ERIC FRANKLIN | 47 | LAURA LAMON |
| 10 | FRED RIVERA | 48 | ALEXANDRA CARUSO |
| 11 | MICHELLE CORDOVA* | 49 | MARYNELLIE FELICIANO |
| 12 | ANDREA FARRELL | 50 | JOSEPH V CAPUTA |
| 13 | ROBERT YEAKEL | 51 | STEPHANIE TRACEY |
| 14 | JENNIFER BANDIN | 52 | SETH COFFING |
| 15 | NAUSHEEN YOUSUF | 53 | JON M SOUDERS |
| 16 | JAMES ROOT | 54 | CECILIA MIRABILE* |
| 17 | BJORN JOHANSEN | 55 | YU-CHENG YANG* |
| 18 | GREG SAPRONETTI | 56 | MATTHEW ZALKAN* |
| 19 | CODY GARDNER | 57 | DANIEL L LEE* |
| 20 | ANISA BASSI | 58 | DAVID TANCHIN* |
| 21 | KALEY EDBURG | 59 | DENIS A RODRIGUEZ* |
| 22 | TAMELA HARSIN | 60 | MARY ELLEN G MCGLADE* |
| 23 | BRYAN ZUMHINGST | 61 | JESSICA GIERSZ* |
| 24 | VUONG NGUYEN | 62 | ANTHONY A SWETALA* |
| 25 | ALICIA PATTERSON | 63 | STORMI WOOTEN* |
| 26 | NATHAN HUBER | 64 | GUNNER B JEPPSON* |
| 27 | LAUREN DEMCHAK | 65 | NICHOLAS A BUTCHKO |
| 28 | GERARDO MARTINEZ | 66 | ZACHARY GRISAK |
| 29 | LIAM COVER | 67 | DONNI WILKS* |
| 30 | TAYLOR BAYLIS* | 68 | RAMONA NORWOOD* |
| 31 | SAMUEL BENEDICT | 69 | PHIL K PERKINS* |
| 32 | ANTONIO WILKES | 70 | KENNETH VUONG* |
| 33 | KEVAL BHANGAL | 71 | OLIVIA WALLACE* |
| 34 | LESLIE BLACK | 72 | IRIECH WILLIAMS* |
| 35 | DORIAN ATES* | 73 | MYKAYLA KELLY* |
| 36 | ALFRED LAREDO | 74 | KILEAH OSMUN |
| 37 | CHRISTOPHER PRIEST | | |



Exclusion Report - Altria

| # | Class Member Name | # | Class Member Name |
|---|---|---|---|
| 75 | KALEB SPEYRER | 112 | TREVOR MCCLARD |
| 76 | ROSEMARY CUNNINGHAM | 113 | COREY PARRY |
| 77 | ALLEN KIYOKANE | 114 | AVON C FRIEDENBERG |
| 78 | RODNEY PONTIFLET* | 115 | AARON CHANG |
| 79 | JALEESA SHIPMAN* | 116 | MARYMAR SALZAR |
| 80 | KARLA J THUNDER* | 117 | DANA DOLINKO |
| 81 | ANTHONY DANIELS* | 118 | HOPE E FOSTER |
| 82 | SONJA RICHARDSON* | 119 | JOHN T SCARBROUGH |
| 83 | JOHN R STERBA | 120 | COREY SOMLER |
| 84 | ROBERT L TAYBORN | 121 | NADIRAH SHABAZZ |
| 85 | CASEY CURTIS | 122 | VIVIAN A CORONADO |
| 86 | STUART CARTIN | 123 | GILLIAN DENIS |
| 87 | PENNY A HART | 124 | ANNIE JAMES |
| 88 | BOBBI J BRIDGES | 125 | EMILY A SOWERS |
| 89 | VALERIE  WONG | 126 | BEVERLY BROWN |
| 90 | JILL D NEFF | 127 | LANCE W FROST |
| 91 | STEVEN PATOCKA | 128 | CARL HOOVER |
| 92 | EDWIN TAYLOR JR | 129 | JAMES KALFAS |
| 93 | DONALD BROWN | 130 | EVERETT ALEXANDER |
| 94 | AMANDA S SHELL | 131 | JAMES A FISHER |
| 95 | DUSTIN R FILIP | 132 | LESLIE M HARDING |
| 96 | CARSON J SALSBURY | 133 | GORDON JENNINGS |
| 97 | JACKSON A LEO | 134 | GAVIN M HAUGE |
| 98 | JILL FREEMAN | 135 | LEVI CORALLO |
| 99 | CONNIE J GILROY | 136 | SAM WEISS |
| 100 | ANNA EBERSOLE | 137 | MICHELLE M SAVAGE |
| 101 | MAGDA GARCIA | 138 | MOHAMMAD I MAAROUF |
| 102 | DIANA  ASCENCIOASCENCIO | 139 | CAMERON PHILLIPS |
| 103 | RODNEY HINOJOSA | 140 | BRITTANY  MORGAN |
| 104 | JIMMY  CHO | 141 | GREGORY S WANN |
| 105 | ADRIAN SCARBOROUGH | 142 | SHIRLEY NIES |
| 106 | PATTIE R GEROW | 143 | JOHN MAZORLIG |
| 107 | JAY P RAO | 144 | LOREN HALILI |
| 108 | PATRICIA L BOLEK | 145 | JERRY SMITH |
| 109 | JESSICA WEEKS | 146 | THOMAS  BRADY |
| 110 | LONNIE KLEPPER | 147 | VANESSA JAMES |
| 111 | JESSICA M JOHNSON | 148 | LAUREN MANIFF |



## Exclusion Report - Altria

| # | Class Member Name |
|---|---|
| 149 | RAYMOND ZAYAS |
| 150 | STEPHEN ARSENAULT |
| 151 | MARIA RIVERA RIVERA |
| 152 | LISA HALLETT HALLETT |
| 153 | ALEXANDER DUGAN |
| 154 | JESSICA QUINTELA |
| 155 | FLEUR I JACOBS |
| 156 | CHARLES JONES |
| 157 | CHRISTINE GREEN |
| 158 | BARB COHEN |
| 159 | KELLY YADON |
| 160 | JEANNE N PASCON |
| 161 | GREGRE FEWGWE |
| 162 | JERRY W PHELPS |
| 163 | JESSICA A ASHENFELTER |
| 164 | JEFFREY BENTLEY |
| 165 | DONNIE GRAHAM |
| 166 | ZACHARY PHILLIPS |
| 167 | ALIC MIDDELE |
| 168 | HELEN MONTGOMERY |
| 169 | JOSEPH MORGAN |
| 170 | TELINA FIELDS |
| 171 | MARK HANSEN |
| 172 | MASOOD FAIZ |
| 173 | OSKAR A MCQUADE |
| 174 | VINCENT G BOUFFLEUR |
| 175 | PEDRO RUIZ |
| 176 | EUGENE GUILLOT |
| 177 | MARK NEWCHURCH |
| 178 | LAMAR O MCNEILL |
| 179 | RAYEEF RAHAMAN |
| 180 | ANGELA RODRIGUEZ |
| 181 | RUFUS JOSEPH |
| 182 | DUSTIN RUSSELL |
| 183 | ANGEL CUSTODIO |
| 184 | TALAN L GRECO |
| 185 | DANIEL ROACH |

| # | Class Member Name |
|---|---|
| 186 | ALEXANDER BILLIOT |
| 187 | MISTRESS SWEETNESS |
| 188 | MIRCEA C RAIANU |
| 189 | BELINDA WILLIS |
| 190 | PAUL WUERZ |
| 191 | REESE ANDREWS |
| 192 | MICHAEL R NAUMAN |
| 193 | WILLIAM J HOMME |
| 194 | NICHOLAS LAMBERTI |
| 195 | ANNABEL CERVANTES |
| 196 | DRAGO SARIC |
| 197 | MATT SELLING |

\* Did not opt out of the JLI Settlement and submitted a claim form during the JLI Settlement claims period

3