EXHIBIT C



Opt Back In Report - Altria

| #  | Class Member Name  |
|----|--------------------|
| 1  | ERIC LEMASTER      |
| 2  | JACOB GOISMAN      |
| 3  | JAMAE CREWS        |
| 4  | JARED POTENZA      |
| 5  | JASON FITZWATER    |
| 6  | JUSTIN FONS        |
| 7  | LINDSEY JACKSON    |
| 8  | NICOLE LINDHORST   |
| 9  | RACHEL MCHUGH      |
| 10 | REID WINTHROP      |
| 11 | SCOTT CONTE        |
| 12 | STACEY VERNE       |