[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> *Cheyenne and Arapaho Tribes of Oklahoma v. Juul Labs, Inc. et al.*, Case No. 3:21-cv-05134 <br><br> *Fond Du Lac Band of Lake Superior Chippewa v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03995 <br><br> *Klamath Tribes v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03987 | Case No. 19-md-02913-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND TRIBAL CASE SCHEDULE** <br><br> Judge:   Hon. William H. Orrick |

    The parties jointly stipulate and agree, subject to the Court's approval, to amend certain deadlines applicable in the above-captioned cases.

    WHEREAS on January 24, 2022, the Court entered an order outlining pretrial deadlines in the Tribal bellwether litigation.  *See* Dkt. No. 2794 (adopting the parties' proposed tribal case schedule and bellwether selection process).

    WHEREAS on July 28, 2022, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation.  *See* Dkt. No. 3363 (adopting the parties' proposed amended schedule).

1    WHEREAS on February 14, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 3794 (adopting the parties' proposed amended schedule).

WHEREAS on April 20, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 3933 (adopting the parties' proposed amended schedule).

WHEREAS on May 19, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 4038 (adopting the parties' proposed amended schedule).

WHEREAS on July 20, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 4069 (adopting the parties' proposed amended schedule).

WHEREAS on September 19, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 4139 (adopting the parties' proposed amended schedule).

WHEREAS on November 17, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 4155 (adopting the parties' proposed amended schedule).

WHEREAS on December 8, 2023, the Court entered a further order outlining pretrial deadlines in the Tribal bellwether litigation. *See* Dkt. No. 4170 (adopting the parties' proposed amended schedule).

WHEREAS, in order to accommodate the schedules of the parties and deponents, the parties have met and conferred and, subject to the Court's approval, the parties jointly propose a revised schedule for the deadlines below.

WHEREAS, subject to the Court's approval, the parties state as follows:

1. The parties agree that the deposition of Plaintiffs' expert, Dr. Martin Kovach, will take place on March 18, 2024;

2. To accommodate Dr. Kovach's deposition, the parties propose an extension of the deadline for Defendants' expert report(s) to March 28, 2024.

3. The parties' proposed revised schedule of deadlines for the three tribal bellwether cases is as follows:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| Depositions of Plaintiffs' Experts | **March 12, 2024** | **March 18, 2024** |

| Event | Current deadline | Proposed deadline |
|---|---|---|
| Defendants' Expert Reports[1] | **March 12, 2024** | **March 28, 2024** |
| Depositions of Defendants' Experts | **June 7, 2024** | **June 7, 2024** |
| Deadline to file Summary Judgment and *Daubert* Motions | **June 11, 2024** | **July 3, 2024** |
| Deadline to file Oppositions to Summary Judgment and *Daubert* Motions | **August 16, 2024** | **September 6, 2024** |
| Deadline to file Replies in support of Summary Judgment and *Daubert* Motions | **September 6, 2024** | **October 1, 2024** |

The parties therefore respectfully request that the Court enter an Order establishing the above deadlines.

Dated: February 20, 2024                                          Respectfully submitted,

By: */s/ Lauren S. Wulfe*
John C. Massaro (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
john.massaro@arnoldporter.com
jason.ross@arnoldporter.com
david.kouba@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
paul.rodney@arnoldporter.com

Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: (213) 243-4000

---

[1] Plaintiffs reserve their right to seek submission of rebuttal expert reports following submission of Defendants' expert reports. Defendants dispute that rebuttal expert reports would be appropriate, and reserve all rights to contest any attempt by Plaintiffs to seek their submission.

|   |   |
|---|---|
| 1 | Facsimile: (213) 243-4199 |
| 2 | lauren.wulfe@arnoldporter.com |

Beth A. Wilkinson (*admitted pro hac vice*)
Brian L. Stekloff (*admitted pro hac vice*)
James M. Rosenthal (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jrosenthal@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Moira K. Penza (*admitted pro hac vice*)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
mpenza@wilkinsonstekloff.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

By: /s/ *Sarah R. London*
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: /s/ *Dena Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
dsharp@girardsharp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/  Dean Kawamto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/  Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*


By: */s/ Geoffrey Strommer*
 **Geoffrey D. Strommer**
 **HOBBS, STRAUS, DEAN & WALKER, LLP**
 215 SW Washington Street, Suite 200
 Portland, OR 97204
 Tel: (503) 242-1745
 gstrommer@hobbsstraus.com

 *Liaison Tribal Counsel*

**UNITED STATES DISTICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] **ORDER TO AMEND TRIBAL SCHEDULE**<br><br>Judge:   Hon. William H. Orrick |
| This Document Relates to:<br><br>*Cheyenne and Arapaho Tribes of Oklahoma v. Juul Labs, Inc. et al.*, Case No. 3:21-cv-05134.<br><br>*Fond Du Lac Band of Lake Superior Chippewa v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03995<br><br>*Klamath Tribes v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03987 | |

The Court hereby adopts the Parties' stipulations regarding deadlines in the above-referenced tribal bellwether cases as follows:

1.     In all tribal bellwether cases, the deadlines will be extended as follows:

| Event | Current deadline | Proposed deadline |
|---|:---:|:---:|
| Depositions of Plaintiffs' Experts | **March 12, 2024** | **March 18, 2024** |

| Event | Current deadline | Proposed deadline |
|---|---|---|
| Defendants' Expert Reports[1] | **March 12, 2024** | **March 28, 2024** |
| Depositions of Defendants' Experts | **June 7, 2024** | **June 7, 2024** |
| Deadline to file Summary Judgment and *Daubert* Motions | **June 11, 2024** | **July 3, 2024** |
| Deadline to file Oppositions to Summary Judgment and *Daubert* Motions | **August 16, 2024** | **September 6, 2024** |
| Deadline to file Replies in support of Summary Judgment and *Daubert* Motions | **September 6, 2024** | **October 1, 2024** |

Date: February 20, 2024

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

---

[1] Plaintiffs reserve their right to seek submission of rebuttal expert reports following submission of Defendants' expert reports. Defendants dispute that rebuttal expert reports would be appropriate, and reserve all rights to contest any attempt by Plaintiffs to seek their submission.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: <u>*/s/ Lauren S. Wulfe*</u>
Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
lauren.wulfe@arnoldporter.com
