UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>CLASS ACTIONS | Case No. 19-md-02913-WHO<br><br>**SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF ALTRIA CLASS ACTION SETTLEMENT** |

I, Cameron R. Azari, Esq., declare as follows:

1.      My name is Cameron R. Azari, Esq. I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

2.      I am a Senior Vice President with Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing, and implementing large-scale legal notification plans. Hilsoft is a business unit of Epiq. All references to Epiq within this declaration include Hilsoft Notifications.

3.      This declaration provides updated settlement administration statistics following the successful implementation of the Settlement Notice Plan ("Notice Plan") regarding the Altria Class Settlement Agreement[1] in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation,* No. 19-md-02913-WHO, in the United States District Court for the Northern District of California (the "Action").

---

[1] As used in this Declaration, capitalized terms shall have the definitions and meanings ascribed to them in the Altria Class Settlement Agreement attached as Exhibit 1 to the Declaration of Dena C. Sharp in Support of Preliminary Approval of the Altria Class Settlement, or such definitions and meanings as are accorded to them elsewhere in this Declaration.

4.      The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq, and I believe them to be true and correct.

## SUMMARY OF ALTRIA NOTICE PLAN IMPLEMENTATION

5.      Federal Rule of Civil Procedure, Rule 23 directs that notice must be "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort" and that "[t]he notice may be by one or more of the following: United States mail, electronic means, or other appropriate means."[2]  The Notice Plan here satisfied these requirements. In my opinion, the Notice Plan provided the best notice practicable under the circumstances.

6.      As detailed in my Implementation Declaration, the Notice Plan was designed to reach the greatest practicable number of identified Class Members.  As expected, the reach of the Notice Plan exceeded 80% to the identified Class Members.  This reach percentage was calculated by combining the Individual Notice effort with the extensive online Media Notice (while accounting for duplication across the various forms of notice).  The reach was further enhanced by a press release, sponsored search, and a case website.  Further information regarding implementation and results of the Altria Settlement Notice is provided below.

## PREVIOUS DECLARATIONS IN THIS ACTION

7.      For the related settlement with JLI in this same litigation, I previously executed several declarations that are filed with the Court, including my *Supplemental Declaration of Cameron R. Azari, Esq. in Support of Class Plaintiffs' Motion for Final Approval of the JLI Class Action Settlement* ("JLI Declaration") on July 29, 2023, ECF No. 4092, which provided settlement administration statistics following the successful implementation of the JLI Settlement Notice Plan. For the Altria Settlement, I executed my *Declaration of Cameron R. Azari, Esq., in Support of Motion for Preliminary Approval of the Altria Class Settlement* ("Altria Notice Plan Declaration") on July 26, 2023, ECF No. 4082-16, which described the proposed Settlement Notice Plan and the

---

[2] Fed. R. Civ. P. 23(c)(2)(B).

SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF ALTRIA CLASS ACTION SETTLEMENT

proposed claim process regarding the Altria Class Settlement Agreement. Subsequently, I executed my *Declaration of Cameron R. Azari, Esq., Regarding Altria Settlement Notice Plan Completion* ("Altria Notice Completion Declaration") on December 5, 2023, ECF No. 4166 which reported on the successful implementation of the Settlement Notice Plan ("Notice Plan") and provided settlement administration statistics to date.  In addition, I executed my *Declaration of Cameron R. Azari, Esq. in Support of Class Plaintiffs' Motion for Final Approval of the Altria Class Settlement Agreement* ("Implementation Declaration") on January 12, 2024, ECF No. 4193-3, which detailed the successful implementation of the Notice Plan and provided updated settlement administration statistics.

## CAFA NOTICE

8.      As detailed in my Implementation Declaration, CAFA Notice—as required by the federal Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715—was provided to 58 federal and state officials on August 24, 2023.  To date, no entities sent the CAFA notice have sought to intervene in the litigation or have raised any concerns or objections to the Settlement.

## SETTLEMENT NOTICE PLAN IMPLEMENTATION

### *Individual Notice*

9.      As stated in my Altria Notice Plan Declaration, for the previous JLI Settlement, Epiq received 90 data files with JLI's data that included email addresses and/or physical mailing addresses for identified direct purchasers and a substantial number of potential Class Members who provided JLI with their contact information.  Epiq deduplicated and rolled-up the account records and loaded the unique, identified records into its database for this case.  These efforts resulted in 2,884,489 identified potential Class Member records.  Prior to distributing notice of the Altria Class Settlement, this data was combined with all records for those individuals that filed a Claim Form and/or filed a request for exclusion as part of the JLI Settlement, resulting in 8,312,064 potential identified Class Members records.

10.      This data was used to provide Individual Notice for the Altria Class Settlement as follows: 1) an Email Notice was sent to all identified Class Members with available direct purchase information for whom a valid email address is available ("Direct Purchaser Email Notice"); 2) an

Email Notice was sent to potential Class Members with no available direct purchase information where Epiq had a valid email address available because the potential Class Member either opted out ("Prior Opt-Out Email Notice") or filed a Claim ("Prior Claim Email Notice") as part of the JLI Settlement, or a valid email address was otherwise available in JUUL's data; and 3) a Double Postcard Notice and Claim Form with prepaid return postage on the Claim Form ("Postcard Notice") were sent via United States Postal Service ("USPS") first class mail to all identified Direct Purchaser Class Members with an associated physical address but no email address is available or an Email Notice was returned as undeliverable after multiple attempts.

*Email Notice*

11.     As detailed in my Implementation Declaration, from October 9, 2023, through November 1, 2023, Epiq sent 8,312,007 Email Notices to the potential Class Members for whom a valid email address was available.  The population of identified potential Class Members including individuals with direct purchases from JLI and individuals who identified themselves by filing a claim or opt out request in connection with the JLI Class Settlement.  The Email Notices clearly and concisely summarized the case and the legal rights of the Class Members, and directed the recipients to the case website where they could access additional information.  In addition, the Email Notices included a Spanish tagline that directed recipients to the case website, which included an option for displaying text in Spanish.  The Email Notices – Direct Purchaser Email Notice, Prior Opt-Out Email Notice, and Prior Claim Email Notice – are included as **Attachment 1**.

12.     The following industry standard best practices were followed for the email notice efforts.  The Email Notices were drafted in such a way that the subject line, the sender, and the body of the message would overcome SPAM filters and ensure readership to the fullest extent reasonably practicable.  For instance, the Email Notice used an embedded html text format.  This format provided easy to read text without graphics, tables, images, attachments, and other elements that would have increased the likelihood that the message would have been blocked by Internet Service Providers (ISPs) and/or SPAM filters.  The Email Notices were sent from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts.  Each Email Notice was transmitted with a digital signature to the header and content of the Email Notice,

which allowed ISPs to programmatically authenticate that the Email Notices were from authorized mail servers.  Each Email Notice was also transmitted with a unique message identifier.  The Email Notices included an embedded link to the case website.  By clicking the link, recipients were able to access the Long Form Notice, Settlement Agreement, and other information about the Settlement.

13.     If the receiving email server could not deliver the message, a "bounce code" was returned along with the unique message identifier.  For any Email Notice for which a bounce code was received indicating that the message was undeliverable for reasons such as an inactive or disabled account, the recipient's mailbox was full, technical autoreplies, etc., at least two additional attempts were made to deliver the Notice by email.  After completion of the Email Notice efforts, 551,634 emails were not deliverable.

### Postcard Notice

14.     As detailed in my Implementation Declaration, on November 6, 2023, Epiq sent 152,258 Postcard Notices.  Of the 152,258 Postcard Notices sent, 57 were sent to Direct Purchaser Class Members without a valid email address and 152,201 were sent to Direct Purchaser Class Members whose Email Notice was undeliverable after multiple attempts.  The Notices were sent via USPS first-class mail to all identified Class Members (with known purchases of JUUL products), and an associated physical address to whom a valid email address was not available or undeliverable after multiple attempts. The Postcard Notice clearly and concisely summarized the case and the legal rights of the Class Members.  The Postcard Notice also directed the recipients to the case website where they could access additional information and easily file an online claim.  In addition, the Postcard Notice included a Spanish tagline that directed recipients to the case website, which includes an option for displaying text in Spanish.

15.     Each Postcard Notice included a tear-off Claim Form.  A unique QR Code was also included in each Postcard Notice allowing identified Class Members to scan their code from their phone and immediately be sent to the claim filing page of the case website.  At the website, they could file a Claim for the auto-populated amount of their direct purchases or provide additional information if they wished to claim additional indirect purchases or attest to underage purchases. The Postcard Notice is included as **Attachment 2.**

16.     Prior to sending the Postcard Notice, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the USPS to ensure all address information was up-to-date and accurately formatted for mailing.[3]  In addition, the addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

17.     The return address on the Postcard Notices is a post office box that Epiq maintains for this case.  The USPS automatically forwards Postcard Notices with an available forwarding address order that has not expired ("Postal Forwards").  Postcard Notices returned as undeliverable are re-mailed to any new address available through USPS information, (for example, to the address provided by the USPS on returned mail pieces for which the automatic forwarding order had expired, but was still within the time period in which the USPS returns the piece with the address indicated), or to better addresses that are found using a third-party address lookup service.

18.     As of February 12, 2024, for Postcard Notices that were returned as undeliverable, Epiq re-mailed 14,554 Postcard Notices to any new address available through USPS information and to any new addresses Epiq obtained from a third-party address lookup service.

19.     As of February 12, 2024, Epiq had received 23,419 undeliverable Postcard Notices (which includes any remailed Postcard Notices that were also returned as undeliverable).

20.     Class Members were also given the option to request via a toll-free telephone number or by mail that a Long Form Notice and Claim Form be mailed to them.  As of February 12, 2024, Epiq had mailed 93 Long Form Notices and Claim Forms as a result of those requests.  The Long Form Notice is included as **Attachment 3.**  The Claim Form is included as **Attachment 4.**

---

[3] The NCOA database is maintained by the USPS and consists of approximately 160 million permanent change-of-address (COA) records consisting of names and addresses of individuals, families, and businesses who have filed a change-of-address with the Postal Service™.  The address information is maintained on the database for 48 months and reduces undeliverable mail by providing the most current address information, including standardized and delivery-point-coded addresses, for matches made to the NCOA file for individual, family, and business moves.

1

***Notice Results***

2     21.    As of February 12, 2024, an Email Notice and/or Postcard Notice was delivered to

3    7,760,429 of the 8,312,064 identified potential Class Members.  This means the individual notice

4    efforts reached approximately 93.3% of identified potential Class Members.

5     ***<u>Media Plan</u>***

6     22.    As detailed in my Implementation Declaration, the Media Plan supplemented the

7    individual notice efforts and included a Digital Notice campaign, Sponsored Search Listing, and an

8    Informational Release.

9     ***<u>Digital Notice Campaign</u>***

10     23.    As detailed in my Implementation Declaration, the Altria Settlement Notice included

11   targeted digital advertising on a selected advertising network and social media sites.  These

12   included banner ads and other types of advertisements, which were placed on the *Google Display*

13   *Network*.  The Digital Notices were targeted to several targeted audiences based on the

14   demographics of the Class.  These audiences included demographic targeting to parents with minor

15   children, content targeting to place banners next to specific website content having to do with

16   electronic cigarettes ("Affinity Audiences"), and intent targeting to individuals who have searched

17   for information about electronic cigarettes ("Intent Audiences").  Digital Notices ran on desktop,

18   mobile and tablet devices. Digital Notices were also targeted (remarketed) to people who clicked on

19   a Digital Notice.

20     24.    The Altria Settlement Notice also included advertising on social media, which

21   consisted of Digital Notices on *Facebook, Instagram, Snapchat, TikTok, Twitter, YouTube,*

22   *Telegram,* and *Reddit* in various sizes. Video ads were displayed on a variety of social media

23   applications.  *YouTube, TikTok, SnapChat, Telegram,* and *Instagram* all featured either a 15-second

24   or 30-second Video Notice as part of the Altria Settlement Notice.

25     25.    Combined, approximately 409 million impressions were generated by the Digital

26   Notices nationwide.  The Digital Notices ran from October 9, 2023, through December 6, 2023.

27   Examples of the Digital Notices are included as **Attachment 5**.

28

***Sponsored Search***

26.     To facilitate locating the case website, sponsored search listings were acquired on the three most highly visited internet search engines: *Google*, *Yahoo!* and *Bing*.  When search engine visitors searched on selected common keyword combinations related to the Settlement, the sponsored search listing created for the Settlement was displayed at the top of the visitor's website page prior to the search results or in the upper right-hand column of the web-browser screen.  The Sponsored Search Listings on search engines *Google*, *Yahoo!*, and *Bing* commenced on October 9, 2023, and ran through December 6, 2023.  The sponsored listings were displayed 173,658 times, which resulted in 10,419 clicks that displayed the website.  A complete list of the sponsored search keyword combinations is included as **Attachment 6**.  Examples of the sponsored search listing as displayed on each search engine are included as **Attachment 7**.

***Informational Release***

27.     To build additional reach and extend exposures, a party-neutral Informational Release was issued nationwide.  The Informational Release ran on October 9, 2023, over *PR Newswire* and *Uwire*.  The Informational Release is included as **Attachment 8**.

***Other Forms of Notice and Notice Support***

***Case Website***

28.     A case website (www.JuulClassAction.com) continues to be available 24 hours per day, 7 days per week in both English and Spanish.  The case website continues to allow Class Members to obtain additional information and documents, relevant deadlines and answers to ("FAQs"), and other information.  Prior to the Claim filing deadline, Class Members were able to file a Claim on the case website.  Class Members who received an Email Notice or Postcard Notice were directed straight to the claim filing page from their notice (via a link or a scannable QR Code), which pre-populated with their unique JUUL purchase information.  Alternatively, Class Members were able to file a request for exclusion on the website.

29.     Between October 9, 2023 and February 12, 2024, there have been 12,119,387 unique visitor sessions to the case website, and 64,253,611 web pages have been presented.

*Toll-free Telephone Number and Postal Mailing Address*

30.     The toll-free telephone number (1-855-604-1734) continues to allow Class Members to call for information about the lawsuit in the form of recorded answers to FAQs (in English and Spanish).  Callers also had an option to request a Long Form Notice or Claim Form by mail prior to the Claim filing deadline.  In addition, callers have the option to speak to a live agent in English with translation services available for other languages, including Spanish.  The automated phone system continues to be available 24 hours per day, 7 days per week.  Between October 9, 2023 and February 12, 2024, there have been 295 calls to the toll-free telephone number representing 1,803 minutes of use, and service agents had handled 168 incoming calls representing 1,588 minutes of use.

31.     The existing postal mailing address and email address established for the JLI Settlement continues to be available for the Altria Class Settlement, allowing Class Members to request additional information or ask questions via these channels.  Epiq identified and corrected a typographical error in an auto response email which, for a time, listed the prior JLI claim filing deadline rather than the updated Altria claim filing deadline.  The deadline was correctly listed in every other place it appeared, such as the website, the long form notice, and email notices. There were 481 unique email addresses that received the auto response email with the JLI deadline that did not have a claim on file and did not use the embedded link to escalate their question.  Epiq has analyzed each of the email communications.  None of these emails expressly asked about the claim filing deadline.  A significant number of these emails were actually junk, some were ClaimClam related, and about half included some form of settlement related question, such as how to file a claim, unique ID/pin requests, and general intent to participate in the Settlement.  Epiq worked directly with Class Counsel and sent an additional Email Notice to these 481 unique email addresses on February 19, 2024, providing an extended claim filing deadline for these individuals in an abundance of caution. These individuals will be able to access a claim filing portal that is separate from the portal that had been available to the general public prior to the claim deadline and was made inaccessible after the deadline. The claim submission portal provided in the supplemental Email Notice will be open until March 4, 2024, and will not be available to the general public.

***Notice Plan Reach***

32.     Epiq reliably estimates that the Altria Settlement Notice reached more than 80% of Class Members.  To calculate this reach estimate, Epiq combined the Digital Notice with the Individual Notice, while accounting for duplication across the various forms of notice.  The actual reach of the Altria Settlement Notice was almost certainly higher given the additional components, which are not included in the calculated reach percentages (*Telegram* or *Snapchat*, the Sponsored Search Listings, the Informational Release, and the case website) and the conservative nature of our reach estimates.

33.     The Digital Notice alone is approximately 77.3% of the target audience.  The Individual Notice reached approximately 93.3% of the identified potential Class Members.  Combined, Epiq reliably estimates the Altria Settlement Notice reached more than 80% of Class Members.

***Claims Received***

34.     A simple claim form was used to allow Class Members to make claims for both direct and indirect purchases.  They were also able to specify additional indirect purchasers, as could all other Class Members.  In specifying indirect purchases, the Class Members were asked for the date of their first and last purchase and their purchase frequency of various types of JUUL Products.  The system then automatically computed an amount spent on JUUL Products.  Claims were subject to validation and industry-standards fraud prevention efforts, and proof of purchase may have been required for claims above a pre-set amount.  Recipients of the Postcard Notice could elect to file their claims by mail (i.e., without going online) for their direct purchases only, by detaching and returning the prepaid return card.

35.     The deadline for Class Members to file a Claim Form for the Altria Settlement was February 5, 2024.  As of February 12, 2024, Epiq had received 8,104,614 Claims (8,103,936 online and 678 paper) during the Altria settlement claims period.  These claims are separate from the 6,349,982 claims received during the JLI claims period, described in my JLI Declaration, ECF No. 4092. As standard practice, Epiq is in the process of conducting a complete review and audit of all Claim Forms received, including a review to identify duplicated claims filed by potential Class

Members in both the JLI and Altria Settlement claims periods.  The initial deduplication of all claims, based on one claim per email, reduces the number of claims to 13,674,564 claims with a unique email address.  Further deduplication based on the unique combination of claimant name and physical address yields 11,946,145 claims (using an exact match on first and last name, such that, e.g., Thomas Smith, Tom Smith, and Tommy Smith, even at the same physical address, would not be identified as duplicates).  In addition, the analysis performed to date indicates that a substantial number of claims have one or more indicia of fraud.  Thus, there is a high likelihood that after detailed review, the total number of Claim Forms received will significantly change due to duplicate and denied Claim Forms.

### *Distribution Options*

36.     The Altria Class Settlement provided Class Members the option of filing a Claim Form online or submitting a Claim Form by mail.  The direct notices included the case website address and instructions for how Class Members could file a Claim Form online or by mail.  The Email Notice included a link directly to the claim filing portal on the case website where Class Members could file an online Claim Form.  Regardless of how a Claim was filed, all Claimants were given the option of receiving a digital payment should their Claim be approved.  Class Members were also able to elect to receive a traditional paper check.

### *Requests for Exclusion and Objections*

37.     The deadline to request exclusion from the Settlement was February 5, 2024 and the deadline to submit an objection was February 6, 2024.  As of February 12, 2024, Epiq had received 197 timely, unique requests for exclusion from the Altria Settlement.  Class Members that previously filed a request for exclusion as part of the prior JLI Settlement were able to file a request to "opt back in" to the JLI Settlement.  As of February 12, 2024, Epiq has received 12 timely, unique requests to opt-in to the JLI Settlement.  As standard practice, Epiq is in the process of conducting a complete review of all the requests for exclusion received.  There is a likelihood that after detailed review and input from counsel, the total number of requests for exclusion may change due to incomplete/invalid requests.  The Exclusion Report and list of opt-ins were filed as ECF Nos. 4195-2 and 4195-3.

38.     As of February 12, 2024, I am aware of two objections, one of which addresses aspects of the settlement administration, the Objection of Edward W. Orr (herein after "Orr") (Dkt. No. 4194).

39.     **Orr Objection.**  Among other things, the Orr Objection states, "The proposed Settlement should not be approved because the Settlement website is neither properly handicap accessible, nor is the website secure…" (Dkt. No. 4194 at 4).  The Orr Objection also says, "the class action website was redirecting to another site - the latter of which was an unauthorized site." (Dkt. No. 4194at 4).

40.     Epiq has reviewed the information provided in the Orr Objection regarding its reference to the website redirecting to an unauthorized website.  Epiq has extensive security protocols in place and actively monitors settlement websites for any possible security issues.  Epiq has researched and investigated and is unable to replicate Orr's reference to the site redirecting to any other site and/or unauthorized website.  The website does not redirect to any unauthorized website.  No other Class Member has complained of or reported a similar issue for either the Altria and/or JUUL Settlements and the shared case website.[4]

41.     The Orr Objection states that the Settlement website is not capable of Web Content Accessibility Guidelines ("WCAG") and/or other standards, and access is not fully possible.  This is not correct.  In an effort to make settlement websites as reasonably accessible as possible while also not impacting the website experience for all Class Members, Epiq has adopted a website template (which was used in this administration) that is intended to meet basic compliance standards under the current WCAG 2.1 Level A best practices and most Level AA best practices.  Epiq actively and continuously monitors its settlement websites to update and implement these best practices into its website design.  Meeting a compliance level above "AA" can degrade the website experience for general users because it can put function over presentation.  Epiq builds Level AAA compliant websites in situations where the demographics of a class requires specific components of ADA

---

[4] Orr's Exhibits A–C include a reference to www.facebook.com. As described above and in my prior declarations, settlement notice ads on websites including Facebook would direct users *to* the settlement website, but not the other way around.

SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF CLASS PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF ALTRIA CLASS ACTION SETTLEMENT

1  accessibility (e.g., where the subject matter of the settlement involves the ADA or disabled class

2  members).  No other Class Member expressed a similar complaint with the accessibility of the

3  website.  And if a Class Member could not get the information they needed from the website, they

4  also had the option of calling the toll-free telephone number and speaking to a live operator to

5  access the same information.

6       42.     Orr successfully submitted a timely Claim Form, sent an email, and a web form

7  message, and understood the Settlement well enough to draft a lengthy objection, which indicates

8  that the functionality of the website for the Settlement was more than adequate to inform Orr of the

9  rights under the Settlement.  Orr's assertion that he received no response to his inquiries is also

10  incorrect. All emails and web form messages sent using the contact information on the website,

11  including the messages by Orr described in his objection, received an automated response

12  containing the answers to frequently asked questions and an embedded link to escalate their

13  question if it was not addressed.  Because this email includes plain text, it is readily accessible and

14  compatible with assistive technologies. Orr did not respond or use the link to continue his

15  communications.

16       43.     Finally, the Orr Objection asserts that the Long Form notice contained a typo in the

17  address for the Court, listing the zip code as 94012 instead of 94102. ECF No. 4194-3. As soon as

18  the typo was brought to the attention of Epiq and Class Counsel, it was promptly corrected on the

19  website and long form notice. The Court's address is also readily publicly available, and the notice

20  directed all objections be sent both to the Court *and* the Settlement Administrator, whose contact

21  information was correctly listed. Orr successfully sent his objection to the Court, and Class Counsel

22  has filed a copy of the only other objection submitted (which was sent directly to Dena Sharp and

23  does not purport to have been sent to the Court). Epiq has not received any other objections, nor am

24  I aware of any potential Class Member who sought to object but was unable to do so as a result of

25  the zip code typo.

26                          **COSTS OF NOTICE AND ADMINISTRATION**

27       44.     As of February 12, 2024, Epiq has invoiced $1,515,069.02 to implement the Altria

28  Settlement Notice Plan and administer the Altria Class Settlement, and has invoiced $3,038,170.38

in connection with the notice and administration of the JLI Class Settlement (for a total of $4,553,239.40). These amounts include media, print, email, postage, claim intake, email and telephone correspondence and other necessary administrative tasks for both settlements. Epiq will incur significant, additional costs to complete claims determinations and distribute of the Settlement Funds. That total, additional cost includes some uncertainty. The main two areas of cost uncertainty that will materially impact the total administrative cost are, 1) the remaining, significant effort being expended following the recent Claims deadline to determine valid vs. fraudulent Claims and then, 2) the resulting number of individual Class Member payments that will need to be made (primarily the cost of providing electronic and paper check payments).

45.     While full claim review is ongoing and not complete, based on prior experience Epiq estimates that the final, total cost to provide notice and administration for both Settlements will range between $8.55 million and $9.66 million. This is based on the following assumptions:

- Over 8 million Claims were filed for an amount equal to or greater than $300 and did not provide any supporting documentation of purchases, making those Claims defective;

- Notice of deficient claims will only be sent to Claimants who are not otherwise screened out for multiple indicia of fraud;

- Approximately 60% of these Claims have indicia of fraud, resulting in an assumed 3.2 million email notices of deficiency;

- Response rate to the deficiency notices of 10% or lower,

- Manual review of over 200k substantiated Claim submissions; and,

- An estimated 2.8 million Claims ultimately paid. The total number of payable Claims is currently estimated to be 20% of total Claims received, based on past experience with high fraudulent activity, defective cure rates, and our preliminary review of facially valid and complete Claim submissions.

46.     If Epiq were to utilize less stringent questionable claim criteria or set a lower threshold for substantiated Claim review, we estimate that the payable claim rate may go up to as high as 30% of total Claims received. This would add an estimated $500,000 in costs to the ranges above to make payments, handle reissue and alternative payment requests, and respond to class member inquiries regarding award amounts.

47.     If Epiq were to send rejection notices to every single claim rejected as fraudulent, even by email, the additional cost to notice the estimated 11.2 million questionable and/or denied

Claims would be in excess of $600,000 to the ranges above.  This added cost would include transactional and hourly time for the defect noticing, as well as additional incomplete attempts to cure deficient Claims, written correspondence, and emails and phone calls to the administrator requiring processing and/or responses.  Depending on the strength and number of indicia of fraud, the best and most fair option to control costs and preserve the Settlement Funds for the Class Members may be to not send such notices to some or all of this population.

48.     At the outset of the Altria Settlement, Epiq initially estimated that the cost to provide notice and administrative services for both settlements would cost roughly a combined $7.62 million, which reflected the efficiencies to be gained by combining certain notice elements and the claims review and distribution of both settlements. The increase in the projected cost of administration is entirely due to the increase in claims over what was expected.  Epiq's initial cost estimates were based on a total of 2 to 3 million claims across both settlements.  We received approximately 14.4 million claims. That is 480 to 700% more claims than anticipated, resulting in our increased cost projections to close both projects.

49.     Class Counsel have monitored the administrative costs throughout both the projects, with weekly check-ins on volumes of claims and correspondence and the resulting cost impacts. Epiq has consistently worked with Class Counsel to take steps to mitigate costs without impacting the quality of the administration.  Cost mitigation measures have included: new and updated Frequently Asked Questions posted to the website and in an auto response email to reduce call center and email correspondence costs (which were becoming significant); leveraging data from prior administration projects to assist with identifying questionable claims, reducing manual claims processing and removing questionable claims; and, employing unique identifiers to link claimants to underlying purchase data.  Epiq will work closely with Class Counsel moving forward to take all steps to complete the administration of both settlements as efficiently as possible.

<u>**CONCLUSION**</u>

50.     The Settlement Notice Plan provided the best notice practicable under the circumstances of this case, conformed to all aspects of Federal Rule of Civil Procedure 23, comported with the guidance for effective notice articulated in the Manual for Complex Litigation

1   4th Ed, and was consistent with the Federal Judicial Center's Judges' Class Action Notice and

2   Claims Process Checklist and Plain Language Guide (2010).  As stated above, the reach of the

3   Notice Plan exceeded 80% of the Settlement Class.  The Notice Plan was based on the successful

4   notice plan implemented in the prior JLI Settlement and was reviewed and analyzed during its

5   implementation to ensure it met the requisite due process requirements.

6         51.     In class action notice planning, execution, and analysis, we are guided by due

7   process considerations under the United States Constitution, and by case law pertaining to the

8   recognized notice standards under Federal Rule of Civil Procedure 23.  This framework directs that

9   the notice plan be optimized to reach the class, and to provide class members with easy access to

10   details of how the class action may impact their rights. [5]

11         52.     Based on my experience implementing the Altria Settlement Notice Plan and the

12   information that has been provided to me at this point, these requirements were met in this Action.

13         53.     The Altria Settlement Notice included Individual Notice to identified Class

14   Members.  As a result of the Individual Notice efforts combined with the extensive Media Plan, the

15   Altria Settlement Notice reached more than 80% of Class Members, which is in line with the FJC's

16   range of reasonable reach estimates.[6]

17         54.     The Altria Settlement Notice provided full and proper notice to Class Members

18   before the opt-out and objection deadlines, with 70 days provided to Class Members from the notice

19   completion date until the opt-out deadline, which is in-line with this N.D. Cal.'s Guidelines.[7]

20         55.     Epiq also provided Class Counsel with routine progress reports regarding

21   implementation of the Altria Settlement Notice to ensure that notice was being provided by the best

---

[5] *See Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950) ("But when notice is a person's due, process which is a mere gesture is not due process. The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.").

[6] *Fed. Judicial Ctr., Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide 3*, (2010), available at https://www.fjc.gov/content/judges-class-action-noticeand-claims-process-checklist-and-plain-language-guide-0 (stating "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%.").

[7] *See The N.D. Cal. Procedural Guidance for Class Action Settlements, Preliminary Approval* (9) (discussing the timeline for class members to opt-out).

SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ., IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF ALTRIA CLASS ACTION SETTLEMENT

means practicable.  Each week following entry of the Preliminary Approval Order, Epiq has sent to Class Counsel reports containing summary statistics detailing the implementation of the Altria Settlement Notice Plan.  Such reports include, at a minimum, the number of proper and timely Opt-Outs, and the number of Claims received.  Epiq will continue to provide these reports to Class Counsel until entry of the Final Approval Order and Judgment.

*****

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20th, 2024.

_____

Cameron R. Azari, Esq.

Attachment 1

## Direct Purchaser Email Notice

Juul Class Action and Settlement Notice - Settlement With Remaining Defendant

Notice Administrator <noreply@juulclassaction.com>

To ████████████████████

Click here to view this message in a browser window.

**This Is a Court-Approved Legal Notice about a Class Action Lawsuit.**

**Si desea recibir esta notificación en español, llámenos 1-855-604-1734
o visite nuestra página web www.JUULClassAction.com.**

You have been identified as a member of a class action lawsuit that could affect your rights.

You are eligible to **receive a payment** from a Settlement with Altria as part of that lawsuit.

JUUL's records indicate you made ████ worth of JUUL purchases during the class period.

This is the second and final Settlement in the case. You received a notice earlier this year that the other defendants in this case, JUUL and related parties, agreed to settle. If you already submitted a claim for the first Settlement, you DO NOT need to submit a new claim now to receive payment from the Altria Settlement. If you have not already submitted a claim, you can submit one now to receive a payment from both settlements.

Go to www.JUULClassAction.com to learn about your rights and deadlines.

**What is this lawsuit about?**

The lawsuit alleges that Plaintiffs paid more for JUUL products than they otherwise would have paid if accurate information concerning the products' addictiveness and safety had been provided, and the lawsuit also alleges JUUL products were unlawfully marketed to minors. Plaintiffs entered this Settlement with all the remaining Defendants in the case.

**How to Receive Payment**

To receive your money, you must file a claim and elect a payment method.

Our records show you purchased ████ worth of JUUL products from JUUL's online store during the class period. Please refer to the Plan of Allocation, available at www.JUULClassAction.com, for more information about how your settlement payment will be calculated.

If you'd like your settlement payment to be calculated based on this purchase amount, you can simply submit your claim now by clicking here.

If you believe you made more purchases than shown in JUUL's records, you can make a claim for additional purchases at the Settlement website. Settlement payments may be less than purchase amounts and will be determined by the formula in the Plan of Allocation.

If you submitted a claim for the first Settlement with JUUL, you DO NOT need to submit a new claim now to receive payment from the Altria Settlement.

If you did not submit a claim for the first Settlement and you do nothing now, you will not receive a payment from either the JUUL Settlement or the Altria Settlement.

If you would like to be excluded from the Altria Settlement, you must follow the instructions on the Settlement website. If you do not exclude yourself from the Altria Settlement, you will be bound by the Altria Settlement.

Full details about your rights and options, including the deadlines to exercise them, are available at www.JUULClassAction.com.

**Contact information:**

Website: www.JUULClassAction.com

Call Toll-Free: 1-855-604-1734

AJ323_v02

Copyright © 2023 Juul Labs Settlement Administrator
Our address is P.O. Box 5730, Portland, OR 97228-5730

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

**Prior Opt-Out Email Notice**

Juul Class Action and Settlement Notice - Settlement With Remaining Defendant

Notice Administrator <noreply@juulclassaction.com>

To ███████████████████████

**This Is a Court-Approved Legal Notice about a Class Action Lawsuit.**

**Si desea recibir esta notificación en español, llámenos 1-855-604-1734
o visite nuestra página web www.JUULClassAction.com.**

Our records indicate you have identified yourself as a member of a class action lawsuit regarding JUUL products by opting out of the settlement with JUUL Labs, Inc. The remaining defendant in the case, Altria, has now agreed to settle all the remaining claims. This settlement may affect your rights.

You are eligible to **receive a payment** from a settlement with Altria. Because you opted out of the settlement with JUUL, you can opt back in and submit a claim for payment from both settlements. If you wish to opt out of the Altria settlement, you must submit a second opt-out form.

Full details about your rights and options, including the deadlines to exercise them, are available at www.JUULClassAction.com.

**Contact information:**

Website: www.JUULClassAction.com

Call Toll-Free: 1-855-604-1734

AJ322_v02

You are subscribed to this email as ████████████████
Click here to modify your preferences or unsubscribe.

**Prior Claim Email Notice**

Juul Class Action and Settlement Notice - Settlement With Remaining Defendant

Notice Administrator <noreply@juulclassaction.com>

To:

Click here to view this message in a browser window.

**This Is a Court-Approved Legal Notice about a Class Action Lawsuit.**

**Si desea recibir esta notificación en español, llámenos 1-855-604-1734**
**o visite nuestra página web www.JUULClassAction.com.**

Our records indicate that you have identified yourself as a member of a class action lawsuit regarding JUUL products by submitting a claim for payment from the settlement with JUUL Labs, Inc. The remaining defendant in the case, Altria, has now agreed to settle all the remaining claims. This settlement may affect your rights.

You are eligible to **receive a payment** from a settlement with Altria. If you already submitted a claim for the first settlement, you DO NOT need to submit a new claim now to receive payment from the Altria settlement. You will receive one payment with funds from both settlements. If you opted out of the settlement with Juul, you can opt back in and submit a claim for payment from both settlements. Or if you wish to opt out of the Altria settlement as well, you must submit a second opt-out form.

Full details about your rights and options, including the deadlines to exercise them, are available at www.JUULClassAction.com.

**Contact information:**

Website: www.JUULClassAction.com

Call Toll-Free: 1-855-604-1734

AJ320_v02

Copyright © 2023 Juul Labs Settlement Administrator
Our address is P.O. Box 5730, Portland, OR 97228-5730

If you do not wish to receive future email, click here.
(You can also send your request to Customer Care at the street address above.)

# Attachment 2

*In re JUUL Labs, Inc.*
Settlement Administrator
P.O. Box 5730
Portland, OR 97228-5730

PRESORTED
FIRST-CLASS MAIL
AUTO
US POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882

1A
152258

**Court-Approved Legal Notice**



*This is an Important Notice about a Class Action Lawsuit.*

*Si desea recibir esta notificación en español, llámenos 1-855-604-1734 o visite nuestra página web JUULClassAction.com.*



Unique ID:

PIN:

## ALTRIA SETTLEMENT CLAIM FORM

Our records show that you purchased          worth of JUUL products from JUUL's online store during the class period. Please refer to the Plan of Allocation, available at JUULClassAction.com, for more information about how your settlement payment will be calculated. If you'd like your settlement payment to be calculated based on this purchase amount, you can submit your claim now by signing and returning this form. Your settlement payment will be sent to you via check at your address. If you'd like to submit your claim online, add JUUL products you purchased from other retailers, and/or elect to receive an electronic payment, scan your personalized QR code found on this postcard or go to JUULClassAction.com. If you submitted a claim in connection with the prior settlement with JUUL Labs, you do not need to submit another claim.

**AFFIRMATION (required):** By signing below, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I believe I am a Settlement Class Member entitled to the relief requested by submitting this claim form.

Signature: _____  Date: ☐☐ – ☐☐ – ☐☐☐☐
MM    DD    YYYY

AJ3673 v.04



United States District Court
JUUL Labs, Inc. Marketing & Sales Practices Litigation
Case No. 19-md-02913-WHO

# Class Action and Settlement Notice
*Authorized by the U.S. District Court*

You have been identified as a member of a class action lawsuit that could affect your rights.

You are eligible to <u>receive a payment</u> from a settlement of part of that Lawsuit.

JUUL's records indicate you made ▮▮▮▮ worth of JUUL purchases during the class period. Go to JUULClassAction.com to learn about your rights and deadlines.

To receive your money, you must file a claim and elect a payment method by either returning the form attached to this postcard or at JUULClassAction.com.

If you believe you made more purchases than shown in JUUL's records, you can make a claim for additional purchases at the website.

Settlement payments may be less than purchase amounts and will be determined by the formula in the Plan of Allocation.

If you do nothing, you will not receive a payment from the Settlement unless you submitted a claim for the prior settlement with JUUL Labs. If you do not exclude yourself, you will be bound by the Settlement.

Full details about your rights and options, including the deadlines to exercise them, are available at JUULClassAction.com.

### What is this Lawsuit about?
*The Lawsuit alleges that Plaintiffs paid more for JUUL products than they otherwise would have paid if accurate information concerning the products' addictiveness and safety had been provided, and that certain Defendants unlawfully marketed to minors.*

**Contact information:**

*Website:*
*JUULClassAction.com*

*Call Toll-Free:*
*1-855-604-1734*

Your personalized QR code:



AJ3672 v.04



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 581     PORTLAND, OR

POSTAGE WILL BE PAID BY ADDRESSEE

JUUL LABS INC
SETTLEMENT ADMINISTRATOR
C/O EPIQ
PO BOX 5730
PORTLAND OR 97228-9841



Attachment 3



United States District Court for the Northern District of California

In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation

Case No. 19-md-02913-WHO

# Class Action Notice

## *Authorized by the U.S. District Court*

**Did you buy a JUUL product before December 7, 2022?**

*A class action Lawsuit and a Settlement of that Lawsuit could affect your rights.*

*You may be eligible to receive a payment from this and other Settlements of the Lawsuit totaling $300 million*

**Your options:**

1. **Make a claim if you have not already.** *Get a payment.*

2. **Do nothing.** *You will be bound by the Settlement and the Lawsuit and, unless you already submitted a claim, will get no payment from it.*

3. **Opt out of the Settlement.**

4. **Object to the Settlement.**

**You are not being sued.**

*This notice explains the Lawsuit, the Settlement, and your legal rights and options.*

*Please read entire notice carefully.*

**Another part of this case settled earlier this year. You need to make decisions about this second, new settlement that resolves the rest of the court case. If you already submitted a claim for payment from the first settlement and you want to receive a payment from this settlement, you do not need to submit your claim again.**

**To make the best decisions for you, read on.**

## THE $45 MILLION SETTLEMENT WITH ALTRIA



Important things to know:
- You must <u>file a claim</u> to receive money from the Settlement.
- You only need to file one claim to receive payment from the two Settlements in this case. If you already submitted a claim for the first Settlement, you do not need to submit anything further to receive payment from the new settlement.
- If you do nothing, you will still be bound by the Settlement and the Lawsuit, and your rights will be affected.
- If you want to opt out or object, you must do so by February 05, 2024.
- You can learn more at: *www.JUULclassaction.com*

## Table of Contents

**Key Information** ...................................................................................................... **5**

What is happening in this lawsuit? ......................................................................... 5

What are my options? ............................................................................................. 5

What are the most important dates? ....................................................................... 6

**Learning About the Lawsuit** ..................................................................................... **7**

What is this Lawsuit about? .................................................................................... 7

Why is there a Settlement? .................................................................................... 7

Which Defendants are in the first settlement and which ones are in the new one? ........... 8

What happens next in this Lawsuit? ........................................................................ 8

What effect does this case have on personal injury claims? ...................................... 8

**Important Facts About How The Settlement Might Affect You** ............................... **9**

How do I know if I am a member of the Settlement Class? ......................................... 9

What products are at issue in the Settlements? ....................................................... 9

What if I'm still not sure if I'm included in the Settlement Class? ............................... 9

What are the benefits of the Settlements? ............................................................. 10

**Your Options as a Settlement Class Member** ....................................................... **10**

What are my Options if I am a Settlement Class Member? ....................................... 10

Do I need to do anything to get paid? ................................................................... 10

How do I submit a claim? ..................................................................................... 10

How much will my payment be? ............................................................................ 11

What do I give up by making a Settlement claim? ................................................... 11

What are the consequences of doing nothing? ....................................................... 11

What if I don't want to be a part of the Settlement Class? ....................................... 11

How do I submit an objection to the Settlement? .................................................... 12

Is any part of the Lawsuit not included in the Settlement? ....................................... 13

**Opting Out / Excluding Yourself** ........................................................................... **13**

What are the consequences of excluding myself? ................................................... 13

How do I opt out? ................................................................................................ 14

If I opted out of the JUUL Settlement, can I opt back in now? .................................. 14

**The Lawyers Representing You** ............................................................................. **15**

Do I have a lawyer in the case? ............................................................................ 15

Should I get my own lawyer? ............................................................................... 16

How will the lawyers be paid? .............................................................................. 16

**Key Resources** ....................................................................................................... **16**

How I get more information? ................................................................................. 16

# Key Information

## What is happening in this lawsuit?

A group of people filed a class action lawsuit against JUUL Labs, Inc., related individuals, and Altria. These plaintiffs claimed that Altria was a part of an enterprise that misled consumers concerning JUUL products' addictiveness and safety, causing them to pay more than they would have had accurate information been provided. They allege that the enterprise that Altria was a part of unlawfully marketed to minors. Altria denies these allegations.

> **What is a class action lawsuit?**
>
> A class action is a lawsuit in which one or more people sue on behalf of a larger group, called the Class.

In a settlement announced in December 2022, JUUL Labs, on behalf of itself, its directors and officers, and other entities (collectively referred to as JUUL), agreed to pay $255 million to settle claims against it. Now, the remaining defendants—Altria and related companies—have agreed to pay an additional $45 million to settle the remaining claims in the case.

The group of people who both JUUL and Altria have agreed to pay is called the Settlement Class and it includes everyone who purchased JUUL products from retail stores or online retailers or from JUUL directly before December 7, 2022. If you are in this group and want to get paid, you must file a claim. If you already submitted a claim as part of the first settlement involving JUUL, you do not need to submit anything further to receive payment from the new settlement involving Altria. If you have not submitted a claim previously you can do so by returning a claim form to the Settlement Administrator (see below) or by making a claim at www.JUULclassaction.com

## What are my options?

| | |
|---|---|
| **Make a Claim to Get Paid from the Settlement** | To receive a payment from the Altria Settlement, you must make a claim. |
| | You only need to file one claim to receive payment from the settlements in the Lawsuit. If you already submitted a claim for the first settlement, you DO NOT need to submit anything further to receive payment from the new settlement. |
| | If you have not previously submitted a claim, you can do so on this website. You can return a claim form by mail or make a claim at www.JUULclassaction.com. |
| | If you bought directly from JUUL's website and have not previously submitted a claim, you should have received an email or postcard indicating the purchase amount on record for you that includes a claim code that is specific to you. You can return the postcard or make a claim online at www.JUULclassaction.com. |

| | |
|---|---|
| **Do Nothing** | If you do nothing, you will remain in the Settlement Class and be bound by the Settlement. If you did not submit a claim before and do not submit one now, you will not get any money from the Settlement. <u>Read below</u> for more details about the types of claims covered by the Lawsuit. |
| **Opt Out of the Settlement** | You can opt out of the Settlement Class (also known as excluding yourself) if you want to sue Altria for claims similar to this case. If you previously opted out of the first settlement and you also wish to opt out of this new settlement, you must submit a new opt out form.<br><br>If you opt out of the Settlement Class, you will retain your right to sue Altria but you will not be eligible to receive any money from the Altria Settlement (though you can still recover money from the JUUL Settlement if you submitted a claim).<br><br>More detail on opting yourself out can be found <u>on page 13</u>.<br><br>If you are considering bringing a separate claim against Altria, you should consult your own attorney who can advise you about any deadlines to file your claim.<br><br>The deadline to opt out is: February 05, 2024. |
| **Opt Back Into the Settlement** | If you opted out of the JUUL Settlement in this case, you have the opportunity to opt back in now that the rest of the lawsuit has settled. If you wish to opt back into the JUUL Settlement, you must notify the Settlement Administrator in writing using the contact information <u>on page 15</u>. |
| **Object to the Settlement** | If you are a member of the Settlement Class and do not opt out of the Altria Settlement, you can object to the Altria Settlement if you do not like any part of it.<br><br>More detail on objecting to the Altria Settlement can be found <u>on page 12</u>.<br><br>The deadline to object is: February 05,2024. |

## What are the most important dates?

The deadline to make a claim for a settlement payment is February 05, 2024.

The deadline to opt out of the Settlement Class is February 05, 2024.

The deadline to object to the Settlement is February 05, 2024.

# Learning About the Lawsuit

## What is this Lawsuit about?

The Lawsuit alleges that Plaintiffs paid more for JUUL products than they otherwise would have paid if accurate information concerning the products' addictiveness and safety had been provided, and that JUUL products were unlawfully marketed to minors.

### Where can I learn more?

You can get a complete copy of the Plaintiffs' complaint, the Settlement Agreement, and the Court's class certification order by visiting:

www.JUULclassaction.com

Plaintiffs also allege that JLI was an enterprise conducted by the individual defendants throughout the time JUUL has been sold, and by Altria for a portion of that time. Plaintiffs allege that the enterprise misled consumers concerning JUUL products' addictiveness and safety, and that the enterprise that Altria was a part of unlawfully marketed to minors.

A copy of the Complaint is available at [www.JUULclassaction.com](www.JUULclassaction.com).

Altria denies these allegations and asserts that it did not violate any law.

**The court has not decided whether Altria violated any laws. This notice is not an opinion by the court about whether the Plaintiffs or Defendants are right.**

## Why is there a Settlement?

Following the first settlement with JLI, the remaining defendant, Altria, and Plaintiffs agreed to the Altria Settlement to enable class members to receive money and avoid the costs and risks of trial against Altria. As a result of the Altria Settlement, members of the Settlement Class who submit valid claims (or did so previously) will get money payments without undue delay. Plaintiffs and their lawyers think the Altria Settlement is best for all members of the Settlement Class.

## Which Defendants are in the first settlement and which ones are in the new one?

The first settlement, announced in December 2022, will release claims against JLI, its officers and directors, manufacturers of JUUL products, sellers of JUUL products, and other persons and entities identified in the first Settlement Agreement (and on the Settlement website).

> **What does it mean to "release" a claim?**
>
> If a claim is released, it is forever resolved and cannot be the basis for a new lawsuit.

This second settlement will release claims against Altria and its related entities, including Altria Group, Inc., Altria Client Services LLC, Altria Enterprises, LLC, Altria Group Distribution Company, Philip Morris USA, Inc. This new settlement includes all the remaining defendants in the lawsuit and will resolve the case completely.

## What happens next in this Lawsuit?

If the Altria Settlement is approved by the Court, members of the Settlement Class who have submitted claims will be paid, and all claims of Settlement Class members against Altria will be dismissed.

## What effect does this case have on personal injury claims?

The Settlement Class alleges **economic** injury to JUUL purchasers—that they were misled by JUUL and paid more for JUUL products than they otherwise would have, or that JUUL products would not have been purchased if they had not been marketed to minors.

The Settlement Class does not allege **personal** injury—the damage to health or welfare suffered by individuals who used JUUL products. If you have asserted personal injury claims, you may be eligible to recover as part of separate settlements that have been reached to resolve the personal injury claims in the Lawsuit. Deadlines and other important information regarding those separate settlements are included in the court's order on www.JUULclassaction.com. Contact your lawyer with any questions.

You should consult with your own lawyer soon about any personal injury claims you may have because you may have missed the deadline for bringing a lawsuit for your personal injuries.

# Important Facts About How The Settlement Might Affect You

## How do I know if I am a member of the Settlement Class?

The Settlement Class includes all individuals who purchased, in the United States, a JUUL product from a brick and mortar or online retailer before December 7, 2022.

If you are in this group, you are a member of the Settlement Class and you must make a claim in order to receive a payment.

> A "brick and mortar" retailer is a physical store in which you bought products in-person.

**Note:** You are not a member of the Settlement Class if:

- You purchased the JUUL product(s) **only from** another person who is not a retailer; or
- You are a Defendant, one of their employees, officers, directors, legal representatives, heirs, successors and wholly or partly owned subsidiaries or affiliated companies; or
- You are a judicial officer assigned to this case or a member of their immediate family, or associated court staff; or
- You timely and properly opt out of the Settlement Class.

## What products are at issue in the Settlements?

The products included in the Settlements are any product designed, manufactured, produced, advertised, marketed, distributed, or sold by JUUL, or under the logo of JUUL, including "JUUL"-branded pods or devices. If you bought these products before December 7, 2022, you are in the Settlement Class.

## What if I'm still not sure if I'm included in the Settlement Class?

If you are not sure whether you are included in the Settlement Class, you may call 1-855-604-1734 or email info@JUULClassAction.com. Please do *not* contact Defendants or the Court.

## What are the benefits of the Settlements?

The two settlements total over $300,000,000. In the first settlement, JUUL has agreed to pay $255,000,000 to settle the claims of the Settlement Class. In the second settlement, Altria has agreed to pay an additional $45,531,250 to settle the remaining claims of the Settlement Class. Class members who submit a claim will be eligible to get paid from both Settlements after payment for the lawyers' fees and the case expenses described <u>on page 16</u>.

# Your Options as a Settlement Class Member

## What are my Options if I am a Settlement Class Member?

You have three options as a member of the Settlement Class. You can (1) file a claim to get paid from the Settlements (you do not need to file a new claim if you have already filed a claim), (2) do nothing and remain in the Settlement Class, or (3) opt out of the Settlement Class and retain your right to sue Altria. If you do nothing and have not previously submitted a claim, you will not receive a payment. You can also object to any part of the Settlement that you do not like, as long as you don't opt out of the Settlement Class.

## Do I need to do anything to get paid?

YES. To get paid from the Settlements, you *MUST* submit a claim. You only need to file one claim to receive payment from the two Settlements in this case. If you already submitted a claim for the first settlement, you do not need to submit anything further to receive payment from the Altria settlement.

**The deadline to make a claim for a settlement payment is February 05, 2024.**

## How do I submit a claim?

You can make a claim at www.JUULclassaction.com. If you received an email or postcard about the Settlements, you can click the link in the email to make a claim or return the postcard. You can also obtain a paper claim form by contacting the Settlement Administrator at the address, phone number, or email <u>on page 17.</u>

Claims submitted by third party filers will not be accepted.

**The deadline to make a claim for a settlement payment is February 05, 2024.**

## How much will my payment be?

Each claim will be based on how much each claimant spent on JUUL products compared to other Settlement Class members. How much each claimant will receive is unknown at this time because it depends on how many claims are submitted. More information about how payments will be calculated can be found in the Plan of Allocation available at www.JUULclassaction.com.

## What do I give up by making a Settlement claim?

If the Altria Settlement becomes final, you will be releasing Altria from all the claims identified in the Settlement Agreement. This means that you will not be able to start another lawsuit, continue another lawsuit, or be part of any other lawsuit against Altria seeking economic damages for JUUL product purchases during the class period, except as to claims asserted in *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 3:20-cv-02345-WHO.

The Altria Settlement Agreement is available at www.JUULclassaction.com. The Altria Settlement Agreement describes the released claims.

## What are the consequences of doing nothing?

If you do nothing and remain in the Settlement Class, then you will be bound by the Settlement. If you did not submit a claim before and do not submit one now, you won't get any money from the Altria Settlement. You will not be able to start another lawsuit, continue another lawsuit, or be part of any other lawsuit against Altria seeking economic damages for JUUL product purchases during the class period, except as to claims asserted in *In re Juul Labs, Inc. Antitrust Litigation*, Case No. 3:20-cv-02345-WHO.

## What if I don't want to be a part of the Settlement Class?

You can opt out of the Settlement Class for purposes of the Altria Settlement. If you do so, you will retain your right to sue or continue to sue Altria and you will not be eligible to get paid from the Altria Settlement.

If you already opted out of the first settlement and you also want to opt out of the Altria settlement, you need to submit another opt out form.

Information about how to opt out of the Settlement Class is on page 14.

## How do I submit an objection to the Settlement?

If you are a member of the Settlement Class and you did not request to opt yourself out of the Settlement Class for purposes of the Altria Settlement, you may object to any aspect of the Settlement, including the fairness of the Settlement, the Plan of Allocation, and/or Class Counsel's requests for attorneys' fees and expenses.

If the Court denies approval of the Altria Settlement, none of the money in the Altria Settlement will be paid to class members and the Lawsuit will continue against Altria. If the Court rejects your objection, you will still be bound by the Altria Settlement.

To object to the Altria Settlement, you (or your lawyer if you have one) must submit a written objection to the Court and send the objection to the Settlement Administrator at the addresses on page 13. You must submit your objection on or before February 05, 2024. Your objection can include any supporting materials, papers, or briefs that you want the Court to consider. Your objection must include:

- Your full name, address, telephone number, and, if available, email address;

- The case name and number: *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.);

- Documentation demonstrating that you are a member of the Class and/or this statement, followed by your signature: "I declare under penalty of perjury under the laws of the United States of America that [insert your name] is a member of the Class.";

- A clear statement that you are objecting to the Altria Settlement;

- A written statement of all grounds for your objection, including any legal support for the objection, making sure to say whether your objection relates only to you, to part of the class, or the entire class;

- Copies of any papers, briefs, or other documents your objection is based on;

- The name, address, email address, and telephone number of every attorney representing you; and

- A statement saying whether you and/or your attorney intend to appear at the Final Approval Hearing and, if so, a list of all persons, if any, who will be called to testify in support of the objection.

You must submit your objection to the Court and to the Settlement Administrator by February 05, 2024.

> Office of the Clerk of Court
>
> U.S. District Court for the Northern District of California
>
> 450 Golden Gate Avenue
>
> San Francisco, CA 94102

> In re JUUL Labs, Inc. Settlement Administrator
>
> P.O. BOX 5730
>
> Portland, OR 97228-5730
> Email: info@JUULClassAction.com

A fairness hearing will be held on March 6, 2024, subject to change by the Court. If you would like to attend the fairness hearing, please monitor the Settlement website for information on how to attend and for information regarding any change of time or date.

## Is any part of the Lawsuit not included in the Settlement?

No. The first settlement with JUUL Labs and this new settlement with Altria include all the defendants in the case and all the claims brought by the Class. If both Settlements are approved, the Lawsuit will end.

# Opting Out / Excluding Yourself

## What are the consequences of excluding myself?

You have the right to opt yourself out of the Settlement Class—also known as "excluding yourself" from the Class. If you opt out so that you can start, or continue, your own lawsuit against Altria, you should talk to your own lawyer soon, because you may have missed the deadline to file a claim. You will be responsible for the cost of any services provided by your own lawyer.

This will be your only opportunity to opt out of the Settlement Class for the Altria Settlement. The deadline to opt out of the JUUL Settlement has passed.

**What happens if I opt out of the Settlement Class?**

If you opt out of the Settlement Class for the Altria Settlement, you will not be eligible to receive payment from the Altria Settlement. You may be able to file a lawsuit against (or continue to sue) Altria about the legal claims brought on behalf of the Settlement Class.

If you opt out of the Settlement Class but participate in the personal injury settlement, your ability to bring claims against Altria may be impacted. You should speak with your own lawyer about how participating in the personal injury

settlement may impact your rights even if you opt out of the class action Settlement.

## How do I opt out?

You can opt out of the Settlement Class with respect to the Altria Settlement by going to www.JUULclassaction.com and filling out the online form, or by sending a letter via first class U.S. mail saying that you want to opt out of the Altria Settlement in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) to the Settlement Administrator at the below address:

> In re JUUL Labs, Inc.
> Settlement Administrator
> P.O. BOX 5730
> Portland, OR 97228-5730

Be sure to include your name, address, telephone number, and your signature. If you are under 18 years old and do not want your name included on the list of opt-outs filed with the Court, your letter must state that you are under 18.

If you wish to opt out of the Settlement Class, you must do so individually and separately; no consolidated or group opt-outs will be accepted.

To opt out, you must complete the online form opting out of any or all of the Classes by, or send your letter requesting exclusion postmarked no later than, February 5, 2024.

## If I opted out of the JUUL Settlement, can I opt back in now?

If you opted out of the first Settlement in this case, you have the opportunity to opt back in now that the rest of the lawsuit has settled.

If you wish to opt back in, you must notify the Settlement Administrator by sending a letter via first class U.S. mail saying that you want to opt back into the

Settlements in *In re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) to the below address:

> In re JUUL Labs, Inc.
> Settlement Administrator
> P.O. BOX 5730
> Portland, OR 97228-5730

Your letter should include your name, address, telephone number, and your signature.

If you want to receive payment from both Settlements after opting back in, you must also submit a claim form, as described above.

# The Lawyers Representing You

## Do I have a lawyer in the case?

The Court has appointed Dena Sharp of Girard Sharp LLP to serve as Class Counsel for the Settlement Class.

> Dena C. Sharp
> **GIRARD SHARP LLP**
> 601 California Street, 14th Fl.
> San Francisco, CA 94108
> Telephone: (415) 981-4800

Ms. Sharp and the other lawyers listed below also serve as Co-Lead Counsel in the Lawsuit.

> Sarah R. London
> **LIEFF CABRASER HEIMANN &BERNSTEIN**
> 275 Battery Street, Fl. 29
> San Francisco, CA 94111
> Telephone: (415) 956-1000

> Dean Kawamoto
> **KELLER ROHRBACK L.L.P.**
> 1201 Third Ave., Ste. 3200
> Seattle, WA 98101
> Telephone: (206) 623-1900

> Ellen Relkin
> **WEITZ & LUXENBERG**
> 700 Broadway

New York, NY 10003
Telephone: (212) 558-5500

These lawyers do not represent you individually, only as a member of the Class. Class Counsel are experienced in handling similar cases against other companies.

## Should I get my own lawyer?

You are not required to hire your own lawyer to submit a Settlement claim. Class Counsel are working on your behalf as a member of the Class. However, if you wish to do so, you may retain your own lawyer at your own expense. Your own lawyer may appear on your behalf in this Lawsuit.

## How will the lawyers be paid?

The lawyers representing the Settlement Class will request an award from the Court for attorneys' fees not to exceed thirty percent (30%) of the $45,531,250 Altria Settlement plus any accrued interest. Class Counsel will also seek reimbursement of costs and expenses (1) advanced in litigating the case not to exceed $1,000,000 and (2) for providing notice and administering the settlement not to exceed $4,500,000.

All awards for attorneys' fees and expenses are subject to Court approval and will be paid from the Settlement Fund only after the Court approves them.

Class counsel's motion for the payment of attorneys' fees and expenses will be available in the Important Documents page of the website by January 15, 2024.

Members of the Settlement Class will not individually have to pay any attorneys' fees or expenses in connection with the Lawsuit.

# Key Resources

## How do I get more information?

This notice contains a summary of the Lawsuit. More detailed information about the Lawsuit, copies of the Plaintiffs' complaint, the Court's order certifying the Classes, and other filings are available at www.JUULclassaction.com. Complete copies of public pleadings, Court rulings, and other filings are available for review and copying at the Office of the Clerk of Court, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102 during normal business hours.

Additional information about the Lawsuit is available at www.JUULclassaction.com or you can call the Settlement Administrator toll-free at 1-855-604-1734 or by email at info@JUULClassAction.com.

You can also contact Class Counsel at the addresses listed below:

| | |
|---|---|
| **Case website** | www.JUULclassaction.com |
| **Settlement Administrator** | In re JUUL Labs, Inc. Settlement Administrator<br>P.O. BOX 5730<br>Portland, OR 97228-5730 |
| **Class Counsel and Co-Lead Counsel (Consumers' lawyers)** | Dena C. Sharp<br>GIRARD SHARP LLP<br>601 California Street, 14th Fl.<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br><br>Sarah R. London<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, Fl. 29<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br><br>Dean Kawamoto<br>KELLER ROHRBACK L.L.P.<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br><br>Ellen Relkin<br>WEITZ & LUXENBERG<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500 |
| **Court (DO NOT CONTACT)** | Office of the Clerk of Court<br>United States District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Attachment 4

*In re JUUL Labs, Inc.*
Class Action Settlement

# RETAIL PURCHASER CLAIM FORM

## Section I. Claimant Information (All Fields Required)

First Name                                                    MI        Last Name

Street Address

City                                                          State      ZIP Code

Email Address

Phone Number                          Date of Birth
                                      MM        DD        YYYY

## Section II. Retail Expenditure Information (All Fields Required)

Please provide the following information about your Purchases of JUUL Products.

Month, day, and year you first purchased JUUL Products:

MM        DD        YY

Month, day, and year you last purchased JUUL Products:

MM        DD        YY

Please provide the following information about the number of JUUL products you purchased **on average in a year**.

- Provide only the number of products you purchased *per year*. Do not provide the total number of JUUL products purchased in multiple years.

- Do not provide the dollar amount you spent on such Products. Please only provide yearly average **quantities** for each product you purchased.

| Product Type | **NUMBER** of Products Purchased **on Average** in a Year (**NOT** Dollars Spent) from a retailer **other than** the JUUL website | | |
|---|---|---|---|
| JUUL Pods (4 pack) | | | |
| JUUL Pods (2 pack) | | | |
| Starter Kit (Device, USB Charger, 4 JUUL Pods) | | | |
| Starter Kit (Device, USB Charger, 2 JUUL Pods) | | | |
| Basic Kit/Device Kit (Device plus USB Charger) | | | |
| USB Charger | | | |
| Charging Case | | | |

The device quantities above will be used to determine your Retail Expenditure using pricing data from JUUL. If you prefer to submit your claim based on proofs of purchase, you may leave the above fields blank and submit your documentation.

If you do not provide proofs of purchase, you will only receive a claim based on the maximum allowable amount of retail purchases (in addition to the amounts you purchased from the JUUL website, if any).

Preferred Method of Receiving your Settlement Payment

☐ PayPal   ☐ Venmo   ☐ Direct Deposit   ☐ Mastercard   ☐ Paper Check

If you do not make a selection, you will receive a Paper Check via mail to the address you provided.

Notice: All claims are subject to audit by the Settlement Administrator. If your claim is subject to audit for any reason, the Settlement Administrator will notify you at the email or mailing address provided. Failure to respond may result in your claim being disallowed, in whole or in part.

To submit your claim, you may mail to:

*In re JUUL Labs, Inc.*
Settlement Administrator
P.O. Box 5730
Portland, OR 97228-5730

By submitting my claim, I declare under penalty of perjury under the laws of the United States of America that the information submitted on this Claim Form is true and correct, that I purchased the amount of JUUL Products listed above (or attested to by attached proof of purchase), and that I believe I am a Settlement Class Member entitled to the relief requested by submitting this Claim Form.

Date: ☐☐ – ☐☐ – ☐☐☐☐
       MM       DD        YYYY

Signature

Attachment 5

# A Bunch Of Mario Switch Games Are Steeply Discounted Right Now

Save on Super Mario Odyssey, Super Mario 3D World + Bowser's Fury, a pair of Mario Party games, and more.

By Steven Petite 🐦 on October 9, 2023 at 11:51AM PDT
💬 Comments

This week is a great one for video game deals thanks to Amazon's Prime Day Round 2 and other retailer sales competing with the online juggernaut, including Walmart's Holiday Kickoff, GameStop Pro Week, and more. Sales like these bring uncommon deals on Nintendo Switch exclusives such as Super Mario games. Right now, you can save big on a handful of Mario games, from traditional platformers to party games and more.

## Prime Day Mario Nintendo Switch game deals

- Super Mario Odyssey -- $40 ($60)
- Super Mario 3D World + Bowser's Fury -- $42 ($60)
- Mario Party Superstars -- $39 ($60)
- Super Mario Party -- $30 at GameStop | $34 at Best Buy ($60)
- Mario Strikers: Battle League -- $30 at GameStop | $32 at Best Buy ($60)
- Mario + Rabbids Sparks of Hope -- $30 ($60)

For a conventional Super Mario experience, you can't go wrong with Super Mario Odyssey or Super Mario 3D World + Bowser's Fury. Odyssey remains one of the best Nintendo Switch games nearly six years after its release. The globetrotting 3D adventure is simply superb. Meanwhile, Super Mario 3D World + Bowser's Fury melds 3D platforming with a traditional level-based format. It's two games in one: an enhanced port of the standout Wii U title 3D World and a small open-world playground with a very, very big Bowser.

If you need a Switch game for your next game night, Mario Party Superstars or Super Mario Party are solid choices for the whole family. Superstars is the newer of the two and is arguably a more well-rounded Mario Party experience. That said, getting Super Mario Party for up to 50% off is quite the deal.



Buy JUUL? Lawsuit Affects Your Rights and Provides Money for JUUL Purchasers

**GameSpot Newsletters**

Get the latest gaming news, reviews, and deals sent to your inbox, FREE!

Email Address

**Sign Up**

Diablo 4 Season 2    CoD MW3 Beta Dates    New Warzone Map    Assassin's Creed Mirage Re...    ...    ...

**G**    Prime Big Deal Days    News    Videos    Reviews ⌄    Staff Picks ⌄    Deals ⌄    Games ⌄    Entertainment ⌄    Forums



# A Bunch Of Mario Switch Games Are Steeply Discounted Right Now

Save on Super Mario Odyssey, Super Mario 3D World + Bowser's Fury, a pair of Mario Party games, and more.

By Steven Petite 🐦 on October 9, 2023 at 11:51AM PDT

💬 Comments

This week is a great one for video game deals thanks to Amazon's Prime Day Round 2 and other retailer sales competing with the online juggernaut, including Walmart's Holiday Kickoff, GameStop Pro Week, and more. Sales like these bring uncommon deals on Nintendo Switch exclusives such as Super Mario games. Right now, you can save big on a handful of Mario games, from traditional platformers to party games and more.



Get a settlement payment and learn about the lawsuit at www.JUULclassaction.com

JUUL

## Prime Day Mario Nintendo Switch game deals

- Super Mario Odyssey -- $40 ($60)
- Super Mario 3D World + Bowser's Fury -- $42 ($60)
- Mario Party Superstars -- $39 ($60)
- Super Mario Party -- $30 at GameStop | $34 at Best Buy ($60)
- Mario Strikers: Battle League -- $30 at GameStop | $32 at Best Buy ($60)
- Mario + Rabbids Sparks of Hope -- $30 ($60)

For a conventional Super Mario experience, you can't go wrong with Super Mario Odyssey or Super Mario 3D World + Bowser's Fury. Odyssey remains one of the best Nintendo Switch games nearly six years after its release. The globetrotting 3D adventure is simply superb. Meanwhile, Super Mario 3D World + Bowser's Fury melds 3D platforming with a traditional level-based format. It's two games in one: an enhanced port of the standout Wii U title 3D World and a small open-world playground with a very, very big Bowser.

**GameSpot Newsletters**

Get the latest gaming news, reviews, and deals sent to your inbox, FREE!

📧 Email Address

**Sign Up**

If you need a Switch game for your next game night, Mario Party Superstars or Super Mario Party are solid choices for the whole family. Superstars is the newer of the two and is arguably a more well-rounded Mario Party experience. That said, getting Super Mario Party for up to 50% off is quite the deal.




In-Stock & Delivered Fast
Raymour & Flanigan

The Weather Channel
An IBM Business

Search City or Zip Code

US | °F

GO PREMIUM

☁ 61° New York City,...

🌤 79° Orlando, FL

Today | Hourly | 10 Day | Monthly | Weekend | Radar | ▶ Video | More Forecasts ▼

**New York City, NY** As of 3:10 pm EDT

# 61°

**Partly Cloudy**
Day 61° • Night 51°



▶ Watch: Huge 'Moon Balloon' Lands In Middle Of Traffic

## Today's Forecast for New York City, NY

| Morning | Afternoon | Evening | Overnight |
|---------|-----------|---------|-----------|
| 53° | **61°** | 56° | 51° |
| -- | 0% | ⟋ 1% | ⟋ 7% |

**Next Hours**

Advertisement

**Buy JUUL? Lawsuit Affects Your Rights and Provides Money for JUUL Purchasers**

JUUL

**Get a settlement payment and learn about the lawsuit at www.JUUL classaction.com**


Advertisement

**Inspiration around every corner**   MoMA


## Weather Today in New York City, NY

Feels Like

**Web Notifications**

Breaking News & Top Stories

Stay up-to-date on the latest weather news with desktop and mobile phone notifications.

If you need help to opt in, please visit our Support Center.



Buy JUUL? Lawsuit Affects Your Rights and Provides Money for JUUL Purchasers

ANDY GREENBERG    SECURITY    OCT 9, 2023 6:00 AM

# Inside FTX's All-Night Race to Stop a $1 Billion Crypto Heist

The same chaotic day FTX declared bankruptcy, someone began stealing hundreds of millions of dollars from its coffers. A WIRED investigation reveals the company's "very crazy night" trying to stop them.



PHOTOGRAPH: CASIMIRO/ALAMY

## The Trial of Sam Bankman-Fried

The fall of FTX shook crypto to its core. Its founder stands trial for fraud.



Get a settlement payment and learn about the lawsuit at www.JUULclassaction.com

**ANDY GREENBERG**   SECURITY   OCT 9, 2023 6:00 AM

# Inside FTX's All-Night Race to Stop a $1 Billion Crypto Heist

The same chaotic day FTX declared bankruptcy, someone began stealing hundreds of millions of dollars from its coffers. A WIRED investigation reveals the company's "very crazy night" trying to stop them.



PHOTOGRAPH: CASIMIRO/ALAMY

### The Trial of Sam Bankman-Fried

The fall of FTX shook crypto to its core. Its founder stands trial for fraud.







Buy JUUL? Lawsuit Affects Your Rights and Provides Money for JUUL Purchasers

Get a settlement payment and learn about the lawsuit at www.JUULclassaction.com

ESPN+

SUBSCRIBE NOW

NFL PrimeTime
NFL Turning Point
Peyton's Places

**Quick Links**

Daily Lines
Fantasy Football
Power Rankings
Pigskin Pick'em
Pigskin Win Totals
Tickets

**Favorites**

Yankees
MLB

Giants
NFL

Jets
NFL

Knicks
NBA

Rangers
NHL

Manage Favorites

**Podcasts**

The Mina Kimes Show
Fantasy Focus Football
The Bill Barnwell Show
Behind the Bets with Doug Kezirian





### Meet the candidates for the worst team: Barnwell ranks them from bad to diabolical

Six NFL teams have gone a combined 5-25 this season, which means picking the league's worst isn't easy. Here's how each has failed and what's next.

ESPN+ • 6h • Bill Barnwell



1:03

### Why Stephen A. doesn't see the Jets in the playoffs

3h

**Top Headlines**

- Vikes won't rush Jefferson back, want him 100%
- Giants 'optimistic' QB Jones will play against Bills
- Colts say QB Richardson to miss game vs. Jags
- Lions CB Moseley tears ACL for 2nd year in row
- Early birds: Ravens spending week in London
- After 0-5 start, Reich says Panthers not rebuilding
- IOC to vote on flag football for 2028 LA Games
- Dak: Loss to 49ers may be 'most humbling' ever
- Kiper & Co.: Prospects, risers, and buzz



-39%   -40%
-25%   -25%
-25%   -35%
-25%   -30%

25% Off + Extra 10% Off
Samsonite USA



Packers
2-2

ABC/ESPN
8:15 PM ET
LV -2.0

Raiders
1-3

**Best of ESPN+**

**USA TODAY**

NEWS TO YOUR INBOX
**Empieza el día más intel...**

DEADLY DELIVERIES: CHILDBIRTH COMP
**¿Con qué frecuencia las...**

PASSAGES
**Muertes destacadas en ...**

VICTIMS SAY THEY DON'T WORK
**Leyes de trata de perso...**

SUBSCRIBE NOW
$1 for the first 6 months

# Noticias de EE. UU. | Salud ⌄



Advertisement



¿Compra JUUL? La demanda afecta sus derechos y dará dinero a los compradores de JUUL

## COVID-19, VRS, gripe y resfriado común: ¿Cuáles son las diferencias?

**HEALTH** 3:16 p.m. ET Oct. 9



### ¿Salmonella con tu bebida? Un estudio encuentra bacterias en el agua de las fuentes de refrescos

The findings resulted somewhat coincidentally as researchers studied water sources in a California community known to have toxic drinking water.

**HEALTH** 12:47 p.m. ET Oct. 9



### Fin de una era: los CDC dejarán de emitir e imprimir tarjetas de vacunación COVID

The CDC will no longer print or issue COVID-19 vaccination cards, the agency said in a guidance update released this week.

**HEALTH** Oct. 6, 2023



### Descifrando el dilema de la diabetes tipo 2 en Estados Unidos: ¿por qué las tasas siguen aumentando?

A five-part USA TODAY series reveals why America hasn't solved its long struggle with Type 2 diabetes.

**HEALTH** Oct. 5, 2023



### Actualización sobre la huelga de Kaiser: miles de empleados de Kaiser abandonan sus trabajos

Kaiser workers walked off the job in five states Wednesday morning over union demands for better pay and improved staffing.

**HEALTH** Oct. 5, 2023



### Los accidentes automovilísticos solían ser la principal

**On Politics, in your inbox!**

Gear up for 2022 with this national take on the political world.

Dirección de correo electrónico   →

*We're always working to improve your experience. Let us know what you think.*

Advertisement



Raymour & Flanigan
FURNITURE | MATTRESSES +
ON SALE

NEWS TO YOUR INBOX
Empieza el día más intel...

DEADLY DELIVERIES: CHILDBIRTH COMP
¿Con qué frecuencia las...

PASSAGES
Muertes destacadas en ...

VICTIMS SAY THEY DON'T WORK
Leyes de trata de perso...

SUBSCRIBE NOW
$1 for the first 6 months

USA TODAY

A NOSOTROS | Guerra de Israel | Deportes | Entretenimiento | Vida | Dinero | tecnología | Viajar | Opinión | 🔍 | 61°F ☀ | Subscribe | Sign In ⌄

# Noticias de EE. UU. | Salud ⌄




Advertisement
Obtenga un pago del acuerdo de conciliación e infórmese sobre la demanda en www.JUULclassaction.com

## COVID-19, VRS, gripe y resfriado común: ¿Cuáles son las diferencias?

**HEALTH** 3:16 p.m. ET Oct. 9


### ¿Salmonella con tu bebida? Un estudio encuentra bacterias en el agua de las fuentes de refrescos
The findings resulted somewhat coincidentally as researchers studied water sources in a California community known to have toxic drinking water.
**HEALTH** 12:47 p.m. ET Oct. 9


### Fin de una era: los CDC dejarán de emitir e imprimir tarjetas de vacunación COVID
The CDC will no longer print or issue COVID-19 vaccination cards, the agency said in a guidance update released this week.
**HEALTH** Oct. 6, 2023


### Descifrando el dilema de la diabetes tipo 2 en Estados Unidos: ¿por qué las tasas siguen aumentando?
A five-part USA TODAY series reveals why America hasn't solved its long struggle with Type 2 diabetes.
**HEALTH** Oct. 5, 2023


### Actualización sobre la huelga de Kaiser: miles de empleados de Kaiser abandonan sus trabajos
Kaiser workers walked off the job in five states Wednesday morning over union demands for better pay and improved staffing.
**HEALTH** Oct. 5, 2023

**On Politics, in your inbox!**
Gear up for 2022 with this national take on the political world.
Dirección de correo electrónico →

*We're always working to improve your experience. Let us know what you think.*

Advertisement



An IBM Business

Buscar ciudad o código postal

US | °F

☀ 74° San Diego, CA

Hoy | Por hora | 10 días | Mensual | Fin de semana | Radar | ▶ Video | Más pronósticos ▼



-39% -40% -25% -25%

Samsonite 25% Off + Extra 10% Off
Samsonite USA

**San Diego, CA** A partir de las 12:14 p. m. PDT

# 74°


**Soleado**
**Día 75° • Noche 64°**

### Pronóstico de hoy para San Diego, CA

| Mañana | Tarde | Noche | Madrugada |
|---|---|---|---|
| 68° | **72°** | 67° | 66° |
| -- | 1% | 7% | 12% |

**Próximas horas**

Advertisement

 Earn 3X in select cities. 2X on all other stays.
Advertisement by Hilton Hotels
Earn 2X Bonus Points on all other stays until Dec. 31
**BOOK NOW**

### El tiempo en San Diego, CA hoy

Sensación térmica

# 74°

☀ 6:48 am ☀ 6:23 pm

Advertisement


¿Compra JUUL? La demanda afecta sus derechos y dará dinero a los compradores de JUUL

Obtenga un pago del acuerdo de conciliación e infórmese sobre la demanda en www.JUULclassaction.com

### Seguimiento de huracán


TS **Tormenta tropical Lidia** oct 9, 11:00 a. m. ◎ mapbox

| Vientos máx. | Desplazamiento ENE a 6 mph | Presión 986 |
|---|---|---|

Case 3:19-md-02913-WHO  Document 4198-1  Filed 02/20/24  Page 56 of 87



¿Compra JUUL? La demanda afecta sus derechos
y dará dinero a los compradores de JUUL



EN VIVO: ISRAEL EN GUERRA    POLÍTICA    NOTICIAS DE EE. UU.    MUNDO    NEGOCIO          WATCH LIVE     

LA SALUD DEL
CORAZÓN

# Un nuevo síndrome cardíaco identifica un vínculo entre la obesidad, la diabetes y la enfermedad renal

Por primera vez, la Asociación Estadounidense del Corazón ha definido el síndrome cardiovascular-riñón-metabólico o CKM.



Recibe más noticias **LIVE** en NBC NEWS **NOW** ➤


Obtenga un pago del acuerdo de conciliación
e infórmese sobre la demanda en
www.JUULclassaction.com

 **NEWS**   EN VIVO: ISRAEL EN GUERRA   POLÍTICA   NOTICIAS DE EE. UU.   MUNDO   NEGOCIO   ● WATCH LIVE   

LA SALUD DEL
CORAZÓN

# Un nuevo síndrome cardíaco identifica un vínculo entre la obesidad, la diabetes y la enfermedad renal

Por primera vez, la Asociación Estadounidense del Corazón ha definido el síndrome cardiovascular-riñón-metabólico o CKM.



NEW HEART HEALTH RISK FACTORS

Recibe más noticias **LIVE** en **NBC NEWS NOW** ›



¿Compra JUUL? La demanda afecta sus derechos y dará dinero a los compradores de JUUL

Obtenga un pago del acuerdo de conciliación e infórmese sobre la demanda en

www.JUULclassaction.com

ESPN DEPORTES

F. Americano | MLB | NHL | Golf | Fútbol | MMA | ••• |

ESPN+ | Watch | Juegos

ESPN+
Suscríbete ahora
Suscribirse
LaLiga
MLB
Eredivisie
Bundesliga
Hugo Sánchez Presenta
Diarios de Bicicleta

Temas
Calendario de boxeo
Fórmula 1: 2023
Mercado Europeo
Celebridades en el deporte
Ranking libra por libra

Favorites
Giants NFL
Knicks NBA
Yankees MLB
Rangers NHL
Jets NFL
Editar Favoritos

Conéctate
Suscríbete Ahora ESPN+


### Federativos viajan a México en busca del nuevo entrenador de Costa Rica
Jafet Soto junto a Osael Maroto estarán en territorio azteca también para asistir a la ceremonia de la Investidura del Salón de la Fama del Fútbol 2023
3h • Keish Gómez Muñoz

**49ERS DERROTAN A COWBOYS** — Ver Todo

'No lo vi venir' - Prescott y Cowboys, desconcertados tras derrota ante 49ers
3h • Todd Archer | ESPN



**Titulares**
- Ejército mexicano envía vuelos para traer a gimnastas de Israel
- Árbitro sería sancionado al no dar la mano a su compañera
- Purdy, tercer favorito para ganar el MVP de la NFL
- Barcelona pierde a Koundé para el Clásico
- Aplazan partidos en Israel tras declaración de guerra
- Layún anuncia su retiro al finalizar el Apertura 2023
- José Luis Mendilibar dejó de ser entrenador de Sevilla
- Messi llegó a Argentina para sumarse a su selección
- ESPN+ Las mejores apuestas para el MNF: Packers-Raiders



Store Mode
EL HACER NUNCA SE DETIENE CON STORE MODE

**Mes de la Herencia Hispana**

SOMOS
ESPN celebra el Mes de la Herencia Hispana 2023... y más
ESPN celebra en todas sus plataformas el Mes de la Herencia Hispana 2023, que además es el punto





Sponsored



Buy JUUL? Claim your Settlement Payment
juulclassaction.com



Sponsored



10' Ensemble Backlit Display - Portable Trade Show Lightbox
displayit.com

**Legal Notice**
Sponsored · 🌐

¿Compra JUUL? Reclame su pago del acuerdo de conciliación y conozca cómo la demanda puede afectar sus derechos.



JUULCLASSACTION.COM
**Demanda colectiva de Juul**

Learn more

👍 Like     💬 Comment     ↗ Share


Friends


Memories


Saved


Groups


Video

See more


**Digital Storm** ✓
Sponsored · 🌐

Do more in less time with improved rendering and production times with a Digital Storm video editing workstation delivering state-of-the-art features, including hardware acceleration, powerful processors, and extensive memory capacities.



Sponsored


¿Compra JUUL? Reclame su pago del acuerdo de conciliación
juulclassaction.com

# Reels





## The settlement could affect your rights.


**claims_notice**
Sponsored



Learn more  >



Buy JUUL? Claim your Settlement Payment
and learn how the Lawsuit may affect ... more



**claims_notice**
Sponsored




**Learn more** >

   

claims_notice Buy JUUL? Claim your Settlement Payment and learn how the Lawsuit may affect your rights.



**claims_notice**
Sponsored

···



**Learn more** 〉

   

claims_notice ¿Compra JUUL? Reclame su pago del acuerdo de conciliación y conozca cómo la demanda puede afectar sus derechos.



Class Action Lawsuit

Did you purchase a

# JUUL Device,



CLASS NOTICE

Class Action Lawsuit

Ad

More





**Class Action** @class_notice

Buy JUUL? Claim your Settlement Payment and learn how the Lawsuit may affect your rights.



juulclassaction.com
Juul Class Action Lawsuit

         



# JUULCLASSACTION.COM

Buy JUUL? Claim your Settlement Payment and learn how the Lawsuit may affect your rights.



**JUULCLASSACTION.COM**

Buy JUUL? Claim your Settlement Payment and learn how the Lawsuit may affect your rights.





Buy JUUL? Claim your Settlement Payment and learn how the Lawsuit may affect your rights.

juulclassaction.com

Learn More

Attachment 6

# *Altria/JUUL Settlement*

## Sponsored Search Keyword List

JUUL Lawsuit
JUUL Settlement
JUUL Class Action
JUUL Class Action Lawsuit
JUUL Class Action Settlement
JUUL Litigation
JUUL Labs Lawsuit
JUUL Labs Settlement
JUUL Labs Class Action
JUUL Labs Class Action Lawsuit
JUUL Labs Class Action Settlement
JUUL Labs Litigation
JUUL Product Lawsuit
JUUL Product Settlement
JUUL Product Class Action
JUUL Product Class Action Lawsuit
JUUL Product Class Action Settlement
JUUL Product Litigation
JUUL Pod Lawsuit
JUUL Pod Settlement
JUUL Pod Class Action
JUUL Pod Class Action Lawsuit
JUUL Pod Class Action Settlement
JUUL Pod Litigation
E-Cig Lawsuit
E-Cig Settlement
E-Cig Class Action
E-Cig Class Action Lawsuit
E-Cig Class Action Settlement
E-Cig Litigation
E-Cigarette Lawsuit
E-Cigarette Settlement
E-Cigarette Class Action
E-Cigarette Class Action Lawsuit
E-Cigarette Class Action Settlement

E-Cigarette Litigation
JUUL Compensation
JUUL Payment
JUUL Settlement Compensation
JUUL Settlement Payment
JUUL Labs Compensation
JUUL Labs Payment
JUUL Labs Settlement Compensation
JUUL Labs Settlement Payment
JUUL Product Compensation
JUUL Product Payment
JUUL Product Settlement Compensation
JUUL Product Settlement Payment
JUUL Pod Compensation
JUUL Pod Payment
JUUL Pod Settlement Compensation
JUUL Pod Settlement Payment
E-Cig Compensation
E-Cig Payment
E-Cig Settlement Compensation
E-Cig Settlement Payment
E-Cigarette Compensation
E-Cigarette Payment
E-Cigarette Settlement Compensation
E-Cigarette Settlement Payment
Altria Lawsuit
Altria Settlement
Altria Class Action
Altria Class Action Lawsuit
Altria Class Action Settlement
Altria Litigation
Altria Compensation
Altria Payment
Altria Settlement Compensation
Altria Settlement Payment

# Attachment 7



JUUL Settlement

News    Images    Application    Payout date    Per person    Videos    Shopping    Form    Illinois

About 1,530,000 results (0.56 seconds)

**Ad** · www.juulclassaction.com/

### Juul Class Action Lawsuit | Claim your Settlement Payment

Did you buy a JUUL product before December 7, 2022? You may be eligible for compensation. To find out more information and to see if you are included, visit the Settlement website.

JUULClassAction.com
https://www.juulclassaction.com

### Juul Class Action Lawsuit Settlement

If you bought a **JUUL** product in the United States on or before December 7, 2022, you may be eligible to receive a payment from a $255 Million **Settlement**.

Submit a Claim · FAQs · Documents · Updates

## People also ask

How much will I get from Juul settlement?                          ⌄

Has the Juul settlement been finalized?                            ⌄

Did Juul pay 462 million to 6 states in settlement?                ⌄

What states are getting a settlement with Juul?                    ⌄

Feedback

The New York Times
https://www.nytimes.com › 2023/04/12 › health › juul-v...

### Juul Reaches $462 Million Settlement With New York ...

Apr 12, 2023 — New York, California and several other states announced a $462 million **settlement** with **Juul** Labs on Wednesday, resolving lawsuits claiming ...



CNN.com
https://www.cnn.com › business › juul-settlement



### Things to know

**Payout per perso**
Juul lawsuit payout

**How to join**
How to join juul law

**Update**
Juul lawsuit update

**Lawsuit amount**
How much did juul



E-Cigarette Litigation

News    Images    Settlement    Cases    Videos    Payout date    California    Sign up    Juul settlement    All filt

About 1,300,000 results (0.55 seconds)

Ad · www.juulclassaction.com/

**Juul Class Action Lawsuit | Claim your Settlement Payment**

Buy a JUUL product? A lawsuit may affect your rights and provide payment to purchasers. To find out more information and to see if you are included, visit the Settlement website.

Drugwatch
https://www.drugwatch.com › Juul and E-Cigarettes



**Juul Lawsuit | 2023 Updates & Juul Class Action Settlements**

Juul and other e-cigarette users are filing **vaping lawsuits** against vape manufacturers after developing seizures, lung injuries, diseases and strokes. Many e- ...

Lawsuits' Status · Breathing & Lung Problems · Nicotine-Related Seizures

## People also ask

What is the vape lawsuit 2023?

Have there been any lawsuits against vape companies?

What is the lawsuit against e-cigarettes?

How much will I get from Juul settlement?

Feedback

The New York Times
https://www.nytimes.com › 2023/04/12 › health › juul-v...



**Juul Reaches $462 Million Settlement With New York ...**

Apr 12, 2023 — The case ends major **litigation** over claims about the marketing of e-**cigarettes** to adolescents, resolving thousands of **lawsuits** and amounting ...

PBS

JUUL Settlement
✕  🎙  🔍

Sign in   ⠿   **yahoo!**

🔍 All   📰 News   🖼 Images   ▷ Videos   ⋮ More

Anytime ⌄

Get beautiful photos on every new browser tab. Download >>

About 3,890,000 search results

Ad related to: JUUL Settlement

www.juulclassaction.com
### Juul Class Action Lawsuit - Claim your Settlement Payment
Did you buy a **JUUL** product before December 7, 2022? You may be eligible for **compensation**. To find out more information and to see if you are included, visit the **Settlement** website.

www.juulclassaction.com › en ⌄
### In re JUUL Labs, Inc. - Home
Jul 14, 2023 · The **Settlement** Class includes all individuals who purchased, in the United States, a **JUUL** Productfrom a retail store, online retailer, or the **Juul** website before December 7, 2022....

www.classaction.org › blog › everything-you-need-to ⌄
### Everything You Need to Know About the $255 Million Juul Class ...

⟨   **Who's Covered by The Juul Settlement?**   How Much Money Can I Get from The S   ⟩

The deal covers all individuals who bought a Juul product in the United States from a brick-and-mortar retail store or online at any time before December 6, 2022.

See full list on classaction.org
**Occupation:** Editorial-News

www.forbes.com › juul-lawsuit-update ⌄
### Juul Lawsuit Update October 2023 – Forbes Advisor
May 22, 2023 · In December 2022, **Juul** agreed to a **settlement** reportedly between $1.2 and $1.7 billion with 10,000 plaintiffs in 5,000 cases in California in regard to marketing and addiction to th...

| Can I sue Juul or an e-Cigarette maker? | What if it's been years since I last used Juul? | How big is the Juul lawsuit? | |
| --- | --- | --- | --- |
| Many plaintiffs are suing Juul alleging various claims including product defects, negligence, failure to warn, breach of implied warranty and inten... | Whether you can sue or not depends on whether your case is time-barred. If the statute of limitations has passed, you will no longer be able to fil... | There are close to 4,000 pending claims against Juul Labs. | ⟩ |

www.cnn.com › 2022/09/06 › health ⌄
### Juul to pay $438.5 million in settlement with dozens of ... - CNN
Sep 6, 2022 · **CNN** — E-cigarette maker **Juul** will pay $438.5 million to 34 states and territories in a

**Trending Now**

1. Israel-Hamas conflict
2. Columbus Day 2023
3. Robert F. Kennedy Jr.
4. Michael Chiarello
5. Russia-Ukraine War

6. 2023 United Auto Wo...
7. Powerball
8. Walgreens
9. Dak Prescott
10. Afghanistan Earthqu...

**Searches related to JUUL Settlement**

🔍  juul settlement update

🔍  juul settlement claim

🔍  juul settlement update today

🔍  juul settlement approval

🔍  juul settlement payments

🔍  juul settlement amounts

🔍  juul settlement ect

🔍  juul settlement claim status check

JUUL Class Action

Sign In

Get beautiful photos on every new browser tab. Download >>

yahoo!

All    Images    Videos    News    More        Anytime ⌄

About 1,150,000 search results

Ad related to: JUUL Class Action

www.juulclassaction.com

**Juul Class Action Lawsuit - Claim your Settlement Payment**

Buy a **JUUL** product? A lawsuit may affect your rights and provide payment to purchasers. To find out more information and to see if you are included, visit the Settlement website.

www.juulclassaction.com › en ⌄

**In re JUUL Labs, Inc. - Home**

Jul 14, 2023 · The Settlement **Class** includes all individuals who **purchased, in the United States, a JUUL Product** from a retail store, online retailer, or the **Juul** website before December 7, 2022...

www.classaction.org › blog › everything-you-need-to ⌄

**Everything You Need to Know About the $255 Million Juul Class ...**

‹    **Who's Covered by The Juul Settlement?**    How Much Money Can I Get from The ‹    ›

The deal covers all individuals who bought a Juul product in the United States from a brick-and-mortar retail store or online at any time before December 6, 2022.

See full list on classaction.org

Occupation: Editorial-News

www.forbes.com › juul-lawsuit-update ⌄

**Juul Lawsuit Update October 2023 – Forbes Advisor**

May 22, 2023 · In January 2023, U.S. District Judge William Orrick in San Francisco approved a $255 million settlement resolving the **class action** alleging the company deceptively marketed the...

| Can I sue Juul or an e-Cigarette maker? | What if it's been years since I last used Juul? | How big is the Juul lawsuit? |
|---|---|---|
| Many plaintiffs are suing Juul alleging various claims including product defects, negligence, failure to warn, breach of implied warranty and inten... | Whether you can sue or not depends on whether your case is time-barred. If the statute of limitations has passed, you will no longer be able to fil... | There are close to 4,000 pending claims against Juul Labs. |

openclassactions.com › settlement_juul_labs ⌄

**How to File a Claim in the $255M Juul Class Action Settlement ...**

Jul 15, 2023 · A $255 Million **class action** settlement has been reached with **Juul** Labs, the manufacturer and marketer of **Juul** products such as electronic vaping cigarettes and po**ds. The ...**

**Searches related to JUUL Class Action**

🔍 juul class action lawsuit

🔍 juul class action settlement

🔍 juul class action... claim form

🔍 juul class action... update today

🔍 juul class action suit

🔍 juul class action... payout per person

🔍 juul class action scam

🔍 juul class action sign up

T9435D1

**Microsoft Bing**

JUUL Settlement

SEARCH · CHAT · WORK · IMAGES · VIDEOS · MAPS · NEWS · SHOPPING · MORE · TOOLS

Also try: juul class action lawsuit · juul lawsuit settlement

About 3,930,000 results

### Juul Class Action Lawsuit | Claim your Settlement Payment
https://www.juulclassaction.com ▾

Ad Did you buy a **JUUL** product before December 7, 2022? You may be eligible for **compensation**. To find out more information and to see if you are included, visit the **Settlement** website.

**B** Bloomberg Law News
https://news.bloomberglaw.com/health-law-and... ⋮

### Juul Reaches $439 Million Settlement Over Marketing to Kids (2)

Web Sep 6, 2022 · Rachel Butt. Bloomberg News. **Juul** Labs Inc. reached an agreement in principle to pay $438.5 million to 33 states to resolve a two-year bipartisan probe into the e-cigarette manufacturer's marketing and sales practices, particularly claims that it ...

**Q** juulclassaction.com
https://www.juulclassaction.com/en ⋮

### In re JUUL Labs, Inc. - Home

Web Jul 14, 2023 · The **Settlement** Class includes all individuals who purchased, in the United States, a **JUUL** Product from a retail store, online retailer, or the **Juul** website before ...

ClassAction.org
https://www.classaction.org/blog/everything-you... ⋮

### Everything You Need to Know About the $255 Million Juul Class ...

‹  overed by The Juul ...   |   **How Much Money Can I Ge...**   |   How Do I File A Claim  ›

Class members who bought products directly from **Juul's** website or can provide proof of purchase from other retailers can file a claim for a **refund** of up to **$1,600 per year**. The refunds these consumers will receive are capped at 150 percent of the total cost of their purchases, or 300 percent if their first purchase was made when they were under 18 y...

See more on classaction.org

**Occupation:** Editorial-News   **Published:** Feb 2, 2023

### News about Juul Settlement
bing.com/news



**yahoo!** · 1d

---



# Juul
**Electronic cigarette company**

Juul Labs, Inc. is an American electronic cigarette comp... from Pax Labs in 2017. Juul Labs makes the Juul electro... which atomizes nicotine salts derived from tobacco supp...

🌐 juul.com

**Founded**   May 22, 2015
**Founders**   James Monsees · Adam Bowen
**Headquarters**   Washington D.C. · United States
**Key people**   KC Crosthwaite (CEO) · James Monsees
See more

Juul e-cigarettes use **nicotine salts** (protonated ni... based tobacco for its key ingredient, rather than free-ba...

The Juul became the most popular **e-cigarette** in t... the end of 2017 and has a market share of 72% as ...

JUUL **vaping devices** splashed onto the mar... stated mission of "improving the lives of the one billion...

## Do you think Juul should be more transp... its ingredients?

| | |
|---|---|
| **A** Yes | **B** No |
| **C** Maybe | **D** I don't k... |

 Microsoft Bing

JUUL Product Class Action

T9435D1@login-s

Q SEARCH  💬 CHAT  WORK  SHOPPING  IMAGES  VIDEOS  MAPS  NEWS  ⋮ MORE  TOOLS

About 1,510,000 results

 juulclassaction.com
https://www.juulclassaction.com/en ⋮

### In re JUUL Labs, Inc. - Home

Web Jul 14, 2023 · The Settlement **Class** includes all individuals who **purchased**, in the **United States**, a **JUUL Product** from a retail store, online retailer, or the **Juul** website before **December 7, 2022**. Further information can be found here. The lawsuit also includes ...

#### Frequently Asked Questions
A group of people filed a **class action** lawsuit against **JUUL** Labs, Inc. and ...

See results only from juulclassaction.com

### Juul Class Action Lawsuit | Claim your Settlement Payment
https://www.juulclassaction.com ▾

Ad Buy a **JUUL product**? A lawsuit may affect your rights and provide payment to purchasers. To find out more information and to see if you are included, visit the Settlement website.

 ClassAction.org
https://www.classaction.org/blog/everything-you... ⋮

### Everything You Need to Know About the $255 Million Juul Class ...

⟨ :h Money Can I Ge...    How Do I File A Claim For T...    What If I Was Injured ↑ ⟩

Claims can be filed online at the official settlement website—JuulClassAction.com—when it goes live. Importantly, consumers who bought **products** from **Juul** directly, or who spent less than $300 on **Juul products**, will not need to provide proof of purchase with their claim in order to receive money from the settlement. The only way to get compensation ...

See more on classaction.org

**Occupation:** Editorial-News    **Published:** Feb 2, 2023

EXPLORE FURTHER

**Class Action Settlements** & Rebates                    classaction.org
**Class action settlements** closing soon | June 2023      topclassactions.com
Recommended to you based on what's popular • Feedback

Forbes
https://www.forbes.com/advisor/legal/product-liability/juul-lawsuit-update ⋮

### Juul Lawsuit Update October 2023 – Forbes Advisor

Web May 22, 2023 · In January 2023, U.S. District Judge William Orrick in San Francisco approved a $255 million settlement resolving the **class action** alleging the company ...

Can I sue Juul or an e-    What if it's been years since I ...    How big is the Juul lawsuit?

---



## Juul
Electronic cigarette company



Juul Labs, Inc. is an American electronic cigarette company that s... from Pax Labs in 2017. Juul Labs makes the Juul electronic cigar... which atomizes nicotine salts derived from tobacco suppl...

🌐 juul.com

| | |
|---|---|
| **Founded** | May 22, 2015 |
| **Founders** | James Monsees · Adam Bowen |
| **Headquarters** | Washington D.C. · United States |
| **Key people** | KC Crosthwaite (CEO) · James Monsees (CPO) · A... |
| **See more** | |

Juul e-cigarettes use **nicotine salts** (protonated nicotine) fro... based tobacco for its key ingredient, rather than free-base nicotine

The Juul became the most popular **e-cigarette** in the United... the end of 2017 and has a market share of 72% as of Septem...

JUUL **vaping devices** splashed onto the market in 201... stated mission of "improving the lives of the one billion adult sm...
th...

Do you think Juul should be more transparent a its ingredients?

| | | | |
|---|---|---|---|
| A | Yes | B | No |
| C | Maybe | D | I don't know |

Image: en.wikipedia.org. Data: Wikipedia · en.wikipedia.org · beasleyallen.co...
Wikipedia text under CC-BY-SA license

Feedback 👍 👎

Explore more



Attachment 8

# A $45 Million Settlement has been reached with Altria adding to the money available for those who bought a JUUL Product before December 7, 2022.

NEWS PROVIDED BY
**United States District Court for the Northern District of California** ➝
09 Oct, 2023, 15:00 ET

SAN FRANCISCO, Oct. 9, 2023 /PRNewswire/ --

A class action lawsuit claims that Plaintiffs paid more for JUUL products than they otherwise would have paid if they had been given accurate information about JUUL products' addictiveness and safety, and that JUUL products were unlawfully marketed to minors.

Following the $255 million settlement with JUUL Labs, Inc. and related individuals and entities, a $45 million settlement with the remaining defendant, Altria, has been reached to resolve the class action litigation.

The group of people who Altria has agreed to pay is called the Settlement Class and it includes everyone who purchased JUUL products from brick and mortar or online retail stores or from JUUL directly before December 7, 2022. Those who are in this group and want to get paid must **file a claim**.

Class Members who previously submitted a claim in the earlier settlement with JUUL Labs do NOT need to submit a new claim for the Altria settlement to receive payment. Class Members will receive a single payment that includes their share from both settlements.

Millions of Emails and Mailed Notices have been sent and continue to be sent to identified Class Members with information about the Settlement. Recipients can click a link in the email or scan a QR code in the Mailed Notice or simply return the postage pre-paid, return postcard to file a claim. Those who do not receive an email or postcard about the Settlement can file a claim by visiting the website at www.JUULclassaction.com or obtain a paper claim form by contacting the Settlement Administrator at 1-855-604-1734.

Payments will be based on how much each claimant spent on JUUL products compared to other Settlement Class members. How much each claimant will receive is unknown at this time because it depends on how many claims are submitted. More information about how payments will be calculated is available in the Plan of Allocation at www.JUULclassaction.com.

In addition to filing a claim, class members may object to the Settlement. If they have not filed a claim, class members may request exclusion from the Settlement Class. Class members who do not exclude themselves may be bound by the Settlement, which may impact their rights. Full details about Class Member rights and options, including the deadlines to exercise them, are available at www.JUULclassaction.com. A full list of the products included in the Settlement and the ongoing litigation, as well as other important documents, are also available at www.JUULclassaction.com.

SOURCE United States District Court for the Northern District of California



# PRN Top Stories Newsletters

### Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country          Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.



# A $45 Million Settlement has been reached with Altria adding to the money available for those who bought a JUUL Product before December 7, 2022.

A class action lawsuit claims that Plaintiffs paid more for JUUL products than they otherwise would have paid if they had been given accurate information about JUUL products' addictiveness and safety, and that JUUL products were unlawfully marketed to minors.

Following the $255 million settlement with JUUL Labs, Inc. and related individuals and entities, a $45 million settlement with the remaining defendant, Altria, has been reached to resolve the class action litigation.

The group of people who Altria has agreed to pay is called the Settlement Class and it includes everyone who purchased JUUL products from brick and mortar or online retail stores or from JUUL directly before December 7, 2022. Those who are in this group and want to get paid must **file a claim**.

Class Members who previously submitted a claim in the earlier settlement with JUUL Labs do NOT need to submit a new claim for the Altria settlement to receive payment. Class Members will receive a single payment that includes their share from both settlements.

Millions of Emails and Mailed Notices have been sent and continue to be sent to identified Class Members with information about the Settlement. Recipients can click a link in the email or scan a QR code in the Mailed Notice or simply return the postage pre-paid, return postcard to file a claim. Those who do not receive an email or postcard about the Settlement can file a claim by visiting the website at www.JUULclassaction.com or obtain a paper claim form by contacting the Settlement Administrator at 1-855-604-1734.

Payments will be based on how much each claimant spent on JUUL products compared to other Settlement Class members. How much each claimant will receive is unknown at this time because it depends on how many

claims are submitted. More information about how payments will be calculated is available in the Plan of Allocation at www.JUULclassaction.com.

In addition to filing a claim, class members may object to the Settlement. If they have not filed a claim, class members may request exclusion from the Settlement Class. Class members who do not exclude themselves may be bound by the Settlement, which may impact their rights. Full details about Class Member rights and options, including the deadlines to exercise them, are available at www.JUULclassaction.com. A full list of the products included in the Settlement and the ongoing litigation, as well as other important documents, are also available at www.JUULclassaction.com.

This entry was posted in Other on October 9, 2023 [http://uwirepr.com/a-45-million-settlement-has-been-reached-with-altria-adding-to-the-money-available-for-those-who-bought-a-juul-product-before-december-7-2022/] .