*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 19-MD-02913-WHO<br><br>**NOTICE OF WITHDRAWAL OF BEN A. BARNES** |

## NOTICE OF CHANGE IN COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), Ben A. Barnes withdraws as attorney of record for Defendant Juul Labs, Inc., in the above-captioned litigation, and respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing. All other attorneys of record at the law firm of Kirkland & Ellis LLP will continue to represent Defendant in this matter.

DATED this 4th day of March, 2024.

Respectfully submitted,

By: /s/ *Ben A. Barnes*
Ben A. Barnes
Kirkland & Ellis LLP
4550 Travis Street
Dallas, Texas 75202 W
Telephone: (214) 972-1748
ben.barnes@kirkland.com

*Attorney for Defendant Juul Labs, Inc.*

**CERTIFICATE OF SERVICE**

I, Ben A. Barnes, hereby certify that on March 4, 2024, I electronically filed **NOTICE OF WITHDRAWAL OF BEN A. BARNES** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/  Ben A. Barnes
Ben A. Barnes