UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE LINDSTROM | CASE SPECIFIC DOCKET: 3:20-CV-02468 |
| v. JUUL LABS, INC., et al | **NOTICE OF DISMISSAL** |
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION 3:19-MD-02913 (WHO) | Hon. William H. Orrick |

### **PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff, by and through her counsel, hereby gives notice that the above-referenced action is hereby dismissed with prejudice against Defendants JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC., JAMES MONSEES, ADAM BOWEN, NICHOLAS PRITZKER, HOYOUNG HUH, RIAZ VALANI, MOTHER MURPHY'S LABS, INC., ALTERNATIVE INGREDIENTS, INC., TOBACCO TECHNOLOGY, INC., eLIQUITECH, INC., MCLANE COMPANY, INC., EBY-BROWN COMPANY, LLC, CORE-MARK HOLDING COMPANY, INC., CHEVRON CORPORATION, CIRCLE K STORES INC., SPEEDWAY LLC, 7-ELEVEN, INC., WALMART, and WALGREENS BOOTS ALLIANCE, INC.

Plaintiff does not dismiss her claims against Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA, INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, and ALTRIA ENTERPRISES LLC.

Respectfully submitted,

**WENHOLZ | DOW, P.C.**

9433 Bee Caves Road, Ste. 1-200
Austin, Texas 78733
(512) 478-2211
(512) 478-3625 (fax)

By:/s/ David C. Wenholz
David C. Wenholz
Federal Bar No. 16460
dwenholz@wenholzdow.com

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

On the 8th day of March, 2024, a copy of the foregoing was filed through the CM/ECF system, which will send notification of the filing to all counsel and parties of record.

/s/ David C. Wenholz