1
2   *[Submitting Counsel on Signature Page]*
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**
9                       **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
10

| 11 | IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.:  19-MD-02913-WHO |
|----|----|----|
| 12 | | **NOTICE OF WITHDRAWAL OF GEOFFREY J. MICHAEL** |
| 13 | This Document Relates to: | |
| 14 | **ALL ACTIONS** | Hon. William H. Orrick |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), Geoffrey J. |
| 2 | Michael withdraws as attorney of record for Defendants Altria Group, Inc., Philip Morris USA Inc., |
| 3 | Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC |
| 4 | ("Altria Defendants"), in the above-captioned litigation, and respectfully requests that his name be |
| 5 | removed from all applicable service lists, including Notices of Electronic Filing. All other attorneys |
| 6 | of record at the law firm of Arnold & Porter Kaye Scholer LLP will continue to represent Altria |
| 7 | Defendants in this matter. |
| 8 | |
| 9 | Dated this 14th day of March, 2024. |

By: /s/ Geoffrey J. Michael
Geoffrey J. Michael (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
Geoffrey.Michael@arnoldporter.com

*Attorney for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2024, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF GEOFFREY J. MICHAEL** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By: */s/ Geoffrey J. Michael*
Geoffrey J. Michael (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
Geoffrey.Michael@arnoldporter.com