Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Interim Lead Counsel*
*for Direct Purchaser Plaintiffs*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
|  | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates To: |  |
| ALL DIRECT PURCHASER ACTIONS |  |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Steven N. Williams, Anupama K. Reddy and Kyle Paul Quackenbush are no longer attorneys at the Joseph Saveri Law Firm, LLP and are hereby withdrawn as counsel for Plaintiffs. Mr. Williams, Ms. Reddy and Ms. Quackenbush should be removed from the Court's service list with respect to this action. The Joseph Saveri Law Firm, LLP continues to represent the Plaintiffs. All future correspondence and papers in this action should continue to be directed to Joseph R. Saveri.

Dated: April 2, 2024                          By:      /s/ *Joseph R. Saveri*
                                                            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*