# EXHIBIT 1

## ALTRIA FEE ALLOCATION

| FIRM | FEE% |
| --- | --- |
| Beasley Allen Crow Methvin Portis & Miles, PC | 2.04% |
| Berger Montague, P.C. | 1.15% |
| Girard Sharp | 22.83% |
| Goza & Honnold LLC | 2.24% |
| Gutride Safier LLP | 1.15% |
| Keller Rohrback L.L.P. | 14.74% |
| Law Offices of Esfand Nafisi PC | 2.00% |
| Lieff Cabraser Heimann & Bernstein, LLP | 29.99% |
| Tycko & Zavareei LLP | 2.04% |
| Wagstaff & Cartmell, LLP | 19.05% |
| Weitz & Luxenberg, P.C. | 2.77% |

2946977.3