# EXHIBIT 2

# FIRST SUPPLEMENTAL COST ALLOCATION

| FIRM | COSTS |
|---|---|
| **Baron & Budd, P.C.** | $191,292.00 |
| **Beasley Allen Crow Methvin Portis & Miles, PC** | $4,441.11 |
| **Beggs & Lane, RLLP** | $300,000 (MDL cost fund) |
| **Berger Montague, P.C.** | $6,067.44 |
| **Frazer Law** | $250,000 (tribal fund) |
| **Girard Sharp** | $13,051.09 |
| **Goza & Honnold LLC** | $21,053.79 |
| **Gutride Safier LLP** | $231.63 |
| **Hobbs Straus Dean & Walker, LLP** | $1,881.04 (held) <br> $250,000 (tribal fund) |
| **Keller Rohrback L.L.P.** | $122,122.24 |
| **Levin Papantonio Rafferty** | $11,418.70 |
| **Levin Sedran & Berman LLP** | $11,787.91 |
| **Levin Simes** | $1,199.35 |
| **Lieff Cabraser Heimann & Bernstein, LLP** | $532,090.55 (held) <br> $250,000 (tribal fund) |
| **Morgan & Morgan** | $3,122.47 |
| **Provosty & Gankendorff, LLC** | $29.50 |
| **Robbins Geller Rudman & Dowd LLP** | $(5,857.19) |
| **Southern Institute for Medical & Legal Affairs, LLC** | $31,977.22 |
| **TorHoerman Law** | $88,726.76 |
| **Tycko & Zavareei LLP** | $193.72 |

| FIRM | COSTS |
|---|---|
| **Wagstaff & Cartmell, LLP** | $1,160,408.11 |
| **Weitz & Luxenberg, P.C.** | $2,697.76 |
| **Zwerling, Schachter & Zwerling, LLP** | $2.50 |
| **MDL Cost Fund** | $900,000 |
| **BrownGreer PLC** | Invoices up to $800,000 (in addition to previous authorizations) |