UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER APPROVING OF FEE AND EXPENSE ALLOCATIONS** |

The Court orders as follows:

1. The Court approves the Fee Committee's proposed allocations of fees as set forth in Exhibit 1 to the Fee Committee's Altria Settlement Fee Recommendations and First Supplemental Expense Recommendations.

2. The Court approves the Fee Committee's proposed allocations of costs as set forth in Exhibit 2 to the Fee Committee's Altria Settlement Fee Recommendations and First Supplemental Expense Recommendations.

3. Co-Lead Counsel, the Fee Committee, and the JLI Settlement Trust Trustee are directed to take all actions necessary to implement the approved allocations, including paying individual firm awards as funds become available.

4. The cost awards approved here, as well as any past or future cost awards approved, may be paid from both cost-related funds generated in connection with the JLI or Altria settlements.

5. Going forward, Co-Lead Counsel are authorized to direct payment of JLI or Altria cost-related funds to the MDL cost fund in the custody of Lieff Cabraser in order to pay actual

expenses meeting the criteria of "Shared Costs" set out in CMO 5, ECF 352 at 8-9.

6. Co-Lead Counsel, the Fee Committee, Class Counsel and the JLI Settlement Trust Trustee are authorized to hold back, in whole or in part, the payment of the portions of the fee and cost allocations reflecting the Rule 23(h) Altria class settlement award until any appeals from the Altria class settlement Rule 23(h) order are resolved.

7. Co-Lead Counsel, the Fee Committee, Class Counsel, and the JLI Settlement Trust Trustee are authorized to hold back, in whole or in part, the payment of any fee or cost allocations pending resolution of any appeals from this order.

**IT IS SO ORDERED.**

Dated: _____, 2024

Judge William H. Orrick