Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 11505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Interim Lead Counsel*
*for Direct Purchaser Plaintiffs*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 3:19-md-02913-WHO<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, LLP, Counsel for Plaintiffs, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

>601 California Street, Suite 1505
>San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 16, 2024                            By:   /s/ *Joseph R. Saveri*
                                                           Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Interim Lead Counsel for Direct Purchaser Plaintiffs and the Proposed Class*