# EXHIBIT A

**Exhibit A**

| Docket Number | Case Caption |
|---|---|
| 3:22-cv-07968-WHO | Muscari v. JUUL Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al. |
| 3:22-cv-06697-WHO | McCandless v. JUUL Labs, Inc. et al. |
| 3:22-cv-08202-WHO | Ferris v. JUUL Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al. |
| 3:22-cv-08400-WHO | Dudani v. JUUL Labs, Inc. previously d/b/a Pax Labs, Inc. and Ploom Inc. et al. |
| 3:22-cv-07729-WHO | Brown v. JUUL Labs, Inc. et al. |
| 3:22-cv-07977-WHO | Vila v. JUUL Labs, Inc. et al. |
| 3:22-cv-08139-WHO | Higgins v. JUUL Labs, Inc. et al. |
| 22-cv-07109 | Messina, et al. v. JUUL Labs, Inc. et al. . |
| 3:22-cv-06151 | Kummers v. JUUL Labs, Inc. et al. |
| 3:22-cv-04527 | Emmanuel Nwodo v. JUUL Labs Inc., et al. |
| 3:22-cv-05704 | Anthony Mellis v. JUUL Labs Inc., et al. |
| 3:19-cv-08311 | Steven Rivas v. JUUL Labs Inc., et al. |
| 3:22-cv-06274 | Bailley Wasniak v. JUUL Labs Inc., et al. |
| 3:22-cv-06276 | Baley Myerscough v. JUUL Labs Inc., et al. |

| Docket Number | Case Caption |
| --- | --- |
| 3:22-cv-06415 | Joe Park v. JUUL Labs Inc., et al. |
| 3:22-cv-06790 | Damon Shumake v. JUUL Labs Inc., et al. |
| 3:22-cv-06809 | David Beckett v. JUUL Labs Inc., et al. |
| 3:22-cv-06821 | Wyatt Harrington v. JUUL Labs Inc., et al. |
| 3:22-cv-06683 | Devin Gryl v. JUUL Labs Inc., et al. |
| 3:20-cv-01160 | R.A., a minor, by and through his parent and next friend, PHILIP ADAMS v. JUUL Labs Inc., et al. |
| 3:20-cv-01369 | Bennett DuBois v. JUUL Labs Inc., et al. |
| 3:20-cv-02375 | B.C., a Minor, by Tara Dye, Her Mother and Next Friend, |
| 3:22-cv-08052 | Ben Simon v. JUUL Labs Inc., et al. |
| 3:22-cv-07831 | Chase O'Keefe v. JUUL Labs Inc., et al. |
| 3:20-cv-02656 | Damian Maffei v. JUUL Labs Inc., et al. |
| 3:22-cv-06368 | Giavanna Fioretti v. JUUL Labs Inc., et al. |
| 3:202-cv-02799 | Nathan Saelens v. JUUL Labs Inc., et al. |
| 3:20-cv-02822 | Julian Muhlemann v. JUUL Labs Inc., et al. |

| Docket Number | Case Caption |
| --- | --- |
| 3:20-cv-05275 | Malia Parker v. JUUL Labs Inc., et al. |
| 3:20-cv-06070 | MD Noor v. JUUL Labs Inc., et al. |
| 3:20-cv-06083 | Erik Acheson v. JUUL Labs Inc., et al. |
| 3:20-cv-06601 | Zachary Doe v. JUUL Labs Inc., et al. |
| 3:20-cv-07500 | Nicholas Kapon v. JUUL Labs Inc., et al. |
| 3:20-cv-08299 | Gabrielle Kirkendol v. JUUL Labs Inc., et al. |
| 3:21-cv-00878 | Drew Stewart v. JUUL Labs Inc., et al. |
| 3:21-cv-00563 | Tahj Fulcher v. JUUL Labs Inc., et al. |
| 3:21-cv-02034 | J.D., by and through Kristyn Dunstan, as Next Friend and Parent v. JUUL Labs Inc., et al. |
| 3:21-cv-04070 | Aram Kashakhi v. JUUL Labs Inc., et al. |
| 3:21-cv-04713 | Fernando Lucchetti v. JUUL Labs Inc., et al. |
| 3:21-cv-05553 | Morgan Wideman v. JUUL Labs Inc., et al. |
| 3:21-cv-08851 | Austin Wiegand v. JUUL Labs Inc., et al. |
| 3:21-cv-09315 | Tate Vestal v. JUUL Labs Inc., et al. |

| Docket Number | Case Caption |
|---|---|
| 3:21-cv-09533 | James Roberts v. JUUL Labs Inc., et al. |
| 3:21-cv-09607 | Greta Loraditch v. JUUL Labs Inc., et al. |
| 3:21-cv-09625 | Thaddeus Troublefield v. JUUL Labs Inc., et al. |
| 3:21-cv-09692 | Noah Carbert v. JUUL Labs Inc., et al. |
| 3:21-cv-07976 | Daniel Britton v. JUUL Labs Inc., et al. |
| 3:22-cv-06805 | William Marchiani v. JUUL Labs Inc., et al. |
| 3:22-cv-06657 | Jacob Bligh v. JUUL Labs Inc., et al. |
| 3:22-cv-06649 | Noah Hutchinson v. JUUL Labs Inc., et al. |
| 3:22-cv-06741 | Audreeanna Downing v. JUUL Labs Inc., et al. |
| 3:22-cv-04384 | Nicholas Williams v. JUUL Labs Inc., et al. |
| 3:22-cv-05751 | Emily Wendleton v. JUUL Labs Inc., et al. |
| 3:22-cv-06720 | Rogelio Zavala v. JUUL Labs Inc., et al. |
| 3:22-cv-04666 | James Knight v. JUUL Labs Inc., et al. |
| 3:22-cv-02518 | Hayley Rust v. JUUL Labs Inc., et al. |

| Docket Number | Case Caption |
|---|---|
| 3:22-cv-05650 | Kaitlyn Hunt v. JUUL Labs Inc., et al. |
| 3:22-cv-05709 | Bahja Mohamoud v. JUUL Labs Inc., et al. |
| 3:22-cv-05909 | Shantasia Jacob v. JUUL Labs Inc., et al. |
| 3:22-cv-05729 | Connor Loos v. JUUL Labs Inc., et al. |
| 3:22-cv-05715 | Brian P. Shannon v. JUUL Labs Inc., et al. |
| 3:22-cv-04333 | Travis Ford v. JUUL Labs Inc., et al. |
| 3:22-cv-05637 | Hunter M. Craig v. JUUL Labs Inc., et al. |
| 3:22-cv-05684 | Sarel Lopez v. JUUL Labs Inc., et al. |
| 3:22-cv-05681 | Nathan Sims v. JUUL Labs Inc., et al. |
| 3:22-cv- 05645 | Jose Soriano v. JUUL Labs Inc., et al. |
| 3:22-cv-05914 | Tatum Klosterman v. JUUL Labs Inc., et al. |
| 3:22-cv-05586 | Dylan Rendon v. JUUL Labs Inc., et al. |
| 3:22-cv-05673 | Kyle Lichtenstein v. JUUL Labs Inc., et al. |
| 3:22-cv-06788 | Casseem Sampson v. JUUL Labs Inc., et al. |

| Docket Number | Case Caption |
|---|---|
| 3:22-cv-05590 | Eduardo Fabri v. JUUL Labs Inc., et al. |
| 3:22-cv-06266 | Angelina Sims v. JUUL Labs Inc., et al. |
| 3:22-cv-06346 | Colby Kudla v. JUUL Labs Inc., et al. |
| 3:22-cv-06773 | Sebastian Capote v. JUUL Labs Inc., et al. |
| 3:22-cv-06653 | Alyssa Rogers v. JUUL Labs Inc., et al. |
| 3:22-cv-05534 | Logan Weisz v. JUUL Labs Inc., et al. |
| 3:22-cv-06576 | Nathan Padilla v. JUUL Labs Inc., et al. |
| 3:22-cv-06831 | Francesco Camilli v. JUUL Labs Inc., et al. |
| 3:22-cv-06807 | Daniel Hermida v. JUUL Labs Inc., et al. |
| 3:22-cv-06924 | Justin Kehoe v. JUUL Labs Inc., et al. |
| 3:22-cv-05846 | Kira Ambrosi v. JUUL Labs Inc., et al. |
| 3:22-cv-06338 | Brandi Licoski v. JUUL Labs Inc., et al. |
| 3:22-cv-06942 | Lincoln Gibson v. JUUL Labs Inc., et al. |
| 3:22-cv-05916 | Trae Luppens v. JUUL Labs Inc., et al. |

| Docket Number | Case Caption |
| --- | --- |
| 3:22-cv-06592 | Mercury Khalsa v. JUUL Labs Inc., et al. |
| 3:22-cv-06919 | Julia Burden v. JUUL Labs Inc., et al. |
| 3:22-cv-06465 | Lara Yee-Cagakit v. JUUL Labs Inc., et al. |
| 3:22-cv-07873 | Melanie Cosmes v. JUUL Labs Inc., et al. |
| 3:22-cv-00336 | Ashley Hicks v. JUUL Labs Inc., et al. |
| 3:22-cv-06341 | Bryer Ketterman v. J JUUL Labs Inc., et al. |
| 3:22-cv-06281 | Basmalah Ghahin v. JUUL Labs Inc., et al. |
| 3:22-cv-07817 | Anzhelika Amelina v. JUUL Labs Inc., et al. |
| 3:22-cv-06494 | Marcela Modrusic v. JUUL Labs Inc., et al. |
| 3:22-cv-06447 | Kobie Karhoff v. JUUL Labs Inc., et al. |
| 3:22-cv-06850 | Isabella Williams v. JUUL Labs Inc., et al. |
| 3:22-cv-06476 | Madison Doty v. JUUL Labs Inc., et al. |
| 3:22-cv-01658 | Jasmyn Taylor v. JUUL Labs Inc., et al. |
| 3:22-cv-02264 | Devin Bullins v. JUUL Labs Inc., et al. |

| Docket Number | Case Caption |
|---|---|
| 3:22-cv-07767-WHO | Reid v. JUUL Labs, Inc., et al.  . |
| 3:20-cv-05731 | Jeremy Starling v. JUUL Labs, Inc., et al.  . |
| 3:21-cv-08662 | Joshua Stafford v. JUUL Labs, Inc., et al.  . |
| 3:21-cv-02963 | Patrick Nicolia v. JUUL Labs, Inc., et al.  . |
| 3:20-cv-05692 | Robert Nichols v. JUUL Labs, Inc., et al.  . |
| 3:20-cv-04361 | Ryan Rozelle v. JUUL Labs, Inc., et al.  . |
| Case 3:19-cv-06565 | Heather Sobik vs. JUUL Labs, Inc. |
| 3:20-cv-00908 | Ashlin Ardito v. JUUL Labs, Inc. |
| 3:20-cv-01718 | Eric Smith v. JUUL Labs,Inc. et. al. |
| 3:21-cv-06413-WHO | Maria Ireland v. JUUL Labs, Inc. et al.  . |
| 3:20-cv-01146 | Aaron Lau v. JUUL Labs, Inc. |
| 3:20-cv-07091 | Hunter Haynes vs. JUUL Labs, Inc., et. al |
| 3:20-cv-00262-WHO | Allyssa Keller, Plaintiff, v. JUUL Labs, Inc., Defendants |
| 3:22-cv-04220 | William Norwood V JUUL Labs, INC et. al |

| Docket Number | Case Caption |
| --- | --- |
| 3:20-cv-01315 | Richard McMillon v. JUUL Labs,Inc. |
| 3:21-cv-05051-WHO | Steven Keenum v. JUUL Labs, Inc., et al. . |
| 3:20-cv-00109 | Brad Nelson vs. JUUL Labs, Inc. et al. |
| 3:22-cv-07579 | Leiyah Bonday v. JUUL Labs, Inc., et. al |
| 3:22-cv-07583 | Rose King v. JUUL Labs, Inc., et. al |
| 3:21-cv-08418 | Khadija Julien v. JUUL Labs, Inc., et. al. |
| 3:22-cv-07555 | Barbara Arnold v. JUUL Labs, Inc., et. al |
| 3:20-cv-09129 | Robbie Wilson v. JUUL Labs, Inc., et. al |
| 3:20-cv-03428 | Tyler Bergey v. JUUL Labs, Inc. et al. |
| 3:22-cv-07574 | Jennifer Chan as Guardian ad Litem to M.B., a minor v. JUUL Labs, Inc., et. al |
| 3:20-cv-08919 | Keyosha Decuir v. JUUL Labs, Inc., et. al |
| 3:22-cv-07384 | Emily Grace Fight C. JUUL Labs, Inc et. al |
| 3:22-cv-02211 | Dylan Pearce v JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation, et al. |
| 3:20-cv-09192 | Kathryn Edmond v. JUUL Labs, Inc., et. al |

| Docket Number | Case Caption |
|---|---|
| 3:22-cv-03735-WHO | Jasmine Thomas v. JUUL labs Inc., et. al |
| 3:21-cv-09123 | Zachary Pryor v. JUUL Labs Inc., et al.  . |
| 3:22-cv-06253 | Muhand Widah v. JUUL Labs, Inc. et al. |
| 3:20-cv-01838 | McClure v. JUUL Labs, Inc. et. al. |
| 3:22-cv-07982 | Julia Curtis v. JUUL Labs, Inc. et al. |
| 3:22-cv-06107-WHO | Croft v. JUUL Labs, Inc., et al. |
| 3:22-CV-06283-WHO | Mack, Jumauis v. JUUL Labs, Inc. et al. |
| 3:22-cv-8835 | Kayla Ohlde v. JUUL Labs, Inc. et al. |
| 3:22-cv-8724 | Claudia Irving v. JUUL Labs, Inc. et al. |
| 3:22-cv-08750 | Michika McClinton v JUUL, et al.  . |
| 3:20-cv-02701 | Chase Wallace v. JUUL Labs Inc. et al. |
| 3:22-cv-8741 | Christopher Roethke v. JUUL et. al. |
| 3:22-cv-08722 | Henry Roy v. JUUL, et al.  . |
| 3:22-cv-8811 | Kyle Kirk v. JUUL, et al.  . |

10

| Docket Number | Case Caption |
|---|---|
| 3:19-cv-06597-WHO | Lisa Marie Vail, individually and on behalf of the Estate of Daniel David Wakefield, deceased v. JUUL Labs, Inc. et al. |
| 3:19-md-02913-WHO | Timugen Keffer, Individually and as Personal Representative for the Estate of his minor child, M.K., Deceased v. JUUL Labs, Inc. et al. |
| 3:20-cv-03738 | Kenneth Campbell v. JUUL Labs, Inc. et al. . |
| 3:20-cv-06135 | Josef Lewis v. JUUL Labs, Inc., previously d/b/a PAX LABS, INC. and PLOOM INC. et al. |
| 3:20-cv-08316 | Claytor v. JUUL Labs, Inc., et al. . |
| 3:20-cv-8660 | Sean Ryan vs JUUL Labs Inc et. al. |
| 3:20-cv-08820 | Adrianna Cardell vs JUUL Labs, Inc. et al. |
| 20-cv-08333 | Ryan Cooper v. JUUL Labs, Inc., et al. |
| Case 3:20-cv-09069 | Benjamin Shirvinski ; In Re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation |
| 3:20-cv-09121 | Noah Murray vs JUUL Labs Inc |
| 3:20-cv-08342 | Ronisha Lawson v. JUUL Labs, Inc. et al. |
| 3:20-cv-07745 | Joseph Ferris v. JUUL Labs Inc., et al. |
| Case No. 3:19-md-02913-WHO | WALKER et al. v. JUUL Labs, Inc. et al. |
| 3:20-cv-08927 | Alissa Lake v. JUUL Labs, Inc. et al. |

| Docket Number | Case Caption |
|---|---|
| 3:21-cv-01321 | Joseph Smith vs JUUL Labs Inc. |
| 3:21-cv-04046 | David Song v. JUUL Labs, Inc. et al. |
| 3:21-cv-05918 | Adam Warman v. JUUL Labs, Inc. et al. |
| 3:21-cv-04752 | Dyer v. JUUL Labs, Inc. et al. |
| 3:21-cv-04798 | Bailey v. JUUL Labs, Inc. et al. |
| 3:21-cv-6373 | Carneilrous Flucker v. JUUL Labs, Inc. et al. |
| 3:21-cv-5676 | Kevyn Annonio v. JUUL Labs, Inc. et al. |
| 3:21-cv-07455-WHO | Gersh vs. JUUL Labs, Inc et. al. |
| 3:21-cv-08076 | Blaise Potts v. JUUL Labs, Inc. et al. |
| 3:21-cv-10061 | Justin Sathue v. JUUL Labs, Inc. et al. |
| 3:22-cv-00045-WHO | Cameron Naylor v. JUUL Labs, Inc. et al. |
| 3:22-cv-00247 | Alexis Shumpert v. JUUL Labs, Inc. et al. |
| 3:22-cv-07997 | Alexander Erdellan v. JUUL Labs, Inc. et al. |
| 3:22-cv-07847 | DAKOTA FROST v. JUUL Labs, Inc. et al. |

| Docket Number | Case Caption |
|---|---|
| 3:22-cv-8371 | Tabitha Morris v. JUUL et. al. |
| 3:22-cv-8290 | Jane Mulvahill v. JUUL Labs, Inc. et al. |
| 3:22-cv-8505 | Kaitlin Norton v. JUUL Labs, Inc. et al. |
| 3:22-cv-8760 | Nicholas Sachs v. JUUL et. al. |
| 3:22-cv-8427 | Trevor Saunders v. JUUL, et al. . |
| 3:22-cv-08018 | Debbie Hennessy v. JUUL et. al. |
| 3:22-cv-08535 | Brock Kerns v. JUUL Labs, Inc. et al. |
| 3:22-cv-07936 | Chase Kristiansen v. JUUL Labs, Inc. et al. |
| 3:22-cv-08040 | Lindy McGraw v. JUUL Labs, Inc. et al. |
| 3:22-cv-07892 | Mian v. JUUL Labs, Inc. previously d/b/a as PAX LABS, INC. and PLOOM INC et al. |
| 3:22-cv-8175 | Jeremiah Clarke v. JUUL Labs, Inc. et al. |
| 3:22-cv-08570 | Rose Cosenza v. JUUL et. al. |
| 3:22-cv-8383 | Julia Garrett v. JUUL et. al. |
| 3:22-cv-8272 | Landon White v. JUUL et. al. |

13

| Docket Number | Case Caption |
|---|---|
| 3:22-cv-08101 | Cierra Sullivan v. JUUL et. al. |
| 3:22-cv-07916 | Harley Vaughn v. JUUL, et al. . |
| 3:22-CV-06178-WHO | Carver, Derek v. JUUL Labs, Inc., et. al. |
| 3:22-CV-06188-WHO | Dale, Rece v. JUUL Labs, Inc. et. al. |
| 3:22-CV-06208-WHO | Dinkins, Keith v. JUUL Labs, Inc. et. al. |
| 3:22-CV-06232-WHO | Sturgeoun, Brian v. JUUL Labs, Inc. et. al. |
| 3:20-cv-08510-WHO | Scott Horton, individually and on behalf of his minor child, J.H. v. JUUL, et al. . |
| 3:2019-cv-06927 (cand) | Matthew Murphy et al. . v. JUUL Labs, Inc. et. al. |
| 3:22-cv-02484 | Ashten Coker v. JUUL Labs, Inc. et al. |
| 3:22-cv-05545 | Ethan Zipsie v. JUUL Labs Inc., et al. |
| 3:21-cv-05959 | Reeder et al. v. JUUL Labs, Inc. et al. |