UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> CLASS ACTIONS | Case No. 19-md-02913-WHO <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered Class Plaintiffs' April 24, 2024, Administrative Motion to File the Kovach Declaration Under Seal, the Court hereby **GRANTS** the Motion and **ORDERS** that the following document shall be sealed, as indicated below:

| Document | Portions to be Sealed |
|---|---|
| Declaration of Loree Kovach In Response to the Court's Request For Steps Taken to Identify, Analyze, and Handle Likely Fraudulent Claims | Portions of ¶¶ 9, 10, 13.f, 15–40, 41, and 43 |

**IT IS SO ORDERED**.

Dated: _____  _____

Honorable Judge William H. Orrick