1  [Submitting counsel on signature page]

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

13  

14  This Document Relates to:

15  All Class Actions

16

17

CASE NO. 19-md-02913-WHO

**[PROPOSED] ORDER RE CLASS COUNSEL'S NOTICE REGARDING ADMINISTRATION OF THE JLI AND ALTRIA CLASS ACTION SETTLEMENTS**

HON. WILLIAM H. ORRICK III

18

19

20

21

22

23

24

25

26

27

28

The Court previously granted final approval of Class Plaintiffs' Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. The combined claimant population is subject to one review process, and valid claimants will receive a single distribution representing their share of both Settlements. *See* Dkt. 4212 at 15. At the Court's request, Class Counsel and Epiq submitted their proposed plan for claims handling and fraud evaluation. Dkt No. __. The Court finds that the plan fairly balances the various interests present, providing notice and a fair process for claimants who may have been incorrectly identified as potentially fraudulent to verify their claims, and rejecting claims that are clearly fraudulent without expending class resources unnecessarily. The Court approves the plan.

The plan also includes the following procedures for the verification notice: Epiq will send the verification notice to the appropriate claimants via email, and will attempt a second notice for any emails that are undeliverable to (a) an alternative email address if the claimant provided one, or, (b) if approved by the court, via text message to the contact phone number the claimant provided. The Court approves the proposed verification procedures, and directs Epiq to contact claimants via text message if needed to complete a second attempt of the verification notice.

**IT IS SO ORDERED**.

Dated: _____          _____
                                                          Honorable Judge William H. Orrick

1

[PROPOSED] ORDER RE CLASS COUNSEL'S NOTICE RE ADMINISTRATION OF THE JLI
AND ALTRIA CLASS ACTION SETTLEMENTS
CASE NO. 19-md-02913-WHO