# EXHIBIT A

| Settling Plaintiffs with Outstanding Dismissals | | | | |
|---|---|---|---|---|
| Count | Plaintiff | Case | Case Number | Counsel |
| 1. | Jumauis Mack | *Mack v. Juul Labs, Inc. et al.* | 3:22-cv-06283 | Frazer PLC |
| 2. | Daniel Wakefield | *Lisa Marie Vail, individually and on behalf of the Estate of Daniel David Wakefield, deceased v. Juul Labs, Inc. et al.* | 3:19-cv-06597 | Levin Simes, LLP |
| 3. | Madison Hellman | *Hellman v. Juul Labs, Inc. et al.* | 3:18-cv-02499 | Law Offices of Esfand Nafisi |
| 4. | Tyler Bergey | *Bergey v. Juul Labs, Inc., et al.* | 3:20-cv-03428 | Watts Guerra, LLP |
| 5. | Stephen Bush | *Dart v. Juul Labs, Inc. et. al* | 3:22-cv-03812 | Grant & Eisenhofer |
| 6. | Nafees Basharat | *Basharat v. JUUL Labs, Inc., et al.* | 3:22-cv-08897 | Law Office of Mohamed Bamba |
| 7. | Zenith Academy | *Zenith Academy East v. Juul Labs, Inc. et. al.* | 3:22-cv-03307 | Frantz Law Group, APLC |