# EXHIBIT B

| Minor Settling Plaintiffs with Deferred Dismissals ||||||
| Count | Plaintiff | Case | Case Number | Counsel |
|---|---|---|---|---|
| 1. | T.S. | *Tamika Sims, individually, and as the legal Guardian of her minor child, T.S. v. Juul Labs, Inc. et al.* | 3:22-cv-08370 | Beasley Allen |
| 2. | B.P. | *Michele Pace as Guardian ad Litem to B.P., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-08553 | Watts Guerra, LLP |
| 3. | B.B. | *B.B., a minor, by her parents and Next Friends, Paul Brewer and Kim Brewer v. Juul Labs, Inc. et al.* | 3:19-cv-07330 | Beasley Allen |
| 4. | R.M. | *Colgate et al. v. Juul Labs, Inc. et al.* | 3:18-cv-02499 | Law Offices of Esfand Nafisi |
| 5. | J.F. | *Janine Franklin on behalf of her daughter, J.F., individually and on behalf of others similary situation v. Juul Labs, Inc. et al.* | 3:21-cv-02386 | Law Offices of Esfand Nafisi |
| 6. | K.D. | *Rachelle Dollinger, mother of K.S., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-05554 | Law Offices of Esfand Nafisi |
| 7. | B.L. | *B.L. an Infant, by Her Mother and Natural Guardian T.W v. Juul Labs, Inc. et al.* | 3:20-cv-03273 | Giskan Solotaroff & Anderson LLP |
| 8. | R.G. | *Gray v. Juul Labs, Inc. et al.* | 3:20-cv-09216 | Romanucci & Blandin, LLC |
| 9. | J.D. | *Dano v. Juul Labs, Inc. et al.* | 3:21-cv-03179 | TorHoerman Law LLC |
| 10. | C.H.G. | *C.H.G., a minor, by and with his parent and natural guardian, Jack Geraci v. Juul Labs, Inc. et al.* | 3:20-cv-08377 | Levin Papantonio Rafferty |
| 11. | T.C.S. | *T.C.S., a minor, by Amy Morrison, individually and as Guardian of her minor child v. Juul Labs, Inc. et al.* | 3:21-cv-01807 | The Simon Law Firm, P.C. |
| 12. | A.M.M. | *A.M.M., a minor, by Angel Martinez Marrufo, Individually and as Guardian of his minor child v. Juul Labs, Inc. et al.* | 3:21-cv-02516 | The Simon Law Firm, P.C. |
| 13. | O.R.L. | *O.R.L, a minor, by Lindsey Ryan, Individually and as Guardian of her minor child, v. Juul Labs, Inc. et al.* | 3:21-cv-02511 | The Simon Law Firm, P.C. |
| 14. | W.M.L. | *W.M.L., a minor, by Lindsey Ryan, Individually and as Guardian of her minor child, v. Juul Labs, Inc. et al.* | 3:21-cv-02512 | The Simon Law Firm, P.C. |
| 15. | M.E.M. | *M.E.M., a minor, by Tuesday Ray Mattix, individually and as Guardian of her minor child v. Juul Labs, Inc.* | 3:21-cv-02780 | The Simon Law Firm, P.C. |
| 16. | D.W. | *D.W., a minor, by and with his parent and natural guardian, Angela Williamson v. Juul Labs, Inc. et al.* | 3:21-cv-02980 | Levin Papantonio Rafferty |
| 17. | G.M. | *Mendones v. Juul Labs Inc et al* | 3:21-cv-05181 | McLeod Law Group |
| 18. | K.A. | *K.A. et al v. Juul Labs, Inc. et al* | 3:21-cv-05068 | Levin Papantonio Rafferty |
| 19. | K.A. | *K.A. et al v. Juul Labs, Inc. et al* | 3:21-cv-05069 | Levin Papantonio Rafferty |
| 20. | W.H. | *Russell Hobbs, Individually and as Father and Natural Guardian of W.H., a Minor v. Juul Labs, Inc. et al.* | 3:21-cv-07462 | Napoli Shkolnik PLLC |
| 21. | T.S. | *Pence v. Juul Labs, Inc. et al* | 3:21-cv-09239 | Beasley Allen |

| | | | | |
|---|---|---|---|---|
| **22.** | L.D. | *Gurule v. Juul Labs, Inc. et al* | 3:21-cv-09477 | Beasley Allen |
| **23.** | E.T. | *E.T., a minor, by and with their parent and natural guardian, John Tullis v. Juul Labs, Inc. et al.* | 3:21-cv-09149 | Levin Papantonio Rafferty |
| **24.** | K.T. | *Trussell obo K.T. v. Juul Labs, Inc. et al.* | 3:22-cv-00203 | Pulaski Law Firm, PLLC |
| **25.** | L.A. | *L.A., a minor, by and with their parent and natural guardian, Lisa Ajello v. Juul Labs, Inc. et al.* | 3:21-cv-09559 | Levin Papantonio Rafferty |
| **26.** | S.D. | *S.D., a minor, by and through their parent and natural guardian, Sara Khaldi v. Juul Labs, Inc. et al.* | 3:21-cv-09145 | Levin Papantonio Rafferty |
| **27.** | J.S. | *Symes v. Juul Labs, Inc. et al.* | 3:22-cv-08407 | Pulaski Law Firm, PLLC |
| **28.** | A.B. | *A.B. v. Juul Labs, Inc. et al.* | 3:22-cv-08366 | Giskan Solotaroff & Anderson LLP |
| **29.** | G.W. | *Anthony v. Juul Labs, Inc. et al.* | 3:20-cv-09133 | Giskan Solotaroff & Anderson LLP |
| **30.** | K.D. | *K.D., a minor, by and with their parent and natural guardian, Heather Doughty v. Juul Labs Inc., et al.* | 3:21-cv-09154 | Levin Papantonio Rafferty |
| **31.** | A.L.H. | *Johnah Outlaw, as Guardian to A.L.H., a minor, v. Juul Labs, Inc. et al.* | 3:22-cv-07571 | Watts Guerra, LLP |
| **32.** | A.N. | *Lyndi Dalton, as Guardian ad Litem to A.N., a minor v. Juul Labs, Inc. et. al* | 3:22-cv-07391 | Watts Guerra, LLP |
| **33.** | M.P. | *Prezioso v. Juul Labs, Inc. et al.* | 3:22-cv-07360 | Watts Guerra, LLP |
| **34.** | R.P. | *Perez v. Juul Labs, Inc. et al.* | 3:22-cv-07393 | Watts Guerra, LLP |
| **35.** | J.L. | *Lemasters v. Juul Labs, Inc. et al.* | 3:22-cv-07372 | Watts Guerra, LLP |
| **36.** | B.F. | *B.F., a minor, by and with their parent and natural guardian, Bryan Franklin v. Juul Labs, Inc. et al.* | 3:22-cv-04409 | Levin Papantonio Rafferty |
| **37.** | B.M.F. | *B.M.F., a minor, by and with their parent and natural guardian, Bryan Franklin v. Juul Labs, Inc. et al.* | 3:22-cv-04408 | Levin Papantonio Rafferty |