# EXHIBIT C

FILED
Superior Court of California
County of Los Angeles

NOV 30 2023

David W. Slayton, Executive Officer/Clerk of Court

By: T. Lewis, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550] | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 5052 |
|---|---|
| **JUUL LABS PRODUCT CASES** | *Case Assigned for All Purposes to the Honorable David S. Cunningham, Dept. 11* |
| **THIS DOCUMENT RELATES TO:** | [~~PROPOSED~~] **CASE MANAGEMENT ORDER NO. 18 (CCP § 638 REFERENCE RE MINORS' COMPROMISE PETITIONS)** |
| *Connor Batham v. JUUL Labs, Inc.*, et al, Case No. 19STCV22935 (Lead), and **ALL JCCP ACTIONS** | |

**PROPOSED CASE MANAGEMENT ORDER NO. 18**
(CCP § 638 REFERENCE RE MINORS' COMPROMISE PETITIONS)

JuuL Labs, Inc. and the JuuL-related Defendants ("JLI") and Altria Group, Inc. and the Altria-related Defendants ("Altria") and Plaintiffs' Lead Counsel ("PLC") have negotiated Settlement Agreements with the Personal Injury Plaintiffs ("Settlement Agreements"). As of

---

1

CASE MANAGEMENT ORDER NO. 18 (CCP § 638 REFERENCE RE MINORS' COMPROMISE PETITIONS)

December 1, 2023, there will be 21 minors participating in the settlement with JLI.[1] This Order grants a reference to the Hon. Gail A. Andler (Ret.) to review and approve the compromise of minors' claims and issue [proposed] orders pursuant to Cal. Code of Civ. Proc. § 372, Probate Code §§ 3500, 3600-3613, and Cal. Rules of Court 3.1384, 7.953.

All parties to the action have agreed to the appointment of the Hon. Gail A. Andler (Ret.) as a Special Reference Referee pursuant to Code of Civil Procedure section 638. The proposed Referee's signature below indicates her consent to serve and certification that she is aware of and will comply with the applicable provisions of canon 6 of the Code of Judicial Ethics and the California Rules of Court.

The parties further stipulate and agree as follows:

## I. SCOPE AND SUBJECT MATTER OF REFERENCE

The Referee is appointed to hear the following issues: the petitions for approval of compromise of claim or action or disposition of proceeds of judgment for a minor or person with a disability for both the JLI and Altria settlements. The Referee is authorized to set the date, time, and place for all hearings determined by the referee to be necessary.

## II. REFEREE'S [PROPOSED] ORDERS

The Referee is to file and serve a [proposed] order in each underlying case number that includes a recommendation on whether the Court should issue an Order granting the minor's compromise petition for each minor. Each [proposed] order shall attach the minors' completed 1) MC-350 petition and attachments, and 2) MC-351 order and attachments, if any. The Referee shall

[1] The deadline for participation forms in the Altria settlement is January 2, 2024, and therefore the universe of participating minors in that settlement is not yet known but is anticipated to be less than 21.

file two versions of the [proposed] order: 1) redacted version for the public file and 2) an unredacted, lodged version for the Court's review.

By stipulation of the parties, the Court finds that there is an overriding interest that overcomes the right of public access to the minors' compromise petitions and orders to be filed in this proceeding. The minors participating in the global settlement have an interest in protecting their privacy and the confidentiality of their settlement, financial information, and other sensitive information such as information concerning their health. If the minors' compromise petitions and orders are not sealed, the private, confidential, and sensitive information in the petitions will be accessible to any member of the public, thereby prejudicing their interests. No less restrictive means exist to achieve the overriding interest because the minors are required under the Probate Code to obtain approval from the Court for disbursement of their settlement awards and a sealing order is the only way to protect the private, confidential, and sensitive information of the minors from public disclosure. The Court therefore ORDERS that any minors' compromise petitions and orders shall be filed under seal in this action and directs the Clerk's Office to permit the Special Master to file under seal any minors' compromise petition and order related to a case coordinated with this JCCP.

### III.   CERTIFICATION OF PROPOSED REFEREE

The undersigned consents to serve as the Referee as provided above and certifies that she is aware of and will comply with the applicable provisions of canon 6 of the Code of Judicial Ethics and the California Rules of Court.

Dated: November 28, 2023          By: *Andler* (signature)

Hon. Gail A. Andler (Ret.)

////
///

3

CASE MANAGEMENT ORDER NO. 18 (CCP § 638 REFERENCE RE MINORS' COMPROMISE PETITIONS)

SO ORDERED, on this ____ day of _____, 2023.

NOV 30 2023

By: _____
Hon. David S. Cunningham

4

CASE MANAGEMENT ORDER NO. 18 (CCP § 638 REFERENCE RE MINORS' COMPROMISE PETITIONS)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910.

On November 28, 2023, I served true copies of the following document(s) described as **[PROPOSED] CASE MANAGEMENT ORDER NO. 18 (CCP § 638 REFERENCE RE MINORS' COMPROMISE PETITIONS)** on the interested parties in this action as follows:

**BY ELECTRONIC SERVICE VIA CASE ANYWHERE:** In accordance with the Court's Order Authorizing Electronic Service requiring all documents to be served upon interested parties via the Case Anywhere System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 28, 2023, at Beverly Hills, California.

_____
Naila Houston

00643383-1

PROOF OF SERVICE