# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] SCHEDULING ORDER PURSUANT TO CMO NOS. 17 AND 19 BY SCHLESINGER OPT-OUT PLAINTIFFS** |
| This Document Relates to:<br><br>*All Schlesinger Opt-Out Plaintiffs* | |

Having reviewed and considered the Parties' Proposed Scheduling Order and pursuant to Section VIII.B of this Court's Case Management Order Nos. 17 and 19, the Court hereby enters the following case schedule:

| Event/Deadline | Date/Deadline |
|---|---|
| Additional Discovery Period Commences | May 7, 2024 |
| Deadline to Conduct Additional Discovery | November 3, 2024 |
| Deadline for Defendants to Submit Defendants' Fact Sheets | June 7, 2024 |
| Deadline for Defendants to Submit Rule 26 Reports | June 17, 2024 |
| Deadline to Submit Summary Judgment/*Daubert* Motions | December 19, 2024 |
| Deadline to Submit Response to Summary Judgment/*Daubert* Motions | January 19, 2025 |
| Deadline to Submit Reply to Summary Judgment/*Daubert* Motions | February 17, 2025 |
| Trial | March 17, 2025 |

IT IS SO ORDERED.

Dated: _____, 2024

_____
The Honorable William H. Orrick
United States District Judge