UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] CASE MANAGEMENT ORDER NO. 20 REGARDING MINORS' COMPROMISE PETITIONS** |

JUUL Labs, Inc. and the JUUL-related defendants ("JLI") and Altria Group, Inc., and the Altria-related Defendants ("Altria") and Plaintiffs' Lead Counsel ("PLC") have negotiated Settlement Agreements with the Personal Injury Plaintiffs ("Settlement Agreements"). As of May 6, 2024, there will be 31 minors participating in the settlement with JLI.[1]  This order grants a reference to the Hon. Gail A. Andler (Ret.) to review and approve the compromise of minors' claims and issue [proposed] orders pursuant to Fed.R,Civ.P. 53; Cal. Code of Civ. Proc. § 372; Probate Code §§ 3500, 3600-3613, and Cal. Rules of Court 3.1384, 7.953.

All parties to the action have agreed to the appointment of the Hon. Gail A. Andler (Ret.) as a Special Master pursuant to Fed. R. Civ. P. 53. In accordance with Fed. R. Civ. P. 53, I have determined that the Master may communicate *ex parte* with the court or a party and that

---

[1] The deadline for participation forms in the Altria settlement was January 2, 2024.

the Master will be compensated by the respective plaintiffs seeking minor compromise orders at her rate of $600 per hour.

The proposed Master's signature below indicates her consent to serve and certification that she is aware of and will comply with the applicable provisions of canon 6 of the Code of Judicial Ethics, the California Rules of Court and the Federal Rules of Civil Procedure.

The parties further stipulate and agree as follows:

**I.    SCOPE AND SUBJECT MATTER OF REFERENCE**

The Master is appointed to hear the following issues: the petitions for approval of compromise of claim or action or disposition of proceeds of judgment for a minor or person with a disability for both the JLI and Altria settlements. The Master is authorized to set the date, time, and place for all hearings determined by the referee to be necessary.

**II.    REFEREE'S [PROPOSED] ORDERS**

The Master is to file and serve a [proposed] order in each underlying case number that includes a recommendation on whether the Court should issue an order granting the minor's compromise petition for each minor. Each [proposed] order shall attach the minors' completed 1) MC-350 petition and attachments, and 2) MC-351 order and attachments, if any. The Master shall file two versions of the [proposed] order: 1) redacted version for the public file and 2) an unredacted, lodged version for the Court's review.

**III.    CERTIFICATION OF PROPOSED REFEREE**

The undersigned consents to serve as the Special Master as provided above and certifies that she is aware of and will comply with the applicable provisions of Canon 6 of the Code of Judicial Ethics, the California Rules of Court and the Federal Rules of Civil Procedure  She further certifies in accordance with Fed. R. Civ. P.53 (b)(3)(A) that there is no ground for disqualification under  28 U.S.C.§ 455.

Dated:  May 2, 2024       By: ____*Gandler*____
                                                                   Hon. Gail A. Andler (Ret.)

SO ORDERED, on this ___ day of _____, 2024.

                                    By: _____
                                          Hon. William H. Orrick
                                          United States District Judge

CERTIFICATE OF SERVICE

I hereby certified that on May 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to call counsel of record.

By: /s/Ellen Relkin
Ellen Relkin