```
1  Michael L. O'Donnell (admitted pro hac vice)
   odonnell@wtotrial.com
2  James E. Hooper (admitted pro hac vice)
   hooper@wtotrial.com
3  Marissa S. Ronk (admitted pro hac vice)
   ronk@wtotrial.com
4  Ellen E. Herzog (admitted pro hac vice)
   herzog@wtotrial.com
5  Wheeler Trigg O'Donnell LLP
   370 Seventeenth Street, Suite 4500
6  Denver, CO  80202-5647
   Telephone: 303.244.1800
7  Facsimile: 303.244.1879

8  Attorneys for Defendant McLane Company, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No: 19-md-02913-WHO<br><br>**NOTICE OF WITHDRAWAL OF JAMES E. HOOPER, JR. AS COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.** |
| This Document Relates to:<br><br>ALL PERSONAL INJURY ACTIONS | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James E. Hooper, Jr., admitted pro hac vice on April 10, 2020 (ECF 435), is withdrawn as counsel for Defendant McLane Company, Inc. ("McLane") in the above captioned litigation. Mr. Hooper will be no longer employed by McLane's counsel, Wheeler Trigg O'Donnell LLP, as of May 15, 2024. McLane will continue to be represented by the other attorneys of Wheeler Trigg O'Donnell, LLP who have entered an appearance in this matter, including those listed below. Please remove Mr. Hooper's name from all applicable service lists.

1

Case No. 3:19-md-02913-WHO
NOTICE OF WITHDRAWAL OF JAMES E. HOOPER, JR. AS
COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.

1  Dated: May 7th, 2024.                        WHEELER TRIGG O'DONNELL LLP

                                                By: */s/ Marissa S. Ronk*
                                                    Michael L. O'Donnell
                                                    James E. Hooper
                                                    Marissa S. Ronk
                                                    Ellen E. Herzog

                                                    *Attorneys for Defendant McLane Company, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 7, 2024, I electronically served the foregoing **NOTICE OF WITHDRAWAL OF JAMES E. HOOPER, JR. AS COUNSEL FOR DEFENDANT MCLANE COMPANY, INC.** with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to call counsel of record.

*s/Marissa S. Ronk*