Chelsea Shaffer (*admitted pro hac vice*)
WILKINSON STEKLOFF LLP
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8924
cshaffer@wilkinsonstekloff.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>**DEFENDANT ALTRIA'S NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. William H. Orrick |

Defendants Altria Group, Inc., Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises LLC, and Philip Morris USA Inc. ("Altria") hereby notifies this Court, pursuant to Local Rule 5-1(c)(2)(C), that Chelsea Shaffer of Wilkinson Stekloff LLP withdraws her appearance as counsel for Altria in this matter. Ms. Shaffer is departing Wilkinson Stekloff LLP as of May 10, 2024.

Defendant Altria will continue to be represented by all noticed counsel of Wilkinson Stekloff LLP.

Dated: May 10, 2024

Respectfully Submitted,

**WILKINSON STEKLOFF LLP**

By: /s/ Chelsea Shaffer
Chelsea Shaffer (pro hac vice)
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, NY 10036
Telephone: 212-294-8924
cshaffer@wilkinsonstekloff.com

*Attorneys for Defendants Altria Group Inc., Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises LLC, and Philip Morris USA Inc.*