ILLOVSKY & CALIA LLP
Eugene Illovsky (State Bar No. 117892)
eugene@illovskycalia.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Adam Bowen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL RELATED ACTIONS | Case No. 19-md-02913-WHO<br><br>**NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that effective immediately, undersigned counsel's firm has changed its name to Illovsky & Calia LLP.  Mr. Illovsky's new email address is eugene@illovskycalia.com.  The firm's mailing address and telephone number remain the same.

Dated:  May 13, 2024

ILLOVSKY & CALIA LLP

  _/s/Eugene Illovsky_____
Eugene Illovsky

Attorneys for Defendant
Adam Bowen

1   NOTICE OF CHANGE OF FIRM NAME AND
CONTACT INFORMATION
Case No.: 19-md-02913-WHO