# EXHIBIT A

| | |
|---|---|
| **From:** | Jeffrey L. Haberman |
| **To:** | JUUL_PlaintiffDiscovery@kirkland.com; JUULDiscovery@arnoldporter.com |
| **Cc:** | Farrell, Peter A.; renee.smith@kirkland.com; mguzman@kellogghansen.com; John.Massaro@arnoldporter.com; Jonathan R. Gdanski; Megan L. Barrett |
| **Subject:** | SERVICE OF COURT DOCUMENTS |
| **Date:** | Friday, August 25, 2023 4:51:24 PM |
| **Attachments:** | image001.png |

Dear Counsel:

In this link you will find the material required to be produced pursuant to MDL CMO 17 and JCCP CMO 15 for our clients who have opted out of the settlement. SLO Opt Out Clients' Document and Record Production

In addition, we write to notify you that we will be moving the Court to lift the stay of discovery as to Walker McKnight so that we can take his deposition and preserve his testimony.  Mr. McKnight underwent a double lung transplant and a kidney transplant in April 2022 as a result of injuries he sustained that were caused by Juul.  Time is of the essence to preserve Walker's testimony.  We seek to take this deposition at the end of September.  Please let us know by COB on Monday, August 28th if you'll agree to our noticing his deposition without Court intervention.

Please note we served the designated email addresses provided in the MDL and JCCP orders, let us know if additional counsel should be served.

Sincerely yours,

Jeff Haberman

CONFIDENTIALITY NOTICE: The confidentiality of this e-mail, including attachments, is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information contained in this e-mail is intended only for use of the individual or entity named above. This e-mail or the attachments may also contain trade secret or proprietary information; information protected by court orders; and/or may be subject to attorney-client privilege, work product privilege, or other privilege under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this e-mail in error, please delete it from your computer system and notify the sender immediately by calling us toll free at 1-877-467-8800.