[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>[**PROPOSED**] CASE MANAGEMENT ORDER NO. 21 REGARDING SETTLEMENT ADMINISTRATION |

JUUL Labs, Inc. and the JUUL-related defendants ("JLI") and Altria Group, Inc., and the Altria-related Defendants ("Altria") and Plaintiffs' Lead Counsel ("PLC") have negotiated Settlement Agreements with the Personal Injury Plaintiffs ("Settlement Agreements"). Under the Settlement Agreements, BrownGreer PLC has been named the Personal Injury Settlement Administrator charged with developing and implementing the Settlement Program and Plan of Allocation for both the JLI and Altria settlements. Case Management Order No. 18 (Doc. #4111) appoints BrownGreer PLC as the Personal Injury Settlement Administrator, and that appointment is confirmed herein.

The Settlement Oversight Committee has been appointed pursuant to the Settlement Agreements and includes two designated representatives from the MDL and two designated representatives from the MDL.

In order to fulfill their duties and responsibilities under the Settlement Agreements, BrownGreer and the Settlement Oversight Committee have been granted access to all information regarding eligible plaintiffs and may use such information as is necessary for the implementation of the Settlement Agreements, and must maintain its confidentiality in accordance with the applicable agreement to engage BrownGreer PLC to perform these functions, any order of this Court, or any other applicable law.

As appointees of the Court acting in a quasi-judicial capacity, BrownGreer PLC has quasi-judicial immunity regarding allocations to plaintiffs and payments to plaintiffs under the Settlement Agreements, absent independent negligence on BrownGreer PLC's behalf. This provision does not preclude motions to this Court in the exercise of its retained jurisdiction over the Settlement Agreements and this Order.

SO ORDERED, on this 14th day of May, 2024.

By: _____
Hon. William H. Orrick
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certified that on May 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to call counsel of record.

By: /s/Ellen Relkin
Ellen Relkin