1  [*Submitting Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| | **STIPULATION AND [PROPOSED] ORDER TO AMEND TRIBAL CASE SCHEDULE** |
| This Document Relates to: | |
| *Cheyenne and Arapaho Tribes of Oklahoma v. Juul Labs, Inc. et al.*, Case No. 3:21-cv-05134. | Judge: Hon. William H. Orrick |
| *Fond Du Lac Band of Lake Superior Chippewa v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03995 | |
| *Klamath Tribes v. Juul Labs, Inc.*, et al., Case No. 3:20-cv-03987 | |

The parties jointly stipulate and agree, subject to the Court's approval, to amend certain deadlines applicable in the above-captioned cases.

WHEREAS, at the Case Management Conference on May 6, 2024, the Court stated that it would grant the parties' request to modify pretrial deadlines in the Tribal bellwether litigation as set forth in the parties' Joint Case Management Statement. *See* Dkt. No. 4220 (outlining the parties' proposed amended schedule).

WHEREAS, following the May 6, 2024 case Management Conference, the parties met and conferred further and, in order to accommodate the schedules of the parties and subject to the Court's approval, jointly propose the following revised schedule for the deadlines below:

| Event | Current Deadline (Dkt. No. 4220) | Proposed Deadline |
|---|---|---|
| Depositions of Defendants' Experts.[1] | June 17, 2024 | August 16, 2024 |
| Deadline to file Summary Judgment and *Daubert* Motions | July 16, 2024 | September 14, 2024 |
| Deadline to file Oppositions to Summary Judgment and *Daubert* Motions | September 13, 2024 | November 12, 2024 |
| Deadline to file Replies in support of Summary Judgment and *Daubert* Motions | October 17, 2024 | December 16, 2024 |

THEREFORE, the parties therefore respectfully request that the Court enter an Order establishing the above deadlines.

---

[1] Plaintiffs reserve their right to seek submission of rebuttal expert reports following submission of Defendants' expert reports and deposition of Defendants' experts. Defendants dispute that rebuttal expert reports would be appropriate, and reserve all rights to contest any attempt by Plaintiffs to seek their submission.

| | | |
|---|---|---|
| 1 | Dated: May 16, 2024 | Respectfully submitted, |
| 2 | | By: */s/ Geoffrey D. Strommer* |
| 3 | |     Geoffrey D. Strommer |
| | |     HOBBS, STRAUS, DEAN & WALKER, LLP |
| 4 | |     215 SW Washington Street, Suite 200 |
| | |     Portland, OR 97204 |
| 5 | |     Telephone: 503-242-1745 |
| | |     gstrommer@hobbsstraus.com |

*Liaison Tribal Counsel*

By: */s/ John C. Massaro*
    John C. Massaro (*admitted pro hac vice*)
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Avenue NW
    Washington, DC 20001
    Telephone: 202-942-5000
    John.Massaro@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, I electronically filed the foregoing document and all attachments thereto with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing to all counsel of record.

By: */s/ Geoffrey D. Strommer*
Geoffrey D. Strommer
HOBBS, STRAUS, DEAN & WALKER, LLP
215 SW Washington Street, Suite 200
Portland, OR 97204
Telephone: 503-242-1745
gstrommer@hobbsstraus.com