UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**[PROPOSED]** ORDER AMENDING TRIBAL CASE SCHEDULE |
| This Document Relates to:<br><br>*Cheyenne and Arapaho Tribes of Oklahoma v. Juul Labs, Inc. et al.*, Case No. 3:21-cv-05134.<br><br>*Fond Du Lac Band of Lake Superior Chippewa v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03995<br><br>*Klamath Tribes v. Juul Labs, Inc.*, et al., Case No. 3:20-cv-03987 | Judge: Hon. William H. Orrick |

The Court hereby adopts the Parties' stipulation to amend the deadlines in the above-captioned cases as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Depositions of Defendants' Experts[1] | June 17, 2024 | August 16, 2024 |

---

[1] Plaintiffs reserve their right to seek submission of rebuttal expert reports following submission of Defendants' expert reports and deposition of Defendants' experts. Defendants dispute that

| | | |
|---|---|---|
| Deadline to file Summary Judgment and *Daubert* Motions | July 16, 2024 | September 14, 2024 |
| Deadline to file Oppositions to Summary Judgment and *Daubert* Motions | September 13, 2024 | November 12, 2024 |
| Deadline to file Replies in support of Summary Judgment and *Daubert* Motions | October 17, 2024 | December 16, 2024 |

Date: May 16, 2024

_____
HON. WILLIAM H. ORRICK
United States District Judge

---

rebuttal expert reports would be appropriate, and reserve all rights to contest any attempt by Plaintiffs to seek their submission.