UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-MD-02913-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Gabrielle M. Wilson, an active member in good standing of the bar of Florida hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **JUUL Labs, Inc.** in the above-entitled action. My local co-counsel in this case is waived through prior order of the Court, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1 Independent Drive<br>Suite 2300<br>Jacksonville, Florida 32202 | N/A |
| MY TELEPHONE # OF RECORD:<br>904-354-1980 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>N/A |
| MY EMAIL ADDRESS OF RECORD:<br>GWILSON@GUNSTER.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>N/A |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 1036090.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

1 | *I declare under penalty of perjury that the foregoing is true and correct.*

2 | Dated: May 20, 2024              /s/ Gabrielle M. Wilson
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gabrielle M. Wilson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE