UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,

Case No. 3:19-MD-02913-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gregor J. Schwinghammer, Jr., an active member in good standing of the bar of Florida hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **JUUL Labs, Inc.** in the above-entitled action. My local co-counsel in this case is <u>waived through prior order of the Court</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>777 S. Flagler Drive<br>Suite 500 East Tower<br>West Palm Beach, Florida 33401 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>N/A |
| MY TELEPHONE # OF RECORD:<br>561-650-0594 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>N/A |
| MY EMAIL ADDRESS OF RECORD:<br>GSCHWINGHAMMER@GUNSTER.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>N/A |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 90158.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 21, 2024                    <u>/s/ Gregor J. Schwinghammer, Jr.</u>
                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregor J. Schwinghammer, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

ACTIVE:22448423.1