UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-MD-02913-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Gregor J. Schwinghammer, Jr., an active member in good standing of the bar of Florida hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **JUUL Labs, Inc.** in the above-entitled action. My local co-counsel in this case is <u>waived through prior order of the Court</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
777 S. Flagler Drive
Suite 500 East Tower
West Palm Beach, Florida 33401

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
N/A

MY TELEPHONE # OF RECORD:
561-650-0594

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
N/A

MY EMAIL ADDRESS OF RECORD:
GSCHWINGHAMMER@GUNSTER.COM

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
N/A

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 90158.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 21, 2024                      /s/ *Gregor J. Schwinghammer, Jr.*
                                                               APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gregor J. Schwinghammer, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 21, 2024



UNITED STATES DISTRICT/MAGISTRATE JUDGE

ACTIVE:22448423.1