Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Lauren.Wulfe@arnoldporter.com

Paul W. Rodney (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th Street, Suite 3100
Denver, CO 80202
Telephone: 303-863-1000
Facsimile: 303-832-0428
Paul.Rodney@arnoldporter.com

John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
John.Massaro@arnoldporter.com
Daphne.OConnor@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Attorneys for Defendants Altria Group, Inc.,
Philip Morris USA Inc., Altria Client Services LLC,
Altria Group Distribution Company, and
Altria Enterprises LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Plaintiffs Identified in Exhibit B* | Case No.:19-MD-02913-WHO<br><br>**NOTICE REGARDING ALTRIA'S MOTION TO DISMISS WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS**<br><br>Hon. William H. Orrick<br><br>Date:   May 29, 2024<br>Time:   2:00 pm |

# NOTICE REGARDING UPDATED LIST OF
# NON-COMMUNICATING PERSONAL INJURY PLAINTIFFS

Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC ("Altria") respectfully submit this notice to update the Court regarding the Non-Communicating Plaintiffs whose claims are subject to Altria's Motion To Dismiss With Prejudice Non-Communicating Plaintiffs' Claims (D.E. 4216) (the "Motion").

As previewed during the May 6, 2024 Case Management Conference, after Altria filed its Motion, a handful of personal injury plaintiffs who previously were non-communicative contacted the Personal Injury Settlement Administrator and/or counsel regarding participating in the Personal Injury Settlement. *See* May 6, 2024 Tr. at 29-30. In light of these recent communications, Altria has removed one plaintiff whose case is pending in this MDL from the list of Non-Communicating Plaintiffs to allow for this plaintiff to participate in the Personal Injury Settlement, while reserving all rights to renew the Motion as to this plaintiff as warranted.[1]

None of the other Non-Communicating Plaintiffs have filed an opposition or response to the Motion or have otherwise contacted the Personal Injury Settlement Administrator. *See* Exhibit A, Supplemental Declaration from the Personal Injury Settlement Administrator. The claims of the Non-Communicating Plaintiffs listed in Exhibit B should be dismissed with prejudice.

Dated: May 22, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ David E. Kouba*
John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
Angela R. Vicari (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

---

[1] *Lisa Marie Vail, individually and on behalf of the Estate of Daniel David Wakefield v. Juul Labs, Inc. et al.*, 3:19-cv-06597-WHO. The other newly communicating plaintiffs have cases pending in Judicial Counsel Coordination Proceeding No. 5052.

# CERTIFICATE OF SERVICE

I, David E. Kouba, hereby certify that on the 22nd day of May, 2024, I caused to be electronically filed the foregoing **NOTICE REGARDING ALTRIA'S MOTION TO DISMISS WITH PREJUDICE NON-COMMUNICATING PLAINTIFFS' CLAIMS** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:  /s/ David E. Kouba

David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
David.Kouba@arnoldporter.com