# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A to Altria's Notice of Motion and Motion to Dismiss with Prejudice Non-Communicating Plaintiffs' Claims* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**AFFIDAVIT OF MORGAN M. MEADOR**

I, MORGAN M. MEADOR, hereby declare and state as follows:

1. **Personal Information.** My name is Morgan M. Meador. I am a Partner at BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia 23231 ("BrownGreer").

2. **The Capacity and Basis of this Declaration.** I am over the age of 21. Unless otherwise noted, the matters set forth in this Declaration are based upon my personal knowledge, information received from the parties in this proceeding (the "Parties"), and information provided by my colleagues at BrownGreer.

3. **BrownGreer's Appointment as Settlement Administrator.** On July 26, 2023, Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Enterprises, LLC, and Altria Group Distribution Company (collectively "**Altria**"); and Plaintiffs' Leadership in MDL No. 2913 and JCCP No. 5052 on behalf of all Personal Injury Plaintiffs, (together, the "**Parties**") entered into a Settlement Agreement to establish a program to resolve the actions, disputes and claims that the settling Personal Injury Plaintiffs and their counsel have or could have asserted against Altria and any other Released Party in respect of the Released Claims and Liabilities. Section 1.33 of the Settlement Agreement named BrownGreer as Personal Injury Settlement Administrator ("Settlement Administrator").

4. **The Role of the Settlement Administrator.** The Settlement Administrator's duties in this program include:

(a) Collecting and holding in escrow pending receipt of the Personal Injury Settlement Amount into the Personal Injury Qualified Settlement Account all Eligible Plaintiff Participation Forms and Releases submitted by Eligible Plaintiffs who wish to participate in the settlement program.

(b) Providing a list of Personal Injury Opt-Outs and Non-Communicating Plaintiffs to Altria and Plaintiffs' Leadership.

(c) Sending Notices to Counsel for Eligible Plaintiffs who failed to submit complete Eligible Plaintiff Participation Forms and Releases.

5. ***The Purpose of this Declaration.*** I submit this Declaration to detail BrownGreer's execution of a portion of the duties described above.

6. ***Non-Communicating Plaintiffs.*** Sections 7.1 and 9.1 of the Settlement Agreement required Counsel to produce a list of all Non-Communicating Plaintiffs to the Settlement Administrator by January 2, 2024.

7. Upon receipt of the lists sent to us by Counsel, we compiled them into one comprehensive list of Non-Communicating Plaintiffs, which we sent by email to Altria and Plaintiffs' Leadership as follows:

(a) January 19, 2024: 1,582 Non-Communicating Plaintiffs, 524 of which were MDL Plaintiffs;

(b) January 26, 2024: 1,553 Non-Communicating Plaintiffs, 517 of which were MDL Plaintiffs[1];

(c) February 2, 2024: 1,551 Non-Communicating Plaintiffs, 519 of which were MDL Plaintiffs[2];

---

[1] The total number of Non-Communicating Plaintiffs was reduced because 29 Non-Communicating Plaintiffs submitted completed enrollment packages.
[2] The total number of MDL Non-Communicating Plaintiffs increased because two MDL Non-Communicating Plaintiffs had submitted completed enrollment packages, but four MDL Plaintiffs that were inadvertently removed from the prior list were confirmed to be Non-Communicating Plaintiffs.

2

(d) February 9, 2024:  1,518 Non-Communicating Plaintiffs, 512 of which were MDL Plaintiffs[3];

(e) February 16, 2024:  923 Non-Communicating Plaintiffs, 240 of which were MDL Plaintiffs[4];

(f) February 23, 2024:  916 Non-Communicating Plaintiffs, 241 of which were MDL Plaintiffs[5];

(g) March 1, 2024:  915 Non-Communicating Plaintiffs, 240 of which were MDL Plaintiffs[6];

(h) March 15, 2024:  914 Non-Communicating Plaintiffs, 240 of which were MDL Plaintiffs[7];

(i) March 29, 2024:  908 Non-Communicating Plaintiffs, 240 of which were MDL Plaintiffs[8];

(j) April 1, 2024:  905 Non-Communicating Plaintiffs, 238 of which were MDL Plaintiffs[9];

(k) April 16, 2024:  884 Non-Communicating Plaintiffs, 232 of which were MDL Plaintiffs[10];

---

[3] The total number of Non-Communicating Plaintiffs was reduced because 33 Non-Communicating Plaintiffs submitted completed enrollment packages.
[4] The total number of Non-Communicating Plaintiffs decreased because 595 plaintiffs were removed because they were Non-Communicating Plaintiffs in the JLI Settlement and therefore their cases against Altria had already been dismissed.
[5] Although the total number of Non-Communicating Plaintiffs decreased, the number of MDL plaintiffs increased because eight Non-Communicating Plaintiffs in the JCCP action completed enrollment packages and were removed as Non-Communicating Plaintiffs, and one MDL Plaintiff that was inadvertently removed from a prior list was confirmed to be Non-Communicating.
[6] The total number of Non-Communicating Plaintiffs was reduced because one MDL Non-Communicating Plaintiff submitted a completed enrollment package.
[7] Although the total number of Non-Communicating Plaintiffs decreased, the number of MDL plaintiffs stayed the same because a JCCP plaintiff who was previously identified as Non-Communicating confirmed his intent to Opt Out of the Settlement.
[8] Although the total number of Non-Communicating Plaintiffs decreased, the number of MDL plaintiffs stayed the same because six JCCP Non-Communicating Plaintiffs submitted completed enrollment packages.
[9] The total number of Non-Communicating Plaintiffs was reduced because three Non-Communicating Plaintiffs submitted completed enrollment packages.
[10] The total number of Non-Communicating Plaintiffs was reduced because 22 Non-Communicating Plaintiffs submitted completed enrollment packages, and one MDL plaintiff who was previously

    (l) April 19, 2024: 875 Non-Communicating Plaintiffs, 231 of which were MDL Plaintiffs[11]; and

    (m) May 22, 2024: 856 Non-Communicating Plaintiffs, 230 of which were MDL Plaintiffs[12].

**8.** In addition to sending a comprehensive list of Non-Communicating Plaintiffs to Altria and Plaintiffs' Leadership, we issued Failure to Comply Notices to counsel for the Non-Communicating Plaintiffs. The Failure to Comply Notice provided each Plaintiff with a 10-day deadline to request reconsideration and cure the deficiencies that led to the Notice. As of January 9, 2024, we have issued Failure to Comply Notices to all 230 Non-Communicating Plaintiffs with claims filed in the MDL.

**9.** The 10-day deadline to request reconsideration has expired for all Non-Communicating Plaintiffs who received Failure to Comply Notices. To date, 230 MDL Plaintiffs have not cured the deficiencies that led to the Notice.

**10.** Attached to this Declaration as **Exhibit A** is a list of the 230 MDL Plaintiffs who have been identified as Non-Communicating Plaintiffs and who remain Non-Communicating Plaintiffs after receiving the Settlement Administrator's Failure to Comply Notice.

I, Morgan M. Meador, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. Executed on this 22nd day of May, 2024.

                                                                 */s/ Morgan M. Meador*
                                                                  Morgan M. Meador

---

identified as Non-Communicating confirmed his intent to Opt Out of the Settlement. Additionally, two JCCP plaintiffs who failed to submit completed enrollment packages were added to the list of Non-Communicating Plaintiffs.

[11] The total number of Non-Communicating Plaintiffs was reduced because nine Non-Communicating Plaintiffs submitted completed enrollment packages.

[12] The total number of Non-Communicating Plaintiffs was reduced because 18 Non-Communicating Plaintiffs submitted completed enrollment packages and one MDL Non-Communicating Plaintiff was removed while they consider whether to participate in the Settlement.

# EXHIBIT A

| | Altria Personal Injury Settlement Program<br>MDL Non-Communicating Plaintiffs Subject to Dismissal<br>(As of 5/22/2024) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Plaintiff ID** | **First Name** | **Middle Initial** | **Last Name** | **Case Caption** | **Docket Number** | **Law Firm** |
| 1. | MDL-1769 | Erik | | Acheson | Erik Acheson v. JUUL Labs Inc., et al | 3:20-cv-06083 | Morgan & Morgan |
| 2. | MDL-1057 | Reagan | | Adams | R.A., a minor, by an dthrough his parent and next friend, PHILIP ADAMS v. JUUL Labs Inc., et al | 3:20-cv-01160 | Morgan & Morgan |
| 3. | MDL-6744 | Ryker | | Allen | N/A | N/A | Morgan & Morgan |
| 4. | MDL-9198 | Madison | | Alspach | | | Douglas & London |
| 5. | MDL-7281 | Kira | | Ambrosi | Kira Ambrosi v. JUUL Labs Inc., et al | 3:22-cv-05846 | Morgan & Morgan |
| 6. | MDL-7470 | Anzhelika | | Amelina | Anzhelika Amelina v. JUUL Labs Inc., et al | 3:22-cv-07817 | Morgan & Morgan |
| 7. | MDL-5346 | KEVYN | | ANNONIO | Kevyn Annonio v. Juul Labs, Inc. et al | 3:21-cv-5676 | Pulaski Law Firm, PLLC |
| 8. | MDL-1118 | Ashlin | | Ardito | Ashlin Ardito v. JUUL Labs, Inc. | 3:20-cv-00908 | Watts Guerra, LLP |
| 9. | MDL-9625 | Barbara | | Arnold | Barbara Arnold v. JUUL Labs, Inc., et. al | 3:22-cv-07555 | Watts Guerra, LLP |
| 10. | MDL-9665 | Matai | | Barre | Jennifer Chan as Guardian ad Litem to M.B., a minor v. JUUL Labs, Inc., et. al. | 3:22-cv-07574 | Watts Guerra, LLP |
| 11. | MDL-10502 | David | | Beckett | David Beckett v. JUUL Labs Inc., et al | 3:22-cv-06809 | Morgan & Morgan |
| 12. | MDL-1383 | Tyler | | Bergey | Tyler Bergey v. JUUL Labs, Inc. | 3:20-cv-03428 | Watts Guerra, LLP |
| 13. | MDL-6707 | Jacob | | Bligh | Jacob Bligh v. JUUL Labs Inc., et al | 3:22-cv-06657 | Morgan & Morgan |
| 14. | MDL-9611 | Leiyah | | Bonday | Leiyah Bonday v. JUUL Labs, Inc., et. al | 3:22-cv-07579 | Watts Guerra, LLP |
| 15. | MDL-10952 | SHANE | M | BRIDGES | | | Hare Wynn Newell & Newton |
| 16. | MDL-6014 | Daniel | | Britton | Daniel Britton v. JUUL Labs Inc., et al | 3:21-cv-07976 | Morgan & Morgan |
| 17. | MDL-10967 | Garner | | Brown | Brown v. Juul Labs, Inc. et al | 3:22-cv-07729-WHO | ASK LLP |
| 18. | MDL-8037 | Brock | | Brownlee | Brock Kerns | 3:22-cv-08535 | Pulaski Law Firm, PLLC |
| 19. | MDL-10785 | Olivia | | Buchika | Ben Simon v. JUUL Labs Inc., et al | 3:22-cv-08052 | Morgan & Morgan |
| 20. | MDL-9483 | Devin | | Bullins | Devin Bullins v. JUUL Labs Inc., et al | 3:22-cv-02264 | Morgan & Morgan |
| 21. | MDL-7386 | Julia | | Burden | Julia Burden v. JUUL Labs Inc., et al | 3:22-cv-06919 | Morgan & Morgan |
| 22. | MDL-7266 | Francesco | | Camilli | Francesco Camilli v. JUUL Labs Inc., et al | 3:22-cv-06831 | Morgan & Morgan |
| 23. | MDL-1804 | KENNETH | | CAMPBELL | Kenneth Campbell v. JUUL Labs, Inc. et al. | 3:20-cv-03738 | Oliver Law Group P.C. |
| 24. | MDL-7107 | Sebastian | | Capote | Sebastian Capote v. JUUL Labs Inc., et al | 3:22-cv-06773 | Morgan & Morgan |
| 25. | MDL-5888 | Noah | | Carbert | Noah Carbert v. JUUL Labs Inc., et al | 3:21-cv-09692 | Morgan & Morgan |
| 26. | MDL-3750 | ADRIANNA | | CARDELL | Adrianna Cardell vs JUUL Labs Inc | 3:20-cv-08820 | Beasley Allen |
| 27. | MDL-10929 | DEREK | | CARVER | Carver, Derek v. Juul Labs, Inc., | 3:22-CV-06178-WHO | Frazer PLC |
| 28. | MDL-7667 | Tyler | | Chance | N/A | N/A | Morgan & Morgan |
| 29. | MDL-10951 | CLAIRE | E | CHIQUETE | | | Hare Wynn Newell & Newton |
| 30. | MDL-10862 | AMBER | | CHUTE | | | Simmons Hanly Conroy |
| 31. | MDL-8236 | Jeremiah | | Clarke | Jeremiah Clarke | 3:22-cv-8175 | Pulaski Law Firm, PLLC |
| 32. | MDL-3517 | RONALD | | CLAYTOR | Claytor v. JUUL Labs, Inc., et al. | 3:20-cv-08316 | Beasley Allen |
| 33. | MDL-8242 | Ashten | | Coker | Ashten Coker v. Juul Labs, Inc. et al | 3:22-cv-02484 | Pulaski Law Firm, PLLC |
| 34. | MDL-9240 | Ashten | | Coker | | | Douglas & London |
| 35. | MDL-1067 | Bridgette | | Collins | B.C., a Minor, by Tara Dye, Her Mother and Next Friend, | 3:20-cv-02375 | Morgan & Morgan |
| 36. | MDL-8251 | Don | | Cooper | | | Pulaski Law Firm, PLLC |
| 37. | MDL-3753 | Ryan | | Cooper | Ryan Cooper v. Juul Labs, Inc. et al | 20-cv-08333 | Romanucci & Blandin, LLC |
| 38. | MDL-8257 | Rose | | Cosenza | Rose Cosenza v. Juul | 3:22-cv-08570 | Pulaski Law Firm, PLLC |
| 39. | MDL-7429 | Melanie | | Cosmes | Melanie Cosmes v. JUUL Labs Inc., et al | 3:22-cv-07873 | Morgan & Morgan |
| 40. | MDL-10750 | GABRIEL | | CROFT | Croft v. Juul Labs, Inc., et al | 3:22-cv-06107-WHO | ASK LLP |
| 41. | MDL-10694 | JULIA | | CURTIS | Julia Curtis v. JUUL Labs, Inc., et al. | 3:22-cv-07982 | Beasley Allen |
| 42. | MDL-10930 | RECE | | DALE | Dale, Rece v. Juul Labs, Inc., | 3:22-CV-06188-WHO | Frazer PLC |
| 43. | MDL-4090 | Keyosha | | Decuir | Keyosha Decuir v. JUUL Labs, Inc., et. al | 3:20-cv-08919 | Watts Guerra, LLP |
| 44. | MDL-8285 | Andrew | | Delk | | | Pulaski Law Firm, PLLC |
| 45. | MDL-5192 | BOBBY | | DICKENS | Reeder et al v. Juul Labs, Inc. et al | 3:21-cv-05959 | Parker Waichman LLP |
| 46. | MDL-10931 | KEITH | | DINKINS | Dinkins, Keith v. Juul Labs, Inc., | 3:22-CV-06208-WHO | Frazer PLC |
| 47. | MDL-6057 | LONNY | | DITELLA | Justin Sathue v. JUUL Labs, Inc. et al | 3:21-cv-10061 | Pulaski Law Firm, PLLC |
| 48. | MDL-1842 | Zachary | | Doe | Zachary Doe v. JUUL Labs, Inc., et al | 3:20-cv-06601 | Morgan & Morgan |
| 49. | MDL-7538 | Madison | | Doty | Madison Doty v. JUUL Labs Inc., et al | 3:22-cv-06476 | Morgan & Morgan |
| 50. | MDL-6728 | Audreeanna | | Downing | Audreeanna Downing v. JUUL Labs Inc., et al | 3:22-cv-06741 | Morgan & Morgan |
| 51. | MDL-1063 | Bennett | | DuBois | Bennett DuBois v. JUUL Labs Inc., et al | 3:20-cv-01369 | Morgan & Morgan |
| 52. | MDL-10778 | Shawn | | Dudani | Dudani v. Juul Labs, Inc. previously d/b/a Pax Labs, Inc. and Ploom Inc. et al | 3:22-cv-08400-WHO | ASK LLP |
| 53. | MDL-4654 | Jaiden | | Dunstan | J.D., by and through Kristyn Dunstan, as Next Friend and Parent v. JUUL Labs Inc., et al | 3:21-cv-02034 | Morgan & Morgan |
| 54. | MDL-9272 | Joseph | | Economides | | | Douglas & London |
| 55. | MDL-4044 | Kathryn | | Edmond | Kathryn Edmond v. JUUL Labs, Inc., et. al | 3:20-cv-09192 | Watts Guerra, LLP |
| 56. | MDL-7776 | ALEXANDER | | ERDELLAN | Alexander Erdellan v. Juul, et al. | 3:22-cv-07997 | Pulaski Law Firm, PLLC |
| 57. | MDL-7089 | Eduardo | | Fabri | Eduardo Fabri v. JUUL Labs Inc., et al | 3:22-cv-05590 | Morgan & Morgan |
| 58. | MDL-4508 | ELAINA | | FEAGANS | | | Grant & Eisenhofer |
| 59. | MDL-10923 | Abigail | | Ferris | Ferris v. Juul Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al | 3:22-cv-08202-WHO | ASK LLP |
| 60. | MDL-3880 | JOSEPH | LEE | FERRIS | Joseph Ferris v. JUUL Labs Inc., et al | 3:20-cv-07745 | Parker Waichman LLP |
| 61. | MDL-9543 | Emily | Grace | Fight | Emily Grace Fight V juul Labs, Inc et. al | 3:22-cv-07384 | Watts Guerra, LLP |
| 62. | MDL-10972 | Giavanna | | Fioretti | Giavanna Fioretti v. JUUL Labs Inc., et al | 3:22-cv-06368 | Morgan & Morgan |
| 63. | MDL-5302 | CARNEILROUS | | FLUCKER | Carneilrous Flucker | 3:21-cv-6373 | Pulaski Law Firm, PLLC |
| 64. | MDL-6879 | Travis | | Ford | Travis Ford v. JUUL Labs Inc., et al | 3:22-cv-04333 | Morgan & Morgan |
| 65. | MDL-7697 | Taylor | | Freels | N/A | N/A | Morgan & Morgan |
| 66. | MDL-7807 | DAKOTA | | FROST | DAKOTA FROST | 3:22-cv-07847 | Pulaski Law Firm, PLLC |
| 67. | MDL-4638 | Tahj | | Fulcher | Tahj Fulcher v. JUUL Labs Inc., et al | 3:21-cv-00563 | Morgan & Morgan |
| 68. | MDL-8348 | Julia | | Garrett | Julia Garrett v. JUUL et. al. | 3:22-cv-8383 | Pulaski Law Firm, PLLC |
| 69. | MDL-5429 | MITCHELL | | GERSH | Gersh vs. JUUL Labs, Inc et. al. | 3:21-cv-07455-WHO | Beasley Allen |
| 70. | MDL-7452 | Basmalah | | Ghahin | Basmalah Ghahin v. JUUL Labs Inc., et al | 3:22-cv-06281 | Morgan & Morgan |
| 71. | MDL-7305 | Lincoln | | Gibson | Lincoln Gibson v. JUUL Labs Inc., et al | 3:22-cv-06942 | Morgan & Morgan |
| 72. | MDL-9297 | Samuel | | Gill | | | Douglas & London |
| 73. | MDL-7931 | Jaime | | Gomez | | | Pulaski Law Firm, PLLC |
| 74. | MDL-7933 | Camilo | | Gonzalez | | | Pulaski Law Firm, PLLC |
| 75. | MDL-8565 | JONATHAN | | GRANTHAM | | | Allen & Nolte, PLLC |
| 76. | MDL-10525 | Devin | | Gryl | Devin Gryl v. JUUL Labs Inc., et al | 3:22-cv-06683 | Morgan & Morgan |
| 77. | MDL-7950 | Alberto | | Guerrero | | | Pulaski Law Firm, PLLC |
| 78. | MDL-6709 | Liam | | Guise | N/A | N/A | Morgan & Morgan |
| 79. | MDL-10504 | Wyatt | | Harrington | Wyatt Harrington v. JUUL Labs Inc., et al | 3:22-cv-06821 | Morgan & Morgan |
| 80. | MDL-1853 | Hunter | | Haynes | Hunter Haynes v. JUUL Labs, Inc., et al | 3:20-cv-07091 | Watts Guerra, LLP |
| 81. | MDL-7976 | Debbie | | Hennessy | Debbie Hennessy v. JUUL et. al. | 3:22-cv-08018 | Pulaski Law Firm, PLLC |
| 82. | MDL-7268 | Daniel | | Hermida | Daniel Hermida v. JUUL Labs Inc., et al | 3:22-cv-06807 | Morgan & Morgan |

**Altria Personal Injury Settlement Program**
**MDL Non-Communicating Plaintiffs Subject to Dismissal**
(As of 5/22/2024)

| | Plaintiff_ID | First Name | Middle Initial | Last Name | Case Caption | Docket Number | Law Firm |
|---|---|---|---|---|---|---|---|
| 83. | MDL-7439 | Ashley | | Hicks | Ashley Hicks v. JUUL Labs Inc., et al | 3:22-cv-00336 | Morgan & Morgan |
| 84. | MDL-10786 | Tyler | | Higgins | Higgins v. Juul Labs, Inc. et al | 3:22-cv-08139-WHO | ASK LLP |
| 85. | MDL-10950 | ELI | | HINES | | | Hare Wynn Newell & Newton |
| 86. | MDL-4128 | JACOB | M | HISER | | | Grant & Eisenhofer |
| 87. | MDL-4025 | SCOTT | | HORTON | Scott Horton, individually and on behalf of his minor child J.H. v. Juul, et al. | 3:20-cv-08510-WHO | Louison, Costello, Condon & Pfaff, LLP |
| 88. | MDL-9359 | Ralph | | Howell | Messina, et al. | 22-cv-07109 | Douglas & London |
| 89. | MDL-6839 | Kaitlyn | | Hunt | Kaitlyn Hunt v. JUUL Labs Inc., et al | 3:22-cv-05650 | Morgan & Morgan |
| 90. | MDL-6718 | Noah | | Hutchinson | Noah Hutchinson v. JUUL Labs Inc., et al | 3:22-cv-06649 | Morgan & Morgan |
| 91. | MDL-6395 | TYLER | | HUTE | | | Douglas & London |
| 92. | MDL-5206 | Maria | | Ireland | Maria Ireland v. JUUL Labs, Inc. et al. | 3:21-cv-06413-WHO | Watts Guerra, LLP |
| 93. | MDL-11051 | Claudia | | Irving | Claudia Irving v. Juul | 3:22-cv-8724 | Pulaski Law Firm, PLLC |
| 94. | MDL-6854 | Shantasia | | Jacob | Shantasia Jacob v. JUUL Labs Inc., et al | 3:22-cv-05909 | Morgan & Morgan |
| 95. | MDL-9368 | Kendell | | Johnson | | | Douglas & London |
| 96. | MDL-5620 | Khadija | | Julien | Khadija Julien v. JUUL Labs, Inc., et. al. | 3:21-cv-08418 | Watts Guerra, LLP |
| 97. | MDL-3381 | Nicholas | | Kapon | Nicholas Kapon v. JUUL Labs Inc., et al | 3:20-cv-07500 | Morgan & Morgan |
| 98. | MDL-7507 | Kobie | | Karhoff | Kobie Karhoff v. JUUL Labs Inc., et al | 3:22-cv-06447 | Morgan & Morgan |
| 99. | MDL-4767 | Aram | | Kashakhi | Aram Kashakhi v. JUUL Labs Inc., et al | 3:21-cv-04070 | Morgan & Morgan |
| 100. | MDL-4932 | Steven | | Keenum | Steven Keenum v. JUUL Labs, Inc., et al. | 3:21-cv-05051-WHO | Watts Guerra, LLP |
| 101. | MDL-1682 | MADISEN | | KEFFER | Timugen Keffer, Individually and as Personal Representative for the Estate of his minor child, M.K., Deceased v. Juul Labs, Inc. et al | 3:19-md-02913-WHO | Pulaski Law Firm, PLLC |
| 102. | MDL-7275 | Justin | | Kehoe | Justin Kehoe v. JUUL Labs Inc., et al | 3:22-cv-06924 | Morgan & Morgan |
| 103. | MDL-1135 | Allyssa | | Keller | Allyssa Keller, Plaintiff, v. JUUL Labs, Inc., Defendants | 3:20-cv-00262-WHO | Watts Guerra, LLP |
| 104. | MDL-11029 | KAYLA | | KENVILLE | Kayla Ohlde v. JUUL et. al. | 3:22-cv-8835 | Pulaski Law Firm, PLLC |
| 105. | MDL-7440 | Bryer | | Ketterman | Bryer Ketterman v. J JUUL Labs Inc., et al | 3:22-cv-06341 | Morgan & Morgan |
| 106. | MDL-7374 | Mercury | | Khalsa | Mercury Khalsa v. JUUL Labs Inc., et al | 3:22-cv-06592 | Morgan & Morgan |
| 107. | MDL-9615 | Rose | | King | Rose King v. JUUL Labs, Inc., et. al | 3:22-cv-07583 | Watts Guerra, LLP |
| 108. | MDL-11346 | Kyle | | Kirk | Kyle Kirk v. Juul | 3:22-cv-8811 | Pulaski Law Firm, PLLC |
| 109. | MDL-3868 | Gabrielle | | Kirkendol | Gabrielle Kirkendol v. JUUL Labs Inc., et al | 3:20-cv-08299 | Morgan & Morgan |
| 110. | MDL-6947 | Tatum | | Klosterman | Tatum Klosterman v. JUUL Labs Inc., et al | 3:22-cv-05914 | Morgan & Morgan |
| 111. | MDL-6791 | James | | Knight | James Knight v. JUUL Labs Inc., et al | 3:22-cv-04666 | Morgan & Morgan |
| 112. | MDL-8053 | Chase | | Kristiansen | Chase Kristiansen | 3:22-cv-07936 | Pulaski Law Firm, PLLC |
| 113. | MDL-7106 | Colby | | Kudla | Colby Kudla v. JUUL Labs Inc., et al | 3:22-cv-06346 | Morgan & Morgan |
| 114. | MDL-6487 | Jadon | | Kummers | Kummers v. JUUL Labs, Inc. et al | 3:22-cv-06151 | Goza & Honnold, LLC |
| 115. | MDL-4155 | ALISSA | | LAKE | Alissa Lake v. Juul Labs, Inc. et al | 3:20-cv-08927 | Pulaski Law Firm, PLLC |
| 116. | MDL-1139 | Aaron | | Lau | Aaron Lau v. JUUL Labs, Inc. | 3:20-cv-01146 | Watts Guerra, LLP |
| 117. | MDL-3861 | RONISHA | | LAWSON | Ronisha Lawson v. Juul Labs, Inc. et al | 3:20-cv-08342 | Pulaski Law Firm, PLLC |
| 118. | MDL-1815 | JOSEF | | LEWIS | Josef Lewis v. JUUL Labs, Inc., previously d/b/a PAX LABS, INC. and PLOOM INC. et al | 3:20-cv-06135 | Pulaski Law Firm, PLLC |
| 119. | MDL-6991 | Kyle | | Lichtenstein | Kyle Lichtenstein v. JUUL Labs Inc., et al | 3:22-cv-05673 | Morgan & Morgan |
| 120. | MDL-7303 | Brandi | | Licoski | Brandi Licoski v. JUUL Labs Inc., et al | 3:22-cv-06338 | Morgan & Morgan |
| 121. | MDL-6857 | Connor | | Loos | Connor Loos v. JUUL Labs Inc., et al | 3:22-cv-05729 | Morgan & Morgan |
| 122. | MDL-6918 | Sarel | | Lopez | Sarel Lopez v. JUUL Labs Inc., et al | 3:22-cv-05684 | Morgan & Morgan |
| 123. | MDL-5843 | Greta | | Loraditch | Greta Loraditch v. JUUL Labs Inc., et al | 3:21-cv-09607 | Morgan & Morgan |
| 124. | MDL-4834 | Fernando | | Lucchetti | Fernando Lucchetti v. JUUL Labs Inc., et al | 3:21-cv-04713 | Morgan & Morgan |
| 125. | MDL-7347 | Trae | | Luppens | Trae Luppens v. JUUL Labs Inc., et al | 3:22-cv-05916 | Morgan & Morgan |
| 126. | MDL-10934 | JUMAUIS | | MACK | Mack, Jumauis v. Juul Labs, Inc., | 3:22-CV-06283-WHO | Frazer PLC |
| 127. | MDL-7699 | Carson | | MacMillan | N/A | N/A | Morgan & Morgan |
| 128. | MDL-1097 | Damian | | Maffei | Damian Maffei v. JUUL Labs Inc., et al | 3:20-cv-02656 | Morgan & Morgan |
| 129. | MDL-5605 | HUGH | JOSEPH | MANUEL | | | Napoli Shkolnik PLLC |
| 130. | MDL-6701 | William | | Marchiani | William Marchiani v. JUUL Labs Inc., et al | 3:22-cv-06805 | Morgan & Morgan |
| 131. | MDL-10744 | ROMERO | | MAXIMUS | | | Douglas & London |
| 132. | MDL-10799 | Caden | | McCandless | McCandless v. Juul Labs, Inc. et al | 3:22-cv-06697-WHO | ASK LLP |
| 133. | MDL-11081 | Michika | | McClinton | Michika McClinton v Juul, et al. | 3:22-cv-08750 | Pulaski Law Firm, PLLC |
| 134. | MDL-1031 | JOHN | | MCCLURE | McClure v. JUUL Labs, Inc. et. al. | 3:20-cv-01838 | Beasley Allen |
| 135. | MDL-7679 | Kayleigh | | McGovern | N/A | N/A | Morgan & Morgan |
| 136. | MDL-8111 | Lindy | | McGraw | Lindy McGraw | 3:22-cv-08040 | Pulaski Law Firm, PLLC |
| 137. | MDL-1145 | Richard | | McMillon | Richard McMillon v. JUUL Labs,Inc. | 3:20-cv-01315 | Watts Guerra, LLP |
| 138. | MDL-10291 | Anthony | | Mellis | Anthony Mellis v. JUUL Labs Inc., et al | 3:22-cv-05704 | Morgan & Morgan |
| 139. | MDL-8121 | Humayun | | Mian | | 3:22-cv-07892 | Pulaski Law Firm, PLLC |
| 140. | MDL-5016 | SHAYLEN | | MILLER | Bailey v. Juul Labs, Inc. et al | 3:21-cv-04798 | Beasley Allen |
| 141. | MDL-7495 | Marcela | | Modrusic | Marcela Modrusic v. JUUL Labs Inc., et al | 3:22-cv-06494 | Morgan & Morgan |
| 142. | MDL-6851 | Bahja | | Mohamoud | Bahja Mohamoud v. JUUL Labs Inc., et al | 3:22-cv-05709 | Morgan & Morgan |
| 143. | MDL-11107 | KELSEY | M | MORGAN BROWN | | | Pulaski Law Firm, PLLC |
| 144. | MDL-7822 | Tabitha | | Morris | Tabitha Morris v. JUUL et. al. | 3:22-cv-8371 | Pulaski Law Firm, PLLC |
| 145. | MDL-1219 | Julian | | Muhlemann | Julian Muhlemann v. JUUL Labs Inc., et al | 3:20-cv-02822 | Morgan & Morgan |
| 146. | MDL-7827 | Jane | | Mulvahill | Jane Mulvahill | 3:22-cv-8290 | Pulaski Law Firm, PLLC |
| 147. | MDL-4293 | MATTHEW | | MURPHY | Matthew Murphy et al. v. Juul Labs, Inc. | 3:2019-cv-06927 (cand) | Public Health Advocacy Institute |
| 148. | MDL-3825 | NOAH | | MURRAY | Noah Murray vs JUUL Labs Inc | 3:20-cv-09121 | Beasley Allen |
| 149. | MDL-10800 | Dylan | | Muscari | Muscari v. Juul Labs, Inc., previously d/b/a as Pax Labs, Inc. and Ploom Inc. et al | 3:22-cv-07968-WHO | ASK LLP |
| 150. | MDL-10473 | Baley | | Myerscough | Baley Myerscough v. JUUL Labs Inc., et al | 3:22-cv-06276 | Morgan & Morgan |
| 151. | MDL-6095 | CAMERON | | NAYLOR | Cameron Naylor | 3:22-cv-00045-WHO | Schlesinger Law Offices, P.A. |
| 152. | MDL-1155 | Brad | | Nelson | Brad Nelson vs. JUUL Labs, Inc. | 3:20-cv-00109 | Watts Guerra, LLP |
| 153. | MDL-3394 | Robert | | Nichols | Robert Nichols v. JUUL Labs Inc., et al. | 3:20-cv-05692 | Schlesinger Law Offices, PA |
| 154. | MDL-4615 | Patrick | | Nicolia | Patrick Nicolia v. JUUL Labs Inc., et al. | 3:21-cv-02963 | Schlesinger Law Offices, PA |
| 155. | MDL-1755 | MD | | Noor | MD Noor v. JUUL Labs Inc., et al | 3:20-cv-06070 | Morgan & Morgan |
| 156. | MDL-7840 | Kaitlin | | Norton | Kaitlin Norton | 3:22-cv-8505 | Pulaski Law Firm, PLLC |
| 157. | MDL-9563 | William | | Norwood | William Norwood V Juul Labs, INC et. al. | 3:22-cv-04220 | Watts Guerra, LLP |
| 158. | MDL-10255 | Emmanuel | | Nwodo | Emmanuel Nwodo v. JUUL Labs Inc., et al | 3:22-cv-04527 | Morgan & Morgan |
| 159. | MDL-10831 | Chase | | O?Keefe | Chase O?Keefe v. JUUL Labs Inc., et al | 3:22-cv-07831 | Morgan & Morgan |
| 160. | MDL-7258 | Nathan | | Padilla | Nathan Padilla v. JUUL Labs Inc., et al | 3:22-cv-06576 | Morgan & Morgan |
| 161. | MDL-10479 | Joe | | Park | Joe Park v. JUUL Labs Inc., et al | 3:22-cv-06415 | Morgan & Morgan |
| 162. | MDL-1704 | Malia | | Parker | Malia Parker v. JUUL Labs Inc., et al | 3:20-cv-05275 | Morgan & Morgan |
| 163. | MDL-9126 | Dylan | | Pearce | Dylan Pearce V JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation, et al | 3:22-cv-02211 | Watts Guerra, LLP |
| 164. | MDL-8571 | PARMESHWAR | | PERSAUD | | | Stark & Stark |

| | Plaintiff ID | First Name | Middle Initial | Last Name | Case Caption | Docket Number | Law Firm |
|---|---|---|---|---|---|---|---|
| | **Altria Personal Injury Settlement Program** <br> **MDL Non-Communicating Plaintiffs Subject to Dismissal** <br> (As of 5/22/2024) | | | | | | |
| 165. | MDL-7672 | Jaume | | Plumb-Planas | N/A | N/A | Morgan & Morgan |
| 166. | MDL-5457 | BLAISE | | POTTS | Blaise Potts v. JUUL Labs, Inc. et al | 3:21-cv-08076 | Beasley Allen |
| 167. | MDL-5700 | Zachary | | Pryor | Zachary Pryor v. JUUL Labs Inc., et al. | 3:21-cv-09123 | Watts Guerra, LLP |
| 168. | MDL-9173 | Riley | | Reid | Reid v. Juul Labs, Inc., et al. | 3:22-cv-07767-WHO | Napoli Shkolnik PLLC |
| 169. | MDL-6952 | Dylan | | Rendon | Dylan Rendon v. JUUL Labs, Inc., et al | 3:22-cv-05586 | Morgan & Morgan |
| 170. | MDL-8902 | MICHAEL | | REVELL | | | Grant & Eisenhofer |
| 171. | MDL-1044 | Steven | | Rivas | Steven Rivas v. JUUL Labs Inc., et al | 3:19-cv-08311 | Morgan & Morgan |
| 172. | MDL-5838 | James | | Roberts | James Roberts v. JUUL Labs Inc., et al | 3:21-cv-09533 | Morgan & Morgan |
| 173. | MDL-11263 | Christopher | | Roethke | Christopher Roethke  v. JUUL et. al. | 3:22-cv-8741 | Pulaski Law Firm, PLLC |
| 174. | MDL-7120 | Alyssa | | Rogers | Alyssa Rogers v. JUUL Labs Inc., et al | 3:22-cv-06653 | Morgan & Morgan |
| 175. | MDL-11343 | Henry | | Roy | Henry Roy v. Juul, et al. | 3:22-cv-08722 | Pulaski Law Firm, PLLC |
| 176. | MDL-3478 | Ryan | | Rozelle | Ryan Rozelle v. JUUL Labs, Inc., et al. | 3:20-cv-04361 | Schlesinger Law Offices, PA |
| 177. | MDL-6813 | Hayley | | Rust | Hayley Rust  v. JUUL Labs Inc., et al | 3:22-cv-02518 | Morgan & Morgan |
| 178. | MDL-3714 | SEAN | | RYAN | Sean Ryan vs JUUL Labs Inc | 3:20-cv-8660 | Beasley Allen |
| 179. | MDL-7912 | Nicholas | | Sachs | Nicholas Sachs v. JUUL et. al. | 3:22-cv-8760 | Pulaski Law Firm, PLLC |
| 180. | MDL-1187 | Nathan | | Saelens | Nathan Saelens v. JUUL Labs Inc., et al | 3:202-cv-02799 | Morgan & Morgan |
| 181. | MDL-7061 | Casseem | | Sampson | Casseem Sampson v. JUUL Labs Inc., et al | 3:22-cv-06788 | Morgan & Morgan |
| 182. | MDL-7925 | Trevor | | Saunders | Trevor Saunders v. Juul, et al. | 3:22-cv-8427 | Pulaski Law Firm, PLLC |
| 183. | MDL-6096 | JUSTIN | | SCHUETTE | Justin Schuette | | Stark & Stark |
| 184. | MDL-6872 | Brian | | Shannon | Brian P. Shannon v. JUUL Labs Inc., et al | 3:22-cv-05715 | Morgan & Morgan |
| 185. | MDL-3793 | BENJAMIN | | SHIRVINSKI | Benjamin Shirvinski ; In Re JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | Case 3:20-cv-09069 | Beasley Allen |
| 186. | MDL-10501 | Damon | | Shumake | Damon Shumake v. JUUL Labs Inc., et al | 3:22-cv-06790 | Morgan & Morgan |
| 187. | MDL-6423 | ALEXIS | | SHUMPERT | Alexis Shumpert v. Juul Labs, Inc. et al | 3:22-cv-00247 | Pulaski Law Firm, PLLC |
| 188. | MDL-7101 | Angelina | | Sims | Angelina Sims v.  JUUL Labs Inc., et al | 3:22-cv-06266 | Morgan & Morgan |
| 189. | MDL-6920 | Nathan | | Sims | Nathan Sims v. JUUL Labs Inc., et al | 3:22-cv-05681 | Morgan & Morgan |
| 190. | MDL-1161 | Eric | | Smith | Eric Smith v. JUUL Labs, Inc. | 3:20-cv-01718 | Watts Guerra, LLP |
| 191. | MDL-4221 | JOSEPH | | SMITH | Joseph Smith vs JUUL Labs Inc | 3:21-cv-01321 | Beasley Allen |
| 192. | MDL-1163 | Heather | Kathryn | Sobik | Heather Sobik vs. JUUL Labs, Inc. | Case 3:19-cv-06565 | Watts Guerra, LLP |
| 193. | MDL-4722 | DAVID | | SONG | David Song v. JUUL Labs, Inc. et al | 3:21-cv-04046 | Beasley Allen |
| 194. | MDL-6924 | Jose | | Soriano | Jose Soriano v. JUUL Labs Inc., et al | 3:22-cv- 05645 | Morgan & Morgan |
| 195. | MDL-5732 | Joshua | | Stafford | Joshua Stafford v. JUUL Labs, Inc., et al. | 3:21-cv-08662 | Schlesinger Law Offices, PA |
| 196. | MDL-3393 | Jeremy | | Starling | Jeremy Starling v. JUUL Labs, Inc., et al. | 3:20-cv-05731 | Schlesinger Law Offices, PA |
| 197. | MDL-4647 | TIMOTHY | | STEPHENS | | | Grant & Eisenhofer |
| 198. | MDL-4243 | Drew | | Stewart | Drew Stewart v. JUUL Labs Inc., et al | 3:21-cv-00878 | Morgan & Morgan |
| 199. | MDL-10936 | BRIAN | | STURGEOUN | Sturgeoun, Brian v. Juul Labs, Inc., | 3:22-CV-06232-WHO | Frazer PLC |
| 200. | MDL-8436 | Cierra | | Sullivan | Cierra Sullivan v. Juul | 3:22-cv-08101 | Pulaski Law Firm, PLLC |
| 201. | MDL-9097 | Jasmyn | | Taylor | Jasmyn Taylor v. JUUL Labs Inc., et al | 3:22-cv-01658 | Morgan & Morgan |
| 202. | MDL-9662 | Jasmine | | Thomas | Jasmine Thomas V Juul labs INC et. al | 3:22-cv-03735-WHO | Watts Guerra, LLP |
| 203. | MDL-7702 | Austin | | Threadgill | N/A | | Morgan & Morgan |
| 204. | MDL-5845 | Thaddeus | | Troublefield | Thaddeus Troublefield v. JUUL Labs Inc., et al | 3:21-cv-09625 | Morgan & Morgan |
| 205. | MDL-6293 | NOAH | | VALERIO | Noah Valerio v. JUUL Labs, Inc. et al | N/A | Beasley Allen |
| 206. | MDL-8476 | Harley | | Vaughn | Harley Vaughn v. Juul, et al. | 3:22-cv-07916 | Pulaski Law Firm, PLLC |
| 207. | MDL-5817 | Tate | | Vestal | Tate Vestal v. JUUL Labs Inc., et al | 3:21-cv-09315 | Morgan & Morgan |
| 208. | MDL-10840 | Nyomi | | Vila | Vila v. Juul Labs, Inc. et al | 3:22-cv-07977-WHO | ASK LLP |
| 209. | MDL-4830 | CHRISTOPHER | | WALKER | Dyer v. Juul Labs, Inc. et al | 3:21-cv-04752 | Beasley Allen |
| 210. | MDL-4125 | REBECCA | C | WALKER | WALKER et al v. Juul Labs, Inc. et al | Case No. 3:19-md-02913-WHO | Wallace Miller |
| 211. | MDL-1109 | CHASE | | WALLACE | Chase Wallace v. Juul Labs Inc. et al | 3:20-cv-02701 | Beasley Allen |
| 212. | MDL-4770 | ADAM | | WARMAN | Adam Warman | 3:21-cv-05918 | Schlesinger Law Offices, P.A. |
| 213. | MDL-10472 | Bailey | | Wasniak | Bailley Wasniak v.  JUUL Labs Inc., et al | 3:22-cv-06274 | Morgan & Morgan |
| 214. | MDL-7182 | Logan | | Weisz | Logan Weisz v. JUUL Labs Inc., et al | 3:22-cv-05534 | Morgan & Morgan |
| 215. | MDL-6760 | Emily | | Wendleton | Emily Wendleton v. JUUL Labs Inc., et al | 3:22-cv-05751 | Morgan & Morgan |
| 216. | MDL-8359 | Landon | | White | Landon White v. Juul | 3:22-cv-8272 | Pulaski Law Firm, PLLC |
| 217. | MDL-10281 | MUHAND | | WIDAH | Muhand Widah v. JUUL Labs Inc., et al | 3:22-cv-06253 | Beasley Allen |
| 218. | MDL-5171 | Morgan | | Wideman | Morgan Wideman v. JUUL Labs Inc., et al | 3:21-cv-05553 | Morgan & Morgan |
| 219. | MDL-5742 | Austin | | Wiegand | Austin Wiegand v. JUUL Labs Inc., et al | 3:21-cv-08851 | Morgan & Morgan |
| 220. | MDL-7647 | Kyle | | Wiesner | N/A | N/A | Morgan & Morgan |
| 221. | MDL-7509 | Isabella | | Williams | Isabella Williams v. JUUL Labs Inc., et al | 3:22-cv-06850 | Morgan & Morgan |
| 222. | MDL-6733 | Nicholas | | Williams | Nicholas Williams v. JUUL Labs Inc., et al | 3:22-cv-04384 | Morgan & Morgan |
| 223. | MDL-4042 | Robbie | | Wilson | Robbie Wilson v. JUUL Labs, Inc., et. al | 3:20-cv-09129 | Watts Guerra, LLP |
| 224. | MDL-6912 | Gregory | | Wolters | Hunter M. Craig v. JUUL Labs Inc., et al | 3:22-cv-05637 | Morgan & Morgan |
| 225. | MDL-7649 | Sean | | Workman | N/A | N/A | Morgan & Morgan |
| 226. | MDL-7403 | Lara | | Yee-Cagakit | Lara Yee-Cagakit v. JUUL Labs Inc., et al | 3:22-cv-06465 | Morgan & Morgan |
| 227. | MDL-9216 | Vanessa | | Zastrow | | | Douglas & London |
| 228. | MDL-6784 | Rogelio | | Zavala | Rogelio Zavala v. JUUL Labs Inc., et al | 3:22-cv-06720 | Morgan & Morgan |
| 229. | MDL-6762 | Igor | | Zhuravlyov | N/A | N/A | Morgan & Morgan |
| 230. | MDL-6752 | Ethan | | Zipsie | Ethan Zipsie v. JUUL Labs Inc., et al | 3:22-cv-05545 | Morgan & Morgan |