Timothy S. Danninger (*pro hac vice*)
tdanninger@gunster.com
GUNSTER YOAKELY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
(904) 354-1980 Telephone
(904) 354-2170 Facsimile

Counsel for Defendant,
JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-MD-02913-WHO<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that as of May 23, 2024 Alexis Dion Deveaux, Ana Davis Johnson, Asghar Syed, Christine Sweet, Ernest A. Cox, IV, Jonathan Kent Osborne, Preethi Sekharan, Stephen Carli Richman and Thomas Richard Julin *pro hac vice* counsel of record for Defendant, Juul Labs, Inc. hereby are withdrawn as counsel in the above-captioned litigation and request that their names be removed from the Court's and the parties' service lists.

GUNSTER YOAKLEY & STEWART, P.A.

Dated: May 23, 2024

*/s/ Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170
tdanninger@gunster.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2024, a true and correct copy of the foregoing document was submitted to the Court's CM/ECF system, which will generate a copy of the foregoing to each counsel for record.

                                         */s/ Timothy S. Danninger*
                                         Timothy S. Danninger (*pro hac vice*)

ACTIVE:22469366.1