UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-MD-02913-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Timothy J. McGinn, an active member in good standing of the bars of Florida and New York hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Juul Labs, Inc.** in the above-entitled action. My local co-counsel in this case is <u>waived through prior order of the Court</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>600 Brickell Avenue, Suite 3500<br>Miami, Florida 33131 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>N/A |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(305) 376-6084 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>N/A |
| MY EMAIL ADDRESS OF RECORD:<br>TMCGINN@GUNSTER.COM | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>N/A |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are: Florida Bar No. 1000377 and New York Bar No. 4810651.

True and correct copies of certificates of good standing or equivalent official documents from said bars are attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 24, 2024        /s/ Timothy J. McGinn
                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Timothy J. McGinn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   May 28, 2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE