UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUALBERTO MENDONES<br><br>v. JUUL LABS, INC. et. al<br><br>*This Document Relates to:*<br><br>IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO) | Case No. 3:19-MD-02913-WHO<br><br>**NOTICE OF DISMISSAL**<br><br>Hon. William H. Orrick |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action. Given that the other Defendants in the case were previously dismissed, this dismissal constitutes the final and full dismissal of this action:

**THE ALTRIA  DEFENDANTS**

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: May 29, 2024

Respectfully Submitted,

/s/H. Cooper Wilson, III

McLEOD LAW GROUP, LLC
3 Morris Street, Suite A
PO Box 21624
Charleston, South Carolina 29413
P: 843-277-6655 F: 843-277-6660
W. Mullins McLeod, Jr. (#7142)
H. Cooper Wilson, III (#10107)

                MCCOY LAW GROUP, LLC
                Peter M. McCoy, Jr.
                15 Prioleau Street
                Charleston, South Carolina 29401
                P: 843-459-8835

                *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

                */s/H. Cooper Wilson, III*
                H. Cooper Wilson, III