# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: May 29, 2024 | Time: 15 minutes<br>2:05 p.m. to 2:20 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 19-md-02913-WHO | Case Name: In Re: Juul Labs, Inc., Marketing, Sales Practices | |

**Attorneys for Class Plaintiffs:** Sarah London, Dena Sharp, and Dean Kawamoto
**Attorney for opt-out Plaintiffs:** Jeffrey Haberman
**Attorneys for Defendants:** David F. Pustilnik, Mitchell Malachowski, Tim Danninger, Ryan Folio and Bailey J. Langner

**Deputy Clerk:** Jean Davis          **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Case Management Conference and hearing on Motion to Dismiss conducted via videoconference.

## MINUTE ORDER

The Court determines:

1. The Court will follow CMO 17 and Dkt. No. 4220-5 with respect to scheduling, extended by six weeks to coordinate the schedule with Altria (which had a different schedule due to CMO 19). By the Court's reckoning, the extension means that long form complaints are due by July 8, 2024, and that replies to *Daubert* motions, etc., the last entry on the schedule, are due April 1, 2025. All other dates in Dkt. No. 4220-5 are likewise adjusted by six weeks.

2. Long form complaints will be required for all opt out cases. If a case was initiated in state court or an opt-out plaintiff otherwise has already filed a long form complaint, the plaintiff may still choose to file an amended complaint. Despite any venue selection in an existing Short-Form Complaint or civil cover sheet, an opt-out plaintiff may amend her venue designation in the to-be-filed long form complaint.

3. Any motions to dismiss will be deferred until the end of the Additional Discovery period; the defendants will not be deemed to have waived any personal jurisdiction defenses by complying with this Order.

4. All opt out cases are included in the Additional Discovery period.

5. After consideration, the Court will address the remand motions independent of the timetable set in CMO 17, as extended. Counsel are directed to meet and confer regarding an appropriate briefing schedule for motions to remand that are not fully briefed. The three remand motions will be heard at the same time; the parties shall propose a date on which law and motion is scheduled that is at least three weeks after the briefing is complete. If they are unable to agree upon an appropriate schedule, the parties may file a joint letter brief with competing schedules for the Court's consideration.

IT IS SO ORDERED.

Dated: May 31, 2024

William H. Orrick
Senior United States District Judge