Jacob W. Plattenberger [*Pro Hac Vice*]
*jake@thlawyer.com*
Steven D. Davis, State Bar No. 249633
*sdavis@thlawyer.com*
**TORHOERMAN LAW LLC**
227 W. Monroe St., Suite 2650
Chicago, IL 60606

618-656-4400 Phone
618-656-4401 Fax
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550]<br><br>**JUUL LABS PRODUCT CASES**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Melissa Dano, on behalf of Minor, Jo.D. v. JUUL Labs, Inc., et al.,<br>Case No. 3:19-md-02913 | JUDICIAN COUNSEL COORDINATION PROCEEDING NO. 5052<br><br>*Case Assigned for All Purposes to the Honorable Ann I. Jones, Department SSC11*<br><br>**NOTICE OF VOLUNTARY <u>DISMISSAL WITH PREJUDICE</u>** |

Plaintiff Melissa Dano, on behalf of Minor, Jo.D. here gives notice of the voluntary dismissal of their action as to all defendants, with prejudice, pursuant to settlement.

Dated: June 3, 2024                         Respectfully submitted,

                                      By:   /s/ Steven D. Davis
                                            Jacob W. Plattenberger [*Pro Hac Vice*]
                                            Steven D. Davis, State Bar No. 249633
                                            TorHoerman Law LLC
                                            227 West Monroe Street, Suite 2650
                                            Chicago, IL 60606
                                            618-656-4400 Phone
                                            618-656-4401 Fax
                                            *Attorneys for Plaintiffs*

00488156-1

1
2
3
4
5
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I hereby certify that on this 3rd day of June, 2024, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all Counsel of record using CM/ECF.

*/s/ Jocelyn L. Dortbesant*
_____