# TRANSCRIPT ORDER
Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Jennifer Kawamura |
| 2a. CONTACT PHONE NUMBER | (415) 956-1000 |
| 3. CONTACT EMAIL ADDRESS | JKawamura@lchb.com |
| 1b. ATTORNEY NAME (if different) | Sarah R. London |
| 2b. ATTORNEY PHONE NUMBER | (415) 956-1000 |
| 3. ATTORNEY EMAIL ADDRESS | slondon@lchb.com |
| 4. MAILING ADDRESS | Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111 |
| 5. CASE NAME | In Re: Juul Labs, Inc., Marketing, Sales Practices |
| 6. CASE NUMBER | 3:19-md-02913 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☑ FTR | Stephen Franklin |

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

### 9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/2024 | WHO | Hr'g | | ● | | | | | | | | | ● | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Sarah R. London

12. DATE: 06/04/2024