UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALBERT RAMZI FAKHOURY<br><br>v. JUUL LABS, INC. et. al<br><br>*This Document Relates to:*<br><br>IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO) | 3:22-cv-09806 (WHO)<br><br>**NOTICE OF DISMISSAL**<br><br>Hon. William H. Orrick |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, JOHN ALBERT RAMZI FAKHOURY, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action. Given that the other Defendants in the case were previously dismissed, this dismissal constitutes the final and full dismissal of this action:

**THE ALTRIA DEFENDANTS**

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: June 18, 2024

Respectfully Submitted,

 /s/ Shana P. Nogues
Shana P. Nogues, Esq. for
CLARK, FOUNTAIN, LA VISTA, LITTKY-RUBIN & WHITMAN, LLP
3601 PGA Blvd., Suite 300
Palm Beach Gardens, FL 33410
PH: (561) 899-2100

Fax: (561) 832-3580
Email: snogues@clarkfountain.com
        snogues@clarkfountain.com
Florida Bar No. 99946
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

 /s/ Shana P. Nogues
Shana P. Nogues, Esq. for
CLARK, FOUNTAIN, LA VISTA, LITTKY-RUBIN & WHITMAN, LLP
3601 PGA Blvd., Suite 300
Palm Beach Gardens, FL 33410
PH: (561) 899-2100
Fax: (561) 832-3580
Email: snogues@clarkfountain.com
        snogues@clarkfountain.com
Florida Bar No. 99946
Attorney for Plaintiff