UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE LINDSTROM | CASE SPECIFIC DOCKET: 3:20-CV-02468 |
| v. JUUL LABS, INC., et al | **NOTICE OF FIRM NAME CHANGE** |
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION 3:19-MD-02913 (WHO) | Hon. William H. Orrick |

### **PLAINTIFF'S NOTICE OF FIRM NAME CHANGE**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Plaintiff **CLAIRE LINDSTROM**, and files this her Notice of Firm Name Change and in support thereof would show as follows:

1. Plaintiff **CLAIRE LINDSTROM's** lead counsel, David C. Wenholz, has recently changed law firms. Please note his current contact information is as follows:

David C. Wenholz, Of Counsel
Law Offices of Joel A. Levine
9433 Bee Cave Road, Bldg. 1-200
Austin, Texas 78733
(512) 478-2211
(512) 478-3625 (fax)
dwenholz@joelalevine.com

2. Should the court or counsel have any questions, they can contact me at the address and email listed above.

[Signature on following page]

Respectfully submitted,

**LAW OFFICES OF JOEL A. LEVINE**

9433 Bee Caves Road, Ste. 1-200
Austin, Texas 78733
(512) 478-2211
(512) 478-3625 (fax)

By: /s/ David C. Wenholz
David C. Wenholz
Federal Bar No. 16460
dwenholz@joelalevine.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2024, a true and correct copy of the foregoing document was served via CMECF according to the Federal Rules of Civil Procedure to all parties and/or counsel of record.

/s/ David C. Wenholz
David C. Wenholz