UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TUDOREL POPA A/N/F of CP, a minor child,**   CASE SPECIFIC DOCKET: 3:20-CV-07106

v. JUUL LABS, INC., et al   **NOTICE OF DISMISSAL**

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION  3:19-MD-02913 (WHO)   Hon. William H. Orrick

### PLAINTIFF'S NOTICE OF FIRM NAME CHANGE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

   COMES NOW, Plaintiff Tudorel Popa a/n/f of CP, a minor, and files this his Notice of Firm Name Change and in support thereof would show as follows:

   1.   Plaintiff Plaintiff Tudorel Popa a/n/f of CP, a minor's lead counsel, David C. Wenholz, has recently changed law firms. Please note his current contact information is as follows:

David C. Wenholz, Of Counsel
Law Offices of Joel A. Levine
9433 Bee Cave Road, Bldg. 1-200
Austin, Texas 78733
(512) 478-2211
(512) 478-3625 (fax)
dwenholz@joelalevine.com

   2.   Should the court or counsel have any questions, they can contact me at the address and email listed above.

[Signature on following page]

- 1 -
PLAINTIFF'S NOTICE OF FIRM NAME CHANGE

Respectfully submitted,

**LAW OFFICES OF JOEL A. LEVINE**

9433 Bee Caves Road, Ste. 1-200
Austin, Texas 78733
(512) 478-2211
(512) 478-3625 (fax)

By: /s/ David C. Wenholz
David C. Wenholz
Federal Bar No. 16460
dwenholz@joelalevine.com

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2024, a true and correct copy of the foregoing document was served via CMECF according to the Federal Rules of Civil Procedure to all parties and/or counsel of record.

/s/ David C. Wenholz
David C. Wenholz