UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER VERA | Case specific docket: 3:21-CV-05728 WHO |
| v. JUUL LABS, INC., et al | **NOTICE OF DISMISSAL** |
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION 3:19-MD-02913 (WHO) | Hon. William H. Orrick |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Amber Vera, by and through her counsel, hereby gives notice that the above-referenced action is hereby dismissed with prejudice against all remaining Defendants, including, but not limited to, ALTRIA GROUP, INC., PHILIP MORRIS USA, INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, and ALTRIA ENTERPRISES LLC.

Respectfully submitted,

**LAW OFFICES OF JOEL A. LEVINE**

9433 Bee Caves Road, Ste. 1-200
Austin, Texas 78733
(512) 478-2211
(512) 478-3625 (fax)

By: /s/ David C. Wenholz
David C. Wenholz
Federal Bar No. 16460
dwenholz@joelalevine.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2024, a true and correct copy of the foregoing document was served via CMECF according to the Federal Rules of Civil Procedure to all parties and/or counsel of record.

/s/ David C. Wenholz
David C. Wenholz