[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>**TRIBAL CASES** | Case No.: 19-MD-02913-WHO<br><br>**NOTICE REGARDING [PROPOSED] CASE MANAGEMENT ORDER NO. 22 RE: IMPLEMENTING ALTRIA TRIBAL SETTLEMENT** |

The Tribal Leadership Steering Committee, in coordination with Plaintiffs' Lead Counsel ("PLC"), and Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company ("Altria") jointly submit as Exhibit 1 an agreed upon [Proposed] Order re Implementing Altria Tribal Settlement.

Dated: June 27, 2024

By: /s/ David. E. Kouba

**ARNOLD & PORTER KAYE SCHOLER LLP**

John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C.  20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
john.massaro@arnoldporter.com
Jason.ross@arnoldporter.com
David.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company.*

By: /s/ Geoffrey D. Strommer

**HOBBS, STRAUS, DEAN & WALKER, LLP**

Geoffrey D. Strommer
Nicole T. Russell
215 SW Washington Street, Suite 200
Portland, OR 97204
Tel: (503) 242-1745
gstrommer@hobbsstraus.com
nrussell@hobbsstraus.com

*MDL Plaintiff's Steering Committee, Tribal Counsel*

# **CERTIFICATE OF SERVICE**

I, David E. Kouba, hereby certify that on the 27th day of June, 2024, I electronically filed the foregoing **NOTICE REGARDING [PROPOSED] CASE MANAGEMENT ORDER NO. 22 RE: IMPLEMENTING ALTRIA TRIBAL SETTLEMENT** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:  */s/ David. E. Kouba*
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
David.Kouba@arnoldporter.com