[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>**TRIBAL CASES** | Case No.: 19-MD-02913-WHO<br><br>**NOTICE REGARDING [PROPOSED] CASE MANAGEMENT ORDER NO. 23 RE: ANY ONGOING LITIGATION AGAINST ALTRIA** |

    Counsel for Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company ("Altria") submits as Exhibit 1 a [Proposed] Order re: Any Ongoing Litigation Against Altria. Plaintiffs' Leadership does not oppose entry of the proposed order.

Dated: July 1, 2024

By: */s/ David E. Kouba*

**ARNOLD & PORTER KAYE SCHOLER LLP**

John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
601 Massachusetts Ave., N.W.
Washington D.C.  20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
john.massaro@arnoldporter.com
Jason.ross@arnoldporter.com
David.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company.*

# CERTIFICATE OF SERVICE

I, David E. Kouba, hereby certify that on the 1st day of July, 2024, I electronically filed the foregoing **NOTICE REGARDING [PROPOSED] CASE MANAGEMENT ORDER NO. 23 RE: ANY ONGOING LITIGATION AGAINST ALTRIA** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By:  */s/ David. E. Kouba*
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
David.Kouba@arnoldporter.com