UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 19-md-02913-WHO<br><br>**JOINT STIPULATION TO EXTEND DEADLINES TO FILE AMENDED COMPLAINTS FOR OPT-OUT PLAINTIFFS** |
| This Document Relates to:<br><br>*Cole Aragona v. JUUL LABS, INC., et al.*<br>*Jordan Dupree v. JUUL LABS, INC., et al.*<br>*Kaitlyn Fay v. JUUL LABS, INC., et al.*<br>*Jennifer Lane v. JUUL LABS, INC., et al.*<br>*Bailey Legacki v. JUUL LABS, INC., et al.*<br>*Walker McKnight v. JUUL LABS, INC., et al.*<br>*Ashlynn Nessmith v. JUUL LABS, INC., et al.*<br>*Carson Sedgwick v. JUUL LABS, INC., et al.*<br>*Ben Shapiro v. JUUL LABS, INC., et al.*<br>*Matthew Tortorici v. JUUL LABS, INC., et al.* | |

Pursuant to Section VIII.B of this Court's Case Management Order Nos. 17 and 19, this Court's May 31, 2024 Minute Order, the ten (10) personal injury plaintiffs who have elected to opt-out from Plaintiffs' settlements with JLI and/or Altria (the "Schlesinger opt-outs"), Defendant Juul Labs, Inc. ("JLI"), the JLI Settling Defendants[1], the independent retailer Defendants[2], and Defendants Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company ("Altria"), (collectively referred to herein as the "Parties") respectfully submit this joint proposed Scheduling Order for the Opt-Out Plaintiffs.

The Parties have met and conferred and agreed to extend the deadline to file long-form

---

[1] Specifically the JLI Settling Defendants include: JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC.; JAMES MONSEES; ADAM BOWEN; NICHOLAS PRITZKER; HOYOUNG HUH; RIAZ VALANI; MOTHER MURPHY'S LABS, INC.; ALTERNATIVE INGREDIENTS, INC.; TOBACCO TECHNOLOGY, INC.; eLIQUITECH, INC.; MCLANE COMPANY, INC.; EBY-BROWN COMPANY, LLC; CORE-MARK HOLDING COMPANY, INC.; CHEVRON CORPORATION; CIRCLE K STORES INC.; SPEEDWAY LLC; 7-ELEVEN, INC.; WALMART; WALGREENS BOOTS ALLIANCE, INC.

[2] Specifically the independent retailer Defendants include: MEGA SELECT, INC. d/b/a THE HOOK UP and XMMS LLC D/B/A CLIMAX SMOKE SHOP OR CLIMAX.

1    complaints for the above-referenced Opt-Out Plaintiffs in light of the fact that counsel for the
2    above-captioned Opt-Out Plaintiffs was in trial the first week of June 2024 and is preparing for a
3    trial that is scheduled July 9, 2024 until July 19, 2024. The Parties have agreed to extend the
4    deadline to file long-form complaints to July 29, 2024 in the following matters: *Cole Aragona v.*
5    *JUUL LABS, INC., et al.; Jordan Dupree v. JUUL LABS, INC., et al.; Kaitlyn Fay v. JUUL LABS,*
6    *INC., et al.; Jennifer Lane v. JUUL LABS, INC., et al.; Bailey Legacki v. JUUL LABS, INC., et al.;*
7    *Ashlynn Nessmith v. JUUL LABS, INC., et al.; Carson Sedgwick v. JUUL LABS, INC., et al.; Ben*
8    *Shapiro v. JUUL LABS, INC., et al.;* and *Matthew Tortorici v. JUUL LABS, INC., et al.* and hereby
9    submit the submit the proposed Scheduling Order pursuant to the deadlines provided by this Court's
10   May 31, 2024 Minute Order, attached hereto as **Exhibit 1.**

11   The Parties have agreed to extend the deadline to file a long-form complaint to July 11,
12   2024 in the matter of *Walker McKnight v. JUUL LABS, INC., et al.* and hereby submit the submit
13   the proposed Scheduling Order pursuant to the deadlines provided by this Court's May 31, 2024
14   Minute Order, attached hereto as **Exhibit 2.**

15   The Parties have further agreed that, at this time, no other deadlines for Additional
16   Discovery or *Daubert* or dispositive motions will move as a result of this extension, and hereby
17   submit the proposed Scheduling Order pursuant to the deadlines provided by this Court's May 31,
18   2024 Minute Order, attached hereto as Exhibits 1 and 2.[3]

---

[3] The Parties submit that they will file this stipulation and the appropriate scheduling order (Exhibit 1 for all Opt-Out Plaintiffs other than Walker McKnight, 3:20-cv-2600 and Exhibit 2 for Walker McKnight only) in the underlying, individual cases.

- 2 -

Dated: July 8, 2024

By: /s/ Timothy S. Danninger
Timothy S. Danninger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980

*Attorneys for Defendant Juul Labs, Inc.*

By: /s/ Beth A. Wilkinson
Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Distribution Company, and Altria Enterprises LLC*

By: /s/ John C. Massaro
John C. Massaro (admitted pro hac vice)
Daphne O'Connor (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Distribution Company*

By: /s/ Eugene Illovsky
Eugene Illovsky
Matthew Dirkes
**ILLOVSKY & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643

*Attorneys for Defendant Adam Bowen*

By: /s/ Michael J. Guzman
Mark C. Hansen
Michael J. Guzman
David L. Schwarz
**KELLOGG, HANSEN, TODD, FIGEL &**

Respectfully submitted,

By: /s/ Scott P. Schlesinger
Scott P. Schlesinger, (*pro hac vice*)
Jonathan R. Gdanski, (*pro hac vice*)
Jeffrey L. Haberman, (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800

*Attorneys for Plaintiffs Aragona, Dupree, Fay, Cunningham, Legacki, McKnight, NesSmith, Sedgwick, Shapiro, Tortorici*

By: /s/ Christopher J. Esbrook
Christopher J. Esbrook
David F. Pustilnik
**ESBROOK P.C.**
321 N. Clark St., Suite 1930
Chicago, IL 60654
Telephone: (312) 319-7680

*Attorneys for Defendants Eby-Brown Company, LLC, Core-Mark Holding Company, Inc., 7-Eleven, Inc., and Wawa, Inc*

By: /s/ Charles C. Correll, Jr.
Charles C. Correll, Jr.
Matthew Blaschke
Bailey J. Langner
Alessandra M. Givens
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111

Telephone: (415) 318-1200
ccorrell@kslaw.com
blangner@kslaw.com
agivens@kslaw.com

*Attorneys for Defendant Chevron Corporation*

By: /s/ Robert Allen Scher
Robert A. Scher (*pro hac vice*)
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474

*Attorneys for Defendant eLiquitech, Inc., and Tobacco Technologies, Inc.*

By: /s/ Marissa S. Ronk
Michael L. O'Donnell (*pro hac vice*)
Marissa S. Ronk (*pro hac vice*)


| | |
|---|---|
| **FREDERICK, P.L.L.C.**<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br><br>*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*<br><br>By: */s/ James Kramer*<br>James Kramer<br>Catherine Malone<br>Kevin Askew<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>jkramer@orrick.com<br>cmalone@orrick.com<br>kaskew@orrick.com<br><br>*Attorneys for Defendant James Monsees* | **WHEELER TRIGG O'DONNELL LLP**<br>370 17th Street, Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br><br>*Attorneys for Defendant McLane Company, Inc.*<br><br>By: */s/ Mitchell B. Malachowski*<br>Mitchell B. Malachowski<br>James Sell<br>**TYSON & MENDES LLP**<br>371 Bel Marin Keys Blvd., Suite 100<br>Novato, CA 94949<br>Telephone: (628) 253-5070<br><br>*Liaison Counsel for E-Liquid Defendants and Attorneys for Defendants Mother Murphy's Laboratories Inc. and Alternative Ingredients, Inc.*<br><br>By: */s/ Derek Angell*<br>Derek Angell (pro hac vice)<br>**O'CONNOR, HAFTEL & ANGELL, PLLC**<br>800 N. Magnolia Ave., Suite 1350<br>Orlando, FL 32803<br>Telephone: (407) 843-2100<br><br>*Attorneys for Mega Select, Inc. d/b/a The Hook Up*<br><br>By: */s/ Jessica M. Kennedy*<br>Jessica M. Kennedy<br>Scott Richman<br>**Mcdonald Toole Wiggins, P.A.**<br>111 N Magnolia Ave #1300,<br>Orlando, FL 32801<br>Telephone: (407) 838-4053<br><br>*Attorneys for XMMS LLC d/b/a Climax Smoke Shop or Climax* |