# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO)<br><br>*This Document Relates to:*<br><br>All Cases | Case No. 3:19-cv-02913 (WHO)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Hon. William H. Orrick |

PLEASE TAKE NOTICE that effective immediately, the Seattle office of Keller Rohrback L.L.P., and the attorneys admitted in the instant action, have changed their address as follows:

Keller Rohrback L.L.P.
1201 Third Avenue, **Suite 3400**
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

| | |
|---|---|
| Dated: July 10, 2024 | Respectfully Submitted,<br><br>*/s/ Dean Kawamoto*<br><br>Dean Kawamoto (SBN 232032)<br>Derek W. Loeser*, admitted pro hac vice*<br>Gretchen Freeman Cappio*, admitted pro hac vice*<br>Felicia J. Craick*, admitted pro hac vice*<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax (206) 623-3384<br>dkawamoto@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>fcraick@kellerrohrback.com<br><br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

                                            */s/ Dean Kawamoto*
                                            Dean Kawamoto