ILLOVSKY GATES & CALIA LLP
Eugene Illovsky (State Bar No. 117892)
eugene@illovskygates.com
Kevin Calia (State Bar No. 227406)
kevin@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Adam Bowen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION** |
| THIS DOCUMENT RELATES TO:<br><br>ALL RELATED ACTIONS | |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that effective immediately, undersigned counsel's firm has changed its name to Illovsky Gates & Calia LLP.  Mr. Illovsky's new email address is eugene@illovskygates.com.  Mr. Calia's new email address is kevin@illovskygates.com.  The firm's mailing address and telephone number remain the same.

Dated:  July 11, 2024

ILLOVSKY GATES & CALIA LLP
EUGENE ILLOVSKY
KEVIN CALIA

 /s/Eugene Illovsky_____
Eugene Illovsky

Attorneys for Defendant Adam Bowen

1     NOTICE OF CHANGE OF FIRM NAME
AND CONTACT INFORMATION
Case No.: 19-md-02913-WHO