Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
Lauren.Wulfe@arnoldporter.com

John C. Massaro (*pro hac vice*)
Jason A. Ross (*pro hac vice*)
David E. Kouba (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
John.Massaro@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Government Entity Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

## NOTICE OF GOVERNMENT ENTITY CLAIMS
## RIPE FOR DISMISSAL WITH PREJUDICE

Defendants Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; And Altria Enterprises LLC (collectively, "Altria") submit this notice to inform the Court that all of the government entity plaintiffs participating in the government entity settlement with Altria have filed notices of dismissal of their cases. These government entity plaintiffs are listed in Exhibit A, and Altria respectfully requests that the Court close their cases.

Plaintiffs' Leadership has reviewed this Notice and does not object to the relief requested.

| | | |
|---|---|---|
| 1 | Dated: July 11, 2024 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | | By:  /s/ David E. Kouba |

John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
Angela R. Vicari (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

## CERTIFICATE OF SERVICE

I, David E. Kouba, hereby certify that on the 11th of July, 2024, I caused to be electronically filed the foregoing **ALTRIA'S NOTICE OF GOVERNMENT ENTITY CLAIMS RIPE FOR DISMISSAL WITH PREJUDICE** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By: */s/ David E. Kouba*

John C. Massaro (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
David.Kouba@arnoldporter.com