UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 19-md-02913-WHO<br><br>**SCHEDULING ORDER PURSUANT TO CMO NOS. 17 & 19** |
| This Document Relates to:<br><br>*Cole Aragona v. Juul Labs, Inc., et al*, 3:20-cv-1928; *Jordan Dupree v. JUUL LABS, INC., et al.*, 3:20-cv-03850; *Kaitlyn Fay v. JUUL LABS, INC., et al.*, 3:19-cv-07934; *Jennifer Lane v. JUUL LABS, INC., et al.*, 3:20-cv-04661; *Bailey Legacki v. JUUL LABS, INC., et al.*, 3:20-cv-01927 *Ashlynn Nessmith v. JUUL LABS, INC., et al.*, 3:19-cv-06344; *Carson Sedgwick v. JUUL LABS, INC., et al.*, 3:20-cv-03882; *Ben Shapiro v. JUUL LABS, INC., et al.*, 3:19-cv-07428; and *Matthew Tortorici v. JUUL LABS, INC., et al.*, 3:20-cv-03847 | |

Having reviewed and considered the Parties' Proposed Scheduling Order and pursuant to Section VIII.B of this Court's Case Management Order Nos. 17 and 19, this Court's May 31, 2024 Minute Order, and the Parties' stipulation to extend the deadline to file long-form complaints, the Court hereby enters the following Scheduling Order:

| Event/Deadline | Date/Deadline |
|---|---|
| Deadline to File Individual, Long-Form Complaints | July 29, 2024 |
| Deadline to Conduct Additional Discovery[1] | December 16, 2024 |

---

[1] Pursuant to CMO No. 17 § VIII.B, during "Additional Discovery," the Parties may "(a) take the depositions of the Plaintiff, the Plaintiff's spouse, if applicable, and any other non-party lay fact witness specific to the Plaintiff for up to seven (7) hours each, with Counsel for the Settling Defendants questioning first at each deposition; and (b) take the depositions of no more than three (3) of a Personal Injury Plaintiff's treating healthcare providers, with Counsel for the Settling Defendants questioning first at each deposition." For complex medical cases, "Settling Defendants

| | |
|---|---|
| Deadline to Submit Summary Judgment/*Daubert* Motions and Motions to Dismiss | January 31, 2025 |
| Deadline to Submit Response to Summary Judgment/*Daubert* Motions and Motions to Dismiss | March 3, 2025 |
| Deadline to Submit Reply to Summary Judgment/*Daubert* Motions and Motions to Dismiss | April 1, 2025 |

Upon the conclusion of this case schedule and pursuant to Section VIII.B of this Court's Case Management Order Nos. 17 and 19, this Court will set a Case Management Conference to determine any non-duplicative discovery including additional expert disclosures, as necessary, and to discuss other case management issues.

IT IS SO ORDERED.

Dated:   July 16       , 2024

_____
The Honorable William H. Orrick
United States District Judge

---

may be permitted to take additional depositions upon a showing of good cause…[but]…[n]o other depositions may be taken during the expedited discovery period absent prior leave granted by the Court upon a showing of good cause."

Should Plaintiff serve written discovery upon the Settling Defendants, "the Parties shall meet and confer about an appropriate deadline for responding to such discovery, which deadline shall be at least sixty (60) days after service of such discovery."

2