# EXHIBIT B

| **From:** | Jonathan R. Gdanski |
|---|---|
| **To:** | Danninger, Timothy |
| **Cc:** | Jeffrey L. Haberman |
| **Subject:** | Deposition Next Week |
| **Date:** | Wednesday, July 17, 2024 7:59:13 AM |

Tim -

Good morning.  It looks like we're going to need to postpone the discovery deposition of Walker McKnight.  We had two trials that we were not sure if they would go, but they're both interfering with this deposition.  Please confirm that you guys are okay with that.  We will get you dates in the near future to get this done.

Tx

**Jonathan Gdanski**
Attorney

1212 Southeast Third Avenue
Fort Lauderdale, Florida 33316
**O**    (954) 467-8800

Jonathan@schlesingerlawoffices.com
**www.SchlesingerLawOffices.com**

*NOTICE:* THE CONFIDENTIALITY OF THIS E-MAIL AND ATTACHMENTS ARE  PROTECTED BY THE
ELECTRONIC COMMUNICATIONS  **PRIVACY ACT,18 U.S.C. §§ 2510-2521**
IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM &
NOTIFY US AT **1-877-467-8800**.