| | |
|---|---|
| 1 | Lauren S. Wulfe (SBN 287592) |
| 2 | ARNOLD & PORTER KAYE SCHOLER LLP |
|   | 777 South Figueroa Street, Forty-Fourth Floor |
|   | Los Angeles, California 90017-5844 |
| 3 | Telephone: 213.243.4000 |
|   | Facsimile: 213.243.4199 |
| 4 | Lauren.Wulfe@arnoldporter.com |

Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
Lauren.Wulfe@arnoldporter.com

John C. Massaro (*pro hac vice*)
Jason A. Ross (*pro hac vice*)
David E. Kouba (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
John.Massaro@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**NOTICE OF PERSONAL INJURY CLAIMS**
**RIPE FOR DISMISSAL WITH PREJUDICE**

Defendants Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; and Altria Enterprises LLC (collectively, "Altria") submit this notice to inform the Court of the status of the notices of dismissal the personal injury plaintiffs participating in the personal injury settlement with Altria are filing.

Plaintiffs' Leadership does not object to the relief requested.

On July 26, 2023, Altria and Plaintiffs' Leadership entered into the Personal Injury Settlement Agreement (the "Settlement Agreement"). The Settlement Agreement provides, in relevant part, that

in exchange for the benefits each settling personal injury plaintiff is receiving through the settlement, each settling personal injury plaintiff would (1) deliver to the personal injury settlement administrator a Settlement Program Eligible Plaintiff Participation Form, including an executed release of Altria and other released parties, as defined in the Settlement Agreement; and (2) within 15 days of Altria's payment of the settlement amount to the Personal Injury Qualified Settlement Account, dismiss their claims against Altria with prejudice.  Altria paid the settlement amount on May 13, 2024. Accordingly, the time to dismiss with prejudice has ripened.

As of the filing of this notice, all Plaintiffs identified in Exhibit A have filed notices of dismissal of their cases as required by the Settlement Agreement.  Altria, therefore, respectfully requests that the Court close the cases of the Plaintiffs identified in Exhibit A.[1]

Dated: August 12, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ David E. Kouba
John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
Angela R. Vicari (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

---

[1] Altria is working with Plaintiffs' Leadership regarding the personal injury plaintiffs participating in the settlement who have not yet filed notices of dismissal as required by the Settlement Agreement and will provide a supplemental list of dismissals for these cases as their status is resolved.

# CERTIFICATE OF SERVICE

I, David E. Kouba, hereby certify that on the 12th of August, 2024, I caused to be electronically filed the foregoing **ALTRIA'S NOTICE OF PERSONAL INJURY CLAIMS RIPE FOR DISMISSAL WITH PREJUDICE** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By: */s/ David E. Kouba*

John C. Massaro (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
David.Kouba@arnoldporter.com