UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-md-02913-WHO

**ORDER RE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND SETTING NEXT CASE MANAGEMENT CONFERENCE**

The Court has reviewed the parties' August 7, 2024 Joint Case Management Conference Statement. Dkt. No. 4279. The matter had not been noticed on the Court's Calendar, but having reviewed the Joint CMC statement, a conference is not necessary to resolve the few pending issues. Having considered the statement, the Court rules as follows.

JLI's request to extend the Additional Discovery and related motions deadlines by 90 days for the *NesSmith* action, required by the filing of the contemplated amended longform complaint, is GRANTED.

Defendants' request to modify the time for the McKnight deposition is GRANTED IN PART. Defendants shall have up to 5.25 hours for McKnight's preservation deposition. The deposition should proceed as scheduled without further delay. Any further, discrete disagreements regarding the litigation of the opt-out cases may be submitted for resolution through a joint letter, per the Court's Standing Order on discovery disputes. *See* https://cand.uscourts.gov/judges/orrick-william-h-who/.

A further Case Management Conference is set for January 14, 2025, at 2:00 p.m. The Joint Statement is due a week prior to that date. If any party believes a further CMC would be beneficial before that time, counsel should contact Courtroom Deputy Jean Davis, cc'ing all leadership/involved counsel.

**IT IS SO ORDERED.**

Dated: August 14, 2024

William H. Orrick
United States District Judge