Exhibit A

| Plaintiff Name | ND Cal. Case No. |
|---|---|
| ABC Unified School District | 3:23-cv-02574 |
| San Diego Unified School District | 3:23-cv-02577 |
| Atwater Elementary School District | 3:23-cv-02575 |
| North Valley Military Institute College Preparatory Academy | 3:23-cv-02582 |
| Oroville Union High School District | 3:23-cv-02576 |
| Santa Cruz City Schools | 3:23-cv02685 |
| Pomona Unified School District | 3:23-cv-02684 |
| Elk Grove Unified School District | 3:23-cv-02683 |
| Kern High School District | 3:23-cv-02578 |
| Washington Unified School District | 3:23-cv-02583 |
| North Monterey County Unified School District | 3:23-cv-02579 |
| Pacific Grove Unified School District | 3:23-cv-02580 |
| Pajaro Valley Unified School District | 3:23-cv-02581 |
| Roseville Joint Union High School District | 3:23-cv-02686 |
| Menifee Union School District | 3:23-cv-02902 |
| Fairfield-Suisun Unified School District | 3:23-cv-02899 |
| Acalanes Union High School District | 3:23-cv-02904 |
| Cajon Valley Union School District | 3:23-cv-02896 |
| Woodland Joint Unified School District | 3:23-cv-03392 |
| Burbank Unified School District | 3:23-cv-02903 |
| Anaheim Elementary School District | 3:23-cv-02906 |
| Chico Unified School District | 3:23-cv-02894 |
| Compton Unified School District | 3:23-cv-02901 |
| County of Monterey | 3:23-cv-02900 |
| Davis Joint Unified School District | 3:23-cv-02925 |
| King City Union School District | 3:23-cv-02897 |
| Los Angeles Unified School District | 3:23-cv-02838 |
| Monterey Peninsula Unified School District | 3:23-cv-02839 |
| Poway Unified School District | 3:23-cv-03393 |
| Rocklin Unified School District | 3:23-cv-02895 |
| San Lorenzo Valley Unified School District | 3:23-cv-02905 |
| Board of Education of Baltimore County | 3:23-cv-02841 |
| Board of Education of Howard County | 3:23-cv-02842 |
| Anaheim Union High School District | 3:23-cv-02840 |
| Los Angeles County Office Of Education (Lacoe), Los Angeles County Board Of Education, Debra Duardo | 3:23-cv-02844 |
| Lynwood Unified School District | 3:23-cv-02924 |
| Harris County, Texas | 3:23-cv-02845 |
| Downey Unified School District | 3:23-cv-03282 |
| El Dorado Union High School District | 3:23-cv-03252 |
| Scotts Valley Unified School District | 3:23-cv-03254 |
| San Diego County Office of Education | 3:23-cv-02898 |

Exhibit A

| Plaintiff Name | ND Cal. Case No. |
|---|---|
| Castro Valley Unified School District | 3:23-cv-03251 |
| Glendale Unified School District | 3:23-cv-03253 |
| Campbell Union High School District | 3:23-cv-03224 |
| Brawley Elementary School District | 3:23-cv-04105 |
| Brawley Union High School District | 3:23-cv-04106 |
| Mountain Empire Unified School District | 3:23-cv-04111 |
| San Bruno Park Elementary School District | 3:23-cv-04298 |
| Aromas-San Juan Unified School District | 3:23-cv-04459 |
| Burlingame School District | 3:23-cv-04107 |
| Central Union High School District | 3:23-cv-04108 |
| Golden Plains Unified School District | 3:23-cv-04109 |
| Grossmont Union High School District | 3:23-cv-04460 |
| Keyes Union School District | 3:23-cv-04110 |
| Lindsay Unified School District | 3:23-cv-04462 |
| Mccabe Union Elementary School District | 3:23-cv-04463 |
| Montebello Unified School District | 3:23-cv-04461 |
| Needles Unified School District | 3:23-cv-04501 |
| New Haven Unified School District | 3:23-cv-04464 |
| Novato Unified School District | 3:23-cv-04465 |
| Pittsburg Unified School District | 3:23-cv-04466 |
| Redondo Beach Unified School District | 3:23-cv-04467 |
| Rim Of The World Unified School District | 3:23-cv-04468 |
| Ross Valley School District | 3:23-cv-04469 |
| San Benito High School District | 3:23-cv-04470 |
| San Leandro Unified School District | 3:23-cv-04472 |
| Santa Clara Unified School District | 3:23-cv-04471 |
| Tamalpais Union High School District | 3:23-cv-04473 |
| Warner Unified School District | 3:23-cv-04474 |
| West Contra Unified School District | 3:23-cv-04475 |
| Westmorland Union Elementary School District | 3:23-cv-04476 |