UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-md-02913-WHO

**ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL FILED WITH RESPECT TO B.B. BELLWETHER TRIAL**

This Order resolves the following administrative motions to seal: Dkt. Nos. 2651, 2655, 2656, 2672, 2684, 2685, 2690, 2696, 2703, 2712, 2726, 2738, 2748, 2785, 2789, 2790, 2792, 2793, 2806, 2807, 2808, 2821, 2822, 2826, 2831, 2834, 2837, 2844, 2862, 2863, 2865, 2867, 2868, 2871, 2877, 2879, 2880, 2883, 2884, 2948, 2949, 3023, 3026, 3031, and 3041.

The parties' narrowed requests to seal, identified in the Joint Charts at Dkt. No. 3276, 3281, & 3351, as supported by declarations, are GRANTED for compelling justifications shown. The documents that can be unsealed in whole will be unsealed by the Clerk. The parties shall e-file the approved redacted versions of the documents at issue, sealing only the information identified in Dkt. Nos. 3276-1, 3281-1, 3031-1 & 3351-1, within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: September 6, 2024

William H. Orrick
United States District Judge