UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL REGARDING SPECIAL MASTER LARSON DEPOSITION PROCESS & DESIGNATIONS** |

This Order resolves the following administrative motions to seal: Dkt. Nos. 3216, 3217, 3220, 3222, 3403, 3432, 3438, 3441, 3474, 3493, 3564, 3568, 3594, 3596, 3617, 3643, 3646, and 3651.

The administrative motions to seal submissions related to challenges to Special Master Judge Larson's designations – Dkt. Nos. 3216, 3217, 3220 & 3222 – are GRANTED for good cause shown. Dkt. No. 3259.

The administrative motions to seal the deposition designation rulings by Special Master Judge Larson and the briefing regarding the same (that were not ruled on by the Court) are GRANTED for good cause shown. Dkt. Nos. 3403, 3432, 3438, 3441, 3474, 3493, 3564, 3568, 3594, 3596, 3617, 3643, 3646, and 3651.

**IT IS SO ORDERED.**

Dated: September 6, 2024



William H. Orrick
United States District Judge