UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*San Francisco Unified School District v. JUUL Labs, Inc., et al* | Case No. 19-md-02913-WHO<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL FILED IN CONNECTION WITH MOTIONS FOR SUMMARY JUDGMENT, MOTIONS IN LIMINE, & MOTIONS RE *SFUSD* TRIAL** |

This Order concerns the following administrative motions to seal filed in connection with the *San Francisco Unified School District* bellwether case and trial: Dkt. Nos. 3385, 3387, 3389, 3390, 3395, 3397, 3399, 3402, 3404, 3406, 3407, 3418, 3419, 3449, 3459, 3461, 3463, 3482, 3488, 3491, 3494, 3508, 3518, 3522, 3523, 3524, 3528, 3529, 3531, 3533, 3540, 3543, 3550, 3553, 3557, 3558, 3560, 3561, 3562, 3571, 3583, 3585, 3594, 3607, 3610, 3615, 3630, 3633, 3638, 3757, 3773, 3787, 3789, 3804, 3806, 3822, 3987, 3988.

Within twenty (20) days of the date of this Order, counsel shall submit a joint chart addressing all material covered by the administration motions listed above. That chart shall identify documents – by docket number and exhibit – that contains information *not publicly disclosed* during the *SFUSD* trial that continues to meet the compelling justification standard for sealing and which documents may be unsealed.

**IT IS SO ORDERED.**

Dated: September 13, 2024



William H. Orrick
United States District Judge