# EXHIBIT A

**PLAINTIFFS REPRESENTED**

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 3:20-cv-03847-WHO | Tortorici v. Juul Labs, Inc. et al Representing | Susan Tortorici/ Matthew Tortorici |
| 3:20-cv-03850-WHO | Dupree, et al. v. Juul Labs, Inc. et al | Elizabeth Dupree/ Jordan Dupree |
| 3:20-cv-03882-WHO | Carson Sedgwick et al v. Juul Labs, Inc. et al | Carson Sedgwick |
| 3:20-cv-04661-WHO | Lane, et al. v. Juul Labs Inc. et al | Jennifer Lane/ Victoria Cunningham |
| 3:19-cv-06344-WHO | Nessmith, et al v. JUUL Labs, Inc., et al | Erin Nessmith |
| 3:19-cv-07428-WHO | Shapiro, et al. v. JUUL Labs, Inc., et al. | Craig and Julie Shapiro/ Ben Shapiro |
| 3:20-cv-01928 - WHO | Aragona v. JUUL Labs, Inc., et al. | Cole Aragona |
| 3:19-cv-07934 - WHO | Fay, et al. v. JUUL Labs, Inc., et al. | Kathryn Fay/ Kaitlyn Fay |
| 3:20-cv-01927 - WHO | Legacki v. JUUL Labs, Inc., et al. | Bailey Legacki |
| 3:20-cv-02600 - WHO | McKnight, et al. v. JUUL Labs, Inc., et al. | Walker McKnight |