AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,   **Angela E. Noble,**      Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Lili Darien Lowell**, Florida Bar # **1035969**, was duly admitted to practice in

this Court on **May 03, 2024**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 15, 2024.

_____

**Angela E. Noble**
*Court Administrator • Clerk of Court*