UNITED STATES DISTRICT COURT

NORHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIBAILITY LITIGATION | Case No. 3:19-MD-02913-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Sarah J. Foster, an active member in good standing of the bar of Florida hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs listed in Exhibit A** in the above-entitled action. My local co-counsel in this case is waived through prior order of the Court, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| 1212 SE 3rd Ave | N/A |
| Ft. Lauderdale, FL 33316 | |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 954-467-8800 | N/A |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Sarah@schlesingerlaw.com | N/A |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 1018179.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

1  I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this
2  application.
3  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
4  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

6  *I declare under penalty of perjury that the foregoing is true and correct.*

8  Dated: September 17, 2024          /*s/Sarah J. Foster*
                                                   Applicant

2

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sarah J. Foster is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____     _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE