Lauren S. Wulfe (SBN 287592)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
Lauren.Wulfe@arnoldporter.com

John C. Massaro (*pro hac vice*)
Jason A. Ross (*pro hac vice*)
David E. Kouba (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
John.Massaro@arnoldporter.com
Jason.Ross@arnoldporter.com
David.Kouba@arnoldporter.com

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | 3:19-md-02913 (WHO)<br><br>Hon. William H. Orrick |

**SUPPLEMENTAL NOTICE OF PERSONAL INJURY CLAIMS**
**RIPE FOR DISMISSAL WITH PREJUDICE**

Defendants Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; and Altria Enterprises LLC (collectively, "Altria") submit this supplemental notice to inform the Court of the status of the notices of dismissal the personal injury plaintiffs participating in the personal injury settlement with Altria are filing.

On July 26, 2023, Altria and Plaintiffs' Leadership entered into the Personal Injury Settlement Agreement (the "Settlement Agreement"). The Settlement Agreement provides, in relevant part, that in exchange for the benefits each settling personal injury plaintiff is receiving through the settlement,

each settling personal injury plaintiff would (1) deliver to the personal injury settlement administrator a Settlement Program Eligible Plaintiff Participation Form, including an executed release of Altria and other released parties, as defined in the Settlement Agreement; and (2) within 15 days of Altria's payment of the settlement amount to the Personal Injury Qualified Settlement Account, dismiss their claims against Altria with prejudice. Altria paid the settlement amount on May 13, 2024. Accordingly, the time to dismiss with prejudice has ripened. In addition, counsel for all of the settling personal injury plaintiffs have submitted certifications to the Personal Injury Settlement Administrator representing that the settling personal injury plaintiffs' cases have been dismissed.

On August 12, 2024, Altria filed a notice advising the Court of the cases settling personal injury plaintiffs had dismissed. *See* ECF No. 4280. Since that filing, additional settling personal injury plaintiffs have filed notices of dismissal of their cases as identified in Exhibit A.[1] Altria also has identified twenty-five (25) cases that involve a minor that are subject to ongoing minors' settlement processes, and are therefore not ripe for dismissal yet, as identified in Exhibit B. Finally, Altria has identified twenty-five (25) cases that were filed by settling personal injury plaintiffs who, based upon a search of case dockets using the docket numbers provided by the settling personal injury plaintiffs in their plaintiffs' fact sheets, have not yet filed notices of dismissal.[2] Twenty-three (23) of these participating personal injury plaintiffs are identified in Exhibit C; the other two participating personal injury plaintiffs incorrectly provided docket numbers of cases brought by other plaintiffs.[3]

---

[1] There are three plaintiffs whose cases were closed in their entirety, after filing Notices of Dismissal for Certain Defendants that did not include Altria: Alexis Robles, *Robels v. JUUL Labs, Inc., et al.*, 3:20-cv-08396, Bernard Shackleford, *Shackleford v. JUUL Labs, Inc., et al.*, 3:22-cv-8839, and Zachary Guddu, *Guddu v. JUUL Labs, Inc., et al.*, 3:21-cv-0179. These plaintiffs have since released all of their claims against Altria and participated in the personal injury settlement. Altria has been advised that these plaintiffs may be working with the Court to re-open their cases to file notices of dismissal against Altria's claims.

[2] This does not include one case involving a participating personal injury plaintiff who has since passed away, *See Brenneman on behalf of their minor child M.B. v. Juul Labs, Inc. et al*, 3:21-cv-01380. Altria understands that plaintiffs' counsel is in the process of appointing a representative who, once appointed, will dismiss the case.

[3] *See Pehrson v. JUUL Labs, Inc., et al.*, 3:22-cv-08291 (docket number provided is for a government entity case); *Miller v. JUUL Labs, Inc., et al.*, 3:22-cv-8735 (docket number provided is for a different personal injury plaintiff). Altria's counsel has sent multiple emails to counsel for these plaintiffs asking for corrected docket numbers but has not received a response.

As of the filing of this notice, all plaintiffs identified in Exhibit A have filed notices of dismissal of their cases as required by the Settlement Agreement.  The plaintiffs in Exhibit C do not appear to have filed notices of dismissal of their cases as required by the Settlement Agreement but their counsel have represented to the Personal Injury Settlement Administrator that their cases have been dismissed, they have delivered releases of Altria, and they received their settlement payments, such that their claims are ripe for dismissal.  Altria, therefore, respectfully requests that the Court (1) close the cases of the Plaintiffs identified in Exhibit A, and (2) dismiss and close the cases of Plaintiffs identified in Exhibit C.[4]

Dated:  September 20, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/ David E. Kouba
John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
David E. Kouba (*admitted pro hac vice*)
Angela R. Vicari (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, ALTRIA GROUP DISTRIBUTION COMPANY, AND ALTRIA ENTERPRISES LLC

---

[4] In the event that Altria identifies any other personal injury cases that have not been reported to the Personal Injury Settlement Administrator, Altria may seek additional relief from the Court.

SUPPLEMENTAL NOTICE OF PERSONAL INJURY CLAIMS RIPE FOR DISMISSAL WITH PREJUDICE

# **CERTIFICATE OF SERVICE**

I, David E. Kouba, hereby certify that on the 20th of September, 2024, I caused to be electronically filed the foregoing **ALTRIA'S SUPPLEMENTAL NOTICE OF PERSONAL INJURY CLAIMS RIPE FOR DISMISSAL WITH PREJUDICE** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By: */s/ David E. Kouba*

John C. Massaro (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
David.Kouba@arnoldporter.com