# EXHIBIT A

**Exhibit A**

| Plaintiff Name | Case Caption | Docket Number |
|---|---|---|
| Anthony Frank | Anthony Frank v. JUUL Labs Inc,. et al. | 3:22-CV-06269 |
| Courtney Griffin | Griffin v. JUUL Labs, Inc., et al | 3:22-cv-05993 |
| Dakota Stanley | Colgate v. JUUL Labs Inc., et al. | 3:18-cv-02499 |
| Keiahjah Pulce | Pulce v. JUUL Labs Inc., et al. | 3:21-cv-2319 |
| Quinton Allison | Colgate v. Juul Labs Inc., et al. | 3:18-cv-02499 |
| Ian McCarthy | Ian McCarthy v. JUUL Labs Inc., et al. | 3:19-cv-07450 |