# EXHIBIT B

**Exhibit B**

| Case Caption | Docket Number |
|---|---|
| S.S. and K.S., as parents and natural guardians of their minor child, E.S. v. Juul Labs, Inc., et al. | 3:19-cv-07385 |
| K.G., et al. v. JUUL Labs, Inc., et al. | 3:21-cv-07062 |
| Sims v. JUUL Labs, Inc., et al. | 3:22-cv-08370 |
| Wanner v. JUUL Labs, Inc., et al. | 3:20-cv-09061 |
| Hedglin v. JUUL Labs, Inc., et al. | 3:21-cv-01417 |
| Raphael, et al. v. JUUL Labs, Inc., et al. | 3:22-cv-08225 |
| A.B. v. JUUL Labs Inc., et al. | 3:22-cv-08366 |
| B.L., an infant, by her mother and natural guardian, T.W., v. JUUL Labs, Inc., et al. | 3:20-cv-03273 |
| Johnah Outlaw as Guardian ad Litem to A.L.H., a minor, v. JUUL Labs, Inc., et. al | 3:22-cv-07571 |
| Michele Pace as Guardian ad Litem to B.P., a minor v. Juul Labs, Inc., et. al | 3:22-cv-08553 |
| Mia Prezioso V Juul Labs, Inc., et. al | 3:22-cv-07360 |
| B.F., a minor, by and with her parent and natural guardian, Bryan Franklin  v. JUUL Labs, Inc., et. al | 3:22-cv-4409 |
| B.M.F., a minor, by and with her parent and natural guardian, Bryan Franklin  v. JUUL Labs, Inc., et. al | 3:22-cv-4408 |
| D.W., a minor, by and with his parent and natural guardian, Angela Williamson v. JUUL Labs, inc., et al. | 3:21-cv-02980 |
| E.T., a minor, by and with their parent and natural guardian, John Tullis v. JUUL Labs, Inc., et. al | 3:21-cv-09149 |
| K.A., a minor, by and with their parent and natural guardian, Angela Lankford v. JUUL Labs Inc., et al. | 3:21-cv-5068 |
| K.A., a minor, by and with their parent and natural guardian, Angela Lankford v. JUUL Labs Inc., et al. | 3:21-cv-5069 |
| L.A., a minor, by their parent Lisa Ajello v. JUUL Labs, Inc., et al. | 3:21-cv-9559 |
| S.D., a minor, by and with their parent and natural guardian, Sara Khaldi v. JUUL Labs Inc., et al. | 3:21-cv-9145 |
| A.B., a minor, by Catherine Naturile, Individually and as Guardian of her minor child, v. Juul Labs, Inc., et al. | 3:21-cv-02500 |
| M.L.M., a minor, by Candy Lynn Maples, Individually and as Guardian of her minor child v. Juul Labs, Inc., et al. | 3:21-cv-01148 |
| W.M.L., a minor, by Lindsey Ryan, Individually and as Guardian of her minor child v. Juul Labs, Inc., et al. | 3:21-cv-02512 |
| Mills, obo A.R. v. JUUL Labs, Inc., et al. | 3:21-cv-04259 |
| Nivens obo D.N. v. JUUL Labs, Inc., et al. | 3:22-cv-07191 |
| Samantha Hallman, on behalf of minor child, S.H. v JUUL Labs, Inc., et al. | 3:20-cv-09207 |