# EXHIBIT C

**Exhibit C**

| Plaintiff Name | Case Caption | Docket Number |
|---|---|---|
| Dorian Latimer | Latimer v. JUUL Labs, Inc., et al. | 3:22-cv-06141 |
| Jacob Lowe | Lowe v. Juul Labs, Inc. et al. | 3:22-cv-07957 |
| Miguel Sanchez | Sanchez v. Juul Labs, Inc., et al. | 3:22-cv-08065 |
| John Fakhoury | Fakhoury, John Albert Ramzi v. Juul Labs, Inc., et al. | 3:22-cv-09086 |
| Joshua Lewis | Bobby Byington on behalf of Minor J.L. v. Juul Labs, Inc., et al. | 3:21-CV-7001 |
| David Langan | David Langan v. JUUL Labs Inc., et al. | 3:22-cv-08488 |
| William Nelson | William Nelson v. JUUL Labs Inc., et al. | 3:22-cv-08510 |
| Kaden Dollinger | In re: JUUL Labs, Inc. Product Litigation | 3:22-cv-05554 |
| Gualberto Mendones | Gualberto Mendones v. JUUL Labs, Inc., et al. | 3:21-cv-05181 |
| Joseph Dyer | Dyer v. Juul Labs Inc., et al. | 3:20-cv-02543 |
| Katelynn Cordova | Cordova v. Juul Labs Inc., et al. | 3:20-cv-2557 |
| Kristian Gibson | Gibson v. JUUL Labs, Inc., et al. | 3:20-cv-2545 |
| Malcolm Walker | Walker v. JUUL Labs, Inc., et al. | 3:20-CV-2547 |
| Adam Bafia | Adam Bafia v. JUUL Labs, Inc., et al. | 3:22-cv-8335 |
| Andrew Hall | Andy Hall v. JUUL Labs, Inc., et al. | 3:22-cv-08249 |
| Edward Taylor | Edward Taylor v. JUUL Labs, Inc., et al. | 3:21-cv-7172 |
| Hunter Lambert | Hunter Lambert v. Juul Labs, Inc., et al. | 3:22-cv-02397 |
| John Weaver | John Weaver v. JUUL Labs, Inc., et al. | 3:22-cv-8353 |
| Denis Byrne | DENIS BYRNE, SR., as Administrator of the Estate of DENIS N. BYRNE, JR. v. JUUL Lab, Inc., et al. | 3:22-cv-00772 |
| Cindy Falos | Cindy Falos v. JUUL Labs, Inc., et al. | 3:22-cv-01715 |
| Drake Weber | Kim Moore, as Guardian of Drake Weber v. JUUL Labs, Inc., et al. | 3:22-cv-04868 |
| Mikayla Carrillo | Mikayla Lyn Carrillo v. Juul Labs, Inc., et al. | 3:21-cv-02502 |
| Joseph Dano | Melissa Dano on behalf of minor Jo. Dano v. JUUL Labs, Inc., et al. | 3:21-cv-03179 |
| Brooke Perhson | Brooke Pehrson v. Juul Labs, Inc., et al. | 3:22-cv-08291* |
| Richard Miller | Miller v. Juul Labs, Inc., et al. | 3:22-cv-8735* |

*Incorrect docket number