**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-MD-02913-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |
|---|---|

I, Brittany C. Barron, an active member in good standing of the bar of Florida hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: **Plaintiffs listed in Exhibit A** in the above-entitled action. My local co-counsel in this case is waived through prior order of the Court, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1212 SE 3rd Ave<br>Ft. Lauderdale, FL 33316 | N/A |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 954-467-8800 | N/A |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bbarron@schlesingerlaw.com | N/A |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 0091361.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 24, 2024

/*s/Brittany C. Barron*
Applicant

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brittany C. Barron is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 24, 2024




UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**PLAINTIFFS REPRESENTED**

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 3:20-cv-03847-WHO | Tortorici v. Juul Labs, Inc. et al Representing | Susan Tortorici/ Matthew Tortorici |
| 3:20-cv-03850-WHO | Dupree, et al. v. Juul Labs, Inc. et al | Elizabeth Dupree/ Jordan Dupree |
| 3:20-cv-03882-WHO | Carson Sedgwick et al v. Juul Labs, Inc. et al | Carson Sedgwick |
| 3:20-cv-04661-WHO | Lane, et al. v. Juul Labs Inc. et al | Jennifer Lane/ Victoria Cunningham |
| 3:19-cv-06344-WHO | Nessmith, et al v. JUUL Labs, Inc., et al | Erin Nessmith |
| 3:19-cv-07428-WHO | Shapiro, et al. v. JUUL Labs, Inc., et al. | Craig and Julie Shapiro/ Ben Shapiro |
| 3:20-cv-01928 - WHO | Aragona v. JUUL Labs, Inc., et al. | Cole Aragona |
| 3:19-cv-07934 - WHO | Fay, et al. v. JUUL Labs, Inc., et al. | Kathryn Fay/ Kaitlyn Fay |
| 3:20-cv-01927 - WHO | Legacki v. JUUL Labs, Inc., et al. | Bailey Legacki |
| 3:20-cv-02600 - WHO | McKnight, et al. v. JUUL Labs, Inc., et al. | Walker McKnight |