[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-02913-WHO<br><br>**PLAINTIFFS' MOTION TO MODIFY CMO 5, CMO 5(A), AND THE ORDER APPOINTING COMMON BENEFIT SPECIAL MASTER**<br><br>**Judge:**     Hon. William H. Orrick<br>**Date:**      October 30, 2024<br>**Time:**      2:00 PM<br>**Ctrm.:**     2 (by Zoom) |

## **NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE** that on October 30, 2024, at 2:00 PM, in Courtroom 2 of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Plaintiffs will and hereby do move for an order modifying CMO 5, CMO 5(A), and the Order Appointing Common Benefit Special Master.

## I. INTRODUCTION

This MDL is nearly complete. Global settlements have been reached with all Defendants on behalf of all Plaintiff groups. Co-Lead Counsel, Liaison Counsel, and Plaintiffs' Steering Committee still have work to do in administering the settlements for the next few years. But the ongoing common benefit time spent and expenses incurred have been dramatically reduced. For that reason, it makes sense to modify and streamline the procedures the Court established for the reporting of time and expenses. Specifically, Plaintiffs request that the Court modify CMO 5 (ECF 352, 381, 1202, 2307), CMO 5(A) (ECF 586), and the Order Appointing Common Benefit Special Master (ECF 680) to modify counsel's ongoing obligation to report common benefit time and expenses, as well as the procedure for auditing and reporting of those time and expenses.

## II. BACKGROUND

On January 13, 2020, the Court entered CMO 5: Common Benefit Order – Timekeeping and Expenses Protocol. ECF 352. That order provided guidelines for common benefit time and expenses in this MDL, and required regular reporting of time and expenses to Plaintiffs' Co-Lead Counsel and to the Court. The Court later modified CMO 5 three times. ECF 381, 1202, 2307. CMO 5 anticipated that the Court would "appoint a Special Master to assist it in reviewing and auditing the fees and expenses submitted. ECF 352 at 2.

On May 27, 2020, the Court entered CMO 5(A): Establishing a Common Benefit Fee and Expense Fund. ECF 586. In that order, the Court established a system of assessments on settlements and recoveries. The Court also appointed Judge Andler as Common Benefit Special Master "to audit reported common benefit time and costs, and to resolve any common benefit disputes that may arise between any parties authorized to submit common benefit time or expenses." *Id.* at 7-8.

On June 19, 2020, the Court issued an order under Federal Rule of Civil Procedure 53 prescribing Judge Andler's duties. ECF 680. The Court required Judge Andler to audit common benefit time and expenses and to report her findings to the Court on a regular basis. *Id.*

## III. ARGUMENT

At this point in the MDL, the limited work being done (primarily by Co-Lead Counsel)

1    and expenses incurred do not justify the costs associated with the auditing of time and expenses
2    by Judge Andler and the regular, formal reporting to the Court.

3    The ongoing reporting of time has limited utility. The Court has already approved fee
4    awards under Federal Rule of Civil Procedure 23(h) for both the JLI and Altria class settlements,
5    and approved allocations of fees in connection with all four JLI settlements and three of the Altria
6    settlements. ECF 4178, 4179, 4238, 4239. The time to appeal from those orders has passed and
7    they are now final. The proposed allocation of fees and expenses in connection with the final
8    global settlement (tribal claims against Altria) will be filed soon.

9    The Court can appropriately monitor the ongoing expenses charged against the settlements
10   without formal reporting and auditing requirements. The Court has already authorized Co-Lead
11   Counsel to identify and pay significant common benefit costs from the CMO 5(A) cost account.
12   ECF 4239. And any future incurred held costs can be reported to Co-Lead Counsel, who will
13   report any approved costs to the Court as part of Fee Committee reimbursement requests.

14   Accordingly, Plaintiffs request the Court enter the attached proposed order, which would
15   do the following:

16   - Eliminate the ongoing requirement of reporting common benefit time.

17   - Require that any incurred held costs be reported to Co-Lead Counsel on a monthly
18     basis.

19   - Assign Co-Lead Counsel, rather than Judge Andler, the responsibility to audit reported
     held costs before they are submitted to the Court for possible reimbursement.

20   The remaining provisions of the relevant orders – including the standards for compensable
21   expenses in CMO 5, the holdback provisions of CMO 5(A), and Judge Andler's role in resolving
22   common-benefit-related disputes – shall remain in force.

23   **IV.   <u>CONCLUSION</u>**

24   Plaintiffs respectfully request that the Court modify CMO 5, CMO 5(A), and the Order
25   Appointing Common Benefit Special Master as provided for in the attached proposed order.

| | | |
|---|---|---|
| 1 | Dated: September 25, 2024 | Respectfully submitted, |
| 2 | | By: */s/ Sarah R. London* |
| 3 | |     Sarah R. London |
| 4 | | Sarah R. London |
| | | **LIEFF CABRASER HEIMANN &** |
| 5 | | **BERNSTEIN** |
| 6 | | 275 Battery Street, Fl. 29 |
| | | San Francisco, CA 94111 |
| 7 | | Telephone:  (415) 956-1000 |
| | | slondon@lchb.com |
| 8 | | |
| 9 | | By: */s/ Dena C. Sharp* |
| | |     Dena C. Sharp |
| 10 | | |
| 11 | | Dena C. Sharp |
| | | **GIRARD SHARP LLP** |
| 12 | | 601 California St., Suite 1400 |
| | | San Francisco, CA 94108 |
| 13 | | Telephone: (415) 981-4800 |
| | | dsharp@girardsharp.com |
| 14 | | |
| 15 | | By: */s/ Dean Kawamoto* |
| | |     Dean Kawamoto |
| 16 | | |
| 17 | | Dean Kawamoto |
| | | **KELLER ROHRBACK L.L.P.** |
| 18 | | 1201 Third Ave., Ste. 3200 |
| | | Seattle, WA 98101 |
| 19 | | Telephone:  (206) 623-1900 |
| | | dkawamoto@kellerrohrback.com |
| 20 | | |
| 21 | | By: */s/ Ellen Relkin* |
| | |     Ellen Relkin |
| 22 | | |
| 23 | | Ellen Relkin |
| | | **WEITZ & LUXENBERG** |
| 24 | | 700 Broadway |
| | | New York, NY 10003 |
| 25 | | Telephone: (212) 558-5500 |
| | | erelkin@weitzlux.com |
| 26 | | |
| 27 | | *Co-Lead Counsel for Plaintiffs* |
| 28 | | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By:   /s/ *Sarah R. London*
      Sarah R. London