UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER MODIFYING CMO 5, CMO 5(A), AND ORDER APPOINTING COMMON BENEFIT SPECIAL MASTER** |

The Court orders as follows:

1. Plaintiffs' Motion to Modify CMO 5, CMO 5(A), and the Order Appointing Common Benefit Special Master is GRANTED.

2. The provisions of CMO 5 (ECF 352, 381, 1202, 2307), CMO 5(A) (ECF 586), and the Order Appointing Common Benefit Special Master (ECF 680) are modified as follows.

3. Participating Counsel no longer need to report common benefit time.

4. To be eligible for reimbursement, Participating Counsel must report any incurred Held Costs (as defined by CMO 5) to Co-Lead Counsel, on a monthly basis, through submission to the email address JUULMDLTime@lchb.com. The content and format of submissions continues to be governed by CMO 5.

5. Co-Lead Counsel shall audit reported Held Costs for reasonableness and compliance with CMO 5.

6. Co-Lead Counsel no longer need to submit time or expenses to the Court on a regular basis, but instead may submit costs to the Court for reimbursement from the settlement funds when appropriate.

7. The Common Benefit Special Master shall no longer be required to audit time or expenses, or submit reports to the Court.

8. The remaining provisions of CMO 5, CMO 5(A), and the Order Appointing Common Benefit Special Master remain in effect.

**IT IS SO ORDERED.**

Dated: _____, 2024

Judge William H. Orrick