[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Class Actions | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE FOR POST-DISTRIBUTION ACCOUNTING FOR THE CLASS ACTION SETTLEMENTS** |

Plaintiffs and Defendants stipulate and agree, subject to the Court's approval, to modify the schedule in connection with the class settlements' post-distribution accounting.

WHEREAS, on March 6, 2024, the Court directed that the class settlements' post-distribution accounting should be filed by September 25, 2024, and scheduled a hearing for October 2, 2024. Dkt. 4204. In the minute order, the Court noted that "Counsel may stipulate to move these deadlines so that the accounting will be filed at least 21 days after the settlement payments have issued and/or become stale, whichever date is later." *Id.*

WHEREAS, Class Counsel and the Settlement Administrator for the class settlements, Epiq, submitted their plan for the handling of likely fraudulent claims, which the Court approved on May 6, 2024. Dkt. 4236. In that minute order, the Court again noted that "[t]he case management

conference for the class settlements' post-distribution accounting remains set for October 2, 2024, but may be moved on stipulation of the parties." *Id.*

WHEREAS, Class Counsel and Epiq have implemented the approved fraud plan, and anticipate sending out a first distribution of payments to claimants no later than October 4, 2024;

WHEREAS, checks issued by October 4, 2024 will become stale on April 4, 2025;

WHEREAS, the parties stipulate that the deadline to file a post-distribution accounting should be moved to April 30, 2025, and a hearing set at the Court's convenience;

WHEREAS, if a second distribution is needed, counsel will notify the Court and may request further changes to the schedule for the post-distribution accounting;

NOW THEREFORE, the Plaintiffs and the Defendants, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court order as follows:

The class settlements' post-distribution accounting shall be filed by **April 30, 2025**, and a hearing scheduled at the Court's convenience if the Court deems it appropriate. These dates may be further adjusted on stipulation of the parties and subject to approval of the Court.

**IT IS SO STIPULATED.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                          Honorable Judge William H. Orrick

| | | |
|---|---|---|
| 1 | Dated: September 25, 2024 | Respectfully submitted, |

By: /s/ *Timothy S. Danninger*

Timothy S. Danninger (pro hac vice)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ John C. Massaro*

John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., N.W.
Washington D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
john.massaro@arnoldporter.com
Jason.ross@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.*

By: */s/ Michael J. Guzman*

Mark C. Hansen
Michael J. Guzman
David L. Schwartz
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

By: */s/ Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | By: */s/ Eugene Illovsky* | By: */s/ James Kramer* |
| 2 | Eugene Illovsky | James Kramer |
| 3 | Kevin Calia<br>Sharon Frase | **ORRICK HERRINGTON &** |
| 4 | **ILLOVSKY GATES & CALIA LLP**<br>1611 Telegraph Ave., Suite 806 | **SUTCLIFFE LLP**<br>The Orrick Building |
| 5 | Oakland, CA 94612<br>Telephone: (415) 500-6643 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 6 | eugene@boersch-illovsky.com<br>kevin@boersch-illovsky.com | Telephone: (415) 773-5700<br>jkramer@orrick.com |
| 7 | sharon@boersch-illovsky.com | |
| 8 | *Attorneys for Defendant Adam Bowen* | *Attorneys for Defendant James Monsees* |

By: */s/ Eugene Illovsky*

Eugene Illovsky
Kevin Calia
Sharon Frase
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@boersch-illovsky.com
kevin@boersch-illovsky.com
sharon@boersch-illovsky.com

*Attorneys for Defendant Adam Bowen*

By: */s/ James Kramer*

James Kramer
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com

*Attorneys for Defendant James Monsees*

**ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil. L.R. 5-1(i)(3), I hereby attest that counsel has concurred in this filing.

Dated: September 25, 2024

/s/ Dena C. Sharp

**CERTIFICATE OF SERVICE**

I, Dena C. Sharp, hereby certify that on the September 25, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

/s/  Dena C. Sharp