1 [Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-02913-WHO<br><br>**FEE COMMITTEE'S TRIBAL ALTRIA SETTLEMENT FEE AND EXPENSE RECOMMENDATIONS AND SECOND SUPPLEMENTAL EXPENSE RECOMMENDATIONS**<br><br>**Judge:** Hon. William H. Orrick<br>**Date:** November 6, 2024<br>**Time:** 2:00 PM<br>**Ctrm.:** 2 (by Zoom) |

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that on November 6, 2024, at 2:00 PM, in Courtroom 2 (via Zoom) of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, the Court-Appointed Fee Committee, will and hereby does move for an order accepting the Fee Committee's Tribal Altria settlement fee and expense recommendations and second supplemental expense recommendations.

# I. INTRODUCTION

The Court-Appointed Fee Committee (ECF 4068), submits this set of recommendations concerning: (1) fees and expenses in connection with the settlements between the Altria Defendants and the tribal Plaintiffs; and (2) second supplemental expense payments. The recommended tribal fee and expense allocations, by firm, are attached as **Exhibit 1**. The recommended supplemental expense reimbursements, by firm, are attached as **Exhibit 2**.

# II. BACKGROUND

The personal injury, government entity, and class settlements with the Altria Defendants reached during the *SFUSD* bellwether trial did not include the tribal Plaintiffs. Those Plaintiffs continued litigating against Altria, including obtaining additional document productions from the defendants, completing fact document and deposition discovery for three bellwether plaintiffs, preparing bellwether expert reports, and defending expert depositions. London Decl. ¶ 4. This work was undertaken by the Tribal Leadership Committee, consisting of Hobbs Straus, Lieff Cabraser, Frazer Law, and Sonosky Chambers. *Id.* ¶ 5. Three of these firms – Hobbs, LCHB, and Frazer – also each contributed $250,000 to a tribal litigation fund to pursue the Altria-tribal cases without the need for any additional contribution from the rest of the PSC. *Id.* ¶ 6.

As a result of those efforts, the tribal Plaintiffs reached a settlement of all litigation tribal Plaintiff claims. *Id.* ¶ 7. That settlement is expected the generate, under CMO 5(A), maximum common benefit fees of $1,187,500 and common benefit costs up to $475,000 (with the final amounts subject to certain conditions). *Id*. The Tribal Leadership Committee recommended to the Court-appointed Fee Committee how to allocate the fees and expenses derived from the settlement, recommendations the Fee Committee accepted. *Id.* ¶ 8. The Fee Committee communicated the recommendations to all affected firms and invited any firm with questions or concerns to discuss with the Committee. *Id.* ¶ 9. One firm reached out with questions. The Tribal Leadership Committee, with approval of the Fee Committee, took account of those questions in crafting the final allocation *Id.* ¶ 10.

**III.  THE FEE COMMITTEE RECOMMENDS THE COURT AUTHORIZE THE TRIBAL FEE AND EXPENSE PAYMENTS IN EXHIBIT 1.**

The Fee Committee recommends allocating the common expenses, and whatever portion of the common benefit fees is necessary, first to pay or reimburse expenses incurred in litigating the tribal Altria claims (including the $750,000 in tribal litigation fund contributions the Court previously authorized reimbursing out of the general cost funds, ECF 4239). This includes requested authorization to pay any further Shared Costs incurred in administering the tribal settlements. The Fee Committee then recommends allocating the remaining fee funds available among the Tribal Leadership Committee Firms. The recommended tribal allocations are set out in **Exhibit 1**.

**IV.  THE FEE COMMITTEE RECOMMENDS THE COURT AUTHORIZE REIMBURSEMENT OF INCURRED EXPENSES.**

Since the Court approved the Fee Committee's First Supplemental Expense Recommendations, firms have reported (and Judge Andler has approved) an additional $12,682.63 in held costs. London Decl. ¶ 12. The Fee Committee recommends approval of those costs for reimbursements. Those amounts, by firm, appear in **Exhibit 2**.

**IV.  CONCLUSION**

The Fee Committee respectfully recommends the Court authorize the fee and cost payments described in **Exhibits 1 and 2**.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Sarah R. London* |
| 4 | | Sarah R. London |
| | | **LIEFF CABRASER HEIMANN &** |
| 5 | | **BERNSTEIN** |
| | | 275 Battery Street, Fl. 29 |
| 6 | | San Francisco, CA 94111 |
| 7 | | Telephone: (415) 956-1000 |
| | | slondon@lchb.com |
| 8 | | |
| | | By: /s/ *Dena C. Sharp* |
| 9 | | |
| 10 | | Dena C. Sharp |
| | | **GIRARD SHARP LLP** |
| 11 | | 601 California St., Suite 1400 |
| | | San Francisco, CA 94108 |
| 12 | | Telephone: (415) 981-4800 |
| 13 | | dsharp@girardsharp.com |
| 14 | | |
| | | By: */s/ Dean Kawamoto* |
| 15 | | |
| | | Dean Kawamoto |
| 16 | | **KELLER ROHRBACK L.L.P.** |
| | | 1201 Third Ave., Ste. 3200 |
| 17 | | Seattle, WA 98101 |
| | | Telephone: (206) 623-1900 |
| 18 | | dkawamoto@kellerrohrback.com |
| 19 | | |
| | | By: */s/ Ellen Relkin* |
| 20 | | |
| 21 | | Ellen Relkin |
| | | **WEITZ & LUXENBERG** |
| 22 | | 700 Broadway |
| | | New York, NY 10003 |
| 23 | | Telephone: (212) 558-5500 |
| | | erelkin@weitzlux.com |
| 24 | | |
| 25 | | *Co-Lead Counsel for Plaintiffs* |
| 26 | | |
| 27 | | |
| 28 | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Sarah R. London*
    Sarah R. London