# EXHIBIT 1

## TRIBAL ALTRIA COST ALLOCATIONS

| FIRM | COSTS |
|---|---|
| **Frazer Law** | $250,000[*] |
| **Hobbs Straus** | $250,000[*] |
| **Lieff Cabraser Heimann & Bernstein, LLP** | $250,000[*] |
| **Tribal Litigation Fund** | $114,822.55 plus amounts of Shared Costs over life of settlement |

## TRIBAL ALTRIA FEE ALLOCATIONS

| FIRM | FEE% |
|---|---|
| **Frazer Law** | 6.3% |
| **Hobbs Straus** | 38% |
| **Lieff Cabraser Heimann & Bernstein, LLP** | 48% |
| **Sonosky, Chambers, Sachse, Endreson & Perry, LLP** | 7.7% |

---

[*] To replace allocation of tribal cost fund contribution in ECF 4214-3.

3096791.1