# EXHIBIT 2

**SECOND SUPPLEMENTAL COST ALLOCATION**

| FIRM | COSTS |
|---|---|
| **Baron & Budd, P.C.** | $1,171.00 |
| **Beasley Allen Crow Methvin Portis & Miles, PC** | $3,113.77 |
| **Berger Montague, P.C.** | $7.96 |
| **Girard Sharp** | $2199.39 |
| **Keller Rohrback L.L.P.** | $137.77 |
| **Levin Sedran & Berman LLP** | $20.40 |
| **Levin Simes** | $4,295.10 |
| **Lieff Cabraser Heimann & Bernstein, LLP** | $1,086.09 |
| **Sonosky, Chambers, Sachse, Endreson & Perry, LLP** | $3.60 |
| **Wagstaff & Cartmell, LLP** | $104.00 |
| **Weitz & Luxenberg, P.C.** | $543.55 |

3096792.1