UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| | **[PROPOSED] ORDER APPROVING FEE AND COSTS ALLOCATIONS** |
| This Document Relates to: | |
| All Actions | |

The Court orders as follows:

1. The Court approves the Fee Committee's proposed allocations of fees and costs as set forth in Exhibits 1 and 2 to the Fee Committee's Tribal Altria Settlement Fee and Expense Recommendations and Second Supplemental Recommendations.

2. Co-Lead Counsel and the Fee Committee are directed to take all actions necessary to implement the approved allocations, including paying individual firm awards as funds become available.

**IT IS SO ORDERED.**

Dated: _____, 2024       _____

Judge William H. Orrick