UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS**<br><br>HON. WILLIAM H. ORRICK III |

The Court previously granted final approval of the Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. The combined claimant population was subject to a single review process, and valid claimants will receive a distribution representing their share of both Settlements. *See* Dkt. 4212 at 15. Class Counsel and the Settlement Administrator, Epiq, conducted a Court-approved plan for the handling of likely fraudulent claims. Dkts. 4218 (plan), 4236 (approval). Epiq has now completed the verification and claims review processes, and Class Plaintiffs request an order authorizing distribution of the JLI and Altria Class Action Settlement funds consistent with the Plan of Allocation.

After Epiq's review of likely fraudulent claims, implementation of the verification process approved by the Court, and conducting claims review procedures, there are 842,004 valid claimants set to receive distribution from the JLI and Altria Class Settlements. The current balance of the net settlement fund is $204,600,095.47. The Court approves Class Plaintiffs' proposal to hold back the following amounts from distribution:

- $2,007,526.09 cost reserve for future settlement administration costs (accounting for maximum administration costs of $7.5 million);
- $335,000.00 reserve for tax obligations;
- $390,000.00 class reserve for contested claims.

The total amount authorized for distribution is thus $201,867,569.38.

The Court authorizes the distribution of payments for 842,004 valid claims totaling $201,867,569.38 consistent with the Plan of Allocation as requested by Class Plaintiffs.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Judge William H. Orrick

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO