# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>*Ashlynn NesSmith, et al. v. Juul Labs, Inc., et al.*, 3:19-cv-06344 | Case No. 3:19-cv-06344<br><br>**SUGGESTION OF DEATH UPON THE RECORD** |

In accordance with Rule 25(a)(1) of the Federal Rules of Civil Procedure Defendant Juul Labs, Inc. hereby suggests upon the record the death of the plaintiff Ashlynn NesSmith during the pendency of this action.

Dated: September 13, 2024

Respectfully submitted,

By: /s/ *Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
Fax: (904) 350-5957
tdanninger@gunster.com
awinsor@gunster.com

*Attorney for Defendant Juul Labs, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, I electronically served the foregoing Suggestion of Death Upon the Record on all counsel of record in this action using the CM/ECF system.

**Date: September 13, 2024**

By: /s/ *Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
Fax: (904) 350-5957
tdanninger@gunster.com
awinsor@gunster.com

*Attorney for Defendant Juul Labs, Inc.*

- 2 -