# Exhibit B

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2024134746 1 PG(S)
10/7/2024 1:02 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS        Receipt # 3240918

IN THE TWELFTH JUDICIAL CIRCUIT IN AND
FOR SARASOTA COUNTY, FLORIDA

IN RE: ESTATE OF                    PROBATE DIVISION

ASHLYNN BEA NesSMITH                FILE NO.: 2024-CP-004534NC

Deceased                            DIVISION:

LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, ASHLYNN BEA NesSMITH, a resident of Sarasota County, Florida, died on July 27, 2024, owning assets in the State of Florida, and

WHEREAS, ERIN NesSMITH and JARED NesSMITH have been appointed personal representatives of the estate of the decedent and have performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declares ERIN NesSMITH and JARED NesSMITH qualified under the laws of the State of Florida to act as personal representatives of the ASHLYNN BEA NesSMITH, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____OCT 0 2 2024_____, 2024.

_____
CIRCUIT JUDGE