# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 30, 2024 | **Time:** 4 minutes<br>2:01 p.m. to 2:05 p.m | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., Marketing, Sales Practices | |

**Attorneys for Class Plaintiffs:** Sarah London and Nina Gliozzo
**Attorney for Defendants:** Arthur Luk

**Deputy Clerk:** Jean Davis                **Court Reporter:** Marla Knox

## PROCEEDINGS

Hearing on Motion for Attorney Fees and Motion to Amend CMO 5 conducted via videoconference. The Court anticipates granting both motions. The Court asks Ms. London about the schedule for the government entities to report on the disposition of settlement funds, and looks forward to discussing that issue and the demographic data regarding the attorneys' work at some convenient time in the future.