UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] ORDER APPROVING FEE AND COST ALLOCATIONS |

The Court orders as follows:

1. The Court approves the Fee Committee's proposed allocations of fees and costs as set forth in Exhibits 1 and 2 to the Fee Committee's Tribal Altria Settlement Fee and Expense Recommendations and Second Supplemental Recommendations.

2. The Court further approves payments to Brown Greer PLC up to a total of $6,000,000 (inclusive of previous authorizations).

3. Co-Lead Counsel and the Fee Committee are directed to take all actions necessary to implement the approved allocations, including paying individual firm awards as funds become available.

**IT IS SO ORDERED.**

Dated: November 5, 2024

_____
Judge William H. Orrick