**Exhibit A**
**Settling Tribal Plaintiffs**

| N.D. Cal. Case No. | Plaintiff |
|---|---|
| 3:20-cv-03983 | Jamestown S'Klallam Tribe |
| 3:20-cv-03984 | Port Gamble S'Klallam Tribe |
| 3:20-cv-03985 | Saint Regis Mohawk Tribe |
| 3:20-cv-03986 | Pala Band of Mission Indians |
| 3:20-cv-03987 | Klamath Tribes |
| 3:20-cv-03995 | Fond du Lac Band of Lake Superior Chippewa |
| 3:20-cv-04010 | Oglala Sioux Tribe |
| 3:20-cv-04030 | Suquamish Tribe |
| 3:20-cv-04097 | Tunica-Biloxi Indian Tribe |
| 3:20-cv-04406 | Ramah Navajo School Board, Inc. |
| 3:20-cv-04410 | Red Cliff Band of Lake Superior Chippewa Indians |
| 3:20-cv-04426 | Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin |
| 3:20-cv-05165 | Seneca Nation of Indians |
| 3:20-cv-05166 | Coquille Indian Tribe |
| 3:20-cv-05335 | Catawba Nation |
| 3:20-cv-05468 | Yurok Tribe |
| 3:20-cv-06359 | Nottawaseppi Huron Band of the Potawatomi |
| 3:20-cv-06614 | Pascua Yaqui Tribe |
| 3:20-cv-07045 | Prarie Band Potawatomi Nation |
| 3:21-cv-00193 | Southcentral Foundation |
| 3:21-cv-04251 | Tanana Chiefs Conference |
| 3:21-cv-04252 | Confederated Tribes of the Grand Ronde Community of Oregon |
| 3:21-cv-04253 | Grand Traverse Band of Ottawa and Chippewa Indians |
| 3:21-cv-04331 | Aleutian Pribilof Islands Association, Inc. |
| 3:21-cv-05130 | Alaska Native Tribal Health Consortium |
| 3:21-cv-05134 | Cheyenne & Arapaho Tribes |
| 3:22-cv-01397 | Mississippi Band of Choctaw Indians |
| 3:22-cv-01399 | Sault Ste. Marie Tribe of Chippewa Indians |
| 3:22-cv-04268 | Tulalip Tribes |
| 3:22-cv-05881 | Copper River Native Association |
| 3:22-cv-06161 | Blackfeet Tribe of the Blackfeet Indian Reservation of Montana |
| 3:22-cv-06363 | Missosukee Tribe of Indians of Florida |
| 3:22-cv-07085 | Choctow Nation of Oklahoma |
| 3:22-cv-07087 | Chickasaw Nation |
| 3:23-cv-00633 | Muscogee (Creek) Nation |
| 3:23-cv-05595 | Leech Lake Band of Ojibwe |
| 3:23-cv-05598 | Swinomish Indian Tribal Community |
| 3:23-cv-05767 | The Navajo Nation |