**Exhibit B**
**Settling Personal Injury Plaintiffs**

| N.D. Cal. Case No. | Plaintiff |
|---|---|
| 3:21-cv-03518 | Culbreth, Taylor |
| 3:21-cv-10061 | Sathue, Justin |
| 3:22-cv-05637 | Wolters, Gregory |
| 3:22-cv-06953 | Ryl, Marshall |
| 3:22-cv-08535 | Kerns, Brock |
| 3:22-cv-08835 | Ohlde, Kayla |
| 3:21-cv-01716 | Martinez, Joseph |
| 3:21-cv-02060 | Miller, Kendra |
| 3:21-cv-04175 | Cain, Dayton |
| 3:21-cv-04255 | Phillips, Jeanette |
| 3:21-cv-08157 | Llanas, Josue |
| 3:21-cv-09625 | Troublefield, Thaddeus |
| 3:22-cv-02378 | Olive, Landon C. |
| 3:22-cv-02669 | Biering, Marshal Aiken |
| 3:22-cv-02671 | Walker, Eric Grayson |
| 3:22-cv-02820 | Morrow, Brooke Nicole |
| 3:22-cv-07402 | Codispot, Jason |
| 3:22-cv-08040 | McGraw, Lindy |
| 3:22-cv-08052 | Buchika, Olivia |
| 3:22-cv-08304 | Masessa, David |
| 3:22-cv-08383 | Garrett, Julia |
| 3:22-cv-08772 | Roy, Henry |
| 3:22-cv-07191 | Donavan Nivens |
| 3:22-cv-04259 | Ann Rudolph |