Exhibit C
**Personal Injury Plaintiffs Who Have Submitted Releases**

| N.D. Cal. Case No. | Plaintiff |
|---|---|
| 3:20-cv-05310 | Desilet, Joshua |
| 3:20-cv-08247 | Mullins, Timothy Neal |
| 3:20-cv-08573 | Hernandez, June |
| 3:21-cv-01718 | Kimball, Mason |
| 3:21-cv-03518 | Culbreth, Taylor |
| 3:21-cv-06846 | Sturdivant, Quentin |
| 3:21-cv-08661 | Brown, Carylanne |
| 3:21-cv-08660 | Howell, Kenneth |
| 3:22-cv-00496 | Palacios, Ivan |
| 3:22-cv-00573 | Hicks, Edward |
| 3:22-cv-01056 | Feldman, Joshua |
| 3:22-cv-02290 | Fitzsimmons, Jessica |
| 3:22-cv-04020 | Carr, David |
| 3:22-cv-07821 | Harrison, Billy |
| 3:22-cv-07974 | Oster, Jeremy |
| 3:20-cv-02546 | Pierre, Jessica |
| 3:20-cv-02550 | Ingram, Jenika |
| 3:20-cv-02551 | Critzer, Timothy |
| 3:20-cv-02553 | Aceti, Shayla |
| 3:20-cv-03815 | Lankford, Dathan |
| 3:20-cv-09049 | Rogers, Christian |
| 3:21-cv-02209 | Altizer, Addison |
| 3:21-cv-02211 | Hollis, John |
| 3:21-cv-02213 | Holniker, Coleman |
| 3:21-cv-02218 | Kinnard, Shannon |
| 3:21-cv-02219 | Puente, Erin |
| 3:21-cv-02221 | Ziegenhagen et al |
| 3:21-cv-02249 | Fox, Larry |
| 3:21-cv-02251 | Pierce, Alexander |
| 3:21-cv-02252 | Truong, Johnson |
| 3:21-cv-02253 | Worden, Jeremy |
| 3:21-cv-02254 | Yut, Jerry |
| 3:21-cv-02255 | Baker, Spyncer |
| 3:21-cv-02257 | Casas, Alex |
| 3:21-cv-02262 | Fish, Clark |
| 3:21-cv-02264 | Goldston, Carlee |
| 3:21-cv-02266 | Healey, Dylan |
| 3:21-cv-02267 | Ippoliti, Chris |
| 3:21-cv-02268 | Lore, Thane |
| 3:21-cv-02271 | Moore, D'Angelo |
| 3:21-cv-02274 | Ali, Shurjo |

**Exhibit C**
**Personal Injury Plaintiffs Who Have Submitted Releases**

| | |
|---|---|
| 3:21-cv-02275 | Singer, Kevin |
| 3:21-cv-02277 | Smith, Derrick |
| 3:21-cv-02278 | Tarrats, Daniel |
| 3:21-cv-02287 | Gregg, Lauren |
| 3:21-cv-02291 | Eubanks, Joan |
| 3:21-cv-02303 | Rest, Kristof |
| 3:21-cv-02373 | Wilhelm, Janece |
| 3:21-cv-02385 | Matarazzo, Noah |
| 3:21-cv-02389 | Nelson, William J. |
| 3:21-cv-03184 | Beckett, Cameron |
| 3:22-cv-02848 | Dingui, Kylan |
| 3:22-cv-05221 | Jones, Roedon |
| 3:22-cv-08716 | Defranco, Thomas |