**Exhibit E**
**Non-Communicating Plaintiffs**

| N.D. Cal. Case No. | Plaintiff |
|---|---|
| 3:22-cv-06637 | Hicks, Domonic |
| 3:22-cv-07729 | Brown, Garner Vail |