**Exhibit F**
**Settling Goverment Entity Plaintiffs**

| N.D. Cal. Case No. | Plaintiff |
|---|---|
| 3:20-cv-05357 | South Butler County School District |
| 3:21-cv-01531 | Harford County Public Schools |
| 3:21-cv-09853 | Triway Local School District |
| 3:22-cv-01117 | Warren County Public Schools |
| 3:22-cv-01685 | Traverse City Area Pubic Schools |
| 3:22-cv-03691 | Tahoma School District No. 409 |
| 3:22-cv-04642 | Wayne County School Board |
| 3:22-cv-06146 | Jefferson Davis County School District |
| 3:22-cv-06505 | Meridian Public School District |
| 3:22-cv-06663 | Huntingdon County Career and Technology Center |
| 3:22-cv-07068 | County of Woodyard, Individually |
| 3:22-cv-07258 | School District No. 5, Marion County, Oregon (a/k/a Cascade School District) |
| 3:22-cv-07774 | Crescent School District |