**Exhibit G**

**Government Entity Plaintiffs Who Have Submitted Releases**

| N.D. Cal. Case No. | Plaintiff |
|---|---|
| 3:21-cv-03791 | Mt. Lebanon School District |
| 3:23-cv-02373 | Benzie County Central Schools |