**Exhibit H**
**Settlement Class Released Claims**

| N.D. Cal. Case No. | PLAINTIFF |
|---|---|
| 3:21-cv-02215 | Kelly et al (Janis) |
| 3:21-cv-02220 | Vogel et al (Nicholas) |
| 3:21-cv-02228 | Jenkins, Adam |
| 3:21-cv-02233 | Jenkins, Adam |
| 3:21-cv-02258 | Claytor, Ronald |
| 3:21-cv-02273 | Richey, Charleen |
| 3:21-cv-02309 | Villasenor, Angela |
| 3:21-cv-02317 | Perry, Vickie |
| 3:21-cv-02390 | Strattard, Kristy |