**Exhibit I**
**Summary of Open Cases**

| N.D. Cal. Case No. | Plaintiff | Updated Case Status |
|---|---|---|
| 3:19-cv-07427 | Bruce, et al. | Case has since been closed |
| 3:20-cv-04485 | Roberts, Pamela | Altria and Plaintiffs' Leadership are working to resolve |
| 3:20-cv-05310 | Desilet, Joshua | Release form received |
| 3:20-cv-07228 | V.P., and Infant, by her Mother, J.A. | Altria and Plaintiffs' Leadership are working to resolve |
| 3:20-cv-08247 | Mullins, Timothy Neal | Release form received |
| 3:20-cv-08573 | Hernandez, June | Release form received |
| 3:20-cv-08647 | Corn, Trevor | Case has since been closed |
| 3:20-cv-08982 | Pattillo, Amber | Case has since been closed |
| 3:21-cv-01718 | Kimball, Mason | Release form received |
| 3:21-cv-03206 | Seward, Kailor | Altria and Plaintiffs' Leadership are working to resolve |
| 3:21-cv-03518 | Culbreth, Taylor | Release form received |
| 3:21-cv-04561 | Bush, Lorrie, obo B.B. | Case has since been closed |
| 3:21-cv-06241 | Rogadi, Abderrahim | Ineglible for Altria Settlement |
| 3:21-cv-06846 | Sturdivant, Quentin | Release form received |
| 3:21-cv-08661 | Brown, Carylanne | Release form received |
| 3:21-cv-08660 | Howell, Kenneth | Release form received |
| 3:21-cv-09420 | Lee, Randolph | Altria and Plaintiffs' Leadership are working to resolve |
| 3:21-cv-10061 | Sathue, Justin | Dismissal has been filed |
| 3:22-cv-00203 | Trussell, Ronnie | Ineglible for Altria Settlement |
| 3:22-cv-00496 | Palacios, Ivan | Release form received |
| 3:22-cv-00573 | Hicks, Edward | Release form received |
| 3:22-cv-01056 | Feldman, Joshua | Release form received |
| 3:22-cv-01327 | Bradley, Melissa | Ineglible for Altria Settlement |
| 3:22-cv-01463 | Butler, Ambriel | Ineglible for Altria Settlement |
| 3:22-cv-02290 | Fitzsimmons, Jessica | Release form received |
| 3:22-cv-04020 | Carr, David | Release form received |

**Exhibit I**
**Summary of Open Cases**

| Case No. | Plaintiff | Status |
|---|---|---|
| 3:22-cv-05637 | Wolters, Gregory | Dismissal has been filed |
| 3:22-cv-06637 | Hicks, Domonic | Non-communicating |
| 3:22-cv-06953 | Ryl, Marshall | Dismissal has been filed |
| 3:22-cv-07565 | Hassan, Helen | Altria and Plaintiffs' Leadership are working to resolve |
| 3:22-cv-07821 | Harrison, Billy | Release form received |
| 3:22-cv-07905 | Dolly, Tayler | Altria and Plaintiffs' Leadership are working to resolve |
| 3:22-cv-07974 | Oster, Jeremy | Release form received |
| 3:22-cv-08535 | Kerns, Brock | Dismissal has been filed |
| 3:22-cv-08679 | Blalock, Emanual | Ineglible for Altria Settlement |
| 3:22-cv-08835 | Ohlde, Kayla | Dismissal has been filed |
| 3:22-cv-08554 | Thomas, Jamie | Altria and Plaintiffs' Leadership are working to resolve |
| 3:19-cv-06344 | Nessmith, Jared and Erin | Opt-Out Plaintiff |
| 3:19-cv-06644 | Weinhardt, Jennifer | Altria and Plaintiffs' Leadership are working to resolve |
| 3:19-cv-06902 | Rodriguez, Arman | Ineglible for Altria Settlement |
| 3:19-cv-06936 | P.O. | Altria and Plaintiffs' Leadership are working to resolve |
| 3:19-cv-06921 | McCullough, Thomas & William | Dismissal has been filed |
| 3:19-cv-06911 | Doe | Release form received |
| 3:19-cv-06905 | Emidy, Scott | Dismissal has been filed |
| 3:19-cv-06914 | Cartmell, Thomas & Boyd Mindy | Altria is not a party |
| 3:19-cv-06933 | Martin, Schrama | Altria and Plaintiffs' Leadership are working to resolve |
| 3:19-cv-06923 | McFaull, John | Altria is not a party |
| 3:19-cv-07319 | Jenus, Jonathan | Altria is not a party |
| 3:19-cv-07428 | Shapiro, Julie & Craig | Opt-Out Plaintiff |
| 3:19-cv-07934 | Fay, Ian | Opt-Out Plaintiff |

**Exhibit I**
**Summary of Open Cases**

| | | |
|---|---|---|
| 3:19-cv-08233 | Bayly, Brianna | Altria and Plaintiffs' Leadership are working to resolve |
| 3:19-cv-08263 | Craft, Steve | Altria and Plaintiffs' Leadership are working to resolve |
| 3:19-cv-08271 | Jones, Victoria | Altria and Plaintiffs' Leadership are working to resolve |
| 3:20-cv-01615 | Soulas, Sebastian | Altria is not a party |
| 3:20-cv-01927 | Legacki, Bailey | Opt-Out Plaintiff |
| 3:20-cv-01928 | Aragona, Cole | Opt-Out Plaintiff |
| 3:20-cv-02546 | Pierre, Jessica | Release form received |
| 3:20-cv-02550 | Ingram, Jenika | Release form received |
| 3:20-cv-02551 | Critzer, Timothy | Release form received |
| 3:20-cv-02553 | Aceti, Shayla | Release form received |
| 3:20-cv-02556 | K.P. | Altria and Plaintiffs' Leadership are working to resolve |
| 3:20-cv-02558 | L.P. | Altria and Plaintiffs' Leadership are working to resolve |
| 3:20-cv-02600 | McKnight, Candace & David & Walker | Opt-Out Plaintiff |
| 3:20-cv-02729 | Deadwyler, Benjamin | Antitrust Action |
| 3:20-cv-03020 | Cooper, Joet | Case has since been closed |
| 3:20-cv-03183 | Walsh, Kerry & Harrod, Allison | Antitrust Action |
| 3:20-cv-03609 | Maan, Abhishek | Altria is not a party |
| 3:20-cv-03847 | Tortorici, Susan | Opt-Out Plaintiff |
| 3:20-cv-03850 | Dupree, Elizabeth | Opt-Out Plaintiff |
| 3:20-cv-03815 | Lankford, Dathan | Release form received |
| 3:20-cv-03882 | Sedgwick, Carson | Opt-Out Plaintiff |
| 3:20-cv-03983 | Jamestown S'Klallam Tribe | Dismissal has been filed |
| 3:20-cv-03984 | Port Gamble S'Klallam Tribe | Dismissal has been filed |
| 3:20-cv-03985 | Saint Regis Mohawk Tribe | Dismissal has been filed |
| 3:20-cv-03986 | Pala Band of Mission Indians | Dismissal has been filed |
| 3:20-cv-03987 | Klamath Tribes | Dismissal has been filed |

Exhibit I
**Summary of Open Cases**

| Case Number | Plaintiff | Status |
|---|---|---|
| 3:20-cv-03995 | Fond du Lac Band of Lake Superior Chippewa | Dismissal has been filed |
| 3:20-cv-04010 | Oglala Sioux Tribe | Dismissal has been filed |
| 3:20-cv-04030 | Suquamish Tribe | Dismissal has been filed |
| 3:20-cv-04097 | Tunica-Biloxi Indian Tribe | Dismissal has been filed |
| 3:20-cv-04406 | Ramah Navajo School Board, Inc. | Dismissal has been filed |
| 3:20-cv-04410 | Red Cliff Band of Lake Superior Chippewa Indians | Dismissal has been filed |
| 3:20-cv-04413 | McGee | Antitrust Action |
| 3:20-cv-04426 | Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin | Dismissal has been filed |
| 3:20-cv-04661 | Lane, Jennifer | Opt-Out Plaintiff |
| 3:20-cv-05165 | Seneca Nation of Indians | Dismissal has been filed |
| 3:20-cv-05166 | Coquille Indian Tribe | Dismissal has been filed |
| 3:20-cv-05335 | Catawba Nation | Dismissal has been filed |
| 3:20-cv-05357 | South Butler County School District | Dismissal has been filed |
| 3:20-cv-05468 | Yurok Tribe | Dismissal has been filed |
| 3:20-cv-06359 | Nottawaseppi Huron Band of the Potawatomi | Dismissal has been filed |
| 3:20-cv-06614 | Pascua Yaqui Tribe | Dismissal has been filed |
| 3:20-cv-06985 | Patel et al. (Jay and Monica) | Opt-Out Plaintiff |
| 3:20-cv-07045 | Prarie Band Potawatomi Nation | Dismissal has been filed |
| 3:20-cv-07254 | R.D., a minor by and through her guardian ad litem, Abdul Dammad | Case has since been closed |
| 3:20-cv-07878 | Nelson, Elijah | Case has since been closed |
| 3:20-cv-07880 | Streitmann, Hannah | Ineglible for Altria Settlement |
| 3:20-cv-07877 | Edge, Patrick | Ineglible for Altria Settlement |
| 3:20-cv-09049 | Rogers, Christian | Release form received |
| 3:20-cv-09176 | Walker, Rebecca | Non-communicating |
| 3:21-cv-00193 | Southcentral Foundation | Dismissal has been filed |
| 3:21-cv-01531 | Harford County Public Schools | Dismissal has been filed |
| 3:21-cv-01716 | Martinez, Joseph | Dismissal has been filed |
| 3:21-cv-02060 | Miller, Kendra | Dismissal has been filed |
| 3:21-cv-02209 | Altizer, Addison | Release form received |
| 3:21-cv-02211 | Hollis, John | Release form received |
| 3:21-cv-02213 | Holniker, Coleman | Release form received |

**Exhibit I**
**Summary of Open Cases**

| | | |
|---|---|---|
| 3:21-cv-02215 | Kelly et al (Janis) | RICO Class Action |
| 3:21-cv-02218 | Kinnard, Shannon | Release form received |
| 3:21-cv-02219 | Puente, Erin | Release form received |
| 3:21-cv-02220 | Vogel et al (Nicholas) | RICO Class Action |
| 3:21-cv-02221 | Ziegenhagen et al | Release form received |
| 3:21-cv-02228 | Jenkins, Adam | RICO Class Action |
| 3:21-cv-02233 | Jenkins, Adam | RICO Class Action |
| 3:21-cv-02249 | Fox, Larry | Release form received |
| 3:21-cv-02251 | Pierce, Alexander | Release form received |
| 3:21-cv-02252 | Truong, Johnson | Release form received |
| 3:21-cv-02253 | Worden, Jeremy | Release form received |
| 3:21-cv-02254 | Yut, Jerry | Release form received |
| 3:21-cv-02255 | Baker, Spyncer | Release form received |
| 3:21-cv-02257 | Casas, Alex | Release form received |
| 3:21-cv-02258 | Claytor, Ronald | RICO Class Action |
| 3:21-cv-02262 | Fish, Clark | Release form received |
| 3:21-cv-02264 | Goldston, Carlee | Release form received |
| 3:21-cv-02266 | Healey, Dylan | Release form received |
| 3:21-cv-02267 | Ippoliti, Chris | Release form received |
| 3:21-cv-02268 | Lore, Thane | Release form received |
| 3:21-cv-02271 | Moore, D'Angelo | Release form received |
| 3:21-cv-02273 | Richey, Charleen | RICO Class Action |
| 3:21-cv-02274 | Ali, Shurjo | Release form received |
| 3:21-cv-02275 | Singer, Kevin | Release form received |
| 3:21-cv-02277 | Smith, Derrick | Release form received |
| 3:21-cv-02278 | Tarrats, Daniel | Release form received |
| 3:21-cv-02287 | Gregg, Lauren | Release form received |
| 3:21-cv-02291 | Eubanks, Joan | Release form received |
| 3:21-cv-02303 | Rest, Kristof | Release form received |
| 3:21-cv-02309 | Villasenor, Angela | RICO Class Action |
| 3:21-cv-02317 | Perry, Vickie | RICO Class Action |

**Exhibit I**
**Summary of Open Cases**

| | | |
|---|---|---|
| 3:21-cv-02373 | Wilhelm, Janece | Release form received |
| 3:21-cv-02385 | Matarazzo, Noah | Release form received |
| 3:21-cv-02389 | Nelson, William J. | Release form received |
| 3:21-cv-02390 | Strattard, Kristy | RICO Class Action |
| 3:21-cv-03184 | Beckett, Cameron | Release form received |
| 3:21-cv-03791 | Mt. Lebanon School District | Release form received |
| 3:21-cv-04175 | Cain, Dayton | Dismissal has been filed |
| 3:21-cv-04180 | White, Allene obo E.W. | Ineglible for Altria Settlement |
| 3:21-cv-04251 | Tanana Chiefs Conference | Dismissal has been filed |
| 3:21-cv-04252 | Confederated Tribes of the Grand Ronde Community of Oregon | Dismissal has been filed |
| 3:21-cv-04253 | Grand Traverse Band of Ottawa and Chippewa Indians | Dismissal has been filed |
| 3:21-cv-04255 | Phillips, Jeanette | Dismissal has been filed |
| 3:21-cv-04331 | Aleutian Pribilof Islands Association, Inc. | Dismissal has been filed |
| 3:21-cv-05068 | Lankford, Angela | Minor Plaintiff |
| 3:21-cv-05069 | Lankford, Angela | Minor Plaintiff |
| 3:21-cv-05130 | Alaska Native Tribal Health Consortium | Dismissal has been filed |
| 3:21-cv-05134 | Cheyenne & Arapaho Tribes | Dismissal has been filed |
| 3:21-cv-05383 | Johnson, Jenny | Altria is not a party |
| 3:21-cv-05452 | Mosier, Andrew | Altria is not a party |
| 3:21-cv-05680 | Oxley, Erica | Ineglible for Altria Settlement |
| 3:21-cv-06043 | Fleenor, Tabatha | Altria is not a party |
| 3:21-cv-07320 | Laliberty, Ashley | Altria is not a party |
| 3:21-cv-07673 | Nix, James Michael | Altria is not a party |
| 3:21-cv-08157 | Llanas, Josue | Dismissal has been filed |
| 3:21-cv-08997 | Williams, Donte | Ineglible for Altria Settlement |
| 3:21-cv-09145 | Khaldi, Sara | Minor Plaintiff |
| 3:21-cv-09559 | Ajello, Lisa | Minor Plaintiff |
| 3:21-cv-09625 | Troublefield, Thaddeus | Dismissal has been filed |
| 3:21-cv-09853 | Triway Local School District | Dismissal has been filed |
| 3:22-cv-00364 | Digraci, Vincenzo Gerardo | Altria is not a party |
| 3:22-cv-00771 | Wall, Nicholas | Altria is not a party |

Exhibit I
**Summary of Open Cases**

| Case Number | Party | Status |
|---|---|---|
| 3:22-cv-01117 | Warren County Public Schools | Dismissal has been filed |
| 3:22-cv-01397 | Mississippi Band of Choctaw Indians | Dismissal has been filed |
| 3:22-cv-01399 | Sault Ste. Marie Tribe of Chippewa Indians | Dismissal has been filed |
| 3:22-cv-01685 | Traverse City Area Pubic Schools | Dismissal has been filed |
| 3:22-cv-02378 | Olive, Landon C. | Dismissal has been filed |
| 3:22-cv-02669 | Biering, Marshal Aiken | Dismissal has been filed |
| 3:22-cv-02671 | Walker, Eric Grayson | Dismissal has been filed |
| 3:22-cv-02820 | Morrow, Brooke Nicole | Dismissal has been filed |
| 3:22-cv-02848 | Dingui, Kylan | Release form received |
| 3:22-cv-03240 | Ali, Christian | Altria is not a party |
| 3:22-cv-03691 | Tahoma School District No. 409 | Dismissal has been filed |
| 3:22-cv-04268 | Tulalip Tribes | Dismissal has been filed |
| 3:22-cv-04642 | Wayne County School Board | Dismissal has been filed |
| 3:22-cv-05221 | Jones, Roedon | Release form received |
| 3:22-cv-05881 | Copper River Native Association | Dismissal has been filed |
| 3:22-cv-06146 | Jefferson Davis County School District | Dismissal has been filed |
| 3:22-cv-06161 | Blackfeet Tribe of the Blackfeet Indian Reservation of Montana | Dismissal has been filed |
| 3:22-cv-06363 | Missosukee Tribe of Indians of Florida | Dismissal has been filed |
| 3:22-cv-06505 | Meridian Public School District | Dismissal has been filed |
| 3:22-cv-06663 | Huntingdon County Career and Technology Center | Dismissal has been filed |
| 3:22-cv-07068 | County of Woodyard, Individually | Dismissal has been filed |
| 3:22-cv-07085 | Choctow Nation of Oklahoma | Dismissal has been filed |
| 3:22-cv-07087 | Chickasaw Nation | Dismissal has been filed |
| 3:22-cv-07258 | School District No. 5, Marion County, Oregon (a/k/a Cascade School District | Dismissal has been filed |
| 3:22-cv-07402 | Codispot, Jason | Dismissal has been filed |
| 3:22-cv-07729 | Brown, Garner Vail | Non-communicating |
| 3:22-cv-07774 | Crescent School District | Dismissal has been filed |
| 3:22-cv-08040 | McGraw, Lindy | Dismissal has been filed |
| 3:22-cv-08052 | Buchika, Olivia | Dismissal has been filed |
| 3:22-cv-08304 | Masessa, David | Dismissal has been filed |

**Exhibit I**
**Summary of Open Cases**

| | | |
|---|---|---|
| 3:22-cv-08361 | Adetosoye, Ope | Altria and Plaintiffs' Leadership are working to resolve |
| 3:22-cv-08383 | Garrett, Julia | Dismissal has been filed |
| 3:22-cv-08668 | Hilliard, Michelle | Ineglible for Altria Settlement |
| 3:22-cv-08716 | Defranco, Thomas | Release form received |
| 3:22-cv-08772 | Roy, Henry | Dismissal has been filed |
| 3:23-cv-00633 | Muscogee (Creek) Nation | Dismissal has been filed |
| 3:23-cv-02373 | Benzie County Central Schools | Release form received |
| 3:23-cv-05595 | Leech Lake Band of Ojibwe | Dismissal has been filed |
| 3:23-cv-05598 | Swinomish Indian Tribal Community | Dismissal has been filed |
| 3:23-cv-05767 | The Navajo Nation | Dismissal has been filed |