1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8

9

10

IN RE: JUUL LABS, INC.,
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION,

Case No.  19-md-02913-WHO

**JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING FURTHER
EXTENSION OF TIME FOR FILING
JOINT SUBMISSION ADDRESSING
ADMINISTRATIVE MOTIONS TO SEAL
FILED IN CONNECTION WITH
MOTIONS FOR SUMMARY JUDGMENT,
MOTIONS IN LIMINE, & MOTIONS RE
*SFUSD* TRIAL**

11

This Document Relates to:

ALL ACTIONS

12

13

14

15

16

17

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to a

forty-five (45) day extension of the deadline for the parties to submit a joint chart addressing all

material covered by the administration motions identified by this Court in its September 13, 2024

Order Regarding Administrative Motions To Seal Filed In Connection With Motions For Summary

Judgment, Motions In Limine, & Motions Re *SFUSD* Trial (ECF No. 4299). In support thereof, the

parties state as follows:

18

19

20

21

22

23

24

WHEREAS, on September 13, 2024, the Court entered an order identifying 58

administrative motions to seal files in connection with the *San Francisco Unified School District*

bellwether case and trial and ordered the parties to submit, within 20 days of entry of the Order[1], a

joint chart identifying the documents – by docket number and exhibit – that contains information

not publicly disclosed during the *SFUSD* trial that continue to meet the compelling justification

standard for sealing and which documents may be unsealed (ECF No. 4299);

25

26

WHEREAS, on October 1, 2024, this Court granted the Parties' Joint Stipulation Regarding

Extension of Time For Filing Joint Submission Addressing Administrative Motions to Seal Filed

27

28

[1] Twenty days from entry of the Court's September 13, 2024, sets forth a deadline of October 3,
2024.

1

1   in Connection With Motions For Summary Judgment, Motions In Limine, & Motions Re *SFUSD*

2   Trial, extending the deadline to submit a joint chart to November 4, 2024 (ECF No. 4324);

3        WHEREAS, on October 29, 2024, this Court granted the Parties' Joint Stipulation

4   Regarding Further Extension of Time For Filing Joint Submission Addressing Administrative

5   Motions to Seal Filed in Connection With Motions For Summary Judgment, Motions In Limine, &

6   Motions Re *SFUSD* Trial, extending the deadline to submit a joint chart to December 4, 2024 (ECF

7   No. 4330);

8        WHEREAS, the Parties continue to diligently work to review each motion and related

9   documents filed under seal[2], review the *SFUSD* trial transcript for the documents' disclosure as

10   well as additional sources and actions wherein documents may have been disclosed, and identify

11   whether the documents continue to require sealing for compelling justification;

12        WHEREAS, the Parties believe additional time is required to ensure each document is

13   properly reviewed and analyzed for confidentiality considerations and they believe that extending

14   the deadline to January 17, 2025[3], would provide time for more thorough analysis for the Court's

15   subsequent consideration;

16        WHEREAS, the above referenced modifications would not otherwise impact this Court's

17   administration of the Multi-District Litigation, which remains active;

18        NOW THEREFORE, the parties, through their undersigned counsel, hereby jointly

19   stipulate, agree and respectfully request that the Court enter an Order further extending the deadline

20   for parties' joint chart submission regarding administration motions filed in connection with

21   motions for summary judgment, motions in limine, & motions regarding the *SFUSD* trial to January

22   17, 2025.

23        RESPECTFULLY SUBMITTED this 30th day of November 2024.

24

25

26

27   [2] The Court's September 13, 2024 Order affects 58 motions filed by six parties, and in sum implicates over 300 original exhibits, 76 depositions, and 26 expert reports.

28   [3] Because 45 days from December 4, 2024 is Saturday, January 18, 2025, the Parties propose a deadline one day before, on January 17, 2025.

1

By: /s/ *Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980

*Attorneys for Defendant Juul Labs, Inc.*

By: /s/ David E. Kouba
David E. Kouba, (*pro hac vice*)
**ARNOLD & PORTER KAY SCHOLER, LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 942-5230
Fax: (202) 942-5999
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Distribution Company*

By: /s/ Eugene Illovsky
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643

*Attorneys for Defendant Adam Bowen*

By: /s/ *Michael J. Guzman*
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Mark C. Hansen
Michael J. Guzman
David L. Schwarz
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

By: /s/ *Sarah R. London*
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

By: /s/ *Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: /s/ *Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: /s/ *Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

By: /s/ James Kramer
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*

1

**PROPOSED ORDER**

2  **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY**

3  **ORDERED:**

4         The deadline for joint chart submission regarding administration motions filed in

5  connection with motions for summary judgment, motions in limine, & motions regarding the

6  *SFUSD* trial that is currently due on December 4, 2024 shall be extended to January 17, 2025.

7

Date: _____, 2024

8

9                                          _____

10                                          HONORABLE WILLIAM H. ORRICK
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28