# EXHIBIT A

# epiq

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| **Remit to** | | |
|---|---|---|
| Epiq | | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | | |
| PO Box 674652 | | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | | or ecabilling@epiqglobal.com |

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:
ACH Routing:
Acct No:
SWIFT:

**Bill-To**

Sarah London
Lieff Cabraser Heimann & Bernstein
275 Battery St. 29th Floor
San Francisco CA  94111-3339

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90911330 | Invoice Date | 11/18/2024 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |
| Currency | USD | | |
| Contract No. | 40054619 | | |
| Contract Description | Juul Labs Inc | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40054619 | | |

**Comments**
Billing Period: 10/01/2024 - 10/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 324 | EA | 0.1900 | 61.56 |
| 130 | Enter Change of Address - Postal Forward | 504 | EA | 0.4500 | 226.80 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 230 | IVR Minutes of Use | 325,287.970 | EA | 0.2500 | 81,321.99 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 37.320 | DLR | 1.0000 | 37.32 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 1 | EA | 0.0800 | 0.08 |
| | **Standard Rates** | | | | |
| 380 | Contact Center (shared) | 75,642 | MIN | 1.1000 | 83,206.20 |
| 390 | Contact Center Bilingual (shared) | 1,176 | MIN | 1.1000 | 1,293.60 |
| 400 | Claims Analyst | 5.500 | H | 65.0000 | 357.50 |
| 410 | Check & Mailing Coordinators | 2.600 | H | 65.0000 | 169.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90911330 | Invoice Date | 11/18/2024 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Period: 10/01/2024 - 10/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 420 | Correspondence | 688.700 | H | 65.0000 | 44,765.50 |
| 430 | Claims Specialist | 0.500 | H | 90.0000 | 45.00 |
| 440 | Account Reconciliation | 19.200 | H | 90.0000 | 1,728.00 |
| 450 | Project Coordinator | 97.500 | H | 110.0000 | 10,725.00 |
| 470 | Data Analyst & Reporting | 0.200 | H | 175.0000 | 35.00 |
| 480 | Project Manager | 15.100 | H | 175.0000 | 2,642.50 |
| 520 | Project Director | 9.700 | H | 235.0000 | 2,279.50 |
| 540 | Client Services Manager | 4 | H | 285.0000 | 1,140.00 |
| 550 | Contact Center Manager | 18.100 | H | 285.0000 | 5,158.50 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Hilsoft Billing Rates** | | | | |
| 620 | Director | 0.100 | H | 395.0000 | 39.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 80,584 | EA | 0.3500 | 28,204.40 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |
| | **Total Amount Due** | | | | 263,795.45 |