# EXHIBIT B



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:
Bank:          PNC Bank, N.A.
Wire Routing:
ACH Routing:
Acct No:
SWIFT:

**Bill-To**
Dan Girard
Girard Sharp
601 California Street, Suite 1400
San Francisco CA  94108-2819

**Information**

| | |
|---|---|
| Invoice No. | 90911333 |
| Invoice Date | 11/18/2024 |
| Purchase Order No. | |
| Customer No. | 3004314 |
| Currency | USD |
| Contract No. | 40067628 |
| Contract Description | Altria Class Settlement |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40067628 |

**Comments**
Billing Period: 10/01/2024 - 10/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 114,492.970 | EA | 0.2500 | 28,623.24 |
| | **Postage and Expenses** | | | | |
| 320 | Postage | 60,723.433 | DLR | 1.0000 | 60,723.43 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.600 | H | 50.0000 | 30.00 |
| 490 | Call Center (shared) | 88,104 | MIN | 1.0500 | 92,509.20 |
| 500 | Call Center Bilingual (shared) | 414 | MIN | 1.0500 | 434.70 |
| 510 | Claims Analyst | 48 | H | 60.0000 | 2,880.00 |
| 520 | Correspondence Review and Response | 212.600 | H | 60.0000 | 12,756.00 |
| 530 | Payment Run Coordination | 2.600 | H | 60.0000 | 156.00 |
| 550 | Account Mgmt & Reconciliation | 26.100 | H | 85.0000 | 2,218.50 |
| 560 | Project Coordinator | 123.900 | H | 100.0000 | 12,390.00 |
| 580 | Project Specialist/Contract Attorney | 51.600 | H | 100.0000 | 5,160.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90911333 | Invoice Date | 11/18/2024 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

**Comments**
Billing Period: 10/01/2024 - 10/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 590 | Data Analyst & Reporting | 63.500 | H | 150.0000 | 9,525.00 |
| 620 | Project Manager | 63.300 | H | 165.0000 | 10,444.50 |
| 640 | Software Engineer | 11.200 | H | 190.0000 | 2,128.00 |
| 650 | Project Director | 87.500 | H | 225.0000 | 19,687.50 |
| 670 | Client Services Manager | 3 | H | 275.0000 | 825.00 |
| 710 | Box Storage | 11 | EA | 3.5000 | 38.50 |

---

**Total Amount Due**                                                                                                                        260,529.57

---

**Open Items for Contract 40067628 as of 11/18/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 09/30/2024 | Invoice | 90900725 | 10/30/2024 | 83,439.73 | USD |
| 11/18/2024 | Invoice | 90911333 | 12/18/2024 | 260,529.57 | USD |
| | | | Total: | 343,969.30 | USD |



CONFIDENTIAL