UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATION OF JLI AND ALTRIA CLASS ACTION SETTLEMENTS**<br><br>HON. WILLIAM H. ORRICK III |

1 | The Court granted final approval of the Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. After Class Counsel and the Settlement Administrator, Epiq, completed the claims review process, the Court authorized distribution of the Net Settlement Fund to 842,004 valid claimants. Dkt. 4326. Epiq began distributing funds on October 18, 2024, but some payments remain pending and require additional action by the claimant to complete. To maximize the number of valid claimants who can be successfully contacted to complete payment distribution, the Court approves and directs Epiq to contact claimants via text message if necessary to follow up with them about their payments.

Regarding settlement administration expenses, the Court approves the $129,900.22 in costs above the pre-approved amount reflected in the October 2024 invoices submitted by Class Counsel. Consistent with the Court's previous direction, Class Counsel shall seek approval for additional costs with supporting documentation.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Judge William H. Orrick III