[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>**STATUS REPORT ON SETTLEMENT IMPLEMENTATION** |

Plaintiffs hereby provide an update on the government entity settlements, in accordance with the Court's request.

As previously indicated, the government entity settlements will provide significant funding to more than 1,500 government entities in 46 different states across the United States. The agreements with both JLI and Altria require the settlement funds to be used for "compensatory restitution or remediation," terms specifically chosen to outline the purpose and parameters of the settlement. The settlements are enabling government entities throughout the country to adopt tailored, community-focused approaches to youth vaping and addiction prevention, education, and cessation treatments. Below are examples of how the government entity settlement is funding solutions to the public health youth e-cigarette crisis.

### A.    Bellwether Government Entity Plaintiffs

#### 1.    San Francisco Unified School District, California

Bellwether Plaintiff San Francisco Unified School District ("SFUSD") developed a plan for settlement proceeds that will support student health for years to come. Pursuant to that plan, the settlement funds are being used to address student tobacco/vaping education and related student

health issues, which may include student mental, emotional, and social health. This includes working with community partners to provide on campus resources and access to community programs, implementing classroom-based education enabling students to make health choices, continuing health education at 13 middle schools, and funding wellness staff at 16 high schools. For the current school year, SFUSD has used settlement proceeds to fund a total of 74 positions at middle and high schools. The proceeds have, thus far, been primarily used to fund nurses, counselors, and community health outreach workers at high school and middle school wellness centers. In addition, settlement proceeds have been used to fund three central office positions supporting student health, two in the Office of Equity and one in the Student & Family Services Division.

### 2. King County, Washington

Bellwether King County, Washington ("King County"), is dedicating settlement resources to addressing harms related to the vaping epidemic. King County's Public Health – Seattle & King County Cannabis, Tobacco, and Vapor Prevention Program ("CTV") is working on using the funding over ten or more years to make significant and sustainable changes in the landscape of nicotine and vapor product use.

To support these goals, King County is adopting a comprehensive approach to combating youth nicotine use. Using the settlement funds, King County will incorporate all elements of effective comprehensive commercial tobacco control programs, including community-based work, policy and advocacy efforts, cessation access, evaluation and monitoring, and communication and education.

In 2024 and 2025, King County's CTV is scaling up in-demand and under-resourced tobacco control programs, including providing Community Change Prevention Grants to fund youth and community designed initiatives. CTV Community Change Prevention Grants provide funding and technical assistance to community organizations to address risk and protective factors affecting nicotine and cannabis use and cessation. CTV also provides technical assistance to support grantees. These grants elevate youth leadership and community expertise. As a result, King County has been able to reach new partners, such as organizations who serve East African and refugee

communities. Before the settlement, King County was able to fund less than half of the applicants including many that the review team scored highly. The settlement monies have already allowed CTV to hire and onboard two additional grant managers and will allow many more youth and community designed initiatives to be implemented in the region.

To identify and enhance additional strategies, King County is conducting robust assessment and community engagement in 2024 and 2025. As part of this work, settlement funds will support robust surveillance assessment of youth nicotine use and enable dedication of resources to invest to address the needs and leverage the resources that assessment work identifies. King County has been making progress on multiple workstreams.

**Assessment infrastructure**

Since receiving the first installments of settlement funds, King County identified epidemiological and social research scientist support for the assessment, hired an assessment project manager, and developed an agreement from the Washington State Cancer Prevention Research fund to match up to $500,000 in funds to expand assessment work and reserve settlement funds for implementation. King County is currently recruiting and convening its community advisory board and selecting consultants for listening session logistics and community forums.

**Analysis of existing data**

King County has established analysis plans for the Young Adult Health Survey and the Healthy Youth Survey. It has also secured a contract for analysis of data from the Young Adult Health Survey. It continues to develop analysis plans for the Behavioral Risk Factor Surveillance System and Quitline data.

**Community listening and data collection**

The County has also completed a guide and plan for youth listening sessions and is working on scheduling and conducting youth listening sessions next year. It will then analyze these sessions, present the findings to the community advisory board, and develop and select prevention strategies that will begin to change the landscape of nicotine and vapor product use.

3.   **Tucson Unified School District, Arizona**

Shortly after the settlement, Bellwether Plaintiff Tucson Unified School District ("TUSD")

formed an Addiction Reduction Task Force, led by School Board President and community family physician Dr. Ravi Shah, made up of experts in the community on addiction medicine, harm reduction, and prevention strategies, along with district leadership. The Addiction Reduction Task Force will present to the TUSD Board evidence-based recommendations and best practices to support students with and at risk for addiction and related health issues and make recommendations on best uses of the settlement proceeds. Thus far, TUSD has hired a Program Manager, Program Coordinator, and five Community Health Workers to be placed at sites regionally. TUSD is currently developing a referral process for engaging the regional Community Health Workers and is onboarding staff. TUSD has identified the training plan for Community Health Worker employees, which will be in coordination with Pima Community College. TUSD plans to engage a task force to evaluate relevant curriculum in Spring 2025. In addition, TUSD has worked to connect substance abuse and addiction programs with student support programs, such as Social Emotional Learning and Multi-Tiered Support Systems as well as providing outreach and awareness on these issues to community stakeholders. TUSD staff have also worked with substance abuse prevention agencies in the community (prevention and intervention based) to provide services to students and families that are at high-risk for substance misuse.

### 4. City of Rochester, New Hampshire

Bellwether Plaintiff City of Rochester, New Hampshire ("Rochester"), which served as both a municipal and a school bellwether, is using and/or ear-marked the funds for three purposes thus far. First, Rochester has increased security cameras on school property in areas historically used by youth to vape. Second, Rochester installed specific vaping detectors in school bathrooms: similar to smoke detectors, but they alert school staff to vaping products being used. Third, Rochester is using the funds to create (and fund for many years) a Family and Community Engagement (FACE) director that will directly interact with youth on various aspects of their emotional well-being, including combatting vaping.

Rochester's new FACE director will directly accomplish the goals of the settlement. Terence O'Rourke, the Rochester City Attorney, prepared the below bullet points to summarize the import of the FACE program and how it will positively impact Rochester's youth:

- FACE strengthens the district's foundation and ensures the success of every student. The partnership between schools, families, and the broader community has become increasingly critical over the years. The success of Rochester's students hinges not only on what happens within the walls of our schools but also on the support, resources, and collaboration that extend beyond them.

- In an era where students are increasingly confronted with challenges such as vaping, illegal drugs, violence, and aggression due to challenges to self-manage and regulate, it is essential that they receive consistent messages about making responsible choices. FACE plays a crucial role in developing and implementing prevention programs that engage both families and community partners in educating students about the risks and consequences of these behaviors. By fostering open communication and providing resources, FACE can help create a unified approach to guiding students toward positive, healthy decision-making. This proactive engagement will help reduce risky behaviors, contributing to a safer and more supportive school environment.

- The mental health and well-being of our students are paramount to their overall success. FACE coordinates resources and support systems that address students' social-emotional needs. It ensures that families are informed, engaged, and equipped to recognize and respond to mental health challenges. By fostering a collaborative approach, Rochester can create a more supportive and responsive environment that prioritizes students' mental health, leading to better academic performance and overall well-being.

- Research consistently shows that active family and community involvement is a significant factor in improving student achievement. FACE serves as a vital link, creating programs and initiatives that foster meaningful collaboration between families, schools, and community partners. By involving parents and guardians more deeply in the educational process, Rochester can create a stronger support system that reinforces learning at home, addresses barriers to academic success, and fosters a culture of high expectations.

    5.  **Palm Beach County Schools, Florida**

Bellwether Plaintiff Palm Beach County Schools has already adopted the CDC's "Whole

School, Whole Community, Whole Child" model recommended by Plaintiffs' abatement expert Dr. Steven Kelder, developed curricula specific to e-cigarettes, and presented at community events at libraries and school centers to educate parents and the boarder community about e-cigarettes. The district has mobilized settlement funds to educate students on the effects of using vapes and other tobacco products, to provide an education course to students in lieu of suspension for first and second tobacco offenses, and to provide an education course for teacher and non-instructional personnel to expand their understanding of vaping, tobacco, and other related products' effects on students. In addition, the district is developing a plan for students to develop marketing materials for educating other students on the effects of vaping. The campaign will include scholarships as incentives and produced videos will be used district-wide. The district also continues to expand the use of vaping detectors in schools as a deterrent.

### 6. Goddard School District, Kansas

Bellwether Plaintiff USD 265 ("Goddard") has developed trainings for school staff to recognize e-cigarettes and intervene to stop students from using e-cigarettes, created curriculums to educate students and parents about the dangers of youth e-cigarette use, and collaborated with the Kansas State Vaping Task Force. Goddard intends to use the settlement proceeds to address student vaping. Using the settlement funds, the district plans to expand early childhood programs for students and families and expand mental health support services for students. Both areas are related to addressing at-risk behaviors. This approach would be consistent with how the state of Kansas has used the tobacco settlement fund in creating the Children's Initiatives Fund that has focused on early childhood programs and the health and wellness of students. Goddard knows that if school districts create a more robust early learning program and have support at the upper grade levels to address the wellness of students, these initiatives help prevent students from engaging in destructive habits such as vaping and substance abuse generally.

Additionally, Goddard is presenting a pilot program for the Board of Education's consideration. This program will focus on resources designed to help parents work with the school and their children when facing various mental and physical health concerns, including vaping and other health-related issues. Goddard plans to use settlement funds to support this new initiative.

## B. Other Exemplar Government Entity Plaintiffs

### 1. Wake County Schools, North Carolina

The Wake County Public School System "plans to hire staff and contractors and create curriculum and programming to keep students from using electronic cigarettes."[1] Specifically, a plan was presented to the board to use: "$2.9 million to hire employees to help with the programming and supporting students who are struggling with tobacco use problems. The employees would be funded for only the seven years, and they could be coordinating teachers or substance-use specialists; $24,500 for health curricula for third through ninth graders that informs them of the dangers of vaping and tobacco use. It would pay for ready-made curriculum or curriculum writers to create new lessons; $670,000 toward tobacco cessation programming and treatment for a seven-year period; $769,000 for tobacco prevention programming; $95,625 for training for a few teachers at every school on curriculum on vaping and tobacco use; $1 million for community and parent-focused educational events; $156,875 for a communications plan against tobacco use; and $280,000 to fund 10 $4,000 scholarships every year, for seven years, for students who advocate against the use of tobacco by their peers." According to the Wake County Public Schools Board Chairman, "This is the first time I think we actually have the resources to put together a program with real, measurable impacts." *Id.* "Efforts to curb vaping will include all levels of schools and training for all levels of teachers. . . . [That way,] students can get information about the dangers of electronic cigarette use before they're ever offered one." *Id.* The District is hoping this will "create a cultural shift in our students." *Id.*

### 2. Blue Valley School District, Kansas

Blue Valley's Chief Legal Officer has communicated to plaintiff's counsel that settlement funds have supported the District's annual community event for which the District partnered with Johnson County Mental Health Center and Johnson County Health and Human Services (913 VAPE FREE) for a community prevention and education presentation. The District also trained nine Tobacco Treatment Specialists, who created a My Quit Plan Packet for principals to share with

---

[1] Emily Walkenhorst, *How Wake schools plans to curb vaping among students*, WRAL News (Feb. 20, 2024), https://www.wral.com/story/here-s-how-wake-schools-plans-to-curb-vaping-among-students/21292760/.

students and families that have a vaping infraction. As part of this protocol established by the Tobacco Treatment Specialists, the District is now using the Stanford Toolkit as a reduction for suspension prevention education tool. The District created prevention education posters for schools to use with prevention education on their campuses and provide a voucher for a free drug and alcohol screening for parents of students who have a vaping infraction. Finally, the District's Drug & Alcohol Prevention Task Force (DAPT) will be presenting a prevention education program on vaping to the Parent Teacher Organization (PTO) president's council, Advisory Board for Athletics & Activities, and Father's clubs.

### 3. Camas School District, Washington

The Camas School District reported it planned to use the JUUL settlement money "to help prevent vaping, educate students about the dangers of vaping and to make schools safer."[2] For example, "the settlement money will purchase 30 HALO sensors designed to detect vaping and fighting inside spaces such as bathrooms where school districts do not want to place cameras or microphones." *Id.* "The district had already installed 15 HALO sensors in a few restrooms inside Camas middle and high schools. Now, . . . the district can afford to equip all secondary school student bathrooms with the sensors that, according to HALO, have been installed 'in over thousands of school districts nationwide to help combat the vaping epidemic.'" *Id.*

### 4. Fayette County Schools, Kentucky

Fayette County Schools is using settlement funds to install e-cigarette detectors in bathrooms and locker rooms at middle schools in the district to combat the vaping epidemic.[3]

### 5. Framingham Public Schools, Massachusetts

According to Superintendent of Schools Robert Tremblay, the settlement money will be used to purchase an "updated K-8 health curriculum targeted at substance use prevention and

---

[2] Kelly Moyer, *Settlement will fund vape sensors in Camas schools*, Camas-Washougal Post-Record (Oct. 17, 2024), https://www.camaspostrecord.com/news/2024/oct/17/settlement-will-fund-vape-sensors-in-camas-schools/.

[3] Valarie Honeycutt Spears, *Addressing an 'epidemic.' Fayette will put vaping sensors in some middle schools*, Lexington Herald Leader (June 19, 2024), https://www.kentucky.com/news/local/education/article289325135.html.

vaping prevention." [4] Funds will also support the school district's "service partnership with Advocates Community Counseling to provide additional individual and group counseling services to students by referral, especially those identified following vaping and substance related conduct referrals." *Id.*

### 6. Hattiesburg Public Schools, Mississippi

Hattiesburg Public Schools "plans to use the settlement funds to support initiatives aimed at preventing nicotine use among students and raising awareness about the dangers of vaping."[5] The District is "committed to ensuring a healthier future for their students, free from the influence of e-cigarettes." *Id.* "With the settlement, the district also plans to collaborate with local health organizations to create lasting solutions that combat youth nicotine and vaping addiction." *Id.*

### 7. Lee County School District, Florida

The Lee County School District is focused on "putting a stop to kids vaping at school."[6] The District reported it was "somewhat bittersweet because, you know, we have these resources available to us because of those effects, but in seeing some of the effects and what it's done to students' attendance and grades, and even the further substance abuse and the effects it has on families, which ultimately affects their student achievement." *Id.* Specifically, "it is planning to use money from the settlement with the [JUUL] to add vape detectors in restrooms. It also plans to implement educational programs on the effects of substance abuse and provide resources for students battling addiction." The District is "very excited about some of the opportunities" it now has. *Id.*

---

[4] Norman Miller, *Framingham Public Schools will receive $120,000 as part of vape lawsuit settlement*, The MetroWest Daily News (Aug. 14, 2024), https://www.metrowestdailynews.com/story/news/local/2024/08/14/framingham-ma-public-schools-receive-120k-juul-labs-class-action-settlement-vaping-dangers/74785712007/.

[5] Abigail Troth, *Hattiesburg Public Schools secures funds from class action vaping settlement*, WDAM 7 (Sept. 19, 2024) https://www.wdam.com/2024/09/19/hattiesburg-public-schools-secures-funds-class-action-vaping-settlement/.

[6] Taylor Wirtz, *Lee County Schools receives over $2M in Juul Settlement*, WINK (May 8, 2024), https://winknews.com/2024/05/08/lee-county-schools-over-2-million-juul-settlement/.

### 8. Lincoln Unified School District, California

Lincoln Unified School District used settlement funds to install e-cigarette detectors in its schools.[7] "These sensors are a response to the rising epidemic of e-cigarette use among youth," LUSD Superintendent Kelly Dextraze said in a statement. "We believe these sensors will help us to curb a rising concern." *Id.* If students are caught vaping, there is a progressive disciplinary policy that is followed, including, for first-time infractions, referral to "a six-week drug and smoking counseling service offered at the schools." *Id.* The District also offers substance abuse counseling at its high schools. The District is also hosting "a vaping informational session" this fall for students and parents. *Id.*

### 9. Lincoln Public Schools, Nebraska

The Lincoln Public Schools district in Nebraska "is using the money to install vape detectors in its high schools and, eventually, the middle schools."[8] As part of a pilot program launched last year, the district put the devices in restrooms and locker rooms at Lincoln East High School. It didn't take long for vaping violations to decrease." *Id.* "In the first week of activation in October 2023, school officials received nearly 100 vaping alerts. By Christmas break, that number had dropped to just four. The district has since installed detectors in a second high school." *Id.* "Students who trigger an alert are searched, and if a vape device is found, they face suspension and are required to take a vape-awareness course." *Id.*

### 10. Loudoun County Public Schools, Virginia

To date, the settlement funds allocated for addressing vaping concerns in Loudoun County Public Schools (LCPS) have been directed toward several key initiatives aimed at prevention, intervention, and education. One significant use of funds has been to support five Student Assistance Specialists who provide dedicated services across schools to help students dealing with

---

[7] Greta Reich, *Hoping to curb vaping, California school district uses Juul settlement for sensors*, SF Gate (Aug. 19, 2024), https://www.sfgate.com/local/article/vape-sensors-california-high-schools-19661328.php.

[8] Scott Neuman, *Schools are putting vape detectors in bathrooms — paid for by Juul*, NPR (Sept. 12, 2024), https://www.npr.org/2024/09/12/nx-s1-5090006/vape-detectors-schools-ecigarettes-juul.

substance use issues, including vaping. These specialists play a crucial role in providing counseling, intervention, and resources to students, supporting their health and well-being.

In addition, funds have been utilized to secure a contract with the Cook Center, a resource known for its expertise in mental health and wellness. The Cook Center offers valuable support and tools to the School Division, allowing for the development of programs and resources aimed at reducing vaping and supporting students' overall mental health.

Lastly, funds have also supported Parent Guidance, an initiative that provides parents with resources and information on how to discuss vaping and substance use with their children effectively. This platform offers parents guidance, strategies, and tools to foster open communication with their children about the risks of vaping, helping to build a comprehensive support system involving both school staff and families.

### 11.    Shawnee Mission School District, Kansas

Chief of Student Services, Diversity, Equity and Inclusion for Shawnee Mission School District in Kansas has advised plaintiffs' counsel that the District has implemented the Vape Awareness and Wellness Plan it developed to utilize settlement funds, which was referenced in the previous Status Report on Settlement Implementation. So far, the District has utilized settlement funds to: present to students and staff on vaping education and awareness; hire a Student Wellness Specialist; train additional Tobacco Treatment Specialists to reach the goal of providing trained educators in every secondary school to support students, families, and staff interested in cessation; and implement student and family engagement activities in schools to educate families about vaping, as well as tobacco and cannabis use. The District has also utilized settlement funds to build Alternatives to Suspension Courses for students found with vape/tobacco as first and multiple time offenders, as well as for those students expressing interest in help to quit. The District is currently networking with School Sources of Strength Sponsors and Nurses to educate and gain support for student voice in future awareness campaigns. The District also intends to continue to collaborate with Physical Education and Health Curriculum cadre members to determine how to increase PreK-12 education related to student wellness and tobacco.

### 12. Unified School District No. 232, Kansas

The Deputy Chief of Staff and Communication for the Unified School District No. 232 in De Soto, Kansas reported to plaintiff's counsel that the District utilized settlement funds to purchase and install 20 vape detectors, with an expected purchase of 50 additional detectors later this school year that will be installed in its secondary schools. The District recently purchased the rights to utilize resources from Screenagers[9] (over a period of 12 months) to help educate students and parents about vaping, including drugs and alcohol. The District will begin using Screenagers with its high school students. Next, the District will consult with its Teaching & Learning team to identify resources the District can make available to students who may be addicted to nicotine via vaping. Supported by the settlement funds, the District plans to have a multi-year approach in helping educate students and parents to combat youth vaping.

### C. Government Entities Are Also Benefiting From the Growing Body of Research and Resources to Address the Youth E-Cigarette Crisis

MDL leadership has also organized multiple educational presentations for participating government entities to hear from leading public health organizations and researchers and learn about resources available to combat youth vaping and educate students. Cumulatively, hundreds of representatives from settling government entities have attended these webinars and received expert information and advice about these resources.

These webinars featured presentations from leading public health organizations, including:

The Truth Initiative®, which began in 1998 with the Tobacco Master Settlement Agreement, (the foundation for the American Legacy Foundation, later renamed Truth Initiative) has developed curricula and research that can be rapidly adopted by the government entity plaintiffs. This organization has available resources for an anti-vaping curriculum including an online course about

---

[9] *Screenagers Under The Influence: Addressing Vaping, Drugs, and Alcohol in the Digital Age*, delves into how the tech revolution has reshaped adolescence and its effects on substance use. The film debunks myths and depicts strategies parents and schools can use to encourage healthy decision-making, support teen mental health, set limits, and create healthy home environments. The film also includes many ways young people are using their wisdom and strength to help each other and themselves through this complicated terrain around substance use. The film is grounded in teens' current reality of being flooded by images on social media, movies, and TV shows about vaping, drugs, and alcohol. https://www.screenagersmovie.com/about-screenagers-under-the-influence.

the dangers of using e-cigarettes, that was created by Truth Initiative® and Kaiser Permanente and in collaboration with the American Heart Association. This course has been found to significantly increase e-cigarette knowledge among middle and high school participants, according to a study published in *Health Promotion Practice*.[10] Similarly, a recent publication in the British Medical Journal[11] found that "weekly campaign awareness demonstrate that exposure to the truth anti-e-cigarette campaign is associated with significantly lower odds of intentions to use and current use of e-cigarette among YYA [youth and young adults].";

CATCH My Breath: CATCH My Breath is e-cigarette focused, is developmentally appropriate for elementary, middle, and high school students and has empirical findings of behavior change effectiveness in peer reviewed literature.[12] The program has been recommended by the Substance Abuse and Mental Health Service Administration (SAMHSA[13]) and Community Anti-Drug Coalitions of America (CADCA[14]), two large national organizations devoted to reducing youth and young adult substance use in the U.S. (including tobacco and e-cigarettes).; and

Stanford REACH Lab: Stanford REACH Lab offers evidence-based curriculums and resources to prevent and reduce use of all tobacco/e-cigarette/nicotine products, all cannabis products, and all other drugs. These curriculums have been used by schools across the US and in many countries across the globe, and are developed to map onto national health education

---

[10] *Vaping curriculum by truth increases student knowledge about e-cigarettes*, Truth Initiative (Aug. 24, 2023), https://truthinitiative.org/research-resources/tobacco-prevention-efforts/vaping-curriculum-truth-increases-student-knowledge.

[11] Hair EC, et al., *Reducing e-cigarette use among youth and young adults: evidence of the truth campaign's impact,* Tobacco Control, British Medical Journal (Aug. 8, 2023), https://tobaccocontrol.bmj.com/content/early/2023/08/08/tc-2023-057992.

[12] Kelder, S.H. et al. *Dissemination of CATCH My Breath, a middle school E-Cigarette prevention program.* Addictive Behav., vol. 113 (2021): 106698. https://pubmed.ncbi.nlm.nih.gov/33130463/; Kelder, S.H. et al. *A Middle School Program to Prevent E-Cigarette Use: A Pilot Study of "CATCH My Breath".* Pub. Health Rep., vol. 135,2 (2020): 220-229. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7036618/pdf/10.1177_0033354919900887.pdf.

[13] *SAMHSA report lists CATCH My Breath as only school-level youth vaping prevention program*, CATCH Global Found. (May 27, 2021), https://catch.org/samhsa-recommends-catch-my-breath/.

[14] *Coalitions in Action—Wolcott Citizens Against Substance Abuse's "Catch My Breath" Initiative*, CADCA, https://www.cadca.org/resources/coalitions-action-wolcott-citizens-against-substance-abuses-catch-my-breath-initiative.

standards. Each interactive lesson includes teacher talking points (e.g., a script), activities, videos, and more. In particular, the Tobacco Prevention Toolkit is a free online and comprehensive resource on tobacco education, parent education and tobacco policies, including educational presentations on e-cigarettes. The toolkit demonstrated impact on knowledge of e-cigarette, perceptions, and intent to try.[15]

Dated: December 1, 2024

Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
slondon@lchb.com

By: */s/ Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3400
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

---

[15] Gaiha, S.M. et al., *School-based e-cigarette education in Alabama: impact on knowledge of e-cigarettes, perceptions and intent to try*, Nat'l Ctr. For Biotechnology Info (2021), https://pubmed.ncbi.nlm.nih.gov/32890911/.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: /s/ *Dean N. Kawamoto*
Dean N. Kawamoto