**Exhibit A**

**Plaintiffs Who Are Not Elligible for the Altria Personal Injury Settlement**

| N.D. Cal. Case No. | Plaintiff |
|---|---|
| 3:21-cv-06241 | Rogadi, Abderrahim |
| 3:22-cv-00203 | Trussell, Ronnie |
| 3:22-cv-01327 | Bradley, Melissa |
| 3:22-cv-01463 | Butler, Ambriel |
| 3:22-cv-08679 | Blalock, Emanual |
| 3:19-cv-06902 | Rodriguez, Arman |
| 3:20-cv-07880 | Streitmann, Hannah |
| 3:20-cv-07877 | Edge, Patrick |
| 3:21-cv-05680 | Oxley, Erica |
| 3:21-cv-08997 | Williams, Donte |
| 3:22-cv-08668 | Hilliard, Michelle |
| 3:21-cv-04180 | White, Allene obo E.W. |