# EXHIBIT A

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| 1. | T.S. | *Tamika Sims, individually, and as the legal Guardian of her minor child, T.S. v. Juul Labs, Inc. et al.* | 3:22-cv-08370 | Beasley Allen |
| 2. | B.P. | *Michele Pace as Guardian ad Litem to B.P., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-08553 | Watts Guerra, LLP |
| 3. | B.L. | *B.L. an Infant, by Her Mother and Natural Guardian T.W v. Juul Labs, Inc. et al.* | 3:20-cv-03273 | Giskan Solotaroff & Anderson LLP |
| 4. | E.T. | *E.T., a minor, by and with their parent and natural guardian, John Tullis v. Juul Labs, Inc. et al.* | 3:21-cv-09149 | Levin Papantonio Rafferty |
| 5. | L.A. | *L.A., a minor, by and with their parent and natural guardian, Lisa Ajello v. Juul Labs, Inc. et al.* | 3:21-cv-09559 | Levin Papantonio Rafferty |
| 6. | A.B. | *A.B. v. Juul Labs, Inc. et al.* | 3:22-cv-08366 | Giskan Solotaroff & Anderson LLP |
| 7. | M.P. | *Prezioso v. Juul Labs, Inc. et al.* | 3:22-cv-07360 | Watts Guerra, LLP |
| 8. | B.F. | *B.F., a minor, by and with their parent and natural guardian, Bryan Franklin v. Juul Labs, Inc. et al.* | 3:22-cv-04409 | Levin Papantonio Rafferty |
| 9. | B.M.F. | *B.M.F., a minor, by and with their parent and natural guardian, Bryan Franklin v. Juul Labs, Inc. et al.* | 3:22-cv-04408 | Levin Papantonio Rafferty |