# EXHIBIT B

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| 1. | D.W. | *D.W., a minor, by and with his parent and natural guardian, Angela Williamson v. Juul Labs, Inc. et al.* | 3:21-cv-02980 | Levin Papantonio Rafferty |
| 2. | K.A. | *K.A. et al v. Juul Labs, Inc. et al* | 3:21-cv-05068 | Levin Papantonio Rafferty |
| 3. | K.A. | *K.A. et al v. Juul Labs, Inc. et al* | 3:21-cv-05069 | Levin Papantonio Rafferty |
| 4. | S.D. | *S.D., a minor, by and through their parent and natural guardian, Sara Khaldi v. Juul Labs, Inc. et al.* | 3:21-cv-09145 | Levin Papantonio Rafferty |