# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 14, 2025 | **Time:** 14 minutes<br>2:00 p.m. to 2:14 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., | |

**Attorneys for Plaintiff:**   Sarah London, Dena Sharp, Dean Kawamoto, Ellen Relkin, Jonathan Gdanski and Jeffrey L. Haberman

**Attorneys for Defendants:**   Arthur Luk, Michael Guzman, Timothy J. McGinn, Mike Walden, and David Kouba

**Deputy Clerk:** Jean Davis          **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Case Management Conference conducted via videoconference. Remand of member cases to filing districts discussed. The Court directs that parties finish their discussion of the motion briefing schedule within one week and submit either a stipulated schedule or competing schedules for the Court's consideration, culminating in an April hearing. Counsel will propose a date for further CMC when and if appropriate.