[*Counsel listed in signature block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  19-md-02913-WHO<br><br>Hon. William H. Orrick<br><br>**JOINT NOTICE OF FILING OF RESPONSE TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL** |

1

Joint Notice of Filing of Resp. to Order re Admin. Mots. to Seal – Case No. 3:19-md-02913-WHO

The undersigned parties hereby submit this Joint Notice of Filing of a joint response addressing all material covered by the 58 administrative motions to seal files in connection with the *San Francisco Unified School District* bellwether case and trial identified by this Court in its September 13, 2024, Order Regarding Administrative Motions To Seal Filed In Connection With Motions For Summary Judgment, Motions In Limine, & Motions Re *SFUSD* Trial (ECF No. 4299).

Plaintiffs' Leadership, Plaintiff San Francisco Unified School District ("SFUSD"), and Defendant Adam Bowen ("Bowen") hereby certify that they have not identified any documents they request this Court maintain under seal.

The remaining parties – Defendants Nicholas Pritzker, Hoyoung Huh, and Riaz Valani (collectively, the "Non-Management Director Defendants" or "NMDs"); Defendant Juul Labs, Inc. ("JLI"); Defendants Altria Group, Inc., Philip Morris USA, Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company (collectively, "Altria"), and Defendant James Monsees ("Monsees") – attach hereto as **Exhibit 1** (and submitted to the Court in native Excel format via email) a joint chart identifying the documents the party, either individually or collectively, respectfully requests this Court maintain under seal, as well as the bases upon which the party relies for maintaining the documents' seal.

The parties offer a description of the chart as follows:

- Column A to **Exhibit 1** identifies the docket number of the administrative motion or statement in response filed;
- Column B to **Exhibit 1** identifies the date of filing of the administrative motion or statement in response;
- Column C to **Exhibit 1** identifies the filing name of the administrative motion or statement in response;
- Column D to **Exhibit 1** identifies the party that filed the administrative motion or statement in response;
- Column E to **Exhibit 1** identifies the documents that are currently filed under seal attached to the administrative motion or statement in response in that row, including unredacted briefs and exhibits;

- Column F to **Exhibit 1** identifies the documents Altria respectfully requests this Court maintain under seal and bases for maintaining such seal;
- Column G to **Exhibit 1** identifies the documents JLI respectfully requests this Court maintain under seal and bases for maintaining such seal;
- Column H to **Exhibit 1** identifies the documents Mr. Monsees respectfully requests this Court maintain under seal and bases for maintaining such seal;
- Column I to **Exhibit 1** identifies the documents the NMDs respectfully request this Court maintain under seal and bases for maintaining such seal; and
- Column J to **Exhibit 1** identifies the docket location of the sealed information the above-referenced Parties request remain under seal.

Altria, JLI, Mr. Monsees, and the NMDs respectfully request the documents identified in Columns F through I of **Exhibit 1** remain under seal, for the reasons previously articulated in the administrative sealing motions, statements in response thereto, and the reasons identified in **Exhibit 1.** These Parties further request the entire docket entry identified in Columns F through I to **Exhibit 1** remain sealed unless the cell identifies specific pages or lines. The Parties do not object to the unsealing of any documents subject to the administrative motions not identified in **Exhibit 1.**

Attached hereto as **Exhibit 2** is a proposed order **GRANTING** the Parties' request to seal the documents identified in **Exhibit 1** to this joint notice.

Dated: January 17, 2025

By: /s/ *Tim S. Danninger*
Timothy S. Danninger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980

By: /s/ *Peter A. Farrell*
Peter A. Farrell (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959

*Attorneys for Defendant Juul Labs, Inc.*

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson (pro hac vice)
Brian L. Stekloff (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Distribution Company, and Altria Enterprises LLC*

By: /s/ *David E. Kouba*
David E. Kouba, (*pro hac vice*)
**ARNOLD & PORTER KAY SCHOLER, LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 942-5230
Fax: (202) 942-5999
david.kouba@arnoldporter.com

By: /s/ *Lauren S. Wulfe*
Lauren S. Wulfe, SBN 287592
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000
lauren.wulfe@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Distribution Company*

Respectfully submitted,

By: /s/ *Sarah R. London*
Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

By: */s/ Dena C. Sharp*
Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: */s/ Dean Kawamoto*
Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: */s/ Ellen Relkin*
Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for Plaintiffs*

By: */s/ Michael J. Guzman*
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Mark C. Hansen (admitted *pro hac vice*)
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com
cgallenstein@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

| | | |
|---|---|---|
| 1 | By: */s/ Eugene Illovsky* | By: */s/ James Kramer* |
| | Eugene Illovsky | James Kramer |
| 2 | Kevin Calia | Catherine Malone |
| | **ILLOVSKY GATES & CALIA LLP** | Kevin Askew |
| 3 | 1611 Telegraph Ave., Suite 806 | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| | Oakland, CA 94612 | |
| 4 | Telephone: (415) 500-6643 | The Orrick Building |
| | | 405 Howard Street |
| 5 | *Attorneys for Defendant Adam Bowen* | San Francisco, CA 94105-2669 |
| | | Telephone: (415) 773-5700 |
| 6 | | jkramer@orrick.com |
| | | cmalone@orrick.com |
| 7 | | kaskew@orrick.com |
| 8 | | *Attorneys for Defendant James Monsees* |