# Exhibit 1

| Docket # | Date Filed | Filing Name | Filer | Sealed Filings | Altria Material | JLI Material | Monsees Material | NMDs Material | Docket location of sealed information |
|---|---|---|---|---|---|---|---|---|---|
| 3385 | 8/15/2022 | Non-Management Director Defendants' Administrative Motion To Seal Portions of Exhibits 24 and 35 to the Declaration of Michael J. Guzman in Support of Non-Management Director Defendants' Motion for Summary Judgment Against San Francisco Unified School District | NMDs | 3385-1: Ex. 24<br>3385-2: Ex. 35 | None | None | None | 3385-1: Ex. 24 - Personal contact information (personal email address) of Zachary Frankel, page 1<br><br>3385-2: Ex. 35 -<br>• Name of and identifying information about a minor (age and relationship to a defendant), page 54, line 6<br>• Name of a minor, page 54, line 8 | 3385-1: Ex. 24<br>3385-2: Ex. 35 |
| 3387 | 8/15/2022 | Non-Management Director Defendants' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | NMDs | 3387-1: Unredacted NMD MSJ<br>3387-2: Highlighted NMD MSJ<br>3387-3 thru -40: Exs. 3-4, 6-21, 23-38 | 3387-27: Ex. 29 - Confidential pricing information on Statements of Work, pages 4, 8, 11, 31 | None | None | 3387-23: Ex. 24 - Personal email address of Zach Frankel, page 1<br><br>3387-37: Ex. 35 -<br>• Name and identifying information about a minor (age and relationship to defendant), page 54, line 6<br>• Name of a minor, page 54, line 8 | 3387-1: Unredacted NMD MSJ<br>3387-2: Highlighted NMD MSJ<br>3387-3 thru -40: Exs. 3-4, 6-21, 23-38 |
| 3389 | 8/15/2022 | Non-Management Director Defendants' Administrative Motion To Seal Portions of Exhibits C and F to the Declaration of Michael J. Guzman in Support of Non-Management Director Defendants' Daubert Motion | NMDs | 3389-1: Ex. C<br>3389-2: Ex. F | None | None | None | 3389-1: Ex. C -<br>• Name of and identifying information about a minor (relationship to defendant), pages 136, 137, 140<br>• Names of and identifying information about minors (relationship to defendant, relationship to nonparty that reveals identity), page 140<br><br>3389-2: Ex. F - Identifying information about a minor (relationship to defendant), page 151 | 3389-1: Ex. C<br>3389-2: Ex. F |
| 3390 | 8/15/2022 | Non-Management Director Defendants' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | NMDs | 3390-1: Unredacted NMD Daubert Mot.<br>3390-2: Highlighted NMD Daubert Mot.<br>3390-4 thru -17: Exs. A-N | None | 3390-6: Ex. C - Confidential information about JLI's business strategy and operations related to its supply chain and manufacturing, as well as non-public financial data<br><br>3390-9: Ex. F - Descriptions of and excerpts from JLI's PMTA<br><br>3390-11: Ex. H - Descriptions of and excerpts from JLI's PMTA, confidential information about the identity of JLI's suppliers, and proprietary and non-public information about JLI's products | None | 3390-6: Ex. C -<br>• Name of and identifying information about a minor (relationship to defendant), pages 136, 137, 140<br>• Names of and identifying information about minors (relationship to defendant, relationship to nonparty that reveals identity), page 140<br><br>3390-9: Ex. F - Identifying information about a minor (relationship to defendant), page 151 | 3390-1: Unredacted NMD Daubert Mot.<br>3390-2: Highlighted NMD Daubert Mot.<br>3390-4 thru -17: Exs. A-N |
| 3395 | 8/15/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed and Request To Provisionally File Under Seal; Declaration of Eugene Illovsky | Bowen | 3395-3: Unredacted Bowen's MSJ<br>3395-4: Highlighted Bowen's MSJ<br>3395-5 thru -20: Exs. A-P | None | 3395-20: Ex. P - Contains descriptions of and excerpts from JLI's PMTA | None | None | 3395-3: Unredacted Bowen's MSJ<br>3395-4: Highlighted Bowen's MSJ<br>3395-5 thru -20: Exs. A thru P |
| 3397 | 8/15/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3397-3: Unredacted JLI's MSJ<br>3397-4: Ex. 5<br>3397-5: Ex. 15<br>3397-6: Ex. 22 | None | 3397-6: Ex. 22 - Contains descriptions of and excerpts from JLI's PMTA | None | None | 3397-3: Unredacted JLI's MSJ<br>3397-4: Ex. 5<br>3397-5: Ex. 15<br>3397-6: Ex. 22 |
| 3399 | 8/15/2022 | Defendant James Monsees' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Pursuant to L.R. 79-5(f) in Support of Motion for Summary Judgment Regarding Plaintiff San Francisco Unified School District | Monsees | 3399-2: Unredacted Monsees's MSJ<br>3399-3 thru -19: Exs. 1, 3-18 | None | None | None | None | 3399-2: Unredacted Monsees's MSJ<br>3399-3 thru -19: Exs. 1, 3-18 |
| 3402 | 8/15/2022 | Administrative Motion To File Under Seal Exhibit 6 to the Altria Defendants' Motion To Exclude Plaintiff's Experts | Altria | 3403-3: Ex. 6 | 3403-3: Ex. 6 - Confidential pricing information on Statements of Work, pages 5, 23-28 | None | None | None | 3403-3: Ex. 6 |
| 3404 | 8/15/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | Altria | 3404-2: Unredacted Altria's Daubert Mot.<br>3404-3: Exs. 1, 3, 5, 6, 8, 10, and 11 (combined) | 3403-3: Ex. 6 - Confidential pricing information on Statements of Work, pages 5, 23-28 | None | None | None | 3404-2: Unredacted Altria's Daubert Mot.<br>3404-3: Exs. 1, 3, 5, 6, 8, 10, and 11 (combined) |
| 3406 | 8/15/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | Altria | 3406-1: Unredacted Altria's MSJ<br>3406-2: Exs. 1-30, 32, 34-35, 39, 41 (combined) | None | 3406-2: Ex. 8 - Contains descriptions of and excerpts from JLI's PMTA | None | None | 3406-1: Unredacted Altria's MSJ<br>3406-2: Exs. 1-30, 32, 34-35, 39, 41 (combined) |
| 3407 | 8/15/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3407-3: Unredacted JLI's Daubert Mot.<br>3407-4: Ex. 2<br>3407-5: Ex. 5 | None | None | None | None | 3407-3: Unredacted JLI's Daubert Mot.<br>3407-4: Ex. 2<br>3407-5: Ex. 5 |
| 3418 | 8/22/2022 | Defendant Juul Labs, Inc.'s Statement in Support of Maintaining Under Seal Portions of Non-Management Director Defendants' *Daubert* Motion | JLI | 3418-2: Ex. F<br>3418-3: Ex. H | None | 3418-2: Ex. F - Descriptions of and excerpts from JLI's PMTA<br><br>3418-3: Ex. H - Descriptions of and excerpts from JLI's PMTA, confidential information about the identity of JLI's suppliers, and proprietary and non-public information about JLI's products | None | 3418-2: Ex. F - Identifying information about a minor (relationship to defendant), page 151 | 3390-9: Ex. F<br>3390-11: Ex. H |

| Docket # | Date Filed | Filing Name | Filer | Sealed Filings | Altria Material | JLI Material | Monsees Material | NMDs Material | Docket location of sealed information |
|---|---|---|---|---|---|---|---|---|---|
| 3419 | 8/22/2022 | Altria Defendants' Statement in Response to Administrative Motions To Consider Whether Another Party's Materials Should Be Sealed | Altria | 3419-2: Appendix A | 3419-2: Ex. 29 - Confidential pricing information on Statements of Work, pages 4, 8, 11, 31 | None | None | 3419-2: Ex. F - Identifying information about a minor (relationship to defendant), page 151 | 3387-24: Ex. 25<br>3387-28: Ex. 29<br>3387-31: Ex. 30 pt. 3<br>3390-4: Ex. A<br>3390-8: Ex. E<br>3390-9: Ex. F |
| 3449 | 9/12/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3449-3: Highlighted Pls' MSJ Opp'n<br>3449-4: Unredacted Pls' MSJ Opp'n | 3452-29 thru -31: Exs. 99, 103, 106 - Confidential pricing and/or non-public business strategy information<br><br>3454-13: Ex. 161 - Confidential pricing and/or non-public business strategy information<br><br>3451-19: Ex. 49 - Confidential pricing and/or non-public business strategy information<br><br>3455-19 thru -20: Exs. 199, 200 - Confidential pricing and/or non-public business strategy information<br><br>3456-40: Ex. 281 - Confidential pricing and/or non-public business strategy information | 3450-1: Ex. 1 - Confidential information about JLI's business strategy and operations related to its supply chain and manufacturing, as well as non-public financial data<br>3451-39: Ex. 69 - Trade secret material, confidential communications to regulator exempt from FOIA<br>3453-3: Ex. 113 - Trade secret material<br>3454-9: Ex. 157 - Trade secret material<br>3455-2: Ex. 182 - Descriptions of and excerpts from JLI's PMTA, confidential information about the identity of JLI's suppliers, and proprietary and non-public information about JLI's products<br>3456-4: Ex. 244 - Trade secret material<br>3456-6: Ex. 246 - Trade secret material, confidential communications to regulator exempt from FOIA<br>3457-3: Ex. 324 - Confidential, commercially sensitive, and proprietary information, including confidential information about JLI's business strategy and operations related to its supply chain and manufacturing, as well as non-public technical data<br>3457-7: Ex. 330 - Trade secret material, confidential communications to regulator exempt from FOIA<br>3457-13: Ex. 344 - Trade secret material, confidential communications to regulator exempt from FOIA | None | 3449-3: Highlighted Pls' Consolidated Opp'n to Defs' MSJs (SFUSD) - Age and Identifying information about a minor (relationship to defendant), page 22<br>3449-4: Unredacted - Pls' Consolidated Opp'n to Defs' MSJs (SFUSD) - Age and Identifying information about a minor (relationship to defendant), page 22<br>3450-1: Ex. 1 - Names of and information about minors, pages 136, 137, 140<br>3450-11: Ex. 11 - personal information, page 1<br>3450-22: Ex. 22 - personal information, pages 2, 3<br>3450-27: Ex. 27 -personal information, page 1<br>3451-13: Ex. 43 - personal information, pages 2,3<br>3451-16: Ex. 46 - personal information, page 1<br>3451-25: Ex. 55 - personal information, page 1<br>3451-32: Ex. 62 - personal information, pages 1, 3<br>3451-38: Ex. 68 - personal information, page 1<br>3453-22: Ex. 132 - personal information, pages 1, 2, 3<br>3453-24: Ex. 134 - personal information, page 1<br>3453-29: Ex. 140 - personal information, pages 1, 2, 3<br>3453-30: Ex. 141 - personal information, page 1<br>3453-32: Ex. 143 -personal information, page 1<br>3454-3: Ex. 151 - personal information, page 1<br>3454-10: Ex. 158 - personal information, pages 1, 4<br>3454-15: Ex. 163 - personal information, pages 1, 2<br>3454-17: Ex. 165 -personal information, pages 1, 2<br>3454-25: Ex. 174 - information about minors, page 1; personal information, page 2<br>3455-34: Ex. 229 - personal information, page 1<br>3455-36: Ex. 231 - personal information, page 1<br>3455-39: Ex. 234 -personal information, page 1<br>3455-40: Ex. 235 -personal information, information about minors, page 1<br>3456-2: Ex. 242 - personal information, pages 1, 3<br>3457-20: Ex. 354 - personal information, page 1 | 3449-3: Highlighted Pls' MSJ Opp'n<br>3449-4: Unredacted Pls' MSJ Opp'n<br>3450-1 thru -30: Exs. 1-30<br>3451-1 thru -40: Exs. 31-70<br>3452-1 thru -35: Exs. 71-110<br>3453-1 thru -36: Exs. 111-147<br>3454-1 thru -30: Exs. 148-180<br>3455-1 thru -45: Exs. 181-240<br>3456-1 thru -47: Exs. 241-290<br>3457-1 thru -20: Exs. 291-354 |
| 3459 | 9/12/2022 | Plaintiff's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3459-3: Highlighted SFUSD's Omnibus Opp'n<br>3459-4 thru -18: Exs. 2-3, 5, 7, 8, 11, 15-16, 20-22, 24-26, and 30 | None | 3459-17: Ex. 15 - Descriptions of and excerpts from JLI's PMTA, confidential information about the identity of JLI's suppliers, and proprietary and non-public information about JLI's products | None | None | 3459-3: highlighted SFUSD's Omnibus Opp'n<br>3459-4 thru -18: Exs. 2-3, 5, 7, 8, 11, 15-16, 20-22, 24-26, and 30 |
| 3461 | 9/12/2022 | Plaintiff's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3461-3: Ex. 2 | None | None | None | None | 3461-3: Ex. 2 |
| 3463 | 9/12/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3463-3: Unredacted JLI's Daubert Mot.<br>3463-4: Ex. 1 | None | None | None | None | 3463-3: Unredacted JLI's Daubert Mot.<br>3463-4: Ex. 1 |
| 3482 | 9/19/2022 | Administrative Motion To File Under Seal the Non-Management Director Defendants' Statement in Response to Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | NMDs | 3482-1: NMDs' Statement | None | None | None | None | 3482-1: NMDs' Statement in Response |
| 3488 | 9/19/2022 | Administrative Motion To File Under Seal - Correction of Docket # [3457-18] | SFUSD | N/A | 3452-29 thru -31: Exs. 99, 103, 106 - Confidential pricing and/or non-public business strategy information<br><br>3454-13: Ex. 161 - Confidential pricing and/or non-public business strategy information<br><br>3451-19: Ex. 49 - Confidential pricing and/or non-public business strategy information<br><br>3455-19 thru -20: Exs. 199, 200 - Confidential pricing and/or non-public business strategy information<br><br>3456-40: Ex. 281 - Confidential pricing and/or non-public business strategy information | None | None | None | N/A |
| 3491 | 9/19/2022 | Defendant Juul Labs, Inc.'s Statement in Support of Maintaining Under Seal Portions of Plaintiff's Consolidated Opposition to Defendant's Motions for Summary Judgment | JLI | 3491-2: Ex. 1<br>3491-3: Ex. 31<br>3491-4: Ex. 55<br>3491-5: Ex. 61<br>3491-6: Ex. 62<br>3491-7: Ex. 324<br>3491-8: Ex. 344 | None | 3491-2: Ex. 1 - Confidential information about JLI's business strategy and operations related to its supply chain and manufacturing, as well as non-public financial data<br><br>3491-7: Ex. 324 - Confidential, commercially sensitive, and proprietary information, including confidential information about JLI's business strategy and operations related to its supply chain and manufacturing, as well as non-public technical data<br><br>3491-8: Ex. 344 - Trade secret material, confidential communications to regulator exempt from FOIA | None | 3491-7: Ex. 1 - Names of and information about minors, pages 136, 137, 140<br><br>3491-4: Ex. 55 - personal information, page 1<br><br>3491-6: Ex. 62 - personal information, pages 1, 3 | 3450-1: Ex. 1<br>3451-1: Ex. 31<br>3451-25: Ex. 55<br>3451-31: Ex. 61<br>3451-32: Ex. 62<br>3457-3: Ex. 324<br>3457-13: Ex. 344 |

| Docket # | Date Filed | Filing Name | Filer | Sealed Filings | Altria Material | JLI Material | Monsees Material | NMDs Material | Docket location of sealed information |
|---|---|---|---|---|---|---|---|---|---|
| 3494 | 9/19/2022 | Altria Defendants' Statement in Response to Administrative Motions To Consider Whether Another Party's Materials Should Be Sealed (ECF Nos. 3449 & 3459) | Altria | 3494-2: App'x A (Exs. to Pls' Consolidated Opp'n to Defs' MSJs (SFUSD) To Be Sealed In Their Entirety) 3494-3: App'x B-1 (Exs. to Pls' Consolidated Opp'n to Defs' MSJs (SFUSD) To Be Partially Redacted) 3494-4: App'x B-2 (Exs. Pls' Consolidated Opp'n to Defs' MSJs (SFUSD) To Be Partially Redacted) 3494-5: App'x C (Exs. 7, 16, and 26 to Exs. to Pls' Daubert Mot. To Be Sealed In Their Entirety) 3494-6: App'x D-1 (Exs. 2, 3, 5, and 11 to Exs. to Pls' Daubert Mot. To Be Partially Redacted) 3494-7: App'x D-2 (Exs. 2, 3, 5, and 11 to Exs. to Pls' Daubert Mot. To Be Partially Redacted) | None | None | None | None | 3451-17: Ex. 47<br>3451-19: Ex. 49<br>3451-34: Ex. 64<br>3452-24: Ex. 94<br>3452-26: Ex. 96<br>3452-29: Ex. 99<br>3452-30: Ex. 103<br>3452-31: Ex. 106<br>3453-1: Ex. 111<br>3454-13: Ex. 161<br>3454-14: Ex. 162<br>3454-18: Ex. 166<br>3454-22: Ex. 170<br>3455-19: Ex. 199<br>3455-20: Ex. 200<br>3455-22: Ex. 202<br>3455-23: Ex. 203<br>3455-25: Ex. 205<br>3456-13: Ex. 253<br>3456-22: Ex. 263<br>3456-26: Ex. 267<br>3456-28: Ex. 269<br>3456-40: Ex. 281<br>3456-41: Ex. 282<br>3456-44: Ex. 287<br>3456-45: Ex. 288<br>3456-46: Ex. 289<br>3457-4: Ex. 327<br>3457-5: Ex. 328<br>3457-19: Ex. 353<br>3458-3 thru -4: Exs. 2 & 3<br>3458-6: Ex. 5<br>3458-8: Ex. 7<br>3458-12: Ex. 11<br>3458-17: Ex. 16<br>3458-27: Ex. 26 |
| 3508 | 9/23/2022 | Plaintiff's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | All Plaintiffs | 3508-2: Ex. B | None | None | None | None | 3508-2: Ex. B |
| 3518 | 9/27/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Altria Reply To Motion To Exclude) | Altria | 3518-1: Unredacted Altri's Daubert Reply 3518-2: Ex. 1 | None | None | None | None | 3518-1: Unredacted Altri's Reply Brief 3518-2: Ex. 1 |
| 3522 | 9/27/2022 | Administrative Motion To File Under Seal Portions of the Altria Defendants' Reply in Support of Their Motion for Summary Judgment | Altria | 3522-2: Unredacted Altria's MSJ Reply 3522-3: Exs. 4, 7 & 8 | 3522-3: Ex. 8 - Confidential pricing and banking information and non-public business strategy information | None | None | None | 3522-2: Unredacted Altria's MSJ Reply 3522-3: Exs. 4, 7 & 8 |
| 3523 | 9/27/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed in Connection With the Altria Defendants' Reply in Support of Their Motion for Summary Judgment | Altria | 3523-1: Unredacted Altria's MSJ Reply 3523-2: Exs. 1, 7 & 8 | None | None | None | None | 3523-1: Unredacted Altria's MSJ Reply 3523-2: Exs. 1, 7 & 8 |
| 3524 | 9/27/2022 | Defendant James Monsees' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Pursuant to L.R. 79-5(f) Regarding Reply in Support of Motion for Summary Judgment in San Francisco Unified School District Action | Monsees | 3524-3: Unredacted Monsees' MSJ Reply 3524-4: Ex. 19 to Kramer Decl ISO MSJ Reply (under seal) 3524-5: Ex. 20 to Kramer Decl ISO MSJ Reply (under seal) | None | None | None | None | 3524-3: Unredacted Monsees' MSJ Reply 3524-4: Ex. 19 to Kramer Decl ISO MSJ Reply (under seal) 3524-5: Ex. 20 to Kramer Decl ISO MSJ Reply (under seal) |
| 3528 | 9/27/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed and Request To Provisionally File Under Seal; Declaration of Eugene Illovsky | Bowen | 3528-3: Unredacted Bowen's MSJ Reply 3528-4: Exs. Q & R | None | None | None | None | 3528-3: Unredacted Bowen's MSJ Reply 3528-4: Exs. Q & R |
| 3529 | 9/27/2022 | Non-Management Director Defendants' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | NMDs | 3529-1: Unredacted NMD Daubert Reply 3529-2: Highlighted NMD Daubert Reply 3529-4: Ex. O | None | None | None | None | 3529-1: Unredacted NMD Daubert Reply 3529-2: Highlighted NMD Daubert Reply 3529-4: Ex. O |
| 3531 | 9/27/2022 | Non-Management Director Defendants' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | NMDs | 3531-1: Unredacted NMD MSJ Reply 3531-2: Highlighted NMD MSJ Reply 3531-4 thru -10: Exs. 40-46 | None | None | None | None | 3531-1: Unredacted NMD MSJ Reply 3531-2: Highlighted NMD MSJ Reply 3531-4 thru -10: Exs. 40-46 |
| 3533 | 9/27/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3533-3: Reply ISO JLI's Daubert Mot. 3533-4: Ex. 2 to Reply ISO JLI's Daubert Mot. 3533-5: Ex. 3 to Reply ISO JLI's Daubert Mot. | None | None | None | None | 3533-3: Reply ISO JLI's Daubert Mot. 3533-4: Ex. 2 to Reply ISO JLI's Dauibert Mot. 3533-5: Ex. 3 to Reply ISO JLI's Daubert Mot. |
| 3540 | 9/28/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3540-2: Special Master's R&R | None | None | None | 3540-2: C. Olin Designations, pages 17-20, 23, 26, 27, 64, 66, 68-71; 3540-2: N. Pritzker Designations pages 7-11, 13, 14, 16, 53, 55, 13 | 3441-3: Unredacted Version of R&R No. 5 |
| 3543 | 9/30/2022 | Non-Management Director Defendants' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | NMDs | 3543-1: MSJ Reply Against SFUSD 3543-2: Highlighted MSJ Reply Against SFUSD 3543-4 thru 10: Exs. 40, 41, 42, 43, 44, 45, & 46 | None | None | None | None | 3543-1: MSJ Reply Against SFUSD 3543-2: Highlighted MSJ Reply Against SFUSD 3543-4 thru 10: Exs. 40, 41, 42, 43, 44, 45, & 46 |
| 3550 | 10/3/2022 | Plaintiff's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3550-3: Highlighted SFUSD Opp'n 3550-4 thru -8: Exs. 1, 2, 3, 8, & 9 | None | 3550-8: Ex. 8 - Contains descriptions of and excerpts from JLI's PMTA | None | None | 3550-3: Highlighted SFUSD Opp'n 3550-4 thru -8: Exs. 1, 2, 3, 8, & 9 |
| 3553 | 10/3/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3553-3 Pl's Mot. in Limine 3553-4 thru -28: Exs. 1 thru 28 | 3553-4, -12 thru -19, -23 thru -24, -26: Exs. 4, 9-16, 20-21, 23-25: Confidential pricing, non-public business strategy information, and non-public business negotiations | None | None | 3387-3: Ex. 1 - Personal email address of Zach Frankel, page 1 | 3553-3 Pl's Mot. in Limine 3553-4 thru -28: Exs. 1 thru 28 |

| Docket # | Date Filed | Filing Name | Filer | Sealed Filings | Altria Material | JLI Material | Monsees Material | NMDs Material | Docket location of sealed information |
|---|---|---|---|---|---|---|---|---|---|
| 3557 | 10/4/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To File Under Seal | JLI | 3557-2: Defs Mot. in Limine<br>3557-3: Ex. 1<br>3557-4: Ex. 3 | None | None | None | None | 3557-2: Defs Mot. in Limine<br>3557-3: Ex. 1<br>3557-4: Ex. 3 |
| 3558 | 10/4/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3558-2: Defs Mot. in Limine<br>3558-3 thru 11: Exs. 9, 10, 12, 13, 23, 41, 42, 43, and 44 | None | 3558-4: Ex. 10 - Descriptions of and excerpts from JLI's PMTA, confidential information about the identity of JLI's suppliers, and proprietary and non-public information about JLI's products | 3558-5: Ex. 12 - Contains confidential non-public information related to a conversation with a non-party to the litigation and the entire exhibit should be sealed | 3558-11: Ex. 44 - Names and ages of nonparty minors, page 37, lines 9-10, 13-14 | 3558-2: Defs Mot. in Limine<br>3558-3 thru 11: Exs. 9, 10, 12, 13, 23, 41, 42, 43, and 44 |
| 3559 | 10/4/2022 | Non-Management Director Defendants' Statement in Response to Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | NMDs | N/A | None | None | None | Appendix A, ECF No. 3560-1, lists the narrow portions of the Special Master's Report, ECF No. 3441-3, that should be sealed. The identified portions of the Special Master's Report concern the names of or identifying information about nonparty minors. That information should not become public. | 3441-3: Unredacted Version of R&R No. 5 |
| 3560 | 10/4/2022 | Administrative Motion To File Under Seal the Non-Management Director Defendants' Statement in Response to Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | NMDs | 3560-1: Unredacted NMD Statement in Resp. to JLI's Administrative Mot. to Consider (ECF No. 3559) | None | None | None | 3560-1: Appendix A Column 4 contains names of and identifying information about minors. | 3560-1: Unredacted NMD Statement in Response to JLI's Administrative Mot. to Consider (ECF No. 3559) |
| 3561 | 10/4/2022 | Altria Defendants' Statement in Response to Administrative Motions To Consider Whether Another Party's Materials Should Be Sealed (ECF Nos. 3529 & 3533) | Altria | 3561-3: Ex. O (ECF 3529)<br>3561-4: Exs. 2, 3 (ECF 3533) | None | None | None | None | 3529-4: Ex. O to NMD Daubert Reply<br>3533-3: Ex. 2 to Reply ISO JLI's Daubert Mot.<br>3533-4: Ex. 3 to Reply ISO JLI's Daubert Mot. |
| 3562 | 10/4/2022 | Defendant Juul Labs, Inc.'s Statement in Support of Maintaining Under Seal Portions of Non-Management Director Defendants' Reply in Support of Motion for Summary Judgment Against San Francisco Unified School District | JLI | 3562-2: Ex. 40 to NMD MSJ Reply against SFUSD | None | None | None | None | 3543-4: Ex. 40 to NMD MSJ Reply against SFUSD |
| 3571 | 10/6/2022 | Amended Statement in Response to Administrative Motions To Consider Whether Another Party's Materials Should Be Sealed (ECF Nos. 3449 & 3387) and Amended Administrative Motion To File Under Seal Portions of the Altria Defendants' Reply in Support of Their Motion for Summary Judgment (ECF No. 3522) | Altria | 3571-2: Appendix A (amending 3494) (Exs. 47, 49, 64, 94, 99, 103, 106, 161, 199, 200, 202, 205, 263, 267, 269, and 281 to Pls' Consolidated Opp'n to Defs MSJs)<br>3571-3: Appendix B (amending 3419) (Ex. 29 to NMD's MSJ)<br>3571-4: Appendix C (amending 3522) (Ex. 8 to Altria's MSJ Reply) | 3452-29 thru -31: Exs. 99, 103, 106 - Confidential pricing and/or non-public business strategy information<br>3454-13: Ex. 161  - Confidential pricing and/or non-public business strategy information<br>3451-19: Ex. 49 - Confidential pricing and/or non-public business strategy information<br>3455-19 thru -20: Exs. 199, 200 - Confidential pricing and/or non-public business strategy information<br>3456-40: Ex. 281 - Confidential pricing and/or non-public business strategy information<br>3571-3: Ex. 29 - Confidential pricing information on Statements of Work, pages 4, 8, 11, 31<br>3571-4: Ex.  8 - Confidential pricing and banking information and non-public business strategy information | None | None | None | 3451-17: Ex. 47<br>3451-19: Ex. 49<br>3451-34: Ex. 64<br>3452-24: Ex. 94<br>3452-29: Ex. 99<br>3452-30: Ex. 103<br>3452-31: Ex. 106<br>3454-13: Ex. 161<br>3455-19: Ex. 199<br>3455-20: Ex. 200<br>3455-22: Ex. 202<br>3455-25: Ex. 205<br>3456-22: Ex. 263<br>3456-26: Ex. 267<br>3456-28: Ex. 269<br>3456-40: Ex. 281<br>3387-28: Ex. 29<br>3522-3: Ex. 8 |
| 3583 | 10/10/2022 | Defendant Juul Labs, Inc.'s Statement in Support of Maintaining Under Seal Portions of Sfusd's Memorandum in Opposition To Motion To Exclude Testimony of Plaintiff's Electronic Surveillance and School infrastructure Experts | JLI | 3583-2: Proposed Redacted Version of Ex. 8, to SFUSD's Daubert Opp'n | None | 3583-2: Ex. 8 - Contains descriptions of and excerpts from JLI's PMTA | None | None | 3550-8: Ex. 8 to SFUSD's Daubert Opp'n |
| 3585 | 10/10/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3585-3: JLI's Daubert Reply<br>3585-4 thru -6: Exs. 9, 10, 11 | None | None | None | None | 3585-3: JLI's Daubert Reply<br>3585-4 thru -6: Exs. 9, 10, 11 |
| 3594 | 10/12/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | Plaintiffs | 3594-3 Pls' Ltr Brief Seeking Review of Special Master Rulings<br>3594-5 thru 30: Exs. 1 thru 26 | None | None | None | 3594-10: Ex. 6 (Pritzker Ex. 14108) - Personal email address of  Zach Frankel, page 1 | 3594-3 Pls' Ltr Br Seeking Review of Special Master Rulings<br>3594-5 thru 30: Exs. 1 thru 26 |
| 3597 | 10/14/2022 | Non-Management Director Defendants' Statement in Response to Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | NMDs | None | None | None | None | Ex. 6 (Pritzker Ex. 14108) - Personal email address of Zach Frankel, page 1 | 3594-10: Pls' Letter Brief Ex. 6 (Pritzker Ex. 14108) |
| 3607 | 10/17/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3607-3: Pls' Opp'n to Defs' Mots. in Limine<br>3607-4 thru -27: Exs. 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, & 31 | None | 3607-2: Ex. 2 - Contains confidential information which would cause competitive harm to JLI if disclosed, including but not limited to confidential information about JLI's confidential Premarket Tobacco Application ("PMTA") to the FDA | 3607-20: Ex. 24 - Contains confidential non-public information related to a conversation with a non-party to the litigation<br><br>3607-3: Pls' Opp'n to Defs' Mots in Limine - Discussion of Ex. 24 for same reason, page 47, lines 1-4, 6-8, 10-15, 18, 21, 24, page 48, 1-5, 7 | 3607-21: Ex. 25 (Pritzker Dep. Tr. 452:15): Date of birth of Nicholas Pritzker | 3607-3: Pls' Opp'n to Defs' Mots. in Limine<br>3607-4 thru -27: Exs. 2, 3, 6, 7, 8, 9, 10, 11, 12, 13, 14, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, & 31 |

| Docket # | Date Filed | Filing Name | Filer | Sealed Filings | Altria Material | JLI Material | Monsees Material | NMDs Material | Docket location of sealed information |
|---|---|---|---|---|---|---|---|---|---|
| 3610 | 10/17/2022 | Defendant Juul Labs, Inc.'s Administrative Motion To Consider Whether Other Parties' Material Should Be Sealed | JLI | 3610-3: Defs' Brief in Opp'n to Pl's Mots. in Limine<br>3610-4: Ex. 3<br>3610-5: Ex. 4 | 3610-4: Ex. 3 - Confidential pricing and/or non-public business strategy information | None | None | None | 3610-3: Defs' Brief in Opp'n to Pl's Mots. in Limine<br>3610-4: Ex. 3<br>3610-5: Ex. 4 |
| 3615 | 10/19/2022 | Altria's Statement in Response to Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (ECF No. 3594) | Altria | 3615-2: Pls' Ltr Brief Seeking Review of Special Master Rulings and Ex. 22 | None | None | None | None | 3594-3: Pls' Ltr Br Seeking Review of Special Master Rulings<br>3594-26: Ex. 22 |
| 3630 | 10/23/2022 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3630-3: Pls Ltr Brief in Resp to Defs Letter Brief Regarding Certain Evidentiary Questions<br>3630-4: Ex. 1 | None | None | None | None | 3630-3: Pls Letter Brief in Resp to Defs Letter Brief Regarding Certain Evidentiary Questions<br>3630-4: Ex. 1 |
| 3633 | 10/24/2022 | Altria's Statement in Response to Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (ECF No. 3610) | Altria | 3633-2: Defs' Opp'n to Pl's Mots. in Limine and Ex. 3 | 3633-2: Ex. 3 - Confidential pricing and/or non-public business strategy information | None | None | None | 3610: Defs' Opp'n to Pl's Mots. in Limine<br>3610-4: Ex. 3 |
| 3638 | 10/24/2022 | Defendant Juul Labs, Inc.'s Statement in Support of Maintaining Under Seal Portions of Plaintiff's Response to Defendants' Motions in Limine | JLI | 3638-2: Highlighted Pl's Resp to Defs' Mots. in Limine<br>3538-3 thru -7: Exs. 2, 3, 24, 30, 31 | None | 3538-3: Ex. 2 - Contains confidential information which would cause competitive harm to JLI if disclosed, including but not limited to confidential information about JLI's confidential Premarket Tobacco Application ("PMTA") to the FDA | 3538-5: Ex. 24 - Contains confidential non-public information related to a conversation with a non-party to the litigation | None | 3607-3: Pls Opp'n to Defs Mots. in Limine<br>3607-4: Ex. 2<br>3607-5: Ex. 3<br>3607-20: Ex. 24<br>3607-26: Ex. 30<br>3607-27: Ex. 31 |
| 3757 | 1/18/2023 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3757-3: Pl's Brief on the Length of the SFUSD Trial<br>3757-4: Ex. A | None | None | None | None | 3757-3: Pl's Brief on the Length of the SFUSD Trial<br>3757-4: Ex. A |
| 3773 | 1/25/2023 | Altria's Statement in Response to Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (ECF No. 3757) | Altria | 3773-2: Pl's Brief on the Length of the SFUSD Trial & Ex. A | None | None | None | None | 3757-3: Pl's Brief on the Length of the SFUSD Trial<br>3757-4: Ex. A |
| 3787 | 2/10/2023 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3787-3: Plaintiff's Mot. in Limine<br>3787-4 thru -15: Exs. A, C, D, E, F, G, I, J, L, M, N, and O | 3787-6 thru -9: Exs. D, E, F, G - Confidential pricing and/or non-public business strategy information | None | None | 3787-12: Ex. L - Private email addresses of Nicholas Pritzker, Zach Frankel, Riaz Valani, Joby Pritzker, and Alexander Asseily, pages 1-4 | 3787-3: Plaintiff's Mot. in Limine<br>3787-4 thru -15: Exs. A, C, D, E, F, G, I, J, L, M, N, and O |
| 3789 | 2/10/2023 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | Altria | 3789-2: Highlighted Altria's Mot. in Limine<br>3789-3: Unredacted Exs. A & B | None | None | None | None | 3789-2: Highlighted Altria's Mot. in Limine<br>3789-3: Unredacted Exs. A & B |
| 3804 | 2/17/2023 | Altria's Statement in Response to Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (ECF No. 3787) | Altria | 3804-2: Plaintiff's Mot. in Limine and Exs. D, E, F, and G | 3804-2: Exs. D, E, F, G - Confidential pricing and/or non-public business strategy information | None | None | None | 3787-3: Plaintiff's Mot. in Limine<br>3787-6: Ex. D<br>3787-7: Ex. E<br>3787-8: Ex. F<br>3787-9: Ex. G |
| 3806 | 2/17/2023 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | Altria | 3806-1: Altria's Suppl. MSJ Br. | None | None | None | None | 3806-1: Altria's Suppl Br ISO MSJ |
| 3822 | 2/28/2023 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | Altria | 3822-1: Altria's Opp'n to Pl's Mot. in Limine<br>3822-2: Ex. 6 | None | None | None | None | 3822-1: Altria's Opp'n to Pl's Mots. in Limine<br>3822-2: Ex. 6 |
| 3987 | 4/30/2023 | Administrative Motion To File Under Seal Certain Exhibits to Altria's Trial Brief Regarding Precluding Dr. Minette Drumwright from Opining on Altria's Intent | Altria | 3987-3: Ex. 2 to Altria's Trial Brief | None | None | None | None | 3987-3: Ex. 2 to Altria's Trial Brief |
| 3988 | 5/1/2023 | Administrative Motion To Consider Whether Another Party's Material Should Be Sealed | SFUSD | 3988-2: Pl's Opp'n to Altria's Trial Brief | None | None | None | None | 3988-2: Pl's Opp'n to Altria's Trial Brief |