# Exhibit 2

1
2
3
4
5
6
7
8

9                        **UNITED STATES DISTRICT COURT**

10                        **NORTHERN DISTRICT OF CALIFORNIA**

11                              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS  13  LIABILITY LITIGATION  14  15  16  17  *This Document Relates to All Cases*  18  19 | ) Case No. 3:19-MD-2913-WHO ) ) ) The Honorable William H. Orrick ) ) **[PROPOSED] ORDER GRANTING THE** ) **PARTIES' REQUEST TO MAINTAIN** ) **CERTAIN DOCUMENTS UNDER SEAL** ) ) This Document Relates To:  All Actions ) ) ) ) ) ) |

20
21
22
23
24
25
26
27
28

Before the Court is the Joint Notice of Filing of Response to Order Regarding Administrative Motions to Seal in connection with 58 administrative motions to seal files in connection with the San Francisco Unified School District bellwether case and trial identified by this Court in its September 13, 2024, Order Regarding Administrative Motions To Seal Filed In Connection With Motions For Summary Judgment, Motions In Limine, & Motions Re SFUSD Trial (ECF No. 4299).

The Court hereby **GRANTS** the Parties' request to maintain under the seal the documents identified in **Exhibit 1** to the Parties' Joint Notice of Filing of Response to Order Regarding Administrative Motions to Seal. The entire docket entry identified in Columns F through I to **Exhibit 1** shall remain sealed, unless the cell identifies specific pages or lines. The remaining documents subject to the motions identified in ECF No. 4299 that have not been identified by the Parties as documents that should remain under seal in **Exhibit 1** shall be unsealed.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable William H. Orrick
United States District Judge