UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Cole Aragona v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-01928;<br>*Jordan Dupree v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-03850;<br>*Kaitlyn Fay v. Juul Labs, Inc. et al.*,<br>   Case No. 3:19-cv-07934;<br>*Jennifer Lane v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-04661;<br>*Bailey Legacki v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-01927;<br>*Walker McKnight v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-02600;<br>*Ashlynn NesSmith v. Juul Labs, Inc. et al.,*<br>   Case No. 3:19-cv-06344;<br>*Jay Patel v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-06985;<br>*Carson Sedgwick v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-03882;<br>*Ben Shapiro v. Juul Labs, Inc. et al.*,<br>   Case No. 19-cv-07428; and<br>*Matthew Tortorici v. Juul Labs, Inc. et al.*,<br>   Case No. 3:20-cv-03847 | **Case No. 19-md-02913-WHO**<br><br>**JOINT STIPULATION TO AMEND DEADLINES FOR PERSONAL-INJURY PLAINTIFFS AND TO SET BRIEFING SCHEDULE FOR REMAND MOTIONS** |

Pursuant to Section VIII of this Court's Case Management Orders Nos. 17 and 19, and pursuant to the Court's directive at the January 14, 2025 Case Management Conference, Defendants Juul Labs, Inc. ("JLI"); the JLI Settling Defendants[1]; Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company ("Altria"); and eleven (11) of the personal injury plaintiffs who declined settlements with JLI and/or Altria (collectively referred to herein as the "Parties") respectfully submit this joint proposed Scheduling Order.

The Parties have met and conferred and agreed to extend the deadlines to conduct Additional Discovery to March 31, 2025 and to commensurately extend the deadlines for *Daubert* and dispositive motions in the following matters: *Cole Aragona v. Juul Labs, Inc. et al.*; *Jordan Dupree v. Juul Labs, Inc. et al.*; *Kaitlyn Fay v. Juul Labs, Inc. et al.*; *Jennifer Lane v. Juul Labs, Inc. et al.*; *Bailey Legacki v. Juul Labs, Inc. et al.*; *Walker McKnight v. Juul Labs, Inc. et al.*; *Ashlynn NesSmith v. Juul Labs, Inc. et al*; *Carson Sedgwick v. Juul Labs, Inc. et al.*; *Ben Shapiro v. Juul Labs, Inc. et al.*; and *Matthew Tortorici v. Juul Labs, Inc. et al*.

The Parties also have met and conferred and agreed on a schedule for Plaintiffs to brief their remand motions in the following matters: *Kaitlyn Fay v. Juul Labs, Inc. et al.*; *Walker McKnight v. Juul Labs, Inc. et al.*; *Jay Patel v. Juul Labs, Inc. et al.*[2]; and *Ben Shapiro v. Juul Labs, Inc. et al*.

The Parties hereby submit the proposed Scheduling Order attached as **Exhibit 1**. The Parties have further agreed that these extensions shall not prejudice any Party's right to seek relief from the Court, including but not limited to further extensions, if a Party believes the need arises

---

[1] The JLI Settling Defendants include Juul Labs, Inc.; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani.

[2] The *Patel* case is included in the remand briefing schedule but not the Additional Discovery extension schedule because the Additional Discovery period has not yet started in that case. For the avoidance of doubt, and notwithstanding the Parties' agreement with regard to the agreed remand briefing schedule, Defendants reserve their right to object to remand of *Patel* on the ground that remand is premature in light of that Plaintiff's failure to satisfy his obligations under the Court's case management orders. *See, e.g.*, *Morris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1068 (9th Cir. 2001) (when resolving "[f]raudulent joinder claims" the court may "consider[] summary judgment-type evidence such as affidavits and deposition testimony").

in the future.

**Additional Discovery.** Based on the status of records collection and fact discovery, the Parties agree to extend the Additional Discovery period and all later deadlines in the Schlesinger Firm's MDL and JCCP JUUL cases by 60 days (*i.e.*, the close of the Additional Discovery period will be extended from January 30, 2025 until March 31, 2025, and all later deadlines likewise will be extended). As part of this agreement, Defendants will begin using a third-party vendor to collect outstanding medical records. Plaintiffs will collect and produce all medical records they can obtain from the medical providers from whom they previously have collected or agreed to collect records. Plaintiffs will continue to authorize Defendants to collect medical records through the third-party vendor. This agreement applies only to the 19 currently pending (across both the MDL and JCCP) Schlesinger cases and not to any future cases. By making this agreement, Defendants are in no way waiving any rights provided by the Case Management Orders entered in these cases, and Defendants specifically reserve the right to require the Plaintiffs in any future cases to collect and provide medical records to Defendants.

**Remand Motions.** The Parties have met and conferred and have agreed on a schedule for Plaintiffs to brief their remand motions in the *Fay*, *McKnight*, and *Shapiro* cases and for a hearing on those motions.[3]

DATED: January 21, 2025                             Respectfully submitted,

By: /s/ Timothy S. Danninger                        By: /s/ Scott P. Schlesinger
Timothy S. Danninger (*pro hac vice*)               Scott P. Schlesinger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**                 Jonathan R. Gdanski (*pro hac vice*)
1 Independent Drive, Suite 2300                     Jeffrey L. Haberman (*pro hac vice*)
Jacksonville, 32204                                 **SCHLESINGER LAW OFFICE, P.A.**
Telephone: (904) 354-1980                           1212 SE Third Avenue
                                                    Fort Lauderdale, FL 33317
*Attorneys for Defendant Juul Labs, Inc.*           Telephone: 954-467-8800

---

[3] Plaintiff Walker McKnight has passed away, and his parents, who are also named Plaintiffs, are in the process of opening an estate. Plaintiffs believe that an estate will be opened and substituted in time to have these motions heard. The Parties will endeavor to take the depositions of the Plaintiffs in the *Fay* and *Shapiro* cases, and Plaintiffs have provided Defendants with dates of availability. Plaintiffs, however, maintain that these depositions are not prerequisites to a hearing on the remand motions. Defendants maintain that depositions are necessary before their responses to the remand motions are due.

By: */s/ John C. Massaro*
John C. Massaro (*pro hac vice*)
Daphne O'Connor (*pro hac vice*)
Jason A. Ross (*pro hac vice*)
David E. Kouba (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-50000
Facsimile: 202-942-5999

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Group Distribution Company*

By: */s/ Eugene Illovsky*
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: 415-500-6643

*Attorneys for Defendant Adam Bowen*

By:  */s/ Michael J. Guzman*
Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, DC 20036
TEL: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Non-Management Defendants Huh, Pritzker, and Valani*


By: */s/ James Kramer*
James Kramer
Catherine Malone
Kevin Askew

*Attorneys for Plaintiffs Aragona, Dupree, Fay, Lane, Legacki, McKnight, NesSmith, Sedgwick, Shapiro, and Tortorici*

By: */s/ Jacob W. Plattenberger*
Jacob W. Plattenberger (*pro hac vice*)
**TORHOERMAN LAW**
227 W. Monroe Street
Suite 2650
Chicago, IL  60606
Telephone: (312) 372-4800

*Attorney for Plaintiff Jay Patel*

3
Joint Stipulation to Amend Case Schedule – Case No. 3:19-md-02913-WHO

1 | **ORRICK HERRINGTON & SUTCLIFFE LLP**
2 | The Orrick Building
3 | 405 Howard Street
San Francisco, CA 94105
4 | Telephone: 415-773-5700
*Attorneys for Defendant James Monsees*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28