UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Cole Aragona v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-01928;<br>*Jordan Dupree v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-03850;<br>*Kaitlyn Fay v. Juul Labs, Inc. et al.*,<br>    Case No. 3:19-cv-07934;<br>*Jennifer Lane v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-04661;<br>*Bailey Legacki v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-01927;<br>*Walker McKnight v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-02600;<br>*Ashlynn NesSmith v. Juul Labs, Inc. et al.*,<br>    Case No. 3:19-cv-06344;<br>*Jay Patel v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-06985;<br>*Carson Sedgwick v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-03882;<br>*Ben Shapiro v. Juul Labs, Inc. et al.*,<br>    Case No. 19-cv-07428; and<br>*Matthew Tortorici v. Juul Labs, Inc. et al.*,<br>    Case No. 3:20-cv-03847 | Case No. 19-md-02913-WHO<br><br>[PROPOSED] SCHEDULING ORDER |

Having reviewed and considered the Parties' Joint Stipulation to Amend Case Schedule and pursuant to Section VIII of this Court's Case Management Order Nos. 17 and 19, the Court hereby enters the following case schedule[1]:

---

[1] This schedule shall not apply to *Jay Patel v. Juul Labs, Inc. et al.* because the Additional Discovery period in that case has not yet begun.

[Proposed] Order Granting Joint Stipulation to Amend Case Schedule – Case No. 19-md-02913-WHO

| Date/Deadline | Event/Deadline |
|---|---|
| March 31, 2025 | Deadline to Conduct Additional Discovery[2] |
| May 16, 2025 | Deadline to Submit Summary Judgment/*Daubert* Motions |
| June 13, 2025 | Deadline to Submit Response to Summary Judgment/*Daubert* Motions |
| July 11, 2025 | Deadline to Submit Reply In Support of Summary Judgment/*Daubert* Motions |

The Court further enters the following schedule regarding briefing of Plaintiffs' remand motions, subject to the qualifications set forth in the Parties' joint stipulation:

| Date/Deadline | Event/Deadline |
|---|---|
| March 19, 2025 | Plaintiffs' Remand Motions Due (if Plaintiffs Wish to Re-Brief the Motions) |
| April 9, 2025 | Defendants' Oppositions Due |
| April 16, 2025 | Plaintiffs' Replies Due |
| April 30, 2025 | Hearing on Remand Motions |

Upon the conclusion of this case schedule and pursuant to Section VIII of this Court's Case Management Order Nos. 17 and 19, this Court will set a Case Management Conference to determine any non-duplicative discovery including additional expert disclosures are necessary and to discuss other case management issues.

---

[2] Pursuant to CMO No. 17 § VIII.B, during "Additional Discovery," the Parties may "(a) take the depositions of the Plaintiff, the Plaintiff's spouse, if applicable, and any other non-party lay fact witness specific to the Plaintiff for up to seven (7) hours each, with Counsel for the Settling Defendants questioning first at each deposition; and (b) take the depositions of no more than three (3) of a Personal Injury Plaintiff's treating healthcare providers, with Counsel for the Settling Defendants questioning first at each deposition." For complex medical cases, "Settling Defendants may be permitted to take additional depositions upon a showing of good cause…[but]…[n]o other depositions may be taken during the expedited discovery period absent prior leave granted by the Court upon a showing of good cause."

Should Plaintiff serve written discovery upon the Settling Defendants, "the Parties shall meet and confer about an appropriate deadline for responding to such discovery, which deadline shall be at least sixty (60) days after service of such discovery."

1

[Proposed] Order Granting Admin. Mtn. To Consider Whether Another Party's Material Should Be Sealed – Case No. 19-md-02913-WHO

1  **IT IS SO ORDERED.**

3  Dated: _____, 2025

                                                        Judge William H. Orrick