UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **Case No.: 3:19-md-02913-WHO**<br><br>**[PROPOSED] ORDER REGARDING PRIVACY OBJECTION DISCOVERY DISPUTE** |
| This Document Relates to:<br><br>*Cole Aragona v. Juul Labs, Inc., et al*, Case No. 3:20-cv-1928;<br>*Jordan Dupree v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03850;<br>*Kaitlyn Fay v. JUUL LABS, INC., et al.*, Case No. 3:19-cv-07934;<br>*Jennifer Lane v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-04661;<br>*Bailey Legacki v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-01927;<br>*Walker McKnight v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-02600;<br>*Carson Sedgwick v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03882;<br>*Ben Shapiro v. JUUL LABS, INC., et al.*, Case No. 3:19-cv-07428; and<br>*Matthew Tortorici v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03847 | |

Having considered the January 22, 2024, Joint Status Report Concerning Privacy Objection Discovery Dispute and the pleadings on file herein, this Court hereby **ORDERS** that Plaintiffs' privacy objections are **OVERRULED** and that Plaintiffs shall serve complete responses to Interrogatories 6, 8, 12, and 15 and Requests for Production 5, 6, and 8 within fourteen days of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Judge William H. Orrick