1  Mark C. Hansen (admitted *pro hac vice*)
2  Michael J. Guzman (admitted *pro hac vice*)
   David L. Schwarz (CA Bar No. 206257)
3  *Attorneys for Nicholas Pritzker*
   KELLOGG, HANSEN, TODD, FIGEL &
4      FREDERICK, P.L.L.C.
   1615 M Street, N.W., Suite 400
5  Washington, D.C. 20036
   TEL: (202) 326-7900
6  mhansen@kellogghansen.com
   mguzman@kellogghansen.com
7  dschwarz@kellogghansen.com

8

9

10                          **UNITED STATES DISTRICT COURT**

11                          **NORTHERN DISTRICT OF CALIFORNIA**

12  | IN RE: JUUL LABS, INC., MARKETING, | **Case No. 3:19-md-02913-WHO** |
13  | SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
14  | | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
15  | THIS DOCUMENT RELATES TO: | |
16  | *Cole Aragona v. Juul Labs, Inc., et al*, Case No. 3:20-cv-1928; | |
17  | *Jordan Dupree v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03850; | |
18  | *Kaitlyn Fay v. JUUL LABS, INC., et al.*, Case No. 3:19-cv-07934; | |
19  | *Jennifer Lane v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-04661; | |
20  | *Bailey Legacki v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-01927; | |
21  | *Walker McKnight v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-02600; | |
22  | *Carson Sedgwick v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03882; | |
23  | *Ben Shapiro v. JUUL LABS, INC., et al.*, Case No. 3:19-cv-07428; and | |
24  | *Matthew Tortorici v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03847 | |

27

28

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Hoyoung Huh, Nicholas Pritzker, and Riaz Valani (the "Non-Management Directors") will and hereby do move the Court, pursuant to Civil Local Rule 79-5(f), for an administrative order to consider whether another party's material contained in the following documents should be sealed:

- The unredacted version of Exhibit A: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Interrogatories to Plaintiff Cole Aragona;

- The unredacted version of Exhibit B: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Requests for Production of Documents to Plaintiff Cole Aragona; and

- The unredacted version of Exhibit C: Plaintiff Cole Aragona's Amended Plaintiff Fact Sheet.

The Non-Management Directors file this motion pursuant to the Amended Protective Order (ECF No. 1282) and Civil Local Rule 79-5(f). Pursuant to Civil Local Rules 79-5 and 7-11(c), no hearing date has been set.

### Material to Be Considered for Sealing

The Parties have designated materials contained and referred to in the above-referenced filings as confidential and highly confidential under the Amended Protective Order (ECF No. 1282).

Subsection (f) of Local Rule 79-5 sets forth procedures that apply when a party seeks to file information designated as confidential by another party or non-party. This Administrative Motion is based on the Parties' designation of certain information as confidential, highly-confidential – attorneys' eyes only, or highly confidential under the protective orders entered in this action. Under Local Rule 79-5(f)(3), the Designating Parties have seven days to file a statement or declaration establishing that the material warrants sealing.

For the foregoing reasons, the Non-Management Directors respectfully requests that this Court provisionally seal Exhibits A, B, and C.

The following attachments accompany this Motion:

1. The Declaration of Michael J. Guzman in Support of the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

2. Exhibit A: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Interrogatories to Plaintiff Cole Aragona, to be filed provisionally under seal;

3. Exhibit B: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Requests for Production of Documents to Plaintiff Cole Aragona, to be filed provisionally under seal;

4. Exhibit C: Plaintiff Cole Aragona's Amended Plaintiff Fact Sheet, to be filed provisionally under seal; and

5. A Proposed Order granting the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

DATED: January 22, 2025                Respectfully submitted,

By: */s/ Michael J. Guzman*
Mark C. Hansen (admitted *pro hac vice*)
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. Suite 400
Washington, DC 20036
TEL: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Non-Management Director Defendants Huh, Pritzker, and Valani*

2

Admin. Motion To Consider Whether Another Party's Material Should Be Sealed –
Case No. 3:19-md-02913-WHO