1  Mark C. Hansen (admitted *pro hac vice*)
   Michael J. Guzman (admitted *pro hac vice*)
2  David L. Schwarz (CA Bar No. 206257)
   *Attorneys for Nicholas Pritzker*
3  KELLOGG, HANSEN, TODD, FIGEL &
4      FREDERICK, P.L.L.C.
   1615 M Street, N.W., Suite 400
5  Washington, D.C. 20036
   TEL: (202) 326-7900
6  mhansen@kellogghansen.com
   mguzman@kellogghansen.com
7  dschwarz@kellogghansen.com

8

9

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12 | IN RE: JUUL LABS, INC., MARKETING, | **Case No. 3:19-md-02913-WHO**
13 | SALES PRACTICES, AND PRODUCTS
   | LIABILITY LITIGATION
14 |                                     | **DECLARATION OF MICHAEL J.**
   |                                     | **GUZMAN IN SUPPORT OF**
15 | THIS DOCUMENT RELATES TO:           | **ADMINISTRATIVE MOTION TO**
   |                                     | **CONSIDER WHETHER ANOTHER**
16 | *Cole Aragona v. Juul Labs, Inc., et al*, | **PARTY'S MATERIAL SHOULD BE**
   |   Case No. 3:20-cv-1928;            | **SEALED**
17 | *Jordan Dupree v. JUUL LABS, INC., et al.*,
18 |   Case No. 3:20-cv-03850;
   | *Kaitlyn Fay v. JUUL LABS, INC., et al.*,
19 |   Case No. 3:19-cv-07934;
   | *Jennifer Lane v. JUUL LABS, INC., et al.*,
20 |   Case No. 3:20-cv-04661;
   | *Bailey Legacki v. JUUL LABS, INC., et al.*,
21 |   Case No. 3:20-cv-01927;
   | *Walker McKnight v. JUUL LABS, INC., et al.*,
22 |   Case No. 3:20-cv-02600;
   | *Carson Sedgwick v. JUUL LABS, INC., et al.*,
23 |   Case No. 3:20-cv-03882;
24 | *Ben Shapiro v. JUUL LABS, INC., et al.*,
   |   Case No. 3:19-cv-07428; and
25 | *Matthew Tortorici v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03847
26

27

28

I, MICHAEL J. GUZMAN, declare:

1. I am a partner at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel to Defendants Hoyoung Huh, Nicholas Pritzker, and Riaz Valani (the "Non-Management Directors"). I am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in accordance with Civil Local Rule 79-5 in support of the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

3. In addition to this Declaration, attached to the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed are the following:

    a. A true and correct copy of Exhibit A: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Interrogatories to Plaintiff Cole Aragona;

    b. A true and correct copy of Exhibit B: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Requests for Production of Documents to Plaintiff Cole Aragona; and

    c. A true and correct copy of Exhibit C: Plaintiff Cole Aragona's Amended Plaintiff Fact Sheet.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of January, 2025, in Washington, D.C.

                                     */s/ Michael J. Guzman*
                                     Michael J. Guzman

1

Guzman Decl. in Support of Admin. Motion to Consider Whether Another Party's Material Should Be Sealed –
Case No. 3:19-md-02913-WHO