# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **Case No. 19-md-02913-WHO** |
| THIS DOCUMENT RELATES TO: *Cole Aragona v. Juul Labs, Inc., et al*, Case No. 3:20-cv-1928; *Jordan Dupree v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03850; *Kaitlyn Fay v. JUUL LABS, INC., et al.*, Case No. 3:19-cv-07934; *Jennifer Lane v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-04661; *Bailey Legacki v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-01927; *Walker McKnight v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-02600; *Carson Sedgwick v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03882; *Ben Shapiro v. JUUL LABS, INC., et al.*, Case No. 3:19-cv-07428; and *Matthew Tortorici v. JUUL LABS, INC., et al.*, Case No. 3:20-cv-03847 | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having reviewed Defendants Hoyoung Huh, Nicholas Pritzker, and Riaz Valani's January 22, 2025, Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (the "Motion to Consider"), as well as the Declaration of Michael J. Guzman submitted in support of the Motion to Consider, and finding that good cause exists, this Court hereby **GRANTS** the Motion to Consider, and **ORDERS** that Exhibit A: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Interrogatories to Plaintiff Cole Aragona; Exhibit B: Plaintiff's Second Supplemental and Amended Responses to Defendant JUUL Lab Inc.'s First Set of Requests for Production of Documents to Plaintiff Cole Aragona; and Exhibit C: Plaintiff Cole Aragona's Amended Plaintiff Fact Sheet shall be provisionally **SEALED**.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Judge William H. Orrick