UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*San Francisco Unified School District v. JUUL Labs, Inc., et al* | Case No. 19-md-02913-WHO<br><br>**FINAL ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL FILED IN CONNECTION WITH MOTIONS FOR SUMMARY JUDGMENT, MOTIONS IN LIMINE, & MOTIONS RE *SFUSD* TRIAL** |

Having reviewed the Joint Chart submitted on January 17, 2025, and considering the defendants' narrowed tailoring of their remaining requests to file information under seal, the narrowed motions to seal are GRANTED for compelling justification shown regarding the highly sensitive personal information of third parties and confidential business information.

Documents and docket numbers that the parties agreed may be unsealed in whole have been unsealed by the Clerk. For docket numbers that combined multiple exhibits, including exhibits that no party continues to seek to seal (*see e.g.*, Dkt. No. 3404, 3406, 3419, 3522-3, 3540-2, 3571, 3583, 3633), the filing party identified in Dkt. No. 4369-1 shall e-file all exhibits that no longer qualify for sealing on the Docket within twenty days of the date of this Order.

The following administrative motions to seal are GRANTED, as amended by the Joint Chart at Dkt. No. 4369-1: Dkt. Nos. 3385, 3387, 3389, 3390, 3395, 3397, 3399, 3402, 3404, 3406, 3407, 3418, 3419, 3449, 3459, 3461, 3463, 3482, 3488, 3491, 3494, 3508, 3518, 3522, 3523, 3524, 3528, 3529, 3531, 3533, 3540, 3543, 3550, 3553, 3557, 3558, 3560, 3561, 3562, 3571, 3583, 3585, 3594, 3607, 3610, 3615, 3630, 3633, 3638, 3757, 3773, 3787, 3789, 3804, 3806, 3822, 3987, 3988.

**IT IS SO ORDERED.**

Dated: January 28, 2025



William H. Orrick
United States District Judge