[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*<br><br>Case No. 3:19-cv-08177-WHO | Case No. 3:19-md-02913-WHO<br><br>**PLAINTIFF'S NOTICE OF FILING OF DOCUMENTS TO BE UNSEALED PURSUANT TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL [ECF 4374]**<br><br>**Judge:** Hon. William H. Orrick<br>**Ctrm.:** 2 |

Plaintiff gives notice of filing the attached documents. These documents were previously filed with redactions reflecting information designated by Defendants under the protective order. The newly-filed versions of these documents include only the redactions designated by Defendants in Exhibit 1 to the Joint Notice of Filing of Response to Order Regarding Administrative Motions to Seal [ECF 4369-1]. The one exception is ECF 3553-4, which reflects the redactions requested in the Non-Management Directors' administrative motion filed on February 11, 2025 [ECF 4383].

| Original Filing | Description |
| --- | --- |
| ECF 3449-3, ECF 3449-4 | Plaintiff's Consolidated Opposition to Defendants' Motions for Summary Judgment (SFUSD), redactions to pg. 22 |
| ECF 3450-11 | Ex. 11 - JLI01366459 – redactions to pg. 1 |
| ECF 3450-22 | Ex. 22 - JLI01259728 – Valani Dep. Ex. 4008, redactions to pgs. 2, 3 |
| ECF 3450-27 | Ex. 27 - MDLAA0000245, Huh Dep. Ex. 28015, redactions to pg. 1 |
| ECF 3451-13 | Ex. 43 - MDLNP000655, Pritzker Dep. Ex. 14051, redactions to pgs. 2, 3 |
| ECF 3451-16 | Ex. 46 - MDLRV0015995, Valani Dep. Ex. 40107, redactions to pgs. 2, 3 |
| ECF 3451-25 | Ex. 55 - ALGAT0003889812, redactions to pg. 1 |
| ECF 3451-32 | Ex. 62 - JLI41165687, redactions to pgs. 1, 3 |
| ECF 3451-38 | Ex. 68 - MDLRV0005726l, Frankel Dep. Ex. 17781, redactions to pg. 1 |
| ECF 3453-22 | Ex. 132 - MDLRV0033687, Valani Dep. Ex. 40098, redactions to pgs. 1, 2, 3 |
| ECF 3453-24 | Ex. 134 - MDLRV0027010, redactions to pg. 1 |
| ECF 3453-29 | Ex. 140 - MDLAA0000317, Asseily Dep. Ex. 11002, redactions to pgs. 1, 2, 3 |
| ECF 3453-30 | Ex. 141 - MDLRV0000255, Valani Dep. Ex. 40073, redactions to pg. 1 |
| ECF 3453-32 | Ex. 143 - MDLRV0025943, Valani Dep. Ex. 40074, redactions to pg. 1 |
| ECF 3454-3 | Ex. 151 - MDLNP003874, Pritzker Dep. Ex. 14009, redactions to pg. 1 |
| ECF 3454-10 | Ex. 158 - MDLRV0026762, Valani Dep. Ex. 40106, redactions to pgs. 1, 2, 4 |
| ECF 3454-15 | Ex. 163 - MDLAA0000282, Pritzker Dep. Ex. 14018, redactions to pgs. 1, 2, 3 |
| ECF 3454-17 | Ex 165 - MDLNP006757, Pritzker, Joby Dep. Ex. 15004, redactions to pgs. 1,2 |
| ECF 3454-25 | Ex.174 - MDL_NP000655, Pritzker Dep. Ex. 14030, redactions to pgs. 1, 2 |
| ECF 3455-34 | Ex. 229 - MDLRV0012736. Valani Dep. Ex. 40118, redactions to pg. 1 |

| Original Filing | Description |
|---|---|
| ECF 3455-36 | Ex. 231 - JLI21575209, redactions to pg. 1 |
| ECF 3455-39 | Ex. 234 - MDLNP014528, Pritzker Dep. Ex. 14142, redactions to pg. 1 |
| ECF 3455-40 | Ex. 235 - MDLNP000594, Pritzker Dep. Ex. 14042, redactions to pg. 1, 2 |
| ECF 3456-2 | Ex. 242 - MDL_RV0016394, Pritzker Dep. Ex. 14091, redactions to pgs.1, 3 |
| ECF 3457-20 | Ex. 354 - MDLRV0038450, redactions to pg. 1 |
| ECF 3553-4 | Ex. 1 - JLI01129881, Frankel Dep. Exhibit 17789, redactions to pg. 1 |
| ECF 3594-10 | Ex. 6 - MDL_RV0003986, Pritzker Ex. 14108 |
| ECF 3607-3 | Plaintiff's Response in Opposition to Defendants' Motions in Limine, redactions to pgs. 47 and 48 |
| ECF 3607-21 | Ex. 25 - Excerpt from Deposition of Nicholas Pritzker, redacted line 452:15 |
| ECF 3787-12 | Ex. L - MDL_RV0026762, Valani Dep. Ex. 40106, redactions to pgs. 1-4 |

Dated: February 12, 2025                     Respectfully submitted,


                                             By: /s/ *Sarah R. London*

                                             Sarah R. London
                                             **LIEFF CABRASER HEIMANN & BERNSTEIN**
                                             275 Battery Street, Fl. 29
                                             San Francisco, CA 94111
                                             Telephone: (415) 956-1000
                                             slondon@lchb.com


                                             By: /s/ *Dena C. Sharp*

                                             Dena C. Sharp
                                             **GIRARD SHARP LLP**
                                             601 California St., Suite 1400
                                             San Francisco, CA 94108
                                             Telephone: (415) 981-4800
                                             dsharp@girardsharp.com

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

- 4 -

PLAINTIFFS' NOTICE OF FILING
OF UNSEALED DOCUMENTS
CASE NO. 3:19-MD-02913-WHO