# EXHIBIT 11

## EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| From: | Timothy Danaher on behalf of Timothy Danaher <tim@ploom.com> |
| To: | <tim@ploom.com> |
| BCC: | Ben@siviacapital.com;                                      Jim.Eddy@nike.com;  sb@cherninent.com |
| Sent: | 4/23/2015 11:41:59 AM |
| Subject: | PAX Labs: Updated Disclosure Schedules |
| Attachments: | PAX Labs Series C Disclosure Schedule (4-24 Closing) (00109676xA764F).pdf |

To: New PAX Labs Investors,

Attached are updated disclosure schedules for the scheduled closing tomorrow.

Updates are related to two new offer letters for our CMO and COO; as well as pax.com domain purchase, marketing related contracts and number of shares issued to-date on the Series C Preferred.

For those that wired already, those funds are being held pending the formal closing tomorrow. For those that have not funded, please confirm that you'll be able to wire funds before the wire deadline tomorrow.

Please don't hesitate to reach out to me with any questions.

All the best,

Tim

CONFIDENTIAL