# EXHIBIT 46

**EXHIBIT FILED UNDER SEAL**



**From:** Riaz Valani
**Sent:** Monday, June 5, 2017 11:55 PM
**To:** Nicholas J. Pritzker
**Subject:** Re: Introduction

Wild...

On Jun 5, 2017, at 23:45, Nicholas J. Pritzker <njpritzker@taocap.com> wrote:

> Tiger by the tail
>
> **From:** Riaz Valani <RValani@gacapital.com>
> **Date:** Monday, June 5, 2017 at 2:21 PM
> **To:** Zach Frankel <[redacted]>, Nick Pritzker <njpritzker@taocap.com>
> **Subject:** Fwd: Introduction
>
> Begin forwarded message:
>
>> **From:** Dinyar Devitre <Dinyar@Devitre.net>
>> **Date:** June 5, 2017 at 20:37:57 GMT+1
>> **To:** Riaz Valani <RValani@gacapital.com>
>> **Cc:** Billy Gifford <William.F.Gifford@altria.com>
>> **Subject: Introduction**
>>
>> Hi Riaz,
>>
>> Further to our conversation, this will introduce you to Billy Gifford, CFO Altria Group Inc.
>>
>> I hope that the two of you can connect.
>>
>> Best wishes,
>>
>> Dinny
>>
>> Sent from my iPad

1