# EXHIBIT 55

## EXHIBIT FILED UNDER SEAL

**From:** Willard, Howard A. (ALG)
**Sent:** Tuesday, April 16, 2019 7:26 AM
**To:** njpritzker@taocap.com
**Subject:** RE: {Unverified} Fwd: Closing dinner

It was great to connect. We look forward to success and good times together in the future.

From: Nicholas J. Pritzker [mailto:njpritzker@taocap.com]
Sent: Monday, April 15, 2019 9:43 PM
To: Willard, Howard A. (ALG) <Howard_Willard_ALG@altria.com>; Gifford, William F. Jr (ALG) <William.F.Gifford@altria.com>; Crosthwaite, Kevin C. Jr "KC" (ALG) <Kevin.C.Crosthwaite@altria.com>
Subject: {Unverified} Fwd: Closing dinner

Howard/Billy/K.C: I am even more remiss than Hank in thanking you for your hospitality at the dinner and for our accommodations at Stag's Leap. It was a fine dinner for a fine occasion. We truly appreciate our partnership, and look forward to an even deeper collaboration in the future.
Best,
Nick
Sent from my iPad

Begin forwarded message:
From: Harold Handelsman <█████████████████████████████████>
Date: April 15, 2019 at 6:08:58 PM PDT
To: howard_willard_ALG@altria.com<mailto:howard_willard_ALG@altria.com>
Cc: murray.r.gamick@altria.com<mailto:murray.r.gamick@altria.com>
Subject: Closing dinner
THIS EMAIL WAS SENT FROM OUTSIDE THE ORGANIZATION

Only open attachments and click on links from known senders and be extra vigilant. DO NOT provide your username or password. Forward suspicious messages to support.
Please forgive the tardiness of this note. I have been out of town and just now got your contact info. But no real excuse.

What an honor to have been invited to the vineyard and an amazing dinner. What a wonderful pairing of noble wines and fantastic food.

More importantly to me was the camaraderie shown after a bruising negotiation! In 45 years of doing deals, some in the tobacco industry, I have not seen the "we are at peace, let's move on" attitude that I witnessed that lovely evening!

As long as I am involved with JUUL, I will contribute all that I have to ensure a successful outcome for all.

Happy to be a partner with you.

Please, never hesitate to reach out if you think I can be of help.

My cell # is ████████, and my home office phone # is ████████ I am available just about 24/7.

Thanks again. Hank

1

CONFIDENTIAL

ALGAT0003889812