# EXHIBIT 151

## EXHIBIT FILED UNDER SEAL

**From:**          Nicholas J. Pritzker
**Sent:**          Sunday, January 11, 2015 8:12 PM
**To:**            Chris Olin
**Subject:**       Re: SN article about health risks of e-cigs

there's no doubt in my mind that there will be valid health concerns around the product and potentially strict liability. We need to INVITE research, disclosure, regulation.

Sent from my iPad

> On Jan 11, 2015, at 4:29 PM, Chris Olin ███████████ wrote:
>
> Scary.
>
>
>> On Jan 11, 2015, at 3:22 PM, Regan Pritzker ████████████ wrote:
>>
>> Maybe you saw this already...
>>
>> https://www.sciencenews.org/article/health-risks-e-cigarettes-emerge
>>
>>

**PRITZKER**
**No. 14009**

Discovery Ex. No. 14009
Cause No. 19-md-02913
n Re  JUUL Labs,  nc.

1