# EXHIBIT 165

## EXHIBIT FILED UNDER SEAL



**From:** Nicholas J. Pritzker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=917452B872FF4B688F11187C75BE87F8-NICHOLAS J.]
**Sent:** 6/3/2015 1:59:31 PM
**To:** Joby Pritzker
**CC:** Hank Handelsman [HHandelsman@pritzkerorg.com]
**Subject:** Re: Engadget article

these are exactly the questions we need to address in formulating our policies which must be strictly adhered to. Hank is giving it a lot of thought.

Sent from my iPad

On Jun 3, 2015, at 10:52 PM, Joby Pritzker wrote:

There are multiple levels to this conversation:

What should we do to study and understand the safety and impact of our products for our own internal knowledge?

How safe do we think our products are? What does it mean if we realize they aren't safe enough? Would be extremely dangerous not to say unethical/illegal to ignore such information.

Ethically how can we maintain best practices so we can sleep at night and be a leader in responsibility?

How should we communicate with the public about our products, what they contain, what the vapor contains, what the known, presumed or speculated risks might be? How if at all do we convey the message that our products are better and safer than other products?

How should these products be marketed? Is it OK to present them as 'cool'? What is Juul? ecig, vape, what do you call it?

How do we interface with and/or track government and other groups' efforts to demonize, regulate or even ban our products? What regulatory framework would we like to see?

etc?


On Wed, Jun 3, 2015 at 1:31 PM, Nicholas J. Pritzker <njpritzker@taocap.com> wrote:
thanks for your support on this. I just talked to Hank. I DON"T agree with james about "providing the tools for the public discourse to shift quickly towards informed views". Let others do the research, and let us simply state that we support good science and publication of all research. We get in trouble in publishing scientific data even if it's responsibly gathered and published in good faith. It comes across as self-serving.
Hank is coming to Tao on the 15th at 1. I know you leave that night, but if you're around in the afternoon we can talk about this and other Tao topics.......
Sent from my iPad

On Jun 3, 2015, at 9:17 PM, Joby Pritzker wrote:

Not to say in ANY way that anyone who raises concerns about safety and social impact of smoking alternatives should be dismissed out of hand. Actually I'm hoping that, generally and in response to concerns raised by Chris

Olin, we continue to look deeply into those issues and respond to them appropriately. I strongly believe we have an opportunity to be on the right side of these issues! So I've been meaning to mention that to the group.

But some of these people are just knuckle heads. J

On Jun 3, 2015, at 12:05 PM, James Monsees <james@pax.com> wrote:

Joby, you and I suffer from the same frustrations. Hopefully we're providing the tools for the public discourse to shift quickly towards informed views. I know a good chunk of that is wishful thinking.
On Wed, Jun 3, 2015 at 2:49 PM Joby Pritzker ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
I've got to stop reading comment threads haha. The level of ignorance but even more frightening lack of critical thinking skills is astonishing.

On Jun 3, 2015, at 10:49 AM, James Monsees <james@pax.com> wrote:

For those who haven't seen this one yet:
http://www.engadget.com/2015/06/03/pax-labs-juul-e-cigarette/

CONFIDENTIAL

MDL_NP006758