# EXHIBIT 174

**EXHIBIT FILED UNDER SEAL**

**From:** Nicholas J. Pritzker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=917452B872FF4B688F11187C75BE87F8-NICHOLAS J.]
**Sent:** 6/1/2015 11:39:07 AM
**To:** Christopher Olin [olin@taocap.com]
**Subject:** RE: CEH Initiates Legal Action on Vaping Dangers

I agree with you. I have already objected to the marketing imagery, and will follow up on that too.

**From:** Christopher Olin
**Sent:** Monday, June 01, 2015 11:27 AM
**To:** Nicholas J. Pritzker
**Subject:** RE: CEH Initiates Legal Action on Vaping Dangers

Thanks for following up.

Unfortunately I poked around on the Juul web site and found their Instagram marketing campaign. [redacted]



**PRITZKER No. 14030**

Envoyé de mon iPhone

Le 1 juin 2015 à 09:06, Christopher Olin <olin@taocap.com> a écrit :

What age do think this marketing targets?

https://instagram.com/juulvapor

**From:** Nicholas J. Pritzker
**Sent:** Monday, June 01, 2015 11:07 AM
**To:** Christopher Olin
**Subject:** FW: CEH Initiates Legal Action on Vaping Dangers

Chris: Gal is chief scientist at Pax (not sure of exact title). These issues will get good attention and will be a hot topic at our meeting in the 17th.

**From:** James Monsees [mailto:james@pax.com]
**Sent:** Monday, June 01, 2015 11:00 AM
**To:** Alexander Asseily; Nicholas J. Pritzker

Discovery Ex. No. 14030
Cause No. 19-md-02913
In Re JUUL Labs, nc.

CONFIDENTIAL                                                         MDL_NP006751

**Cc:** Hank Handelsman; Hoyoung Huh; Adam Bowen; Isaac Pritzker; Joby Pritzker; Matt Bigliardi; Gal Cohen; Scott Dunlap
**Subject:** Re: CEH Initiates Legal Action on Vaping Dangers

Copying Gal so he can better understand Chris' view and position for discussion at the board meeting. No disagreement here. We're aiming for a concise, clearly stated overview of our practices in this regard for discussion at the meeting.

Thanks.

-James

On Sat, May 30, 2015 at 2:30 PM Alexander Asseily <██████████> wrote:

I totally agree.

On May 30, 2015, at 21:37, Nicholas J. Pritzker <njpritzker@taocap.com> wrote:

The attached email is from my son in law Chris Olin. It's ironic that he is the Chairman of CEH, but I think that presents an opportunity to have a constructive dialog.
What is important to me is that we NOT have a defensive reaction even to the most over-reaching of the anti-vaping rhetoric, but that we develop a fundamental corporate mission that seeks for good science, regulatory compliance, social responsibility and VERY sensitive PR and marketing.
I hope we can discuss these issues at our meetings in June.

Sent from my iPad

Begin forwarded message:

**From:** Christopher Olin <olin@taocap.com>
**Date:** May 29, 2015 at 10:45:21 AM PDT
**To:** "Nicholas J. Pritzker" <njpritzker@taocap.com>, Joby Pritzker <joby@taocap.com>, Isaac Pritzker <isaac@taocap.com>, Matt Bigliardi <mbigliardi@taocap.com>, Joe Perkovich <jperkovich@taocap.com>
**Cc:** Regan Pritzker <rpritzker@taocap.com>
**Subject: CEH Initiates Legal Action on Vaping Dangers**

Last night I attended the annual gala for the Center for Environmental Health, the non-profit of which I am the board chair. CEH announced its recent actions against manufacturers of vaping products. You can read some of the details at the links below. The key taka-ways are that nicotine is a chemical known to cause reproductive health problems, it is on the Prop 65 list, and there are no Prop 65 warning labels on nicotine being used in vaping products. So far manufacturers have skirted the regulations but given concerns around marketing to teens and their use of vaping products, as well as new research about the dangers of second hand exposure to chemicals that result from vaping, the health community is coming down on this market.

I have already expressed my concern about the nicotine products at PAX. Considering my role as chair of the board of CEH, I want to reiterate my personal discomfort about our involvement with these products.

I encourage you to raise these issues with the management at PAX so that consumers of the product have full visibility into the risks of using it. It would also be prudent for the company to have a plan for (or ideally support proactive) labeling or regulations that minimize the public health risk from the use of the nicotine products.

I am pals with the scientist at CEH leading this research effort. If you would like to connect someone at PAX with CEH, I would gladly facilitate a call or meeting.

CEH Initiates Legal Action on Vaping Dangers

http://www.ceh.org/news-events/press-releases/content/ceh-initiates-legal-action-vaping-dangers/

CEH Legal Action: Be Safe When You Vape

http://www.ceh.org/news-events/blog/ceh-legal-action-safe-vape/

(At the bottom there are links to a lot of interesting research, like the fast that people around vaping are exposed to second hand nicotine and other chemicals emitted by the devices.)

the recent CDPH report about e-cigs -
http://www.cdph.ca.gov/programs/tobacco/Documents/Media/State%20Health-e-cig%20report.pdf

Chris

CONFIDENTIAL

MDL_NP006753