# EXHIBIT 242

**EXHIBIT FILED UNDER SEAL**

| | |
|---|---|
| From: | Nicholas J. Pritzker <njpritzker@taocap.com> |
| Sent: | Tuesday, October 17, 2017 8:43 PM |
| To: | Riaz Valani |
| Cc: | Zach Frankel;Isaac Pritzker |
| Subject: | Re: Meeting |

I think that's right, and we would have to alert Altria guys which might be awkward: they might then want to add someone.

Sent from my iPad

On Oct 17, 2017, at 12:41 PM, Riaz Valani <RValani@gacapital.com> wrote:

> Think would be useful but politically too turbulent
>
> On Oct 17, 2017, at 15:39, Nicholas J. Pritzker <njpritzker@taocap.com> wrote:
>
>> You're not thinking Vittal would come, are you?
>>
>> Sent from my iPad
>>
>> Begin forwarded message:
>>
>>> From: Mary Ryan <mary@npcmllc.com>
>>> Date: October 17, 2017 at 12:36:56 PM PDT
>>> To: "Gifford, William F. Jr (ALG)" <William.F.Gifford@altria.com>
>>> Cc: "Bueno-Tully, Esmeralda J. (ALG)" <Esmeralda.J.Bueno-Tully@altria.com>, Zach Frankel ███████ Riaz Valani <rvalani@gacapital.com>, Isaac Pritzker <isaac@taocap.com>, "Nicholas J. Pritzker" <njpritzker@taocap.com>
>>> Subject: RE: Meeting
>>>
>>> Dear Enza:
>>>
>>> Writing this afternoon to advise change of meeting location in NYC from the Park Hyatt to the Andaz 5th Avenue Hotel located at:
>>>
>>> Andaz 5th Avenue
>>> 485 5th Avenue, New York, NY 10017
>>>
>>> Still set for 10 a.m. on the 9th of November. Meeting room is called "Studio 2" located on the second floor of the hotel.
>>>
>>> We're set and sorry for the change.
>>>
>>> All the best,

PRITZKER
No. 14091

Discovery Ex. No. 14091
Cause No. 19-md-02913
In Re: JUUL Labs, Inc.

MDL_RV0016394

1

Mary

**From:** Lobosco-Seibert, Providence M. "Enza" (ALG) [mailto:Providence.M.Lobosco-Seibert@altria.com] **On Behalf Of** Gifford, William F. Jr (ALG)
**Sent:** Monday, October 16, 2017 10:57 AM
**To:** Mary Ryan <mary@npcmllc.com>
**Cc:** Gifford, William F. Jr (ALG) <William.F.Gifford@altria.com>; Bueno-Tully, Esmeralda J. (ALG) <Esmeralda.J.Bueno-Tully@altria.com>
**Subject:** RE: Meeting

Hi Mary,

10am works perfectly.

This is to confirm 10am on Nov. 9th at the Park Hyatt Hotel in NY.

Would you like me to see about arranging meeting space or is that something you have coordinated already?

Thanks very much
Enza

**From:** Mary Ryan [mailto:mary@npcmllc.com]
**Sent:** Monday, October 16, 2017 11:22 AM
**To:** Gifford, William F. Jr (ALG)
**Subject:** RE: Meeting

Hello Enza:

Writing to set up the time of the meeting on the 9th at the Park Hyatt in New York. Will 10 a.m. work for your group?

Many thanks.

Mary

Mary Ryan
Assistant to Nick Pritzker
312-835-7912
mary@npcmllc.com

2

**From:** Nicholas J. Pritzker
**Sent:** Thursday, October 05, 2017 2:48 PM
**To:** Gifford, William F. Jr (ALG) <William.F.Gifford@altria.com>
**Cc:** Willard, Howard A. (ALG) <Howard_Willard_ALG@altria.com>; Zach Frankel ███████████████; Riaz Valani <rvalani@gacapital.com>; Isaac Pritzker <isaac@taocap.com>; Mary Ryan <mary@npcmllc.com>
**Subject:** Re: Meeting

Will do. Thanks Enza.

Sent from my iPhone

On Oct 5, 2017, at 12:27 PM, Gifford, William F. Jr (ALG) <William.F.Gifford@altria.com> wrote:

> Hello Mr. Pritzker,
>
> This is to confirm the meeting with Billy and Howard on November 9th in NY. Please advise a time that works for all of you and I will coordinate travel.
>
> Thank you.
> Enza
>
> **From:** Nicholas J. Pritzker [mailto:njpritzker@taocap.com]
> **Sent:** Thursday, October 05, 2017 3:04 PM
> **To:** Gifford, William F. Jr (ALG)
> **Cc:** Willard, Howard A. (ALG); Zach Frankel; Riaz Valani; Isaac Pritzker
> **Subject:** Re: Meeting
>
> Billy: thanks for the fast response. How about Thursday Nov 9 in NY, maybe at the Park Hyatt? We will have just had a board meeting and will be armed with current information. We will keep your list in mind and will share what we can with you when we are together.
> Best wishes,
> Nick
>
> Sent from my iPad
>
> On Oct 5, 2017, at 8:15 AM, Gifford, William F. Jr (ALG) <William.F.Gifford@altria.com> wrote:
>
>> Nick,

3

We appreciate the dates; however, those two days happen to be when we are having our investor day conference this year. We will be unavailable both days. We are available on Nov. 3rd or any day the week following Nov 6th-10th. Let me know if any of those days could possibly work for you guys.

Additionally, the areas of questions we referred to on our previous phone conversations would be as follows:

Financials (Historical and future plans)
Regulatory assessment
Manufacturing capacity and Production Forecast
Internal Capability assessment (R&D and management)
Product/technology pipeline
Intellectual property portfolio

I realize the depth of conversation is dependent on how comfortable you guys will be sharing information in these areas.

We look forward to hearing if any of the dates above work. We can do it in New York or San Francisco.

Best regards,

Billy

**From:** Nicholas J. Pritzker [mailto:njpritzker@taocap.com]
**Sent:** Wednesday, October 04, 2017 7:12 PM
**To:** Willard, Howard A. (ALG); Zach Frankel; Gifford, William F. Jr (ALG); Riaz Valani; Isaac Pritzker
**Subject:** Meeting

Billy/Howard: We can all be in NY on Nov. 1st or 2nd if either of those days might work for you to get together.
Please let us know if that is convenient, and what the best times would be for you.
Best, nick

4

Sent from my iPad

5

Sent from my iPad

MDL_RV0016398