# EXHIBIT 354

## EXHIBIT FILED UNDER SEAL

Date: Wednesday, August 23 2017 08:09 PM
Subject: [Chat #29617]
From: Riaz Valani <▮▮▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮▮ [Zach Frankel]; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Amazing that kids can be trans but not buy Juul

-----METADATA INFORMATION-----
Device Owner:
▮▮▮▮▮▮▮ Riaz Valani
ICCID:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Confidential
MDL_RV0038450