# EXHIBIT 25

**EXHIBIT FILED UNDER SEAL**

Confidential - Pursuant to Protective Order

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4      ------------------------------x

 5      IN RE:                        )

 6      JUUL LABS, INC. MARKETING     )   CASE NO.

 7      SALES PRACTICES AND PRODUCTS  )   19-md-2913-WHO

 8      LIABILITY LITIGATION          )

 9      _____x

10

11         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

12

13                    V O L U M E   I I

14         REMOTE VIDEOTAPED OF NICHOLAS PRITZKER

15                WEDNESDAY, JULY 14, 2021

16           9:03 A.M. PACIFIC DAYLIGHT SAVINGS TIME

17

18

19

20

21

22

23      Job No.: 279702

24      Pages: 349 - 700

25      Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

Confidential Pursuant to Protective Order

```
 1   electronic thesaurus sitting there with him.
 2   BY MR. WATTS:
 3       Q   Merriam-Webster calls ardor an "often
 4   restless and transitory warmth of feeling."
 5       A   They're crazy.
 6       Q   You say, I don't think --
 7       A   I -- I don't pretend to be able to use
 8   the English language as well as Mr. Webster.
 9           But, yes, I think it's quite clear that
10   what I meant here was that the enthusiasm for the
11   -- by the tobacco companies for doing something
12   with Juul would not diminish, I was predicting.
13       Q   Okay.  Mr. Pritzker, what is your date
14   of birth?
15       A   ███████████████████
16           MR. GUZMAN:  Do you mind if we not put
17   that in the transcript?
18   BY MR. WATTS:
19       Q   Yeah, I don't care.  So you're 70 years
20   old at the time you write this e-mail, right?
21       A   Almost.
22       Q   And you write, "I do not think their
23   ardor will diminish for a while and I'm nervous
24   about getting into bed with them."  What did you
25   mean there?
```

1       A    Any alliance -- and my view is now, and
2   I believe was at the time, that Juul's mission to
3   convert smokers was critical, and that given that
4   the target of Juul was the core product of these
5   companies.  And I was worried then, I think
6   rightfully so, that any alliance with a cigarette
7   company would have to be done very carefully, so
8   as not to disrupt the -- either the financial
9   strength of the company or the mission of the
10  company, which was directly targeted at their
11  products.
12           So I believe that's what I meant about
13  being nervous about that.
14      Q    And then you say, "Unless we just want
15  to sell the entire tobacco business, and I suspect
16  it's premature to do that," right?
17      A    I did say that.
18      Q    Now, once you started having
19  negotiations with Altria, did they ever offer to
20  set up meetings with Juul, to assist Juul with
21  respect to its youth prevention efforts?
22           MR. FARRELL:  Objection to form.
23           MS. POLECHRONIS:  Objection.
24           THE WITNESS:  I believe those
25  conversations would have been directly with

Confidential - Pursuant to Protective Order

```
 1              When you first learned about the company
 2   and started to do some diligence, what was it
 3   about what you learned that led you to recommend
 4   investing in what became JLI to your family
 5   interests?
 6       A    I was aware that -- that cigarette
 7   smoking is responsible for countless deaths in the
 8   United States and around the world, including my
 9   own father, and many people that I knew.  And a
10   technology that could allow people who had been
11   trying unsuccessfully to quit smoking for many
12   years, an alternative that would be less harmful,
13   significantly less harmful, and safer, and have a
14   lot of other benefits over cigarette smoking,
15   would be -- could be one of the great boons to
16   public health.
17              And that prospect is what really had me
18   excited about Juul, along with -- or Ploom at that
19   time, along with the cofounders and the people
20   that were involved.
21       Q    When you were considering recommending
22   the investment, what did you understand the
23   mission of this young company to be?
24       A    The mission clearly was to get people
25   off of cigarettes, and thus save lives by
```

Confidential - Pursuant to Protective Order

```
 1   converting smokers to a different product.
 2        Q    When you were considering recommending
 3   this investment, meeting the founders, learning
 4   about the technology, learning about the plans,
 5   did you ever hear from anyone or see in any
 6   document that there was a plan to intentionally
 7   market the device and the product to kids?
 8        A    Never.
 9        Q    Now, you've testified already about the
10   fact that you decided to recommend the investment,
11   and that your family interests, in fact, did
12   invest.
13             So let's move forward from there.
14   Later, after at least one of your investments, you
15   were asked to join the board; is that right?
16        A    That's right.
17        Q    And just remind us, approximately when
18   was it that you joined the -- what became Juul,
19   the board of what became Juul?
20        A    I think it was 2013.  Sometime in 2013.
21        Q    Okay.  Now, prior to serving on the
22   board of what became Juul Labs, had you served on
23   other boards at other companies?
24        A    Several, yes.
25        Q    And based on your experience both with
```

```
 1   they targeted a lot of young people.
 2           Do you believe that Juul has helped a
 3   lot of people with its product?
 4       A   There's no doubt in my mind.  It's
 5   helped a huge number of people.
 6       Q   Tell us what you mean by that.
 7       A   Well, there's no doubt in my mind
 8   that -- that JUULs are very significantly less
 9   harmful than cigarettes.
10           And the numbers that I've seen, and
11   studies that I've seen show that a conversion rate
12   to JUUL from cigarettes is extremely high, and
13   stays high when people can actually continue to
14   buy pods.
15           And therefore, I believe, and I've seen
16   it firsthand, that people feel better, their
17   health gets better.  And I suspect their prospects
18   for living additional years is higher for having
19   used JUUL, not to mention the happiness of people
20   around them, not having to smell secondhand smoke,
21   and so on.
22       Q   Plaintiffs asked you a lot of questions
23   this afternoon about flavors.  And their
24   suggestion was that flavors are just targeting
25   kids and that no self-respecting adult smoker
```