[*Counsel listed in signature block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08177-WHO | Case No. 19-md-02913-WHO<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF DEADLINE** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Defendants will and hereby do move the Court for an administrative order extending, by thirty (30) days, the deadline to file on the Docket the redacted exhibits related to administrative motions filed in connection with the *San Francisco Unified School District* ("SFUSD") bellwether case and trial that no longer qualify for sealing in full.

Defendants file this motion and the attached Declaration of Michael J. Guzman pursuant to Civil Local Rule 7-11. Plaintiffs do not oppose this motion. Pursuant to Civil Local Rule 7-11, no hearing date has been set.

## BACKGROUND

On September 13, 2024, the Court entered an order identifying 58 administrative motions to seal filed in connection with the SFUSD bellwether case and trial and ordered the parties to submit a joint chart identifying the documents—by docket number and exhibit—that contain information not publicly disclosed during the SFUSD trial that continue to meet the compelling justification standard for sealing and which documents may be unsealed (ECF No. 4299). The parties submitted the Joint Notice of Filing of Response to Order Regarding Administrative Motions to Seal on January 17, 2025 (ECF No. 4369) (the "Joint Chart").

On January 28, 2025, after reviewing the parties' Joint Chart, the Court issued a Final Order Regarding Administrative Motions To Seal Filed in Connection with Motions for Summary Judgment, Motions in Limine, & Motions re *SFUSD* Trial (ECF No. 4374). In the Order, the Court granted the parties' narrowed requests to file information under seal; unsealed the documents and docket numbers that the parties agreed may be unsealed in whole; and—for docket numbers that combined multiple exhibits, including exhibits that no party continues to seek to seal—ordered the parties to, within twenty days of entry of the Order, file all exhibits that no longer qualify for sealing in full. ECF No. 4374.

## REQUESTED RELIEF

The Defendants respectfully move for an extension of the deadline for parties' filing of exhibits that no longer qualify for sealing from February 17, 2025, to March 19, 2025. Defendants believe that additional time is required to ensure each document is properly reviewed and

redacted.  Defendants continue to diligently work to review and identify each docket number and related exhibits that no longer qualify for sealing in full on the Docket but maintain that extending the deadline by thirty (30) days would provide time for meticulous completion of this process. Moreover, a thirty-day extension of the deadline to file the redacted exhibits would not otherwise impact this Court's administration of the Multidistrict Litigation, which remains active.  Finally, the Plaintiffs, who have already filed their redacted exhibits on the Docket (ECF No. 4385) and who are no longer subject to the current deadline, do not oppose this request.

Accordingly, Defendants respectfully request that the Court grant the relief requested herein and enter the Proposed Order attached hereto.

DATED:  February 13, 2025

By: */s/ Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ David E. Kouba*
David E. Kouba (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-50000
Facsimile: 202-942-5999
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Group Distribution Company*

By: */s/ Michael J. Guzman*
Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL &**

Respectfully submitted,

By: */s/ Kevin Askew*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*

By: */s/ Eugene Illovsky*
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: 415-500-6643

*Attorneys for Defendant Adam Bowen*

1

**FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
2
Washington, DC 20036
3    TEL: (202) 326-7900
mhansen@kellogghansen.com
4    mguzman@kellogghansen.com
dschwarz@kellogghansen.com
5

6    *Attorneys for Non-Management Defendants Huh,*
*Pritzker, and Valani*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Unopposed Administrative Motion for Extension of Deadline – Case No. 3:19-md-02913-WHO