| | |
|---|---|
| 1 | Mark C. Hansen (*pro hac vice*) |
| 2 | Michael J. Guzman (*pro hac vice*) |
|   | David L. Schwarz (CA Bar No. 206257) |
| 3 | *Attorneys for Defendants Huh, Pritzker, and Valani* |
|   | KELLOGG HANSEN TODD FIGEL & |
| 4 |    FREDERICK, P.L.L.C. |
|   | 1615 M Street, N.W., Suite 400 |
| 5 | Washington, D.C. 20036 |
|   | TEL: (202) 326-7900 |
| 6 | mhansen@kellogghansen.com |
|   | mguzman@kellogghansen.com |
| 7 | dschwarz@kellogghansen.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **Case No. 19-md-02913-WHO** |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF MICHAEL J. GUZMAN IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF DEADLINE** |
| *San Francisco Unified School District v. JUUL Labs, Inc.*, et al., Case No. 3:19-cv-08177-WHO | |

I, MICHAEL J. GUZMAN, declare:

1. I am a partner at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and counsel to Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh (collectively, the "Non-Management Directors"). I am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of the Defendants' Unopposed Administrative Motion for Extension of Deadline.

3. On January 28, 2025, the Court ordered the parties to file all exhibits related to administrative motions filed in connection with the *San Francisco Unified School District* ("SFUSD") bellwether case and trial that no longer qualify for sealing in full on the Docket within twenty days of the entry of that Order (ECF No. 4374).

4. Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, JUUL Labs, Inc., James Monsees, and Adam Bowen join the Non-Management Directors in requesting an additional thirty days to file the redacted exhibits on the Docket.

5. Plaintiffs have already filed their redacted exhibits on the Docket (ECF No. 4385), and they do not oppose the Defendants' requested extension.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February 2025 in Washington, D.C.

                                      */s/ Michael J. Guzman*
                                      Michael J. Guzman

1

Guzman Decl. in Support of Defs.' Unopposed Admin. Mot. for Extension of Deadline –
Case No. 19-md-02913-WHO