UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08177-WHO | **Case No. 19-md-02913-WHO**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF DEADLINE** |

[Proposed] Order Granting Defendants' Unopposed Administrative Motion for Extension of Deadline – Case No. 19-md-02913-WHO

Having considered the February 13, 2025, Unopposed Administrative Motion for Extension of Deadline, as well as the Declaration submitted in support of this Motion, and finding that good cause exists, this Court hereby **GRANTS** the Extension for Deadline, and **ORDERS** that the deadline for filing the documents that no longer qualify for sealing that are currently due on February 17, 2025, shall be extended to March 19, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Judge William H. Orrick

---

1
[Proposed] Order Granting Defendants' Unopposed Administrative Motion for Extension of Deadline – Case No. 19-md-02913-WHO