UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08177-WHO | **Case No. 19-md-02913-WHO**<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF DEADLINE** |

[Proposed] Order Granting Defendants' Unopposed Administrative Motion for Extension of Deadline –
Case No. 19-md-02913-WHO

1  Having considered the February 13, 2025, Unopposed Administrative Motion for
2  Extension of Deadline, as well as the Declaration submitted in support of this Motion, and finding
3  that good cause exists, this Court hereby **GRANTS** the Extension for Deadline, and **ORDERS**
4
5  that the deadline for filing the documents that no longer qualify for sealing that are currently due
6  on February 17, 2025, shall be extended to March 19, 2025.
7
8  **IT IS SO ORDERED.**
9  Dated: February 14, 2025
10  William H. Orrick
   Senior United States District Judge

[Proposed] Order Granting Defendants' Unopposed Administrative Motion for Extension of Deadline –
Case No. 19-md-02913-WHO