1  Sarah R. London
   **GIRARD SHARP LLP**
2  601 California St., Suite 1400
   San Francisco, CA 94108
3  Telephone: (415) 981-4800
   slondon@girardsharp.com
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE JUUL LABS, INC., MARKETING, | Case No. 19-md-02913-WHO
   | SALES PRACTICES, AND PRODUCTS    |
12 | LIABILITY LITIGATION             | **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS OF SARAH R. LONDON**
13

14 This Document Relates to:

15  All Cases

16

17 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

         Please take notice that Sarah R. London is no longer affiliated with Lieff Cabraser
18
   Heimann & Bernstein, LLP. Ms. London is now affiliated with Girard Sharp LLP. With the
19
   Court's permission, Ms. London will continue in her role as Plaintiffs' Co-Lead Counsel and
20
   Plaintiffs' Liaison Counsel in this MDL. *See* ECF 341 ("The appointment as Co-Lead Counsel,
21
   Liaison Counsel, or a general PSC Member is a personal appointment.").
22
         Effective immediately, all notices, including ECF notices, given or required to be given,
23
   and all papers filed or served or required to be served, should be directed to counsel at the address
24
   set forth below:
25
                              Sarah R. London
                           slondon@girardsharp.com
26                            **GIRARD SHARP LLP**
                          601 California St., Suite 1400
27                          San Francisco, CA 94108
                           Telephone: (415) 981-4800
28

   3181531.1                    -1-              NOTICE OF CHANGE OF FIRM AFFILIATION
                                                 AND CHANGE OF ADDRESS
                                                 CASE NO. 19-MD-02913-WHO

| | |
|---|---|
| Dated: February 25, 2025 | Respectfully submitted,<br><br>By: */s/ Sarah R. London*<br>      Sarah R. London (SBN 267083)<br><br>**GIRARD SHARP LLP**<br>275 Battery Street, 29th Floor<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>slondon@girardsharp.com |

3181531.1     -2-     NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS
CASE NO. 19-MD-02913-WHO