1  Sarah R. London
   **GIRARD SHARP LLP**
2  601 California St., Suite 1400
   San Francisco, CA 94108
3  Telephone: (415) 981-4800
   slondon@girardsharp.com
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE JUUL LABS, INC., MARKETING, | Case No. 19-md-02913-WHO
   | SALES PRACTICES, AND PRODUCTS    |
12 | LIABILITY LITIGATION              | **NOTICE OF CHANGE OF FIRM**
   |                                    | **AFFILIATION AND CHANGE OF**
13 |                                    | **ADDRESS OF SARAH R. LONDON**

14 | This Document Relates to:

15 |   All Cases

16

17 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

18       Please take notice that Sarah R. London is no longer affiliated with Lieff Cabraser

19 Heimann & Bernstein, LLP. Ms. London is now affiliated with Girard Sharp LLP. With the

20 Court's permission, Ms. London will continue in her role as Plaintiffs' Co-Lead Counsel and

21 Plaintiffs' Liaison Counsel in this MDL. *See* ECF 341 ("The appointment as Co-Lead Counsel,

22 Liaison Counsel, or a general PSC Member is a personal appointment.").

23       Effective immediately, all notices, including ECF notices, given or required to be given,

24 and all papers filed or served or required to be served, should be directed to counsel at the address

   set forth below:
25
                            Sarah R. London
26                       slondon@girardsharp.com
                            **GIRARD SHARP LLP**
27                      601 California St., Suite 1400
                         San Francisco, CA 94108
28                       Telephone: (415) 981-4800

---

3181531.1                           -1-                  NOTICE OF CHANGE OF FIRM AFFILIATION
                                                              AND CHANGE OF ADDRESS
                                                              CASE NO. 19-MD-02913-WHO

1 | Dated: February 25, 2025

Respectfully submitted,

By: */s/ Sarah R. London*
Sarah R. London (SBN 267083)

**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

3181531.1 -2-

NOTICE OF CHANGE OF FIRM AFFILIATION
AND CHANGE OF ADDRESS
CASE NO. 19-MD-02913-WHO