Dena C. Sharp
dsharp@girardsharp.com
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Co-Lead Counsel and Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**CLASS PLAINTIFFS' STATUS UPDATE AND REQUEST FOR ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS**<br><br>HON. WILLIAM H. ORRICK III |

The Court granted final approval of the Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. After Class Counsel and the Settlement Administrator, Epiq, completed the claims review process, the Court authorized distribution of the Net Settlement Fund to 842,004 claimants. Dkt. 4326. Class Counsel provides this update on the distribution process and settlement administration costs, and also requests the Court's approval of a distribution of funds to claimants who have been approved for payment after going through the dispute resolution process.

**Distribution of Settlement Funds for Approved Disputes**. In its order authorizing the initial distribution of funds, the Court authorized holding back a reserve for contested claims. Since the initial distribution of funds to claimants in October 2024, the dispute resolution process has been underway. Epiq maintains an inbox for claimants to submit disputes regarding their payment amount or the denial of their claim, and received over 15,000 dispute submissions, including nearly 3,000 disputes from claimants and over 12,000 emails that appear to be form submissions programmatically sent by a small number of entities using bots. Epiq has conducted a review of these disputes, and in consultation with Class Counsel, recommends that certain disputes be approved and others (including the 12,000 "bot" disputes) be rejected at this time. For many of the disputes that are approved, Epiq is prepared to distribute funds now if the Court approves; for others, disputing claimants are being given time to submit documentation to support the purchase amounts claimed, and Epiq will be able to calculate the amount of their distributions in the near term once that time elapses. Class Counsel thus request approval to distribute funds to all claimants whose disputes are approved, so that funds can be distributed without delay.

Class Counsel proposes that the distribution to approved disputing claimants come from two sources: (1) the class reserve for contested claims, and (2) unclaimed funds from the initial distribution, where payments have become stale and money returned to the Net Settlement Fund. Some payments from the initial distribution are not yet stale—namely paper checks that could still be cashed and certain digital payments where the Settlement Administrator is still attempting to contact the class member to complete payment. But for others, including digital payments that failed or expired, the time for claimants to take the necessary steps to claim the funds has passed.

1

Class Counsel thus request that the Court void the claims with stale payments and approve the use of those unclaimed funds to pay successful disputing claimants. If approved, the class reserve and the current amount of unclaimed funds will be sufficient to provide payments to claimants whose disputes are approved. Class Counsel recommend this approach to ensure that those claimants receive the same pro rata share based on their approved purchase amounts as claimants in the initial distribution process, because the class reserve alone is insufficient to do so. This approach will also minimize the ultimate amount of unclaimed funds in the settlement.

Once all of the payments from the initial distribution become stale, Class Counsel will submit a recommendation to the Court for the handling of any remaining unspent funds per the Plan of Allocation. *See* Dkt. 4082-3 (Plan of Allocation) at ¶¶ 4.1-4.2 (providing for redistribution among eligible claimants if feasible and economical, or distribution "to an appropriate recipient" with Court approval if not).

**Administration Expenses**. Class Counsel also provides the following update and request for approval to pay additional settlement administration expenses.

The Court pre-authorized payment of up to $6,000,000 in administration costs and directed Class Counsel to seek approval of payments above that amount with supporting documentation. *E.g.*, Dkt. 4212 (Altria Final Approval) at 16. In December 2024, the Court approved payment of Epiq's invoices through October 2024, with administration costs totaling $6,129,900.22. Dkt. 4350.

Epiq has continued its work on the settlements, including continued efforts to complete the initial distribution of funds, responding to a high volume of inquiries from claimants, and analyzing the disputes submitted. Epiq's invoices for the JLI and Altria settlements for November 2024 through January 2025 are attached as Exhibit A. The invoices total $626,986.20, bringing the overall total of administration costs in these settlements to $6,756,886.42. Class Counsel believes these costs were reasonably incurred, and seeks the Court's approval for full payment of the attached invoices of $626,986.20.

In this case, Epiq has committed to limit its costs for settlement administration to $7.5 million. Dkts. 4218; 4218-1 ¶ 48. Class Counsel will continue to submit additional invoices periodically going

CLASS PLAINTIFFS' STATUS UPDATE AND REQUEST FOR ORDER AUTHORIZING
DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO

forward, and work with Epiq to complete the administration of the Settlements in an efficient and cost-effective manner.

A proposed order is submitted with this request.


Dated: February 28, 2025                    Respectfully submitted,


By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

*Co-Lead Counsel and Settlement Class
Counsel*

CLASS PLAINTIFFS' STATUS UPDATE AND REQUEST FOR ORDER AUTHORIZING
DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

_____/s/ *Dena C. Sharp*_____
Dena C. Sharp

4