EXHIBIT A

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

| **Bill-To** | |
|---|---|
| Sarah London | |
| Lieff Cabraser Heimann & Bernstein | |
| 275 Battery St. 29th Floor | |
| San Francisco CA  94111-3339 | |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90920711 | Invoice Date | 11/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |
| Currency | USD | | |
| Contract No. | 40054619 | | |
| Contract Description | Juul Labs Inc | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40054619 | | |

**Comments**
Billing Period: 11/01/2024 - 11/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 504.500 | EA | 0.1900 | 95.86 |
| 130 | Enter Change of Address - Postal Forward | 59.500 | EA | 0.4500 | 26.78 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 230 | IVR Minutes of Use | 22,125.220 | EA | 0.2500 | 5,531.31 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 28.100 | DLR | 1.0000 | 28.10 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 2 | EA | 0.0800 | 0.16 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.800 | H | 55.0000 | 44.00 |
| 380 | Contact Center (shared) | 19,992 | MIN | 1.1000 | 21,991.20 |
| 390 | Contact Center Bilingual (shared) | 111 | MIN | 1.1000 | 122.10 |
| 400 | Claims Analyst | 43.800 | H | 65.0000 | 2,847.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90920711 | Invoice Date | 11/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |

**Comments**
Billing Period: 11/01/2024 - 11/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| 410 | Check & Mailing Coordinators | 6.250 | H | 65.0000 | 406.25 |
| 420 | Correspondence | 1,092.650 | H | 65.0000 | 71,022.25 |
| 430 | Claims Specialist | 0.550 | H | 90.0000 | 49.50 |
| 440 | Account Reconciliation | 20.050 | H | 90.0000 | 1,804.50 |
| 450 | Project Coordinator | 103.550 | H | 110.0000 | 11,390.50 |
| 470 | Data Analyst & Reporting | 30.500 | H | 175.0000 | 5,337.50 |
| 480 | Project Manager | 30.050 | H | 175.0000 | 5,258.75 |
| 510 | Software Engineer | 2.950 | H | 200.0000 | 590.00 |
| 540 | Client Services Manager | 9.500 | H | 285.0000 | 2,707.50 |
| 550 | Contact Center Manager | 10.600 | H | 285.0000 | 3,021.00 |
| 600 | Box Storage | 21 | EA | 3.5000 | 73.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 0.500 | EA | 0.3500 | 0.18 |

**Total Amount Due**                                                                                                       132,347.94



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

| Bill-To | |
|---|---|
| Dan Girard | |
| Girard Sharp | |
| 601 California Street, Suite 1400 | |
| San Francisco CA  94108-2819 | |

| Information | | | |
|---|---|---|---|
| Invoice No. | 90920719 | Invoice Date | 11/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |
| Currency | USD | | |
| Contract No. | 40067628 | | |
| Contract Description | Altria Class Settlement | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40067628 | | |

**Comments**
Billing Period: 11/01/2024 - 11/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Data Standardization and Class Notice** | | | | |
| 70 | Record Undeliverable Email | 504.500 | EA | 0.0080 | 4.04 |
| 120 | Enter Change of Address - Postal Forward | 59.500 | EA | 0.4500 | 26.78 |
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 22,125.220 | EA | 0.2500 | 5,531.31 |
| | **Additional Distribution and Fund Managem** | | | | |
| 290 | First Distribution Print 1-image Paper C | 0.500 | EA | 0.3500 | 0.18 |
| | **Postage and Expenses** | | | | |
| 320 | Postage | 28.100 | DLR | 1.0000 | 28.10 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.800 | H | 50.0000 | 40.00 |
| 490 | Call Center (shared) | 19,992 | MIN | 1.0500 | 20,991.60 |
| 500 | Call Center Bilingual (shared) | 111 | MIN | 1.0500 | 116.55 |
| 510 | Claims Analyst | 43.800 | H | 60.0000 | 2,628.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90920719 | Invoice Date | 11/30/2024 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

**Comments**
Billing Period: 11/01/2024 - 11/30/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| 520 | Correspondence Review and Response | 1,092.650 | H | 60.0000 | 65,559.00 |
| 530 | Payment Run Coordination | 6.250 | H | 60.0000 | 375.00 |
| 550 | Account Mgmt & Reconciliation | 20.050 | H | 85.0000 | 1,704.25 |
| 560 | Project Coordinator | 103.550 | H | 100.0000 | 10,355.00 |
| 590 | Data Analyst & Reporting | 30.500 | H | 150.0000 | 4,575.00 |
| 620 | Project Manager | 30.050 | H | 165.0000 | 4,958.25 |
| 640 | Software Engineer | 2.950 | H | 190.0000 | 560.50 |
| 650 | Project Director | 58 | H | 225.0000 | 13,050.00 |
| 670 | Client Services Manager | 9.500 | H | 275.0000 | 2,612.50 |
| 710 | Box Storage | 21 | EA | 3.5000 | 73.50 |

**Net Amount** 133,189.56
**Sales Tax** 0.02
**Total Amount Due** 133,189.58

**Open Items for Contract 40067628 as of 12/06/2024**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---:|---|
| 09/30/2024 | Invoice | 90900725 | 10/30/2024 | 83,439.73 | USD |
| 11/18/2024 | Invoice | 90911333 | 12/18/2024 | 260,529.57 | USD |
| 11/30/2024 | Invoice | 90920719 | 12/30/2024 | 133,189.58 | USD |
| | | | Total: | 477,158.88 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

**Bill-To**
Sarah London
Lieff Cabraser Heimann & Bernstein
275 Battery St. 29th Floor
San Francisco CA  94111-3339

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90932036 | Invoice Date | 01/21/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |
| Currency | USD | | |
| Contract No. | 40054619 | | |
| Contract Description | Juul Labs Inc | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40054619 | | |

**Comments**
Billing Period: 12/01/2024 - 12/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 81 | EA | 0.1900 | 15.39 |
| 130 | Enter Change of Address - Postal Forward | 5 | EA | 0.4500 | 2.25 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 230 | IVR Minutes of Use | 19,637.100 | EA | 0.2500 | 4,909.28 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 29.030 | DLR | 1.0000 | 29.03 |
| 270 | Delivery Charges | 60.160 | EA | 1.0000 | 60.16 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 1 | EA | 0.0800 | 0.08 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.300 | H | 55.0000 | 16.50 |
| 380 | Contact Center (shared) | 26,664 | MIN | 1.1000 | 29,330.40 |
| 400 | Claims Analyst | 43.200 | H | 65.0000 | 2,808.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90932036 | Invoice Date | 01/21/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |

**Comments**
Billing Period: 12/01/2024 - 12/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| 410 | Check & Mailing Coordinators | 10.400 | H | 65.0000 | 676.00 |
| 420 | Correspondence | 31.200 | H | 65.0000 | 2,028.00 |
| 430 | Claims Specialist | 0.600 | H | 90.0000 | 54.00 |
| 440 | Account Reconciliation | 20.900 | H | 90.0000 | 1,881.00 |
| 450 | Project Coordinator | 157.200 | H | 110.0000 | 17,292.00 |
| 470 | Data Analyst & Reporting | 58.400 | H | 175.0000 | 10,220.00 |
| 480 | Project Manager | 24 | H | 175.0000 | 4,200.00 |
| 510 | Software Engineer | 67 | H | 200.0000 | 13,400.00 |
| 520 | Project Director | 3.700 | H | 235.0000 | 869.50 |
| 540 | Client Services Manager | 6 | H | 285.0000 | 1,710.00 |
| 550 | Contact Center Manager | 20.100 | H | 285.0000 | 5,728.50 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 4 | EA | 0.3500 | 1.40 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |

----

**Total Amount Due**                                                                                           95,589.99

----

CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

| **Bill-To** | |
|---|---|
| Dan Girard | |
| Girard Sharp | |
| 601 California Street, Suite 1400 | |
| San Francisco CA 94108-2819 | |

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90932040 | Invoice Date | 01/21/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |
| Currency | USD | | |
| Contract No. | 40067628 | | |
| Contract Description | Altria Class Settlement | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40067628 | | |

**Comments**
Billing Period: 12/01/2024 - 12/31/2024

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 2,210.500 | EA | 0.2500 | 552.63 |
| | **Standard Rates** | | | | |
| 490 | Call Center (shared) | 1,302 | MIN | 1.0500 | 1,367.10 |
| 510 | Claims Analyst | 6.100 | H | 60.0000 | 366.00 |
| 520 | Correspondence Review and Response | 1,721.400 | H | 60.0000 | 103,284.00 |
| 550 | Account Mgmt & Reconciliation | 2.300 | H | 85.0000 | 195.50 |
| 560 | Project Coordinator | 53 | H | 100.0000 | 5,300.00 |
| 620 | Project Manager | 22.100 | H | 165.0000 | 3,646.50 |
| 650 | Project Director | 12.600 | H | 225.0000 | 2,835.00 |
| 670 | Client Services Manager | 8 | H | 275.0000 | 2,200.00 |
| 710 | Box Storage | 11 | EA | 3.5000 | 38.50 |

**Total Amount Due**  119,785.23



CONFIDENTIAL

# Invoice

Page 2 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90932040 | Invoice Date | 01/21/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

**Comments**
Billing Period: 12/01/2024 - 12/31/2024

| Item | Service | | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| **Open Items for Contract 40067628 as of 01/21/2025** | | | | | | |
| Trans. Date | Type | Reference | Due Date | | Amount | Curr. |
| 11/30/2024 | Invoice | 90920719 | 12/30/2024 | | 133,189.58 | USD |
| 01/21/2025 | Invoice | 90932040 | 02/20/2025 | | 119,785.23 | USD |
| | | | Total: | | 252,974.81 | USD |

           CONFIDENTIAL



# Invoice
Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932
Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

| **Bill-To** | |
|---|---|
| Sarah London | |
| Lieff Cabraser Heimann & Bernstein | |
| 275 Battery St. 29th Floor | |
| San Francisco CA  94111-3339 | |

**Information**

| | |
|---|---|
| Invoice No. | 90941582 |
| Invoice Date | 02/17/2025 |
| Purchase Order No. | |
| Customer No. | 3002144 |
| Currency | USD |
| Contract No. | 40054619 |
| Contract Description | Juul Labs Inc |
| Terms of Payment | End of Case |
| Internal Reference No | 40054619 |

**Comments**
Billing Period: 01/01/2025 - 01/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 18 | EA | 0.1900 | 3.42 |
| 130 | Enter Change of Address - Postal Forward | 1 | EA | 0.4500 | 0.45 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 230 | IVR Minutes of Use | 6,161.280 | EA | 0.2500 | 1,540.32 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 73.210 | DLR | 1.0000 | 73.21 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 2 | EA | 0.0800 | 0.16 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.500 | H | 55.0000 | 27.50 |
| 380 | Contact Center (shared) | 20,460 | MIN | 1.1000 | 22,506.00 |
| 400 | Claims Analyst | 24.600 | H | 65.0000 | 1,599.00 |
| 410 | Check & Mailing Coordinators | 4.600 | H | 65.0000 | 299.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Information**
| | |
|---|---|
| Invoice No. | 90941582 |
| Purchase Order No. | |
| Customer No. | 3002144 |
| Invoice Date | 02/17/2025 |

**Comments**
Billing Period: 01/01/2025 - 01/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| 420 | Correspondence | 322 | H | 65.0000 | 20,930.00 |
| 430 | Claims Specialist | 3.600 | H | 90.0000 | 324.00 |
| 440 | Account Reconciliation | 7.800 | H | 90.0000 | 702.00 |
| 450 | Project Coordinator | 60 | H | 110.0000 | 6,600.00 |
| 470 | Data Analyst & Reporting | 25.800 | H | 175.0000 | 4,515.00 |
| 480 | Project Manager | 19.600 | H | 175.0000 | 3,430.00 |
| 510 | Software Engineer | 8 | H | 200.0000 | 1,600.00 |
| 520 | Project Director | 0.300 | H | 235.0000 | 70.50 |
| 540 | Client Services Manager | 6.500 | H | 285.0000 | 1,852.50 |
| 550 | Contact Center Manager | 24.600 | H | 285.0000 | 7,011.00 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 47 | EA | 0.3500 | 16.45 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |

--------------------------------------------------------------------------------
Total Amount Due                                                       73,459.01
--------------------------------------------------------------------------------

CONFIDENTIAL

# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

**Bill-To**
Dan Girard
Girard Sharp
601 California Street, Suite 1400
San Francisco CA  94108-2819

**Information**
| | |
|---|---|
| Invoice No. | 90941586 |
| Purchase Order No. | |
| Customer No. | 3004314 |
| Currency | USD |
| Contract No. | 40067628 |
| Contract Description | Altria Class Settlement |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40067628 |

Invoice Date  02/17/2025

**Comments**
Billing Period: 01/01/2025 - 01/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 922.180 | EA | 0.2500 | 230.55 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.600 | H | 50.0000 | 30.00 |
| 490 | Call Center (shared) | 618 | MIN | 1.0500 | 648.90 |
| 510 | Claims Analyst | 5.100 | H | 60.0000 | 306.00 |
| 520 | Correspondence Review and Response | 870 | H | 60.0000 | 52,200.00 |
| 550 | Account Mgmt & Reconciliation | 0.300 | H | 85.0000 | 25.50 |
| 560 | Project Coordinator | 141.300 | H | 100.0000 | 14,130.00 |
| 620 | Project Manager | 14.500 | H | 165.0000 | 2,392.50 |
| 650 | Project Director | 5.500 | H | 225.0000 | 1,237.50 |
| 670 | Client Services Manager | 5 | H | 275.0000 | 1,375.00 |
| 710 | Box Storage | 11 | EA | 3.5000 | 38.50 |

---

**Total Amount Due**  72,614.45



CONFIDENTIAL



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90941586 | Invoice Date | 02/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

**Comments**
Billing Period: 01/01/2025 - 01/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

--------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40067628 as of 02/18/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 11/30/2024 | Invoice | 90920719 | 12/30/2024 | 133,189.58 | USD |
| 01/21/2025 | Invoice | 90932040 | 02/20/2025 | 119,785.23 | USD |
| 02/17/2025 | Invoice | 90941586 | 03/19/2025 | 72,614.45 | USD |
| | | | Total: | 325,589.26 | USD |



CONFIDENTIAL