1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS**<br><br>HON. WILLIAM H. ORRICK III |
|---|---|

1  The Court granted final approval of the Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. The combined claimant population was subject to a single review process, and valid claimants received a distribution representing their share of both Settlements. *See* Dkt. 4212 at 15. Class Counsel and the Settlement Administrator, Epiq, conducted a Court-approved plan for the handling of likely fraudulent claims. Dkts. 4218 (plan), 4236 (approval). After Class Counsel and the Settlement Administrator, Epiq, completed the claims review process, the Court authorized distribution of the Net Settlement Fund to 842,004 claimants. Dkt. 4326. That distribution included holding back a class reserve for contested claims. *Id.*

Epiq has received disputes from claimants and has conducted a review of these contested claims. The Court agrees that claims with stale payments as of the date of this order shall be void and approves the use of those unclaimed funds, in addition to the class reserve for contested claims, to pay successful disputing claimants. The Court approves Class Counsel's request to distribute funds to all claimants whose disputes are approved, with payment amounts calculated per the Plan of Allocation.

Regarding settlement administration expenses, the Court approves the $626,986.20 in settlement administration costs reflected in the November 2024 to January 2025 invoices submitted by Class Counsel. Consistent with the Court's previous direction, Class Counsel shall seek approval for additional costs with supporting documentation.

**IT IS SO ORDERED**.

Dated: _____   _____

Honorable Judge William H. Orrick

1

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO