[*Counsel listed in signature block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02913-WHO<br><br>Hon. William H. Orrick<br><br>**JLI'S NOTICE OF FILING OF DOCUMENTS TO BE UNSEALED PURSUANT TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL [ECF 4374]** |

1

JLI's Notice of Filing of Documents to be Unsealed Pursuant to Order Regarding Administrative Motions to Seal [ECF 4374]

Defendant, Juul Labs, Inc., gives notice of filing the attached documents. These documents were previously filed with redactions reflecting information designated by Defendants under the protective order. The newly-filed versions of these documents include only the redactions designated by Defendants in Exhibit 1 to the Joint Notice of Filing of Response to the Order Regarding Administrative Motions to Seal [ECF 4369-1] and approved by the Court for sealing [ECF 4374].

| Original Filing | Description |
| --- | --- |
| ECF 3491-4 | Ex. 55 – ALGAT0003889812 – redactions to pg. 1 |
| ECF 3491-6 | Ex. 62 – JLI51165687 – redactions to pgs. 1, 3 |
| ECF 3540-2 | Ex. 2 – C. Olin Designations – redactions to pgs. 17-20, 23, 26, 27, 64, 66, 68-71 |
| ECF 3540-2 | Ex. 2 – N. Pritzker Designations – redactions to pgs. 7-11, 13, 14, 16, 53, 55, 13 |
| ECF 3558-11 | Ex. 44 – Excerpts from Deposition of N. Pritzker – redactions to pg. 37:9-10, 37:13-14 |

Dated: March 17, 2025

/s/ *Timothy S. Danninger*
Timothy S. Danninger, FL Bar 95195
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170
tdanninger@gunster.com
(*pro hac vice*)

*Attorneys for Defendant Juul Labs, Inc.*