# Exhibit 44
# (Submitted Under Seal)

Confidential - Pursuant to Protective Order

```
 1               UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4    ------------------------------x

 5    IN RE:                         )

 6    JUUL LABS, INC. MARKETING      )   CASE NO.

 7    SALES PRACTICES AND PRODUCTS   )   19-md-2913-WHO

 8    LIABILITY LITIGATION           )

 9    _____x

10

11       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

12

13                   V O L U M E   I

14       REMOTE VIDEOTAPED OF NICHOLAS PRITZKER

15               TUESDAY, JULY 13, 2021

16         9:04 A.M. PACIFIC DAYLIGHT SAVINGS TIME

17

18

19

20

21

22

23    Job No.: 279700

24    Pages: 1 - 348

25    Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

```
 1                Please take those dates as plus or minus
 2      a year.
 3          Q     I'm with you.  Got it.
 4                And you mentioned you've been blessed
 5      with grandkids.  Which of your kids did the deed
 6      and how many do you have?
 7          A     Regan struck first and has -- is married
 8      to Chris Olin, and they have three children, who
 9      ████████████████████████████████████████████████
10      ████████████████
11          Q     Okay.  Any other grandkids?
12          A     Yes.  Joby followed suit but not for a
13      ████████    ████████████████    ████████████████
14      ████████████████████    ████████████████
15          Q     All right.  And Jacob and Isaac are
16      still kidless.
17          A     They -- they each got married, not to
18      each other, during these COVID times.
19          Q     Yeah, okay.  But no kids, right?
20          A     No kids.
21          Q     Okay.  From the standpoint of -- of your
22      involvement with Pritzker organization financial
23      activities back in Chicago, did you ever run the
24      Pritzker family offices?
25          A     The family office was really set up as a
```

Confidential - Pursuant to Protective Order

```
 1   law firm, so I can't say this -- you know how law
 2   firms work.  So I guess you could -- we probably
 3   had an unofficial managing partner, and if we did,
 4   it was never me.
 5        Q    Okay.
 6        A    But it was a partnership.
 7        Q    Okay.  And who was the managing partner
 8   going back, let's say, to the mid-'80s?
 9        A    Again, I wouldn't say there was -- there
10   was no official managing partner.  It was all
11   family.  In the -- in the '80s, I guess I was
12   considered a junior partner, and it would have
13   been -- my father had -- had died by then.  He
14   died in the late '70s.  It was probably my cousin
15   Jay.  In fact, that's -- my cousin Jay was our --
16   our leader, and A. N. certainly before his death.
17   Abe, yeah.
18        Q    Okay.  And give me the names of your
19   brothers and sisters, if you could.
20        A    I have no brothers and sisters.
21        Q    Okay.  How are you related to Penny?
22        A    Penny's father Don was my first cousin.
23        Q    Okay.  In terms of your family's
24   involvement with the tobacco industry, is it fair
25   that your family owns bottom land in the
```

Confidential - Pursuant to Protective Order

```
 1   Mississippi Delta used to plant tobacco?
 2        A    So there was -- there was land in the
 3   Mississippi Delta.  It's a surprise to me that it
 4   was ever used to plant tobacco, but it's certainly
 5   possible.  I did not think it was tobacco land.  I
 6   could be wrong.  I never thought it was that.
 7        Q    You're familiar with the book Barbarians
 8   at the Gate?
 9        A    Yes.
10        Q    In your own words, that chronicles a
11   competition to acquire the RJR Nabisco Company,
12   which at the time owned R.J. Reynolds Tobacco
13   Company; is that right?
14        A    Yes.
15        Q    And the Pritzker family organization
16   teamed with an investment bank at First Boston to
17   try to acquire RJR Nabisco; is that right?
18        A    It's a great story, isn't it?  Yeah,
19   but -- yes, that -- I just reread the book.  That
20   is the -- that's the nature of the -- the story in
21   the book.  The veracity of which, I don't know, by
22   the way, because I was not on the frontline.  So
23   -- I heard that it was quite accurate, but I
24   can't -- I cannot attest to that.
25        Q    Well, you answered my next question.
```

```
 1        A    Yes.
 2        Q    Jay was primarily involved in that, your
 3   cousin, right?
 4        A    It was Jay and Tom who quarterbacked
 5   that.  I was, I would say, completely uninvolved
 6   in that.  I'm sorry I was uninvolved because it
 7   looks -- looks like it was fun.
 8        Q    They wouldn't have lost if you had been
 9   involved, huh?
10        A    In other words, we would have overpaid.
11   I suppose that could be.
12        Q    All right.  Were there subsequent
13   negotiations with Philip Morris in the late '80s,
14   early '90s that your family was involved in?
15        A    In relation to Conwood, perhaps?
16        Q    Well, it seems a little early for the
17   sale of Conwood.  That took place in the
18   mid-2000s, right?
19        A    Correct.  So I -- I think all I can say
20   to that is I don't know.
21        Q    Okay.  Who is your lawyer?
22        A    I have to ask you, which of my lawyers
23   are you referring to?
24        Q    Tell me about Mr. Handelsman.
25        A    Mr. Handelsman came to work from -- I
```

1   can't remember his firm.  You can tell me, in New
2   York.  I'll get there.  Hank was an outside
3   counsel to Hyatt, relating to the family in
4   relation to Hyatt, and left the firm and moved to
5   Chicago and became an employee of the Pritzker
6   office probably in the late '80s maybe.  I -- I'm
7   sorry about the chronology.  I'm not sure.  So
8   Hank worked in our office for many, many years
9   when I was there.
10      Q   I believe Hank was deposed last week,
11  and he referenced a negotiation with Philip Morris
12  involving cigarette products between 1987 and
13  1992.  Are you familiar with that negotiation?
14      A   No.  No, not really.  I don't -- I don't
15  know what that refers to.  It certainly may be,
16  but I'm not aware of it.
17      Q   Okay.  And then he referenced another
18  negotiation with Philip Morris in the 2004, 2005
19  time frame dealing with tobacco products.
20          Does that involve putting out Conwood to
21  different suitors before selling it to Reynolds or
22  some other project?
23      A   All I can tell you is the only
24  conversation with Philip Morris that I was aware
25  of, and again this was secondhand, was in relation