Mark C. Hansen (admitted *pro hac vice*)
Michael J. Guzman (admitted *pro hac vice*)
David L. Schwarz (CA Bar No. 206257)
KELLOGG HANSEN TODD FIGEL &
　　FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Defendants Huh, Pritzker, and Valani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*San Francisco Unified School District v. JUUL Labs, Inc., et al.*, Case No. 3:19-cv-08177-WHO | **Case No. 19-md-02913-WHO**<br><br>**NON-MANAGEMENT DIRECTOR DEFENDANTS' RESPONSE TO THE COURT'S JANUARY 28, 2025, ORDER** |

1  Further to the Court's January 28, 2025, Order, ECF No. 4374, Defendants Hoyoung Huh,
2  Nicholas Pritzker, and Riaz Valani (collectively, the "Non-Management Directors") file the
3  attached exhibits, which have been partially redacted to protect highly sensitive personal
4  information of third parties and confidential business information.

DATED: March 19, 2025            Respectfully submitted,

By:  /s/ Michael J. Guzman
     Mark C. Hansen (admitted *pro hac vice*)
     Michael J. Guzman (admitted *pro hac vice*)
     David L. Schwarz (CA Bar No. 206257)
     KELLOGG HANSEN TODD FIGEL &
       FREDERICK, P.L.L.C.
     1615 M Street, N.W. Suite 400
     Washington, D.C. 20036
     TEL: (202) 326-7900
     mhansen@kellogghansen.com
     mguzman@kellogghansen.com
     dschwarz@kellogghansen.com

     *Attorneys for Defendants Huh, Pritzker,
     and Valani*