# Exhibit 29

**STATEMENT OF WORK #1**

**FIXTURE AND SALES SUPPORT SERVICES**

**SPEEDWAY**

This Statement of Work #1 (this "<u>SOW</u>"), effective as of January 30, 2019 (the "<u>SOW Effective Date</u>"), by and between Altria Group Distribution Company, a Virginia corporation (the "<u>Altria Company</u>"), a Subsidiary of Altria Group, Inc. ("<u>Provider</u>"), and JUUL Labs, Inc., a Delaware corporation ("<u>Recipient</u>"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "<u>Agreement</u>"), by and between Provider and Recipient.  This SOW is subject to the terms and conditions of the Agreement.  Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

   a. <u>Term</u>.  The initial term of this SOW (the "<u>Initial Term</u>") will begin on the SOW Effective Date and will continue through July 31, 2019 as set forth in Schedule 1.

   b. <u>Termination</u>.  The Term will expire automatically upon the termination or expiration of the Agreement.  Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.**  Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

   Sections IV.A of Exhibit A (Fixture Services); and

   Sections II.B, C and E of Exhibit B (Sales Services).

3. **Cooperation.**  Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company.  Each party will be fully responsible for the performance of its obligations under this SOW.  Altria Company will execute the Services for Recipient and perform its obligations under the applicable terms of both the Agreement and any applicable Innovative Tobacco Product Program agreement (either the Nu Mark Retail Program Agreement, or other such agreement between stores and Altria Company which grants Altria Company certain rights to merchandising and advertising of Innovative Tobacco Products, referred to herein collectively as "ITP Agreements").  If a Nu Mark product (such as Green Smoke or MarkTen) currently occupies ITP fixture space in a store where Recipient has paid for Fixture Services under this SOW, Altria Company will move or remove the Nu Mark products to stock Recipient's products.  Following the payment of compensation for Fixture Services, Altria Company will use its best efforts to enforce the terms of any applicable ITP Agreement at Recipient's direction.

4. **Compensation.**  In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in the table attached hereto as Schedule 1.  Fixture Services payments to Altria Company

CONFIDENTIAL                                                                                    JLI41684337

are made in consideration of a store's performance of all requirements of the applicable plan terms of the ITP Agreements. In the event that Recipient compensates Altria Company for Fixture Services and any store declines to perform or participate, or partially performs or participates, under its ITP Program Agreement, Altria Company will provide a credit to Recipient on the same terms as Altria Company's right under the applicable ITP agreement to obtain a pro rata refund from the store.

5. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

6. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

7. **Provider Manager.** The Provider Manager for this SOW will be:

Theodore J. Edlich IV
Altria Client Services LLC
6601 West Broad Street
Richmond, VA 23230
TJ.Edlich@altria.com

8. **Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #1 as of the SOW Effective Date.

**Altria Group Distribution Company**               **JUUL Labs, Inc.**

By: _____               By: _____

Name: _____               Name: _____

Title: _____               Title: _____

Brian Daviduke                                    Tim Danaher

DocuSigned by:                                    DocuSigned by:
Brian Daviduke                                    Tim Danaher
D75CBFFC2CA74F3...                                0D28A9DF7069402...

2

**Schedule 1**

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Fixture Services | | |
| • Initial rollout for 1,073 stores | [redacted] per store for current term of the Innovative Tobacco Product Program. | [redacted] with goal of completion by March 31, 2019 (assuming Merchandising Material is available) |
| Field Sales Force Services including:<br>• Territory Sales Managers<br>• Key Retail Account Services<br>• Field Sales Force Management | [redacted] total cost per store visit. The total number of store visits shall not exceed 1,073. This is inclusive of all labor and associated Field Sales Forces Services required to perform a full reset for each store, including:<br><br>• Install - Lit EDI components - average 4 shelves per store<br><br>• Install - Graphics (Rack Strip & Header) | [redacted] |
| Trade Marketing Materials for fixtures | Estimated Maximum Cost Per Store including [redacted] markup: [redacted] (amount not to be exceeded without prior written consent of Recipient) | Estimated Maximum Total Cost: [redacted] (amount not to be exceeded without prior written consent of Recipient) |

**Total Maximum Cost per Store:** [redacted]

**Total Maximum Contract Cost:** [redacted]

3

    JLI41684339

**STATEMENT OF WORK #2**

**DIRECT MARKETING SUPPORT SERVICES**

**INSERTS**

This Statement of Work # 2 (this "SOW"), effective as of January 18, 2019 (the "SOW Effective Date"), by and between Philip Morris USA Inc., a Virginia corporation (the "Altria Company"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient.  This SOW is subject to the terms and conditions of the Agreement.  Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

    a. Term.  The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through September 4, 2019, as set forth in Schedule 1.

    b. Termination.   The Term will expire automatically upon the termination or expiration of the Agreement.  Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.**   Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

    Sections I.A.2 of Exhibit B (Insert Services).

3. **Confidentiality.** This SOW is governed by the confidentiality requirements set forth in Article VI of the Agreement.

4. **Cooperation.**  Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Parties agree to cooperate in good faith on the approval of the final creative design for the insert asset. Each party will be fully responsible for the performance of its obligations under this SOW.

5. **Compensation.**  In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in the table attached hereto as Schedule 2.

6. **Invoicing.**  The Altria Company will submit invoices for Charges in accordance with the Agreement.

7. **Payment.**  Recipient will pay the Altria Company's invoices in accordance with the Agreement.

**8. Provider Manager.** The Provider Manager for this SOW will be:

Theodore J. Edlich IV
Altria Client Services LLC
6601 West Broad Street
Richmond, VA 23230
tj.edlich@altria.com

**9. Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #2 as of the SOW Effective Date.

**Philip Morris USA Inc.**                          **JUUL Labs, Inc.**

By: _Sheila Freeman_                               By: _Tim Danaher_
   79338A0A052E4BE...                        0D28A9DF7069402...

Name: Sheila Freeman                               Name: Tim Danaher

Title: VP Manufacturing, PMUSA                     Title: CFO

2

**Schedule 1**

| Service Category | Basis of Charges |
|---|---|
| Inserted Product – Wave 1 (Portfolio Brands) | JUUL inserts (valuable coupon offer) included in 20 million packs of the following SKUs with a first wholesale delivery date of 5/20/19:<br><br>L&M 100 BOX<br>L&M BOX<br>L&M MENTHOL 100 BOX<br>L&M BLUE PACK BOX<br>L&M BLUE PACK 100 BOX<br>L&M MENTHOL BOX<br>L&M TURKISH BLEND BOX<br>L&M MENTHOL BOLD BOX<br>PARL WHITE PACK BOX<br>PARL SILVER PACK BOX |
| Inserted Product – Wave 2 (Marlboro) | JUUL inserts (valuable coupon offer) included in 30 million packs of the following SKUs with a first wholesale delivery date of 9/4/19:<br><br>MARL GOLD PACK BOX<br>MARL BOX<br>MARL GOLD PACK 100 BOX<br>MARL SPECIAL SELECT GOLD PACK BOX<br>MARL 100 BOX<br>MARL SILVER PACK BOX<br>MARL SPECIAL SELECT 100 GOLD PACK BOX<br>MARL SPECIAL SELECT 100 RED PACK BOX<br>MARL SPECIAL SELECT RED PACK BOX<br>MARL BLACK SPECIAL BLEND 100 BOX |

3

JLI41684335

## Schedule 2

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Inserted product | 2 Insert Creative Executions<br><br>Material development, keylines, cylinders and direct material procurement | ▮▮▮▮▮▮ |
| Printed film (legal disclosure on printed film required for valuable coupon inserts) | 1 Printed Film Creative Execution<br><br>Material development, keylines, cylinders and direct material procurement | ▮▮▮▮▮▮ |
| Markup | ▮▮ | ▮▮▮▮▮▮ |
| **Total** | | ▮▮▮▮▮▮ |

4

Highly Confidential

## STATEMENT OF WORK #3 REVISED

## DIRECT MARKETING AND DATABASE SUPPORT SERVICES

This Statement of Work #3 (this "SOW"), effective as of January 16, 2019 (the "SOW Effective Date"), by and between Altria Client Services LLC, a Virginia limited liability company (the "Altria Company"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient. This SOW is subject to the terms and conditions of the Agreement. Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

    a. Term. The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through December 31, 2019. Statement of Work #3 Revised replaces Statement of Work #3 which is now null and void.

    b. Termination. The Term will expire automatically upon the termination or expiration of the Agreement. Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.** Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

    Sections V.A of Exhibit A (Database); and

    Sections I.A of Exhibit B (Direct Marketing Support)

3. **Confidentiality.** This SOW is governed by the confidentiality requirements set forth in Article VI of the Agreement.

4. **Cooperation.** Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Parties agree to cooperate in good faith on the approval of the final creative design for the Direct Mail asset. Each party will be fully responsible for the performance of its obligations under this SOW.

5. **Compensation.** In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in the table attached hereto as Schedule 1.

6. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

7. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

**8. Provider Manager.** The Provider Manager for this SOW will be:

Theodore J. Edlich IV
Altria Client Services LLC
6601 West Broad Street
Richmond, VA 23230
tj.edlich@altria.com

**Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this
Statement of Work #3 as of the SOW Effective Date.

**Altria Client Services LLC**

By: _____Nicole Baumstark_____
07975C86637948A...

Name: Nicole Baumstark

Title: Mangaging Director, DMS

**JUUL Labs, Inc.**

By: _____Tim Danaher_____
0C28A3DF7069402...

Name: Tim Danaher

Title: CFO

2

**Schedule 1**

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Direct Marketing Services (Direct Mail) & Database Services | Execution of a 4 panel perforated coupon direct mail piece (6 Total Versions)<br><br>1.5MM circulation<br><br>Revised Est. Mail Drop: 3/20/19<br><br>Paper, Print and Lettershop, Postage, Shipping, Initial Fee Hours for Set-up, LBCo FTE Cost of Services, Altria FTE Cost of Services, Acxiom Database Set-up Fee | ███████ |
| Markup | ██ | ███████ |
| **Total** | | ███████ |

Note: Return Undeliverable (RUD) costs will be billed as incurred from PFS Web

3

JLI01339914

**STATEMENT OF WORK #4**

**SALES SUPPORT SERVICES**

This Statement of Work #4 (this "SOW"), effective as of January 29, 2019 (the "SOW Effective Date"), by and between Altria Group Distribution Company, a Virginia corporation (the "Altria Company"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient. This SOW is subject to the terms and conditions of the Agreement. Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

    a. Term. The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through March 31, 2019 as set forth in Schedule 1.

    b. Termination. The Term will expire automatically upon the termination or expiration of the Agreement. Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.** Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

    Sections II.A, C and D of Exhibit B (Sales Services)

3. **Cooperation.** Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Each party will be fully responsible for the performance of its obligations under this SOW.

4. **Compensation.** In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in the table attached hereto as Schedule 1.

5. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

6. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

7. **Provider Manager.** The Provider Manager for this SOW will be:

    Theodore J. Edlich IV
    Altria Client Services LLC
    6601 West Broad Street
    Richmond, VA 23230
    TJ.Edlich@altria.com

**8. Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #4 as of the SOW Effective Date.

**Altria Group Distribution Company**

By: _Frederick Myers_
    85FF7D15B71D48D...

Name: Frederick Myers

Title: VP Customer Service

**JUUL Labs, Inc.**

By: _Tim Danaher_
    0D28A9DF7069402...

Name: Tim Danaher

Title: CFO

2

**Schedule 1**

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Key Retail Account Services | Selling and executing pre-books on 10 JUUL SKUs | ███████ |
| Wholesale Account Services | Max of 83 Chain Accounts will be included in the pre-book | |
| | Max of 51 Distributors engaged | |
| | Cost of FTEs | |
| Field Sales Force Management | Set-up of pre-book and FieldEdge reporting | ███████ |
| | Cost of FTEs | |
| Markup | ███ | ███████ |
| **Total** | | ███████ |

3

**STATEMENT OF WORK #5**

**FIXTURE AND SALES SUPPORT SERVICES**

This Statement of Work #5 (this "SOW"), effective as of January 29, 2019 (the "SOW Effective Date"), by and between Altria Group Distribution Company, a Virginia corporation (the "Altria Company"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient. This SOW is subject to the terms and conditions of the Agreement. Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

    a. Term. The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through January 4, 2021 as set forth in Schedule 2.

    b. Termination. The Term will expire automatically upon the termination or expiration of the Agreement. Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.** Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

    Sections IV.A of Exhibit A (Fixture Services); and

    Sections II.B, C and E of Exhibit B (Sales Services).

3. **Cooperation.** Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Each party will be fully responsible for the performance of its obligations under this SOW. Altria Company will execute the Services for Recipient and perform its obligations under the applicable terms of both the Agreement and any applicable Innovative Tobacco Product Program agreement (either the Nu Mark Retail Program Agreement, or other such agreement between stores and Altria Company which grants Altria Company certain rights to merchandising and advertising of Innovative Tobacco Products, referred to herein collectively as "ITP Agreements"). If a Nu Mark product (such as Green Smoke or MarkTen) currently occupies ITP fixture space in a store where Recipient has paid for Fixture Services under this SOW, Altria Company will move or remove the Nu Mark products to stock Recipient's products. Following the payment of compensation for Fixture Services, Altria Company will use its best efforts to enforce the terms of any applicable ITP Agreement at Recipient's direction.

4. **Compensation.** In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in Schedule 1. Fixture Services will be paid in accordance with the payment schedule set forth in Schedule 2. The payment schedule for all other charges are set forth in the

DocuSign Envelope ID: ED5BB45E-0D77-4B99-A684-16C5C3899B79B

Agreement. Fixture Services payments to Altria Company are made in consideration of a store's performance of all requirements of the applicable plan terms of the ITP Agreements. In the event that Recipient compensates Altria Company for Fixture Services and any store declines to perform or participate, or partially performs or participates, under its ITP Program Agreement, Altria Company will provide a credit to Recipient on the same terms as Altria Company's right under the applicable ITP agreement to obtain a pro rata refund from the store.

5. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

6. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

7. **Provider Manager.** The Provider Manager for this SOW will be:

Theodore J. Edlich IV
Altria Client Services LLC
6601 West Broad Street
Richmond, VA 23230
TJ.Edlich@altria.com

8. **Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #5 as of the SOW Effective Date.

**Altria Group Distribution Company**

By: _Frederick Myers_
  85FF7D15B71D46D...

Name: Frederick Myers

Title: President & CEO AGDC

**JUUL Labs, Inc.**

By: _Tim Danaher_
  0D28A9DF7069402...

Name: Tim Danaher

Title: CFO

2

CONFIDENTIAL                                                                              JLI41684357

Schedule 1

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Fixture Services<br><br>• 40,399 "ITP" Stores which excludes Kroger Supermarkets, but includes Speedway<br><br>• See Appendix B for Merchandising Term (Duration of ITP Agreement) by Retail Chain | ▇▇▇, plus ▇▇ (▇▇▇▇), per store for current term of the Innovative Tobacco Product Program.<br><br>See Appendix A to see how the per store payment is allocated for the average store covered by this Scope of Work. | ▇▇▇▇ total cost, with goal of 100% completion by March 31, 2020. |
| Field Sales Force Services including:<br><br>• Territory Sales Managers<br><br>• Key Retail Account Services<br><br>• Field Sales Force Management | ▇▇, plus ▇▇ (▇▇▇), total cost per store visit. The total number of store visits for this execution shall not exceed the total number of stores that are part of an ITP Chain, which currently stands at 40,399 stores.<br><br>This is inclusive of all labor and associated Field Sales Force Services required to perform a full reset for each store, including:<br><br>    • Merchandise JUUL in Nu Mark share of merchandising space<br><br>    • Install - Lit EFI components - average 4 per store<br><br>    Install - Graphics (Rack Strip & Header) | ▇▇▇▇ total maximum charges |
| Trade Marketing Materials for fixtures | Estimated Maximum Cost Per Store including ▇ markup: ▇▇ (amount not to be exceeded without prior written consent of Recipient) | Estimated Maximum Total Cost: ▇▇▇ (amount not to be exceeded without prior written consent of Recipient) |

3

JLI41684358

**Total Maximum Cost per Store:** <span style="background:black">        </span>

**Total Maximum Contract Cost:** <span style="background:black">           </span>

4

JLI41684359

Schedule 2

| Payment Schedule | Date Payment to be Paid | Charges |
|---|---|---|
| 2018 | Within 30 days of signed SOW (March 1, 2019) | ████████ |
| 2019 | January 3, 2020 | ████████ |
| 2020 | January 4, 2021 | ████████ |
| **Total Charge** | | ████████ |

5

## Appendix A

**The aggregate cost from which the per store charge was calculated was based on costs for fixtures and retail reset incentive in the proportion below.**

| Fixture Assets (Procured on behalf of the Retailer and owned by the Retailer) | ■ |
|---|---|
| **Retailer Reset** | ■ |

6

## Appendix B

| MA# | Account Name | Term of ITP Agreement |
|---|---|---|
| 27566 | Circle K Procurement and Brands Ltd. | This RUF is effective beginning October 1, 2018 and ends September 30, 2021 for all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). 90% of Stores must meet the Nu Mark ITP Merchandising Requirements detailed below by December 31, 2019. The Term of the agreement will extend for each week that this percentage is not met. |
| 13862 | 7-ELEVEN, INC. HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 13384 | COGO'S | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59669 | Mickey Mart Stores HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56916 | GUMBY'S L.L.C | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 46968 | CERTIFIED OIL CO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62057 | Coen Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58796 | SPEEDWAY L.L.C. H.Q | This RUF is effective as of January 1, 2019, and will continue through December 31, 2021. |
| 14448 | SHEETZ, INC. - ATTN PAUL CROZIER | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 10960 | Wawa, Inc. | This RUF is effective from the date of complete execution by the parties through the date that is two (2) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 26142 | EG America | This RUF is effective as of January 1, 2019, and will continue through December 31, 2021 (the "Term"). |

7

CONFIDENTIAL

JLI41684362

| 62871 | BP WEST COAST PRODUCTS, LLC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 68418 | CHEVRON STATIONS INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57740 | PUFFS DISCOUNT CIGARETTES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60165 | C.L.T.S. INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59909 | TOBACCO WORLD | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56320 | MURPHY OIL USA, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 28030 | CASEYS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 64382 | KUM & GO L.C. - HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54563 | I-90 FUEL SERVICES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56948 | DISCOUNT TOBACCO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62848 | GPM Investments LLC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60259 | BROOKSHIRE BROTHERS, LTD. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

8

CONFIDENTIAL

JLI41684363

DocuSign Envelope ID: ED5BD45E-0D7C4B99-A684-19C9C3899798

| 64574 | GIANT EAGLE INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| --- | --- | --- |
| 70410 | QUIK - WAY RETAIL ASSOCIATES II, LTD | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 16458 | QUICK CHEK | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56301 | ROSS-LAB MARKETING, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 66412 | TOBACCO TOWN | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62143 | DISCOUNT TOBACCO OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 75401 | Horizon - Sunoco | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60045 | VICTORY MARKETING | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58989 | Smoke-N-Go | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72868 | Axcel Management Corporation | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 47494 | QUIK TRIP CORP HQ | This RUF is effective from the date of complete execution by the parties through the date that is two (2) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62340 | WAL*MART STORES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

CONFIDENTIAL                                                JLI41684364

| 70229 | Vintners - Total | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72605 | Brookwood Gas & Convenience d/b/a Yesway | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 73062 | CST- Erickson Freedom & SSG Auto Stop | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 51787 | CONDON OIL CO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72388 | REW Inc. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50906 | GRAHAM ENTERPRISE, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 12204 | JR. Food Stores | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 61649 | SAVER GROUP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62107 | SMOKERS HOST | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57111 | COLLETT ENTERPRISES, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65612 | RMD RETAIL | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 45721 | Newcomb Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

10

CONFIDENTIAL

JLI41684365

| 63704 | KWIK TRIP, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 66126 | SMOKESHACK | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 65100 | PILOT CORPORATION | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 35998 | RACETRAC PETROLEUM | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 40794 | HYVEE, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 54144 | TOBACCO SUPERSTORE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 54303 | FAST LANE DISCOUNT TOBACCO LTD. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 54375 | First Coast Energy | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 55270 | DISCOUNT TOBACCO OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 49902 | Verc | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 42805 | ENMARK STATIONS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |
| 57693 | Smokin Joe's Outlet | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "<u>Term</u>"). |

11

CONFIDENTIAL

JLI41684366

| 15512 | ROYAL FARMS STORES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 61539 | SAMPSON BLADEN OIL COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65305 | QUALITY OIL COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59211 | TOBACCO ROAD OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 47008 | MIRABITO FUEL GROUP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58659 | SMOKES 4 LESS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 36696 | DISCOUNT DRUG MART | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58768 | SMOKER FRIENDLY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59544 | SHANE SMITH ENTERPRISE INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50561 | UNITED PACIFIC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57045 | H. E. BUTT GROCERY COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 38074 | LITTLE GENERAL STORE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

12

CONFIDENTIAL

JLI41684367

| 55260 | CIGARETTE EXPRESS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 11856 | UNITED DAIRY FARMER | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 16820 | PLAID PANTRY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 45488 | THE SPINX CO., INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 41670 | MEIJER GAS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 25760 | E-Z MART | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 26862 | Country Fair | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58674 | FORWARD CORP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 64245 | Sunrise Stores | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 68390 | Ware Brands, Inc. DBA JB Hawks | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50841 | Western Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57618 | CHICKASAW NATION DIV. OF COMMERCE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

CONFIDENTIAL

JLI41684368

|  |  |  |
|--|--|--|

14

CONFIDENTIAL

JLI41684369

## STATEMENT OF WORK #8

## DIRECT MARKETING AND DATABASE SUPPORT SERVICES

This Statement of Work #8 (this "SOW"), effective as of January 21, 2019 (the "SOW Effective Date"), by and between Altria Client Services LLC, a Virginia limited liability company (the "Altria Company"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient. This SOW is subject to the terms and conditions of the Agreement. Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

    a. Term. The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through June 30, 2019.

    b. Termination. The Term will expire automatically upon the termination or expiration of the Agreement. Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.** Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

    Section V.A of Exhibit A (Database Services); and

    Section I.A of Exhibit B (Direct Marketing Support)

3. **Confidentiality.** This SOW is governed by the confidentiality requirements set forth in Article VI of the Agreement.

4. **Cooperation.** Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Parties agree to cooperate in good faith on the approval of the final creative design for the email assets. Each party will be fully responsible for the performance of its obligations under this SOW.

5. **Compensation.** In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in the table attached hereto as Schedule 1.

6. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

7. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

 JLI06366466

**8. Provider Manager.** The Provider Manager for this SOW will be:

Theodore J. Edlich IV
Altria Client Services LLC
6601 West Broad Street
Richmond, VA 23230
tj.edlich@altria.com

**Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #8 as of the SOW Effective Date.

**Altria Client Services LLC**                    **JUUL Labs, Inc.**

By: _Nicole Baumstark_                            By: _Tim Danaher_
      ⎯⎯07975C86B379483A...                              ⎯⎯0D28A9DF7069402...

Name: Nicole Baumstark                            Name: Tim Danaher

Title: Mangaging Director, DMS                    Title: CFO

2

**Schedule 1**

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Direct Marketing Services (Email) & Database Services | Execution of 3 Email Campaigns<br><br>2/26/19 EM: Equity (Total Audience 15k)<br><br>3/12/19 EM: Equity + Coupon (Total Audience 250k)<br><br>Starting 4/8/19 EM: Equity + Coupon + Dynamic Audience/Creative (Total Audience 250k)<br><br><br>Server Domain Configuration, Equity and IP Warming Templates and Workflows, Testing and Approval, Port to Production and Go Live, Unsubscribe Page, Altria FTE Cost of Services | ▉▉▉▉▉ |
| Markup | ▉ | ▉▉▉▉ |
| **Total** | | ▉▉▉▉ |

3

JLI06366468