UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No.: 19-MD-02913-WHO<br><br>**ALTRIA DEFENDANTS' NOTICE OF FILING OF DOCUMENTS TO BE UNSEALED PURSUANT TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL [ECF 4374]** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Group Distribution Company, (collectively, "Altria") hereby gives notice of filing the attached documents. These documents were previously filed under seal reflecting information designated by the Parties under the protective order. The newly-filed versions of these documents include the unsealed exhibits or only the redactions designated by Defendants in Exhibit 1 to the Joint Notice of Filing of Response to the Order Regarding Administrative Motions to Seal [ECF 4369-1] and approved by the Court for sealing [ECF 4374].

| Original Filing | Description |
| --- | --- |
| 3400-2 | Exhibit 1: Excerpts from the transcript of the June 1, 2022 deposition of Minette E. Drumwright, Ph.D. |
| 3400-4 | Exhibit 3: Excerpts from the Report of Professor David M. Cutler regarding the Bellwether Government Entities dated January 28, 2022 |
| 3400-6 | Exhibit 5: Excerpts from Plaintiff's Supplemental Responses and Objections to Defendant Altria Group, Inc.'s First Set of Interrogatories dated August 6, 2021 |
| 3400-7 | Exhibit 6: A redacted compilation of Statements of Work, Distribution Support Services, between Altria Group Distribution Company and JUUL Labs, Inc., Bates numbers 5159966278; 5159966325; 5159966302; JLI01339889-JLI01339902. |
| 3400-9 | Exhibit 8: Excerpts from the transcript of the May 6, 2022 deposition of David M. Cutler |
| 3400-11 | Exhibit 10: Excerpts from the Rule 26 Expert Report of Minette E. Drumwright, Ph.D. dated May 2, 2022 |
| 3400-12 | Exhibit 11: Excerpts from the Government Entity Bellwether Case Specific Expert Report of Professor Edward B. Rock dated January 28, 2022 |
| 3405-02 | Exhibit 1: Excerpts from the transcript of the September 28, 2021 deposition of Meghan Wallace |
| 3405-03 | Exhibit 2: Excerpts from the transcript of the May 27, 2021 deposition of Quarry Pak |
| 3405-04 | Exhibit 3: Excerpts from the transcript of the August 19, 2021 deposition of Erica Lingrell |
| 3405-05 | Exhibit 4: Excerpts from the transcript of the August 31, 2021 deposition of Charlene Lee |
| 3405-06 | Exhibit 5: Excerpts from the transcript of the September 21, 2021 deposition of Dacotah Swett |
| 3405-07 | Exhibit 6: Report of Professor David M. Cutler dated January 28, 2022 |
| 3405-08 | Exhibit 7: Michael Dorn's Report of Opinions Concerning San Francisco United School District dated January 28, 2022 |

| Original Filing | Description |
|---|---|
| 3405-10 | Exhibit 9: Expert Report of Kurt M. Ribisl, PhD dated January 25, 2022 |
| 3405-11 | Exhibit 10: Rule 26 Expert Witness Report and Declaration of Dr. Jonathan P. Winickoff, MD, MPH Pertains to Wave 1 Bellwether San Francisco Unified School District dated January 28, 2022 |
| 3405-12 | Exhibit 11: Rule 26 Expert Report of Minette E. Drumwright, Ph.D. dated May 2, 2022 |
| 3405-13 | Exhibit 12: Excerpts from Plaintiff's Supplemental Responses and Objections to Defendant Altria Group. Inc's First Set of Interrogatories served August 6, 2021 |
| 3405-14 | Exhibit 13: Excerpts from the transcript of the May 13, 2021 deposition of Quarry Pak |
| 3405-15 | Exhibit 14: Excerpts from the transcript of the October 7, 2021 deposition of Quarry Pak |
| 3405-16 | Exhibit 15: Excerpts from the transcript of the October 15, 2021 deposition of Quarry Pak |
| 3405-17 | Exhibit 16: Excerpts from the transcript of the December 21, 2020 deposition of Quarry Pak |
| 3405-18 | Exhibit 17: Excerpts from the transcript of the September 3, 2021 deposition of Donna Blanchard |
| 3405-19 | Exhibit 18: Excerpts from the transcript of the December 16, 2021 deposition of Cheryl L. Nelson |
| 3405-20 | Exhibit 19: Excerpts from the transcript of the September 16, 2021 deposition of Vincent Matthews |
| 3405-21 | Exhibit 20: Excerpts from the transcript of the September 8, 2021 deposition of Kimberly Coates |
| 3405-22 | Exhibit 21: Tobacco Use Prevention Education Program Proposition 99 report for Fiscal Years 2017-2020, Bates number SFUSD_054831 |
| 3405-23 | Exhibit 22: Tobacco Use Prevention Education Program Proposition 56 report for July 1, 2017 through June 30, 2019, Bates number SFUSD_052381 |
| 3405-24 | Exhibit 23: Tobacco Use Prevention Education Program Proposition 56 report for 2017 through 2019, Bates number SFUSD_102000 |
| 3405-25 | Exhibit 24: Tobacco Use Prevention Education Program County Technical Assistance Annual Fiscal Report for 2017-2018, Bates number SFUSD_154766 |
| 3405-26 | Exhibit 25: Tobacco Use Prevention Education Program Proposition 56 County Technical Assistance Report for Fiscal Year 2018-2019, Bates number SFUSD_069348 |
| 3405-27 | Exhibit 26: Tobacco Use Prevention Education Program County Technical Assistance Fiscal Report for Fiscal Year 2019-2020, Bates number SFUSD_060975 |
| 3405-28 | Exhibit 27: Tobacco Use Prevention Education Program 2017-2018 Annual Fiscal Report and Carryover Calculation, Bates number SFUSD_025039 |
| 3405-29 | Exhibit 28: Tobacco Use Prevention Education Program Proposition 99 County Technical Assistance and Leadership Funds Fiscal Report for Fiscal Year 2018-2019, Bates number SFUSD_073407 |

| Original Filing | Description |
|---|---|
| 3405-30 | Exhibit 29: Tobacco Use Prevention Education Program County Technical Assistance and Leadership Funds Fiscal Report for Fiscal Year 2019-2020, Bates number SFUSD_060974 |
| 3405-31 | Exhibit 30: Plaintiff's Fact Sheet dated December 21, 2020 |
| 3405-33 | Exhibit 32: Excerpts from the transcript of the November 3, 2021 deposition of David M. Cutler |
| 3405-35 | Exhibit 34: Excerpts from the Government Entity Bellwether Case Specific Expert Report of Professor Edward B. Rock dated January 28, 2022 |
| 3405-36 | Exhibit 35: Excerpts from the transcript of the June 1, 2022 deposition of Minette E. Drumwright |
| 3405-40 | Exhibit 39: Excerpts from the transcript of the June 8, 2021 deposition of Ariel Atkins |
| 3405-42 | Exhibit 41: Excerpts from the transcript of the July 15, 2021 deposition of Anthony Pratkanis |
| 3517-2 | Exhibit 1: Excerpts from the Expert Report of David Cutler, dated January 28, 2022 |
| 3521-2 | Exhibit 1: Portions of the transcript of the June 1, 2022 deposition of Minette Drumwright |
| 3521-5 | Exhibit 4: Portions of the transcript of the December 13, 2019 FTC deposition of Howard Willard, Bates Numbers 8490002268 at 8490002421-2429 |
| 3521-8 | Exhibit 7: Portions of the transcript of the June 1, 2022 deposition of Minette Drumwright |
| 3790-2 | Exhibit A: Excerpts from the transcript of the October 21, 2022 deposition of Madeline Cho |
| 3790-3 | Exhibit B: Excerpts from the transcript of the October 23, 2022 deposition of Kaya Lehr-Love |

Dated: March 19, 2025

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ David E. Kouba*
David E. Kouba (*admitted pro hac vice*)
John C. Massaro (*admitted pro hac vice*)
Daphne O'Connor (*admitted pro hac vice*)
Jason A. Ross (*admitted pro hac vice*)
Angela R. Vicari (*admitted pro hac vice*) Paul W. Rodney (*admitted pro hac vice*)
Lauren S. Wulfe (SBN 287592)

Attorneys for Defendants ALTRIA GROUP, INC., PHILIP MORRIS USA INC., ALTRIA CLIENT SERVICES LLC, and ALTRIA GROUP DISTRIBUTION COMPANY

## CERTIFICATE OF SERVICE

I, David E. Kouba, hereby certify that on the 19th day of March, 2025, I electronically filed the foregoing **ALTRIA DEFENDANTS' NOTICE OF FILING OF DOCUMENTS TO BE UNSEALED PURSUANT TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL [ECF 4374]** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to all counsel of record.

By: */s/ David E. Kouba*
David E. Kouba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-5000
Facsimile: 202-942-5999
David.Kouba@arnoldporter.com