# Exhibit 5

LOUISE H. RENNE (SBN 36508)
lrenne@publiclawgroup.com
RYAN McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
RENNE PUBLIC LAW GROUP LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Tyler W. Hudson (*pro hac vice*)
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
tcartmell@wcllp.com
jpkieffer@wcllp.com
thudson@wcllp.com

Attorneys for Plaintiff San Francisco Unified School District

(additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. Juul Labs, Inc., et al.*, No. 3:19-cv-08177-WHO | No. 19-md-2913-WHO<br><br>**PLAINTIFF SAN FRANCISCO UNIFIED SCHOOL DISTRICT'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT ALTRIA GROUP, INC.'S FIRST SET OF INTERROGATORIES** |

taking into account the substantial regulatory and legal contingencies relating to eVapor generally and JUUL products specifically."[492] Willard emphasized that they were aligned on a "strategic vision as to how to grow the JUUL business rapidly." ALTRIA sought to control the JLI business, with Willard writing that "we would require that, following the first two payments outlined above, ALTRIA (a) owns a majority of the JUUL equity and voting rights and (b) has the right to control generally the JUUL business."[493] ALTRIA and JLI's leadership eventually agreed on ALTRIA purchasing a 35% stake in JLI for $12.8 billion, the vast majority of which went to JLI's leadership and other key shareholders.

Mint: During this time, ALTRIA agreed with JLI to work to keep mint on the market for as long as possible by deceiving the FDA and the public, in order to keep a flavor popular with youth available and drive youth sales. ALTRIA worked with JLI's leadership to plan how ALTRIA could help expand JUUL's sales, despite JUUL's popularity with youth. A key part of this plan was keeping mint on the market and available to youth. On July 27, 2017, as JUUL sales began to rise dramatically, the FDA announced that it would be seeking input on "how best to protect public health in the evolving tobacco marketplace," including "approaches to regulating kid-appealing flavors in e-cigarettes and cigars."[494] This included seeking comment on "the role that flavors (including menthol) in tobacco products play in attracting youth."[495] Shortly after this announcement, representatives from both JUUL (Gal Cohen) and ALTRIA (Phil Park) were invited to a meeting to "build a coalition and common agenda to influence or challenge FDA's approach" to regulating flavors.[496] With respect to flavors, the plan was to discuss whether the

---

[492] ALGAT0004031645-46.
[493] Id.
[494] *FDA announces comprehensive regulatory plan to shift trajectory of tobacco-related disease, death*, FDA (July 27, 2017), https://www.fda.gov/news-events/press-announcements/fda-announces-comprehensive-regulatory-plan-shift-trajectory-tobacco-related-disease-death.
[495] Id.
[496] JLI10678579.

Dated: August 6, 2021

Respectfully Submitted,

**WAGSTAFF & CARTMELL LLP**

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell

Louise H. Renne
**RENNE PUBLIC LAW GROUP LLP**

Esfand Nafisi (SBN 320119)
**MIGLIACCIO & RATHOD LLP**
388 Market Stree, Ste. 1300
San Francisco, CA 94111
Tel. (415) 489-7004
Fax (202) 800-2730
Enafisi@classlawdc.com

Danielle Marie Houck (SBN 197972)
**CHIEF GENERAL COUNSEL**
SAN FRANCISCO UNIFIED SCHOOL DISTRICT
555 Franklin St Fl 3
San Francisco, CA 94102-4414
Phone Number: (415) 241-6054
Fax Number: (415) 241-6371
Email: daniellehouck@sfusd.edu

*Counsel for Plaintiff San Francisco Unified School District*

---

No. 19-md-2913-WHO

146

PL. SFUSD'S SUPP. RESPONSES AND OBJECTIONS TO DEFENDANT ALTRIA GROUP, INC.'S FIRST ROGS