Exhibit 6

**STATEMENT OF WORK #1**

**FIXTURE AND SALES SUPPORT SERVICES**

**SPEEDWAY**

This Statement of Work #1 (this "<u>SOW</u>"), effective as of January 30, 2019 (the "<u>SOW Effective Date</u>"), by and between Altria Group Distribution Company, a Virginia corporation (the "<u>Altria Company</u>"), a Subsidiary of Altria Group, Inc. ("<u>Provider</u>"), and JUUL Labs, Inc., a Delaware corporation ("<u>Recipient</u>"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "<u>Agreement</u>"), by and between Provider and Recipient.  This SOW is subject to the terms and conditions of the Agreement.  Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

    a. <u>Term</u>.  The initial term of this SOW (the "<u>Initial Term</u>") will begin on the SOW Effective Date and will continue through July 31, 2019 as set forth in Schedule 1.

    b. <u>Termination</u>.  The Term will expire automatically upon the termination or expiration of the Agreement.  Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.**  Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

    Sections IV.A of Exhibit A (Fixture Services); and

    Sections II.B, C and E of Exhibit B (Sales Services).

3. **Cooperation.**  Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company.  Each party will be fully responsible for the performance of its obligations under this SOW.  Altria Company will execute the Services for Recipient and perform its obligations under the applicable terms of both the Agreement and any applicable Innovative Tobacco Product Program agreement (either the Nu Mark Retail Program Agreement, or other such agreement between stores and Altria Company which grants Altria Company certain rights to merchandising and advertising of Innovative Tobacco Products, referred to herein collectively as "ITP Agreements").  If a Nu Mark product (such as Green Smoke or MarkTen) currently occupies ITP fixture space in a store where Recipient has paid for Fixture Services under this SOW, Altria Company will move or remove the Nu Mark products to stock Recipient's products.  Following the payment of compensation for Fixture Services, Altria Company will use its best efforts to enforce the terms of any applicable ITP Agreement at Recipient's direction.

4. **Compensation.**  In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in the table attached hereto as Schedule 1.  Fixture Services payments to Altria Company

**CONFIDENTIAL**

DocuSign Envelope ID: 84AB31F8-EA27-48CD-9CF1-B58AD4736272

are made in consideration of a store's performance of all requirements of the applicable plan terms of the ITP Agreements. In the event that Recipient compensates Altria Company for Fixture Services and any store declines to perform or participate, or partially performs or participates, under its ITP Program Agreement, Altria Company will provide a credit to Recipient on the same terms as Altria Company's right under the applicable ITP agreement to obtain a pro rata refund from the store.

5. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

6. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

7. **Provider Manager.** The Provider Manager for this SOW will be:

   Theodore J. Edlich IV
   Altria Client Services LLC
   6601 West Broad Street
   Richmond, VA 23230
   TJ.Edlich@altria.com

8. **Recipient Manager.** The Recipient Manager for this SOW will be:

   Bob Robbins
   President, JUUL Americas
   JUUL Labs, Inc.
   560 20th Street
   San Francisco, CA 94107
   bob@juul.com

   IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #1 as of the SOW Effective Date.

**Altria Group Distribution Company**                    **JUUL Labs, Inc.**


By: _____                    By: _____

Name: _____                    Name: _____

Title: _____                    Title: _____


        Brian Daviduke                                        Tim Danaher

        DocuSign by:                                          DocuSign by:
        Brian Daviduke                                        Tim Danaher
        D75CBFFC2CA74F3...                                    0D28A9DF7069402...

2

5159966279

## Schedule 1

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Fixture Services | | |
| • Initial rollout for 1,073 stores | ███████████ per store for current term of the Innovative Tobacco Product Program. | ███████████ with goal of completion by March 31, 2019 (assuming Merchandising Material is available) |
| Field Sales Force Services including:<br><br>• Territory Sales Managers<br><br>• Key Retail Account Services<br><br>• Field Sales Force Management | ███████████ total cost per store visit. The total number of store visits shall not exceed 1,073. This is inclusive of all labor and associated Field Sales Forces Services required to perform a full reset for each store, including:<br><br>• Install - Lit EDI components - average 4 shelves per store<br><br>• Install - Graphics (Rack Strip & Header) | ███████████ |
| Trade Marketing Materials for fixtures | Estimated Maximum Cost Per Store including ███ markup: ███ (amount not to be exceeded without prior written consent of Recipient) | Estimated Maximum Total Cost: ███████ (amount not to be exceeded without prior written consent of Recipient) |

**Total Maximum Cost per Store:** ███████

**Total Maximum Contract Cost:** ███████

3

**CONFIDENTIAL**

5159966280

## STATEMENT OF WORK #5

## FIXTURE AND SALES SUPPORT SERVICES

This Statement of Work #5 (this "SOW"), effective as of January 29, 2019 (the "SOW Effective Date"), by and between Altria Group Distribution Company, a Virginia corporation (the "Altria Company"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient.  This SOW is subject to the terms and conditions of the Agreement.  Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

   a. Term.  The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through January 4, 2021 as set forth in Schedule 2.

   b. Termination.  The Term will expire automatically upon the termination or expiration of the Agreement.  Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.**  Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

   Sections IV.A of Exhibit A (Fixture Services); and

   Sections II.B, C and E of Exhibit B (Sales Services).

3. **Cooperation.**  Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company.  Each party will be fully responsible for the performance of its obligations under this SOW.  Altria Company will execute the Services for Recipient and perform its obligations under the applicable terms of both the Agreement and any applicable Innovative Tobacco Product Program agreement (either the Nu Mark Retail Program Agreement, or other such agreement between stores and Altria Company which grants Altria Company certain rights to merchandising and advertising of Innovative Tobacco Products, referred to herein collectively as "ITP Agreements").  If a Nu Mark product (such as Green Smoke or MarkTen) currently occupies ITP fixture space in a store where Recipient has paid for Fixture Services under this SOW, Altria Company will move or remove the Nu Mark products to stock Recipient's products.  Following the payment of compensation for Fixture Services, Altria Company will use its best efforts to enforce the terms of any applicable ITP Agreement at Recipient's direction.

4. **Compensation.**  In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in Schedule 1. Fixture Services will be paid in accordance with the payment schedule set forth in Schedule 2.  The payment schedule for all other charges are set forth in the

Agreement. Fixture Services payments to Altria Company are made in consideration of a store's performance of all requirements of the applicable plan terms of the ITP Agreements. In the event that Recipient compensates Altria Company for Fixture Services and any store declines to perform or participate, or partially performs or participates, under its ITP Program Agreement, Altria Company will provide a credit to Recipient on the same terms as Altria Company's right under the applicable ITP agreement to obtain a pro rata refund from the store.

5. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

6. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

7. **Provider Manager.** The Provider Manager for this SOW will be:

Theodore J. Edlich IV
Altria Client Services LLC
6601 West Broad Street
Richmond, VA  23230
TJ.Edlich@altria.com

8. **Recipient Manager.** The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #5 as of the SOW Effective Date.

| **Altria Group Distribution Company** | **JUUL Labs, Inc.** |
|---|---|
| By: *Frederick Myers* | By: *Tim Danaher* |
| Name: Frederick Myers | Name: Tim Danaher |
| Title: President & CEO AGDC | Title: CFO |

2

**Schedule 1**

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Fixture Services<br><br>• 40,399 "ITP" Stores which excludes Kroger Supermarkets, but includes Speedway<br><br>• See Appendix B for Merchandising Term (Duration of ITP Agreement) by Retail Chain | ████, plus ███████████, per store for current term of the Innovative Tobacco Product Program.<br><br>See Appendix A to see how the per store payment is allocated for the average store covered by this Scope of Work. | ██████████████ cost, with goal of ████ completion by March 31, 2020. |
| Field Sales Force Services including:<br><br>• Territory Sales Managers<br><br>• Key Retail Account Services<br><br>• Field Sales Force Management | ████, plus ████ (████████), total cost per store visit. The total number of store visits for this execution shall not exceed the total number of stores that are part of an ITP Chain, which currently stands at 40,399 stores.<br><br>This is inclusive of all labor and associated Field Sales Force Services required to perform a full reset for each store, including:<br><br>• Merchandise JUUL in Nu Mark share of merchandising space<br><br>• Install - Lit EFI components - average 4 per store<br><br>Install - Graphics (Rack Strip & Header) | ████████████ total maximum charges |
| Trade Marketing Materials for fixtures | Estimated Maximum Cost Per Store including ███ markup: ████ (amount not to be exceeded without prior written consent of Recipient) | Estimated Maximum Total Cost: ████████████ (amount not to be exceeded without prior written consent of Recipient) |

3

**CONFIDENTIAL**

**Total Maximum Cost per Store:** ▮▮▮▮▮▮▮

**Total Maximum Contract Cost:** ▮▮▮▮▮▮▮▮▮

4

CONFIDENTIAL

5159966328

Schedule 2

| __Payment Schedule__ | __Date Payment to be Paid__ | __Charges__ |
|---|---|---|
| 2018 | Within 30 days of signed SOW (March 1, 2019) | ███████████ |
| 2019 | January 3, 2020 | ███████████ |
| 2020 | January 4, 2021 | ███████████ |
| **Total Charge** | | ███████████ |

5

**CONFIDENTIAL**

## Appendix A

**The aggregate cost from which the per store charge was calculated was based on costs for fixtures and retail reset incentive in the proportion below.**

| Fixture Assets (Procured on behalf of the Retailer and owned by the Retailer) | ■■■ |
|---|---|
| **Retailer Reset** | ■■■ |

6

**CONFIDENTIAL**

Appendix B

| MA# | Account Name | Term of ITP Agreement |
|---|---|---|
| 27566 | Circle K Procurement and Brands Ltd. | This RUF is effective beginning October 1, 2018 and ends September 30, 2021 for all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). 90% of Stores must meet the Nu Mark ITP Merchandising Requirements detailed below by December 31, 2019. The Term of the agreement will extend for each week that this percentage is not met. |
| 13862 | 7-ELEVEN, INC. HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 13384 | COGO'S | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59669 | Mickey Mart Stores HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56916 | GUMBY'S L.L.C | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 46968 | CERTIFIED OIL CO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62057 | Coen Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58796 | SPEEDWAY L.L.C. H.Q | This RUF is effective as of January 1, 2019, and will continue through December 31, 2021. |
| 14448 | SHEETZ, INC. - ATTN PAUL CROZIER | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 10960 | Wawa, Inc. | This RUF is effective from the date of complete execution by the parties through the date that is two (2) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 26142 | EG America | This RUF is effective as of January 1, 2019, and will continue through December 31, 2021 (the "Term"). |

7

CONFIDENTIAL

| 62871 | BP WEST COAST PRODUCTS, LLC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 68418 | CHEVRON STATIONS INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57740 | PUFFS DISCOUNT CIGARETTES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60165 | C.L.T.S. INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59909 | TOBACCO WORLD | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56320 | MURPHY OIL USA, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 28030 | CASEYS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 64382 | KUM & GO L.C. - HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54563 | I-90 FUEL SERVICES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56948 | DISCOUNT TOBACCO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62848 | GPM Investments LLC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60259 | BROOKSHIRE BROTHERS, LTD. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

8

CONFIDENTIAL

5159966332

| 64574 | GIANT EAGLE INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
|---|---|---|
| 70410 | QUIK - WAY RETAIL ASSOCIATES II, LTD | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 16458 | QUICK CHEK | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56301 | ROSS-LAB MARKETING, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 66412 | TOBACCO TOWN | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62143 | DISCOUNT TOBACCO OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 75401 | Horizon - Sunoco | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60045 | VICTORY MARKETING | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58989 | Smoke-N-Go | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72868 | Axcel Management Corporation | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 47494 | QUIK TRIP CORP HQ | This RUF is effective from the date of complete execution by the parties through the date that is two (2) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62340 | WAL*MART STORES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

9

CONFIDENTIAL

5159966333

| 70229 | Vintners - Total | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
|---|---|---|
| 72605 | Brookwood Gas & Convenience d/b/a Yesway | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 73062 | CST- Erickson Freedom & SSG Auto Stop | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 51787 | CONDON OIL CO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72388 | REW Inc. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50906 | GRAHAM ENTERPRISE, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 12204 | JR. Food Stores | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 61649 | SAVER GROUP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62107 | SMOKERS HOST | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57111 | COLLETT ENTERPRISES, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65612 | RMD RETAIL | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 45721 | Newcomb Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

10

**CONFIDENTIAL**

5159966334

| 63704 | KWIK TRIP, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 66126 | SMOKESHACK | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65100 | PILOT CORPORATION | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 35998 | RACETRAC PETROLEUM | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 40794 | HYVEE, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54144 | TOBACCO SUPERSTORE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54303 | FAST LANE DISCOUNT TOBACCO LTD. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54375 | First Coast Energy | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 55270 | DISCOUNT TOBACCO OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 49902 | Verc | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 42805 | ENMARK STATIONS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57693 | Smokin Joe's Outlet | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

11

**CONFIDENTIAL**

5159966335

| 15512 | ROYAL FARMS STORES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
|---|---|---|
| 61539 | SAMPSON BLADEN OIL COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65305 | QUALITY OIL COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59211 | TOBACCO ROAD OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 47008 | MIRABITO FUEL GROUP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58659 | SMOKES 4 LESS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 36696 | DISCOUNT DRUG MART | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58768 | SMOKER FRIENDLY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59544 | SHANE SMITH ENTERPRISE INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50561 | UNITED PACIFIC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57045 | H. E. BUTT GROCERY COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 38074 | LITTLE GENERAL STORE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

CONFIDENTIAL

5159966336

| 55260 | CIGARETTE EXPRESS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 11856 | UNITED DAIRY FARMER | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 16820 | PLAID PANTRY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 45488 | THE SPINX CO., INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 41670 | MEIJER GAS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 25760 | E-Z MART | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 26862 | Country Fair | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58674 | FORWARD CORP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 64245 | Sunrise Stores | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 68390 | Ware Brands, Inc. DBA JB Hawks | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50841 | Western Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57618 | CHICKASAW NATION DIV. OF COMMERCE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

13

CONFIDENTIAL

5159966337

|  |  |  |
|--|--|--|
|  |  |  |

14

CONFIDENTIAL

**STATEMENT OF WORK #9**

**DISTIRBUTION SUPPORT SERVICES**

This Statement of Work #9 (this "<u>SOW</u>"), effective as of April 26, 2019 (the "<u>SOW Effective Date</u>"), is entered into by and between Altria Group Distribution Company, a Virginia corporation (the "<u>Altria Company</u>"), a Subsidiary of Altria Group, Inc. ("<u>Provider</u>"), and JUUL Labs, Inc., a Delaware corporation ("<u>Recipient</u>"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "<u>Agreement</u>"), by and between Provider and Recipient. This SOW is subject to the terms and conditions of the Agreement. Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

   a. <u>Term</u>. The initial term of this SOW (the "<u>Initial Term</u>") will begin on the SOW Effective Date and will continue through December 31, 2019. The term of this SOW will renew automatically for successive terms of one year (each, a "<u>Renewal Term</u>"), unless either party provides written notice to the other party of its intent not to review this SOW at least one hundred twenty (120) days prior to the end of the Initial Term or the then-current Renewal Term (the Initial Term and any Renewal Terms, collectively, the "<u>Term</u>").

   b. <u>Termination</u>. The Term will expire automatically upon the termination or expiration of the Agreement. Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of <u>Article V</u> of the Agreement.

2. **Services.** Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Section of the Agreement:

   Section III.A.2 of Exhibit A (Distribution Support)

3. **Confidentiality.** This SOW is governed by the confidentiality requirements set forth in <u>Article VI</u> of the Agreement.

4. **Cooperation.** Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Each party will be fully responsible for the performance of its obligations under this SOW.

5. **Risk of Loss**.

   a. Notwithstanding the terms of the Agreement, Recipient will bear the risk of loss for all Recipient product lost, stolen, or damaged while in transport to, or being received and stored at warehouses, and during final delivery, except to the extent of any amounts the Altria Company is able to recover from its transportation and warehouse service providers for any Recipient product lost, stolen, or damaged.

   b. Recipient acknowledges that pursuant to its agreements with transportation and warehouse service providers, the Altria Company may be limited in its recovery for loss, theft, or damage to Recipient's products. Accordingly, Recipient agrees that the Altria Company's liability for loss, theft, or damage to Recipient's products will be limited to the amounts recovered by the Altria Company from its

DocuSign Envelope ID: 85E826A3-0783-45BC-AD75-769B800BG7EB

transportation and warehouse service providers for Recipient's lost, stolen, or damaged Products.

c.  Recipient agrees that neither Recipient nor its subsidiaries, affiliates, assigns, insurers, parent companies, or related companies will make any claim for loss, theft or damage to Recipient's products against any representative, agent, service provider or subcontractor of the Altria Company engaged in performing Services (an "Excess Claim").  The foregoing is contingent on the Altria Company's good faith effort to recover amounts for such losses on Recipient's behalf.  The parties acknowledge that title and risk of loss to Recipient's Products currently transfers upon delivery of such Products to Recipient's customers.  In the event that the transfer of title and risk of loss changes, the parties will revise the provision to include Recipient's customers in the list of parties that may make a claim in the definition of Excess Claim.

d.  In the event an Excess Claim is made, Recipient will indemnify the Altria Company for any liability arising from such Excess Claim, including without limitation, any amounts payable by the Altria Company to any representative, agent, service provider or subcontractor of the Altria Company engaged in performing Services.

6.  **Compensation.**  In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in the table attached hereto as Schedule 1.

7.  **Integration.**  All exhibits and schedules annexed hereto or referred to herein are hereby incorporated and made a part of this SOW as if set forth in full herein and any capitalized terms used in any exhibit or schedule to this SOW but not otherwise defined therein shall have the meaning as defined in this SOW.

8.  **Invoicing.**  The Altria Company will submit invoices for Charges in accordance with the Agreement.

9.  **Payment.**  Recipient will pay the Altria Company's invoices in accordance with the Agreement.

10. **Provider Manager.**  The Provider Manager for this SOW will be:

Theodore J. Edlich IV
Altria Client Services LLC
6601 West Broad Street
Richmond, VA  23230
tj.edlich@altria.com

11. **Recipient Manager.**  The Recipient Manager for this SOW will be:

Bob Robbins
President, JUUL Americas
JUUL Labs, Inc.
560 20th Street
San Francisco, CA 94107
bob@juul.com

2

**CONFIDENTIAL**

IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #9 as of the SOW Effective Date.

**Altria Group Distribution Company**             **JUUL Labs, Inc.**

By: _Michele Allen_                               By: _Tim Danaher_
8015A9DF54CA449...                                7E4D179EBDC54DC...

Name: Michele Allen                               Name: Tim Danaher

Title: Managing Director Customer Supply Chain    Title: CFO

3

## Schedule 1

| Service Category | Basis of Charges | Charges |
|---|---|---|
| Distribution Support | • Line haul freight<br>• Public Warehouse storage and handling in San Bernardino, CA<br>• Last mile freight to customer | • ▮▮▮ per truck plus fuel surcharges[1]<br>• ▮▮ per pallet<br>• ▮▮▮▮ (cwt) plus fuel surcharges[1] |
| Supply Chain Management | Cost of FTE's<br>• Consultation and product delivery resolution<br>• Standard Reporting: shipment and delivery confirmation, proof of delivery | ▮▮▮ per month |
| Mark up | ▮▮ | ▮▮ of Charges |

[1]Reference Excel File *JUUL Cost for San Bernardino Pilot SOW #9*

4

**CONFIDENTIAL**

5159966305

DocuSign Envelope ID: 85E826A3-0783-4FBC-AD75-5668800BC75B
Case 3:19-md-02913-WHO    Document 4393-4    Filed 03/19/25    Page 23 of 41
Confidential
Doc Owner: Dir Logistics
E541FE5B5080ACBCDDE548CA7BFE12CE.xlsx
Pilot Costs Estimates
4/26/19

## Pilot Cost Summary

Scenario: DCL Louisville, KY to San Bernardino, CA warehouse for B2B deliveries
21  B2B customers serviced: CA, AZ and NV

Assuming 36 pallets @ 800 lbs per pallet

| | UOM | Volume estimates | Cost per UOM | |
|---|---|---|---|---|
| Line haul transportation from DCL | Truck load * | 2 trucks per week | ▮▮▮ | ▮▮ |
| San Bernardino, CA Warehouse Handling Cost | Pallet | See B2B customer tab | ▮ | ▮ |
| Customer Freight from San Bernardino, CA warehouse to wholesale | cwt ** | See B2B customer tab | ▮ | |
| | per pound ** | | ▮▮ | ▮▮ |
| | | | | ▮▮ |

Avg weight per case @ 3.25
246.1538

\* Cost does not include fuel surcharge. Fuel surcharge is updated weekly according to the published EIA rates. Truckload fuel surcharge is calculated per mile. Our fuel table is attached.
\*\* Cost does not include fuel surcharge. Fuel surcharge is updated weekly according to the published EIA rates. LTL fuel surcharge is calculated as a percentage of cost. Our fuel table is attached.

CONFIDENTIAL

5159966306

Pilot Process overview



Confidential - Draft
April 15, 2019
Doc Owner: CSC Director Logistics

CONFIDENTIAL

5159966307

DocuSign Envelope ID: 85E826A3-0783-4FBC-AD75-566B800BC75B
Confidential
Doc Owner: Sr. Mgr Warehousing

E541FE5B5080ACBCDDE548CA7BFE12CE.xlsx
Initial B2B customers & volume

4/26/19





CONFIDENTIAL

Confidential
Doc Owner: Sr. Mgr Warehousing



## STATEMENT OF WORK #5

## FIXTURE AND SALES SUPPORT SERVICES

This Statement of Work #5 (this "SOW"), effective as of January 29, 2019 (the "SOW Effective Date"), by and between Altria Group Distribution Company, a Virginia corporation (the "Altria Company"), a Subsidiary of Altria Group, Inc. ("Provider"), and JUUL Labs, Inc., a Delaware corporation ("Recipient"), pursuant to the Services Agreement, dated as of December 20, 2018 (the "Agreement"), by and between Provider and Recipient. This SOW is subject to the terms and conditions of the Agreement. Any capitalized term used, but not defined, in this SOW, has the meaning given to such term in the Agreement.

1. **Term and Termination.**

   a. Term. The initial term of this SOW (the "Initial Term") will begin on the SOW Effective Date and will continue through January 4, 2021 as set forth in Schedule 2.

   b. Termination. The Term will expire automatically upon the termination or expiration of the Agreement. Any termination, reduction or suspension of the Services set forth in this SOW will be subject to the terms of Article V of the Agreement.

2. **Services.** Pursuant to this SOW, the Altria Company will provide to Recipient the Services described in the following Sections of the Agreement:

   Sections IV.A of Exhibit A (Fixture Services); and

   Sections II.B, C and E of Exhibit B (Sales Services).

3. **Cooperation.** Recipient will cooperate fully with the Altria Company in its performance of the Services, including without limitation, by timely providing all information, materials, resources, decisions, and access to personnel and facilities necessary for the proper performance of the Services by the Altria Company. Each party will be fully responsible for the performance of its obligations under this SOW. Altria Company will execute the Services for Recipient and perform its obligations under the applicable terms of both the Agreement and any applicable Innovative Tobacco Product Program agreement (either the Nu Mark Retail Program Agreement, or other such agreement between stores and Altria Company which grants Altria Company certain rights to merchandising and advertising of Innovative Tobacco Products, referred to herein collectively as "ITP Agreements"). If a Nu Mark product (such as Green Smoke or MarkTen) currently occupies ITP fixture space in a store where Recipient has paid for Fixture Services under this SOW, Altria Company will move or remove the Nu Mark products to stock Recipient's products. Following the payment of compensation for Fixture Services, Altria Company will use its best efforts to enforce the terms of any applicable ITP Agreement at Recipient's direction.

4. **Compensation.** In full and complete consideration of the Services provided under this SOW, Recipient will pay to the Altria Company the charges (the "Charges") set forth in Schedule 1. Fixture Services will be paid in accordance with the payment schedule set forth in Schedule 2. The payment schedule for all other charges are set forth in the

Agreement. Fixture Services payments to Altria Company are made in consideration of a store's performance of all requirements of the applicable plan terms of the ITP Agreements. In the event that Recipient compensates Altria Company for Fixture Services and any store declines to perform or participate, or partially performs or participates, under its ITP Program Agreement, Altria Company will provide a credit to Recipient on the same terms as Altria Company's right under the applicable ITP agreement to obtain a pro rata refund from the store.

5. **Invoicing.** The Altria Company will submit invoices for Charges in accordance with the Agreement.

6. **Payment.** Recipient will pay the Altria Company's invoices in accordance with the Agreement.

7. **Provider Manager.** The Provider Manager for this SOW will be:

   Theodore J. Edlich IV
   Altria Client Services LLC
   6601 West Broad Street
   Richmond, VA 23230
   TJ.Edlich@altria.com

8. **Recipient Manager.** The Recipient Manager for this SOW will be:

   Bob Robbins
   President, JUUL Americas
   JUUL Labs, Inc.
   560 20th Street
   San Francisco, CA 94107
   bob@juul.com

   IN WITNESS WHEREOF, the Altria Company and Recipient have executed this Statement of Work #5 as of the SOW Effective Date.

**Altria Group Distribution Company**

By: _Frederick Myers_

Name: Frederick Myers

Title: President & CEO AGDC

**JUUL Labs, Inc.**

By: _Tim Danaher_

Name: Tim Danaher

Title: CFO

2

DocuSign Envelope ID: ED5BD45E-0D77-4B99-A684-16C5C389B79B

## Schedule 1

| Service Category | Basis of Charges | Total Charges |
|---|---|---|
| Fixture Services<br><br>• 40,399 "ITP" Stores which excludes Kroger Supermarkets, but includes Speedway<br><br>• See Appendix B for Merchandising Term (Duration of ITP Agreement) by Retail Chain | ███ plus ██████████ per store for current term of the Innovative Tobacco Product Program.<br><br>See Appendix A to see how the per store payment is allocated for the average store covered by this Scope of Work. | ██████████ total cost, with goal of 100% completion by March 31, 2020. |
| Field Sales Force Services including:<br><br>• Territory Sales Managers<br><br>• Key Retail Account Services<br><br>• Field Sales Force Management | ████ plus █████████ total cost per store visit. The total number of store visits for this execution shall not exceed the total number of stores that are part of an ITP Chain, which currently stands at 40,399 stores.<br><br>This is inclusive of all labor and associated Field Sales Force Services required to perform a full reset for each store, including:<br><br>• Merchandise JUUL in Nu Mark share of merchandising space<br><br>• Install - Lit EFI components - average 4 per store<br><br>Install - Graphics (Rack Strip & Header) | ██████████ total maximum charges |
| Trade Marketing Materials for fixtures | Estimated Maximum Cost Per Store including 3% markup:  $570 (amount not to be exceeded without prior written consent of Recipient) | Estimated Maximum Total Cost: $23,027,430 (amount not to be exceeded without prior written consent of Recipient) |

3

                                                                    JLI01339891

**Total Maximum Cost per Store:** ████████

**Total Maximum Contract Cost:** ████████████

4

    JLI01339892

Schedule 2

| Payment Schedule | Date Payment to be Paid | Charges |
|---|---|---|
| 2018 | Within 30 days of signed SOW (March 1, 2019) | ████████ |
| 2019 | January 3, 2020 | ███████ |
| 2020 | January 4, 2021 | ██████ |
| **Total Charge** | | ██████ |

5

HIGHLY CONFIDENTIAL

## Appendix A

**The aggregate cost from which the per store charge was calculated was based on costs for fixtures and retail reset incentive in the proportion below.**

| | |
|---|---|
| **Fixture Assets (Procured on behalf of the Retailer and owned by the Retailer)** | ██████ |
| **Retailer Reset** | ██████ |

6

HIGHLY CONFIDENTIAL

JLI01339894

## Appendix B

| MA# | Account Name | Term of ITP Agreement |
|---|---|---|
| 27566 | Circle K Procurement and Brands Ltd. | This RUF is effective beginning October 1, 2018 and ends September 30, 2021 for all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). 90% of Stores must meet the Nu Mark ITP Merchandising Requirements detailed below by December 31, 2019. The Term of the agreement will extend for each week that this percentage is not met. |
| 13862 | 7-ELEVEN, INC. HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 13384 | COGO'S | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59669 | Mickey Mart Stores HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56916 | GUMBY'S L.L.C | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 46968 | CERTIFIED OIL CO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62057 | Coen Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58796 | SPEEDWAY L.L.C. H.Q | This RUF is effective as of January 1, 2019, and will continue through December 31, 2021. |
| 14448 | SHEETZ, INC. - ATTN PAUL CROZIER | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 10960 | Wawa, Inc. | This RUF is effective from the date of complete execution by the parties through the date that is two (2) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 26142 | EG America | This RUF is effective as of January 1, 2019, and will continue through December 31, 2021 (the "Term"). |

7

HIGHLY CONFIDENTIAL

DocuSign Envelope ID: ED5BD45E-0D77-4B99-A684-1625C389B79B

| 62871 | BP WEST COAST PRODUCTS, LLC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 68418 | CHEVRON STATIONS INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57740 | PUFFS DISCOUNT CIGARETTES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60165 | C.L.T.S. INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59909 | TOBACCO WORLD | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56320 | MURPHY OIL USA, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 28030 | CASEYS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 64382 | KUM & GO L.C. - HQ | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54563 | I-90 FUEL SERVICES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56948 | DISCOUNT TOBACCO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62848 | GPM Investments LLC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60259 | BROOKSHIRE BROTHERS, LTD. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

HIGHLY CONFIDENTIAL

JLI01339896

| 64574 | GIANT EAGLE INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
|---|---|---|
| 70410 | QUIK - WAY RETAIL ASSOCIATES II, LTD | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 16458 | QUICK CHEK | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 56301 | ROSS-LAB MARKETING, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 66412 | TOBACCO TOWN | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62143 | DISCOUNT TOBACCO OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 75401 | Horizon - Sunoco | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 60045 | VICTORY MARKETING | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58989 | Smoke-N-Go | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72868 | Axcel Management Corporation | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 47494 | QUIK TRIP CORP HQ | This RUF is effective from the date of complete execution by the parties through the date that is two (2) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62340 | WAL*MART STORES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

HIGHLY CONFIDENTIAL    JLI01339897

DocuSign Envelope ID: ED5BD45E-0D77-4B99-A68A-1925C389B79B

| 70229 | Vintners - Total | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72605 | Brookwood Gas & Convenience d/b/a Yesway | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 73062 | CST- Erickson Freedom & SSG Auto Stop | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 51787 | CONDON OIL CO | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 72388 | REW Inc. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50906 | GRAHAM ENTERPRISE, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 12204 | JR. Food Stores | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 61649 | SAVER GROUP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 62107 | SMOKERS HOST | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57111 | COLLETT ENTERPRISES, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65612 | RMD RETAIL | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 45721 | Newcomb Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

HIGHLY CONFIDENTIAL

JLI01339898

| 63704 | KWIK TRIP, INC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
|---|---|---|
| 66126 | SMOKESHACK | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65100 | PILOT CORPORATION | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 35998 | RACETRAC PETROLEUM | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 40794 | HYVEE, INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54144 | TOBACCO SUPERSTORE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54303 | FAST LANE DISCOUNT TOBACCO LTD. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 54375 | First Coast Energy | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 55270 | DISCOUNT TOBACCO OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 49902 | Verc | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 42805 | ENMARK STATIONS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57693 | Smokin Joe's Outlet | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

HIGHLY CONFIDENTIAL                                                                JLI01339899

| 15512 | ROYAL FARMS STORES | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
|---|---|---|
| 61539 | SAMPSON BLADEN OIL COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 65305 | QUALITY OIL COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59211 | TOBACCO ROAD OUTLET | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 47008 | MIRABITO FUEL GROUP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58659 | SMOKES 4 LESS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 36696 | DISCOUNT DRUG MART | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58768 | SMOKER FRIENDLY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 59544 | SHANE SMITH ENTERPRISE INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50561 | UNITED PACIFIC | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57045 | H. E. BUTT GROCERY COMPANY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 38074 | LITTLE GENERAL STORE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

HIGHLY CONFIDENTIAL

JLI01339900

DocuSign Envelope ID: ED5B945E-0D77-4B99-A68A-1925DC389B79B

| 55260 | CIGARETTE EXPRESS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
|---|---|---|
| 11856 | UNITED DAIRY FARMER | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 16820 | PLAID PANTRY | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 45488 | THE SPINX CO., INC. | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 41670 | MEIJER GAS | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 25760 | E-Z MART | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 26862 | Country Fair | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 58674 | FORWARD CORP | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 64245 | Sunrise Stores | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 68390 | Ware Brands, Inc. DBA JB Hawks | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 50841 | Western Oil | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |
| 57618 | CHICKASAW NATION DIV. OF COMMERCE | This RUF is effective from the date of complete execution by the parties through the date that is three (3) years after initial satisfaction by all of Retailer's Stores of the Nu Mark ITP Merchandising Requirements set forth below (the "Term"). |

13

HIGHLY CONFIDENTIAL

JLI01339901

| | | |
|---|---|---|
| | | |

HIGHLY CONFIDENTIAL                                                    JLI01339902