# Exhibit 1
# 3505-2

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   ------------------------------x
     IN RE:  JUUL LABS, INC.,      )
 5   MARKETING, SALES PRACTICES,   )
     AND PRODUCTS LIABILITY        )
 6   LITIGATION                    )
                                   )
 7   This Document Relates to      )
                                   )
 8   Clark Fish                    )
                                   )
 9           vs.                   ) Case No.
                                   )
10   JUUL LABS, INC., et al.,      ) 19-md-2913-WHO
     Case No. 3:20-cv-05653        )
11                                 )
     ------------------------------x
12

13

14      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

15                  MEGHAN WALLACE

16           Tuesday, September 28, 2021

17

18

19

20

21

22

23   Reported By:

24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25   Job No. 200199
```

Page 78

1        Q    BY MS. KRISTOVICH:  Ms. Wallace, do you
2   know how much SFUSD spends for staff resources for
3   on-campus vaping or tobacco education?
4        A    No.
5        Q    Do you know how much SFUSD spends on
6   resources for community and parent education?
7        A    No.
8        Q    Do you know how much the district spends
9   on developing prevention curriculum?
10       A    No.
11       Q    Do you know how much the district spends
12  on addiction counseling or treatment?
13       A    No.
14       Q    Do you know how much the district spends
15  on student discipline or legal proceedings?
16       A    No.
17       Q    On that note, if students were suspended
18  for vaping that would affect the average daily
19  attendance, correct?
20       A    Yes.
21       Q    And if the average daily attendance goes
22  down the funding that SFUSD receives from the state
23  goes down as well, correct?
24       A    Yes.
25       Q    Are you aware of any policy or push to

1  use e-cigarettes or vape use JUUL devices as
2  opposed to another device?
3      A   No, I don't.
4      Q   Do you know how much if any money SFUSD
5  has spent on JUUL pod cleanup or disposal?
6      A   No, I don't.
7      Q   Are you aware if there are any contracts
8  between SFUSD and JUUL Labs?
9      A   No, I'm not.
10     Q   In other words, in the procurement
11 division of your office are you aware of any
12 contracts that the procurement division has signed
13 with JLI?
14     A   I'm not aware of them if there are any.
15     Q   Are you aware -- okay.
16         Are you aware of any JUUL-sponsored
17 programs on campus?
18     A   No, I'm not.
19     Q   Are you aware of any JUUL ads that have
20 run or been shown on any SFUSD campus?
21     A   No.
22     Q   Are you aware of a JUUL representative
23 ever visiting any SFUSD school campus?
24     A   No.
25     Q   Are you aware of any JUUL devices or pods

Page 108

1        But to be clear, no one from SFDS has ever
2   approached you and said hey, we really need to --
3   we really need more money because we need it for
4   anti-vaping or anti-tobacco education, correct?
5            MR. DOUGLAS:  Object to form.
6            THE WITNESS:  Correct.
7            MS. KRISTOVICH:  Okay.  Let's take a quick
8   break, Ms. Wallace, and then I think I will have a
9   few more documents and then we may be able to wrap
10  up at least from the JLI perspective.
11           Daryl, ten minutes?
12           MR. DOUGLAS:  Okay.
13           THE VIDEOGRAPHER:  Off the record.  The
14  time is 12:17.
15           (Recess taken)
16           THE VIDEOGRAPHER:  Back on the record.
17  The time is 12:27.
18           (Wallace Exhibit 5, COVID-19 Operations
19  Written Report and Recommended Budget For Fiscal
20  Year 2020-2021, Bates Nos. SFUSD_001342 to
21  SFUSD_001397, marked for identification, as of this
22  date.)
23  BY MS. KRISTOVICH:
24       Q   Welcome back, Ms. Wallace.
25           If you could take a look at what I have

1            MS. KRISTOVICH:  Okay.  That is all that I
2    have, Ms. Wallace.  There may be counsel for Altria
3    or others who have questions for you but that's all
4    that I have.
5            Mr. Omorogieva?
6            MR. OMOROGIEVA:  Ms. Wallace, how are you
7    doing?
8            THE WITNESS:  I'm doing well.  Thank you.
9            MR. OMOROGIEVA:  Are you ready to get
10   started?
11           THE WITNESS:  Yes.
12
13   EXAMINATION
14   BY MR. OMOROGIEVA:
15       Q   Do you know what Altria is?
16       A   No, I don't.
17       Q   Are you aware of the relief SFUSD is
18   seeking against Altria in this lawsuit?
19       A   I'm sorry, could you restate the question?
20       Q   Are you aware of the relief that the
21   school district is seeking against Altria in this
22   lawsuit?
23       A   I'm not familiar with it.
24       Q   Are you aware of any specific school
25   district's tobacco education or prevention

Page 146

1    programming for acts specifically done by Altria?
2         A    No, I'm not.
3         Q    Are you aware of SFUSD budgeting for any
4    acts specifically done by Altria?
5         A    No.
6         Q    Are you aware of any JUUL advertising or
7    marketing done by Altria in SFUSD?
8         A    No.
9         Q    You are aware of the school district's
10   allegations against Altria in this lawsuit?
11        A    No.
12        Q    Are you aware of who Philip Morris is?
13        A    Yes.
14        Q    What's your understanding about who Philip
15   Morris is?
16        A    Just that it is a big company and probably
17   has affiliates.
18        Q    Are you aware of the school district's
19   allegations against Philip Morris in this lawsuit?
20        A    No, I'm not.
21        Q    Do you know if it is illegal for people
22   under the age of 21 to purchase tobacco products in
23   California?
24        A    No.
25        Q    During your time with the school district

Page 147

1  are you aware of students receiving emails,
2  mailings or texts from Altria about JUUL products?
3       A    No.
4       Q    Are you aware of students in the school
5  district receiving emails, mailings or texts from
6  Philip Morris about JUUL products?
7       A    No.
8       Q    Are you aware of students in the school
9  district visiting Altria's website?
10      A    No.
11      Q    Are you aware of students in the school
12 district visiting the Philip Morris website?
13      A    No.
14      Q    During your time at the school district
15 are you aware of students seeing JUUL
16 advertisements or marketing on cigarette packages?
17      A    No, I'm not.
18      Q    Are you aware of SFUSD students seeing any
19 advertisements from Altria?
20      A    No, I'm not.
21      Q    Are you aware of SFUSD students purchasing
22 JUUL products from a store that receives services
23 fromAltria?
24      A    No.
25      Q    Are you aware of any Altria marketing for

Page 148

1  JUUL products targeted to minors?
2     A  No.
3     Q  Are you aware of any specific SFUSD
4  student who was misled by Altria about the effects
5  of JUUL products?
6     A  No.
7     Q  Are you aware of SFUSD employees receiving
8  communications directly from Altria?
9     A  No.
10    Q  Have you ever communicated with an
11 employee or agent of Altria?
12    A  No.
13    Q  Are you aware of SFUSD employees receiving
14 communications directly from Philip Morris?
15    A  No.
16    Q  Are you aware of Altria providing any
17 services to retailer stores in the school district?
18    A  No.
19       MR. OMOROGIEVA:  That's all I have for
20 you, Ms. Wallace.  Thank you.
21       THE WITNESS:  Thank you.
22       MR. DOUGLAS:  I have no questions.
23       THE VIDEOGRAPHER:  Anything further from
24 any other counsel?
25       MS. KRISTOVICH:  Nothing from me.