Exhibit 2
3405-3

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5

 6  IN RE: JUUL LABS, INC., MARKETING,
    SALES PRACTICES, AND PRODUCTS         Case No.
 7  LIABILITY LITIGATION                  19-MD-02913-WHO

 8  _____

 9

10

11

12         VIDEO-RECORDED 30(B)(6) DEPOSITION OF

13         SAN FRANCISCO UNIFIED SCHOOL DISTRICT

14         REGARDING COMMUNICATION AND AWARENESS

15         THROUGH ITS DESIGNEE QUARRY PAK

16                (Via videoconference)

17              Thursday, May 27, 2021

18

19

20

21

22

23

24  REPORTED BY:
    CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25  JOB NO. 192989
```

Page 128

1  little bit, I'm just going to refer to all five
2  of those collectively at the "Altria
3  defendants."  If I need to be more specific,
4  I'll identify a particular defendant.
5          Does that make sense?
6      A.  Yes.
7      Q.  Thank you.
8          One other thing, again, just to sort of
9  speed things up a little bit.  If I am referring
10 to "the district" or "your district," I'm
11 referring to San Francisco Unified School
12 District.
13         Does that make sense?
14     A.  Yes.
15     Q.  Very good.
16         Are you aware of any action by the
17 Altria defendants with respect to JUUL that
18 increased underage vapor use at schools within
19 the District?
20     A.  What do you mean by "action" or
21 "increased"?  Like, I wouldn't know any details
22 on that.
23     Q.  Do you contend that the Altria
24 defendants did anything that increased underage
25 vapor use at the schools within the district?

1      A.   I don't have any knowledge of that, no.
2      Q.   Do you know whether the Altria
3 defendants provided any services to retail
4 locations within the District?
5      A.   I don't know that.
6      Q.   To your knowledge, did the Altria
7 defendants provide shelf space at any location
8 within the district?
9      A.   I do not know that.
10     Q.   To your knowledge, did the Altria
11 defendants ever provide advertisements for JUUL
12 products within the District?
13     A.   We don't have JUUL advertisements
14 within our School District.
15     Q.   Do you know whether the Altria
16 defendants ever provided any JUUL advertisements
17 within the geographical area covered by the
18 District?
19     A.   I wouldn't know that information.
20     Q.   Does the District have any knowledge
21 that the Altria defendants provided any shelf
22 space in San Francisco?
23     A.   I wouldn't know that information
24 either.
25     Q.   Does the District have any knowledge

Page 130

1  that the Altria defendants provided any retail
2  services within San Francisco?
3      A.  I wouldn't know that.
4      Q.  And when you say you wouldn't know
5  that, do you understand you're testifying on
6  behalf of the San Francisco Unified School
7  District?
8      A.  Yes.  We wouldn't know that.
9      Q.  Okay.  Thank you.  Just wanted to
10 clarify.
11     A.  Yes.
12     Q.  To your knowledge, did the Altria
13 defendants ever market JUUL products to minors?
14     A.  I'm not sure when Altria bought Juul,
15 but we were aware of that.  And so they're one
16 and the same at some point.  So I'm not sure
17 what the specifics are.
18     Q.  Okay.  Well, my question was a little
19 more specific.  And I'm asking whether the
20 Altria defendants ever did anything to market
21 JUUL products to minors?
22     A.  I wouldn't know that.
23     Q.  To your knowledge, did any student
24 enrolled at a school within the District ever
25 receive an advertisement in the mail from the

Page 133

1    Q.  To your knowledge, did the Altria
2  defendants take any action to assist JUUL?
3    A.  I don't have that knowledge.
4    Q.  To your knowledge, did the Altria
5  defendants provide any assistance to JUUL that
6  resulted in underage vapor use?
7    A.  I don't know that.
8    Q.  Has the District received any feedback
9  from parents about how it approached the
10 increase in vapor use at schools within the
11 district?
12   A.  No.
13   Q.  Has the District received any criticism
14 from parents about how it handled underage vapor
15 use at schools within the District?
16   A.  No, just a lot of questions.
17   Q.  And what kinds of questions do you
18 recall receiving from parents?
19   A.  Just that they don't know what these
20 items were or how to talk to their kids about
21 them.  They didn't even know if their kids were
22 using them.
23   Q.  Do you recall --
24   A.  So it was just more health education
25 type -- like, what should I look for.