# Exhibit 5
# 3505-6

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                     ---oOo---

 4

 5

 6

 7  IN RE:

 8  JUUL LABS, INC.,                   No. 19-MD-02913-WHO
    MARKETING, SALES PRACTICES,
 9  AND PRODUCTS LIABILITY LITIGATION,
    _____/
10

11

12

13      REMOTE VIDEOTAPED DEPOSITION OF DACOTAH SWETT

14                  PACIFIC, CALIFORNIA

15              TUESDAY, SEPTEMBER 21, 2021

16

17

18

19

20

21  Stenographically Reported by:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

23  California CSR No. 9830

24  Job No. 199844

25
```

Page 97

```
 1            Have you reviewed the complaint in this case?
 2      A     No.
 3      Q     Do you know what Altria is?
 4      A     Could you say it again.
 5      Q     Sure.  Do you know what Altria is?
 6      A     No.
 7      Q     Are you aware of the relief SFUSD is seeking
 8   against Altria in this lawsuit?
 9      A     No.
10      Q     Are you aware of any specific school district
11   tobacco education or prevention programming for acts
12   specifically done by Altria?
13      A     No.
14      Q     Are you aware of the school district's
15   allegations against Altria in this lawsuit?
16      A     No.
17      Q     Are you aware of who Philip Morris is?
18      A     I'm aware that was a company.
19      Q     Okay.  Are you aware of the school district's
20   allegations against Philip Morris in this lawsuit?
21      A     No.
22      Q     Do you know if it's illegal for people under
23   the age of 21 to purchase tobacco products in
24   California?
25      A     Do I know if it's illegal?
```

Page 98

1    Q    Sure.  Do you know if it's illegal for people
2  under the age of 21 to purchase tobacco products?
3    A    I believe it is.
4    Q    Okay.  And during your time with the school
5  district, were you aware of students receiving e-mails
6  from Altria about JUUL products?
7    A    To their home address -- their home e-mail or
8  their district e-mail?
9    Q    All e-mails.
10   A    I -- I guess I would say no, I -- I don't.  I
11  didn't know that.
12   Q    So --
13   A    I don't know that.
14   Q    And are you aware of students in the school
15  district receiving any e-mails from Altria at all?
16   A    No, I don't.
17   Q    Are you aware of students in the school
18  district receiving text messages from Altria?
19   A    No.
20   Q    Are you aware of students in the school
21  district signing up for Altria e-mail lists?
22   A    No.
23   Q    Are you aware of students in the school
24  district signing up for Philip Morris e-mail lists?
25   A    No.

Page 99

1    Q    Are you aware of students in the school
2    district receiving mailings from Altria about JUUL
3    products?
4    A    No.
5    Q    Are you aware of students in the school
6    district receiving any mail from Altria?
7    A    No.
8    Q    Are you aware of students in the school
9    district visiting Altria's website?
10   A    No.
11   Q    Are you aware of students in the school
12   district visiting the Philip Morris website?
13   A    No.
14   Q    And during your time with the school
15   district, were you aware of students seeing JUUL
16   advertisements or marketing on packages of cigarettes?
17   A    I don't have any direct knowledge of that.
18   Q    Sure.
19        Are you aware of students in the school
20   district seeing any advertisements from Altria?
21   A    No.
22   Q    Are you aware of students in the school
23   district purchasing JUUL products from a store that
24   received services from Altria?
25   A    No.

Page 100

1    Q    And are you aware of any Altria marketing for
2    JUUL products targeted to minors?
3    A    No.
4    Q    Are you aware of any specific student in the
5    school district who was misled by Altria about the
6    effects of JUUL products?
7    A    No.
8    Q    Are you aware of any employees in the school
9    district receiving communications directly from
10   Altria?
11   A    No.
12   Q    Have you ever communicated with any Altria
13   employees or agents?
14   A    Not to my knowledge.
15   Q    Are you aware of employees in the school
16   district receiving communications directly from Philip
17   Morris?
18   A    No.
19   Q    And are you aware of Altria providing any
20   services to retail stores in the school district?
21   A    No.
22        MR. OMOROGIEVA:  That's all I have for you.
23   Thank you.
24        THE WITNESS:  You're welcome.
25        MR. CUTLER:  No questions from me.