# Exhibit 14
# 3505-15

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                       ---oOo---

 4   IN RE: JUUL LABS, INC., MARKETING,:
     SALES PRACTICES, AND PRODUCTS    : No.
 5   LIABILITY LITIGATION             : 19-MD-02913-WHO
     _____ :
 6

 7

 8              REMOTE VIDEO-RECORDED

 9             DEPOSITION OF QUARRY PAK

10                      Volume I

11                  October 7, 2021

12

13

14

15

16

17

18

19

20   Job No. 200253

21   Stenographically reported by:
     LAURA AXELSEN, CSR NO. 6173
22        RMR, CCRR, CRR, CRC

23

24

25
```

Page 109

```
1        Q.  That's not necessary.  The question was are
2   they funded by the PEEF fund and you answered that
3   no some time ago.
4        A.  No, those funds go for the site nurses at
5   school sites.
6        Q.  Okay.  And so you mentioned that --
7        A.  I was answering the central nurses funding.
8   I thought you asked that.  I was mistaken.
9        Q.  Okay.  So, ma'am, what types of training
10  does the TUPE program fund?
11       A.  We're required to provide teacher training
12  on the curriculum that addresses tobacco use and
13  prevention education for middle and high school
14  students.  We also are responsible for training
15  providers on brief intervention services,
16  school-based providers, and our community partners.
17  And we're also required to train our youth outreach
18  workers and peer educators.
19            And we're also, uhm, tasked to reviewing
20  tobacco-free policies to make sure that the schools
21  are aware that these are the policies, provide them
22  signage, and also the discipline policies as it
23  relates to tobacco.
24       Q.  And are there any staff resources dedicated
25  to student education on tobacco products besides
```

Page 110

1  those funded by the TUPE grant?
2          MR. DOUGLAS:  Object to form.
3          THE WITNESS:  Not that I'm aware of.
4          MR. OSBORNE:  Q.  Okay.  Are there any
5  other staff resources dedicated toward tobacco
6  education for families besides those funded by the
7  TUPE grant?
8      A.  Not that I'm aware of.
9      Q.  Just so I'm clear, when you say not that
10 you're aware of, you're testifying on behalf of the
11 District, correct?
12     A.  Yes, yes.
13     Q.  And, ma'am, are there any other staff
14 resources that are used on tobacco education for
15 parents and teachers beyond the resources funded by
16 the TUPE grant?
17     A.  The resources that we have are the
18 student's peer education -- uhm, students are
19 trained -- the resources that are funded by PEEF and
20 the other sources and nurses and the social workers,
21 they are part of our support system and provide
22 education support.  So they're not funded by the
23 TUPE grant, so they provide that.  And the teachers
24 and administrators and counselors are involved.
25         So, I mean, it's the responsibility of