# Exhibit 15
# 3505-16

Page 254

1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                        ---oOo---

4    IN RE: JUUL LABS, INC., MARKETING,:
     SALES PRACTICES, AND PRODUCTS    : No.
5    LIABILITY LITIGATION             : 19-MD-02913-WHO
     _____:

6

7

8                  REMOTE VIDEO-RECORDED

9            DEPOSITION OF QUARRY PAK 30(b)(6)

10                      Volume II

11                   October 15, 2021

12

13

14

15

16

17

18

19

20

21

22   Job No. 200907

23   Stenographically reported by:
     LAURA AXELSEN, CSR NO. 6173
24      RMR, CCRR, CRR, CRC

25

1  supervision for the health and safety of our

2  students.  The particular line items that do pertain

3  to the underage use of ENDS products were the

4  tobacco grants that we receive that go towards

5  staffing and programs and resources to provide

6  training and, uhm, supplies, like, pamphlets -- I

7  mean, I don't know if we order pamphlets anymore,

8  but pamphlets of any materials, posters, et cetera,

9  to have educational use in the schools.

10      Q.  Did the tobacco program budgets identify

11  line items that distinguish between ENDS products

12  and other types of tobacco products?

13      A.  No, it's all inclusive of tobacco products

14  including ENDS and nicotine.

15      Q.  And combustible cigarettes?

16      A.  Yes.

17      Q.  The next topic is the time and resources

18  you have expended to address underage use of tobacco

19  products, alcohol, cannabis, and illegal drugs.

20  You've already talked about tobacco products.  Am I

21  correct that the time and resources you have

22  expended to address underage use of tobacco products

23  would be reflected in the tobacco education grant

24  budgets?

25      A.  Yes, and in addition to the School District

1      Q.  Okay.  And has the District ever

2 received -- or strike that.

3           Has the District ever requested funds

4 through the California Department of Justice's

5 Tobacco Grant Program?

6      A.  Our San Francisco Department of Public

7 Health has applied and received these grants for the

8 activities that are described below.  We have joined

9 as a sub-grantee as of this year.

10     Q.  As of 2021?

11     A.  I believe so, yes.

12     Q.  Has the -- has the District ever applied

13 for its own grant through the California Department

14 of Justice Tobacco Grant Program?

15          MR. DOUGLAS:  Object to form.

16          THE WITNESS:  No, we have not.  We have

17 partnered with the Department of Public Health, who

18 is the San Francisco grantee currently.

19          MR. OSBORNE:   Q.  Prior to this year, has

20 the District partnered with the Department of Public

21 Health?

22     A.  We have an ongoing partnership with the

23 Department of Public Health.

24     Q.  Ma'am, has -- prior to 2021, has the

25 District partnered with the San Francisco Department

1  funding for this time period.

2      Q.  And would the District agree that the 4.2

3  million dollars that Los Angeles Unified School

4  District received from the California Department of

5  Justice in 2017-2018 grant program was significantly

6  greater that the entire budget for the TUPE program

7  in the District for the same year?

8          MR. DOUGLAS:  Object to form.

9          THE WITNESS:  Of course.  Los Angeles

10  County has over 15 million people and San Francisco

11  County is much smaller.  So any grant Los Angeles

12  receives is always so much bigger than any -- if you

13  can compare the San Francisco amount, 1.8, to the

14  amount that Los Angeles received -- and if you

15  notice Los Angeles County Department of Public

16  Health did not receive any funds that I can see.

17          So I just really want to caution you

18  comparing Los Angeles to San Francisco.  A lot of

19  people don't like that.  L.A. people and San

20  Francisco people don't like that, especially after

21  last night.

22          MR. OSBORNE:   Q.  Ma'am, ma'am, so --

23      A.  At the same time --

24      Q.  So Los Angeles Unified School District

25  applied and received 4.2 million dollars for this

1        A.  Signage in particular, yes.

2        Q.  All right.  All right.  City of Chino Hills

3   received $95,818.  It says that it's -- in the

4   second clause of its -- so summary of award it

5   states it will conduct a tobacco law education

6   campaign for retailers and make educational

7   presentations in schools.  Does the District conduct

8   educational presentations in schools?

9        A.  Yes.

10       Q.  Would additional funding be helpful to make

11  more educational presentations in District schools?

12            MR. DOUGLAS:  Object to form.

13            THE WITNESS:  Yes, and we partner with the

14  Department of Public Health to do so.

15            MR. OSBORNE:  Q.  And does the District

16  need additional funding with respect to making

17  educational presentations in school?

18       A.  Yes, we need additional funding for all

19  functions of the School District.

20       Q.  So if you need additional funding, why did

21  you not apply for funding from the tobacco grant

22  program from the California Department of Justice?

23            MR. DOUGLAS:  Object to form.  And now

24  we've --

25            THE WITNESS:  I've answered this question

```
 1   before.
 2              MR. OSBORNE:  Mr. Douglas, are you
 3   instructing the witness not to answer?
 4              MR. DOUGLAS:  No, I'm asking you to quit
 5   asking the same question over and over.
 6              MR. OSBORNE:  Thanks.  Ms. Pak, would you
 7   please answer the question.
 8              THE WITNESS:  I stated earlier we did not
 9   apply due to the lack -- we don't -- our scope of
10   work is not to work with retailers.  And we don't
11   purchase vaping devices, and we don't fund police
12   officers.  And that was our knowledge at the time.
13              MR. OSBORNE:   Q.  But you do make
14   educational presentations in schools, right?
15              MR. DOUGLAS:  Object to form.
16              THE WITNESS:  Yes, we do make educational
17   presentations in schools.
18              MR. OSBORNE:   Q.  So why did the District
19   not apply for funds to make educational
20   presentations in schools through the California DOJ
21   funding program?
22        A.  We did not see that the items that were
23   suggested by the Department of Public Health to
24   apply for this grant were worthwhile or relevant to
25   our scope of work.  I stated this earlier, from our
```

1  knowledge of before and the knowledge of what other

2  counties were doing.  It's not our role to enforce

3  the tobacco policies in San Francisco with the

4  retailers.  We leave that to the Department of

5  Public Health.  And so the education campaign for

6  the retailers and the schools, that was a newer

7  addition to the program that we did not -- we were

8  not aware of at the time.

9      Q.  The e-mail that I -- we talked about before

10  was from 2019 --

11      A.  Yes.

12      Q.  This grant award chart is from 2017 and

13  2018.

14      A.  Yeah, we were not aware of this at the

15  time.

16      Q.  Okay.

17      A.  I believe the grant started in 2017 as

18  stated in the website and everything like that.  So

19  this was a new grant at this time.  This is the

20  first round of grantees.

21      Q.  Right.  And your testimony on behalf of the

22  District is the District wasn't aware of the

23  available uses of funding in 2017 and '18; is that

24  right?

25      A.  I do not recall.  I don't think that we

1    were aware.  We might have become aware of it in the

2    Fall of 2018 at a, uhm, California Department of

3    Education Tobacco Use Prevention Education

4    coordinators meeting.

5              MR. OSBORNE:  Okay.  Ms. Diamond, could we

6    please go to, uhm, the next exhibit, Exhibit 22.

7              (EXHIBIT 22 WAS MARKED FOR IDENTIFICATION.)

8              THE WITNESS:  I have to say we were not

9    invited by the Department of Public Health to apply

10   in 2017 with them.

11             MR. OSBORNE:  Q.  So you make that point,

12   but couldn't the District have applied on its own in

13   2017?

14        A.  We were not aware of this program, that I

15   know of.

16        Q.  I need to clarify when you say "that you

17   know of," are you talking about your own personal

18   knowledge or the District's knowledge?

19        A.  The District's knowledge.

20        Q.  Okay.  Exhibit 22 is the California

21   Department of Justice Tobacco Grant Program 2018 to

22   2019 list of applicants, awards, and summaries of

23   awards.  And am I correct that the District did not

24   apply for a grant in this grant cycle either?

25        A.  We did not.

1      Q.   Okay.   So Butte County Office of Education

2   was awarded 1,638 -- $1,638,459.   Do you see that?

3      A.   Yes.

4      Q.   And they applied their funds toward

5   increasing awareness of tobacco and emerging

6   products.   Is that a use of funds that would have

7   been beneficial to the District in the 2018-2019

8   school year?

9           MR. DOUGLAS:   Object to form.

10          THE WITNESS:   Uhm, I need to take a break.

11   There's someone knocking on the door.   Sorry.   Hold

12   on.

13          MR. OSBORNE:   Go off the record again.

14          VIDEOGRAPHER:   We are off the record at

15   2:00 p.m.

16          (The deposition was in recess from 2:00 to

17          2:04.)

18          VIDEOGRAPHER:   We are on the record at

19   2:04 p.m.

20          MR. OSBORNE:   Ms. Axelsen, could you please

21   read back the last question?

22          (Record read by the reporter:

23          "QUESTION:   And they applied their funds

24          toward increasing awareness of tobacco and

25          emerging products.   Is that a use of funds

1          that would have been beneficial to the

2          District in the 2018-2019 school year?")

3              MR. DOUGLAS:  Object to form.

4              THE WITNESS:  Districts that would, like,

5    do that -- any additional resources is beneficial,

6    yes.

7              MR. OSBORNE:   Q.  Okay.  And the award for

8    Butte was approximately 1.6 million.  Would an

9    additional 1.6 million in funding have been

10   beneficial for the District in 2018-2019 school

11   year?

12             MR. DOUGLAS:  Object to form.

13             THE WITNESS:  Yes.

14             MR. OSBORNE:   Q.  The Chico Unified School

15   District applied and received approximately

16   $1.2 million.  Do you see that?

17     A.  Yes.

18     Q.  And among their uses of the funds were

19   increasing campus supervision.  Would increasing

20   campus supervision have been beneficial to the

21   District in its efforts to respond to underage

22   vaping in 2018-2019?

23             MR. DOUGLAS:  Object to form.

24             THE WITNESS:  Can you repeat the question?

25   I'm sorry.

1           MR. OSBORNE:   Q.  Would increasing campus

2   supervision have been beneficial to the District as

3   it responded to underage vaping on campus during the

4   2018-2019 school year?

5           MR. DOUGLAS:  Object to form.

6           THE WITNESS:  Yes.

7           MR. OSBORNE:   Q.  The next -- later in the

8   same summary of award it states, "Providing monthly

9   trainings on tobacco-related issues to sworn

10  personnel, staff, students, and parents."

11          We understand the District's position on

12  sworn law enforcement on campus.  Would providing

13  monthly trainings on tobacco-related issues to staff

14  been a beneficial use of additional resorts in

15  District during the 2018-2019 school year?

16          MR. DOUGLAS:  Object to form.

17          THE WITNESS:  Yes.

18          MR. OSBORNE:  Would providing monthly

19  trainings on tobacco-related issues to students and

20  parents been a beneficial use of additional

21  resources during the 2018-2019 school year?

22          MR. DOUGLAS:  Object to form.

23          THE WITNESS:  Yes.

24          MR. OSBORNE:   Q.  The Oroville City

25  Elementary School District received $424,240.  Do

1  you see that?

2      A.  Yes.

3      Q.  Would an additional $424,240 been a

4  beneficial increase in the funding for the District

5  in the 2018-2019 school year as it relates to

6  underage use of vapor products?

7          MR. DOUGLAS:  Object to form.

8          THE WITNESS:  Yes.

9          MR. OSBORNE:  Q.  And the Oroville City

10  Elementary School District in part implemented a

11  tobacco prevention program for 4th through 8th

12  grade students.  Would that have been a beneficial

13  use of resources for the District in the 2018-2019

14  school year?

15          MR. DOUGLAS:  Object to form.

16          THE WITNESS:  Yes.

17          MR. OSBORNE:  Q.  The Central Unified

18  School District received $728,268.  Do you see that?

19      A.  Yes.

20      Q.  And one of the uses of their award was to

21  conduct staff and parent training to improve the

22  ability to recognize newer models of e-cigarette and

23  vaping devices.  Do you see that?

24      A.  Yes.

25      Q.  Would conducting staff and parent training

1    to improve the ability to recognize newer models of

2    the e-cigarette and vaping devices been a beneficial

3    use of additional resources by the District during

4    the 2018-2019 school year?

5              MR. DOUGLAS:  Object to form.

6              THE WITNESS:  Yes.

7              MR. OSBORNE:   Q.   The City of Eureka

8    Community Services Department received $281,195.  Do

9    you see that?

10        A.  Yes.

11        Q.  And one of the -- the summaries of their

12   award says, "Produce a quality grade educational

13   T.V. campaign and create a new educational poster to

14   be featured throughout the city focusing on health

15   and how to identify and report violations."

16              Would producing a quality-grade educational

17   T.V. campaign have been beneficial use of additional

18   resources in the District during the 2018-2019

19   school year?

20              MR. DOUGLAS:  Object to form.

21              THE WITNESS:  I'm not sure.  I don't know

22   enough about this educational T.V. campaign.

23              MR. OSBORNE:   Q.  Does the District have

24   any T.V. campaigns as it relates to tobacco products

25   or ENDS usage in the District?

1        A.   We do not.

2        Q.   Has the District ever considered having

3   one?

4        A.   No, I think the T.V. campaign -- I'm not

5   sure how effective it would be.  The District does

6   not know how effective that would be to reach the

7   community or our students.  We did have a television

8   program during distance learning.  So I think that

9   was when we determined that T.V. media -- it was a

10  YouTube channel and public television show -- would

11  be effective during distance learning.  But we

12  don't -- we don't know about the quality of or the

13  effectiveness of that in particular.

14        So I can't speak to that because we don't

15  have experience doing that other than during

16  business learning and having instruction for younger

17  grades.  So the objective for the distance learning

18  T.V. program was really for, like, kindergarten to

19  second grade focus.  So that's why I'm like -- I'm

20  not sure because obviously K to 2 is a different

21  content.  Uhm, it's very, like, colors and, like,

22  you know, basic education because they can't do,

23  like, computer stuff.  And they won't, you know,

24  necessarily have cell phones and things like that.

25  So social media wouldn't apply to them.

1            So that's why we have a T.V. campaign so we

2    use a -- like, different modes to reach different

3    age groups.

4        Q.  Okay.  Ms. Diamond, could you jump down to

5    page 9 of this exhibit.  The Solano County Office of

6    Education received approximately $1.2 million.  Do

7    you see that?

8        A.  Yes.

9        Q.  And one of the summaries of their awards

10   states, "In addition, the Office of Education will

11   provide tobacco cessation, intervention, and support

12   services for students to quit smoking and install

13   signage at schools and youth-centered events."

14           I want to break that apart a bit.  Would

15   providing tobacco cessation, intervention, and

16   support services be a beneficial use of funding in

17   the District in 2018-2019?  Should it -- would it

18   have been able to get -- should the District have

19   been able to get increased funding?  Would providing

20   tobacco cessation, intervention, and support

21   services for students to quit smoking have been a

22   beneficial use of those funds in the District in the

23   2018-2019 school year?

24           MR. DOUGLAS:  Object to form.

25           THE WITNESS:  Yes.