# Exhibit 16
# 3505-17

Page 462

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  JUUL LABS, INC.,            )
MARKETING, SALES PRACTICES, AND     )
PRODUCTS LIABILITY LITIGATION       )
                                    )
                                    ) Case No. 19-MD-02913-WHO
                                    )
                                    )
                                    )  Volume III
                                    )
                                    )
                                    ) Pages 462 - 506
                                    )
                                    )
                                    )
                                    )
_____)

REMOTE VIDEOCONFERENCED VIDEOTAPED DEPOSITION OF QUARRY PAK,

30(B)(6) witness for SAN FRANCISCO

UNIFIED SCHOOL DISTRICT

Remotely in San Francisco, California

Tuesday, December 21, 2021

Reported by:
ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
JOB NO. 203861

Page 502

1  you're assistant principal or principal, it's part
2  of your job to like enforce and implement and
3  intervene.
4     Q.   So just to clarify, the District -- for
5  the reasons you said, the District is not able to
6  identify specific costs associated with the
7  mitigation efforts --
8     A.   Not at this time.
9     Q.   -- separate and apart from the state
10 Department of Health funding?
11    A.   Not at this time.
12         MR. OSBORNE:  So if we could take a break
13 now and go into breakout rooms, maybe take 15
14 minutes, and we'll be back.
15         THE WITNESS:  Sure.
16         THE VIDEOGRAPHER:  Off the record.  The
17 time is 10:04.
18         (Recess.)
19         THE VIDEOGRAPHER:  Back on the record.
20 The time is 10:22.
21         MR. OSBORNE:  Thank you, Ms. Pak, for your
22 time this morning.  That completes my examination
23 for the 30(b)(6) as it relates to relief.  And my
24 understanding is that Ms. Gordon does not have
25 questions at this time.