# Exhibit 17
# 3505-18

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5

 6   IN RE: JUUL LABS, INC., MARKETING,
     SALES PRACTICES, AND PRODUCTS       Case No.
 7   LIABILITY LITIGATION                19-MD-02913-WHO

 8   _____

 9

10

11

12

13

14

15      VIDEO-RECORDED DEPOSITION of DONNA BLANCHARD

16               (Via videoconference)

17             Friday, September 3, 2021

18

19

20

21

22

23

24   REPORTED BY:
     CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 199072
```

Page 149

1      Q.   Fine.
2           And to the best of your knowledge, was
3   there SFUSD TUPE budgeting for any acts
4   specifically done by Altria?
5      A.   I don't know.
6      Q.   Are you aware of the School District's
7   allegations against Altria in this lawsuit?
8      A.   Somewhat.
9      Q.   Could you explain what your knowledge
10  is of the allegations against Altria?
11     A.   Oh, against Altria, no.
12     Q.   Okay.  Understood.
13          And are you aware of who Philip Morris
14  is?
15     A.   I know the name.  It's a brand name.
16     Q.   Understood.
17          And are you aware of the School
18  District's allegations against Philip Morris in
19  this lawsuit?
20     A.   Not specifics.
21     Q.   Can you explain any understanding you
22  do have?
23     A.   Just they have joined other school
24  districts in trying to make their case known
25  about ENDS products.

Page 150

1      Q.   Understood.
2           And do you know if it's illegal for
3    people under the age of 21 to purchase nicotine
4    products in California?
5           MR. DOUGLAS:  Object to form.
6           THE WITNESS:  I'm not sure of the age,
7    no.
8    BY MR. OMOROGIEVA:
9      Q.   Okay.  And during your time with the
10   School District, are you aware of students
11   receiving e-mails from Altria about JUUL
12   products?
13     A.   No.
14     Q.   During your time at the School
15   District, are you aware of students receiving
16   any e-mails from Altria?
17     A.   No.
18     Q.   Are you aware of students in the School
19   District signing up for Altria e-mail lists?
20     A.   No.
21     Q.   Are you aware of students in your
22   School District signing up for Philip Morris
23   e-mail lists?
24     A.   No.
25     Q.   During your time with the School

Page 151

1   District, are you aware of students receiving
2   mailings from Altria about JUUL products?
3       A.  No.
4       Q.  During your time with the School
5   District, are you aware of students receiving
6   any mailings from Altria?
7       A.  No.
8       Q.  During your time with the School
9   District, are you aware of students visiting
10  Altria's website?
11      A.  Not aware.
12      Q.  During your time at the School
13  District, are you aware of students visiting the
14  Philip Morris website?
15      A.  Not aware.
16      Q.  During your time with the School
17  District, were you aware of students seeing Juul
18  advertisements or marketing on cigarette
19  packages?
20      A.  No.  A little before my time.
21      Q.  And during your time at the School
22  District, were you aware of students purchasing
23  JUUL products from a store that received
24  services from Altria?
25      A.  No.

Page 152

1    Q.  Are you aware of anyone in the School
2  District receiving communications directly from
3  Altria?
4    A.  No.
5    Q.  And have you ever communicated with any
6  employee or agent of Altria?
7    A.  No.
8    Q.  Are you aware of anyone in the School
9  District receiving communications directly from
10 Philip Morris?
11   A.  No.
12   Q.  And are you aware of Altria providing
13 any services to retail stores in your School
14 District?
15   A.  No.
16        MR. OMOROGIEVA:  That's all the
17 questions I have for you, Ms. Blanchard.  Thank
18 you.
19        THE WITNESS:  Okay.  Thank you.
20        MR. DOUGLAS:  I have no questions, so I
21 think we're done.
22        THE VIDEOGRAPHER:  Off the record then
23 counsel?
24        MR. DOUGLAS:  Yes.
25        THE VIDEOGRAPHER:  Off the record.  The