# Exhibit 19
# 3505-20

Page 1

1        UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO DIVISION

4

5

6  IN RE: JUUL LABS, INC., MARKETING,
   SALES PRACTICES, AND PRODUCTS     Case No.
7  LIABILITY LITIGATION              19-MD-02913-WHO

8  _____

9

10

11

12

13

14

15     VIDEO-RECORDED DEPOSITION of VINCENT MATTHEWS

16            (Via videoconference)

17         Thursday, September 16, 2021

18

19

20

21

22

23

24  REPORTED BY:
    CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25  JOB NO. 199625

Page 154

1    Q.  Are you aware of any specific conduct,
2  again putting aside the Complaint, by Altria in
3  connection with the marketing or advertising of
4  JUUL products?
5    A.  I'm sorry.  Your question -- I'm just
6  trying to understand your question.  If you could
7  ask that again.
8    Q.  I'm just trying to ask you -- I want you
9  to put aside what -- what you may have an
10 understanding about from the Complaint, and I'm
11 just asking what you personally have any
12 knowledge of.
13       So I'm asking if you have any knowledge
14 of any specific conduct by Altria in connection
15 with the marketing or advertising of JUUL
16 products?
17       I'm talking about conduct by Altria as
18 opposed to conduct by Juul, if that helps.
19    A.  Okay.  No.
20    Q.  And are you aware of any specific
21 conduct by Altria in connection with any retail
22 services provided by Altria for Juul?
23    A.  I am not aware.
24    Q.  Are you aware of any specific conduct by
25 Altria in connection with any distribution

Page 155

1  services provided by Altria for Juul?
2      A.  Other than the Complaint, no.
3      Q.  And are you aware of any specific
4  conduct by Altria of any kind related to Juul
5  other than what you have read in the Complaint?
6      A.  Not other than what I have read in the
7  Complaint.
8      Q.  Do you know if there are any stores in
9  your district where Altria offered retail
10 services related to JUUL products?
11     A.  I am not sure.
12     Q.  Do you know whether any of your students
13 ever purchased JUUL products from retail stores
14 where Altria provided retail services?
15     A.  I am not sure.
16     Q.  Do you know whether any of your students
17 ever received any e-mails from Altria about JUUL
18 products?
19     A.  I'm not sure.
20     Q.  Do you know whether any of your students
21 ever received any materials from Altria by direct
22 mail about JUUL products?
23     A.  I'm not sure.
24     Q.  Do you know whether any of your students
25 ever received Juul marketing material through a

Page 156

1  pack of cigarettes distributed by Altria?
2       A.  I'm not sure.
3       Q.  Do you know whether any of your students
4  have ever been to the Altria website?
5       A.  Not sure.
6       Q.  Do you know whether any of your students
7  have ever been to the Philip Morris website?
8       A.  Not sure.
9       Q.  Do you know whether any of your students
10 have ever signed up for an Altria mailing list?
11      A.  Not sure.
12      Q.  Do you know whether any of your students
13 have ever signed up for an Altria e-mail list?
14      A.  Not sure.
15      Q.  Are you aware of any communications or
16 interactions between Altria and the San Francisco
17 School District for any reason?
18      A.  I don't -- I'm not aware.
19      Q.  Are you aware of any communications or
20 interactions between Altria and any of the
21 individual schools in your district for any
22 reason?
23      A.  I'm not sure.
24      Q.  And the last few questions would
25 include, I presume, any communications or