# Exhibit 20
# 3505-21

Page 1

1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3

4                                              )
                                               )
5                                              ) Case No. 19-md-02913-WHO
                                               )
6   IN RE:  JUUL LABS, INC.,                   ) DEFENDANT, JUUL LABS, INC.'S
    MARKETING, SALES PRACTICES, AND            ) NOTICE OF TAKING REMOTE VIDEO
7   PRODUCTS LIABILITY LITIGATION              ) CONFERENCE AND VIDEOTAPED
                                               ) DEPOSITION OF KIM COATES
8                                              )
                                               ) Honorable William H. Orrick
9                                              )
                                               ) Volume I
10                                             )
                                               ) Pages 1 to 184
11                                             )
    _____)
12

13

14

15

16

17       REMOTE VIDEOCONFERENCED VIDEOTAPED DEPOSITION OF

18                         KIMBERLY COATES

19              Remotely in San Francisco, California

20                  Wednesday, September 8, 2021

21

22

23

24  Reported by:
    ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25  JOB NO. 199077

Page 180

1  open-ended question then:  Are you aware of any
2  programming or education in SFUSD that would relate
3  to anything that Altria may have done for JUUL
4  products?
5      A.   Not that I'm aware of.
6      Q.   And are you aware of any advertising or
7  marketing done by Altria in San Francisco?
8      A.   Not that I'm aware of.
9           MR. GILPIN:  Okay.  Thank you very much
10 for your time.  That's all the questions for me.
11          MR. DOUGLAS:  We have no questions.  So I
12 think we're adjourned; is that right?
13          MR. SCHWAB:  That's -- that is correct.
14          Ms. Coates, thank you very much for your
15 time today.  And appreciate you bearing with us
16 throughout some technical difficulties.  And I think
17 we can go off the record.
18          MR. DOUGLAS:  Thank you.
19          THE VIDEOGRAPHER:  Okay.  I'll go ahead
20 and take us off the record.
21          This concludes the video-recorded
22 deposition of Kimberly Coates.  Going off the record
23 at 3:25 p.m.
24          (Whereupon we went off the video record
25          but stayed on the official record.)