Exhibit 21
3505-22

| TUPE GrantID# | County/ District Code | Local Educational Agency | Original Grant Award 7/1/2017-6/30/2020 | Prop 99 Funds (Funds must be spent by 6/30/20) |
|---|---|---|---|---|
| M2-01 | 01-10017 | Alameda County Office of Education | $ 1,774,332.00 | $585,530.00 |
| M2-02 | 07-10074 | Contra Costa County Office of Education | $ 1,224,126.00 | $403,962.00 |
| M2-03 | 19-10199 | Los Angeles County Office of Education | $ 2,000,000.00 | $660,000.00 |
| M2-04 | 19-64691 | Lawndale Elmentary School District | $ 132,408.00 | $43,695.00 |
| M2-05 | 19-64709 | Lennox School District | $ 79,920.00 | $26,374.00 |
| M2-06 | 19-64733 | Los Angeles Unified School District | $ 1,740,906.00 | $574,499.00 |
| M2-07 | 2810280 | Napa County Office of Education | $ 569,290.00 | $187,866.00 |
| M2-08 | 30-10306 | Orange County Department of Education | $ 2,000,000.00 | $660,000.00 |
| M2-09 | 30-66431 | Anaheim Union High School District | $ 1,732,590.00 | $571,755.00 |
| M2-10 | 33-67082 | Hemet Unified School District | $ 571,997.00 | $188,759.00 |
| M2-11 | 34-67314 | Elk Grove Unified School District | $ 1,762,668.00 | $581,680.00 |
| M2-12 | 34-67330 | Folsom Cordova Unified School District | $ 531,846.00 | $175,509.00 |
| M2-13 | 34-67439 | Sacramento City Unified School District | $ 1,081,890.00 | $357,024.00 |
| M2-14 | 34-67447 | San Juan Unified School District | $ 1,068,139.00 | $352,486.00 |
| M2-15 | 37-10371 | San Diego County Office of Education | $ 1,250,640.00 | $412,711.00 |
| M2-16 | 38-10389 | San Francisco Unified School District | $ 1,565,514.00 | $516,620.00 |
| M2-17 | 41-69047 | San Mateo Union High School District | $ 439,722.00 | $145,108.00 |
| M2-18 | 43-10439 | Santa Clara County Office of Education | $ 1,788,858.00 | $590,323.00 |
| M2-19 | 47-70516 | Yreka Union High School District | $ 32,329.00 | $10,669.00 |
| M2-20 | 48-10488 | Solano County Office of Education | $ 704,754.00 | $232,569.00 |
| M2-21 | 50-10504 | Stanislaus County Office of Education | $ 1,964,320.00 | $648,226.00 |
| M2-22 | 54-10546 | Tulare County Office of Education | $ 242,396.00 | $79,991.00 |

| M2-23 | 55-10553 | Tuolumne County Superintendent of Schools | $ | 173,664.00 | $57,309.00 |

California Department of Education Document, Modified March 2019

## Contact Information Form

Tobacco-Use Prevention Education (TUPE)
Cohort M Tier 2 - Expendiure Report / Proposition 99 Funds
Grant Term:  July 1 , 2017 through June 30, 2020

| | |
|---|---|
| Report Period: | July 1, 2018 to June 30, 2019 |
| Applicant Agency: | San Francisco Unified School District |
| County/District Code: | 38-68478 |
| TUPE GrantID#: | M2-16 |
| Date Completed: | 10/22/2019 |

| Titles | Fiscal Contact Information |
|---|---|
| Name: | Paulette Terrell |
| Title: | Director Fiscal Operations |
| Phone Number: | 415-241-6695 |
| Email: | terrellp@sfusd.edu |
| Signature: | |
| Date: | |

Instructions:
1. Once the report is completed, email the entire Workbook as an **Excel** attachment **to: swoodard@cde.ca.gov.**
2. Once the report has been reviewed and approved, the Fiscal Analyst will send the approved report back to the Fiscal Contact person.
3. Once the approval has been received, print the **Contact Information** and the **Expenditure Report** pages only.
4. Wet signatures are required on the Contact Information and Expenditure Report pages. Once signed,

**US mail** to:
**California Department of Education**
**Tobacco-Use Prevention Education Office**
**1430 N Street, Suite 6408**
**Sacramento, CA 95814**
**Attn: Shalonn Woodard**

Any questions, Contact Shalonn Woodard at 916-319-0197 or at
swoodard@cde.ca.gov.

PLEASE DO NOT ALTER THE FORMS

California Department of Education Document, Modified March 2019
**Tobacco-Use Prevention Education (TUPE) - Expenditure Report - YEAR 1**
Enactment Year (EY) 2017-18 Allocation/Fiscal Year 2017-2018
Grades 6-12, Cohort M/Tier 2 Proposition **99** Funds

Report due no later than: 9/30/18

| | TUPE Office Approval | | |
|---|---|---|---|
| | Budget Revision Approval | Current Budget Approval | Year 1 Exp Rpt Approval |
| Date Received: | | 7/16/2018 | 1/30/2019 |
| Approved By: | | S. Woodard | S. Woodard |
| Date Approved: | | 7/20/2018 | 2/5/2019 |
| Date Not Approved: | | | |
| Revision Date: | | | |

Reporting Period: July 1, 2017 through June 30, 2018
Applicant Agency: San Francisco Unified School District
County/District Code: 38-68478
TUPE Grant ID#: M2-16
Date Completed: January 28, 2019

| Object Code | Budget Item | Original Budget 2017-2018 | Budget Revision Year 1 | Current Budget Year 1 | Total Expenditures Year 1 | Balance Year 1 |
|---|---|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $169,610.25 | $0.00 | $169,610.25 | $139,385.15 | $30,225.10 |
| 2000 | Classified Personnel Salaries | $87,219.61 | $0.00 | $87,219.61 | $86,406.12 | $813.49 |
| 3000 | Employee Benefits | $101,786.22 | $0.00 | $101,786.22 | $84,722.09 | $17,064.13 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $19,287.53 | $0.00 | $19,287.53 | $19,628.02 | -$340.49 |
| 4400 | Non-capitalized Equipment | $4,000.00 | $0.00 | $4,000.00 | $0.00 | $4,000.00 |
| 5200 | Travel and Conferences | $6,539.00 | $0.00 | $6,539.00 | $2,679.60 | $3,859.40 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $2,500.00 | $0.00 | $2,500.00 | $2,500.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $50,700.00 | $0.00 | $50,700.00 | $50,919.60 | -$219.60 |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | $27,900.00 | $0.00 | $27,900.00 | $27,900.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0000-0000 | **TOTAL DIRECT COSTS** | **$469,542.61** | **$0.00** | **$469,542.61** | **$414,140.58** | **$55,402.03** |
| 7000 | *Indirect Costs: Fiscal Year 2017—2018 (0.00%)* | *$18,077.39* | *$0.00* | *$18,077.39* | *$15,944.41* | *$2,132.98* |
| 5100 | Subagreements | $29,000.00 | $0.00 | $29,000.00 | $21,949.82 | $7,050.18 |
| 0000-0000 | **TOTAL BUDGET & EXPENDITURES (to date)** | **$516,620.00** | **$0.00** | **$516,620.00** | **$452,034.81** | **$64,585.19** |
| | Note: Before payment can be processed, all required deliverables must be submitted to and approved by CDE. | | | | | |
| | CERTIFICATION: I certify the expenditures reported above are accurate and this project has been conducted in accordance with all applicable laws and regulations. | | | | | |
| Authorizing Print or Type Name & Title: | | | | | | |
| Authorizing Signature: | | | | | | |
| Date Certified: | | | | | | |

KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE

California Department of Education Document, Modified March 2019
**Budget Revision Summary Page - Year 2**
Tobacco-Use Prevention Education (TUPE) Proposition 99 Funds
Grades 6-12, Cohort M/Tier 2

Agency Name: San Francisco Unified School District
Co./Dist. Code: 38-68478
Grant ID#: M2-16
Date Prepared: 10/30/19

Budget Revision Request Approval
Date Received
Fiscal Approval
Date Approved
To Consultant

Budget Revision Request Approval
**8/10/2020**
Rev. Date Received
**S. Woodard**
Fiscal Approval
**8/10/2020**
Date Approved
**8/10/2020**
To Consultant

| Object Code | Budget Item | July 1, 2018 to December 31, 2018 | January 1, 2019 to June 30, 2019 | Total Purposed Changes |
|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $0.00 | $6,134.62 | $6,134.62 |
| 2000 | Classified Personnel Salaries | $0.00 | -$813.49 | -$813.49 |
| 3000 | Employee Benefits | $0.00 | -$4,465.69 | -$4,465.69 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $0.00 | $13,340.49 | $13,340.49 |
| 4400 | Non-capitalized Equipment | $0.00 | -$4,000.00 | -$4,000.00 |
| 5200 | Travel and Conferences | $0.00 | -$3,859.40 | -$3,859.40 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $0.00 | $0.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $219.60 | $219.60 |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 |
| | **TOTAL DIRECT COSTS** | **$0.00** | **$6,556.13** | **$6,556.13** |
| 7000 | ENTER Indirect Cost Rate for 2018-19: | | 4.24% | |
| 7000 | ENTER Approved Indirect Cost Amount: | $0.00 | $494.05 | $494.05 |
| 5100 | Subagreements | $0.00 | -$7,050.18 | -$7,050.18 |
| | **TOTAL BUDGET REVISION:** | **$0.00** | **$0.00** | **$0.00** |

**I certify the impact this revision has on this agency's ability to execute the program strategies was discussed with** _____.
**CDE TUPE Regional Consultant**
I certify that I have reviewed and approved the budget revision.
Authorizing Print Name & Title: Dana Walline, Director of Operations, Accounting Dept.
Authorizing Signature:
Date:
**KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE**

California Department of Education Document, Modified March 2019

Budget Revision Justification Page - **Year 2**

Tobacco-Use Prevention Education (TUPE) Proposition 99 Funds
Grades 6-12, Cohort M/Tier 2

Grant Term: July 1, 2017 to June 30, 2020

Agency Name: San Francisco Unified School District

Co./Dist. Code: 38-68478

Grant ID#: M2-16

Date Prepared: 10/30/19

**Budget Revision Justification Approval**
7/1/18 to 12/31/18

Consultant Approval

Date Approved

**Budget Revision Justification Approval**
1/1/19 to 6/30/19

Michelle Woods

Consultant Approval
8/18/2020

Date Approved

| Object Code | Budget Item | July 1, 2018 to December 31, 2018 | January 1, 2019 to June 30, 2019 |
|---|---|---|---|
| 1000 | Certificated Personnel Salaries | | Transferred $6,134.62 from: object 2000 $813.49, from object 3000 $4,465.69 and from object 4400 $855.44. Funds to be used for certificated extended days to pay teachers, school social workers and nurses for TUPE-related health education professional development, additional TUPE related duties to train nurses on tobacco intervention and education. |
| 2000 | Classified Personnel Salaries | | $813.49 transferred to object 1000. Actual salaries were slightly lower than initial projected salaries. |
| 3000 | Employee Benefits | | $4,465.69 transferred to object 1000. Actual benefits were lower than initial projected benefits. |
| 4200 | Books and Other Instructional Materials | | |

| | | | |
|---|---|---|---|
| 4300 | Materials and Supplies | | Transferred $13,340.49 from: object 4400 $3,144.56, object 5100 $6,556.13 and from object 5200 $3,639.80. Funds to be used for supplies for health education teachers, youth outreach program activities and teacher training related to tobacco. |
| 4400 | Non-capitalized Equipment | | $4,000 transferred to object 1000 and 4300. Expenses lower than expected. |
| 5200 | Travel and Conferences | | $3,859.40 transferred to object 4300 and object 5800. Conference costs less than expected. |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | | |
| 5700 | Interprogram Services | | |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | | Transferred $219.60 from object 5200. Funds to be used for catered food for Youth Outreach Worker Training. |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | | |
| 5900 | Communication/Postage | | |
| 5100 | Subagreements | | $7,050.18 transferred to object 4300 and object 7000. Evaluation expenses were less than anticipated. |

**KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE**

California Department of Education Document, Modified March 2019
Tobacco-Use Prevention Education - Expenditure Report - YEAR 2
Enactment Year (EY) 2017-18 Allocation/Fiscal Year 2018-19
Grades 6-12, Cohort M/Tier 2 Proposition **99** Funds

| | | CDE Approval | | | |
|---|---|---|---|---|---|
| | | Budget Revision Approval | Current Budget Approval | 7/1/18 to 12/31/18 Approval | 1/1/19 to 6/30/19 Approval |
| Reporting Period: | July 1, 2018 through June 30, 2019 | Date Received: 10/30/2019 Fiscal Approval: | | 10/30/2019 S. Woodard | 10/30/2019 S. Woodard |
| Applicant Agency: | San Francisco Unified School District | Date Approved: | | 12/6/2019 | 12/6/2019 |
| County/District Code: | 38-68478 | Date Not Approved: 11/20/2019 | | 11/20/2019 | 11/20/2019 |
| TUPE Grant ID#: | M2-16 | Revision Date: | | | |
| Date Completed: | | | | Report due no later than: 2/15/19 | Report due no later than: 8/15/19 |

| Object Code | Budget Item | Remaining Budget fromYear 1 | Total Budget Revision - Year 2 | Curent Budget Year 2 | July 1, 2018 to December 31, 2018 Expenditures | January 1, 2019 to June 30, 2019 Expenditures | Balance Year 2 |
|---|---|---|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $30,225.10 | $6,134.62 | $36,359.72 | $12,769.33 | $18,779.37 | $4,811.02 |
| 2000 | Classified Personnel Salaries | $813.49 | -$813.49 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3000 | Employee Benefits | $17,064.13 | -$4,465.69 | $12,598.44 | $3,668.00 | $7,553.04 | $1,377.40 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | -$340.49 | $13,340.49 | $13,000.00 | $0.00 | $0.00 | $13,000.00 |
| 4400 | Non-capitalized Equipment | $4,000.00 | -$4,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5200 | Travel and Conferences | $3,859.40 | -$3,859.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | -$219.60 | $219.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **0000-0000** | **TOTAL DIRECT COSTS** | **$55,402.03** | **$6,556.13** | **$61,958.16** | **$16,437.33** | **$26,332.41** | **$19,188.42** |
| 7000 | Indirect Costs: Fiscal Year 2018—2019 (9.33%) | $2,132.98 | $494.05 | $2,627.03 | $696.94 | $1,116.49 | $813.60 |
| 5100 | Subagreements | $7,050.18 | -$7,050.18 | $0.00 | $0.00 | $0.00 | $0.00 |
| **0000-0000** | **TOTAL BUDGET & EXPENDITURES (to date)** | **$64,585.19** | **$0.00** | **$64,585.19** | **$17,134.27** | **$27,448.90** | **$20,002.02** |

Note: Before payment can be processed, all required deliverables must be submitted to and approved by CDE.
CERTIFICATION: I certify the expenditures reported above are accurate and this project has been conducted in accordance with all applicable laws and regulations.

Authorizing Print or Type Name & Title: Paulette Terrell, Director Fiscal Operations

Authorizing Signature:

Date Certified:

KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE

| | | Budget Revision Request Approval | Budget Revision Request Approval |
|---|---|---|---|
| California Department of Education Document, Modified March 2019 | | | |
| Budget Revision Summary Page - **Year 3** | | Date Received | Date Received |
| Tobacco-Use Prevention Education (TUPE) Proposition 99 Funds | | | |
| Grades 6-12, Cohort M/Tier 2 | | | |
| Grant Term: July 1, 2017 to June 30, 2020 | | Fiscal Approval | Fiscal Approval |
| Agency Name: | | | |
| Co./Dist. Code: | | Date Approved | Date Approved |
| Grant ID#: | | | |
| Date Prepared: | | To Consultant | To Consultant |

| Object Code | Budget Item | July 1, 2019 to December 31, 2019 | January 1, 2020 to June 30, 2020 | Total Purposed Changes |
|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $0.00 | $0.00 | $0.00 |
| 2000 | Classified Personnel Salaries | $0.00 | $0.00 | $0.00 |
| 3000 | Employee Benefits | $0.00 | $0.00 | $0.00 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $0.00 | $0.00 | $0.00 |
| 4400 | Non-capitalized Equipment | $0.00 | $0.00 | $0.00 |
| 5200 | Travel and Conferences | $0.00 | $0.00 | $0.00 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $0.00 | $0.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 |
| | **TOTAL DIRECT COSTS** | $0.00 | $0.00 | $0.00 |
| 7000 | ENTER Indirect Cost Rate for 2019-20: | | | |
| 7000 | ENTER Approved Indirect Cost Amount: | $0.00 | | $0.00 |
| 5100 | Subagreements | $0.00 | $0.00 | $0.00 |
| | **TOTAL BUDGET REVISION:** | $0.00 | $0.00 | $0.00 |

I certify the impact this revision has on this agency's ability to execute the program strategies was discussed with _____.
**CDE TUPE Regional Consultant**
I certify that I have reviewed and approved the budget revision.
Authorizing Print Name & Title:
Authorizing Signature:
Date:

**KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE**

California Department of Education Document, Modified March 2019

Budget Revision Justification Page - **Year 3**
Tobacco-Use Prevention Education (TUPE) Proposition 99 Funds
 Grant Term: July 1, 2017 to June 30, 2020
Grades 6-12, Cohort M/Tier 2

| | |
|---|---|
| Agency Name: | |
| Co./Dist. Code: | |
| Grant ID#: | |
| Date Prepared: | |

**Budget Revision Justification Approval**

Consultant Approval

Date Approved

**Budget Revision Justification Approval**

Consultant Approval

Date Approved

| Object Code | Budget Item | July 1, 2019 to December 31, 2019 | January 1, 2020 to June 30, 2020 |
|---|---|---|---|
| 1000 | Certificated Personnel Salaries | | |
| 2000 | Classified Personnel Salaries | | |
| 3000 | Employee Benefits | | |
| 4200 | Books and Other Instructional Materials | | |
| 4300 | Materials and Supplies | | |
| 4400 | Non-capitalized Equipment | | |
| 5200 | Travel and Conferences | | |

| | | | |
|---|---|---|---|
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | | |
| 5700 | Interprogram Services | | |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | | |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | | |
| 5900 | Communication/Postage | | |
| 5100 | Subagreements | | |

**KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE**

California Department of Education Document, Modified March 2019
Tobacco-Use Prevention Education - **"FINAL"** Expenditure Report - YEAR 3
Enactment Year (EY) 2017-18 Allocation/Fiscal Year 2019-20
Grades 6-12, Cohort M/Tier 2 Proposition **99** Funds

Reporting Period: July 1, 2019 through June 30, 2020
Applicant Agency: San Francisco Unified School District
County/District Code: 38-68478
TUPE Grant ID#: M2-16
Date Completed:

CDE Approval

| | Budget Revision Approval | Current Budget Approval | 7/1/19 to 12/31/19 Approval | 1/1/20 to 6/30/20 Approval |
|---|---|---|---|---|
| Date Received: | | | | |
| Approved By: | | | | |
| Date Approved: | | | | |
| Date Not Approved: | | | | |
| Revision Date: | | | | |

Report due no later than: 2/15/20
Report due no later than: 8/15/20

| Object Code | Budget Item | Remaing budget from Year 2 | Budget Revision Year 3 | Curent budget Year 3 | July 1, 2019 to December 31, 2019 Expenditures | January 1, 2020 to June 30, 2020 Expenditures | Remaining Balance Year 3 |
|---|---|---|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $4,811.02 | $0.00 | $4,811.02 | $0.00 | $0.00 | $4,811.02 |
| 2000 | Classified Personnel Salaries | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3000 | Employee Benefits | $1,377.40 | $0.00 | $1,377.40 | $0.00 | $0.00 | $1,377.40 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $13,000.00 | $0.00 | $13,000.00 | $0.00 | $0.00 | $13,000.00 |
| 4400 | Non-capitalized Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5200 | Travel and Conferences | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0000-0000 | TOTAL DIRECT COSTS | **$19,188.42** | **$0.00** | **$19,188.42** | **$0.00** | **$0.00** | **$19,188.42** |
| 7000 | Indirect Costs:  Fiscal Year 2019—2020 (0.00%) | *$813.60* | *$0.00* | *$813.60* | *$0.00* | *$0.00* | *$813.60* |
| 5100 | Subagreements | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0000-0000 | TOTAL BUDGET & EXPENDITURES (to date) | **$20,002.02** | **$0.00** | **$20,002.02** | **$0.00** | **$0.00** | **$20,002.02** |

Note: Before payment can be processed, all required deliverables must be submitted to and approved by CDE.
CERTIFICATION: I certify the expenditures reported above are accurate and this project has been conducted in accordance with all applicable laws and regulations.
Authorizing Print or Type Name & Title:
Authorizing Signature:
Date Certified:
KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE

California Department of Education Document, Modified March 2019

# Summary/Reconciliation

Tobacco-Use Prevention Education (TUPE)
Grades 6-12, Cohort M/Tier 2 Proposition 99 Funds

|  |  |
|---|---|
| Reporting Period: | July 1, 2017 through June 30, 2020 |
| Applicant Agency: | San Francisco Unified School District |
| County/District Code: | 38-68478 |
| TUPE Grant ID#: | M2-16 |
| Date Completed: |  |

| Total Project Budget | Total Adjustments | Total Adjusted Budget | Total Expenditures 2017-2020 | Total Unspent Funds |
|---|---|---|---|---|
| $516,620.00 | $0.00 | $516,620.00 | $496,617.98 | $20,002.02 |