# Exhibit 22
# 3505-23

| GrantID# | County/ District Code | Local Educational Agency | Total Grant Award | Prop 56 2017-2019 Allocation |
|---|---|---|---|---|
| M2-01 | 01-10017 | Alameda County Office of Education | $ 1,774,332.00 | $585,530.00 |
| M2-02 | 07-10074 | Contra Costa County Office of Education | $ 1,224,126.00 | $403,962.00 |
| M2-03 | 19-10199 | Los Angeles County Office of Education | $ 2,000,000.00 | $660,000.00 |
| M2-04 | 19-64691 | Lawndale Elmentary School District | $ 132,408.00 | $43,695.00 |
| M2-05 | 19-64709 | Lennox School District | $ 79,920.00 | $26,374.00 |
| M2-06 | 19-64733 | Los Angeles Unified School District | $ 1,740,906.00 | $574,499.00 |
| M2-07 | 2810280 | Napa County Office of Education | $ 569,290.00 | $187,866.00 |
| M2-08 | 30-10306 | Orange County Department of Education | $ 2,000,000.00 | $660,000.00 |
| M2-09 | 30-66431 | Anaheim Union High School District | $ 1,732,590.00 | $571,755.00 |
| M2-10 | 33-67082 | Hemet Unified School District | $ 571,997.00 | $188,759.00 |
| M2-11 | 34-67314 | Elk Grove Unified School District | $ 1,762,668.00 | $581,680.00 |
| M2-12 | 34-67330 | Folsom Cordova Unified School District | $ 531,846.00 | $175,509.00 |
| M2-13 | 34-67439 | Sacramento City Unified School District | $ 1,081,890.00 | $357,024.00 |
| M2-14 | 34-67447 | San Juan Unified School District | $ 1,068,139.00 | $352,486.00 |
| M2-15 | 37-10371 | San Diego County Superintendent of Schools | $ 1,250,640.00 | $412,711.00 |
| M2-16 | 38-68478 | San Francisco Unified School District | $ 1,565,514.00 | $516,620.00 |
| M2-17 | 41-69047 | San Mateo Union High School District | $ 439,722.00 | $145,108.00 |
| M2-18 | 43-10439 | Santa Clara County Office of Education | $ 1,788,858.00 | $590,323.00 |
| M2-19 | 47-70516 | Yreka Union High School District | $ 32,329.00 | $10,669.00 |
| M2-20 | 48-10488 | Solano County Office of Education | $ 704,754.00 | $232,569.00 |
| M2-21 | 50-10504 | Stanislaus County Office of Education | $ 1,964,320.00 | $648,226.00 |
| M2-22 | 54-10546 | Tulare County Office of Education | $ 242,396.00 | $79,991.00 |
| M2-23 | 55-10553 | Tuolumne County Superintendent of Schools | $ 173,664.00 | $57,309.00 |

California Department of Education Document, Modified September 2018

## Fiscal Year 2017-18 Allocation/Expenditure Report - Proposition 56

Tobacco-Use Prevention Education (TUPE)

Cohort M Tier 2
Grant Term: July 1 , 2017 through June 30, 2020

Report Period: July 1, 2017 to June 30, 2019

| | |
|---|---|
| Applicant Agency: | San Francisco Unified School District |
| County/District Code: | 38-68478 |
| GrantID#: | M2-16 |
| Due Date: | October 31, 2018 |

Contact Information page

| Titles | Fiscal Contact Information |
|---|---|
| Name: | Dana Walline |
| Title: | Director of Operations, Accounting Dept. |
| Phone Number: | 415-241-6695 |
| Email: | wallined@sfusd.edu |
| Signature & Date: | |
| **Titles** | **Program Contact Information** |
| Name: | Quarry Pak |
| Title: | Program Administrator |
| Phone Number: | 415-242-2615 |
| Email: | pakq@sfusd.edu |
| Signature & Date: | |

California Department of Education Document, Modified September 2018

## Fiscal Year 2017-18 Allocation/Expenditure Report - Proposition 56

Tobacco-Use Prevention Education (TUPE)

Cohort M Tier 2

Grant Term: July 1, 2017 to June 30, 2020

Reporting Period: July 1, 2017 through June 30, 2019

| | TUPE Office Approval |
|---|---|
| Approved By: | |
| Date Approved: | |
| Date Not Approved: | |

| | |
|---|---|
| Applicant Agency: | San Francisco Unified School District |
| County/District Code: | 38-68478 |
| Grant ID#: | M2-16 |
| Date Completed: | |
| Indirect Cost 2017-18: | 3.85% Enter your Indirect Cost |
| Indirect Cost 2018-19: | 4.24% Enter your Indirect Cost |
| Due Date: | October 31, 2018 |

| Object Code | Budget Item | Total Approved Budget | 2017-2018 Total Expenditures | 2018-2019 Total Expenditures | Total Remaining Balance |
|---|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $187,007.82 | $0.00 | $135,639.60 | $51,368.22 |
| 2000 | Classified Personnel Salaries | $99,429.15 | $0.00 | $91,052.30 | $8,376.85 |
| 3000 | Employee Benefits | $106,981.58 | $0.00 | $83,721.66 | $23,259.92 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $31,243.46 | $0.00 | $10,706.79 | $20,536.67 |
| 4400 | Non-capitalized Equipment | $0.00 | $0.00 | $0.00 | $0.00 |
| 5200 | Travel and Conferences | $663.66 | $0.00 | $663.66 | $0.00 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $2,500.00 | $0.00 | $2,500.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $42,934.97 | $0.00 | $42,414.97 | $520.00 |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | $8,489.00 | $0.00 | $8,489.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 | $0.00 |
| 0000-0000 | TOTAL DIRECT COSTS | $479,249.64 | $0.00 | $375,187.98 | $104,061.66 |

| Object Code | Budget Item | Total Approved Budget | 2017-2018 Total Expenditures | 2018-2019 Total Expenditures | Total Remaining Balance |
|---|---|---|---|---|---|
| 7000 | Indirect Costs (max 5%) Fiscal Year 2017—2018 Fiscal Year 2018—2019 | **$20,320.18** | **$0.00** | **$15,907.97** | **$4,412.21** |
| 5100 | Subagreements | $17,050.18 | $0.00 | $7,050.18 | $10,000.00 |
| 0000-0000 | TOTAL BUDGET & EXPENDITURES (to date) | **$516,620.00** | **$0.00** | **$398,146.13** | **$118,473.87** |
| Unspent Funds from 2017-2018 (Funds must be spent by 6/30/19) | | | | | **$118,473.87** |
| KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE | | | | | |

California Department of Education Document, Modified September 2018

Fiscal Year 2017-18 Allocation/Expenditure Report - Proposition 56

Tobacco-Use Prevention Education (TUPE)

Grades 6-12, Cohort M/Tier 2

Grant Term: July 1, 2017 to June 30, 2020

Reporting Period: July 1, 2017 through June 30, 2019

| Applicant Agency: | ancisco Unified School District |
| Applicant Agency: | ancisco Unified School District |
|---|---|
| County/District Code: | 38-68478 |
| Grant ID#: | M2-16 |

Date Completed:         0

| Total Project Budget | Total Direct Costs | Total Expenditures 2017-2019 | Indirect Costs | Total Subagreement | Unspent Funds (Funds must be spent by 6/30/19) |
|---|---|---|---|---|---|
| $516,620.00 | $479,249.64 | $375,187.98 | $15,907.97 | $10,000.00 | $118,473.87 |