# Exhibit 23
# 3505-24

| TUPE GrantID# | County/ District Code | Local Educational Agency | Original Grant Award 7/1/2017-6/30/2020 | Prop 56 Funds (Funds must be spent by 6/30/19) |
|---|---|---|---|---|
| M2-01 | 01-10017 | Alameda County Office of Education | $ 1,774,332.00 | $585,530.00 |
| M2-02 | 07-10074 | Contra Costa County Office of Education | $ 1,224,126.00 | $403,962.00 |
| M2-03 | 19-10199 | Los Angeles County Office of Education | $ 2,000,000.00 | $660,000.00 |
| M2-04 | 19-64691 | Lawndale Elmentary School District | $ 132,408.00 | $43,695.00 |
| M2-05 | 19-64709 | Lennox School District | $ 79,920.00 | $26,374.00 |
| M2-06 | 19-64733 | Los Angeles Unified School District | $ 1,740,906.00 | $574,499.00 |
| M2-07 | 2810280 | Napa County Office of Education | $ 569,290.00 | $187,866.00 |
| M2-08 | 30-10306 | Orange County Department of Education | $ 2,000,000.00 | $660,000.00 |
| M2-09 | 30-66431 | Anaheim Union High School District | $ 1,732,590.00 | $571,755.00 |
| M2-10 | 33-67082 | Hemet Unified School District | $ 571,997.00 | $188,759.00 |
| M2-11 | 34-67314 | Elk Grove Unified School District | $ 1,762,668.00 | $581,680.00 |
| M2-12 | 34-67330 | Folsom Cordova Unified School District | $ 531,846.00 | $175,509.00 |
| M2-13 | 34-67439 | Sacramento City Unified School District | $ 1,081,890.00 | $357,024.00 |
| M2-14 | 34-67447 | San Juan Unified School District | $ 1,068,139.00 | $352,486.00 |
| M2-15 | 37-10371 | San Diego County Office of Education | $ 1,250,640.00 | $412,711.00 |
| M2-16 | 38-10389 | San Francisco Unified School District | $ 1,565,514.00 | $516,620.00 |
| M2-17 | 41-69047 | San Mateo Union High School District | $ 439,722.00 | $145,108.00 |
| M2-18 | 43-10439 | Santa Clara County Office of Education | $ 1,788,858.00 | $590,323.00 |
| M2-19 | 47-70516 | Yreka Union High School District | $ 32,329.00 | $10,669.00 |
| M2-20 | 48-10488 | Solano County Office of Education | $ 704,754.00 | $232,569.00 |
| M2-21 | 50-10504 | Stanislaus County Office of Education | $ 1,964,320.00 | $648,226.00 |
| M2-22 | 54-10546 | Tulare County Office of Education | $ 242,396.00 | $79,991.00 |
| M2-23 | 55-10553 | Tuolumne County Superintendent of Schools | $ 173,664.00 | $57,309.00 |

California Department of Education Document, Modified September 2019

## Contact Information Form
Tobacco-Use Prevention Education (TUPE)
Cohort M Tier 2 - Expenditure Report / Proposition 56 Funds

**Report Period:  July 1, 2017 to June 30, 2019**

| | |
|---|---|
| Applicant Agency: | San Francisco Unified School District |
| County/District Code: | 38-10389 |
| TUPE GrantID#: | M2-16 |
| Date Completed: | 10/24/2019 |

| Titles | Fiscal Contact Information |
|---|---|
| Name: | Dana Walline |
| Title: | Director of Operations, Accounting Dept. |
| Phone Number: | 415-241-6695 |
| Email: | wallined@sfusd.edu |
| Signature: | |
| Date: | |

Instructions:
1. Once the report is completed, email the entire Workbook as an **Excel** attachment **to: swoodard@cde.ca.gov.**
2. Once the report has been reviewed and approved, the Fiscal Analyst will send the approved report back to the Fiscal Contact person.
3. Once the approval has been received, print the **Contact Information** and the **Expenditure Report** pages only.
4. Wet signatures are required on the Contact Information and Expenditure Report pages. Once signed,

### US mail to:
**California Department of Education**
**Tobacco-Use Prevention Education Office**
**1430 N Street, Suite 6408**
**Sacramento, CA 95814**
**Attn: Shalonn Woodard**

Any questions, Contact Shalonn Woodard at 916-319-0197 or at
swoodard@cde.ca.gov.

PLEASE DO NOT ALTER THE FORMS

California Department of Education Document, Modified September 2019

**Tobacco-Use Prevention Education (TUPE) - Expenditure Report**
Enactment Year (EY) 2017-18 Allocation/Fiscal Year: 2017-2018
Grades 6-12, Cohort M/Tier 2 Proposition **56** Funds

**Report due no later than: 9/30/2018**

CDE Fiscal Contact: Shalonn Woodard
CDE Fiscal Phone#: (916) 319-0197
CDE Fiscal Email: swoodard@cde.ca.gov

Reporting Period: July 1, 2017 through June 30, 2018

Applicant Agency: San Francisco Unified School District
County/District Code: 38-10389
TUPE Grant ID#: M2-16
Date Completed: October 24, 2019

| CDE APPROVAL | | | |
|---|---|---|---|
| | Budget Revision Approval | Current Budget Approval | Year 1 Expenditures Approval |
| Date Received: | | 8/27/2019 | 10/24/19 |
| Date Approved: | | 11/20/19 | 11/20/19 |
| Fiscal Approval: | | S. Woodard | S. Woodard |
| Not Approved: | | | |

| Object Code | Budget Item | Original Budget 2017-2018 | Budget Revision Prop 56 | Current Budget Prop 56 | Total Expenditures Prop 56 | Balance 2017-2018 Prop 56 |
|---|---|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $187,007.82 | $0.00 | $187,007.82 | $0.00 | $187,007.82 |
| 2000 | Classified Personnel Salaries | $99,429.15 | $0.00 | $99,429.15 | $0.00 | $99,429.15 |
| 3000 | Employee Benefits | $106,981.58 | $0.00 | $106,981.58 | $0.00 | $106,981.58 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $31,243.46 | $0.00 | $31,243.46 | $0.00 | $31,243.46 |
| 4400 | Non-capitalized Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5200 | Travel and Conferences | $663.66 | $0.00 | $663.66 | $0.00 | $663.66 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $2,500.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $42,934.97 | $0.00 | $42,934.97 | $0.00 | $42,934.97 |
| 5800-0000 | Instructional Consultant Services (max $25,000 per agreement) | $8,489.00 | $0.00 | $8,489.00 | $0.00 | $8,489.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0000-0000 | **TOTAL DIRECT COSTS** | **$479,249.64** | **$0.00** | **$479,249.64** | **$0.00** | **$479,249.64** |
| 7000 | Indirect Costs:  Fiscal Year 2017—2018 (3.85%) Max 5% | *$20,320.18* | *$0.00* | *$20,320.18* | *$0.00* | *$20,320.18* |
| 5100 | Subagreements | $17,050.18 | $0.00 | $17,050.18 | $0.00 | $17,050.18 |
| 0000-0000 | **TOTAL BUDGET & EXPENDITURES (to date)** | **$516,620.00** | **$0.00** | **$516,620.00** | **$0.00** | **$516,620.00** |
| Note: | Before payment can be processed, all required deliverables must be submitted to and approved by CDE. | | | | | |
| CERTIFICATION: | I certify the expenditures reported above are accurate and this project has been conducted in accordance with all applicable laws and regulations. | | | | | |
| Authorizing Print or Type Name & Title: | Dana Walline, Director of Operations, Accounting Dept. | | | | | |
| Authorizing Signature: | | | | | | |
| Date Certified: | | | | | | |
| KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE | | | | | | |

California Department of Education Document, Modified September2019

Budget Revision Summary Page
Tobacco-Use Prevention Education (TUPE) Proposition 56 Funds
Grades 6-12, Cohort M/Tier 2

|  |  | 7/1/18 to 12/31/18 | 01/01/19 to 06/30/19 |  |
|---|---|---|---|---|
| Agency Name: | San Francisco Unified School District | Budget Revision Approval | Budget Revision Approval |  |
| Co./Dist. Code: | 38-10389 | Fiscal Approval: | Fiscal Approval: |  |
| Grant ID#: | M2-16 | Date Approved: | Date Approved: |  |
| Date Prepared: | 10/24/19 |  |  |  |

| Object Code | Budget Item | July 1, 2018 to December 31, 2018 | January 1, 2019 to June 30, 2019 | Total Purposed Changes |
|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $0.00 | $0.00 | $0.00 |
| 2000 | Classified Personnel Salaries | $0.00 | $0.00 | $0.00 |
| 3000 | Employee Benefits | $0.00 | $0.00 | $0.00 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $0.00 | $0.00 | $0.00 |
| 4400 | Non-capitalized Equipment | $0.00 | $0.00 | $0.00 |
| 5200 | Travel and Conferences | $0.00 | $0.00 | $0.00 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $0.00 | $0.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | $0.00 | $0.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 |
|  | TOTAL DIRECT COSTS | $0.00 | $0.00 | $0.00 |
| 7000 | ENTER Indirect Cost Rate for 2018-19: |  |  |  |
| 7000 | ENTER Approved Indirect Cost Amount: | $0.00 | $0.00 | $0.00 |
| 5100 | Subagreements | $0.00 | $0.00 | $0.00 |
|  | TOTAL BUDGET REVISION: | $0.00 | $0.00 | $0.00 |

I certify the impact this revision has on this agency's ability to execute the program strategies was discussed with _____.

**CDE TUPE Regional Consultant**

I certify that I have reviewed and approved the budget revision.

| Authorizing Print Name & Title: | |
| Authorizing Signature: | |
| Date: | |

**KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE**

California Department of Education Document, Modified September 2019

Budget Revision Justification Page
Tobacco-Use Prevention Education (TUPE) Proposition 56 Funds
Grades 6-12, Cohort M/Tier 2

| | | Consultant Review and Approval | |
|---|---|---|---|
| Agency Name: | San Francisco Unified School District | 7/1/18 to 12/31/18 | 01/01/19 to 06/30/19 |
| Co./Dist. Code: | 38-10389 | Budget Revision Approval | Budget Revision Approval |
| Grant ID#: | M2-16 | Consultant Approval: | Consultant Approval: |
| Date Prepared: | 10/24/19 | Date Approved: | Date Approved: |

| Object Code | Budget Item | July 1, 2018 to December 31, 2018 | January 1, 2019 to June 30, 2019 |
|---|---|---|---|
| 1000 | Certificated Personnel Salaries | | |
| 2000 | Classified Personnel Salaries | | |
| 3000 | Employee Benefits | | |
| 4200 | Books and Other Instructional Materials | | |
| 4300 | Materials and Supplies | | |
| 4400 | Non-capitalized Equipment | | |
| 5200 | Travel and Conferences | | |

California Department of Education Document, Modified September 2019

Budget Revision Justification Page
Tobacco-Use Prevention Education (TUPE) Proposition 56 Funds
Grades 6-12, Cohort M/Tier 2

| | | Consultant Review and Approval | |
|---|---|---|---|
| Agency Name: | San Francisco Unified School District | 7/1/18 to 12/31/18 | 01/01/19 to 06/30/19 |
| Co./Dist. Code: | 38-10389 | Budget Revision Approval | Budget Revision Approval |
| Grant ID#: | M2-16 | Consultant Approval: | Consultant Approval: |
| Date Prepared: | 10/24/19 | Date Approved: | Date Approved: |

| Object Code | Budget Item | July 1, 2018 to December 31, 2018 | January 1, 2019 to June 30, 2019 |
|---|---|---|---|
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | | |
| 5700 | Interprogram Services | | |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | | |
| 5800–0000 | Instructional Consultant Services (max $25,000 per agreement) | | |
| 5900 | Communication/Postage | | |
| 5100 | Subagreements | | |

**KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE**

California Department of Education Document, Modified September 2019

CDE Fiscal Contact: Shalonn Woodard

Enactment Year (EY) 2017-18 Allocation/Fiscal Year 2018-19 - Expenditure Report

Phone: (916) 319-0197

Tobacco-Use Prevention Education (TUPE)

Email: swoodard@cde.ca.gov

Grades 6-12, Cohort M/Tier 2 Proposition **56** Funds

Reporting Period:  July 1, 2018 through June 30, 2019

| | | |
|---|---|---|
| Applicant Agency: | San Francisco Unified School District | |
| County/District Code: | 38-10389 | |
| TUPE Grant ID#: | M2-16 | |
| Date Completed: | October 24, 2019 | |

| CDE APPROVAL | | | |
|---|---|---|---|
| Budget Revision Approval | Current Budget Approval | 7/1/18 to 12/31/18 Expenditures Approval | 1/1/19 to 6/30/19 Expenditures Approval |
| Date Received: | | 8/27/2019 | | 10/24/19 |
| Date Approved: | | 11/20/19 | | 11/20/19 |
| Fiscal Approval: | | S. Woodard | | S. Woodard |
| Not Approved: | | | | |

| Object Code | Budget Item | Remaining Budget from 2017-18 | Total Budget Revision | Current Budget | July 1, 2018 to December 31, 2018 Expenditures<br>Report due no later than: 2/15/2019 | January 1, 2019 to June 30, 2019 Expenditures<br>Report due no later than: 8/15/2019 | Balance Year 3 |
|---|---|---|---|---|---|---|---|
| 1000 | Certificated Personnel Salaries | $187,007.82 | $0.00 | $187,007.82 | $0.00 | $135,639.60 | $51,368.22 |
| 2000 | Classified Personnel Salaries | $99,429.15 | $0.00 | $99,429.15 | $0.00 | $91,052.30 | $8,376.85 |
| 3000 | Employee Benefits | $106,981.58 | $0.00 | $106,981.58 | $0.00 | $83,721.66 | $23,259.92 |
| 4200 | Books and Other Instructional Materials | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4300 | Materials and Supplies | $31,243.46 | $0.00 | $31,243.46 | $0.00 | $10,706.79 | $20,536.67 |
| 4400 | Non-capitalized Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5200 | Travel and Conferences | $663.66 | $0.00 | $663.66 | $0.00 | $663.66 | $0.00 |
| 5600 | Rentals, Leases, Repairs and Non-capitalized Improvements | $2,500.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | $0.00 |
| 5700 | Interprogram Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5800-0000 | Non-Instructional Consultant Services (max $25,000 per agreement) | $42,934.97 | $0.00 | $42,934.97 | $0.00 | $42,414.97 | $520.00 |
| 5800-0000 | Instructional Consultant Services (max $25,000 per agreement) | $8,489.00 | $0.00 | $8,489.00 | $0.00 | $8,489.00 | $0.00 |
| 5900 | Communication/Postage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0000-0000 | **TOTAL DIRECT COSTS** | **$479,249.64** | **$0.00** | **$479,249.64** | **$0.00** | **$375,187.98** | **$104,061.66** |
| 7000 | Indirect Costs:  Fiscal Year 2018—2019 (4.24%) | *$20,320.18* | *$0.00* | *$20,320.18* | *$0.00* | *$15,907.97* | *$4,412.21* |
| 5100 | Subagreements | $17,050.18 | $0.00 | $17,050.18 | $0.00 | $7,050.18 | $10,000.00 |
| 0000-0000 | TOTAL BUDGET & EXPENDITURES (to date) | **$516,620.00** | **$0.00** | **$516,620.00** | **$0.00** | **$398,146.13** | **$118,473.87** |

| | | |
|---|---|---|
| Note: | Before payment can be processed, all required deliverables must be submitted to and approved by CDE. | |
| CERTIFICATION: | I certify the expenditures reported above are accurate and this project has been conducted in accordance with all applicable laws and regulations. | |
| Authorizing Print or Type Name & Title: | Dana Walline, Director of Operations, Accounting Dept. | |
| Authorizing Signature: | | |
| Date Certified: | | |
| KEEP AN ELECTRONIC COPY OF THIS DOCUMENT ON FILE | | |

California Department of Education Document, Modified September 2019

# Summary/Reconciliation

Tobacco-Use Prevention Education (TUPE)
Grades 6-12, Cohort M/Tier 2 Proposition **56** Funds

Reporting Period: <mark>July 1, 2017 through June 30, 2019</mark>

Applicant Agency: San Francisco Unified School District

County/District Code: 38-10389

TUPE Grant ID#: M2-16

Date Completed: 10/24/2019

| Total Project Budget | Total Adjustments | Total Adjusted Budget | Total Expenditures 2017-2019 | Total Unspent Funds |
|---|---|---|---|---|
| $516,620.00 | $0.00 | $516,620.00 | $398,146.13 | $118,473.87 |