# Exhibit 24
# 3505-25

# 2017–18 ANNUAL FISCAL REPORT

This page is to summarize the 2017–18 County Technical Assistance for Tobacco Use Prevention Education grant expenditures. Instructions for completing this page follow this report. It is recommended that your Business Office assist in the completion of this page.

| County Office of Education Name | County-District Code (2 digits–5 digits) | Submission Type | |
|---|---|---|---|
| | | Original Date (mm/dd/yy) | Revision Date (mm/dd/yy) |
| San Francisco | 38-10389 | 09/19/18 | |

| Budget Resources available in the current fiscal year | | Funds Available |
|---|---|---|
| 1 | Fiscal Year 2017–18 Grant Award Amount | $61,389.00 |

| Expense Line Items (by Object Code) | | Amount Expended |
|---|---|---|
| 2 | 1000 Certificated Personnel Salaries | $280.00 |
| 3 | 2000 Classified Personnel Salaries | $80.97 |
| 4 | 3000 Employee Benefits | |
| 5 | 4000 Materials and Supplies | |
| 6 | 5200 Travel and Conference | $10,377.95 |
| 7 | 5600 Rentals, Leases, and Repairs | |
| 8 | 5700 Direct Cost Transfers (Inter-program Services) | |
| 9 | 5800–0000 Noninstructional Consultant Services | |
| 10 | 5800–1000 Instructional Consultant Services | |
| 11 | Subtotal Direct Costs (sum of lines 2–10) | $10,738.92 |
| 12 | Indirect Costs (%): 0.53% (see instructions on the following page regarding limits) | $56.92 |
| 13 | Total Program Expenditures (sum of lines 11 and 12) | $10,795.84 |

I certify that the program expenditures reported are in accordance with federal and state laws and regulations and that complete records of receipts and expenditures have been maintained and are available for audit purposes.

| Name/Title: | Signature: | Date: 9.20.2018 |
|---|---|---|
| Director of Operations, Accounting Dept. | | |

| Completed By (Name/Title): | E-mail: | Telephone: |
|---|---|---|
| Charlene Lee/Senior Administrative Analyst | wallined@sfusd.edu | 415-241-6695 |

Attachment D
Page 3 of 3

# CARRYOVER CALCULATION

This page is for calculating Tobacco-Use Prevention Education (TUPE) carryover into the following year. Carryover is limited to 25 percent of the TUPE grant award amount unless the California Department of Education grants approval for excess

| County Office of Education Name | County-District Code (2 digits-5 digits) | Submission Type: Original Date (mm/dd/yy): | Revision Date (mm/dd/yy): |
|---|---|---|---|
| San Francisco | 38-10389 | 09/19/18 | |

| | | Amount |
|---|---|---|
| 1 | Fiscal Year (FY) 2017–18 Grant Award Amount (line 1 from Fiscal Report) | $61,389.00 |
| 2 | Total 2017–18 Program Expenditures (line 15 from Fiscal Report) | $10,795.84 |
| 3 | Balance to be carried forward into FY 2018–19 (subtract line 2 from line 1) | $50,593.16 |
| 4 | Percentage to be carried into FY 2018–19 (line 3 divided by line 1) | 82.41% |

**Note: If this exceeds 25 percent, then the Carryover Request Justification (Attachment E) must be completed.**

Created: January 17, 2018

CONFIDENTIAL

SFUSD_154767