# Exhibit 27
# 3505-28

# 2017–18 ANNUAL FISCAL REPORT and Carryover Calculation Form

This page is to summarize 2017–18 County Technical Assistance and Leadership Funds expenditures. Instructions for completing this page follow this report. It is recommended that your Business Office assist in the completion of this page.

| County Office of Education Name | County-District Code (2 digits–5 digits) | Submission Type Original Date (mm/dd/yy) | Revision Date (mm/dd/yy) |
|---|---|---|---|
| San Francisco | 38-10389 | 09/19/18 | |

| Budget Resources (that were available in the current fiscal year) | | Funds Available |
|---|---|---|
| 1 | Fiscal Year 2017–18 Grant Award Amount | $61,389.00 |
| 2 | Carryover Funds from Fiscal Year 2016–17 | $14,743.99 |
| 3 | Carryover Funds from Fiscal Year 2015–16 | |
| 4 | Total 2017–18 Resources (sum of lines 1, 2, and 3) | $76,132.99 |

| Expense Line Items (by Object Code) | | Amount Expended |
|---|---|---|
| 5 | 1000 Certificated Personnel Salaries | $44,001.89 |
| 6 | 2000 Classified Personnel Salaries | $324.65 |
| 7 | 3000 Employee Benefits | $7,489.44 |
| 8 | 4000 Materials and Supplies | $7,323.92 |
| 9 | 5200 Travel and Conference | $1,334.63 |
| 10 | 5600 Rentals, Leases, and Repairs | |
| 11 | 5700 Direct Cost Transfers (Inter-program Services) | |
| 12 | 5800–0000 Noninstructional Consultant Services | $4,950.00 |
| 13 | 5800–1000 Instructional Consultant Services | |
| 14 | Subtotal Direct Costs (sum of lines 5–13) | $65,424.53 |
| 15 | Indirect Costs (%): 0.53% (see instructions on the following page regarding limits) | $346.75 |
| 16 | Total Program Expenditures (sum of lines 14 and 15) | $65,771.28 |

*I certify that the program expenditures reported are in accordance with federal and state laws and regulations and that complete records of receipts and expenditures have been maintained and are available for audit purposes.*

Name/Title: Director of Operations, Accounting Dept.     Signature:     Date: 9.20.2018

Completed By (Name/Title): Charlene Lee/Senior Administrative Analyst     E-mail: wallined@sfusd.edu     Telephone: 415-242-2615

CONFIDENTIAL
SFUSD_025039

## CARRYOVER CALCULATION

This page is for calculating Tobacco-Use Prevention Education (TUPE) carryover into the following year. Carryover is limited to 25 percent of the TUPE grant award amount unless the CDE grants approval for excess carryover. This form should be completed using information entered on the Annual Fiscal Report. If the calculated carryover exceeds 25 percent, then the Carryover Request Justification must be completed and submitted with the Annual Year-End Program Report.

| County Office of Education Name | County-District Code (2 digits-5 digits) | Submission Type: Original Date (mm/dd/yy): | Revision Date (mm/dd/yy): |
|---|---|---|---|
| San Francisco | 38-10389 | 09/19/18 | |

| | | Amount |
|---|---|---|
| 1 | FY 2016–17 Grant Award Amount (line 1 from Fiscal Report) | $61,389.00 |
| 2 | Carryover Funds from FY 2016–17 (line 2 from Fiscal Report) | $14,743.99 |
| 3 | Carryover Funds from FY 2015–16 (line 3 from Fiscal Report) | $0.00 |
| 4 | Total 2017–18 Resources (sum of lines 1, 2, and 3) | $76,132.99 |
| 5 | Total 2017–18 Program Expenditures (line 16 from Fiscal Report) | $65,771.28 |
| 6 | Unspent FY 2015–16 Funds. If line 5 is greater than or equal to line 3, enter "0." If line 3 is greater than line 5, then subtract line 5 from line 3. These unspent funds have reverted and the CDE will bill the COE for these funds. | $0.00 |
| 7 | Balance to be carried forward into FY 2018–19 (subtract lines 5 and 6 from line 4) | $10,361.71 |
| 8 | Percentage to be carried into FY 2018–19 (line 7 divided by line 1) | 16.88% |

**Note: If this exceeds 25 percent, then the Carryover Request Justification (Attachment E) must be completed.**

CONFIDENTIAL