Exhibit 29
3505-30

# Tobacco-Use Prevention Education (TUPE) Program
## County Technical Assistance and Leadership Funds (CTALF)
### Fiscal Report for Fiscal Year 2019-20

**County:** San Francisco  
**Original Submission Date:** 09-23-2020

**County-District Code:** 38-10389  
**Revision Submission Date:** {mm-dd-yy}

| | Proposition 99 Funds | Grant Award for FY 2019-20 | Carryover from FY 2018-19 | Carryover from FY 2017-18 |
|---|---|---|---|---|
| | **Total Available Resources =** | $ 71,948.00 | $ - | $ - |
| **Object Code** | **Expense Line Item** | Fiscal Year 2019-20 | Fiscal Year 2018-19 | Fiscal Year 2017-18 |
| 1000 | Certificated Personnel Salaries | $ 42,635.00 | $ - | $ - |
| 2000 | Classified Personnel Salaries | $ 800.03 | $ - | $ - |
| 3000 | Employee Benefits | $ 12,801.73 | $ - | $ - |
| 4000 | Materials and Supplies | $ - | $ - | $ - |
| 5200 | Travel and Conference | $ - | $ - | $ - |
| 5600 | Rentals, Leases, and Repairs | $ - | $ - | $ - |
| 5700 | Direct Cost Transfers (Interprogram Services) | $ - | $ - | $ - |
| 5800-0000 | Noninstructional Consultant Services | $ - | $ - | $ - |
| 5800-1000 | Instructional Consultant Services | $ - | $ - | $ - |
| | **Subtotal Direct Costs** | $ 56,236.76 | $ - | $ - |
| | Indirect Cost Rate {no more than CDE-approved} | 1.55% | 0.00% | 0.00% |
| 7000 | Subtotal Indirect Costs | $ 871.67 | $ - | $ - |
| | **Total Program Expenditures** | $ 57,108.43 | $ - | $ - |
| | Unspent Funds to be Carried Over | $ 14,839.57 | $ - | |
| | **Unspent Funds to be Invoiced** | | | $ - |

*I certify that the program expenditures reported are in accordance with federal and state laws and regulations and that complete records of receipts and expenditures have been maintained and are available for audit purposes.*

| | |
|---|---|
| Name: Dana Walline | Title: Director of Operations, Accounting Dept. |
| Signature: | Date: |

| | |
|---|---|
| Completed By: Charlene Lee | Title: Senior Administrative Analyst |
| Email: leec@sfusd.edu | Telephone: 415-242-2615 |

# Tobacco-Use Prevention Education (TUPE) Program
## County Technical Assistance and Leadership Funds (CTALF)
Fiscal Report for Fiscal Year 2019-20

**County:** Zephyr  
**Original Submission Date:** 09-01-20

**County-District Code:** 59-10590  
**Revision Submission Date:** N/A

| | Proposition 99 Funds | Grant Award for FY 2019-20 | Carryover from FY 2018-19 | Carryover from FY 2017-18 |
|---|---|---|---|---|
| | **Total Available Resources =** | **$ 37,500.00** | **$ 10,000.00** | **$ 500.00** |
| **Object Code** | **Expense Line Item** | **Fiscal Year 2019-20** | **Fiscal Year 2018-19** | **Fiscal Year 2017-18** |
| 1000 | Certificated Personnel Salaries | $ 2,000.00 | $ 4,000.00 | $ - |
| 2000 | Classified Personnel Salaries | $ 500.00 | $ 1,000.00 | $ - |
| 3000 | Employee Benefits | $ 250.00 | $ 500.00 | $ - |
| 4000 | Materials and Supplies | $ 4,000.00 | $ 1,000.00 | $ 450.00 |
| 5200 | Travel and Conference | $ 300.00 | $ - | $ 50.00 |
| 5600 | Rentals, Leases, and Repairs | $ - | $ - | $ - |
| 5700 | Direct Cost Transfers (Interprogram Services) | $ - | $ - | $ - |
| 5800-0000 | Noninstructional Consultant Services | $ - | $ - | $ - |
| 5800-1000 | Instructional Consultant Services | $ - | $ - | $ - |
| | **Subtotal Direct Costs** | **$ 7,050.00** | **$ 6,500.00** | **$ 500.00** |
| | Indirect Cost Rate {no more than CDE-approved} | 7.50% | 6.25% | 0.00% |
| 7000 | Subtotal Indirect Costs | $ 528.75 | $ 406.25 | $ - |
| | **Total Program Expenditures** | **$ 7,578.75** | **$ 6,906.25** | **$ 500.00** |
| | Unspent Funds to be Carried Over | $ 29,921.25 | $ 3,093.75 | |
| | **Unspent Funds to be Invoiced** | | | **$ -** |

*I certify that the program expenditures reported are in accordance with federal and state laws and regulations and that complete records of receipts and expenditures have been maintained and are available for audit purposes.*

| Name: | Title: |
|---|---|
| Signature: | Date: |

| Completed By: | Title: |
|---|---|
| Email: | Telephone: |

# Tobacco-Use Prevention Education (TUPE) Program
## County Technical Assistance and Leadership Funds (CTALF)
### Fiscal Report for Fiscal Year 2019-20

The county office of education (COE) must provide a justification for the carryover of more than 25 percent of the 2019-20 County Technical Assistance and Leadership Funds (CTALF). Please complete the two columns below explaining why the COE is requesting to carryover 2019-20 funds and how the funds will be used in fiscal year 2020-21.

| The COE must demonstrate good cause for not expending 75 percent or more of its CTALF funds during the past fiscal year. Please explain below why these carryover funds could not be spent during the past fiscal year. | Please describe below how these carryover funds will be used to implement the COE's TUPE Program during the next fiscal year. The intended use of these funds must be consistent with the program goals. |
|---|---|
| School closure and Distrance Lerning as well as the late timing of the release of grant funds prevented SF COE from expending the total balance of the funds. | The balance of grant funding will be spend to implement TUPE program implementation and include staff stipends, program supplies and other program expenses. |
| Completed by: Quarry Pak | Date: 10/15/2020 |
| Title:Program Administrator | Telephone:415-242-2615 |