# Exhibit 32
# 3505-33

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3            Case No. 19-md-2913-WHO

4  _____

5  IN RE: JUUL LABS, INC., MARKETING,  )
   SALES PRACTICES, and PRODUCTS       )
6  LIABILITY LITIGATION                )
                                       )
7  _____)

12       DEPOSITION OF DAVID CUTLER, Ph.D.

13       TAKEN REMOTELY BY VIDEOCONFERENCE

14              November 3, 2021

23  Reported by: BONNIE PRUSZYNSKI, RMR, RPR, CSR

24  Job No. 201694

1    Q.    The end of that first paragraph is
2  what I had in mind.  I just wanted to make
3  sure we are talking about the same thing.
4    A.    26,000.  I slightly
5  over-recollected, but yes.  I think the
6  33,000 may have been the total resets
7  including some from before Altria was
8  involved, and the 26,000 is the number after
9  Altria -- I'm sorry.  It was the total Altria
10 resets before -- including before JUUL, and
11 the 26 is the after JUUL.
12   Q.    I think I'm following you.  There
13 was approximately 10,000 resets of non-JUUL
14 product before --
15   A.    Of non-JUUL product, that's
16 correct, and I just misremembered the number.
17   Q.    Okay.  And you used a regression
18 model to test whether stores that had ITP
19 resets, whether they saw increases in monthly
20 sales after the resets were done; is that
21 right?
22   A.    That is correct.  I used regression
23 analysis to determine that.
24   Q.    Your regression analysis does not
25 tell us whether the sales are to adults or

Page 375

1  youth, does it?
2     A.   No.  I know of no data that would
3  tell us whether the sales are to adults or
4  youth.
5     Q.   It's just sales to customers of any
6  age?
7     A.   That's correct.  It's just sales
8  resulting from that.
9     Q.   And then from there, I think you
10 apply an estimate of what you think the share
11 of youth sales is; is that right?
12    A.   Based on in that year what my
13 estimate of youth sales are, I then guess as
14 to, you know, how much of that would have
15 been consumed by youth.
16    Q.   And you do not have any evidence of
17 a specific sale at retail of a JUUL product
18 to an underage user, do you?
19    A.   That's not a question I looked into
20 at all.  I don't know of any data that have
21 information on underage sales by store.  Had
22 there been, I would have obviously wanted to
23 see it, but I don't know of any data on
24 underage sales by store.  So, I didn't -- I
25 didn't do any analysis.  I don't have any

Page 382

1  Q.    And it's kind of a relatively
2  similar series of answers in the sense that
3  your regressions don't tell us whether the
4  sales were to adults or youths; right?
5  A.    That's correct.  The regression
6  results do not say whether the sales were to
7  adults or youth, but again, the biggest
8  impact here is on the mint sales.  And so, I
9  think that's indicative of sales to youth,
10 and had it been the other way, had it been
11 the biggest impact on menthol and tobacco, I
12 would have taken that as evidence that it was
13 unlikely to have been a big part for youth.
14 Q.    Would it affect your analysis if
15 some stores had both an ITP reset and a store
16 visit?
17 A.    I believe I ran some combining
18 them.  Of course, you would have to do it at
19 the month level, and I think that if I -- we
20 can be much more precise with the blitz at
21 the weekly level.  So, I don't know that -- I
22 am trying to think whether I ran some with
23 them both together.  I probably did, but I
24 don't recall, and clearly, it's not a -- I
25 don't believe it to be a huge issue, again