# Exhibit 35
# 3505-36

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
    IN RE:  JUUL LABS,           :
 3  INC., MARKETING, SALES       :  Case No.
    PRACTICES, AND PRODUCT       :  3:19-md-2913-WHO
 4  LIABILITY LITIGATION         :

 5

 6

 7
    *********************************************
 8             -HIGHLY CONFIDENTIAL-

 9         SUBJECT TO PROTECTIVE ORDER

10    HYBRID VIDEOTAPED / REALTIMED DEPOSITION

11         MINETTE E. DRUMWRIGHT, Ph.D.

12                JUNE 1, 2022

13  *********************************************

14

15

16

17

18

19

20

21

22

23  Reported By:

24  Pat English-Arredondo, CSR, RMR, CRR, CLR

25  JOB NO:  211783
```

```
                                                    Page 235
1        and operation, but if I'm not asking
2        about that, I don't need you to -- to
3        add it on.  I just want the answer to
4        my questions, if that's okay.
5                MR. HUDSON:  Okay.  And all
6        I'll say on the record is that I think
7        today she has been very responsive to
8        the questions that have been asked.
9        If there's one category where you're
10       unhappy about that it's fine to have
11       mentioned that, but I don't think it
12       needs to rise to the point of
13       escalating the situation.  We
14       understand and she'll do her very best
15       to answer your questions.
16       Q.    (By Mr. Stekloff)  Okay.  But
17  my question is just simple.  Yes or no.  Did
18  Altria -- I'm -- I'm conceding the -- the
19  point.  Simple question, did Altria have the
20  legal ability to force JLI to take any of its
21  services?
22       A.    It did not have the legal
23  ability.
24       Q.    Okay.  Thank you.  Is it also
25  true that JLI chose not to take many of the
```