Exhibit 39

3505-40

Highly Confidential - Outside Counsel Only

```
 1              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2

    IN RE: JUUL LABS,       )
 3  INC., MARKETING SALES   )
    PRACTICES AND           )  Case No.
 4  PRODUCTS LIABILITY      )  3:19-md-02913-WHO
    LITIGATION              )
 5  _____)
    THIS DOCUMENT RELATES   )
 6  TO ALL ACTIONS          )

 7

 8              TUESDAY, JUNE 8, 2021
 9     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
10                      - - -
11          Remote videotaped deposition of
12  Ariel Atkins, Volume III, held remotely at
13  the location of the witness in Denver,
14  Colorado, commencing at 10:05 a.m. Mountain
15  Time, on the above date, before Carrie A.
16  Campbell, Registered Diplomate Reporter and
17  Certified Realtime Reporter.
18
19
20
21                      - - -
22
               GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

1  cigarette could be smoked.

2         So those were all things that I
3  think we did pretty well.

4     Q.   Okay.  I want to take you to
5  slide 22.

6         Let's talk about what was on
7  the packaging.  Are you familiar with the
8  language that was on the packaging?

9     A.   Yes.

10    Q.   And is this language that was
11 on -- was on the packaging as of the time of
12 the launch?

13    A.   I don't recall the exact
14 history of all of our packaging changes or
15 differences over time or if there were any,
16 but, you know, I recall this language being
17 on the packaging, and it probably was on
18 there at launch.

19         MR. GDANSKI:  Let me object to
20      the slide as far as foundation.

21 QUESTIONS BY MR. BERNICK:

22    Q.   Let's be clear.  There's an
23 objection there, Mr. Atkins.

24         Do you recall that this
25 language was on the packaging for the JUUL

Highly Confidential - Outside Counsel Only

```
 1   product, at least as of -- at any point in
 2   time.  Let's put it that way.
 3        A.    I certainly recall this
 4   language being on the packaging for the
 5   product at some point.  I can't remember
 6   exactly when it was.
 7        Q.    Okay.  5 percent nicotine by
 8   weight, is that an accurate statement?
 9        A.    Yes.
10        Q.    Okay.  It says, "approximately
11   equivalent to about one pack of cigarettes."
12              What does that refer to?
13        A.    That refers to the fact that,
14   you know, a pack of cigarettes, if you smoked
15   the whole pack over the course of a day,
16   you'd get about 40 milligrams of nicotine out
17   of it.
18              And similarly, if you smoked
19   this pod over the course of a day or two days
20   or, you know, however long over the course
21   of, you would get also about 40 milligrams of
22   nicotine out of it.
23        Q.    Is that something that would
24   vary at all by smoker?
25        A.    I don't know.  You'd have to --
```