# Exhibit 41
# 3505-42

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3              Case No. 19-md-2913-WHO

 4   _____

 5   IN RE: JUUL LABS, INC., MARKETING,       )

 6   SALES PRACTICES, and PRODUCTS            )

 7   LIABILITY LITIGATION                     )

 8   _____ )

 9

10

11

12      DEPOSITION OF DR. ANTHONY PRATKANIS

13      TAKEN REMOTELY BY VIDEOCONFERENCE

14               July 15, 2021

15

16

17

18

19

20

21

22

23

24   Reported by:  Mary Ann Payonk, CSR

25   Job No. 196844
```

```
                                                        Page 228
1    alternative to cigarette smoking, right?
2         A.   First of all, I -- I -- you used the
3    word "want" versus "addicted," and so --
4         Q.   Whatever -- use whatever word you
5    want.
6         A.   -- these are -- the --
7         Q.   These are people who are addicted.
8    Must use nicotine.  Put it that way.
9         A.   Right.
10        Q.   And for them, the Juul product is an
11   alternative to smoking that still satisfies
12   their addictive need.  Correct?
13             MS. SONEJI:  Objection to form and
14        way outside the scope.
15             THE WITNESS:  Yes.
16        A.   You know, I do know it was advertised
17   as a satisfying alternative, and the testimony
18   will certainly say that.  But -- but whether
19   it's a better safe option, that's definitely
20   outside my scope.  And it's the kind of
21   discussion we had earlier that -- whether
22   the -- how the verdict is in on that.
23        Q.   I'm just asking whether you have
24   studied those people as a group to determine
25   their takeaway from Juul ads.
```