# Exhibit 1
# 3521-2

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
    IN RE:  JUUL LABS,            :
 3  INC., MARKETING, SALES        :  Case No.
    PRACTICES, AND PRODUCT        :  3:19-md-2913-WHO
 4  LIABILITY LITIGATION          :

 5

 6

 7
        *********************************************
 8               -HIGHLY CONFIDENTIAL-

 9           SUBJECT TO PROTECTIVE ORDER

10     HYBRID VIDEOTAPED / REALTIMED DEPOSITION

11           MINETTE E. DRUMWRIGHT, Ph.D.

12                  JUNE 1, 2022

13      *********************************************

14

15

16

17

18

19

20

21

22

23  Reported By:

24  Pat English-Arredondo, CSR, RMR, CRR, CLR

25  JOB NO:  211783
```

TSG Reporting - Worldwide    877-702-9580

1        A.    So coercive power is generally
2   based on formal control, formal power, having
3   authority, like a 51 percent equity in a
4   company.
5        Q.    Okay. And you would agree that
6   Altria did not have coercive power over the
7   business of JLI. Correct?
8        A.    I would agree.
9        Q.    Now, you said you are looking
10  at -- I just want to get this right --
11  directing, managing, or operating and -- I'm
12  going to add another word that you use in
13  your report -- influencing.
14       A.    Yes.
15       Q.    Okay. How do you distinguish
16  between those things, directing, managing,
17  operating, and influencing?
18       A.    So influencing is necessary but
19  not sufficient to direct, manage, operate.
20  Influencing, you know, lays the foundation
21  for those things.
22             When you think about managing,
23  we're thinking about figuring out what the
24  right things are and then how to do the right
25  things right.

Page 235

```
 1        and operation, but if I'm not asking
 2        about that, I don't need you to -- to
 3        add it on.  I just want the answer to
 4        my questions, if that's okay.
 5              MR. HUDSON:  Okay.  And all
 6        I'll say on the record is that I think
 7        today she has been very responsive to
 8        the questions that have been asked.
 9        If there's one category where you're
10        unhappy about that it's fine to have
11        mentioned that, but I don't think it
12        needs to rise to the point of
13        escalating the situation.  We
14        understand and she'll do her very best
15        to answer your questions.
16        Q.    (By Mr. Stekloff)  Okay.  But
17   my question is just simple.  Yes or no.  Did
18   Altria -- I'm -- I'm conceding the -- the
19   point.  Simple question, did Altria have the
20   legal ability to force JLI to take any of its
21   services?
22        A.    It did not have the legal
23   ability.
24        Q.    Okay.  Thank you.  Is it also
25   true that JLI chose not to take many of the
```