# Exhibit 4
# 3521-5

```
 1                    FEDERAL TRADE COMMISSION
 2
 3    In re:                          )
 4    ALTRIA GROUP                    )   File No.
 5         and                        )   191-0075
 6    JUUL LABS.                      )
 7
 8
 9                              Friday, December 13, 2019
10
11                              Room 8102
12                              Federal Trade Commission
13                              420-7th Street, S.W.
14                              Washington, D.C.  20020
15
16              The above-entitled matter came on for
17    investigational hearing, pursuant to notice, at 9:00
18    a.m., for the testimony of:
19
20                    HOWARD WILLARD
21
22
23
24    Reported by:  Deborah Wehr, RPR
25
```

157
Willard
Altria Group and JUUL Labs                                    12/13/2019

1    was the proper person to continue on as CEO?
2         A.  Yeah, I only had a perspective of how he was
3    performing in the areas I mentioned previously.  They
4    had much deeper exposure to him.  And certainly I
5    probably added my perspective, but I think they were
6    well aware of it at that point.
7         Q.  And the areas that you mentioned, just so we
8    are clear, is the cost structure at JUUL, the youth
9    vapor usage and the PMTA progress; is that correct?
10        A.  That's right.
11        Q.  At this Washington, D.C. meeting, Mr. Willard,
12   did Mr. Valani or any of the other board members at
13   JUUL indicate what the next steps were in terms of
14   determining Mr. Burns' future at JUUL?
15        A.  Yeah, I think they said that they were
16   considering what to do.  Clearly it was their decision.
17   And I think they said that while they were thinking
18   about whether or not a change made sense, they were
19   also sensitive to the fact that the company had
20   accomplished a lot under Mr. Burns' leadership.
21            And I don't remember whether it was at that
22   meeting or shortly afterward they began to talk about
23   potentially going out and hiring an executive search
24   firm to identify a candidate that might become
25   executive chairman of the company was my understanding.

158

Willard

Altria Group and JUUL Labs                                    12/13/2019

1   And I think their thought was, without having to
2   displace Mr. Burns, they could bring in somebody at a
3   more senior level who could provide oversight on a
4   day-to-day basis.  And that was ultimately something
5   they did execute on.
6        Q.  Did any member of the JLI board seek your
7   thoughts about the executive search firm approach to
8   selecting this new executive for JLI?
9        A.  I don't think they sought my counsel on whether
10  I thought it was a good idea.  They told me they were
11  doing it, and as they made progress identifying
12  candidates, they sometimes told me that they were
13  excited about the prospects.  But I was not really
14  involved in it.  That was more of a board activity.
15       Q.  Did they share who -- strike that.
16           Did they share any potential prospects that
17  they were considering with you?
18       A.  Other than generally saying that the process
19  was underway and that they were finding interesting
20  candidates, I don't remember -- certainly I never met
21  any candidates.  I don't remember specific candidates
22  being identified as somebody that they were getting
23  ready to take action on.
24       Q.  And at what point did you first learn that
25  Mr. Crosthwaite was under consideration to begin

159

Willard

Altria Group and JUUL Labs                               12/13/2019

1   employment at JUUL?
2       A.   I would say that the very first time
3   Mr. Crosthwaite came up as a candidate to play a
4   leadership role at JUUL was in May.  And I was on the
5   phone with one of the two leading shareholders, either
6   Nick Pritzker or Riaz Valani, I can't remember who, and
7   they had called to ask my opinion on something.
8   Apparently they had recently hired a new chief
9   marketing officer, and the chief marketing officer had
10  been publicly announced, and there was an article in
11  the newspaper about the fact that that chief marketing
12  officer's prior experience was at Abercrombie & Fitch,
13  which in the opinion of some of the people that were
14  writing the article, meant that he was somebody who had
15  youth marketing experience, which, while I'm sure he's
16  a highly responsible marketer, was viewed as probably
17  not the right optics for an e-vapor company that was
18  operating in a category that had youth usage issues.
19           And they called to warn me that that article
20  was coming out, and they said, well, what would you do?
21  And I said, well, I don't know the facts.  I said, but
22  I think it looks bad.  I said, I wouldn't hire a chief
23  marketing officer that had immediate prior experience
24  in youth marketing.  And they said, well, that was kind
25  of our instinct too.  We have kind of a process where

1    the board pre-approves these senior hires.  It didn't
2    exactly get followed the right way and he's now on
3    board, and we are deciding what to do.  I said, well,
4    that's your decision.  I said, being in the tobacco
5    business and being really sensitive about youth
6    marketing, I said, that's something that probably
7    somebody at Altria -- it wouldn't have to get to me for
8    somebody to decide not to hire that person.  I said, I
9    wouldn't do that.
10            They said, well, we are having a bit of an
11   argument with Kevin about what to do about this,
12   because this guy is apparently a really terrific and
13   experienced marketer.  We have been looking for a chief
14   marketing officer.
15            And I have no doubt that this man is somebody
16   of high integrity and would only market to adults.  It
17   looks bad.  I don't know that it is bad.
18            At some point during the conversation, they
19   said to me, well, we are afraid if we push Kevin on
20   this, he may get mad and quit.  I said, I don't know
21   what to say about that.  And they said, we are
22   concerned that the company is complicated enough to run
23   that we don't have a good candidate to run it, and you
24   know, we were talking about whether or not K.C. was a
25   candidate.

161

Willard

Altria Group and JUUL Labs                    12/13/2019

```
 1           And I was quite taken aback by that, because
 2   K.C. worked for Altria.  He was one of my direct
 3   reports.  And certainly while they had gotten to know
 4   him and he probably was highly capable and able to run
 5   JUUL, he had run the cigarette business, so he
 6   understood how to run complex businesses, certainly him
 7   running the JUUL company was not something I had ever
 8   thought about.
 9           And I think on the phone at that time I didn't
10   say much.  And I said, well, all right, why don't you
11   guys go figure out how you are going to handle this,
12   and I hung up the phone.  And I knew that K.C. was
13   going out to a board meeting in the next couple of
14   days.  So I did say to K.C., I had a rather strange
15   conversation with one of the board members at JUUL.
16   They brought up you as a candidate to run the company.
17   I said, I don't think there's anything that's going to
18   come of it, but you ought to be aware of it.
19           And so that was the first I had heard of it.
20   And I would say that on occasion, in talking to K.C.,
21   he would describe that they were asking his advice on
22   how he might run the company, and as they were thinking
23   about a replacement for Kevin, K.C.'s name came up on
24   occasion.  And at that point I had come to an agreement
25   with K.C. that if he wanted to go take a position at
```

Willard

Altria Group and JUUL Labs                                    12/13/2019

1   JUUL, that was his decision.  It wasn't something that
2   I was going to try and convince him to do.  Nor was it
3   something that I would stand in the way of and clearly
4   was not a decision that I had any role to play in
5   making that decision.  Ultimately, the senior executive
6   at JUUL reports to the JUUL board, and we didn't have
7   any formal role in the JUUL board.
8       Q.  Turning back briefly to that former Abercrombie
9   & Fitch marketing officer, did he ultimately end up not
10  working for JUUL?
11      A.  At that moment, I think he did stay onboard at
12  the company.
13      Q.  Do you know if he's still there now?
14      A.  I don't know.  I think he may have exited as
15  part of this latest cost reduction program.  But I
16  don't know for sure.
17      Q.  Did Mr. Crosthwaite ever come to you and say
18  that he had been offered officially to join JUUL as the
19  CEO?
20      A.  It was in September, shortly before he was
21  officially announced as CEO at JUUL, that he did come
22  see me and say that he had been contacted by Riaz
23  Valani and Nick Pritzker and that they at least
24  indicated to him that they were seriously considering
25  exiting Kevin Burns and bringing in a replacement to