UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** April 8, 2025 | **Time:** 24 minutes<br>1:57 p.m. to 2:21 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., Marketing, Sales Practices | |

**Attorneys for Plaintiffs:**   Scott P. Schlesinger, Jonathan R. Gdanski, and Jeffrey L. Haberman
**Attorneys for Defendants:**   Timothy S. Danninger, John Massaro, and Michael J. Guzman

**Deputy Clerk:** Jean Davis                                           **Court Reporter:** Kendra Steppler


**PROCEEDINGS**

Case management conference conducted via videoconference in regard to the following member cases:

     19cv6344 – Nessmith v. Altria     20cv2600 – McKnight v. Juul
     19cv7428 – Shapiro v. Altria      20cv3847 – Tortorici v. Juul
     19cv7934 – Fay v. Juul            20cv3850 – Dupree v. Juul
     20cv1927 – Legacki v. Juul       20cv3882 – Sedgwick v. Juul
     20cv1928 – Aragona v. Juul     20cv4661 – Lane v. Juul

The Court asks counsel about the pending related litigation and its status. JCCP litigation with Judge Cunningham is at the point of setting a trial schedule. Judge Orrick anticipates dealing with the cases before him through the first summary judgment phase and then recommending to the JPML that any remaining cases be remanded.

Counsel should expect to answer the long-form complaints that have been filed within approximately 20 days, unless the parties stipulate to longer. The Court expects the parties to answer, although defendants may preserve any case dispositive motion to dismiss arguments. Those arguments should be briefed in conjunction with the established motion for summary judgment deadlines and will be heard at the same time. The hearing on the motions for summary judgment, *Daubert* motions, and any case dispositive motion to dismiss arguments, is set for **August 15, 2025 at 10 a.m**.

The Court intends to consult with Judge Cunningham soon but does not expect to alter the schedule for these member cases.