[*COUNSEL LISTED ON SIGNATURE PAGE*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 19-md-02913-WHO<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' ANSWERS TO LONG-FORM COMPLAINTS** |
| This Document Relates to:<br><br>*Aragona v. Juul Labs, Inc. et al,*<br>    Case No. 3:20-cv-1928<br>*Dupree v. Juul Labs, Inc. at al,*<br>    Case No. 3:20-cv-03850<br>*Fay v. Juul Labs, Inc. et al,*<br>    Case No. 3:19-cv-07934<br>*Lane v. Juul Labs Inc. et al,*<br>    Case No. 3:20-cv-04661<br>*Legacki v. Juul Labs, Inc. et al,*<br>    Case No. 3:20-cv-01927<br>*McKnight v. Juul Labs, Inc. et al,*<br>    Case No. 3:20-cv-02600<br>*Nessmith v. Juul Labs, Inc. et al,*<br>    Case No. 3:19-cv-06344<br>*Sedgwick v. Juul Labs, Inc. et al,*<br>    Case No. 3:20-cv-03882<br>*Shapiro v. Juul Labs, Inc. et al,*<br>    Case No. 3:19-cv-07428<br>*Tortorici v. Juul Labs, Inc. et al,*<br>    Case No. 3:20-cv-03847 | |

Defendants Juul Labs, Inc. ("JLI"); the JLI Settling Defendants[1]; the Independent Retailer Defendants[2]; Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company ("Altria" and collectively with the JLI Settling Defendants and Independent Retailer Defendants, the "Defendants"); and the nine (9) personal injury plaintiffs who have elected not to participate in the plaintiffs' settlements with JLI and/or Altria identified in the above-captioned cases (the "Schlesinger Plaintiffs") (collectively with Defendants, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on April 8, 2025, the Court entered a Minute Order (ECF No. 4397), which stated that answers to the Schlesinger Plaintiffs' long-form complaints should be filed "within approximately 20 days, unless the parties stipulate to longer." *Id.*

WHEREAS, pursuant to the Court's Minute Order, the Parties have met and conferred and agreed that Defendants' answers to the Schlesinger Plaintiffs' long-form complaints shall be due on May 9, 2025 (31 days from the Court's Minute Order).

NOW THEREFORE, IT IS HEREBY STIPULTED AND AGREED that:

1. Defendants' deadline to submit answers to the Schlesinger Plaintiffs' long-form complaints is **May 9th**.

---

[1] The JLI Settling Defendants include Juul Labs, Inc.; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; Riaz Valani; and Wawa, Inc.

[2] The Independent Retailer Defonants include Mega Select, Inc. d/b/a The Hook Up and XMMS LLC d/b/a Climax Smoke Shop or Climax.

Dated: April 22, 2025

Respectfully submitted,

By: */s/ Timothy S. Danninger*
Timothy S. Danninger (pro hac vice)
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: 904-354-1980

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ David E. Kouba*
John C. Massaro (pro hac vice)
Daphne O'Connor (pro hac vice)
Jason A. Ross (pro hac vice)
David E. Kouba (pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: 202-942-50000
Facsimile: 202-942-5999

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company*

By: */s/ Eugene Illovsky*
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: 415-500-6643

*Attorneys for Defendant Adam Bowen*

By: */s/ Michael J. Guzman*
Mark C. Hansen
Michael J. Guzman
David L. Schwarz
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M Street NW, Suite 400
Washington, DC 20036
Telephone: 202-326-7910

*Attorneys for Defendants Nicholas Pritzker, Riaz*

By: */s/ Jeffrey L. Haberman*
Scott P. Schlesinger (pro hac vice)
Jonathan R. Gdanski (pro hac vice)
Jeffrey L. Haberman (pro hac vice)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Telephone: 954-467-8800

*Attorneys for Plaintiffs Plaintiffs Aragona, Dupree, Fay, Lane, Legacki, McKnight, Nessmith, Sedgwick, Shapiro, and Tortorici*

By: */s/ Kevin M. Askew*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700

*Attorneys for Defendant James Monsees*

By: */s/ David F. Pustilnik*
Christopher J. Esbrook
David F. Pustilnik
**ESBROOK P.C.**
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Telephone: 312-319-7680

*Attorneys for Defendants Eby-Brown Company, LLC, Core-Mark Holding Company, Inc., 7-Eleven, Inc. and Wawa, Inc.*

JOINT STIPULATION RE ANSWERS TO LONG-FORM COMPLAINTS

*Valani*, and Hoyoung Huh