# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEFENDANTS' ANSWERS TO LONG-FORM COMPLAINTS** |
| This Document Relates to:<br><br>*Aragona v. Juul Labs, Inc. et al*,<br>   Case No. 3:20-cv-1928<br>*Dupree v. Juul Labs, Inc. at al*,<br>   Case No. 3:20-cv-03850<br>*Fay v. Juul Labs, Inc. et al*,<br>   Case No. 3:19-cv-07934<br>*Lane v. Juul Labs Inc. et al*,<br>   Case No. 3:20-cv-04661<br>*Legacki v. Juul Labs, Inc. et al*,<br>   Case No. 3:20-cv-01927<br>*McKnight v. Juul Labs, Inc. et al*,<br>   Case No. 3:20-cv-02600<br>*Nessmith v. Juul Labs, Inc. et al*,<br>   Case No. 3:19-cv-06344<br>*Sedgwick v. Juul Labs, Inc. et al*,<br>   Case No. 3:20-cv-03882<br>*Shapiro v. Juul Labs, Inc. et al*,<br>   Case No. 3:19-cv-07428<br>*Tortorici v. Juul Labs, Inc. et al*,<br>   Case No. 3:20-cv-03847 | |

Having reviewed and considered the Parties' Joint Stipulation Regarding Defendants' Answers to Long-Form Complaints, and good cause appearing therefore, the Court hereby ORDERS as follows:

1. Defendants' deadline to submit answers to the Schlesinger Plaintiffs' long-form complaints is **May 9th**.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable William H. Orrick
United States District Judge