[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Class Actions | Case No. 19-md-02913-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE FOR POST-DISTRIBUTION ACCOUNTING FOR THE CLASS ACTION SETTLEMENTS** |

Plaintiffs and Defendants stipulate and agree, subject to the Court's approval, to modify the schedule in connection with the class settlements' post-distribution accounting.

WHEREAS, on March 6, 2024, the Court directed that the class settlements' post-distribution accounting should be filed by September 25, 2024, and scheduled a hearing for October 2, 2024. Dkt. 4204. In the minute order, the Court noted that "Counsel may stipulate to move these deadlines so that the accounting will be filed at least 21 days after the settlement payments have issued and/or become stale, whichever date is later." *Id.*;

WHEREAS, on September 25, 2024, the Court entered the Parties' stipulation rescheduling the class settlements' post-distribution accounting deadline to April 30, 2024, and hearing for May 6, 2025. Dkt. 4318. The stipulation again noted that the deadlines may be furth adjusted as needed;

1   WHEREAS, Class Counsel and Epiq began the first distribution of payments to claimants on October 18, 2024;

3   WHEREAS, Epiq has received disputes from claimants and has conducted a review of these contested claims. On March 21, 2025, the Court approved distribution of funds to successful disputing claimants, Dkt. 4394, and Epiq began disbursing funds on April 22, 2025;

6   WHEREAS, certain successful disputing claimants have until May 2, 2025 to submit documentation supporting their claims. Once any documentation is received and payment amounts calculated, Epiq will disburse funds to this population no later than May 30, 2025;

9   WHEREAS, all checks issued to disputing claimants will by stale by December 1, 2025;

10  WHEREAS, the parties stipulate that the deadline to file a post-distribution accounting should be moved to December 22, 2025, and a hearing set at the Court's convenience;

12  WHEREAS, if a second distribution is needed, counsel will notify the Court and may request further changes to the schedule for the post-distribution accounting;

14  NOW THEREFORE, the Plaintiffs and the Defendants, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court order as follows:

16  The class settlements' post-distribution accounting shall be filed by **December 22, 2025**, and a hearing scheduled at the Court's convenience if the Court deems it appropriate. These dates may be further adjusted on stipulation of the parties and subject to approval of the Court.

20  **IT IS SO STIPULATED.**

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.  A Case Management Conference to review the post-distribution accounting is set for January 20, 2026.**

Dated:  May 1, 2025

_____
Honorable Judge William H. Orrick

| | |
|---|---|
| Dated: April 30, 2025 | Respectfully submitted, |
| By: /s/ *Timothy S. Danninger* | By: /s/ *Sarah R. London* |
| Timothy S. Danninger (pro hac vice)<br>**GUNSTER YOAKLEY & STEWART, P.A.**<br>1 Independent Drive, Suite 2300<br>Jacksonville, 32204<br>Telephone: (904) 354-1980 | Sarah R. London<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| *Attorneys for Defendant Juul Labs, Inc.* | By: */s/ Dena C. Sharp* |
| | Dena C. Sharp<br>**GIRARD SHARP LLP**<br>601 California St., Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| By: */s/ John C. Massaro*<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>John C. Massaro (admitted pro hac vice)<br>Jason A. Ross (admitted pro hac vice)<br>601 Massachusetts Ave., N.W.<br>Washington D.C.  20001<br>Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999<br>john.massaro@arnoldporter.com<br>Jason.ross@arnoldporter.com | By: */s/ Dean Kawamoto*<br><br>Dean Kawamoto<br>**KELLER ROHRBACK L.L.P.**<br>1201 Third Ave., Ste. 3200<br>Seattle, WA 98101<br>Telephone:  (206) 623-1900 |
| *Attorneys for Defendants Altria Group, Inc. and Philip Morris USA Inc.* | By: */s/ Ellen Relkin* |
| By: */s/ Michael J. Guzman*<br><br>**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**<br>Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwartz<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br>mguzman@kellogghansen.com<br><br>*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* | Ellen Relkin<br>**WEITZ & LUXENBERG**<br>700 Broadway<br>New York, NY 10003<br>Telephone: (212) 558-5500<br><br>*Co-Lead Counsel for Plaintiffs* |

| | |
|---|---|
| 1 | By: */s/ Eugene Illovsky* |
| 2 | **ILLOVSKY GATES & CALIA LLP** |

By: */s/ Eugene Illovsky*

**ILLOVSKY GATES & CALIA LLP**
Eugene Illovsky
Kevin Calia
Sharon Frase
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@boersch-illovsky.com
kevin@boersch-illovsky.com
sharon@boersch-illovsky.com

*Attorneys for Defendant Adam Bowen*

By: */s/ James Kramer*

**ORRICK HERRINGTON & SUTCLIFFE LLP**
James Kramer
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com

*Attorneys for Defendant James Monsees*

---

Case No. 19-md-02913-WHO

4

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE FOR POST-DISTRIBUTION ACCOUNTING FOR THE CLASS ACTION SETTLEMENTS