# EXHIBIT A

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| 1. | P.O. | *Patrick O'Neil v. Juul Labs, Inc. et al.* | 3:19-cv-06936 | Stark & Stark |
| 2. | Brianna Bayly | *Brianna Bayly v. Juul Labs, Inc., PAX Labs, Inc., Altria Group, Inc. and Philip Morris USA, Inc.* | 3:19-cv-08233 | Nachawati Law Group |
| 3. | Steve Craft | *Steve Craft v. JUUL Labs, Inc., PAX Labs, Inc., Altria Group, Inc., and Philip Morris USA, Inc.* | 3:19-cv-08263 | Nachawati Law Group |
| 4. | Victoria Jones | *Victoria Jones vs. JUUL Labs Inc., PAX Labs Inc., Altria Group Inc., and Philip Morris USA, Inc.* | 3:19-cv-08271 | Nachawati Law Group |
| 5. | Sebastian Soulas | *Sebastian Soulas, individually, and on behalf of those similarly situated, v. JUUL Labs, Inc., a Delaware corporation f/k/a PAX Labs, Inc. f/k/a Ploom Products, Inc., and PAX Labs, Inc., a Delaware corporation f/k/a PAX Labs (DEUX), Inc.* | 3:20-cv-01615 | Provosty & Gankendorff LLC |
| 6. | V.P. | *V.P., an Infant, by her Mother, J.A. v. Juul Labs, Inc. et al.* | 3:20-cv-07228 | Giskan Solotaroff & Anderson LLP |
| 7. | Kailor Seward | *Kailor Seward v. Juul Labs, Inc. et al.* | 3:21-cv-03206 | Wagstaff & Cartmell, LLP |
| 8. | E.B. | *Mindy Boyd, individually, and as guardian of her minor child, E.B., on behalf of herself and those similarly situated v. JUUL Labs, Inc.* | 3:19-cv-06914 | Wagstaff & Cartmell, LLP |
| 9. | John McFaull | *John McFaull, individually and on behalf of those similarly situated v. JUUL Labs, Inc.* | 3:19-cv-06923 | Gatlin Voelker PLLC |
| 10. | Kristy Strattard* | *Kristy Strattard, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02390 | Fine, Kaplan and Black, R.P.C. |
| 11. | T.Y.* | *Charleen Richey, on behalf of her son, T.Y., individually and on behalf of others similarly situated v. Juul Labs, Inc.;* | 3:21-cv-02273 | Wagstaff & Cartmell, LLP |

| | | | | |
|---|---|---|---|---|
| | | *Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | | |
| 12. | Hasnat Ahmad* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 13. | Liliana Andrade* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 14. | B.C.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 15. | Adam Banner* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 16. | Tommy Benham* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 17. | D.D.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 18. | Jillian Furey* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 19. | Austin Hester* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

| | | | | |
|---|---|---|---|---|
| 20. | Edgar Kalenkevich* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 21. | Kacie Ann Lagun* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 22. | Jonathan Mardis* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 23. | S.G.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 24. | W.T.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 25. | A.R.T.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 26. | Amber Royce* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 27. | Corey Smith* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| 28. | J.Y.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.