UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 19-md-02913-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR FILING DISPOSITIVE MOTIONS** |
| This Document Relates to:<br><br>*Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928;<br>*Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850;<br>*Jennifer Lane v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661;<br>*Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927;<br>*Ashlynn NesSmith v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-06344;<br>*Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882;<br>*Ben Shapiro v. Juul Labs, Inc. et al.*, Case No. 19-cv-07428; and<br>*Matthew Tortorici v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03847 | |

The undersigned parties jointly stipulate and agree, subject to the Court's approval, to a revised briefing schedule concerning the dispositive motions contemplated by CMO 17, Paragraph 49, and CMO 19, Paragraph 41. In support thereof, the parties state as follows:

WHEREAS, on January 30, 2023, the Court entered Case Management Order 17 ("CMO 17"), concerning further litigation against Juul Labs, Inc., Adam Bowen, James Monsees, Nicholas Pritzker, Riaz Valani, Hoyoung Huh, and certain other defendants (ECF No. 3780);

WHEREAS, on August 11, 2023, the Court entered Case Management Order 19 ("CMO 19"), concerning further litigation against Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Enterprises LLC, and Altria Group Distribution Company (ECF No. 4112);

WHEREAS, CMO 17, Paragraph 49, and CMO 19, Paragraph 41, each contemplate an initial round of dispositive motion practice following certain case-specific discovery;

1

1    WHEREAS, on January 28, 2025, the Court set a deadline of May 16, 2025, for the defendants to file the dispositive motions contemplated by CMO 17, Paragraph 49, and CMO 19, Paragraph 41, in the eight above-referenced actions; a deadline of June 13, 2025, for the plaintiffs to oppose those dispositive motions; and a deadline of July 11, 2025, for the defendants to file any replies in support of their dispositive motions;

WHEREAS, the parties believe additional time would allow the defendants to better coordinate their dispositive motions and streamline their presentation to the Court, thereby serving the interests of efficiency and judicial economy, and potentially reducing the labor to be expended by the plaintiffs in responding to the motions;

WHEREAS, the deposition of Plaintiff Ben Shapiro has not yet been completed but is noticed for May 27 and 28, 2025;

WHEREAS, remand briefing in *Shapiro v. Juul Labs, Inc.*, Case No. 19-cv-07428, remains open; and

WHEREAS, the proposed extensions of time would not otherwise impact this Court's administration of the Multi-District Litigation, including the hearing concerning dispositive motions set for August 15, 2025;

NOW THEREFORE, the parties, through their undersigned counsel, hereby jointly stipulate, agree and respectfully request that the Court enter an Order (1) extending the defendants' deadline to file the dispositive motions contemplated by CMO 17, Paragraph 49, and CMO 19, Paragraph 41, by seven days, through and including May 23, 2025; (2) setting a deadline of July 11, 2025, for the plaintiffs to oppose any dispositive motions; (3) setting a deadline of August 8, 2025, for the defendants to file any replies in support of their dispositive motions; and (4) staying all dispositive motion briefing deadlines in *Shapiro* until the defendants complete the deposition of Ben Shapiro and the Court rules upon the pending remand motion in that action.

|   |   |   |
|---|---|---|
| 1 | RESPECTFULLY SUBMITTED this 16th day of May 2025. | |
| 2 | By: /s/ Timothy S. Danninger<br>Timothy S. Danninger (*pro hac vice*)<br>**GUNSTER YOAKLEY & STEWART, P.A.**<br>1 Independent Drive, Suite 2300<br>Jacksonville, 32204<br>Telephone: (904) 354-1980 | By: /s/ Scott P. Schlesinger<br>Scott P. Schlesinger, (*pro hac vice*)<br>Jonathan R. Gdanski, (*pro hac vice*)<br>Jeffrey L. Haberman, (*pro hac vice*)<br>**SCHLESINGER LAW OFFICE, P.A.**<br>1212 SE Third Avenue<br>Fort Lauderdale, FL 33317<br>Tel: (954) 467-8800<br>scott@schlesingerlaw.com<br>jgdanski@schlesingerlaw.com<br>jhaberman@schlesingerlaw.com<br><br>*Attorneys for Plaintiffs* |
|   | By: /s/ David I. Horowitz<br>David I. Horowitz, SBN 248414<br>**KIRKLAND & ELLIS, LLP**<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Tel: (213) 680-8374<br>david.horowitz@kirkland.com<br><br>*Attorneys for Defendant Juul Labs, Inc.* | |
|   | By: */s/* James Kramer<br>James Kramer<br>Catherine Malone<br>Kevin Askew<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: (415) 773-5700<br>jkramer@orrick.com<br>cmalone@orrick.com<br>kaskew@orrick.com<br><br>*Attorneys for Defendant James Monsees* | By: /s/ David E. Kouba<br>David E. Kouba, (*pro hac vice*)<br>**ARNOLD & PORTER KAY SCHOLER, LLP**<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>Tel: (202) 942-5230<br>Fax: (202) 942-5999<br>david.kouba@arnoldporter.com<br><br>By: /s/ Lauren S. Wulfe<br>Lauren S. Wulfe, SBN 287592<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>777 S. Figueroa St., 44th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 243-4000<br>lauren.wulfe@arnoldporter.com<br><br>*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Distribution Company* |
|   | By: */s/* Michael J. Guzman<br>Mark C. Hansen<br>Michael J. Guzman<br>David L. Schwarz<br>**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**<br>Sumner Square, 1615 M St., N.W., Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7910<br><br>*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh* | By: */s/* Eugene Illovsky<br>Eugene Illovsky<br>Kevin Calia<br>**ILLOVSKY GATES & CALIA LLP**<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Telephone: (415) 500-6643<br><br>*Attorneys for Defendant Adam Bowen* |

**PROPOSED ORDER**

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

(1) The defendants' deadline to file the dispositive motions contemplated by CMO 17, Paragraph 49, and CMO 19, Paragraph 41, is extended by seven days, through and including May 23, 2025; (2) the plaintiffs' deadline to oppose any such dispositive motions shall be July 11, 2025; (3) the defendants' deadline to file any replies in support of their dispositive motions shall be August 8, 2025; and (4) notwithstanding the foregoing, all dispositive motion briefing deadlines are stayed as to *Ben Shapiro v. Juul Labs, Inc. et al.*, Case No. 19-cv-07428, until after the defendants complete the deposition of Ben Shapiro and the Court rules upon the pending remand motion in that action, at which time the Court will enter an appropriate scheduling order.

Date: _____, 2025

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge