Timothy S. Danninger (*pro hac vice*)
tdanninger@gunster.com
GUNSTER YOAKELY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
(904) 354-1980 Telephone
(904) 354-2170 Facsimile

Counsel for Defendant,
JUUL Labs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case No. 3:19-MD-02913-WHO<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that as of June 5, 2025 Nathan Hill *pro hac vice* counsel of record for Defendant, Juul Labs, Inc. hereby is withdrawn as counsel in the above-captioned litigation and request that their names be removed from the Court's and the parties' service lists.

GUNSTER YOAKLEY & STEWART, P.A.

Dated: June 9, 2025

*/s/ Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170
tdanninger@gunster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2025, a true and correct copy of the foregoing document was submitted to the Court's CM/ECF system, which will generate a copy of the foregoing to each counsel for record.

 */s/ Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)

ACTIVE:37609337.1