Scott P. Schlesinger (*admitted pro hac vice*)
Jonathan R. Gdanski (*admitted pro hac vice*)
Jeffrey L. Haberman (*admitted pro hac vice*)
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue
Ft. Lauderdale, FL 33317
Telephone: (954) 467-8800
Email: Scott@schlesingerlaw.com
Email: Jgdanski@schlesingerlaw.com
Email: Jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| THIS DOCUMENT RELATES TO: | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| *Aragona v. Juul Labs, Inc. et al.* Case No. 3:20-cv-1928 | |
| *Dupree v. Juul Labs, Inc. et al.* Case No. 3:20-cv-03850 | |
| *Lane v. Juul Labs Inc. et al.* Case No. 3:20-cv-04661 | |
| *Legacki v. Juul Labs, Inc. et al.* Case No. 3:20-cv-01927 | |
| *Nessmith v. Juul Labs, Inc. et al.* Case No. 3:19-cv-06344 | |
| *Sedgwick v. Juul Labs, Inc. et al.* Case No. 3:20-cv-03882 | |
| *Shapiro v. Juul Labs, Inc. et al.* Case No. 3:19-cv-07428 | |
| *Tortorici v. Juul Labs, Inc. et al.* Case No. 3:20-cv-03847 | |

The undersigned Parties jointly stipulate and agree, subject to the Court's approval, to a revised briefing schedule concerning the dispositive motions contemplated by CMO 17 and CMO 19, and in support thereof state as follows:

**WHEREAS**, on January 28, 2025, the Court set a deadline of May 16, 2025, for Defendants to file the dispositive motions contemplated by CMO 17 and CMO 19 in the eight above-referenced matters; a deadline of June 13, 2025, for Plaintiffs to oppose those dispositive motions; and a deadline of July 11, 2025, for Defendants to file any replies in support of their dispositive motions;

**WHEREAS**, on May 16, 2025, the Parties entered into a Joint Stipulation Regarding Extension of Time for Filing Dispositive Motions (1) extending Defendants' deadline to file the dispositive motions contemplated by CMO 17 and CMO 19 by seven (7) days, through and including May 23, 2025; (2) setting a deadline of July 11, 2025, for Plaintiffs to oppose any dispositive motions; (3) setting a deadline of August 8, 2025, for Defendants to file any replies in support of their dispositive motions; and (4) staying all dispositive motion briefing deadlines in the *Shapiro* matter until Defendants complete the deposition of Plaintiff Ben Shapiro and the Court rules upon the pending remand motion in that action (ECF No. 4112);

**WHEREAS**, Defendants filed over thirty (30) respective dispositive motions in the Judicial Council Coordinated Proceedings ("JCCP") and the Multi-District Litigation ("MDL") on May 23, 2025;

**WHEREAS**, due to the press of work in responding to the breadth of Defendants' dispositive motions filed, Plaintiffs require additional time to provide responses thereto;

**WHEREAS**, the proposed extensions would not otherwise impact the Court's administration of the MDL, notwithstanding the hearing currently set on the dispositive motions for August 22, 2025, which shall be rescheduled for a date and time that follows the completion of the revised briefing schedule outlined below;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby jointly stipulate, agree, and respectfully request that the Court enter an Order extending the deadlines set forth in CMO 17 and CMO 19 as follows:

*Dupree/Tortorici*

- Plaintiffs shall file Amended Complaints on or before July 14, 2024.
- Defendants shall file dispositive motions contemplated by CMO 17 and CMO 19[1] within thirty (30) days of the filing of Plaintiffs' Amended Complaints.

---

[1] For the avoidance of doubt, the Parties agree that these dispositive motions will be considered their first dispositive motions under CMO 17 and CMO 19, notwithstanding the prior filing of dispositive motions directed to prior iterations of Plaintiffs' complaints, and Defendants may still file non-duplicative dispositive motions as contemplated by CMO 17, para. 49 and CMO 19, para. 44.

- Plaintiffs shall file oppositions within thirty (30) days of the filing of Defendants' dispositive motions.
- Defendants shall file replies within twenty (20) days of the filing of Plaintiffs' oppositions.

*Aragona, Lane, Legacki, Nessmith, Sedgwick*

- Plaintiffs shall file oppositions to Defendants' dispositive motions on or before July 25, 2025.
- Defendants shall file replies to Plaintiffs' oppositions on or before August 22, 2025, subject to reasonable extensions of time as needed.

*Shapiro*

- Defendants shall file oppositions to Plaintiffs' motion for remand within two (2) weeks following the completion of Plaintiff Ben Shapiro's deposition.
- Plaintiffs' shall file replies within one (1) week of the filing of Defendants' oppositions.

Dated: July 11, 2025

Respectfully submitted,

By: *Jeffrey L. Haberman*
Scott P. Schlesinger (*pro hac vice*)
Jonathan R. Gdanski (*pro hac vice*)
Jeffrey L. Haberman (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

By: *Timothy S. Danninger*
Timothy S. Danninger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980
Tdanninger@gunster.com

By: *David I. Horowitz*

David I. Horowitz (SBN 248414)
KIRKLAND & ELLIS, LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (213) 680-8374
David.horowitz@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

By: *David E. Kouba*
David E. Kouba (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 942-5230
David.kouba@arnoldporter.com

By: *Lauen S. Wulfe*
Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000
Lauren.wulfe@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Distribution Company*

By: *James Kramer*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
405 Howard Street San Francisco, CA 94105-2669
Tel: (415) 773-5700
Jkramer@orrick.com
Cmalone@orrick.com
Kaskew@orrick.com

*Attorneys for Defendant James Monsees*

By: *Mark C. Hansen*
Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

- 4 -

JOINT STIPULATION REGARDING BRIEFING SCHEDULE

1   
2   1615 M St., N.W., Suite 400
3   Washington, DC 20036
    Tel: (202) 326-7910
4   
    *Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION REGARDING BRIEFING SCHEDULE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Aragona v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-1928<br>*Dupree v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-03850<br>*Lane v. Juul Labs Inc. et al.*<br>Case No. 3:20-cv-04661<br>*Legacki v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-01927<br>*Nessmith v. Juul Labs, Inc. et al.*<br>Case No. 3:19-cv-06344<br>*Sedgwick v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-03882<br>*Shapiro v. Juul Labs, Inc. et al.*<br>Case No. 3:19-cv-07428<br>*Tortorici v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-03847 | Case No. 19-md-02913-WHO<br><br>[~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE |

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

The deadlines set forth in CMO 17 and CMO 19 are extended as follows:

*Dupree/Tortorici*

- Plaintiffs shall file Amended Complaints on or before July 14, 2024.

- Defendants shall file dispositive motions contemplated by CMO 17 and CMO 19 within thirty (30) days of the filing of Plaintiffs' Amended Complaints (which, for the avoidance of doubt, shall be deemed to be Defendants' first dispositive motions in these actions, notwithstanding the prior filing of any dispositive motions directed to prior iterations of Plaintiffs' complaints).

- Plaintiffs shall file oppositions within thirty (30) days of the filing of Defendants' dispositive motions.

- Defendants shall file replies within twenty (20) days of the filing of Plaintiffs' oppositions.
- **The August 22, 2025 hearing date on these motions is VACATED**.

*Aragona, Lane, Legacki, Nessmith, Sedgwick*

- Plaintiffs shall file oppositions to Defendants' dispositive motions on or before July 25, 2025.
- Defendants shall file replies to Plaintiffs' oppositions on or before August 22, 2025, subject to reasonable extensions of time as needed.
- **The August 22, 2025 hearing date on these motions is continued to September 24, 2025, at 10 a.m.**

*Shapiro*

- Defendants shall file oppositions to Plaintiffs' motion for remand within two (2) weeks following the completion of Plaintiff Ben Shapiro's deposition.
- Plaintiffs' shall file replies within one (1) week of the filing of Defendants' oppositions.

DATED: July 11, 2025



_____
HONORABLE WILLIAM H. ORRICK
United States District Judge