Scott P. Schlesinger (*admitted pro hac vice* )
Jonathan R. Gdanski (*admitted pro hac vice*)
Jeffrey L. Haberman (*admitted pro hac vice*)
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue
Ft. Lauderdale, FL 33317
Telephone: (954) 467-8800
Email: Scott@schlesingerlaw.com
Email: Jgdanski@schlesingerlaw.com
Email: Jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| | **JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
| THIS DOCUMENT RELATES TO: | |
| *Aragona v. Juul Labs, Inc. et al.*<br>*Case No. 3:20-cv-1928*<br>*Lane v. Juul Labs Inc. et al.*<br>*Case No. 3:20-cv-04661*<br>*Legacki v. Juul Labs, Inc. et al.*<br>*Case No. 3:20-cv-01927*<br>*Nessmith v. Juul Labs, Inc. et al.*<br>*Case No. 3:19-cv-06344*<br>*Sedgwick v. Juul Labs, Inc. et al.*<br>*Case No. 3:20-cv-03882* | |

The undersigned Parties jointly stipulate and agree, subject to the Court's approval, to a revised briefing schedule concerning the dispositive motions contemplated by CMO 17 and CMO 19, and in support thereof state as follows:

**WHEREAS**, on July 11, 2025, the Parties entered into a Joint Stipulation Regarding Briefing Schedule (1) setting a deadline of July 25, 2025, for the above-captioned Plaintiffs to oppose any dispositive motions[1]; and (2) setting a deadline of August 22, 2025, for Defendants to file any replies in support of their dispositive motions;

**WHEREAS**, Plaintiffs require an additional five (5) days to provide responses to the Non-Management Defendants' dispositive motions;

---

[1] Plaintiffs *Dupree* and *Tortorici* amended their complaints, respectively, and are on a different briefing schedule.

**WHEREAS**, the Non-Management Defendants have agreed to Plaintiffs' request and need reciprocal time for their replies;

**WHEREAS**, the proposed extensions would not otherwise impact the Court's administration of the MDL, notwithstanding the hearing currently set on the dispositive motions, which has been reset to September 24, 2025[2];

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby jointly stipulate, agree, and respectfully request that the Court enter an Order extending the deadlines set forth in CMO 17 and CMO 19 as follows:

*Aragona, Lane, Legacki, Nessmith, Sedgwick*

- Plaintiffs shall file oppositions to the Non-Management Defendants' dispositive motions on or before July 30, 2025.

- Non-Management Defendants shall file replies to Plaintiffs' oppositions on or before August 27, 2025, subject to reasonable extensions of time as needed.

Dated: July 25, 2025

Respectfully submitted,

By: *Scott Schlesinger*
Scott P. Schlesinger (*pro hac vice*)
Jonathan R. Gdanski (*pro hac vice*)
Jeffrey L. Haberman (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

By: *Timothy S. Danniger*
Timothy S. Danniger (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980
Tdanninger@gunster.com

---

[2] The Court recently reset the hearing to September 24, 2025.  That is the second day of the Rosh Hashanah holiday, which Plaintiffs' counsel observes, and will separately request the Court to continue the hearing to a different date.

By: *David I. Horowitz*
David I. Horowitz (SBN 248414)
KIRKLAND & ELLIS, LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (213) 680-8374
David.horowitz@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

By: *David E. Kouba*
David E. Kouba (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 942-5230
David.kouba@arnoldporter.com

By: *Lauren S. Wulfe*
Lauren S. Wulfe (SBN 287592)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000
Lauren.wulfe@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, and Altria Distribution Company*

By: *James Kramer*
James Kramer (SBN 154709)
Catherine Malone (SBN 325283)
Kevin Askew (SBN 238866)
**ORRICK HERRINGTON & SUTCLIFFE LLP**
405 Howard Street San Francisco, CA 94105-2669
Tel: (415) 773-5700
Jkramer@orrick.com
Cmalone@orrick.com
Kaskew@orrick.com

*Attorneys for Defendant James Monsees*

- 3 -

By: /s/ Eugene Illovsky
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643

*Attorneys for Defendant Adam Bowen*

By: Mark C. Hansen
Mark C. Hansen (*pro hac vice*)
Michael J. Guzman (*pro hac vice*)
David L. Schwarz (*pro hac vice*)
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M St., N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7910

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

- 4 -

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| | **[~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE** |
| THIS DOCUMENT RELATES TO: | |

*Aragona v. Juul Labs, Inc. et al.*
*Case No. 3:20-cv-1928*
*Dupree v. Juul Labs, Inc. et al.*
*Case No. 3:20-cv-03850*
*Lane v. Juul Labs Inc. et al.*
*Case No. 3:20-cv-04661*
*Legacki v. Juul Labs, Inc. et al.*
*Case No. 3:20-cv-01927*
*Nessmith v. Juul Labs, Inc. et al.*
*Case No. 3:19-cv-06344*
*Sedgwick v. Juul Labs, Inc. et al.*
*Case No. 3:20-cv-03882*
*Shapiro v. Juul Labs, Inc. et al.*
*Case No. 3:19-cv-07428*
*Tortorici v. Juul Labs, Inc. et al.*
*Case No. 3:20-cv-03847*

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

The deadlines set forth in CMO 17 and CMO 19 are extended as follows:

> *Aragona, Lane, Legacki, Nessmith, Sedgwick*

- Plaintiffs shall file oppositions to Defendants' dispositive motions on or before July 30, 2025.

- Defendants shall file replies to Plaintiffs' oppositions on or before August 27, 2025, subject to reasonable extensions of time as needed.

DATED: _July 25, 2025

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 5 -