UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUALBERTO MENDONES<br><br>v. JUUL LABS, INC. et. al<br><br>*This Document Relates to:*<br><br>IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO) | Case No. 3:19-MD-02913-WHO<br><br>**NOTICE OF DISMISSAL**<br><br>Hon. William H. Orrick |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action:

- JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC.,

**THE MANAGEMENT DEFENDANTS**

- JAMES MONSEES;
- ADAM BOWEN;
- NICHOLAS PRITZKER;
- HOYOUNG HUH;
- RIAZ VALANI;

**THE E-LIQUID MANUFACTURING DEFENDANTS**

- MOTHER MURPHY'S LABS, INC.;
- ALTERNATIVE INGREDIENTS, INC.;
- TOBACCO TECHNOLOGY, INC.;
- eLIQUITECH, INC.;

**THE DISTRIBUTOR DEFENDANTS**

- MCLANE COMPANY, INC.;
- EBY-BROWN COMPANY, LLC;
- CORE-MARK HOLDING COMPANY, INC.;

**THE RETAILER DEFENDANTS**

- CHEVRON CORPORATION;
- CIRCLE K STORES INC.;
- SPEEDWAY LLC;
- 7-ELEVEN, INC.;
- WALMART;
- WALGREENS BOOTS ALLIANCE, INC.
- WAWA, INC.

**THE VAPORESSO DEFENDANT**

- SVR INC.

Dated: August 7, 2025

LLC

Respectfully Submitted,

/s/H. Cooper Wilson, III

McLEOD LAW GROUP,

3 Morris Street, Suite A
PO Box 21624
Charleston, South Carolina 29413
P: 843-277-6655 F: 843-277-6660
W. Mullins McLeod, Jr. (#7142)
H. Cooper Wilson, III (#10107)

MCCOY LAW GROUP, LLC
Peter M. McCoy, Jr.
15 Prioleau Street
Charleston, South Carolina 29401
P: 843-459-8835

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

/s/H. Cooper Wilson, III
H. Cooper Wilson, III, Esq.