Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>Hon. William H. Orrick |
| *This Document Relates to:*<br><br>*Cole Aragona v. Juul Labs, Inc., et al.*, Case No. 3:21-cv-01928-WHO<br><br>*Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-04661-WHO<br><br>*Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01927-WHO<br><br>*Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO<br><br>*Carson Sedgwick v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03882-WHO | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE <u>AS AMENDED</u>** |

The undersigned Parties stipulate and agree, subject to the Court's approval, to a revised briefing schedule concerning the dispositive motions contemplated by CMO 17 and CMO 19 in the above-captioned actions, and in support thereof state as follows:

**WHEREAS**, on May 23, 2025, the defendants filed certain initial dispositive motions pursuant to CMO 17 and CMO 19.

1

**WHEREAS**, on July 25, 2025, Plaintiffs filed oppositions to these dispositive motions.

**WHEREAS**, the deadline for the JLI and Altria defendants to file their replies in further support of their initial dispositive motions is August 22, 2025, and the deadline for the Non-Management Director defendants to file their replies is August 27, 2025.

**WHEREAS**, the Court has set a hearing on these dispositive motions for September 24, 2025, at 10 a.m.

**WHEREAS**, Plaintiffs' counsel has a conflict on September 24, 2025, due to the religious observance of the Rosh Hashanah holiday, and intends to move to reset the hearing for October 29, 2025.

**NOW THEREFORE**, subject to the Court's approval, the Parties hereby **STIPULATE** and **AGREE**, through their undersigned counsel, as follows:

1. The deadline for the defendants to file their replies in further support of their dispositive motions in the above-captioned actions is extended to September 19, 2025.

Dated: August 21, 2025

Respectfully submitted,

By: */s/ Timothy J. McGinn*
Timothy S. Danninger (*pro hac vice*)
Timothy J. McGinn (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ Jeffrey L. Haberman*
Scott P. Schlesinger, (*pro hac vice*)
Jonathan R. Gdanski, (*pro hac vice*)
Jeffrey L. Haberman, (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

By: /s/ *Martin Schmidt*
Martin Schmidt, SBN 171673
SCHMIDT NATIONAL LAW GROUP
3033 Fifth Avenue, Suite 335
San Diego, CA 92103
Tel: (800) 631-5656
Fax: (619) 393-1777

*Attorneys for Plaintiffs*

2

By: */s/ Michael J. Guzman*
Mark C. Hansen
Michael J. Guzman
David L. Schwarz
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

By: */s/ James Kramer*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*

By: */s/ David E. Kouba*
David E. Kouba, (*pro hac vice*)
**ARNOLD & PORTER KAY SCHOLER, LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 942-5230
Fax: (202) 942-5999
david.kouba@arnoldporter.com

By: */s/ Lauren S. Wulfe*
Lauren S. Wulfe, SBN 287592
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000
lauren.wulfe@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Distribution Company, and Altria Enterprises LLC*

By: */s/ Eugene Illovsky*
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@illovskygates.com
kevin@illovskygates.com

*Attorneys for Defendant Adam Bowen*

3

Stipulation Regarding Briefing Schedule
Case No. 3:19-md-02913-WHO

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO |
| | Hon. William H. Orrick |
| *This Document Relates to:* | **[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE & RESET HEARING DATE** |
| *Cole Aragona v. Juul Labs, Inc., et al.*, Case No. 3:21-cv-01928-WHO | |
| *Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-04661-WHO | |
| *Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01927-WHO | |
| *Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO | |
| *Carson Sedgwick v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03882-WHO | |

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

The deadline for the defendants to file their replies in further support of their dispositive motions in the above-captioned actions is extended to September 19, 2025.

**The hearing on all pending motions is reset to October 31, 2025 at 9:30 a.m. by videoconference. The Court resets the hearings in the two other opt-out cases (Case No. 20-**

1  **cv-03847 and Case No. 20-cv-3850) from October 29, 2025 to October 31, 2025 at 9:30 a.m.**

2  **by videoconference**.

3  DATED: August 25, 2025

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge