Neville S. Hedley (SBN 241022)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 312-342-6008
Email: ned.hedley@hlli.org

*Attorneys for Objector Reilly Stephens*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re JUUL Labs, Inc. Marketing, Sales Practices and Products Liability Litigation* | Case No. 19-md-02913-WHO |
| | **MOTION TO WITHDRAW AS COUNSEL** |
| | |
| | Judge: The Honorable William H. Orrick |
| REILLY STEPHENS, | |
| Objector. | |

Pursuant to Local Rule 11-5, Neville S. Hedley files this motion to withdraw as counsel for objector Reilly Stephens. Mr. Hedley is departing Hamilton Lincoln Law Institute at the end of September. This Court has already ruled on Mr. Stephens objection. Mr. Hedley respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing. Given the disposition of the case and that the Court has already ruled on Mr. Stephens's objection, substitution of counsel is not necessary. But if the Court disagrees, another attorney from Hamilton Lincoln Law Institute who is a member in good standing of this Court will file a notice of appearance.

Mr. Hedley's withdrawal will not prejudice any party to this case. For these reasons, the undersigned requests an order from this Court permitting him to withdraw from this case.

Dated: September 23, 2025        Respectfully submitted,

*/s/ Neville S. Hedley*
Neville S. Hedley (SBN 241022)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Email: ned.hedley@hlli.org
Voice: 312-342-6008

*Attorney for Objector Reilly Stephens*

Case No. 3:19-md-02913-WHO                                                    1
MOTION TO WITHDRAW

**CERTIFICATE OF SERVICE**


I hereby certify that on this day I electronically filed the foregoing motion using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 23d day of September, 2025.


/s/ Neville S. Hedley
Neville S. Hedley