# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In Re JUUL Labs, Inc. Marketing, Sales Practices and Products Liability Litigation* | Case No. 4:19-md-02913-WHO |
| REILLY STEPHENS,<br><br>           Objector. | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge:    William H. Orrick |

The Court grants the Motion of Neville S. Hedley to withdraw as counsel for objector Reilly Stephens.

IT IS SO ORDERED

Dated: _____                                    _____

                                                              William H. Orrick
                                                              United States District Judge

Dated: September 23, 2025       Respectfully submitted,

/s/ Neville S. Hedley
Neville S. Hedley (SBN 241022)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 312-342-6008
Email: ned.hedley@hlli.org

*Attorneys for Objector Reilly Stephens*

## PROOF OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Proposed Order using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 23d day of September, 2025.

*/s/ Neville S. Hedley*
Neville S. Hedley