1  [Submitting Counsel on Signature Page]

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12  IN RE JUUL LABS, INC.,                    Case No. 3:19-md-02913-WHO
    MARKETING, SALES PRACTICES,
13  AND PRODUCTS LIABILITY              **FEE COMMITTEE'S THIRD**
    LITIGATION                         **SUPPLEMENTAL EXPENSE**
14                                      **RECOMMENDATIONS**

15  _____
                                        **Judge:    Hon. William H. Orrick**
16  This Document Relates to:           **Date:     November 19, 2025**
                                        **Time:     2:00 PM**
17  All Cases                           **Ctrm.:    2 (by Zoom)**

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

## **NOTICE OF MOTION AND MOTION**

     **PLEASE TAKE NOTICE** that on November 19, 2025, at 2:00 PM, in Courtroom 2 (via Zoom) of this Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, the Court-Appointed Fee Committee, will and hereby does move for an order accepting the Fee Committee's third supplemental expense recommendations.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEE COMMITTEE RECOMMENDATIONS
CASE NO. 3:19-MD-02913-WHO

I.    **INTRODUCTION**

The Court-Appointed Fee Committee (ECF 4068), submits this set of recommendations concerning third supplemental expense payments. The recommended supplemental expense reimbursements, by firm, are attached as **Exhibit 1**.

II.    **THE FEE COMMITTEE RECOMMENDS THE COURT AUTHORIZE REIMBURSEMENT OF INCURRED EXPENSES.**

Since the Court approved the Fee Committee's First and Second Supplemental Expense Recommendations, firms reported an additional $132,012.13 in held costs (incurred between 2021 and 2024). London Decl. ¶ 3. Co-Lead Counsel reviewed the reported costs and approved them as reasonably incurred and compensable under CMO 5. *Id.* ¶ 4. The Fee Committee recommends those expenses be approved for reimbursement. The amounts, by firm, appear in **Exhibit 1**.

III.    **CONCLUSION**

The Fee Committee respectfully recommends the Court authorize the cost payments described in **Exhibit 1**.

Dated: October 6, 2025                    Respectfully submitted,


                                          By: /s/ *Sarah R. London*

                                          Sarah R. London
                                          **GIRARD SHARP LLP**
                                          601 California St., Suite 1400
                                          San Francisco, CA 94108
                                          Telephone: (415) 981-4800
                                          slondon@ girardsharp.com

                                          Dena C. Sharp
                                          **GIRARD SHARP LLP**
                                          601 California St., Suite 1400
                                          San Francisco, CA 94108
                                          Telephone: (415) 981-4800
                                          dsharp@girardsharp.com

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900
dkawamoto@kellerrohrback.com

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

FEE COMMITTEE RECOMMENDATIONS
CASE NO. 3:19-MD-02913-WHO