UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>All Cases | Case No. 3:19-md-02913-WHO<br><br>**DECLARATION OF SARAH R. LONDON IN SUPPORT OF FEE COMMITTEE'S THIRD SUPPLEMENTAL EXPENSE RECOMMENDATIONS** |

I, Sarah R. London, declare and state as follows:

1. I am an attorney in the law firm of Girard Sharp LLP. I serve as Co-Lead Counsel and Liaison Counsel in this litigation. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of the Fee Committee's Third Supplemental Expense Recommendations.

3. Since the Court approved the Fee Committee's First and Second Supplemental Expense Recommendations, firms have reported an additional $132,012.13 in held costs (incurred between 2021 and 2024).

4. Co-Lead Counsel reviewed the reported costs and approved them as reasonably incurred and compensable under CMO 5.

5. The Fee Committee recommends approval of those costs for reimbursement. Those amounts, by firm, appear in **Exhibit 1**.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 6th day of October, 2025, in San Francisco, California.

            */s/ Sarah R. London*
            Sarah R. London