# EXHIBIT 1

**THIRD SUPPLEMENTAL COST ALLOCATION**

| FIRM | COSTS |
|---|---|
| **Baron & Budd, P.C.** | $94,405.03 |
| **Hobbs Straus** | $254.70 |
| **Lieff Cabraser Heimann & Bernstein, LLP** | $37,352.40 |