# EXHIBIT A



# Invoice

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

**Bill-To**

Sarah London
Lieff Cabraser Heimann & Bernstein
275 Battery St. 29th Floor
San Francisco CA  94111-3339

| Information | | | |
|---|---|---|---|
| Invoice No. | 90951000 | Invoice Date | 03/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |
| Currency | USD | | |
| Contract No. | 40054619 | | |
| Contract Description | Juul Labs Inc | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40054619 | | |

**Comments**
Billing Period: 02/01/2025 - 02/28/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 9 | EA | 0.1900 | 1.71 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 230 | IVR Minutes of Use | 3,679.330 | EA | 0.2500 | 919.83 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 179.910 | DLR | 1.0000 | 179.91 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 1 | EA | 0.0800 | 0.08 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.400 | H | 55.0000 | 22.00 |
| 380 | Contact Center (shared) | 15,156 | MIN | 1.1000 | 16,671.60 |
| 400 | Claims Analyst | 8.500 | H | 65.0000 | 552.50 |
| 410 | Check & Mailing Coordinators | 6.400 | H | 65.0000 | 416.00 |
| 420 | Correspondence | 326.100 | H | 65.0000 | 21,196.50 |



CONFIDENTIAL

# Invoice

Page 2 of 2

## Information

| | | | |
|---|---|---|---|
| Invoice No. | 90951000 | Invoice Date | 03/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

## Comments

Billing Period: 02/01/2025 - 02/28/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 430 | Claims Specialist | 3.100 | H | 90.0000 | 279.00 |
| 440 | Account Reconciliation | 13.700 | H | 90.0000 | 1,233.00 |
| 450 | Project Coordinator | 70 | H | 110.0000 | 7,700.00 |
| 470 | Data Analyst & Reporting | 39 | H | 175.0000 | 6,825.00 |
| 480 | Project Manager | 35.200 | H | 175.0000 | 6,160.00 |
| 510 | Software Engineer | 10.300 | H | 200.0000 | 2,060.00 |
| 520 | Project Director | 5.900 | H | 235.0000 | 1,386.50 |
| 540 | Client Services Manager | 8 | H | 285.0000 | 2,280.00 |
| 550 | Contact Center Manager | 7.800 | H | 285.0000 | 2,223.00 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Hilsoft Billing Rates** | | | | |
| 680 | Notice Coordinator | 0.100 | H | 145.0000 | 14.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 222 | EA | 0.3500 | 77.70 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |
| | **Total Amount Due** | | | | 70,557.33 |



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

| **Bill-To** | |
|---|---|
| | Dan Girard |
| | Girard Sharp |
| | 601 California Street, Suite 1400 |
| | San Francisco CA  94108-2819 |

| **Information** | | | |
|---|---|---|---|
| Invoice No. | 90951003 | Invoice Date | 03/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |
| Currency | USD | | |
| Contract No. | 40067628 | | |
| Contract Description | Altria Class Settlement | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40067628 | | |

**Comments**
Billing Period: 02/01/2025 - 02/28/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Bilingual Website Updates and Reporting** | | | | |
| 150 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Toll-Free Contact Center** | | | | |
| 180 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 190 | IVR Minutes of Use | 386.700 | EA | 0.2500 | 96.68 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.300 | H | 50.0000 | 15.00 |
| 490 | Call Center (shared) | 372 | MIN | 1.0500 | 390.60 |
| 510 | Claims Analyst | 1.800 | H | 60.0000 | 108.00 |
| 520 | Correspondence Review and Response | 478.700 | H | 60.0000 | 28,722.00 |
| 560 | Project Coordinator | 283.600 | H | 100.0000 | 28,360.00 |
| 590 | Data Analyst & Reporting | 1.300 | H | 150.0000 | 195.00 |
| 620 | Project Manager | 68.800 | H | 165.0000 | 11,352.00 |
| 670 | Client Services Manager | 4.500 | H | 275.0000 | 1,237.50 |



CONFIDENTIAL





# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90951003 | Invoice Date | 03/17/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

| Comments |
|---|
| Billing Period: 02/01/2025 - 02/28/2025 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 710 | Box Storage | 11 | EA | 3.5000 | 38.50 |

**Total Amount Due**    70,865.28

| Open Items for Contract 40067628 as of 03/17/2025 | | | | | |
|---|---|---|---|---|---|
| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
| 11/30/2024 | Invoice | 90920719 | 12/30/2024 | 133,189.58 | USD |
| 01/21/2025 | Invoice | 90932040 | 02/20/2025 | 119,785.23 | USD |
| 02/17/2025 | Invoice | 90941586 | 03/19/2025 | 72,614.45 | USD |
| 03/17/2025 | Invoice | 90951003 | 04/16/2025 | 70,865.28 | USD |
| | | | Total: | 396,454.54 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions                     Tax ID: 93-1210932
PO Box 674652
Dallas, TX 75267-4652          Billing questions: call 913-391-5001
                               or ecabilling@epiqglobal.com

Electronic Payments:

**Bill-To**

Sarah London
Lieff Cabraser Heimann & Bernstein
275 Battery St. 29th Floor
San Francisco CA  94111-3339

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90960080 | Invoice Date | 03/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |
| Currency | USD | | |
| Contract No. | 40054619 | | |
| Contract Description | Juul Labs Inc | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40054619 | | |

**Comments**
Billing Period: 03/01/2025 - 03/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 2,101 | EA | 0.1900 | 399.19 |
| | **Bilingual Website and Opt Out Processing** | | | | |
| 180 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 220 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 230 | IVR Minutes of Use | 2,108.700 | EA | 0.2500 | 527.18 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 64.100 | DLR | 1.0000 | 64.10 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.800 | H | 55.0000 | 44.00 |
| 380 | Contact Center (shared) | 9,378 | MIN | 1.1000 | 10,315.80 |
| 400 | Claims Analyst | 322.700 | H | 65.0000 | 20,975.50 |
| 410 | Check & Mailing Coordinators | 5.900 | H | 65.0000 | 383.50 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90960080 | Invoice Date | 03/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |

| Comments |
|---|
| Billing Period: 03/01/2025 - 03/31/2025 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 420 | Correspondence | 347.500 | H | 65.0000 | 22,587.50 |
| 430 | Claims Specialist | 11.300 | H | 90.0000 | 1,017.00 |
| 440 | Account Reconciliation | 10 | H | 90.0000 | 900.00 |
| 450 | Project Coordinator | 98.700 | H | 110.0000 | 10,857.00 |
| 470 | Data Analyst & Reporting | 23.500 | H | 175.0000 | 4,112.50 |
| 480 | Project Manager | 32 | H | 175.0000 | 5,600.00 |
| 520 | Project Director | 7.600 | H | 235.0000 | 1,786.00 |
| 540 | Client Services Manager | 8 | H | 285.0000 | 2,280.00 |
| 550 | Contact Center Manager | 12 | H | 285.0000 | 3,420.00 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 72 | EA | 0.3500 | 25.20 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |
| | **Claims Processing and Claimant Support** | | | | |
| 840 | Online Claim Receipt (0-500,000 Claims) | 1 | EA | 0.3500 | 0.35 |

-------------------------------------------------------------------------------------------
**Total Amount Due** 86,003.32
-------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Remit to**
Epiq
Class Action & Claims Solutions
PO Box 674652
Dallas, TX 75267-4652

Tax ID: 93-1210932

Billing questions: call 913-391-5001
or ecabilling@epiqglobal.com

Electronic Payments:

| **Bill-To** | |
| --- | --- |
| | Dan Girard<br>Girard Sharp<br>601 California Street, Suite 1400<br>San Francisco CA  94108-2819 |

| **Information** | | | |
| --- | --- | --- | --- |
| Invoice No. | 90960088 | Invoice Date | 03/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |
| Currency | USD | | |
| Contract No. | 40067628 | | |
| Contract Description | Altria Class Settlement | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40067628 | | |

**Comments**
Billing Period: 03/01/2025 - 03/31/2025.

| Item | Service | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 222 | EA | 0.2500 | 55.50 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.600 | H | 50.0000 | 30.00 |
| 490 | Call Center (shared) | 186 | MIN | 1.0500 | 195.30 |
| 510 | Claims Analyst | 112.300 | H | 60.0000 | 6,738.00 |
| 520 | Correspondence Review and Response | 501.800 | H | 60.0000 | 30,108.00 |
| 550 | Account Mgmt & Reconciliation | 2.500 | H | 85.0000 | 212.50 |
| 560 | Project Coordinator | 315.400 | H | 100.0000 | 31,540.00 |
| 590 | Data Analyst & Reporting | 24 | H | 150.0000 | 3,600.00 |
| 620 | Project Manager | 69.800 | H | 165.0000 | 11,517.00 |
| 670 | Client Services Manager | 8.500 | H | 275.0000 | 2,337.50 |
| 710 | Box Storage | 11 | EA | 3.5000 | 38.50 |
| | **Total Amount Due** | | | | 86,372.30 |



CONFIDENTIAL





# Invoice

| Information | | | |
|---|---|---|---|
| Invoice No. | 90960088 | Invoice Date | 03/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Period: 03/01/2025 - 03/31/2025.

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | |

-----------------------------------------------------------------------------------------------------------------------------------

**Open Items for Contract 40067628 as of 04/07/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/17/2025 | Invoice | 90951003 | 04/16/2025 | 70,865.28 | USD |
| 03/31/2025 | Invoice | 90960088 | 04/30/2025 | 86,372.30 | USD |
| | | | Total: | 157,237.58 | USD |



CONFIDENTIAL



# Invoice

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Remit to | |
|---|---|
| Epiq | Tax ID: 93-1210932 |
| Class Action & Claims Solutions | |
| PO Box 674652 | Billing questions: call 913-391-5001 |
| Dallas, TX 75267-4652 | or ecabilling@epiqglobal.com |

Electronic Payments:

**Bill-To**

Sarah London
Lieff Cabraser Heimann & Bernstein
275 Battery St. 29th Floor
San Francisco CA  94111-3339

| Information | | | |
|---|---|---|---|
| Invoice No. | 90969785 | Invoice Date | 04/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |
| Currency | USD | | |
| Contract No. | 40054619 | | |
| Contract Description | Juul Labs Inc | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40054619 | | |

**Comments**
Billing Period: 04/01/2025 - 04/30/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 63 | EA | 0.1900 | 11.97 |
| 180 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 220 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 230 | IVR Minutes of Use | 3,396.270 | EA | 0.2500 | 849.07 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 35.290 | DLR | 1.0000 | 35.29 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 3 | EA | 0.0800 | 0.24 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.300 | H | 55.0000 | 16.50 |
| 380 | Contact Center (shared) | 11,676 | MIN | 1.1000 | 12,843.60 |
| 400 | Claims Analyst | 36.900 | H | 65.0000 | 2,398.50 |



# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90969785 | Invoice Date | 04/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |

**Comments**
Billing Period: 04/01/2025 - 04/30/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| 410 | Check & Mailing Coordinators | 3.200 | H | 65.0000 | 208.00 |
| 420 | Correspondence | 210 | H | 65.0000 | 13,650.00 |
| 430 | Claims Specialist | 9.400 | H | 90.0000 | 846.00 |
| 440 | Account Reconciliation | 12.400 | H | 90.0000 | 1,116.00 |
| 450 | Project Coordinator | 86 | H | 110.0000 | 9,460.00 |
| 470 | Data Analyst & Reporting | 52.800 | H | 175.0000 | 9,240.00 |
| 480 | Project Manager | 40 | H | 175.0000 | 7,000.00 |
| 510 | Software Engineer | 1.300 | H | 200.0000 | 260.00 |
| 520 | Project Director | 9.800 | H | 235.0000 | 2,303.00 |
| 540 | Client Services Manager | 8.500 | H | 285.0000 | 2,422.50 |
| 550 | Contact Center Manager | 8.800 | H | 285.0000 | 2,508.00 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 42 | EA | 0.3500 | 14.70 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |

------------------------------------------------------------------------------------------
**Total Amount Due**                                                       65,891.87
------------------------------------------------------------------------------------------



CONFIDENTIAL



# Invoice

Page 1 of 2

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions        Tax ID: 93-1210932
PO Box 674652
Dallas, TX 75267-4652      Billing questions: call 913-391-5001
                      or ecabilling@epiqglobal.com

Electronic Payments:

**Bill-To**

Dan Girard
Girard Sharp
601 California Street, Suite 1400
San Francisco CA 94108-2819

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90969787 | Invoice Date | 04/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |
| Currency | USD | | |
| Contract No. | 40067628 | | |
| Contract Description | Altria Class Settlement | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40067628 | | |

**Comments**

Billing Period: 04/01/2025 - 04/30/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 287.180 | EA | 0.2500 | 71.80 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.200 | H | 50.0000 | 10.00 |
| 490 | Call Center (shared) | 66 | MIN | 1.0500 | 69.30 |
| 510 | Claims Analyst | 3.600 | H | 60.0000 | 216.00 |
| 520 | Correspondence Review and Response | 326.800 | H | 60.0000 | 19,608.00 |
| 560 | Project Coordinator | 258.400 | H | 100.0000 | 25,840.00 |
| 620 | Project Manager | 105 | H | 165.0000 | 17,325.00 |
| 640 | Software Engineer | 3 | H | 190.0000 | 570.00 |
| 670 | Client Services Manager | 4.500 | H | 275.0000 | 1,237.50 |
| 710 | Box Storage | 12 | EA | 3.5000 | 42.00 |
| | **Total Amount Due** | | | | 64,989.60 |



CONFIDENTIAL



# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90969787 | Invoice Date | 04/30/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 04/01/2025 - 04/30/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40067628 as of 05/06/2025** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/17/2025 | Invoice | 90951003 | 04/16/2025 | 70,865.28 | USD |
| 03/31/2025 | Invoice | 90960088 | 04/30/2025 | 86,372.30 | USD |
| 04/30/2025 | Invoice | 90969787 | 05/30/2025 | 64,989.60 | USD |
| | | | Total: | 222,227.18 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq                                          Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                    Billing questions: call 913-391-5001
Dallas, TX 75267-4652           or ecabilling@epiqglobal.com

Electronic Payments:

**Bill-To**

Sarah London
Lieff Cabraser Heimann & Bernstein
275 Battery St. 29th Floor
San Francisco CA  94111-3339

| Information | | | |
|---|---|---|---|
| Invoice No. | 90980907 | Invoice Date | 06/20/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |
| Currency | USD | | |
| Contract No. | 40054619 | | |
| Contract Description | Juul Labs Inc | | |
| Terms of Payment | End of Case | | |
| Internal Reference No | 40054619 | | |

**Comments**
Billing Period: 05/01/2025 - 05/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 90 | National Change of Address ($500 min) | 1 | EA | 500.0000 | 500.00 |
| 120 | Record Undeliverable Mail | 105 | EA | 0.1900 | 19.95 |
| 180 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 220 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 230 | IVR Minutes of Use | 3,764.370 | EA | 0.2500 | 941.09 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 27.620 | DLR | 1.0000 | 27.62 |
| | **Standard Rates** | | | | |
| 380 | Contact Center (shared) | 12,888 | MIN | 1.1000 | 14,176.80 |
| 400 | Claims Analyst | 39 | H | 65.0000 | 2,535.00 |
| 410 | Check & Mailing Coordinators | 0.500 | H | 65.0000 | 32.50 |
| 420 | Correspondence | 265 | H | 65.0000 | 17,225.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

| Information | | | |
|---|---|---|---|
| Invoice No. | 90980907 | Invoice Date | 06/20/2025 |
| Purchase Order No. | | | |
| Customer No. | 3002144 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**
Billing Period: 05/01/2025 - 05/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 430 | Claims Specialist | 14.500 | H | 90.0000 | 1,305.00 |
| 440 | Account Reconciliation | 7.500 | H | 90.0000 | 675.00 |
| 450 | Project Coordinator | 70 | H | 110.0000 | 7,700.00 |
| 470 | Data Analyst & Reporting | 50 | H | 175.0000 | 8,750.00 |
| 480 | Project Manager | 83.200 | H | 175.0000 | 14,560.00 |
| 520 | Project Director | 7.800 | H | 235.0000 | 1,833.00 |
| 540 | Client Services Manager | 5.800 | H | 285.0000 | 1,653.00 |
| 550 | Contact Center Manager | 8.400 | H | 285.0000 | 2,394.00 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 29 | EA | 0.3500 | 10.15 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |
| | **Total Amount Due** | | | | 75,046.61 |



# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR 97005

**Remit to**
Epiq
Class Action & Claims Solutions                                Tax ID: 93-1210932
PO Box 674652
Dallas, TX 75267-4652          Billing questions: call 913-391-5001
                              or ecabilling@epiqglobal.com

Electronic Payments:

**Bill-To**
Dan Girard
Girard Sharp
601 California Street, Suite 1400
San Francisco CA  94108-2819

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90980906 | Invoice Date | 06/20/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |
| Currency | USD | | |
| Contract No. | 40067628 | | |
| Contract Description | Altria Class Settlement | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40067628 | | |

**Comments**
Billing Period: 05/01/2025 - 05/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 310.250 | EA | 0.2500 | 77.56 |
| | **Postage and Expenses** | | | | |
| 320 | Postage | 1.710 | DLR | 1.0000 | 1.71 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.300 | H | 50.0000 | 15.00 |
| 490 | Call Center (shared) | 114 | MIN | 1.0500 | 119.70 |
| 510 | Claims Analyst | 40.700 | H | 60.0000 | 2,442.00 |
| 520 | Correspondence Review and Response | 741.100 | H | 60.0000 | 44,466.00 |
| 530 | Payment Run Coordination | 0.100 | H | 60.0000 | 6.00 |
| 560 | Project Coordinator | 149.200 | H | 100.0000 | 14,920.00 |
| 620 | Project Manager | 65.300 | H | 165.0000 | 10,774.50 |
| 640 | Software Engineer | 1.600 | H | 190.0000 | 304.00 |
| 670 | Client Services Manager | 4.500 | H | 275.0000 | 1,237.50 |



CONFIDENTIAL





# Invoice

Page 2 of 2

**Information**

| Invoice No. | 90980906 | Invoice Date | 06/20/2025 |
|---|---|---|---|
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd.
Beaverton, OR  97005

**Comments**

Billing Period: 05/01/2025 - 05/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 710 | Box Storage | 12 | EA | 3.5000 | 42.00 |

**Total Amount Due** 74,405.97

**Open Items for Contract 40067628 as of 06/20/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/17/2025 | Invoice | 90951003 | 04/16/2025 | 70,865.28 | USD |
| 03/31/2025 | Invoice | 90960088 | 04/30/2025 | 86,372.30 | USD |
| 04/30/2025 | Invoice | 90969787 | 05/30/2025 | 64,989.60 | USD |
| 06/20/2025 | Invoice | 90980906 | 07/20/2025 | 74,405.97 | USD |
| | | | Total: | 296,633.15 | USD |



CONFIDENTIAL



# Invoice

Page 1 of 2

**Remit to**
Epiq                                           Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                    Billing questions: call 913-391-5001
Dallas, TX 75267-4652            or ecabilling@epiqglobal.com

Electronic Payments:

Bank:                PNC BANK, N.A.



Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

**Bill to**
Dena Sharp
Girard Sharp
601 California Street  Suite 1400
San Francisco CA  94108 2819

**Information**

| | |
|---|---|
| Invoice No. | 90990354 |
| Purchase Order No. | |
| Customer No. | 3004314 |
| Currency | USD |
| Contract No. | 40054619 |
| Contract Description | Juul Labs Inc |
| Terms of Payment | End of Case |
| Internal Reference No | 40054619 |

Invoice Date    07/14/2025

**Comments**

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Undeliverable mail handling | 9 | EA | 0.1900 | 1.71 |
| 180 | Web Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 220 | Monthly phone support | 1 | EA | 175.0000 | 175.00 |
| 230 | Voice Response Unit Charges | 8,365.930 | EA | 0.2500 | 2,091.48 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 102.100 | DLR | 1.0000 | 102.10 |
| | **Optional Services** | | | | |
| 310 | AllFind Research 1 | 1 | EA | 0.0800 | 0.08 |
| | **Standard Rates** | | | | |
| 380 | Customer Service/Live Operator | 14,850 | MIN | 1.1000 | 16,335.00 |
| 400 | Claims Analyst Support | 182.200 | H | 65.0000 | 11,843.00 |
| 410 | Mailings Coordinator | 3 | H | 65.0000 | 195.00 |



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90990354 | Invoice Date | 07/14/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

**Comments**

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 420 | Correspondence Review and Response | 268.680 | H | 65.0000 | 17,464.20 |
| 430 | Senior Claims Analyst Support | 33 | H | 90.0000 | 2,970.00 |
| 440 | Disbursement Support | 16.300 | H | 90.0000 | 1,467.00 |
| 450 | Project Coordinator Support | 138.800 | H | 110.0000 | 15,268.00 |
| 470 | Technical Support | 56.900 | H | 175.0000 | 9,957.50 |
| 480 | Project Manager Support | 69.900 | H | 175.0000 | 12,232.50 |
| 510 | Programming Support | 10.100 | H | 200.0000 | 2,020.00 |
| 520 | Project Director | 2.600 | H | 235.0000 | 611.00 |
| 540 | Client Services Manager | 11 | H | 285.0000 | 3,135.00 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | Per Check Printed | 128 | EA | 0.3500 | 44.80 |
| | **Postage and Expenses** | | | | |
| 770 | Wire Xfer and other banking Fees | 1 | EA | 250.0000 | 250.00 |

| | | |
|---|---|---|
| **Net Amount** | | 96,446.87 |
| **Sales Tax** | | 4.01 |
| **Total Amount Due** | | 96,450.88 |

CONFIDENTIAL

# Invoice

Page 1 of 2

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 913-391-5001
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:



**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

**Bill to**
Dan Girard
Girard Sharp
601 California Street  Suite 1400
San Francisco CA  94108 2819

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90990355 | Invoice Date | 07/14/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |
| Currency | USD | | |
| Contract No. | 40067628 | | |
| Contract Description | Altria Class Settlement | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | 40067628 | | |

**Comments**
Billing Period: 06/01/2025 - 06/30/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 560.550 | EA | 0.2500 | 140.14 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.500 | H | 50.0000 | 25.00 |
| 490 | Call Center (shared) | 156 | MIN | 1.0500 | 163.80 |
| 510 | Claims Analyst | 2.100 | H | 60.0000 | 126.00 |
| 520 | Correspondence Review and Response | 1,000 | H | 60.0000 | 60,000.00 |
| 560 | Project Coordinator | 252.200 | H | 100.0000 | 25,220.00 |
| 620 | Project Manager | 54.300 | H | 165.0000 | 8,959.50 |
| 670 | Client Services Manager | 4.500 | H | 275.0000 | 1,237.50 |
| 710 | Box Storage | 12 | EA | 3.5000 | 42.00 |

--------------------------------------------------------------------------------

**Total Amount Due**                                                95,913.94

--------------------------------------------------------------------------------



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 90990355 | Invoice Date | 07/14/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

| Comments |
|---|
| Billing Period: 06/01/2025 - 06/30/2025 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

| Open Items for Contract 40067628 as of 07/14/2025 | | | | | |
|---|---|---|---|---|---|
| **Trans. Date** | **Type** | **Reference** | **Due Date** | **Amount** | **Curr.** |
| 03/17/2025 | Invoice | 90951003 | 04/16/2025 | 70,865.28 | USD |
| 03/31/2025 | Invoice | 90960088 | 04/30/2025 | 86,372.30 | USD |
| 04/30/2025 | Invoice | 90969787 | 05/30/2025 | 64,989.60 | USD |
| 06/20/2025 | Invoice | 90980906 | 07/20/2025 | 74,405.97 | USD |
| 07/14/2025 | Invoice | 90990355 | 08/13/2025 | 95,913.94 | USD |
| | | | Total: | 392,547.09 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 3

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                            Billing questions: call 913-391-5001
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:



**Bill to**
Dena Sharp
Girard Sharp
601 California Street  Suite 1400
San Francisco CA  94108 2819

**Information**

| | |
|---|---|
| Invoice No. | 91079325 |
| Purchase Order No. | |
| Customer No. | 3004314 |
| Currency | USD |
| Contract No. | 40054619 |
| Contract Description | Juul Labs Inc |
| Terms of Payment | End of Case |
| Internal Reference No | 40054619 |

Invoice Date    08/31/2025

**Comments**
Billing Period: 07/01/2025 - 07/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 127 | EA | 0.1900 | 24.13 |
| 180 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 220 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 230 | IVR Minutes of Use | 2,580.480 | EA | 0.2500 | 645.12 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 2,204.146 | DLR | 1.0000 | 2,204.15 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 1 | EA | 0.0800 | 0.08 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.800 | H | 55.0000 | 44.00 |
| 380 | Contact Center (shared) | 6,780 | MIN | 1.1000 | 7,458.00 |
| 400 | Claims Analyst | 90 | H | 65.0000 | 5,850.00 |



CONFIDENTIAL



# Invoice

Page 2 of 3

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91079325 | Invoice Date | 08/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

**Comments**

Billing Period: 07/01/2025 - 07/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 410 | Check & Mailing Coordinators | 6.800 | H | 65.0000 | 442.00 |
| 420 | Correspondence | 210.400 | H | 65.0000 | 13,676.00 |
| 430 | Claims Specialist | 30.400 | H | 90.0000 | 2,736.00 |
| 440 | Account Reconciliation | 21.600 | H | 90.0000 | 1,944.00 |
| 450 | Project Coordinator | 52.400 | H | 110.0000 | 5,764.00 |
| 470 | Data Analyst & Reporting | 33.800 | H | 175.0000 | 5,915.00 |
| 480 | Project Manager | 64.900 | H | 175.0000 | 11,357.50 |
| 510 | Sr. Vice President | 8.500 | H | 200.0000 | 1,700.00 |
| 520 | Sr. Solutions Architect | 5.700 | H | 235.0000 | 1,339.50 |
| 540 | Photocopy or Image | 7.500 | H | 285.0000 | 2,137.50 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 3,144 | EA | 0.3500 | 1,100.40 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |
| | **Total Amount Due** | | | | 65,045.88 |

| Open Items for Contract 40054619 as of 09/05/2025 | | | | | |
|---|---|---|---|---|---|
| **Trans. Date** | **Type** | **Reference** | **Due Date** | **Amount** | **Curr.** |
| 07/14/2025 | Invoice | 90990354 | EOC | 96,450.88 | USD |
| 08/31/2025 | Invoice | 91079325 | EOC | 65,045.88 | USD |
| | | | | 161,496.76 | USD |



CONFIDENTIAL

# Invoice

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton OR 97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91079325 | Invoice Date | 08/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

| Comments |
|---|
| Billing Period: 07/01/2025 - 07/31/2025 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | Total: | |



# Invoice

Page 1 of 2

**Remit to**
Epiq                                                          Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                                    Billing questions: call 913-391-5001
Dallas, TX 75267-4652                            or ecabilling@epiqglobal.com

Electronic Payments:



Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

**Bill to**

Dan Girard

Girard Sharp

601 California Street  Suite 1400

San Francisco CA  94108 2819

**Information**

| | |
|---|---|
| Invoice No. | 91079326    Invoice Date    08/31/2025 |
| Purchase Order No. | |
| Customer No. | 3004314 |
| Currency | USD |
| Contract No. | 40067628 |
| Contract Description | Altria Class Settlement |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40067628 |

**Comments**

Billing Period: 07/01/2025 - 07/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 137.200 | EA | 0.2500 | 34.30 |
| | **Standard Rates** | | | | |
| 440 | Clerical - Production | 0.300 | H | 50.0000 | 15.00 |
| 510 | Claims Analyst | 1.200 | H | 60.0000 | 72.00 |
| 520 | Correspondence Review and Response | 300 | H | 60.0000 | 18,000.00 |
| 560 | Project Coordinator | 367.200 | H | 100.0000 | 36,720.00 |
| 620 | Project Manager | 55.800 | H | 165.0000 | 9,207.00 |
| 640 | Software Engineer | 4 | H | 190.0000 | 760.00 |
| 670 | Client Services Manager | 6 | H | 275.0000 | 1,650.00 |
| 710 | Box Storage | 12 | EA | 3.5000 | 42.00 |

--------------------------------------------------------------------------------------------------------

**Total Amount Due**                                                                    66,500.30

--------------------------------------------------------------------------------------------------------



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91079326 | Invoice Date | 08/31/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

| Comments |
|---|
| Billing Period: 07/01/2025 - 07/31/2025 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| **Open Items for Contract 40067628 as of 09/05/2025** | | | | | |

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/17/2025 | Invoice | 90951003 | 04/16/2025 | 70,865.28 | USD |
| 03/31/2025 | Invoice | 90960088 | 04/30/2025 | 86,372.30 | USD |
| 04/30/2025 | Invoice | 90969787 | 05/30/2025 | 64,989.60 | USD |
| 06/20/2025 | Invoice | 90980906 | 07/20/2025 | 74,405.97 | USD |
| 07/14/2025 | Invoice | 90990355 | 08/13/2025 | 95,913.94 | USD |
| 08/31/2025 | Invoice | 91079326 | 09/30/2025 | 66,500.30 | USD |
| | | | Total: | 459,047.39 | USD |



CONFIDENTIAL

# Invoice

Page 1 of 3

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

**Remit to**

Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 913-391-5001
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:



**Bill to**

Dena Sharp
Girard Sharp
601 California Street  Suite 1400
San Francisco CA  94108 2819

**Information**

| | |
|---|---|
| Invoice No. | 91080333 |
| Purchase Order No. | |
| Customer No. | 3004314 |
| Currency | USD |
| Contract No. | 40054619 |
| Contract Description | Juul Labs Inc |
| Terms of Payment | End of Case |
| Internal Reference No | 40054619 |

Invoice Date    09/15/2025

**Comments**

Billing Period: 08/01/2025 - 08/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Data Standardization and Class Notice** | | | | |
| 120 | Record Undeliverable Mail | 138 | EA | 0.1900 | 26.22 |
| | **Bilingual Website and Opt Out Processing** | | | | |
| 180 | Website Hosting | 1 | EA | 175.0000 | 175.00 |
| | **Bilingual Toll-Free Contact Center** | | | | |
| 220 | IVR Maintenance Fee | 1 | EA | 175.0000 | 175.00 |
| 230 | IVR Minutes of Use | 1,122.780 | EA | 0.2500 | 280.70 |
| | **Postage and Expenses** | | | | |
| 260 | Postage | 18.780 | DLR | 1.0000 | 18.78 |
| | **Optional Services** | | | | |
| 310 | Email Address Research 50K-250K | 2 | EA | 0.0800 | 0.16 |
| | **Standard Rates** | | | | |
| 330 | Clerical - Production | 0.300 | H | 55.0000 | 16.50 |
| 380 | Contact Center (shared) | 1,668 | MIN | 1.1000 | 1,834.80 |



CONFIDENTIAL

# Invoice

Page 2 of 3

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91080333 | Invoice Date | 09/15/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

**Comments**
Billing Period: 08/01/2025 - 08/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 400 | Claims Analyst | 23.900 | H | 65.0000 | 1,553.50 |
| 410 | Check & Mailing Coordinators | 2.700 | H | 65.0000 | 175.50 |
| 420 | Correspondence | 70.400 | H | 65.0000 | 4,576.00 |
| 430 | Claims Specialist | 10 | H | 90.0000 | 900.00 |
| 440 | Account Reconciliation | 18.900 | H | 90.0000 | 1,701.00 |
| 450 | Project Coordinator | 77 | H | 110.0000 | 8,470.00 |
| 470 | Data Analyst & Reporting | 12.900 | H | 175.0000 | 2,257.50 |
| 480 | Project Manager | 33.800 | H | 175.0000 | 5,915.00 |
| 520 | Sr. Solutions Architect | 5.300 | H | 235.0000 | 1,245.50 |
| 540 | Photocopy or Image | 3.500 | H | 285.0000 | 997.50 |
| 600 | Box Storage | 31 | EA | 3.5000 | 108.50 |
| | **Distribution and Fund Management** | | | | |
| 720 | First Distribution Print1-Image | 15 | EA | 0.3500 | 5.25 |
| | **Postage and Expenses** | | | | |
| 770 | Bank Fees | 1 | EA | 250.0000 | 250.00 |

**Total Amount Due**      30,682.41

| Open Items for Contract 40054619 as of 09/16/2025 | | | | | |
|---|---|---|---|---|---|
| **Trans. Date** | **Type** | **Reference** | **Due Date** | **Amount** | **Curr.** |
| 07/14/2025 | Invoice | 90990354 | EOC | 96,450.88 | USD |
| 08/31/2025 | Invoice | 91079325 | EOC | 65,045.88 | USD |
| 09/15/2025 | Invoice | 91080333 | EOC | 30,682.41 | USD |



CONFIDENTIAL

# Invoice

Page 3 of 3

**Epiq Systems**
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91080333 | Invoice Date | 09/15/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

| Comments |
|---|
| Billing Period: 08/01/2025 - 08/31/2025 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Total: | | | 192,179.17 | USD |



# epiQ

# Invoice

Page 1 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton  OR  97005

**Remit to**
Epiq                                                    Tax ID: 93-1210932
Class Action & Claims Solutions
PO Box 674652                          Billing questions: call 913-391-5001
Dallas, TX 75267-4652                  or ecabilling@epiqglobal.com

Electronic Payments:



**Bill to**

Dan Girard

Girard Sharp

601 California Street  Suite 1400

San Francisco CA  94108 2819

**Information**

| | |
|---|---|
| Invoice No. | 91080334 |
| Purchase Order No. | |
| Customer No. | 3004314 |
| Currency | USD |
| Contract No. | 40067628 |
| Contract Description | Altria Class Settlement |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | 40067628 |

Invoice Date      09/15/2025

**Comments**

Billing Period: 08/01/2025 - 08/31/2025

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Toll-Free Contact Center** | | | | |
| 190 | IVR Minutes of Use | 51.270 | EA | 0.2500 | 12.82 |
| | **Postage and Expenses** | | | | |
| 320 | Postage | 1.840 | DLR | 1.0000 | 1.84 |
| | **Standard Rates** | | | | |
| 490 | Call Center (shared) | 6 | MIN | 1.0500 | 6.30 |
| 520 | Correspondence Review and Response | 87 | H | 60.0000 | 5,220.00 |
| 530 | Payment Run Coordination | 0.100 | H | 60.0000 | 6.00 |
| 560 | Project Coordinator | 138.400 | H | 100.0000 | 13,840.00 |
| 620 | Project Manager | 61.100 | H | 165.0000 | 10,081.50 |
| 670 | Client Services Manager | 4 | H | 275.0000 | 1,100.00 |
| 710 | Box Storage | 12 | EA | 3.5000 | 42.00 |

------------------------------------------------------------------------------------------------------

**Total Amount Due**                                                                    30,310.46

------------------------------------------------------------------------------------------------------



CONFIDENTIAL

# Invoice

Page 2 of 2

Epiq Systems
Class Action & Claims Solutions
10300 SW Allen Blvd
Beaverton OR 97005

| Information | | | |
|---|---|---|---|
| Invoice No. | 91080334 | Invoice Date | 09/15/2025 |
| Purchase Order No. | | | |
| Customer No. | 3004314 | | |

| Comments |
|---|
| Billing Period: 08/01/2025 - 08/31/2025 |

| Item | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

**Open Items for Contract 40067628 as of 09/16/2025**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/17/2025 | Invoice | 90951003 | 04/16/2025 | 70,865.28 | USD |
| 03/31/2025 | Invoice | 90960088 | 04/30/2025 | 86,372.30 | USD |
| 04/30/2025 | Invoice | 90969787 | 05/30/2025 | 64,989.60 | USD |
| 06/20/2025 | Invoice | 90980906 | 07/20/2025 | 74,405.97 | USD |
| 07/14/2025 | Invoice | 90990355 | 08/13/2025 | 95,913.94 | USD |
| 08/31/2025 | Invoice | 91079326 | 09/30/2025 | 66,500.30 | USD |
| 09/15/2025 | Invoice | 91080334 | 10/15/2025 | 30,310.46 | USD |
| | | | Total: | 489,357.85 | USD |



CONFIDENTIAL