1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS**<br><br>HON. WILLIAM H. ORRICK III |
|---|---|

1  The Court previously granted final approval of the Class Action Settlements with JLI and Altria.
2  Dkts. 4138, 4212. After Class Counsel and the Settlement Administrator, Epiq, completed the claims
3  review process, the Court authorized distribution of the Net Settlement Fund to claimants, Dkt. 4326,
4  and distribution of funds to claimants who successfully disputed the initial denial of or payment amount
5  on their claims. Dkt. 4394. Some of the payments to claimants remain pending.
6  Regarding settlement administration expenses, the Court approves payment of $743,113.58 of
7  the settlement administration costs reflected in the February to August 2025 invoices submitted by Class
8  Counsel.

10  **IT IS SO ORDERED**.

13  Dated: _____          _____
                                          Honorable Judge William H. Orrick