GUPTA WESSLER LLP
Matthew W. H. Wessler*
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
matt@guptawessler.com

*Counsel for plaintiffs*

*Pro hac vice applicant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CASE NO. 3:19-MD-02913-WHO<br><br>Assigned to Hon. William H Orrick<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>(CIVIL LOCAL RULE 11-3) |
|---|---|

I, Matthew W.H Wessler an active member in good standing of the bars of the District of Columbia and Massachusetts hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs listed in Exhibit A** in the above-entitled action. The local co-counsel requirement in this case has been waived through prior order of the Court. See Dkt. 2 ¶5.

MY ADDRESS OF RECORD:

2001 K Street NW, Suite 850

Washington, DC 20006

MY TELEPHONE # OF RECORD:

202-888-1745

MY EMAIL ADDRESS OF RECORD:

matt@guptawessler.com

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are 98521(D.C) and 664208 (MA). A true and correct copy of a certificate of good standing or equivalent official document from said bars is attached to this application.

  I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2025          Respectfully submitted,

                 */s/ Matthew W.H Wessler*
                 MATTHEW W.H WESSLER
                 GUPTA WESSLER LLP
                 2001 K St, NW
                 Suite 850 North,
                 Washington, DC 20006
                 (202) 888-1741
                 matt@guptawessler.com

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew W.H. Wessler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 23, 2025

UNITED STATES DISTRICT JUDGE

*GRANTED — Judge William H. Orrick*