# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 31, 2025 | **Time:** 43 minutes<br>9:27 a.m. to 10:10 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., Marketing, Sales Practices | |

**Attorneys for Plaintiffs:** Scott P. Schlesinger, Matt Wessler, and Jeffrey L. Haberman

**Attorneys for Defendants:** Derek Reinbold, Timothy McGinn, and David Kouba

**Member Cases:**
    19-cv-6344 – Nessmith v. Altria Group, Inc., et al
    20-cv-1927 – Legacki v. Juul Labs, Inc., et al
    20-cv-1928 – Aragona v. Juul Labs, Inc., et al
    20-cv-3847 – Tortorici v. Juul Labs, Inc., et al
    20-cv-3850 – Dupree v. Juul Labs, Inc., et al
    20-cv-3882 – Carson Sedgwick v. Juul Labs, Inc., et al
    20-cv-4661 – Lane v. Juul Labs, Inc.

**Deputy Clerk:** Jean Davis      **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Hearing on dispositive motions conducted via videoconference in regard to the cases referenced above. The parties have had an opportunity to review the Court's Tentative Rulings.

The Court inquires as to the status of cases involving tribal entities. Defense counsel advise that three matters are remaining and that they remain in mediation in those matters.

Argument of counsel heard. Motions taken under submission; written order to follow.