# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** November 19, 2025 | **Time:** 19 minutes 1:59 p.m. to 2:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., Marketing, Sales Practices | |

**Attorney for Plaintiffs:**   Dena Sharp
**Attorneys for Defendants:**   Arthur Luk, John Massaro, Michael Guzman, and Timothy J. McGinn

(*Additional counsel in attendance via videoconference; only Lead Counsel or counsel who spoke at the motion hearing are identified*).

**Deputy Clerk:** Jean Davis         **Court Reporter:** Stephen Franklin

# PROCEEDINGS

Hearing as to Motion for Attorney Fees Re Fee Committee's Third Supplemental Expense Recommendations (Dkt. No. 4443) and Motion for Disbursement of Funds of JLI and Altria Class Action Settlement Funds (Dkt. No. 4444) conducted via videoconference. Those unopposed motions are GRANTED. Plaintiff Co-Lead counsel to provide revised Proposed Orders, as discussed at the hearing, with a revised schedule for filing the required Post-Distribution Accounting.

Counsel shall meet and confer to address the status of cases in the MDL that the Northern District's Clerk's Office understands remain open. The Court acknowledges that the seven opt-out cases remain open and active, as well as at least three tribal cases. The Clerk's Office list of open cases is included below. If any of these cases can be closed, as the claims have been settled and released as to all defendants, counsel shall submit a proposed order to be filed in the main MDL and the individual cases to be closed.

Status of Opt-Out Cases. Pursuant to paragraph 49 of CMO No. 17 and paragraph 44 of CMO No. 19, **a further Case Management Conference is set for December 16, 2025** at 2:00 p.m. The parties shall assume the Court will stick to its Tentative Rulings from the October 31, 2025 hearing. With that assumption, and considering the Court's repeated position that it does not intend to address issues of state law, **the opt-out plaintiffs and defendants shall file a Case Management Conference Statement by December 9, 2025**, addressing what "non-duplicative" discovery remains to be taken in each case and what case management issues remain that are necessary for this Court to address before the opt-out cases are remanded or transferred to the states where the opt-out plaintiffs reside.

| | | | |
|---|---|---|---|
| 3:19-md-02913-WHO | 3:19-cv-06344-WHO | Nessmith et al v. Altria Group, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:19-cv-06933-WHO | S.R. v. JUUL LABS INC. et al | OPEN |
| 3:19-md-02913-WHO | 3:19-cv-08325-WHO | Hutchison v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:20-cv-01927-WHO | Legacki v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:20-cv-01928-WHO | Aragona v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:20-cv-03273-WHO | B.L. v. JUUL Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:20-cv-03847-WHO | Tortorici v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:20-cv-03850-WHO | Elizabeth Dupree v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:20-cv-03882-WHO | Carson Sedgwick et al v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:20-cv-04661-WHO | Lane v. Juul Labs Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:21-cv-01417-WHO | Hedglin v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:21-cv-02980-WHO | D.W. et al v. Juul Labs, Inc., et al | OPEN |
| 3:19-md-02913-WHO | 3:21-cv-05068-WHO | K.A. et al v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:21-cv-05069-WHO | K.A. et al v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:21-cv-09149-WHO | E.T. et al v. Juul Labs Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:21-cv-09559-WHO | L.A. et al v. JUUL Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-04408-WHO | B.M.F. et al v. Juul Labs Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-04409-WHO | B.F. et al v. Juul Labs Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-07085-WHO | Choctaw Nation of Oklahoma v. JUUL Labs,Inc., previously d/b/a as PAX Labs, Inc. and PLOOM Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-07087-WHO | Chickasaw Nation v. JUUL Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-07360-WHO | Prezioso v. Juul Labs, Inc et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-07905-WHO | Dolly v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-08361-WHO | Adetosoye v. Juul Labs, Inc., Previously D/B/A As Pax Labs, Inc. And Ploom Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-08366-WHO | B. v. JUUL Labs, Inc. | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-08370-WHO | Sims v. Juul Labs, Inc. et al | OPEN |
| 3:19-md-02913-WHO | 3:22-cv-08554-WHO | Thomas v. Juul Labs, Inc., et al | OPEN |
| 3:19-md-02913-WHO | 3:23-cv-00633-WHO | Muscogee (Creek) Nation v. Juul Labs Inc. et al | OPEN |