1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS AND MODIFYING SCHEDULE FOR POST-DISTRIBUTION ACCOUNTING FOR THE CLASS ACTION SETTLEMENTS**<br><br>HON. WILLIAM H. ORRICK III |

The Court previously granted final approval of the Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. After Class Counsel and the Settlement Administrator, Epiq, completed the claims review process, the Court authorized distribution of the Net Settlement Fund to claimants, Dkt. 4326, and distribution of funds to claimants who successfully disputed the initial denial of or payment amount on their claims. Dkt. 4394. Some of the payments to claimants remain pending.

Regarding settlement administration expenses, the Court approves payment of $743,113.58 of the settlement administration costs reflected in the February to August 2025 invoices submitted by Class Counsel. Dkts. 4444, 4444-1.

The Class Settlements' post-distribution accounting is currently due December 22, 2025 and a Case Management Conference to review the post-distribution accounting set for January 20, 2026. Dkt. 4407. To allow time for a second distribution, the deadline to file the post-distribution accounting is extended to July 1, 2026, and the hearing will be rescheduled at the Court's convenience. These dates may be further adjusted on stipulation of the parties and subject to approval of the Court.

**IT IS SO ORDERED**.

Dated: _____     _____

Honorable Judge William H. Orrick

1

[PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS AND MODIFYING SCHEDULE FOR POST-DISTRIBUTION ACCOUNTING FOR THE CLASS ACTION SETTLEMENTS
CASE NO. 19-md-02913-WHO