UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 19-md-02913-WHO<br><br>[~~PROPOSED~~] **ORDER APPROVING COST ALLOCATIONS**<br><br>HON. WILLIAM H. ORRICK III |

The Court orders as follows:

1.　The Court approves the Fee Committee's proposed allocations of costs as set forth in Exhibit 1 to the Fee Committee's Third Supplemental Expense Recommendations.

2.　Co-Lead Counsel and the Fee Committee are directed to take all actions necessary to implement the approved allocations, including paying individual firm awards as funds become available.

**IT IS SO ORDERED**.

Dated: November 25, 2025



_____
Judge William H. Orrick

---

1

[~~PROPOSED~~] ORDER APPROVING COST ALLOCATIONS
CASE NO. 19-md-02913-WHO