# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In Re JUUL Labs, Inc. Marketing, Sales Practices and Products Liability Litigation* | Case No. 3:19-md-02913-WHO |
| REILLY STEPHENS,<br><br>                    Objector. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge:  William H. Orrick |

The Court grants the Motion of Neville S. Hedley to withdraw as counsel for objector Reilly Stephens.

IT IS SO ORDERED

Dated: December 12, 2025



William H. Orrick
United States District Judge

Dated: September 23, 2025                    Respectfully submitted,

*/s/ Neville S. Hedley*
Neville S. Hedley  (SBN 241022)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 312-342-6008
Email: ned.hedley@hlli.org

*Attorneys for Objector Reilly Stephens*

Case No. 19-cv-02913-WHO                                                                                         2