# EXHIBIT A

| Number | Case Number | Case Name | Status |
|---|---|---|---|
| 1. | 3:19-cv-06344 | *Nessmith et al v. Altria Group, Inc. et al.* | Opt Out |
| 2. | 3:19-cv-06933 | *S.R. v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Altria Defendants only. |
| 3. | 3:19-cv-08325 | *Hutchison v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to all defendants. |
| 4. | 3:20-cv-01927 | *Legacki v. Juul Labs, Inc., et al.* | Opt Out |
| 5. | 3:20-cv-01928 | *Aragona v. Juul Labs, Inc., et al.* | Opt Out |
| 6. | 3:20-cv-03273 | *B.L. v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Juul Defendants only. |
| 7. | 3:20-cv-03847 | *Tortorici v. Juul Labs, Inc., et al.* | Opt Out |
| 8. | 3:20-cv-03850 | *Elizabeth Dupree v. Juul Labs, Inc., et al.* | Opt Out |
| 9. | 3:20-cv-03882 | *Carson Sedgwick, et al., v. Juul Labs,* | Opt Out |
| 10. | 3:20-cv-04661 | *Lane v. Juul Labs, Inc., et al.* | Opt Out |
| 11. | 3:21-cv-01417 | *Hedglin v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Altria Defendants only. |
| 12. | 3:21-cv-02980 | *D.W. v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to all defendants. |
| 13. | 3:21-cv-05068 | *K.A. v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to all defendants. |
| 14. | 3:21-cv-05069 | *K.A. v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to all defendants. |
| 15. | 3:21-cv-09149 | *E.T., et al. v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to all defendants. |
| 16. | 3:21-cv-09559 | *L.A., et al. v Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to all defendants. |
| 17. | 3:22-cv-04408 | *B.M.F. v. Juul Labs, Inc., et al.* | Minor Settling Plaintiff. Dismissal held in abeyance pending completion of Minor's Compromise processes. |
| 18. | 3:22-cv-04409 | *B.F. v. Juul Labs, Inc., et al.* | Minor Settling Plaintiff. Dismissal held in abeyance pending completion of Minor's Compromise processes. |
| 19. | 3:22-cv-07085 | *Choctaw Nation of Oklahoma v. Juul Labs, Inc., et al.* | Tribal Litigant |
| 20. | 3:22-cv-07087 | *Chickasaw Nation v. Juul Labs, Inc., et al.* | Tribal Litigant |
| 21. | 3:22-cv-07360 | *Prezioso v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Juul Defendants only. |

| | | | |
|---|---|---|---|
| 22. | 3:22-cv-07950 | *Dolly v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Altria Defendants only. |
| 23. | 3:22-cv-08361 | *Adetosoye v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Altria Defendants only. |
| 24. | 3:22-cv-08366 | *B. v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Juul Defendants only. |
| 25. | 3:22-cv-08370 | *Sims v. Juul Labs, Inc., et al.* | Minor Settling Plaintiff. Dismissal held in abeyance pending completion of Minor's Compromise processes. |
| 26. | 3:22-cv-08554 | *Thomas v. Juul Labs, Inc., et al.* | Adult Settling Plaintiff. Dismissal required as to Altria Defendants only. |
| 27. | 3:22-cv-00633 | *Muscogee (Creek) Nation v. Juul Labs, Inc., et al.* | Tribal Litigant |