# EXHIBIT B

1
2
3
4
5
6
7
8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO ) ) The Honorable William H. Orrick ) ) **[PROPOSED] ORDER DISMISSING SETTLING PLAINTIFFS' CLAIMS WITH PREJUDICE** ) ) This Document Relates To: All Actions ) ) The Hon. William H. Orrick ) ) ) ) |
| 16 *This Document Relates to All Plaintiffs Identified in Exhibit 1 to this Order* | |

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                                    CASE NO. 3:19-md-2913-WHO

Before the Court is a list of actions brought by Settling Plaintiffs that remain pending in this MDL. Having considered CMO Nos. 16 and 18, and with good cause appearing therefore, the Court hereby DISMISSES all actions identified in Exhibit 1 to this Order with prejudice.

IT IS SO ORDERED.

Dated: _____, 2025

                                                            The Honorable William H. Orrick
                                                            United States District Judge

# Exhibit 1

| Number | Case Number | Plaintiff | Case Name |
|---|---|---|---|
| 1. | 3:19-cv-06933 | S.R. | *S.R. v. Juul Labs, Inc., et al.* |
| 2. | 3:20-cv-03273 | B.L. | *B.L. v. Juul Labs, Inc., et al.* |
| 3. | 3:21-cv-01417 | Tonya Hedglin on behalf of their minor child R.G. | *Hedglin v. Juul Labs, Inc., et al.* |
| 4. | 3:21-cv-02980 | D.W. | *D.W. v. Juul Labs, Inc., et al.* |
| 5. | 3:21-cv-05068 | K.A. | *K.A. v. Juul Labs, Inc., et al.* |
| 6. | 3:21-cv-05069 | K.A. | *K.A. v. Juul Labs, Inc., et al.* |
| 7. | 3:21-cv-09149 | E.T., a minor, by and with their parent and natural guardian, John Tullis | *E.T. et al. v. Juul Labs, Inc., et al.* |
| 8. | 3:22-cv-07360 | Frank Prezioso as Guardian ad Litem to M.P., a minor | *Prezioso v. Juul Labs, Inc., et al.* |
| 9. | 3:22-cv-07950 | Tayler Dolly | *Dolly v. Juul Labs, Inc., et al.* |
| 10. | 3:22-cv-08361 | Ope Adetosoye | *Adetosoye v. Juul Labs, Inc., et al.* |
| 11. | 3:22-cv-08366 | A.B. | *B. v. Juul Labs, Inc., et al.* |
| 12. | 3:22-cv-08554 | Jamie Thomas | *Thomas v. Juul Labs, Inc., et al.* |
| 13. | 3:19-cv-08325 | James Hutchison | *Hutchison v. Juul Labs, Inc., et al.* |
| 14. | 3:21-cv-09559 | L.A. a minor, by and with their parent and natural guardian, Lisa Ajello | *L.A. et al. v Juul Labs, Inc., et al.* |