UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** December 16, 2025 | **Time:** 49 minutes 2:51 p.m. to 3:40 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., Marketing, Sales Practices (opt-out cases) | |

**Attorneys for Plaintiffs:** Jonathan Gdanski, Scott P. Schlesinger and Jeffrey L. Haberman
**Attorneys for Defendants:** Timothy McGinn, Michael Guzman, and David Kouba

**Member Cases:**
    19-cv-6344 – Nessmith v. Altria Group, Inc., et al
    20-cv-1927 – Legacki v. Juul Labs, Inc., et al
    20-cv-1928 – Aragona v. Juul Labs, Inc., et al
    20-cv-3847 – Tortorici v. Juul Labs, Inc., et al
    20-cv-3850 – Dupree v. Juul Labs, Inc., et al
    20-cv-3882 – Carson Sedgwick v. Juul Labs, Inc., et al
    20-cv-4661 – Lane v. Juul Labs, Inc.

**Deputy Clerk:** Jean Davis      **Court Reporter:** Robin Herrera

PROCEEDINGS

Case Management Conference conducted via videoconference. The Court summarizes objectives for the above cases: facilitate the earliest reasonable trial dates in the transferor courts; avoid duplication of paper discovery/burden on witnesses previously deposed; allow transferor courts address state law issues. The scope of remaining discovery is discussed, as is the Court's possible proposal moving forward.

A significant difference of opinion exists between the parties. The Court directs the parties to submit a letter brief of no more than five pages if separate, ten pages if joint, identifying disagreements over the non-duplicative discovery each side contends is necessary prior to trial. The parties shall also propose any deadlines or methodologies that comport with the Court's three objectives.

Plaintiffs' letter brief due by January 6, 2026
Defense responsive letter brief due by January 20, 2026
*(A joint brief where the parties are able to respond to each other's positions is preferred as long as it can be received by the Court by January 20, 2026)*

**Further Hearing If Necessary: January 27, 2026, at 2:00 p.m. via Zoom videoconference**.