# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Cole Aragona v. Juul Labs, Inc.,*<br>   Case No. 3:20-cv-1928;<br>*Jordan Dupree v. Juul Labs, Inc.,*<br>   Case No. 3:20-cv-03850;<br>*Jennifer Lane v. Juul Labs, Inc.*<br>   Case No. 3:20-cv-04661;<br>*Bailey Legacki v. Juul Labs, Inc.*<br>   Case No. 3:20-cv-01927;<br>*Erin Nessmith v. Juul Labs, Inc.*,<br>   Case No. 3:19-cv-06344;<br>*Carson Sedgwick v. Juul Labs, Inc., et al.*,<br>   Case No. 3:20-cv-03882; and<br>*Matthew Tortorici v. Juul Labs, Inc., et al.*,<br>   Case No. 3:20-cv-03847 | Case No. 19-md-02913-WHO<br><br>**[PROPOSED] CASE MANAGEMENT ORDER GOVERNING COMPLETION OF FACT AND EXPERT DISCOVERY** |

This matter comes before the Court upon its review of the parties' Joint Status Report Concerning Further Pre-Trial Proceedings, dated January 21, 2026. The Court has reviewed the parties' joint submission and Case Management Orders 17 and 19. The Court also held a conference with the parties on December 16, 2025 [and heard further argument on January 27, 2026].

Consistent with Case Management Orders 17 and 19, the Court orders the parties to complete discovery on the following schedule:

1. The parties shall complete non-duplicative fact discovery within 120 days of entry of this order.

2. Plaintiffs shall identify any MDL general expert reports on which they intend to rely within 120 days of entry of this order.

3. To the extent any of Plaintiffs' case-specific experts wish to supplement their prior expert reports, Plaintiffs shall produce the supplements to Defendants within 120 days of entry of this order.

4. Defendants shall depose Plaintiffs' experts within 176 days of entry of this order.

5. Defendants shall disclose their experts and produce their expert reports to Plaintiffs

within 183 days of entry of this order.

  6. Plaintiffs shall depose Defendants' experts within 240 days of entry of this order.

Upon the completion of this discovery, the Court will convene a status conference, after which it intends to enter an order suggesting remand of any remaining actions to their transferor courts by the U.S. Panel on Multidistrict Litigation.

DATED: _____, 2026

                  _____
                  HONORABLE WILLIAM H. ORRICK, III
                  United States District Judge