UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 27, 2026 | **Time:** 31 minutes<br>2:07 p.m. to 2:38 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-md-02913-WHO | **Case Name:** In Re: Juul Labs, Inc., Marketing, Sales Practices (opt-out cases) | |

**Attorneys for Plaintiffs**:  Jonathan Gdanski and Jeffrey L. Haberman
**Attorneys for Defendants:**   Timothy McGinn, Ryan Folio, and David Kouba

**Member Cases:**
    19-cv-6344 – Nessmith v. Altria Group, Inc., et al
    20-cv-1927 – Legacki v. Juul Labs, Inc., et al
    20-cv-1928 – Aragona v. Juul Labs, Inc., et al
    20-cv-3847 – Tortorici v. Juul Labs, Inc., et al
    20-cv-3850 – Dupree v. Juul Labs, Inc., et al
    20-cv-3882 – Carson Sedgwick v. Juul Labs, Inc., et al
    20-cv-4661 – Lane v. Juul Labs, Inc.

**Deputy Clerk:** Jean Davis　　　　　　　　　　　**Court Reporter:** Robin Herrera

## PROCEEDINGS

Discovery hearing conducted via videoconference. Court explains his view that immediate transfer of the remaining cases is the most likely way to speed trial settings, and that any hybrid procedure where he dealt with remaining cross-cutting issues while the transferor courts addressed state law and case specific issues would be unwieldy and inefficient.

Counsel heard.  The Court will stick to its view and send these cases to the states where they will be tried. The Court will prepare a Transfer Memorandum that includes history of MDL discovery and litigation.  Parties may provide their thoughts on what should be included in the Transfer Memorandum by February 3, 2026.

The Court directs plaintiffs to produce their emails within 20 days of the date of this Order. Parties shall otherwise continue to push ahead on case specific discovery pending this Court's issuance of transfer orders or suggestions of transfer to the JPML.