Scott P. Schlesinger (*admitted pro hac vice*)
Jonathan R. Gdanski (*admitted pro hac vice*)
Jeffrey L. Haberman (*admitted pro hac vice*)
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue
Ft. Lauderdale, FL 33317
Telephone: (954) 467-8800
Email: scott@schlesingerlaw.com
Email: jgdanski@schlesingerlaw.com
Email: jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO |
| THIS DOCUMENT RELATES TO:<br><br>*Aragona v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-1928<br>*Dupree v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-03850<br>*Lane v. Juul Labs Inc. et al.*<br>Case No. 3:20-cv-04661<br>*Legacki v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-01927<br>*Nessmith v. Juul Labs, Inc. et al.*<br>Case No. 3:19-cv-06344<br>*Sedgwick v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-03882<br>*Tortorici v. Juul Labs, Inc. et al.*<br>Case No. 3:20-cv-03847 | **[PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME TO SUPPLEMENT DISCOVERY PURSUANT TO JANUARY 27, 2026 ORDER** |

The Court has reviewed Plaintiff's motion for extension of time to supplement discovery pursuant to the Court's January 27, 2026 order. For good cause shown, the Court **GRANTS** Plaintiffs' motion. Plaintiffs shall have through March 19, 2026, to produce relevant emails, if applicable.

Dated: _____, 2026

                                                                                                        Hon. William H. Orrick
                                                                                                         United States District Judge