# EXHIBIT B

## O'Hickey, Grant

| | |
|---|---|
| **From:** | O'Hickey, Grant |
| **Sent:** | Tuesday, October 7, 2025 16:02 |
| **To:** | Jeffrey L. Haberman |
| **Cc:** | Lili D. Lowell; Megan L. Barrett; Folio, Ryan M.; McGinn, Timothy; Danninger, Timothy; Steif, Andrew; Freed, Michael; Wulfe, Lauren S.; Walden, Mike; Reinbold, Derek C.; Eugene Illovsky; Kevin Calia; Kramer, James N.; Malone, Catherine |
| **Subject:** | JLI - McKnight Written Discovery - Meet and Confer |

Jeff,

I write to memorialize our October 6, 2025 meet-and-confer, and to confirm the agreed next steps in response to our Requests for Production and the deficiency letter.

First, at the meet and confer, you said you were unaware that no emails have been produced in this case; that you could not identify the email accounts used by Walker McKnight; that, in response to our RFPs seeking email discovery, you did not yourself search Walker's email accounts and instead relied on Walker to send you relevant documents; that you took no steps to collect emails from those accounts before Walker passed; that you may not have access to Walker's accounts now that he has passed; and that you did not search the email accounts of Walker's parents, David and Candace McKnight, and instead relied on them to conduct any searches.

Second, as to next steps to be completed by **October 16**, you agreed to identify Walker's email accounts and determine the extent, if any, to which Schlesinger has access to those accounts. As for search terms, you agreed to conduct searches across the email accounts of Walker, David, and Candace McKnight using the agreed search terms, excluding the term "Walker." You will provide a hit report for those searches. You further agreed to report back by that date regarding whether you are willing to provide a hit report limited to the term "Walker" from David's and Candace's email accounts, including any proposed limitations to address overbreadth concerns.

Given the importance of contemporaneous emails to the issues in dispute, and the delay to date, we expect that you will promptly proceed with collection and searching, and that you will preserve all potentially responsive ESI, including by initiating credentials recovery or estate-based access for Walker's accounts. If you contend that access is not feasible, please identify the technical and legal impediments, the steps you have taken to overcome them, and the timeline for resolution.

If any of the above does not reflect your understanding, please respond in writing by close of business **Thursday, October 9**, so that we can promptly address any discrepancies.

Thanks,
Grant



**Grant Clifford O'Hickey** | Associate

1 Independent Drive, Suite 2300
Jacksonville, FL 32202

**p** 904.350.7417 **c** 214.755.0160
gunster.com | gohickey@gunster.com