# EXHIBIT C

## O'Hickey, Grant

| | |
|---|---|
| **From:** | O'Hickey, Grant |
| **Sent:** | Friday, February 20, 2026 15:26 |
| **To:** | Jeffrey L. Haberman |
| **Cc:** | Jonathan R. Gdanski; Megan L. Barrett; Wulfe, Lauren S.; Kouba, David E.; Ross, Jason A.; Folio, Ryan M.; Reinbold, Derek C.; Kevin Calia; Eugene Illovsky; Askew, Kevin M.; Kramer, James N.; Malone, Catherine; awinawer@orrick.com; Danninger, Timothy; McGinn, Timothy; Steif, Andrew |
| **Subject:** | JLI - Meet and Confer Memorialization |

Jeff,

Thank you for meeting and conferring with us yesterday. The email below memorializes our discussion.

**MDL Fact Discovery.** The parties agreed that, pursuant to Judge Orrick's order, MDL fact discovery should proceed. Plaintiffs agreed to provide defendants with dates (for the depositions and/or SLO's availability for the depositions , as applicable) for the MDL depositions they have requested.

**MDL Expert Discovery.** Plaintiffs requested that the parties come to an informal agreement concerning deadlines for amended expert disclosures and depositions. Defendants will confer and provide a response.

**MDL Email Productions.** Subject to the terms below, defendants will consent to provide plaintiffs a 30-day extension of time to respond with respect to email productions.

> *Search terms*. Plaintiffs indicated that the search terms referenced in its motion are the terms defendants provided in *McKnight*, minus terms that do not apply, plus other terms SLO believed to be appropriate in each case. Plaintiffs expressed their understanding that defendants will want to tailor the search terms. Defendants will provide, and SLO will implement, a set of agreed case-specific search terms. In the meantime, plaintiffs will continue their document collection efforts.
>
> *Production timing*. The parties agree that defendants should have time to review plaintiffs' forthcoming document productions and raise deficiencies with Judge Orrick before remand to avoid duplicative proceedings. The parties agreed that the 30 days of additional time requested in the motion seemed sufficient, but that SLO could request more time if needed. The parties recognize that the timing of plaintiffs' document productions may necessitate a further extension if defendants do not have sufficient time to review the documents and address any deficiencies with SLO and the court.
>
> *ESI Order compliance*. Plaintiffs agreed to reproduce their 2/17 email production in a format that complies with the MDL ESI Order. Plaintiffs committed to doing so by Tuesday, 2/24.
>
> <u>*A stipulation that the MDL matters should remain before Judge Orrick until these discovery efforts/discovery compliance is complete*</u>. Plaintiffs indicated that they would provide an answer today, 2/20, as to whether they will agree to this.

**JCCP / Remanded Case Emails.** Plaintiffs agreed to make the same ESI Order-compliant production in the JCCP and remanded cases that they are making in the MDL. In the JCCP, defendants request that the parties enter into a stipulation on this subject in accordance with local rules. We will prepare a proposed stipulation.

Best,

Grant



**Grant Clifford O'Hickey** | Associate

1 Independent Drive, Suite 2300
Jacksonville, FL 32202

**p** 904.350.7417 **c** 214.755.0160
gunster.com | gohickey@gunster.com