[*Submitting counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**CLASS PLAINTIFFS' REQUEST FOR ORDER AUTHORIZING FURTHER DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS**<br><br>HON. WILLIAM H. ORRICK III |

1    The Court previously granted final approval of the Class Action Settlements with JLI and Altria, Dkts. 4138, 4212, and approved payment of attorneys' fees, expenses, and service awards, Dkts. 4179, 4238. It has also authorized payment of settlement administration expenses totaling $7.5 million, Dkt. 4461, which is the limit that the Settlement Administrator, Epiq, previously committed to for administration costs in this matter, Dkts. 4218, 4218-1 ¶ 48. After Class Counsel and Epiq completed the claims review process, the Court authorized distribution of the Net Settlement Fund to 842,004 eligible claimants, Dkt. 4326, and the distribution of funds to additional claimants who successfully disputed the initial denial of their claims or the amount of their payments, Dkt. 4394.

The process of distributing initial payments to claimants is complete, with all payments either having been cashed or going unclaimed and have expired. Class Counsel submits this recommendation to the Court for the handling of the remaining unclaimed funds per the Plan of Allocation. *See* Dkt. 4082-3 (Plan of Allocation) at ¶¶ 4.1-4.2 (providing for redistribution among eligible claimants if feasible and economical, or distribution "to an appropriate recipient" with Court approval if not).

The total number of claimants who were previously approved for payment, including the initially approved population and claimants that successfully disputed the denial of their claims, is 843,451. In all, 86.9% of payments (733,055 of 843,451) were completed; 13.1% (or 110,396) payments went unclaimed and have now expired.

After the first distribution to claimants and payments for administration costs as approved by the Court, and accounting for accrued interest and taxes, the current balance of the Net Settlement Fund is $15,371,264.82. Of this amount, Class Plaintiffs propose holding back a $20,000.00 reserve for tax obligations based on the recommendation of tax advisors. Class Counsel believe it is economically feasible to redistribute the balance of $15,351,264.82 to eligible claimants.

The Plan of Allocation provides that, in a second distribution, the Net Settlement Fund will be distributed *pro rata* "among those Eligible Claimants who have received and deposited their initial payment and who would receive at least $15.00 from the redistribution." Plan of Allocation at ¶ 4.1. Of the 733,055 claimants who received and deposited their initial payment, there are 567,073 claimants who, using the points calculation from the initial distribution, would receive less than the $15.00

1

CLASS PLAINTIFFS' REQUEST FOR ORDER AUTHORIZING FURTHER DISTRIBUTION OF
JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO

redistribution threshold in the Plan of Allocation. Thus 165,982 claimants are eligible for a redistribution payment.

  Class Plaintiffs respectfully request that the Court authorize the redistribution of the Net Settlement Fund as follows. Subject to any minor adjustments during the process of finalizing the distributions, redistribution payments to the 165,982 eligible claimants will total $15,350,671.59.[1] The largest payment is $1,413.63, with an average payment of $92.48 and median payment of $37.31. Per the Plan of Allocation, payments will be sent via the means elected for the initial payment: 19,191 will receive payment via a paper check, with 146,791 receiving digital payment.

  Once the second distribution is complete, Class Plaintiffs will submit a further proposal to the Court with a recommendation for the distribution of any unclaimed funds.

  A proposed order is submitted with this request.

Dated: February 26, 2026

Respectfully submitted,

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

*Co-Lead Counsel and Settlement Class Counsel*

---

[1] Because payments must be rounded to the nearest cent, there will be a remaining balance of $593.23 in residual funds in the Net Settlement Fund that cannot be divided amongst the eligible claimants.

2
CLASS PLAINTIFFS' REQUEST FOR ORDER AUTHORIZING FURTHER DISTRIBUTION OF
JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                    /s/ *Dena C. Sharp*
                                       Dena C. Sharp

CLASS PLAINTIFFS' REQUEST FOR ORDER AUTHORIZING FURTHER DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO