UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**[PROPOSED] ORDER AUTHORIZING FURTHER DISTRIBUTION OF JLI AND ALTRIA CLASS ACTION SETTLEMENT FUNDS**<br><br>HON. WILLIAM H. ORRICK III |

The Court previously granted final approval of the Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. After Class Counsel and the Settlement Administrator, Epiq, completed the claims review process, the Court authorized distribution of the Net Settlement Fund to claimants, Dkt. 4326, and the distribution of residual funds to claimants who successfully disputed the initial denial of their claims or the amount of their payments, Dkt. 4394. All of the initial payments to claimants have now been completed or went unclaimed and have expired, and Class Plaintiffs request an order authorizing a redistribution of the remaining JLI and Altria Class Action Settlement funds to eligible claimants consistent with the Plan of Allocation.

There are 165,982 claimants eligible for a redistribution payment under the Plan of Allocation. The Court approves Class Plaintiffs' proposal to hold back a $20,000.00 reserve for tax obligations and authorizes for distribution the remaining balance of the Net Settlement Fund, $15,351,264.82, to the eligible claimants consistent with the Plan of Allocation as requested by Class Plaintiffs.

**IT IS SO ORDERED**.

Dated: _____          _____
                                       Honorable Judge William H. Orrick

---

1

[PROPOSED] ORDER AUTHORIZING FURTHER DISTRIBUTION OF JLI AND ALTRIA
CLASS ACTION SETTLEMENT FUNDS
CASE NO. 19-md-02913-WHO