1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 **IN RE: JUUL LABS, INC.,**      Case No. 19-md-02913-WHO

8 **MARKETING SALES PRACTICES,**
**AND PRODUCTS LIABILITY**

9 **LITIGATION**      **ORDER ON PLAINTIFFS' MOTION**
**FOR EXTENSION OF TIME TO**

10 This Document Relates to:      **SUPPLEMENT DISCOVERY**

Re: Dkt. No. 4484
11 *Erin NesSmith et al. v. Juul Labs, Inc., et al.*,
12 Case No. 3:19-cv-06344-WHO

13 *Bailey Legacki v. Juul Labs, Inc., et al.*,
Case No. 3:20-cv-01927-WHO
14
*Cole Aragona v. Juul Labs, Inc., et al.*, Case
15 No. 3:21-cv-01928-WHO

16 *Carson Sedgwick v. Juul Labs, Inc., et al.*,
17 Case No. 3:20-cv-03882-WHO

18 *Jordan Dupree v. Juul Labs, Inc., et al.*,
Case No. 3:20-cv-03850-WHO
19
*Matthew Tortorici v. Juul Labs, Inc., et al.*,
20 Case No. 3:20-cv-03847-WHO

21 *Jennifer Lane et al. v. Juul Labs, Inc., et al.*,
22 Case No. 3:20-cv-04661-WHO

23

24        I am troubled and disappointed by plaintiffs' counsels' failure, more than five years after

25 they filed the above-referenced cases and nineteen months after their clients' emails and social

26 media communications were requested by defendants, to search for and produce obviously

27 material evidence in this case. This is particularly surprising given plaintiffs' counsels' repeated

28 advocacy, from the first day leadership was being interviewed for the MDL, to get their clients'

<div style="writing-mode: vertical">United States District Court<br>Northern District of California</div>

cases to trial.

Although I was ready to transfer or remand these cases this week, I will now retain them until plaintiffs have produced the records at issue. I will grant the 30-day extension sought by plaintiffs to March 19, 2026, but only because they failed to retain a third-party vendor in a timely way to comply with their obligations; it does not appear that given their dilatory conduct the required discovery could be produced sooner. There is no good cause that would otherwise suggest that the motion be granted. Once plaintiffs have produced the records at issue, they shall file a notice of compliance on the docket. Ten days later, if defendants have not filed a notice of non-compliance and provided plaintiffs with defendants' portion of a discovery dispute letter to be presented to me by plaintiffs once they have completed their portion, I will proceed with the transfer or remand of these remaining actions.

**IT IS SO ORDERED.**

Dated: February 26, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California

2