[Submitting counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**PLAINTIFFS' STATUS REPORT RE: CLOSURE OF THE MDL**<br><br>HON. WILLIAM H. ORRICK III |

At the November 19, 2025 case management conference, the Court inquired as to the status of outstanding matters in this MDL. Since then, Plaintiffs' Co-Lead Counsel have worked to close outstanding matters in the MDL, and now respectfully submit this update.

**I.      Outstanding MDL Matters**

Seven personal-injury cases are actively being litigated. The Court has indicated it will soon suggest remand of these matters. ECF 4479.

With respect to settled personal-injury cases, on December 10, the parties reported that three settled cases remained outstanding, each brought by minor Settling Plaintiffs. ECF 4465. Of those three, two have resolved. Judge Andler is working to resolve the third and provided the Court with an email update on March 16, 2026.

Three tribal cases are currently in mediation supervised by Thomas Perrelli. (*Chickasaw Nation v. JUUL Labs, Inc., et al.*, No. 3:22-cv-07087; *Muscogee (Creek) Nation v. JUUL Labs Inc., et al.*, No. 3:23-00633; *Choctaw Nation of Oklahoma v. JUUL Labs, Inc. , et al.*, No. 3:22-cv-07085). These three tribal cases were directly filed into the MDL pursuant to the Court's CMO No. 3 entered on Dec. 13, 2019. Their complaints indicate that, pursuant to the direct-filing provisions of CMO No. 3(C), the cases would have been filed in the Eastern District of Oklahoma had they not been filed directly into the MDL. Accordingly, at the appropriate time and with the input from the parties, the Court may transfer those three cases to the Eastern District of Oklahoma.

In the class action, as reported to the Court on February 26, 2026, Class Counsel anticipate filing a motion concerning the distribution of any unclaimed funds once the second distribution is complete. ECF 4487.

Finally, Co-Lead Counsel anticipate additional motions concerning common benefit fees and costs will be filed with the Court in late 2026 or early 2027.

**II.      Potential for Closure of the MDL**

In Co-Lead Counsel's view, the MDL is ripe for closure once the Court remands the seven personal-injury cases and resolves any request to transfer the tribal cases. The Court may exercise continuing jurisdiction over the Class Settlements and common benefit funds even with the MDL administratively closed. *See* ECF 586 (CMO 5(A)) at ¶ 64 (providing for continuing jurisdiction); ECF

4138 (JLI Final Approval Order) at 20 (same); ECF 4212 (Altria Final Approval Order) at 17 (same); JLI Government Entity Settlement Agreement §§ 8.1, 17.1 (same); JLI Personal Injury Settlement Agreement §§ 8.1, 19.1 (same); JLI Tribal Plaintiff Settlement Agreement §§ 8.1, 17.1 (same); Altria Government Entity Settlement Agreement §§ 8.1, 15.1 (same); Altria Personal Injury Settlement Agreement §§ 8.1, 17.1 (same).

Dated: March 24, 2026

Respectfully submitted,

By: /s/ *Sarah R. London*

Sarah R. London
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
slondon@girardsharp.com

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

By: */s/ Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone:  (206) 623-1900
dkawamoto@kellerrohrback.com

By: */s/ Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
erelkin@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated: March 24, 2026                    By:    */s/ Sarah R. London*
                                                  Sarah R. London