Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913 (WHO) |
| | Hon. William H. Orrick |
| This Document Relates to: | |
| *Erin NesSmith et al. v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-06344-WHO | |
| *Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927-WHO | |
| *Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928-WHO | |
| *Matthew Tortorici v. Juul Labs, Inc., et al.* Case No. 3:20-cv-03847-WHO | |
| *Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850-WHO | |
| *Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882-WHO | |
| *Jennifer Lane et al. v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661-WHO | |

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE
NOTICE OF PLAINTIFFS' NON-COMPLIANCE REGARDING E-DISCOVERY**

The Parties[1] stipulate and agree to extend the deadline for Defendants to file a notice of Plaintiffs' non-compliance regarding their e-discovery obligations or to certify Plaintiffs' compliance.

WHEREAS, on January 27, 2026, the Court ordered Plaintiffs to produce responsive, nonprivileged email communications to Defendants by February 17, 2026 (ECF 4479);

WHEREAS, on February 17, 2026, Plaintiffs moved for an extension of time to produce responsive email communications (ECF 4484);

WHEREAS, on February 26, 2026, the Court entered an order (i) extending Plaintiffs' deadline for producing responsive email and social media communications through March 19, 2026; (ii) instructing Plaintiffs to file a notice of compliance with the Court upon fulfilling their production obligations, and (iii) indicating that, unless Defendants filed a notice of non-compliance within ten days of Plaintiffs' notice and sent Defendants' portion of a discovery dispute letter to Plaintiffs, the Court would suggest remand of the above-captioned cases (ECF 4488);

WHEREAS, on March 19, 2026, Plaintiffs filed a notice of compliance (ECF 4490);

WHEREAS, on March 25, 2026, the Parties met and conferred;

WHEREAS, the Parties wish to work collaboratively to resolve the issues set forth in Exhibit A;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order

(i)    Suspending Defendants' deadline of March 29, 2026, for filing their notice of non-compliance or certificate of compliance; and

(ii)    Granting the Parties forty-five (45) days from the date of the Court's Order to resolve all disputes concerning Plaintiffs' email and social media communication productions or,

---

[1] The Parties include (i) Plaintiffs Cole Aragona, Victoria Cunningham, Jordan Dupree, Jennifer Lane, Bailey Legacki, Erin NesSmith, Jared NesSmith, Carson Sedgwick, and Matthew Tortorici and (ii) Defendants Juul Labs, Inc., Altria Group, Inc., Philip Morris USA Inc., Altria Client Services, Altria Group Distribution Company, Altria Enterprises LLC, James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani.

alternatively, for Defendants to file a notice of non-compliance and for the Parties to submit a joint discovery letter to the Court detailing outstanding issues as contemplated by the Court's order of February 26, 2026.

IT IS SO STIPULATED.

Dated: March 27, 2026

Respectfully submitted,

By: */s/ Jeffrey L. Haberman*

Scott P. Schlesinger, (*pro hac vice*)
Jonathan R. Gdanski, (*pro hac vice*)
Jeffrey L. Haberman, (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

By: */s/ David E. Kouba*

John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
john.massaro@arnoldporter.com
jason.ross@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Distribution Company, Altria Enterprises LLC*

By: */s/ Timothy S. Danninger*

Timothy S. Danninger (pro hac vice)
Timothy J. McGinn (pro hac vice)
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

By: */s/ Michael J. Guzman*

Mark C. Hansen (pro hac vice)
Michael J. Guzman (pro hac vice)
David L. Schwarz (CA Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.**
1615 M. Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Hoyoung Huh, and Riaz Valani*

By:  */s/ Eugene Illovsky*

Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@illovskygates.com
kevin@illovskygates.com

*Attorneys for Defendant Adam Bowen*

By:  */s/ Kevin Askew*

James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*