**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913 (WHO) |
| | Hon. William H. Orrick |

This Document Relates To:

*Erin NesSmith et al. v. Juul Labs, Inc. et al.,*
*Case No. 3:19-cv-06344-WHO*

*Bailey Legacki v. Juul Labs, Inc. et al.,*
*Case No. 3:20-cv-01927-WHO*

*Cole Aragona v. Juul Labs, Inc. et al.,*
*Case No. 3:20-cv-01928-WHO*

*Matthew Tortorici v. Juul Labs, Inc., et al.*
*Case No. 3:20-cv-03847-WHO*

*Jordan Dupree v. Juul Labs, Inc. et al.,*
*Case No. 3:20-cv-03850-WHO*

*Carson Sedgwick v. Juul Labs, Inc. et al.,*
*Case No. 3:20-cv-03882-WHO*

*Jennifer Lane et al. v. Juul Labs, Inc. et al.,*
*Case No. 3:20-cv-04661-WHO*

**[PROPOSED] ORDER GRANTING**
**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE**
**NOTICE OF PLAINTIFFS' NON-COMPLIANCE REGARDING E-DISCOVERY**

Having reviewed the Parties' Stipulation to Extend Deadline for Defendants to File Notice of Plaintiffs' Non-Compliance Regarding E-Discovery, filed on March 27, 2026, the Court finds that the Parties have established good cause for an extension of the existing deadlines concerning email and social media document productions and Defendants' notice of Plaintiffs' non-compliance or certificate of compliance regarding the same. The Court therefore **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1.     Defendants' deadline of March 29, 2026, to file a notice of Plaintiffs' non-compliance or certificate of compliance with the Court's Orders dated January 27, 2026, and February 26, 2026, is hereby suspended;

2.     The Parties shall have forty-five (45) days from the date of this Order to resolve all disputes concerning Plaintiffs' email and social media communication productions or, alternatively, for Defendants to file a notice of non-compliance and for the Parties to submit a joint discovery letter to the Court detailing the outstanding issues as contemplated by the Court's order of February 26, 2026.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Judge William H. Orrick