**PERKINS COIE LLP**
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Andrew Sun Pak, Bar No. 354248
APak@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

*Attorneys for Non-Party Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case. No. 19-md-02913-WHO |
| THIS DOCUMENT RELATES TO: | Case. No. 3:19-cv-06344 |
| ERIN NESSMITH and JARED NESSMITH, individually and as Personal Representatives of the Estate of ASHLYNN NESSMITH,<br><br>       Plaintiff,<br><br>v.<br><br>JUUL Labs, Inc., et al.,<br><br>       Defendants. | **NON-PARTY META PLATFORMS, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Date: April 24, 2026<br><br>Judge: William Horsley Orrick III |

187033481.1

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.


Dated:  April 24, 2026                                      **PERKINS COIE LLP**


                                                           By:*/s/ Julie E. Schwartz*
                                                              Julie E. Schwartz, Bar No. 260624
                                                              Andrew Sun Pak, Bar No. 354248
                                                              Jameson Ullman, Bar No. 345480

                                                           *Attorneys for Non-Party Meta Platforms, Inc.*

-1-
NON-PARTY META PLATFORMS, INC.'S CERTIFICATION OF CONFLICTS
AND INTERESTED ENTITIES OR PERSONS
Case No. 19-md-02913-WHO

187033481.1