**PERKINS COIE LLP**
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Andrew Sun Pak, Bar No. 354248
APak@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

*Attorneys for Non-Party Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case. No. 19-md-02913-WHO |
| THIS DOCUMENT RELATES TO: | Case. No. 3:19-cv-06344 |
| ERIN NESSMITH and JARED NESSMITH, individually and as Personal Representatives of the Estate of ASHLYNN NESSMITH, | **NON-PARTY META PLATFORMS, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |
| Plaintiff, | Date: April 24, 2026 |
| v. | Judge: William Horsley Orrick III |
| JUUL Labs, Inc., et al., | |
| Defendants. | |

NON-PARTY META PLATFORMS, INC.'S RULE 7.1 DISCLOSURE STATEMENT
Case No. 19-md-02913-WHO

187033437.1

Pursuant to Federal Rule of Civil Procedure 7.1, Non-Party Meta Platforms, Inc. hereby certifies that it is a non-governmental corporate party, does not have any parent corporation, and has no publicly held affiliate that owns more than 10% of the corporation.

Dated:  April 24, 2026

**PERKINS COIE LLP**

By:*/s/ Julie E. Schwartz*
   Julie E. Schwartz, Bar No. 260624
   Andrew Sun Pak, Bar No. 354248
   Jameson Ullman, Bar No. 345480

*Attorneys for Non-Party Meta Platforms, Inc.*

-1-
NON-PARTY META PLATFORMS, INC.'S RULE 7.1 DISCLOSURE STATEMENT
Case No. 19-md-02913-WHO

187033437.1