**PERKINS COIE LLP**
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Andrew Sun Pak, Bar No. 354248
APak@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

*Attorneys for Non-Party Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case. No. 19-md-02913-WHO |
| THIS DOCUMENT RELATES TO: | Case. No. 3:19-cv-06344 |
| ERIN NESSMITH and JARED NESSMITH, individually and as Personal Representatives of the Estate of ASHLYNN NESSMITH, <br><br> Plaintiff, <br><br> v. <br><br> JUUL Labs, Inc., et al., <br><br> Defendants. | **DECLARATION OF JAMESON ULLMAN IN SUPPORT OF STIPULATION TO CONTINUE NON-PARTY META PLATFORMS, INC.'S DEADLINE TO RESPOND TO APRIL 14, 2026 ORDER (ECF 106)** <br><br> (Civil L.R. 6-2 and 7-12) |

I, Jameson Ullman, declare as follows:

1.      I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of Perkins Coie LLP and one of the attorneys representing non-party Meta Platforms, Inc. ("Meta"). I am over 18 years of age and am competent to testify truthfully to the facts asserted herein. The following information is based on my personal knowledge

2.      Meta's deadline to respond to the Order to Produce Decedent's Meta Account Data ("Order") is April 24, 2026.

3.      Meta retained Perkins Coie LLP on April 21, 2026.  My team and I are currently working with Meta to evaluate the obligations imposed by the Order and the accounts implicated by the Order, and we need additional time to complete this review and confer with counsel regarding the Order.

4.      I have discussed the need for additional timing with counsel for Plaintiffs and confirmed that Plaintiffs approve of extending Meta's deadline to May 8, 2026.

5.      The Parties have not previously requested an extension of any deadlines involving non-party Meta Platforms, Inc.

6.      The Parties have no current knowledge that this extension will alter the date of any other event or deadline already fixed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of April, 2026 in San Francisco, California.

By: */s/ Jameson Ullman*
Jameson Ullman

-1-

ULLMAN DECL. ISO STIP. TO CONTINUE META'S
DEADLINE TO RESPOND TO APRIL 14, 2026 ORDER (ECF 106)
Case No. 19-md-02913-WHO