Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913 (WHO) |
| | Hon. William H. Orrick |

This Document Relates to:

*Erin NesSmith et al. v. Juul Labs, Inc. et al.*,
Case No. 3:19-cv-06344-WHO

*Bailey Legacki v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-01927-WHO

*Cole Aragona v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-01928-WHO

*Matthew Tortorici v. Juul Labs, Inc., et al.*
Case No. 3:20-cv-03847-WHO

*Jordan Dupree v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-03850-WHO

*Carson Sedgwick v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-03882-WHO

*Jennifer Lane et al. v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-04661-WHO

## STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE NOTICE OF PLAINTIFFS' NON-COMPLIANCE REGARDING E-DISCOVERY

The Parties[1] stipulate and agree to extend the deadline for Defendants to file a notice of Plaintiffs' non-compliance regarding their e-discovery obligations or to certify Plaintiffs' compliance.

WHEREAS, on February 26, 2026, the Court entered an order (i) extending Plaintiffs' deadline for producing responsive email and social media communications through March 19, 2026; (ii) instructing Plaintiffs to file a notice of compliance with the Court upon fulfilling their production obligations, and (iii) indicating that, unless Defendants filed a notice of non-compliance within ten days of Plaintiffs' notice and sent Defendants' portion of a discovery dispute letter to Plaintiffs, the Court would suggest remand of the above-captioned cases (ECF 4488);

WHEREAS, on March 19, 2026, Plaintiffs filed a notice of compliance (ECF 4490);

WHEREAS, on March 27, 2026, the Court extended Defendants' deadline to file a notice of non-compliance through May 11, 2026, to accommodate the Parties' wish to work collaboratively to resolve certain outstanding issues (ECF 4493); and

WHEREAS, the Parties wish to continue to work collaboratively toward potential resolution of certain outstanding discovery issues;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order extending Defendants' deadlines to file a notice of non-compliance and send Plaintiffs their half of a joint discovery dispute letter to May 26, 2026.

---

[1] The Parties include (i) Plaintiffs Cole Aragona, Victoria Cunningham, Jordan Dupree, Jennifer Lane, Bailey Legacki, Erin NesSmith, Jared NesSmith, Carson Sedgwick, and Matthew Tortorici and (ii) Defendants Juul Labs, Inc., Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises LLC, James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani.

IT IS SO STIPULATED.

Dated:  May 8, 2026

By:  /s/ *Jeffrey L. Haberman*
Scott P. Schlesinger, (*pro hac vice*)
Jonathan R. Gdanski, (*pro hac vice*)
Jeffrey L. Haberman, (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

By:  /s/ *John C. Massaro*
John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
john.massaro@arnoldporter.com
jason.ross@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Distribution Company, Altria Enterprises LLC*

Respectfully submitted,

By:  /s/ *Timothy J. McGinn*
Timothy S. Danninger (pro hac vice)
Timothy J. McGinn (pro hac vice)
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

By:  /s/ *Michael J. Guzman*
Mark C. Hansen (pro hac vice)
Michael J. Guzman (pro hac vice)
David L. Schwarz (CA Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.**
1615 M. Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Hoyoung Huh, and Riaz Valani*

By:  /s/ *Eugene Illovsky*
Eugene Illovsky
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@illovskygates.com
kevin@illovskygates.com

*Attorneys for Defendant Adam Bowen*

By:  /s/ *James Kramer*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*