**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913 (WHO) |
| | Hon. William H. Orrick |

This Document Relates To:

*Erin NesSmith et al. v. Juul Labs, Inc. et al.,
Case No. 3:19-cv-06344-WHO*

*Bailey Legacki v. Juul Labs, Inc. et al.,
Case No. 3:20-cv-01927-WHO*

*Cole Aragona v. Juul Labs, Inc. et al.,
Case No. 3:20-cv-01928-WHO*

*Matthew Tortorici v. Juul Labs, Inc., et al.
Case No. 3:20-cv-03847-WHO*

*Jordan Dupree v. Juul Labs, Inc. et al.,
Case No. 3:20-cv-03850-WHO*

*Carson Sedgwick v. Juul Labs, Inc. et al.,
Case No. 3:20-cv-03882-WHO*

*Jennifer Lane et al. v. Juul Labs, Inc. et al.,
Case No. 3:20-cv-04661-WHO*

**[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE
NOTICE OF PLAINTIFFS' NON-COMPLIANCE REGARDING E-DISCOVERY**

Having reviewed the Parties' Stipulation to Extend Deadline for Defendants to File Notice of Plaintiffs' Non-Compliance Regarding E-Discovery, filed on May 8, 2026, the Court finds that the Parties have established good cause for an extension of the existing deadlines concerning email and social media document productions and Defendants' notice of Plaintiffs' non-compliance or certificate of compliance regarding the same. The Court therefore **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1.  Defendants' deadline of May 11, 2026, to file a notice of Plaintiffs' non-compliance or certificate of compliance with the Court's Orders dated January 27, 2026, and February 26, 2026, and to send Plaintiffs their half of a joint discovery letter to the Court detailing any outstanding issues, as contemplated by the Court's order of February 26, 2026, is extended to May 26, 2026.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Judge William H. Orrick