**PERKINS COIE LLP**
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Andrew Sun Pak, Bar No. 354248
APak@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

*Attorneys for Non-Party Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, | Case. No. 19-md-02913-WHO |
| THIS DOCUMENT RELATES TO: | Case. No. 3:19-cv-06344 |
| ERIN NESSMITH and JARED NESSMITH, individually and as Personal Representatives of the Estate of ASHLYNN NESSMITH, <br><br> Plaintiff, <br><br> v. <br><br> JUUL Labs, Inc., et al., <br><br> Defendants. | **SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE NON-PARTY META PLATFORMS, INC.'S DEADLINE TO RESPOND TO APRIL 14, 2026 ORDER (ECF 106)** <br><br> (Civil L.R. 6-2 and 7-12) |

**STIPULATION**

Pursuant to Civil Local Rule 6-2 and 7-12, Non-Party Meta Platforms, Inc. ("Meta") and Plaintiffs, Erin Nessmith and Jared Nessmith, individually and as Personal Representatives of the Estate of Ashlynn Nessmith ("Plaintiffs") (collectively, the "Parties"), by and through their attorneys of record, hereby agree and stipulate as follows:

1.      WHEREAS, Plaintiffs filed their Unopposed Motion for Entry of an Order to Produce Decedent Ashlynn Nessmith's Meta Account Data ("Motion") on April 10, 2026, *Nessmith et al v. Juul Labs, Inc., et al.*, No. 19-cv-06344-WHO (N.D. Cal.) ("*Nessmith v. Juul Labs*") ECF No. 103;

2.      WHEREAS, this Court issued the Order to Produce Decedent's Meta Account Data on April 14, 2026 ("Order"), granting the Motion and ordering Meta to produce certain records within 10 days, *Nessmith v. Juul Labs,* ECF No. 106;

3.      WHEREAS, Meta was served with the Motion and Order on Friday, April 17, 2026;

4.      WHEREAS, Meta's deadline to respond to the Order was April 24, 2026;

5.      WHEREAS, on April 24, 2026, the Parties filed the Stipulation and Proposed Order to Continue Non-Party Meta Platforms, Inc.'s Deadline to Respond to April 14, 2026 Order ("First Stipulation"), *In re: Juul Labs, Inc. Marketing, Sales Practices, And Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) ("*In re Juul Labs*"), ECF No. 4497;

6.      WHEREAS, on April 27, 2026, this Court granted the First Stipulation, and extended Meta's deadline to respond to the Order to May 8, 2026, *In re Juul Labs,* ECF No. 4499;

7.      WHEREAS, the extension requested in the First Stipulation is the only extension the Parties have requested for a deadline involving Meta;

8.      WHEREAS, Meta has been diligently working to determine whether it has records for the accounts identified, collect the records required in the Order, and prepare these records for production;

9.     WHEREAS, Meta has made significant progress, but its efforts to collect records and prepare them for production are ongoing;

10.    WHEREAS, Meta has requested of Plaintiffs to agree to stipulate to extend its deadline to respond to the Order to May 13, 2026 because Meta needs additional time to complete this process, and Plaintiffs have so agreed;[1]

11.    WHEREAS, the Parties have no current knowledge that the extension requested in this Second Stipulation will alter the date of any other event or deadline already fixed by the Court;

12.    WHEREAS, by seeking this extension, neither Party waives any rights or remedies in connection with the Order;

13.    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that Meta's deadline to respond to the Order is May 13, 2026.

**IT IS SO STIPULATED.**

---

[1] Because Plaintiffs were the moving party on the Motion, Meta only sought approval for this extension from Plaintiffs.

Dated:  May 8, 2026                          **PERKINS COIE LLP**


By: */s/ Julie E. Schwartz*
    Julie E. Schwartz, Bar No. 260624
    Andrew Sun Pak, Bar No. 354248
    Jameson Ullman, Bar No. 345480

    *Attorneys for Non-Party Meta Platforms, Inc.*

Dated:  May 8, 2026                          **SCHLESINGER LAW OFFICES, P.A.**

By: */s/ Jeffrey L. Haberman*
    Scott P. Schlesinger (admitted *pro hac vice*)
    Jonathan R. Gdanski (admitted *pro hac vice*)
    Jeffrey L. Haberman (admitted *pro hac vice*)
    1212 SE Third Avenue
    Ft. Lauderdale, FL 33317
    Telephone: (954) 467-8800
    scott@schlesingerlaw.com
    jgdanski@schlesingerlaw.com
    jhaberman@schlesingerlaw.com

    *Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  _____        By: _____
    Hon. William H. Orrick

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

_/s/ Julie E. Schwartz_

Julie E. Schwartz