Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Erin NesSmith et al. v. Juul Labs, Inc. et al.*,
Case No. 3:19-cv-06344-WHO

*Bailey Legacki v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-01927-WHO

*Cole Aragona v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-01928-WHO

*Matthew Tortorici v. Juul Labs, Inc., et al.*
Case No. 3:20-cv-03847-WHO

*Jordan Dupree v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-03850-WHO

*Carson Sedgwick v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-03882-WHO

*Jennifer Lane et al. v. Juul Labs, Inc. et al.*,
Case No. 3:20-cv-04661-WHO

Case No. 3:19-md-02913 (WHO)

Hon. William H. Orrick

## DEFENDANTS' NOTICE OF
## PLAINTIFFS' NON-COMPLIANCE REGARDING E-DISCOVERY

Defendants hereby notify the Court that, despite their certification to the contrary, Plaintiffs have not complied with the Court's orders directing them to produce their emails and social media communications.  (*See* Dkt. 4488.)  Defendants have timely provided Plaintiffs their portion of a joint letter detailing Plaintiffs' discovery deficiencies so the Court may address them prior to any suggestion of remand.  (*See id.* at 2.)

Dated: March 26, 2026

By:  /s/ *Jason A. Ross*
John C. Massaro (admitted pro hac vice)
Jason A. Ross (admitted pro hac vice)
David E. Kouba (admitted pro hac vice)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone:  202-942-5000
Facsimile:  202-942-5999
john.massaro@arnoldporter.com
jason.ross@arnoldporter.com
david.kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*


By:  /s/ *Eugene Illovsky*
Eugene Illovsky
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@illovskygates.com
kevin@illovskygates.com

*Attorneys for Defendant Adam Bowen*

Respectfully submitted,

By:  /s/ *Timothy J. McGinn*
Timothy S. Danninger (pro hac vice)
Timothy J. McGinn (pro hac vice)
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*


By:  /s/ *Michael J. Guzman*
Mark C. Hansen (pro hac vice)
Michael J. Guzman (pro hac vice)
David L. Schwarz (CA Bar No. 206257)
**KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.**
1615 M. Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
mhansen@kellogghansen.com
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Hoyoung Huh, and Riaz Valani*

By:  /s/ *Kevin Askew*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*