Dena C. Sharp
dsharp@girardsharp.com
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Co-Lead Counsel and Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CLASS ACTIONS | CASE NO. 19-md-02913-WHO<br><br>**CLASS PLAINTIFFS' STATUS UPDATE REGARDING FINAL POST-DISTRIBUTION ACCOUNTING FOR JLI AND ALTRIA CLASS ACTION SETTLEMENTS**<br><br>HON. WILLIAM H. ORRICK III |

The Court previously granted final approval of the Class Action Settlements with JLI and Altria. Dkts. 4138, 4212. As approved by the Court, Class Counsel coordinated with the Settlement Administrator to disburse the settlement funds to claimants. Dkts. 4326, 4394 (approving initial disbursements); 4489 (approving redistribution of unclaimed funds). The current scheduling order directed Class Counsel to file a post-distribution accounting by July 1, 2026, with a hearing on the accounting to be set at the Court's convenience. Dkt. 4461.

Because Class Counsel filed an interim accounting rather than a final accounting, *see* Dkt. 4508, they provide this further update to the Court regarding the status of the distribution of funds. While the vast majority of settlement payments are now completed, a number of payments from the redistribution are still pending in the form of checks that have not yet been cashed. *Id*. All outstanding checks will become stale by September 16, 2026. After the expiration of all outstanding payments, Class Counsel will submit either a final post-distribution accounting or a recommendation to the Court on how to proceed with any unclaimed funds consistent with the Plan of Allocation.

Dated:  July 6, 2026

Respectfully submitted,

By: /s/ *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com

*Co-Lead Counsel and Settlement Class Counsel*

1

CLASS PLAINTIFFS' STATUS UPDATE REGARDING FINAL POST-DISTRIBUTION
ACCOUNTING FOR JLI AND ALTRIA CLASS ACTION SETTLEMENTS
CASE NO. 19-md-02913-WHO

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                        /s/ *Dena C. Sharp*
                                           Dena C. Sharp

CLASS PLAINTIFFS' STATUS UPDATE REGARDING FINAL POST-DISTRIBUTION
ACCOUNTING FOR JLI AND ALTRIA CLASS ACTION SETTLEMENTS
CASE NO. 19-md-02913-WHO