**UNITED STATES DISTRICT COURT**

**NORHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIBAILITY LITIGATION | Case No. 3:19-MD-02913-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Gloria Contreras, an active member in good standing of the bar of Florida hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs listed in Exhibit A** in the above-entitled action. My local co-counsel in this case is waived through prior order of the Court, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:                          LOCAL CO-COUNSEL'S ADDRESS OF RECORD:

1212 SE 3rd Ave                                            N/A

Ft. Lauderdale, FL 33316

MY TELEPHONE # OF RECORD:                 LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:

954-467-8800                                                 N/A

MY EMAIL ADDRESS OF RECORD:            LOCAL CO-COUNSEL'S EMAIL ADDRESS OF

RECORD:

Gloria@schlesingerlaw.com                           N/A

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 1048931.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: July 9, 2026                                     */s/Gloria Contreras*
                                                                  Applicant

2

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gloria Contreras is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.


Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE