# UNITED STATES DISTRICT COURT

# NORHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIBAILITY LITIGATION | Case No. 3:19-MD-02913-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Gloria Contreras, an active member in good standing of the bar of Florida hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs listed in Exhibit A** in the above-entitled action. My local co-counsel in this case is waived through prior order of the Court, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:                LOCAL CO-COUNSEL'S ADDRESS OF RECORD:

1212 SE 3rd Ave                                        N/A

Ft. Lauderdale, FL 33316

MY TELEPHONE # OF RECORD:       LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:

954-467-8800                                            N/A

MY EMAIL ADDRESS OF RECORD:    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF

RECORD:

Gloria@schlesingerlaw.com              N/A

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 1048931.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: July 9, 2026                                     */s/Gloria Contreras*
                                                                    Applicant

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gloria Contreras is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  7/13/2026

UNITED STATES DIST̶R̶I̶C̶T̶ ̶J̶U̶D̶G̶E̶

GRANTED

Judge William H. Orrick

3

# EXHIBIT A

## PLAINTIFFS REPRESENTED

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 3:20-cv-03847-WHO | Tortorici v. Juul Labs, Inc. et al Representing | Susan Tortorici/ Matthew Tortorici |
| 3:20-cv-03850-WHO | Dupree, et al. v. Juul Labs, Inc. et al | Elizabeth Dupree/ Jordan Dupree |
| 3:20-cv-03882-WHO | Carson Sedgwick et al v. Juul Labs, Inc. et al | Carson Sedgwick |
| 3:20-cv-04661-WHO | Lane, et al. v. Juul Labs Inc. et al | Jennifer Lane/ Victoria Cunningham |
| 3:19-cv-06344-WHO | Nessmith, et al v. JUUL Labs, Inc., et al | Erin Nessmith |
| 3:20-cv-01928 - WHO | Aragona v. JUUL Labs, Inc., et al. | Cole Aragona |
| 3:20-cv-01927 - WHO | Legacki v. JUUL Labs, Inc., et al. | Bailey Legacki |