# EXHIBIT 1

Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO

*Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01927-WHO

*Cole Aragona v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01928-WHO

*Matthew Tortorici v. Juul Labs, Inc., et al.* Case No. 3:20-cv-03847-WHO

*Jordan Dupree v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03850-WHO

*Carson Sedgwick v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03882-WHO

*Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-04661-WHO

Case No. 3:19-md-02913 (WHO)

Hon. William H. Orrick

**[PROPOSED] ORDER ON JOINT STATEMENT REGARDING PLAINTIFFS' COMPLIANCE WITH COURT ORDERS ON PRODUCTION OF EMAIL AND SOCIAL MEDIA COMMUNICATIONS**

This matter comes before the Court on the parties' Joint Statement Regarding Plaintiffs' Compliance With Court Orders On Production of Email and Social Media Communications, filed September 3, 2026.

Within 60 days of entry of this order, Plaintiffs shall collect, review, and, to the extent responsive to Defendants' discovery requests, produce, in compliance with the Court's ESI Order, the records from the accounts Defendants have identified on pages 4 through 6 and Appendices A through C of the Joint Statement. This requirement shall include providing Defendants the information they have requested regarding the Aragona, Cunningham, Dupree, and Tortorici accounts identified on page 5 of the Joint Statement. To the extent Plaintiffs cannot access an account (including those accounts listed in Appendix A) or a record (including their Instagram stories) themselves, Plaintiffs shall execute any authorizations or similar documents the third-party holding the records requires directing the third-party to provide Plaintiffs' records to Plaintiffs' counsel. To the extent any third-party declines to provide Plaintiffs' records to their counsel without a Court order, Plaintiffs shall promptly submit a proposed, agreed order directing the third-party to provide the records to Plaintiffs' counsel.

Within 60 days of entry of this order, Plaintiffs shall also collect, review, and produce to Defendants the images and media embedded or referenced (e.g., the images and media associated with Plaintiffs' "likes") in the documents they previously produced and standalone photographs and other media responsive to Defendants' discovery requests.

Each Plaintiff shall sit for a further deposition of up to five hours within 30 days of completing the productions ordered above.

Finally, for the avoidance of doubt, and consistent with Plaintiffs' counsel's representations that "[w]hat remains is not generic, MDL-wide discovery, but state-specific and case-specific matters" (Dkt. 4477 at 2), generic discovery of Defendants in these remaining actions is closed.

**IT IS SO ORDERED.**

Dated:

______________________________

William H. Orrick
United States District Judge