# EXHIBIT 2

**In the Matter Of:**

IN RE: JUUL LABS INC.

3:20-cv-03882-WHO

# CARSON SEDGWICK

*November 05, 2024*

*Vol. I*

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

Q Okay. What kind of social media?
A Instagram.
Q Do you think there's other Instagram messages than just what's in this small packet that you used to talk about -- about Juul?
A I'm --
MS. BARRON: Object to form.
THE WITNESS: I'm not sure.
Q BY MR. STEIF: Did you search your Instagram messages as part of this lawsuit?
A All the direct messages, I didn't -- I didn't think to go back and -- because I didn't think that I had -- I don't remember exactly what I've told -- told to everyone. I have hundreds of messages in my DM.
Q Okay.
A So no, I don't know.
Q Have you -- have you deleted the -- any messages since the 2018 time frame?
A Sure, I've deleted, yeah, some DMs, you know, especially my ex-girlfriends and other people that, you know, I stopped being friends with, you know. Of course I've deleted messages from them.
Q Okay. When was the last time you think you deleted anything out of your messages?
MS. BARRON: Object to form.

THE WITNESS: People -- I mean, I delete things all -- all the time. I delete photos every day. I get -- I get rid of messages to clear up storage on my phone. So that's hard. I don't -- I don't know like specifically a time the last time I deleted something.

Q BY MR. STEIF: Might some of those messages relate to Juul?

MS. BARRON: Object to form.

THE WITNESS: I don't -- I don't know.

Q BY MR. STEIF: Okay. At the top, you are talking about -- on page 29, you're -- you -- what is this -- sorry, strike that.

What do you say after you don't have any juice? What's the next -- the rest of that two sentences?

A "I'll do like 32 for the Juul, charger and a pack of pods. A new Juul charger and a pack of pods is $37."

Q And where did you -- where did you get that pricing from?

A I think there was an advertisement outside the gas -- one of the gas stations I used to go to that said, you know, Juul starter pack. You know, you got the charger, you got a pack of pods, and you got the Juul device itself for $37.

Q Okay.

# In the Matter Of:

IN RE: JUUL LABS INC.

3:20-cv-03882-WHO

## CARSON SEDGWICK

*March 06, 2025*

*Vol. II*

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

November 5th about the case or -- or this deposition?
A Just about the address to get down here today and --
Q Okay.
A -- what time it was at and everything.
Q How about with Amy Sedgwick?
A The same thing.
Q Kayla Sedgwick?
A I asked her how hers went, and she said it was long and it went well, and that was really it.
Q Did -- did Kayla Sedgwick mention to you any of the types of questions that she was asked at her deposition?
A No, she did not.
Q Okay. Since November 5th, have you done anything to search your -- your devices, your phone, your computer for records relating to Juul usage?
A No, I don't recall doing any of that.
Q How about for -- for usage of other substances like marijuana?
A No, I don't recall.
Q Not since November 5th?
A No.
Q Have you -- do you ever recall doing that?
A Probably two years ago prior to everything,

prior to my first deposition.

Q Do you recall what you did two years ago to undertake that search?

A Yeah, video evidence of using the Juul product or photos.

Q Okay. And how did you go about searching for that?

A Looking through my camera roll, old text messages.

Q How about through social media messages or anything like that?

A I skimmed through Instagram.

Q Were any of those searches direct for the purpose of finding material related to the usage of marijuana or other substances?

A No, just at the time I was prompted to give anything that I had that had to do with a Juul product.

Q And you haven't been prompted to look for anything since then, you said?

A I have been, yes.

Q Okay.

A I received an e-mail to look for any type of drug use.

Q When was that?

A Roughly a month ago, two months ago.

Q And did you just say that you hadn't looked for it?

A Yeah, I did not.

Q And why --

A Because there was -- I don't have anything for that on my phone.

Q Okay. And was that just based on your own belief that there wouldn't be anything to find?

A It's based on my knowledge of what's on my phone.

Q Would there have ever been anything on a phone or a device or an e-mail about marijuana usage?

MS. BARRON: Object to form.

THE WITNESS: I have no clue. Maybe.

Q BY MR. STEIF: Okay. Do you have any idea what your -- what you've produced in this case that relates to the usage of -- of marijuana?

A I recall.

Q What is that?

A Talking about my -- how often I used it and what kind of methods I used.

Q Right. But I mean specifically social media messages.

A I don't recall.

Q Let's talk about your -- your life a little bit