# EXHIBIT 3

Jul 18, 2019 00:00:00 AM - Jul 19, 2019 00:00:00 AM

SMS Messages: **1,** People(active): **2(1),** Attachments: **0,** Threads: **0**

Cole Aragona; Eric Dooley

ED

**Eric Dooley 01:56:50 PM**

Junior - sorry that I missed you today! I just want to remind everyone how important it is that we never show up for work under the influence. Maintaining a drug and alcohol free workplace is the priority of ours. Let's be sure not to use chewing tobacco, cigarettes or vaping inside the warehouse, at a customer location or inside any company vehicles please. See you tomorrow! Thanks so much, Eric