# EXHIBIT 4

**In the Matter Of:**

In Re: Juul Labs, Inc.

3:20-cv-01928-WHO

---

**COLE ARAGONA**

*March 17, 2025*

*Vol. 1*

---

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

Q. Okay. Cole, are you currently employed? 2:40PM
A. I am not.
Q. Okay. We talked, though, that you have worked in the past, correct?
A. Correct. 2:40PM
Q. Uh-huh. So you've talked about -- I just want to try to be clear. You've talked about Deliver the Party, and I think you said you worked like roughly like six or so months.
Do you remember what year that was? 2:40PM
A. I don't remember exactly which year.
Q. Okay. But it was -- I think you told me it was after the time, after the period of time you were working construction with your dad, correct?
A. Correct. 2:41PM
Q. And this would have been, then, after what would have been, like, your tenth-grade year. So it would have been like eleventh or twelfth grade, around that time?
A. Yes. 2:41PM
Q. Okay. Did you ever have any incidents while working at Deliver the Party?
MS. LOWELL: Objection.
BY MR. RUCK:
Q. Did you ever have issues while working at 2:41PM

Deliver the Party? 2:41PM
A. No.
Q. Not to your knowledge?
A. Not to my knowledge.
Q. And you said you were -- you said you would be delivering -- what type of items were you delivering? 2:41PM
A. Bounce houses.
Q. Okay. You were delivering them all -- just in Carthage or all around? 2:41PM
A. Around the area.
Q. Okay. Did you have to go inside the houses at all, or were you just outside?
A. No, you just set them up, and then --
Q. Okay. Okay. So you said you're not employed right now? 2:41PM
A. Correct.
Q. When is -- so when is the last time you actually worked at a job?
A. I would say that Deliver -- I believe it was the Deliver the Party -- 2:42PM
Q. Deliver the Party.
A. -- was the last time.
Q. Okay. So you said that would have, like, been sometime like your eleventh or twelfth grade 2:42PM