# EXHIBIT 5

May 11, 2019 00:00:00 AM - May 12, 2019 00:00:00 AM

SMS Messages: **10**, People(active): **2(2)**, Attachments: **0**, Threads: **0**

Carrie L. Aragona; Cole Aragona

CA

**Carrie L. Aragona 08:54:49 PM**
Carrie L. called you.

CA

**Cole Aragona 09:14:11 PM**
Hey I'm gonna go over to Lexis mom's with her for a bit is that alright

CA

**Carrie L. Aragona 09:14:49 PM**
We bought dinner

CA

**Carrie L. Aragona 09:15:25 PM**
How long will you be

CA

**Cole Aragona 09:15:56 PM**
Not real long I'm not staying

CA

**Carrie L. Aragona 09:17:15 PM**
Ok that's fine. Your food will be waiting for you when you get home. I love you baby! Be careful and see you when you get home 😘😘😘

CA

**Cole Aragona 09:18:48 PM**
Alright thanks love u guys too 😉🙂

CA

**Carrie L. Aragona 09:19:03 PM**

❤ ❤ ❤ ❤ 😘😘😘😘

CA

**Carrie L. Aragona 11:17:05 PM**

You took the bud you gave me? You went into my room and took my bud now I have nothing to smoke! Don't worry about it I'll take care of myself from now on, that's fucked up really really fucked up and selfish!!!!!!! I was looking forward to smoking after I had to pick up that inflatable by myself! I don't want anything from now on!!!!!

CA

**Carrie L. Aragona 11:18:35 PM**

You missed a call from Carrie L.