# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---

COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550]

JUUL LABS PRODUCT CASES

---

This Document Relates to:

Jennifer Lane v. Juul Labs, Inc. et al., Case No. 3:20-CV-4661-WHO

---

HIGHLY CONFIDENTIAL

VIDEO DEPOSITION OF

VICTORIA CUNNINGHAM

Volume 1

Monday, March 3, 2025

9:22 a.m.

---

Reported by: Elisabeth A. Lorenz: RMR, CRR

Job No. J12351665

don't think that's what's in there before.
Q Did your dad do research into vaping to the best of your knowledge?
A I don't know. That's a dad question.
Q Did your mom do research into vaping to the best of your knowledge?
A I don't know. I believe so. I would guess so. I'm sorry.
Q What did your mom tell you about vaping?
MS. BARRON: Object to form.
THE WITNESS: Well, in the beginning, like I said, she didn't know what to tell me because she didn't know what it was. But when she did, you know, figure it out, then she made this whole thing -- I'm sorry, can you ask me one more time?
BY MR. REINBOLD:
Q What did your mom tell you about vaping?
A Yeah, that's right. She didn't know anything in the beginning because she didn't know what it was.
But whenever she figured it out, she told me that she obviously didn't want me to be doing it because no kid should be blowing out smoke, you know.
Q And after your dad learned that you were

vaping, what did he tell you about it?
A He was a little bit more upset. Like, he was a little bit more mad. So, like, my mom was more, like, Let's try to get to the root of the problem; like, let's try to get you help; like, let's try to figure this out, when I say gentle.
My dad's more like, Okay, well, if you're going to do that, I'm going to take away your phone. He's more, like, an older style parent, you know, like, you know what I mean. Yeah.
Q When you say an older style of parent, what do you mean by that?
A Meaning, like, taking my phone and, like, you know, taking away, like, things that I liked at the time, like, you know.
Q More strict?
A Yeah, right. I'm sorry. My bad.
Q Your mom smoked cigarettes, right?
A Yes. Now I know.
Q Has she smoked for your whole life?
A I don't know. I didn't know until recently that she's been smoking cigarettes, to be honest with you.
Q Growing up, would she smoke cigarettes in the car with you?

remember that. I went to school all throughout elementary, all throughout middle. The only thing I know is that I didn't finish high school.
Q And how were you taking those courses? It was online, right?
A Yes.
Q And you said you used your mom's computer?
A Yes.
Q Did you have your own computer at any point?
A I did. She bought me one.
Q Was that a laptop?
A Yeah, yeah.
Q When your dad would take your phone away, would you stay in touch with friends?
A Yeah.
Q How would you stay in touch with friends at that time?
A Through my PS4.
Q How did you stay in touch with friends through your PS4?
A You can, like, text people, like, through your gaming console sometimes, or, like, you can play games with them or something. And, like, I would just play video games with them while I was grounded just to have something to do while I was

bored or, like, talk to them through the mic.
Q And the PS4 is a PlayStation 4?
A Yes.
Q And you had a headset that you would use to communicate with friends?
A Uh-huh, yes.
Q Any other ways you would communicate with friends when you did not have access to your phone?
A No.
Q Not using your laptop?
A I mean, I probably should have thought of that, but, no, I didn't.
Q When you did have your phone, how would you communicate with friends when you were 14 to 16 primarily?
A Through FaceTime or Snapchat.
Q When did you get a Snapchat account?
A 16.
Q Was that before or after you started at Penn Foster?
A I don't know.
Q Did you use any other means to get in touch with friends other than FaceTime or Snapchat when you had access to your phone?
A No.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---

COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550]

JUUL LABS PRODUCT CASES

---

This Document Relates to:

Jennifer Lane v. Juul Labs, Inc. et al., Case No. 3:20-CV-4661-WHO

---

VIDEO DEPOSITION OF

VICTORIA CUNNINGHAM

Volume 2

Tuesday, March 4, 2025

9:26 a.m.

---

Reported by: Elisabeth A. Lorenz: RMR, CRR

Job No. J12366582

Media File 8, off the record at 11:55.
(Recess: 11:55 a.m. to 12:40 p.m.)
THE VIDEOGRAPHER: Beginning of Media File 9, we are back on the record at 12:40.
BY MR. WALDEN:
Q Ms. Cunningham, we just took a lunch break.
Are you ready to proceed?
A Yes, I am.
Q And were you able to get lunch?
A I was.
Q And you feel okay to continue?
A Yep.
Q Great.
When we broke, I was talking with you about your childhood.
A Uh-huh.
Q And throughout your childhood, did you ever witness any physical or verbal abuse in your household?
A Never.
MS. BARRON: Object to form.
BY MR. WALDEN:
Q Have you ever experienced any physical abuse?
A Never in my life.

Q Outside of the bullying that you've described, have you ever received any verbal abuse?
A Never.
Q Was there ever a time in your childhood when you became aware that your parents were struggling financially?
A I never knew about how much money they had or, like, how much they made to be honest. It was kind of like their business. They didn't really talk to me about it.
Q So your parents didn't talk to you about their financial situation?
A No.
Q Is that correct?
A Yes.
Q Do you know today anything about their financial situation?
A No, not really.
Q And your younger brother, he has diabetes, right?
A Type 1, yes.
Q How would you describe the level of care that he needs on a daily basis?
A 24 hours, like, surveillance 24 hours all the time. He gets morning insulin, which is his,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---

COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550]

JUUL LABS PRODUCT CASES

---

This Document Relates to:

Jennifer Lane v. Juul Labs, Inc. et al., Case No. 3:20-CV-4661-WHO

---

VIDEO DEPOSITION OF

VICTORIA CUNNINGHAM

Volume 3

Tuesday, April 1, 2025

9:23 a.m. CDT

---

Reported by: Elisabeth A. Lorenz: RMR, CRR

Job No. J12659274

THE WITNESS: I don't recall ever saying I hate my dad, no.
BY MR. WALDEN:
Q And, again, if she testified to those things, you dispute them; is that correct?
A Yes.
Q There were times when your father also was physically abusive to you, correct?
MS. BARRON: Object to form.
THE WITNESS: No.
BY MR. WALDEN:
Q Well, on at least one occasion, he came into your room, picked you up out of your chair, and threw you across the room, didn't he?
MS. BARRON: Object to form.
THE WITNESS: No.
BY MR. WALDEN:
Q If Skyla Roberts testified that she observed that with her own eyes, are you telling us that that didn't happen?
A Yes.
Q And it's your testimony that your father never abused you physically?
MS. BARRON: Object to form.
THE WITNESS: Never.

BY MR. WALDEN:
Q There were times when your parents would have physical altercations with each other while you were growing up, correct?
MS. BARRON: Object to form.
THE WITNESS: No.
BY MR. WALDEN:
Q If Skyla Roberts told us that you told her about times your parents would have physical altercations with each other, would you disagree with that testimony?
A Yes.
Q During the time that you and Skyla Roberts were friends, you told her that your parents' relationship made you feel anxious, correct?
MS. BARRON: Object to form.
THE WITNESS: No, never.
BY MR. WALDEN:
Q You never said anything like that at all?
A No.
Q Is that correct?
A Yes.
Q Didn't you tell Skyla Roberts that your parents' relationship made you feel depressed?
MS. BARRON: Object to form.