# EXHIBIT 7

Jun 17, 2020 00:00:00 AM - Jun 18, 2020 00:00:00 AM

SMS Messages: **7,** People(active): **2(2),** Attachments: **1,** Threads: **0**

Shirley Lane; Victoria Faith

VF

**Victoria Faith 03:42:24 PM**

Shirley missed your call.

VF

**Victoria Faith 03:55:00 PM**

The video chat ended.

VF

**Victoria Faith 04:20:04 PM**




104179697_1905566239579022_7039399434224996300_n_1905566192912360.jpg

127.2 KB

SL

**Shirley Lane 04:20:38 PM**
The video chat ended.

VF

**Victoria Faith 04:37:06 PM**
you have to persuade her to leave him for my sake shirley. please. she won't listen to me she keeps sticking up for him and i'm tired of being scared of even sleeping in my own house naked or even wearing a bra around the house or even just sleeping without someone coming in i'm scared after every argument they have it'll get physical i'm tired of living in fear and the thing is this is really pushing me to do things i don't wanna do to myself and as much as i don't wanna day that it is and it's the truth i'm really really depressed and most likely have ptsd or trauma. and i want him out. he's not my father. he's just a dude who came into my mom & created me.

VF

**Victoria Faith 04:38:01 PM**
and i'd be embarrassed to ever call that piece of crap my father.

VF

**Victoria Faith 04:38:37 PM**
she keeps texting him i guess she doesn't want him mad at her. bc she cares so much for his option