# EXHIBIT 8

Victoria Faith Home

**Selena Byford**

**Victoria Faith**

Selena missed your call.

Oct 29, 2022 10:12:09am

**Victoria Faith**

hey

Mar 04, 2022 7:30:20am

**Victoria Faith**

exactly

Feb 26, 2022 11:32:41pm

**Selena Byford**

that's wrong on so many levels . no matter how mad you get you don't hit someone n the face

Feb 26, 2022 11:32:29pm

**Victoria Faith**

he slapped the shit out of me in the facce

Feb 26, 2022 11:31:35pm

**Selena Byford**

yeah that's just wrong . i'm sorry he's like that:( you don't deserve it

Feb 26, 2022 11:30:51pm

**Victoria Faith**

i hate him bro

Feb 26, 2022 11:30:23pm

**Selena Byford**

why ? it's a job ? something allot of teens don't have

Feb 26, 2022 11:29:59pm

**Victoria Faith**

but hes making me quit my job

Feb 26, 2022 11:29:35pm

**Victoria Faith**

idek he found my vapes

Feb 26, 2022 11:29:23pm

**Selena Byford**

wow . what's wrong with him ?

Feb 26, 2022 11:29:09pm

**Victoria Faith**

not without him there

Feb 26, 2022 11:28:53pm

**Selena Byford**

that's your mom ? so you aren't allowed to be around her ?

Feb 26, 2022 11:28:38pm

**Victoria Faith**

and not shit

Feb 26, 2022 11:28:29pm

**Victoria Faith**

and threaten to do it again if i get close to my mom

Feb 26, 2022 11:28:13pm

**Selena Byford**

what did your mom say ?

Feb 26, 2022 11:27:58pm

**Selena Byford**

what happened ?

Feb 26, 2022 11:27:52pm

**Victoria Faith**

like in my face \

Feb 26, 2022 11:27:49pm

**Victoria Faith**

im like done

Feb 26, 2022 11:27:39pm

**Selena Byford**

wtf why

Feb 26, 2022 11:27:39pm

**Victoria Faith**

computer my dad slapped me yesterday

Feb 26, 2022 11:27:27pm

**Selena Byford**

who's phone you texting off of ?

Feb 26, 2022 11:09:22pm

**Victoria Faith**

my phones gone lmao

Feb 26, 2022 9:24:11pm

**Victoria Faith**

dude can i talk to you

Feb 26, 2022 9:24:03pm

**Selena Byford**

You missed a video chat with Selena.

Nov 25, 2021 6:15:57pm

**Selena Byford**

i think nick has it

Sep 25, 2021 11:39:40pm

**Selena Byford**

no ask nick

Sep 25, 2021 11:39:26pm

**Victoria Faith**

hey do you have any idea what jordan's number is

Sep 25, 2021 11:39:04pm

Generated by Victoria Faith on Monday, July 31, 2023 at 11:03 AM UTC-07:00
Contains data from January 1, 2004 at 12:00 AM to July 31, 2023 at 10:56 AM