# EXHIBIT 9

**Victoria Faith**

can you do that thing for me today ?

Dec 17, 2020 11:57:06am

**Victoria Faith**

hey do you think it's too late to drop it off reslly quick ? or to get nick to ?

Dec 15, 2020 10:10:11pm

**Shirley Lane**

When nick gets bk from Smithville its getting late already

Dec 14, 2020 4:00:34pm

**Victoria Faith**

when could you do that

Dec 14, 2020 3:02:25pm

**Shirley Lane**

Ok

Dec 14, 2020 1:55:41pm

**Victoria Faith**

yeah

Dec 14, 2020 1:55:41pm

**Shirley Lane**

Oh its at a station?

Dec 14, 2020 1:55:38pm

Date: December 14, 2020
Facebook Message: 1/3

EXHIBIT
tabbles
1 V Cunningham
SAL 03/03/26

**Victoria Faith**

it's just an alto with menthol pods

Dec 14, 2020 1:55:29pm

**Victoria Faith**

okay , and it's at any gas station

Dec 14, 2020 1:54:39pm

**Shirley Lane**

When do they close

Dec 14, 2020 1:54:30pm

**Shirley Lane**

Yes I gotta wait for nick to get bk with my car and hopefully its still open

Dec 14, 2020 1:54:23pm

**Victoria Faith**

so do you think you could drop it off?

Dec 14, 2020 1:53:39pm

**Victoria Faith**

if you do get it just get menthol

Dec 14, 2020 12:47:19pm

**Victoria Faith**

alright

Dec 14, 2020 12:47:09pm

Facebook Message: 2/3

**Shirley Lane**

Yeah just remind me tomorrow

Dec 14, 2020 1:07:55am

**Victoria Faith**

?

Dec 13, 2020 11:51:57pm

**Victoria Faith**

my mom isn't gona do it for me anymore bc the court thing check her id she said she dosnt care if y'all give me anything so if i can i can watch tyla and peyton

Dec 13, 2020 12:44:08am

**Victoria Faith**

hey can you get me an alto menthol theyre 9 bucks i can pay you back i lost the novo but i'll find it

Dec 13, 2020 12:42:19am

Facebook Message: 3/3