# EXHIBIT 10

**In the Matter Of:**

IN RE: JUUL LABS, INC.

3:20-cv-2600-WHO

**TONY CUNNINGHAM**

*February 28, 2025*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

A. Those are the only two I know of.
Q. When did you learn that Shirley and Josha had bought vape products?
A. It's only been about six months for me, because they didn't tell me. And she found out sooner, but chose not to tell me because she knew I wouldn't allow Shirley and them come over no more.
Q. Did you learn before Ms. Lane's deposition in September of last year?
A. I believe so, yes.
Q. How did you learn that Shirley and Josha had bought Victoria vape products?
A. Went through their messages and her -- she was asking if she would do it "again." And for her to ask for it "again" means that she had done it before.
Q. And when you're talking about her messages, are you talking about Victoria's Facebook messages?
A. Yes.
Q. And how did you go through Victoria's Facebook messages?
A. I got her phone. It was already logged into it. And since then, she tries to delete it all and keep it from me.
Q. What do you remember about -- well, sorry. Let me withdraw that.

Where were you living when you saw the Facebook messages on Victoria's phone?
A. I believe it was 413 Southwinds Drive.
Q. Okay. And Victoria has told us in this lawsuit that she moved from 413 Southwinds Drive in March 2023. Does that sound right to you?
A. Yes.
Q. Okay.
A. Right from -- right when it was getting from -- going from cold to spring, I guess.
Q. I'm sorry. I couldn't quite catch that last --
A. When -- I remember the temperature was just getting over being cold and going into spring or -- yeah.
Q. And so based on the fact that you recall reading these messages while you were living at 413 South Winds, and that you moved from 413 South Winds in March 2023, is it fair to say that you saw these messages before March 2023?
A. Yes, I believe so.
Q. Okay. And you just mentioned that Jennifer had seen these messages before you, or at least that she was aware of these messages before you were. Is that right?

A. Correct.
Q. And how did you find that out?
A. I heard 'em talking over the security camera about it.
Q. I see.
And what do you recall hearing them discuss over the security camera?
A. I know they would -- they was getting into an argument and -- hell, I can't remember exactly how it went. It's ... something about that she was going to -- if she didn't stop, she was going to tell her dad on her. And I had found out because I heard it.
Q. And did you speak to Jennifer about the messages once you heard that -- overheard that conversation?
A. Yes.
Q. What did you say to her?
A. That, one, "How could you keep it from telling me and letting her keep -- basically, by not telling me is letting her keep hiding it from me and doing it?" And -- 'cause we have different opinions on raising our kids.
Q. And when you say "letting her keep hiding it from me and doing it," you're talking about Victoria getting vape products. Is that right?

I heard 'em live talking about it, because I had left and went to the store and clicked on the video.

And I guess people were supposed to come over. And I clicked on the video and I heard 'em yelling and arguing about it.

Q. I see.

So you overheard the conversation. Was it on your phone?

A. Yes.

Q. Okay. So just to get this out clearly, did the video camera store that recording, to the best of your knowledge?

A. It didn't -- it don't store any of 'em.

Q. Okay. Thank you.

Now, a couple of minutes ago we were talking about the Facebook messages. And you mentioned, I believe, that Victoria deletes those messages to keep them from you. Is that right?

A. She has. I haven't been on there ever since.

Q. I see.

So how do you know that Victoria has deleted messages?

A. I don't know if she has currently ever deleted 'em. Back then, she had deleted 'em.

Q. She deleted the messages between her and her

aunts?
A. Yeah. The message I had seen, I guess, to try to get rid of it. But I had already seen it.
Q. I see.
Okay. If I send you -- if I send a document in the chat, will you be able to pull it up?
A. (Moves head from side to side.)
In the chat?
Q. Yeah. So I'm going to attempt to send this, and we'll see if you're able to view the document. And, you know, we'll see if that works. Is that all right?
A. This is my first time on Zoom. That's why I didn't even click a button when we went on break. I don't want to mess it up.
Q. No. I appreciate that.
So I'm going to send a document. And try to click on it and see if you're able to read it and we'll go from there.
MR. REINBOLD: I'm going to introduce it as --
MR. JOHNSTONE: You may have to -- you may have to screen-share it, but we'll see.
MR. REINBOLD: Oh, that's a good point, Crane.
THE WITNESS: That's a PDF file, the ...
BY MR. REINBOLD:
Q. Yeah. If you click it, are you able to view