# EXHIBIT 12

**Date:** Tue, 6 Mar 2018 4:15:13 PM -0500
**Sent:** Tue, 6 Mar 2018 4:15:04 PM -0500
**Subject:** Your listing was removed ☹
**From:** letgo <no-reply@letgonews.com>
**To:** carsonsedgwick@gmail.com;

---

## Oops!

We're sorry to tell you that we can't post your listing:

Tobacco, e-cigarettes, and e-juice are not allowed on letgo.

To see a full list of prohibited items click here.

But we're sure you have something to sell! 😉👍

Sell something else

### Whats selling right now?

PS4
89,309

iPhones
70,309

Couches
55,309

Cars
60,234

Sell one now

It's time to snap, post, chat, and sell. It's time to letgo!

175 Varick st. · New York NY 10014
Ambatana, INC · All rights reserved

unsubscribe from this email