# EXHIBIT 13

Frequently Asked Questions

Login History and Account Information

Snapchat+ and Other Platform Purchases

Snap History Metadata

Chat History Metadata

User Profile

Public Profiles

Friends

Account History

Bitmoji

Connected Apps

Memories

My Sounds

Communities

My Custom Stickers


# Chat History with jessemclendon2

**baaaaileeyy** Saved

This shit was so hard

2020-03-26 16:10:00 UTC **TEXT**

**baaaaileeyy** Saved

Okay right lol

2020-03-26 16:09:55 UTC **TEXT**

**jessemclendon24** Saved

Insane

2020-03-26 15:44:22 UTC **MEDIA**

**jessemclendon24** Saved

Green bp gas station just pull up to a pump and lmk when ur 5 mins away

2019-07-07 17:59:38 UTC **TEXT**

**jessemclendon24** Saved

6450 Hollywood Blvd, Hollywood, FL 33024

2019-07-07 17:59:15 UTC **TEXT**

**baaaaileeyy** Saved

2019-04-23 12:13:49 UTC **MEDIA**

**baaaaileeyy** Saved

2019-04-23 12:13:42 UTC MEDIA

**baaaaileeyy** Saved

All the wayyyy

2018-04-20 17:47:42 UTC TEXT

**jessemclendon24** Saved

Are they bulding the guitar half way or all the way up

2018-04-20 14:20:29 UTC MEDIA

**jessemclendon24** Saved

2018-02-28 14:53:02 UTC MEDIA

**jessemclendon24** Saved

Bandwagon ahhh

2018-02-04 23:55:19 UTC MEDIA

**jessemclendon24** Saved

And a half gram is 35

2016-07-08 19:20:01 UTC TEXT

**jessemclendon24** Saved

70

2016-07-08 19:19:49 UTC TEXT

**jessemclendon24** Saved

70 a g 35 half g

2016-07-08 19:17:42 UTC TEXT

**jessemclendon24** Saved

754-214-1777 txt him

TEXT

2016-04-24 03:35:52 UTC

**jessemclendon24** Saved

so has this other kid i got shrooms he took 2g and jumped in the lake to jump in and get him

TEXT

2016-04-24 03:24:13 UTC

**jessemclendon24** Saved

hahah ik

TEXT

2015-05-01 01:04:50 UTC

**baaaaileeyy** Saved

tru

TEXT

2015-05-01 01:04:22 UTC

**jessemclendon24** Saved

hahahah ayyyyeeeee

TEXT

2015-05-01 01:03:30 UTC