[Submitting Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC. MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 19-md-02913-WHO<br><br>**PLAINTIFFS' FIRST SET OF PRODUCTION OF DOCUMENT REQUESTS TO DEFENDANTS ADAM BOWEN, HOYOUNG HUH, JAMES MONSEES, NICHOLAS PRITZKER, AND RIAZ VALANI** |
| THIS DOCUMENT RELATES TO:<br>CLASS ACTIONS | |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs, through undersigned counsel, propound the following First Set of Requests for Production of Documents to Defendants Adam Bowen, Hoyoung Huh, James Monsees, Nicholas Pritzker, and Riaz Valani. Responses to these Requests for Production, or objections in lieu thereof, shall be served within 30 days after service of this document.

## DEFINITIONS

1. In keeping with the Court's Order Re: Discovery of Electronically Stored Information (Doc. 323), all technical terms shall follow or be defined by *The Sedona Conference Glossary: E- Discovery and Digital Information Management*.

2. **Altria** refers to Altria Group, Inc. (specifically including subsidiaries Nu Mark LLC, Altria Client Services LLC, Altria Group Distribution Company, Altria Enterprises, LLC, and Philip Morris USA Inc.).

3. **Defendants** refers, respectively and collectively, to JLI and Altria as defined in this section, as well as Adam Bowen, Hoyoung Huh, James Monsees, Nicholas Pritzker, and Riaz Valani.

4. **ENDS** means electronic nicotine delivery system, including components and parts, but not related accessories. As used in these requests, the term includes heat-not-burn devices.

5. **Health or law enforcement agency** means any federal, state, or local agency or arm of an executive branch having any jurisdiction over public health or law enforcement, including the U.S. Food and Drug Administration, U.S. Federal Trade Commission, U.S. Department of Justice, and their state and local equivalents, including state Attorneys General.

6. **JLI** refers to JUUL Labs, Inc. (specifically including its predecessors Pax Labs, Inc., and Ploom, Inc.).

7. **JUUL** refers as broadly as possible to any and every JUUL ENDS, including JUUL Pods and e-liquids, and it refers both to all finished products and design prototypes or models of

JUUL.

8. **Legislative official** means any elected legislative official or representative or agent of an elected legislative official, or any federal, state, or local legislative body, including committees and subcommittees.

9. The terms **or** and **and** should be construed disjunctively or conjunctively so as to give the broadest possible effect to a request.

10. **Other government entity** refers as broadly as possible to any government entity that is not a legislative official or a health or law enforcement agency, as defined above, including the entity's employees, agents, and representatives. This term includes government entities outside the United States.

11. **Tobacco entity** refers to Altria, Japan Tobacco International, Avail, Reynolds American, Inc., British American Tobacco, Imperial Brands plc, and their parents, subsidiaries, predecessors, or successors.

12. The terms **you** and **your** refer to the specific Defendant answering the requests.

## INSTRUCTIONS

1. Unless otherwise indicated, for Bowen and Monsees, the relevant time period for the information sought is from the date you first researched, designed, or developed your earliest ENDS to the present.

2. Unless otherwise indicated, for Huh, Pritzker, and Valani, the relevant time period for the information sought is from the date you first communicated with JLI or any of its employees to the present.

3. If you already have produced to MDL Plaintiffs documents that are responsive to a request, please identify in your response the beginning bates number for each such document.

## REQUESTS FOR PRODUCTION

Produce legible/audible copies of the following:

1. All documents, communications, and correspondence between or among you and any legislative official, health or law enforcement agency, or other government entity, where such documents, communications, or correspondence pertain in any way to JUUL, including but not limited to JUUL's design, research, development, testing, manufacturing, marketing, advertising, distribution, sale, regulatory compliance, regulation, or potential regulation.

2. All communications from, to, or including you relating to legislative action or potential legislative action with respect to JUUL or ENDS by any legislative official.

3. All communications from, to, or including you and any third party relating to legislative action or potential legislative action with respect to JUUL or ENDS by any legislative official.

4. All communications from, to, or including you relating to the regulation or potential regulation of JUUL or ENDS by a health or law enforcement agency or other government entity.

5. All communications from, to, or including you relating to any potential or actual investigatory or legal proceeding by a health or law enforcement agency or other government entity relating in any way to JUUL.

6. All documents reflecting interactions with, or preparation for interactions with, any legislative official, health or law enforcement agency, or other government entity, where such interactions relate in any way to JUUL, including, but not limited to, presentations, communications regarding strategy, meeting notes, agendas, summaries of interactions, calendars reflecting planned or actual attendance at meetings or calls, and all other such documents.

7. Transcripts and/or recordings of any interactions between you and any legislative official, health or law enforcement agency, or other government entity, where such interactions relate in any way to JUUL or ENDS.

8. All communications from, to, or including you and any tobacco entity or its

officers, directors, employees, or agents relating to JLI, to JUUL, or to other ENDS.

9. All documents and communications relating to the potential for, or actual creation of, any formal or informal business relationship between you or JLI and any tobacco entity.

10. All documents and communications relating or reflecting any tobacco entity's role in JLI's business operations.

11. Documents sufficient to show your investments in JLI and/or ownership of JLI securities during the relevant time period.

12. All calendar entries, handouts, presentations, minutes, notes, "board decks" and other materials related to meetings of the Board of Directors of JLI.

13. All past and current policies and procedures governing the design or development of JUUL including, but not limited to, policies and procedures governing:

a. product development;

b. design controls;

c. design review;

d. design verification;

e. design validation;

f. design transfer;

g. design changes;

h. user needs and requirements;

i. maintenance of a design history file;

j. maintenance of a device master record;

k. maintenance of a device history record;

l. hazard analyses;

m. corrective action/preventative action (CAPA); and/or

n. risk management.

14. All dictionaries, glossaries, policies, videos, or other such documents explaining or defining technical terms, including acronyms, used in the course of designing, developing, testing, or manufacturing JUUL.

15. All past and current policies and procedures not produced in response to any preceding request that govern or pertain to any aspect of a quality management system or system of good manufacturing practices, by whatever name, that applied to the design, development, testing, or manufacture of JUUL or JUUL's e-vapor, including any corrective actions related to quality management or manufacturing practices.

16. All correspondence pertaining to any patent application for or relating to JUUL that was submitted by JLI, or by anyone else on JLI's behalf or under JLI's direction or control, to any patent office anywhere.

17. All documents relating to any patent (pending or issued) or patent application concerning any technology-based solution to restrict youth access and reduce youth use of ENDS, including JUUL.

18. All documents relating to any patent (pending or issued) or patent application concerning any user-level access restrictions in connection with any ENDS, including JUUL.

19. All documents contemplating, constituting, or reflecting the licensing, authorization for use, or other permitted use of any patented JUUL-related product or technology.

20. All documents contemplating, constituting, or reflecting the licensing, authorization for use, or other permitted use of any trade secret or other non-patented proprietary information relating to JUUL.

21. All documents discussing or reflecting any third party's potential infringement upon any patent for or relating to JUUL.

22. All versions of all protocols for any and all tests of JUUL, JUUL's e-vapor, or JUUL's nicotine salts.

23. For every test of JUUL, JUUL's e-vapor, or JUUL's nicotine salts, all documents constituting, containing, describing, or reflecting the following:

a. proposals that the test be performed;

b. all prior studies or publications or tests reviewed or referenced in regard to the test to be performed;

c. meeting agendas and minutes pertaining to the test;

d. testing approvals;

e. testing enrollment;

f. test methodology;

g. raw data generated in connection with the test;

h. invoices generated in connection with the test;

i. interim and final test results;

j. test reports or summaries;

k. submission of test results to third parties; and

l. all analyses of each and every such test.

24. All documents reflecting the design or performance (or any actual or proposed change in or alternative to the design or performance) of JUUL, JUUL's e-vapor, or JUUL's nicotine salts.

25. All communications between you and anyone else addressing, proposing, exploring or otherwise relating to testing or study of JUUL, JUUL's e-vapor, or JUUL's nicotine salts.

26. All documents constituting or reflecting the results of any investigation comparing JUUL to any other tobacco products.

27. All documents constituting or reflecting the results of any investigation of JUUL's health effects and/or risks, including the addictiveness or potential addictiveness of JUUL or any of JUUL e-liquid ingredients or aerosol constituents.

28. All documents related in any way to the manufacture of JUUL, JUUL e-liquid, or any of JUUL's components and parts or the ingredients and additives (as defined in 21 U.S.C. § 387(1)) of JUUL e-liquid.

29. All documents concerning in any way the constituents of JUUL e-vapor.

30. All clinical or nonclinical studies of JUUL, JUUL e-liquid, JUUL e-vapor, or JUUL nicotine salts.

31. All communications between you and anyone else relating to the labeling and/or packaging of JUUL, including communications relating to potential or actual warnings.

32. All documents and communications containing, discussing, or reflecting:

a. JUUL sales or share of market;

b. revenues, profits, or losses from the sale of JUUL; or

c. JLI's financial performance or financial condition.

33. All documents, correspondence, or communications reflecting statements, reports, recommendations, opinions, forecasts, or projections made by you to any other person, business entity, corporation, funder, investor or board of directors regarding the past performance, valuation, or anticipated future performance (including unit sales and revenues) of JLI.

34. All documents, correspondence, or communications reflecting statements, reports, opinions, projections, forecasts, or recommendations made by you to Altria or any entity or person acting on its behalf regarding the past business / financial performance, valuation, or anticipated future business / financial performance of JLI.

35. All documents, communications, or correspondence you gave or presented to Altria or any person or entity acting on its behalf during any negotiations for the sale of any stake in JLI to Altria or during Altria's due diligence processes conducted regarding its investment in JLI.

DATED: June 17, 2020

By: *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

By: *Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: *Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, a true and correct copy of the foregoing was served via electronic mail upon the following:

James Thompson
James N. Kramer
Walt Brown
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco CA 94105
Telephone: 415.773.5923
Facsimile: 415.601.5488
jthompson@orrick.com
jkramer@orrick.com
wbrown@orrick.com

*Attorneys for Defendant James Monsees*

Eugene Illovsky
Martha Boersch
Matthew Dirkes
**BOERSCH & ILLOVSKY LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@boersch-illovsky.com
martha@boersch-illovsky.com
matt@boersch-illovsky.com

*Attorneys for Defendant Adam Bowen*

Michael J. Guzman
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

Karl Belgum
**NIXON PEABODY LLP**
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8409
kbelgum@nixonpeabody.com

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

By: *Dena C. Sharp*

Dena C. Sharp
**GIRARD SHARP LLP**
601 California St., Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

By: *Sarah R. London*

Sarah R. London
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000

By: *Dean Kawamoto*

Dean Kawamoto
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900

By: *Ellen Relkin*

Ellen Relkin
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

*Co-Lead Counsel for the Plaintiff*