Outlook

**RE: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf**

**From** Guzman, Michael J. <mguzman@kellogghansen.com>
**Date** Tue 12/22/2020 10:06 PM
**To** Sabita Soneji <ssoneji@tzlegal.com>
**Cc** Dena C. Sharp <dsharp@girardsharp.com>; Brad Honnold <bhonnold@gohonlaw.com>; Brian Morrison <bmorrison@tadlerlaw.com>; erelkin@weitzlux.com <erelkin@weitzlux.com>; Young, Christopher M. <cyoung@kellogghansen.com>; Mark Clifford <mclifford@tzlegal.com>; Nina Gliozzo <ngliozzo@girardsharp.com>; Matt Schultz <mschultz@levinlaw.com>; Schwarz, David L. <dschwarz@kellogghansen.com>; London, Sarah R. <slondon@lchb.com>

2 attachments (43 KB)

NMD First List of Search Terms.docx; NMD Second List of Search Terms.docx;

EXTERNAL EMAIL

Sabita,

Here are search terms used to help identify responsive documents for Nick Pritzker, Riaz Valani and Hoyoung Huh. As we've discussed, we used a combination of search terms and human review to identify relevant and responsive documents. We used the first set of terms as an initial filter. Then we reviewed documents with attorney reviewers. We developed the second set of search terms to help identify additional responsive documents on some topics that were proving elusive. Our ultimate production for MDL plaintiffs first set of document requests for these three individuals will result from a combination of search terms and human review.

Best,

Mike
Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7910 | fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

-----Original Message-----
From: Guzman, Michael J.
Sent: Monday, December 21, 2020 9:54 PM
To: 'Sabita Soneji' <ssoneji@tzlegal.com>
Cc: Dena C. Sharp <dsharp@girardsharp.com>; Brad Honnold <bhonnold@gohonlaw.com>; Brian Morrison

<bmorrison@tadlerlaw.com>; erelkin@weitzlux.com; Young, Christopher M. <cyoung@kellogghansen.com>; Mark Clifford <mclifford@tzlegal.com>; Nina Gliozzo <ngliozzo@girardsharp.com>; Matt Schultz <mschultz@levinlaw.com>; Schwarz, David L. <dschwarz@kellogghansen.com>; London, Sarah R. <slondon@lchb.com>
Subject: RE: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Sabita,

Apologies for the delay. Yes, we will provide the search terms by Wednesday, if not before.

Mike

-----Original Message-----
From: Sabita Soneji <ssoneji@tzlegal.com>
Sent: Monday, December 21, 2020 12:44 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com>
Cc: Dena C. Sharp <dsharp@girardsharp.com>; Brad Honnold <bhonnold@gohonlaw.com>; Brian Morrison <bmorrison@tadlerlaw.com>; erelkin@weitzlux.com; Young, Christopher M. <cyoung@kellogghansen.com>; Mark Clifford <mclifford@tzlegal.com>; Nina Gliozzo <ngliozzo@girardsharp.com>; Matt Schultz <mschultz@levinlaw.com>; Schwarz, David L. <dschwarz@kellogghansen.com>; London, Sarah R. <slondon@lchb.com>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Mike - Following up on our meet and confer on December 9, we have not yet received the list of search terms your clients used to search their ESI? Will you send by Wednesday?

Sabita

On 12/9/20, 2:27 PM, "Guzman, Michael J." <mguzman@kellogghansen.com> wrote:

Thank you.

-----Original Message-----
From: London, Sarah R. <slondon@lchb.com>
Sent: Wednesday, December 9, 2020 5:16 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com>
Cc: Sabita Soneji <ssoneji@tzlegal.com>; Dena C. Sharp <dsharp@girardsharp.com>; Brad Honnold <bhonnold@gohonlaw.com>; Brian Morrison <bmorrison@tadlerlaw.com>; erelkin@weitzlux.com; Young, Christopher M. <cyoung@kellogghansen.com>; Mark Clifford <mclifford@tzlegal.com>; Nina Gliozzo <ngliozzo@girardsharp.com>; Matt Schultz <mschultz@levinlaw.com>; Schwarz, David L. <dschwarz@kellogghansen.com>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Deal. Thanks.

On Dec 9, 2020, at 2:14 PM, Guzman, Michael J. <mguzman@kellogghansen.com> wrote:

Sabita,

Thank you for your response. If agreeable, let's make it 1/15 – that's a Friday. We prefer this language for the report: "The parties have agreed that Defendants P, H and V will make reasonable best efforts to substantially complete production by January 15, 2021, with a privilege log to follow shortly thereafter."

Thanks,

Mike
Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7910 | fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

From: Sabita Soneji <ssoneji@tzlegal.com>
Sent: Wednesday, December 9, 2020 4:48 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com>
Cc: Dena C. Sharp <dsharp@girardsharp.com>; Brad Honnold <bhonnold@gohonlaw.com>; Brian Morrison <bmorrison@tadlerlaw.com>; London, Sarah R. <slondon@lchb.com>; erelkin@weitzlux.com; Young, Christopher M. <cyoung@kellogghansen.com>; Mark Clifford <mclifford@tzlegal.com>; Nina Gliozzo <ngliozzo@girardsharp.com>; Matt Schultz <mschultz@levinlaw.com>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Mike – We can agree to a substantial completion date of Jan 14, 2020 for Defendants Pritzker, Huh & Valani. Here is my proposed revision to the status report, set to be filed today:

A. Director Defendants

The Director Defendants have provided responses to all of Plaintiffs' written discovery requests. Defendants Monsees and Bowen have advised that their document productions largely will come through JLI. Plaintiffs and counsel for the Director Defendants continue to meet and confer regarding ESI, discovery responses, depositions, document productions and also a date for substantial completion of document productions. The parties have agreed that Defendants Pritzker, Huh and Valani will substantially complete document production by January 14, 2021 with a privilege log to follow shortly thereafter.

Can we file with this revised section?

From: "Guzman, Michael J." <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Date: Tuesday, December 8, 2020 at 9:26 AM
To: Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>
Cc: "Dena C. Sharp" <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>, Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, "London, Sarah R." <slondon@lchb.com<mailto:slondon@lchb.com>>, "erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>"

<erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>>, "Young, Christopher M."
<cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>, Mark Clifford
<mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>, Nina Gliozzo
<ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>, Matt Schultz
<mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Subject: RE: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Thanks for following up, Sabita. Yes, tomorrow I could do a short call at 3 or 4 pm ET; Thursday I could do 2 pm ET. Hopefully, one of those times works.

Best,

Mike

From: Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>
Sent: Tuesday, December 8, 2020 11:14 AM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>; Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>; Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>; Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Mike – Following up, can we have a short call tomorrow or Thursday on this?

From: Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>
Date: Friday, December 4, 2020 at 11:52 AM
To: "Guzman, Michael J." <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: "Dena C. Sharp" <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>, Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, "London, Sarah R." <slondon@lchb.com<mailto:slondon@lchb.com>>, "erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>" <erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>>, "Young, Christopher M." <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>, Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>, Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>, Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Mike –

Thanks for your update. We can certainly defer the deposition scheduling until we get your production. Please let us know by next week when that production will occur.

As you know, the ESI checklist is typically part of our initial meet and confer, to make sure all parties are preserving and reasonably searching all ESI, whether or not they think documents preserved or found in those searches should be produced. It also allows us to confer about any pieces of ESI which parties are unable to search for some reason, as well as the date range of all ESI and the format in which ESI will be produced. In my experience, a short ESI call before initial production can effectively prevent discovery disputes and motions to compel down the

road.

Agree we do not need the whole group together to run through these issues. Can we have a short call with just a couple of us on Monday to make sure we are on the same page about Pritzker, Huh, and Valani's ESI?

Sabita

<image001.jpg>
Sabita J. Soneji ■ Partner ■ Tycko & Zavareei LLP ■ www.tzlegal.com<http://www.tzlegal.com>
1970 Broadway ■ Suite 1070 ■ Oakland, CA 94612
p 510.254.6808 ■ f 202.973.0950

From: "Guzman, Michael J." <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Date: Thursday, December 3, 2020 at 6:16 AM
To: Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>
Cc: "Dena C. Sharp" <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>, Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, "London, Sarah R." <slondon@lchb.com<mailto:slondon@lchb.com>>, "erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>" <erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>>, "Young, Christopher M." <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>, Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>, Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>, Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Subject: RE: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Sabita,

Thanks for the follow up. We're working on the production as discussed, but don't a have a timeline for you just yet. Regarding deposition dates, we want to ensure we're finished with documents productions and have resolved any issues you have prior to any deposition. We're expecting that our witnesses will be deposed only once in these actions – meaning at least all the cases before Judge Orrick and perhaps the JCCP cases as well. A first step to a single deposition is ensuring the document issues have been resolved. I suggest we table deposition dates for a bit until we all make more progress. With regard to another meet and confer, are there particular issues you want to raise? We're aware of the ESI checklist. I don't think we need to get this whole group together to discuss that. But if there is something productive to discuss I'm certainly willing.

All the best,

Mike

Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7910 | fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

From: Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>
Sent: Tuesday, December 1, 2020 3:28 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>; Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>; Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>; Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Following up on this email chain and our call last week, we look forward to hearing from you this week about the timeline for your clients' production of responsive documents. Will you also provide some dates for depositions in January? Last, we should continue our meet and confer to ensure we address the NDCA ESI checklist before your production. Can we set a call for Friday or early next week to walk through the list?

<image002.jpg>
Sabita J. Soneji ■ Partner ■ Tycko & Zavareei LLP ■ www.tzlegal.com<http://www.tzlegal.com/>
1970 Broadway ■ Suite 1070 ■ Oakland, CA 94612
p 510.254.6808 ■ f 202.973.0950

From: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Date: Tuesday, November 24, 2020 at 6:39 PM
To: "Guzman, Michael J." <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>, Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>
Cc: "Dena C. Sharp" <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>, Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, "London, Sarah R." <slondon@lchb.com<mailto:slondon@lchb.com>>, "erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>" <erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>>, "Young, Christopher M." <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>, Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>, Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Thats the question. How about January?

MATT SCHULTZ
Attorney
Levin ▪ Papantonio

From: "Guzman, Michael J." <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>

Sent: Tuesday, November 24, 2020 7:21 PM
To: Sabita Soneji
Cc: Dena C. Sharp; Matt Schultz; Brad Honnold; Brian Morrison; London, Sarah R.; erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>; Young, Christopher M.; Mark Clifford; Nina Gliozzo
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

For when?

On Nov 24, 2020, at 7:32 PM, Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>> wrote:
Mike – Thanks for the call today. One thing we forgot to address was timing for depositions of your clients. Can you get us some proposed dates next week?

<image001.jpg>
Sabita J. Soneji ■ Partner ■ Tycko & Zavareei LLP ■ www.tzlegal.com<http://www.tzlegal.com/>
1970 Broadway ■ Suite 1070 ■ Oakland, CA 94612
p 510.254.6808 ■ f 202.973.0950

From: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>
Sent: Friday, November 20, 2020 12:23 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>; Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>; Sabita J. Soneji (ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>) <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>; Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>; Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Sure, thanks.

From: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Date: Friday, November 20, 2020 at 9:22 AM
To: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>
Cc: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>, Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>, erelkin@weitzlux.com<mailto:erelkin@weitzlux.com> <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>, Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>, Sabita J. Soneji (ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>) <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>, Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>, Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>
Subject: RE: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf EXTERNAL EMAIL Yes, thanks for the follow up. Let's plan on that. Will you please send an invite?

Mike

Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7910 | fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

From: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>
Sent: Friday, November 20, 2020 12:17 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>; Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; erelkin@weitzlux.com<mailto:erelkin@weitzlux.com>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>; Sabita J. Soneji (ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>) <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>; Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>; Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Hi Mike, just following up on the below. Are we set for Tuesday at 1pm pacific?
Thanks.

From: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Date: Wednesday, November 18, 2020 at 7:27 PM
To: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>
Cc: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>, Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>, erelkin@weitzlux.com<mailto:erelkin@weitzlux.com> <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>, Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>, Sabita J. Soneji (ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>) <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>, Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>, Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>
Subject: Re: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf EXTERNAL EMAIL I think Tuesday will work. Let me double check.

Mike

On Nov 18, 2020, at 7:52 PM, Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>> wrote:
Thanks, Mike. Unfortunately that time does not work for us, but we'd propose Friday at 11:30 am pacific, or Tuesday after 1 pm pacific. Would either of those work?

Best,
Dena



From: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Date: Wednesday, November 18, 2020 at 11:42 AM
To: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>, Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>, 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>, Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>, Sabita J. Soneji (ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>) <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>, Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>, Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>
Subject: RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf EXTERNAL EMAIL Dena,

Of course.  How about Thursday (tomorrow) at 6 pm eastern?

Best,

Mike
Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7910 | fax: 202-326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

From: Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>
Sent: Wednesday, November 18, 2020 1:52 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>; Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>; Sabita J. Soneji (ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>) <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>; Mark Clifford <mclifford@tzlegal.com<mailto:mclifford@tzlegal.com>>; Nina Gliozzo <ngliozzo@girardsharp.com<mailto:ngliozzo@girardsharp.com>>
Subject: [EXTERNAL] Re: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Hi Mike,

We are writing to request a further discovery meet and confer on outstanding discovery issues relating to Defendants Pritzker, Valani, and Huh. Can you please advise when you are available later this week or early next?

Thanks.

Dena C. Sharp
GIRARD | SHARP
601 California Street, Suite 1400
San Francisco, CA 94108
415.981.4800 (main)
415.544.6455 (direct)
415.244.2152 (mobile)
dsharp@girardsharp.com<mailto:sharp@girardsharp.com>
www.girardsharp.com<http://www.girardsharp.com>

This email and its attachments may be attorney-client privileged or attorney work product. If you are not the intended recipient, please do not copy or distribute it, but instead please delete it and notify us by email or telephone (415.981.4800). Thank you.

From: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Date: Friday, October 23, 2020 at 7:29 AM
To: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>, Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>, Dena C. Sharp <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>, London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>, 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>, Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Subject: RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf EXTERNAL EMAIL Matt,

I spoke too soon on timing. Chris isn't available at 10 am on Monday. How about 2 pm on Monday? That would work for both of us.

Mike

From: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Sent: Friday, October 23, 2020 7:53 AM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; 'Dena C. Sharp (dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>)' <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Subject: [EXTERNAL] RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

10/26 at 10 am eastern works for me. Brad?

I mentioned MJ Corley only because we have a hearing already set on 10/30 and if we were to impasse in a

meet/confer on, say, 10/28, we wouldn’t want to raise it for the first time then. Sorry if it came across as a threat. I meant it more as a courtesy, but email can be that way.

Matt

Matt Schultz
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>

From: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Sent: Thursday, October 22, 2020 10:24 PM
To: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; 'Dena C. Sharp (dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>)' <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Subject: RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Matt,

We’re happy to meet and confer on the discovery issues you raised. How about Monday 10/26 at 10 am? I must say that I don’t appreciate your suggestion that you might need to take issues to MJ Corley on 10/30. We haven’t even discussed the issues, much less reached impasse.

All the best,

Mike

Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7910 | fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

From: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>

Sent: Wednesday, October 21, 2020 9:02 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; 'Dena C. Sharp (dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>)' <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Subject: [EXTERNAL] RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Hi Michael, digging my back into issues from the last 30+ days and a meet/confer on our letter (and your response) is among them. Circling back and hoping we could touch base early next week for a meet/confer given our initial one was bumped by Hurricane Sally. We have a hearing with MJ Corley on 10/30 and it would be a good time to tee up any issues we can’t agree on. Appreciate it. Matt

From: Matt Schultz
Sent: Thursday, August 27, 2020 10:04 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; 'Dena C. Sharp (dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>)' <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; 'Dean Kawamoto (dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>)' <dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>>; Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>; Tracy Gilbert <tgilbert@levinlaw.com<mailto:tgilbert@levinlaw.com>>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Subject: RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

I appreciate it. Could we go ahead and set a time to discuss or do you feel that your letter will suffice to identify what’s left for the court to resolve w/o need for further discussion? Thx. Matt

Matt Schultz
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>

From: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Sent: Thursday, August 27, 2020 9:02 PM
To: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; 'Dena C. Sharp (dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>)'

<dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; 'Dean Kawamoto (dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>)' <dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>>; Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>; Tracy Gilbert <tgilbert@levinlaw.com<mailto:tgilbert@levinlaw.com>>; Young, Christopher M. <cyoung@kellogghansen.com<mailto:cyoung@kellogghansen.com>>
Subject: RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

CAUTION: This email message is EXTERNAL.

Matt,

Thanks for checking in. We did receive your letter and we are preparing a response that we will endeavor to send to you promptly.

All the best,

Michael J. Guzman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036
ph: 202-326-7910 | fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

From: Matt Schultz <mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>>
Sent: Thursday, August 27, 2020 9:56 PM
To: Guzman, Michael J. <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: Brad Honnold <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; Brian Morrison <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; 'Dena C. Sharp (dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>)' <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; London, Sarah R. <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; 'Dean Kawamoto (dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>)' <dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>>; Sabita Soneji <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>; Tracy Gilbert <tgilbert@levinlaw.com<mailto:tgilbert@levinlaw.com>>
Subject: [EXTERNAL] RE: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Hi Michael, tomorrow makes ten days since I sent this letter, which went unacknowledged. Pls respond in writing and/or let me know a time early next week you are available to meet and confer. Either suffices. Our position is set out in the letter. We simply wish to get before the Court whatever it turns out we can't resolve, which only you know

at this point. I'm fine with you telling me in a letter or telling me in a meet-and-confer or sending a letter clarifying your position so we can discuss in a meet-and-confer. We just need to sort it out one way or another. I appreciate your time. Matt

Matt Schultz
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>

From: Matt Schultz
Sent: Tuesday, August 18, 2020 4:57 PM
To: 'mguzman@kellogghansen.com' <mguzman@kellogghansen.com<mailto:mguzman@kellogghansen.com>>
Cc: 'Brad Honnold' <bhonnold@gohonlaw.com<mailto:bhonnold@gohonlaw.com>>; 'Brian Morrison' <bmorrison@tadlerlaw.com<mailto:bmorrison@tadlerlaw.com>>; 'Dena C. Sharp (dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>)' <dsharp@girardsharp.com<mailto:dsharp@girardsharp.com>>; 'London, Sarah R.' <slondon@lchb.com<mailto:slondon@lchb.com>>; 'ERelkin@weitzlux.com' <ERelkin@weitzlux.com<mailto:ERelkin@weitzlux.com>>; 'Dean Kawamoto (dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>)' <dkawamoto@KellerRohrback.com<mailto:dkawamoto@KellerRohrback.com>>; 'Sabita Soneji' <ssoneji@tzlegal.com<mailto:ssoneji@tzlegal.com>>; Tracy Gilbert <tgilbert@levinlaw.com<mailto:tgilbert@levinlaw.com>>
Subject: 2020.08.18 - Schultz Ltr re NMDs' First Discovery Resp.pdf

Hello Michael, I attach a letter from the MDL PSC addressing deficiencies in the NMD Defendants' responses to our initial written discovery. Happy to meet and confer once you have had time to review and consider. Best. Matt

Matt Schultz
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7140 (office)
mschultz@levinlaw.com<mailto:mschultz@levinlaw.com>

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.