Non-Management Directors' First List of Search Terms

The following terms were used to generate review sets of responsive documents:

**Company**

| |
|---|
| Juul* |
| JLI |
| Pax |
| Ploom |
| VMR |
| Huabao |
| "executive committee" |

**Altria**

| |
|---|
| Altria |
| PMI or "phillip morris" or "Philip Morris" |
| "project bob" |
| "project richard" |
| Richard w/10 (meet* or call or transaction or term* or deal or negotiat* or agreement or agree* or service* or voting or board ) |
| "project tree" |

**Product**

| |
|---|
| concentration w/5 (weight or volume OR percent) |
| "e-cig* |
| Cigarette |
| "charging dock" |
| Glycerol |
| Nicotine |
| "phase 0" or "phase 1" |
| Pod* |
| THC or tetrahydrocannabinol |
| Tobacco |
| Vap* |

**Other products**

| |
|---|
| Blu |
| Greensmoke or "Green Smoke" |

| |
|---|
| Iqos |
| MarkTen or Mark 10 |
| NJoy |
| Vuse |

**Flavor**

| |
|---|
| Mango or creme or mint or miint or tabaac or methol or fruit or fruut or cucumber |
| Flavor* w/10 (study or studies or report* or survey* or preference or popular or test* or frequen* incidence or prevalence or demographic) |
| Flavor w/10 (candy or dessert or youth or teen* or *school* or millennial or minor or underage*) |

**Marketing**

| |
|---|
| "boxman studios" |
| cartoon* w/5 (advertise* or market*) |
| "cool kid" |
| "cult collective" |
| Disney w/10 (advertise* or market*) |
| "evolution of smoking" or “smoking evolved” |
| "hashtag marketing" |
| Influencer* |
| launch w/10 (product or campaign or teen or youth or lifestyle or model*) |
| “make the switch” |
| nickelodean OR nickelodeon |
| nickjr.com |
| "times square" w/5 (market* or advertise*) |
| Verve |

**Health, youth and safety**

| |
|---|
| Age-gat* or “age gat*” |
| “Age verif*” |
| 21+ |
| “Underage access” |
| demographic w/10 target |
| teen.com OR seventeen.com OR justjaredjr.com OR hireteen.com OR hel-lokids.com OR younghollywood.com OR kidsgameheroes.com OR allfreekid-scrafts.com |

| |
|---|
| Veratad |
| Smok* |
| Cancer |
| Lung* or pulmonary or pneumonia |
| Addict* |
| Brain or brains |
| Cogniti* |
| Cessation |
| Any one of the following<br>Kid<br>Child*<br>Teen*<br>Youth<br>"young adult*"<br>Adolescent*<br>Minor*<br>Millennial*<br>Underage<br>*school*<br><br>w/10 any one of the following<br><br>Commercial, promotion, campaign<br>Addict*<br>Outreach<br>Prevent<br>Problem<br>Safe<br>Sale*<br>Study<br>Switch<br>Target*<br>market*<br>focus<br>use or user* |

**Persons**

| |
|---|
| James or Monsees |
| Bowen or Adam |
| Tyler |
| Huh or Hoyoung |
| Murillo |
| Howard |
| Willard |
| Spencer Stuart |
| Mumby |

| |
|---|
| Danaher |
| Gould or Ashley |
| Engelke |
| Masoudi |
| Hoey |
| Altria |
| Kevin |
| Burns |
| K.C. or KC |
| Crosthwaite |
| Gifford |
| Dinyar |
| Devitre |

**Regulatory**

| |
|---|
| safe* w/10 alternative* |
| "project sunrise" |
| (label* or packag*) w/10 warning* |
| FDA |
| “Food and Drug” |
| “Federal Trade” |
| FTC |
| HSR or “Hart Scott” |
| SEC |
| “Exchange Commission” |
| MRTP or “modified risk” or “reduced risk” |
| “deeming rule” or “deeming regulation” |
| PMTA |
| NYTS |
| CDC or “Centers for Disease” or “Center for Disease” |
| MMWR or “morbidity and mortality” |
| Gottlieb |