**To:** [redacted]
**Cc:** craig robins [redacted] craig robins [redacted]
craig@dacra.com [redacted]
**From:** Nicholas J. Pritzker
**Sent:** Mon 1/27/2014 10:09:16 PM
**Subject:** RE: science

We will be there! Thanks.....

---

**From:** [redacted]
**Sent:** Monday, January 27, 2014 12:49 PM
**To:** Nicholas J. Pritzker
**Subject:** Re: science

actually that is perfect!! Jeffrey's home address is 9 East 71st Street between 5th and Madison...See you and Craig tomorrow at 9:30am!

On Jan 27, 2014, at 3:46 PM, Nicholas J. Pritzker wrote:

Can craig and I come over say 930AM tomorrow Tuesday? If that doesn't work I'll have to check Wednesday times.........

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, January 27, 2014 9:21 AM
**To:** Nicholas J. Pritzker; Lesley Groff
**Subject:** Re: science

please coordinate with lesley anytime i am free, ok with me,

[redacted]

---------- Forwarded message ----------
From: **Nicholas J. Pritzker** [redacted]
Date: Mon, Jan 27, 2014 at 12:17 PM
Subject: RE: science
To: Jeffrey Epstein <jeevacation@gmail.com>

Can't do that, today's overbooked.............what's your schedule like tomorrow?

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, January 27, 2014 9:16 AM
**To:** Nicholas J. Pritzker
**Subject:** Re: science

want to come by today? 530?

On Mon, Jan 27, 2014 at 12:12 PM, Nicholas J. Pritzker [redacted] wrote:

I'm in NY until Wednesday night with some free time tomorrow. After that I'm not sure, but I will try to coordinate. I'd love to come down to the islands if I can figure out the sched............

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, January 27, 2014 8:57 AM
**To:** Nicholas J. Pritzker
**Subject:** Re: science

when are you back in ny? or caribean?

On Mon, Jan 27, 2014 at 11:52 AM, Nicholas J. Pritzker [redacted] wrote:

Jeffrey: thanks for another amazing dinner. I hope to see you sometime when we can actually string two sentences together.

I'm also sick to sending money to institutions to see them fail to follow through in an efficient manner (although so far the Molecular Engineering program at UC seems to be brilliantly executed: Zimmer and his team, including the new Provost who is a good friend and was head of Argonne are exceptional....for now). Have any ideas for setting up something that could be truly effective long-term? One of my problems (among many) is that I'm ok at setting things up, but terrible at follow-up and administration. For example, Clean Energy Trust seems to be doing great, and we have two younger directors who have taken the lead, but I just have no patience for administrative details, and I know long term I inevitably rely on others to maintain the vision and

provide direction and oversight.

Let me know if you have any thoughts about this…………….

In addition to the ones you know such as Tesla and Solar City which are now public, and Spacex, Deep Mind and Uber, where non-insider investments are not being sought as far as I know, here are some of the companies that we have invested in recently, all of which will be raising at least some additional capital before IPO or sale (god willing), although I cannot speak to whatever the valuations will be at the time. My cousin Tom really doesn't like venture and wants to control his investments. I don't mind others controlling, as long as we are following really smart people into deals, especially when we can invest not through expensive funds but as co-investors: that has been working for us so far…………

www.ploom.com this vaporizer company is owned 15% by us, 25% by Japan Tobacco International. Really interesting technology, huge rising market. They will be raising another, hopefully final round soon.

www.proterra.com the only viable electric bus company (for now): it's compelling, but dealing with governments is……….well, you know…………..Maybe looking for a couple million more in this round, within the next month, and there may well be another although I hope it's at an increased valuation

www.aquion.com an amazing battery technology: low energy density, low cost, recyclable, non-toxic, non-volatile. But an area that everyone is trying to break open. We are betting that this company is a survivor. Another round coming early 2015.

More to come: personally, I love this shit: bet on technologies that HAVE to change the world. It feels good, especially when they actually make money!

What we really need to get a better handle on are long managers and hedge funds: I have little interest in this, but we need to get better performance: my son in law will be overseeing our efforts in this area (I hope), although his inclination is to index everything and look for alpha in directs. I have to believe that some people can earn their fees in the market……………you think?

Talk soon, thanks again. nick

--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited

and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

lets