**PAX Labs List**

| | | | | | NDA | | | |
|---|---|---|---|---|---|---|---|---|
| **Investor** | **Contact** | **Potential $** | **Owner** | **Comments** | **Sent?** | **Executed?** | **Package?** | **Last Contact Date** |
| **Priority 1** | | | | | | | | |
| Chernin Capital | | $2,000,000 | James | | | | | |
| Demeter | | $2,000,000 | James | | | | | |
| Blake Krikorian & Friends | Blake Krikorian | $2,000,000 | James | incl. Oven Van Natta, others | | | | |
| Antonio Gracias (Valor) | Antonio Gracias | $1,000,000 | Nick | | | | | |
| Robert Glustrom | | $1,000,000 | Nick | | | | | |
| Tuatara Capital | | | Riaz | | | | | |
| Peter Theil | Peter Theil | | Nick | | | | | |
| Kingsley LLP | | | James | | | | | |
| IPD | | | James | | | | | |
| PharmaCan Capital | | | James | | | | | |
| Privateer Holdings | Brendan Kennedy (CEO) | | Matt / Joby | FF investment; CEO reached out to Tao | | | | M&J spoke to Brendan (2/20) |
| Polsky Holdings / Skydeck | | | James | | | | | |
| **Total** | | **$8,000,000** | | | | | | |
| **Priority 2** | | | | | | | | |
| Avenue Capital | | $15,000,000 | James | $13B AUM; distressed fund? | | | | |
| August Capital | Abie Katz | $500,000 | James / Zach | Matt: friends w/ Trip Jones, GP at August; low probability | | | | |
| Hany Nada | | | Bob | | | | | |
| Craig Robins | | $1,000,000 | Nick | | | | | |
| Michael Abbott | | $500,000 | James / Riaz | | | | | |
| Wade Davis (CFO of Viacom) | | $500,000 | Riaz | | | | | |
| Philip Schlakman | | $250,000 | James | | | | | |
| Jeff Skoll / Bill Lee | | $500,000 | Nick | | | | | |
| Jean Pigozzi | | $250,000 | Nick / Matt | Matt: received inbound call from his advisor | | | | Matt spoke to Jeff (2/27) |
| Sean Parker | | | Nick | | | | | |
| Gardner Russo & Gardner | | | James | | | | | |
| Vice | | | James | | | | | |
| Hrvent Capital | David Shapiro | | Nick | | | | | |
| Magnetar Capital | Ross & Michael Laser | | Nick / Matt | Matt: received inbound email from Michael | | | | |
| Bruce Gibney | | $250,000 | | | | | | |
| Jim Palotta | | | James | | | | | |
| **Total** | | **$18,750,000** | | | | | | |
| **Priority 3** | | | | | | | | |
| Swisher Family | Howard Romanow | $500,000 | James | May want to reserve for future round? | | | | |
| Durk Barnhill (former CEO of Saatchi NA) | | $250,000 | Wade Davis | Zach: unemployed / broke | | | | |
| Orkilla | Jesse Dubey | $500,000 | Riaz | Zach: cannot invest outside of fund, 50% lower valuation | | | | |
| Barry Schuler | | $250,000 | | | | | | |
| Li Ka Shing | Bart Swanson | | Nick / Matt | Matt: low probability | | | | |
| **Total** | | **$1,500,000** | | | | | | |

**Exhibit 4 |** Date: 1/28/2026
Witness: Nicholas Pritzker

**PAX List**

| Name | Potential $ | Contact |
|---|---|---|
| **Priority 1** | | |
| Chernin Capital | $2,000,000 | James |
| Demeter | $2,000,000 | James |
| Blake Krikorian & Friends | $2,000,000 | James |
| Antonio Gracias (Valor) | $1,000,000 | Nick |
| Robert Glustrom | $1,000,000 | Nick |
| Jesse Dubey (Orkilla) | $500,000 | Riaz |
| Tuatara Capital | | Riaz |
| Peter Theil | | Nick |
| Kingsley LLP | | James |
| IPD | | James |
| PharmaCan Capital | | James |
| Privateer Holdings | | ? |
| Polsky Holdings/Skydeck | | James |
| CrunchFund | $500,000 | James |
| Avenue Capital | $15,000,000 | James |
| **Total** | **$24,000,000** | |
| | | |
| **Priority 2** | | |
| Hany Nada | | Bob |
| Craig Robins | $1,000,000 | Nick |
| Michael Abbott | $500,000 | James / Riaz |
| Wade Davis (CFO of Viacom) | $500,000 | Riaz |
| Durk Barnhill - former CEO of Saatchi NA | $250,000 | Wade Davis |
| Philip Schlakman | $250,000 | James |
| Jeff Skoll / Bill Lee | $500,000 | Nick |
| Jean Pigozzi | | Nick |
| Sean Parker | | Nick |
| Gardner Russo & Gardner | | James |
| Phil Schlakman | | James |
| Vice | | James |
| David Shapiro (Hrvent Capital) | | Nick |
| Bruce Gibney | $250,000 | |
| Jim Palotta | | James |
| **Total** | **$3,250,000** | |
| | | |
| **Priority 3** | | |
| Howard Romanow (Swisher Family) | $500,000 | James |
| Barry Schuler | $250,000 | |
| Li Ka Shing | | ? |
| **Total** | **$750,000** | |

**Comments**

Incl. Oven Van Natta, others

Founders Fund Investment

Big, 13B capital under management

May want to reserve for future round?

**Condor List**

| Name | Target Raise | City |
|---|---|---|
| Brian Flannigan (Johnson family office) | $5,000,000 | LA |
| Shing Tao | $5,000,000 | LA |
| Jason Elkins | $3,000,000 | LA |
| Matthew Mellon (NYC based) | $3,000,000 | LA |
| Adam and Gary Winnick | $2,000,000 | LA |
| Mccourt family | $2,000,000 | LA |
| Charlie Chanaratsopon | $1,000,000 | LA |
| Chernin/Jesse Jacobs | $1,000,000 | LA |
| John O'connor (Rincon Advisors) | $1,000,000 | LA |
| lauren selig | $1,000,000 | LA |
| Strahan | $1,000,000 | LA |
| Travis huff | $1,000,000 | LA |
| Adam Weiss | | LA |
| Alex Taubman | | LA |
| Alex Von Furstenberg | | LA |
| anderee berengian | | LA |
| andrew palmer | | LA |
| Antin | | LA |
| Baron Davis | | LA |
| Briggs family | | LA |
| Chad Brownstein | | LA |
| courtney reum | | LA |
| D!A! | | LA |
| Dave Leyrer | | LA |
| Diplo | | LA |
| Interscope | | LA |
| Jeremy Erlich (Warner Bros) | | LA |
| Jimmy Iovine | | LA |
| justin choi | | LA |
| Matt Mazzeo | | LA |
| Mitche lowe (Netflix) | | LA |
| Seth Rogan | | LA |
| susan moffit | | LA |
| Tim Davis | | LA |
| Todd Parkin | | LA |
| Lefrack Investment | $3,000,000 | NYC |
| Mccourt | $3,000,000 | NYC |
| Freston | $2,000,000 | NYC |
| Adam Perold | $1,000,000 | NYC |
| Fried Stillwater | $1,000,000 | NYC |
| Brett | $500,000 | NYC |
| Rohan | $500,000 | NYC |
| Andrew Hauptman (Edgar Bronfman family) | | NYC |
| Chad Livingston | | NYC |
| Chris Birtch | | NYC |
| Franklin Isaacson | | NYC |
| Jay Z | | NYC |
| Louis Vigden | | NYC |
| Mousse | | NYC |
| Winklevoss | | NYC |
| Cheyne Walk | $2,000,000 | Boston |
| Chris Austin (Brook PE) | $2,000,000 | Boston |

| | | |
|---|---|---|
| Jimmy Berylson | $2,000,000 | Boston |
| Four Arrows Trust | $1,000,000 | Boston |
| Amis Hostetter | | Boston |
| Chad Jackson | | Boston |
| Dexter family | | Boston |
| Hostetter family office | | Boston |
| Jim Palotta | | Boston |
| Lisa Ireland | | Boston |
| Tom and Mac Stemberg | | Boston |
| Tom Brady | | Boston |
| Chip Wilson | | Denver |
| Essel Bailey | | Denver |
| Hunter lewis | | Denver |
| Kosakuyadi | | Denver |
| Lisa Ireland | | Denver |
| Terry Considine | | Denver |
| Steve Luczo | $5,000,000 | SF |
| Adam Mendelsohn | $1,000,000 | SF |
| Dick Fredericks | $1,000,000 | SF |
| Gordon Getty (Pierre, Jim Halligan) | $1,000,000 | SF |
| Matt Robinson (Magnetik) | $1,000,000 | SF |
| Billy Getty | | SF |
| Blake Krikorian | | SF |
| Dennis Phelps | | SF |
| ed zander | | SF |
| Egon durbin | | SF |
| Isy Goldwasser | | SF |
| Ravi Sajwan | | SF |
| Thom Weisel | | SF |
| Vivek Ranadive | | SF |
| Mike Sanperna | $5,000,000 | International |
| Robert Friedland | $5,000,000 | International |
| Dave Soeryadjaya/Michael | $2,000,000 | International |
| Edun Park | $1,000,000 | International |
| Winston Chan | $1,000,000 | International |
| Alexander Decarvola | | International |
| Bleugatti | | International |
| Ed Gunnawan | | International |
| Mark Getty | | International |
| Mukesh Valiram | | International |
| Parminder ask | | International |
| Richard Muliardi | | International |
| **Total (94)** | **$67,000,000** | |
| 94 | | |

| Name | Source | Response |
|---|---|---|
| **Potential Leads - Contacted** | | |
| Alex Zubillaga (Bronfman family) | Blake* | |
| Andreesen Horowitz | Blake | No |
| Anthos Capital | JM* | No |
| Chasm Capital Mgmt | JM* | |
| Crosslink | Toby | NR |
| DCM | Blake | Interested |
| DFJ | JM | No |
| Dragoneer (Bonderman) | JM* | No |
| Fidelity | Blake* | |
| Founders Fund | JM | No |
| Goldman Sachs | Zach | No |
| Iconiq (Mark Zuckerberg's family office) | JM* | |
| JAFCO (Joe Horowitz) | JM* | no |
| Matrix Partners | | no |
| Mithral | Toby | no |
| Social+Capital | Krishna | No |
| US Venture Partners | Toby | NR |
| Valar (James Fitzgerald) | Toby | No |
| Valor | JM | no |
| Velos (James Bailey) | Zach | interested |
| Richard Branson | JM* | no |
| IGSB (has no outside capital) | JM | |
| Soros | Nick | no |
| CBC Capital | Mark* | interested |

| | | |
|---|---|---|
| Westwind Investors | JM* | interested |
| Vicente capital | JM* | no |
| Altria Venture Investments | JM* | |
| Towerbrook | JM* | no |
| Vestar capital | JM* | no |
| Trivest | JM* | |
| Encore Consumer Capital | JM* | no |
| Demeter Group | JM | yes |
| Avenue Capital | JM | interested |

**Potential Leads - Not Yet Contacted**

| | |
|---|---|
| TSG - The Shansby Group | JM* |
| DST | Blake |
| T.Rowe Price | Blake* |
| Len Blavatnik | Blake* |
| Noam Gottesman | Blake* |
| Hiroshi Mikitani | Blake* |
| Anchorage Capital | Blake* |
| Tiger Global | Blake* |
| TPG Growth | JM* |
| KKR | Bruce |
| Columbus Nova | JM* |
| Steel Partners | Riaz* |
| Li Ka-shing | Mark* |
| Institutional Venture Partners | Krishna* |
| Norwest Venture Partners | Krishna* |
| Technology Crossover Ventures | Blake* |
| Henla | JM* |
| Bertram Capital | JM* |
| Castanea Partners | JM* |
| Summit Partners | JM* |
| Jim Pallotta | JM* |

**Coinvestors (Individuals/Family Offices/Strategics) - Contacted**

| | | |
|---|---|---|
| Skydeck/Polsky Holdings | JM* | interested |
| Playboy / Rizvi | Blake | Interested |
| Jeff Skoll | Antonio | Yes |
| David Bonderman | JM | |
| Orkila Capital | Gal | Interested |
| Gardner Russo & Gardner | JM* | Interested |
| Barry Schuler | JM | Yes |
| David Sacks | Nick | Interested |
| Crunchfund | zach | Yes |
| Antonio Gracias | | Yes |
| Tim Watkins | | Yes |
| Sean Parker | | Yes |
| Bruce Gibney | | Yes |
| Broadband Capital | | Yes |

| | | |
|---|---|---|
| Stephen George | Bill Lee | No |
| Judson Traphagen | JM* | |
| Anand Agarawala | jm | Yes |
| Michael Scanlon | jm | |
| Jared Fliesler | JM | |
| Bill Lee | JM | yes |
| IPD | JM | Yes |
| Colbeck Capital | JM | interested |

| | | |
|---|---|---|
| Scopia | JM | no |
| Jamie Keenan | Blake* | no |
| Michael Polsky | JM* | interested |
| Philip Schlakman | JM* | interested |
| Wade Davis | Riaz | yes |
| Howard Romanow | JM* | |

| Coinvestors (Individuals/Family Offices/Strategics) - To Contact | |
|---|---|
| Jerry Yang | Blake |
| Adam Ross | Antonio |
| Eduardo Savern | Bailey |
| Shane (Vice) | Blake |
| Tom Freston | Blake |
| Tao/Tryst | Blake |
| Posner | Blake |
| Peter Gotcher | Blake |
| Owen van Natta | Blake |
| UNC | Bruce |
| Duke | Bruce |
| Lyndon Lea | Nick |
| WME | Krishna |
| Goldfield | Zach |
| Ram Ahluwalia | Zach |
| Ephi Gildor | Zach |
| Nicholas Brueggen | |
| Angel list | |

| Other | |
|---|---|
| Jiang Mianheng | Mark* |
| Boyu Capital | Mark* |
| Hongyi Capital | Mark* |
| Shanghai Alliance Investments | Mark* |
| Yunnan Tobacco | Mark* |
| Duke endowment (old tobacco Univ., see if they hold tobacco investments) | |
| DE Shaw Group put money into Winery Exchange | |
| H&Q Asia Pacific | |
| IDFC Private Equity | |
| Leopard Capital | |

| | |
|---|---|
| Lloyds Development Capital | |
| Catterton | JM* |
| Swander Pace Capital | Stifel |
| EG Capital | Stifel |
| Paladin Capital Group | Stifel |
| VMG | Stifel |
| General Catalyst | Stifel |
| Oak Investment Partners | Stifel |
| Fortress | |
| Coatue | Zach |
| Vincent Bolloré | JM |
| Harvest Capital | JM* |
| | |
| Chernin Capital | JM* |

**Pro-Rata (Assuming $450M pre)**

Riaz
Nick
JTI

**Notes**

Alex checking (Edgar's son has been buying up 'cann' land for a few years)

Edward Wilson reached out. Based in Menlo Park. Meeting Bryan Kelly, managing partner, on Aug 6 2013. Expressed lots of interest. Spoke again with Ed April 18, 2014, will discuss internally and get back by monday if interested.
14-0423 From Ed: "We think what you have built a great company and we want to see where US and international regulations come into play before we move into this space."

July 2013: Akshay Rustagi reached out. They're based on the east coast and determined to do a deal in the e-cig space. Opening an office in CA. Suggested buying rights to franchise stores for the business so that growth risk is owned heavily by them. Seemed ok, but not the sharpest.

Blake's brother is a partner. They're interested in meeting, Blake to arrange.
JM spoke with David Chao. Meeting 14-0604

Barry Schuler at DFJ Growth is a huge Pax fan in particular. Don Wood would love to understand the space better and would likely love to bring in a deal. Steve Jurvetson would definitely take a meeting. Lots of connections and good reputation there. Very unlikely they'd be involved but haven't pitched.

Only does late stage PE, come back with a pre-IPO round. Ask Mark for thoughts on good leads?

Blake knows Will Danoff, who runs Contrafund
Zach provided intro to Matt Grenade

Founders passed, but only due to one partner: Brian. Peter Thiel is interested. Sean Parker is involved with the fund, and due to his deal with nJoy may make them not the best party.
14-0429
Thanks again for hosting us on Friday. You guys have made great progress and we really appreciate you taking the time to meet and share Jewel with us. We've now had a chance to discuss Ploom at length broadly as a Founders Fund team. While we absolutely believe the business will continue to grow and be successful, at the end of the day we just don't have a high enough level of conviction on the story around Jewel to move forward here. While we recognize and are impressed by the science, for the price of this round be appealing to the Company, we'd have to price in a leap of faith around Jewel product acceptance in market. The Pax history of course proves that you guys have the chops to dramatically reinvent a category, but given the competitive dynamic in the e-cig space we aren't comfortable taking the leap of faith absent any consumer data that the holistic jewel product proposition massively resonates [aside from the internal test you referenced]. We buy the 10X narrative you walked us through in the meeting as plausible, but our consensus as a team here is that it is not probable. Net - We would be unable to get anywhere near a valuation that would make sense for you, so will take ourselves out contention now to avoid wasting your time. Sorry that we couldn't get there, and I'm rooting for you to make us kick ourselves for not investing with your continued progress over the next few years. Geoff

14-0513 Zach introduced to Nicholas Papamichael. Sent teaser deck, waiting for response. 14-0529 spoke with John at the growth equity practice. Their mandate is mostly in enterprise software, B2B. Not a fit.

UCSF Redaction [redacted]

14-0522 Blake made intro, scheduling first meeting
JM meeting 14-0602 - Good meeting. Should hear back soon.

Jared Fliesler reached out. Sharp guy from Square, Slide, etc. Very determined to get involved personally if not with the fund. Fund would do as much as possible.

Reached out to Ajay Royan (ajay.royan@talleus.com). Hope to hear back this week (4/14). 14-0421 Email intro with Ajay from Toby. 14-0515 Crystal called and said Ploom "is not a fit" but wantes to keep in touch.

Sent teaser to Yao Choong on 6/1/14; passed due to sector

Reached out to Rick Lewis at USVP (rlewis@usvp.com). Hope to hear from him this week (4/14)

Spoke with James. They need companies to be domiciled ex-US in order to invest, so it's a pass.

Private equity firm out of Chicago, Nick Pritzker introduced. Antonio Gracias is the primary. Conflicted out as a fund but would invest personally along with Tim his business partner.

Velos Partners. James would do $5MM at just about any price.

Blake knows Toby Coppel (ex Yahoo corp dev)
14-0528 Spoke with Toby Coppel and Jonno (runs Branson's office). Sent teaser deck, waiting for feedback.
14-0714 I recognise size of the opportunity here but unfortunately this is a high hurdle from both a brand perspective (the Virgin Team have looked at this market and don't feel it fits well with the Virgin Groups values) and from the perspective of Richard's personal portfolio which I mange given our lack of experience in hardware investing. We are looking at the medical marijuana space and perhaps there is a chance to work together down the road if this is an area you venture into (you had mentioned some sensitivities regarding one of your shareholder's views on the space). We would also not be able to fill the role of lead which you were trying to nail down when we spoke. Sorry again for taking so long to get back to you and thanks for considering us as a partner but we will pass on the opportunity for now.

Jamie Keenan - Blake introduced
Meeting set for 14-0604
Getting intro from Orkila
Nick said it's too small for Soros
HK/China Trip

14-0613 Ricardo Angel introduced and sent teaser. Waiting for response.
intro via Ricardo Angel
jeff@westwindinvestors.com
Has LPs but no outside approvals needed. $165M growth equity fund in LA. Late stage venture, mostly minority investments. Expansion
Intro via Ricardo Angel
Intro via Ricardo Angel
Intro via Ricardo Angel
Focuses on control deals, not a good fit for this round. Making separate intro to TPG Growth
14-0613 From Ricardo: "Spoke to Federico Peña at Vestar on Wed and unfortunately it's a pass from their end. His committee discussed
Have call with Jamie Elias 14-0710
http://www.encoreconsumercapital.com/
Intro via Ricardo Angel
UCSF Redaction
Large Capital group with $15B under management. Has hedge fund, PE and public vehicles. Spoke with Jesse Lucco who is interested in
getting into the vapor space. Will sign NDA then review materials. Can move quickly. Generally interested in rounds of $100MM or more but

Intro via Mike Anders from Iconiq
14-0509 Sent teaser to Mike to circulate and requested intro
growth stage, does big bets
Blake knows Henry Ellenbogen who runs New Horizons Fund

Rakutem
Kevin Ulrich, bought MGM film
Blake will reach out to Shelby and also talk about TPG - Krishna also has contact
Blake has an intro, James also provided intro via Riacardo Angel

Intro from Jesse Du Bey
Getting intro from Orkila
Victor Vexelbourg, Russian olegarch
Matthew Toberoff leads it, can get intro through Jesse.
Intro from Jesse Du Bey
(longshot but China connections would be boon to future potential and for JTI)
Blake can ping Frank Sixt who rund investments for Hutcheson

Blake will talk to Woody
Intro via Ricardo Angel - Setting up call with Maribel Perez
http://www.bertramcapital.com/
Intro Via Ricardo Angel
http://www.castaneapartners.com/about-us.php
Intro via Ricardo Angel
http://www.summitpartners.com/
Intro via Ricardo Angel

Raptor Ventures - Kim Grodon made intro - Talk to Mike Abbott (JM)

Intro from NP. Cash flow biz focus. Family Office. Not appropriate size for them to lead but interested in backfill position.
Playboy likely interested at $5mm (but may not be 'on brand')
Loves Pax, would love to be involved. Camps with Antonio, Tim at BM
Talk to Mark Stad to see if personal investment is interesting
Jesse Du Bey was prev with Providence Equity, where I interacted with him on the Medtronic side. He now runs family (DuBey) fund + own PE firm (Orkila Capital). Can write checks from small to $500M, and is very interested in vaporization space. Recent investments include whiskey distillery and Iron Man triathlon.
14-0421 Gal introduced to Jesse Du Bey
Not the right fit but would invest small alongside an LP if they're interested: Soros, Columbus Nova (Victor Vexelbourg).
Gal met at Goldman meeting NYC May 2014. Meet at Ploom May 21st. $10b in management, primarily value / free cash flow investors, so have $100M in (Altria + PMI + BAT). Interested in getting into vaporization to get upside exposure.
Would invest personally, not through the fund, so likely less than $5M. Would be a very silent investor.
DFJ Growth lead. Would love to be involved personally
In discussions, likely yes.A bit wishy-washy.
Abie Katz 14-0508 Zach provided intro
14-0526 Sounds like a yes. Probably only $300-500K though under their current structure.
Valor Equity Partners
Valor Equity Partners
Though he did the nJoy investment, he's love to be involved via his family office.
He'd jump in if allowed.
Has a SPAC suitable to do an early IPO. Very interested but intent on the SPAC format.

Panorama
http://finance.fortune.cnn.com/2013/04/02/jeff-skoll-loses-investment-manager/
Individual investor, formerly Jeff Skoll's investment manager. Works with Bill and David regularly.
Bill made intro, waiting on return NDA from Stephen.
14-0522 We are pretty far down the road to invest in a vaping company with some experienced folks in the industry. Given this, I don't think I can sign the NDA at this time. Our deal is much earlier stage and a bit different play but will be our focus in the general space for now. All the best and let's stay in touch as things develop.

13-0710 via Linkedin: Family office in NYC

July 2013: Doug Wightman introduced. Anand works at Google. Small potential.

July 2013: JP Morgan Private Bank. Wants to help pre-IPO work, but could make investor intros, etc.

Works with David Sacks, invests together. Outside partner at Capricorn

Howard, who runs IPD is interested depending on price. In early dilligence. Does IP insights for public companies but starting an investment fnd.

Does debt deals, not a fit. Making an intro to Alliance Consumer Growth who does $2-10M investments in emerging CPG.

Wanted some sort of board control or governance.

14-0529 "While the opportunity looks very compelling from a growth / market potential standpoint, I think there are a few issues with the deal

Jamie had his own investment vehicle at IGSB (Investment Group of Santa Barbara). Now runs his own fund, Keenan Capital. Keenan is his own family office but also has outside capital. $75M under management

intro from Nick.

mpolsky@invenergyllc.com

PSQ Capital

From Michael Abbott: I hope all is well. Philip Schlakman is a friend with whom my family office recently entered into a large transaction. He

CFO of Viacom

Intro via Michael Abbott

MTV/Viacom

Digidesign
Good friend...has worked with iconiq to form fund.

CEO Naval Ravikant is a big Ploom fan. Haven't spoken.

UCSF Redaction

Christian Lawless recommended him and has a relationship.
14-0604 Christian reached out. Will let JM know if they have interest
Nick is making an intro to David Shapiro. From Nick: "david's a great guy, an old friend, and I know he's devoted to Joe Jolson whom I think I have met. I thought of him because a friend told me that one of his partners is raising money for Pono Music, so it sounds like they do

Scott Bromley, intro via Michael Dearing 15-0109

18.43% FD = $9.2M
15.66% FD = $7.83M
28% FD = $14M

**Potential Size**

'10-20

10
15-100

**36.5**
5
5

5

1

0.5

1
0.5

1

0.25

0.25

2

5

10

| |
|---|
| **16.83** |
| 2 |
| 7.83 |
| 7 |

| FUND | CONTACT |
| --- | --- |
| **Founders Fund (Geoff Lewis) (Peter Thiel)** | Nick |
| **Demeter Group (Jeff Menashe)** | JM |
| **DCM (David Chao)** | JM/Blake |
| **Velos Partners (James Bailey)** | JM/ZF/Riaz |
| **Orkila Capital (Jesse Du Bey)** | Riaz/Tim/Gal |
| **Owen van Natta** | Blake |
| **PSQ Capital (Philip Schlakman)** | Nick/Abbott |
| **Island Capital (Swisher Intl.) (Howard Romanow)** | JM |

NOTES

Founders passed, but only due to one partner: Brian. Peter Thiel is interested. Sean Parker is involved with the fund, and due to his deal with nJoy may make them not the best party.
14-0429
Thanks again for hosting us on Friday. You guys have made great progress and we really appreciate you taking the time to meet and share Jewel with us. We've now had a chance to discuss Ploom at length broadly as a Founders Fund team. While we absolutely believe the business will continue to grow and be successful, at the end of the day we just don't have a high enough level of conviction on the story around Jewel to move forward here. While we recognize and are impressed by the science, for the price of this round be appealing to the Company, we'd have to price in a leap of faith around Jewel product acceptance in market. The Pax history of course proves that you guys have the chops to dramatically reinvent a category, but given the competitive dynamic in the e-cig space we aren't comfortable taking the leap of faith absent any consumer data that the holistic jewel product proposition massively resonates [aside from the internal test you referenced]. We buy the 10X narrative you walked us through in the meeting as plausible, but our consensus as a team here is that it is not probable. Net - We would be unable to get anywhere near a valuation that would make sense for you, so will take ourselves out contention now to avoid wasting your time. Sorry that we couldn't get there, and I'm rooting for you to make us kick ourselves for not investing with your continued progress over the next few years. Geoff

## UCSF Redaction

Blake's brother is a partner. They're interested in meeting, Blake to arrange.
JM spoke with David Chao. Meeting 14-0604.
14-0604 Meeting with David was good. They seem interested. He's checking with legal to make sure any tobacco conflicts wouldn't be triggered by a deal.

Velos Partners. James would do $5MM at just about any price.

Form Gal: Jesse Du Bey was prev with Providence Equity, where I interacted with him on the Medtronic side. He now runs family (DuBey) fund + own PE firm (Orkila Capital). Can write checks from small to $500M, and is very interested in vaporization space. Recent investments include whiskey distillery and Iron Man triathlon.
14-0421 Gal introduced to Jesse Du Bey
Not the right fit but would invest small alongside an LP if they're interested: Soros, Columbus Nova (Victor Vexelbourg).

Former VP @ Amazon, COO @ Facebook, CEO @ MySpace, EVP @ Zynga
Blake's good friend...has worked with iconiq to form fund.
From Michael Abbott: I hope all is well. Philip Schlakman is a friend with whom my family office recently entered into a large transaction. He runs the capital for two sizable overseas families. We spoke today and I mentioned I will be stepping down from my responsibilities at the family office to focus 100% on Columbia Care. Philip knows Nick Pritzker and said he was looking at a possible investment in Ploom. I gave a strong endorsement of you and your company based on my/Nick's recent dialogue with you and your Partners. Philip is an exceptionally smart and strategic investor and would be a tremendous addition to your register.
PHP Capital, represents two families:
1. Thyonassus - Nick knows very well, close with them.
2. Izmerlian - Nassau based
No experience with tobacco, would likely go to both families with opportunity if it's interesting. Traditionally invests
Intro via Michael Abbott
Howard runs the single family office for a very wealthy family that was/is very involved in the tobacco industry. They are very below the radar. http://www.swisher.com. Howard very much wants to get into the delivery mechanism business.

Responsible Party

**Industry & Market Data**
Any (particularly favorable) research reports, etc
Relevant market studies
Info re: potential health benefits

**General Corporate Materials**
Charter Documents
By-Laws
Cap Table

**Financials & Operating Metrics**
Significant accounting policies
2012 Audit
Tax returns - last 3 years
Financial Statements (IS, CF, BS) for 2011-2013
Financial Statements (IS, CF, BS) for 1Q14
2013 Budget vs. Actual
1Q2014 Budget vs. Actual
Fixed asset schedule
Summary of capital expenditures in 2011, 2012, 2013 and YTD14
Long Term Model
KPIs

**Human Resources**
Organization Chart
Management bios
Current Headcount
Employee Handbook / Policies

**Legal & Regulatory**
Leases
Any outstanding loan documents
Summary of litigation, including pending/threatened
Any patent infringement cases?
JTI Contract
Copies of key permits recd
Insurance Coverage (general liability, etc)

**Intellectual Property**
Summary of all patents (filed and granted)
General patent strategy

**Product Information**
[TBD]

**General Materials**
Company presentation

Status

<u>Notes/Comments</u>

Lets provide once finalized
Need federal and any state
Is this available on monthly basis? Please provide in excel
Please provide in excel

Krishna reviewing
Need for each division; sales volume, channels, etc -- what's all tracked internally?

Is this sensitive? Maybe provide redacted version or hold until later date