**Exhibit 5 |** Date: 1/28/2026
Witness: Nicholas Pritzker

**From:** Timothy Danaher on behalf of Timothy Danaher <tim@ploom.com>
**To:** Nick Pritzker; Handelsman, Hank
**CC:** James Monsees; 'Matt Bigliardi'
**Sent:** 5/13/2015 7:51:52 PM
**Subject:** Series C Preferred Closing Mechanics
**Attachments:** #105151134v3_US_ - PAX Labs Series C Disclosure Schedule Update.pdf; 15-05-13 PAX Subsciption Packet.pdf

Nick & Hank,

As we look to close the round, I wanted to circle up with you regarding closing mechanics for the remaining funding. Below are the current allocations we have for outstanding funding (obviously excludes Fidelity and also excludes Valor and Grassy Greek, which James and I are handling).

- Nick's pro rata - $3MM
- Thomas Toepke Group - $900K
- Chris Bancroft - $500K
- Craig Robins Family - $250K
- Dave Gilboa - $50K

I understand that you guys are going to discuss the allocations between Thomas Toepke and Craig Robins. Let me know, if any changes come out of your discussions.

My suggestion is that we send the updated disclosure schedules and Subscription Agreement (see attachments). The updated disclosure schedules disclose the pending upsizing and investment by an Institutional Investor (see page 1 under Section 2.3, if you'd like to see how we've done this).

We should also let them know that we have a hard closing date of next Tuesday, 5/19, but ideally they would fund by Friday or next Monday (note, the Subscription Agreement references a Tuesday, 5/19 deadline). I believe it is important to put a hard date out there as the closing mechanics get more complicated, if this money is not funded before Fidelity closes. This is due to the fact that we can't amend the SPA without everyone's consent. So, we've sent Fidelity a new SPA along with new disclosure schedules and amendments to the other docs. That being said, if we closed with one of the above investors post the Fidelity investment, they can't sign joinders to the old SPA because that is now superseded by the new SPA. There are of course workarounds, but they simply become more complicated.

Can you either pass these along to your respective individuals or let me know if I should handle directly (note, I don't believe I have an email for Craig Robins or Dave Gilboa).

Let me know your thoughts.

Thanks,

Tim