Exhibit 7 | Date: 1/28/2026
Witness: Nicholas Pritzker

**From:** Tim Danaher on behalf of Tim Danaher <tim@pax.com>
**To:** Matt Bigliardi
**Sent:** 5/26/2015 10:34:13 AM
**Subject:** RE: Series C Preferred Closing Mechanics
**Attachments:** 15-05-22 Cap Table_PF for Preferred.xlsx

Hey Matt – See attached excel version

Yes, I'll circulate the closing binder and will send the stock certs as well.

Speak soon

Thanks,

Tim

---

**From:** Matt Bigliardi [mailto:mbigliardi@taocap.com]
**Sent:** Tuesday, May 26, 2015 12:54 PM
**To:** Tim Danaher
**Subject:** RE: Series C Preferred Closing Mechanics

Hi Tim,

Thanks for sending the PF Cap Table. Would you mind sending the excel version?

And I assume that you will send around the final fully executed docs later this week?

Congrats on everything Tim! Well done, and I know this was not an easy process.

Regards,
Matt

**Matt Bigliardi**
Director of Investments
Tao Capital Partners
1 Letterman Drive
Building C, Suite 420
San Francisco, CA 94129
UCSF
mbigliardi@taocap.com

---

**From:** Tim Danaher [mailto:tim@pax.com]
**Sent:** Monday, May 25, 2015 6:48 PM
**To:** Matt Bigliardi
**Subject:** RE: Series C Preferred Closing Mechanics

Hey Matt – I hope you had a nice long weekend. Please see attached PF cap table.

Let me know if you have any questions or want any other detail.

Thanks,

Tim


Source: https://www.industrydocuments.ucsf.edu/docs/fnmb0301

**From:** Matt Bigliardi [mailto:mbigliardi@taocap.com]
**Sent:** Monday, May 18, 2015 9:15 PM
**To:** Tim Danaher
**Subject:** RE: Series C Preferred Closing Mechanics

Thanks Tim

---

**From:** Tim Danaher [mailto:tim@pax.com]
**Sent:** Monday, May 18, 2015 5:43 PM
**To:** Matt Bigliardi
**Subject:** RE: Series C Preferred Closing Mechanics

Sure thing

I'll send once the round closes

---

**From:** Matt Bigliardi [mailto:mbigliardi@taocap.com]
**Sent:** Monday, May 18, 2015 8:36 PM
**To:** Tim Danaher
**Subject:** RE: Series C Preferred Closing Mechanics

Tim,

When you have a moment or when the round officially closes, would you mind sending me the pro forma cap table?

Thanks,
Matt

---

**Matt Bigliardi**
Director of Investments
Tao Capital Partners
1 Letterman Drive
Building C, Suite 420
San Francisco, CA 94129
UCSF
mbigliardi@taocap.com

---

**From:** Tim Danaher [mailto:tim@pax.com]
**Sent:** Monday, May 18, 2015 11:19 AM
**To:** Matt Bigliardi; Timothy Danaher; Nicholas J. Pritzker; James Monsees
**Cc:** Handelsman, Hank
**Subject:** RE: Series C Preferred Closing Mechanics

Matt,

I can confirm receipt of all three wires and signature pages. Below is what we received:

- § Tao Invest LLC: $3,000,000.85
- § David Gilboa: $50,003.80
- § CR PAX LLC: $500,003.34

Thanks for your help on coordinating things on your end.

Note, as soon as the round closes, I'll circulate the closing binder and stock certificates.


Source: https://www.industrydocuments.ucsf.edu/docs/fnmb0301

All the best,

Tim

---

**From:** Matt Bigliardi [mailto:mbigliardi@taocap.com]
**Sent:** Monday, May 18, 2015 12:31 PM
**To:** Timothy Danaher; Nicholas J. Pritzker; 'James Monsees'
**Cc:** 'Handelsman, Hank'
**Subject:** RE: Series C Preferred Closing Mechanics

Tim,

Please find attached Tao`s executed signature pages.

Please confirm receipt of all three signature packets and all three wires.

Thanks,
Matt

**Matt Bigliardi**
Director of Investments
Tao Capital Partners
1 Letterman Drive
Building C, Suite 420
San Francisco, CA 94129
UCSF
mbigliardi@taocap.com

---

**From:** Matt Bigliardi
**Sent:** Monday, May 18, 2015 8:48 AM
**To:** 'Timothy Danaher'; Nicholas J. Pritzker; 'James Monsees'
**Cc:** 'Handelsman, Hank'
**Subject:** RE: Series C Preferred Closing Mechanics

Tim,

1) Dave Gilboa
   a) Please find attached the executed signature pages from Dave Gilboa
   b) Can you confirm that you received his wire?
   c) Also, please note that he has asked to NOT be named in any press
2) Craig Robins
   a) Please find attached the executed signature pages from Craig Robins
   b) Can you confirm that you received his wire?
3) Tao
   a) I will send you the executed signature pages shortly
   b) Can you confirm that you received Tao`s wire?

Thanks,
Matt

**Matt Bigliardi**
Director of Investments
Tao Capital Partners
1 Letterman Drive


Source: https://www.industrydocuments.ucsf.edu/docs/fnmb0301

Building C, Suite 420
San Francisco, CA 94129
mbigliardi@taocap.com
UCSF

---

**From:** Timothy Danaher [mailto:tim@ploom.com]
**Sent:** Friday, May 15, 2015 11:36 AM
**To:** Matt Bigliardi; Nicholas J. Pritzker; 'James Monsees'
**Cc:** 'Handelsman, Hank'
**Subject:** RE: Series C Preferred Closing Mechanics

Gotcha, thanks Matt

---

**From:** Matt Bigliardi [mailto:mbigliardi@taocap.com]
**Sent:** Friday, May 15, 2015 2:35 PM
**To:** Timothy Danaher; Nicholas J. Pritzker; 'James Monsees'
**Cc:** 'Handelsman, Hank'
**Subject:** RE: Series C Preferred Closing Mechanics

Tim,

This is perfect. Thank you.

Craig's team email addresses:

- Craig Robins, President: craig@dacra.com
- Steven Gretenstein, COO: steven@dacra.com
- Linda Ebin-Levine, General Counsel: linda@dacra.com

Dave Gilboa: david.gilboa@gmail.com [Dave is funding today]

Thanks again,
Matt

---

**From:** Timothy Danaher [mailto:tim@ploom.com]
**Sent:** Friday, May 15, 2015 11:26 AM
**To:** Matt Bigliardi; Nicholas J. Pritzker; 'James Monsees'
**Cc:** 'Handelsman, Hank'
**Subject:** RE: Series C Preferred Closing Mechanics

Hi Matt – We're not accepting fractional shares. So, if investors wanted to invest with a full share count, please see below numbers. Otherwise, we'll round down on the share number based on the investment amount.

See other CAPS below.

Let me know if you have any other questions.

Thanks,

Tim

---

**From:** Matt Bigliardi [mailto:mbigliardi@taocap.com]
**Sent:** Friday, May 15, 2015 2:16 PM
**To:** Nicholas J. Pritzker; James Monsees


Source: https://www.industrydocuments.ucsf.edu/docs/fnmb0301

**Cc:** Timothy Danaher; Handelsman, Hank
**Subject:** RE: Series C Preferred Closing Mechanics

Tim,

I have a couple quick questions from Tao, Craig's team, and Dave Gilboa:

1) Dave: Is the exact amount of the wire $50,000.00? $50,003.80, WHICH WILL BUY 12,988 SHARES
2) Craig's team:
   a) Is the exact amount of the wire $500,000.00? $500,003.34, WHICH WILL BUY 129,871 SHARES
   b) Can you forward the underlying documents to the signature pages? I'LL SEND YOU AN EMAIL THAT YOU CAN FORWARD TO CRAIG – CAN YOU SEND ME HIS EMAIL ADDRESS FOR MY RECORDS
3) Tao: Is the exact amount of the wire $3,000,000.00? $3,000,000.85, WHICH WILL BUY 779,221 SHARES

Please let me know as soon as you are able.

Thanks,
Matt

---

**Matt Bigliardi**
Director of Investments
Tao Capital Partners
1 Letterman Drive
Building C, Suite 420
San Francisco, CA 94129
UCSF
mbigliardi@taocap.com

---

**From:** Nicholas J. Pritzker
**Sent:** Thursday, May 14, 2015 12:57 PM
**To:** James Monsees
**Cc:** Matt Bigliardi; Timothy Danaher; Handelsman, Hank
**Subject:** Re: Series C Preferred Closing Mechanics

Thanks team!

Sent from my iPhone

On May 14, 2015, at 3:46 PM, James Monsees <james@ploom.com> wrote:

Thanks Matt.

On Thu, May 14, 2015 at 9:46 AM Matt Bigliardi <mbigliardi@taocap.com> wrote:
I'm confirming that Tao, Craig, and Dave will fund on Monday.

- Tao [Tao Invest LLC] = $3M
- Craig Robins [CR PAX LLC, a Delaware LLC] = $500K
- Dave Gilboa = $50K

Thanks,
Matt

---


Source: https://www.industrydocuments.ucsf.edu/docs/fnmb0301

**Matt Bigliardi**
Director of Investments
Tao Capital Partners
1 Letterman Drive
Building C, Suite 420
San Francisco, CA 94129
UCSF
mbigliardi@taocap.com

---

**From:** Matt Bigliardi
**Sent:** Wednesday, May 13, 2015 9:29 PM
**To:** 'Timothy Danaher'; Nicholas J. Pritzker; Handelsman, Hank
**Cc:** James Monsees
**Subject:** RE: Series C Preferred Closing Mechanics

Tim,

Thanks for your email. I'm confirming that Tao will fund on Monday. I'll coordinate with Craig and Dave to have them fund on Monday.

Thanks again,
Matt

**Matt Bigliardi**
Director of Investments
Tao Capital Partners
1 Letterman Drive
Building C, Suite 420
San Francisco, CA 94129
UCSF
mbigliardi@taocap.com

---

**From:** Timothy Danaher [mailto:tim@ploom.com]
**Sent:** Wednesday, May 13, 2015 7:52 PM
**To:** Nicholas J. Pritzker; Handelsman, Hank
**Cc:** James Monsees; Matt Bigliardi
**Subject:** Series C Preferred Closing Mechanics

Nick & Hank,

As we look to close the round, I wanted to circle up with you regarding closing mechanics for the remaining funding. Below are the current allocations we have for outstanding funding (obviously excludes Fidelity and also excludes Valor and Grassy Greek, which James and I are handling).

§ Nick's pro rata - $3MM

§ Thomas Toepke Group - $900K

§ Chris Bancroft - $500K

§ Craig Robins Family - $250K

§ Dave Gilboa - $50K

I understand that you guys are going to discuss the allocations between Thomas Toepke and Craig Robins. Let me


Source: https://www.industrydocuments.ucsf.edu/docs/fnmb0301

know, if any changes come out of your discussions.

My suggestion is that we send the updated disclosure schedules and Subscription Agreement (see attachments). The updated disclosure schedules disclose the pending upsizing and investment by an Institutional Investor (see page 1 under Section 2.3, if you'd like to see how we've done this).

We should also let them know that we have a hard closing date of next Tuesday, 5/19, but ideally they would fund by Friday or next Monday (note, the Subscription Agreement references a Tuesday, 5/19 deadline). I believe it is important to put a hard date out there as the closing mechanics get more complicated, if this money is not funded before Fidelity closes. This is due to the fact that we can't amend the SPA without everyone's consent. So, we've sent Fidelity a new SPA along with new disclosure schedules and amendments to the other docs. That being said, if we closed with one of the above investors post the Fidelity investment, they can't sign joinders to the old SPA because that is now superseded by the new SPA. There are of course workarounds, but they simply become more complicated.

Can you either pass these along to your respective individuals or let me know if I should handle directly (note, I don't believe I have an email for Craig Robins or Dave Gilboa).

Let me know your thoughts.

Thanks,

Tim


Source: https://www.industrydocuments.ucsf.edu/docs/fnmb0301