**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** "Pritzker, Nick" <[redacted]>
**Subject:** Re:
**Date:** Sat, 06 Jun 2009 17:33:07 +0000

---

brain ,, is different than mind,, - conciousness, is too wishy washy. intelligence, both natural and artificial? ,, anthropological,, each has its best proponents

On Sat, Jun 6, 2009 at 1:30 PM, Pritzker, Nick <[redacted]> wrote:

> Looking forward to having you back in circulation! So if the conference is july 25 can you come? What are your favourite books/thinkers on brain science?
>
> ---
>
> **From**: Jeffrey Epstein
> **To**: Pritzker, Nick
> **Sent**: Sat Jun 06 12:09:09 2009
> **Subject**: Re:
>
> i could watch it on skype or a web cast,, i'll be in my house. i check out of my present accomodations on july 22
>
> On Sat, Jun 6, 2009 at 12:57 PM, Pritzker, Nick <[redacted]> wrote:
>
>> any chance you can break free (if you pardon the expression) and come?? I can only come if it's on of several weekends in July/August, so I'm hoping it works out. Quite a group..........
>>
>> ---
>>
>> **From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
>> **Sent:** Saturday, June 06, 2009 11:39 AM
>> **To:** Pritzker, Nick
>> **Subject:**
>>
>> i'm following the brockman master class,, sounds great

**To:** Jeffrey Epstein[jeevacation@gmail.com]
**From:** Pritzker, Nick
**Sent:** Thur 10/8/2009 3:15:31 PM
**Subject:** RE: Re:

just got back from France: hiking, biking and visiting my daughter and her family living in Paris for the year.
I'm interested in renewable energy technology (following my love affair with my Tesla for the past 18 months, and investment in the company. I'm also about to buy an amazing electric bicycle www.pimobility.com, although I'm not about to invest in the company..........
spending a lot of time on the west coast with our children. My sons started a business in SF www.neonmonster.com they are selling comics, designer toys, vinyl records and art. they have a booth in the design district during Art Basel this year: I'll be in Miami around then if you're going to be in Florida.
What's up with you?

---

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Thursday, October 08, 2009 07:59 AM
**To:** Pritzker, Nick
**Subject:** Re:

i was wondering what you were up to?

On Thu, Oct 8, 2009 at 8:26 AM, Pritzker, Nick [redacted] wrote:

What would you like to test?

---

**From**: Jeffrey Epstein
**To**: Jeffrey Epstein
**Sent**: Thu Oct 08 05:53:26 2009
**Subject**:
test

--
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

--
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

**To:** Jeffrey Epstein[jeevacation@gmail.com]
**From:** Pritzker, Nick
**Sent:** Fri 12/18/2009 1:33:55 AM
**Subject:** RE:

no problem. I'll look after her. I'm only hosting a dinner, and Maria was kind enough to book our new hotel......they will give her a good deal. You can't make it? When? n

---

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Thursday, December 17, 2009 07:17 PM
**To:** Pritzker, Nick
**Subject:**

are you going to be at that physics conference in l,a, . I know you are sponsoring. maria was kind enough to invite the daughter of Jes Staley, my good friend from jpm. if you are there please take good care of her/ thanks

--
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

**To:** jeevacation@gmail.com[jeevacation@gmail.com]; jeevacation@gmail.com[jeevacation@gmail.com]
**From:** Pritzker, Nick
**Sent:** Thur 7/14/2011 7:23:05 PM
**Subject:** Re: Brockman

Going to be in SF after sunday? You know I'm spending a lot of time there now.

---

**From**: Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent**: Thursday, July 14, 2011 02:19 PM
**To**: Pritzker, Nick
**Subject**: Re: Brockman

and to dinner on sunday, really looking forward to catching up

On Thu, Jul 14, 2011 at 3:16 PM, Pritzker, Nick [redacted]> wrote:

Oh that will be good! See you then!

---

**From**: Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent**: Thursday, July 14, 2011 02:15 PM
**To**: Pritzker, Nick
**Subject**: Re: Brockman

yup

On Thu, Jul 14, 2011 at 3:14 PM, Pritzker, Nick [redacted]> wrote:

Are you really coming to napa??

--
*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Richard Merkin <rmerkin@ca.rr.com>
**Subject:** dinner sf sunday
**Date:** Thu, 14 Jul 2011 16:41:52 +0000

---

1. John Brockman
2. Katinka Matson
3. Max Brockman
4. Jennie Ripps
5. Stewart Brand
6. Ryan Phelan
7. Leda Cosmides
8. Chris DiBona
9. George Dyson
10. Jeffrey Epstein
11. [redacted]
12. Tony Fadell
13. Danielle Lambert
14. Alison Gopnik
15. Jennifer Jacquet
16. Daniel Kahneman
17. Kevin Kelly
18. Brian Knutson
19. Jaron Lanier
20. John Markoff
21. Sean Parker
22. Alexandra Lenas
23. Steven Pinker
24. Nick Pritzker
25. Mrs. Nick Pritzker
26. Alvy Ray Smith
27. Ronna Tanenbaum
28. Michael Horning
29. John Tooby
30. Nike Tooby
31. Anne Treisman
32. Evan Williams
33. Sara Morishege
34. Eva Wisten

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by

return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

**From:** [redacted]>
**To:** "Nicholas J. Pritzker" <[redacted]>
**Subject:** Re: Jeffrey Epstein-Hyatt in San Fran?
**Date:** Tue, 31 Jul 2012 17:56:02 +0000

---

will do!  (and I have changed your email and phone in my contacts!)

On Jul 31, 2012, at 1:51 PM, Nicholas J. Pritzker wrote:

> Tell him as soon as the Grand is finished it will be his home in SF!
>
> Please note I have a new email address [redacted] and a new office phone [redacted]
>
> -----Original Message-----
> From: [redacted] [mailto:[redacted]]
> Sent: Tuesday, July 31, 2012 12:50 PM
> To: Nicholas J. Pritzker
> Subject: Re: Jeffrey Epstein-Hyatt in San Fran?
>
> thank you so much for your email and your honesty!  I will let Jeffrey know and get back to you (re hotel and his availability while in San Fran!)
>
>
> On Jul 31, 2012, at 1:45 PM, Nicholas J. Pritzker wrote:
>
>> Leslie: we do NOT have a great Hyatt in SF.  The Grand is under renovation, and will be great when it's done.  Honestly, I wouldn't recommend it now.  I'd suggest the St. Regis, Four Seasons, maybe the Ritz in that order,  depending on the location he wants.  Surprisingly, not great 5 star hotels in this town.  If he DOES want to stay at the Grand, we should be able to get him a great room...........
>> Is he available while he's in SF? I'll be in the city most of that time. nick
>>
>> Please note I have a new email address [redacted] and a new office phone [redacted]
>>
>> -----Original Message-----
>> From: [redacted] [mailto:[redacted]]
>> Sent: Tuesday, July 31, 2012 12:33 PM
>> To: Global Hyatt Corp. Pritzker Nick
>> Subject: Jeffrey Epstein-Hyatt in San Fran?
>>
>> Hello Nick.  Hope you are well.
>>
>> Jeffrey Epstein will be heading to San Francisco for the nights of Aug. 5,6,7 (out on the 8th) and he is asking if you might have a great Hyatt there...he would need two double rooms...might you be able to be of assistance?
>>
>> Please let me know!
>>
>> Thanks so very much,
>> [redacted]
>> Assistant to Jeffrey Epstein
>> [redacted]
>

**To:** Pritzker, Nick[redacted]
**From:** Jeffrey Epstein
**Sent:** Fri 9/21/2012 6:04:22 AM

your musk boys told me you are in town come see me, sat? sun?

--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

**To:** jeevacation@gmail.com[jeevacation@gmail.com]; Epstein Jeffrey[jeevacation@gmail.com]
**Cc:** [redacted]
**From:** Lesley Groff
**Sent:** Fri 9/21/2012 7:30:14 PM
**Subject:** 1:00 Sunday [redacted]/Nick

[redacted] was coming at 1pm on Sunday…is it ok if the Nick Pritzker meeting comes through to have them both come at 1pm?

**Sept. 23, 2012 Sunday-NY**

12:00 Appt w/Leon Black [redacted]) LUNCH??

1:00 TENTATIVE Appt w/Nick Pritzker ([redacted])

1:00 Appt w/[redacted] ([redacted]) [redacted]

7:00 Dinner w/Mohamed Waheedh ([redacted])
Assistant: ([redacted])

**To:** [redacted] Nicholas J.Pritzker[redacted]
**From:** "Craig Robins [redacted]
**Sent:** Wed 1/22/2014 7:27:45 PM
**Subject:** Re: Jeffrey Epstein

Thank you [redacted] C

**Craig Robins**
President

[redacted]

www.dacra.com
An innovative real estate development company committed to cultivating vibrant and prosperous communities while integrating design, architecture, and public art.

**From:** Lesley Groff [redacted]
**Date:** Wednesday, January 22, 2014 at 1:48 PM
**To:** Nick Pritzker [redacted]
**Cc:** CRAIG ROBINS [redacted]
**Subject:** Re: Jeffrey Epstein

HI Nick and Craig…I have the details of the dinner this Sunday, Jan. 26th to pass along! Dinner will start at 7:30pm in a private room at Ristorante Morini:

***Ristorante Morini***

[redacted]

Please confirm back receipt…thanks! Lesley

On Jan 21, 2014, at 3:38 PM, Nicholas J. Pritzker [redacted] wrote:

> The host with the most. Thanks!

Sent from my iPhone

On Jan 21, 2014, at 9:42 AM, [redacted] wrote:

I'm not sure if the dinner will be held at Jeffrey's home or in a private room at a restaurant! We are still hammering out the details...I will get back to you with the specifics as the date approaches...

On Jan 21, 2014, at 12:40 PM, "Nicholas J. Pritzker" [redacted] wrote:

That address gain pls?

Sent from my iPhone

On Jan 21, 2014, at 8:45 AM, [redacted] wrote:

not a problem! At the moment, we have the dinner scheduled for 7:30...

On Jan 21, 2014, at 11:43 AM, "Nicholas J. Pritzker" [redacted] wrote:

Thanks l[redacted] Btw I can't get there until around 7. Hope that works.

Sent from my iPhone

On Jan 21, 2014, at 8:12 AM, [redacted] wrote:

Hello Nick...It will be fine for you to bring your friend, Craig Robins, to the dinner with Jeffrey on Jan. 26th. We are still fine tuning the details...will be back to you shortly with more info!

Thanks,
[redacted]
Assistant to Jeffrey Epstein
[redacted]

-

**From:** Lesley Groff [redacted]
**Sent:** Tuesday, January 21, 2014 11:26 PM
**To:** Jeffrey Epstein
**Subject:** Dinner Guests for Sun Jan. 26th

Jeffrey
Woody Allen
Soon Yi
Tim Zagat
Nina Zagat
Bobby Slayton
David Brenner
Nick Pritzker
Craig Robins (Nick's friend)
David Blaine
Steve Hanson
Martin Nowak
Jes Staley
Leon Botstein
Sarah and Brian to stop by...

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
<key>date-last-viewed</key>
<real>0.0</real>
<key>date-received</key>
<real>1390346738</real>
<key>flags</key>
<integer>8590195717</integer>
<key>gmail-label-ids</key>
<array>
<integer>5</integer>
<integer>18</integer>
</array>
<key>original-mailbox</key>
<string>imap://jeevacation@imap.gmail.com/%5BGmail%5D/All%20Mail</string>
<key>remote-id</key>
<string>382246</string>
</dict>
</plist>

**From:** Lesley Groff <[redacted]>
**To:** "Nicholas J. Pritzker" <[redacted]>
**Cc:** Craig Robins <[redacted]>
**Subject:** Re: science
**Date:** Tue, 28 Jan 2014 13:42:26 +0000

---

Terrific

Sent from my iPhone

On Jan 28, 2014, at 8:39 AM, "Nicholas J. Pritzker" <[redacted]> wrote:

We shall be there.

Sent from my iPhone

On Jan 28, 2014, at 7:48 AM, "Lesley Groff" <[redacted]> wrote:

Good morning! Just reconfirming you will come see Jeffrey along with Craig at 9:30 this morning.

9 East 71st Street between 5th and Madison

Thanks, Lesley

Sent from my iPhone

On Jan 27, 2014, at 3:46 PM, "Nicholas J. Pritzker" <[redacted]> wrote:

Can craig and I come over say 930AM tomorrow Tuesday? If that doesn't work I'll have to check Wednesday times.........

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, January 27, 2014 9:21 AM
**To:** Nicholas J. Pritzker; Lesley Groff
**Subject:** Re: science

please coordinate with lesley anytime i am free, ok with me,
[redacted]
---------- Forwarded message ----------
From: **Nicholas J. Pritzker** <[redacted]>
Date: Mon, Jan 27, 2014 at 12:17 PM
Subject: RE: science
To: Jeffrey Epstein <jeevacation@gmail.com>

Can't do that, today's overbooked.............what's your schedule like tomorrow?

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, January 27, 2014 9:16 AM

**To:** Nicholas J. Pritzker
**Subject:** Re: science

want to come by today? 530?

On Mon, Jan 27, 2014 at 12:12 PM, Nicholas J. Pritzker <[redacted]> wrote:
I'm in NY until Wednesday night with some free time tomorrow. After that I'm not sure, but I will try to coordinate.
I'd love to come down to the islands if I can figure out the sched............

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, January 27, 2014 8:57 AM
**To:** Nicholas J. Pritzker
**Subject:** Re: science

when are you back in ny? or caribean?

On Mon, Jan 27, 2014 at 11:52 AM, Nicholas J. Pritzker <[redacted]> wrote:
Jeffrey: thanks for another amazing dinner. I hope to see you sometime when we can actually string two sentences together.
I'm also sick to sending money to institutions to see them fail to follow through in an efficient manner (although so far the Molecular Engineering program at UC seems to be brilliantly executed: Zimmer and his team, including the new Provost who is a good friend and was head of Argonne are exceptional….for now).
Have any ideas for setting up something that could be truly effective long-term? One of my problems (among many) is that I'm ok at setting things up, but terrible at follow-up and administration. For example, Clean Energy Trust seems to be doing great, and we have two younger directors who have taken the lead, but I just have no patience for administrative details, and I know long term I inevitably rely on others to maintain the vision and provide direction and oversight.
Let me know if you have any thoughts about this…………….
In addition to the ones you know such as Tesla and Solar City which are now public, and Spacex, Deep Mind and Uber, where non-insider investments are not being sought as far as I know, here are some of the companies that we have invested in recently, all of which will be raising at least some additional capital before IPO or sale (god willing), although I cannot speak to whatever the valuations will be at the time. My cousin Tom really doesn't like venture and wants to control his investments. I don't mind others controlling, as long as we are following really smart people into deals, especially when we can invest not through expensive funds but as co-investors: that has been working for us so far………..
www.ploom.com this vaporizer company is owned 15% by us, 25% by Japan Tobacco International. Really interesting technology, huge rising market. They will be raising another, hopefully final round soon.
www.proterra.com the only viable electric bus company (for now): it's compelling, but dealing with governments is……….well, you know…………..Maybe looking for a couple million more in this round, within the next month, and there may well be another although I hope it's at an increased valuation
www.aquion.com an amazing battery technology: low energy density, low cost, recyclable, non-toxic, non-volatile. But an area that everyone is trying to break open. We are betting that this company is a survivor. Another round coming early 2015.
More to come: personally, I love this shit: bet on technologies that HAVE to change the world. It feels good, especially when they actually make money!
What we really need to get a better handle on are long managers and hedge funds: I have little interest in this, but we need to get better performance: my son in law will be overseeing our efforts in this area (I hope), although his inclination is to index everything and look for alpha in directs. I have to believe that some people can earn their fees in the market……………you think?
Talk soon, thanks again. nick

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved
lets

**From:** Lesley Groff <[redacted]>
**Sent:** Tuesday, January 28, 2014 2:31 PM
**To:** Jeffrey Epstein
**Subject:** Craig Robins is here...Nick should be here soon

<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
<key>date-last-viewed</key>
<integer>0</integer>
<key>date-received</key>
<integer>1390919445</integer>
<key>date-sent</key>
<integer>1390919443</integer>
<key>flags</key>
<integer>8590195713</integer>
<key>gmail-label-ids</key>
<array>
<integer>4</integer>
<integer>15</integer>
</array>
<key>original-mailbox</key>
<string>imap://jeevacation@imap.gmail.com/%5BGmail%5D/All%20Mail</string>
<key>remote-id</key>
<string>384093</string>
<key>subject</key>
<string>Craig Robins is hereâ€¦Nick should be here soon</string> </dict> </plist>