**To:** Jeffrey Epstein[jeevacation@gmail.com]
**From:** Pritzker, Nick
**Sent:** Wed 7/22/2009 9:26:07 PM
**Subject:** RE: Re:

I'm not going to be able to get down that way for a while: bouncing between chicago and the west coast, and a flurry of travel starting september (france, brazil, cabo.......tough life..........) I'm really happy you are OUT, and looking forward to seeing you when possible. n

---

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Wednesday, July 22, 2009 08:05 AM
**To:** Pritzker, Nick
**Subject:** Re:

fl

On Wed, Jul 22, 2009 at 9:03 AM, Pritzker, Nick <[redacted]> wrote:

Let me know your schedule. Are you still in florida home or ny?

---

**From**: Jeffrey Epstein
**To**: Pritzker, Nick
**Sent**: Wed Jul 22 08:02:39 2009
**Subject**: Re:
not until sept

On Wed, Jul 22, 2009 at 9:02 AM, Pritzker, Nick <[redacted]> wrote:

Yes!
Congratulations. Let's celebrate!
Coming to LA?

---

**From**: Jeffrey Epstein
**Sent**: Wed Jul 22 07:36:16 2009
**Subject**:
free and home