Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
Fla Bar No. 98522
1212 SE Third Avenue
Fort Lauderdale, FL 33316
Tel: (954) 467-8800
scott@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jgdanski@schlesingerlaw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICE, AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to**<br><br>*Erin NesSmith et al. v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-06344-WHO<br><br>*Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927-WHO<br><br>*Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928-WHO<br><br>*Matthew Tortorici v. Juul Labs, Inc., et al.* Case No. 3:20-cv-03847-WHO<br><br>*Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850-WHO<br><br>*Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882-WHO<br><br>*Jennifer Lane et al. v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661-WHO | Case No. 3:19-md-02913-WHO<br><br>**Declaration of Jeffrey L. Haberman in Support of Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality**<br><br>Re: Dkt. Nos. 308 & 1282 (No. 3:19-md-02913-WHO)<br><br>Hearing: November 4, 2026<br>Time: 2:00 pm<br>Department: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

1. I, Jeffrey L. Haberman, am over eighteen years of age and am competent to testify to the facts stated herein. The facts set forth in this Declaration are from my personal knowledge.

2. I am counsel for the Plaintiffs in the above-captioned matter, and I submit this Declaration in support of Plaintiffs Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality.

3. Attached hereto as Exhibit A is a true and correct copy of an opinion dated June 19, 2023 in the matter of *United States v. Philip Morris USA Inc. et al*, No. 1:99-cv-02496 (PLF) (D.D.C. June 19, 2023) (ECF. No. 6526), which required the publication of the documents the Altria Defendants produced in this MDL.

Dated: September 24, 2026

Respectfully submitted,

s/Jeffrey L. Haberman

Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
Fla Bar No. 98522
1212 SE Third Avenue
Fort Lauderdale, FL 33316
Tel: (954) 467-8800
scott@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jgdanski@schlesingerlaw.com