Scott P. Schlesinger
Jeffrey L. Haberman
Jonathan R. Gdanski
SCHLESINGER LAW OFFICES, P.A.
Fla Bar No. 98522
1212 SE Third Avenue
Fort Lauderdale, FL 33316
Tel: (954) 467-8800
scott@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jgdanski@schlesingerlaw.com

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Erin NesSmith et al. v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-06344-WHO

*Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927-WHO

*Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928-WHO

*Matthew Tortorici v. Juul Labs, Inc., et al.* Case No. 3:20-cv-03847-WHO

*Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850-WHO

*Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882-WHO

*Jennifer Lane et al. v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661-WHO

Case No. 3:19-md-02913 (WHO)

Hon. William H. Orrick

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY (DE 4518), MOTION TO MODIFY PROTECTIVE ORDER AND REQUIRE DEFENDANTS TO SHOW GOOD CAUSE FOR CONTINUED CONFIDENTIALITY WITH MEMORANDUM OF LAW**

Please take notice that Plaintiffs hereby withdrawal the Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality with Memorandum of Law filed on September 23, 2026, Docket Entry 4518. This document did not contain the correct hearing date and should be stricken. Plaintiffs re-filed the motion on September 24, 2026, Docket Entry 4519, which corrected the hearing date.

Dated October 7, 2026

Respectfully submitted,

*/s/Jeffrey L. Haberman*

Jeffrey L. Haberman
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the Clerk of Court by CM/ECF, which will notify all counsel and parties of record.

*s/Jeffrey L. Haberman*
Jeffrey L. Haberman