Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

**This Document Relates to**

*Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO

*Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927-WHO

*Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928-WHO

*Matthew Tortorici v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03847-WHO

*Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850-WHO

*Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882-WHO

*Jennifer Lane et al. v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661-WHO

Case No. 3:19-md-02913-WHO

**Declaration of Timothy S. Danninger in Support of Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality**

Re: Dkt. No. 4521 (No. 3:19-md-02913-WHO)

Hearing: November 4, 2026, at 2:00 p.m.
Department: Courtroom 2, 17th Floor
Judge: Hon. William H. Orrick

I, Timothy S. Danninger, declare and state as follows:

1. I am an attorney at the law firm of Gunster, Yoakley & Stewart, P.A., and counsel for Defendant Juul Labs, Inc. ("JLI") in the above-captioned action. I am licensed to practice law in Florida and am admitted *pro hac vice* before the United States District Court for the Northern District of California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this declaration in support of Defendant' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Response in Opposition to Defendants' Motion for Entry of Protective Order, *McKnight v. Juul Labs, Inc., et al.*, No. 2020-CA-001116-O (Fla. 9th Cir. Ct.), filed February 12, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Response in Opposition to Defendants' Motion for Entry of Protective Order, Plaintiffs' Response to Defendants' Motion for Protective Order, *Shapiro v. Juul Labs, Inc., et al.*, No. CACE-19-010866 (Fla. 17th Cir. Ct.), filed May 1, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Status Conference Order, *Fay v. Juul Labs, Inc., et al.*, No. 159047/2019 (N.Y. Sup. Ct.), filed October 7, 2026.

6. Attached hereto as **Exhibit D** is a true and correct copy of select JUUL Labs, Inc. vaporizer engineering schematics, with designated Bates range JLI42297900 – JLI42297956.

7. Attached hereto as **Exhibit E** is a true and correct copy of select JUUL Labs, Inc. product design drawings, with designated Bates number JLI42421666.

8. Attached hereto as **Exhibit F** is a true and correct copy of JUUL Labs, Inc.'s December 18, 2025 e-liquid ingredients and sources list from Alternative Ingredients, Inc., with designated Bates number JLI00511791.

9. Attached hereto as **Exhibit G** is a true and correct copy of JUUL Labs, Inc.'s December 18, 2018 Meeting Information Package for Premarket Tobacco Product Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of October, 2026 in Los Angeles, California.

/s/ *Timothy S. Danninger*
Timothy S. Danninger
Attorney for Juul Labs, Inc.
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com