# Exhibit C

## SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

Kaitlyn Fay

- vs -

Juul Labs, Inc.

Index No. 159047/2019

Appearance No. ____________

IAS Part 12

**STATUS CONFERENCE ORDER**

On September 16, 20 26 a conference was held in this case. The parties appeared as follows:

Plaintiff(s) Kaitlyn Fay by J. Haberman, J. Reardon
Kathryn Fay by "
Ian Fay by "

Defendant(s) Juul Labs, Inc. by T. McGinn
Altria Defs. by M. Walden, A. Luk
Huh, Pritzker, Valani, Bowen by M. Porolny
Monsees by W. Foley

The Court has considered the status of this case [and determined that the Court's order of ____________, 20_____ has not been complied with in that ] ____________

Accordingly, it is ORDERED that Defendants shall provide their proposed order governing electronically stored information, in the form previously provided to plaintiffs, to the Court for review and entry.

Plaintiffs shall search Plaintiff Kaitlyn Fay's Kik (kaitlynfayy), Instagram (Kaitlynfay92), and TikTok (kaitlynfayy) accounts, including non-public messages, for documents responsive to Defendants' requests for production.

STATUS CONFERENCE ORDER

Index No. 159047/2019 Case Fay v. Juul Labs, Inc., et al.

Within two weeks, Plaintiffs shall (1) update their privilege log to include recipients omitted from their prior log, (2) provide additional information Defendants have requested regarding search terms with high hit counts and low production volumes, and (3) address the issues Defendants have identified with regard to Plaintiffs' Snapchat, GroupMe, and Instagram productions.

Plaintiffs will propose dates for deposition of Aiden Fay.

Plaintiffs will update their responses to Altria's requests for production, including to reflect Kaitlyn Fay no longer seeks damages for lost wages, within 30 days.

The individual defendants do not waive personal jurisdiction objections by participating in discovery. All jurisdictional objections are expressly preserved.

**Absent good cause shown, any discovery issues not raised herein will be deemed waived. All dispositive motions must be filed within ___ days of the note of issue.**

**Failure to comply with these directives may result in the imposition of costs or sanctions including dismissal or default judgment. Dates set forth may not be extended or adjourned except with advance approval of the Court.**

SC: __________

NOI: __________

SO ORDERED:

Dated: __________ __________ J.S.C.

STATUS CONFERENCE ORDER

Index No. 159047/2019 Case Fay v. Juul Labs, Inc., et al.

The Court grants Defendants leave to file their motion for a protective order. The return date for the motion is December 18, 2026. Defendant shall file the motion on or before October 19, 2026; Plaintiffs shall file their opposition on or before November 20, 2026; Defendants shall file their reply on or before December 18, 2026.

**Absent good cause shown, any discovery issues not raised herein will be deemed waived. All dispositive motions must be filed within 60 days of the note of issue.**

**Failure to comply with these directives may result in the imposition of costs or sanctions including dismissal or default judgment. Dates set forth may not be extended or adjourned except with advance approval of the Court.**

SC: 12/16/2026

NOI: 1/29/2027

SO ORDERED:

Dated: 9/16/2026 ______________________, *J.S.C.*

**HON. LESLIE A. STROTH**
**J.S.C.**