# Exhibit D

# PROVISIONALLY FILED UNDER SEAL