# Exhibit E

# PROVISIONALLY FILED UNDER SEAL