# Exhibit F

# PROVISIONALLY FILED UNDER SEAL