# Exhibit G

# PROVISIONALLY FILED UNDER SEAL