Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to**<br><br>*Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO<br><br>*Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927-WHO<br><br>*Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928-WHO<br><br>*Matthew Tortorici v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03847-WHO<br><br>*Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850-WHO<br><br>*Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882-WHO<br><br>*Jennifer Lane et al. v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661-WHO | Case No. 3:19-md-02913-WHO<br><br>**Administrative Motion to File Under Seal Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality**<br><br>Re: Dkt. No. 4522 (No. 3:19-md-02913-WHO) |

TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants will and hereby do move the Court, pursuant to Civil Local Rule 79-5, for an administrative order to file under seal portions of Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality (ECF No. 4522). Defendants file this motion pursuant to the Amended Protective Order (Dkt. No. 1282) and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5 and 7-11(c), no hearing date has been set.

Paragraph 58 of the Amended Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential or highly confidential ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Dkt. No. 1282 at ¶ 58.

Defendant Juul Labs, Inc. ("JLI") has designated materials referred to in Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality as confidential, highly confidential, or highly confidential – outside counsel only under the Amended Protective Order (Dkt. 1282).

As required by Civil Local Rule 79-d(d)(1), the following attachments accompany this motion:

1. The Declaration of Timothy J. McGinn in Support of Defendants' Administrative Motion to Seal;
2. A Proposed Order Granting Administrative Motion to File Under Seal Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality (ECF No. 4522).

3. A Sealed Version Exhibit D, JUUL Labs, Inc. vaporizer engineering schematics, with designated Bates range JLI42297900 – JLI42297956;
4. A Sealed Version Exhibit E, JUUL Labs, Inc. product design drawings, with designated Bates number JLI42421666;
5. A Sealed Version Exhibit F, JUUL Labs, Inc.'s December 18, 2025 e-liquid ingredients and sources list from Alternative Ingredients, Inc., with designated Bates number JLI00511791; and
6. A Sealed Version Exhibit G, JUUL Labs, Inc.'s December 18, 2018 Meeting Information Package for Premarket Tobacco Product Application, designated Bates range JLI21624179 - JLI21624282.

Date: October 8, 2026

/s/ *Timothy S. Danninger*
Timothy S. Danninger
Timothy J. McGinn
Attorneys for Juul Labs, Inc.
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically served the foregoing Administrative Motion to File Under Seal Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality on all counsel of record in this action using the CM/ECF system.

/s/ *Timothy S. Danninger*
Timothy S. Danninger