Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

**This Document Relates to**

*Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO

*Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927-WHO

*Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928-WHO

*Matthew Tortorici v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03847-WHO

*Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850-WHO

*Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882-WHO

*Jennifer Lane et al. v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661-WHO

Case No. 3:19-md-02913-WHO

**Declaration of Timothy S. Danninger in Support of Administrative Motion to File Under Seal Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality**

Re: Dkt. No. 4522 (No. 3:19-md-02913-WHO)

I, Timothy S. Danninger, declare as follows:

1. I am an attorney at the law firm Gunster, Yoakley & Stewart, P.A., counsel for Defendant Juul Labs, Inc. in the above-captioned action. I am admitted to practice before this Court pro hac vice. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.
2. I submit this declaration in accordance with Civil Local Rule 79-5(d)(1)(A) in support of Defendant JLI's Administrative Motion to File Under Seal Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality.
3. Defendant JLI has designated certain exhibits to its Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality as confidential, highly confidential, or highly confidential – outside counsel only under the Amended Protective Order (Dkt. 1282).
4. Paragraph 58 of the Amended Protective Order prohibits a party from filing in the public record any disclosure or discovery material that is designated as confidential or highly confidential ("Protected Material") without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Dkt. No. 1282 at ¶ 58.
5. Attached to Defendant JLI's Motion to Seal as Exhibit 1 is a true and correct copy of the following exhibits which contains the following material designated by Defendant JLI as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL," or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY":

| Document | Description | Designating Party | Designation |
|---|---|---|---|
| Exhibit D | JUUL Labs, Inc. vaporizer engineering schematics, with designated Bates range JLI42297900 – JLI42297956 | Juul Labs, Inc. | CONFIDENTIAL |
| Exhibit E | JUUL Labs, Inc. product design drawings, with designated Bates number JLI42421666 | Juul Labs, Inc. | CONFIDENTIAL |
| Exhibit F | JUUL Labs, Inc.'s December 18, 2025 e-liquid ingredients and sources list from Alternative Ingredients, Inc., with designated Bates number JLI00511791 | Juul Labs, Inc. | HIGHLY CONFIDENTIAL |
| Exhibit G | JUUL Labs, Inc.'s December 18, 2018 Meeting Information Package for Premarket Tobacco Product Application, designated Bates range JLI21624179 - JLI21624282 | Juul Labs, Inc. | HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY |

6. Because the exhibits are filed in support of a nondispositive motion, a good cause showing suffices to maintain the documents under seal. *See Software Rights Archive, LLC v. Facebook, Inc.*, 485 F. Supp. 3d 1096, 1113 (N.D. Cal. 2020).
7. There is good cause to maintain the confidentiality of Exhibits D-G.
8. Exhibits D and E are confidential engineering schematics and contain commercially sensitive business information regarding the specifics of JLI's product and its engineering specifications from which JLI derives competitive value by nature of the information not being publicly known.
9. Exhibit F reflects confidential information concerning product formula components for one of JLI's products from which JLI derives competitive value by nature of the information not being publicly known.

10. Exhibit G reflects confidential information provided to the United States Food and Drug Administration as part of JLI's Premarket Tobacco Product Application and is information from which JLI derives economic advantage by nature of it not being publicly known.

11. The material JLI seeks to keep under seal is narrowly tailored to protect JLI's confidential information. JLI does not seek to seal any portion of Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality, including the portions of the brief that cite to the exhibits JLI seeks to seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of October, 2026 in Los Angeles, California.

Date: October 8, 2026

/s/ *Timothy S. Danninger*
Timothy S. Danninger
Attorneys for Juul Labs, Inc.
**GUNSTER, YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com

*Attorney for Defendant Juul Labs, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically served the foregoing Declaration of Timothy S. Danninger in Support of Administrative Motion to File Under Seal Certain Exhibits to Defendants' Opposition to Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality on all counsel of record in this action using the CM/ECF system.

/s/ *Timothy S. Danninger*
Timothy S. Danninger