Scott P. Schlesinger (*pro hac vice*)
Jeffrey L. Haberman (*pro hac vice*)
Jonathan R. Gdanski (*pro hac vice*)
SCHLESINGER LAW OFFICES, P.A.
Fla Bar No. 98522
1212 SE Third Avenue
Fort Lauderdale, FL 33316
Tel: (954) 467-8800
scott@schlesingerlaw.com
jhaberman@schlesingerlaw.com
jgdanski@schlesingerlaw.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICE, AND PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Erin NesSmith et al. v. Juul Labs, Inc. et al.*, Case No. 3:19-cv-06344-WHO

*Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927-WHO

*Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928-WHO

*Matthew Tortorici v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03847-WHO

*Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850-WHO

*Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882-WHO

*Jennifer Lane et al. v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661-WHO

Case No. 3:19-md-02913-WHO

**DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO MODIFY PROTECTIVE ORDER AND REQUIRE DEFENDANTS TO SHOW GOOD CAUSE FOR CONTINUED CONFIDENTIALITY**

Hearing: November 4, 2026
Time: 2:00 p.m.
Department: Courtroom 2, 17th Floor
Judge: Hon. William H. Orrick

1. I, Jeffrey L. Haberman, am over eighteen years of age and am competent to testify to the facts stated herein. The facts set forth in this Declaration are from my personal knowledge.

2. I am counsel for the Plaintiffs in the above-captioned matter, and I submit this Declaration in support of Plaintiffs' Reply in Support of Motion to Modify Protective Order and Require Defendants to Show Cause for Continued Confidentiality.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Letter from Chris Shaffer, University Librarian, UCSF Library, to Honorable William H. Orrick, dated October 14, 2026.

4. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2026, in Fort Lauderdale, Florida.

*s/ Jeffrey L. Haberman*
Jeffrey L. Haberman