UCSF
University of California
San Francisco

**Library**

530 Parnassus Avenue
Box 0840
San Francisco, CA 94143

**Chris Shaffer, MS, AHIP**

University Librarian
Assistant Vice Chancellor, Academic Information Management
Adjunct Professor, Department of Medicine, School of Medicine

chris.shaffer@ucsf.edu
415-476-5557
www.library.ucsf.edu

October 14, 2026

Judge William H. Orrick
United States District Court, Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94102

Dear Judge Orrick,

I am writing on behalf of the UCSF Library and its Industry Documents Library to support the Plaintiffs' Motion to Modify Protective Order and Require Defendants to Show Good Cause for Continued Confidentiality.

There are compelling reasons to modify the protective order to allow depositions, transcripts, and other key documents from the Juul Labs litigation to be made public. We have also reviewed the Defendants' responses in opposition and note that they make little mention of the significance of these documents for public health. As librarians and archivists responsible for managing 20 million tobacco industry documents disclosed through the 1998 Minnesota Litigation Settlement with the tobacco industry, 1998 Master Settlement Agreement, the 2006 RICO order in *U.S. v. Philip Morris*, and subsequent legal proceedings, we have seen the powerful impact that access to documents has had on public health research, education and policy over more than two decades.

Providing free access to documents disclosed in tobacco litigation has supported 1,133 public health publications to date,[1] including peer-reviewed scientific research, policy briefs, investigative journalism, and government reports. Research based on tobacco industry documents contributed to public education campaigns and local, state, national and global legislation, including the US Family Smoking Prevention and Tobacco Control Act, and to the WHO Framework Convention on Tobacco Control, the first global health treaty negotiated under the auspices of the World Health Organization. Many of these publications cite documents which were originally withheld under claims of confidentiality and trade secrets but were later made public. These publications and policies have helped to reduce the burden of smoking-related diseases and are credited with saving millions of lives worldwide.

Our UCSF Industry Documents Library also maintains the Juul Labs Collection of 5 million documents which have been disclosed to date. There have been 49,347 total webpage views of these materials since launching the collection in January 2024, showing steady and increasing interest in the documents across our research communities.

If additional documents are made public through a modified protective order, UCSF proposes to add them to our existing archive, following our archival practices and policies to safeguard individual privacy while ensuring that data of crucial relevance to public education, research, policy making, litigation, transparency and accountability, remain open.

We respectfully urge the Court to approve the Plaintiffs' Motion and to allow documents to be released for the benefit of the public.

Sincerely,

DocuSigned by:
Chris Shaffer
35E8289381CC449...

Chris Shaffer
University Librarian
Assistant Vice Chancellor, Academic Information Management

---

[1] https://www.industrydocuments.ucsf.edu/tobacco/bibliography