# EXHIBIT A

## O'Hickey, Grant

**From:** Jeffrey L. Haberman <JHaberman@schlesingerlaw.com>
**Sent:** Wednesday, October 14, 2026 11:36
**To:** O'Hickey, Grant
**Cc:** Megan L. Barrett; Jonathan R. Gdanski; Walden, Mike; Wulfe, Lauren S.; David E. Kouba; jason.ross; rfolio; Horvath, Tiffany P S.; Reinbold, Derek C.; Kevin Calia; Eugene Illovsky; Askew, Kevin M.; Kramer, James N.; Malone, Catherine; Winawer, Ariel; Danninger, Timothy; Davis, William; Steif, Andrew; McGinn, Timothy; Brittany C. Barron
**Subject:** Re: JLI - Cunningham - Sony Messages

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Grant,

The issue regarding the Sony messages was inadvertently left out of Victoria's declaration that was submitted on September 10. Neither Victoria nor her mother have the Sony PlayStation. Victoria will of course sign an authorization to obtain the messages. We can amend the declaration. Please provide an authorization.

Thanks,
Jeff

SCHLESINGER

**Jeffrey Haberman**
Attorney

1212 Southeast Third Avenue
Fort Lauderdale, Florida 33316
**Office** (954) 467-8800
**Fax** (954) 320-9509
JHaberman@schlesingerlaw.com
**www.SchlesingerLawOffices.com**

***NOTICE:*** *THE CONFIDENTIALITY OF THIS E-MAIL AND ATTACHMENTS ARE PROTECTED BY THE ELECTRONIC COMMUNICATIONS* ***PRIVACY ACT,18 U.S.C. §§ 2510-2521****. IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM & NOTIFY US AT* ***1-877-467-8800.***

---

**From:** O'Hickey, Grant <gohickey@gunster.com>
**Sent:** Tuesday, October 13, 2026 6:03 PM
**To:** Jeffrey L. Haberman <JHaberman@schlesingerlaw.com>
**Cc:** Megan L. Barrett <MBarrett@schlesingerlaw.com>; Jonathan R. Gdanski <JGdanski@schlesingerlaw.com>; Walden, Mike <mike.walden@arnoldporter.com>; Wulfe, Lauren S. <lauren.wulfe@arnoldporter.com>; David E. Kouba <david.kouba@arnoldporter.com>; jason.ross <jason.ross@arnoldporter.com>; rfolio <rfolio@kellogghansen.com>; Horvath, Tiffany P S. <thorvath@kellogghansen.com>; Reinbold, Derek C. <dreinbold@kellogghansen.com>; Kevin Calia <kevin@illovskygates.com>; Eugene Illovsky <eugene@illovskygates.com>; Askew, Kevin M. <kaskew@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Malone, Catherine <cmalone@orrick.com>; Winawer, Ariel <awinawer@orrick.com>; Danninger, Timothy <TDanninger@gunster.com>; Davis, William <WDavis@gunster.com>; Steif, Andrew <ASteif@gunster.com>; McGinn, Timothy <TMcGinn@gunster.com>; Brittany C. Barron

<bbarron@schlesingerlaw.com>
**Subject:** JLI - Cunningham - Sony Messages

Jeff,

Per the Court's order of September 10, Victoria Cunningham was to take reasonable steps to secure her Sony messages by yesterday, October 12, and to keep defendants informed of her progress. Plaintiffs have neither produced the documents nor provided defendants any updates regarding the efforts made to date. Please provide an update by end of business tomorrow, October 14.

Thanks,
Grant

Gunster
**Grant C. O'Hickey** | Associate
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
**p** 904.350.7417 **c** 214.755.0160
gunster.com | gohickey@gunster.com